



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15-04527-GW(PLAx) |
| Plaintiff, | [proposed] ORDER TEMPORARILY SEALING THE ENTIRE FILE AND DOCKET |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al., | **FILED UNDER SEAL** |
| Defendants. | |

The Court has considered Plaintiff Federal Trade Commission's ("FTC") *Ex Parte* Application and Memorandum in Support of Application for an Order Temporarily Sealing the Entire File and Docket ("Application for Seal") to file papers under seal, with accompanying declaration, and finds that it is in the interests of justice and of the public to grant the Application for Seal. The Court further finds that, having reviewed the submissions of counsel and the record,

Case 2:15-cv-04527-GW-PLA   Document 2   Filed 06/16/15   Page 2 of 5   Page ID #:9



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. |
| Plaintiff, | [proposed] ORDER TEMPORARILY SEALING THE ENTIRE FILE AND DOCKET |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al., | FILED UNDER SEAL |
| Defendants. | |

CV 15 - 04527 - GW (PLAx)

The Court has considered Plaintiff Federal Trade Commission's ("FTC") *Ex Parte* Application and Memorandum in Support of Application for an Order Temporarily Sealing the Entire File and Docket ("Application for Seal") to file papers under seal, with accompanying declaration, and finds that it is in the interests of justice and of the public to grant the Application for Seal. The Court further finds that, having reviewed the submissions of counsel and the record,

[proposed] ORDER TEMPORARILY SEALING ENTIRE FILE AND DOCKET                Page | 1

good cause exists to temporarily seal the file in this action to prevent the possibility of the destruction of evidence or dissipation of assets. Moreover, the Court finds that no alternative to temporarily sealing the file would accomplish these ends. Accordingly:

**IT IS ORDERED** that the Application for Seal is **GRANTED**;

**IT IS FURTHER ORDERED** that the notice requirement for the Application for Seal and the *ex parte* applications filed by the FTC in this action is waived;

**IT IS FURTHER ORDERED** that Plaintiff's Complaint for Permanent Injunction and Other Equitable Relief, Plaintiff's *Ex Parte* Application for a Temporary Restraining Order with Other Equitable Relief, and all other papers in the above-captioned matter, including this Order and the Application for Seal, be filed under seal, and that the file and docket remain sealed until the close of the fifth business day following the issuance of this Order, or when counsel for the FTC informs the Clerk of the Court that the seal is no longer necessary, whichever occurs first, without motion by the FTC or further Order by the Court.

**IT IS FURTHER ORDERED** that while the docket and file remain sealed pursuant to this Order, the Clerk of Court shall refrain from:

a.  Disclosing the filing of this case or the title of any documents filed or lodged in this case;

b.  Disclosing that any of the Defendants have been named as Defendants in an action filed by the Commission; and

c.  Making available to any member of the public or press any documents or copy of any documents filed or lodged in this case. The Clerk may, however, upon request by the Commission or its representative, provide the Commission with docket information and copies of any document filed in this case.

**IT IS FURTHER ORDERED** that this Order shall be construed to prohibit disclosure only by the Office of the Clerk. This Order shall not be construed to prohibit Plaintiff from disclosing to non-parties, including to any temporary receiver appointed by the Court or to law enforcement officers, the existence of and parties to this lawsuit, or documents filed in this case. It also shall not be construed to prohibit the temporary receiver from disclosing the Complaint or any orders issued by this Court as necessary to fulfill the temporary receiver's obligations.

**IT IS FURTHER ORDERED** that not further order of the Court shall be necessary for the Clerk of Court to unseal the file. Absent further Order of the

1  Court, the Clerk shall unseal the file after the fifth court day following entry of
2  this Order.
3  **IT IS SO ORDERED.**
4  ENTERED: this 16th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE