# Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 291046295 |
| Reseller: | GoDaddy |
| Date: | 12/15/2010 4:37:24 PM By Sam N Andersen via Phone |
| Source Code: | ?SR |

**Shipping Information**

Jay Michaels

16161 Ventura Blvd

#378

Encino, CA 91436 us

Daytime Phone: 8187856800

Fax: 8186470182

domains@bunzaimedia.com

**Billing Information**

Jay Michaels

16161 Ventura Blvd

#378

Encino, CA 91436 US

Daytime Phone: 8187856800

Fax: 8186470182

domains@bunzaimedia.com

IP:     172.16.33.194::172.16.33.194

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $277.74*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | Alon Nottea |
| Creditcard Number: | ▆▆▆▆2520 |
| Creditcard Information: | Visa Exp. 2/2013 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) ABWOFFERS.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 1 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) AURAVIEBEAUTY.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 2 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) BUNZAIBIDS.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 3 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) BUYMIRACLEFACEKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 4 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MIRACLEKITFREETRIAL.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 5 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) BUNZAIMEDIA.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 6 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) NWMTRACK.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |

Confidential Treatment

Requested By

Go Daddy Operating Company, LLC

## Legal Receipt for Shopper ID 26219179

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|-----|-------|------|-----------|---------------|-----|-------------|-------------|
| 7 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) BUNZAINETWORK.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) WINBIGBIDS.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 9 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) THEMIRACLEFACE.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 10 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MYMIRACLEKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 11 | 7001-1 | Private Registration Services Length: 1.099 year(s) ABWOFFERS.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $10.98 |
| 12 | 7001-1 | Private Registration Services Length: 1.151 year(s) AURAVIEBEAUTY.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $11.50 |
| 13 | 7001-1 | Private Registration Services Length: 1.611 year(s) BUNZAIBIDS.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $16.09 |
| 14 | 7001-1 | Private Registration Services Length: 1.844 year(s) BUYMIRACLEFACEKIT.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $18.42 |
| 15 | 7001-1 | Private Registration Services Length: 1.86 year(s) MIRACLEKITFREETRIAL.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $18.58 |
| 16 | 7001-1 | Private Registration Services Length: 1.951 year(s) BUNZAIMEDIA.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $19.49 |
| 17 | 7001-1 | Private Registration Services Length: 2.641 year(s) NWMTRACK.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $26.38 |
| 18 | 7001-1 | Private Registration Services Length: 1.951 year(s) BUNZAINETWORK.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $19.49 |
| 19 | 7001-1 | Private Registration Services Length: 1.688 year(s) WINBIGBIDS.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $16.86 |
| 20 | 7001-1 | Private Registration Services Length: 1.671 year(s) THEMIRACLEFACE.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $16.69 |
| 21 | 7001-1 | Private Registration Services Length: 1.671 year(s) MYMIRACLEKIT.COM This a service item. | $9.99 | $9.99 | 1 | $0.00 | $16.69 |

| Subtotal | Shipping & Handling | Tax | Total |
|----------|---------------------|-----|-------|
| $277.74 | $0.00 | $0.00 | $277.74 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

GD 002552

ATTACHMENT D

APP. 000222
Ex. 1

# Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 278170377 |
| Reseller: | GoDaddy |
| Date: | 10/19/2010 11:18:30 AM By customer via Online |
| Source Code: | ??? |

**Shipping Information**

Alon Nottea
Bunzai Media
16161 Ventura Blvd
#378
Encino, CA 91436 us
Daytime Phone: 8187856800
Fax: 8186470182
domains@bunzaimedia.com

**Billing Information**

Alon Nottea
Bunzai Media
16161 Ventura Blvd
#378
Encino, CA 91436 US
Daytime Phone: 8187856800
domains@bunzaimedia.com

IP:                 24.199.10.170::24.199.10.170

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $56.21*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | Alon Nottea |
| Creditcard Number: | ▓▓▓▓▓▓2520 |
| Creditcard Information: | Visa Exp. 2/2013 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) BUYMIRACLEFACEKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) MYNAILKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 2 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) ORGANICNAILKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 3 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) BUNZAIMEDIAGROUP.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 4 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) BUNZAIMARKETING.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 5 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) BUNZAIMEDIA.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |

Confidential Treatment
Requested By
Go Daddy Operating Company, LLC

## Legal Receipt for Shopper ID 26219179

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 6 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) ORGANICNAILKIT.COM This a service item. | $8.99 | $8.99 | 1 | $0.00 | $8.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $56.21 | $0.00 | $0.00 | $56.21 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

GD 002564

ATTACHMENT D

APP. 000224
Ex. 1

## Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 263001584 |
| Reseller: | GoDaddy |
| Date: | 8/18/2010 12:14:27 PM By customer via Online |
| Source Code: | ??? |

**Shipping Information**

Alon Nottea

Bunzai Media

16161 Ventura Blvd

#378

Encino, CA 91436 us

Daytime Phone: 8187856800

Fax: 8186470182

domains@bunzaimedia.com

**Billing Information**

Alon Nottea

Bunzai Media

16161 Ventura Blvd

#378

Encino, CA 91436 US

Daytime Phone: (818) 785-6800

domains@bunzaimedia.com

| | |
|---|---|
| IP: | 24.199.10.170::24.199.10.170 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $41.59*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | Alon Nottea |
| Creditcard Number: | ▓▓▓▓2520 |
| Creditcard Information: | Visa Exp. 2/2013 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) PENDANTS4PURPOSE.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 1 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 2 | 10101-1 | .COM Domain Name Renewal - 1 Year (recurring) Length: 1 year(s) MYAURAVIE.COM This a service item. | $7.69 | $7.69 | 1 | $0.00 | $7.87 |
| 3 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $8.99 | $8.99 | 1 | $0.00 | $8.99 |
| 4 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MYAURAVIE.COM This a service item. | $8.99 | $8.99 | 1 | $0.00 | $8.99 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $41.59 | $0.00 | $0.00 | $41.59 |

**Confidential Treatment**

**Requested By**

**Go Daddy Operating Company, LLC**

# Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 188936036 |
| Reseller: | GoDaddy |
| Date: | 8/28/2009 2:19:26 PM By customer via Online |
| Source Code: | CJCFAT10 |

**Shipping Information**

Acai Berries

Acai Berry Nutritionals

102 NE 2nd St.

#381

Boca Raton, FL 33432 US

Daytime Phone: 5619225979

vigorect@gmail.com

**Billing Information**

Alon Nottea

Acai Berry Nutritionals

7900 gloria ave

van nuys, CA 91406 US

Daytime Phone: 8189144600

vigorect@gmail.com

| | |
|---|---|
| IP: | 64.183.115.66::64.183.115.66 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $77.80*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | Alon Nottea |
| Creditcard Number: | ▆▆▆▆4448 |
| Creditcard Information: | Visa Exp. 8/2012 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year Length: 1 year(s) BUYAURAVIE.COM This a service item. | $7.29 | $7.29 | 1 | $0.00 | $7.47 |
| 1 | 101-1 | .COM Domain Name Registration - 1 Year Length: 1 year(s) MYAURAVIE.COM This a service item. | $7.29 | $7.29 | 1 | $0.00 | $7.47 |
| 2 | 101-1 | .COM Domain Name Registration - 1 Year Length: 1 year(s) AURAVIENOW.COM This a service item. | $7.29 | $7.29 | 1 | $0.00 | $7.47 |
| 3 | 102-1 | .COM Domain Name Registration - 2 Years Length: 1 year(s) AURAVIE.COM This a service item. | $14.58 | $14.58 | 1 | $0.00 | $14.94 |
| 4 | 7001-1 | Private Registration Services Length: 2 year(s) AURAVIE.COM This a service item. | $8.99 | $8.99 | 1 | $1.80 | $16.18 |
| 5 | 7001-1 | Private Registration Services Length: 1 year(s) BUYAURAVIE.COM This a service item. | $8.99 | $8.99 | 1 | $0.90 | $8.09 |
| 6 | 7001-1 | Private Registration Services Length: 1 year(s) MYAURAVIE.COM This a service item. | $8.99 | $8.99 | 1 | $0.90 | $8.09 |
| 7 | 7001-1 | Private Registration Services Length: 1 year(s) AURAVIENOW.COM This a service item. | $8.99 | $8.99 | 1 | $0.90 | $8.09 |

Confidential Treatment

Requested By

Go Daddy Operating Company, LLC

## Legal Receipt for Shopper ID 26219179

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $77.80 | $0.00 | $0.00 | $77.80 |

**Confidential Treatment**
**Requested By**
**Go Daddy Operating Company, LLC**

GD 002637

ATTACHMENT D

APP. 000227
Ex. 1

# Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 187532650 |
| Reseller: | GoDaddy |
| Date: | 8/21/2009 4:22:18 PM By customer via Online |
| Source Code: | CJCFAT30 |

**Shipping Information**

Acai Berries

Acai Berry Nutritionals

102 NE 2nd St.

#381

Boca Raton, FL 33432 US

Daytime Phone: 5619225979

vigorect@gmail.com

**Billing Information**

Alon Nottea

Acai Berry Nutritionals

7900 gloria ave

van nuys, CA 91406 US

Daytime Phone: 818 9144600

vigorect@gmail.com

| | |
|---|---|
| IP: | 64.183.115.66::64.183.115.66 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $27.92*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | Alon Nottea |
| Creditcard Number: | ▓▓▓▓4448 |
| Creditcard Information: | Visa Exp. 8/2012 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year Length: 1 year(s) DEADSEAMUDMASQUE.COM This a service item. | $7.29 | $7.29 | 1 | $0.00 | $7.47 |
| 1 | 101-1 | .COM Domain Name Registration - 1 Year Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $7.29 | $7.29 | 1 | $0.00 | $7.47 |
| 2 | 7001-1 | Private Registration Services Length: 1 year(s) DEADSEAMUDMASQUE.COM This a service item. | $8.99 | $8.99 | 1 | $2.50 | $6.49 |
| 3 | 7001-1 | Private Registration Services Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $8.99 | $8.99 | 1 | $2.50 | $6.49 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $27.92 | $0.00 | $0.00 | $27.92 |

**Confidential Treatment**

**Requested By**

**Go Daddy Operating Company, LLC**

GD 002638

ATTACHMENT D

APP. 000228

Ex. 1

# Legal Receipt for Shopper ID 26219179

| | |
|---|---|
| Shopper ID: | 26219179 |
| Receipt ID: | 726623820 |
| Reseller: | GoDaddy |
| Date: | 8/25/2014 2:09:17 PM By Cory B Lodder via Phone |
| Source Code: | USA0500KK |

**Shipping Information**

JAY MICHAELS

655 N. Central Ave. Suite 1700

Glendale, CA 91203 US

Daytime Phone: +1.8182001035

Fax: +1.8186470182

accounting@sbmmgmt.com

**Billing Information**

JAY MICHAELS

655 N. Central Ave. Suite 1700

Glendale, CA 91203 us

Daytime Phone: +1.8182001035

Fax: +1.8186470182

accounting@sbmmgmt.com

| | |
|---|---|
| IP: | 172.21.48.19::172.21.48.19 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $134.70*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | s bauer |
| Creditcard Number: | ▓▓▓▓▓2055 |
| Creditcard Information: | AMEX Exp. 7/2017 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MYMIRACLEKIT.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 1 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) DEADSEAMASQUE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 2 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 3 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) DEADSEAMUDMASQUE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 4 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) MYAURAVIE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 5 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) BUYAURAVIE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 6 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) AURAVIE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |

**Confidential Treatment**

**Requested By**

**Go Daddy Operating Company, LLC**

## Legal Receipt for Shopper ID 26219179

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 7 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) AURAVIENOW.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 8 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) AURAVIETESTIMONIALS.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 9 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MYMIRACLEKIT.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 10 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) DEADSEAMASQUE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 11 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MIRACLEFACEKIT.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 12 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) DEADSEAMUDMASQUE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 13 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) MYAURAVIE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 14 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) BUYAURAVIE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 15 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) AURAVIE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 16 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) AURAVIENOW.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 17 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) AURAVIETESTIMONIALS.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |
| 18 | 968-1 | .COM Bulk Domain Name Renewal (6-20) (recurring) Length: 1 year(s) SALTSOUFFLE.COM This a service item. | $8.29 | $8.29 | 1 | $0.00 | $8.47 |
| 19 | 17001-1 | Private Registration Services - Renewal Length: 1 year(s) SALTSOUFFLE.COM This a service item. | $9.99 | $9.99 | 1 | $4.99 | $5.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $134.70 | $0.00 | $0.00 | $134.70 |

Confidential Treatment
Requested By
Go Daddy Operating Company, LLC

GD 003827
ATTACHMENT D

APP. 000230
Ex. 1

<u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>
Pursuant to 28 U.S.C. § 1746

1.     I, _____David Guerrrero_____, have personal knowledge of the facts set forth below
and am competent to testify as follows:

2.     I have authority to certify the authenticity of the records produced by J2 Global
Communications, Inc., and attached hereto.

3.     The documents produced and attached hereto by J2 Global Communications, Inc., are
originals or true copies of records of regularly conducted activity that:

   a)     Were made at or near the time of the occurrence of the matters set forth by, or
from information transmitted by, a person with knowledge of those matters;

   b)     Were kept in the course of the regularly conducted activity of J2 Global
Communications, Inc.; and

   c)     Were made by the regularly conducted activity as a regular practice of J2 Global
Communications, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____January 7_____, 2015

                                    DS Guerrero
                                    Signature

ATTACHMENT E                                          APP. 000231
                                                      Ex. 1

| SEARCH CRITERIA | |
| --- | --- |
| From date | 08/01/2009 |
| To date | |
| Search by criteria | DID |
| Search by term | 18186470182 |

ATTACHMENT E

APP. 000232
Ex. 1

| CUSTOMER FIELDS | |
|---|---|
| Customer ID | 39434637 |
| Status | Active |
| Collection method | Credit Card |
| Customer Name | Fax Center |
| Company name | Fax Center |
| Address | 7900 Gloria Ave<br>Van Nuys<br>CA<br>91406<br>US |
| Email address | accounting@pinlogistics.com |
| Phone number | 8182001035 |
| Notes | |
| Customer send email addresses | accounting@pinlogistics.com |
| | accounting818@gmail.com |
| | accounting@bunzaimedia.com |

ATTACHMENT E

APP. 000233
Ex. 1

| CREDIT CARD INFO | |
|---|---|
| **Primary Credit Card** | |
| Card Type | AMEX |
| Card Number | |
| Expiration Month, Year | January, 2017 |
| Card Holder Name | Business Customer |
| Billing Address | 7900 Gloria Ave<br>Van Nuys<br>CA<br>91406<br>US |
| **Secondary Credit Card** | |
| Not on file | |
| **Tertiary Credit Card** | |
| Not on file | |

ATTACHMENT E

APP. 000234
Ex. 1

## CREDIT CARD COLLECTIONS

| Collection key | Process date | Name | Address | Ip Address at sign up | Credit card number | Expiry date | Amount | Response | Fraud response code |
|---|---|---|---|---|---|---|---|---|---|
| 126402849 | 12/02/2014 | | | | | 01/31/2017 | 169.5 | Approved | |
| 111215088 | 12/02/2013 | | | | | 01/31/2017 | 169.5 | Approved | |
| 103332589 | 05/13/2013 | Business Customer | 7900 Gloria Ave | 173.198.7.122 | XXX11 | 01/31/2017 | 1.0 | Approved | A |
| 98293902 | 12/14/2012 | Business Customer | 7900 Gloria Ave | 87.52.105.194 | XXXX19 | 07/31/2016 | 1.0 | Approved | A |
| 97835418 | 12/02/2012 | | | | | 12/31/2014 | 169.5 | Approved | |
| 91814040 | 08/06/2012 | Donn Nedlea | 7900 Gloria Ave | | XXXX19 | 12/31/2014 | 1.0 | Approved | A |
| 89519941 | 03/30/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89765512 | 03/28/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89655800 | 03/23/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89492793 | 03/16/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89462856 | 03/15/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89356323 | 03/15/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89330904 | 03/12/2012 | | | | | 02/28/2013 | 10.0 | Declined | |
| 89321000 | 03/10/2012 | | | | | 02/28/2013 | 10.0 | Declined | |
| 89320999 | 03/06/2012 | | | | | 02/28/2013 | 10.0 | Declined | |
| 89114471 | 03/01/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 89046904 | 02/28/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88954492 | 02/24/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88930414 | 02/23/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88878238 | 02/21/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88782592 | 02/17/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88766571 | 02/18/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88726931 | 02/15/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88712359 | 02/14/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88684425 | 02/13/2012 | | | | | 02/28/2013 | 10.0 | Approved | |
| 88597182 | 02/09/2012 | | | | | 02/28/2013 | 10.0 | Approved | |

APP. 000235

ATTACHMENT E

Ex. 1

**CREDIT CARD COLLECTIONS**

| Collection key | Process date | Name | Address | Ip Adrress at sign up | Credit card number | Expiry date | Amount | Response | Fraud response code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

APP. 000236

ATTACHMENT E

Ex. 1

## CREDIT CARD COLLECTIONS

| Collection key | Process date | Name | Address | Ip Address at sign up | Credit card number | Expiry date | Amount | Response | Fraud response code |
|---|---|---|---|---|---|---|---|---|---|
| 85226209 | 09/20/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 85070140 | 09/14/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84925214 | 09/08/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84722867 | 08/31/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84710898 | 08/30/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84608915 | 08/26/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84608379 | 08/26/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84558845 | 08/24/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84500961 | 08/22/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84357910 | 08/16/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84237892 | 08/11/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 84168275 | 08/08/2011 | | | | | 02/28/2013 | 10.0 | Approved | |
| 78330116 | 12/10/2010 | Alon Nottea | 16161 ventura blvd #376 | | XXXXX2 520 | 02/28/2013 | 1.0 | Approved | A |
| 78251913 | 12/07/2010 | | | | | 08/31/2012 | -169.5 | Approved | |
| 78154654 | 12/03/2010 | | | | | 08/31/2012 | 1.0 | Approved | C |
| 78154844 | 12/03/2010 | | | | | 02/28/2013 | 189.5 | Approved | |
| 78154825 | 12/03/2010 | | | | | 08/31/2012 | 1.0 | Approved | C |
| 78153920 | 12/03/2010 | Alon Nottea | 8335 winnetka ave #118 | | XXXXX2 520 | 02/28/2013 | 1.0 | Approved | C |
| 78121781 | 12/02/2010 | | | | | 08/31/2012 | 169.5 | Approved | |
| 68545062 | 12/02/2009 | | | | | 08/31/2012 | 0.0 | Cancelled | |
| 68545061 | 12/02/2009 | | | | | 08/31/2012 | 0.0 | Cancelled | |
| 68545060 | 12/02/2009 | | | | | 08/31/2012 | 179.5 | Approved | |
| 68545059 | 12/02/2009 | alon nottea | 8335 winnetka ave #118 null | 64.183.115.66 | XXXXX 448 | 08/31/2012 | 1.0 | Approved | 0100 |

APP. 000237

ATTACHMENT E

Ex. 1

**CUSTOMER SERVICES**

| Service ID | Service type | Offer code | Status | Start date | End date | Description | Phone number | Phone city | Server id |
|---|---|---|---|---|---|---|---|---|---|
| 18186470182 | INBOX | EFAX_PLUS_169 50_ANN_DEFAU LTRECUR_3SEN D | Active | 12/02/2009 | | | 18186470182 | CA-VanNuys7-818-P | lstf1 |

ATTACHMENT E

APP. 000238
Ex. 1

| INBOX EMAIL ADDRESS FOR SERVICE TYPE "INBOX" | |
| --- | --- |
| Service ID | Inbox email address/es |
| 18186470182 | leor@pinlogistics.com; accounting@pinlogistics.com; |

ATTACHMENT E

APP. 000239
Ex. 1

## EVENTS

| Event date | Type | Assigned/Entry | Notes |
|---|---|---|---|
| 12/02/2009 | Service | n/a, STREAMLINE | Activated customer. |
| 12/02/2009 | Service | n/a, STREAMLINE | Activated Inbound Faxing 18186470182. |
| 12/02/2009 | Service | n/a, STREAMLINE | Activated Outbound Faxing 10029467224. |
| 12/02/2009 | Service | n/a, STREAMLINE | Activated Email-by-Phone 10029467225. |
| 08/02/2010 | Phone | User, LALLAN, Priority 3 | Customer was not receiving faxes. ... Verified by the contact email address and the Zip code. Dialled the number,got the fax tone 5/5.  Verified the inbox email address. Added support email address to the inbox and sent a test fax. Received test fax successfully in the support email address. ... 010-668-185 ... |
| 08/02/2010 | Service | n/a, LALLAN | Modified customer.<br>E-Mail Format Code: H -><br>Month Interval: -> 1<br>Operating System: Windows -> |
| 08/02/2010 | Service | n/a, LALLAN | Modified Inbound Faxing 18186470182.<br>Primary Language: American English -><br>Alternate Language: American English -> |
| 08/02/2010 | Service | n/a, LALLAN | Modified Inbound Faxing 18186470182.<br>Email Address(es): Added: lloyd.a@i2support.com. |
| 08/02/2010 | Service | n/a, LALLAN | Modified Inbound Faxing 18186470182.<br>Email Address(es): Deleted: lloyd.a@i2support.com. |
| 12/03/2010 | Phone | User, BGORDON1, Priority 3 | Customer wanted the annual Charge $169.50 reversed to a new card ... Verified with the billing zipcode and contact email address.The new card was updated from the website .Informed the customer refund can be provided on the card on file .Charged onetime payment of $169.50 to the new card Submitted request to finance on high priority.Informed the customer refund will be placed in 2 business days and update the new card once the refund is placed....Bill ... 00299510 ... |
| 12/03/2010 | Service | n/a, BGORDON1 | Modified customer.<br>Credit Card Type: VIS<br>Credit Card Number: ▮▮▮▮▮▮▮▮▮▮ -><br>Credit Card Expiration |
| 12/03/2010 | Service | n/a, BGORDON1 | Modified customer.<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>C                    Date: 02/28/2013 -><br>08/31/2012 |
| 12/07/2010 | Phone | User, PALLEN, Priority 3 | Customer called in to no about the refund status ... Verified the email and the zip....send a SAF for refund on high priorities for $169.50.....as the amount was applicable on the account........Peggy.A ... 00307725 ... |
| 08/22/2011 | Phone | User, WKIMBALL1, Priority 3 | Customer called in as wanted to know the plan on the account. ... Verified the account with billing zipcode and email address and Intromed customer about the plan.....Wendy ... 00991699 ... |
| 03/12/2012 | Phone | User, MGARCIA, Priority 3 | TeleSales Outbound Decline Team<br>Contacted customer, as the credit card was declined. The call was not answered, hence sent an email request about the same |
| 03/12/2012 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10029467224.<br>CSID: 18186470182 -> |

APP. 000240
Ex. 1

## EVENTS

| Event date | Type | Assigned/Entry | Notes |
|---|---|---|---|
| 03/12/2012 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10029467224.<br>Email Address(es): Deleted:<br>████████████. Added:<br>a<br>m. |
| 03/19/2012 | Email | User, MGARCIA, Priority 3 | 012-394-132<br>Customer wanted me to process the oustanding on the acct it was already processed |
| 06/08/2012 | Service | n/a, STREAMLINE | Modified customer.<br>Credit Card Type: VIS ██████████ -><br>█████████<br>C n Date: 02/28/2013 -><br>12/31/2014 |
| 06/06/2012 | Service | n/a, STREAMLINE | Modified custom ████████████ -> 7800<br>Address Line 1:<br>Gloria Ave<br>City: encino -> Van Nuys<br>Mail Code: 81436 -> 91406 |
| 11/26/2012 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18186470182.<br>Primary Language: -> American English<br>FAX Format: EFX -> PDF (image only) |
| 12/14/2012 | Service | n/a, STREAMLINE | Modified customer.<br>n ███████████<br>C n Date: 12/31/2014 -><br>07/31/2016 |
| 12/14/2012 | Service | n/a, STREAMLINE | Modified customer.<br>First Name: Alon -> Pinnacle<br>Last Name: Nottea -> Logistics |
| 12/14/2012 | Service | n/a, STREAMLINE | Modified customer.<br>Company: Bunzai Media -> Pinnacle Logistics |
| 12/14/2012 | Service | n/a, STREAMLINE | Modified customer.<br>E-Mail Address: faxes@bunzaimedia.com -><br>accounting@pinlogistics.com |
| 12/14/2012 | Service | n/a, STREAMLINE | Modified customer.<br>Home Phone Number: 8187850800 -> 8182001035 |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18186470182.<br>CSID: 18186470182 -> |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified customer.<br>First Name: Pinnacle -> Fax<br>Last Name: Logistics -> Center |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified customer.<br>Company: Pinnacle Logistics -> Fax Center |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10029467224.<br>Email Address(es): Added:<br>accounting@pinlogistics.com. |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10029467224.<br>CSID: -> 0000000000 |
| 01/03/2013 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18186470182.<br>CSID: -> 0000000000 |
| 05/13/2013 | Service | n/a, STREAMLINE | Modified customer.<br>C ██████████ -><br>C n Date: 07/31/2016 -><br>01/31/2017 |

ATTACHMENT E

APP. 000241<br>Ex. 1

| EVENTS | | | |
|---|---|---|---|
| Event date | Type | Assigned/Entry | Notes |
| 05/13/2013 | Service | n/a, STREAMLINE | Modified Inbound Faxing 18186470182. Email Address(es): Deleted: faxes@bunzaimedia.com. Added: leon@pinlogistics.com, accounting@pinlogistics.com. |
| 05/13/2013 | Service | n/a, STREAMLINE | Modified Outbound Faxing 10029467224. Email Address(es): Added: accounting818@gmail.com. |

ATTACHMENT E

APP. 000242
Ex. 1

| JOURNAL INFO | | |
|---|---|---|
| Date | Description | Amount |
| 12/02/2009 | eFax Number: 18186470182 (Dec 2 - Jan 1) | 10.0 |
| 12/02/2009 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2009 | Charge to Credit Card | -179.5 |
| 12/01/2010 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2010 | Charge to Credit Card | -169.5 |
| 12/03/2010 | Credit Card Payment | -169.5 |
| 12/07/2010 | Billing Error Refund | 169.5 |
| 08/08/2011 | Charge to Credit Card | -10.0 |
| 08/08/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/11/2011 | Charge to Credit Card | -10.0 |
| 08/11/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/16/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/16/2011 | Charge to Credit Card | -10.0 |
| 08/22/2011 | Charge to Credit Card | -10.0 |
| 08/22/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/24/2011 | Charge to Credit Card | -10.0 |
| 08/24/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/26/2011 | Charge to Credit Card | -10.0 |
| 08/26/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/26/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/26/2011 | Charge to Credit Card | -10.0 |
| 08/30/2011 | Charge to Credit Card | -10.0 |
| 08/30/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 08/31/2011 | Charge to Credit Card | -10.0 |
| 08/31/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 09/06/2011 | Charge to Credit Card | -10.0 |
| 09/08/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 09/14/2011 | Charge to Credit Card | -10.0 |
| 09/14/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 09/20/2011 | Charge to Credit Card | -10.0 |
| 09/20/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 09/26/2011 | Charge to Credit Card | -10.0 |
| 09/26/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 09/28/2011 | Charge to Credit Card | -10.0 |
| 09/28/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 10/25/2011 | Charge to Credit Card | -10.0 |
| 10/25/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 11/15/2011 | Charge to Credit Card | -10.0 |
| 11/15/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 11/22/2011 | Charge to Credit Card | -10.0 |
| 11/22/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/01/2011 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2011 | Charge to Credit Card | -169.5 |
| 12/14/2011 | Charge to Credit Card | -10.0 |

ATTACHMENT E

APP. 000243
Ex. 1

## JOURNAL INFO

| Date | Description | Amount |
|---|---|---|
| 12/14/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/19/2011 | Charge to Credit Card | -10.0 |
| 12/19/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/19/2011 | Charge to Credit Card | -10.0 |
| 12/19/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/21/2011 | Charge to Credit Card | -10.0 |
| 12/21/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/22/2011 | Charge to Credit Card | -10.0 |
| 12/22/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/27/2011 | Charge to Credit Card | -10.0 |
| 12/27/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/29/2011 | Charge to Credit Card | -10.0 |
| 12/29/2011 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/06/2012 | Charge to Credit Card | -10.0 |
| 01/06/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/09/2012 | Charge to Credit Card | -10.0 |
| 01/09/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/11/2012 | Charge to Credit Card | -10.0 |
| 01/11/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/13/2012 | Charge to Credit Card | -10.0 |
| 01/13/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/17/2012 | Charge to Credit Card | -10.0 |
| 01/17/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/18/2012 | Charge to Credit Card | -10.0 |
| 01/18/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/20/2012 | Charge to Credit Card | -10.0 |
| 01/20/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/23/2012 | Charge to Credit Card | -10.0 |
| 01/23/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/24/2012 | Charge to Credit Card | -10.0 |
| 01/24/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/26/2012 | Charge to Credit Card | -10.0 |
| 01/26/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 01/30/2012 | Charge to Credit Card | -10.0 |
| 01/30/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/07/2012 | Charge to Credit Card | -10.0 |
| 02/07/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/08/2012 | Charge to Credit Card | -10.0 |
| 02/08/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/09/2012 | Charge to Credit Card | -10.0 |
| 02/09/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/13/2012 | Charge to Credit Card | -10.0 |
| 02/13/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/14/2012 | Charge to Credit Card | -10.0 |

ATTACHMENT E

APP. 000244
Ex. 1

| JOURNAL INFO | | |
|---|---|---|
| Date | Description | Amount |
| 02/14/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/15/2012 | Charge to Credit Card | -10.0 |
| 02/15/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/16/2012 | Charge to Credit Card | -10.0 |
| 02/16/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/17/2012 | Charge to Credit Card | -10.0 |
| 02/17/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/21/2012 | Charge to Credit Card | -10.0 |
| 02/21/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/23/2012 | Charge to Credit Card | -10.0 |
| 02/23/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/24/2012 | Charge to Credit Card | -10.0 |
| 02/24/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 02/28/2012 | Charge to Credit Card | -10.0 |
| 02/28/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/01/2012 | Charge to Credit Card | -10.0 |
| 03/01/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/15/2012 | Charge to Credit Card | -10.0 |
| 03/15/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/15/2012 | Charge to Credit Card | -10.0 |
| 03/15/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/16/2012 | Charge to Credit Card | -10.0 |
| 03/16/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/23/2012 | Charge to Credit Card | -10.0 |
| 03/23/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/28/2012 | Charge to Credit Card | -10.0 |
| 03/28/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 03/30/2012 | Charge to Credit Card | -10.0 |
| 03/30/2012 | Transfer from Account Balance to Usage Balance | 10.0 |
| 12/01/2012 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2012 | Charge to Credit Card | -169.5 |
| 12/01/2013 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2013 | Charge to Credit Card | -169.5 |
| 12/01/2014 | eFax Number: 18186470182 (Dec 2 - Dec 1) | 169.5 |
| 12/02/2014 | Charge to Credit Card | -169.5 |

ATTACHMENT E

APP. 000245
Ex. 1



**PRIORITY**
PAYMENT SYSTEMS

*Next Generation Bank Card Solutions*

January 23, 2015

James E. Elliott/Brent McPeek
Custodian of Records
Federal Trade Commission – Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201

       Re:    Civil Investigative Demand
              <u>File No. 082-3247</u>

Dear Mr. Elliott and Mr. McPeek:

       Please see the attached documents in response to the Civil Investigative Demand which was sent to Moneris Solutions, Inc. There are two (2) attached logs and documents are in response to the document request and interrogatories. Please note that we are not in possession of documents prior to the beginning of the Merchant's Contract Date which was December 13, 2010 and November 9, 2011 respectively. We do not have any responsive documents beginning from August 1, 2009 through December 12, 2010 as no documents were found for that time period for any of the Business Owners, Entities or Description Names.

       Please also find attached a fully executed Form of Certificate of Compliance and the Certificate of Records of Regularly Conducted Activity on behalf of Cynergy Data.

<div align="center"><u>DEFINITIONS</u></div>

       "BMG" shall mean Ben Zai Media Group in this document and for bates stamping purposes as well.

       "ZMM" shall mean Zen Mobile Media who is doing business as MySkin8777437943 in this document and for bates stamping purposes as well.

<div align="center"><u>RESPONSE TO DOCUMENTARY MATERIALS</u></div>

       (1) All Documents relating to the underwriting file for each Corporate Account, including but not limited to, any Documents received or reviewed by the bank in connection with the merchant's applications and supporting documentation, financial statements, contracts and agreements between the merchant and the Bank or banks, due diligence materials provided to the Bank by third parties (such as Dunn & Bradstreet reports, background inquiries, or Member Alert to Control High-Risk ("MATCH") and Terminated Merchant File ("TMF") inquiry results),

PRIORITY PAYMENT SYSTEMS, LLC  2001 WESTSIDE PARKWAY SUITE 155 ALPHARETTA GA 30004   PHONE 800 935 5961  WWW.PRIORITYPAYMENTSYSTEMS.COM



*Next Generation Bank Card Solutions*

past chargeback rates, estimated future chargeback rates, descriptions of goods or services marketed, sales or customer service scripts, and all materials provided by the merchant to the Bank;

**Response to Request No 1:** Please see the attached documents Bates Stamped BMG0235-0260; BMG0001-0173 and documents ZMM0328-ZMM0350 and ZMM0001-0146 respectively.

(2) All Correspondence relating to each Corporate Account, including but not limited to, all correspondence between the Bank and any banks, VISA, MasterCard, or any other entity involved in Payment Processing for any Corporate Account;

**Response to Request No. 2:** Please see the attached Merchant Statements for BMG and ZMM. The documents are attached as Bates Stamped Documents BMG0147-0234 AND ZMM0174-0327.

(3) All Documents relating to complaints or inquiries referring or relating to the Corporate Account received by the Bank from consumers, financial institutions, government agencies (law enforcement agencies, regulatory agencies, or other), Better Business Bureaus, or other third parties including, but not limited to, (a) written complaints, (b) notes of telephone conversations between the Bank and the consumer or other third party, and (c) any reply or response; and

**Response to Request No. 3:** There are no responsive documents.

(4) All Documents relating to any occasion in which the Bank suspended or terminated any of the Corporate Account(s), or suspended or terminated any Payment Processing service(s) to any of the Corporate Accounts.

**Response to Request No. 4:** There are no responsive documents for BMG. Please see the attached documents that are Bates Stamped ZMM0350 for ZMM.

### Response to Written Interrogatories

(1) The date the account was opened and, for any account that was closed, the date and reason the account was closed;

**Response to Interrogatory No. 1:** The account for BMG was opened on December 13, 2010 in relation to BMG. The account was closed by the Merchant on January 3, 2013. Please see bates stamped documents BMG0235-0239 and BMG0260. The account for ZMM was opened on November 9, 2011. The account was closed by the Merchant on December 30, 2014. Please see bates stamped documents ZMM0328-0332 AND ZMM0349.

 **PRIORITY**
PAYMENT SYSTEMS

*Next Generation Bank Card Solutions*

(2) The amount or percent of each transaction held by the Bank in reserve, if any, and the current balance of any such reserve fund or account;

**Response to Interrogatory No. 2: There are no rolling reserves for BMG. The amount in reserves for ZMM is $30,001.45. Please see documents bate stamped ZMM0340-0345.**

(3) For each month, the total number and dollar amount of all transactions the Bank processed through the account, including any transactions indirectly processed through another third party service provider;

**Response to Interrogatory No.3: Please see the Merchant Statements for both BMG and ZMM bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

(4) For each month, the total number of and dollar amount of Refunds, and the percentage of Refunds (compared against total transactions);

**Response to Interrogatory No. 4: Please see the Merchant Statements for both BMG and ZMM bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

(5) For each month, the total number and dollar amount of Chargebacks, and the percentage of Chargebacks (compared against total transactions);

**Response to Interrogatory No. 5: Please see the attached Chargeback reports bate stamped as BMG0001-BMG00146 and ZMM0001-ZMM0173.**

(6) For each month, the total number of Chargebacks organized by Chargeback Reason (include the Chargeback Reason Code);

**Response to Interrogatory No. 6: Please see the attached Chargeback reports sorted by chargeback reason code bate stamped as BMG0001-BMG0147 and ZMM0001-ZMM0173.**

(7) For each month, the total number and dollar amount of Declined Transactions, and the percentage of Declined Transactions (compared against total attempted transactions);

**Response to Interrogatory No. 7: There are no responsive documents. We do not keep records of declined transactions.**

ATTACHMENT F

APP. 000248
Ex. 1



**PRIORITY**
PAYMENT SYSTEMS

*Next Generation Bank Card Solutions*

(8) For each month, the total number of Declined Transactions organized by the Declined Transaction Reason (include the Declined Transaction Reason Code);

**Response to Interrogatory No. 8: There are no responsive documents. We do not keep records of declined transactions.**

(9) The bank routing and account numbers, as well as the name, address, telephone number, and contact person at each financial institution, ISO, or other third party to and from which the Bank transmitted, forwarded, or received funds or information about the Corporate Account;

**Response to Interrogatory No. 9: For transactions for BMG the bank was Wells Fargo. Routing No. ▇▇▇▇▇ Account No. ▇▇▇▇▇ The name on the account is Bunzai Media Group Inc. The contact person is Teny Minas, Assistant Manager. Please see bate stamped documents BMG0240-BMG0242 and BMB0258-BMG0259. For transactions for ZMM the bank was Wells Fargo. Routing No. ▇▇▇▇▇ Account No. ▇▇▇▇▇ The name on the account is Zen Mobile Media, Inc. The contact person for the account is Teny Minas, Assistant Branch Manager. Please see bate stamped document ZMM0333.**

(10) Whether the Bank has provided Payment Processing, authorization, clearing, settlement, or transmission of payments other than credit or debit card transactions, including but not limited to Automated Clearinghouse ("ACH") payments, Remotely Created Checks ("RCCs"), or Remotely Created Payment Orders ("RCPOs'").

**Response to Interrogatory No. 10: There are no other responsive documents outside of the Merchant Statements which have been provided as bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

Sincerely,

*Shamika J. Spence*

Shamika J. Spence
Paralegal

SJS/mw
Enclosures

ATTACHMENT F

APP. 000249
Ex. 1

## Form of Certificate of Compliance*

I/We do certify that all of the documents and information required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to such interrogatory or uncompleted portion and the reasons for the objections have been stated.

Signature

Title   *General Counsel - Priority Payment System + Cynergy Data*

Sworn to before me this day

*23rd day of January, 2015*

Notary Public

*Shamika J. Spence*

SHAMIKA J SPENCE
EXPIRES
NOTARY
PUBLIC
APRIL 4, 2016
GWINNETT COUNTY, GEORGIA

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form 144-Back (rev. 2/08)

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Christopher Prince_, have personal knowledge of the facts set forth below

    and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by **Cynergy Data,**

    **LLC,** and attached hereto.

3.  The documents produced and attached hereto by **Cynergy Data, LLC,** are originals or

    true copies of records of regularly conducted activity that:

    a)   Were made at or near the time of the occurrence of the matters set forth by, or

         from information transmitted by, a person with knowledge of those matters;

    b)   Were kept in the course of the regularly conducted activity of **Cynergy Data,**

         **LLC;** and

    c)   Were made by the regularly conducted activity as a regular practice of **Cynergy**

         **Data, LLC.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _January 23_, 201_5_.

_____
Signature

APP. 000251
Ex. 1

ATTACHMENT F

APP. 000262

| Documents Responsive to Written Interrogatories | Document Reference |
|---|---|
| 1 | BMG 0235-0239; BMG 0260; ZMM0328-0332; ZMM0349 |
| 2 | No responsive documents for BMG.  Please see ZMM0340-0345 |
| 3 | BMG0147-BMG 0234 and ZMM 0174- ZMM 0327 |
| 4 | BMGD147-BMG 0234 and ZMM 0174- ZMM 0327 |
| 5 | BMG 0001-0146; ZMM0001-0173 |
| 6 | BMG 0001-0146; ZMM0001-0173 |
| 7 | NO RESPONSIVE DOCUMENTS |
| 8 | NO RESPONSIVE DOCUMENTS |
| 9 | BMG0240-242; BMG0258-0259; ZMM0333 |
| 10 | No responsive documents for either entities besides the Merchant Statements which have been produced as BMG0147-BMG0234 and ZMM0174-ZMM0327. |

Ex. 1

| Document Request | Document Bate-Stamped No. |
|---|---|
| 1 | BMG 0235-0260; BMG 0001- 0173 and ZMM 0328-0350; ZMM 0001-0146 |
| 2 | BMG 0147 - 0234 and ZMM 0174-ZMM0327 |
| 3 | NO RESPONSIVE DOCUMENTS |
| 4 | NO RESPONSIVE DOCUMENTS FOR BMG; PLEASE SEE ZMM0350 |
| | |
| | |
| | |
| | |

ATTACHMENT F

APP. 000283

Ex. 1

NOV-29-2007 17:10 From:                                        To:12036432080                        Page:1/5

## MERCHANT APPLICATION

Merchant # 3899000001701236

☐ New Location  ☐ Additional Location

105 Decker Court • Suite 650 • Irving, TX 76062
Tel: 800-944-1399 • Fax: 214-260-5320 • www.signapay.net

ISO #:

### ► Business Information

*Note: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations*

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| BUNZAI MEDIA GROUP, INC | My Auravie |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 16161 VENTURA BLVD #378 | 7900 GLORIA AVE |

| City: | State: | Zip: | City: | State: | Zip: |
|---|---|---|---|---|---|
| ENCINO | CA | 91436 | van nuys | CA | 91406 |

| Phone #: | Contact: | DBA Phone #: | Fax #: |
|---|---|---|---|
| ( 818 ) 7856800 | Nastassia | ( 818 ) 7856800 | ( 818 ) 6470182 |

| Must Choose One Mailing Address: | E-Mail Address: | Website Address: |
|---|---|---|
| ☐ DBA Address  ☐ Legal Address | accounting@bunzaimedia.com | www. BUNZAIMEDIA.COM  Myauravie.com |

| Federal Tax # *as it appears on your income tax return* | # of Locations | Years in Business | Years Owned Business |
|---|---|---|---|
| | 1 | 1 | |

| Place of Legal Formation: | Country of Primary Business Operations: |
|---|---|
| CA | USA |

| Bank Reference: | Contact: | Phone #: |
|---|---|---|
| WELLS FARGO | TENY MINAS | ( 818 ) 509-3480 |

### ► Owners or Officers • Individual Ownership Must be Equal to or Greater than 50%

| Name: | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|
| 1.Moti Nottea | CEO/Owner | | | 100 |

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|
| | | | | 4 |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|
| | Drivers License | | | |

| Name: | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership |
|---|---|---|---|---|
| 2. | | | | |

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|
| | | | | |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|
| | | | | ( ) |

### ► Business Profile

| | ► Sales Profile | | |
|---|---|---|---|
| **Type of Ownership:** ☐ Sole Proprietor ☐ Assoc/Estate/Trusts ☐ Joint Venture ☐ Government ☑ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☐ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other: | **Merchant Type:** | Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
| | ☐ Retail | Card Swipe | 0% % |
| **Type of Goods or Services Sold:** SIC Code: *beauty and skincare products* | ☐ Restaurant | Manual Key Entry with Imprint, Card Present | 0% % |
| Do you currently accept Discover ©Visa/MasterCard? ☑ Yes ☐ No *(if yes, you must submit 3 recent merchant statements.)* | Name of Current Processor: Signature Card Services | ☐ Lodging ☐ Service | Mail Order/Telephone | 10 % |
| Has Merchant or any associated principal disclosed below filed ☐ Yes Date:____ bankruptcy or been subject to bankruptcy? ☑ No | ☑ Internet | Internet | 90 % |
| | ☐ Home Based | | |
| | ☐ Other | Total = | 100% |

### ► Business Trade Suppliers • List Two

| Name: | Address: | Contact: | Phone #: |
|---|---|---|---|
| Critical Media Inc | winnetka, ca | Ron Swartz | ( 818 ) 517-5000 |

| Name: | Address: | Contact: | Phone #: |
|---|---|---|---|
| Ceranade Marketing | North Hollywood, ca | Khris Bond | ( 323 ) 8108755 |

### ► Merchant Site Survey Report • To Be Completed by Sales Representative

| Merchant Location: | ☐ Retail Location with Store Front | ☐ Office Building | ☑ Internet | ☐ Residence | ☐ Other: |
|---|---|---|---|---|---|
| Area Zones: | ☑ Commercial | ☐ Industrial | ☐ Residential | Square Footage: ☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+ | |

| Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? | ☑ Yes | ☐ No |
|---|---|---|
| If No, explain: | | |

| The Merchant: | ☑ Owns | ☐ Leases the Business Premises | Landlord Name & Phone #: |
|---|---|---|---|

Further Comments by Inspector (Must Complete)
N/A

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: | Officer #: | Representative #: | Representative Signature: | Date: |
|---|---|---|---|---|
| X | | | X | 12/13/2010 |

White Copy - Bank • Pink Copy - Merchant
SignaPay is a registered ISO/MSP of Harris, N.A., Chicago, IL.

BMG 0235

NOV-29-2007 17:10 From:                    To:12036432080                    Page:2/5

▶ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates
▶ Mail / Phone / Internet / Touchtone Rates

Non Bnkl 6-15

▶ Fees

DISCV/SMC Transaction Fee: .040 Per Item
Non-Bankcard Transaction Fee: Per Item
Statement Fee: Monthly
VIMAS Online Service: Monthly
Monthly Minimum: Monthly
Annual Fee: Per Year
MOTO/Internet Surcharge: Per Item
AVS Surcharge: .10 Per Item
Batch Fee: Per Batch
Manual Imprinter: One Time
Chargeback Fee: $25.00 Per Item
Renewal Fee: $55.00 Per Item
Voice Authorization Fee: $0.95 Per Call
Gateway Access Fee: Monthly
AVS Surcharge: $495.00 One Time

▶ Merchant Benefits Club

▶ American Express

▶ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information.

DDA:                                9619                    ABA Routing: 122000247
INVESTIGATIVE CONSUMER REPORT:

AVERAGE TICKET SIZE: 100.00         AVERAGE MONTHLY VOLUME: 5000.00

IMPORTANT NOTICE:

▶ Individual Guaranty – No Titles

▶ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Print Legal Name of Merchant Business

12/13/2010
#1 From Application - Signature              Date
X
#2 From Application - Signature              Date
X
Accepted by Processor                        Date

AGREED AND ACCEPTED:
12/13/2010
#1 From Application - Signature              Date
X
#2 From Application - Signature              Date
X
Accepted by Harris, N.A., Chicago, IL.       Date

SignaPay is a registered ISO/MSP of Harris, N.A., Chicago, IL.

BMG 0236

NOV-29-2007 17:12 From:                                    To:12036432080                    Page:4/5

SMG-0227

ATTACHMENT F                                               APP. 000256
                                                           Ex. 1

[redacted] MN CD Initials: X

NOV-29-2007 17:11 From: BMG 0238 To:12036432080 Page:3/5

ATTACHMENT F

APP. 000257
Ex. 1

## DISCLOSURE PAGE

### Member Bank (Acquirer) Information

Acquirer Name: Harris, N.A.

Acquirer Address: 150 N. Martingale Road, Suite 900, Schaumburg, IL 60173

Acquirer Phone: 847-240-6600

### Important Member Bank (Acquirer) Responsibilities

1. A Discover / Visa / MasterCard Member is the only entity approved to extend acceptance of Discover / Visa / MasterCard products directly to a Merchant.
2. A Discover / Visa / MasterCard Member must be a principal (signer) to the Merchant Agreement.
3. The Discover / Visa / MasterCard Member is responsible for educating Merchant on pertinent Discover / Visa / MasterCard Operating Regulations with which Merchant must comply.
4. The Discover / Visa / MasterCard Member is responsible for and must provide settlement funds to the Merchant.
5. The Discover / Visa / MasterCard Member is responsible for all funds held in reserve that are derived from settlement.

### Merchant Information

Merchant Name: BUNZAI MEDIA GROUP, INC

Merchant Address: 16161 VENTURA BLVD #378, ENCINO CA 91436

Merchant Phone: 8187856600

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Discover / Visa / MasterCard Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Discover / Visa / MasterCard Member (Acquirer) is the ultimate authority should the Merchant have any problems.

Merchant Signature                                   12/13/2010
                                                     Date

MOTTI NOTTEA - CEO/OWNER
Merchant's Printed Name and Title

BMG 0239



BMG 0240

ATTACHMENT F



105 Decker Ct
Suite 650
Irving, TX 75062
Tel: 800-944-1399
Fax: 214-260-9320

## CHANGE OF BANK ACCOUNT REQUEST

This document must be accompanied by a voided check from the new bank account.

Date: 2/3/2011

To: **SignaPay – Account Services**

From: MOTTI NOTTEA                          WELS FARGO
Owner's Name                                Bank Name:

BUNZAI MEDIA GROUP, INC                     ▮▮▮▮▮▮▮▮▮▮
Business Name                               Acct. Number:

▮▮▮▮▮▮▮▮▮▮                                   ▮▮▮▮▮▮▮▮▮▮
Merchant Number                             Routing Number:

I (Merchant) agree, by my signature below, to the above changes and I further agree to these changes with regards to programming. I have enclosed a voided pre-printed check from the new bank account.

X _____
   Merchant Signature

NOTE: Temporary Checks are not acceptable. A Voided Pre-Printed Check for the new account must be attached (if mailed) or faxed to: (214) 614.4623

**If you have changed Corporate Name, Ownership, Partners, or changed from Sole proprietor to Corporation, you MUST fill out a new application.

For American Express, Discover and/or Diners Club, please contact them directly at:
AMERICAN EXPRESS                            (800) 528 - 5200
DISCOVER                                    (800) 347 - 2000
DINERS CLUB                                 (800) 525 – 7376

New Bank/DDA/Routing Information

### PLACE VOIDED CHECK HERE

SignaPay is a registered ISO/MSP of Harris N.A., Chicago, IL.

Version 10.2008                    www.signapay.com

BMG 0241

ATTACHMENT F                                APP. 000260
                                            Ex. 1



02/03/2011

To Whom It May Concern:

This letter is to state Bunzai Media Group Inc. with Wells Fargo Bank. Account information is as follows:

Routing Number for all accounts: 

Do not hesitate to contact me if you should have any further questions.

Thank You,

Teny Minas
Assistant Manager

ATTACHMENT F

BMG 0242

APP. 000261
Ex. 1