AuraVie SkinCare



TAKE MORE THAN 10 YEARS OFF YOUR SKIN WITH AURAVIE SKINCARE!

## HOW DOES AURAVIE WORK?

AuraVie SkinCare contains the advanced scientifically proven ingredient Acetyl Hexapeptide-3. It is a face firming peptide clinically proven to reduce the appearance of fine line and wrinkles. Derived directly from nature, Acetyl Hexapeptide-3 is clinically proven to turn back the natural effects of the aging process at the cellular level, changing the face of beauty skin care products forever.

Your skin will feel tighter, rejuvenated and nourished. In less than 2 days, you will see a tremendous increase in skin moisturization. And after just 30 days, you will see a decrease of fine lines and wrinkles up to 83%. AuraVie SkinCare combines many of the world's most potent anti-oxidant extracts such as:





AuraVie SkinCare is perfect for immediate relief of problem dry areas and perfect for daily use! AuraVie SkinCare will keep your skin healthy, moist, and hydrated. Daily use of AuraVie SkinCare will prevent dry skin, itching, peeling and cracking, and help maintain skin suppleness and elasticity.

## THREE STEPS TO YOUTHFUL SKIN



**Renew Purifying Cleansing Toner Gel**
Cleanse your face with our gentle yet effective cleansing toner gel.



**Revive Age Defying Serum**
Apply serum to face, neck and decolletage to nourish and revive tired lusterless skin.



**Replenish Day/Night Moisturizer**
Lock in moisture with NANO* Time Release Technology* to give you 8 hours of protection & maximum moisturization.



CLAIM YOUR RISK-FREE TRIAL NOW    ORDER NOW



http://myauravie.com/

ATTACHMENT F    APP. 000262
Ex. 1

AuraVie SkinCare




## REAL PEOPLE. **REAL RESULTS.**

CLAIM YOUR TRIAL NOW



**I never have to worry about looking great!**

The fine lines and wrinkles on my forehead and around my eyes have improved so much. The AuraVie system is easy to use and work into my daily routine. I will definitely keep using these products!

- Leona, CA



**I am 60 now and no one believes I am that old!**

The products go a long way and my skin thanks them for that! I am so glad that you are selling these products, I especially love that fact that I can order online and I have told all my friends about it. I recommend AuraVie skincare to ALL WOMEN.

- Laurie, CA



**These products are so amazing!**

After just a few days of use, my face is smoother, softer, firmer, completely breakout-free, my pores are smaller and clearer and the fine lines have almost totally disappeared! Try it right now. You will not be disappointed!

- Nancy, CA




SAY NO TO **PAINFUL BOTOX INJECTIONS** AND **EXPENSIVE LASER TREATMENTS**

ORDER NOW



Wrinkle Reduction (%)

20%

14%

6%

2.5%

Week

* Using AuraVie SkinCare Solution
* Using "Leading" Wrinkle Reducer

AuraVie SkinCare contains a mix of clinically proven essential vitamins and peptides shown to reduce the signs of aging. By placing peptides onto your skin, it stimulates the skin to produce more collagen. And, by having protective antioxidants on the skin surface, it will help to *prevent new wrinkles from forming.*

✗ **NO** Painful Injections!

✗ **NO** Expensive Lasers!

✗ **NO** Invasive Surgery!

✗ **NO** Problem!

Still not convinced? Click here to claim your Trial Order

NOURISH, MOISTEN, AND PAMPER YOUR SKIN FOR A BEAUTIFUL NEW YOU!



**DISCOVER YOUR FOUNTAIN OF YOUTH**

http://myauravie.com/

1/14/2015

BMG 0249

APP. 000263
Ex. 1

AuraVie SkinCare                                                    Page 3 of 3



T&C | Privacy Policy | Contact Us

© 2015 myauravie.com All Rights Reserved.

*"The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.
*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included
in the Shipping and Handling charge for your trial order.

Representations regarding the efficacy and safety of AuraVie Skincare have been scientifically substantiated however these scientific substantiations have not
been evaluated by the Food and Drug Administration.

Please Click here to find clinical studies for AuraVie Skincare products which describe the benefits of AuraVie Skincare as well as list of our natural ingredients
derived directly from nature.

BMG 0250

ATTACHMENT F                                    APP. 000264
                                                      Ex. 1



**TERMS & CONDITIONS**
LAST UPDATED: March 7th, 2013

ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and myauravie.com ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.

**INTRODUCTION**
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act. You manifest Your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not. It is suggested that You print this form for Your personal records.

myauravie.com reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of these Terms.

If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein.

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date. A changed "last modified" dates indicates that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

**ORDERING PRODUCTS THROUGH THE WEBSITE: POLICIES**
NOTE: Some products come with a ten (10) day trial period (Risk Free Trial) as described in this Agreement. If You have any questions about our Risk Free Trial, please contact Our Customer Service Department toll-free at 866-216-9336 . Our Customer Service Department is open Monday through Friday, from 7am to 4pm Pacific Standard Time (PST).

RISK FREE TRIAL: Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows:
OFFER TERMS: By placing your trial order today you'll be shipped a 30 day supply of AuraVie SkinCare for $4.95 S&H. Try it 10 days to experience the benefits and if for any reason this system is not for You, call our Customer Care toll-free at 866-216-9336 within your 10-day trial period to cancel. If you are satisfied, do nothing and you agree to be charged $97.88. Plus you agree to be enrolled in our 6 Month VIP Membership Program and 45 days from your initial order date and every 30 days thereafter for a maximum of 165 days (5 cycles), you will receive a fresh supply of your system for the same low price (Free Shipping). Your last shipment (6th cycle) is absolutely free, just pay $14.95 S&H, and an email will be sent to you for your confirmation to continue in the program. Cancel your VIP Membership at anytime. Please read our terms and conditions for more details. Offer available while supplies last.

Regardless of whether You cancel Your Risk Free Trial in a timely fashion or not, You will be responsible to pay the shipping and handling charges associated with Your Product (currently ranging between $2.95 and $9.95, depending on the Product ordered). You agree that we can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a timely fashion or not. No refunds will be issued for shipping and handling charges.

Risk Free Trial is limited to 1 offer per household.

All California orders are subject to applicable sales tax.

YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP SUPPLYING THE PRODUCT TO YOU.
CANCELATION OF ORDER. If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call AuraVie SkinCare Customer Care toll-free at 866-216-9336 within your 10-day trial period to cancel. We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then You must call Our Customer Service Department toll-free at 866-216-9336 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@Auravie.com. When emailing us, please include your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

BMG 0251

RETURNS AND REFUNDS. We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. For all unused trial orders that are past their 10 day trial period and have been billed under the terms herein, you may return the unopened package within 30 days from the order date and you will be refunded for that order. Used trial orders are not eligible for return once the trial period has expired. For all recurring orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.

Please note the following terms:

• Risk Free Trials are subject to billing for the balance of purchase price of the product after the specified trial period (10, 14, 21, 30 or 60 days as applicable). To prevent this billing, you must first obtain your RMA number within the time frame of your trial period and return the unused product within 30 days from when your trial began, as stipulated in Cancellation of Orders section above.
• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 866-216-9336 for your RMA number. RMA numbers are good for 30 days.
• All returned products may be subject to a 15% restocking fee. Restocking fee does not apply to Trial shipments.
• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.

DAMAGED PRODUCTS. Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at 866-216-9336 immediately, so that we may correct it in a timely matter.

Refer a friend and get 20% off your next shipment. For every person you refer that successfully enrolls into the program, you will receive 20% off your next shipment of the AuraVie SkinCare. Just have your referral sign up for their Risk Free Trial of the AuraVie SkinCare at myauravie.com. Once they have done so, just give us a call at 866-216-9336 with the following information: name, address or email of your referral. Upon verifying your referral, we will give you 20% off your next shipment. It's that simple! Please note that only one referral can be credited to each shipment.

CHARGEBACKS AND REVERSALS. We handle all chargebacks and reversals as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).

CREDIT CARD DESCRIPTOR. By ordering Products from myauravie.com, You authorize myauravie.com to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this Agreement, above. In the event the agreed upon amount is declined, you authorize myauravie.com to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "AuraVie SkinCare"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at 866-216-9336.

PRICE MODIFICATIONS. We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You. Price quotes provided to You prior to any price modification shall be honored.

BILLING ERRORS. If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at 866-216-9336 immediately of such error. If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

REPRESENTATIONS; DISCLAIMERS
It is Our intention to provide You with the finest skincare products available, and we believe in the efficacy of every Product we sell. You understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease. Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen. You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.

We endeavor to provide You with accurate information about Our Products. You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities (Third Parties). We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.

All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products. Individual results will vary from person to person.

OWNERSHIP; INTELLECTUAL PROPERTY
The Website, and all images and content at the Website (collectively, "Materials"), are the sole and exclusive property of myauravie.com or its licensors. No license or ownership rights in or to any of the Materials are conveyed to You by virtue of this Agreement or by Your purchase of any Product from the Website. The Materials are protected by the copyright and trademark laws of the United States. Unless otherwise permitted by law, none of the Materials may be reproduced by You without myauravie.com's prior written permission.

Terms and Conditions

Page 3 of 4

**YOUR REPRESENTATIONS.** You hereby represent and warrant that: You are age eighteen or older; You have read this Agreement and thoroughly understand the terms contained in this Agreement; Any Products You purchase from the Website will be used for Your personal, non-commercial use; You will not re-sell, re-distribute or export any Product that You order from the Website; myauravie.com has the right to rely upon all information provided to myauravie.com by You; myauravie.com may contact You by email, telephone or postal mail for any purpose, including but not limited to (i) follow-up calls, (ii) customer satisfaction surveys, and (iii) inquiries about any orders You placed, or considered placing, at or through the Website.

**RESTRICTIONS**
Without the express prior written authorization of myauravie.com, You may not: Duplicate the Website (except as expressly provided elsewhere in this Agreement or as permitted by law); Create derivative works based on the Website or any of the Materials; Remove any copyright or other proprietary notices from the Website or any of the Materials contained therein; Frame or utilize any framing techniques in connection with the Website or any of the Materials; Use any meta-tags or any other "hidden text" using the Website's name or link to any page of the Website; Circumvent any encryption or other security tools used anywhere on the Website (including the theft of user names and passwords or using another person's user name and password in order to gain access to a restricted area of the Website); Use any data mining, bots, or similar data gathering and extraction tools on the Website; Use any device, software or routine to bypass any operational element or to interfere, or attempt to interfere, with the proper working of the Website, server or activities conducted therein; or, Take any action that imposes an unreasonable or disproportionately large load on the Website or its network infrastructure.

**TERMINATION**
This Agreement shall remain in force as long as You access the Website, use any functions or features of the Website, or order anything from the Website. We reserve the right to terminate this Agreement without notice and/or refuse to sell to anyone who We believe, in Our sole discretion, (i) has violated any of the terms of this Agreement, (ii) is abusing the Products or the services we provide, or (iii) is unable to provide us with sufficient information to allow us to properly identify the customer's real name, address, or other contact information.

**LIMITATION OF LIABILITY; NO WARRANTIES**
In no event shall myauravie.com or its officers, directors, employees or subcontractors be liable for any indirect, special, incidental, exemplary, consequential or punitive damages, under any cause of action whatsoever including but not limited to contract, tort, strict liability, warranty or otherwise, for any claim, cause of action, fee, expense, cost or loss (collectively, "Claims") arising from or related to this Agreement, the Products, or Customer's use of the Website or any Product.

Except as otherwise specifically stated in this Agreement, the Website and all Products and services provided to You are provided "as is", without any warranty whatsoever.

You agree that myauravie.com's entire liability for all Claims shall be limited, in the aggregate, to the lesser of (i) USD $500.00, or (ii) the total amount of money You paid to myauravie.com in the one (1) month period immediately preceding the incident on which Your Claim is based. This limitation of liability shall apply for all Claims, regardless of whether myauravie.com was aware of or advised in advance of the possibility of damages or such Claims.

The warranties and representations specifically set forth in this agreement are the only warranties and representations with respect to this Agreement, and are in lieu of any and all other warranties, written or oral, express or implied, that may arise either by agreement between the parties or by operation of law, including warranties of merchantability and fitness for a particular purpose. None of these warranties and representations will extend to any third person. Some jurisdictions do not allow the exclusion of certain warranties, so some of the above exclusions may not apply to You.

**INDEMNIFICATION**
You agree to defend, indemnify, and hold harmless myauravie.com, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from Your misuse or inability to use the Website, or Your breach of any of these terms and conditions of this Agreement. We shall promptly notify You by electronic mail of any such claim or suit, and cooperate fully (at Your expense) in the defense of such claim or suit. If we do not hear from You promptly, we reserve the right to defend such claim or suit and seek full recompense from You.

**NOTICE**
Any notice required to be given under this Agreement to You may be provided to You by postal mail or by email. If notice is sent by email, such notice shall be sent to the last known email address that You provided to Us, and shall be deemed delivered once sent. Notices by customers to myauravie.com must be sent in writing to the following address: myauravie.com, Attention: Legal, AuraVie.com, PO Box 10465, Van Nuys CA 91410, USA

**FORCE MAJEURE**
myauravie.com shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond Our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the myauravie.com's performance.

**MISCELLANEOUS**
Governing Law. This Agreement and all matters arising out of, or otherwise relating to this Agreement shall be governed exclusively by the laws of the State of California, excluding its conflict of law provisions.

RIGHTS TO INJUNCTIVE RELIEF. Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

ASSIGNMENT. The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

**BMG 0253**

ATTACHMENT F

APP. 000267
Ex. 1

Terms and Conditions                                                Page 4 of 4

SEVERABILITY. If for any reason a court of competent jurisdiction or an arbitrator finds any provision of this Agreement, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of these Terms and Conditions will continue in full force and effect.

ATTORNEY'S FEES. In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney fees and costs incurred in connection therewith, including attorney fees incurred on appeal.

NO WAIVER . No waiver of or by myauravie.com shall be deemed a waiver of any subsequent default of the same provision of this Agreement. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from this Agreement.

HEADINGS. All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of this Agreement.

COMPLETE AGREEMENT. This Agreement constitute the entire agreement between the parties with respect to Your access and use of the Website and Your ordering and use of the Products, and supersedes and replaces all prior understandings or agreements, written or oral, regarding such subject matters.

MODIFICATIONS. myauravie.com reserves the right to change any of the provisions posted herein and You agree to review these terms and conditions each time You visit the Website. Your continued use of the Website following the posting of any changes to these terms and conditions constitutes Your acceptance of such changes. myauravie.com does not and will not assume any obligation to provide You with notice of any change to this document. Unless accepted by myauravie.com in writing, these terms and conditions may not be amended by You.

Close this page

Terms and Conditions | Privacy Policy | Contact Us

© 2015 myauravie.com – All Rights Reserved

http://myauravie.com/terms.php                                        1/14/2015

**BMG 0254**

ATTACHMENT F                                                    APP. 000268
                                                                Ex. 1



**PRIVACY POLICY**
**Last Modified: June 12, 2011**

**AuraVie SkinCare and all its related web sites (www.myauravie.com)**
The information collection, use, and dissemination practices of AuraVie SkinCare

This policy applies to AuraVie SkinCare's collection, use, storage and disclosure of information by AuraVie SkinCare on its (a) websites, including all its divisions, subsidiaries and related companies (collectively, the "Websites").

**1. Collection of Information.**

**1.1 Survey Information.**

AuraVie SkinCare collects information from individuals by various methods, including, but not limited to, when an individual voluntarily completes a AuraVie SkinCare survey, order form, or a registration page either online or offline, or by means of online or offline surveys, order forms, or registration pages operated by third parties (collectively, a "Survey"). (As used herein, "online" means using the Internet, including the Websites, and related technologies, and "offline" means by methods other than online, including in person, in the postal mail, using telephones and cell phones, and other similar means.) In the Surveys, AuraVie SkinCare may ask an individual to provide various information to AuraVie SkinCare , which may include his or her name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, education and marital status, occupation, social security number, employment information, personal and online interests, and such other information as may be requested from time to time (together, "Survey Information"). AuraVie SkinCare may also collect information concerning an individual from another source and uses that information in combination with information provided from this web site. Completing the Surveys is completely voluntary, and individuals are under no obligation to provide Survey Information to AuraVie SkinCare, but an individual may receive incentives from AuraVie SkinCare in exchange for providing Survey Information to AuraVie SkinCare.

**1.2 Third Party List Information.**

AuraVie SkinCare collects information from individuals when an individual provides information to a third party and AuraVie SkinCare subsequently purchases, licenses, or otherwise acquires the information from the third party (the "Seller"). Such purchased information may include, but is not limited to, an individual's name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, credit card information, education and marital status, occupation, industry of employment, personal and online interests, and such other information as the individual may have provided to the Seller (together, "Third Party List Information"). When acquiring Third Party List Information, AuraVie SkinCare seeks assurances from the Seller that the Seller has a right to transfer the Third Party List Information to AuraVie SkinCare and that the Seller has a right to provide offers from advertisers to the individuals whose personal information is included on the Seller's list.

**1.3 Other Information.**

Other occasions when AuraVie SkinCare obtains information from individuals include (1) when an individual is making a claim for a prize or seeking to redeem an incentive offered by AuraVie SkinCare (2) when an individual requests assistance through AuraVie SkinCare's customer service department, and (3) when an individual voluntarily subscribes to a AuraVie SkinCare service or newsletter (together, "Other Information").

**1.4 Cookies, Web Beacons, and Other Info Collected Using Technology.**

AuraVie SkinCare currently uses cookie and web beacon technology to associate certain Internet-related information about an individual with information about the individual in our database. Additionally, AuraVie SkinCare may use other new and evolving sources of information in the future (together, "Technology Information").

**(a) Cookies.**

A cookie is a small amount of data stored on the hard drive of the individual's computer that allows AuraVie SkinCare to identify the individual with his or her corresponding data that resides in AuraVie SkinCare's database. You may read more about cookies at http://cookiecentral.com. Individuals who use the Websites need to accept cookies in order to use all of the features and functionality of the Websites.

**(b) Web Beacons.**

A web beacon is programming code that can be used to display an image on a web page but can also be used to transfer an individual's unique user identification (often in the form of a cookie) to a database and associate the individual with previously acquired information about an individual in a database. This allows AuraVie SkinCare to track certain web sites an individual visits online. Web beacons are used to determine products or services an individual may be interested in, and to track online behavioral habits for marketing purposes. For example, AuraVie SkinCare might place, with the consent of a third party website, a web beacon on the third party's website where fishing products are sold. When Bill, an individual listed in AuraVie SkinCare's database, visits the fishing website, AuraVie SkinCare receives notice by means of the web beacon that Bill visited the fishing site, and AuraVie SkinCare would then update Bill's profile with the information that Bill is interested in fishing. AuraVie SkinCare may thereafter present offers of fishing related products and services to Bill. In addition to using web beacons on web pages, AuraVie SkinCare also uses web beacons in email messages sent to individuals listed in AuraVie SkinCare's database.

BMG 0255

**(c) New Technology.**
The use of technology on the Internet, including cookies and web beacons, is rapidly evolving, as is AuraVie SkinCare's use of new and evolving technology. As a result, AuraVie SkinCare strongly encourages individuals to revisit this policy for any updates regarding its use of technology.

**1.5 Outside Information.**
AuraVie SkinCare may receive information about individuals from third parties or from other sources of information outside of AuraVie SkinCare including information located in public databases ("Outside Information").

**1.6 Individual Information.**
As used herein, Individual Information means Survey Information, Third Party List Information, Other Information, Technology Information, and Outside Information, and any other information AuraVie SkinCare gathers or receives about individuals.

**1.7 No Information Collected from Children.**
AuraVie SkinCare will never knowingly collect any personal information about children under the age of 13. If AuraVie SkinCare obtains actual knowledge that it has collected personal information about a child under the age of 13, that information will be immediately deleted from our database. Because it does not collect such information, AuraVie SkinCare has no such information to use or to disclose to third parties. AuraVie SkinCare has designed this policy in order to comply with the Children's Online Privacy Protection Act ("COPPA").

**1.8 Credit Card Information.**
AuraVie SkinCare may in certain cases collect credit card numbers and related information, such as the expiration date of the card ("Credit Card Information") when an individual places an order from AuraVie SkinCare. When the Credit Card Information is submitted to AuraVie SkinCare, such information is encrypted and is protected with SSL encryption software. AuraVie SkinCare will use the Credit Card Information for purposes of processing and completing the purchase transaction, and the Credit Card Information will be disclosed to third parties only as necessary to complete the purchase transaction.

**2. Use of Individual Information.**

**2.1 Discretion to Use Information.**
THE COMPANY MAY USE INDIVIDUAL INFORMATION FOR ANY LEGALLY PERMISSIBLE PURPOSE IN COMPANY'S SOLE DISCRETION. The following paragraphs in Section 2 describe how AuraVie SkinCare currently uses Individual Information, but AuraVie SkinCare may change or broaden its use at any time. As noted below, AuraVie SkinCare may update this policy from time to time. AuraVie SkinCare may use Individual Information to provide promotional offers to individuals by means of email advertising, telephone marketing, direct mail marketing, online banner advertising, and package stuffers, among other possible uses. If you do not wish us to use personal information about you to promote or sell our products and services or to sell, transfer or otherwise provide personal information about you to third parties, please inform us by contacting customer service at 866-216-5536 and we will certainly honor your request.

**2.2 Email.**
AuraVie SkinCare uses Individual Information to provide promotional offers by email to individuals. AuraVie SkinCare may maintain separate email lists for different purposes. If email recipients wish to end their email subscription from a particular list, they need to follow the instructions at the end of each email message to unsubscribe from the particular list.

**2.2(a) Content of Email Messages.**
In certain commercial email messages sent by AuraVie SkinCare, an advertiser's name will appear in the "From:" line but hitting the "Reply" button will cause a reply email to be sent to AuraVie SkinCare. The "Subject:" line of AuraVie SkinCare email messages will usually contain a line provided from the advertiser to AuraVie SkinCare.

**2.2(b) Solicited Email.**
AuraVie SkinCare only sends email to individuals who have agreed on the Websites to receive email from AuraVie SkinCare or to individuals who have agreed on third party websites to receive email from third parties such as AuraVie SkinCare. AuraVie SkinCare does not send unsolicited email messages. As a result, statutes requiring certain formatting for unsolicited email are not applicable to AuraVie SkinCare's email messages.

**2.3 Targeted Advertising.**
AuraVie SkinCare uses Individual Information to target advertising to an individual. When an individual is using the Internet, AuraVie SkinCare uses Technology Information (see also Section 2.5 below) to associate an individual with that person's Individual Information, and AuraVie SkinCare attempts to show advertising for products and services in which the person has expressed an interest in the Surveys, indicated an interest by means of Technology Information, and otherwise. AuraVie SkinCare may, at its discretion, target advertising by using email, direct mail, telephones, cell phones, and other means of communication to provide promotional offers.

**2.4 Direct Mail and Telemarketing.**
AuraVie SkinCare uses Individual Information to advertise, directly or indirectly, to individuals using direct mail marketing or telemarketing using telephones and cell phones.

**2.5 Use of Technology Information.**
AuraVie SkinCare uses Technology Information (1) to match a person's Survey Information and Third Party List Information to other categories of Individual Information to make and improve profiles of individuals, (2) to track a person's online browsing habits on the Internet, (3) to determine which areas of AuraVie SkinCare's web sites are most frequently visited. This information helps AuraVie SkinCare to better understand the online habits of individuals so that AuraVie SkinCare can target advertising and promotions to them.

**2.6 Profiles of Individuals.**
AuraVie SkinCare uses Individual Information to make a profile of an individual. A profile can be created by combining Survey Information and Third Party List Information with other sources of Individual Information such as information obtained from public databases.

**2.7 Storage of Individual Information.**

myauravie.com | Privacy Policy

Page 3 of 3

AuraVie SkinCare stores the Individual Information in a database on AuraVie SkinCare computers. Our computers have security measures (such as a firewall) in place to protect against the loss, misuse, and alteration of the information under AuraVie SkinCare's control. Notwithstanding such measures, AuraVie SkinCare cannot guarantee that its security measures will prevent AuraVie SkinCare computers from being illegally accessed, and the Individual Information on them stolen or altered.

**3. Dissemination of Individual Information.**

**3.1 Sale or Transfer to Third Parties.**
AURAVIE SKINCARE WILL NOT SELL OR TRANSFER INDIVIDUAL INFORMATION TO THIRD PARTIES FOR ANY PURPOSE WHATSOEVER UNLESS AS STIPULATED HEREIN.

**3.2 Legal Process.**
AuraVie SkinCare may disclose Individual Information to respond to subpoenas, court orders, and other legal processes.

**3.3 Summary Data.**
AuraVie SkinCare may sell or transfer non-individualized information, such as summary or aggregated anonymous information about all persons or sub-groups of persons.

**3.4 Access.**
Individuals have access to their Individual Information collected to provide an opportunity for an individual to correct, amend, or delete such information. Access can be obtained by contacting customer service at the number on the order page. AuraVie SkinCare may also grant advertising clients and email services providers access to an individual's email address to verify the origin of the Individual Information collected.

**4. Privacy Practices of Third Parties.**

**4.1 Advertiser cookies and web beacons.**
Advertising agencies, advertising networks, and other companies (together, "Advertisers") who place advertisements on the Websites and on the Internet generally may use their own cookies, web beacons, and other technology to collect information about individuals. AuraVie SkinCare does not control Advertisers' use of such technology and AuraVie SkinCare has no responsibility for the use of such technology to gather information about individuals.

**4.2 Links.**
The Websites and email messages sometimes contain hypertext links to the web sites of third parties. AuraVie SkinCare is not responsible for the privacy practices or the content of such other web sites. Linked web sites may contain links to web sites maintained by third parties. Such links are provided for your convenience and reference only. AuraVie SkinCare does not operate or control in any respect any information, software, products or services available on such third party web sites. The inclusion of a link to a web site does not imply any endorsement of the services or the site, its contents, or its sponsoring organization.

**4.3 Affiliated Companies.**
AuraVie SkinCare may disclose, transfer, and sell Individual Information to entities affiliated with AuraVie SkinCare in AuraVie SkinCare's discretion.

**5. Unsubscribe Procedures.**
If you wish to discontinue receiving email messages from AuraVie SkinCare please email us at support@auravie.com or write to:

AuraVie.com
PO Box 10465
Van Nuys CA 91410
USA

We reserve the right to add Individual Information to multiple lists maintained by AuraVie SkinCare.
For more information about protecting your privacy, you may wish to visit: www.ftc.gov

PLEASE NOTE: OUR PRIVACY POLICY CHANGES FROM TIME TO TIME AND CHANGES ARE EFFECTIVE UPON POSTING. PLEASE CHECK BACK FREQUENTLY FOR UPDATES AS IT IS YOUR SOLE RESPONSIBILITY TO BE AWARE OF CHANGES. AURAVIE SKINCARE DOES NOT PROVIDE NOTICES OF CHANGES IN ANY MANNER OTHER THAN BY POSTING THE CHANGES AT THIS WEB SITE. IF YOU DO NOT AGREE WITH THE TERMS OF THIS PRIVACY POLICY PLEASE DO NOT PROVIDE ANY INFORMATION TO AURAVIE SKINCARE OR USE ANY OF THE SERVICES OR PRODUCTS OFFERED OR PROVIDED ON ANY OF THE WEB SITES REFERRED TO IN THIS PRIVACY POLICY.

Close this page

Terms and Conditions | Privacy Policy | Contact Us

© 2015 myauravie.com - All Rights Reserved

http://myauravie.com/privacy.php

1/14/2015

BMG 0257

ATTACHMENT F

APP. 000271
Ex. 1

Attn: Joanne

Detach and return bottom portion with your payment.   149304 01 000000000 0   STMT01 D 6 991 ***     See reverse side for important information

# HSBC ◀▣▶

Account Number: ▬▬▬▬▬▬
New Balance                          $26.97
Minimum Payment Due                  $15.00
Payment Due Date                  03/28/2011

Include account number on check to HSBC Card Services.  Do not
send cash.  Please send your payment 7 to 10 days prior to the
payment due date to ensure timely delivery.

140   AMOUNT
      ENCLOSED

MOTTI M NOTTEA
7900 GLORIA AVE
VAN NUYS CA 91406-1804

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5494096989630256000015000000026974

BMG 0258

ATTACHMENT F

APP. 000272
Ex. 1

March 21st, 2011

We would like to request a mailing address change for account number: ▮▮▮▮▮▮▮▮

The new address should be:

7900 Gloria Ave
Van Nuys, CA 91406

Please let me know if you need any more information.

Signed: _____

Motti Nottea



To:
Signapay
105 Decker Court
Irving, TX 75062

I, Motti Nottea, the CEO of Bunzai Media Group, Inc., am making a formal request to close our merchant account under Signapay.

The account is: ▮▮▮▮▮▮

The account is under Bunzai Media Group, Inc. It is being closed because the corporation will no longer be using it. Please make sure that the reserves under the account are released to the company bank account under Wells Fargo, account number:            528. Let me know if you need any more information.

Sincerely,

Motti Nottea
CEO/Owner

16161 Ventura Blvd #378 Encino, CA 91436
P: 818.200.1035    F: 818.647.0182
www.Bunzaimedia.com

**BMG 0260**

ATTACHMENT F                                      APP. 000274
                                                  Ex. 1

## MERCHANT APPLICATION

**SignaPay**

Merchant # 3899 00000 2069373

☐ New Location  ☐ Additional Location

105 Decker Court • Suite 650 • Irving, TX 75062

Tel: 800-944-1399 • Fax: 214-260-9320 • www.signapay.net

ISO #: _____

▶ **Business Information**  Note: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations.
(See Terms and Conditions for further information)

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| ZEN MOBILE MEDIA, INC | MYSKIN 677-743-7743 |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 4335 VAN NUYS BLVD #167 | 4335 VAN NUYS BLVD #167 |

| City: SHERMAN OAKS | State: CA | Zip: 91403 | City: SHERMAN OAKS | State: CA | Zip: 91403 |
|---|---|---|---|---|---|

| Phone #: ( 866 ) 982-6218 | Contact: IGOR LATSANOVSKI | DBA Phone #: ( 866 ) 982-6218 | Fax #: ( 818 ) 994-8999 |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: | Website Address: www. |
|---|---|---|

| Federal Tax # (as it appears on your income tax return): | # of Locations 1 | Years in Business 1 | Years Owned Business 1 |
|---|---|---|---|

| Place of Legal Formation: CA | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: WELLSFARGO | Contact: TENY MINAS | Phone #: ( 818 ) 509-3480 |
|---|---|---|

▶ **Owners or Officers • Individual Ownership Must be Equal to or Greater than 50%**

| Name: 1. IGOR LATSANOVSKI | Title: CEO/OWNER | Date of Birth: | Applicant's SS #: | % Equity Ownership: 100 |
|---|---|---|---|---|

| Residence Address: | City: CALABASAS | State: CA | Zip: | # Years: 2 |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: DL | Expiration Date: | Country of Citizenship (if not US): CANADA | Home Phone: ( 818 ) 200-1035 |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

▶ **Business Profile**

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☑ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☐ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other:

Type of Goods or Services Sold: BEAUTY AND SKINCARE PRODUCTS

SIC Code:

Do you currently accept Discover ®/Visa/Mastercard? ☐ Yes ☑ No (if yes, you should submit 3 current months' statements.)

Name of Current Processor:

Has Merchant or any associated principal disclosed below filed ☐ Yes  Date: _____ bankruptcy or been subject to involuntary bankruptcy? ☑ No

▶ **Sales Profile**

Merchant Type: (Be Accurate)
☑ Retail
☐ Restaurant
☐ Lodging
☐ Service
☐ Internet
☐ Home Based
☐ Other

| Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with Imprint, Card Present | % |
| Mail Order/Telephone | 100 % |
| Internet | % |
| Total = | 100% |

▶ **Business Trade Suppliers • List Two**

| Name: CRITICAL MEDIA | Address: WOODLAND HILLS, CA | Contact: RON SWARTZ | Phone #: ( 818 ) 517-5000 |
|---|---|---|---|
| Name: GAMBIT NETWORK | Address: SHERMAN OAKS, CA | Contact: NASTASSIA YALLEY | Phone #: ( 818 ) 687-0366 |

▶ **Merchant Site Survey Report • To be Completed by Sales Representative**

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☐ Internet ☐ Residence ☐ Other_____

Area Zoned: ☑ Commercial ☐ Industrial ☐ Residential  Square Footage: ☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes ☐ No
If No, explain:

The Merchant: ☑ Owns ☐ Leases the Business Premises  Landlord Name & Phone #:

Further Comments by Inspector (Must Complete):

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by: _____  Office #: _____  Representative #: _____  Representative Signature: _____  Date: _____

ZMM 0328

APP. 000275
Ex. 1

## ► Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following: ☐ Tiered ☐ Interchange + Pricing

| | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ % |
| VS/MC Discount Rate for Debit Cards | _____ % |
| AMEX Discount Rate: | _____ % |

## ► Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following: ☒ Tiered ☐ Interchange + Pricing

| | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | 2.19 % |
| VS/MC Debit Card Discount Rate: | _____ % |
| AMEX Rate: | $7.95 Monthly |

## ► Fees

| | |
|---|---|
| DISC/VS/MC Transaction Fee: | Per Item |
| Non-Bankcard Transaction Fee: | Per Item |
| Statement Fee: | Monthly |
| VIMAS Online Service: | Monthly |
| Monthly Minimum: | Monthly |
| Annual Fee: | Per Year |
| Debit Transaction Fee Plus Network Fees: | Per Item |
| EBT Transaction Fee: | Per Item |
| EBT Statement Fee: | Monthly |
| Batch Fee: | Per Batch |
| Manual Imprinter:        QTY: | One Time |
| Chargeback Fee: | $25.00 Per Item |
| ACH Reject Fee: | $5.00 Per Item |
| Retrieval Fee: | Per Item |
| Voice Authorization Fee: | $0.95 Per Call |
| Gateway Access Fee: | Monthly |
| AVS Surcharge: | Per Item |
| Early Termination Fee: | $495.00 One Time |
| Others (please specify): | |

## ► Fees

| | |
|---|---|
| DISC/VS/MC Transaction Fee: | .15 Per Item |
| Non-Bankcard Transaction Fee: | .25 Per Item |
| Statement Fee: | 9.95 Monthly |
| VIMAS Online Service: | Monthly |
| Monthly Minimum: | $25.00 Monthly |
| Annual Fee: | $99 Per Year |
| MOTO/Internet Surcharge: | Per Item |
| AVS Surcharge: | Per Item |
| Batch Fee: | 0.10¢ Per Batch |
| Manual Imprinter:        QTY: | One Time |
| Chargeback Fee: | $25.00 Per Item |
| ACH Reject Fee: | $25.00 Per Item |
| Retrieval Fee: | $5.00 Per Item |
| Voice Authorization Fee: | $0.95 Per Call |
| Gateway Access Fee: | Monthly |
| Early Termination Fee: | $495.00 One Time |
| Others (please specify): | |

1) I/We understand and agree to the following: that my/our discount rate as stated above will be charged on all electronically authorized payment card transactions that are in batches closed daily (qualified rate); 2) and that all payment card transactions that do not meet the requirements stated in number 1 above may be charged up to 4.61% higher than my/our discount rate. Discover/Visa/Mastercard business transactions may be charged up to 4.61% above qualified rate.

3) Pass-through Association fees include Visa Acquirer Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit our website for further details.

Do you use a third party to process or transmit Cardholder data? ☐ Yes ☐ No. Give name/address (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any Software used for storing transmitting or processing Card Transactions or Authorization requests _____

## ► Merchant Benefits Club

☐ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.99 per terminal/peripheral per month.   Initials: X

## ► American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement") and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be sent the Agreement.

CHECK ONE:   ☐ Retail – $0.10 Trans Fee + 0.30% CNP Downgrade        ☐ Services, Wholesale & All Other – $0.15 Trans Fee

Signature: X _____        Date: _____

## ► Debit/Credit Authorization • Include a voided check or bank letter verifying account information.

Merchant authorizes Processor or Bank to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: _____        ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

AVERAGE TICKET SIZE: 85.00        AVERAGE MONTHLY VOLUME: 65,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 4c and 13b of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed forms unless specifically agreed to in writing by an officer of Processor and/or Harris, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## ► Individual Guaranty • No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement in consideration for the guaranty, and that the guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED

X _____        11/9/11
#1 From Application – Signature        Date

X _____
#2 From Application – Signature        Date

## ► For All Businesses • Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

ZEN MOBILE MEDIA, INC
Print Legal Name of Merchant/Business

X _____        11/9/11
#1 From Application – Signature        Date

X _____
#2 From Application – Signature        Date

X _____
Accepted by Processor        Date

ZMM 0329

Merchant Processing Agreement

Merchant Initials: X L.I.    CD Initials: X _____    ZMM-0330

APP. 000277
Ex. 1

Merchant Initials: X _L.I._   CD Initials: X _KMM 0331_

ATTACHMENT F

APP. 000278

Ex. 1

## DISCLOSURE PAGE

### Member Bank (Acquirer) Information

Acquirer Name: Harris, N.A.

Acquirer Address: 150 N. Martingale Road, Suite 900, Schaumburg, IL 60173

Acquirer Phone: 847-240-6800

### Important Member Bank (Acquirer) Responsibilities

1. A Discover / Visa / MasterCard Member is the **only entity** approved to extend acceptance of Discover / Visa / MasterCard products directly to a Merchant.
2. A Discover / Visa / MasterCard Member must be a principal (signer) to the Merchant Agreement.
3. The Discover / Visa / MasterCard Member is responsible for educating Merchant on pertinent Discover / Visa / MasterCard Operating Regulations with which Merchant must comply.
4. The Discover / Visa / MasterCard Member is responsible for and must provide settlement funds to the Merchant.
5. The Discover / Visa / MasterCard Member is responsible for all funds held in reserve that are derived from settlement.

### Merchant Information

Merchant Name: ZEN MOBILE MEDIA, INC

Merchant Address: 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403

Merchant Phone: 866.982.8714

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Discover / Visa / MasterCard Operating Regulations.

The responsibilities listed above do not supercede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Discover / Visa / MasterCard Member (Acquirer) is the ultimate authority should the Merchant have any problems.

_____               11/9/2011
Merchant Signature                             Date


IGOR LATSANOVSKI, CEO/OWNER
Merchant's Printed Name and Title

ZMM 0332

ATTACHMENT F

APP. 000279
Ex. 1



To Whom It May Concern:                                                    11/08/2011

    This letter is to state that Zen Mobile Media, Inc. has a merchant account with Wells Fargo Bank. Account information is as follows:

        Routing number: ▓▓▓▓▓▓

        Account number: ▓▓▓▓▓▓

    Do not hesitate to contact me if you have any further questions.

Thank you,

Teny Minas
Assistant Branch Manager
(818) 509-3480

ZMM 0333

ATTACHMENT F                                                    APP. 000280
                                                                Ex. 1



105 Decker Court
Suite 650
Irving, TX 75062
Tel: 800-944-1399
Fax: 214-260-9320

## MAIL, TELEPHONE ORDER, & INTERNET MERCHANT ADDENDUM

**UNDERWRITING & MARKETING REVIEW:** (Please answer the following questions as accurately as possible)

How are your products/services promoted?   [X] Direct Mail   [ ] Radio/Television   [ ] Print Advertising   [X] Telemarketing
(check all that apply)
[ ] Internet  (what is your URL) www.

NOTE: Print advertising materials must be submitted to uppsprocessing@signapay.com)

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

MYSKIN 877-743-7943

List name(s) and address(es) of vendor from which the product or service is purchased:
N/A

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
N/A

List geographical area(s) where your product will be marketed and sold:  USA
List carrier services that will deliver product:  USPS
What is your return or refund policy:  30 DAYS TO RETURN
How does the customer order your product/service?   [X] mail   [X] telephone   [ ] internet
When you receive an authorization, how long before merchandise is shipped:  24 HOURS
Do you perform recurring monthly billing?   [X] Yes  [ ] No      If Yes, [X] Monthly [ ] Quarterly [ ] Bi-annual [ ] Annual
Is your database collecting entire credit card numbers?  [ ] Yes  [X] No      If Yes, are you PCI compliant?  [ ] Yes  [ ] No

### IMPORTANT NOTICE TO INTERNET MERCHANTS:

Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

URGENT: You must contact your sales representative immediately upon completing the above 7 Internet processing requirements.

This amendment is made by and between Harris N.A., Chicago, IL. ('Bank'), and the undersigned "MERCHANT" and subject to the approval of BANK.
WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and
WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/ Telephone Order sale of products/services to customers; and
WHEREAS: BANK and MERCHANT has entered into Harris N.A., Chicago, IL. (Bank) VISA/MasterCard Processing Agreement ('Agreement').
NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY: _____   DATE: 11/9/2011

OWNER/OFFICER
IGOR LATSANOVSKI                                   Authorized Harris N.A. Agent
Print Name                                         Print Name

*SignaPay is a registered ISO/MSP of Harris N.A., Chicago, IL.*



ZMM 0335

ATTACHMENT F

APP. 000282
Ex. 1

1/16/2015                                On Line Application - Merchant Details

Print

**Application Detail**

MID: 3899000002069373

Address

Sales Rep :  Affiliate   Referral
             ISO # : 12650                    DBA Name :  ZEN MOBILE MEDIA
Legal Name :  ZEN MOBILE MEDIA INC            Address 1 :  4335 VAN NUYS BLVD
Address 1 :  4335 VAN NUYS BLVD               Address 2 :  SUITE 167
Address 2 :  SUITE 167                        City :  SHERMAN OAKS
City :  SHERMAN OAKS                          State/Zip :  CA  91403
State/ Zip :  CA  91403                       DBA Phone :  888-609-8647
Phone :  --                                   Web Address :
                                              E-mail :
Mailing Address
Mailing Name :  ZEN MOBILE MEDIA INC
Address1 :  4335 VAN NUYS BLVD
Address2 :  SUITE 167
City :  SHERMAN OAKS
State/Zip :  CA  91403

                                                                    Owners

1st Owner/Officer information

First Name :  IGOR                            Address 1 :  ▓▓▓▓▓▓▓▓▓▓▓▓
Last Name :  LATSANOVSKI                      Address2 :
Title :  President                            City :  ▓▓▓▓▓▓▓▓▓▓▓▓
Date Of Birth :  ▓▓▓▓▓▓▓                      State/Zip :  ▓▓▓▓▓▓▓
Applicant SS # :  ▓▓▓▓▓▓▓▓▓                   % Ownership :  100
Phone :  818-200-1035                         Drivers Lic :  State :

2nd Owner/Officer information

First Name :                                  Address1 :
Last Name :                                   Address2 :
Title :                                       City :
Date Of Birth :  --                           State/Zip :
Applicant SS # :  --                          % Ownership :
Phone :  --                                   Drivers Lic :  State :

                                                                 Trade References

Trade References 1

Trade Name :  CRITICAL MEDIA
Address, City, St/ Zip :  WOODLAND HILL

ATTACHMENT F

APP. 000283
Ex. 1

1/16/2015

On Line Application - Merchant Details

Contact : RON SWARTZ
Phone : 818- 517- 5000

Trade References 2

Trade Name : GAMBIT
Address, City, St/Zip : SHERMAN OAKS
Contact : NASTASSIA VALLEY
Phone : 818- 687- 0366

Business Profile

| | | | |
|---|---|---|---|
| Type Ownership: | LLC | Card Swipe: | 60%    100% Addendum |
| Goods/Services: | SKIN CARE AND SPA | Manual Keyed: | 0% |
| Accept V/M: | ☐ | Mail/Phone: | 40% |
| Current Procesor: | | Internet: | 0% |
| Tax ID: | ▆▆▆ | Rate Type : | Moto/eComm/Manualk |
| # of locations: | 2 | | |
| Years in biz: | 1 months | Bank Reference | |
| Bankruptcy Filed: | ◯ Yes   ◉ No | Bank Name: | WELLS FARGO |
| Bankruptcy dates: | -- | Account Name: | ZEN MOBILE MEDIA |
| Type Business: | Retail | Account #: | |
| Other Business: | | Re Type Account: | ▆▆▆ |
| Location Type: | Retail Location with Store Front | Routing #: | |
| Area Zoned: | S01-2,000 | Phone: | 818-509-3480 |

Does the amount
of inventory and
merchandise on
shelves and floor
appear
consistent with
this type of
business?:

If NO, explain:

SIC Code: BEAUTY SHOPS, BARBER SHOP
7230

Rates and Fees

| | | | |
|---|---|---|---|
| DS/VS/MC Credit Card Discount Rate: | 2.19% Bundled: ☐ | Batch Fee: | 0.1 Per Batch |
| DS/VS/MC Check Card Discount Rate: | 2.19% | Voice Authorization Fee: | 0.95 Per Call |
| DS/VS/MC Transaction Fee: | 0.25 Per Item | MOTO Surcharge: | 0 Per Item |
| Non-Bankcard Transaction Fee: | 0.25 Per Item | Chargeback/ACH Reject fee: | 25 Per Item |
| Statement Fee: | 9.95 Monthly | Retrieval Fee: | $5 Per Item |
| Vimas Online Service: | 0 Monthly | AVS Surcharge: | 0 Per Item |
| Monthly Minimum: | 25 Monthly | Early Termination Fee: | 295 Per Item |
| Annual Fee: | 99 Per Year | Manual imprinter Qty: | 0 $ea. |
| Mid-Qual Surcharge: | 1.85% | Mid-Qual per item: | 0 Per Item |
| Non-Qual Surcharge: | 1.85% | Non-Qual per item: | 0 Per Item |
| Average Ticket: | 800 | Monthly Volume: | 20000 |
| Imprinter Plate Qty: | 0 | | |
| Check Card Per Item: | 0.1 | | |

ATTACHMENT F

APP. 000284
ZMM 0337 Ex. 1      2/4

1/16/2015

On Line Application - Merchant Details

Services/TID

Discover : Not Selected - Mid #:   Status Date 11/21/2011

Amex : Not Selected - Mid #:   Status Date 11/21/2011

Diners : Not Selected - Mid #:   Status Date 11/21/2011

Debit : Not Selected - Surcharge Amt $:   Status Date 11/21/2011

EBT : Not Selected - FCS #:   Status Date 11/21/2011

Check Conversion : Not Selected -   Status Date 11/21/2011

Gift Card : Not Selected -   Status Date 11/21/2011

Equipment

| Payment Option |
| --- |
| |

| Source |
| --- |
| Iso |

| Terminal Program |
| --- |
| HCS-Host Capture Front-End |

| Features | |
| --- | --- |
| ☐ AMEX REV PIP | Industry Type: |
| ☐ AMEX SPLIT DIAL | Moto |

| Ship to |
| --- |
| Merchant |

| Delivered Method |
| --- |
| Ground |

| Special Instructions |
| --- |
| |

ATTACHMENT F

APP_000285
ZMM 0338 Ex. 1        3/4

1/16/2015                                          On Line Application - Merchant Details

| Equipment | | |
|---|---|---|
| Model | Price | Payment |
| AUTHORIZE.NET GATEWAY | 0 | Reprogramming |
| START UP KIT W/OUT IMPRINTER | 0 | Cash |
| MAGTEK Mini Card Reader USB Black | 66 | Reprogramming |

Agreement

Signature:

Validation Questions

| Question | Answer | Data in Credit Report |
|---|---|---|
| 1 - Enter the 6 first digits of any of your Credit/Store Cards | | |
| 2 - Have you had any federal or state tax lien for the past 5 years? | No | |
| 3 - Do you have a Mortgage Loan? | No | |
| 4 - Enter the total initial amount of your loan | | |

ATTACHMENT F

APP. 000286

ZMM 0339 Ex. 1        4/4

1                OFFICIAL TRANSCRIPT PROCEEDING

2                   FEDERAL TRADE COMMISSION

3

4

5

6

7    MATTER NO.       1423137

8

9

10   TITLE              AURAVIE

11

12

13   DATE          RECORDED:   SEPTEMBER 26, 2014

14

15                 TRANSCRIBED:  JUNE 5, 2015

16

17

18   PAGES          1 THROUGH 18

19

20

21

22

23

24        AUTOMATED MESSAGE LEFT BY DOTAUTHORITY.COM

25           MCPEEK – AURAVIE CALL 1   9-26-14

1                          FEDERAL TRADE COMMISSION

2                              I N D E X

3

4     RECORDING:                               PAGE:

5     Telephone conversation with Matt              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ATTACHMENT G                        APP. 000288
                                    Ex. 1

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:              )

 4     AuraVie                        )   Matter No. 1423137

 5                                    )

 6     ------------------------------)

 7                              September 26, 2015

 8

 9

10

11           The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                 -    -    -    -    -

 3           MR. MCPEEK:  Today is Friday, September 26th,

 4     2014.  The time is 12:56 p.m.  My name is Brent McPeek.

 5     I am a Federal Trade investigator assigned to the

 6     Southwest Region of the Federal Trade Commission.  My

 7     business address is 1999 Bryan Street, Suite 2150,

 8     Dallas, Texas, 75201.  My telephone number is (214)979-

 9     9350.  I will be recording a telephone conversation

10     between myself and a representative of AuraVie Skin care.

11     The company conducts business from P.O. Box 10465, Van

12     Nuys, California, 91419.  The telephone number associated

13     with the company is 866-216-9336.  For the purposes of

14     this call, I have assume the name of ████████.  I will

15     now place the call.

16

17                 TELEPHONE CALL TO AURAVIE

18           RECORDING:  Thank you for calling customer

19     care.  Please listen to the following prompts in their

20     entirety as they have changed.  For AuraVie Skin Care,

21     press one.  For Dellure Collagen Masks, press two.

22           MR. MCPEEK:  I'm now going to press one.

23           (Number pressed.)

24           RECORDING:  Please hold while we attempt to

25     locate your account.
```

```
 1              (On hold.)

 2              RECORDING:  Thank you for calling AuraVie Skin

 3      Care.  You can use our automated phone system 24 hours a

 4      day, 7 days a week to manage, customize or cancel your

 5      account.  If you wish to cancel your account, press one

 6      now.  For all other inquiries, such as sales, support,

 7      modifying the frequency of your shipments and more,

 8      please press zero at any time to be transferred to a

 9      customer service specialist.

10              MR. MCPEEK:  I'm going to press zero to speak

11      to a customer service specialist.

12              (Number pressed.)

13              RECORDING:  -- cannot locate your account.

14      Please hold while we're connecting you with our call

15      center representative.

16              MR. MCPEEK:  Oh, they hung up.  I'm going to

17      redial the number.

18

19              TELEPHONE CONVERSATION WITH MATT

20              RECORDING:  Thank you for calling customer

21      care.  Please listen to the following prompts in their

22      entirety as they have changed.  For AuraVie Skin Care,

23      press one.  For Dellure Collagen Masks, press two.

24              MR. MCPEEK:  I'm going to press one.

25              (Number pressed.)
```

```
 1              RECORDING:  Please hold while we attempt to

 2    locate your account.

 3              (On hold.)

 4              RECORDING:  Thank you for calling AuraVie Skin

 5    Care.  You can use our automated phone system 24 hours a

 6    day, 7 days a week to manage, customize or cancel your

 7    account.  If you wish to cancel your account, press one

 8    now.  For all other inquiries, such as sales, support,

 9    modifying the frequency of your shipments and more,

10    please press zero at any time to be transferred to a

11    customer service specialist.

12              (Number pressed.)

13              MR. MCPEEK:  I pressed zero.

14              (On hold.)

15              MATT:  Thank you for calling customer support.

16    My name is Matt.  May I have please have a last name and

17    a zip code?

18              MR. MCPEEK:  Hi, my last name is ████.  My zip

19    code is 75052.

20              MATT:  Thank you very much for the information,

21    sir.  Just bear with me one moment.

22              (Brief pause.)

23              MATT:  (Inaudible) may I please have the email

24    address, the one that you have listed with us for

25    security reasons we well as (inaudible).
```

ATTACHMENT G

APP. 000292
Ex. 1

```
 1              MR. MCPEEK:  I'm sorry, I'm having a hard time

 2     understanding you.  Can you repeat that?

 3              MATT:  Sure.  Your email address, the one that

 4     you listed with us for security reasons.

 5              MR. MCPEEK:  Oh, okay, it's ██████████,

 6     L-Y-O-N-S --

 7              MATT:  Mm-hmm.

 8              MR. MCPEEK:  -- ███████████████.

 9              MATT:  Thank you so very much for the

10     information.  Sir, I have the account located.  So, now

11     let's just walk through what is in the charges --

12              MR. MCPEEK:  Yes.

13              MATT:  -- that we have here on file.

14              MR. MCPEEK:  Yeah.  So, I was going through my

15     credit card statements and my wife apparently has made a

16     purchase or she thought she was just ordering a free

17     trial.

18              MATT:  Mm-hmm.

19              MR. MCPEEK:  and -- and I found these -- this

20     product that came in from AuraVie Skin Care that has

21     three little, you know, I guess creams for your face.

22     And she --

23              MATT:  Yes, sir, that's right.

24              MR. MCPEEK:  -- she's out of town right now and

25     she -- I asked her about it and she said it was only
```

1    supposed to be about $3, but there's a charge on her

2    credit card for almost $100, but she thought it was

3    supposed to be a free trial.

4         MATT:  Mm-hmm.

5         MR. MCPEEK:  And, you know, we haven't -- she

6    hasn't opened any of the product or anything, and I'm --

7    you know, I just want to return the product so that I can

8    get our money back because she wasn't aware there was

9    going to be a large, you know, charge like that on our

10   credit card.

11        MATT:  All right.  So (inaudible) let me just

12   go ahead and cancel the future orders.

13        MR. MCPEEK:  Okay.

14        MATT:  All right.  There will be no more future

15   shipments and no more charges after this.  And, secondly,

16   you know, I want to indicate it's just a simple

17   misunderstanding.  Somehow, you know, she didn't take the

18   opportunity to read the terms and the conditions because,

19   you know what, we explain on the website (inaudible) with

20   that.  We are so confident in our products, right, and

21   so, you would enjoy if we sent you a three-day supply

22   that you can try before you buy.

23        So, it was a free 14-day from (inaudible) days,

24   and all we ask during that time period, if you're unhappy

25   with any of these, then you just need to go look at, you

1    know (inaudible) and cancel and return the product.

2    Either way, the trial expired, the account we charged for

3    the product (inaudible) enrolled in the premium autoship

4    program.  So -- so, the (inaudible) people I think

5    (inaudible) just a misunderstanding.  So, however I've

6    gotten through all the future orders.  So, there will be

7    no more time to send our more packages after this.

8          And, secondly, so what I can see (inaudible)

9    for the products.  (Inaudible).

10         MR. MCPEEK:  Well --

11         MATT:  Hello, sir?

12         MR. MCPEEK:  I'm right here.  So, you're

13   telling me that you'll cancel future orders, but I'm

14   going to have to stay -- I can't reverse the charge for

15   the -- for the (inaudible) --

16         MATT:  (Inaudible) what I'm -- what I mean,

17   sir, you know, there's a 30-day return (inaudible) for

18   the products, right.  So, let me just see what the best I

19   can do, is there any partial refund I can credit you back

20   so that you can keep the product (inaudible) all right?

21   Let me just explain the situation over here, you know.

22   (Inaudible).  (Inaudible) sir, you know, I can

23   (inaudible) understand (inaudible) the issue and the

24   frustration because (inaudible).  (Inaudible) however

25   (inaudible) and I'll assure you I'll provide you with the

ATTACHMENT G

APP. 000295
Ex. 1

1    best resolution to your satisfaction.  Just give me a

2    minute.  Let me just have a discussion on that, right.

3    Let me just explain (inaudible) and I'll be back with the

4    best solution.

5          MR. MCPEEK:  Okay.

6          MATT:  All right?  Or the best possible refund

7    I can give you back on this charge that you have made.

8          MR. MCPEEK:  Okay.

9          MATT:  All right?  So, allow me a minute to do

10   (inaudible) all right.  So, may I place this call on hold

11   for two minutes (inaudible)?

12         MR. MCPEEK:  Okay, sure.

13         MATT:  Thank you so very much.

14         (On hold.)

15         MATT:  Thank you for being on hold, sir.

16         MR. MCPEEK:  Yes.

17         MATT:  Thank you for being on hold, sir.  I

18   appreciate your patience.  All right.  So, you know, I

19   just explained the (inaudible) and what -- the best they

20   can (inaudible) a partial refund of $35 right now and it

21   will be back in your account in one to five business

22   days.  And, however, I have to cancel all the future

23   orders and I have provided you with the cancellation

24   email on your provided email address and this $35 would

25   be credited back as I informed you in the next one to

1    five business days on your Visa card, which ends up in

2    ▓▓▓.

3             MR. MCPEEK:  Okay.  So, you're going to give me

4    a partial refund of $35 and then you want me to keep what

5    I have now of the product?

6             MATT:  That's right, sir.

7             MR. MCPEEK:  Well, I haven't -- none of the

8    product has been opened.  Is there any way for me to, you

9    know, just ship it back to you and get a full refund?

10            MATT:  Sir, as I informed you, sir, there is a

11   30-day return policy for the product.  This package is

12   after the 30-day return policy.  So, at this point in

13   time, sir, if you sent that, I won't be able to take the

14   package back.

15            MR. MCPEEK:  Oh.

16            MATT:  Okay?

17            MR. MCPEEK:  But you're --

18            MATT:  So, what I -- the best I could do --

19   what I can do, sir, you know, as I informed you that

20   (inaudible) all right?  And I (inaudible) in order to

21   resolve this issue to your satisfaction, you know, make

22   it as a one-time courtesy, as a one-time exception to

23   give you back $35.

24            MR. MCPEEK:  Okay, all right.  So -- but it

25   hasn't been 30 days yet.  It was shipped on the 28th and,

1    so, I guess that would make today the 29 days, right?

2           MATT:  Sir, you ordered this on August 28th,

3    sir.

4           MR. MCPEEK:  Right.  So, that would be -- today

5    would be day 29, right?

6           MATT:  Yes, sir.  Because it has to be

7    (inaudible).

8           MR. MCPEEK:  So, I mean, it hasn't been 30 days

9    and there's no way I can return it within 30 days without

10   having the product being opened?

11          MATT:  I'm (inaudible) the product has to be

12   there in the warehouse in (inaudible) 30 days.

13          MR. MCPEEK:  Oh, it has to be back in your

14   warehouse --

15          MATT:  (Inaudible).

16          MR. MCPEEK:  It has to be back in your

17   warehouse within 30 days?

18          MATT:  Yes, sir.

19          MR. MCPEEK:  Is -- well, if tomorrow is the

20   30th day, is there any way -- is there any way I can ship

21   it overnight to you?

22          MATT:  Just give me a minute (inaudible) if

23   they'll take the package back, all right.

24          MR. MCPEEK:  So, you -- okay.  So, you won't

25   take the package back and you'll just give me a refund of

1    $35 then?

2           MATT:  I beg your pardon?

3           MR. MCPEEK:  So -- so, it's just going to be I

4    keep the product and you'll give me a partial refund of

5    $35?

6           MATT:  That's right, sir.

7           MR. MCPEEK:  Okay.  And what was your name

8    again?  I'm having a real hard time understanding you

9    because of the reception.  And what was your name again?

10    You said it when we first --

11           MATT:  Sir, my name is Matt.  My name is Matt,

12    sir.  It's M-A-T-T.

13           MR. MCPEEK:  Okay.  I'm sorry.  Say that again.

14           MATT:  M-A-T-T.

15           MR. MCPEEK:  M-A-T-T, Matt, okay.

16           MATT:  Yes.

17           MR. MCPEEK:  Okay, I'm sorry.  It's just hard

18    to understand you.  I think my cell phone reception is

19    really bad where I'm at.  Okay.

20           MATT:  Sir (inaudible).

21           MR. MCPEEK:  All right.  So, no future charges

22    and you'll give me a $35 refund that should be back on my

23    card within five business days?

24           MATT:  Yes, sir, that's right.  In one to five

25    business days.

APP. 000299
Ex. 1

```
 1              MR. MCPEEK:  Okay.  So, and even though I

 2   haven't opened the product and you're not going to let me

 3   return it because --

 4              MATT:  Sir, I --

 5              MR. MCPEEK:  Just because it has --

 6              MATT:  As I informed you, sir --

 7              MR. MCPEEK:  Okay.

 8              MATT:  Sir, as I'm informing you, sir, there is

 9   a 30-day return policy for the product, right?

10              MR. MCPEEK:  Right.

11              MATT:  Just give me a minute, let me see if

12   it's possible to make it a one-time exception, you know.

13              MR. MCPEEK:  Okay.

14              MATT:  If it's possible for us to take the

15   package (inaudible) or either, you know, I can make a few

16   more -- you know, a few more dollars to your partial

17   refund which was (inaudible) let me just explain that

18   again, all right?

19              MR. MCPEEK:  Okay.

20              MATT:  Please allow me one moment for this,

21   please.

22              MR. MCPEEK:  Sure.

23              (On hold.)

24              MATT:  Thank you for being on hold, sir.

25              MR. MCPEEK:  Yes.
```

1              MATT:  All right, sir, so, you know, I just

2        have one (inaudible) you know, on this thing again, and

3        what I can do, you know, as a one-time exception, I can

4        go ahead and provide you with a partial refund of $45,

5        right.  All right?  Now, I -- you can keep the package

6        there and there's no need of returning the package, you

7        know (inaudible) canceled.

8              MR. MCPEEK:  Okay.

9              MATT:  And you can avoid that and you can keep

10       the package with you, if you allow me -- if you allow me,

11       I can go ahead and provide you with a partial refund

12       right now and the next one to five business days it will

13       be reflected back on your account.

14             MR. MCPEEK:  Okay.

15             MATT:  (Inaudible).

16             MR. MCPEEK:  Okay.  And how much -- how much

17       (inaudible)?

18             MATT:  May I go ahead and do this?

19             MR. MCPEEK:  Yes.  How much is the refund going

20       to be?

21             MATT:  Sir?

22             MR. MCPEEK:  How much is the refund?

23             MATT:  $45.

24             MR. MCPEEK:  $35?

25             MATT:  $45, sir.

1           MR. MCPEEK:  Oh, $45.  So, you're going to --

2           MATT:  $45.

3           MR. MCPEEK:  Okay, then it's $45 now.

4           MATT:  I have (inaudible) dollars back.

5           MR. MCPEEK:  Okay.

6           MATT:  Partial refund.

7           MR. MCPEEK:  Okay.  Well, my wife was under the

8    impression that this was a free trial.  We didn't know

9    there was going to be --

10          MATT:  Yeah, I -- (inaudible) you know, sir, I

11   have sent you a (inaudible) cancellation email as well as

12   the terms and the conditions.

13          MR. MCPEEK:  Right.

14          MATT:  She can personally read that, you know,

15   read the terms and the conditions, and, however, there

16   will be, you know (inaudible) where she signed up on that

17   very day.  The next day it was there.

18          MR. MCPEEK:  Okay.

19          MATT:  All right?

20          MR. MCPEEK:  All right.

21          MATT:  The terms and conditions (inaudible).

22          MR. MCPEEK:  All right.

23          MATT:  And the $45, as I told you, make sure

24   that this is put back on your account.

25          MR. MCPEEK:  Okay, all right.

```
 1          MATT:  All right?

 2          MR. MCPEEK:  So, $45 back on my account in one

 3   to five business days.

 4          MATT:  (Inaudible).

 5          MR. MCPEEK:  And you're saying that the policy

 6   was in the terms and conditions and that she probably

 7   didn't read that or she didn't see that?

 8          MATT:  (Inaudible).

 9          MR. MCPEEK:  Okay.

10          MATT:  Certainly, sir.

11          MR. MCPEEK:  Okay, all right.  Well, I

12   certainly appreciate your time and thank you for at least

13   giving me a partial refund.

14          MATT:  Thank you very much for (inaudible),

15   sir.  (Inaudible) have a great evening and bye-bye.

16          MR. MCPEEK:  All right.

17          MATT:  And a great afternoon.

18          MR. MCPEEK:  All right, thank you.

19          MATT:  Bye-bye.  Thank you so very much.

20          (The call was concluded.)

21          MS. MCPEEK:  All right, the call just ended.

22   It is now 1:14 p.m.

23          (The recording was concluded.)

24

25
```

```
1              C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: 1423137

4       CASE TITLE: AURAVIE

5       TAPING DATE:  SEPTEMBER 26, 2015

6       TRANSCRIPTION DATE:  JUNE 5, 2015

7

8           I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  JUNE 5, 2015

14

15

16                          ELIZABETH M. FARRELL

17

18          C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24

25                          SARA J. VANCE
```

ATTACHMENT G                                    APP. 000304
                                                Ex. 1