```
1                    OFFICIAL TRANSCRIPT PROCEEDING

2                       FEDERAL TRADE COMMISSION

3

4

5

6

7       MATTER NO.      1423137

8

9

10      TITLE             AURAVIE

11

12

13      DATE          RECORDED:   FEBRUARY 12, 2015

14

15                    TRANSCRIBED:  JUNE 5, 2015

16

17

18      PAGES           1 THROUGH 17

19

20

21

22

23

24           TELEPHONE CONVERSATION WITH MATT

25           MCPEEK - AURAVIE CALL 2    2-12-15
```

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4    RECORDING:                        PAGE:

 5    Telephone conversation with Matt        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    AuraVie                      )   Matter No. 1423137

 5                                 )

 6    -----------------------------)

 7                                     February 12, 2015

 8

 9

10

11            The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S
2                      -   -   -   -   -
3              MR. MCPEEK:  Today is Thursday, February 12th,
4    2015.  The time is 3:40 p.m. Central time.  My name is
5    Brent McPeek.  I am a Federal Trade investigator assigned
6    to the Southwest Region Office of the Federal Trade
7    Commission.  My business address is 1999 Bryan Street,
8    Suite 2150, Dallas, Texas, 75201.  My telephone number is
9    (214)979-9350.  I will be recording a telephone
10   conversation between myself and a representative of
11   AuraVie Skin Care.  The company conducts business from
12   P.O. Box 10465, Van Nuys, California, 91419.  The
13   telephone number associated with the company is 866-216-
14   9336.  For the purpose of this call, I assumed the name
15   of ██████████.
16
17              TELEPHONE CONVERSATION WITH MATT
18              RECORDING:  Thank you for calling customer
19   care.  Please listen to the following prompts in their
20   entirety as they have changed.  For AuraVie Skin Care,
21   press one.  For Dellure Collagen Masks, press two.
22              (Number pressed.)
23              MR. MCPEEK:  I'm pressing one.
24              RECORDING:  All calls are monitored or recorded
25   for quality assurance purposes.  Please stay on the line
```

1    and a customer service specialist will be with you

2    shortly.  We look forward to assisting you.

3              (On hold.)

4              MATT:  Thank you for calling customer support.

5    My name is Matt.  May I please have the last name

6    (inaudible) and the zip code, please?

7              MR. MCPEEK:  Hi, the last name is ████████-

8    ████ and the zip code is ████.

9              MATT:  ████.  Thank you so very much for all

10   this information, sir.

11             MR. MCPEEK:  Uh-huh.

12             MATT:  Just bear with me one moment, please.

13             MR. MCPEEK:  Okay.

14             MATT:  This last name you provided me, it's ███

15   ████████, right?

16             MR. MCPEEK:  That's correct.

17             MATT:  Thank you so very much for this.  So,

18   bear with me one moment, please.

19             MR. MCPEEK:  Sure.

20             MATT:  I'm just working on it.  And in the

21   meanwhile, may I have the best (inaudible) number if

22   somehow the call drops and disconnects you, I would be

23   able to call you back.  So, can you help me with that

24   number?

25             MR. MCPEEK:  Sure.  Give me just a second.

```
 1              (Brief pause.)

 2              MR. MCPEEK:  The number is ████████.

 3              MATT:  Okay.  Thank you so very much for this.

 4     (Inaudible) I have your account located.  So -- and

 5     before we can proceed, may I have you verify the email

 6     address for security reasons before we can proceed,

 7     please?

 8              MR. MCPEEK:  Oh, gosh, I don't -- I'm not sure

 9     which email address my wife used.  Let me check right

10     quick.

11              MATT:  Either you can verify with the shipping

12     address, sir.

13              MR. MCPEEK:  Oh, well, the shipping address was

14     ████████████████████████████, Grand

15     Prairie, Texas, █████.

16              MATT:  Yes.  Thank you so very much for this.

17     And may I have you verify the last four numbers of the

18     card as well, please, just for security reasons?

19              MR. MCPEEK:  Yeah, it's -- it's ████.

20              MATT:  Thanks so very much for this again.

21     And, so, yes, I will walk you through the orders and the

22     charges now and then I will be more than happy to assist

23     you further, all right.

24              MR. MCPEEK:  Okay.

25              MATT:  So, what I can see back, on August 28th,
```

1    she was looking at our website which is AuraViefreetrial.

2    com, and on that day, she was billed $2.95 for the

3    (inaudible) and the packing for the 14-day risk-free

4    trial.

5          MR. MCPEEK:  Right.

6          MATT:  And after the four -- after the 10 trial

7    days expired, we billed her with the remaining balance

8    for the package which she had in her possession, which is

9    $97.88 on September the 11th.  And, yes, this account has

10   already been discounting (inaudible).  And we have sent

11   out a cancellation email and on the -- and we have

12   reimbursed $45.

13         MR. MCPEEK:  Yeah.

14         MATT:  And this account has been closed.

15         MR. MCPEEK:  Right.

16         MATT:  So, how may I assist you now, Mr. ████?

17         MR. MCPEEK:  Right.  I guess what I'm curious

18   about is because when we -- when we spoke to someone last

19   time, we were having a hard time understanding --

20         MATT:  Uh-huh.

21         MR. MCPEEK:  -- because there was a bad

22   connection, I think.  And, basically, what it ended up as

23   -- we would get like a partial refund of the $45, but

24   what we really want to do is to get a full refund.

25         MATT:  Right.

APP 000311
Ex. 1

```
 1              MR. MCPEEK:  You know, I wanted to send all --
 2              MATT:  Uh-huh.
 3              MR. MCPEEK:  -- because we've never used the
 4      products.  We've never even opened the products.
 5              MATT:  Right.
 6              MR. MCPEEK:  Because my wife was overseas at
 7      the time and we weren't able to use the products and she
 8      just decided she didn't want it.  And I wanted to send it
 9      back for a full refund.  And the person I spoke to
10      wouldn't let me send it back.  He just said we'll give
11      you half your money back.  And at the time, it was a
12      really bad connection --
13              MATT:  Right.
14              MR. MCPEEK:  -- and I -- it was just difficult,
15      I couldn't argue with him over it because I couldn't
16      understand him very well.  So, I guess what I'm trying to
17      do is see if I can get, you know, the balance refunded,
18      and I'll even -- I'll still send the stuff back.  We've
19      never used it.  It's completely unopened.  It's just, you
20      know, the $45 --
21              MATT:  Right, so, yes, I -- all right, sir, I
22      understand the concern very well and -- and I can see
23      that now you're informing about a -- the past
24      conversation, you know.  You are not satisfied with the -
25      - so, with all due regards, Mr. ███, that -- we have
```

ATTACHMENT G

APP. 000312
Ex. 1

1   already stopped -- you know, the account has already been

2   closed, right.  And on (inaudible) you agreed to do a

3   resolution the -- you know.  I'm the one with whom you

4   had a word in the past.

5           MR. MCPEEK:  Oh, okay.

6           MATT:  I am the only one.

7           MR. MCPEEK:  Okay.  Well, yeah, I thought your

8   name --

9           MATT:  Yeah, so I was the one --

10          MR. MCPEEK:  -- I thought you sounded familiar.

11          MATT:  -- and -- right.  So, yes this account

12  has already been closed and the -- on this

13  misunderstanding, which happened in the past, that you

14  evidently missed all the terms and the conditions and you

15  were unaware at that whole time on that -- on that

16  particular day, you know.  I'm just going above and

17  beyond what I'm supposed to do and provided you with that

18  partial refund of 45 pounds.

19          MR. MCPEEK:  Okay.

20          MATT:  And, so, I understand, you know, and

21  (inaudible) that it was just a misunderstanding, the

22  reason why I did that.  Because I really do care for my

23  customers.  So, at this point of time, I'm sorry to say

24  that because I informed you in the past (inaudible) that

25  there is a 30-day return policy for the products and --

1    you know, at that point of time, the products are out

2    until they're done as (inaudible) the trial (inaudible)

3    as well.

4         So, this -- knowing the situation and the

5    circumstances, I provided the partial refund on that

6    package to that -- on that day.

7         MR. MCPEEK:  Right.

8         MATT:  So -- right.  So, you can understand

9    this very well.

10        MR. MCPEEK:  But when we called --

11        MATT:  So, we can't take the package back.

12        MR. MCPEEK:  Right, but when we called the

13   first time, it was still within 30 days, and there was a

14   30-day return policy and it was still within 30 days.

15   And, I mean, I don't -- I don't remember when we spoke.

16        MATT:  All right.  Sir, let me explain.

17        MR. MCPEEK:  It was difficult to hear you.  I

18   mean, it sounded like there was just a really bad

19   connection.  I mean, I don't know if you remember that,

20   but that's the -- I do remember that.  So, it was hard to

21   communicate with you back and forth and I just finally

22   got, you know, I guess frustrated enough that I couldn't

23   carry on the conversation with you because it was hard --

24   difficult to understand you and even to hear you at a lot

25   of points in the call -- in the call.

```
 1              So -- and I'm not saying that's a reason you

 2      should go back on your decision before.  All I'm saying

 3      is that when we did try to -- when I was calling you the

 4      last time, it was within the 30-day period and I was

 5      willing to send the product overnight at my own expense.

 6      And you said not to and that you would refund my money.

 7      Not all of it, but you would refund, you know, the $45.

 8      And I just -- at that point, I couldn't deal with arguing

 9      with you any more over the issue.

10              I mean, do you recall that you had

11      difficulty --

12              MATT:  Right (inaudible).

13              MR. MCPEEK:  -- to hear me?  I don't know if

14      you recall that.  Yeah, and I guess the issue, too, is

15      that --

16              MATT:  (Inaudible) I understand this very well,

17      sir, what you're trying to tell me now, right.  But be

18      aware, you know, everything on the call has been recorded

19      for quality and training purposes, right?

20              MR. MCPEEK:  Mm-hmm.

21              MATT:  And at that -- and that day, you know, I

22      did this -- I informed you something which I'm really not

23      supposed to do, but still I am willing to do that for you

24      in the past, right?

25              MR. MCPEEK:  Mm-hmm.
```

1           MATT:  And the reason why I did that, because I

2      really don't want you to be fully responsible for the

3      whole charge because of this minor misunderstanding.

4           MR. MCPEEK:  Okay.

5           MATT:  Right.  And -- which can happen with

6      anyone.  So, that day I made an exception on your account

7      and -- you know, I did this, just going -- from going

8      above and beyond, which I'm allowed to do.  So, at this

9      point of time, you know, sorry to say that, sir, I want

10     be able to help you after this with any partial refund on

11     this now and won't be able to take the package as well.

12     Because, yes, I can see that on August 28th, you placed

13     the order, and I informed you that there is a 30-day

14     return policy.  And you called me on September 26th, so

15     you just had one day for you because it probably will

16     take two days for a priority mail to deliver the package.

17          MR. MCPEEK:  Right.  But I was --

18          MATT:  So, evidently --

19          MR. MCPEEK:  -- willing to -- I was willing to

20     spend it --

21          MATT:  -- you have (inaudible) --

22          MR. MCPEEK:  I was willing to spend the money

23     on (inaudible).

24          MATT:  You were willing to do that, but it's

25     just that I just provided you with the possibility of it

1    may not reach the warehouse at that point of time, you

2    know.

3              MR. MCPEEK:  Right.

4              MATT:  So, it wouldn't be possible to -- the

5    reason why I provided you with this resolution.

6              MR. MCPEEK:  Okay, all right.

7              MATT:  All right.

8              MR. MCPEEK:  Well, it's -- I guess since I'm

9    still --

10             MATT:  You can go in and, you know --

11             MR. MCPEEK:  Okay.

12             MATT:  You were saying something, go ahead,

13   please.

14             MR. MCPEEK:  Oh, yeah.  I was just going to

15   say, well, because I'm still completely -- I'm not

16   completely satisfied, I want to probably -- I mean, I

17   haven't decided if I'm going to yet, but I'm still

18   considering probably filing a complaint with the Better

19   Business Bureau.  And I wondered if -- you know, if that

20   would make a difference in your decision.

21             MATT:  All right.  You know, so the company is

22   being monitored by the Federal Trade Commission and

23   according to the law, every single information is listed

24   on that page.  I do have the IP address.  I do have the

25   terms and the conditions and, moreover, I have the past

1   conversation that we had in the past and where you agreed

2   to that resolution there, right.

3           MR. MCPEEK:  Uh-huh.

4           MATT:  So, but still, you know --

5           MR. MCPEEK:  What do you mean "Federal Trade

6   Commission?"

7           MATT:  Therefore -- what?

8           MR. MCPEEK:  What do you mean the "Federal

9   Trade Commission?"

10          MATT:  Beg your pardon?

11          MR. MCPEEK:  You said the Federal Trade

12  Commission.

13          MATT:  Sure, it's --

14          MR. MCPEEK:  I was just wondering what you

15  meant.

16          MATT:  Sure.  It's Federal Trade, FTC@ -- it's

17  in -- under which the company needs to go and how it

18  needs to have every single thing that -- because it's an

19  online order.

20          MR. MCPEEK:  Oh.

21          MATT:  We need to go through that Federal Trade

22  Commission Act under which the company needs to have

23  every single information listed for the customers.

24  Otherwise, you know --

25          MR. MCPEEK:  Oh, okay, all right.

```
 1              MATT:  Right.

 2              MR. MCPEEK:  Okay.  So --

 3              MR. MCPEEK:  All right.  Well, so you're saying

 4      that's your defense is that you're -- you're within the

 5      laws of the Federal Trade Commission so that you don't

 6      care if I file a BBB complaint.

 7              MATT:  I really -- no, sir.  I -- I really want

 8      to help you, sir, but at this point of time, you know,

 9      the account has been closed and I can't go and take any

10      further action from this and I can't take the packages

11      right on top of that.  And, therefore, I informed you

12      that, you know, the account has been closed, the

13      resolution has been provided and you agreed to that

14      resolution in the past.

15              MR. MCPEEK:  Okay.

16              MATT:  So, as much as I'd like to, but I -- at

17      this point in time, I won't be able to help you with the

18      return of the package and with the refund.

19              MR. MCPEEK:  Okay.

20              MATT:  So, I can understand -- you know, I can

21      -- you know, I can feel like you can understand what I'm

22      trying to tell you.

23              MR. MCPEEK:  Okay.  And what was your name

24      again?

25              MATT:  My name is Matt, M-A-T-T.
```

```
 1              MR. MCPEEK:  M-A-T-T, okay, all right.

 2              MATT:  All right.

 3              MR. MCPEEK:  Well, thank you, Matt.  I

 4    appreciate your time.  You've at least gone to, you know,

 5    a great extent to at least try to explain it to me.  So,

 6    I do appreciate your time.

 7              MATT:  Right, sir.

 8              MR. MCPEEK:  All right, bye.

 9              MATT:  Thank you, sir, very much.  For this, it

10    means a very -- it means a lot to me and thank you very

11    much for calling customer support.  It's really an honor

12    talking to you.  Have a great evening and bye-bye for

13    now.

14              MR. MCPEEK:  All right, thank you.

15              MATT:  Thank you very much again.

16              (The call was concluded.)

17              MR. MCPEEK:  All right, the time is now 3:53

18    p.m., and the call with AuraVie customer support has just

19    ended.

20              (The recording was concluded.)

21

22

23

24

25
```

```
 1          C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3     MATTER NUMBER: 1423137

 4     CASE TITLE: AURAVIE

 5     TAPING DATE:  FEBRUARY 12, 2015

 6     TRANSCRIPTION DATE:  JUNE 5, 2015

 7

 8          I HEREBY CERTIFY that the transcript contained

 9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                      DATED:  JUNE 5, 2015

14

15

16                      ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                      SARA J. VANCE
```

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING

 2                      FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7     MATTER NO.     1423137

 8

 9

10     TITLE               AURAVIE

11

12

13     DATE          RECORDED:   APRIL 6, 2015

14

15                   TRANSCRIBED:  JUNE 5, 2015

16

17

18     PAGES          1 THROUGH 19

19

20

21

22

23

24           TELEPHONE CONVERSATION WITH MATT

25             MCPEEK - NER CALL 4-6-15
```

ATTACHMENT G

APP. 000322
Ex. 1

```
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4      RECORDING:                          PAGE:

 5      Telephone conversation with Matt        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3    In the Matter of:            )

 4    AuraVie                      )  Matter No. 1423137

 5                                 )

 6    -----------------------------)

 7                                    April 6, 2015

 8

 9

10

11          The following transcript was produced from a

12    digital recording provided to For The Record, Inc. on

13    June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S

2                 -    -    -    -    -

3          MR. MCPEEK:  Today is Monday, April 6th, 2015.

4   The time is 1:55 p.m. Central Daylight time.  My name is

5   Brent McPeek.  I'm a Federal Trade investigator assigned

6   to the Southwest Region Office of the Federal Trade

7   Commission.  My business address is 1999 Bryan Street,

8   Suite 2150, Dallas, Texas, 75201.  My telephone number is

9   (214)979-9350.  I will be recording a telephone

10  conversation between myself and a representative of

11  AuraVie Skin Care, related to a purchase under the

12  product name "My Miracle Face Kit."  The company conducts

13  business from P.O. Box 10465, Van Nuys, California,

14  91419.  The telephone number associated with the company

15  is 866-216-9336.  For the purpose of this call, I have

16  assumed the name of ████████████.

17

18          TELEPHONE CONVERSATION WITH MATT

19          RECORDING:  Thank you for calling customer

20  care.  Please listen to the following prompts in their

21  entirety as they have changed.  For AuraVie Skin Care,

22  press one.  For Dellure Collagen Masks, press two.

23          MR. MCPEEK:  I'm going to press one.

24          (Number pressed.)

25          RECORDING:  All calls are monitored or recorded
```

1    for quality assurance purposes.  Please stay on the line

2    and a customer service specialist will be with you

3    shortly.  We look forward to assisting you.

4          (On hold.)

5          MATT:  Thank you for calling customer support.

6    My name is Matt.  May I please have the last name, the

7    (inaudible) code or the zip code, please?

8          MR. MCPEEK:  ▇▇▇ and the zip code is ▇▇▇.

9          MATT:  Thank you so much for the information,

10    sir.  Just bear with me one moment, please.  May you

11    please help me with the zip code again?  I beg your

12    pardon on that.

13          MR. MCPEEK:  Sure, ▇▇▇.

14          MATT:  Thank you so much for the information.

15    Just bear with me one moment, please.  Just working on

16    it.

17          It's ▇▇▇, correct?

18          MR. MCPEEK:  Yes.

19          MATT:  And the last name on the account is

20    ▇▇▇, right?

21          MR. MCPEEK:  That's right.

22          MATT:  And can you help me with the first name

23    on the account as well?

24          MR. MCPEEK:  ▇▇▇.

25          MATT:  Thank you so much for all this

APP. 000326
Ex. 1

```
 1    information.  Just bear with me one moment, please.  Just

 2    working on it.

 3              (Brief pause.)

 4              MATT:  All right, yes.  And, sir, how are you

 5    doing today, sir?

 6              MR. MCPEEK:  I'm fine.  I was calling about my

 7    wife ordered some face cream from My Miracle Face Kit is

 8    what she said it was.  And --

 9              MATT:  Yes, sir.

10              MR. MCPEEK:  -- I guess a few weeks ago, we

11    received some -- a package of stuff from AuraVie and I

12    guess we didn't -- is that supposed to be the same stuff?

13              MATT:  Yes, sir.  It's the merchant name and,

14    yes, the company name is AuraVie and she ordered the

15    products from AuraVie, right.

16              MR. MCPEEK:  Oh, okay.  So, My Miracle Face Kit

17    is the company and AuraVie is the product?

18              MATT:  Yes, sir.

19              MR. MCPEEK:  Okay.

20              MATT:  AuraVie is the company name, but the

21    merchant name might be on your statement as showing the

22    My Face Miracle Kit, right?

23              MR. MCPEEK:  Oh, well, actually, like the

24    packing list that came with the product said AuraVie Skin

25    Care, and that's the number I called, too.
```

APP. 000327
Ex. 1

```
 1              MATT:  Yes, sir.

 2              MR. MCPEEK:  Okay.

 3              MATT:  Yes, sir.

 4              MR. MCPEEK:  Okay.

 5              MATT:  Yes, sir.

 6              MR. MCPEEK:  So, I guess I was just confused

 7      and she was confused because she didn't realize she

 8      received the right stuff, I guess, was the issue.

 9              MATT:  Uh-huh.

10              MR. MCPEEK:  Good.

11              MATT:  All right.

12              MR. MCPEEK:  We have that and I guess -- we

13      just got back into town and I haven't picked up our mail

14      yet, but apparently I was looking at our credit card

15      charges from the trip and I noticed that there was

16      another charge from the Face Kit.  It said Face Cream,

17      and then a phone number, and then another $97.88 charge,

18      I guess.

19              MATT:  Mm-hmm.  Yes?

20              MR. MCPEEK:  So, I guess you're saying that you

21      sent some more?

22              MATT:  All right.  Let me just, you know, help

23      you with this.  Just a moment.  So, yes, I have your

24      account located and may you please help me with the phone

25      numbers (inaudible) call drop in between?
```

```
 1            MR. MCPEEK:  Sure, ▓▓▓▓▓▓▓.  That's not
 2    the number I'm calling from, but that's the number I can
 3    get called back from.
 4            MATT:  So -- all right, no problem.  So, thank
 5    you.  And maybe help me with the email address, the one
 6    registered with us.
 7            MR. MCPEEK:  Sure, it's ▓▓▓▓▓▓▓▓
 8    ▓▓▓▓▓▓▓.
 9            MATT:  Thank you so much.  And maybe help me
10    with the last four numbers of the card just for security
11    reasons.
12            MR. MCPEEK:  Sure.  That would be ▓▓▓▓.
13            MATT:  All right, thank you so much.  And -- I
14    beg your pardon, the last numbers again?
15            MR. MCPEEK:  My card number?
16            MATT:  Yes, sir, the last numbers of card which
17    is registered with us.
18            MR. MCPEEK:  Sure, ▓▓▓▓.
19            MATT:  Brilliant, sir.  Thank you so much.
20    And, so, may I have your first name, please, so that I
21    can address you by your first name?
22            MR. MCPEEK:  Sure.  It's ▓▓▓▓.
23            MATT:  For the (inaudible) of the call is
24    (inaudible).
25            MR. MCPEEK:  ▓▓▓▓▓▓▓.
```

1           MATT:  ████.

2           MR. MCPEEK:  Yeah, you asked me all that

3     already.

4           MATT:  All right, that's your first name,

5     right?

6           MR. MCPEEK:  Yeah, my wife's name is ████.

7           MATT:  All right, sorry.  I didn't get that.

8     So, I will walk you through the orders and the charges

9     which you have here on your file and I will be glad to

10    offer you assistance regarding your concern today, all

11    right.

12          MR. MCPEEK:  Okay, thank you.

13          MATT:  Okay.  Then I would be answering every

14    question you have.  So, what I can see back, you placed

15    an order with us on -- now, just a moment.

16          MR. MCPEEK:  Yeah, there were some issues,

17    apparently, when she first made the order because it --

18    it got canceled and then --

19          MATT:  Yeah, it was February -- yeah, the order

20    is placed on February 10th, right?  And you have -- for

21    that one -- for the shipping and handling, we billed you

22    $3.95, right.  Then there was a charge on February 24th,

23    2015, of $97.88, right?

24          MR. MCPEEK:  Mm-hmm, yeah.

25          MATT:  And after the -- so, then again there

```
 1    was a charge of $97.88 on March 26th.

 2             MR. MCPEEK:  Mm-hmm.

 3             MATT:  For the package.

 4             MR. MCPEEK:  That's correct.

 5             MATT:  Right.

 6             MR. MCPEEK:  Yeah.  And, so, I guess we didn't

 7    realize there was going to be another shipment because we

 8    hadn't even used the first stuff yet.  And -- or she

 9    hasn't used the first package yet because she didn't know

10    it was from you because it's -- it said AuraVie on it and

11    it was -- she thought it was supposed to be from another

12    company and she didn't even pay attention to it.  So,

13    that's -- I guess that's an issue.  And we're trying to

14    figure out, I guess, can we -- can we like send the

15    second order back and get a refund on it because we don't

16    want it, just because she never even tried the trial

17    period and I don't want to -- I don't want to keep paying

18    for something that she may not use.

19             MATT:  All right, just (inaudible) right.

20             MR. MCPEEK:  Mm-hmm.

21             MATT:  Just allow me a minute or two for this

22    and let me just get back to you.

23             MR. MCPEEK:  Okay.

24             MATT:  Okay, let me just see what all happened

25    on this account.  I will take another minute or two and
```

ATTACHMENT G                              APP. 000331
                                          Ex. 1

1       let me just get back to you with the best resolution, all

2       right?  And I do regret for all this inconvenience

3       happening.

4              MR. MCPEEK:  Okay, thank you.

5              MATT:  All right.  So, for this may I place the

6       call on hold for a minute or two, please?

7              MR. MCPEEK:  Sure, thank you.

8              MATT:  Thank you so much.

9         (On hold.)

10             MR. MCPEEK:  Hello?

11        Hello?

12        (On hold.)

13             MATT:  Thank you for being on hold.  I

14      appreciate your patience, Terry.

15             MR. MCPEEK:  Yes, yes, thank you.

16             MATT:  Thank you for being on hold.  I

17      appreciate the patience.  Yes, sir.  You know, I just

18      reviewed the account again.  And, so, I (inaudible) that

19      she haven't used the (inaudible) so far, right?

20             MR. MCPEEK:  Yeah, we haven't used any of it.

21      I mean, it's -- the first package is -- all the bottles

22      are unopened and the second package, we haven't even

23      picked it up.

24             MATT:  Mm-hmm.  All right.  So (inaudible) you

25      know, you may or you can return the product back because

1    we have a 30-day return policy and you may -- can return

2    the product back and because it's an order refill

3    program, the reason why you receive a second order.  It's

4    an after every 30 days we ship our customers (inaudible)

5    package.  You know, it's every -- after every month.

6    It's a monthly autoship program, the reason why you were

7    issued a second product.

8          MR. MCPEEK:  Oh, okay.  I thought we had to

9    order it when we ran out of the first batch.

10         MATT:  No.  But I think, you know, just a

11   misunderstanding and if you want me I can go ahead and,

12   you know, I can stop the future orders and either -- if

13   you want me, I can go ahead and customize your billing

14   dates, your future billing dates, whenever you want it

15   after 30 days, 60 days, 90 days, we can go ahead and

16   customize the order.  No need of you to call (inaudible)

17   if you want (inaudible) you can call us again whenever

18   you're out.

19         MR. MCPEEK:  Okay, yeah, that's -- you know,

20   let's just cancel any future orders until we decide if we

21   want some more.  How about that?

22         MATT:  But -- all right, sir, sorry, I will go

23   ahead and do this, right.  I will go ahead and discount

24   any future subscriptions, right, and you will not receive

25   normal future orders and charges after this and

ATTACHMENT G

APP. 000333
Ex. 1

```
 1    (inaudible) discounted any future orders, and if you have

 2    a pen and a piece of paper, you may write down the

 3    cancellation number or reference number.

 4         MR. MCPEEK:  Okay, thank you.  Go ahead.

 5         MATT:  All right.  The number is 5017830.

 6         MR. MCPEEK:  Okay.  That's the cancellation

 7    reference number?

 8         MATT: Yes, sir.  Yes, sir.

 9         MR. MCPEEK:  Okay.

10         MATT:  And I will also send you a cancellation

11    email as well at the provided email address.

12         MR. MCPEEK:  Okay, great.  And whenever you're

13    out with the products, give us a call back, right, 'til

14    the time this account has been on hold, okay?

15         MR. MCPEEK:  Okay.

16         MATT:  This account has been discontinued and

17    in future there will be 25 percent discount as well on

18    your future orders.

19         MR. MCPEEK:  Okay.

20         MATT:  If you made up your mind calling us

21    again.  I can assure you you would love the products

22    because normally (inaudible) love the products because

23    these products are really good and contains all the

24    natural ingredients like collagen, Vitamin E (inaudible)

25    extract and -- you know (inaudible).
```

1          MR. MCPEEK:  Okay.

2          MATT:  So, anything else apart from this that I

3     can help you today?

4          MR. MCPEEK:  No.  So, are we going to get a

5     refund on the second order or what do we do about that?

6          MATT:  Because you have a package, you know, if

7     you want to return it, you can return it, okay?  And

8     there is a 15 percent restocking fee when you will send

9     it back to us, right.  And on top of that, you need to

10    pay a couple of dollars in order to -- and it's a whole

11    long procedure, you know.  You send it -- you will take a

12    package and you will send it -- there is a 15 percent

13    restocking fee, the reimburse amount is $83.20, right?

14         So, what I can do is an encryption on your

15    account (inaudible) returning it just add it in

16    (inaudible) customer (inaudible).  I can go ahead and

17    provide you a $20 partial refund.

18         MR. MCPEEK:  Oh, okay.

19         MATT:  As a one-time exception.

20         MR. MCPEEK:  Okay.

21         MATT:  Or either way I can do, I can go ahead

22    and ship you one complimentary gift from AuraVie.

23         MR. MCPEEK:  Okay.

24         MATT:  Like the facial peel, you know, which is

25    worth more than $40, nationwide.  I can go ahead and ship

```
1    you one product extra, right, as a complimentary gift on

2    this misunderstanding and -- you know, and we really

3    don't want you to be held responsible for the old charge

4    because of this.  So, if you want me, I can ship you

5    another package, it is the facial peel.

6            MR. MCPEEK:  Okay.

7            MATT:  You know, which it's a really good

8    product and it helps deep -- making the skin deep cleanse

9    -- it helps the skin, you know, deep cleansing and

10   penetrating and it also promotes cell renewal and

11   hydration and it will also diminish wrinkles and fine

12   lines, and it's very different from the other facial

13   peels we have, you know, in the market.  You need to

14   apply a small facial peel to a washed dry face and within

15   seconds, you will feel a cooling sensation.  And wait for

16   five to ten seconds and massage gently in a circular

17   motion to remove the dry skin cells and then you can wash

18   your face with your own tap water and then (inaudible)

19   before applying the replenished (inaudible) moisturizer.

20           MR. MCPEEK:  Okay.

21           MATT:  So, I can go ahead and send you this $40

22   top product just free on this -- you know, just a

23   customer (inaudible) going on and you're a very good

24   customer.

25           MR. MCPEEK:  Okay.  So --
```

ATTACHMENT G

APP. 000336
Ex. 1

1          MATT:  So, I can go ahead and --

2          MR. MCPEEK:  And there's no auto renewal on

3     that and it's free and I don't have to pay shipping or

4     anything on that either?

5          MATT:  That's -- true, sir.

6          MR. MCPEEK:  Okay, okay, great.  Sure.  I'll

7     take the facial peel.  She'll probably like that.

8          MATT:  All right, absolutely.  Seriously, I

9     will send you one replacement package and will you please

10    reaffirm the address again.

11         MR. MCPEEK:  Yes, that is -- yeah, that is ████

12    ██████████████.

13         MATT:  Yes.

14         MR. MCPEEK:  ███████████.

15         MATT:  Yes.

16         MR. MCPEEK:  Seattle, Washington, ██████.

17         MATT:  Yes.  Brilliant.  So, in the next three

18    to five business days, you will receive a package, right,

19    and I will -- just give me a few more seconds, I will

20    provide you with the order number for this, and I will

21    also send you a tracking info, your tracking number for

22    the -- tracking email for the package so that you can

23    personally track your package.

24         MR. MCPEEK:  Okay, great.

25         MATT:  All right, just a second more.  The

ATTACHMENT G                          APP. 000337
                                      Ex. 1

1    system is running a bit slow today.

2              MR. MCPEEK:  But my other orders are still

3    canceled until I call and reactivate it, right?

4              MATT:  Yes, sir.

5              MR. MCPEEK:  Okay.

6              MATT:  Right, sir.

7              MR. MCPEEK:  I want to make sure I don't get

8    any more of this.  We've got to find out if it even works

9    first.

10             MATT:  No, no, no.  No, no, no, sure.  I assure

11   you this account has been closed.  You have a

12   cancellation number with you and you will also receive an

13   email as well --

14             MR. MCPEEK:  Okay, great.

15             MATT:  -- stating this account has been closed,

16   and whenever you're out, you can call it.

17             MR. MCPEEK:  Okay.

18             MATT:  So, write the number for -- the new

19   order -- the order number is ███████

20             MR. MCPEEK:  Okay, ███████     That's for the

21   facial peel, okay.

22             MATT:  That's right.

23             MR. MCPEEK:  All right, great.  Well, thank you

24   very much.

25             MATT:  Yes, sir.  Thank you for (inaudible)

1   sir.  And anything else apart from this may I help you

2   with today?

3         MR. MCPEEK:  No, I think that covers

4   everything.

5         MATT:  Thank you so much, sir.  It's been

6   really good talking to you.  Have a great day.

7         MR. MCPEEK:  All right, all right.  Thank you,

8   bye-bye.

9         MATT:  Bye-bye.

10        (The call was concluded.)

11        MR. MCPEEK:  All right, that concludes the

12   phone conversation with AuraVie.  The time is now 2:14

13   p.m. Central Daylight time.

14        (The recording was concluded.)

15

16

17

18

19

20

21

22

23

24

25

ATTACHMENT G                          APP. 000339
                                      Ex. 1

```
 1              C E R T I F I C A T I O N   O F   T Y P I S T

 2

 3     MATTER NUMBER: 1423137

 4     CASE TITLE: AURAVIE

 5     TAPING DATE:  APRIL 6, 2015

 6     TRANSCRIPTION DATE:  JUNE 5, 2015

 7

 8          I HEREBY CERTIFY that the transcript contained

 9     herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  JUNE 5, 2015

14

15

16                         ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24

25                         SARA J. VANCE
```

ATTACHMENT G

APP. 000340
Ex. 1

Thank You

http://auraviefreetrial.com/thanks.php?data=1409257634.0553.do



# Thank You for Your Order!

**Order ID:** 4993588
**Customer Name:** ▮▮▮▮▮▮▮▮

**Shipping Address:** ▮▮▮▮▮▮▮▮▮▮▮
Grand Priarie, TX 7▮▮▮ , US
4434160004

**Billing Address:** ▮▮▮▮▮▮▮▮▮▮
Grand Priarie , TX ▮▮▮2 , US
4434160004

**Items included in your order:**

| | |
|---|---|
| **Auravie 3 in 1 Skincare Trial Offer** | **$0.00** |
| **11 Free Top Selling LifeStyle eBooks** | **$0.00** |

| | |
|---|---|
| **Shipping & Handling:** | **$1.02** |
| **eBooks Processing Fee:** | **$1.93** |
| **Total:** | **$2.95** |

Welcome to the auraviefreetrial.com family. We offer valuable products that enrich the lives of our customers and believe in giving it to them at a reasonable price (often at exceptional savings). A confirmation email with links to your 11 free eBooks has been sent to your inbox. Please check your spam folder if you don't see it there.

You have agreed to the Terms & Conditions of this offer and have authorized the two separate charges above on your credit card.
If you have any questions or changes to your order, please give us a call at 866.216.9336 Mon-Fri 7am-4pm PST.

**Have a healthy Day!**

<u>Print this page for your records</u>

© 2014 auraviefreetrial.com - All Rights Reserved

1 of 1

ATTACHMENT H

8/28/2014 3:20 PM
APP. 000341
Ex. 1

Print                                                                    Close

## Your Auravie Order Confirmation

From: **Auravie** (support@auravie.com)
Sent:  Thu 8/28/14 2:19 PM
To:    ████████  (████████@hotmail.com)



Dear ████

We would like to take this opportunity to welcome you to our AURAVIE family. Our
company is made up of people just like you, and we make products we use ourselves, so you
can rest assure that your product is of the highest quality and standards.

Your shipping information is as follows:

Customer Name: ████████
Order #: ████████
Shipping Address: ████████████████████████████
United States

Your order includes the following item(s):

• AuraVie SkinCare System Risk Free Trial - 30 day supply.

  • RENEW Facial Cleanser/Toner
  • REVIVE Anti-Aging Serum
  • REPLENISH Age Defying Day/Night Moisturizer

• 11 Lifestyle eBooks (see links below)

We are happy to inform you that your order has been placed in the processing queue and
will be expedited shortly. Once we ship your order, well email you a shipping notification
(with your tracking number).

If your shipping information above is incorrect or if you have any questions about your order please feel free to give one of our Customer Care Specialists a call so we may update your account immediately.

Customer Care: (866) 216-9336 Mon-Fri, 7 am to 4 pm PST.

In order to ensure the security and confidentiality of our correspondence with our members, we do not accept inquiries via open email. Please DO NOT reply to this email. The email to send your correspondence is support@auravie.com.

As part of this exclusive offer you are receiving 11 top selling eBooks from AGOA Publishing Co. the leader in online lifestyle eBooks.

Just Click on the links below to access these great eBooks

We have also included two new additions to our AuraVie program:

AuraVie 2 Day Skin Detox Regimen

AuraVie Face Yoga

We strongly reccommend doing the 2 day detox  BEFORE starting the AuraVie regimen. This will clear up your skin and make sure it really absorbs the amazing ingredients in the AuraVie skin rejuvenation system.

Once you begin using it, follow up by trying the face yoga.

Thank you again for your business!

Have a healthy day!

Auravie

Customer Care

PO Box #10465
Van Nuys, CA 91410



# eBooks
### BY AGOA PUBLISHING CO.



- This exclusive offer is brought to you by AGOA Publishing Co. the leader in Online lifestyle eBooks.

- Each of these 11 eBooks are Written by a Celebrated Author

- Download and share them with your family and friends. You can find the links below.

- Enjoy them while you improve your life.

*"These eBooks have enriched my life with tips for everything from making my apartment the home I want to live in, to the best way to care for my pet." -Maggie T., CA*



WINNER eBook PUBLISHER OF THE YEAR 2011



★★★★★ **#1 BEST SELLER**

**Angela Swinton** is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty & Allure, and is a contributing editor to the Style Network. Her **"50 Tips for the Most Beautiful Skin of Your Life"** is a must have for every woman who wants to have softer, younger looking skin.

*"I have been in the beauty business since I was 8, ever since my mom had me work at her hair salon after school. I have learned many tricks over the years, and the tips in this book cover them all, and then some. Brilliant!" - Connie S., GA*

READ

ATTACHMENT H

APP 000344
Ex. 1

## 50 Tips for a Happy Colon



★★★★☆

### By Christina Lee

A health, conscious chef (graduated from Westlake Culinary Institute) whose recipes have been published in major magazines and TV shows. She's educated private chefs on how to cook healthy (for nearly 10 years) and has written this eBook to educate a growing population on having a healthy, happy colon.

*"My colon has never looked so good since I started using Christina's amazing tips. I recently had a colonoscopy and was grateful that my results came back normal."*
*- Lana D., AZ*


READ

## 50 Stylish Tips for an A-list Wardrobe



★★★★☆

### By Isabelle Durbin

She's written about the fashion industry for the last 15 years. She was most recently the writer of Fashion magazine, an online column about fashion and city life. She has written many books depicting the meaning of fashion in today's society. Durbin has interviewed many great designers such as Marc Jacobs, Stefano Gabbana and many more.

*"With these tips I am now the one whose closet all of my friends want to raid"*
*- Shir A., CA*

READ

Outlook.com Print Message                                      Page 5 of 7



### 50 Things To Do Before You Turn 50

★★★★½

By Alon Dande

An award-winning writer, editor and photographer specializing in travel and science. He is the author of four travel guidebooks, and his writing and photography have appeared in Smithsonian, Outside, Wired, National Geographic Traveler, The Los Angeles Times and The Washington Post.

*"Alon Dande is one of my favorite lifestyle writers and photographers. His books have changed my life for the better, and this book has inspired me to go for it. It is never too late to start!"*
-Mike D., PA

READ

### 50 Tips Just for Him

★★★★★

By Diane Hafen & James Rowland

A Psychologist and Marriage Counselor practicing in Southern California. In Diane's 20-year-long career, she has accumulated thousands of face-to-face hours with individuals and couples. James has inspired hundreds of people in his workshops and lectures to go beyond their limitations and create successful and happy relationships.

*"Pleasing a man is a hard job, but this eBook got it all to perfection. Thanks Diane and James for this eBook!"*
-Margaret B., FL

READ

6/8/2015
APP. 000346
Ex. 1

### 50 Ways to Spruce Up Your Space



★★★★★

By Candice Theodore

An American interior designer based in San Diego, CA. She graduated in 1988 from the Fashion Institute of Design and Merchandizing and has been decorating indoor and outdoor spaces ever since. She has owned and sold two successful furniture stores.

"The hardest thing to do after buying a new home is to knowing how to decorate it!. After reading this book and the great tips in it I knew exactly what I want my home to look like!"
-Rachel R., NY

READ

### 50 Tips for a Great Love Life After 50



★★★★

By Dr. Chelsea Bower

Dr. Chelsea Bower is the founder and director of the Bower Family Institute. A magna cum laude graduate with distinction from Harvard University who received her doctorate in philosophy with a major in psychology from Pacific Western, Dr. Bower is a world-renowned sexologist, best-selling author, award-winning filmmaker, radio and TV talk show host & columnist.

"My husband and I had a good marriage but now we have a GREAT marriage!"
-Susan L., TX

READ

### 100 Ways to Have Fun With Your Kids for FREE!



★★★★★

By Cynthia Marino

Best-selling author, internationally recognized lecturer and parent educator. Her books include "Raising Your Special Child" and "Kids, Parents, and Power Struggles."

"I have 3 kids and I know how hard it is to make these angels happy. I got this book after my friend recommended it me and I was thrilled! These tips are wonderful and every weekend I try another tip from this book. Having 100 tips means no more bored children!"
-Maria A., MI

READ



ATTACHMENT H

6/8/2015
APP. 000348
Ex. 1

Outlook.com Print Message                                      Page 1 of 1

<u>Print</u>                                                         <u>Close</u>

## Janis, your order was shipped!

From: **Auravie** (support@auravie.com)
Sent: Fri 8/29/14 12:45 AM
To: ▓▓▓▓▓ (▓▓▓▓▓@hotmail.com)



,

Your package was shipped today to the address below.


Grand Priarie, TX ▓▓▓
United States

Here is your tracking number you may use to track
your package at www.usps.com

Tracking Number: ▓▓▓▓▓▓▓▓▓▓

If you should have any questions or concerns about
your package sent please reference your order id
number id ▓▓▓▓▓.

Sincerely,

AuraVie Customer Care

888-291-7385

P.O.Box 10465

Van Nuys, CA 91410

Print                                                                                                    Close

# Auravie Customer Care

From: **support@auravie.com**
Sent: Fri 9/26/14 1:22 PM
To:  ████████ @hotmail.com

**Dear** ████████ ,

Thank you for taking the time to review the Terms & Conditions. In reference to your AuraVie which was ordered on 08/28/14 3:19 pm PDT the following information was provided on the credit card screen when submitting your information online.

Offer terms read:

We take great pride in the quality of our products & are confident that you will achieve phenomenal results. By submitting your order, you agree to both the terms of this offer (click link below) & to pay $4.95 S&H for your 10 day trial. If you find this product is not for you, cancel within the 10 day trial period to avoid being billed. After your 10 day trial expires, you will be billed $97.88 for your trial product & enrolled in our monthly autoship program for the same discounted price. Cancel anytime by calling 866.216.9336. Returned shipments are at customer's expense. This trial is limited to 1 offer per household.

http://AuravieFreeTrial.com/order1.php
If you have any more questions please call our Customer Care department.

Thank you and have a great day.

AuraVie
Customer Care
866.216.9336
Monday-Friday
7am-4pm PST

Outlook.com Print Message                                    Page 1 of 1

Print                                                          Close

# Auravie Customer Care

From: **support@auravie.com**
Sent:  Fri 9/26/14 1:23 PM
To:    ▮▮▮▮▮▮▮@hotmail.com

**Dear** ▮▮▮▮▮▮▮▮,

Thank you for your correspondence in this matter. Your request to cancel your AuraVie account
has been fulfilled. We are sorry to learn of your request as we strive for exceptional customer
satisfaction.
This email confirms that your account has been cancelled and you will no longer receive any
further shipments or charges to your account.
Although, we regret losing you as a valued customer, please feel free to contact our customer
care department with any questions, comments or requests.
Thank you and have a great day.

AuraVie Skincare
Customer Care Department
866-216-9336
Monday-Friday
7am-4pm PST

Outlook.com Print Message

Page 1 of 1

Print                                                                                          Close

## Auravie Customer Care

From: **support@auravie.com**
Sent: Fri 9/26/14 1:24 PM
To:  ███████ @hotmail.com

**Dear** ███████,

This is in response to your AuraVie account.

A total refund of $45 has been applied to the account holder credit card. Please allow 1-5 business days for this credit to post to your account.

Your refund confirmation - **Transaction ID:** 

If you have any questions regarding this notification or if you feel you are receiving this correspondence in error, please feel free to contact our Customer Service team.

AuraVie Skincare
Customer Care Department
866.216.9336
Monday-Friday
7am-4pm PST

Bunzai Media Group



MEDIA GROUP INC



✦Home  ✦About Us  ✦What We Do  ✦Careers  ✦Contact Us



f Like  Share  Sign Up to see what your friends like.

**WHO WE ARE:**

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ˑ About Us ˑ What We Do ˑ Contact Us ˑ Careers ˑ Affiliate Login

http://204.232.201.236/[5/13/2014 11:59:58 AM]

ATTACHMENT I

APP. 000353
Ex. 1

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us







**Like** **Share** Sign Up to see what your friends like.

## WHO WE ARE:

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us. What We Do . Contact Us .Careers - Affiliate Login

Bunzai Media Group





◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



## DEVELOPING THE PRODUCTS...DESIGNING THE CAMPAIGNS...DELIVERING THE FUTURE!

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

Specifically, we will build global brands in the health and beauty, and lifestyle categories —with an unrelenting focus on innovation, quality products, customer service and retention.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



## MANUFACTURING

**The first rule of BunZai: QUALITY IS KING!** Manufacturing high end cosmetics (or any other quality product, for that matter) is a mix of art and science. With trusted manufacturing partners from Paris to China, and the United States, we have access to the latest and greatest ingredients, processes, technologies and packaging from around the world. Our manufacturing division is the heart of our company, as every success we achieve is firmly rooted in our lifestyle products.

## MARKETING

**The second rule of BunZai: SELL WITH INTEGRITY!** We market products that do what they are supposed to: Convert and Retain! We understand our customers inside and out. We believe in branding and expanding through organic growth. Our AuraVie SkinCare is just the first brand in what will become a bonanza of lifestyle products manufactured and marketed by BunZai to everyday consumers worldwide.

- Affiliate Marketing:
- PPC: Facebook and Google
- Social Media Marketing
- Offline Marketing
- Branding

## CUSTOMER RELATIONSHIP MANAGEMENT

**The third rule of BunZai: CUSTOMERS ARE PEOPLE TOO!** Any business that wants to rise to the top, and stay there, has to do as much as it can to please its customers. In response to this, consumers know their power and expect ever increasing service excellence. Because the aim of most of our competitors in the continuity arena, is to hit and run customers' credit cards with hidden fees and recurring bills, they would rather hide behind confusion and misleading practices, than to communicate with their customers. Our philosophy is the total opposite. We want to speak with our customers, and form a relationship that will not only improve retention, but support our branding efforts and retain loyal customers.

## SHIPPING AND FULFILLMENT

**The fourth rule of BunZai: KEEP IT IN THE FAMILY!** Fulfilling orders can be very costly and kill profits very quickly if not carefully managed. Because we have years of experience fulfilling orders from our 10,000 sq ft warehouse and shipping facility in Sunny, California, where we handle every facet of fulfillment including; **inventory, shipping, receiving and returns**, we not only save thousands of dollars daily, but we can easily react to the ever changing demands of our customers. Our orders are delivered within 3-5 business days max, which guarantees that our trial customers receive their products in plenty of time to "try them" before they "buy them."

©2011 All Rights Reserved for BunZai Media Group, Inc.

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



Welcome to Bunzai Media where amazing work and a great environment collide! Everything about us from the people to the way we work makes us unique. We carefully hand pick future employees coming on-board because at the end of the day, they are what keeps this company going strong.

If you think you have what it takes to be part of something special, send us an e-mail. careers@bunzaimedia.com
And if something is not available, keep checking!

**Job Openings:**

Customer Service Agents

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group





♦Home  ♦About Us  ♦What We Do  ♦Careers  ♦Contact Us



CONTACT US

Name

Email

Company

Phone

Comments

Send

Monday-Friday 9 am - 5 pm PST

BunZai Media Group, Inc
16161 Ventura Blvd. #378
Encino, CA 91436

Direct: 818.200.1035
Fax: 818.647.0182

All Rights Reserved for BunZai Media Group, Inc© 2011

Home . About Us . Portfolio . What We Do . Contact Us . Affiliate Login

Bunzai Media Group





◆Home   ◆About Us   ◆What We Do   ◆Careers   ◆Contact Us



BRANDING

Bunzal Media Group Inc. is a full service entertainment marketing agency which specializes in creating brand partnerships within Hollywood and the International entertainment community.

We align products and services with celebrities and entertainment properties to reach targeted consumers through Television, Film, Print, Social Networks, and Events.

Our management team's 40 years of industry experience has led to our solid reputation with production companies, agencies and corporations in researching, strategizing and executing branded entertainment marketing campaigns for the worldwide audience.

We develop, design and execute campaigns within all budget ranges and work on either a yearly retainer or single scope project basis. Our staff becomes thoroughly educated on your brand's marketing objectives in order to create seamless, organic and targeted campaigns.

BunZai Branded Integration enables you to become proactive instead of reactive-marketing your brand to the entertainment community with a focus on education and highlighting your marketing objectives versus market perception, while delivering a comprehensive Return On Investment (ROI).

For more information about these services please contact Justin at 1.818.200.1045 #7002

**CLIENTS:**

**BRANDS:**



## SERVICES

• Brand Intergration

• Public Relations

• Product Representation

• Celebrity Endorsement

• Promotions & Licensing

## 2011 UPCOMING PROJECTS

• Television
• Movies
• Videos
• Events

**American Horror Story** (Drama, FX) Plot details are still scarce for this new project from "Glee" creators Ryan Murphy and Brad Falchuk. Starring Connie Britton. Casting: Eric Dawson, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607. Shoots in May.

**Powers** (**Chicago**) (Drama, FX) A detective works to solve murders in a world filled with superheroes and villains. Based on the graphic novel of the same name. Casting: Junie Lowry-Johnson Casting, 1041 N. Formosa Ave., Formosa Bldg., Rm. 94, L.A., CA 90046. Shoots in the summer.

**Touch** (Drama, Fox) An autistic child's ability to recognize patterns gives him predictive powers. Starring Kiefer Sutherland. Casting: Jason la Padura and Natalie Hart, La Padura & Hart Casting, 1438 N. Gower St., Box 57, L.A., CA 90028. Shoots in June.

Bunzai Media Group



**Underemployed** (Comedy, MTV) Five recent college grads had plans to take the world by storm, but one year later they still, uh, haven't. Casting: Mary Jo Slater and Steve Brooksbank, Slater-Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Shoots in May.

**Untitled Aaron Sorkin Project** (Comedy, HBO) A show set behind the scenes at a cable news network. Starring Jeff Daniels. Casting: Francine Maisler, Francine Maisler Casting, c/o Sony Pictures, 10202 W. Washington Blvd., Poitier Bldg., Ste. 3200, Culver City, CA 90232. Shoots in July.

**NEW TV SERIES**

**Against the Wall** (Toronto) (Drama, Lifetime) A policewoman draws the disdain of her three brothers—also cops—when she joins Internal Affairs. Starring Rachel Carpani, Kathy Baker, and Steven Byers. Casting; Casting: Eric Dawson, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607. Premiere TBA.

**Allen Gregory** (Animation, Fox) A child prodigy has trouble fitting in due to his remarkably adult sensibilities. Starring Jonah Hill and French Stewart. Casting: Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028. Premiere TBA.

**Alphas** (Toronto) (Drama, Syfy) A team of humans with enhanced genetic abilities tries to solve the case of a federal witness who was murdered while in a locked room. Casting Jeanie Bacharach and Gillian O'Neill, 800 S. Main St., 2nd Fl., Burbank, CA 91506. Shoots in May. Premiere TBA.

**Ant Farm** (Comedy, Disney) A musical prodigy and her fellow gifted students in the Advanced Natural Talents program struggle to fit in. Casting: Brandi Brice and Dana Gergely, Brice/Gergely Casting, 1040 N. Las Palmas Ave., Bldg. 33, 2nd Fl., L.A., CA 90038. Premiere TBA.

**Boss** (Drama, Starz) The mayor of Chicago struggles to maintain appearances as his mental acuity deteriorates. Kelsey Grammer and Connie Nielsen star. Casting: Lauren Grey Casting, 12233 W. Olympic,

Bunzai Media Group



**TV NETWORKS:**



**MOVIE STUDIOS:**

Bldg. 3, Ste. 134, L.A., CA 90064. Shoots in May. Premiere TBA.

**Breakout Kings** (Toronto) (Drama, A&E) A group of convicts who excel at breaking out of prison is recruited by a team of bounty hunters tasked with tracking down escaped fugitives. Starring Domenick Lombardozzi and Laz Alonso. Casting: Scott Genkinger, Junie Lowry-Johnson Casting, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608. Premiered March 6.

**Chaos** (Drama, CBS) CIA agents in the ODS (Office of Disruptive Services) struggle with political influence, bureaucratic gridlock, and incompetent co-workers. Casting: Mary Jo Slater and Steve Brooksbank. Slater/Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Premiered April 1.

**Death Valley** (Drama, MTV) When the San Fernando valley is overrun by zombies, the LAPD forms the Undead Task Force (UTF) to police the chaos. Casting: Kelly Wagner and Dominika Posseren, 8615 Tamarack Ave., Sun Valley, CA 91352. Premiere TBA.

**Enlightened** (Comedy, HBO) A self-destructive woman has a revelatory experience at a treatment center and becomes determined to live an enlightened life. Casting: Cami Patton and Jennifer Lare, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Premiere TBA.

**For Better or Worse** (Atlanta) (Comedy, TBS) A TV show based on the characters from Tyler Perry's "Why Did I Get Married?" Starring Michael Jai White and Tasha Smith. Casting: Kim Williams, 5225 Wilshire Blvd., Ste. 526, L.A., CA 90036. Shoots in June. Premiere TBA.

**Franklin & Bash** (Comedy, TNT). A pair of street-savvy longtime friends, who are also attorneys, are recruited by a high-profile law firm. Mark-Paul Gosselaar and Breckin Meyer star. Casting: Rick Pagano, Pagano/Manwiller Casting, 25135 Anza Drive, Stage 5, Santa Clarita, CA 91355. Premieres June 1.

**Friends With Benefits** (Comedy, NBC) A group of five single friends

ATTACHMENT I

APP. 000361

Ex. 1

Bunzai Media Group



**MUSIC LABELS & PROMOTERS:**



try to navigate the complicated world of romantic relationships in search of love and whatever else they can find. Casting: Alexis Koczara and Christine Shevchenko, Koczara/Shevchenko Casting, 10201 W. Pico Blvd., Bldg. 310, Rm. 213, L.A., CA 90064. Premiere TBA.

**The Great State of Georgia** (Comedy, ABC Family) A plus-sized actress and her nerdy best friend make the move from the South to the Big Apple. Starring Raven-Symone and Loretta Devine. Casting: Bonnie Zane and Gayle Pillsbury, Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004. Premieres June 29.

**Happily Divorced** (Comedy, TV Land) A woman's husband comes out of the closet, so she re-enters the dating scene. Starring Tichina Arnold and Fran Drescher. Casting: Marc Hirschfeld and Blyth Nailling, 4024 Radford Ave., Bungalow 7, Studio City, CA 91604. Premieres June 15.

**Happy Endings** (Comedy, ABC) When a woman leaves her groom at the altar, it creates complications for the couple's group of friends, who must now choose sides. Casting: Susan Vash, 5555 Melrose Ave., Bldg. 213, Ste. 360, L.A., CA 90038. Premiered April 13.

**Hell on Wheels** (Calgary) (Drama, AMC) After the war ends, a Confederate soldier tracks the Union soldiers who murdered his wife to the mobile community of laborers constructing the transcontinental railroad. Casting: Jennifer Lare and

Bunzai Media Group

Cami Patton, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Shoots in May. Premiere TBA.

**The Killing** (Drama, AMC) Follows the police investigation of a young girl's murder in the Pacific Northwest, tying together three interlocking stories as investigators chase a variety of leads. Casting: Junie Lowry-Johnson and Libby Goldstein, 1041 N. Formosa Ave., Santa Monica East Building, Rm. 94, West Hollywood, CA 90046. Premiered April 3.

**Love Bites** (Drama, NBC) Two single girlfriends, the last of their group that remain unmarried, anchor a vignette-based show that examines love and dating. Starring Becki Newton. Casting: Marc Hirschfeld, 4024 Radford Ave., Bungalow 7, Studio City, CA 91604. Premieres June 2.

**Luck** (Drama, HBO) A drama that follows the various characters whose livelihoods depend on a horse-racing track. Dennis Farina, Dustin Hoffman, and Richard Kind star. Casting: Rebecca Mangieri and Wendy Weidman, Creative Casting, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068. Premiere TBA.

**The Lying Game** (Drama, ABC Family) Two adopted twins, separated at birth and now living very different lives, run into trouble when they try to find their birth mother. Casting: Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064. Premieres Aug. 15.

**Magic City** (Miami) (Drama, Starz) A period drama set in a Miami hotel shortly after Castro's coup in Cuba. Casting: Cathy Sandrich Gelfond, Mackey/Sandrich Casting, 3000 W. Olympic Blvd., Bldg. 3, Rm. 2323, Santa Monica, CA 90404. Shoots in June. Premiere TBA.

**Missing** (Drama, ABC) When her son disappears in Italy while completing a summer internship, a spy will stop at nothing to find him. Ashley Judd stars. Casting: Deborah Aquila and Tricia Wood, Aquila/Wood Casting, 1680 Vine St., Ste. 806, L.A., CA 90028. Premiere TBA.

**Napoleon Dynamite** (Animation, Fox) An animated series based on Jared Hess' 2004 Sundance hit. Starring Jon Heder, Jon Gries, and

Bunzai Media Group

Aaron Ruell. Casting: Scott Muller Casting, 10201 W. Pico Blvd., Bldg. 795, L.A., CA 90035. Premiere TBA.

**Necessary Roughness** (Drama, USA) After a woman becomes the therapist for a professional football team, word of her success spreads and she is sought out by all types of deeply damaged famous people. Casting: Donna Rosenstein, 800 S. Main St., Ste. 202, Burbank, CA 91506. Shoots in May in Atlanta. Premiere TBA.

**The Nine Lives of Chloe King** (Drama, ABC Family) With her 16th birthday approaching, a girl starts developing super powers and finds out her life is in danger. Starring Skyler Samuels. Casting: Alyson Silverberg Casting, 4024 Radford Ave., Tucker House, Studio City, CA 91604. Premieres June 14.

**Perception** (Drama, TNT) A neuroscientist uses his intimate knowledge of the human psyche to help the FBI crack difficult cases. Eric McCormack and Rachael Leigh Cook star. Casting: Mary Jo Slater and Steve Brooksbank, Slater-Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Premiere TBA.

**The Protector (fka Exit 19)** (Drama, Lifetime) A single mom juggles raising her two kids and solving murders as an NYPD homicide detective. Starring Tisha Campbell-Martin and Miguel Ferrer. Casting: Tammara Billik and Jason Wood, Billik/Wood Casting, 14044 Ventura Blvd., Ste. 309, Sherman Oaks, CA 91423. Shoots in April. Premiere TBA.

**Reed Between the Lines** (Comedy, BET) A psychologist and her English-professor husband experience the typical struggles of raising three children. Casting: Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025. Premiere TBA.

**Suits (fka A Legal Mind)** (Drama, USA) A brilliant but perpetually stoned college dropout lands a gig at a top Manhattan law firm after impressing a recruiter with his intellect. Casting: Bonnie Zane, Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004. Shoots in April. Premieres June 23.

**Supah Ninjas** (Action,

ATTACHMENT I

APP. 000364
Ex. 1

Bunzai Media Group

Nickelodeon) After finding out he's the descendant of a line of ninja warriors, a high school kid enlists two of his friends into a secret crime-fighting ninja team. Casting: Lisa London and Catherine Stroud, London/Stroud Casting, 5555 Melrose Ave., Von Sternberg Bldg., Rms. 103, 104, L.A., CA 90038. Premieres June 16.

**Switched at Birth** (Drama, ABC Family) The families of two teenage girls, one wealthy, one poor, discover their daughters were switched at birth. Starring Katie LeClerc and Vanessa Marano. Casting: Deedee Bradley, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068. Premieres June 6.

**Teen Wolf** (Atlanta) (Drama/Sci–Fi, MTV) A re-imagining of the 1980s film and TV series as more dramatic thriller than lighthearted comedy. Casting: Wendy O'Brien, Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064. Premieres June 5.

**Terra Nova** (Drama, Fox) In the future, when the human race has used up all the resources on Earth, a team of scientists opens a portal to prehistoric Earth and sends groups of settlers back in time to give humanity a second chance. Casting: Christal Karge and Cami Patton, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Premiere TBA.

**This Is Awkward (fka That Girl)** (Drama, MTV) A shy high school girl suddenly becomes the center of attention after an accident is misconstrued as a suicide attempt. Ashley Rickards and Nikki Deloach star. Casting: Barbara Fiorentino and Danielle Aufiero, 5225 Wilshire Blvd., Ste. 678, L.A., CA 90036. Premiere TBA.

**Torchwood** (Drama, Starz) The alien investigative team at the Torchwood Institute and their immortal leader move from Wales to Los Angeles. A co-production with the BBC. Casting: John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522. Premieres July 8.

**Veep** (Drama, HBO) After a female senator is elected vice president, she finds out it's not at all what she bargained for. Julia Louis-Dreyfus

ATTACHMENT I

APP. 000365
Ex. 1

Bunzal Media Group

stars. Casting: Allison Jones Casting, 601 N. Larchmont Blvd., L.A., CA 90004. Premiere TBA.

**Wasabi Warriors** (fka Kickin' It) (Comedy, Disney XD) The owner of an unsuccessful dojo hires a pro skateboarder to help teach his students. Casting: Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028. Premiere TBA.

**Wilfred** (Comedy, FX) Follows the day-to-day life of an alcoholic talking dog. Jason Gann and Elijah Wood star. Casting: Lorna Johnson and Dori Zuckerman, Johnson/Zuckerman Casting, 1901 S. Bundy Drive, Los Angeles, CA 90064. Premieres June 23.

**Workaholics** (Comedy, Comedy Central) Friends fresh out of college try to navigate the world of gainful employment. Casting: Alyssa Weisberg, 5555 Melrose Avenue Hope Bldg., Ste. 100, L.A., CA 90038. Premiered April 6.

**TV SERIES**

**90210** David Rapaport, 1600 Rosecrans Ave., Bldg. 6B, Rooms 8 and 9, Manhattan Beach, CA 90266.

**American Dad** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90035.

**Being Human** (Montreal) Deedee Bradley, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068.

**The Big Bang Theory** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Blue Mountain State** Sheryl Levine, 1040 N. Las Palmas, Bldg. 2, Ste. 205, L.A., CA 90038.

**Bob's Burgers** Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028.

**The Bold and the Beautiful** Christy Dooley, CBS, 7800 Beverly Blvd., Ste. 3371, L.A., CA 90036.

**Bones** Rick Millikan Casting, 10201 W. Pico Blvd., Bldg. 71, L.A., CA 90035.

**Breaking Bad** Bialy/Thomas Casting, 3151 Cahuenga Blvd. West, Ste. 200, L.A., CA 90068.

ATTACHMENT I

APP. 000366
Ex. 1

Bunzai Media Group

**Burn Notice** Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Californication** Felicia Fasano Casting, 8621 Hayden Place, Culver City, CA 90232.

**Castle** Donna Rosenstein, 800 S. Main St., Ste. 202, Burbank, CA 91506.

**Children's Hospital** Anya Colloff, 4322 Wilshire Blvd., Ste. 220, L.A., CA 90010.

**Chuck** Patrick J. Rush Casting, 3808 W. Riverside Drive, Ste. 201, Burbank, CA 91505.

**The Cleveland Show** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90035.

**The Closer** Bruce H. Newberg Casting, 606 N. Larchmont Blvd., #311, L.A., CA 90004.

**Community** Dava Waite Peaslee Casting, c/o Paramount Studios, 5555 Melrose Ave., Cooper Building, Ste. 116, L.A., CA 90038.

**Cougar Town** Debby Romano and Brett Benner, 4060 Ince Blvd., Culver City, CA 90232.

**Covert Affairs** (Toronto) Susie Farris, 12233 W. Olympic Blvd., Ste. 116, Rooms 18-20, L.A., CA 90064.

**Criminal Minds** April Webster & Associates, c/o Quixote Studios, 4585 Electronics Place, L.A., CA 90039.

**CSI** Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**CSI: Miami** Nan Dutton Casting, 16161 Ventura Blvd., Ste. 212, Encino, CA 91436.

**CSI: NY** Jennifer Cooper, 4024 Radford Ave., Bldg. 1, Ste. 100, Studio City, CA 91604.

**Curb Your Enthusiasm** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Days of Our Lives** Marnie Saitta, The Pinnacle Building, 3400 W. Olive Ave., Ste. 315, Burbank, CA 91505.

**Desperate Housewives** Junie Lowry Johnson/Scott Genkinger,

ATTACHMENT I

APP. 000367
Ex. 1

Bunzai Media Group

Universal Studios, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608.

**Dexter** Shawn Dawson, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Drop Dead Diva** Carol Kritzer, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Eagleheart** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Eastbound and Down** Carla Hool, 5355 Cartwright Ave., Ste. 100, North Hollywood, CA 91601.

**Entourage** Susan Paley Abramson and Sheila Jaffe, 6330 San Vicente Blvd., 5th Fl., L.A., CA 90048.

**Episodes** Amy Britt, c/o Showtime Networks Talent & Casting, 10880 Wilshire Blvd., Ste. 1600, L.A., CA 90024.

**Eureka** Barnes/Bronson Casting, 1438 N. Gower St., Bldg. 5, Rm. 408, L.A., CA 90028.

**Fairly Legal** (Vancouver) Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Family Guy** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90036.

**Femme Fatales** Sherman/Knight Casting, 4221 Wilshire Blvd., Ste. 155, L.A., CA 90010.

**The Fresh Beat Band** Steve Maisel, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**Fringe** April Webster, 4000 Warner Blvd., Bldg. 228, Burbank, CA 91505.

**The Game** Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025.

**General Hospital** Mark Teschner, ABC, The Prospect Studios, 4151 Prospect Ave., Stage 4, 5th Fl., L.A., CA 90027.

**Gigantic** Scott Genkinger and Deborah George, Junie Lowry-Johnson Casting, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608.

ATTACHMENT I

APP. 000368
Ex. 1

Bunzai Media Group

**The Glades** (Miami) Susan Edelman Casting, 13273 Ventura Blvd., Ste. 210, Studio City, CA 91604.

**Glee** Robert Ulrich, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Good Luck Charlie** Sally Stiner and Barbie Block, 1201 W. 5th St., M120, L.A., CA 90017.

**Grey's Anatomy** Linda Lowy/John Brace, 4151 Prospect Ave., Cottages, Rm. 105, L.A., CA 90027.

**The Hard Times of RJ Berger** David Rapaport, "Hard Times" Casting, c/o MTV Networks, 2600 Colorado Ave., Rm. 32, Santa Monica, CA 90404.

**Harry's Law** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Hawaii Five-O** (Hawaii) Jennifer Cooper Casting, 4024 Radford Ave., Bldg. 1, Ste. 100, Studio City, CA 91604.

**Hawthorne** Branman/Brander Casting, 14533 Gault St., Van Nuys, CA 91405.

**Hot in Cleveland** Collin Daniel and Brett Greenstein, Greenstein/Daniel Casting, 6671 Sunset Blvd., Ste. 1527, L.A., CA 90028.

**How I Met Your Mother** Marisa Ross Casting, 10201 W. Pico Blvd., Bldg. 104, 2nd Fl., L.A., CA 90064.

**House** Amy Lippens and Stephanie Laffin, 10201 W. Pico Blvd., Bldg. 1, Rm. 136, L.A., CA 90035.

**House of Anubis** London/Stroud Casting, 5555 Melrose Ave., Von Sternberg Bldg., Rms. 103, 104, L.A., CA 90038.

**Hung** Anya Colloff, 4322 Wilshire Blvd., Ste. 220, L.A., CA 90010.

**iCarly** Krisha Bullock, 6230 Sunset Blvd., L.A., CA 90028.

**In Plain Sight** Eric Dawson, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**It's Always Sunny in Philadelphia** Wendy O'Brien, 2233 Barry Ave., 2nd Fl., L.A., CA

ATTACHMENT I

APP. 000369
Ex. 1

Bunzai Media Group

90064.

**Justified** Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602.

**The League** Jeanne McCarthy Casting, 1750 Ocean Park Blvd., Ste. 208, Santa Monica, CA 90405.

**Let's Stay Together** Casting: Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025.

**Leverage** April Webster/Scott David, Quixote Studios, 4585 Electronics Place, L.A., CA 90039.

**Mad Men** Schiff/Audino Casting, 1201 W. Fifth St., Ste. F25, L.A., CA 90017.

**Make It or Break It** Shaner/Testa Casting, 4000 Warner Blvd., Bldg. 261, Burbank, CA 91522.

**Melissa & Joey** Rick Millikan, 10201 W. Pico Blvd., Bldg. 1, Rm. 142, L.A., CA 90035.

**Memphis Beat** (New Orleans) Cathy Sandrich Gelfond, Mackey/Sandrich Casting, 3000 W. Olympic Blvd., Bldg. 3, Rm. 2323, Santa Monica, CA 90404.

**Men of a Certain Age** Wendy O'Brien, Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064.

**The Mentalist** Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**The Middle** G. Charles Wright, 411 N. Hollywood Way, Bldg. 29-R, Burbank, CA 91505.

**Mike & Molly** Nikki Valko and Ken Miller, Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Modern Family** Jeff Greenberg Casting, 10201 W. Pico Blvd., Bldg. 226, Rm. 115, L.A., CA 90035.

**NCIS** Susan Bluestein Casting, 5555 Melrose Ave., Bldg. 213, Ste. 210, L.A., CA 90038.

**NCIS: Los Angeles** Susan Bluestein Casting, 5555 Melrose Ave., Bldg. 213, Ste. 210, L.A., CA 90038.

ATTACHMENT I

APP. 000370
Ex. 1

Bunzai Media Group

**Nikita** (Toronto) Rebecca Mangieri and Wendy Weidman, Creative Casting, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068.

**The Office** Allison Jones, 601 N. Larchmont Blvd., L.A., CA 90004.

**One Tree Hill** Romano/Benner Casting, 4060 Ince Blvd., Culver City, CA 90232.

**Outsourced** Artz & Ginsberg Casting, 100 Universal City Plaza, Trailer 6139, Universal City, CA 91608.

**Parenthood** Cami Patton/Jennifer Lare, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602.

**Parks and Recreation** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Pretty Little Liars** Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Private Practice** Linda Lowy/John Brace, 4151 Prospect Ave., Cottages, Rm. 105, L.A., CA 90027.

**Psych** Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028.

**Raising Hope** Dava Waite Peaslee, Dava Waite Peaslee Casting, c/o Paramount Studios, 5555 Melrose Ave., Cooper Building, Ste. 116, L.A., CA 90038.

**Retired at 35** Koczara/Shevchenko Casting, 10201 W. Pico Blvd., Bldg. 310, Rm. 213, L.A., CA 90064.

**Rizzoli & Isles** Gary Zuckerbrod, 6735 Forrest Lawn Dr., 4th Fl., L.A., CA 90068.

**Rules of Engagement** Leslie Litt Casting, 10202 W. Washington Blvd., Gable Bldg., Rm. 209, Culver City, CA 90232.

**The Secret Life of the American Teenager** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Shameless** John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522.

**Shake It Up** Suzanne Goddard-Smythe, 1202 W. Fifth St., Ste.

ATTACHMENT I

APP. 000371
Ex. 1

Bunzai Media Group

M160, L.A., CA 90017.

**The Simpsons** Bonita Pietila, 10201 W. Pico Blvd., Trailer 730, L.A., CA 90035.

**Sonny With a Chance: So Random** Sheryl Levine, 1040 N. Las Palmas, Bldg. 2, Ste. 205, L.A., CA 90038.

**Sons of Anarchy** Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064.

**SouthLAnd** John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522.

**Spartacus: Blood and Sand** Lauren Bass, Bass Casting, 8284 Santa Monica Blvd., West Hollywood, CA 90046.

**Supernatural** Robert J. Ulrich, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**True Blood** Junie Lowry Johnson/Libby Goldstein, The Lot, 1041 N. Formosa Ave., Rm. 94, L.A., CA 90046.

**True Jackson, VP** Harriet Greenspan, 5555 Melrose Ave., Hans Dreier Building 106, L.A., CA 90038.

**Two and a Half Men** Nikki Valko/Ken Miller, 3500 W. Olive, Ste. 780, Burbank, CA 91505.

**Unfabulous** Harriet Greenspan, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**Vampire Diaries** GO Casting, 6464 Sunset Blvd., Ste. 970, L.A., CA 90028.

**Victorious** Krisha Bullock, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**The Walking Dead** Bialy/Thomas Casting, 10201 W. Pico Blvd., Bldg. 310, Ste. B, L.A., CA 90035.

**Warehouse 13** (Toronto) Suzanne Goddard-Smythe, 100 Universal City Plaza, Bldg. 2128, Ste. D, Universal City, CA 91608.

**Weeds** Dava Waite Peaslee Casting, 846 N. Cahuenga Blvd., Bldg. B, Rm. 117, L.A., CA 90038.

ATTACHMENT I

APP. 000372

Ex. 1