Bunzai Media Group

**Wizards of Waverly Place** Lambert/McGee Casting, Hollywood Center Studios, 1040 N. Las Palmas Ave., Bldg. 26, Rm. 202, L.A., CA 90038.

**The Young and the Restless** Karen Rea, CBS, 7800 Beverly Blvd., Ste. 3305, L.A., CA 90036.

**Zeke and Luther** Sally Stiner and Barbie Block, 1201 W. 5th St., M120, L.A., CA 90017.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

APP. 000373
Ex. 1

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



**THE COMPANY**

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

Specifically, we will build global brands in the health and beauty, and lifestyle categories —with an unrelenting focus on innovation, quality products, customer service and retention.

**THE POSITION**

BunZai Media is hiring TOP TIER customer service agents to add to our growing team! We specialize in continuity (think Proactiv or Meaningful Beauty), so experience in that industry is a BIG PLUS.
The perfect candidate has strong interpersonal skills, thick skin, a can-do attitude, and a friendly disposition.

**Requirements:**

• At least 2 years of customer service CALL CENTER experience (beauty industry and continuity space preferred)
• Outstanding verbal and written communication skills
• Ability to thrive in a fast paced environment
• Strong Microsoft Office and typing skills
• Organized and detail-oriented
• High School Diploma
• Reliable transportation

**Responsibilities:**

• Taking and Verifying orders
• Typing detailed notes about inquiries, complaints, and all actions taken
• Returns, refunds, cancellations and adjustments

If you're smart, experienced, responsible, hardworking and you think you've got what it takes to thrive in a fun, yet fast-paced environment, please email us your resume and cover letter with the words "BunZai CS Agent" in the subject line to careers@bunzaimedia.com.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

Bunzai Media Group





❖ Home   ❖ About Us   ❖ What We Do   ❖ Careers   ❖ Contact Us



PORTFOLIO

**BunZai** is focused on growing market share profitably across Various revenue verticals from **Beauty** and **Health** to **Multimedia**. Though our initial marketing focus is targeted towards E-commerce (more specifically the online continuity model) we are quickly extending our distribution channels to reach more consumers through traditional and more under-served mediums – RETAIL, WHOLESALE, PRIVATE LABLE, EXPORTING,LICENSING, TELEVISION, DIRECT RESPONSE, PRINT, VIRAL, etc..

**BunZai** will create abundant growth opportunities for **AuraVie SkinCare** as well as our other brands, in each of these areas.

## BEAUTY

AuraVie SkinCare



Miracle Face Kit



Organic Target Treatment



Soufflé Body Scrub



Organic Nail Kit

ATTACHMENT I                                    APP. 000375
                                                    Ex. 1

Bunzai Media Group



## HEALTH

**Acai Berry Science**



**ResVall**



**Cleanse*Clear***



**Sci-Cleanse**



**Uniqué Cleanse**

ATTACHMENT I

APP. 000376
Ex. 1

Bunzal Media Group



## MULTIMEDIA

**Planet M3D**



## BRANDS

**AuraVie Brand Website**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

APP. 000377
Ex. 1

Bunzai Media Group



◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us





**AuraVie SkinCare** Rejuvenation System is a 3 Step solution made with only the finest natural ingredients. Using this revolutionary system will restore vitality to your skin and reduce the appearance of aging.

AuraVie SkinCare Rejuvenation System contains the potent benefits of Omega 3, 6 & 9 and Vitamin D, which promote healthy skin renewal, as well as, Acai Berry, resulting in products that **REFRESH**, **REVIVE** & **REPLENISH** your skin for lasting beauty.

**Forget Botox - Colored Smoke Theme**



**Turn Back Time - Blue Version**



**My AuraVie**



**AuraVie $1,000,000 Giveaway**



**AuraVie Intro**

ATTACHMENT I

APP. 000378
Ex. 1

Bunzai Media Group



©2011 BunZal Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group



   

♦Home  ♦About Us  ♦What We Do  ♦Careers  ♦Contact Us



From the Dead Sea (one of the most nutrient-rich sources on Earth) to your front door, the **MIRACLE FACE KIT** (Dead Sea Mud Masque & Moisturizer with **DMAE + Ester C**) is the beauty regime used by the world's most beautiful women.

These **two Spa Quality Treatments** are made with authentic ingredients that will unmask your true beauty.The Miracle Face Kit is made with proven ingredients, pushing the boundaries for **amazing, ageless skin!**

View Assets: Banners | Creatives | Yahoo! Banners | MSN Banners | Blog Banners | Blogs

**Miracle Face Kit**



**Dead Sea Mud Masque - Risk Free Trial**



**Miracle Face Kit $1,000,000 Giveaway**



**The Miracle Face**



**Dead Sea Masque**

**New Miracle Kit**

Bunzai Media Group





**Miracle Face Kit**

**Miracle face kit Holiday Campaign**





©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Beautiful Skin with the Stroke of a Pen.** Customize your own Organic Target Treatment Kit. Each kit includes a 30 day supply of our Organic Moisturizer (which is a highly concentrated natural formula designed to lock precious moisture into our skin to keep it soft, supple and looking moist and dewy), PLUS your choice of any one of our **4 Revolutionary Organic Target Treatment Pens.**

**They are compact, easy to use and most importantly, they work!**

**Organic Target Treatment**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home · About Us · What We Do · Contact Us · Careers · Affiliate Login

http://204.232.201.236/ott.html[5/13/2014 12:01:21 PM]

Bunzai Media Group





◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Soufflé Body Scrub** with DEAD SEA SALT & NUTRIENTS is one of the most **LAVISH, LUSCIOUS ALL NATURAL BODY SCRUBS IN THE WORLD** and will make your skin silky smooth with a beautiful glow.

The scrubbing routine will rub away the dead skin cells on your body (particularly your feet, knees, buttocks, and other dry areas), and the process will also give your skin the ability to absorb self tanners and moisturizer.

View Assets: Banners | Creatives |

Body Scrub Soufflé - Single Offer



Body Scrub Soufflé - Holiday Offer



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us• What We Do • Contact Us •Careers • Affiliate Login

ATTACHMENT I

APP. 000383
Ex. 1

Bunzai Media Group



  

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Salon Quality Nail Care System for healthy, beautiful hands & feet from the comfort of your home!**

Our ORGANIC NAIL CARE SYSTEM is used in the finest Spas and Salons around the world. From 5 Star Hotels to Celebrity clientele this incredible product is giving women (and men) the hands they desire.

View Assets: Banners | Creatives |

**Organic Nail Kit - Holiday offer #1**



**Organic Nail Kit - Holiday offer #2**



**Organic Nail Kit - Holiday offer #3**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ◦ About Us◦ What We Do ◦ Contact Us ◦Careers ◦ Affiliate Login

Bunzai Media Group



   

◆Home   ◆About Us   ◆What We Do   ◆Careers   ◆Contact Us



**Acai Berry Science** is a powerful formula created by a team of experts in diet and nutrition. Our mission is to give you a product that truly works to help you lose weight, increase energy and function at your peak performance.

Our proprietary blend of Acai & Green Tea makes Acai Berry Science **the preferred supplement** for people who are serious about flushing the pounds away and living their best life

**Acai Berry Science**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us. What We Do . Contact Us .Careers . Affiliate Login

Bunzai Media Group





◆ Home   ◆ About Us   ◆ What We Do   ◆ Portfolio   ◆ Branding   ◆ Careers   ◆ Contact Us



**ResVall** is a complete diet and wellness nutritional supplement for Adults. With the proven potency of Resveratrol as the foundation of our unique formula, and literally thousands of phytonutrients and antioxidants found in Acai Berry and Pomegranates, and the weight loss benefits of genuine Hoodia & Green Tea Extract.

Our **revolutionary formula** is the **perfect balance of Science & Nature**, and can help you lose weight and achieve better overall health and wellness.

View Assets: Banners | Creatives |

**ResVall**



**ResVall**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▸ About Us ▸ What We Do ▸ Contact Us ▸ Careers ▸ Affiliate Login

ATTACHMENT I

APP. 000386
Ex. 1

Bunzai Media Group





◆Home   ◆About Us   ◆What We Do   ◆Careers   ◆Contact Us



**Cleanse***Clear* is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using **Cleanse***Clear* **helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Cleanse Clear**



All Rights Reserved for Bunzai Media Group INC. ©2011

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

Bunzai Media Group





◆Home   ◆About Us   ◆What We Do   ◆Portfolio   ◆Branding   ◆Careers   ◆Contact Us



SCI-**Cleanse** is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using SCI-**Cleanse helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Sci-Cleanse**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

APP. 000388
Ex. 1

Bunzai Media Group



  

◆Home   ◆About Us   ◆What We Do   ◆Careers   ◆Contact Us



Uniqué **Cleanse** is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using Uniqué **Cleanse helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Uniqué Cleanse**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us . Portfolio . What We Do . Contact Us . branding .Careers . Affiliate Login

Bunzai Media Group



  

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



From parenting magazines to child advocacy groups, experts have long known the benefits of educating your children to the simple lessons that are depicted in the DVD's developed by Planet M3D. Children between the ages of 2 to 6 are like sponges; the earlier you start teaching them good habits, the better life they will have.

**Approved and Endorsed by...**Child Safety Network, Harvard University, Yale University, Brown University and Cornell University

• Enhance language & problem solving skills • Encourage imaginative play through music • Celebrate everyday experiences • Increase self-esteem and social skills

View Assets: Banners | Creatives |

**Planet M3D**



**M3D Holiday**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

ATTACHMENT I

APP. 000390
Ex. 1

AuraVie - The Aura of Youth | AuraVie.com

 AuraVie

My Account   Contact Us    Follow us:   Call: 1 (866)-216-9336

Search  Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED



ANTI-AGING SKIN REJUVENATION REGIMEN
**5 ALL NATURAL TREATMENTS**
• LIFT, TONE & TIGHTEN TIRED SKIN
• PROMOTES SKIN CELL REJUVENATION
• DIMINISH DARK CIRCLES, FINE LINES & WRINKLES
• INCREASE OF COLLEGEN PRODUCTION & SKIN ELASTICITY

LOOK GREAT 100% GUARANTEE

1 2 3 4

### Best Sellers

View All Items »









| REVIVE | AuraVie 3-IN-1 | REFRESH | REPLENISH |
| Age-Defying Serum | Skincare System | Facial Peel | Day/Night Moisturizer |
| Our Price: $129.99 | Our Price: $219.99 | Our Price: $119.99 | Our Price: $139.99 |
| More Info | More Info | More Info | More Info |

### Featured Products

View All Items »



**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

PayPal     

Copyright ©2014 AuraVie.com, All rights reserved.

http://www.auravie.com/[3/25/2014 9:45:41 AM]

ATTACHMENT I

APP 000391
Ex. 1

Login | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: 🅕 🅣

Call: 1 (866)-216-9336

Home | AuraVie

Search   Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

AURAVIE
FACIAL CARE

## Login

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

Email Address:

Password:

Forgot Password?

Login

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login        Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

PayPal   VISA   DISCOVER   Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved

https://www.auravie.com/account/login[3/25/2014 9:46:15 AM]

ATTACHMENT I

APP. 000392
Ex. 1



About Us | AuraVie.com




My Account


Contact Us

Follow us 

Call: 1 (866)-216-9336

| Search | Go |

Home › **About Us**

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## About Us

**Thank you for visiting AuraVie.com**

AuraVie.com has been providing quality goods and support to hundreds of thousands of customers for many years. We are constantly updating our products, almost every week, in order to provide the most up-to-date merchandise to our customers. Our goal is to provide high quality products with excellent customer support in order to give our customers a great online shopping experience!

We are strong believers in excellent customer service and strive to provide 100% customer satisfaction. We offer dedicated technical support and customer service via email to better serve you and we normally respond to emails within 24 hours. We also have a toll-free customer support number to better assist you. For all of our contact information, click here.

**RETURNING CUSTOMERS**

USERNAME

Login

RECENTLY VIEWED

**Customer Care**
Contact Us       Return Policy
Privacy Policy   About Us
FAQ              Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

  VISA 

Copyright ©2014 AuraVie.com. All rights reserved.

ATTACHMENT I

APP. 000394
Ex. 1

Newsletter Sign Up | AuraVie.com

# AuraVie

My Account     Contact Us     Follow us:     Call: 1 (866)-716-9336

Search   Go

Home › Newsletter Sign Up

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Newsletter Sign Up

Email Address*:   [                    ]

[ Subscribe ]

**RETURNING CUSTOMERS**

USERNAME
[                    ]

[                    ]

[ Login ]

**RECENTLY VIEWED**

### Featured Products

View All Items »

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login        Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ]   Submit


PayPal   [AMEX]  VISA  DISC  Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Frequently Asked Questions | AuraVie.com



My Account    Contact Us    Follow us      Call 1 (866)-216-9336

Search    Go

Home  ›  FAQ                    Home  |  About Us  |  Newsletter  |  FAQ  |  Contact Us  |  Register  |  Login  |  Your cart is empty

**AURAVIE**
FACIAL CARE



RETURNING CUSTOMERS

USERNAME

[          ]

Login

RECENTLY VIEWED

## FAQs - Frequently Asked Questions

How long does my order take to ship?
What forms of payment do you accept?
How do you ship the orders?
Will my credit card information be secure?
Can I get my order any faster?
Can I ship my order to a different state or address from my billing address?
I paid for next day air service and my order didn't arrive the next day after I placed the order, why?
What if my item does not function upon receiving it?
The status of my order states pending for the past 3-4 days, why?
The status of my order is "Ready To Ship." What does that mean?
Can I make a change on my order, add an item or make an address correction?
How can I cancel my order?
What is your exchange/return policy?
Do you ship to Canada?
Do you ship outside the U.S.? How much does it cost?
Will I be emailed my tracking number once my order ships out?

**How long does my order take to ship?**

AuraVie.com's shipping staff is dedicated to processing and shipping your order as quickly and efficiently as possible. Our general turnaround time is 1-3 Business days after your order has been placed. However, as with most online businesses, we ask that you allow up to 2-9 business days for delivery. We do not ship orders placed on the same day. Please be aware: Orders that consist of 3 or more items can take up 4-5 business days to ship after it has been placed. These orders take longer to prepare for shipment.

**What forms of payment do you accept?**

We accept all major credit cards such as Visa, MasterCard and American Express.

**How do you ship the orders?**

This is our standard shipping method:

Orders shipped to street addresses in the continental U.S.: Shipped By FedEx, UPS or DHL
Orders shipped to P.O. boxes and rural routes in the continental US: USPS Priority Mail
Orders shipped to Hawaii, Alaska, and Puerto Rico: These orders must ship using Air service.

We cannot ship using the standard ground method as it is not offered by any of the carriers we use. Air service must be selected to have the order ship out. P.O BOX Orders shipping to these States will ship by USPS Priority Mail.

**Will my credit card information be secure?**

Rest assured; **you are visiting a secure site.** All information submitted will be kept private and will not be released or sold.

**Can I get my order any faster?**

Have your order shipped to the billing address, make sure all information is accurate at check out and select one of the following expedited shipping methods at check out. For orders shipped to street addresses in the continental United States, we offer FedEx/UPS/DHL 3 Day 2 Day Air Service and/or Next Day Air Service. For PO boxes, rural routes and shipments to Hawaii, Alaska and Puerto Rico, we offer USPS priority mail which can take up to 5 business days for the order to arrive once it has been shipped. If you would like to use any of these methods, please indicate your choice in the Shipping Options section during Checkout.

*Please be aware that we cannot ship orders the same day that we receive them, so plan accordingly. Please also be aware that FedEx/UPS/DHL does not deliver on Saturday and Sunday. For this reason, a Next Day Air package shipped on Friday will arrive on Monday, and a 3 Day Select package shipped on Friday will arrive the following Wednesday. Again, please plan accordingly.*

**Can I ship my order to a different state or address from my billing address?**

Sure, you certainly may ship to any address you wish. Please note if you ship to an alternative address, we may require additional identity verification. You may be contacted by our verification team - emails will be sent from AuraVie.com. To expedite the processing of your order,

ATTACHMENT I                              APP 000396
Ex. 1

please be available at the phone number or email address  hat you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you,  his could cause delays in the processing of your order or lead to cancellation of your order. We at AuraVie.com apologize if this causes any inconvenience.

**I paid for next day air service and my order didn't arrive the next day after I placed the order, why?**

Next Day Air Service means your order will be shipped by that shipping method 1-3 days after the order has been placed. If your order happens to ship on a Friday, it will be delivered on Monday as we do not have FedEx/UPS/DHL deliver on weekends due to extra costs. If it ships on a Tuesday it should arrive the next business day, once the package is picked up by our carrier they are responsible for the package.

**What if my item does not function upon receiving it?**

All of our items are protected by a 30 Day Warranty. If your item arrives defective please contact one of our friendly Customer Service Representatives immediately in order to obtain further instructions. You can also visit our return policy page for fur her instructions.

**The status of my order states pending for the past 3-4 days, why?**

It can mean  he following: There was a problem with your order when it was processed, your address did not match with what's on file with your credit card company or you did not type in  he correct 3 digit Card ID on the back of your credit card.

Due to the high amount of fraudulent orders originating from different billing and ship to addresses your order will need to be approved to ship by our verification process. All orders consisting of two different addresses will be delayed until they are verified by our staff. Our verification department will get in contact wi h you to verify  he order.

*Please note that we may require additional identity verification. If further validation is needed you may be contacted by our verification team - emails will be sent from our customer service department. To expedite the processing of your order, please be available at the phone number or email address that you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you, this could cause delays in the processing of your order.*

**The status of my order is "Ready To Ship." What does that mean?**

This status means  hat your order has been processed and is being prepared to ship.

**Can I make a change on my order, add an item or make an address correction?**

Due to our high volume, all orders  hat are processed successfully go directly to  he shipping floor within hours after the order is placed to get it shipped to you as quickly as possible. We are unable to modify or cancel your order once it has been placed and handed over to our warehouse. Please make sure all informa ion is correct before processing your order.

**How can I cancel my order?**

Please contact customer service as soon as possible. Please be aware that once your item has shipped, the order cannot be canceled, so please try to be as sure as possible of the item you are ordering at the time of purchase.

**What is your exchange/return policy?**

Please click here to read our policy and instruc ions to know what you need to do in order to have your items exchanged or if you are returning your order for a refund or a store credit.

**Do you ship to Canada?**

Yes we do ship/offer shipping services to Canada. Please follow the instructions at check out and read our international shipping policy.

You can place  he order directly on AuraVie.com using Pay Pal or Google Check out Option.
All Canada Orders are shipped by FedEx/UPS/DHL International Economy or Priority Air Service (You will have to select the shipping method at check out). Canada shipping rates will be estimated at check out, the shipping rate that is quoted by the website is what will be charged and we are unable to refund any shipping charges or make excep ions.
"Due to the High Shipping Costs, All International SALES ARE FINAL." This means we do not offer exchanges or refunds and our 30 Day Exchange or Return Policy does not apply to your order.
**Do you ship outside the U.S.? How much does it cost?**

AuraVie.com ships all over the world.

Due to our agreement wi h Pay Pal and Google Check out we are able to ship to most Countries as long as you place the order using any of these two checkout methods. The customer is responsible for all taxes, duties, and other fees  hat may apply upon delivery of order. Please

Frequently Asked Questions | AuraVie.com

check before you order.

**Will I be emailed my tracking number once my order ships out?**

Yes, you are emailed a tracking # once the order has been approved to ship, assigned a tracking # and handed over to the warehouse for shipment.

**Please Note: although your order has been marked shipped and you receive this email confirmation, please allow up to 48-72 hours for tracking activity to follow. There will be movement within that time frame.**

| Customer Care | Account Information | Join our Coupons List |
|---|---|---|
| Contact Us    Return Policy | Login    Wholesale | Get the latest products info and special offers. |
| Privacy Policy    About Us | Register | |
| FAQ    Terms & Conditions | | |

   

Copyright ©2014 AuraVie.com, All rights reserved.

Create an Account | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us 🇫 📧    Call: 1 (866)-216-9335

Search    Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Register

RETURNING CUSTOMERS

USERNAME:

[                    ]

Login

RECENTLY VIEWED

**Create a New Account**

Email Address:    [                    ]

First Name:       [                    ]

Last Name:        [                    ]

Password:         [                    ]

Repeat Password:  [                    ]

Create Account

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login     Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[            ]  Submit

   

Copyright ©2014 AuraVie.com. All rights reserved.

Login | AuraVie.com

# Aura Vie

My Account    Contact Us    Follow us 

Call: 1 (866)-216-9336

Search [          ] Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Login

RETURNING CUSTOMERS

USERNAME:
[                    ]
[                    ]

[ Login ]

RECENTLY VIEWED
[                    ]

Email Address:  [                              ]

Password:  [                              ]

Forgot Password?

[ Login ]

---

**Customer Care**
Contact Us    Return Policy
Privacy Policy    About Us
FAQ    Terms & Conditions

**Account Information**
Login    Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ] [ Submit ]

*PayPal*   

Copyright @2014 AuraVie.com, All rights reserved

ATTACHMENT I

APP. 000400
Ex. 1

Featured | AuraVie.com



# AuraVie

My Account    Contact Us    Follow us    Call: 1 (866)-216-9336

Search    Go

Home / Featured    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Featured Products

No products were found.

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**Customer Care**
Contact Us     Return Policy
Privacy Policy   About Us
FAQ             Terms & Conditions

**Account Information**
Login     Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

  PayPal  VISA  DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

http://www.auravie.com/site/featured[3/25/2014 9:50:07 AM]

ATTACHMENT I

APP. 000401
Ex. 1

AuraVie | AuraVie.com

 AuraVie

 My Account     Contact Us    Follow us: 

Call: 1 (866)-216-9336

Search [        ] Go

Home › AuraVie

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

Filter by: [ Age Subtype ]

6 products found. Showing 1-6 on page 1 of 1

Show [ 13 ] Per Page

Sort By [ Most Popular ]



REVEAL Facial
Masque
**Our Price:**
$119.99
More Info



RENEW
Toner/Cleanser
**Our Price: $99.99**
More Info



AuraVie 3-IN-1
Skincare System
**Our Price:**
$219.99
More Info



REPLENISH
Day/Night
**Our Price:**
$139.99
More Info



REVIVE
Age-Defying Serum
**Our Price:**
$129.99
More Info

REFRESH
Facial Peel
**Our Price:**
$119.99
More Info

6 products found. Showing 1-6 on page 1 of 1

Show [ 12 ] Per Page

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login        Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ] Submit



Copyright ©2014 AuraVie.com, All rights reserved.

AuraVie - Facial Care | AuraVie.com



 My Account      Contact Us     Follow us 

Call: 1 (866)-216-9336

Search [        ] Go

Home › AuraVie › **Facial Care**          Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Facial Care

Filter by:

6 products found. Showing 1-6 on page 1 of 1          Show [12] Per Page

Sort By [Most Popular]



**REVEAL Facial Masque**
**Our Price:**
$119.99
[ More Info ]



**RENEW Toner/Cleanser**
**Our Price: $99.99**
[ More Info ]



**AuraVie 3-IN-1 Skincare System**
**Our Price:**
$219.99
[ More Info ]



**REPLENISH Day/Night**
**Our Price:**
$139.99
[ More Info ]



**REVIVE Age-Defying Serum**
**Our Price:**
$129.99
[ More Info ]

**REFRESH Facial Peel**
**Our Price:**
$119.99
[ More Info ]

6 products found. Showing 1-6 on page 1 of 1          Show [12] Per Page

**Customer Care**
Contact Us         Return Policy
Privacy Policy     About Us
FAQ                Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[                    ] [ Subscribe ]

PayPal   VISA  

Copyright ©2014 AuraVie.com. All rights reserved.

Returns Policy | AuraVie.com



 My Account    Contact Us   Follow us 

Call: 1 (866)-216-9336

| Search | Go |

Home / Returns    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

[Login]

RECENTLY VIEWED

## Return Policy

Please contact us if you need to return an item within 14 days from when the shipment is received. We cannot process any return or refund after this time frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

---

**Customer Care**
Contact Us          Return Policy
Privacy Policy      About Us
FAQ                 Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[                    ] [Submit]

PayPal   VISA  

Copyright ©2014 AuraVie.com. All rights reserved.

APP. 000404
Ex. 1