Privacy Policy | AuraVie.com



My Account | Contact Us | Follow us

Call: 1 (866)-216-9336

Search [Go]

Home > Privacy

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**
USERNAME
[Login]

**RECENTLY VIEWED**

## Privacy Policy

**Welcome to AuraVie.com.**

By using this site, you **AGREE** to AuraVie.com's Privacy Policy.

AuraVie.com uses an order form for customers to request information, products, and services. We collect visitor's contact information (like their email address) and financial information (like their account or credit card numbers). Contact information from the order form is used to send orders to our customers.

Customer Privacy is very important to us. We absolutely do not sell, rent, or share your personal information including email address with any third party, entity, or company.

AuraVie.com takes seriously the issue of safeguarding your privacy online. Every transaction conducted at our store is encrypted for your protection. Customer order information, i.e. Bill To and Ship To addresses, credit card information and phone numbers, are used to process the order only. Customer e-mail addresses are used to send shipment updates.

If you are under ages 13, you must have your parent or guardian's assistance or permission in using this site. AuraVie.com is not responsible for the actions of any one using this site.

Please note: Prices & specifications subject to change without notice. Please contact us for any question regarding the privacy policy. AuraVie.com is not responsible for injuries incurred from misassembly, user errors, crazy stunts without adult supervision, or stupidity.

Information that you submit about yourself may be used by AuraVie.com to provide you requested services, communicate with you about AuraVie.com products, improve your online experience, or support our continuing efforts to offer you the information and services you want most. Currently, we do not share your specific information with non-affiliated companies or organizations outside of AuraVie.com without your permission. We reserve the right to do so in the future, however, AuraVie.com does provide aggregate statistics and information about our sales, traffic patterns and related site information to third parties. We also reserve the right to share aggregate statistical data of which your personal information is a part, as well as your specific personal information sometime in the future. You are responsible for checking this Policy periodically to monitor any changes to our data sharing practices. In addition, AuraVie.com may, and you hereby authorize us to, disclose your personal information when required to do so by law, when AuraVie.com, in its sole discretion believes that you are in violation of our Terms of Service Agreement, or when you violate any state or federal laws, or AuraVie.com in its sole discretion deems it necessary or appropriate to protect the personal safety of other users of AuraVie.com services or to protect the rights or property of AuraVie.com.

Please contact us if you have any question about our Privacy Policy:

AuraVie.com
PO Box 10465,
Van Nuys, CA 91410
USA

Email: support@auravie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register
Wholesale

**Join our Coupons List**
Get the latest products info and special offers.
[         ] [submit]

   

Copyright ©2014 AuraVie.com. All rights reserved.

Terms of Use | AuraVie.com

   

Call: 1 (866)-216-9335

Search

Home > Terms of Use

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

## Terms Of Use

AuraVie.com, together with its subsidiaries and affiliates provides you access and use of this site subject to your compliance with these terms and conditions of use. By accessing, browsing and using this site (http://www.auravie.com/), you agree to be bound by the site terms and all applicable law. If you do not agree to be bound by the site terms and applicable law each time you use this site or you do not have the authority to agree to or accept these site terms, you may not use the site.

Additional policies and terms apply to use of specific portions of this Site and to the purchase of certain Merchandise or Services and are included as part of the Site Terms. The Site Terms and Conditions apply exclusively to your access to, and use of, this Site and do not alter in any way the terms or conditions of any other agreement you may have with AuraVie.com for products, services, or otherwise.

AuraVie.com reserves the right to modify these Site Terms in our sole discretion from time to time and only AuraVie.com has the right to do so. If the Site Terms are changed, we will post the new terms on the Site and note the date they were last updated. Any changes or modifications will be effective upon posting of the Site Terms as revised, and your use of the Site following the posting will constitute your acceptance of the new Site Terms.

This Site is operated by a U.S. entity and is governed by the state and federal laws of the United States. The laws of your jurisdiction may be more or less strict than the laws that apply to this Site. If you access this Site from outside the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction.

Subject to applicable law, we: (a) reserve the right to change the goods and services advertised or offered for sale through this Site, the prices or specifications of such goods and services, and any promotional offers and any other Site Materials at any time and from time to time without any notice or liability to you or any other person; (b) cannot guarantee that goods or services advertised or offered for sale on this Site will be available when ordered or hereafter; (c) reserve the right to limit quantities sold or made available for sale; (d) do not warrant that the Site Materials (including without limitation product descriptions or photographs) are accurate, complete, reliable, current or error-free; and (e) reserve the right to cancel, to terminate or not to process orders (including accepted orders) where the price or other material information on this site is inaccurate or when we recognize abuse of our policies. If we do not process an order for such reason, we will advise you that the order has been cancelled and will either not charge you or will apply credit to the payment type used in the order. Some jurisdictions may not allow the exclusions and disclaimers of certain implied warranties, so some of the provisions of this section may not apply to you.

If we are legally required to collect sales tax on merchandise you order, the tax amount will be added automatically to your purchase price. On rare occasions an error in our state sales tax database may cause the sales tax charge to be incorrect. If this happens, at any time up to two years from your date of purchase you may contact us for a refund of tax overcharges. This right to a refund is your exclusive remedy for sales tax errors.

By using the Site, you agree not to do any of the following:

1. Upload to, distribute or otherwise publish through this Site any message, information, text or other material ("Content") that is unlawful, libelous, defamatory, obscene, pornographic, indecent, lewd, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory or otherwise objectionable;

2. Upload or transmit any Content that would constitute or encourage a criminal offense, violate the rights of any party, or that would otherwise create liability or violate any local, state, national, or international law, including without limitation, the regulations of the U.S. Securities and Exchange Commission, any rules of any securities exchange such as the New York Stock Exchange, the American Stock Exchange, or the Nasdaq Stock Market;

3. Upload or transmit any Content that may infringe any patent, trademark, trade secret, copyright, or other intellectual or proprietary right of any party. By posting any Content, you represent and warrant that you have the lawful right to distribute and reproduce such Content;

4. Impersonate any person or entity or otherwise misrepresent your affiliation with a person or entity;

5. Upload to, distribute or otherwise publish through this Site any Content such as charity requests, petitions for signatures, chain letters or

Terms of Use | AuraVie.com

letters relating to pyramid schemes, advertising or solicitations for funds, political campaigning, mass mailings, any form of unsolicited commercial email or "spam," (regardless of whether the email itself complies with the requirements of federal or state law for sending commercial email) or offering or disseminating fraudulent goods, services, schemes or promotions; and

6. Disseminate any harmful content of any kind, including without limitation, viruses, Trojan horses, worms, time bombs, zombies, cancel bots or any other computer programming routines that may damage, interfere with, surreptitiously intercept or expropriate any system, program, data or personal information.

AuraVie.com makes no claim or representation regarding, and accepts no responsibility for the quality, content, nature or reliability of web sites accessible by hyperlink from this Site, or web sites linking to this Site.

You remain solely liable for the Content of any messages or other information you upload or transmit to the discussion forums or interactive areas of this Site. You agree to indemnify and hold harmless AuraVie.com and its parents, subsidiaries, affiliates, employees, agents and representatives from any claim, action, demand, loss, or damages (including attorneys' fees) made or incurred by any third party arising out of or relating to your conduct, your violation of these terms and conditions, or your violation of any rights of a third party. Indirect or attempted violations of these Site Terms or any policy, and actual or attempted violations by a third party on behalf of a user of this Site will be considered violations of these Site Terms by such user.

This website is designed for and intended for use by adults. If you are under 18, you may use this Site only with involvement of a parent or guardian. If you are a parent or legal guardian, you must monitor and supervise the use of this site by children, minors and others under your care. You agree to be responsible for their use of this website.

**DISCLAIMER**

THIS SITE AND THE MATERIALS PROVIDED HEREIN ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. AuraVie.com DISCLAMS ALL WARRANTIES, EXPRESS OR MPLIED, INCLUDING, BUT NOT LIMITED TO, MPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT WITH RESPECT TO THE SITE AND MATERIALS, CONTENT, SERVICES AND PRODUCT ON THIS SITE. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT MATERIALS IN THIS SITE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE. AuraVie.com IS NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO PRICING, TEXT OR PHOTOGRAPHY. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT THIS SITE OR ITS SERVER(S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, EVEN IF AuraVie.com OR IT'S AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU EXPRESSLY AGREE THAT USE OF THIS SITE, INCLUDING ALL CONTENT, DATA OR SOFTWARE DISTRIBUTED BY, DOWNLOADED OR ACCESSED FROM OR THROUGH THIS SITE IS AT YOUR SOLE RISK.

Reference to any products, services, processes, or other information, by trade name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship or recommendation thereof by AuraVie.com.

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register
Wholesale

**Join our Coupons List**
Get the latest products info and special offers.

PayPal  VISA  DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Wholesale Dealer Application | AuraVie.com

# AuraVie

My Account   Contact Us   Follow us [f] [t]   Call: 1 (866)-215-8335

Search [Go]

Home > Wholesale

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**
USERNAME

[Login]

**RECENTLY VIEWED**

## Wholesale Dealer Application

### Contact Info
*required field*

- First Name:*
- Last Name:*
- Title:
- Contact Phone:*
- Email:*

### Billing Address

- Address 1:*
- Address 2:
- City:*
- State: Alabama
- Country: United States
- Zipcode:*

### Shipping Address ☐ Same as billing address

- Address 1:*
- Address 2:
- City:*
- State: Alabama
- Country: United States
- Zipcode:*

### Company Info

- Company Name:*
- Company Type: Individual
- Tax ID:
- Company Website:
- Phone:*
- Fax:
- # Employees:
- # Physical Locations:
- Annual Revenue:
- Company Description:

Wholesale Dealer Application | AuraVie.com

| | |
|---|---|
| Distribution Types: | ☐ Catalog |
| | ☐ Direct Sales |
| | ☐ Flea Markets |
| | ☐ Internet Sales |
| | ☐ Retail Sales |
| | ☐ Vending Carts |
| | ☐ Wholesale |
| Other Distribution Type: | |
| Preferred Payment Method: | Cashier Check |
| Message: | |

☐ I have read and agree to the Terms and Conditions. *

[ Sign Up ]

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login    Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[ Submit ]

PayPal   VISA   DISCOVER   Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Auravie REVIVE Age-Defying Serum | AuraVie.com


 My Account
 Contact Us
Follow us 

Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › Auravie REVIVE Age-Defying Serum

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [ ] Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME
[ ]
[ ]

Login

RECENTLY VIEWED


REVIVE
Age-Defying Serum
Our Price: $129.99
ADD TO CART


View Larger | Email a Friend

### AURAVIE REVIVE AGE-DEFYING SERUM

**AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum that lifts and firms the eye area, face and neck; improving elasticity and hydrating the skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

Retail: $159.99
**Price: $129.99**

Qty: [ 1 ] **Add To Cart**

- Lift, tone & tighten tired skin
- Improves elasticity and hydration
- Diminish Wrinkles and Fine Lines
- 1.0 FL. OZ/30ml, 30 day Supply

Item ID: AS-01-RFS
Availability: IN STOCK
Free Shipping on all orders over $99.00

### Description

**AuraVie REVIVE Age-Defying Serum** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea fruit oil( Acai Berries), Aloe Barbadensis leaf, Glycerin, Camellia Sinensis leaf extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Helianthus Annuus(Sunflower) seed oil Unsaponifiables, lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, CM-Glucan(Yeast Extract) Xantan, Hyaluronic Acid, Cholcalciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potasium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REVIVE Age-Defying Serum** by gently dabbing it around the eye area, face and neck. Massage gently until it is almost absorbed into the skin. Let skin rest for 1 to 2 minutes then apply **AuraVie REPLENISH Day/Night Moisturizer**. For best results use twice daily.

---

**REAL PEOPLE... REAL RESULTS**


"I've never felt better about my skin, than when I started using AuraVie Skincare. Especially my REVIVE serum. Love love love it! I thought once I turned 50, I would be under the knife before they finished singing Happy Birthday. But, now that I have AuraVie, I'm gonna use that money to take myself to Hawaii!" – ████, PA

---

**YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...**


AuraVie 3-IN-1
Skincare System
Our Price:
$219.99


REPLENISH
Day/Night
Our Price:
$139.99


REFRESH
Facial Peel
Our Price:
$119.99

Auravie REVIVE Age-Defying Serum | AuraVie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register
Wholesale

**Join our Coupons List**
Get the latest products info and special offers.
Submit

   

Copyright ©2014 AuraVie.com, All rights reserved.

AuraVie 3-IN-1 Skincare System | AuraVie.com


 My Account
 Contact Us
Follow us 
Call: 1 (866)-216-9336

Home > AuraVie > Facial Care > AuraVie 3-IN-1 Skincare System

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [ ] Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME
[ ]
[ ]
Login

RECENTLY VIEWED


AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART


REVIVE
Age-Defying Serum
**Our Price: $129.99**
ADD TO CART


View Larger   Email a Friend

## AURAVIE 3-IN-1 SKINCARE SYSTEM

**AuraVie 3-IN-1 Skin Rejuvenation Treatment** is a 3 Step solution made with only the finest natural ingredients. Using this revolutionary system as directed will **restore vitality to your skin** and **reduce the appearance of aging**.

Retail: $329.99
**Price: $219.99**

Qty: [1]  **Add To Cart**

- Lift, tone & tighten tired skin
- Promotes Cell Renewal
- Improves elasticity and hydration
- Diminish Wrinkles and Fine Lines

Item ID: AS-01-3IN1
Availability: IN STOCK
**Free Shipping on all orders over $99.00**

### Description

**AuraVie 3-IN-1 Skin Rejuvenation System** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D which promote healthy skin renewal, as well as, nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in treatments that **RENEW, REVIVE & REPLENISH** your skin for lasting beauty.

**Step 1:  AuraVie RENEW Facial Toner/Cleanser** is a refreshing and revitalizing treatment designed to gently remove skin impurities including make-up, dirt and surface oils, without stripping precious lipids. Leaves skin clean, toned, radiant and primed for the day or night ahead. Defying gravity has never been so easy!

**Step 2:  AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum that lifts and firms the eye area, face and neck; improving elasticity and hydrating the skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

**Step 3:  AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration**. REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

**Ingredients:**  Please see individual products for ingredients list.

**Directions:** Please see individual products for Directions for use.

### REAL PEOPLE...REAL RESULTS


"I've used every product under the sun to help turn back time. My esthetician gave me the AuraVie 3-IN-1 Skincare System and from the first day, I was blown away by the results. My husband actually complimented me on my "beautiful complexion," and believe me he never notices anything. Now I finally love the skin I'm in!" -____, NV

### YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS

AuraVie 3-IN-1 Skincare System | AuraVie.com


**REPLENISH**
Day/Night
**Our Price:**
$139.99


**REVIVE**
Age-Defying Serum
**Our Price:**
$129.99


**REFRESH**
Facial Peel
**Our Price:**
$119.99

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login   Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
Submit

     

Copyright ©2014 AuraVie.com, All rights reserved.

Auravie REFRESH Facial Peel | AuraVie.com



 My Account    Contact Us   Follow us    Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › Auravie REFRESH Facial Peel

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search ____ Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME
_____

Login

RECENTLY VIEWED



REFRESH
Facial Peel
Our Price: $119.99
ADD TO CART



AuraVie 3-IN-1
Skincare System
Our Price: $219.99
ADD TO CART



REVIVE
Age-Defying Serum
Our Price: $129.99
ADD TO CART



View Larger    Email a Friend

## AURAVIE REFRESH FACIAL PEEL

A gentle yet extremely effective **Facial Peel that micro-cleanses and stimulates surface skin cell renewal**. Formulated to reduce the appearance of acne, blemishes, wrinkles, sun damaged skin, and to remove pre-cancerous skin growths or to soften acne facial scars. **RESTORATIVE, PENETRATING & REVITALIZING**, you can feel it working instantly.

Retail: $139.99
**Price: $119.99**

Qty: [ 1 ]  **Add To Cart**

- Deep cleansing and penetrating
- Promotes cell renewal and hydration
- Diminish Wrinkles and Fine Lines
- 1.75 FL. OZ/50ml, 30 Day Supply

Item ID: AS-01-FP
Availability: IN STOCK
Free Shipping on all orders over $99.00

### Description

**AuraVie REFRESH Facial Peel** contains the potent benefits of Omega 3, 6 & 9 and Vitamin D, which promote healthy skin renewal, as well as nature's most powerful antioxidants, Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water (Aqua), Euterpe Oleracea fruit oil(Acai Berries),Algae Extract Propylene Glycol, Alkyl Acrylate, Steartrimonium Chloride, Camellia Sinensis Leaf Extract, Resveratrol, Vitis Vinifera (Red Wine Extract), Butylene Glycol, Phenoxyethanol, Sorbic Acid.

**Directions:** Apply a small amount of Facial Peel to washed or dry face. Within seconds you will feel a cooling sensation. Wait for 5 to 10 seconds then massage gently in a circular motion to remove dry skin cells. Wash face with warm tap water, pat dry before applying **AuraVie REVIVE Age-Defying Serum & AuraVie REPLENISH Day/Night Moisturizer.** For best results use once or twice a week.

### REAL PEOPLE... REAL RESULTS

"I finally found a facial peel that does what it says its going to do. Refresh really lives up to its name. It only takes a few minutes once a week and I'm a new woman, every time." -- ███, NV

### YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...



REPLENISH
Day/Night
Our Price:
$139.99



REVIVE
Age-Defying Serum
Our Price:
$129.99



AuraVie 3-IN-1
Skincare System
Our Price:
$219.99

Auravie REFRESH Facial Peel | AuraVie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register
Wholesale

**Join our Coupons List**
Get the latest products info and special offers.
Submit

   

Copyright ©2014 AuraVie.com, All rights reserved.