



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*,<br><br>**Defendants.** | Case No. CV15 - 04527 - GW(PLAx)<br><br>**APPENDIX TO PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**FILED UNDER SEAL** |

**APPENDIX VOLUME II (PART 1) – Pages 416-571**

APPENDIX VOLUME II (Part 1)





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**BUNZAI MEDIA GROUP, INC.,** *et al.,*

**Defendants.**

Case No. CV 15-04527-GW(PLAx)

**APPENDIX TO PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**APPENDIX VOLUME II (PART 1) – Pages 416-571**

APPENDIX VOLUME II (Part 1)

| APPENDIX VOLUME II (Part 1) – Pages 416-571 | | | |
|---|---|---|---|
| Exhibit | Attachment | Description | Bates Number |
| 1. | I. | Web Captures (*continued*) | 416- 524 |
| 1. | J. | Wayback Machine – Amazon Shopper Survey | 525- 33 |
| 1. | K. | Ammy Brannon-Quale Declaration | 534- 52 |
| 1. | L. | United States Postal Inspection Service Declaration | 553-54 |
| 1. | M. | Secretary of State Records | 555-71 |

Dated:

> _/s/ Reid Tepfer_
> REID A. TEPFER
> LUIS H. GALLEGOS
> Federal Trade Commission
> 1999 Bryan Street, Suite 2150
> Dallas, Texas 75077
> (214) 979-9395 (Tepfer)
> (214) 979-9383 (Gallegos)
> (214) 953-3079 (facsimile)
> rtepfer@ftc.gov
> lgallegos@ftc.gov

APPENDIX VOLUME II (Part 1)

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

 AuraVie

 My Account     Contact Us    Follow us 

Call: 1 (866)-216-9335

Home › AuraVie › Facial Care ‹ Auravie REPLENISH Day/Night Moisturizer     Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.

Search [            ] Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME [            ]
[            ]

Login

RECENTLY VIEWED



**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**

ADD TO CART



**REFRESH**
**Facial Peel**
**Our Price: $119.99**

ADD TO CART



**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**

ADD TO CART



View Larger    Email a Friend

## AURAVIE REPLENISH DAY/NIGHT MOISTURIZER

**AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration.** REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

**Retail: $159.99**
**Price: $139.99**

Qty: [  1  ]    Add to Cart

- **Lift, tone & tighten tired skin**
- **Improves skin texture and cell regeneration**
- **Diminish Wrinkles and Fine Lines**
- **1.75 FL. OZ/50ml, 30 day Supply**

**Item ID: AS-01-DNM**
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

### Description

**AuraVie REPLENISH Day/Night Moisturizer** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea Fruit Oil(Acai Berries)Aloe Barbadensis Leaf Extract, Caprylic/Capric Triglycerides, Helianthus annuus(Sunflower Oil), Glycerin, Cetyl Alcohol, Glyceryl Stearate,Butyrioperum Parkii(Shea Butter), Simmondsia Chinensis(Jojoba Oil) Leaf Extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, Xanthan, Sorbitol Stearate, Hyaluronic Acid, Choicalciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potasium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REPLENISH Day/Night Moisturizer** to soothe and smooth your skin and return it to a healthy balance. For best results use twice daily.

REAL PEOPLE... REAL RESULTS

 "I have very sensitive skin and I break out very easily, but with AuraVie Replenish moisturizer, I never have to worry about that again. This is by far the best moisturizer I have ever used. It is incredibly light and non greasy and actually lifts my mood. I don't know how it works exactly, I'm just glad it does." – ▆▆▆, TX

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...



**AuraVie 3-IN-1**
**Skincare System**
**Our Price:**
**$219.99**



**REVIVE**
**Age-Defying Serum**
**Our Price:**
**$129.99**

**REFRESH**
**Facial Peel**
**Our Price:**
**$119.99**

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

**Customer Care**

Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**

Login          Wholesale
Register

**Join our Coupons List**

Get the latest products info and special offers.

[ Submit ]

   

Copyright ©2014 AuraVie.com, All rights reserved.





About Us | AuraVie.com



AuraVie

My Account    Contact Us    Follow us: [f] [t]    Call: 1 (866)-216-9336

Search [ ] Go

Home | About Us                                Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

AURAVIE
FACIAL CARE

## About Us

**Thank you for visiting AuraVie.com**

AuraVie.com has been providing quality goods and support to hundreds of thousands of customers for many years. We are constantly updating our products, almost every week, in order to provide the most up-to-date merchandise to our customers. Our goal is to provide high quality products with excellent customer support in order to give our customers a great online shopping experience!

We are strong believers in excellent customer service and strive to provide 100% customer satisfaction. We offer dedicated technical support and customer service via email to better serve you and we normally respond to emails within 24 hours. We also have a toll-free customer support number to better assist you. For all of our contact information, click here.

RETURNING CUSTOMERS

USERNAME
[ ]
[ ]

[ Login ]

RECENTLY VIEWED



**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
[ADD TO CART]

**REFRESH**
Facial Peel
**Our Price: $119.99**
[ADD TO CART]

**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
[ADD TO CART]

---

**Customer Care**
Contact Us          Return Policy
Privacy Policy      About Us
FAQ                 Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[ ]  [Submit]

PayPal    

Copyright ©2014 AuraVie.com. All rights reserved.

https://www.auravie.com/site/about[3/25/2014 9:57:23 AM]

ATTACHMENT I

APP. 000420
Ex. 1

Newsletter Sign Up | AuraVie.com

# AuraVie

My Account   Contact Us   Follow us   Call: 1 (866)-216-9336

Home ▸ Newsletter Sign Up

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Newsletter Sign Up

Email Address*:

Subscribe

**RETURNING CUSTOMERS**

USERNAME

Login

**RECENTLY VIEWED**

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

**REFRESH**
Facial Peel
**Our Price: $119.99**
ADD TO CART

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
ADD TO CART

### Featured Products

View All Items »

---

**Customer Care**
Contact Us      Return Policy
Privacy Policy   About Us
FAQ             Terms & Conditions

**Account Information**
Login     Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

PayPal   Master   VISA   DISCOVER   Authorize.Net

Copyright @2014 AuraVie.com. All rights reserved.

https://www.auravie.com/site/newsletter[3/25/2014 9:57:56 AM]

ATTACHMENT I

APP. 000421
Ex. 1

Frequently Asked Questions | AuraVie.com

 **AuraVie**

 My Account    Contact Us   Follow us:    Call: 1 (866)-216-8835

Home › FAQ

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [ ] [Go]

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME
[...................]

[...................]

[Login]

RECENTLY VIEWED



**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
[ADD TO CART]



**REFRESH**
Facial Peel
**Our Price: $119.99**
[ADD TO CART]



AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
[ADD TO CART]

## FAQs - Frequently Asked Questions

How long does my order take to ship?
What forms of payment do you accept?
How do you ship the orders?
Will my credit card information be secure?
Can I get my order any faster?
Can I ship my order to a different state or address from my billing address?
I paid for next day air service and my order didn't arrive the next day after I placed the order, why?
What if my item does not function upon receiving it?
The status of my order states pending for the past 3-4 days, why?
The status of my order is "Ready To Ship". What does that mean?
Can I make a change on my order, add an item or make an address correction?
How can I cancel my order?
What is your exchange/return policy?
Do you ship to Canada?
Do you ship outside the U.S.? How much does it cost?
Will I be emailed my tracking number once my order ships out?

**How long does my order take to ship?**

AuraVie.com's shipping staff is dedicated to processing and shipping your order as quickly and efficiently as possible. Our general turnaround time is 1-3 Business days after your order has been placed. However, as with most online businesses, we ask that you allow up to 2-9 business days for delivery. We do not ship orders placed on the same day. Please be aware: Orders that consist of 3 or more items can take up 4-5 business days to ship after it has been placed. These orders take longer to prepare for shipment.

**What forms of payment do you accept?**

We accept all major credit cards such as Visa, MasterCard and American Express.

**How do you ship the orders?**

This is our standard shipping method:

Orders shipped to street addresses in the continental U.S.: Shipped By FedEx, UPS or DHL
Orders shipped to P.O. boxes and rural routes in the continental US: USPS Priority Mail
Orders shipped to Hawaii, Alaska, and Puerto Rico: These orders must ship using Air service.

We cannot ship using the standard ground method as it is not offered by any of the carriers we use. Air service must be selected to have the order ship out. P.O BOX Orders shipping to these States will ship by USPS Priority Mail.

**Will my credit card information be secure?**

Rest assured; **you are visiting a secure site.** All information submitted will be kept private and will not be released or sold.

**Can I get my order any faster?**

Have your order shipped to the billing address, make sure all information is accurate at check out and select one of the following expedited shipping methods at check out. For orders shipped to street addresses in the continental United States, we offer FedEx/UPS/DHL 3 Day 2 Day Air Service and/or Next Day Air Service. For PO boxes, rural routes and shipments to Hawaii, Alaska and Puerto Rico, we offer USPS priority mail which can take up to 5 business days for the order to arrive once it has been shipped. If you would like to use any of these methods, please indicate your choice in the Shipping Options section during Checkout.

*Please be aware that we cannot ship orders the same day that we receive them, so plan accordingly. Please also be aware that FedEx/UPS/DHL does not deliver on Saturday and Sunday. For this reason, a Next Day Air package shipped on Friday will arrive on Monday, and a 3 Day Select package shipped on Friday will arrive the following Wednesday. Again, please plan accordingly!*

**Can I ship my order to a different state or address from my billing address?**

Sure, you certainly may ship to any address you wish. Please note if you ship to an alternative address, we may require additional identity verification. You may be contacted by our verification team - emails will be sent from AuraVie.com. To expedite the processing of your order,

ATTACHMENT I

APP. 000422
Ex. 1

Frequently Asked Questions | AuraVie.com

please be available at the phone number or email address hat you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you,  his could cause delays in the processing of your order or lead to cancellation of your order. We at AuraVie.com apologize if this causes any inconvenience.

**I paid for next day air service and my order didn't arrive the next day after I placed the order, why?**

Next Day Air Service means your order will be shipped by that shipping method 1-3 days after the order has been placed. If your order happens to ship on a Friday, it will be delivered on Monday as we do not have FedEx/UPS/DHL deliver on weekends due to extra costs. If it ships on a Tuesday it should arrive the next business day, once the package is picked up by our carrier they are responsible for the package.

**What if my item does not function upon receiving it?**

All of our items are protected by a 30 Day Warranty. If your item arrives defective please contact one of our friendly Customer Service Representatives immediately in order to obtain further instructions. You can also visit our return policy page for fur her instructions.

**The status of my order states pending for the past 3-4 days, why?**

It can mean  he following: There was a problem with your order when it was processed, your address did not match with what's on file with your credit card company or you did not type in  he correct 3 digit Card ID on the back of your credit card.

Due to the high amount of fraudulent orders originating from different billing and ship to addresses your order will need to be approved to ship by our verification process. All orders consisting of two different addresses will be delayed until they are verified by our staff. Our verification department will get in contact wi h you to verify  he order.

*Please note that we may require additional identity verification. If further validation is needed you may be contacted by our verification team - emails will be sent from our customer service department. To expedite the processing of your order, please be available at the phone number or email address that you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you, this could cause delays in the processing of your order.*

**The status of my order is "Ready To Ship." What does that mean?**

This status means  hat your order has been processed and is being prepared to ship.

**Can I make a change on my order, add an item or make an address correction?**

Due to our high volume, all orders  hat are processed successfully go directly to  he shipping floor within hours after the order is placed to get it shipped to you as quickly as possible. We are unable to modify or cancel your order once it has been placed and handed over to our warehouse. Please make sure all informa ion is correct before processing your order.

**How can I cancel my order?**

Please contact customer service as soon as possible. Please be aware that once your item has shipped, the order cannot be canceled, so please try to be as sure as possible of the item you are ordering at the time of purchase.

**What is your exchange/return policy?**

Please click here to read our policy and instruc ions to know what you need to do in order to have your items exchanged or if you are returning your order for a refund or a store credit.

**Do you ship to Canada?**

Yes we do ship/offer shipping services to Canada. Please follow the instructions at check out and read our international shipping policy.

You can place  he order directly on AuraVie.com using Pay Pal or Google Check out Option.
All Canada Orders are shipped by FedEx/UPS/DHL International Economy or Priority Air Service (You will have to select the shipping method at check out). Canada shipping rates will be estimated at check out, the shipping rate that is quoted by the website is what will be charged and we are unable to refund any shipping charges or make excep ions.
"Due to the High Shipping Costs, All International SALES ARE FINAL." This means we do not offer exchanges or refunds and our 30 Day Exchange or Return Policy does not apply to your order.
**Do you ship outside the U.S.? How much does it cost?**

AuraVie.com ships all over the world.

Due to our agreement wi h Pay Pal and Google Check out we are able to ship to most Countries as long as you place the order using any of these two checkout methods. The customer is responsible for all taxes, duties, and other fees  hat may apply upon delivery of order. Please

ATTACHMENT I

APP. 000423
Ex. 1

Frequently Asked Questions | AuraVie.com

check before you order.

**Will I be emailed my tracking number once my order ships out?**

Yes, you are emailed a tracking # once the order has been approved to ship, assigned a tracking # and handed over to the warehouse for shipment.

**Please Note: although your order has been marked shipped and you receive this email confirmation, please allow up to 48-72 hours for tracking activity to follow. There will be movement within that time frame.**

---

**Customer Care**

Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**

Login
Register

Wholesale

**Join our Coupons List**

Get the latest products info and special offers.

[                    ] Submit

  

Copyright ©2014 AuraVie.com, All rights reserved.

ATTACHMENT I

APP. 000424

Ex. 1

Create an Account | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us 🔵🔵    Call: 1 (866)-216-9336

Search    Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**          **Register**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

[Login]

**RECENTLY VIEWED**

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
[ADD TO CART]

**REFRESH**
**Facial Peel**
**Our Price: $119.99**
[ADD TO CART]

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
[ADD TO CART]

**Create a New Account**

Email Address:

First Name:

Last Name:

Password:

Repeat Password:

[Create Account]

---

**Customer Care**
Contact Us      Return Policy
Privacy Policy   About Us
FAQ             Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[Submit]

PayPal  [MasterCard] [VISA] [DISCOVER] Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Recover Password | AuraVie.com



AuraVie | AuraVie.com

 AuraVie

My Account    Contact Us    Follow us:      Call: 1 (866)-216-9335

Search [        ] Go

Home › AuraVie    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

AURAVIE
FACIAL CARE

 Filter by: [ Any Subtype ]

**6 products found.** Showing 1-6 on page 1 of 1    Show [ 13 ] Per Page

Sort By [ Most Popular ]



**REVEAL Facial Masque**
**Our Price:**
**$119.99**
[ More Info ]



**RENEW Toner/Cleanser**
**Our Price: $99.99**
[ More Info ]



**AuraVie 3-IN-1 Skincare System**
**Our Price:**
**$219.99**
[ More Info ]



**REPLENISH Day/Night**
**Our Price:**
**$139.99**
[ More Info ]



**REVIVE Age-Defying Serum**
**Our Price:**
**$129.99**
[ More Info ]



**REFRESH Facial Peel**
**Our Price:**
**$119.99**
[ More Info ]

**6 products found.** Showing 1-6 on page 1 of 1    Show [ 13 ] Per Page

**Customer Care**
Contact Us    Return Policy
Privacy Policy    About Us
FAQ    Terms & Conditions

**Account Information**
Login    Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ] [ Submit ]

PayPal   VISA  Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved

AuraVie - Facial Care | AuraVie.com

  My Account    Contact Us   Follow us      Call: 1 (866)-216-9336

| Search | Go |

Home › AuraVie › Facial Care

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Facial Care

Filter by:

| 6 products found. Showing 1-6 on page 1 of 1 | | Show 11 Per Page |

Sort By Most Popular

**REVEAL Facial Masque**
**Our Price:**
**$119.99**
More Info

**RENEW Toner/Cleanser**
**Our Price: $99.99**
More Info


**AuraVie 3-IN-1 Skincare System**
**Our Price:**
**$219.99**
More Info


**REPLENISH Day/Night**
**Our Price:**
**$139.99**
More Info


**REVIVE Age-Defying Serum**
**Our Price:**
**$129.99**
More Info


**REFRESH Facial Peel**
**Our Price:**
**$119.99**
More Info

| 6 products found. Showing 1-6 on page 1 of 1 | | Show 11 Per Page |

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

  

Copyright ©2014 AuraVie.com , All rights reserved.

ATTACHMENT I

APP. 000428
Ex. 1

Returns Policy | AuraVie.com

 My Account    Contact Us    Follow us:     Call: 1 (866)-216-5936

Search   Go

Home / Returns      Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

REPLENISH
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

REFRESH
Facial Peel
**Our Price: $119.99**
ADD TO CART

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART

## Return Policy

Please contact us if you need to return an item within 14 days from when the shipment is received. We cannot process any return or refund after his time frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register

Wholesale

**Join our Coupons List**
Get the latest products info and special offers.

Submit

PayPal      

Copyright ©2014 AuraVie.com. All rights reserved.

https://www.auravie.com/site/returns[3/25/2014 10:02:36 AM]

ATTACHMENT I

APP. 000429
Ex. 1

Privacy Policy | AuraVie.com

 AuraVie

 My Account     Contact Us    Follow us:     Call: 1 (866)-216-9335

Search [      ] Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.

Home › Privacy

**AURAVIE**
FACIAL CARE

## Privacy Policy

**Welcome to AuraVie.com.**

By using  his site, you **AGREE** to AuraVie.com's Privacy Policy.

AuraVie.com uses an order form for customers to request information, products, and services. We collect visitor's contact information (like  heir email address) and financial information (like their account or credit card numbers). Contact information from the order form is used to send orders to our customers.

Customer Privacy is very important to us. We absolutely do not sell, rent, or share your personal information including email address with any third party, entity, or company.

AuraVie.com takes seriously  he issue of safeguarding your privacy online. Every transaction conducted at our store is encrypted for your protec ion. Customer order information, i.e. Bill To and Ship To addresses, credit card information and phone numbers, are used to process  he order only. Customer e-mail addresses are used to send shipment updates.

If you are under ages 13, you must have your parent or guardian's assistance or permission in using this site. AuraVie.com is not responsible for  he actions of any one using  his site.

Please note: Prices & specifications subject to change without notice. Please contact us for any question regarding the privacy policy. AuraVie.com is not responsible for injuries incurred from misassembly, user errors, crazy stunts without adult supervision, or stupidity.

Informa ion that you submit about yourself may be used by AuraVie.com to provide you requested services, communicate with you about AuraVie.com products, improve your online experience, or support our con inuing efforts to offer you the information and services you want most. Currently, we do not share your specific information with non-affiliated companies or organiza ions outside of AuraVie.com without your permission. We reserve  he right to do so in the future, however. AuraVie.com does provide aggregate statis ics and information about our sales, traffic patterns and related site informa ion to  hird parties. We also reserve the right to share aggregate sta istical data of which your personal information is a part, as well as your specific personal information some ime in the future. You are responsible for checking  his Policy periodically to monitor any changes to our data sharing practices. In addition, AuraVie.com may, and you hereby authorize us to, disclose your personal information when required to do so by law, when AuraVie.com, in its sole discretion believes that you are in violation of our Terms of Service Agreement, or when you violate any state or federal laws, or AuraVie.com in its sole discretion deems it necessary or appropriate to protect the personal safety of other users of AuraVie.com services or to protect the rights or property of AuraVie.com.

Please contact us if you have any question about our Privacy Policy:

AuraVie.com
PO Box 10465,
Van Nuys, CA 91410
USA

Email: support@auravie.com

### RETURNING CUSTOMERS
USERNAME
[                    ]
[                    ]
[ Login ]

### RECENTLY VIEWED

REPLENISH
Day/Night Moisturizer
**Our Price: $139.99**
[ADD TO CART]

REFRESH
Facial Peel
**Our Price: $119.99**
[ADD TO CART]

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
[ADD TO CART]

---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register

Wholesale

**Join our Coupons List**
Get the latest products and special offers.
[                    ] [Submit]

 PayPal   MasterCard VISA DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

Terms of Use | AuraVie.com



My Account    Contact Us    Follow us:      Call: 1 (866)-216-9336

| Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Home › Terms of Use

**AURAVIE**
FACIAL CARE

## Terms Of Use

AuraVie.com, together with its subsidiaries and affiliates provides you access and use of this site subject to your compliance with these terms and conditions of use. By accessing, browsing and using this site (http://www.auravie.com/), you agree to be bound by the site terms and all applicable law. If you do not agree to be bound by the site terms and applicable law each time you use this site or you do not have the authority to agree to or accept these site terms, you may not use the site.

RETURNING CUSTOMERS



USERNAME

Additional policies and terms apply to use of specific portions of this Site and to the purchase of certain Merchandise or Services and are included as part of the Site Terms. The Site Terms and Conditions apply exclusively to your access to, and use of, this Site and do not alter in any way the terms or conditions of any other agreement you may have with AuraVie.com for products, services, or otherwise.

**Login**

AuraVie.com reserves the right to modify these Site Terms in our sole discretion from time to time and only AuraVie.com has the right to do so. If the Site Terms are changed, we will post the new terms on the Site and note the date they were last updated. Any changes or modifications will be effective upon posting of the Site Terms as revised, and your use of the Site following the posting will constitute your acceptance of the new Site Terms.

RECENTLY VIEWED



This Site is operated by a U.S. entity and is governed by the state and federal laws of the United States. The laws of your jurisdiction may be more or less strict than the laws that apply to this Site. If you access this Site from outside the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction.

**REPLENISH
Day/Night Moisturizer
Our Price: $139.99**

ADD TO CART

Subject to applicable law, we: (a) reserve the right to change the goods and services advertised or offered for sale through this Site, the prices or specifications of such goods and services, and any promotional offers and any other Site Materials at any time and from time to time without any notice or liability to you or any other person; (b) cannot guarantee that goods or services advertised or offered for sale on this Site will be available when ordered or hereafter; (c) reserve the right to limit quantities sold or made available for sale; (d) do not warrant that the Site Materials (including without limitation product descriptions or photographs) are accurate, complete, reliable, current or error-free; and (e) reserve the right to cancel, to terminate or not to process orders (including accepted orders) where the price or other material information on this site is inaccurate or when we recognize abuse of our policies. If we do not process an order for such reason, we will advise you that the order has been cancelled and will either not charge you or will apply credit to the payment type used in the order. Some jurisdictions may not allow the exclusions and disclaimers of certain implied warranties, so some of the provisions of this section may not apply to you.



**REFRESH
Facial Peel
Our Price: $119.99**

ADD TO CART

If we are legally required to collect sales tax on merchandise you order, the tax amount will be added automatically to your purchase price. On rare occasions an error in our state sales tax database may cause the sales tax charge to be incorrect. If this happens, at any time up to two years from your date of purchase you may contact us for a refund of tax overcharges. This right to a refund is your exclusive remedy for sales tax errors.

By using the Site, you agree not to do any of the following:



**AuraVie 3-IN-1
Skincare System
Our Price: $219.99**

ADD TO CART

1. Upload to, distribute or otherwise publish through this Site any message, information, text or other material ("Content") that is unlawful, libelous, defamatory, obscene, pornographic, indecent, lewd, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory or otherwise objectionable;

2. Upload or transmit any Content that would constitute or encourage a criminal offense, violate the rights of any party, or that would otherwise create liability or violate any local, state, national, or international law, including without limitation, the regulations of the U.S. Securities and Exchange Commission, any rules of any securities exchange such as the New York Stock Exchange, the American Stock Exchange, or the Nasdaq Stock Market;

3. Upload or transmit any Content that may infringe any patent, trademark, trade secret, copyright, or other intellectual or proprietary right of any party. By posting any Content, you represent and warrant that you have the lawful right to distribute and reproduce such Content;

4. Impersonate any person or entity or otherwise misrepresent your affiliation with a person or entity;

5. Upload to, distribute or otherwise publish through this Site any Content such as charity requests, petitions for signatures, chain letters or

ATTACHMENT I

APP. 000431
Ex. 1

Terms of Use | AuraVie.com

letters rela ing to pyramid schemes, advertising or solicita ions for funds, political campaigning, mass mailings, any form of unsolicited commercial email or "spam," (regardless of whether the email itself complies with  he requirements of federal or state law for sending commercial email) or offering or disseminating fraudulent goods, services, schemes or promotions; and

6. Disseminate any harmful content of any kind, including without limitation, viruses, Trojan horses, worms, time bombs, zombies, cancel bots or any other computer programming routines  hat may damage, interfere with, surreptitiously intercept or expropriate any system, program, data or personal information.

AuraVie.com makes no claim or representation regarding, and accepts no responsibility for the quality, content, nature or reliability of web sites accessible by hyperlink from this Site, or web sites linking to  his Site.

You remain solely liable for the Content of any messages or o her information you upload or transmit to the discussion forums or interactive areas of this Site. You agree to indemnify and hold harmless AuraVie.com and its parents, subsidiaries, affiliates, employees, agents and representatives from any claim, action, demand, loss, or damages (including attorneys' fees) made or incurred by any third party arising out of or relating to your conduct, your viola ion of these terms and conditions, or your violation of any rights of a third party. Indirect or attempted viola ions of these Site Terms or any policy, and actual or attempted violations by a third party on behalf of a user of this Site will be considered violations of these Site Terms by such user.

This website is designed for and intended for use by adults. If you are under 18, you may use this Site only wi h involvement of a parent or guardian. If you are a parent or legal guardian, you must monitor and supervise the use of this site by children, minors and others under your care. You agree to be responsible for their use of  his website.

**DISCLAIMER**

THIS SITE AND THE MATERIALS PROVIDED HEREIN ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. AuraVie.com DISCLA MS ALL WARRANTIES, EXPRESS OR  MPLIED, INCLUDING, BUT NOT LIMITED TO,  MPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT WITH RESPECT TO THE SITE AND MATERIALS, CONTENT, SERVICES AND PRODUCT ON THIS SITE. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT MATERIALS IN THIS SITE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE. AuraVie.com IS NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO PRICING, TEXT OR PHOTOGRAPHY. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT THIS SITE OR ITS SERVER(S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, EVEN IF AuraVie.com OR IT'S AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU EXPRESSLY AGREE THAT USE OF THIS SITE, INCLUDING ALL CONTENT, DATA OR SOFTWARE DISTRIBUTED BY, DOWNLOADED OR ACCESSED FROM OR THROUGH THIS SITE IS AT YOUR SOLE RISK.

Reference to any products, services, processes, or o her information, by trade name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship or recommendation  hereof by AuraVie.com.

| **Customer Care** | | **Account Information** | | **Join our Coupons List** | |
|---|---|---|---|---|---|
| Contact Us | Return Policy | Login | Wholesale | Get the latest products info and special offers. | |
| Privacy Policy | About Us | Register | | | |
| FAQ | Terms & Conditions | | | Submit |   |

Copyright ©2014 AuraVie.com. All rights reserved.

https://www.auravie.com/site/policy[3/25/2014 10:03:44 AM]                    ATTACHMENT I                    APP. 000432
                                                                                                            Ex. 1



Wholesale Dealer Application | AuraVie.com

Distribution Types:   ☐ Catalog
                      ☐ Direct Sales
                      ☐ Flea Markets
                      ☐ Internet Sales
                      ☐ Retail Sales
                      ☐ Vending Carts
                      ☐ Wholesale

Other Distribution Type:  [                                    ]

Preferred Payment Method:  [ Cashier Check                    ]

Message:  [                                                    ]
          [                                                    ]
          [                                                    ]

☐ I have read and agree to the Terms and Conditions. *

[ Sign Up ]

---

**Customer Care**          **Account Information**     **Join our Coupons List**
Contact Us   Return Policy   Login     Wholesale        Get the latest products info and special offers.
Privacy Policy   About Us    Register
FAQ   Terms & Conditions                                [                    ]  [ Submit ]

PayPal  MasterCard  VISA  DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

AuraVie - The Aura of Youth | AuraVie.com

 My Account   Contact Us   Follow us:      Call: 1 (866)-216-9336

Search | Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE



ANTI-AGING SKIN REJUVENATION REGIMEN
**5** ALL NATURAL TREATMENTS
- LIFT, TONE & TIGHTEN TIRED SKIN
- PROMOTES SKIN CELL REJUVENATION
- DIMINISH DARK CIRCLES, FINE LINES & WRINKLES
- INCREASE OF COLLEGEN PRODUCTION & SKIN ELASTICITY

LOOK GREAT 100% GUARANTEE

1 2 3 4

RETURNING CUSTOMERS

USERNAME:

Login

RECENTLY VIEWED


**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART


**REFRESH**
Facial Peel
**Our Price: $119.99**
ADD TO CART


AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART

**Best Sellers**                                     View All Items »


**REVIVE**
Age-Defying Serum
**Our Price: $129.99**
More Info


**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
More Info


**REFRESH**
Facial Peel
**Our Price: $119.99**
More Info


**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
More Info

**Featured Products**                                View All Items »



---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register

Wholesale

**Join our Coupons List**
Get the latest products info and special offers.

Submit

   

Copyright ©2014 AuraVie.com. All rights reserved.

Return Policy | AuraVie.com

 AuraVie

 My Account     Contact Us    Follow us:     Call: 1 (866)-216-9336

Home    Return Policy

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

[Login]

**RECENTLY VIEWED**

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
[ADD TO CART]

**REFRESH**
Facial Peel
**Our Price: $119.99**
[ADD TO CART]

**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
[ADD TO CART]

## Return Policy

Please contact us if you need to return an item within 14 days from when the shipment is received. We cannot process any return or refund after this time frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.
Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.
15% Restocking fee will be applied.
Shipping and handling charged to your order is NON-REFUNDABLE.
RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.
If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.
We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ                Terms & Conditions

**Account Information**
Login        Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[Submit]

  

Copyright ©2014 AuraVie.com. All rights reserved.



ATTACHMENT I

APP. 000437
Ex. 1

Auravie REVEAL Facial Masque | AuraVie.com



My Account    Contact Us    Follow us:      Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › Auravie REVEAL Facial Masque

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search    Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED



View Larger    Email a Friend

REVEAL Facial Masque
Our Price: $119.99
[ADD TO CART]

REPLENISH Day/Night Moisturizer
Our Price: $139.99
[ADD TO CART]

REFRESH Facial Peel
Our Price: $119.99
[ADD TO CART]

# AURAVIE REVEAL FACIAL MASQUE

Using a nutrient rich treatment like **AuraVie REVEAL Ageless Facial Masque** is a very important part of any skin care regimen. Taking a break to treat your skin with this targeted treatment solution can take your skin from ordinary to glowing. Plus, taking the time out of your day to relax with a facial is a great form of emotional self-care. Reducing overall stress, which can greatly improve your skin's appearance.

Retail: $139.99
**Price: $119.99**

Qty: [ 1 ]    [Add to Cart]

- **Boosts cell renewal & youth proteins production**
- **Stimulates natural collagen growth**
- **Improve elastin quality & skin density**
- **1.75 FL. OZ/50ml, 60 day Supply**

Item ID: Auravie REVEAL Facial Masque
Availability: IN STOCK
Free Shipping on all orders over $99.00

## Description

**AuraVie REVEAL Ageless Facial Masque** is a gentle and super-absorbent clay mask that provides spectacular results. The supple, non-drying formula is designed to deeply dissolve all impurities without dehydrating skin. It refines skin texture & clears complexion as it purifies, restores, tones and boosts radiance using an anti free-radical action. Skin is clean and fresh. Softness and radiance are instantly restored.

**Ingredients:** Water(Aqua),Silt (Dead Sea Mud), Glycerin,Propanediol, Isopropyl Palmitate,Kaolin, Bentonite,Cetyl Alcohol,Beeswax, Collagen, Acetyl Hexapeptide-3(Amino Acids), PEG-100 Stearate, Glyceryl Stearate,Dimethyl MEA (DMEA), Calcium Ascorbic (Ester C), Squalane, Ascorbic Acid(Vitamin C), Allantoin,Aloe Barbadensis(Aloe Vera)Leaf Juice, Xanthan Gum,Simmondsia Chinensis(Jojoba)Seed Oil, Dimethicone, Tocopheryl Acetate(Vitamin E), Retinyl Palmitate(Vitamin A), Ihythexylglycerin, Phenoxyethanol, Fragrance.

**Directions:** Apply thin even layer of **AuraVie REVEAL** to cleansed face. Wait 15 to 30 minutes until dry. Massage gently in upward circular motion. Remove residue with **AuraVie RENEW Purifying Cleansing Toner Gel** and/or a warm wet washcloth. For best results use once or twice weekly.



REAL PEOPLE... REAL RESULTS

"This mask is amazing! When I use it, I feel exactly as refreshed as if I had a salon facial! :) I recommend it very happily, I've already told all of my friends!" ─ ▮▮▮▮, FL.

**Customer Care**
Contact Us    Return Policy
Privacy Policy    About Us
FAQ    Terms & Conditions

**Account Information**
Login    Wholesale
Register

Get the latest products info and special offers.

[Submit]

  

Copyright ©2014 AuraVie.com. All rights reserved.



Auravie REVIVE Age-Defying Serum | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]                    Call: 1 (866)-216-9336

Home  /  E-mail a Friend                Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [        ] Go

**AURAVIE**
FACIAL CARE

## AURAVIE REVIVE AGE-DEFYING SERUM

RETURNING CUSTOMERS

**Email a Friend**

USERNAME

Login

RECENTLY VIEWED

Your Name:      [                    ]

Your Email:     [                    ]

Friend's Name:  [                    ]

Friend's Email: [                    ]

Message:        [                    ]

**Send It**

**REVIVE
Age-Defying Serum
Our Price: $129.99**
ADD TO CART

**RENEW
Toner/Cleanser
Our Price: $99.99**
ADD TO CART

**REVEAL Facial
Masque
Our Price: $119.99**
ADD TO CART

**Customer Care**       **Account Information**   Jo[            ]
Contact Us   Return Policy   Login    Wholesale   Get the latest products info and special offers.
Privacy Policy  About Us   Register
FAQ          Terms & Conditions                              Submit

PayPal  [MasterCard] [VISA] [DISCOVER] Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

http://www.auravie.com/products/email/auravie-revive-age-defying-serum_as-01-rfs[3/25/2014 10:06:48 AM]

ATTACHMENT I

APP_000440
Ex. 1



Auravie REFRESH Facial Peel | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]    Call: 1 (866)-216-9336

Home  › E-mail a Friend

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [_____] Go

**AURAVIE**
FACIAL CARE

## AURAVIE REFRESH FACIAL PEEL

### Email a Friend

| | |
|---|---|
| Your Name: | [_____] |
| Your Email: | [_____] |
| Friend's Name: | [_____] |
| Friend's Email: | [_____] |
| Message: | [_____] |

[ Send It ]

RETURNING CUSTOMERS

USERNAME

**Login**

RECENTLY VIEWED

**REFRESH**
Facial Peel
**Our Price: $119.99**
[ ADD TO CART ]

**AuraVie 3-IN-1
Skincare System**
**Our Price: $219.99**
[ ADD TO CART ]

**REVIVE
Age-Defying Serum**
**Our Price: $129.99**
[ ADD TO CART ]

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login          Wholesale
Register

Jo[_____]
Get the latest products info and special offers.
[ Submit ]

PayPal  [Master] [VISA] [AMEX] Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

# AuraVie

My Account   Contact Us   Follow us: 🅵 🅴        Call: 1 (866)-216-9335

Home › **E-mail a Friend**                    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [        ] Go

**AURAVIE**
FACIAL CARE

**AURAVIE REPLENISH DAY/NIGHT MOISTURIZER**

**Email a Friend**

RETURNING CUSTOMERS

Your Name: [        ]

Your Email: [        ]

USERNAME

Friend's Name [        ]

Friend's Email: [        ]

**Login**

Message: [        ]

RECENTLY VIEWED

**REPLENISH
Day/Night Moisturizer
Our Price: $139.99**
ADD TO CART

**Send It**

**REFRESH
Facial Peel
Our Price: $119.99**
ADD TO CART

**AuraVie 3-IN-1
Skincare System
Our Price: $219.99**
ADD TO CART

**Customer Care**              **Account Information**      Jo[        ]
Contact Us    Return Policy      Login      Wholesale    Get the latest products info and special offers.
Privacy Policy  About Us         Register                                Submit
FAQ           Terms & Conditions

*PayPal* | MasterCard | VISA | Discover | Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.



Featured | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us [f] [t]    Call: 1 (855)-216-9336

[Search] [Go]

Home / Featured                    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**          **Featured Products**
FACIAL CARE

No products were found.

**RETURNING CUSTOMERS**

USERNAME

[                    ]

[ Login ]

**RECENTLY VIEWED**

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
[ADD TO CART]

**REFRESH**
Facial Peel
**Our Price: $119.99**
[ADD TO CART]

**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
[ADD TO CART]

**Customer Care**    **Account Information**    **Join our Coupons List**
Contact Us   Return Policy    Login   Wholesale    Get the latest products info and special offers.
Privacy Policy   About Us    Register
FAQ   Terms & Conditions                        [                ] [Submit]

PayPal  MasterCard  VISA  DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

https://www.auravie.com/site/featured[3/25/2014 10:10:53 AM]

ATTACHMENT I                    APP. 000444
                                Ex. 1

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

   

My Account   Contact Us   Follow us:   Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › Auravie REPLENISH Day/Night Moisturizer       Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search    Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

REPLENISH
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

REFRESH
Facial Peel
**Our Price: $119.99**
ADD TO CART

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART



View Larger    Email a Friend

## AURAVIE REPLENISH DAY/NIGHT MOISTURIZER

**AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration.** REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

Retail: $159.99
**Price: $139.99**

Qty: 1   Add To Cart

- **Lift, tone & tighten tired skin**
- **Improves skin texture and cell regeneration**
- **Diminish Wrinkles and Fine Lines**
- **1.75 FL. OZ/50ml, 30 day Supply**

**Item ID:** AS-01-DNM
**Availability:** IN STOCK
**Free Shipping on all orders over $99.00**

### Description

**AuraVie REPLENISH Day/Night Moisturizer** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea Fruit Oil(Acai Berries)Aloe Barbadensis Leaf Extract, Caprylic/Capric Triglycerides, Helianthus annuus(Sunflower Oil), Glycerin, Cetyl Alcohol, Glyceryl Stearate,Butyrosperum Parkii(Shea Butter), Simmondsia Chinensis(Jojoba Oil) Leaf Extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, Xanthan, Sorbitol Stearate, Hyaluronic Acid, Cholcalciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potassium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REPLENISH Day/Night Moisturizer** to soothe and smooth your skin and return it to a healthy balance. For best results use twice daily.



REAL PEOPLE... REAL RESULTS

 "I have very sensitive skin and I break out very easily, but with AuraVie Replenish moisturizer, I never have to worry about that again. This is by far the best moisturizer I have ever used. It is incredibly light and non greasy and actually lifts my mood. I don't know how it works exactly, I'm just glad it does." -███, TX

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...



AuraVie 3-IN-1
Skincare System
**Our Price:**
$219.99



REVIVE
Age-Defying Serum
**Our Price:**
$129.99



REFRESH
Facial Peel
**Our Price:**
$119.99

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register

Wholesale

**Join our Coupons List**
Get the latest products info and special offers.

Submit

  

Copyright ©2014 AuraVie.com. All rights reserved.

ATTACHMENT I

APP. 000446
Ex. 1