Auravie REFRESH Facial Peel | AuraVie.com



My Account   Contact Us   Follow us: 

Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › **Auravie REFRESH Facial Peel**     Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.

Search     Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

**REFRESH**
**Facial Peel**
**Our Price: $119.99**
ADD TO CART

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
ADD TO CART



View Larger     Email a Friend

## AURAVIE REFRESH FACIAL PEEL

A gentle yet extremely effective **Facial Peel that micro-cleanses and stimulates surface skin cell renewal.** Formulated to reduce the appearance of acne, blemishes, wrinkles, sun damaged skin, and to remove pre-cancerous skin growths or to soften acne facial scars. **RESTORATIVE, PENETRATING & REVITALIZING**, you can feel it working instantly.

Retail: $139.99
**Price: $119.99**

Qty: 1    Add to Cart

- **Deep cleansing and penetrating**
- **Promotes cell renewal and hydration**
- **Diminish Wrinkles and Fine Lines**
- **1.75 FL. OZ/50ml, 30 Day Supply**

**Item ID: AS-01-FP**
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

### Description

**AuraVie REFRESH Facial Peel** contains the potent benefits of Omega 3, 6 and 9 and Vitamin D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water (Aqua), Euterpe Oleracea fruit oil(Acai Berries),Algae Extract Propylene Glycol, Alkyl Acrylate, Stearlrimonium Chloride, Camellia Sinensis Leaf Extract, Resveratrol, Vitis Vinifera (Red Wine Extract), Butylene Glycol, Phenoxyethanol, Sorbic Acid.

**Directions:** Apply a small amount of Facial Peel to washed or dry face. Within seconds you will feel a cooling sensation. Wait for 5 to 10 seconds then massage gently in a circular motion to remove dry skin cells. Wash face with warm tap water, pat dry before applying **AuraVie REVIVE Age-Defying Serum & AuraVie REPLENISH Day/Night Moisturizer.** For best results use once or twice a week.

REAL PEOPLE... REAL RESULTS

 "I finally found a facial peel that does what it says its going to do. Refresh really lives up to its name. It only takes a few minutes once a week and I'm a new woman, every time."— ███, NV

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS



**REPLENISH**
**Day/Night**
**Our Price:**
**$139.99**

**AuraVie 3-IN-1**
**Skincare System**
**Our Price:**
**$219.99**



**REVIVE**
**Age-Defying Serum**
**Our Price:**
**$129.99**

ATTACHMENT I

APP. 000447
Ex. 1

Auravie REFRESH Facial Peel | AuraVie.com

**Customer Care**

Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**

Login          Wholesale
Register

**Join our Coupons List**

Get the latest products info and special offers.

Submit

  

Copyright ©2014 AuraVie.com, All rights reserved.

AuraVie 3-IN-1 Skincare System | AuraVie.com

   



Home › AuraVie › Facial Care › AuraVie 3-IN-1 Skincare System

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [ ] Go

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME [ ]

[ ]

Login

**RECENTLY VIEWED**



REPLENISH
Day/Night Moisturizer
Our Price: $139.99
[ADD TO CART]



REFRESH
Facial Peel
Our Price: $119.99
[ADD TO CART]



AuraVie 3-IN-1
Skincare System
Our Price: $219.99
[ADD TO CART]



[View Larger]   [Email a Friend]

## AURAVIE 3-IN-1 SKINCARE SYSTEM

**AuraVie 3-IN-1 Skin Rejuvenation Treatment** is a 3 Step solution made with only the **finest natural ingredients**. Using this revolutionary system as directed will **restore vitality to your skin and reduce the appearance of aging**.

Retail: $329.99
## Price: $219.99

Qty: [ 1 ]   

- **Lift, tone & tighten tired skin**
- **Promotes Cell Renewal**
- **Improves elasticity and hydration**
- **Diminish Wrinkles and Fine Lines**

**Item ID: AS-01-3IN1**
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

### Description

AuraVie 3-IN-1 Skin Rejuvenation System contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D which promote healthy skin renewal, as well as, nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in treatments that **RENEW, REVIVE & REPLENISH** your skin for lasting beauty.

**Step 1: AuraVie RENEW Facial Toner/Cleanser** is a refreshing and revitalizing treatment designed to gently remove skin impurities including make-up, dirt and surface oils, without stripping precious lipids. Leaves skin clean, toned, radiant and primed for the day or night ahead. Defying gravity has never been so easy!

**Step 2: AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum that lifts and firms the eye area, face and neck; improving elasticity and hydrating the skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

**Step 3: AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration.** REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

**Ingredients:** Please see individual products for ingredients list.

**Directions:** Please see individual products for Directions for use.

REAL PEOPLE... REAL RESULTS



"I've used every product under the sun to help turn back time. My esthetician gave me the AuraVie 3-IN-1 Skincare System and from the first day, I was blown away by the results. My husband actually complimented me on my "beautiful complexion," and believe me he never notices anything. Now I finally love he skin I'm in!" - ██████, NV

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS

AuraVie 3-IN-1 Skincare System | AuraVie.com





| REPLENISH | REVIVE | REFRESH |
|---|---|---|
| Day/Night | Age-Defying Serum | Facial Peel |
| **Our Price:** | **Our Price:** | **Our Price:** |
| **$139.99** | **$129.99** | **$119.99** |

**Customer Care**
Contact Us          Return Policy
Privacy Policy      About Us
FAQ                 Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.



   

Copyright ©2014 AuraVie.com, All rights reserved.

Auravie REVIVE Age-Defying Serum | AuraVie.com

 My Account   Contact Us   Follow us:    Call: 1 (866)-216-9336

Home › AuraVie › Facial Care › Auravie REVIVE Age-Defying Serum       Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [          ] Go

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

[ USERNAME          ]

[                   ]

Login

RECENTLY VIEWED



View Larger    Email a Friend

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
[ ADD TO CART ]

**REFRESH**
Facial Peel
**Our Price: $119.99**
[ ADD TO CART ]

**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
[ ADD TO CART ]

## AURAVIE REVIVE AGE-DEFYING SERUM

**AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum  hat lifts and firms the eye area, face and neck; improving elasticity and hydrating  he skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

Retail: $159.99
**Price: $129.99**

Qty: [ 1 ]   Add to Cart

- Lift, tone & tighten tired skin
- Improves elasticity and hydration
- Diminish Wrinkles and Fine Lines
- 1.0 FL. OZ/30ml, 30 day Supply

Item ID: AS-01-RFS
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

## Description

**AuraVie REVIVE Age-Defying Serum** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea fruit oil( Acai Berries), Aloe Barbadensis leaf, Glycerin, Camellia Sinensis leaf extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Helianfus Annuus(Sunflower) seed oil Unsaponifiables, lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, CM-Glucan(Yeast Extract) Xanfan, Hyaluronic Acid, Cholcalciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potasium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REVIVE Age-Defying Serum** by gently dabbing it around the eye area, face and neck. Massage gently until it is almost absorbed into the skin. Let skin rest for 1 to 2 minutes then apply **AuraVie REPLENISH** Day/Night **Moisturizer.** For best results use twice daily.

REAL PEOPLE... REAL RESULTS

   "I've never felt better about my skin, than when I started using AuraVie Skincare. Especially my REVIVE serum. Love love love it! I thought once I turned 50, I would be under  he knife before they finished singing Happy Bir hday. But, now  hat I have AuraVie, I'm gonna use that money to take myself to Hawaii!" — ▮▮▮, PA

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...

**REFRESH**
Facial Peel
**Our Price:**
$119.99

**REPLENISH**
Day/Night
**Our Price:**
$139.99

**AuraVie 3-IN-1**
Skincare System
**Our Price:**
$219.99

Auravie REVIVE Age-Defying Serum | AuraVie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

    

Copyright @2014 AuraVie.com, All rights reserved.

https://www.auravie.com/products/auravie-revive-age-defying-serum_as-01-rfs[3/25/2014 10:14:39 AM]

ATTACHMENT I

APP. 000452

Ex. 1



AuraVie - The Aura of Youth | AuraVie.com

ATTACHMENT I

APP. 000453
Ex. 1






Return Policy | AuraVie.com

# AuraVie

My Account | Contact Us | Follow us:   | Call 1 (866)-216-9336

Search [Go]

Home > **Return Policy**

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty



**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

[_____]

[Login]

**RECENTLY VIEWED**

**REPLENISH**
Day/Night Moisturizer
Our Price: $139.99
[ADD TO CART]

**REFRESH**
Facial Peel
Our Price: $119.99
[ADD TO CART]

**AuraVie 3-IN-1**
Skincare System
Our Price: $219.99
[ADD TO CART]

## Return Policy

Please contact us if you need to return an item within 14 days from when he shipment is received. We cannot process any return or refund after his ime frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

## Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

## Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

## Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register

Wholesale

**Join our Coupons List**
Get the latest products info and special offers.

[_____] [Submit]

PayPal | MasterCard VISA DISCOVER Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

Auravie REVEAL Facial Masque | AuraVie.com



 My Account    Contact Us   Follow us 

Call: 1 (865)-216-9336

Home › AuraVie › Facial Care › Auravie REVEAL Facial Masque        Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search [          ] Go



**AURAVIE**
FACIAL CARE

### AURAVIE REVEAL FACIAL MASQUE

Using a nutrient rich treatment like **AuraVie REVEAL Ageless Facial Masque** is a very important part of any skin care regimen. Taking a break to treat your skin with this targeted treatment solution can take your skin from ordinary to glowing. Plus, taking the time out of your day to relax with a facial is a great form of emotional self-care. Reducing overall stress, which can greatly improve your skin's appearance.

RETURNING CUSTOMERS

Retail: $139.99
**Price: $119.99**

[ USERNAME ]
[          ]
Login

Qty: [ 1 ]   Add to Cart

RECENTLY VIEWED

View Larger    Email a Friend

- **Boosts cell renewal & youth proteins production**
- **Stimulates natural collagen growth**
- **Improve elastin quality & skin density**
- **1.75 FL. OZ/50ml, 60 day Supply**

REVEAL Facial Masque
Our Price: $119.99
ADD TO CART

**Item ID: Auravie REVEAL Facial Masque**
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

### Description

**AuraVie REVEAL Ageless Facial Masque** is a gentle and super-absorbent clay mask that provides spectacular results. The supple, non-drying formula is designed to deeply dissolve all impurities without dehydrating skin. It refines skin texture & clears complexion as it purifies, restores, tones and boosts radiance using an anti free-radical action. Skin is clean and fresh. Softness and radiance are instantly restored.

REPLENISH
Day/Night Moisturizer
Our Price: $139.99
ADD TO CART

**Ingredients:** Water(Aqua),Silt (Dead Sea Mud), Glycerin,Propanediol, Isopropyl Palmitate,Kaolin, Bentonite,Cetyl Alcohol,Beeswax, Collagen, Acetyl Hexapeptide-3(Amino Acids), PEG-100 Stearate, Glyceryl Stearate,Dimethyl MEA (DMEA), Calcium Ascorbic (Ester C), Squalane, Ascorbic Acid(Vitamin C), Allantoin,Aloe Barbadensis(Aloe Vera)Leaf Juice, Xanthan Gum,Simmondsia Chinensis(Jojoba)Seed Oil, Dimethicone, Tocopheryl Acetate(Vitamin E), Retinyl Palmitate(Vitamin A), thythexylglycerin, Phenoxyethanol, Fragrance.

**Directions:** Apply thin even layer of **AuraVie** REVEAL to cleansed face. Wait 15 to 30 minutes until dry. Massage gently in upward circular motion. Remove residue with **AuraVie RENEW Purifying Cleansing Toner Gel** and/or a warm wet washcloth. For best results use once or twice weekly.

REFRESH
Facial Peel
Our Price: $119.99
ADD TO CART

REAL PEOPLE... REAL RESULTS

"This mask is amazing! When I use it, I feel exactly as refreshed as if I had a salon facial! :) I recommend it very happily, I've already told all of my friends!" - ▬▬▬▬, FL

Customer Care
Contact Us    Return Policy
Privacy Policy  About Us
FAQ         Terms & Conditions

Account Information
Login       Wholesale
Register

Get the latest products info and special offers.
[          ]  Submit!

PayPal  [MasterCard] VISA [DISCOVER] Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

AuraVie RENEW Toner/Cleanser | AuraVie.com

 AuraVie

 My Account    Contact Us   Follow us:    Call: 1 (866)-716-9336

Home  ›  AuraVie  ›  Facial Care  ›  **AuraVie RENEW Toner/Cleanser**

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search                    Go

**AURAVIE**
FACIAL CARE



### AURAVIE RENEW TONER/CLEANSER

INNOVATION in skin cleansing, AuraVie RENEW Purifying Cleansing Toner Gel is a refreshing and revitalizing treatment designed to gently remove skin impurities including make-up, dirt and surface oils, without stripping precious lipids. Leaves skin clean, toned, radiant and primed for the day or night ahead. Defying gravity has never been so easy!

Retail: $129.99
**Price: $99.99**

Qty: [ 1 ]    **Add to Cart**

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

RENEW Toner/Cleanser
Our Price: $99.99
ADD TO CART

REVEAL Facial Masque
Our Price: $119.99
ADD TO CART

REPLENISH Day/Night Moisturizer
Our Price: $139.99
ADD TO CART

View Larger    Email a Friend

- **Dramatically evens out skin tone and texture**
- **Diminishes redness, sunspots, age and dark spots**
- **Reduces Traces of acne scars & skin imperfections**
- **3.00 FL. OZ/90ml, 30 Day Supply**

Item ID: AS-01-TC
Availability: IN STOCK
Free Shipping on all orders over $99.00

### Description

AuraVie RENEW Toner/Cleanser is paramount to guaranteeing that your skin is perfectly clean so that any additional skincare products you use can be applied directly to your skin, without any impediments, ensuring they can work their best.

**Ingredients:** Water(Aqua), Lauroyl Sarcosinate,Cocamidopropyl Betaine, Decyl Glucoside, Glycerin, Sodium Hyaluronate, Acetyl Hexapeptide-3, Aloe Barbadensis Leaf Juice(Aloe Vera),Euterpe Oleracea Fruit Oil(Acai Berries Omega 3,6,& 9), Collagen, Cinnamomum Zeylanicum(Cinnamon)Leaf Oil,Chamomilla Recutita Flower Extract, Camelia Sinensis(White Tea)Extract,Vitis Vinifera(Red Wine Resveratrol)Seed Extract, Allantoin, Salycilic Acid, Tocopheryl Acetate(Vitamin E),Retinyl Palmitate(Vitamin A), Cholcalciferol(Vitamin D3),Hydroxyethyl Cellulose, Ethylhexylglycerin, Phenoxyethanol.

**Directions:** TO REMOVE MAKE-UP: Apply 1 to 2 pumps of AuraVie RENEW on cotton swab and drag gently over area.
TO CLEANSE: Wet area (face & neck). Pump 3 to 5 times into palm and rub hands together to release the cell rejuvenation formula. Gently massage foam with fingertips onto area for 30 seconds. Rinse thoroughly and pat dry. Use Day & Night. Follow up with **AuraVie REVIVE Age-Defying Serum**. For best results use twice daily.

REAL PEOPLE... REAL RESULTS

"I am so thankful that I found this wonderful cleanser. After using it, my skin feels so soft and clean without leaving behind that yucky film that most facial cleansers leave." ▬▬▬, FL

Customer Care
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

Account Information
Login       Wholesale
Register

Get the latest products info and special offers.
Submit

PayPal   MasterCard   VISA   Discover   Authorize.Net

Copyright @2014 AuraVie.com. All rights reserved.

Auravie REVEAL Facial Masque | AuraVie.com

# AuraVie

My Account   Contact Us   Follow us:   Call: 1 (866)-216-9336

Home › E-mail a Friend                    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search   Go

**AURAVIE**
FACIAL CARE

## AURAVIE REVEAL FACIAL MASQUE

### Email a Friend

Your Name:

Your Email:

Friend's Name:

Friend's Email:

Message:

**Send It**

RETURNING CUSTOMERS

USERNAME

**Login**

RECENTLY VIEWED

**RENEW**
**Toner/Cleanser**
**Our Price: $99.99**
ADD TO CART

**REVEAL Facial**
**Masque**
**Our Price: $119.99**
ADD TO CART

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
ADD TO CART

| Customer Care | Account Information | | |
|---|---|---|---|
| Contact Us | Return Policy | Login | Wholesale |
| Privacy Policy | About Us | Register | |
| FAQ | Terms & Conditions | | |

Get the latest products info and special offers.

Submit

PayPal   VISA   AuthorizeNet

Copyright ©2014 AuraVie.com. All rights reserved.

APP. 000457
Ex. 1

AuraVie RENEW Toner/Cleanser | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: 

Call 1 (866)-216-9336

Home › E-mail a Friend

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.
Search [          ] Go

**AURAVIE**
FACIAL CARE

### AURAVIE RENEW TONER/CLEANSER

**Email a Friend**

| | |
|---|---|
| Your Name: | [          ] |
| Your Email: | [          ] |
| Friend's Name: | [          ] |
| Friend's Email: | [          ] |
| Message: | [          ] |

RETURNING CUSTOMERS

[ USERNAME ]

[          ]

**Login**

RECENTLY VIEWED

**RENEW**
**Toner/Cleanser**
**Our Price: $99.99**
[ADD TO CART]

**REVEAL Facial**
**Masque**
**Our Price: $119.99**
[ADD TO CART]

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
[ADD TO CART]

[ Send It ]

---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login        Wholesale
Register

Get the latest products info and special offers.
[          ]
[ Subscribe ]

PayPal   VISA

Copyright ©2014 AuraVie.com. All rights reserved.



Copyright ©2014 AuraVie.com. All rights reserved.

https://www.auravie.com/products/email/auravie-replenish-daynight-moisturizer_as-01-dnm[3/25/2014 10:18:40 AM]

ATTACHMENT I

APP. 000459
Ex. 1

Auravie REFRESH Facial Peel | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]

Call: 1 (866)-216-9336

Home | E-mail a Friend

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Search          Go

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

Login

**RECENTLY VIEWED**

**RENEW**
Toner/Cleanser
**Our Price: $99.99**
ADD TO CART

**REVEAL Facial Masque**
**Our Price: $119.99**
ADD TO CART

**REPLENISH Day/Night Moisturizer**
**Our Price: $139.99**
ADD TO CART

## AURAVIE REFRESH FACIAL PEEL

### Email a Friend

Your Name:

Your Email:

Friend's Name:

Friend's Email:

Message:

Send It

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login       Wholesale
Register

Jo
Get the latest products info and special offers.
Submit

PayPal    MasterCard   VISA   DISCOVER   Authorize.Net

Copyright ©2014 AuraVie.com.  All rights reserved.



https://www.auravie.com/products/email/auravie-3-in-1-skincare-system_as-01-3in1[3/25/2014 10:19:53 AM]

ATTACHMENT I

APP. 000461
Ex. 1

Auravie REVIVE Age-Defying Serum | AuraVie.com

# AuraVie

My Account | Contact Us | Follow us [f] [t] | Call 1 (866)-216-9335

Home | E-mail a Friend

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.

Search [____] Go

**AURAVIE**
FACIAL CARE

## AURAVIE REVIVE AGE-DEFYING SERUM

### Email a Friend

| | |
|---|---|
| Your Name: | [_____] |
| Your Email: | [_____] |
| Friend's Name: | [_____] |
| Friend's Email: | [_____] |
| Message: | [_____] |

[Send It]

**RETURNING CUSTOMERS**

USERNAME [_____]

[_____]

[Login]

**RECENTLY VIEWED**

REVIVE
Age-Defying Serum
**Our Price: $129.99**
[ADD TO CART]

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
[ADD TO CART]

RENEW
Toner/Cleanser
**Our Price: $99.99**
[ADD TO CART]

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login
Register
Wholesale

Jo[_____]
Get the latest products info and special offers.
[Submit]

PayPal [MasterCard] [VISA] [DISCOVER] [Authorize.Net]

Copyright @2014 AuraVie.com. All rights reserved.

https://www.auravie.com/products/email/auravie-revive-age-defying-serum_as-01-rfs[3/25/2014 10:20:31 AM]

ATTACHMENT I

APP. 000462
Ex. 1

Auravie REVEAL Facial Masque | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us:  [f] [t]    Call: 1 (866)-216-9335

Home  /  E-mail a Friend

Home  |  About Us  |  Newsletter  |  FAQ  |  Contact Us  |  Register  |  Login  |  Your cart is empty

Search [_____] Go

**AURAVIE**
FACIAL CARE

**AURAVIE REVEAL FACIAL MASQUE**

**Email a Friend**

| | |
|---|---|
| Your Name: | [_____] |
| Your Email: | [_____] |
| Friend's Name: | [_____] |
| Friend's Email: | [_____] |
| Message: | [_____] |

[ Send It ]

RETURNING CUSTOMERS

[ USERNAME ]
[_____]
**Login**

RECENTLY VIEWED

**REVIVE**
**Age-Defying Serum**
**Our Price: $129.99**
[ ADD TO CART ]

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
[ ADD TO CART ]

**RENEW**
**Toner/Cleanser**
**Our Price: $99.99**
[ ADD TO CART ]

**Customer Care**           **Account Information**
Contact Us    Return Policy     Login      Wholesale      Get the latest products info and special offers.
Privacy Policy  About Us       Register
FAQ          Terms & Conditions                        [_____]
                                                       [ Submit ]

PayPal   MasterCard   VISA   Discover   Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

https://www.auravie.com/products/email/auravie-reveal-facial-masque_auravie-reveal-facial-masque[3/25/2014 10:21:18 AM]

ATTACHMENT I

APP. 000463
Ex. 1

AuraVie RENEW Toner/Cleanser | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us 

Call 1 (866)-216-9338

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

Home > E-mail a Friend

Search    Go

**AURAVIE**
FACIAL CARE

**AURAVIE RENEW TONER/CLEANSER**

**Email a Friend**

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**REVIVE**
**Age-Defying Serum**
**Our Price: $129.99**

ADD TO CART

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**

ADD TO CART

**RENEW**
**Toner/Cleanser**
**Our Price: $99.99**

ADD TO CART

| | |
|---|---|
| Your Name: | |
| Your Email: | |
| Friend's Name: | |
| Friend's Email: | |
| Message: | |

Send It

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login       Wholesale
Register

Get the latest products info and special offers.

Submit

PayPal   MasterCard   VISA   Discover   Authorize.Net

Copyright ©2014 AuraVie.com. All rights reserved.

APP. 000464
Ex. 1

AuraVie SkinCare



## TAKE MORE THAN 10 YEARS OFF YOUR SKIN WITH AURAVIE SKINCARE!

### HOW DOES AURAVIE WORK?

AuraVie SkinCare contains the advanced scientifically proven ingredient **Acetyl Hexapeptide-3**. It is a face firming peptide clinically proven to reduce the appearance of fine line and wrinkles. Derived directly from nature, **Acetyl Hexapeptide-3** is clinically proven to turn back the natural effects of the aging process at the cellular level, changing the face of beauty skin care products forever.

Your skin will feel tighter, rejuvenated and nourished. In less than 2 days, you will see a tremendous increase in skin moisturization. And after just 30 days, you will see a decrease of fine lines and wrinkles up to 83%. AuraVie SkinCare combines many of the world's most potent anti-oxidant extracts such as:

AuraVie SkinCare is perfect for immediate relief of problem dry areas and perfect for daily use! **AuraVie SkinCare** will keep your skin healthy, moist, and hydrated. Daily use of AuraVie SkinCare will prevent dry skin, itching, peeling and cracking, and help maintain skin suppleness and elasticity.



BEFORE

AFTER

### THREE STEPS TO YOUTHFUL SKIN

**Renew Purifying Cleansing Toner Gel**
Cleanse your face with our gentle yet effective cleansing toner gel.

**Revive Age Defying Serum**
Apply serum to face, neck and décolletage to nourish and revive tired lusterless skin.

**Replenish Day/Night Moisturizer**
Lock in moisture with NANO™ Time Release Technology™ to give you 8 hours of protection & maximum moisturization.

BEFORE

AFTER

AuraVie SkinCare

## CLAIM YOUR RISK-FREE TRIAL NOW [ORDER NOW]

 

## REAL PEOPLE. **REAL RESULTS.** [CLAIM YOUR TRIAL NOW]



**I never have to worry about looking great!**

The fine lines and wrinkles on my forehead and around my eyes have improved so much. The AuraVie system is easy to use and work into my daily routine. I will definitely keep using these products!

- Leena, CA



**I am 50 now and no one believes I am that old!**

The products go a long way and my skin thanks them for that! I am so glad that you are selling these products. I especially love that fact that I can order online and I have told all my friends about it. I recommend AuraVie skincare to ALL WOMEN.

- Laurie, CA



**These products are so amazing!**

After just a few days of use, my face is smoother, softer, firmer, completely breakout-free, my pores are smaller and clearer and the fine lines have almost totally disappeared! Try it right now. You will not be disappointed!

- Nancy, CA

 

SAY NO TO **PAINFUL BOTOX INJECTIONS** AND **EXPENSIVE LASER TREATMENTS** [ORDER NOW]

ATTACHMENT I

APP. 000466
Ex. 1

AuraVie SkinCare



NOURISH, MOISTEN, AND PAMPER YOUR SKIN FOR A BEAUTIFUL NEW YOU!



T&C | Privacy Policy | Contact Us

© 2014 auraviefreetrial.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.

*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included in the Shipping and Handling charge for your trial order.

"Representations regarding the efficacy and safety of Auravie Skincare have not been scientifically substantiated or evaluated by the Food and Drug Administration.

Click here to find evidence of a test, analysis, research, or study describing the benefits, performance or efficacy of Auravie Skincare based on the expertise of relevant professionals."



Terms and Conditions



TERMS & CONDITIONS
LAST UPDATED: July 20, 2013
ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and (auraviefreetrial.com) ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.
INTRODUCTION
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act. You manifest Your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not. It is suggested that You print this form for Your personal records.
(auraviefreetrial.com) reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of these Terms.
If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein.

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date. A changed "last modified" dates indicates that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

ORDERING PRODUCTS THROUGH THE WEBSITE: POLICIES
NOTE: Some products come with a ten (10) day trial period (Risk Free Trial) as described in this Agreement. If You have any questions about our Risk Free Trial, please contact Our Customer Service Department toll-free at 866-216-9336 . Our Customer Service Department is open Monday through Friday, from 7am to 4pm Pacific Standard Time (PST).

RISK FREE TRIAL: Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows:
OFFER TERMS: IMPORTANT READ PURCHASE TERMS BEFORE ORDERING: By placing your trial order today, you agree to be enrolled in a 10-day trial offer for $4.95 S&H. After the 10 day trial expires, and if you have not cancelled your order within the 10-day trial period and return all product shipments, you agree that your card will be charged $97.88 for our advanced AuraVie SkinCare as part of this exclusive member auto-ship program. Your monthly member auto-ship will recur at $97.88, including S&H, every month from the time your 10-day trial expires until you cancel. If you choose to opt out of the risk free 10-day trial, all product shipments must be returned at the customer's expense. Call our customer care at 866-216-9336 within your 10-day trial period to cancel. By submitting this order, I hereby agree to the T&C's of this offer and the member auto-ship program. For additional purchase, cancellation, return, refund and other details, and for our privacy policy, see Terms & Conditions and Privacy Policy. Risk Free Trial is limited to 1 offer per household.

Regardless of whether You cancel Your Risk Free Trial in a timely fashion or not, You will be responsible to pay the shipping and handling charges associated with Your Product (currently ranging between $2.95 and $9.95, depending on the Product ordered). You agree that we can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a timely fashion or not. No refunds will be issued for shipping and handling charges.

Risk Free Trial is limited to 1 offer per household.

All California orders are subject to applicable sales tax.

YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP SUPPLYING THE PRODUCT TO YOU.

We may need to verify information you provide before we accept an order, and may cancel or limit an order any time after it has been placed. If payment has already been made and your order is cancelled or limited, we will refund any payment you made for the product that will not be shipped, delivered or downloaded due to cancellation or limitation of an order in the same tender as the original purchase. We expressly condition our acceptance of Your order on Your agreement to this Agreement.

CANCELATION OF ORDER. If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call AuraVie SkinCare Customer Care toll-free at 866-216-9336 within your 10-day trial period to cancel. We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then You must call Our Customer Service Department toll-free at 866-216-9336 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@Auravie.com. When emailing us, please include

ATTACHMENT I

APP. 000468
Ex. 1

Terms and Conditions

your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

RETURNS AND REFUNDS. We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. For all unused trial orders that are past their 10 day trial period and have been billed under the terms herein, you may return the unopened package within 30 days from the order date and you will be refunded for that order. Used trial orders are not eligible for return once the trial period has expired. For all recurring orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.
Please note the following terms:
• Risk Free Trials are subject to billing for the balance of purchase price of the product after the specified trial period (10, 14, 21, 30 or 60 days as applicable). To prevent this billing, you must first obtain your RMA number within the time frame of your trial period and return the unused product within 30 days from the order date, as stipulated in Cancellation of Orders section above.
• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 866-216-9336 for your RMA number. RMA numbers are good for 30 days.
• All returned products may be subject to a 15% restocking fee. Restocking fee does not apply to Trial shipments.
• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.
DAMAGED PRODUCTS. Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at 866-216-9336 immediately, so that we may correct it in a timely matter.

Refer a friend and get 20% off your next shipment. For every person you refer that successfully enrolls into the program, you will receive 20% off your next shipment of the AuraVie SkinCare. Just have your referral sign up for their Risk Free Trial of the AuraVie SkinCare at auraviefreetrial.com. Once they have done so, just give us a call at 866-216-9336 with the following information: name, address or email of your referral. Upon verifying your referral, we will give you 20% off your next shipment. It's that simple! Please note that only one referral can be credited to each shipment.

CHARGEBACKS AND REVERSALS. We handle all chargebacks and reversals as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).
CREDIT CARD DESCRIPTOR. By ordering Products from (auraviefreetrial.com), You authorize (auraviefreetrial.com) to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this Agreement, above. In the event the agreed upon amount is declined, you authorize (auraviefreetrial.com) to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "AuraVie SkinCare"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at 866-216-9336.

PRICE MODIFICATIONS. We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You. Price quotes provided to You prior to any price modification shall be honored.

BILLING ERRORS. If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at 866-216-9336 immediately of such error. If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

REPRESENTATIONS; DISCLAIMERS
It is Our intention to provide You with the finest skincare products available, and we believe in the efficacy of every Product we sell. You understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease. Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen. You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.

We endeavor to provide You with accurate information about Our Products. You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities (Third Parties). We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.

All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products. Individual results will vary from person to person.