Miracle



**ARMS & HANDS:**
Tighten excess skin (Bat Wings).
Diminish age spots & premature wrinkling.
Relieve symptoms of Arthritis.

Tighten loose skin for flatter stomach.
Lose excess water weight & inches
around waist.

**BUTT & THIGHS:**
Diminish appearance of Cellulite. Tone,
Tighten & Lift. Remove excess water
weight. Relieves Butt & Back Acne.

**KNEES:**
Relief from swollen joints
Relieves systoms of Arthritis

**LEGS & FEET:**
Improve circulation & decrease
the appearance of varicose veins.
Relieves sore and tired feet.



# REAL PEOPLE, REAL RESULTS

*"I want to look younger and feel better about my sagging belly."* - Gloria, NJ

BEFORE    DAY 1          AFTER    DAY 38

**Gloria's Results:**
After using the MIRACLE FACE & BODY
TREATMENT for just 38 days Gloria was
excited to report the following:

**86%** Wrinkle Reduction

**94%** Diminished Dark Circles

**91%** Smoother Skin Texture

**92%** Reduced Sagging Skin

"After giving birth to my twin girls, my stomach has never been the same. I
lost all the baby weight, but I was left with a saggy, wrinkly, unattractive,
strech-marked, stomach. I started using the MIRACLE FACE & BODY
TREATMENT in January, and by May I had my sexy belly back. I really love

ATTACHMENT I

APP. 000494
Ex. 1

Miracle



how the serum totally revitalizes my skin after the mud treatment." !
- Gloria

Order the Miracle Face Kit
**TODAY!**

Click Here!

Terms & Conditions | Privacy Policy | Contact Us

© 2014 miraclefacekit.com All Rights Reserved. AMD Financial Group

Information on this site is provided for informational purposes only.
It is not meant to substitute for medical advice provided by your physician or other medical professional.
You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any
medication.

Terms and Conditions




**DISCOVER THE FOUNTAIN OF YOUTH IN A JAR!**

 No Painful Injections
 No Invasive Surgery
 No Expensive Lasers
Beauty Without Botox





**TERMS & CONDITIONS**
LAST UPDATED: December 4, 2013
ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and miraclefacekit.com ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein.
**IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.**

**INTRODUCTION**
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act. You manifest your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not. It is suggested that you print this form for Your personal records.

miraclefacekit.com reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of these Terms.

**If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein.**

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date. A changed "last modified" dates indicate that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

**ORDERING miraclefacekit.com PRODUCTS THROUGH THE WEBSITE; POLICIES**

**NOTE:** Some products come with a forteen (14) day trial period (Risk Free Trial) as described in this Agreement. See agreement sections titled RISK FREE TRIAL below.
**REGULAR PURCHASE POLICIES, TERMS & CONDITIONS**
**Customer Service hours of operation; Monday to Friday, 7am to 4pm Pacific Standard Time (PST).** Please call 866-853-1249 to speak to one of our representatives.

**Satisfaction Guaranteed.** We believe in our customers' complete satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. If you are not completely satisfied with your product, you may return the unopened package within 30 days from the shipped date and we will either replace the product or refund you the amount less the Shipping & Handling Charge.

**Return Policy.** We do apologize, but we cannot accept returns for items purchased from another retailer. We only process exchanges for items purchased through miraclefacekit.com. If miraclefacekit.com shipped you the wrong item or the item was damaged in shipment, we will immediately replace your purchase with the proper product.

To return merchandise to miraclefacekit.com, follow these simple steps:

1. Please place the item/s back in the original packaging or a box of your choice. Be sure to pack it well to avoid breakage.

2. Please obtain a Return Merchandise Authorization (RMA) number. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.

3. Return the product to the address listed on the packing slip enclosed with your order.

**WE WILL NOT ACCEPT ANY USED OR OPEN PRODUCTS.**

**Insuring Your Return Package**

Terms and Conditions

miraclefacekit.com recommends that you track your return package to confirm that we have received it. The US Postal Service offers a delivery confirmation service for a small additional fee. For ease of mind you may want to consider insuring your package. Just take your package to a US Post Office service window and a representative can add this option for you. If you choose to select another carrier to ship your return, we suggest UPS or FedEx. They both provide tracking information that requires a signature.

**Sales Tax**
We are required by law to collect sales tax on orders shipped in California where our corporate offices are located. All applicable state and local sales taxes will be calculated during the checkout process.

**Please Note:** Packages marked "Return To Sender" will NOT be processed or refunded.
Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 866-853-1249 for your RMA number. RMA numbers are good for 30 days.
**RISK FREE TRIAL POLICIES, TERMS & CONDITIONS**
**RISK FREE TRIAL:** Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows: OFFER TERMS: We take great pride in the quality of our products and are confident that miraclefacekit.com are the most effective skin care products on the market. If for any reason you do not find this product right for you, cancel anytime within your trial period, no questions asked. Just call customer service for an RMA number, send back your unused product and you will never be billed a recurring monthly charge. By submitting this order you agree to pay $6.95 for S&H for your 14 day trial and you agree to the T&C's of this offer. The free sample trial provided consists of only the one package of under eye masks. We are so confident that you will like our product that we pre ship a one month supply with it. If you enjoy the free sample and you want to experience the other masks included in the package, you agree to the terms of this offer, which are that after 14 days you will be enrolled in miraclefacekit.com's autoship program and charged $89.95 for your package and each month thereafter. You can still cancel anytime by calling (866) 853-1249 . You will be responsible to pay the shipping and handling charges of $6.95 associated with Your Product. If you used the free sample and did not find it right for you, please make sure you call us within your 10-day trial period, you will not be enrolled in the monthly program however you will still be responsible to pay for the shipping & handling charges related to the return of the unused product. You agree that we can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a timely fashion or not. No refunds will be issued for shipping and handling charges. All California orders are subject to applicable sales tax.
YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP SUPPLYING THE PRODUCT TO YOU.
We may need to verify information you provide before we accept an order, and may cancel or limit an order any time after it has been placed. If payment has already been made and your order is cancelled or limited, we will refund any payment you made for the product that will not be shipped, delivered or downloaded due to cancellation or limitation of an order in the same tender as the original purchase. We expressly condition our acceptance of Your order on Your agreement to this Agreement.

**CANCELLATION OF ORDER.** If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call miraclefacekit.com Customer Care toll-free at 866-853-1249 within your 10-day trial period to cancel. We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then You must call Our Customer Service Department toll-free at 866-853-1249 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@miraclefacekit.com. When emailing us, please include your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

**RETURNS AND REFUNDS.** We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. For all unused trial orders that are past their 14 day trial period and have been billed under the terms herein, you may return the unopened package within 30 days from the order date and you will be refunded for that order. Used trial orders are not eligible for return once the trial period has expired. For all recurring orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.
Please note the following terms:
• Risk Free Trials are subject to billing for the balance of purchase price of the product after the specified trial period (10, 14, 21, 30 or 60 days as applicable). To prevent this billing, you must first obtain your RMA number within the time frame of your trial period and return the unused product within 30 days from the order date, as stipulated in Cancellation of Orders section above.
• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 866-853-1249 for your RMA number. RMA numbers are good for 30 days.
• All returned products may be subject to a $10 restocking fee. Restocking fee does not apply to Trial shipments.
• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.

**DAMAGED PRODUCTS.** Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at 866-853-1249 immediately, so that we may correct it in a timely matter.

**CHARGEBACKS AND REVERSALS.** We handle all chargebacks and reversals as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate

Terms and Conditions

authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).

**CREDIT CARD DESCRIPTOR.** By ordering Products from (miraclefacekit.com), You authorize (miraclefacekit.com) to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this Agreement, above. In the event the agreed upon amount is declined, you authorize (miraclefacekit.com) to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "miraclefacekit.com"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at (866) 853-1249

Please be aware that shipping and handling fees are non-refundable.
**Modifications.** We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You. Price quotes provided to You prior to any price modification shall be honored.

**Billing Errors.** If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at 866-853-1249 immediately of such error. If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

## REPRESENTATIONS; DISCLAIMERS

It is Our intention to provide You with the finest products available, and we believe in the efficacy of every Product we sell. **You understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease.**
Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen. You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.
We endeavor to provide You with accurate information about Our Products. You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities ("Third Parties").
**We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.**
All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products. Individual results will vary from person to person.

## OWNERSHIP; INTELLECTUAL PROPERTY

The Website, and all images and content at the Website (collectively, "Materials"), are the sole and exclusive property of miraclefacekit.com or its licensors. No license or ownership rights in or to any of the Materials are conveyed to You by virtue of this Agreement or by Your purchase of any Product from the Website. The Materials are protected by the copyright and trademark laws of the United States. Unless otherwise permitted by law, none of the Materials may be reproduced by You without miraclefacekit.com's prior written permission.

## YOUR REPRESENTATIONS. You hereby represent and warrant that:

- You are age eighteen or older;
- You have read this Agreement and thoroughly understand the terms contained in this Agreement;
- Any Products You purchase from the Website will be used for Your personal, non-commercial use;
- You will not re-sell, re-distribute or export any Product that You order from the Website;
- miraclefacekit.com has the right to rely upon all information provided to deadseamudmasque.com by You;
- miraclefacekit.com may contact You by email, telephone or postal mail for any purpose, including but not limited to (i) follow-up calls, (ii) customer satisfaction surveys, and (iii) inquiries about any orders You placed, or considered placing, at or through the Website.

## RESTRICTIONS

Without the express prior written authorization of miraclefacekit.com, You may not:

- Duplicate the Website (except as expressly provided elsewhere in this Agreement or as permitted by law);
- Create derivative works based on the Website or any of the Materials;
- Remove any copyright or other proprietary notices from the Website or any of the Materials contained therein;
- Frame or utilize any framing techniques in connection with the Website or any of the Materials;
- Use any meta-tags or any other "hidden text" using the Website's name or marks;
- "Deep-link" to any page of the Website;
- Circumvent any encryption or other security tools used anywhere on the Website (including the theft of user names and passwords or using another person's user name and password in order to gain access to a restricted area of the Website);
- Use any data mining, bots, or similar data gathering and extraction tools on the Website;
- Use any device, software or routine to bypass any operational element or to interfere, or attempt to interfere, with the proper working of the Website, server or activities conducted therein; or,

http://miraclefacekit.com/terms.php[5/12/2014 2:21:53 PM]

APP. 000498
Ex. 1

Terms and Conditions

- Take any action that imposes an unreasonable or disproportionately large load on the Website or its network infrastructure.

**TERMINATION**

This Agreement shall remain in force as long as You access the Website, use any functions or features of the Website, or order anything from the Website. We reserve the right to terminate this Agreement without notice and/or refuse to sell to anyone who We believe, in Our sole discretion, (i) has violated any of the terms of this Agreement, (ii) is abusing the Products or the services we provide, or (iii) is unable to provide us with sufficient information to allow us to properly identify the customer's real name, address, or other contact information.

**LIMITATION OF LIABILITY; NO WARRANTIES**

**In no event shall miraclefacekit.com or its officers, directors, employees or subcontractors be liable for any indirect, special, incidental, exemplary, consequential or punitive damages, under any cause of action whatsoever including but not limited to contract, tort, strict liability, warranty or otherwise, for any claim, cause of action, fee, expense, cost or loss (collectively, "Claims") arising from or related to this Agreement, the Products, or Customer's use of the Website or any Product.**

**Except as otherwise specifically stated in this Agreement, the Website and all Products and services provided to You are provided "as is", without any warranty whatsoever.**

**You agree that miraclefacekit.com's entire liability for all Claims shall be limited, in the aggregate, to the lesser of (i) USD $500.00, or (ii) the total amount of money You paid to miraclefacekit.com in the one (1) month period immediately preceding the incident on which Your Claim is based. This limitation of liability shall apply for all Claims, regardless of whether deadseamudmasque.com was aware of or advised in advance of the possibility of damages or such Claims.**

The warranties and representations specifically set forth in this agreement are the only warranties and representations with respect to this Agreement, and are in lieu of any and all other warranties, written or oral, express or implied, that may arise either by agreement between the parties or by operation of law, including warranties of merchantability and fitness for a particular purpose. None of these warranties and representations will extend to any third person. Some jurisdictions do not allow the exclusion of certain warranties, so some of the above exclusions may not apply to You.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless miraclefacekit.com, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from Your misuse or inability to use the Website, or Your breach of any of these terms and conditions of this Agreement. We shall promptly notify You by electronic mail of any such claim or suit, and cooperate fully (at Your expense) in the defense of such claim or suit. If we do not hear from You promptly, we reserve the right to defend such claim or suit and seek full recompense from You.

**NOTICE**

Any notice required to be given under this Agreement to You may be provided to You by postal mail or by email. If notice is sent by email, such notice shall be sent to the last known email address that You provided to Us, and shall be deemed delivered once sent.

**FORCE MAJEURE**

miraclefacekit.com shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond Our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the miraclefacekit.com's performance.

**MISCELLANEOUS**

**Governing Law.** This Agreement and all matters arising out of, or otherwise relating to, this Agreement shall be governed exclusively by the laws of the State of California, excluding its conflict of law provisions.

**Rights to Injunctive Relief.** Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

**Assignment.** The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

**Severability.** If for any reason a court of competent jurisdiction or an arbitrator finds any provision of this Agreement, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of these Terms and Conditions will continue in full force and effect.

**Attorneys' Fees.** In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney's fees and costs incurred in connection therewith, including attorney's fees incurred on appeal.

**No Waiver.** No waiver of or by miraclefacekit.com shall be deemed a waiver of any subsequent default of the same provision of this Agreement. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from this Agreement.

**Headings.** All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of this

ATTACHMENT I

Terms and Conditions

Agreement.

**Complete Agreement.**  This Agreement constitute the entire agreement between the parties with respect to Your access and use of the Website and Your ordering and use of the Products, and supersedes and replaces all prior understandings or agreements, written or oral, regarding such subject matters.

**Modifications.**  miraclefacekit.com reserves the right to change any of the provisions posted herein and You agree to review these terms and conditions each time You visit the Website. Your continued use of the Website following the posting of any changes to these terms and conditions constitutes Your acceptance of such changes.
miraclefacekit.com does not and will not assume any obligation to provide You with notice of any change to this document. Unless accepted by miraclefacekit.com in writing, these terms and conditions may not be amended by You.

Close this page

Terms and Conditions | Privacy Policy | Contact Us

© 2014 miraclefacekit.com - All Rights Reserved

http://miraclefacekit.com/terms.php[5/12/2014 2:21:53 PM]

Miracle Face Kit | Privacy Policy



**PRIVACY POLICY**
**Last Modified: June 12, 2011**

**miraclefacekit.com and all its related web sites**
The information collection, use, and dissemination practices of miraclefacekit.com

This policy applies to miraclefacekit.com's collection, use, storage and disclosure of information by miraclefacekit.com on its (a) websites, including all its divisions, subsidiaries and related companies (collectively, the "Websites").

**1. Collection of Information.**

**1.1 Survey Information.**

miraclefacekit.com collects information from individuals by various methods, including, but not limited to, when an individual voluntarily completes a miraclefacekit.com survey, order form, or a registration page either online or offline, or by means of online or offline surveys, order forms, or registration pages operated by third parties (collectively, a "Survey"). (As used herein, "online" means using the Internet, including the Websites, and related technologies, and "offline" means by methods other than online, including in person, in the postal mail, using telephones and cell phones, and other similar means.) In the Surveys, miraclefacekit.com may ask an individual to provide various information to miraclefacekit.com , which may include his or her name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, education and marital status, occupation, social security number, employment information, personal and online interests, and such other information as may be requested from time to time (together, "Survey Information"). miraclefacekit.com may also collect information concerning an individual from another source and uses that information in combination with information provided from this web site. Completing the Surveys is completely voluntary, and individuals are under no obligation to provide Survey Information to miraclefacekit.com, but an individual may receive incentives from miraclefacekit.com in exchange for providing Survey Information to miraclefacekit.com.

**1.2 Third Party List Information.**
miraclefacekit.com collects information from individuals when an individual provides information to a third party and miraclefacekit.com subsequently purchases, licenses, or otherwise acquires the information from the third party (the "Seller"). Such purchased information may include, but is not limited to, an individual's name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, credit card information, education and marital status, occupation, industry of employment, personal and online interests, and such other information as the individual may have provided to the Seller (together, "Third Party List Information"). When acquiring Third Party List Information, miraclefacekit.com seeks assurances from the Seller that the Seller has a right to transfer the Third Party List Information to miraclefacekit.com and that the Seller has a right to provide offers from advertisers to the individuals whose personal information is included on the Seller's list.

**1.3 Other Information.**
Other occasions when miraclefacekit.com obtains information from individuals include (1) when an individual is making a claim for a prize or seeking to redeem an incentive offered by miraclefacekit.com (2) when an individual requests assistance through miraclefacekit.com's customer service department, and (3) when an individual voluntarily subscribes to a miraclefacekit.com service or newsletter (together, "Other Information").

**1.4 Cookies, Web Beacons, and Other Info Collected Using Technology.**
miraclefacekit.com currently uses cookie and web beacon technology to associate certain Internet-related information about an individual with information about the individual in our database. Additionally, miraclefacekit.com may use other new and evolving sources of information in the future (together, "Technology Information").

**(a) Cookies.**
A cookie is a small amount of data stored on the hard drive of the individual's computer that allows miraclefacekit.com to identify the individual with his or her corresponding data that resides in miraclefacekit.com's database. You may read more about cookies at http://cookiecentral.com. Individuals who use the Websites need to accept cookies in order to use all of the features and functionality of the Websites.

**(b) Web Beacons.**
A web beacon is programming code that can be used to display an image on a web page but can also be used to transfer an individual's unique user identification (often in the form of a cookie) to a database and associate the individual with previously acquired information about an individual in a database. This allows miraclefacekit.com to track certain web sites an individual visits online. Web beacons are used to determine products or services an individual may be interested in, and to track online behavioral habits for marketing purposes. For example, miraclefacekit.com might place, with the consent of a third party website, a web beacon on the third

ATTACHMENT I

APP. 000501
Ex. 1

Miracle Face Kit | Privacy Policy

party's website where fishing products are sold. When Bill, an individual listed in miraclefacekit.com's database, visits the fishing website, miraclefacekit.com receives notice by means of the web beacon that Bill visited the fishing site, and miraclefacekit.com would then update Bill's profile with the information that Bill is interested in fishing. miraclefacekit.com may thereafter present offers of fishing related products and services to Bill. In addition to using web beacons on web pages, miraclefacekit.com also uses web beacons in email messages sent to individuals listed in miraclefacekit.com's database.

**(c) New Technology.**
The use of technology on the Internet, including cookies and web beacons, is rapidly evolving, as is miraclefacekit.com's use of new and evolving technology. As a result, miraclefacekit.com strongly encourages individuals to revisit this policy for any updates regarding its use of technology.

**1.5 Outside Information.**
miraclefacekit.com may receive information about individuals from third parties or from other sources of information outside of miraclefacekit.com including information located in public databases ("Outside Information").

**1.6 Individual Information.**
As used herein, Individual Information means Survey Information, Third Party List Information, Other Information, Technology Information, and Outside Information, and any other information miraclefacekit.com gathers or receives about individuals.

**1.7 No Information Collected from Children.**
miraclefacekit.com will never knowingly collect any personal information about children under the age of 13. If miraclefacekit.com obtains actual knowledge that it has collected personal information about a child under the age of 13, that information will be immediately deleted from our database. Because it does not collect such information, miraclefacekit.com has no such information to use or to disclose to third parties. miraclefacekit.com has designed this policy in order to comply with the Children's Online Privacy Protection Act ("COPPA").

**1.8 Credit Card Information.**
miraclefacekit.com may in certain cases collect credit card numbers and related information, such as the expiration date of the card ("Credit Card Information") when an individual places an order from miraclefacekit.com. When the Credit Card Information is submitted to miraclefacekit.com, such information is encrypted and is protected with SSL encryption software. miraclefacekit.com will use the Credit Card Information for purposes of processing and completing the purchase transaction, and the Credit Card Information will be disclosed to third parties only as necessary to complete the purchase transaction.

**2. Use of Individual Information.**

**2.1 Discretion to Use Information.**
THE COMPANY MAY USE INDIVIDUAL INFORMATION FOR ANY LEGALLY PERMISSIBLE PURPOSE IN COMPANY'S SOLE DISCRETION. The following paragraphs in Section 2 describe how miraclefacekit.com currently uses Individual Information, but miraclefacekit.com may change or broaden its use at any time. As noted below, miraclefacekit.com may update this policy from time to time. miraclefacekit.com may use Individual Information to provide promotional offers to individuals by means of email advertising, telephone marketing, direct mail marketing, online banner advertising, and package stuffers, among other possible uses. If you do not wish us to use personal information about you to promote or sell our products and services or to sell, transfer or otherwise provide personal information about you to third parties, please inform us by contacting customer service at 866-853-1249 and we will certainly honor your request.

**2.2 Email.**
miraclefacekit.com uses Individual Information to provide promotional offers by email to individuals. miraclefacekit.com may maintain separate email lists for different purposes. If email recipients wish to end their email subscription from a particular list, they need to follow the instructions at the end of each email message to unsubscribe from the particular list.

**2.2(a) Content of Email Messages.**
In certain commercial email messages sent by miraclefacekit.com, an advertiser's name will appear in the "From:" line but hitting the "Reply" button will cause a reply email to be sent to miraclefacekit.com. The "Subject:" line of miraclefacekit.com email messages will usually contain a line provided from the advertiser to miraclefacekit.com.

**2.2(b) Solicited Email.**
miraclefacekit.com only sends email to individuals who have agreed on the Websites to receive email from miraclefacekit.com or to individuals who have agreed on third party websites to receive email from third parties such as miraclefacekit.com. miraclefacekit.com does not send unsolicited email messages. As a result, statutes requiring certain formatting for unsolicited email are not applicable to miraclefacekit.com's email messages.

**2.3 Targeted Advertising.**
miraclefacekit.com uses Individual Information to target advertising to an individual. When an individual is using the Internet, miraclefacekit.com uses Technology Information (see also Section 2.5 below) to associate an individual with that person's Individual Information, and miraclefacekit.com attempts to show advertising for products and services in which the person has expressed an interest in the Surveys, indicated an interest by means of Technology Information, and otherwise. miraclefacekit.com may, at its discretion, target advertising by using email, direct mail, telephones, cell phones, and other means of communication to provide promotional offers.

**2.4 Direct Mail and Telemarketing.**
miraclefacekit.com uses Individual Information to advertise, directly or indirectly, to individuals using direct mail marketing or telemarketing using telephones and cell phones.

**2.5 Use of Technology Information.**
miraclefacekit.com uses Technology Information (1) to match a person's Survey Information and Third Party List Information to other categories of Individual Information to make and improve profiles of individuals, (2) to track a person's online browsing habits on the

Miracle Face Kit | Privacy Policy

Internet, (3) to determine which areas of miraclefacekit.com's web sites are most frequently visited. This information helps miraclefacekit.com to better understand the online habits of individuals so that miraclefacekit.com can target advertising and promotions to them.

**2.6 Profiles of Individuals.**
miraclefacekit.com uses Individual Information to make a profile of an individual. A profile can be created by combining Survey Information and Third Party List Information with other sources of Individual Information such as information obtained from public databases.

**2.7 Storage of Individual Information.**
miraclefacekit.com stores the Individual Information in a database on miraclefacekit.com computers. Our computers have security measures (such as a firewall) in place to protect against the loss, misuse, and alteration of the information under miraclefacekit.com's control. Not withstanding such measures, miraclefacekit.com cannot guarantee that its security measures will prevent miraclefacekit.com computers from being illegally accessed, and the Individual Information on them stolen or altered.

**3. Dissemination of Individual Information.**

**3.1 Sale or Transfer to Third Parties.**
WILL NOT SELL OR TRANSFER INDIVIDUAL INFORMATION TO THIRD PARTIES FOR ANY PURPOSE WHATSOEVER UNLESS AS STIPULATED HEREIN.

**3.2 Legal Process.**
miraclefacekit.com may disclose Individual Information to respond to subpoenas, court orders, and other legal processes.

**3.3 Summary Data.**
miraclefacekit.com may sell or transfer non-individualized information, such as summary or aggregated anonymous information about all persons or sub-groups of persons.

**3.4 Access.**
Individuals have access to their Individual Information collected to provide an opportunity for an individual to correct, amend, or delete such information. Access can be obtained by contacting customer service at the number on the order page. miraclefacekit.com may also grant advertising clients and email services providers access to an individual's email address to verify the origin of the Individual Information collected.

**4. Privacy Practices of Third Parties.**

**4.1 Advertiser cookies and web beacons.**
Advertising agencies, advertising networks, and other companies (together, "Advertisers") who place advertisements on the Websites and on the Internet generally may use their own cookies, web beacons, and other technology to collect information about individuals. miraclefacekit.com does not control Advertisers' use of such technology and miraclefacekit.com has no responsibility for the use of such technology to gather information about individuals.

**4.2 Links.**
The Websites and email messages sometimes contain hypertext links to the web sites of third parties. miraclefacekit.com is not responsible for the privacy practices or the content of such other web sites. Linked web sites may contain links to web sites maintained by third parties. Such links are provided for your convenience and reference only. miraclefacekit.com does not operate or control in any respect any information, software, products or services available on such third party web sites. The inclusion of a link to a web site does not imply any endorsement of the services or the site, its contents, or its sponsoring organization.

**4.3 Affiliated Companies.**
miraclefacekit.com may disclose, transfer, and sell Individual Information to entities affiliated with miraclefacekit.com in miraclefacekit.com's discretion.

**5. Unsubscribe Procedures.**
If you wish to discontinue receiving email messages from miraclefacekit.com please email us at support@miraclefacekit.com  or write to:

Miracle Face Kit
18034 Ventura Blvd # 234, Encino, CA 91316

We reserve the right to add Individual Information to multiple lists maintained by miraclefacekit.com.
For more information about protecting your privacy, you may wish to visit: www.ftc.gov

PLEASE NOTE: OUR PRIVACY POLICY CHANGES FROM TIME TO TIME AND CHANGES ARE EFFECTIVE UPON POSTING. PLEASE CHECK BACK FREQUENTLY FOR UPDATES AS IT IS YOUR SOLE RESPONSIBILITY TO BE AWARE OF CHANGES. DOES NOT PROVIDE NOTICES OF CHANGES IN ANY MANNER OTHER THAN BY POSTING THE CHANGES AT THIS WEB SITE.  IF YOU DO NOT AGREE WITH THE TERMS OF THIS PRIVACY POLICY PLEASE DO NOT PROVIDE ANY INFORMATION TO OR USE ANY OF THE SERVICES OR PRODUCTS OFFERED OR PROVIDED ON ANY OF THE WEB SITES REFERRED TO IN THIS PRIVACY POLICY.

Close this page

Miracle Face Kit | Privacy Policy

Terms and Conditions | Privacy Policy | Contact Us

© 2014 miraclefacekit.com – All Rights Reserved

Contact Us | miraclefacekit.com

    

**DISCOVER THE FOUNTAIN OF YOUTH IN A JAR!**

- No Painful Injections
- No Invasive Surgery
- No Expensive Lasers
- Beauty Without Botox

## Contact Us

**AGOA Holdings Inc**

Address:
18034 Ventura Blvd # 234,
Encino, CA 91316

Phone: 866-853-1249

Our customer care department and office hours are Monday - Friday, from 7 am to 4 pm Pacific Standard Time (PST).

If you'd like, you can always contact us by email at: support@miraclefacekit.com

Have a beautiful day!

Close this page

Terms & Conditions | Privacy Policy | Contact Us

© 2014 miraclefacekit.com - All Rights Reserved

:: buydellure.com ::



## Dellure
COLLAGEN MASKS

Clinically Approved
Advanced Collagen
Infused Technology

 

"Wow I can really see a difference!"

### wrinkles?
88% decrease of fine lines & wrinkles

### under eye bags?
79% decrease of under eye bags

### dark circles?
86% decrease of dark circles

Dellure Masks!
Only $19.95

First Name:
Last Name:
Address:
City:
Zip Code:
State:
Phone:
Email:
(We Respect Your Privacy)

**TRY IT NOW**

Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or [download Flash Player].

Amazing breakthrough results in just 4 weeks!
Get Your Dellure Masks! Just $19.95!

# revolutionary
## in-home spa treatment!

"A present from you, to you!" Treat yourself to a free sample of under eye masks, beautifully packaged together with 2 full face

How to use Dellure
## Collagen Masks



Step 1 - Cleanse
Cleanse face with warm water and soap or toner. Dellure masks make your skin healthy & feel luxurious

http://buydellure.com/[5/28/2015 8:41:04 AM]

ATTACHMENT I

APP. 000506
Ex. 1

:: buydellure.com ::

masks, 2 pairs of nose masks and 1 more set of under eye masks to uncover the new glowing you. Join thousands of woman just like you who have already recaptured their youth with Dellure



### Step 2 - Apply

Apply mask and leave on for 10-20 minutes while you completely relax and let go. This is your time!



### Step 3 - Be Amazed

Lift one side and slowly peel off. Massage any excess product into that same area, rinse with warm water. Dispose of mask, look in the mirror and smile :)



Featured on:

# In the media

What the pros think of Dellure masks

HOLLYWOOD
TOP SECRET REVEALED!

Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or

### Product reviews from The Red Carpet:

" use Dellure collagen masks on all of my celebrity clients, as it's become my own little secret treatment for keeping them glamorous. Using Dellure keeps my clients coming back time and time again because of the amazing results they experience. Whether it's a red carpet event or a photo shoot, my celebrity clients can't get enough of Dellure collagen masks. Not only do the Hollywood stars love it, but I myself use Dellure regularly to keep my youthful appearance."

http://buydellure.com/[3/28/2015 8:41:04 AM]

ATTACHMENT I

APP. 000507
Ex. 1

:: buydellure.com ::



*Angela Parieta* Celebrity Makeup Artist

66 am a hair and makeup artist to some of Hollywood's biggest stars. I do red carpet events, award shows, and editorials. I always make sure to educate myself on the latest trends and hottest products to keep my clients happy. Discovering Dellure has changed my career! I am getting rave reviews at work about Dellure collagen masks and their amazing results! All of my celebrity friends and clients are now religiously using Dellure on a weekly basis, and so am I!"

*Alisha Zaberella* Celebrity Hair and Makeup Artist



Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or upgrade Flash player.

## 3 Ultimate solutions for younger looking skin!



http://buydellure.com/[3/28/2015 8:41:04 AM]

ATTACHMENT I

APP. 000508
Ex. 1

:: buydellure.com ::



### under eye mask

This ultra-hydrating mask is specially formulated to treat the delicate skin around the eyes. Aloe Vera soothes and hydrates while antioxidant Vitamin E replenishes skin so that it appears smoother and more radiant. A potent free-radical neutralizer, Vitamin C brightens the complexion, as Green Tea Extract moisturizes and restores skin to its natural beauty.

### nose mask

Blending moisturizing Hyaluronic Acid and pH-balancing Ascorbic Acid (Vitamin C) with Phenoxyethanol, an effective broad-spectrum protectant against pore-clogging bacteria, the mask cleanses and tones the skin, eliminating impurities and revitalizing the skin's surface.

### full face mask

A unique blend of clinically proven ingredients Packed in to a space age gel works to revive skin, slowing collagen depletion while promoting renewal of the skin's surface for a fresh, balanced appearance. diminishes the appearance of fine lines and wrinkles, and corrects imperfections in skin tone and texture, revealing a visibly refreshed and restored Skin.

# Real Reactions... Amazing results!



*Ori* 36, CA

A 36 year old mother of 2 Boys and owner of a child day care center. "The stress, the lack of time, and lack of attention I give my self was showing in my skin. I couldn't find the time in my busy day to go to the spa or see a dermatologist. I finally found Dellure, a product that fit my schedule, my budget and delivers real results."



*Kathy* 40, CA

"I'm A 40 year old proud mother of a 2-year-old girl and a 3-month old baby. Spare time is a luxury for me. My children take up most of my time, so I rarely find any time for myself let alone my appearance. Until now! I finally found my 20 minutes a week just for me! Relaxing & rejuvenating my skin to recapture my youthful appearance using Dellure collagen masks!"

   

:: buydellure.com ::



Before        After              Before        After

Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or upgrade Flash Player.

Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or upgrade Flash Player.



Ask the Doctor!

# Rigorously Tested, Clinically Approved!



Dr. K. about Dellure: a revolutionary space age gel mask, infused with the essential elements of hydrolyzed collagen, hyaluronic acid, green tea extract, phenoxyethanol, and the important vitamins a, c, & e. Designed to penetrate deep into the layers of the skin, this combination of ingredients are in just the right proportions to counteract the loss of collagen as you age.

Dellure collagen masks are clinically proven to eliminate the signs of aging by reducing wrinkles, lifting saggy skin, reducing inflammation, eliminating dark under eye circles, hydrating the skin, promoting elasticity, and making your skin glow. With continued use of dellure collagen masks, your skin will constantly be improving and looking better than you ever thought possible.

ATTACHMENT I

APP. 000510
Ex. 1

:: buydellure com ::

Ready to take years off your appearance?




Dellure targets these key problems areas of your face!

wrinkles?
88% decrease of
fine lines & wrinkles

dark circles?
86% decrease of
dark circles

dry skin?
90% increase of
skin moisture

visible pores?
75% reduction of
the appearance of pores

low on collagen?
89% slows down
collagen depletion

under eye bags?
73% decrease of
under eye bags

Simulation - Results may vary

# Real people... Real Results


"I'm 42 years old and I have tested hundreds


"Wrinkles on the sides of my eyes and on

http://buydellure com [5/28/2015 8:41:94 AM]

ATTACHMENT I

APP. 000511
Ex. 1

:: buydellure.com ::


of anti-aging products spending thousands of dollars over the years. Dellure finally did it! I am officially sold! It decreased my fine lines and got rid of my under eye circles. Thank you Dellure!"

*Danielle* 42, CA


my forehead are the major problems I have with my skin. I've never considered any treatment before, but after my friend introduced Dellure, I went thru an amazing rejuvenating experience! That is when I decided that it is time to invest in me!"

*Jade* 37, CA


Before


After


Before


After

Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or


Your browser does not support HTML5 (mp4) video playback. If possible, please use a different browser to watch this video, or

## In-home spa-treatment that actually works!

Yes! Let's get started

http://buydellure.com/[5/28/2015 8:41:04 AM]

ATTACHMENT I

APP. 000512
Ex. 1

:: buydellure.com ::

## Mutual Admiration

We are a socially driven company! We thrive on your passion for our products. We want your opinion and love your feedback, we also hope you're open about it, and of course we want to thank you for it... Send 3 of your friends our way and your next 30-day supply is on us!

For details visit: Dellure.com/refer



## Looking good is your choice!

"I have never ever used anything that delivers the effective ingredients and vitamins deep into the skin like these masks have." You won't find them anywhere else, because these masks are packed with hydrolyzed collagen, hyaluronic acid, green tea extract, phenoxyethanol as well as the important vitamins a, c & e which are all delivered to the skin through a space age gel

http://buydellure.com/[5/28/2015 8:41:04 AM]

## Monthly Contest

Keeping ourselves beautiful is about consistency, it's a lifestyle! Its important for us lead by example, so go for it! Looking Better Starts Today!

Send us your video testimonial and "Before & After" photos. If we use your testimonial on our website, we'll pay you $500 on the spot!



"...the best anti-aging system on the market."



ATTACHMENT I

APP. 000513
Ex. 1

:: buydellure.com ::

This space age gel allows these amazingly potent ingredients to enter deep into the layers of the skin where they are needed most - it's these components that counteract inflammation, saggy skin, and the loss of collagen. It is clinically proven to get rid of fine lines, wrinkles, dark spots, uneven skin, puffy under eyes, and so much more!



Hurry! Limited supply...Get your Dellure Collagen Masks today!

Yes! Let's get started

Terms & Conditions | Privacy Policy | Contact Us

© 2015 buydellure.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.

*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included in the Shipping and Handling charge for your trial order.

Terms and Conditions



**TERMS & CONDITIONS**
LAST UPDATED: December 4, 2013
ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and buydellure.com ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein.
**IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.**

**INTRODUCTION**
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act. You manifest your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not. It is suggested that you print this form for Your personal records.

buydellure.com reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of these Terms.

**If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein.**

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date. A changed "last modified" dates indicate that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

**ORDERING buydellure.com PRODUCTS THROUGH THE WEBSITE; POLICIES**

**NOTE:**
REGULAR PURCHASE POLICIES, TERMS & CONDITIONS
**Free Shipping:** We offer free shipping with the purchase of this product.
**Customer Service hours of operation; Monday to Friday, 7am to 4pm Pacific Standard Time (PST).** Please call 1800-949-8255 to speak to one of our representatives.

**Satisfaction Guaranteed.** We believe in our customers' complete satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. If you are not completely satisfied with your product, you may return the unopened package within 30 days from the shipped date and we will either replace the product or refund you the amount less the Shipping & Handling Charge.

**Return Policy.** We do apologize, but we cannot accept returns for items purchased from another retailer. We only process exchanges for items purchased through buydellure.com. If buydellure.com shipped you the wrong item or the item was damaged in shipment, we will immediately replace your purchase with the proper product.

To return merchandise to buydellure.com, follow these simple steps:

1. Please place the item/s back in the original packaging or a box of your choice. Be sure to pack it well to avoid breakage.

2. Please obtain a Return Merchandise Authorization (RMA) number. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.

3. Return the product to the address listed on the packing slip enclosed with your order.

**WE WILL NOT ACCEPT ANY USED OR OPEN PRODUCTS.**

**Insuring Your Return Package**
buydellure.com recommends that you track your return package to confirm that we have received it. The US Postal Service offers a delivery confirmation service for a small additional fee. For ease of mind you may want to consider insuring your package. Just take your package to a US Post Office service window and a representative can add this option for you. If you choose to select another carrier to ship your return, we suggest UPS or FedEx. They both provide tracking information that requires a signature.

**Sales Tax**

Terms and Conditions

We are required by law to collect sales tax on orders shipped in California where our corporate offices are located. All applicable state and local sales taxes will be calculated during the checkout process.

**Please Note:** Packages marked "Return To Sender" will NOT be processed or refunded.
Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 1800-949-8255 for your RMA number. RMA numbers are good for 30 days.
<u>**TERMS & CONDITIONS**</u>

We may need to verify information you provide before we accept an order, and may cancel or limit an order any time after it has been placed. If payment has already been made and your order is cancelled or limited, we will refund any payment you made for the product that will not be shipped, delivered or downloaded due to cancellation or limitation of an order in the same tender as the original purchase. We expressly condition our acceptance of Your order on Your agreement to this Agreement.

**CANCELLATION OF ORDER.** If You wish to cancel future deliveries of the Product then call buydellure.com Customer Care toll-free at 1800-949-8255 . We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product then You must call Our Customer Service Department toll-free at 1800-949-8255 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@dellure.com. When emailing us, please include your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

**RETURNS AND REFUNDS.** We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. Used orders are not eligible for return once the trial period has expired. For all orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.
Please note the following terms:

• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 1800-949-8255 for your RMA number. RMA numbers are good for 30 days.

• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.

**DAMAGED PRODUCTS.** Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at 1800-949-8255 immediately, so that we may correct it in a timely matter.

**CHARGEBACKS AND REVERSALS.** We handle all chargebacks and reversals as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).

**CREDIT CARD DESCRIPTOR.** By ordering Products from (buydellure.com), You authorize (buydellure.com) to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this Agreement, above. In the event the agreed upon amount is declined, you authorize (buydellure.com) to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "buydellure.com"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at 1800-949-8255

Please be aware that shipping and handling fees are non-refundable.
**Modifications.** We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You.  Price quotes provided to You prior to any price modification shall be honored.

**Billing Errors.**  If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at 1800-949-8255 immediately of such error.  If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

**REPRESENTATIONS; DISCLAIMERS**

It is Our intention to provide You with the finest products available, and we believe in the efficacy of every Product we sell. **You**

ATTACHMENT I

understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease.
Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen.  You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.
We endeavor to provide You with accurate information about Our Products.  You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities ("Third Parties").
We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.
All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products.  Individual results will vary from person to person.

## OWNERSHIP; INTELLECTUAL PROPERTY

The Website, and all images and content at the Website (collectively, "Materials"), are the sole and exclusive property of buydellure.com or its licensors.  No license or ownership rights in or to any of the Materials are conveyed to You by virtue of this Agreement or by Your purchase of any Product from the Website.  The Materials are protected by the copyright and trademark laws of the United States.  Unless otherwise permitted by law, none of the Materials may be reproduced by You without buydellure.com's prior written permission.

## YOUR REPRESENTATIONS.  You hereby represent and warrant that:

- You are age eighteen or older;
- You have read this Agreement and thoroughly understand the terms contained in this Agreement;
- Any Products You purchase from the Website will be used for Your personal, non-commercial use;
- You will not re-sell, re-distribute or export any Product that You order from the Website;
- buydellure.com has the right to rely upon all information provided to buydellure.com by You;
- buydellure.com may contact You by email, telephone or postal mail for any purpose, including but not limited to (i) follow-up calls, (ii) customer satisfaction surveys, and (iii) inquiries about any orders You placed, or considered placing, at or through the Website.

## RESTRICTIONS

Without the express prior written authorization of buydellure.com, You may not:

- Duplicate the Website (except as expressly provided elsewhere in this Agreement or as permitted by law);
- Create derivative works based on the Website or any of the Materials;
- Remove any copyright or other proprietary notices from the Website or any of the Materials contained therein;
- Frame or utilize any framing techniques in connection with the Website or any of the Materials;
- Use any meta-tags or any other "hidden text" using the Website's name or marks;
- "Deep-link" to any page of the Website;
- Circumvent any encryption or other security tools used anywhere on the Website (including the theft of user names and passwords or using another person's user name and password in order to gain access to a restricted area of the Website);
- Use any data mining, bots, or similar data gathering and extraction tools on the Website;
- Use any device, software or routine to bypass any operational element or to interfere, or attempt to interfere, with the proper working of the Website, server or activities conducted therein; or,
- Take any action that imposes an unreasonable or disproportionately large load on the Website or its network infrastructure.

## TERMINATION

This Agreement shall remain in force as long as You access the Website, use any functions or features of the Website, or order anything from the Website.  We reserve the right to terminate this Agreement without notice and/or refuse to sell to anyone who We believe, in Our sole discretion, (i) has violated any of the terms of this Agreement, (ii) is abusing the Products or the services we provide, or (iii) is unable to provide us with sufficient information to allow us to properly identify the customer's real name, address, or other contact information.

## LIMITATION OF LIABILITY; NO WARRANTIES

In no event shall buydellure.com or its officers, directors, employees or subcontractors be liable for any indirect, special, incidental, exemplary, consequential or punitive damages, under any cause of action whatsoever including but not limited to contract, tort, strict liability, warranty or otherwise, for any claim, cause of action, fee, expense, cost or loss (collectively, "Claims") arising from or related to this Agreement, the Products, or Customer's use of the Website or any Product.
Except as otherwise specifically stated in this Agreement, the Website and all Products and services provided to You are provided "as is", without any warranty whatsoever.
You agree that buydellure.com's entire liability for all Claims shall be limited, in the aggregate, to the lesser of (i) USD $500.00, or (ii) the total amount of money You paid to buydellure.com in the one (1) month period immediately preceding the incident on which Your Claim is based.  This limitation of liability shall apply for all Claims, regardless of whether auraviebeauty.com was aware of or advised in advance of the possibility of damages or such Claims.
The warranties and representations specifically set forth in this agreement are the only warranties and representations with respect to this Agreement, and are in lieu of any and all other warranties, written or oral, express or implied, that may arise either by agreement between the parties or by operation of law, including warranties of merchantability and fitness for a particular purpose.  None of these warranties and representations will extend to any third person. Some jurisdictions do not allow the exclusion of certain warranties, so some of the above exclusions may not apply to You.

## INDEMNIFICATION

Terms and Conditions

You agree to defend, indemnify, and hold harmless buydellure.com, its officers, directors, shareholders, employees, independent contractors telecommunication providers and agents from and against any and all claims actions loss liabilities expenses costs or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from Your misuse or inability to use the Website, or Your breach of any of these terms and conditions of this Agreement.  We shall promptly notify You by electronic mail of any such claim or suit, and cooperate fully (at Your expense) in the defense of such claim or suit. If we do not hear from You promptly, we reserve the right to defend such claim or suit and seek full recompense from You.

**NOTICE**
Any notice required to be given under this Agreement to You may be provided to You by postal mail or by email.  If notice is sent by email, such notice shall be sent to the last known email address that You provided to Us, and shall be deemed delivered once sent.

**FORCE MAJEURE**
buydellure.com shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond Our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the buydellure.com's performance.

**MISCELLANEOUS**
**Governing Law.**  This Agreement and all matters arising out of, or otherwise relating to, this Agreement shall be governed exclusively by the laws of the State of California, excluding its conflict of law provisions.

**Rights to Injunctive Relief.**  Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

**Assignment.**  The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

**Severability.**  If for any reason a court of competent jurisdiction or an arbitrator finds any provision of this Agreement, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of these Terms and Conditions will continue in full force and effect.

**Attorneys' Fees.**  In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney's fees and costs incurred in connection therewith, including attorney's fees incurred on appeal.

**No Waiver.**  No waiver of or by buydellure.com shall be deemed a waiver of any subsequent default of the same provision of this Agreement.  If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from this Agreement.

**Headings.**  All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of this Agreement.

**Complete Agreement.**  This Agreement constitute the entire agreement between the parties with respect to Your access and use of the Website and Your ordering and use of the Products, and supersedes and replaces all prior understandings or agreements, written or oral, regarding such subject matters.

**Modifications.**  buydellure.com reserves the right to change any of the provisions posted herein and You agree to review these terms and conditions each time You visit the Website. Your continued use of the Website following the posting of any changes to these terms and conditions constitutes Your acceptance of such changes.
buydellure.com does not and will not assume any obligation to provide You with notice of any change to this document. Unless accepted by buydellure.com in writing, these terms and conditions may not be amended by You.

Close this page

Terms and Conditions | Privacy Policy | Contact Us

© 2015 buydellure.com - All Rights Reserved

Privacy Policy



**PRIVACY POLICY**
**Last Modified: June 12, 2011**

**buydellure.com and all its related web sites**
The information collection, use, and dissemination practices of buydellure.com

This policy applies to buydellure.com's collection, use, storage and disclosure of information by buydellure.com on its (a) websites, including all its divisions, subsidiaries and related companies (collectively, the "Websites").

**1. Collection of Information.**

**1.1 Survey Information.**

buydellure.com collects information from individuals by various methods, including, but not limited to, when an individual voluntarily completes a buydellure.com survey, order form, or a registration page either online or offline, or by means of online or offline surveys, order forms, or registration pages operated by third parties (collectively, a "Survey"). (As used herein, "online" means using the Internet, including the Websites, and related technologies, and "offline" means by methods other than online, including in person, in the postal mail, using telephones and cell phones, and other similar means.) In the Surveys, buydellure.com may ask an individual to provide various information to buydellure.com , which may include his or her name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, education and marital status, occupation, social security number, employment information, personal and online interests, and such other information as may be requested from time to time (together, "Survey Information"). buydellure.com may also collect information concerning an individual from another source and uses that information in combination with information provided from this web site. Completing the Surveys is completely voluntary, and individuals are under no obligation to provide Survey Information to buydellure.com, but an individual may receive incentives from buydellure.com in exchange for providing Survey Information to buydellure.com.

**1.2 Third Party List Information.**
buydellure.com collects information from individuals when an individual provides information to a third party and buydellure.com subsequently purchases, licenses, or otherwise acquires the information from the third party (the "Seller"). Such purchased information may include, but is not limited to, an individual's name, email address, street address, zip code, telephone numbers (including cell phone numbers and carriers), birth date, gender, salary range, credit card information, education and marital status, occupation, industry of employment, personal and online interests, and such other information as the individual may have provided to the Seller (together, "Third Party List Information"). When acquiring Third Party List Information, buydellure.com seeks assurances from the Seller that the Seller has a right to transfer the Third Party List Information to buydellure.com and that the Seller has a right to provide offers from advertisers to the individuals whose personal information is included on the Seller's list.

**1.3 Other Information.**
Other occasions when buydellure.com obtains information from individuals include (1) when an individual is making a claim for a prize or seeking to redeem an incentive offered by buydellure.com (2) when an individual requests assistance through buydellure.com's customer service department, and (3) when an individual voluntarily subscribes to a buydellure.com service or newsletter (together, "Other Information").

**1.4 Cookies, Web Beacons, and Other Info Collected Using Technology.**
buydellure.com currently uses cookie and web beacon technology to associate certain Internet-related information about an individual with information about the individual in our database. Additionally, buydellure.com may use other new and evolving sources of information in the future (together, "Technology Information").

**(a) Cookies.**
A cookie is a small amount of data stored on the hard drive of the individual's computer that allows buydellure.com to identify the individual with his or her corresponding data that resides in buydellure.com's database. You may read more about cookies at http://cookiecentral.com. Individuals who use the Websites need to accept cookies in order to use all of the features and functionality of the Websites.

**(b) Web Beacons.**
A web beacon is programming code that can be used to display an image on a web page but can also be used to transfer an individual's unique user identification (often in the form of a cookie) to a database and associate the individual with previously acquired information about an individual in a database. This allows buydellure.com to track certain web sites an individual visits online. Web beacons are used to determine products or services an individual may be interested in, and to track online behavioral habits for marketing purposes. For example, buydellure.com might place, with the consent of a third party website, a web beacon on the third party's website where fishing products are sold. When Bill, an individual listed in buydellure.com's database, visits the fishing website, buydellure.com receives notice by means of the web beacon that Bill visited the fishing site, and buydellure.com would then update Bill's profile with the information that Bill is interested in fishing. buydellure.com may thereafter present offers of fishing related products and services to Bill. In addition to using web beacons on web pages, buydellure.com also uses web beacons in email messages sent to individuals listed in buydellure.com's database.

ATTACHMENT I

APP. 000519
Ex. 1

Privacy Policy

**(c) New Technology.**
The use of technology on the Internet, including cookies and web beacons, is rapidly evolving, as is buydellure.com's use of new and evolving technology. As a result, buydellure.com strongly encourages individuals to revisit this policy for any updates regarding its use of technology.

**1.5 Outside Information.**
buydellure.com may receive information about individuals from third parties or from other sources of information outside of buydellure.com including information located in public databases ("Outside Information").

**1.6 Individual Information.**
As used herein, Individual Information means Survey Information, Third Party List Information, Other Information, Technology Information, and Outside Information, and any other information buydellure.com gathers or receives about individuals.

**1.7 No Information Collected from Children.**
buydellure.com will never knowingly collect any personal information about children under the age of 13. If buydellure.com obtains actual knowledge that it has collected personal information about a child under the age of 13, that information will be immediately deleted from our database. Because it does not collect such information, buydellure.com has no such information to use or to disclose to third parties. buydellure.com has designed this policy in order to comply with the Children's Online Privacy Protection Act ("COPPA").

**1.8 Credit Card Information.**
buydellure.com may in certain cases collect credit card numbers and related information, such as the expiration date of the card ("Credit Card Information") when an individual places an order from buydellure.com. When the Credit Card Information is submitted to buydellure.com, such information is encrypted and is protected with SSL encryption software. buydellure.com will use the Credit Card Information for purposes of processing and completing the purchase transaction, and the Credit Card Information will be disclosed to third parties only as necessary to complete the purchase transaction.

**2. Use of Individual Information.**

**2.1 Discretion to Use Information.**
THE COMPANY MAY USE INDIVIDUAL INFORMATION FOR ANY LEGALLY PERMISSIBLE PURPOSE IN COMPANY'S SOLE DISCRETION. The following paragraphs in Section 2 describe how buydellure.com currently uses Individual Information, but buydellure.com may change or broaden its use at any time. As noted below, buydellure.com may update this policy from time to time. buydellure.com may use Individual Information to provide promotional offers to individuals by means of email advertising, telephone marketing, direct mail marketing, online banner advertising, and package stuffers, among other possible uses. If you do not wish us to use personal information about you to promote or sell our products and services or to sell, transfer or otherwise provide personal information about you to third parties, please inform us by contacting customer service at 1800-949-8255 and we will certainly honor your request.

**2.2 Email.**
buydellure.com uses Individual Information to provide promotional offers by email to individuals. buydellure.com may maintain separate email lists for different purposes. If email recipients wish to end their email subscription from a particular list, they need to follow the instructions at the end of each email message to unsubscribe from the particular list.

**2.2(a) Content of Email Messages.**
In certain commercial email messages sent by buydellure.com, an advertiser's name will appear in the "From:" line but hitting the "Reply" button will cause a reply email to be sent to buydellure.com. The "Subject:" line of buydellure.com email messages will usually contain a line provided from the advertiser to buydellure.com.

**2.2(b) Solicited Email.**
buydellure.com only sends email to individuals who have agreed on the Websites to receive email from buydellure.com or to individuals who have agreed on third party websites to receive email from third parties such as buydellure.com. buydellure.com does not send unsolicited email messages. As a result, statutes requiring certain formatting for unsolicited email are not applicable to buydellure.com's email messages.

**2.3 Targeted Advertising.**
buydellure.com uses Individual Information to target advertising to an individual. When an individual is using the Internet, buydellure.com uses Technology Information (see also Section 2.5 below) to associate an individual with that person's Individual Information, and buydellure.com attempts to show advertising for products and services in which the person has expressed an interest in the Surveys, indicated an interest by means of Technology Information, and otherwise. buydellure.com may, at its discretion, target advertising by using email, direct mail, telephones, cell phones, and other means of communication to provide promotional offers.

**2.4 Direct Mail and Telemarketing.**
buydellure.com uses Individual Information to advertise, directly or indirectly, to individuals using direct mail marketing or telemarketing using telephones and cell phones.

**2.5 Use of Technology Information.**
buydellure.com uses Technology Information (1) to match a person's Survey Information and Third Party List Information to other categories of Individual Information to make and improve profiles of individuals, (2) to track a person's online browsing habits on the Internet, (3) to determine which areas of buydellure.com's web sites are most frequently visited. This information helps buydellure.com to better understand the online habits of individuals so that buydellure.com can target advertising and promotions to them.

**2.6 Profiles of Individuals.**
buydellure.com uses Individual Information to make a profile of an individual. A profile can be created by combining Survey Information and Third Party List Information with other sources of Individual Information such as information obtained from public databases.

**2.7 Storage of Individual Information.**
buydellure.com stores the Individual Information in a database on buydellure.com computers. Our computers have security measures

Privacy Policy

(such as a firewall) in place to protect against the loss, misuse, and alteration of the information under buydellure.com's control. Not withstanding such measures, buydellure.com cannot guarantee that its security measures will prevent buydellure.com computers from being illegally accessed, and the Individual Information on them stolen or altered.

**3. Dissemination of Individual Information.**

**3.1 Sale or Transfer to Third Parties.**
buydellure.com WILL NOT SELL OR TRANSFER INDIVIDUAL INFORMATION TO THIRD PARTIES FOR ANY PURPOSE WHATSOEVER UNLESS AS STIPULATED HEREIN.

**3.2 Legal Process.**
buydellure.com may disclose Individual Information to respond to subpoenas, court orders, and other legal processes.

**3.3 Summary Data.**
buydellure.com may sell or transfer non-individualized information, such as summary or aggregated anonymous information about all persons or sub-groups of persons.

**3.4 Access.**
Individuals have access to their Individual Information collected to provide an opportunity for an individual to correct, amend, or delete such information. Access can be obtained by contacting customer service at the number on the order page. buydellure.com may also grant advertising clients and email services providers access to an individual's email address to verify the origin of the Individual Information collected.

**4. Privacy Practices of Third Parties.**

**4.1 Advertiser cookies and web beacons.**
Advertising agencies, advertising networks, and other companies (together, "Advertisers") who place advertisements on the Websites and on the Internet generally may use their own cookies, web beacons, and other technology to collect information about individuals. buydellure.com does not control Advertisers' use of such technology and buydellure.com has no responsibility for the use of such technology to gather information about individuals.

**4.2 Links.**
The Websites and email messages sometimes contain hypertext links to the web sites of third parties. buydellure.com is not responsible for the privacy practices or the content of such other web sites. Linked web sites may contain links to web sites maintained by third parties. Such links are provided for your convenience and reference only. buydellure.com does not operate or control in any respect any information, software, products or services available on such third party web sites. The inclusion of a link to a web site does not imply any endorsement of the services or the site, its contents, or its sponsoring organization.

**4.3 Affiliated Companies.**
buydellure.com may disclose, transfer, and sell Individual Information to entities affiliated with buydellure.com in buydellure.com's discretion.

**5. Unsubscribe Procedures.**
If you wish to discontinue receiving email messages from buydellure.com please email us at support@dellure.com or write to:

Dellure SkinCare
18034 Ventura Blvd #234, Encino,CA 91316

We reserve the right to add Individual Information to multiple lists maintained by buydellure.com.
For more information about protecting your privacy, you may wish to visit: www.ftc.gov

PLEASE NOTE: OUR PRIVACY POLICY CHANGES FROM TIME TO TIME AND CHANGES ARE EFFECTIVE UPON POSTING. PLEASE CHECK BACK FREQUENTLY FOR UPDATES AS IT IS YOUR SOLE RESPONSIBILITY TO BE AWARE OF CHANGES. buydellure.com DOES NOT PROVIDE NOTICES OF CHANGES IN ANY MANNER OTHER THAN BY POSTING THE CHANGES AT THIS WEB SITE.  IF YOU DO NOT AGREE WITH THE TERMS OF THIS PRIVACY POLICY PLEASE DO NOT PROVIDE ANY INFORMATION TO buydellure.com OR USE ANY OF THE SERVICES OR PRODUCTS OFFERED OR PROVIDED ON ANY OF THE WEB SITES REFERRED TO IN THIS PRIVACY POLICY.

Close this page

Terms and Conditions | Privacy Policy | Contact Us
© 2015 buydellure.com - All Rights Reserved

http://buydellure.com/privacy.php[5/28/2015 8:42:36 AM]

Contact Us Kai Media Inc.



Clinically Approved
Advanced Collagen
Technology

## Contact Us

**Kai Media Inc.**

Address:
18034 Ventura Blvd #234
Encino, CA 91316

Phone: 1800-949-8255

Our customer care department and office hours are Monday - Friday, from 7 am to 4 pm Pacific Standard Time (PST).

If you'd like, you can always contact us by email at: support@dellure.com

Have a beautiful day!

Close this page

Terms & Conditions | Privacy Policy | Contact Us

© 2015 buydellure.com – All Rights Reserved

http://buydellure.com/contact.php[5/28/2015 8:42:37 AM]

ATTACHMENT I

APP. 000522
Ex. 1

:: Dellure ::                                                                      https://buydellure.com/order.php

✔ We have reserved an exclusive package for you for you for the next 15 minutes. You
must act now in order to get your Dellure kit. 🚚



YOUR PACKAGE IS RESERVED FOR THE NEXT 15 MINUTES

## Get ready for the
## BEST SKIN OF YOUR LIFE

Recieve your package in 3-4
business days

| | |
|---|---|
| Dellure Collagen Masks<br>30-Day Supply | $19.95 |
| Shipping | $0.00 |
| **Today's Total** | **$19.95** |

| | |
|---|---|
| Card Type: | Visa |
| Card Number: | |
| Expiration: | Month   Year |
| CVV Code: | What's this? |



### FINISH MY ORDER

**VISA**  DISCVER   🔒 safe and secure transaction

We take pride in the quality of our products. Our customer service represen-
tatives are waiting to assist you. Please contact us at 1 800 949 8255 with any
concerns. Customer Service hours of operation: Monday to Friday, 7am to
4pm Pacific Standard Time (PST). If you are not completely satisfied with
your product, you may return the unopened package within 30 days from the
shipped date and we will either replace the product or refund you the amount,
less the Shipping & Handling Charge.



**We take great pride in the quality of our products and are confident that Dellure
Collagen Masks is the most effective and powerful skin care therapy on the
market.**

Privacy Policy | Terms & Conditions | Contact Us | Clinical Trials

© 2015 buydellure.com. All Rights Reserved.

1 of 2                                                                            5/28/2015 8:43 AM

ATTACHMENT I                                                                      APP. 000523
                                                                                  Ex. 1

:: Dellure ::

Information on this site is provided for informational purposes only. It is not meant to substitute for medical advice provided by your physician or other medical professional. You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication.

ATTACHMENT I

5/28/2015 8:43 AM

APP 000524
Ex. 1