Internet Archive Wayback Machine



INTERNET ARCHIVE

**WayBack Machine**

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=amazon

BROWSE HISTORY

**http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=amazon**

Saved **31 times** between February 14, 2013 and October 1, 2013.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 **2013** 2014 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 1 2 3 4 5 | 1 2 | 1 2 | 1 2 3 4 5 6 |
| 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 | 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 |
| 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 | 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 | 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 27 28 29 30 31 | 24 25 26 27 28 | 24 25 26 27 28 29 30 | 28 29 30 |
| | | 31 | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| 1 2 3 4 | 1 | 1 2 3 4 5 6 | 1 2 3 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 29 | 28 29 30 31 | 25 26 27 28 29 30 31 |
| | 30 | | |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| 1 2 3 4 5 6 7 | 1 2 3 4 5 | 1 2 | 1 2 3 4 5 6 7 |
| 8 9 10 11 12 13 14 | 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 | 8 9 10 11 12 13 14 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 | 10 11 12 13 14 15 16 | 15 16 17 18 19 20 21 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 | 17 18 19 20 21 22 23 | 22 23 24 25 26 27 28 |
| 29 30 | 27 28 29 30 31 | 24 25 26 27 28 29 30 | 29 30 31 |

Note

This calendar view maps the number of times http://consumers-research.com/survey/TV.c1.php?
t202id=71048&t202kw=amazon was crawled by the Wayback Machine, *not* how many times the site was
actually updated. More info in the FAQ.



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in

Internet Archive Wayback Machine

digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Amazon-Survey 2013



INTERNET ARCHIVE
**WayBackMachine**

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon

31 captures
14 Feb 13 - 1 Oct 13

FEB
14
2013

Visitor Survey:

# Amazon

You've been selected to take part in an anonymous survey for visitors in the **San Francisco, California** area. Tell us what you think of **Amazon** in this 30 second questionnaire, and to say "thank you", we'll offer you a few exclusive giveaways. Available Today Only: **Thursday, May 28, 2015**

**Question 1 of 4: What is your Gender?**

O Female
O Male

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013



### Question 2 of 4: How often do you visit Amazon.com?

O Once a week or more
O Less than once a week
O Not Very Often.

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013



## Visitor Survey:

# Amazon

### Question 3 of 4: How old are you?

○ 18-25
○ 25-35
○ 35-45
○ 45-55
○ 55+

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

INTERNET ARCHIVE
wayback machine

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon    Go

31 captures
14 Feb 13 – 1 Oct 13

JAN  FEB  MAR
◀ **14**
2012  2013  2014

CONSUMER™
SURVEY

Visitor Survey:

# Amazon

**Question 4 of 4: Do you plan to purchase anything from Amazon.com in the future?**

○ Yes
○ No
○ Not sure

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

INTERNET ARCHIVE
WayBackMachine

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon

31 captures
14 Feb 13 – 1 Oct 13

CONSUMER™
SURVEY

Visitor Survey:

# Amazon

**That's it, all done! Thank you for your participation.**

As we submit the answers to your questions, we are checking our inventory to see if your we can offer you a gift as a way of saying thank you for answering our survey questions.

Submitting your answers:

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

 INTERNET ARCHIVE WayBackMachine

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon

31 captures
14 Feb 13 - 1 Oct 13

 

CONSUMER™ SURVEY

Visitor Survey:

# Amazon

**We have the following special offers for your participation.** You may choose only (1) prize from the list below for participating in our survey! Available today only: **Thursday, May 28, 2015**

 **Fujifilm- Camera FINEPIX AX500**
Regular Price $129.98
Your price today: $1
Quantity Left: (2)

*"Select Reward"*

Coupon *"Amazon"* applied for reduced shipping price

 **iPod Shuffle-**
Regular Price $89.98
Your Price today: $1
Quantity Left: (2)

*"Select Reward"*

Coupon *"Amazon"* applied for reduced shipping price

 **Auravie © Anti-Aging System**
Regular Price $98.97
Yours:Risk FREE trial*
Pay Shipping Only: **$4.99**
Quantity Left: (1)

*"Select Reward"*

Use Coupon *"Amazon"* for reduced shipping price

 **Green Coffee Bean © Diet Burn Fat Without Diet or Exercise!**
Regular Price $69.98
Yours: Risk FREE trial*
Pay Shipping Only: **$1.95**
Quantity Left:(2)

*"Select Reward"*

Use Coupon *"Amazon"* for reduced shipping price

 **Electronic Cigarettes Kit- Tastes Like a Real Cigarette!**
Regular Price $98.97
Yours:Risk FREE trial*
Pay Shipping Only: **$4.95**
Quantity Left: (1)

*"Select Reward"*

Use Coupon *"Amazon"* for reduced shipping price

page 1 |

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

* S&H charges do apply. See manufacturer's website for full terms and conditions before ordering your free trial as these vary by product. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically.

ATTACHMENT J

APP. 000533
Ex. 1

DECLARATION OF AMY BRANNON-QUALE

Pursuant to 28 U.S.C. § 1746

1. My name is Amy Brannon-Quale. I am an investigator at the Northwest Regional Office of the Federal Trade Commission ("FTC"), located at 915 Second Avenue, Suite 2896, Seattle, Washington 98174. The following statements are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I have been an FTC investigator for 8 years. As an FTC investigator, I investigate entities that the FTC believes may be in violation of the laws the FTC enforces. Among my duties as an investigator at the FTC, I often capture public web site pages, make online purchases using undercover payment methods and identity, record phone calls to defendants, and gather and other evidence regarding companies and individuals who are part of an FTC investigation.

3. On January 20, 2015, I logged onto the FTC's undercover computer at the FTC's Northwest Region Office. I initiated the Mozilla Firefox browser and navigated to www.mymiraclefacekit.com. I used Adobe Acrobat Pro software to capture a .pdf file of the homepage as it appeared onscreen. A true and correct copy of a printout of this screen is attached to this declaration as Attachment A.

4. Using SnagIt, a screen video capture software program, I recorded the steps taken to to order a trial sample of the product called "Miracle Kit Skin Rejuvenation." I filled out an online form with the heading "TELL US WHERE TO SEND YOUR TRIAL PACKAGE" using an undercover name, phone number and mailing address, and then clicked on the button labeled "SEND MY TRIAL."

Declaration of Amy Brannon-Quale

5. A screen opened with a form for entering credit card information and a graphic showing the kit at "$0.00" and a price of $3.95 for shipping and handling. I converted a still image of this screen, as captured by the SnagIt software, to a pdf file. A true and correct printout of this screen is attached to this declaration as Attachment B. I filled out the online form with the heading "SHIPPING PAYMENT" using information tied to an undercover credit card account, and then clicked on the button labeled "SUBMIT & CONFIRM."

6. A screen then opened with the title "Thank You For Your Order" and listing a shipping and handling price of $4.95 as well as a phone number to call with any questions, (866) 982-6218. A true and correct redacted printout of this screen is attached to this declaration as Attachment C.

7. On February 10, 2015, I received an email to my undercover Yahoo.com email account from "support@auravie.com," confirming my order. Later that same day I received another email from the same sender confirming shipping details. True and correct redacted copies of these emails are attached to this declaration as Attachment D.

I swear or affirm under penalty of perjury that to the best of my knowledge and belief the foregoing is true and accurate.

Dated: June 8 , 2015

Amy Brannon-Quale

Declaration of Amy Brannon-Quale

# ATTACHMENT A

APP. 000536
Ex. 1

Miracle Kit - Forget Botox!                                              http://www.mymiraclekit.com/



## MIRACLE KIT
### SKIN REJUVENATION

Increases moisturization of the skin by 440% in less than 2-days.

Moisturization increase of greater than 500% after one-week.

Decreases the visual appearance of fine lines up to 60% after 4-weeks.

**2010 WINNER** EDITOR'S CHOICE BEST MASK

" Finally! healing secrets of the **Dead Sea Revealed.** "

## FORGET BOTOX!
### Discover the Secret to Injection Free Wrinkle Reduction!

**First Name:** _____   **Last Name:** _____

**Address:** _____

**City:** _____   **State:** _____

**Country:** United States   **Zip:** _____

**Phone:** ___ ___ ___   **Email:** _____
(For Shipping)                     (We Respect Your Privacy)

**SEND MY TRIAL** ▸

## Try a full 60 Day Supply Of These 2 Miraculous Anti-Aging Spa Treatments!

## REJUVENATING
### Powers of the Dead Sea...

Decades of medical research and numerous studies have proved beyond a shadow of doubt the efficacy of Dead Sea Mud, Salt & minerals in preventing and treating various diseases such as rheumatism, acne, psoriasis, eczema and joint diseases. A recent study by Israel's Sheraer Medical Center reported that Dead Sea minerals significantly increased levels of Sao2, thereby helping with improved exercise performance and more restful sleep.



BEFORE                    AFTER

Dead Sea Salt & Mud is effective as a bactericide, relaxant, skin healer and rejuvenator. The combination of dead sea minerals and salts helps recreate a healthier and more vibrant surface to aging skin. Some of the many benefits a related with these minerals are: Chloride (balances the body"s mineral), Bromide (Treats and soothes ailing skin), Magnesium (accelerates cell regeneration by activating enzymes) Sodium/Potassium (Energy supplier to skin cells)

## COMPLETE
### Skin Treatment:



**STEP 1:** Replenish essential nutrients with our Miracle Face Mud Mask: a patented mix of Aloe, Algae, Dead Sea Mud, and Magwort that will leave your skin sunrise radiant and silky smooth. Miracle Face Mud Mask is idyllic for relieving skin ailments in all places on the body, e.g., back, elbows, neck. Simply apply mud mask to all affected areas and rinse off after 10-15 minutes.

**For best results use once or twice weekly.**



**STEP 2:** Moisturize your skin with the proven Anti-Aging properties found in Dead Sea vitamins and minerals combined with DMAE + ESTER C. This light and effective Mosturizing Mineral Serum will invigorate and nourish your skin. Apply a small amount on your cleansed face and neck. Massage gently using upwards stroke. For best results use daily.



**CLICK HERE** ▸

ATTACHMENT K

1/20/2015 9:48 AM
APP. 000537
Ex. 1

Miracle Kit - Forget Botox!                                                                http://www.mymiraclekit.com/

### Look up to 10 years younger! CLAIM YOUR TRIAL NOW!


Before


After



## "I LOVE MY MIRACLE FACE KIT!"

Candice is 44... But Looks 32...



## NATURAL POWERFUL FORMULAS!

### HOW DOES THE MIRACLE FACE & BODY TREATMENT WORK?

As we age, our skin gets thinner and dryer. **Collagen and Elastin** -- the networks of fibers that make our skin firm and elastic -- become disconnected, leading to sagging and wrinkles; while our cells simply slow down: New skin cells don't grow as quickly and dead cells don't shed as quickly, resulting in dull, grayish skin. Finally, older skin is more likely to develop brown spots because pigment cells begin to grow inactive. Aging is a normal process, and aging skin is part of it. We can help maintain wellness by living an active and healthy lifestyle and using the MIRACLE FACE & BODY TREATMENT to keep our skin healthy and more youthful looking.

  

## REAL PEOPLE...MIRACULOUS RESULTS!

The Miracle Face Kit is like having a healing spa in my home. I never thought that I looked old per say, but I definitely knew I could freshen up a bit. **I wanted to be able to look into the mirror and enjoy what I was seeing -- without the pain and expense of plastic surgery.** Now that I have the Miracle Face Kit, I'm not just looking refreshed I'm richer too. Thanks!

– Candice, RI**



I've wasted thousands of dollars on expensive treatments and medical procedures, but nothing seemed to work. But when I started using the Miracle Face Kit, I could feel my skin changing for the better right before my eyes. It was as if I was at the Dead Sea and **the nourishing mud and salt was repairing my damaged skin not just on my face, but everywhere I was affected.** The Miracle Face kit it the most important part of my beauty regime.

– Alana, AT**



When my skin started breaking out, I had no idea what to do. My mom had always been into cosmetics and she has beautiful skin, so I tried her Miracle Face Kit and it worked like... well let's just say the name fits. **It unclogged my pores and my breakouts are fewer and farther between.** It has seriously changed my life and allowed me to be my true confident and beautiful self. I encourage anybody who has acne to go out there and try it.

– Tracy, CA**

### Look up to 10 years younger! CLAIM YOUR TRIAL NOW!



## BEAUTY INSIDE AND OUT...



**Dead Sea Salt & Mud** is effective as a bactericide, relaxant, skin healer and rejuvenator. **The combination of dead sea minerals and salts helps recreate a healthier and more vibrant solution to aging skin.** Some of the many benefits a related with these minerals are: Chloride (balances the body's mineral), Bromide (Treats and soothes ailing skin), Magnesium (accelerates cell regeneration by activating enzymes) Sodium/Potassium (Energy supplier to skin cells)



**Ester-C** is the most superior form of Vitamin C existing to date. It has been formulated specifically for faster retention and absorption so you can achieve the greatest benefits of Vitamin C quickly. **Vitamin C is a powerful antioxidant that helps clean up free radicals;** those unsteady molecules in the body that scientists believe contribute to the aging process. Vitamin C also is crucial for building connective tissue such as those found in the skin and joints and **helps boost our immune system strength.**

**Topical DMAE** (Dimethylaminoethanol) is also known as **"facelift in a jar."** It may be the first ingredient proven in studies to have a **positive effect on lessening the appearance of facial sagging, increasing muscle tone, and in helping skin feel replenished and more supple.** It has been established that DMAE causes some degree of tightening of the skin. Although DMAE can't fully reverse existing facial sagging, it's crucial in the formation of elastin and collagen which supports skin rejuvenation, thus reducing the further progression of sagging.



2010 WINNER
EDITOR'S CHOICE
BEST MASK

ATTACHMENT K

Miracle Kit - Forget Botox!                                                                 http://www.mymiraclekit.com/



Terms & Conditions | Privacy Policy | Contact Us |

© 2012 mymiraclekit.com. All Rights Reserved.

This statement has not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.

*** The Free bonus gift valued at $50.00 is free with this exclusive offer.

ATTACHMENT K

1/20/2015 9:48 AM
APP. 000539
Ex. 1

# ATTACHMENT B



# ATTACHMENT C

APP. 000542
Ex. 1

Thank You :: Miracle Face Kit                    http://www.mymiraclekit.com/thanks.php?order_id=5013154&amount=...



## Thank You for Your Order!

**Order ID:** 5013154
**Customer Name:** terry smith

**Shipping Address:**



United States

**Billing Address:**

United States

**Items Included in your order:**
Miracle Face Kit Moisture Serum 30 Day Risk Free Trial

|  |  |
|---|---|
|  | $0.00 |
| Risk Free Shipping: | $4.95 |
| Total: | $4.95 |

Welcome to the mymiraclekit.com family. We offer valuable products that enrich the lives of our customers and believe in giving it to them at a reasonable price (often at exceptional savings). A confirmation email with links to your 11 free eBooks has been sent to your inbox. Please check your spam folder if you don't see it there.

You have agreed to the Terms & Conditions of this offer and have authorized the two separate charges above on your credit card.
If you have any questions or changes to your order, please give us a call at 866.982.6218 Mon-Fri 7am-4pm PST.

Have a healthy Day!

Print this page for your records

© 2011 mymiraclekit.com - All Rights Reserved

ATTACHMENT K

1/20/2015 9:47 AM
APP. 000543
Ex. 1

# ATTACHMENT D

Print                                                                    Page 1 of 7

| Subject: | Your Auravie Order Confirmation |
|---|---|
| From: | Auravie (support@auravie.com) |
| To: | ████████@yahoo.com; |
| Date: | Tuesday, February 10, 2015 9:54 AM |



Dear ████

We would like to take this opportunity to welcome you to our AURAVIE family. Our company is made up of people just like you, and we make products we use ourselves, so you can rest assure that your product is of the highest quality and standards.

Your shipping information is as follows:

Customer Name: ████████
Order #: 5015290
Shipping Address: ████████████████ United States

Your order includes the following item(s):

• AuraVie SkinCare System Risk Free Trial - 30 day supply.

   • RENEW Facial Cleanser/Toner
   • REVIVE Anti-Aging Serum
   • REPLENISH Age Defying Day/Night Moisturizer

• 11 Lifestyle eBooks (see links below)

We are happy to inform you that your order has been placed in the processing queue and will be expedited shortly. Once we ship your order, well email you a shipping notification (with your tracking number).

If your shipping information above is incorrect or if you have any questions about your order please feel free to give one of our Customer Care Specialists a call so we may update your account immediately.

Customer Care: (866) 216-9336 Mon-Fri, 7 am to 4 pm PST.

4/9/2015
APP. 000545
Ex. 1

Print                                                                                    Page 2 of 7

In order to ensure the security and confidentiality of our correspondence with our members, we do not accept inquiries via open email. Please DO NOT reply to this email. The email to send your correspondence is support@auravie.com.

As part of this exclusive offer you are receiving 11 top selling eBooks from AGOA Publishing Co. the leader in online lifestyle eBooks.

Just Click on the links below to access these great eBooks

We have also included two new additions to our AuraVie program:

AuraVie 2 Day Skin Detox Regimen

AuraVie Face Yoga

We strongly reccommend doing the 2 day detox  BEFORE starting the AuraVie regimen. This will clear up your skin and make sure it really absorbs the amazing ingredients in the AuraVie skin rejuvenation system.

Once you begin using it, follow up by trying the face yoga.

Thank you again for your business!

Have a healthy day!

Auravie


Customer Care


PO Box #10465
Van Nuys, CA 91410

# eBooks
### BY AGOA PUBLISHING CO.



- This exclusive offer is brought to you by AGOA Publishing Co. the leader in Online lifestyle eBooks.

- Each of these 11 eBooks are Written by a Celebrated Author

- Download and share them with your family and friends. You can find the links below.

- Enjoy them while you improve your life.

*"These eBooks have enriched my life with tips for everything from making my apartment the home I want to live in, to the best way to care for my pet." -Maggie T., CA*



WINNER
eBook
PUBLISHER OF
THE YEAR
2011



## ★★★★★ #1 BEST SELLER

**Angela Swinton** is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty & Allure, and is a contributing editor to the Style Network. Her **"50 Tips for the Most Beautiful Skin of Your Life"** is a must have for every woman who wants to have softer, younger looking skin.

*"I have been in the beauty business since I was 8, ever since my mom had me work at her hair salon after school. I have learned many tricks over the years, and the tips in this book cover them all, and then some. Brilliant!"* - Connie S., GA

| 50 Tips for a Happy Colon | 50 Stylish Tips for an A-list Wardrobe | 50 Puuurfect Pet Tips |
|---|---|---|
|  |  |  |
| ★★★★✦ | ★★★✦ | ★★★★ |
| By Christina Lee | By Isabelle Durbin | By Kevin Millani |

A health, conscious chef (graduated from Westlake Culinary Institute) whose recipes have been published in major magazines and TV shows. She's educated private chefs on how to cook healthy (for nearly 10 years) and has written this eBook to educate a growing population on having a healthy, happy colon.

*"My colon has never looked so good since I started using Christina's amazing tips. I recently had a colonoscopy and was grateful that my results came back normal."*
*- Lana D., AZ*

READ

She's written about the fashion industry for the last 15 years. She was most recently the writer of Fashion magazine, an online column about fashion and city life. She has written many books depicting the meaning of fashion in today's society. Durbin has interviewed many great designers such as Marc Jacobs, Stefano Gabbana and many more.

*"With these tips I am now the one whose closet all of my friends want to raid"*
*- Shir A., CA*

READ

He's a Sicily-born professional dog trainer, pet psychologist with over fifteen years of experience, and a passionate pet activist who has founded several pet adoption centers throughout Italy. His clients range from common families to European Aristocrats and everyone in between.

*"I love my pets and I'm always looking for ways to spoil them. That's why I got this amazing book with latest pet trends and tips on how to keep my furry friends happy! "*
*-Rita P., CA*

READ

Print                                                                                          Page 5 of 7

## 50 Ways to Save the World!



★★★★☆

### By Stephen Gore

Born November 17th, 1952 in Baltimore, Maryland. Stephen is a noted environmentalist, human rights activist, and an organizer of the humanitarian group, "Earth Children."

*"I have always prided myself on being someone who cared about the planet earth. After reading this book, I am even more so prepared to fight the good fight, and do my part in keeping our world clean and healthy for my children, and yours. Thank you Stephen for sharing your wisdom and making a difference.*
*- Brad P., CA*

READ

## 50 Things To Do Before You Turn 50



★★★★☆

### By Alon Dande

An award-winning writer, editor and photographer specializing in travel and science. He is the author of four travel guidebooks, and his writing and photography have appeared in Smithsonian, Outside, Wired, National Geographic Traveler, The Los Angeles Times and The Washington Post.

*"Alon Dande is one of my favorite lifestyle writers and photographers. His books have changed my life for the better, and this book has inspired me to go for it. It is never too late to start!"*
*- Mike D., PA*

READ

## 50 Tips Just for Him



★★★★★

### By Diane Hafen & James Rowland

A Psychologist and Marriage Counselor practicing in Southern California. In Diane's 20-year-long career, she has accumulated thousands of face-to-face hours with individuals and couples. James has inspired hundreds of people in his workshops and lectures to go beyond their limitations and create successful and happy relationships.
*"Pleasing a man is a hard job, but this eBook got it all to perfection. Thanks Diane and James for this eBook!"*
*-Margaret B., FL*

READ

4/9/2015
APP_000549
Ex. 1

| 50 Ways to Spruce Up Your Space | 50 Tips for a Great Love Life After 50 | 100 Ways to Have Fun With Your Kids for FREE! |
|---|---|---|
|  |  |  |
| ★★★★★ | ★★★★ | ★★★★★ |
| By Candice Theodore | By Dr. Chelsea Bower | By Cynthia Marino |

**By Candice Theodore**

An American interior designer based in San Diego, CA. She graduated in 1988 from the Fashion Institute of Design and Merchandizing and has been decorating indoor and outdoor spaces ever since. She has owned and sold two successful furniture stores.

"The hardest thing to do after buying a new home is to knowing how to decorate it!. After reading this book and the great tips in it I knew exactly what I want my home to look like!"
-Rachel R., NY

READ

**By Dr. Chelsea Bower**

Dr. Chelsea Bower is the founder and director of the Bower Family Institute. A magna cum laude graduate with distinction from Harvard University who received her doctorate in philosophy with a major in psychology from Pacific Western, Dr. Bower is a world-renowned sexologist, best-selling author, award-winning filmmaker, radio and TV talk show host & columnist.

"My husband and I had a good marrige but now we have a GREAT marriage!"
-Susan L., TX

READ

**By Cynthia Marino**

Best-selling author, internationally recognized lecturer and parent educator. Her books include "Raising Your Special Child" and "Kids, Parents, and Power Struggles."

"I have 3 kids and I know how hard it is to make these angels happy. I got this book after my friend recommended it me and I was thrilled! These tips are wonderful and every weekend I try another tip from this book. Having 100 tips means no more bored children!"
-Maria A., MI

READ

Print



Print                                                                      Page 1 of 1

| | |
|---|---|
| **Subject:** | ▮ your order was shipped! |
| **From:** | Auravie (support@auravie.com) |
| **To:** | ▮@yahoo.com; |
| **Date:** | Tuesday, February 10, 2015 10:02 AM |





Your package was shipped today to the address below.



United States

Here is your tracking number you may use to track
your package at www.usps.com

Tracking Number: ▮307310

If you should have any questions or concerns about
your package sent please reference your order id
number id 5015290.

Sincerely,

AuraVie Customer Care

888-291-7385

P.O.Box 10465

Van Nuys, CA 91410

1
2          ## DECLARATION OF SHERRI LANHAM
           ## PURSUANT TO 28 U.S.C. § 1746
3          Pursuant to 28 U.S.C. § 1746, Sherri Lanham declares that:

4          1.      I am over 21 years of age and competent to give this declaration. I

5    have personal knowledge of all the facts stated in this declaration, and, if called, I

6    would testify to the same.

7          2.      I am a U.S. Postal Inspector with the United States Postal Inspection

8    Service. I have worked as a Postal Inspector for 16 years. My business address is

9    5102 W. Laurel Street, Suite 100, Tampa, FL 33607.

10         3.      I reviewed internal post office records regarding  PO Box 10465, Van

11   Nuys, California 91410 (the PO Box), which provided me the information in

12   Paragraph 4. The records I reviewed are created at the time the PO Box

13   application is made by soliciting information from the applicant. The records were

14   kept in the regular course of business.

15         4.      The PO Box is registered to Pinnacle Logistics Incorporated, 7900

16   Gloria Avenue, Van Nuys, CA 91405. That box is physically located at the Van

17   Nuys Post Office, 15701 Sherman Way, Van Nuys, California 91406. The

18   registrant for the PO Box is Oz Mizrahi, and he is listed as the "administrator" of

19   Pinnacle Logistics, Inc. The Post Office's internal records indicate that Mr.

20   Mizrahi provided both a driver license and passport when applying for the PO

DECLARATION OF SHERRI LANHAM PURSUANT TO 28 U.S.C. § 1746

1   Box. Additional names listed as having access to the PO Box are Andrew

2   Alvarado and Geiner Samayoa. In addition to listing Pinnacle Logistics,

3   Incorporated, the PO Box lists the company names Auravie and Auravie Skincare.

4   The Box was rented on October 10, 2012, and remains active.

5       5.    I understand that this declaration may be used by the Federal Trade

6   Commission in a law-enforcement proceeding.

7       I declare under penalty of perjury under the laws of the United States that

8   the foregoing is true and correct.

9

10      Executed on _____, 2015, in Tampa, Florida.

11

12      _____

13      Sherri L. Lanham

14

15

16

17

18

19

20

DECLARATION OF SHERRI LANHAM
PURSUANT TO 28 U.S.C. § 1746

Page | 2

3239863

## ARTICLES OF INCORPORATION

### OF

### BUNZAI MEDIA GROUP, INC.

**FILED**
In the office of the Secretary of State
of the State of California

**JAN 0 1 2010**

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### BUNZAI MEDIA GROUP, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Z. David Davidian, 200 N. Maryland Avenue, Glendale, California 91106.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 100,000 shares.

V

The liability of the directors and officers of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 1st day of January, 2010.

Z. DAVID DAVIDIAN, INCORPORATOR

ATTACHMENT M

APP. 000555
Ex. 1