


# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

E-A40393
**FILED**
In the office of the Secretary of State of the State of California

**Apr - 26 2010**

This Space For Filing Use Only

1. CORPORATE NAME (Please do not alter if name is preprinted.)
C3239863
BUNZAI MEDIA GROUP, INC.

S

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>16161 VENTURA BLVD #378 ENCINO CA 91436 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>16161 VENTURA BLVD #378 ENCINO CA 91436 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/<br>ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO, CA 91436 | | |
| 6. SECRETARY/<br>ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO, CA 91436 | | |
| 7. CHIEF FINANCIAL OFFICER/<br>ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO CA 91436 | | |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME<br>ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO, CA 91436 | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

Z DAVID DAVIDIAN

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 16161 VENTURA BLVD #378 ENCINO, CA 91436 | | | |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MARKETING

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/26/2010 | Z DAVID DAVIDIAN | CPA | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008) APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000556
Ex. 1



# State of California
## Secretary of State
### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-Q55195**

**FILED**
In the office of the Secretary of State
of the State of California

**Jan - 28 2013**

This Space For Filing Use Only

**1. CORPORATE NAME**
C3239863
BUNZAI MEDIA GROUP, INC.

16161 VENTURA BLVD #378
ENCINO, CA 91436

**Due Date:**

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. [X] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 5. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | | | | |
| 7. SECRETARY | | | | |
| 8. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME | | | | |
| 10. NAME | | | | |
| 11. NAME | | | | |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | CA | |

**Type of Business**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/28/2013 | D DAVIDIAN | CPA | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 10/2010)   APPROVED BY SECRETARY OF STATE

| DISS STK | D 190709 |
|---|---|



**State of California**
**Secretary of State**

3239863

**Domestic Stock Corporation**
**Certificate of Dissolution**

FILED ymp JA
Secretary of State
State of California

JUN 0 6 2013

There is no fee for filing a Certificate of Dissolution.
IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
BUNZAI MEDIA GROUP INC

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

[ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

[ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

[ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
(Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

[ ] The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

[ ] The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   [✓] YES   [ ] NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

05/30/2013
Date

_____          ALON NOTTEA
Signature of Director              Type or Print Name of Director

_____          _____
Signature of Director              Type or Print Name of Director

_____          _____
Signature of Director              Type or Print Name of Director

DISS STK (REV 01/2013)                APPROVED BY SECRETARY OF STATE

3477467

**FILED**
In the Office of the Secretary of State
of the State of California

JUN -6 2012

## ARTICLES OF INCORPORATION

### OF

### PINNACLE LOGISTICS, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is:

### PINNACLE LOGISTICS, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Oz Mizrahi, 7900 Gloria Avenue, Van Nuys, CA 91406.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 6th day of June, 2012.

_____
OZ MIZRAHI, INCORPORATOR



# State of California
# Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**S**

**E-N56787**

**FILED**
In the office of the Secretary of State of the State of California

**Sep - 10 2012**

This Space For Filing Use Only

1. **CORPORATE NAME**
C3477467
PINNACLE LOGISTICS, INC.

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
7900 GLORIA AVENUE   VAN NUYS   CA   91406

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
7900 GLORIA AVENUE   VAN NUYS   CA   91406

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
O S MIZRAHI   7900 GLORIA AVENUE   VAN NUYS, CA 91406

6. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
O S MIZRAHI   7900 GLORIA AVENUE   VAN NUYS, CA 91406

7. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
O S MIZRAHI   7900 GLORIA AVENUE   VAN NUYS CA 91406

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME — ADDRESS — CITY — STATE — ZIP CODE
O S MIZRAHI   7900 GLORIA AVENUE   VAN NUYS, CA 91406

9. NAME — ADDRESS — CITY — STATE — ZIP CODE

10. NAME — ADDRESS — CITY — STATE — ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
O S MIZRAHI

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
7900 GLORIA AVE   VAN NUYS, CA 91406

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
CUSOMER SERVICE

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/10/2012 | O S MIZRAHI | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)   APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**



**F031408**

**FILED**
In the office of the Secretary of State
of the State of California

**JUL-09 2014**

**1. CORPORATE NAME**
PINNACLE LOGISTICS, INC.

**2. CALIFORNIA CORPORATE NUMBER**
C3477467

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added, however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 8. SECRETARY TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 9. CHIEF FINANCIAL OFFICER/ TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 11. | | | | |
| 12. | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL  CITY  STATE  ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/09/2014 | TAL KARASSO | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   Page 1 of 1   APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000561
Ex. 1

| | | |
|---|---|---|
|  **State of California**<br>**Secretary of State**<br>3477467<br>**Domestic Stock Corporation**<br>**Certificate of Dissolution** | DISS STK | **D1268523**<br>**FILED**<br>Secretary of State<br>State of California<br>DEC 1 6 2014 |

There is no fee for filing a Certificate of Dissolution.
IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   PINNACLE LOGISTICS, INC

**Required Statements** (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets** (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**Verification & Execution** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date
_____          TAL KARASSO, DIRECTOR
Signature of Director              Type or Print Name of Director

_____          _____
Signature of Director              Type or Print Name of Director

_____          _____
Signature of Director              Type or Print Name of Director

DISS STK (REV 01/2013)                                APPROVED BY SECRETARY OF STATE

2823933

**FILED**
in the office of the Secretary of State
of the State of California

JAN 1 0 2005

# ARTICLES OF INCORPORATION
# OF
# DSA HOLDINGS, INC.

The undersigned, being over the age of eighteen years, in order to form a corporation pursuant to the provisions of the California Corporations Code, hereby certifies as follows:

## I. NAME

The name of the corporation, hereinafter referred to as the "Corporation" is **DSA HOLDINGS, INC.**

## II. PURPOSE

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## III. INITIAL AGENT

The name and address of the initial agent for service of process is Jason M. Menin, 16060 Ventura Blvd #180, Encino, CA 91436.

## IV. SHARES

The corporation is authorized to issue only one class of shares, having a total number of 1000 shares. All or any part of said shares may be issued by the corporation from time to time and for such consideration as may be determined upon or fixed by the Board of Directors, as provided by law.

## V. DIRECTORS

The liability of directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

1

## VI. NO PREFERENCES, PRIVILEGES, RESTRICTIONS

No distinction shall exist between the shares of the corporation or the holders thereof.

## EXECUTION

**IN WITNESS WHEREOF**, the undersigned, who is the incorporator has executed these Articles of Incorporation on  12/29/05

_____
Jason M. Menin



# State of California
# Secretary of State

**STATEMENT OF INFORMATION**
(Domestic Stock Corporation)

**S**

E-272917

**FILED**
In the office of the Secretary of State
of the State of California

Jun - 24 2006

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)
C2823933
DSA HOLDINGS, INC.

8335 WINNETKA AVE. #112
WINNETKA, CA 91306

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)
A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE
8335 WINNETKA AVE. #112   WINNETKA, CA 91306

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
8335 WINNETKA AVE. #112   WINNETKA, CA 91306

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

4. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE
JASON M MENIN   8335 WINNETKA AVE. #112   WINNETKA, CA 91306

5. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE
JASON M MENIN   8335 WINNETKA AVE. #112   WINNETKA, CA 91306

6. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE
JASON M MENIN   8335 WINNETKA AVE. #112   WINNETKA, CA 91306

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

7. NAME | ADDRESS | CITY AND STATE | ZIP CODE
JASON M MENIN   8335 WINNETKA AVE. #112   WINNETKA, CA 91306

8. NAME | ADDRESS | CITY AND STATE | ZIP CODE

9. NAME | ADDRESS | CITY AND STATE | ZIP CODE

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY: 2

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS
JASON M MENIN

12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE
8335 WINNETKA AVE. #112   WINNETKA, CA 91306

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
ENTERTAINMENT

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

JASON M MENIN | | SECRETARY | 06/24/2006
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE

SI-200 C (REV 03/2005) | APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

E-J43368

**FILED**
In the office of the Secretary of State
of the State of California

**Jan - 31 2012**

This Space For Filing Use Only

---

**1. CORPORATE NAME**
C2823933
DSA HOLDINGS, INC.

8335 WINNETKA AVE. #112
WINNETKA, CA 91306

**Due Date:**

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. [X] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 16.

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CA | |
| 5. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | | | | |
| 7. SECRETARY | | | | |
| 8. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME | | | | |
| 10. NAME | | | | |
| 11. NAME | | | | |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS

| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**Type of Business**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/31/2012 | J MENIN | SEC | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 10/2010)                                    APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000566
Ex. 1



| | DISS STK | D1150190 |
|---|---|---|

**State of California**
**Secretary of State**

2823933

## DOMESTIC STOCK CORPORATION
## CERTIFICATE OF DISSOLUTION

**FILED** MRE
In the office of the Secretary of State
of the State of California

**SEP 19 2012**

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

*This Space For Filing Use Only*

**CORPORATE NAME** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   DSA HOLDINGS, INC.

**REQUIRED STATEMENTS** (The following statements are required by statute and should not be altered.)

2. a) A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.
   b) The corporation has completely wound up.
   c) The corporation is dissolved.

**DEBTS & LIABILITIES** (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**ASSETS** (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**ELECTION** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.  ☑ YES  ☐ NO

**VERIFICATION & EXECUTION** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

09/14/2012
Date

Signature of Director

JASON MENIN
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

DISS STK (REV 03/2007)  APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000567
Ex. 1

3386082

**ARTICLES OF INCORPORATION**

**OF**

**LIFESTYLE MEDIA BRANDS, INC.**

FILED
In the Office of the Secretary of State
of the State of California
JUN 15 2011

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

**LIFESTYLE MEDIA BRANDS, INC.**

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is David Davidian, 200 N. Maryland Avenue, Suite 300, Glendale, California 91206.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 2,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 15th day of June, 2011.

_____
DAVID DAVIDIAN, INCORPORATOR



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-G37665**

**FILED**
In the office of the Secretary of State of the State of California

**Aug - 15 2011**

This Space For Filing Use Only

1. **CORPORATE NAME**
C3386082
LIFESTYLE MEDIA BRANDS, INC.

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
8335 WINNETKA AVE NUM 118   WINNETKA   CA 91306

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
8335 WINNETKA AVE NUM 118   WINNETKA   CA 91306

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
RACHEL  NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA, CA 91306

6. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
RACHEL  NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA, CA 91306

7. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
RACHEL  NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA, CA 91306

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME — ADDRESS — CITY — STATE — ZIP CODE
RACHEL  NOTTEA   7900 GLORIA AVE   VAN NUYS, CA 91406

9. NAME — ADDRESS — CITY — STATE — ZIP CODE

10. NAME — ADDRESS — CITY — STATE — ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
DAVID  DAVIDIAN

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
200 N MARYLAND AVE STE 300   GLENDALE, CA 91206

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
FULFILLMENT COMPANY

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 08/15/2011 | RACHEL  NOTTEA | CEO | |

SI-200 C (REV 10/2010)   APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

S

F208824

**FILED**

In the office of the Secretary of State
of the State of California

OCT-24 2014

1. **CORPORATE NAME**
LIFESTYLE MEDIA BRANDS, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3386082

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

**Type of Business**
16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/24/2014 | R N | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP_000570
Ex. 1



**State of California**
**Secretary of State**

3386082

**Domestic Stock Corporation**
**Certificate of Dissolution**

DISS STK

D1268434



**FILED**
Secretary of State
State of California

DEC 16 2014

This Space For Filing Use Only

There is no fee for filing a Certificate of Dissolution.
IMPORTANT – Read instructions before completing this form.

**Corporate Name** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   LIFESTYLE MEDIA BRANDS, INC

**Required Statements** (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets** (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**Verification & Execution** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

_Rachel Nottea_
Signature of Director

RACHEL NOTTEA, DIRECTOR
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)   APPROVED BY SECRETARY OF STATE