ORIGINAL





**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CV 15 - 04527 - GW(PLAx)

**FEDERAL TRADE COMMISSION,**

       Plaintiff,

       v.

**BUNZAI MEDIA GROUP, INC.,** *et al.*,

       **Defendants.**

Case No.

**APPENDIX TO PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

**FILED UNDER SEAL**

**APPENDIX VOLUME II (PART 2) – Pages 572-646**

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

JUN 1 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CV 15 - 04527 - GW (PLAx)

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. |
| Plaintiff, | **APPENDIX TO PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.*, | |
| **Defendants.** | **FILED UNDER SEAL** |

**APPENDIX VOLUME II (PART 2) – Pages 572-646**

APPENDIX VOLUME II (Part 2)

| APPENDIX VOLUME II (Part 2) – Pages 572-646 | | | |
|---|---|---|---|
| Exhibit | Attachment | Description | Bates Number |
| 1. | M. | Secretary of State Records (*continued*) | 572-611 |
| 1. | N. | CalEnergy/Igor Latsanovski USCIS Documents | 612-31 |
| 1. | O. | American Express Records | 632-46 |

Dated:

_____*/s/ Reid Tepfer*_____
REID A. TEPFER
LUIS H. GALLEGOS
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75077
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

APPENDIX VOLUME II (Part 2)

3386084

## ARTICLES OF INCORPORATION

### OF

### AGOA HOLDINGS, INC.

FILED
In the Office of the Secretary of State
of the State of California

JUN 1 5 2011

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### AGOA HOLDINGS, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is David Davidian, 200 N. Maryland Avenue, Suite 300, Glendale, California 91206.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 2,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 15th day of June, 2011.

_____
DAVID DAVIDIAN, INCORPORATOR

ATTACHMENT M

APP 000572
Ex. 1



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**E-U16428**

**FILED**

In the office of the Secretary of
State of the State of California

**Sep - 15 2013**

This Space For Filing Use Only

1. CORPORATE NAME

AGOA HOLDINGS, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER  C3386084

No Change Statement ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of
State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State,
check the box and proceed to Item 17.

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA 91436 | | | |

Names and Complete Addresses of the Following Officers (The corporation must list these three officers. A comparable title for the specific officer may
be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | | |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| ROI  REUVENI  18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| ROI  REUVENI  18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | | |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers (The corporation must have at least one director.
Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street
address, a P.O.Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a
certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION
CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/15/2013 | ROI REUVENI | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)

APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000573
Ex. 1



**RA-100**

**A 0071502**

# State of California
## Secretary of State

### Resignation of Agent
### Upon Whom Process May Be Served

**FILED**
Secretary of State
State of California

**JUL 07 2014**

There is no fee for filing this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. [✓] Corporation (domestic or qualified foreign)

[ ] Limited Liability Company (domestic or registered foreign)

[ ] Limited Partnership (domestic or registered foreign)

[ ] Limited Liability Partnership (domestic or registered foreign)

[ ] Registered General Partnership

[ ] Unincorporated Association

[ ] Foreign Partnership (other than a foreign limited partnership)

[ ] Foreign Association

---

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. AGOA HOLDINGS, INC.

---

**Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.)

3.  C3386084

**Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.)

4.  CALIFORNIA

---

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. The undersigned hereby resigns as agent upon whom process may be served in California for the above-named entity.

---

**Execution**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

CALIFORNIA CORPORATE AGENTS, INC.

Type or Print Name of declarant (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

_____
Signature of Declarant **or** Signature of Authorized Representative of Declarant (if declarant is a corporation)

Secretary
Title of Office of Authorized Representative of Declarant (if declarant is a corporation)

---

RA-100 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

| | | S |
|---|---|---|

**State of California**
**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**F177038**

**FILED**

In the office of the Secretary of State
of the State of California

**OCT-06 2014**

1. CORPORATE NAME

AGOA HOLDINGS, INC.

2. CALIFORNIA CORPORATE NUMBER

C3386084

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |
| 8. SECRETARY ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |
| 9. CHIEF FINANCIAL OFFICER/ ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | |
| 11. NAME | ADDRESS | | | |
| 12. NAME | ADDRESS | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| CALIFORNIA CORPORATE AGENTS, INC. | | | |
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL. CITY | | STATE | ZIP CODE |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/06/2014 | R. REUVENI | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

ATTACHMENT M

APP. 000575
Ex. 1



**State of California**
**Secretary of State**

*33B6084*

**Domestic Stock Corporation**
**Certificate of Dissolution**

DISS STK

D1268524

**FILED**
Secretary of State
State of California

DEC 1 6 2014 

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.                    This Space For Filing Use Only

**Corporate Name**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   AGOA HOLDINGS, INC

**Required Statements**   (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**   (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depository with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets**   (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election**   (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.        ☑ YES        ☐ NO

**Verification & Execution**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

Signature of Director

ROI REUVENI , DIRECTOR
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

DISS STK (REV 01/2013)                                                        APPROVED BY SECRETARY OF STATE

ATTACHMENT M                                        APP_000576
                                                    Ex. 1

#3422301

FILED
In the Office of the Secretary of State
of the State of California

NOV 0 3 2011

## ARTICLES OF INCORPORATION

### OF

### ZEN MOBILE MEDIA, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### ZEN MOBILE MEDIA, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Igor Latsanovski, 4335 Dickens Street, # 167, Sherman Oaks, CA 91403.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 3rd day of November, 2011.

IGOR LATSANOVSKI, INCORPORATOR

ATTACHMENT M

APP 000577
Ex. 1



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

**E-T22748**

**FILED**

In the office of the Secretary of
State of the State of California

**Jul - 08 2013**

This Space For Filing Use Only

1. CORPORATE NAME
ZEN MOBILE MEDIA, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER   C3422301

No Change Statement ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of
State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State,
check the box and proceed to item 17.

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA  91436 | | | |

Names and Complete Addresses of the Following Officers  (The corporation must list these three officers.  A comparable title for the specific officer may
be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 8. SECRETARY | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers  (The corporation must have at least one director.
Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:        3

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street
address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a
certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION
CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/08/2013 | SEAN  INNISS | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)                                                      APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000578
Ex. 1



**RA-100**

# State of California
## Secretary of State

### Resignation of Agent
### Upon Whom Process May Be Served

There is no fee for filing this form.

IMPORTANT – Read instructions before completing this form.

R0072432

**FILED**
Secretary of State
State of California

SEP 2 2 2014

This Space For Filing Use Only

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. [✓] Corporation (domestic or qualified foreign)

[ ] Limited Liability Company (domestic or registered foreign)

[ ] Limited Partnership (domestic or registered foreign)

[ ] Limited Liability Partnership (domestic or registered foreign)

[ ] Registered General Partnership

[ ] Unincorporated Association

[ ] Foreign Partnership (other than a foreign limited partnership)

[ ] Foreign Association

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. ZEN MOBILE MEDIA, INC.

| **Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.) | **Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.) |
|---|---|
| 3. C3422301 | 4. CALIFORNIA |

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. The undersigned hereby resigns as agent upon whom process may be served in California for the above-named entity.

**Execution**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

CALIFORNIA CORPORATE AGENTS, INC.

Type or Print Name of declarant (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

Signature of Declarant or Signature of Authorized Representative of Declarant (if declarant is a corporation)

Secretary

Title of Office of Authorized Representative of Declarant (if declarant is a corporation)

RA-100 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000579
Ex. 1

**State of California**
**Secretary of State**

| | S |
|---|---|

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**F209171**

**FILED**

In the office of the Secretary of State
of the State of California

**OCT-24 2014**

1.  CORPORATE NAME
ZEN MOBILE MEDIA, INC.

2.  CALIFORNIA CORPORATE NUMBER
C3422301

This Space for Filing Use Only

No Change Statement  (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

Complete Addresses for the Following  (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4<br>16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |

Names and Complete Addresses of the Following Officers  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/<br>IGOR LATS | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 8.  SECRETARY<br>IGOR LATS | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 9.  CHIEF FINANCIAL OFFICER/<br>IGOR LATS | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |

Names and Complete Addresses of All Directors, Including Directors Who are Also Officers  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>IGOR LATS | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

Type of Business

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/24/2014 | IGOR LATS | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP_000580
Ex. 1



**State of California**
**Secretary of State**

342301

**Domestic Stock Corporation**
**Certificate of Dissolution**

DISS STK

D1268435

FILED
Secretary of State
State of California



DEC 1 6 2014

| There is no fee for filing a Certificate of Dissolution. | |
|---|---|
| IMPORTANT – Read Instructions before completing this form. | This Space For Filing Use Only |

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   ZEN MOBILE MEDIA, INC.

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.  ☑ YES  ☐ NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

Signature of Director

IGOR LATSANOVSKI , DIRECTOR
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

| DISS STK (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

ATTACHMENT M

APP. 000581
Ex. 1

3423934

## ARTICLES OF INCORPORATION

### OF

### SAFEHAVEN VENTURES, INC.

**FILED**
In the office of the Secretary of State
of the State of California

**NOV 10 2011**

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### SAFEHAVEN VENTURES, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Tomer Amsalem, 548 S. Spring Street, Unit 406, Los Angeles, CA 90013.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 10th day of November, 2011.

TOMER AMSALEM, INCORPORATOR

ATTACHMENT M

APP. 000582
Ex. 1



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

## E-J87168

## FILED

In the office of the Secretary of State of the State of California

### Feb - 29 2012

This Space For Filing Use Only

---

1. CORPORATE NAME

C3423934

SAFEHAVEN VENTURES, INC.

200 NORTH MARYLAND AVE STE 300
GLENDALE  CA 91206

---

Due Date:

---

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 548 S SPRING ST UNIT 406   LOS ANGELES  CA 90013 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 548 S SPRING ST UNIT 406   LOS ANGELES  CA 90013 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |
| 200 NORTH MARYLAND AVE STE 300   GLENDALE CA 91206 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| TOMER   AMSALEM 548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 6. SECRETARY | | | | |
| TOMER   AMSALEM 548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| TOMER   AMSALEM 548 S SPRING ST UNIT 406   LOS ANGELES  CA 90013 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| TOMER  AMSALEM    548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  3

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

TOMER  AMSALEM

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | | |
| 548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

SALES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/29/2012 | TOMER  AMSALEM | SEC | | |
|---|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | | SIGNATURE |

| SI-200 C (REV 10/2010) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

ATTACHMENT M

APP. 000583
Ex. 1



## State of California
### Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**E-T21536**
## FILED

In the office of the Secretary of
State of the State of California

### Jul - 08 2013

| 1. CORPORATE NAME |
|---|
| SAFEHAVEN VENTURES, INC. |
| 16830 VENTURA BLVD, SUITE 360 |
| ENCINO CA 91436 |

This Space For Filing Use Only

| 2. CALIFORNIA CORPORATE NUMBER   C3423934 |
|---|

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 200 NORTH MARYLAND AVE STE 300   GLENDALE  CA 91206 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 200 NORTH MARYLAND AVE STE 300   GLENDALE  CA 91206 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |
| 16830 VENTURA BLVD, SUITE 360   ENCINO  CA 91436 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 8. SECRETARY | | | | |
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:     2

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| CALIFORNIA CORPORATE AGENTS, INC. |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| WHOLESALER |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/08/2013 | TOMER  AMSALEM | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)                                                    APPROVED BY SECRETARY OF STATE

ATTACHMENT M                                    APP_000584
Ex. 1



| | **DISS STK** | D1220379 |
| --- | --- | --- |

## State of California
## Secretary of State

3423934

**Domestic Stock Corporation**
**Certificate of Dissolution**

**FILED**
Secretary of State
State of California

ICC    JAN 02 2014



There is no fee for filing a Certificate of Dissolution.

IMPORTANT -- Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   SAFEHAVEN VENTURES, INC.

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.    [✓] YES    [ ] NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office.  I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/27/2013
Date

_____
Signature of Director

TOMER AMSALEM
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)    APPROVED BY SECRETARY OF STATE

ATTACHMENT M    APP 000585
Ex. 1

3454782

FILED
In the Office of the Secretary of State
of the State of California

MAR 2 9 2012

## ARTICLES OF INCORPORATION

### OF

### HERITAGE ALLIANCE GROUP, INC

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### HERITAGE ALLIANCE GROUP, INC

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Tal Topel, 21113 Osborne Street, Canoga Park, CA 91304.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 29th day of March, 2012.

TAL TOPEL, INCORPORATOR

ATTACHMENT M

APP. 000586
Ex. 1



## State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

E-R22981

**FILED**

In the office of the Secretary of
State of the State of California

**Mar - 06  2013**

This Space For Filing Use Only

1. CORPORATE NAME

HERITAGE ALLIANCE GROUP, INC

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER  C3454782

No Change Statement ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA  91436 | | | |

Names and Complete Addresses of the Following Officers  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| TAL  TOPEL 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | | |
| 8. SECRETARY | | | | |
| TAL  TOPEL  21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| TAL  TOPEL  21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | | |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers  (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| TAL  TOPEL  21113 OSBORNE STREET  CHATSWORTH  CA 91311 | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

Type of Business

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/05/2013 | T TOPEL | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)

APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP_000587
Ex. 1

**State of California**
**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

**EX03510**

**FILED**

In the office of the Secretary of State
of the State of California

**FEB-28 2014**

1.   CORPORATE NAME

HERITAGE ALLIANCE GROUP, INC

2.   CALIFORNIA CORPORATE NUMBER

C3454782

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8.   SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9.   CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.   NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11.   NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.   NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.   NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.   NAME OF AGENT FOR SERVICE OF PROCESS

| 15.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.   BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/28/2014 | TAL TOPEL | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000588
Ex. 1

| | | |
|---|---|---|
|  **State of California**<br>**Secretary of State**<br>3454782<br>**Domestic Stock Corporation**<br>**Certificate of Dissolution** | DISS STK | D F270521<br>**FILED** DM<br>Secretary of State<br>State of California NA<br>**DEC 2 2 2014** |

There is no fee for filing a Certificate of Dissolution.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**Corporate Name** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   HERITAGE ALLIANCE GROUP, INC.

**Required Statements** (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets** (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   [✓] YES   [ ] NO

**Verification & Execution** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/19/2014
Date

_____
Signature of Director

TAL TOPEL , DIRECTOR
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)                                                    APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000589
Ex. 1

3454783

**FILED**
In the Office of the Secretary of State
of the State of California

MAR 29 2012

## ARTICLES OF INCORPORATION

### OF

### AMD FINANCIAL NETWORK, INC

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is:

### AMD FINANCIAL NETWORK, INC

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Annsofie Algarp, 9820 Owensmouth Avenue, Unit 15, Chatsworth, CA 91311.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 29th day of March, 2012.

_____
ANNSOFIE ALGARP, INCORPORATOR

ATTACHMENT M

APP. 000590
Ex. 1



**State of California**
**Secretary of State**

**S**

**E-N57338**

**FILED**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

In the office of the Secretary of
State of the State of California

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**

**Sep - 10 2012**

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

1. CORPORATE NAME

C3454783

AMD FINANCIAL NETWORK, INC

Due Date:

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH  CA 91311 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH  CA 91311 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |

Names and Complete Addresses of the Following Officers  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| A  ALGARP  9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | | |
| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| A  ALGARP  9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| A  ALGARP  9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | | |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| A ALGARP   9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  2

Agent for Service of Process  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

A  ALGARP

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | |

Type of Business

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALER

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/10/2012 | A ALGARP | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

| S |
| --- |

F476147

# FILED

In the office of the Secretary of State
of the State of California

MAR-12 2015

1. **CORPORATE NAME**
AMD FINANCIAL NETWORK, INC

2. **CALIFORNIA CORPORATE NUMBER**
C3454783

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL. CITY | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/12/2015 | A ALGARP | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP 000592
Ex. 1