3479274

# ARTICLES OF INCORPORATION

OF

## SBM MANAGEMENT, INC.

**FILED**
in the office of the Secretary of State
of the State of California

JUN 0 8 2012

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is:

## SBM MANAGEMENT, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Stephan Bauer, 655 N. Central Avenue, Suite 1700, Glendale, CA 91203.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 8th day of June, 2012.

STEPHAN BAUER, INCORPORATOR

ATTACHMENT M

APP. 000593
Ex. 1



# State of California
# Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

## E-S39844
## FILED

In the office of the Secretary of
State of the State of California

## May - 13 2013

This Space For Filing Use Only

**1. CORPORATE NAME**
SBM MANAGEMENT, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

**2. CALIFORNIA CORPORATE NUMBER**   C3479274

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

**3.** If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **4.** STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |
| **5.** STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |
| **6.** MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA 91436 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **7.** CHIEF EXECUTIVE OFFICER/ | | | | |
| STEPHAN  BAUER 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |
| **8.** SECRETARY | | | | |
| STEPHAN  BAUER 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |
| **9.** CHIEF FINANCIAL OFFICER/ | | | | |
| STEPHAN  BAUER 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| **10.** NAME | | | | |
| STEPHAN  BAUER 655 N CENTRAL AVE SUITE 1700  GLENDALE  CA 91203 | | | | |
| **11.** NAME | | CITY | STATE | ZIP CODE |
| **12.** NAME | ADDRESS | CITY | STATE | ZIP CODE |

**13.** NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14.** NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

**15.** STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

**Type of Business**
**16.** DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

**17.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/13/2013 | S BAUER | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)    APPROVED BY SECRETARY OF STATE

ATTACHMENT M    APP. 000594
Ex. 1



# State of California
# Secretary of State

**S**

## Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F044507**

## FILED

In the office of the Secretary of State
of the State of California

**JUL-18 2014**

| 1. CORPORATE NAME |
|---|
| SBM MANAGEMENT, INC. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3479274 |

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. ☐ If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety. If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ STEPHAN BAUER | 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |
| 8. SECRETARY STEPHAN BAUER | 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |
| 9. CHIEF FINANCIAL OFFICER/ STEPHAN BAUER | 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME STEPHAN BAUER | 655 N. CENTRAL AVE. SUITE 1700, GLENDALE, CA 91203 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| CALIFORNIA CORPORATE AGENTS, INC. |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/18/2014 | STEPHAN BAUER | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP_000595
Ex. 1

3506446

| ARTS-GS | Articles of Incorporation of a<br>General Stock Corporation |
|---|---|

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.

- A separate, non-refundable $15 service fee, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. Go to www.ftb.ca.gov for more information.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

FILED
In the Office of the Secretary of State
of the State of California

SEP 21 2012

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name.  Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  Media Urge Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  **Do not list** an address if the agent is a 1505 corporation.)

③  a. Agent's name:  California Corporate Agents, Inc.

  b. Agent's address: _____  _____  CA  ____
  Street Address (if agent is not a corporation)   City (no abbreviations)   State  Zip

**Shares**  (List the number of shares the corporation is authorized to issue.  Note:  Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations.  For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

④  This corporation is authorized to issue only one class of shares of stock.

  The total number of shares which this corporation is authorized to issue is _____  10000

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are made part of these articles of incorporation.

▶ _____          R. Ohana
Incorporator - Sign here                 Print your name here

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments). | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (EST 08/2011)

2011 California Secretary of State
www.sos.ca.gov/business

ATTACHMENT M

APP. 000596
Ex. 1



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

| S |

**E-P10200**

**FILED**

In the office of the Secretary of
State of the State of California

**Oct - 18 2012**

This Space For Filing Use Only

1. CORPORATE NAME

C3506446

MEDIA URGE INC.

Due Date:

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE
18757 BURBANK BLVD. SUITE 205   TARZANA  CA 91356

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
18757 BURBANK BLVD. SUITE 205   TARZANA  CA 91356

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
R  OHANA  18757 BURBANK BLVD. SUITE 205   TARZANA, CA 91356

6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE
R  OHANA 18757 BURBANK BLVD. SUITE 205   TARZANA, CA 91356

7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
R  OHANA 18757 BURBANK BLVD. SUITE 205   TARZANA CA 91356

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME | ADDRESS | CITY | STATE | ZIP CODE
R  OHANA   18757 BURBANK BLVD. SUITE 205   TARZANA, CA 91356

9. NAME | ADDRESS | CITY | STATE | ZIP CODE

10. NAME | ADDRESS | CITY | STATE | ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  3

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

MEDIA

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

10/18/2012 | R  OHANA | CEO |
DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE

SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP. 000597
Ex. 1



| | |
|---|---|
| **State of California**<br>**Secretary of State**<br><br>**Statement of Information**<br>(Domestic Stock and Agricultural Cooperative Corporations)<br>FEES (Filing and Disclosure): $25.00.<br>If this is an amendment, see instructions.<br>IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM | S |

**E-U49613**

**FILED**

In the office of the Secretary of
State of the State of California

**Oct - 04 2013**

| 1. CORPORATE NAME |
|---|
| MEDIA URGE INC. |
| 18757 BURBANK BLVD. SUITE 205<br>TARZANA CA 91356 |

This Space For Filing Use Only

2. CALIFORNIA CORPORATE NUMBER   C3506446

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
[X] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |

**Type of Business**
16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/04/2013 | R OHANA | CEO | | |
|---|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | | TITLE | SIGNATURE |

SI-200 (REV 01/2012)                                                                                  APPROVED BY SECRETARY OF STATE

ATTACHMENT M

APP_000598
Ex. 1



| | DISS STK | | D1270385 |
|---|---|---|---|

**State of California**
**Secretary of State**

350 6 4 6

**Domestic Stock Corporation**
**Certificate of Dissolution**



**FILED**
Secretary of State
State of California

**DEC 2 2 2014**

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name** *(Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)*

1. Name of corporation
   MEDIA URGE, INC.

**Required Statements** *(The following statements are required by statute and should not be altered.)*

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** *(Check the applicable statement. Note: Only one box may be checked.)*

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets** *(Check the applicable statement. Note: Only one box may be checked.)*

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election** *(Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)*

5. The election to dissolve was made by the vote of all the outstanding shares.   [✓] YES   [ ] NO

**Verification & Execution** *(If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)*

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/19/2014
Date

_____
Signature of Director

RAM OHANA , DIRECTOR
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)                                  APPROVED BY SECRETARY OF STATE

ATTACHMENT M                                          APP. 000599
                                                     Ex. 1

| | LLC-1 | File # | 201226910399 |
|---|---|---|---|



**State of California**
**Secretary of State**

**Limited Liability Company**
**Articles of Organization**

**FILED**
In the Office of the Secretary of State
of the State of California

SEP 2 5 2012

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

ADAGEO, LLC.

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY          STATE     ZIP CODE

CA

**Management** (Check only one.)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

9/25/2012
DATE

SIGNATURE OF ORGANIZER

Alon Nottea
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2010)                                                            APPROVED BY SECRETARY OF STATE

ATTACHMENT M                                                           APP. 000600
                                                                                      Ex. 1



# State of California
## Secretary of State

L

3

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00.  If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME

Adageo, LLC.

**FILED**
Secretary of State
State of California

MAY 09 2013

This Space For Filing Use Only

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION (if formed outside of California) |
|---|---|
| 201226910399 | California |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 16161 Ventura Blvd #378 | Encino | CA | 91436 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | |
| 16830 Ventura Blvd, Suite 360 | Encino | CA | 91436 |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | | | |
| 16161 Ventura Blvd #378 | Encino | CA | 91436 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Alon Nottea | 16161 Ventura Blvd #378 | Encino | CA | 91436 |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | Alon Nottea | 16161 Ventura Blvd #378 | Encino | CA | 91436 |
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| California Corporate Agents, Inc. | | C3035398 | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| | | CA | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Management Services

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 5/7/13 | Alon Nottea | CEO | *alon Dotle* |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| LLC-12 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

ATTACHMENT M

APP_000601
Ex. 1



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FILED**
Secretary of State
State of California

OCT 06 2014

1. LIMITED LIABILITY COMPANY NAME

ADAGEO, LLC

This Space For Filing Use Only

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER  201226910399

3. STATE OR PLACE OF ORGANIZATION (if formed outside of California)

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE | | | | |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | CITY | STATE | ZIP CODE |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | | CITY | STATE CA | ZIP CODE |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process.** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE |
|---|---|---|---|

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/1/2014 | Alon Nottea | Manager | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2014)

APPROVED BY SECRETARY OF STATE

APP 000602
Ex. 1

3233865

**ARTICLES OF INCORPORATION**
**OF**
**CALENERGY, INC.**
**A CALIFORNIA CORPORATION**

**FILED**
in the office of the Secretary of State
of the State of California

SEP 0 3 2009

### ARTICLE I

The name of this corporation is **CALENERGY, INC.**

### ARTICLE II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the **General Corporation Law** of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### ARTICLE III

The name and address in the State of California of this corporation's initial agent for service of process is:

**Igor Latsanovski**
**1557 South Beverly Glen Boulevard, Suite 308**
**Los Angeles, CA 90024**

### ARTICLE IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 100,000.

ALEKSEY KATMISSKY, ESQ.
Incorporator

APP 000603
Ex. 1



**State of California**
**Secretary of State**

Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S | E-K33538 |

**FILED**

In the office of the Secretary of
State of the State of California

**Mar - 29 2012**

This Space For Filing Use Only

---

1. CORPORATE NAME
C3233865
CALENERGY, INC.

---

Due Date:

---

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5482 AMBER CIRCLE   CALABASAS  CA 91302 | | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5482 AMBER CIRCLE  CALABASAS  CA 91302 | | | |

| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

---

Names and Complete Addresses of the Following Officers (The corporation must list these three officers.  A comparable
title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| IGOR  LATSANOVSKI  5482 AMBER CIRCLE   CALABASAS, CA 91302 | | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| IGOR  LATSANOVSKI  5482 AMBER CIRCLE   CALABASAS  CA 91302 | | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| IGOR  LATSANOVSKI  5482 AMBER CIRCLE   CALABASAS  CA 91302 | | | | |

---

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers  (The corporation
must have at least one director.  Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| IGOR  LATSANOVSKI    5482 AMBER CIRCLE   CALABASAS, CA 91302 | | | | |

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

---

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

---

Agent for Service of Process  (If the agent is an individual, the agent must reside in California and Item 13 must be completed
with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with
the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
IGOR  LATSANOVSKI

| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5482 AMBER CIRCLE   CALABASAS, CA 91302 | | | |

---

Type of Business

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
BUSINESS MANAGEMENT / R&D

---

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION
CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/29/2012 | IGOR  LATSANOVSKI | OFFICER | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

---

SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE

---

ATTACHMENT M

APP. 000604
Ex. 1



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
| --- |

**EX96840**

**FILED**

In the office of the Secretary of State
of the State of California

**APR-22 2014**

**1. CORPORATE NAME**

CALENERGY, INC.

**2. CALIFORNIA CORPORATE NUMBER**

C3233865

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 7. CHIEF EXECUTIVE OFFICER/<br>IGOR LATSANOVSKI | 23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |
| 8. SECRETARY<br>IGOR LATSANOVSKI | 23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>IGOR LATSANOVSKI | 23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 10. NAME<br>IGOR LATSANOVSKI | 23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

IGOR LATSANOVSKI

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 23679 CALABASAS RD. #531, CALABASAS, CA 91302 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/22/2014 | IGOR LATSANOVSKI | CEO | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |

APP_000605
Ex. 1

**3491635**

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---------|----------------------------------------------------------|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.

- A separate, non-refundable $15 service fee, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. Go to www.ftb.ca.gov for more information.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
In the Office of the Secretary of State
of the State of California

**JUL 2 6 2012**

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name**  (List the proposed corporate name.  Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is KAI Media, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  Do not list an address if the agent is a 1505 corporation.)

③ a. Agent's name:  David Yosafian

b. Agent's address:  14320 Ventura Blvd #250 _____ Sherman Oaks _____ CA  91423
                     Street Address (if agent is not a corporation)     City (no abbreviations)     State  Zip

**Shares**  (List the number of shares the corporation is authorized to issue.  Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations.  For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

④ This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is _____ 2000 _____.

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are made part of these articles of incorporation.

▶ _____          David Yosafian
Incorporator - Sign here              Print your name here

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments). | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (EST 06/2011)

2011 California Secretary of State
www.sos.ca.gov/business

ATTACHMENT M

APP_000606
Ex. 1



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

## E-S36346
## FILED

In the office of the Secretary of
State of the State of California

### May - 09 2013

This Space For Filing Use Only

1. CORPORATE NAME

KAI MEDIA, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER   C3491635

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of
State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State,
check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14320 VENTURA BLVD STE 250   SHERMAN OAKS  CA 91423 | | | |

| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14320 VENTURA BLVD STE 250   SHERMAN OAKS   CA 91423 | | | |

| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 16830 VENTURA BLVD, SUITE 360   ENCINO  CA 91436 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may
be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| DAVID  YOSAFIAN 14320 VENTURA BLVD STE 250   SHERMAN OAKS  CA 91423 | | | | |

| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| DAVID  YOSAFIAN 14320 VENTURA BLVD STE 250   SHERMAN OAKS   CA 91423 | | | | |

| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| DAVIV  YOSAFIAN 14320 VENTURA BLVD STE 250   SHERMAN OAKS  CA 91423 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director.
Attach additional pages, if necessary.)

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| DAVID  YOSAFIAN 14320 VENTURA BLVD STE 250   SHERMAN OAKS  CA 91423 | | | | |

| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:        2

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street
address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a
certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION
CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/09/2013 | DAVID  YOSAFIAN | CEO | | |
|---|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | | TITLE | SIGNATURE |

SI-200 (REV 01/2012)

APPROVED BY SECRETARY OF STATE

APP 000607
Ex. 1

## State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**F060872**

## FILED

In the office of the Secretary of State
of the State of California

**JUL-29 2014**

1. CORPORATE NAME
KAI MEDIA, INC.

2. CALIFORNIA CORPORATE NUMBER
C3491635

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>DAVID YOSAFIAN | 14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |
| 8. SECRETARY<br>DAVID YOSAFIAN | 14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>DAVID YOSAFIAN | 14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>DAVID YOSAFIAN | 14320 VENTURA BLVD #250, SHERMAN OAKS, CA 91423 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/29/2014 | D YOSAFIAN | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

ATTACHMENT M

APP_000608
Ex. 1

3491636

| ARTS-GS | Articles of Incorporation of a<br>General Stock Corporation |
|---|---|

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

– A $100 filing fee.

– A separate, non-refundable $15 service fee, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. Go to www.ftb.ca.gov for more information.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED** *w/tc*
In the Office of the Secretary of State
of the State of California

**JUL 26 2012**

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  *INSIGHT MEDIA, INC.*

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  Do not list an address if the agent is a 1505 corporation.)

③  a. Agent's name:   Gilad Miron

   b. Agent's address:  23371 Mulholland Dr. #355    Woodland Hills                          CA  91364

   Street Address (if agent is not a corporation)      City (no abbreviations)              State  Zip

**Shares**  (List the number of shares the corporation is authorized to issue.  Note:  Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations.  For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

④  This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 2000

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are made part of these articles of incorporation.

▶ _____        Gilad Miron
Incorporator – Sign here          Print your name here

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments). | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (EST 06/2011)

2011 California Secretary of State
www.sos.ca.gov/business

ATTACHMENT M

APP. 000609
Ex. 1



**State of California**
**Secretary of State**

Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-S35568**

**FILED**

In the office of the Secretary of
State of the State of California

**May - 08  2013**

This Space For Filing Use Only

1. CORPORATE NAME
INSIGHT MEDIA, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER   C3491636

No Change Statement ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE                        CITY                    STATE        ZIP CODE
23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY    CITY                    STATE        ZIP CODE
23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4            CITY                    STATE        ZIP CODE
16830 VENTURA BLVD, SUITE 360  ENCINO  CA  91436

Names and Complete Addresses of the Following Officers (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/          ADDRESS               CITY          STATE        ZIP CODE
GILAD  MIRON 23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

8. SECRETARY                         ADDRESS               CITY          STATE        ZIP CODE
GILAD  MIRON 23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

9. CHIEF FINANCIAL OFFICER/          ADDRESS               CITY          STATE        ZIP CODE
GILAD  MIRON 23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME                             ADDRESS               CITY          STATE        ZIP CODE
GILAD  MIRON 23371 MULHOLLAND DR STE 355  WOODLAND HILLS  CA 91364

11. NAME                             ADDRESS               CITY          STATE        ZIP CODE

12. NAME                             ADDRESS               CITY          STATE        ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:        2

Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

**Type of Business**
16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

05/08/2013        G MIRON                              CEO
DATE        TYPE/PRINT NAME OF PERSON COMPLETING FORM        TITLE        SIGNATURE

SI-200 (REV 01/2012)                                          APPROVED BY SECRETARY OF STATE

ATTACHMENT M                              APP_000610
                                              Ex. 1



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F061882**

# FILED

In the office of the Secretary of State
of the State of California

**JUL-29 2014**

**1.   CORPORATE NAME**
INSIGHT MEDIA, INC.

**2. CALIFORNIA CORPORATE NUMBER**
C3491636

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city. Items 4 and 6 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/<br>GILAD MIRON | 23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |
| 8.   SECRETARY<br>GILAD MIRON | 23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |
| 9.   CHIEF FINANCIAL OFFICER/<br>GILAD MIRON | 23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>GILAD MIRON | 23371 MULHOLLAND DR STE 355, WOODLAND HILLS, CA 91364 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/29/2014 | G MIRON | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

ATTACHMENT M

APP  000611
Ex. 1

CM/ECF - California Central District CM/ECF - California Central District

Case 2:15-cv-00746-MWF-FFM   Document 5   Filed 02/04/15   Page 1 of 2   Page ID #:23

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

RECEIVED

FEB 2015

U.S. ATTORNEY
CIVIL DOCKETS

CALENERGY INC., IGOR LATSANOVSKI,
TATIANA STAMBURG, MIHAIL LATSANOVSKI,
ANNA LATSANOVSKI

*Plaintiff(s)*

v.

JEH CHARLES JOHNSON, Secretary of the U.S.
Department of Homeland Security, GERARD
HEINAUER, Director of Nebraska Service Center of
the U.S. Citizenship and Immigration Services

*Defendant(s)*

Civil Action No. 2:15-cv-00746-MWF-FFM

SVD US Atts (dlr) 2-5-15;
12:20pm

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant JANET NAPOLITANO is the Secretary of the United States Department of
Homeland Security at Washington, D.C. 20058.
Defendant GERARD HEINAUER is Director of Nebraska Service Center of the USCIS
The principal office of Director of Nebraska Service Center of the USCIS is USCIS,
Nebraska Service Center, 850 S Street, Lincoln, NE 68508.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    SERGEI SHEVCHENKO, Esq.
BARSHEV, P.C.
A Law Corporation
20501 Ventura Blvd., Suite 323
Woodland Hills, CA 91364

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

https://ecf.cacd.uscourts.gov/doc1/031120540695

Page 1 of 1

ATTACHMENT N

APP. 000612
Ex. 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00746-MWF-FFM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
                                                    on *(date)*          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                              , a person of suitable age and discretion who resides there,
on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                    on *(date)*          ; or

☐ I returned the summons unexecuted because                                          ; or

☐ Other *(specify)*:


My fees are $          for travel and $          for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:

                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: