SERGEI SHEVCHENKO. California Bar # 225328
A member of BARSHEV, P.C.
A Law Corporation
20501 Ventura Blvd., Suite 323
Woodland Hills, CA  91364
Tel. (310) 285-1552
Fax (310) 862-1875
e-mail: sergei@barshev.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CALENERGY INC.;<br>IGOR LATSANOVSKI;<br>TATIANA STAMBURG;<br>MIHAIL LATSANOVSKI;<br>ANNA LATSANOVSKI<br><br>            Plaintiffs<br><br>vs.<br><br>JEH CHARLES JOHNSON, Secretary<br>of the U.S. Department of Homeland<br>Security; GERARD HEINAUER,<br>Director of Nebraska Service Center of<br>the U.S. Citizenship and Immigration<br>Services<br><br>            Defendants | Case No.: CV<br><br>**COMPLAINT FOR A<br>DECLARATORY JUDGMENT<br>AND FOR INJUNCTIVE RELIEF**<br><br>**Administrative cases numbers:**<br><br>A<br>A |

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

APP. 000614
Ex. 1

Plaintiffs allege:

## I. PARTIES

A. Plaintiffs

1.   Plaintiff CALENERGY INC. is a California-based corporation located in Los Angeles, California.

2.   Plaintiff IGOR LATSANOVSKI is the named beneficiary of the approved Form I-140, Immigrant Petition for Alien Worker by the U.S. Citizenship and Immigration Services.

3.   Plaintiff TATIANA STAMBURG is the wife of IGOR LATSANOVSKI, the beneficiary of Form I-140 immigrant petition.

4.   Plaintiff MIHAIL LATSANOVSKI is the son of IGOR LATSANOVSKI, the beneficiary of Form I-140 immigrant petition, and TATIANA STAMBURG.

5.   Plaintiff ANNA LATSANOVSKI is the daughter of IGOR LATSANOVSKI, the beneficiary of Form I-140 immigrant petition, and TATIANA STAMBURG.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

**B. Defendants**

6. Defendant JANET NAPOLITANO is the Secretary of the United States Department of Homeland Security at Washington, D.C. 20058.

7. Defendant GERARD HEINAUER is Director of Nebraska Service Center of the USCIS. The principal office of Director of Nebraska Service Center of the USCIS is USCIS, Nebraska Service Center, 850 S Street, Lincoln, NE 68508.

## II. JURISDICTION AND VENUE

8. This court has jurisdiction over the instant complaint under 28 U.S.C. §1331(a), this being an action arising under the Constitution and laws of the United States, specifically under the provisions of the INA, 8 U.S.C. § 1151, et seq.; and pursuant to 28 U.S.C. §2201 et seq. (The Declaratory Judgment Act), 5 U.S.C. §702 ("The Administrative Procedure Act").

9. The Jurisdiction of the court is not barred by the REAL ID Act, P.L. 109-13, 119 Stat. 231 (May 11, 2005). 8 U.S.C. §1252(a)(2)(B) does not bar the jurisdiction because there was no actual exercise of discretion.

10. Plaintiffs allege eligibility for payment of reasonable attorney's fees under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412.

11. Venue properly lies in this Court pursuant to the provisions of 28 U.S.C. § 1391(e).

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

APP. 000616
Ex. 1

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

12. Plaintiff can only be required to exhaust administrative remedies that are mandated by either a statute or regulation. *Darby v. Cisneros*, 509 U.S. 137 (1993).

13. There is no appeal from the denials of Form I-485, Application for Adjustment of Status, and therefore, Plaintiffs exhausted administrative remedies.

### IV. NATURE OF THE ACTION AND CLAIMS FOR RELIEF

14. Plaintiff CALENERGY INC is a California based corporation founded on September 3, 2009.

15. Plaintiff IGOR LATSANOVSKI is a founder and president of CALENERGY.

16. Plaintiff IGOR LATSANOVSKI was residing in the U.S. under his "E-2" treaty investor's non-immigrant visa.

17. On or about July 9, 2013, Plaintiff CALENERGY INC submitted to Defendants Form I-140, Immigrant Petition for Alien Worker, to qualify the beneficiary Plaintiff IGOR LATSANOVSKI as a Multinational Manager. The USCIS receipt number is LIN-13-908-53321. Mr. Igor Latsanovski's immigration case number is A

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

18. On or about March 3, 2014, the above Form I-140 (the USCIS receipt number is LIN-13-908-53321) was denied.

19. Subsequently, within 33 days permitted, Plaintiff CALENERGY INC appealed this decision to the Administrative Appeals Office. The USCIS receipt number is LIN-14-904-86028.

20. Defendants received the appeal on April 3, 2014.

21. Simultaneously, on or about April 2, 2014, Plaintiff CALENERGY INC. submitted to Defendants a new Form I-140, Immigrant Petition for Alien Worker, to qualify the beneficiary Plaintiff IGOR LATSANOVSKI as Multinational Manager. The USCIS receipt number is LIN-14-904-69163.

22. On or about August 18, 2014 Defendants requested additional evidence considering the pending Form I-140 with the USCIS receipt number is LIN-14-904-69163.

23. On or about September 22, 2014 Plaintiff CALENERGY INC responded to the stated above request for evidence.

24. On or about October 16, 2014 Defendants granted Form I-140, Immigrant Petition for Alien Worker, with the USCIS receipt number is LIN-14-904-69163.

25. On or about November 10, 2014, Plaintiff IGOR LATSANOVSKI filed with Defendants Form I-485, Adjustment of Status Application, based on the

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

5

approved Form I-140. The USCIS receipt number is LIN1590222049, and Mr.

Igor Latsanovski's immigration file number is A.

26. Plaintiffs presented clear evidence of their statutory eligibility for

adjustment of status under 8 U.S.C. §1255.

27. Plaintiff IGOR LATSANOVKI submitted with his Form I-485

application among other documents a copy of the approval notice of Form I-140,

Immigrant Petition for Alien Worker, dated October 16, 2014 with the USCIS

receipt number LIN-14-904-69163.

28. The approval notice was referenced in the cover letter and the denial

notice of previously filed Form I-140 was not included for lack of relevance.

29. Concurrently, Plaintiff TATIANA STAMBURG filed with Defendants

her Form I-485, Adjustment of Status Application based on the approved Form I-

140 on behalf of her spouse Mr. Igor Latsanovski, as his accompanying dependent.

The USCIS receipt number is LIN1590222043, and Mrs. Tatiana Stamburg's

immigration file number is A.

30. Plaintiff TATIANA STAMBURG submitted with her Form I-485

application among other documents a copy of her marriage certificate with English

language translation evidencing her relationship to Plaintiff IGOR

LATSANOVSKI, and a copy of the approval notice of Form I-140, Immigrant

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

6


Petition for Alien Worker, on behalf of her husband dated October 16, 2014 with

the USCIS receipt number LIN-14-904-69163.

31.  Concurrently, Plaintiff MIHAIL LATSANOVSKI filed with Defendants

his Form I-485, Adjustment of Status Application based on the approved Form I-

140 on behalf of His father Mr. Igor Latsanovski, as his accompanying dependent.

The USCIS receipt number is LIN1590222046, and Mr. Mihail Latsanovski's

immigration file number is A

32.  Plaintiff MIHAIL LATSANOVSKI submitted with his Form I-485

application among other documents a copy of his birth certificate certificate with

English language translation evidencing his relationship to Plaintiff IGOR

LATSANOVSKI, and a copy of the approval notice of Form I-140, Immigrant

Petition for Alien Worker, on behalf of his father dated October 16, 2014 with the

USCIS receipt number LIN-14-904-69163.

33.  Concurrently, Plaintiff ANNA LATSANOVSKI filed with Defendants

her Form I-485, Adjustment of Status Application based on the approved Form I-

140 on behalf of her father Mr. Igor Latsanovski, as his accompanying dependent.

The USCIS receipt number is LIN1590222040, and Mrs. Anna Latsanovski's

immigration file number is A

34.  Plaintiff ANNA LATSANOVSKI submitted with her Form I-485

application among other documents a copy of her birth certificate with English

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

APP. 000620
Ex. 1

language translation evidencing her relationship to Plaintiff IGOR

LATSANOVSKI, and a copy of the approval notice of Form I-140, Immigrant

Petition for Alien Worker, on behalf of her father dated October 16, 2014 with the

USCIS receipt number LIN-14-904-69163.

35.  Plaintiff IGOR LATSANOVSKI, Plaintiff TATIANA STAMBURG,

Plaintiff MIHAIL LATSANOVSKI and Plaintiff ANNA LATSANOVSKI

submitted payments with their Form I-485 applications in the amount $1,070 per

person, which is $4,280 in total.

36.  The USCIS accepted the submitted applications along with their filings

fees.

37.  Subsequently, the USCIS sent fingerprints/biometrics appointment

notices to Plaintiff IGOR LATSANOVSKI, Plaintiff TATIANA STAMBURG,

Plaintiff MIHAIL LATSANOVSKI and Plaintiff ANNA LATSANOVSKI.

38.  All plaintiffs named above timely attended the biometrics/fingerprints

appointments.

39.  On or about December 12, 2014, the Administrative Appeals Office

dismissed an appeal of the denial decision on case with the USCIS receipt number

is LIN-14-904-86028, which was the appeal of the denial of the first Form I-140

with the USCIS receipt number LIN-13-908-53321, the receipt day July 10, 2013.

This case was not the basis for Plaintiffs' applications for adjustment of status.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

40. On January 28, 2015, the USCIS denied Form I-485, Application for Adjustment of Status, of Plaintiff IGOR LATSANOVSKI solely relying on the outcome of the first Form I-140 petition, which was filed on or about July 10, 2013 with the USCIS receipt number LIN-13-908-53321, while in fact his Form I-485 application was based on the approved Form I-140 with the USCIS receipt number is LIN-14-904-69163 that was filed with the USCIS on or about April 2, 2014. In doing so, Defendants did not address the included evidence — Form I-140 approval notice and Form I-140 approval referenced in the cover letter. Further, Defendants took additional steps to search for the denial of previous Form I-140 and justify the denial of Plaintiffs' Form I-485 applications by irrelevant case.

41. Concurrently, the USCIS denied Form I-485 applications of Plaintiff TATIANA STAMBURG, Plaintiff MIHAIL LATSANOVSKI and Plaintiff ANNA LATSANOVSKI stating that there was no basis for their applications for adjustment of status on which to grant accompanying status to a dependent spouse or child as the adjustment of status of Plaintiff IGOR LATSANOVSKI was denied.

42. The applicable rules require review of the denial by the supervisory officer.

43. The adjudicating officer and supervisory officer ignored the submitted evidence and denied Plaintiffs' applications solely relying on unrelated evidence.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

ATTACHMENT N

APP. 000622
Ex. 1

44.  Defendants did not provide an opportunity to Plaintiffs to respond to the allegations prior to the denial.

45.  The USCIS denial notice advises that there is no appeal of the decision. Yet, an applicant can request reconsideration of the decision by submission of Form I-290B application with $630 filing fee.  Even for "clear Service error", the applicants must follow the established procedure with payment of filing fees.

46.  For Plaintiffs, it means a payment of $2,520 for the USCIS filing fees for all family members and await for the decision for unspecified time.  During this time, Plaintiff IGOR LATSONOVSKI is not authorized to work and cannot provide services to Plaintiff Calenergy Inc causing irreparable harm to the U.S. employer.

47.  Defendants have engaged in bad faith conduct because of unilateral and unjustified exclusion of the key evidence that was properly submitted with Plaintiffs' applications for adjustment of status.

48.  The Defendant failed to consider Plaintiffs' eligibility for adjustment of status, i.e. the basis for approval of adjustment of status applications of Plaintiff IGOR LATSANOVSKI, his wife, son and daughter, which would be the approved Form I-140 with the USCIS receipt number LIN-14-904-69163, a copy of which was included in all four submissions.

49.  Immigrant's eligibility itself is determined by statute.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

10

50.    Determination of eligibility for adjustment of status, unlike the granting of adjustment itself, is a purely legal question and does not implicate agency discretion.

51.   The regulations and the agency practice provide standards by which an agency's conduct may be judged.

52.  Defendants actions of ignoring the submitted key evidence and taking additional steps for obtaining irrelevant references to justify the denial amounts to misconduct.

53.  Plaintiffs believe that the USCIS made its conclusion on the record that was not part of the record of submitted Form I-485 applications and given their irrelevance could not be considered as basis of the decision on all four applications.

54. Defendants' actions towards Plaintiffs' applications are arbitrary capricious, an abuse of discretion, or otherwise not in accordance with the law.

55.  The Defendants' actions cause Plaintiffs to suffer a legal wrong, including but not limited to financial hardship, unsettled legal status of Mr. Igor Latsanovski and Mrs. Tatiana Stamburg because they last entered the country on the advance parole document during the pendency of their adjustment of status applications, and now since their applications for adjustment of status are denied, they remain in the U.S. illegally.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

11

56. Both Mr. Mihail Latsanovski and Ms. Anna Latsanovski are in the middle of their studies in colleges, which they would need to stop because after the denial of their Form I-485 applications they remain in the U.S. illegally and cannot continue their education.

57. Plaintiff CALENERGY INC cannot continue employment of Plaintiff IGOR LATSANOVSKI because he entered the country under the advanced parole status to finalize his adjustment of status. Since his Form I-485 application is denied, he is not eligible to be employed in the U.S.

58. Due to the denial of their respective Form I-485 applications, Plaintiffs IGOR LATSANOVSKI, TATIANA STAMBURG, MIHAIL LATSANOVSKI and ANNA LATSANOVSKI are out of immigration status.

59. There are no other adequate remedies available for Plaintiffs as Defendants have exclusive power to adjudicate Form I-140 petition and Form I-485 applications. Plaintiffs have no other means to obtain their legal status in the U.S.A.

60. There is no appeal from the decision on Form I-485, Application for Adjustment of Status.

61. Plaintiff is wholly without remedy under the circumstances, unless declaratory judgment is entered by this Court.

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

12

APP. 000625
Ex. 1

62.  Plaintiffs re-allege and incorporate by reference the allegations set out in paragraphs 1 through 61, inclusive, of this Complaint fully set forth herein.

60.  The Administrative Procedure Act ("APA") provides categorically that every agency "shall within a reasonable time...proceed to conclude any matter presented to it." 5 U.S.C. § 555(b).  The court may "set aside agency action...found to be...arbitrary, capricious, and abuse of discretion...(or) contrary to constitutional right, power, privilege or immunity." 5 U.S.C. § 706 et. seq.

## VI.   RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that this Honorable Court:

1.  Accept jurisdiction and review the USCIS decision to deny Plaintiffs' applications for adjustment of status.

2.  Enter a declaratory judgment declaring the defendants' decision to deny Form I-485 applications be arbitrary, capricious, not in accordance with law.

3.  Order the defendants to perform public service in accordance of the APA.

4.  Restrain the defendants from transferring Plaintiffs to removal proceedings and removing them from the country.

5.  Reinstate Plaintiffs' applications without costs to Plaintiffs.

6.  Adjudicate Plaintiffs' applications according to their place in line.

5.  Award the Plaintiffs' attorneys' fees and costs.

COMPLAINT  FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

13

APP. 000626
Ex. 1



6.  Grant other relief, as the Court may deem just, equitable and proper.

Dated: February 2, 2015

Respectfully submitted,

BARSHEV, P.C.

s/Sergei Shevchenko

_____
SERGEI SHEVCHENKO
Attorney for Plaintiffs

COMPLAINT FOR A DECLARATORY JUDGMENT AND FOR INJUNCTIVE RELIEF

14

April 3, 2015

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services



LIN1490469163

CALENERGY INC
c/o SERGEI SHEVCHENKO
BARSHEV PC APLC
20501 VENTURA BOULEVARD STE 323
WOODLAND HILLS, CA 91364
US

RE: IGOR LATSANOVSKI
I-140, Immigrant Petition for Alien Worker

## INTENT TO REVOKE

This refers to the Immigrant Petition For Alien Worker, Form I-140, which you filed on behalf
of IGOR LATSANOVSKI on April 1, 2014. The petition was approved on October 16, 2014.

It has now come to the attention of USCIS that the I-140 petition may need to be revoked.

An alien qualifies as a multinational executive or manager if the alien, in the 3 years preceding the
time of the alien's application for classification and admission into the United States under this
subparagraph, has been employed for at least 1 year by a firm or corporation or other legal entity or an
affiliate or subsidiary thereof and the alien seeks to enter the United States in order to continue to
render services to the same employer or to a subsidiary or affiliate thereof in a capacity that is
managerial or executive.

To begin; when you filed this petition, in Part 4 question 6 of the I-140, you were asked if any
immigrant petition had ever been filed on behalf of the beneficiary. You checked "no". This answer,
USCIS now sees, was untrue. This is a problematic beginning to a review and adjudication of the
petition - the question is very pertinent, and USCIS would take different steps in proceeding, had the
question been answered correctly. Please explain the incorrect answer.

The beneficiary's file, along with AAO's dismissal of your appeal of the previous I-140 denial, has
been returned to this office. Now that the entire record can be viewed, there are issues with this
petition as well.

As AAO pointed out in their decision: Why is Roi Reuvani stated to be an employee of the petitioner
and subordinate of the beneficiary, while you have submitted evidence of doing business with
Pinnacle Financial - containing a document addressed to the beneficiary and signed by Roi Reuvani,
an apparent employee of Pinnacle Financial? This same evidence is present in both I-140 submissions,
and dated January 14, 2014.

This creates two problems: First, is Roi Reuvani a true employee of the petitioner? Second, and more
importantly; is the petitioner conducting legitimate business?

This, in turn, then leads to further examination of the petitioner's viability and financial status, staffing, and ability to pay the beneficiary. The most recent tax return that was supplied with this petition (LIN1490469163) is 2012. This shows that the petitioner paid $25,000 in officer compensation, and zero salaries and wages. Though you did supply a quarterly wage report for the first quarter of 2014, all of the discrepancies create doubt with any of your evidence. Furthermore, the beneficiary is said to be paid $72,000/year by the petitioner. As shown above, the total amount paid to anybody is 2012 is well below this, and the quarterly wage report shows that the beneficiary was paid $12,000 for the quarter – also well below the proffered wage. Finally; who are the petitioner's employees, what are their jobs, and what are they being paid?

Unless you are able to answer all of the questions and resolve the discrepancies with clear, objective, and convincing evidence, USCIS will have to revoke the approval of this petition.

Therefore, pursuant to Title 8, Code of Federal Regulations, Part 205.2(b), we serve notice upon you of our intent to revoke the approval of the petition. You are granted thirty days in which to submit to this office evidence in support of the petition and in opposition to the revocation. A final decision will then be made.

If you do file a response, refer to the above file number.

Sincerely,

Mark J. Hazuda
Director
Officer: 0444

April 3, 2015



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**



LIN1490469163

CALENERGY INC
5900 SEPULVEDA BOULEVARD STE 432
SHERMAN OAKS, CA 91411
US

RE: IGOR LATSANOVSKI
I-140, Immigrant Petition for Alien Worker



### INTENT TO REVOKE

This refers to the Immigrant Petition For Alien Worker, Form I-140, which you filed on behalf of IGOR LATSANOVSKI on April 1, 2014. The petition was approved on October 16, 2014.

It has now come to the attention of USCIS that the I-140 petition may need to be revoked.

An alien qualifies as a multinational executive or manager if the alien, in the 3 years preceding the time of the alien's application for classification and admission into the United States under this subparagraph, has been employed for at least 1 year by a firm or corporation or other legal entity or an affiliate or subsidiary thereof and the alien seeks to enter the United States in order to continue to render services to the same employer or to a subsidiary or affiliate thereof in a capacity that is managerial or executive.

To begin; when you filed this petition, in Part 4 question 6 of the I-140, you were asked if any immigrant petition had ever been filed on behalf of the beneficiary. You checked "no". This answer, USCIS now sees, was untrue. This is a problematic beginning to a review and adjudication of the petition - the question is very pertinent, and USCIS would take different steps in proceeding, had the question been answered correctly. Please explain the incorrect answer.

The beneficiary's file, along with AAO's dismissal of your appeal of the previous I-140 denial, has been returned to this office. Now that the entire record can be viewed, there are issues with this petition as well.

As AAO pointed out in their decision: Why is Roi Reuvani stated to be an employee of the petitioner and subordinate of the beneficiary, while you have submitted evidence of doing business with Pinnacle Financial - containing a document addressed to the beneficiary and signed by Roi Reuvani, an apparent employee of Pinnacle Financial? This same evidence is present in both I-140 submissions, and dated January 14, 2014.

This creates two problems: First, is Roi Reuvani a true employee of the petitioner? Second, and more importantly; is the petitioner conducting legitimate business?

This, in turn, then leads to further examination of the petitioner's viability and financial status,

staffing, and ability to pay the beneficiary. The most recent tax return that was supplied with this petition (LIN1490469163) is 2012. This shows that the petitioner paid $25,000 in officer compensation, and zero salaries and wages. Though you did supply a quarterly wage report for the first quarter of 2014, all of the discrepancies create doubt with any of your evidence. Furthermore, the beneficiary is said to be paid $72,000/year by the petitioner. As shown above, the total amount paid to anybody is 2012 is well below this, and the quarterly wage report shows that the beneficiary was paid $12,000 for the quarter – also well below the proffered wage. Finally; who are the petitioner's employees, what are their jobs, and what are they being paid?

Unless you are able to answer all of the questions and resolve the discrepancies with clear, objective, and convincing evidence, USCIS will have to revoke the approval of this petition.

Therefore, pursuant to Title 8, Code of Federal Regulations, Part 205.2(b), we serve notice upon you of our intent to revoke the approval of the petition. You are granted thirty days in which to submit to this office evidence in support of the petition and in opposition to the revocation. A final decision will then be made.

If you do file a response, refer to the above file number.

Sincerely,

Mark J. Hazuda
Director
Officer: 0444

**Business Platinum Card®**
SBM MANAGEMENT INC
TOMER AMSALEM
Closing Date 09/02/14

**DUPLICATE COPY**

 **OPEN**

p. 1/17

Account Ending ▮▮4002

| New Balance | $95,016.66 |
|---|---|
| Please Pay By‡ | 09/17/14 |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.

See page 2 for important information about your account.

**See Page 11 for important information regarding benefits underwritten by AMEX Assurance Company**

**See Page 13 for an important Change to Your Account Terms**

**Membership Rewards® Points**
Available and Pending as of 07/31/14
**1,327,678**
For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**

| | |
|---|---|
| Previous Balance | $89,974.09 |
| Payments/Credits | -$162,374.84 |
| New Charges | +$167,417.41 |
| Fees | +$0.00 |
| **New Balance** | **$95,016.66** |
| Days in Billing Period: | 32 |

**Customer Care**

 Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-8468 | 1-800-472-9297 |

See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮

Enter account number on all documents.
Make check payable to American Express.

TOMER AMSALEM
SBM MANAGEMENT INC
655 N CENTRAL AVE
FL 1700
GLENDALE CA 91203-1439

Please Pay By
**09/17/14**
Amount Due
**$95,016.66**

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

ԱTTACHMENT O

APP. 000632
Ex. 1

**Business Platinum Card®**
SBM MANAGEMENT INC
TOMER AMSALEM
Closing Date 09/02/14

**DUPLICATE COPY**

**OPEN.**

p. 3/17

Account Ending 4002

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | $157,374.84 |
| Credits | |
| TOMER AMSALEM 4002 | $0.00 |
| S BAUER 2055 | -$5,000.00 |
| **Total Payments and Credits** | **-$162,374.84** |

### Detail  *Indicates posting date

**Payments**

| | | | Amount |
|---|---|---|---|
| 08/06/14* | S BAUER | ONLINE PAYMENT - THANK YOU | -$10,850.20 |
| 08/13/14* | S BAUER | ONLINE PAYMENT - THANK YOU | -$25,000.00 |
| 08/15/14* | S BAUER | ONLINE PAYMENT - THANK YOU | -$17,144.64 |
| 08/19/14* | S BAUER | ELECTRONIC PAYMENT RECEIVED-THANK | -$12,810.00 |
| 08/19/14* | S BAUER | ELECTRONIC PAYMENT RECEIVED-THANK | -$11,970.00 |
| 08/29/14* | S BAUER | ONLINE PAYMENT - THANK YOU | -$15,000.00 |
| 08/29/14* | SEAN BRENNECKE | ONLINE PAYMENT - THANK YOU | -$4,000.00 |
| 08/13/14* | TAL TOPEL | ONLINE PAYMENT - THANK YOU | -$4,025.00 |
| 08/28/14* | TAL TOPEL | ONLINE PAYMENT - THANK YOU | -$2,500.00 |
| 08/05/14* | GILAD MIRON | ONLINE PAYMENT - THANK YOU | -$33,075.00 |
| 08/15/14* | GILAD MIRON | ONLINE PAYMENT - THANK YOU | -$6,000.00 |
| 08/25/14* | GILAD MIRON | ONLINE PAYMENT - THANK YOU | -$3,000.00 |
| 08/28/14* | GILAD MIRON | ONLINE PAYMENT - THANK YOU | -$7,000.00 |
| 08/28/14* | DAVID YOSAFIAN | ONLINE PAYMENT - THANK YOU | -$5,000.00 |

**Credits**

| | | | Amount |
|---|---|---|---|
| 08/31/14 | S BAUER | PAYPAL *CONTENT   4029357733   CA<br>402-935-7733<br>Description<br>ADVERTISING SERVICE | -$5,000.00 |

## New Charges

### Summary

| | Total |
|---|---|
| TOMER AMSALEM 4002 | $130.12 |
| S BAUER 2055 | $121,149.51 |
| ANNSOFIE ALGARP | $95.20 |
| PAUL MEDINA | $49.99 |
| MATAN GAL | $10.00 |
| GILAD MIRON | $45,800.00 |
| DAVID YOSAFIAN | $14.53 |
| A NEV | $168.06 |
| **Total New Charges** | **$167,417.41** |

Continued on reverse

ATTACHMENT O

APP. 000633
Ex. 1

TOMER AMSALEM

**DUPLICATE COPY**
Account Ending

p. 4/17

| Detail | |
|---|---|

**TOMER AMSALEM**
Card Ending 4002

| | | Amount |
|---|---|---|
| 08/28/14 | REGUS        OFFICE SERVI<br>OFFICE SERVI<br>972-340-2021 | $130.12 |

**S BAUER**
Card Ending 2055

| | | Amount |
|---|---|---|
| 08/01/14 | VERIFIED CREDIBLE INTAMPA        FL<br>8134124406 | $99.98 |
| 08/01/14 | OPTIZMO TECHNOLOGIES512-687-6272   TX<br>CANSPAM COMP | $120.00 |
| 08/01/14 | GODADDY.COM      (480)505-8855<br>(480)505-8855 | $78.98 |
| 08/02/14 | MIXERGY.COM     6504504098      CA<br>6504504098 | $25.00 |
| 08/02/14 | GODADDY.COM      (480)505-8855<br>(480)505-8855 | $18.46 |
| 08/03/14 | GOOGLE*SVCSAPPSAURAVMountain View<br>GOODS/SERVICES | $10.00 |
| 08/03/14 | GOOGLE*SVCSAPPSMERCHMountain View<br>GOODS/SERVICES | $70.00 |
| 08/03/14 | FACEBK *9HFT66ED62 WWW.FB.ME/ADS   CA<br>FACEBOOK ADVERTISING | $1,508.95 |
| 08/03/14 | SHUTTERSTOCK, INC. 866-663-3954    NY<br>STOCK PHOTO | $224.00 |
| 08/04/14 | GOOGLE*SVCSAPPSTHEFIMountain View<br>ADVERTISING SERVICE | $15.00 |
| 08/04/14 | FACEBK *58T7862D62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,542.38 |
| 08/04/14 | ASANA 08487005141609SAN FRANCISCO   CA<br>4155253888 | $50.00 |
| 08/04/14 | ASANA 08487005141609SAN FRANCISCO   CA<br>4155253888 | $50.00 |
| 08/04/14 | LIFESCRIPT INC 26001MISSION VIEJO   CA<br>9496801811 | $55,068.00 |
| 08/05/14 | FACEBK *B3RVB6JD62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,577.18 |
| 08/05/14 | WHATRUNSWHERE.COM 16SEATTLE       WA<br>8886067335<br>Description          Price<br>MEMBERSHIP ORGANIZA    $249.00 | $249.00 |
| 08/05/14 | FACEBK *9VRJF6ND62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,528.69 |
| 08/05/14 | FACEBK *MKRY86JD62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,596.78 |
| 08/06/14 | TRUE MARKETING PARTN800-4559645    FL<br>8004559645 | $624.00 |
| 08/06/14 | FACEBK *U9LMA6WD62 WWW.FB.ME/ADS   CA<br>FACEBOOK ADVERTISING | $1,528.10 |

Continued on next page

ATTACHMENT O

APP 000634
Ex. 1



**Business Platinum Card®**
SBM MANAGEMENT INC
TOMER AMSALEM
Closing Date 09/02/14

DUPLICATE COPY

**OPEN**

p. 5/17

Account Ending 4002

| | | Amount |
|---|---|---|
| **Detail Continued** | | |
| 08/06/14 | METROFAX SERVICES  888-929-4141      CA<br>FAX SERVICES | $40.95 |
| 08/06/14 | FACEBK *FT2496JD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,637.72 |
| 08/06/14 | GODADDY.COM      (480)505-8855<br>(480)505-8855 | $8.99 |
| 08/06/14 | FACEBK *KEQND6SD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,568.12 |
| 08/07/14 | FACEBK *JEWU762E62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,529.46 |
| 08/07/14 | Beyond Hosting, LLC 513-299-7108<br>100191347486 45069 | $14.00 |
| 08/08/14 | IN *DAVIDIAN & ASSOCGLENDALE      CA<br>8182427800 | $1,000.00 |
| 08/08/14 | FACEBK *K7NEB6AD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,535.59 |
| 08/08/14 | FACEBK *LT4V762E62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,671.56 |
| 08/08/14 | FACEBK *969PD6SD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,588.53 |
| 08/09/14 | FACEBK *FBUEB6AD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,533.59 |
| 08/10/14 | FACEBK *AP9876ED62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,507.30 |
| 08/11/14 | FACEBK *DTY496JD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,527.08 |
| 08/11/14 | IN *DAVIDIAN & ASSOCGLENDALE      CA<br>8182427800 | $760.00 |
| 08/11/14 | CPA DETECTIVE, LLC NEW YORK      NY<br>212-967-5055<br>Description<br>BUSINESS SERVICES | $250.00 |
| 08/11/14 | RACKSPACE CLOUD  210-312-4000    TX<br>CLOUD HOSTIN | $234.42 |
| 08/12/14 | SKYPE COMMUNICATIONSLUXEMBOURG      GB<br>HTTP://WWW.SKYPE.NET | $2.99 |
| 08/13/14 | FACEBK *YTSS96JD62  WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,517.59 |
| 08/15/14 | IN *DAVIDIAN & ASSOCGLENDALE      CA<br>8182427800 | $1,000.00 |
| 08/15/14 | SURVEY GIZMO 0000000BOULDER      CO<br>8006096480<br>Description<br>REFER TO RECEIPT | $19.00 |

Continued on reverse

ATTACHMENT O

APP. 000635
Ex. 1

TOMER AMSALEM

**DUPLICATE COPY**
Account Ending ▆▆▆▆

p. 6/17

## Detail Continued

| | | Amount |
|---|---|---|
| 08/15/14 | THE LINK BUILDERS 03OWINGS MILLS    MD<br>410-804-6824<br>Description<br>COMPUTER DATA PROCE | $44.95 |
| 08/16/14 | WEBAPPS LLC WEBAPPS NEW ORLEANS    LA<br>504-704-1356 | $3,099.17 |
| 08/16/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $69.99 |
| 08/17/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $69.99 |
| 08/18/14 | ADOBE SYSTEMS, INC. 800-833-6687    CA<br>800-833-6687 | $29.99 |
| 08/20/14 | ASANA 08487005141609SAN FRANCISCO    CA<br>4155253888 | $50.00 |
| 08/20/14 | FACEBK *5NUDC66D62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,640.35 |
| 08/20/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $750.00 |
| 08/20/14 | FACEBK *KFYCC66D62 WWW.FB.ME/ADS   CA<br>FACEBOOK ADVERTISING | $1,590.71 |
| 08/21/14 | METROFAX SERVICES  888-929-4141    CA<br>FAX SERVICES | $8.95 |
| 08/21/14 | FACEBK *69ZYA6JD62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,588.37 |
| 08/21/14 | FACEBK *LZ44B6JD62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,505.27 |
| 08/21/14 | 1&1 INTERNET, INC. CHESTERBROOK    PA<br>877-461-2631 | $44.58 |
| 08/22/14 | FACEBK *MUBDA62D62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,540.68 |
| 08/23/14 | FACEBK *YPGVC66D62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,502.98 |
| 08/23/14 | ALERTBOT 0473    ALLENTOWN      PA<br>610-868-4440<br>Description<br>COMPUTER EQUIP/SOFT | $485.22 |
| 08/24/14 | CROSSBROWSERTESTING COLLIERVILLE    TN<br>901-466-2034 | $29.95 |
| 08/25/14 | INTEGRENT INC. CHICA3123973330<br>3123973330<br>SITESCOUT ADSERVER BILLING | $529.10 |
| 08/25/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $134.70 |
| 08/26/14 | FACEBK *DKZVA62D62 WWW.FB.ME/ADS    CA<br>FACEBOOK ADVERTISING | $1,512.88 |
| 08/27/14 | GODADDY.COM       (480)505-8855<br>(480)505-8855 | $8.99 |
| 08/28/14 | REGUS          OFFICE SERVI<br>OFFICE SERVI<br>972-340-2021 | $98.09 |

Continued on next page

ATTACHMENT O

APP. 000636<br>Ex. 1

 **Business Platinum Card®**
SBM MANAGEMENT INC
TOMER AMSALEM
Closing Date 09/02/14

**DUPLICATE COPY**

 p 7/17

Account Ending 4002

## Detail Continued

| | | Amount |
|---|---|---|
| 08/29/14 | FACEBK *92MLD66D62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $1,644.33 |
| 08/29/14 | PAYPAL *CONTENT   4029357733     CA <br> 402-935-7733 <br> Description <br> ADVERTISING SERVICE | $5,000.00 |
| 08/29/14 | FACEBK *K5TCE6AD62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $1,584.90 |
| 08/29/14 | GODADDY.COM       (480)505-8855 <br> (480)505-8855 | $4.92 |
| 08/29/14 | GODADDY.COM       (480)505-8855 <br> (480)505-8855 | $8.47 |
| 08/30/14 | FACEBK *8KFFD6WD62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $1,544.40 |
| 08/30/14 | CRAZY EGG.COM    714-398-8373 <br> 714-398-8373 | $588.00 |
| 08/31/14 | PAYPAL *CONTENT   4029357733     CA <br> 402-935-7733 <br> Description <br> ADVERTISING SERVICE | $5,000.00 |
| 08/31/14 | VZAAR 08487005159014NEWINGTON     NH <br> 8778317110 | $30.00 |
| 09/01/14 | FACEBK *GLAJK6ND62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $543.48 |
| 09/01/14 | VERIFIED CREDIBLE INTAMPA     FL <br> 8134124406 | $99.98 |
| 09/01/14 | GODADDY.COM       (480)505-8855 <br> (480)505-8855 | $8.99 |
| 09/01/14 | FACEBK *EP2NK6ND62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $1,586.73 |
| 09/01/14 | GODADDY.COM       (480)505-8855 <br> (480)505-8855 | $16.36 |
| 09/02/14 | FACEBK *NXAEE66D62 WWW.FB.ME/ADS   CA <br> FACEBOOK ADVERTISING | $1,573.65 |
| 09/02/14 | TRUE MARKETING PARTN800-4559645    FL <br> 8004559645 | $624.00 |
| 09/02/14 | MIXERGY.COM     6504504098     CA <br> 6504504098 | $25.00 |

**ANNSOFIE ALGARP**
Card Ending

| | | Amount |
|---|---|---|
| 08/28/14 | REGUS       OFFICE SERVI <br> OFFICE SERVI <br> 972-340-2021 | $95.20 |

Continued on reverse

ATTACHMENT O

APP. 000637
Ex. 1

TOMER AMSALEM

**DUPLICATE COPY**
Account Ending ▮▮▮

p. 8/17

| **Detail Continued** | |
|---|---|
| | Amount |

▮ **PAUL MEDINA**
Card Ending ▮▮▮▮

| | Amount |
|---|---|
| 08/27/14 | ADOBE SYSTEMS, INC. 800-833-6687    CA | $49.99 |
| | 800-833-6687 | |

▮ **MATAN GAL**
Card Ending ▮▮▮▮

| | Amount |
|---|---|
| 08/02/14 | GOOGLE*SVCSAPPSDELLUMountain View | $10.00 |
| | ADVERTISING SERVICE | |

▮ **GILAD MIRON**
Card Ending ▮▮▮▮

| | | Amount |
|---|---|---|
| 08/03/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/04/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/04/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/04/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/05/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | GOODS/SERVICES | |
| 08/05/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/05/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/05/14 | SOONRED SOONRED  PHILADELPHIA    PA | $300.00 |
| | 2156955011 | |
| 08/06/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/06/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/06/14 | GOOGLE*ADWS951162585Mountain View | $10,000.00 |
| | ADVERTISING SERVICE | |
| 08/18/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/18/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/18/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/19/14 | GOOGLE*ADWS951162585Mountain View | $5,000.00 |
| | ADVERTISING SERVICE | |
| 08/19/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/22/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |
| 08/22/14 | GOOGLE*ADWS951162585Mountain View | $500.00 |
| | ADVERTISING SERVICE | |

Continued on next page

ATTACHMENT O

APP. 000638
Ex. 1

 **Business Platinum Card®**
SBM MANAGEMENT INC
TOMER AMSALEM
Closing Date 09/02/14

**DUPLICATE COPY**

 p 9/17

Account Ending 4002

| Detail Continued | | |
|---|---|---|
| | | Amount |
| 08/23/14 | GOOGLE*ADWS951162585Mountain View GOODS/SERVICES | $500.00 |
| 08/23/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/23/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/24/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/24/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/25/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/25/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $5,000.00 |
| 08/25/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/25/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/28/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/28/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/29/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/29/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/29/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/30/14 | GOOGLE*ADWS951162585Mountain View GOODS/SERVICES | $500.00 |
| 08/30/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/30/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/31/14 | GOOGLE*ADWS951162585Mountain View GOODS/SERVICES | $500.00 |
| 08/31/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/31/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/31/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 08/31/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |
| 09/01/14 | GOOGLE*ADWS951162585Mountain View ADVERTISING SERVICE | $500.00 |

Continued on reverse

ATTACHMENT O

APP. DD0639
Ex. 1

TOMER AMSALEM

**DUPLICATE COPY**
Account Ending ▮▮▮▮

p. 10/17

## Detail Continued

| | | Amount |
|---|---|---|
| 09/01/14 | GOOGLE*ADWS951162585Mountain View<br>ADVERTISING SERVICE | $500.00 |
| 09/02/14 | GOOGLE*ADWS951162585Mountain View<br>GOODS/SERVICES | $1,500.00 |
| 09/02/14 | GOOGLE*ADWS951162585Mountain View<br>ADVERTISING SERVICE | $5,000.00 |

**DAVID YOSAFIAN**
Card Ending ▮▮▮▮

| | | Amount |
|---|---|---|
| 08/22/14 | OOMA,INC      888-711-6662    CA<br>TELECOM SUBS | $14.53 |

**A NEVO**
Card Ending ▮▮▮▮

| | | Amount |
|---|---|---|
| 08/05/14 | GOOGLE*SVCSAPPSBUNZAMountain View<br>ADVERTISING SERVICE | $70.00 |
| 08/28/14 | REGUS      OFFICE SERVI<br>OFFICE SERVI<br>972-340-2021 | $79.20 |
| 08/28/14 | INTUIT *QB ONLINE 800-286-6800    CA<br>SOFTWARE | $18.86 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | $0.00 |

## 2014 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2014 | $610.42 |
| Total Interest in 2014 | $0.00 |

ATTACHMENT O

APP. 000640
Ex. 1

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
Pursuant to 28 U.S.C. § 1746

1.  I, _Cathy Bazal_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by **American Express Company**, and attached hereto.

3.  The documents produced and attached hereto by **American Express Company**, are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of **American Express Company**; and

    c)  Were made by the regularly conducted activity as a regular practice of **American Express Company**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _02-05-15_, 201_.

_Cathy Bazal_
Signature

ATTACHMENT O

App. 000640.1
Ex. 1

```
Jun/10/2015 8:58:18 AM              American Express 1                    9/21
SS70          Change Cardholder Data          Worksheet              06/10/15
                                                                     2400  00
                                              OPEN PLATINUM  Prop Sts
  C      ████████2007        Type    Coll sts    C/O Cls   Class    Sts
       DORON NOTTEA                             Basic/Sup  B  Plst Sts
Address type 01 Home                           Anniv Date  1990
             6925 CANBY AVE
             STE 105
             RESEDA                 CA   913354360    Time zone  PAC
Country code US  UNITED STATES           Phone 8182629999       Ext
Effective date 11/20/14  to
Correspondence: Stmt 04  Plst 04   Ltr 04  Lbl 02  Chg supps addr      N
Date addr last changed 01/14/15                    CI I

C/H name     DORON                 NOTTEA
SSN    ████████    DOB 0███████  Language EN ENGLISH        ECOA 1
VDT    Verification                   Codes: NRI      FIA number
Plastic name DORON NOTTEA         Date C/H added 09/30/07   Claim status

  SR LEGL INSURANCE REFUND OPPORTUNITY LETTER -  REF23940           +
ACCT CONVERTED TO TRIUMPH         TOP OF LIST
Command ==>      Data ==>
F1=HELP        F2=ALPHA SRCH  F3=END        F4=REFRESH    F8=SCROLL DOWN
F9=KEYS HELP   F11=CHNG PROC1 F12=CANCEL    F13=BAL STATUS F15=TOP OF LIS
```



```
Jun/10/2015 8:58:16 AM              American Express 1                    10/21
SS14        Account/Cardholder X-Ref        List of Players        06/10/15
                                                                   2400  00
                                        Tot # Cardholder 15 Prop Sts
C       ████ 2007    OPEN PLATINUM   Type  Coll  C/O Cls    Class  Sts
-            PAUL MEDINA                                      N
             6925 CANBY AVE
             RESEDA                    STE 105
             RESEDA           ████  CA 913354360 Country US        B/S S
             DOB         ████ SSN    ████  Plastic ████
             VDT    Verification            Status CM LEFT COMPANY
- ████       PIERRE TEBOUL                                   N
             6925 CANBY AVE
             RESEDA                    STE 105
             RESEDA           ████  CA 913354360 Country US        B/S S
             DOB         ████ SSN    ████  Plastic ████
             VDT    Verification            Status CM LEFT COMPANY
- ████       A NOTTEA                                         N
             6925 CANBY AVE
             RESEDA                    STE 105
             RESEDA           ████  CA 913354360 Country US        B/S S
             DOB         ████ SSN    ████  Plastic ████   1090
             VDT    Verification            Status
SR LEGL INSURANCE REFUND OPPORTUNITY LETTER - REF23940              +

Command ==>      Data ==>
F1=HELP         F2=ALPHA SRCH   F3=END        F4=REFRESH     F5=ORDER PLAST
F8=SCROLL DOWN F9=KEYS HELP    F11=CHNG PROC1 F12=CANCEL     F13=BAL STATUS
```

ATTACHMENT O



```
Jun/10/2015 8:58:18 AM           American Express 1                    11/21
SS14      Account/Cardholder X-Ref        List of Players           06/10/15
                                                                    2400  00
                                          Tot # Cardholder 15 Prop Sts
C  ▮▮▮▮▮▮▮ 2007    OPEN PLATINUM  Type    Coll  C/O Cls  Class  Sts
-                                                         N
           J COHEN
           6925 CANBY AVE
           RESEDA                    STE 105
           RESEDA        CA 913354360 Country US         B/S S
           DOB  ▮▮▮▮▮▮      SSN  ▮▮▮▮▮▮   Plastic ▮▮▮▮▮▮
           VDT   Verification                   Status
           STEPHAN BAUER                          N
-  ▮▮▮▮▮▮▮
           6925 CANBY AVE
           RESEDA                    STE 105
           RESEDA        CA 913354360 Country US         B/S S
           DOB  ▮▮▮▮▮▮      SSN  ▮▮▮▮▮▮   Plastic ▮▮▮▮▮ 1132
           VDT   Verification            Status CM LEFT COMPANY
           STEPHAN BAUER                          N
-  ▮▮▮▮▮▮▮
           6925 CANBY AVE
           RESEDA                    STE 105
           RESEDA        CA 913354360 Country US         B/S S
           DOB  ▮▮▮▮▮▮      SSN  ▮▮▮▮▮▮   Plastic ▮▮▮▮▮ 1116
           VDT   Verification            Status CM LEFT COMPANY
           SR LEGL INSURANCE REFUND OPPORTUNITY LETTER - REF23940    +

Command ==>      Data ==>
F1=HELP      F2=ALPHA SRCH  F3=END      F4=REFRESH    F5=ORDER PLAST
F7=SCROLL UP  F8=SCROLL DOWN F9=KEYS HELP  F11=CHNG PROC1 F12=CANCEL
```



APP. 000644
Ex. 1



```
Jun/10/2015 8:58:16 AM              American Express 1                    13/21
SS14      Account/Cardholder X-Ref        List of Players              06/10/15
                                                                       24U0  00
                                          Tot # Cardholder  15 Prop Sts
C    ███████████  2007    OPEN PLATINUM   Type  Coll  C/O Cls  Class  Sts
_                                                         N
         IGOR LAYS
         6925 CANBY AVE
         RESEDA                           CA 913354360 Country US      B/S S
         DOB  ██████  SSN  ███████       Plastic       1140
         VDT    Verification            Status CM LEFT COMPANY
_    ███████  ROI REUVENI                             N
         6925 CANBY AVE
         RESEDA                           CA 913354360 Country US      B/S S
         DOB  ████████  SSN  ████████     Plastic       1058
         VDT    Verification                 Status
_    ███████  A ALGARP                                N
         6925 CANBY AVE
         RESEDA                           CA 913354360 Country US      B/S S
         DOB  █████████  SSN  7  Plastic
         VDT    Verification           Status CM LEFT COMPANY
 SR LEGL INSURANCE REFUND OPPORTUNITY LETTER - REF23940                   +

Command ==>        Data ==>
F1=HELP       F2=ALPHA SRCH  F3=END        F4=REFRESH    F5=ORDER PLAST
F7=SCROLL UP  F8=SCROLL DOWN F9=KEYS HELP  F11=CHNG PROC1 F12=CANCEL
```