```
Jun/10/2015 8:58:16 AM                American Express 1                    14/21
SS14        Account/Cardholder X-Ref        List of Players              06/10/15
                                                                         24U0   00
                                              Tot # Cardholder   15 Prop Sts
C▓▓▓▓▓▓▓     2007    OPEN PLATINUM   Type    Coll   C/O Cls   Class    Sts
             TAL TOPEL                                 N
             6925 CANBY AVE                 STE 105
             RESEDA              ,  CA 913354360 Country US         B/S  S
         DOB ▓▓▓▓▓▓     SSN ▓▓▓▓▓▓▓  Plastic ▓▓▓▓▓▓▓▓▓▓1082
             VDT     Verification             Status CM LEFT COMPANY
▓▓▓▓▓▓▓▓     MOTTI NOTTEA                              N
             6925 CANBY AVE                 STE 105
             RESEDA              ,  CA 913354360 Country US         B/S  S
         DOB            SSN 0000000000  Plastic ▓▓▓▓▓▓▓▓▓1017
             VDT     Verification             Status BASC RECND LIAB
▓▓▓▓▓▓▓▓     RACHEL NOTTEA                             N
             6925 CANBY AVE                 STE 105
             RESEDA              ,  CA 913354360 Country US         B/S  S
         DOB            SSN 0000000000  Plastic ▓▓▓▓▓▓▓▓▓1025
             VDT     Verification             Status BASC RECND LIAB
        SR LEGL INSURANCE REFUND OPPORTUNITY LETTER - REF23940                 +
Bottom of list
Command ==>         Data ==>
F1=HELP        F2=ALPHA SRCH   F3=END         F4=REFRESH     F5=ORDER PLAST
F7=SCROLL UP   F9=KEYS HELP    F11=CHNG PROC1 F12=CANCEL     F13=BAL STATUS
```

