ORIGINAL

1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

JUN 1 5 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10  **FEDERAL TRADE COMMISSION,**         Case No.   CV 15 - 04527 - GW (PLAx)

11              Plaintiff,                **APPENDIX TO PLAINTIFF**
                                          **FEDERAL TRADE**
12         v.                             **COMMISSION'S**
                                          **MEMORANDUM IN SUPPORT**
    **BUNZAI MEDIA GROUP, INC.,** *et*    **OF ITS *EX PARTE* MOTION FOR**
13  *al.,*                                **TEMPORARY RESTRAINING**
                                          **ORDER**
            **Defendants.**
14

    **[FILED UNDER SEAL]**
15

16

17                      **APPENDIX VOLUME III – Pages 650-813**

18



1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

**FEDERAL TRADE COMMISSION,**

Plaintiff,

v.

**BUNZAI MEDIA GROUP, INC.,** *et al.*,

**Defendants.**

Case No. CV15-04527-GW(PLA)

**APPENDIX TO PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

11

12

13

14

**[FILED UNDER SEAL]**

15

16

17

**APPENDIX VOLUME III – Pages 650-813**

18

19

20

APPENDIX VOLUME III

1

| APPENDIX VOLUME III – Pages 650-813 | | |
|---|---|---|
| Exhibit | Description | Bates Number |
| 2. | Declaration of Donna Lind | 650-65 |
| 3. | Declaration of Carol Biehl | 666-74 |
| 4. | Declaration of Melissa H. Bearns | 675-91 |
| 5. | Declaration of Carol Slayton | 692-95 |
| 6. | Declaration of Ann Maletic | 696-704 |
| 7. | Declaration of Jeanette Burrage | 705-13 |
| 8. | Declaration of Julie Finnerty | 714-26 |
| 9. | Declaration of Lorraine M. Nik | 727-30 |
| 10. | Declaration of Virgin Marry Betancourt | 731-33 |
| 11. | Declaration of Scott Brownell | 734-36 |
| 12. | Declaration of Ray Cutshaw | 737-40 |
| 13. | Declaration of Elysia Mathias | 741-53 |
| 14. | Declaration of Kris Sheetz | 754-59 |
| 15. | Declaration of Alana Marks | 760-78 |
| 16. | Declaration of Andrew Stanley | 779-88 |
| 17. | Certification of Records of Regularly Conducted Activity of Steven McFarland, Better Business Bureau of Santa Clara Valley, Ltd. | 789-806 |
| 18. | Declaration of Rebecca Woolever | 807-13 |

Dated:

_____/s/ Reid Tepfer_____
REID A. TEPFER
LUIS H. GALLEGOS
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75077
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

APPENDIX VOLUME III

# EXHIBIT 2

## DECLARATION OF DONNA LIND
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Donna Lind declares that:

1.    I am over 21 years of age and competent to give this declaration. I live in Scotts Valley, California. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.    Around May 2013, while visiting Facebook.com, I noticed an advertisement for a "free" trial of a skincare product. I clicked on the link and was redirected to AuraVie's website. The website stated that I could receive a "free" trial by paying a small shipping and handling fee. I provided my credit card information to pay the shipping and handling fee. I also provided my mailing information.

3.    Sometime later, I received a shipment containing AuraVie's skincare products. **Attachment A** is a true and correct copy of a photo I took of the AuraVie skincare product I received. The shipment contained a card and a packing list. **Attachment B** is a true and correct copy of the packing list and discount card. The packing list shows a ship date of May 24, 2013. The packing list showed that I would get charged $3.02 for shipping and handling and $1.93 for processing. In total, the packing list showed I would be charged $4.95. The shipment did not contain any information about returning the skincare products with a certain period

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746

1  of time to avoid getting charged for them or getting enrolled in a monthly program

2  that would ship me additional skincare products and charge me $97.88.

3  **Attachments B, C, D, E, G, H, and I** have been redacted to remove personal

4  information.

5      4.    Around July 10, 2013, I received a second shipment from AuraVie

6  that I was surprised to receive since I had not ordered it. The second shipment also

7  contained a packing list that shows a ship date of July 8, 2013. **Attachment C** is a

8  true and correct copy of the packing list. When I looked at the packing list, I was

9  shocked to see that it showed I would have to pay $97.88.

10     5.    When I reviewed my credit card statement for the period of May 26,

11  2013, through June 25, 2013, I saw that I had been charged $97.88 on June 7,

12  2013. My credit card statement showed the "Merchant Name or Transaction

13  Description" as "MYSKIN 877743700 OF 00 877-7437943 CA." My credit card

14  statement also showed a charge of $3.02 with a "Merchant Name or Transaction

15  Description" of "MYSKIN 8777437942 8777437942 CA." My credit card

16  statement also showed a charge $1.93 with a "Merchant Name or Transaction

17  Description" of "NUSKIN 855-589-1707 VAN NUYS CA." Both latter charges

18  showed a transaction date of May 23rd. As shown on the packing list that I

19  received with my first shipment, the $3.02 and $1.93 charges were the only fees

20

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746          Page | 2

1  AuraVie told me they would charge. **Attachment D** is a true and correct copy of

2  my credit card statement.

3      6.      I called AuraVie and spoke with a representative who informed me

4  that, because I had not cancelled and returned the product within 2 weeks, I agreed

5  to purchase the product and agreed to signed up for a program where I would

6  receive a skincare package each month and be charged $97.88 for each shipment.  I

7  told the representative that I had not signed up for such a program and I offered to

8  return the two shipments.  The representative said I could not return the first

9  shipment as the sample was for a 2 week trial and I was over 30 days to contest

10  with my credit card.  When I became upset about this, the representative became

11  argumentative and demeaning.  While I cannot remember the exact words used, the

12  representative essentially called me a fool for not reading the fine print and told me

13  to go back and look at the website.  He said that he would waive the restocking fee

14  for the second shipment but that I was stuck with the shipping cost and the full cost

15  of the first shipment.  The representative then gave me a number that I could use to

16  return the second shipment.

17      7.      Later that same day, AuraVie emailed me the number I could use to

18  return the second shipment.  The email is dated July 10, 2013. **Attachment E** is a

19  true and correct copy of the AuraVie email I received.  Although the email said I

20  purchased the items on July 8, 2013, this statement was not true.  I never purchased

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746                    Page | 3

1  the items. The items were automatically shipped to me since I did not know that I

2  had to return the first shipment within two weeks to prevent AuraVie from

3  automatically enrolling me in a monthly program.

4     8.   That same day, I sent back the second shipment through the US Postal

5  Service. **Attachment F** is a true and correct copy of the US Postal Service receipt.

6     9.   Later that same day, I sent complaints about AuraVie to various

7  organizations. **Attachment G** is a true and correct copy of one of my complaints.

8     10.  I never authorized AuraVie to charge me $97.88 for the skincare

9  product. Moreover, I never agreed to allow AuraVie to enroll me in a monthly

10  program that would send me additional skincare products and charge $97.88 per

11  month. I did not see anything on the website or the first shipment I received that

12  indicated I had to cancel and return the skincare product within 2 weeks to avoid

13  being charged for the product and getting enrolled in a monthly skincare shipment

14  program. I never would have requested the "free" trial with AuraVie had I known

15  that I had to return the skincare product within a certain period of time to avoid

16  being charged for the "free" skincare product or that I would get signed up for a

17  monthly skincare shipment program that would charge me $97.88 per month.

18     11.  After calling AuraVie, I again contacted my credit card provider,

19  Chase, and disputed the $97.88 charge. Chase sent me a declaration form to

20  dispute the charges in writing. **Attachment H** is a true and correct copy of the

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746                Page | 4

1  declaration form I submitted to Chase.  After conducting an investigation, my

2  credit card provider refunded the charge.

3        12.    After speaking with AuraVie, I filed a complaint with the Better

4  Business Bureau.  **Attachment I** is a true and correct copy of the complaint I

5  submitted to the Better Business Bureau.

6        13.    I understand that this declaration may be used by the Federal Trade

7  Commission in a law-enforcement proceeding.

8        I declare under penalty of perjury under the laws of the United States that

9  the foregoing is true and correct.

10       Executed on June __5__, 2015, in Scotts Valley, California.

11

12

13       DONNA LIND

14

15

16

17

18

19

20

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746                    Page | 5

Ex. 2
App. 000654





ATTACHMENT B



ATTACHMENT C



ATTACHMENT D

From: "AuraVie" <support@auravie.com>
Subject: RMA Notification #2568714
Date: July 10, 2013 3:31:24 PM PDT
To: Donna Lind <████████████>



AuraVie
The Aura of Youth

RMA Notification

Order Number: 2568714                                    Ordered on: 07/08/2013 02:43am

Dear Donna Lind,

This email is to inform you that we have received your request to return your order of Auravie Renew, Revive, Replenish AO, which was originally purchased on 07/08/2013 02:43am for the total amount of $97.88. We have also issued you an RMA number: 2568714534937053319. Visit you can use for future reference. Please write this number on the outside of the package being returned. We suggest you add a form of delivery confirmation and the package must be returned no later than thirty (30) days from your original order date to avoid being billed.

If you have any questions about this notification or if you feel you are receiving this in error, please feel free to contact our Customer Service team.

Customer Care: (800) 236-9315 Mon–Fri, 7 am to 4 pm PST

Thank you again for your business!

Have a healthier day!

*Auravie Team*

Customer Care

PO Box #10455
Van Nuys, CA 91410

ATTACHMENT E

Ex. 2, Att. E
App. 000659

Ex. 2, Att. F
App. 000660

ATTACHMENT F

From: Donna Lind <
Subject: **Complaint on AuraView - 7/10/15**
Date: July 10, 2013 5:17:20 PM PDT



I recently saw an advertisement for a AuraView Skincare products. The offer listed an opportunity to try a sample of AuraView 3 in 1 products for the cost of mailing. I received the products just before leaving on vacation and when I returned, I received a 2nd shipment with a bill for $97+. I was shocked as I never intended to sign up for monthly shipments and hadn't even had time to try the first shipment. I called customer service and offered to return the sample and this 2nd shipment. I was told I couldn't return the 1st shipment as the sample was for only 2 weeks trial and I was beyond that and over 30 days to contest with my credit card. The person I spoke with said I should have read the fine print and what he'd do was waive the restocking fee for this shipment I received today but I was stuck with the shipping cost and the full cost of the 1st shipment. When I became upset at this, the person became argumentative and demeaning. I stayed on the phone to get the number that must be written on the box when returned and then hung up rather than continue arguing or more demeaning comments. In looking at the advertising material in the box, I felt the info was misleading and distorted. Their customer service involved no service. I had to remain on hold for approx. 10 minutes before speaking with someone and then was put on hold again after being asked for my order #. I have spent my career as a professional and if I could make this mistake, it could happen to anyone. I worry that many would crumble with the high pressure intimidating attitude that I endured with customer service. I found this business to be highly unprofessional.

**ATTACHMENT G**

Ex. 2, Att. G
App. 000661

Cardmember Name: Donna R Lind
Account Number:

**Type of Dispute: Credit Slip Not Posted to Account**

I am disputing the following charges on my credit card account:

| Merchant | Posting Date / Amount |
|---|---|
| MYSKIN 877763700 OF 00 | June 10, 2013 / 97.88 |

Although I did engage in the transaction(s) with the merchant(s), I canceled/returned on 7/10/13 (date(s)).

What was purchased or returned/canceled? AURAVIE SKINCAN Products
RENEW, Revive, Replenish mi

What was the reason for the return or cancellation? DECEPTIVE MARKETING - I
Signed up for A Sample. I DIDN'T REALIZE
IT was A Continuing Delivery + I HAD TO Return IN
2 Weeks or Be Billed

I was advised of the merchant's cancellation/return policy(s) at the time of the transaction(s):
Yes ____ No X

The merchant's cancellation/return policy(s) is: I WAS TOLD THAT I HAD TO
Try PRoduct + Cancel /RET WIN 2 WKS. THAT
WAS NOT Clear. I Received PRoduct JuST BefoRE
LEAVING oN VACATION + HAD NO TIME TO TRY SAmPLE

The merchant accepted the cancellation/return: Yes ____ No X
The Refused TO Accept RET of SAMPLE, I RET of 2ND shipment
If "Yes," please enclose any supporting documentation (copy of cancellation letter, phone bill, credit slip or return shipment confirmation, such as from Fed-Ex or UPS)

If "No," why did the merchant not accept the cancellation/return?

They Refused To let me RETURN "Sample" As
IT was PAST 2 WK Time. I Returned 2ND Shipment
SAme DAY Received + Called Them — I HADN'T
EVEN HAD TIME TO TRY SAmPLE DUE TO VACATION.
Their MARKETING WAS VERY DECEPTIVE
Continued

See ATTACHed —

**ATTACHMENT H**

If you contacted the merchant(s) to resolve this matter(s) after you were billed, what was the merchant's response(s)?

REFUSED TO ACCEPT RETURN OF Sample or
REFUND $97⁸⁸ - They said They WON'T RESTOCKING
FEE + LET ME RETURN 2ND PRODUCT / DELIVERY.
Name of person(s) at merchant with whom you spoke: He DECLINED TO SAY- his
Email
Attached

Contact Date(s) ___7-10-13_____

Signature: _____[signature]_____   Date: ___7/20/13___

Best phone number to reach you:

Daytime phone number: ( ▮▮▮ ) ▮▮▮▮▮▮▮

Evening phone number: ( ▮▮▮ ) ▮▮▮▮▮▮▮

Best time to reach you: ▮▮▮▮▮▮▮▮  cl

__X__ 9am to 12pm ET

_____ 12pm to 5pm ET

__X__ After 5pm ET   either

COMPLAINT # 20032560

<u>COMPANY INFO</u>
NAME:  **AuraVie Skincare**

---

<u>CONSUMER INFO</u>
NAME:  **Donna Rae Lind**
ADDRESS:  ▮▮▮

Scotts Valley, CA

$ VALUE:  $97.88

DAY PHONE:  ▮▮▮
EVE PHONE:  ▮▮▮

PHONE:  ▮▮▮
FAX:

---

<u>DETAILS</u>
CONCERNING:  **Advertising Issues**
RECEIVED:  02 August 2013        CLOSE CODE:  600 - Letter of Experience
CLOSED:  13 August 2013           CLOSED BY:  OttOOtto
REVIEWED BY:
ASSIGNED TO:  Marie Rueda

NATURE OF DISPUTE: 44FYI
I recently saw an advertisement for a AuraVie Skincare products. The offer listed an opportunity to try a sample of Auravie 3 in 1 products for the cost of mailing. I received the products just before leaving on vacation and when I returned, I received a 2nd shipment with a bill for $97+. I was shocked as I never intended to sign up for monthly shipments and hadn't even had time to try the first shipment. I called customer service and offered to return the sample and this 2nd shipment. I was told I couldn't return the 1st shipment as the sample was for only 2 weeks trial and I was beyond that and over 30 days to contest with my credit card. The person I spoke with said I should have read the fine print and what he'd do was waive the restocking fee for this shipment I received today but I was stuck with the shipping cost and the full cost of the 1st shipment. When I became upset at this, the person became argumentative and demeaning. I stayed on the phone to get the number that must be written on the box when returned and then hung up rather than continue arguing or more demeaning comments. In looking at the advertising material in the box, I felt the info was misleading and distorted. Their customer service involved no service. I had to remain on hold for approx. 10 minutes before speaking with someone and then was put on hold again after being asked for my order #. I have spent my career as a professional and if I could make this mistake, it could happen to anyone. I worry that many would crumble with the high pressure intimidating attitude that I endured with customer service. I found this business to be highly unprofessional. (I noticed that on my credit card billing, they use the name MYSKIN 8777437943 CA)
Product_Or_Service: AuraVie Renew, Revive & Replenish M2
Order_Number: ▮▮▮
Account_Number: ▮▮▮
Change advertising practices to make more clear. Products were listed as samples but weren't. Had to return within 2 weeks to avoid a billing of $97.88 which wasn't clear. I'd been on vacation at time. 2nd shipment sent 30 days after the 1st. Argued with me about returning that shipment. I wanted to return first shipment for a refund but was refused. I filed complaint with credit card co. immediately. Investigation upheld my complaint & I received refund.

DESIRED RESOLUTION:

BUSINESS RESPONSE:

DECISION:

**ATTACHMENT I**

Ex. 2, Att. I
App. 000664

ACTIVITY

| | | | |
|---|---|---|---|
| 08/02/2013 | web | BBB | Case Received by BBB |
| 08/02/2013 | DT | BBB | Case Determined to be INFO ONLY - Wait |
| 08/02/2013 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 08/02/2013 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 08/13/2013 | OttO | BBB | Case Closed INFO ONLY |

# EXHIBIT 3

### DECLARATION OF CAROL BIEHL
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Carol Biehl declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Plum, Pennsylvania. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      In March 2014, while visiting the AOL Daily Deals website, there was a popup advertisement for a "risk free trial" of a skincare cream called AuraVie. When I clicked on the advertisement, the link took me to another webpage. The webpage stated that I could receive a "risk free trial" by paying a $4.95 shipping and handling fee. Based on the advertising, my understanding was that the product was free except for a $4.95 shipping fee.

3.      I received a package from AuraVie on around March 20, 2014. Attachment A is a true and correct redacted copy of the invoice included in the first package. Because the invoice lists the price for the product at "$0.00," I interpreted this to mean the product itself was free aside from the $4.95 shipping and handling fees.

4.      About two days after receiving the package, I decided to check online reviews of the product. I was surprised by all the negative complaints I found when I searched for the company. Because many of the complaints mentioned unauthorized charges, the need to cancel within ten days, and the difficulty

Declaration of Carol Biehl Pursuant to 28 U.S.C. § 1746

cancelling a continuity membership, I decided to contact the company immediately to prevent any unauthorized charges.

5.      I initially attempted to contact AuraVie customer service by phone. However, when I called, I was unable to speak with a live representative. I was on hold for about ten minutes before the line disconnected with an automated "goodbye" message. The line disconnected without giving me the option of leaving a voicemail.

6.      After unsuccessfully attempting to reach AuraVie by phone, I went to AuraVie's website, auravie.com, and emailed AuraVie using the contact information listed under the "contact us" page of their website. In my message, I told AuraVie not to send any products or charge my Discover card without my approval.

7.      Despite my attempts to prevent any additional charges, I discovered an unauthorized charge of $97.88 on my March Discover Card billing statement. The billing statement showed that the charge was made by "DMA 86698262168 TARZANA CA," which I later confirmed was for the AuraVie "risk free trial" package after speaking with an AuraVie representative. The charge was made by the same company that charged me $1.93 and $3.02 earlier in the month, which added up to the $4.95 shipping and handling fee I expected. After I saw the charge, I called Discover to dispute it.

Declaration of Carol Biehl Pursuant to 28 U.S.C. § 1746                    Page | 2

8.    I received another shipment from AuraVie and another $97.88 charge on around May 2, 2014, despite the fact I had disputed AuraVie's charge. The second charge was made by "ANTIAGE ENCINO CA," which I later learned was AuraVie after speaking with a representative from the company.

9.    I called Discover card again about the unauthorized charges. Then, I attempted to contact AuraVie by telephone again, using three different phone numbers provided to me by the Discover card representative. However, I was still unable to get an AuraVie representative on the phone. Again, I could only get a recording stating that representatives were busy when I called these numbers. And as before, the line disconnected after about 10 minutes with an automated "goodbye" message, without giving me the option of leaving a voicemail.

10.    **Attachment B** is a true and correct copy of my redacted bank statements, which show the two $97.88 charges from   DMA 86698262168 TARZANA CA and ANTIAGE ENCINO CA.

11.    I mailed back both packages, both containing all of the AuraVie products unopened and unused. I also mailed a letter by certified mail, demanding that they stop sending product and charging my Discover credit card. **Attachment C** is a true and correct redacted copy of the letter I sent to AuraVie by certified mail.

12.    After mailing back the packages, I called Discover and asked that the

Declaration of Carol Biehl Pursuant to 28 U.S.C. § 1746                    Page | 3

charges for AuraVie's products be reversed. I received two temporary credits from Discover; however, one of the charges was reinstated by Discover. **Attachment D** is a true and correct copy of my redacted billing statement, which shows a "reversal of temporary credit" by Discover for a $97.88 charge by AuraVie.

13.   Sometime during this process, I was contacted by an AuraVie representative who wanted to "settle" with me about my complaint. The AuraVie representative told me that Discover would never credit my card and offered instead to reimburse me for a lesser amount. I refused this offer and told the representative that I had faith in Discover to pursue the charges.

14.   I never authorized or agreed to pay $97.88 per month to receive products from AuraVie, and I did not see anything on the website or in the invoice that accompanied my "risk free trial" indicating I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this subscription plan or service. Had I known about these charges or the difficulty of cancelling the subscription, I never would have requested a "risk free trial" from AuraVie.

15.   After my experience with AuraVie, I filed a complaint with the Better Business Bureau on about June 23, 2014, about my experience.

16.   I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

Declaration of Carol Biehl Pursuant to 28 U.S.C. § 1746

Page | 4

Ex. 3
App. 000669

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _June 4_ , 2015, in Plum, Pennsylvania.


_Carol Biehl_
Carol Biehl

Declaration of Carol Biehl Pursuant to 28 U.S.C. § 1746                    Page | 5

 **Packing List**
Order #4643025

**Ship From:**

AURAVIE SKINCARE
PO BOX 10465
VAN NUYS, CA 91410, US
(866) 216-9336
SUPPORT@AURAVIE.COM

**Ship To:**

CAROL BIEHL

PITTSBURGH, PA [        ] US

[            ]@AOL.COM

| SHIP DATE | SHIP VIA | PAYMENT | TOTAL ITEMS | TOTAL WEIGHT |
|-----------|----------|---------|-------------|--------------|
| 03-17-2014 | USPS | discover | 1 | 0.8 lbs |

| QTY | SKU | NAME | PRICE |
|-----|-----|------|-------|
| 1 | AUR-0-14-E | Auravie Renew, Revive, Replenish Risk Free Trial w/ Ebooks | $ 0.00 |

If you have any questions, please feel free to contact our Customer Service department
from 7am to 4pm PST at 866-216-9336. Thank you!

Shipping & Handling: $ 3.02
Processing Fee: $ 1.93
Tax: $ 0.00
Discount: $ 0.00
Total: $ 4.95

Attachment A

Ex. 3, Att. A
App. 000671



Discover Card: Account Activity

Page 1 of 2

**Activity Period:**

| | | |
|---|---|---|
| | Mar 17 - Apr 16, 2014 | |
| Minimum Payment Due | | ▌ |
| Statement Balance | | ▌ |
| Payment Due Date | May 11, 2014 | |

**Account Summary**

| | |
|---|---|
| Previous Balance | ▌ |
| Payments and Credits | ▌ |
| Purchases | ▌ |
| Fees Charged | ▌ |
| Interest Charged | ▌ |
| Statement Balance | ▌ |
| Credit Line | ▌ |
| Credit Line Available | ▌ |

Your Annual Percentage Rate (APR) is available on your

**Detailed Rewards Activity**

| | |
|---|---|
| Opening Balance | ▌ |
| New Cashback Bonus This Period | ▌ |
| 5% Cashback Bonus | ▌ |
| ShopDiscover & Promotions | ▌ |
| Everywhere Else | ▌ |
| Redeemed This Period | ▌ |

Cashback Bonus Balance
$25.32

It's your account - pay it YOUR way. Choose the payment method that works best for you - online, by phone at 1(P20)-DISCOVER, or by mobile app.
To download the mobile app.

⊟ Expand/Collapse

**Transactions – Click Column Headers to Sort**

| | | | Running Balance |
|---|---|---|---|
| | | | |
| 02/09/14 | | | |
| 03/17/14 | Merchandise | $1.93 | ⟩ *original* |
| 03/17/14 | Merchandise | $3.92 | *order* |
| 03/24/14 | | | |
| 03/25/14 | | | |
| 04/01/14 | Merchandise | (97.68) | — *paid back* |

**Attachment B**

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?date=20140416&way=actvl

February 26, 2015

Ex. 3, Att. B
App. 000672

Auravie Skincare
Po Box 10465
Van Nuys, CA
91410

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Sent To
AURAVIL SKINCARE
Street, Apt. No.;
or PO Box No. PO BOX 10465
City, State, ZIP+4
VAN NUYS, CA 91410

To whom it may concern:

Do not send any skin products
to my home or charge my Discover
Card.

I did not order anything except
what is enclosed which is a
copy of my packing slip.

Discover has been notified
& all charges are being denied

Paul Biebe



Pgh. PA

Discover
Billing Dept.
Po Box 30945
Salt Lake City, UT
84130 - 0945
Name - Acct # Last four on Card

**Attachment C**

Ex. 3, Att. C
App. 000673

Discover Card: Account Activity

Page 1 of 2

Text Size

**Activity Period:**

May 17 - Jun 16, 2014
Minimum Payment Due
Statement Balance
Payment Due Date        Jul 11, 2014

Account Summary

Previous Balance
Payments and Credits
Purchases
Fees Charged
Interest Charged
Statement Balance
Credit Line
Credit Line Available

Your Annual Percentage Rate (APR) is available on your

Detailed Rewards Activity

Opening Balance
New Cashback Bonus This Period
5% Cashback Bonus
ShopDiscover & Promotions
Everywhere Else
Redeemed This Period

Cashback Bonus Balance



Redeem Cashback Bonus for any amount.

earn any amount for a statement credit, direct deposit to
                 onate to charity.
        — Expands/Collapses

Transactions – Click Column Headers to Sort



| | | Running Balance |
|---|---|---|
| | Last Statement Balance as of May 17, 2014 | |
| 05/01/14 | Merchandise | 307.68 |
| 05/17/14 | | |
| 05/22/14 | Payments and Credits -307.08 | |
| 05/22/14 | Payments and Credits -$32.08 | |
| 05/19/14 | Payments and Credits -$37.68 | |

**Attachment D**

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?date=20140616&way=actvt

February 26, 2015

Ex. 3, Att. D
App. 000674

# EXHIBIT 4

## DECLARATION OF MELISSA H. BEARNS
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Melissa H. Bearns declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Portland, Oregon. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. On December 4, 2013, I received or saw a link or advertisement to a survey online asking for my opinion on topics related to my job. I filled out the survey, and at the end, I was offered a choice of products as a "gift" for taking the survey. I selected AuraVie Skincare product, which brought up another popup box for me to provide billing information to pay a $4.95 shipping and handling fee for the "gift." This popup box did not contain any terms and conditions or information about additional charges or subscription plans. I provided my debit card information to pay this $4.95 fee. The "gift" of AuraVie products arrived several days later in a box with no shipping label or return information. Nothing was in the box other than the products themselves.

3. A few weeks later, my bookkeeper, who assists me with expenses and taxes relating to my business, brought to my attention a charge of $97.88 on my debit card billing statement and asked me what it was so that the expense could be classified. She also asked about the two separate shipping and handling charges for $3.02 and $1.93. Beside the charges was "HRSKIN 877-395-4510."

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746

1    The $97.88 charge was made on December 23, 2013.

2          4.    Because I did not recognize the charge, I called the toll-free number

3    listed next to the charge on my billing statement. It was a customer service

4    number, and the company was currently closed, but I was given the option to

5    "cancel" my account by pressing 1 on the phone, which I did. After doing so, I

6    was told by an automated message that an additional $97.88 had been charged to

7    my account.

8          5.    Two days later, I called the customer service number again during

9    business hours. First, a customer service representative who stated they were with

10   AuraVie put me on hold for over 20 minutes when I asked to speak with a

11   supervisor.

12         6.    I hung up because no one ever took me off hold, and I called back

13   again to try and speak with a representative about the unauthorized charges. When

14   I complained to the AuraVie representative, he told me I had to pay for the "gift"

15   because I failed to return it within 30 days, even though I had not opened the

16   product they shipped. He also claimed I had signed up for an ongoing subscription

17   of AuraVie's skincare products on their website and had authorized the $97.88

18   charges when requesting the "gift."

19         7.    When I brought up the second charge, the AuraVie representative

20   stated that I could return the second package at my own expense for a partial

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746
Page | 2

Ex. 4
App. 000676

1  refund. He advised me that if I return the second package with a return

2  merchandise authorization number, I would be refunded the $97.88 but would

3  have to pay a 15% restocking fee. He also informed me that it would take weeks

4  or possibly months to receive my refund. Alternatively, the AuraVie

5  representative stated I could keep the second product shipment and receive a 50%

6  discount of the $97.88 I was charged. To qualify for this refund, though, I would

7  have to agree to a "settlement" with AuraVie. I did not choose either of these

8  options; instead I decided to refuse the second product shipment. **Attachment A**

9  is tracking information for the second product shipment.

10      8.    I never agreed to pay $97.88 to receive a "gift" from AuraVie. The

11  popup windows offering me the "gift" and requesting my payment info did not

12  contain any notice I was signing up for a subscription to AuraVie's products, the

13  amount that I would pay, or the terms and conditions associated with this product

14  subscription. I made sure to look on the popup box for links to terms and

15  conditions or any notice of additional charges; however, I did not see anything

16  like that. Nor did I receive anything in the package with my "gift" to notifying me

17  of a need to cancel, how to cancel, the amount I would be charged, or the terms

18  and conditions of this subscription.

19      9.    The cancelation process was difficult and frustrating because the

20  AuraVie representative would not agree to refund the charges fully. Instead, I had

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746

Page | 3

1    to file dispute with my bank. Included as **Attachment B** is a true and correct

2    redacted copy of follow-up communication I received from the bank after

3    disputing the charges.

4         10.    After that, I contacted several agencies regarding my frustrations

5    with AuraVie. I filed complaints with the Internet Crime Complaint Center, the

6    California Attorney General, the Better Business Bureau, the Oregon Department

7    of Justice, and the California Department of Consumer Affairs.

8         11.    AuraVie responded to the California Attorney General stating I

9    would receive a full refund for both unauthorized charges. A true and correct

10   redacted copy of the communication between the California Attorney General,

11   AuraVie, and me is attached to this declaration as **Attachment C**. After I received

12   the refund from AuraVie, my bank rescinded the temporary credits because I had

13   already received a refund before they came to a final decision about rescinding the

14   charges.

15        12.    I understand that this declaration may be used by the Federal Trade

16   Commission in a law-enforcement proceeding.

17

18

19

20

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746
                                                      Page | 4

1    I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3    Executed on _____, 2015, in Portland, Oregon.

4

5

6    _Melissa H. Bearns_
     **Melissa H. Bearns**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746
Page | 5

Ex. 4
App. 000679



USPS.com® - USPS Tracking™

https://tools.usps.com/go/TrackConfirmAction!input.action?tRe...

English     Customer Service     USPS Mobile

Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools

Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 9400115901117641585474

Expected Delivery Day: Friday, January 24, 2014
Your item was refused by the addressee at 10:43 am on January 27, 2014 in PORTLAND, OR 97202 and is being returned to the sender.
Information, if available, is updated periodically throughout the day. Please check again later.

### Product & Tracking Information

| Postal Product: | Features: |
| First-Class Package Service | USPS Tracking™ |

### Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 27, 2014 , 10:43 am | Refused | PORTLAND, OR 97202 |
| January 27, 2014 , 10:35 am | Refused | PORTLAND, OR 97202 |
| January 23, 2014 , 7:05 am | Out for Delivery | PORTLAND, OR 97202 |
| January 23, 2014 , 6:55 am | Sorting Complete | PORTLAND, OR 97202 |
| January 23, 2014 , 2:26 am | Arrival at Post Office | PORTLAND, OR 97202 |
| January 21, 2014 | Depart USPS Sort Facility | SANTA CLARITA, CA 91383 |
| January 21, 2014 , 8:40 pm | Processed at USPS Origin Sort Facility | SANTA CLARITA, CA 91383 |
| January 21, 2014 , 5:25 pm | Accepted at USPS Origin Sort Facility | VAN NUYS, CA 91410 |
| January 20, 2014 | Electronic Shipping Info Received | |

### Track Another Package

What's your tracking (or receipt) number?

[                    ]     Track It

LEGAL                        ON USPS.COM                 ON ABOUT.USPS.COM           OTHER USPS SITES
Privacy Policy ›             Government Services ›        About USPS Home ›           Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›          Newsroom ›                  Postal Inspectors ›

1 of 2                                                                              1/27/14, 9:57 PM

**Attachment A**

Ex. 4, Att. A
App. 000680



January 29, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

PORTLAND, OR 97202-5256

Re: Your account XXXX

**Hello from Umpqua,**

We received your quality of service/merchandise dispute for charges posted to your account, but are not able to resolve this with the merchant. Please work with the merchant to see if they can help you. If you are unable to resolve it you may file a new dispute and provide to us the information below.

Once you've contacted the merchant, we need the date you contacted them after the transaction posted to your account. Include any documentation, such as emails, chat logs, phone logs, who you spoke with and the date, or other correspondence. If you cancelled a membership we need the reason for cancellation, date of cancellation, and cancellation number (if provided). If you received any merchandise, you must return it and provide the tracking number information. The last date to re-dispute these charges is 2/12/14.

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2013 | HRSKIN 877-395-4510 | $97.88 |
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

*TANYA Booth @ umpquabank.com*

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

MEMBER FDIC   EQUAL HOUSING LENDER   SBA PREFERRED LENDER
www.umpquabank.com   1-866-4UMPQUA (1-866-486-7782)

Page 1 of 1

**Attachment B**

Ex. 4, Att. B
App. 000681



February 12, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**
███████████████████
**PORTLAND, OR 97202-5256**

Re: Your account XXXX███

Hello from Umpqua,

We received your dispute for charges posted to your account and are working hard to resolve it for you as quickly as possible. This quality of service issue with the merchant has been sent to the card processors for review.

A description of the disputed charges is listed below. We'll be in touch within the next 45 to 120 days with a letter letting you know the results of our investigation.

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2013 | HRSKIN 877-395-4510 | $97.88 |
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470