

February 27, 2014

**CURRENT SHIFT LLC – MELISSA H BEARNS**
████████████

PORTLAND, OR 97202-5256

Re: Your account XXXX████

**Hello from Umpqua,**

We received your dispute and have confirmed that no error occurred. The merchant issued a full credit to your account on 2/17/14. You have a right to request copies of the documentation that we used to make our decision.

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2013 | HRSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

**Attachment B**

Ex. 4, Att. B
App. 000683



February 27, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

PORTLAND, OR 97202-5256

Re: Your account XXXX

**Hello from Umpqua,**

We received your dispute and have confirmed that no error occurred. The merchant issued a full credit to your account on 2/17/14. You have a right to request copies of the documentation that we used to make our decision.

| Date | Description | Amount |
|------|-------------|--------|
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

MEMBER FDIC   EQUAL HOUSING LENDER   SSA PREFERRED LENDER
www.umpquabank.com   1-866-4UMPQUA (1-866-486-7782)                                       Page 1 of 1

**Attachment B**

Ex. 4, Att. B
App. 000684

State of California – Department of Justice

# OFFICE of the ATTORNEY GENERAL
### KAMALA D. HARRIS

## CONSUMER COMPLAINT AGAINST A BUSINESS/COMPANY

Thank you, your submission has been sent.

A copy of your submission is shown below. **Please use your browser Print function to print this page for your records.**

Please be advised that our office cannot represent individual citizens in legal matters, and cannot give individuals legal advice.

If you need legal assistance, we suggest that you contact a private attorney. You may obtain a referral to a certified lawyer referral service by contacting the State Bar at 866-442-2529 (toll-free in California) or 415-538-2250 (from outside California), or via the State Bar website.

If you cannot afford a private attorney, you may consider contacting your local legal aid office. For a referral, visit the Legal Services Corporation and click on the Find Legal Aid tab.

If you have information about a crime, please report the matter locally to the police department or sheriff's office. For contact information, visit the California Law Enforcement Agencies page and click on your city or county law enforcement agency.

If you are contacting our Office about the national mortgage servicing settlement with Citibank, JPMorgan Chase/Washington Mutual, Bank of America/Countrywide, Wells Fargo/Wachovia, and Ally Financial/GMAC, please visit our National Mortgage Settlement website for helpful information.

Although we do our best to respond to all e-mails as quickly as possible, due to high volume, it is possible to experience a delay. We thank you for your patience.

PUBLIC INQUIRY UNIT

Data you submitted:

Your Information

**First Name**
Melissa

**Middle Initial**

**Last Name**
Bearns

**Address Line**
███████████████

**Address Line 2**

**City**
Portland

**State**
Oregon

**Zip Code(+4)**
97202

**Attachment C**

Ex. 4, Att. C
App. 000685

Consumer Complaint Against A Business/Company | State of California – Department of Justice – Kamala D. Harris Attorney General

**Email Address**
▮▮▮▮▮▮▮▮▮▮▮com

**Confirm Email Address**
▮▮▮▮▮▮▮▮▮com

**Area Code Phone Number**
▮▮▮▮  ▮▮▮▮▮

## Business Information (Complaint Against)

**Company Name**
Aura Vie aka HRSKIN aka MYSKIN aka HERSKIN

**Company Address**
PO Box 10465

**Company Address 2**

**Company City**
Van Nuys

**Company State**
California

**Zip Code(+4)**
91410

**Area Code Phone Number**
866    2169336

## Your Comments

**Comment**

I filled out an online survey related to my work. At the end of the survey I was offered the choice of a free gift. I hadn't expected the free gift, but I selected a trial size of 3 Aura Via skin care products.

I was directed to a separate pop-up box to provide a card to pay for the 4.95 in shipping. There was no branding, logo or business name on the pop-up box , nor were there any "Terms & Conditions."

The box that contained the "free" product samples contained nothing but the product samples – no shipping form, return form, information on how to contact the company. There was no information telling me that I had a certain number of days to try out the product & return it for full refund. I was not made aware that if I did not return my "free" sample w/in a certain number of days of the date the order was supposedly placed, that I would be charged $97.88 every month.

The following are the charges made to my card by Aura Vie.

12/6/13 POS 12/06/13 00:10 2724 HRSKIN 877-395-HRSKIN 877 877-4786331 CA 987111 40021547 $3.02
12/9/13 POS 12/07/13 01:34 2724 MYSKIN 87774379MYSKIN 877 877-7437943 CA 400007 001 $1.93
12/23/13 Recur Pymnt 12/23/13 00:15 2724 HRSKIN 877-395-HRSKIN 877 877-4786331 CA 087143 $97.88
1/21/14 Recur Pymnt 01/20/14 23:27 2724 HERSKIN 877-395HERSKIN 87 877-3954510 CA 455343 $97.88

On 1/19/14 I noticed the charges & called the number listed on my bank statement. Customer Service was closed, but I was given the option to cancel my account by pressing #1. After doing so, I was told that an additional charge of $97.88 had been charged on 1/19/14 –my cancellation had possibly triggered another charge.

I called the number during business hours on 1/21/14 (1/20/14 was MLK day).

I spoke w/ a man named Brian, who put me on hold for 27 minutes when I requested to speak w/ a supervisor.

I hung up, called back, & spoke w/ a man name Emmanuel. He claimed that I had signed up for an ongoing trial offer of Aura Vie on the Aura Vie website & had authorized them to bill my account monthly for $97.88 monthly.

The popup box where I entered my card information for the shipping was not in any way identified as part of the Aura Vie website, nor

**Attachment C**

Ex. 4, Att. C
App. 000686

in Euros. It was approximately 9:00 p.m. local time. I immediately called the toll free numbers listed along with the charges in my banking statement, and identified both companies as related to Aura Vie - the "free" product samples I had received.

The charges are as follows:
12/06/13: $3.02 from HRSKIN
12/09/13: $1.93 from MySkin
12/23/13: $97.88 from HRSKIN

Although the customer service was closed at the time, I was given the option to cancel my account (they identified me based on my phone number), by pressing the #1 button on my phone. After pressing the #1 button, I was told that an additional charge of $97.88 had been charged to my card on 1/19/14. It seemed that my cancellation had possibly triggered another charge.

I had to wait until today, Tuesday, 1/21/14, because Monday, 1/20/14 was a holiday (Martin Luther King Day), to call the customer service during business hours.

I first spoke with a man named Brian, who put me on hold for 27 minutes when I requested to speak with a supervisor.

I hung up and called back and spoke with a man name Emmanuel. He claimed that I had signed up for a trial offer of Aura Vie and authorized them to bill my account monthly for $97.88 monthly. He claimed that there was no way I could have signed up for this trial offer without going to the Aura Vie website.

While it is true that I went to the Aura Vie website to research the company and the products on the day that I authorized the $4.95 in shipping, the separate pop-up box where I was being asked to fill in my credit card information was did not appear to be part of the Aura Vie site. If it was, it was not identified as such as there was no URL such as www.auravie.com, and no logo or company name.

As I already mentioned, I was on the Aura Vie website and know what it looks like. The pop-up box had no company name listed, no logo, and no URL at the top. It was, what is called in web terms, a "light box". This is a separate box that pops up, from another webpage, in this case, the page on which was taking the survey, which was not the Aura Vie site. While it is possible that I was redirected in the pop up box to the Aura Vie site, it was not identified as such in any way.

When speaking with Emmanuel, I offered to return the unopened, unused product received as the "free" sample and requested that I be authorized to do so and receive a refund. He told me that the company has a strict 30-day return policy, and that the 30-day countdown begins from the day the order is placed - which would have been the day I filled out the survey, December 4, 2013, and authorized the $4.95 in shipping charges.

The only solution Emmanuel was able to offer me was that when the additional product that was ordered on 1/19/14 (apparently triggered by my cancellation) arrived, that I could call back and received a Return Merchandise Authorization (RMA) number. He advised me that I could then return the product (at my own cost for shipping), and that I would be charged a 15% restocking fee. My refund would be $97.88 minus 15%, or $83.20; and I would be paying for shipping on top of that.

But...conveniently, Emmanuel had a second option for me! He advised me that receiving the RMA number, returning the product, and getting the refund (minus of course the 15% restocking fee and the money for shipping), could be very time consuming and could take weeks or maybe even months.

The second option was to keep the second order, instead of returning it. Instead of choosing to return the second order automatically placed by Aura Vie (and possibly triggered by my cancellation) I could keep the second order. If I decided to do that, Emmanuel told me that he could give me a 50% discount on the second order. Emmanuel advised me that if I chose the 50% discount option, that by choosing that option, I was agreeing to a "settlement" with Aura Vie.

I found that to be a very interesting choice of words, as settlement implies a legal and binding agreement in the case of a dispute.

I suggested to Emmanuel that I would mark the second shipment "Return to Sender" and that I would simply return the products I had already received in the first order (the supposedly "free" samples) to the address that the company lists online, and dispute the charge as they could not charge me for a product that was not in my possession. He told me that if I were to return the product for either order order without an RMA number, that the product would be sent back to me again, and that I would again be charged shipping.

Obviously this is an online scam. As a consumer I was not made aware that I was signing up for an ongoing billing. I was led to believe that I was simply authorizing a $4.95 shipping charge, and possibly directed to a section of the Aura Vie site that is possibly intentionally unidentified (the pop-up box).

In additions, when I received the product, there was no information in the package telling me that I had a certain number of days to try out the product and return it for full refund if I was not satisfied with the product. I was not made aware that if I did not return my "free" sample within a certain number of days of the date the order was supposedly placed, that I would be charged $97.88, every month until I cancelled my account, an account I never created.

Finally, regarding my 1/19/14 cancellation, Emmanuel claimed that my cancellation call was received on January 20, 2014 and that the order was placed on 1/19/14 and was therefore in no way triggered by my cancellation. Aura Vie is located in California, I am located in Oregon. We are both on Pacific Time. I made the call to Aura Vie at approximately 9:30 p.m. Pacific Time.

Emmanuel claims my call to cancel was received at 12:28 a.m. on 1/20/14 Eastern Time. Again clearly fraudulent, by using a manipulation of time zones.

## Attachment C

Last but not least, there's the bogus restocking charge, along with the suggestion that I accept a 50% off discount in exchange for a "settlement". This clearly indicates an effort to legally protect the company and cover up the defrauding of consumers.

Please note, that in the question following this section, "Did you conduct any research on the individual/business prior to the incident?" I have marked "Yes". I am referring to my research explained here where I visited the Aura Vie site to research the company and the products, as well as my search for online reviews to verify the legitimacy of the company. Clearly I made a mistake regarding the "legitimacy" of Aura Vie.

Thank you very much for your time.

Sincerely,
Melissa Beams

Date of Purchase/Incident: 12/06/13/12/09/13/12/25/12 and 1/19/14 Requested Resolution. Allow me to return the unopened, unused products at my own expense (I will pay for shipping) and receive a full refund.
Supporting Documents. Bank statements showing unauthorized charges Previous Complaint. Yes IC3 and the Oregon Department of Consumer Protection.

***************************

Complainant: Beams, Melissa

City: Portland
State: OR
ZIP Code: 97202
Phone Number: ████████████████
Email Address: ████████████████

**Attachment C**

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

January 29, 2014

PIU: 566009

Ms. Melissa Bearns

Portland, OR 97202

RE:   AuraVie Skincare

Dear Ms. Bearns:

Thank you for bringing your consumer complaint to the attention of the Office of the Attorney General. Your complaint is valuable to us as it alerts our office to consumer problems that might not otherwise be brought to our attention.

We will write to the company that you have a complaint against and request a response from them regarding your concerns. Whenever possible we attempt to establish better lines of communication between the two parties involved in a consumer dispute. This procedure is an attempt to resolve the dispute between you and the company. In many cases, the consumer and the company will reach a mutually satisfactory agreement as a result of our efforts.

We do want to inform you, however, that our office is prohibited by law from representing individual citizens in legal matters. We do, within the limits of our resources, bring lawsuits for violations of California law in cases of statewide significance. However, our role in any legal action against a company is on behalf of all the people of California.

We will retain your consumer complaint in our files because at some future date, legal action could be taken against this company by our office. If legal action is taken against the company named in your letter, your complaint could be utilized as important evidence and provide vital documentation for our use on behalf of all California consumer's interests.

Hopefully our correspondence to the company named in your complaint will lead to a satisfactory resolution of your problem. If not, you may wish to contact private legal counsel to advise you of other possible remedies.

Again, thank you for writing the Office of the Attorney General.

Sincerely,

J. Salazar
Public Inquiry Unit

For     KAMALA D. HARRIS
        Attorney General

**Attachment C**

Ex. 4, Att. C
App. 000689

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

PIU: 566009

March 25, 2014

Ms. Melissa Bearns

Portland, OR 97202

RE:  AuraVie Skincare

Dear Ms. Bearns:

   The Public Inquiry Unit of the Office of the Attorney General recently notified you that your complaint had been forwarded to the above-named company. A copy of their reply is enclosed.

   We appreciate your contacting the Attorney General's Office about this matter. We will retain your complaint in our files and may contact you again should it appear that further investigation would be in the public interest.

   Again, thank you for contacting the Office of the Attorney General regarding your important consumer concerns.

Sincerely,

Paul Calderon
Public Inquiry Unit

For    KAMALA D. HARRIS
       Attorney General

Enclosure

**Attachment C**

Ex. 4, Att. C
App. 000690



February 28, 2014                                                 **Personal & Confidential**

Attorney General's Office
        California Department of Justice
        Attn: Public Inquiry Unit
        P.O Box 944255
        Sacramento, CA 94244-2550
        AG Complaint Number: 566009

        Re:  Mrs. Melissa Bearns
             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
             Portland, OR 97202
             AG Complaint Number: 566009

Dear Kamala D. Harris,

This is in response to your correspondence dated January 29, 2014.
2 Full refunds in the total amount of $195.76 have been credited to the customer's credit card
account:

First Refund Transaction in the amount of $97.88 on 2/14/14 confirmation number 2099788059.
Along with a secondary refund Transaction in the amount of $97.88 on 2/14/14 with a
confirmation number of 2132648973.

Statements made in the consumer complaint of Melissa Bearns ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Portland, 97202 are factually inaccurate. In the essence of customer satisfaction our Executive
Resolutions team has decided to make an exception and honor full refunds to consumer.

Please contact customer care if you require additional information regarding this consumer
complaint.


Respectfully,

AuraVie Skincare
Executive Resolution Department
P.O Box 10465
Van Nuys, CA 91410


                    AuraVie Skincare | Executive Resolution Department
                       Tel: 866.261.0801 E-Mail: ERD@auravie.com


                              **Attachment C**


                                                            **Ex. 4, Att. C**
                                                            **App. 000691**

# EXHIBIT 5

**DECLARATION OF CAROL SLAYTON**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Carol Slayton declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Las Vegas, Nevada. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around March 2012, while viewing a website, I noticed an advertisement for a "risk-free" trial. I clicked on the advertisement and it led me to another site, auravietrialkit.com, which stated that I could receive a free trial of an anti-aging cream by paying a shipping fee of only $2.95 with the promo code I had. The website stated that it was within the Federal Trade Commission (FTC) Guidelines. I provided my credit card information to pay for the shipping fee. I did not see anything on the website that discussed any terms and conditions of the offer.

3.      While reviewing my April 2012 Discover credit card statement, I noticed a charge of $97.88. The transaction description showed "SKIN CREAM 8664393165 SHERMAN OAKS CA." **Attachment A** is a true and correct copy of my credit card statement showing the AuraVie transactions. Attachment A has been redacted to remove personal information.

Declaration of Carol Slayton Pursuant to 28 U.S.C. § 1746

4.     I contacted the phone number listed on the transaction description. The representative who answered stated they were with AuraVie.  I asked about the charge I saw on my credit card statement.  The representative informed me that since I had not returned the product within 10 days, I had agreed to purchase the product and agreed to enroll in a monthly program that would charge me $97.88 per month to receive anti-aging products.  I told the representative that I never agreed to purchase the product or enroll for such a monthly program.  The representative said that he would cancel my enrollment in the monthly program. However, the representative said I could no longer return the product since the 10-day period of the free trial had passed.  The representative did offer me a partial refund of $20 on condition that I agree not to file a complaint against AuraVie with my credit card company.  I declined this offer.

5.     I would never have placed the order if I had known that I had to return the product within 10 days to avoid getting charged for the product and getting automatically enrolled in a monthly program.  I did not see any terms and conditions on the website that indicated I was agreeing to purchase the product and agreeing to enroll in a monthly program to receive AuraVie's products.

6.     Further, I did not receive anything in the package with my "risk free" trial to notify me of the charge or the monthly program.

Page | 2

Ex. 5
App. 000693

7.     After calling AuraVie, I filed a complaint with my credit card provider, Discover.  After conducting an investigation, my credit card provider refunded me the full amount of the charge.

8.     While waiting on the results of my dispute with Discover, AuraVie contacted me again.  Once again, they offered me a partial refund in exchange for not filing any complaint against AuraVie with my credit card company.  This time they offered me $30.  Once again, I declined the offer.

9.     Around March 2012, I filed a complaint against AuraVie with the Federal Trade Commission.

10.    I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June ___, 2015, in Las Vegas, Nevada.


CAROL SLAYTON

Page | 3

Ex. 5
App. 000694

**DISCVER**

New Balance   Minimum Payment Due   Account Number ending
Enter Amount Enclosed Below

Payment Due Date   $
April 20, 2012

Pay online at www.Discover.com or make check
payable to Discover. Phone and internet
payments must be made by 5:00pm ET for same
day posting.

CAROL J SLAYTON

| Mar 13 | Mar 13 | | |
|---|---|---|---|
| Mar 13 | Mar 13 | SKIN CREAM 8664393165 SHERMAN OAKS CA | 97.88 |
| Mar 15 | Mar 15 | | |
| Mar 19 | Mar 13 | SKIN CREAM 8664393165 SHERMAN OAKS CA | -97.88 |
| | | TEMPORARY CREDIT PENDING INVESTIGATION | |

**Attachment A**

Ex. 5, Att. A
App. 000695

# EXHIBIT 6

## DECLARATION OF ANN MALETIC
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Ann Maletic declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Columbia, South Carolina. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around February 5, 2014, while visiting Amazon.com, a pop-up window appeared requesting that I take a survey about the quality of the service I received. I believed this was a survey from Amazon regarding my experience on their website.

3.      After I took the survey, I was offered a free "gift" for participating in the survey. The pop-up window prompted me to choose from three gifts. I selected an AuraVie Skincare product. When I selected the product, I was redirected to an AuraVie website where I was requested to input my billing information to pay a $2.95 shipping and handling fee to receive the gift. During this process, I was required to click through a few screens. I believe one of these screens said something regarding cancelling, but I did not believe that this applied to me because I was receiving a "gift."

4.      The pop-up window that took me to the page to pay the shipping and handling fee did not contain any information about a product subscription or similar program, any additional amount I would be charged, or any terms and

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746

1   conditions or notices about a product subscription.

2       5.    After I had received the free "gift," and about 15 days after I had

3   taken the survey, I found an unauthorized charge while reviewing my credit card

4   statement. The unauthorized charge was for $97.88 and was described on my

5   billing statement as "MYSKIN 8777437943 SHERMAN OAKS CA." This

6   unauthorized charge was made on February 20, 2014. The billing statement also

7   shows two charges from "SKINCRE 866-894-6197 WEST HILLS CA," on

8   February 5, 2014 for $1.93 and $1.02, which appeared to be the shipping and

9   handling fees I anticipated. **Attachment A** is a true and correct copy of my

10   redacted credit card statements. These statements show charges from "SKINCRE

11   866-894-6197 WEST HILLS CA" and "MYSKIN 8777437943 SHERMAN

12   OAKS CA," which I later learned, after speaking with AuraVie customer service,

13   were charges made by AuraVie.

14       6.    It was a difficult and frustrating process requesting a refund. When I

15   called the number listed on the billing statement next to the unauthorized $97.88

16   charge, I found that the number was not to AuraVie customer service but to an

17   answering service that could not help me with my complaint. Nor could the person

18   answering the phone provide a number for me to call about my complaint.

19   However, I was able to locate AuraVie's customer service phone number by

20   searching on Google.com and reviewing their Better Business Bureau page.

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 2

7.    When I called the customer service number I found on AuraVie's the AMM

Better Business Bureau page, I spoke with a representative who stated they were with AuraVie. I was told that AuraVie would not refund the $97.88 charges or accept my return because I had opened the package. The representative further stated that I had agreed to join AuraVie's subscription service or plan.

8.    Eventually, after complaining, AuraVie offered me only a partial refund of $34.25. However, the refund was conditional: the representative stated that to receive this partial refund, I had to agree to give a statement that I will not file a complaint with any authority or take any action to further dispute the charge. After I provided this statement, I noticed, when I reviewed my credit card statement, that I was given the credit. If I had known that I would be charged $97.88 for the free gift or that I would not be able to receive a refund, I never would have requested the gift.

9.    In March 2014, I filed a complaint with the Better Business Bureau about the unauthorized charges from AuraVie.

10.   I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 3

1    I declare under penalty of perjury under the laws of the United States that

2    the foregoing is true and correct.

3                              Executed on _____ June 2 _____, 2015, in Columbia, South

4            Carolina.

5

6                                         _____
                                          Ann Maletic

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 4

Discover Card: Printable Account Activity

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...

**DISC VER**



## Activity Period: Jan 12 - Feb 11, 2014

| | |
|---|---|
| Minimum Payment Due | $ |
| Statement Balance | $ |
| Payment Due Date | March 6, 2014 |

### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | |
| Payments and Credits | - $ | |
| Purchases | + $ | |
| Cash Advances | + $ | |
| Balance Transfers | + $ | |
| Fees Charged | + $ | |
| Interest Charged | + $ | |
| Statement Balance ⊙ | = $ | |
| Credit Line | $ | |
| Credit Line Available | $ | |
| Cash Advance Credit Line | $ | |
| Cash Advance Credit Line Available | $ | |

### Cashback Bonus Summary

| | | |
|---|---|---|
| Opening Balance | $ | |
| New Cashback Bonus This Period | | |
| 5% Cashback Bonus | + $ | |
| ShopDiscover & Promotional | + $ | |
| Everywhere Else | + $ | |
| Redeemed This Period ⊙ | - $ | |
| Cashback Bonus Balance ⊙ | = $ | |

## Transactions

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| ☐01/08/14 | 01/12/14 | COLUMBIA C COLUMBIA SC | $ | Travel/Entertainment |
| ☐01/10/14 | 01/12/14 | COLUMBIA SC | $ 1 | Medical Services |
| ☐01/11/14 | 01/12/14 | | $ | Gasoline |
| ☐01/14/14 | 01/14/14 | SC | $ | Warehouse Clubs |
| ☐01/14/14 | 01/14/14 | | $ | Warehouse Clubs |
| ☐01/15/14 | 01/15/14 | COLUMBIA SC | $ | Merchandise |

Attachment A

1 of 3

Ex. 6, Att. A
App. 000700

Discover Card: Printable Account Activity                    https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...



| | | | | | |
|---|---|---|---|---|---|
| ☐ 01/15/14 | 01/15/14 | | $ | | Services |
| ☐ 01/15/14 | 01/15/14 | COLUMBIA SC | $ | | Merchandise |
| ☐ 01/17/14 | 01/17/14 | | $ | | Merchandise |
| ☐ 01/17/14 | 01/17/14 | | $ | | Merchandise |
| ☐ 01/19/14 | 01/19/14 | ME | $ | | Merchandise |
| ☐ 01/20/14 | 01/20/14 | SC | $ | | Merchandise |
| ☐ 01/22/14 | 01/22/14 | COLUMBIA SC | $ | | Services |
| ☐ 01/22/14 | 01/22/14 | | $ | | Warehouse Clubs |
| ☐ 01/23/14 | 01/23/14 | COLUMBIA SC | $ | | Merchandise |
| ☐ 01/23/14 | 01/23/14 | | $ | | Merchandise |
| ☐ 01/24/14 | 01/24/14 | COLUMBIA SC | $ | | Merchandise |
| ☐ 01/25/14 | 01/25/14 | S5924866HQFWXN2Z | $ | | Restaurants |
| ☐ 01/27/14 | 01/27/14 | | $ | | Gasoline |
| ☐ 01/30/14 | 01/30/14 | | $ | | Warehouse Clubs |
| ☐ 01/31/14 | 01/31/14 | | $ | | Merchandise |
| ☐ 01/31/14 | 01/31/14 | | $ | | Merchandise |
| ☐ 02/03/14 | 02/03/14 | TX | $ | | Merchandise |
| ☐ 02/03/14 | 02/03/14 | COLUMBIA SC | $ | | Restaurants |
| ☐ 02/03/14 | 02/03/14 | 00357R | $ | | Restaurants |

Attachment A

3/27/2015 4:35 PM

Ex. 6, Att. A
App. 000701

Discover Card: Printable Account Activity

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...



| | 02/05/14 | 02/05/14 | SKINCRE 866-894-6197 WEST HILLS CA | $ | 1.02 | Merchandise |
| | 02/05/14 | 02/05/14 | SKINCRE 866-894-6197 WEST HILLS CA | $ | 1.93 | Merchandise |
| | 02/05/14 | 02/05/14 | ████████ SC | $ | ██ | Merchandise |
| | 02/06/14 | 02/06/14 | INTER████████ | | | Payments and Credits |
| | 02/06/14 | 02/06/14 | ████████████ | $ | ██ | Warehouse Clubs |
| | 02/07/14 | 02/07/14 | ████████████ | $ | ██ | Services |
| | 02/07/14 | 02/07/14 | ████████████ | $ | ██ | Gasoline |
| | 02/07/14 | 02/07/14 | ████████ | $ | ██ | Merchandise |
| | 02/10/14 | 02/11/14 | ████████████ | | | Payments and Credits |

ⓒ Statement Balance is the total of all transactions posted to your Account during this statement period. A few things to remember: Your Statement Balance may not reflect spending that occurred at the start or end of your statement period because some transactions take 1–3 days after the transaction date to post. Available Credit plus Statement Balance may not exactly equal your Credit Line because recent transactions can impact Available Credit (for example, some merchants– like hotels and car rental companies– may reserve part of your credit line until full payment has been calculated).

ⓒ Redeemed This Period is the total amount of Rewards you redeemed during the statement period and includes Cashback Bonus partners, gift cards, account credits, electronic deposits and charitable donations.

ⓒ Your Cashback Bonus is the amount of reward that you have accrued as of this statement. Account activity during your current billing period won't be available for redemption until your next statement.

©2014 Discover Bank. Member FDIC.

Attachment A

3/27/2015 4:35 PM

Ex. 6, Att. A
App. 000702

Discover Card: Printable Account Activity                    https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...

## DISC VER



## Activity Period: Feb 12 - Mar 11, 2014

| | |
|---|---|
| **Minimum Payment Due** | |
| Statement Balance | |
| Payment Due Date | April 6, 2014 |

### Account Summary

| | |
|---|---|
| Previous Balance | $ |
| Payments and Credits | - $ |
| Purchases | + $ |
| Cash Advances | + $ |
| Balance Transfers | + $ |
| Fees Charged | + $ |
| Interest Charged | + $ |
| Statement Balance ☉ | = $ |
| Credit Line | $ |
| Credit Line Available | $ |
| Cash Advance Credit Line | $ |
| Cash Advance Credit Line Available | $ |

### Cashback Bonus Summary

| | |
|---|---|
| Opening Balance | $ |
| New Cashback Bonus This Period | |
| 5% Cashback Bonus | + $ |
| ShopDiscover & Promotional | + $ |
| Everywhere Else | + $ |
| Redeemed This Period ☉ | - $ |
| Cashback Bonus Balance ☉ | ≈ $ |

## Transactions

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 02/11/14 | 02/12/14 | | $ | Services |
| 02/18/14 | 02/18/14 | | $ | Services |
| 02/18/14 | 02/19/14 | | $ | Restaurants |
| 02/20/14 | 02/20/14 | | | Services |
| 02/20/14 | 02/20/14 | MYSKIN 8777437943 SHERMAN OAKS CA | $ 97.88 | Services |

Attachment A

1 of 2                                                                3/27/2015 4:37 PM

Ex. 6, Att. A
App. 000703

Discover Card: Printable Account Activity                        https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 02/20/14 | 02/20/14 | ▮▮▮▮▮▮▮▮ | $ | ▮▮▮▮ | | Services |
| 02/21/14 | 02/25/14 | MYSKIN 8777437943 SHERMAN OAKS CA | $ | -34.25 | | Payments and Credits |
| ☐ 03/05/14 | 03/05/14 | ▮▮▮▮▮▮ COLUMBIA SC | $ | ▮▮▮▮ | | Merchandise |
| ☐ 03/06/14 | 03/06/14 | INTERNET PAYMENT - THANK YOU | $ | -▮▮▮▮ | | Payments and Credits |
| ☐ 03/07/14 | 03/07/14 | INTERNET PAYMENT - THANK YOU | $ | ▮▮▮▮ | | Payments and Credits |
| ☐ 03/10/14 | 03/10/14 | ▮▮▮▮▮▮▮▮▮ | | ▮▮▮▮ | | Services |

① Statement Balance is the total of all transactions posted to your Account during this statement period. A few
things to remember: Your Statement Balance may not reflect spending that occurred at the start or end of your
statement period because some transactions take 1–3 days after the transaction date to post. Available Credit
plus Statement Balance may not exactly equal your Credit Line because recent transactions can impact
Available Credit (for example, some merchants—like hotels and car rental companies—may reserve part of
your credit line until full payment has been calculated).

② Redeemed This Period is the total amount of Rewards you redeemed during the statement period and
includes Cashback Bonus partners, gift cards, account credits, electronic deposits and charitable donations.

③ Your Cashback Bonus is the amount of reward that you have accrued as of this statement. Account activity
during your current billing period won't be available for redemption until your next statement.

©2014 Discover Bank, Member FDIC.

# EXHIBIT 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

## DECLARATION OF JEANETTE BURRAGE
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Jeanette Burrage declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Des Moines, Washington. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around August 2014, I was on a website that provides information about free samples. The website included an offer from AuraVie; I clicked on the link to visit the company's website to review the offer. The website stated that I could receive a "gift" of their skin cream product by paying a $4.95 shipping and handling fee.

3.      Several weeks later, while reviewing my credit card statement, I discovered an unauthorized charge of $97.88. This charge was in addition to the 4.95 shipping and handling charge I expected. Listed beside the unauthorized charge was "FACEMASK 888 807 1162 TARZANA CA" under "transaction description." I later learned this was an AuraVie charge after speaking with AuraVie customer service. Attached to my declaration as **Attachment A** is a true and correct copy of a redacted credit card statement from my credit card provider, which shows one of the three charges from AuraVie, as well as the three credits of $97.88 I received from my bank.

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746

**Ex. 7**
**App. 000705**

4.     I contacted my credit card company to contest the charge and request to have the charge reversed. Shortly after, I received a second shipment from AuraVie, which I did not expect. I took the package to the post office and had it returned to sender.

5.     After I had refused the package, I received a call from my credit card company informing me that I had a second charge from AuraVie and that I needed to call AuraVie to cancel the recurring charges.

6.     It was difficult to cancel the AuraVie product subscription or plan and to receive a refund. I called the phone number listed in the billing descriptor to contest the charges. The representative who answered stated they were with AuraVie. The AuraVie representative stated that I had agreed to sign up for AuraVie's product subscription or plan by requesting the gift or risk free trial and failing to return the product within 10 days. This was the first time I heard that the skincare product I received from AuraVie was a "trial" and not a gift. Furthermore, the AuraVie representative told me that they would not refund the charge for the shipment I refused. The representative stated AuraVie could not know if they received it. The representative cancelled my product subscription or plan but told me that AuraVie would be sending a third package because it was already scheduled to be sent. AuraVie would only offer me two partial refunds for these charges of $48.94 each; however, my bank eventually refunded me the amounts

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746          Page | 2

1    that AuraVie did not.

2       7.   I never authorized or agreed to pay $97.88 per month to receive

3 skincare products from AuraVie. I did not see anything on the website that

4 indicated I was signing up for a subscription to AuraVie's products, the amount

5 that I would pay, or the terms and conditions associated with this product

6 subscription or plan. Further, I never received notice that I would be charged for a

7 product subscription or plan. Nor did I receive anything in the package with my

8 "gift" to notify me of this product subscription or program, the amount I would be

9 charged, or the terms and conditions of this product subscription or plan. Despite

10 this, I received three charges from AuraVie at $97.88 each, totaling $293.64 in

11 unauthorized charges.

12       8.   After calling AuraVie, I again contacted my credit card provider to

13 dispute the charges. My card provider refunded the three unauthorized charges of

14 $97.88 each. However, after AuraVie refunded two partial charges of $48.94 each,

15 my credits to my US Airways MasterCard were reduced by that amount.

16 **Attachment B** is a letter I sent to my credit card company, and **Attachment C** is a

17 redacted letter from my credit card company discussing these charges and the

18 credits.

19       9.   I filed a complaint with the California Attorney General in October

20 2014. Attached to my declaration as **Attachment D** is the letter I received from the

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746      Page | 3

1  California Attorney General's Office. Attached to my declaration as **Attachment**

2  E is the letter AuraVie sent to the California Attorney General's Office, which was

3  provided to me by the California Attorney General's Office.

4       10.   I understand that this declaration may be used by the Federal Trade

5  Commission in a law-enforcement proceeding.

6       I declare under penalty of perjury under the laws of the United States that

7  the foregoing is true and correct.

8

9       Executed on _____June 6_____, 2015, in Des Moines, WA.

10

11

12                    Jeanette Burrage

13

14

15

16

17

18

19

20

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746          Page | 4

p.4

**US AIRWAYS®**
DIVIDEND MILES

**IMPROVING OUR TEXT ALERTS**
To better serve your mobile text messaging needs, we have switched to a new platform. Pick and choose which text alerts you would like to receive. Log on to your account at usairwaysmastercard.com, verify your mobile number, click Edit my alerts, add your contact information to your profile and then choose which alerts are most useful for you. Once you select the alerts(s), you will receive one or more confirmation texts to your mobile phone which you will need to respond to activate the alert(s).

## Reward Summary

| | |
|---|---|
| Dividend Miles Number | |
| Miles earned on US Airways and American Airlines purchases this period | |
| Dividend Miles earned on all other purchases this period | + |
| Bonus or promotional Dividend Miles earned this period | + |
| Barclaycard Rewards Boost | + |
| Adjustments | + |
| Total Dividend Miles earned | = |

### YOUR WORLD JUST GOT BIGGER

Now enjoy more miles and more destinations than ever on US Airways and American Airlines
You now earn Dividend Miles on both your US Airways and American Airlines purchases
More great changes are coming - keep an eye on your inbox and mailbox for details

## Activity for JEANETTE BURRAGE - card ending in

**Payments**

| Trans Date | Posting Date | Transaction Description | | Amount |
|---|---|---|---|---|
| 10/23 | 10/23 | ABC Payment Received | Thank You | -$161.74 |
| | | Total Payment Activity | | -$161.74 |

**Purchases**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| 08/15 | 10/28 | CREDIT-FACEMASK 888 800 OF 00 | -$97.88 |
| 09/14 | 10/29 | CREDIT-FACEMASK 888 800 OF 00 | -$97.88 |
| 10/14 | 10/29 | CREDIT-FACEMASK 888 800 OF 00 | -$97.88 |
| | | Total Purchase Activity | -$293.64 |

## Activity for JEANETTE BURRAGE - card ending in

**Purchases**

| Trans Date | Posting Date | Transaction Description | | | Amount |
|---|---|---|---|---|---|
| 10/14 | 10/17 | FACEMASK 888 800 OF 00  8556849486 | CA | | $97.88 |
| 10/16 | 10/21 | FACEMASK 888 807 1162  TARZANA | CA | | -$48.94 |
| 10/21 | 10/24 | FACEMASK 888 807 1162  TARZANA | CA | | -$48.94 |
| | | Total Purchase Activity | | | $0.00 |

## Summary of Fees and Interest

**Fees Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| | | Total Fees for this Period | |

**Interest Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| | | Total Interest for this Period | |

## Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2014 | Total Interest charged in 2014 |
|---|---|

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing dates in 2014. The Summary does not reflect any fees or interest adjustments and/or credits that have been made.

## Interest Charge Calculation – 31 Days in Billing Cycle

| | Promotional Rate End Date | Balance Subject to Interest Rate | ANNUAL PERCENTAGE RATE (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Current Purchases | — | | | |

Attachment A

Ex. 7, Att. A
App. 000709

p. 7

Jeanette Burrage



Card Services
P.O. Box 8823
Wilmington, DE 19899-8823

October 24, 2014

RE:  Card ending in          , Case IDs DP            and DP            and one more.

Dear Card Services:

I am disappointed that you appear to being perpetuating a fraudulent company and allowing your current and future customers to be scammed.

I ordered a free sample of face cream on-line. I read the offer very carefully. The offer was for free face cream for paying shipping charges of $4.95. There was nothing about charging for the free cream later or about sending and charging additional amounts.

I have looked on line and found many people have fallen for this scam and have written about it. At least one other person noted she checked the offer very carefully and there was nothing about additional charges.

For a valid contract there needs to be an offer and an acceptance. The offer was for a free sample for paying the $4.95 shipping. That was the offer I accepted. There was nothing to cancel, as there was never an acceptance to have additional shipments or to pay $97.88 for the "free" sample.

After talking with someone at your bank, who advised me to "cancel", I called the company and canceled. The woman there said my refused package given back to the U.S. Postal Service would not be used to credit my card because they don't keep track of returned packages. She also told me a third charge for $97.88 had gone in that day.

I called your bank the next day (I did not have time that day as my break was over at work) and they said no charge had gone through for October. Then, as I was talking with her, she said a charge was just approved for an additional $97.88. Now the total charged fraudulently to my account is $293.64. I gave your employee the cancellation number.

I do not know why you are supporting this scam, but I feel I need to let the Banking Commission know about it. Please let me know if you are going to credit my account the $293.64 or if I need to cancel this card. Thank you.

Sincerely,

Jeanette Burrage
Jeanette Burrage

---

Attachment B

Ex. 7, Att. B
App. 000710

p.2

 **barclaycard**

P.O. Box 8885
Wilmington, DE 19899-8885

December 16, 2014

Jeanette Burrage

RE:    US Airways MasterCard account ending

Dear Ms. Burrage:

We are in receipt of your recent correspondence forwarded to Barclays Bank Delaware ("Barclaycard") from the Consumer Financial Protection Bureau. We understand your concerns regarding the transactions from FACEMASK and would like to take this opportunity to respond accordingly.

Thank you for your patience and taking the time to speak with me throughout our investigation. As discussed, we issued credits of $293.64 for the disputed charges to FACEMASK to your account. Please allow me to provide additional details concerning our investigation.

Our records indicate we received the information needed regarding your dispute with FACEMASK on October 23, 2014. After reviewing the documentation you provided, we issued provisional credits for the transactions in the amount of $97.88 on October 28, 2014 and $195.76 on October 29, 2014 while we contacted the merchant's bank on your behalf. The merchant issued two credits of $48.94 each to your account; these credits posted on October 16, 2014 and October 21, 2014. Since the merchant issued two partial credits, we have reversed $48.94 on two of the credits that we issued.

Since then, we feel the merchant's bank has not provided documentation to substantiate the validity of the transaction. As a result, the dispute has been found in your favor and the provisional credits previously applied to the account will remain. These credits were reflected on your November 2014 billing statement.

Thank you for your continued patience as we investigated the matter. If you have any additional questions regarding your account, please contact me directly at 866-750-6031, ext. 58785. Our hours of operation are 8:00 a.m. to 8:00 p.m. ET., Monday through Friday.

Sincerely,

Daneen Tucker
Office of the President

CC:    Consumer Financial Protection Bureau

Barclays Bank Delaware • Wilmington, Delaware

Attachment C

Ex. 7, Att. C
App. 000711