p 5

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 323-5360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

December 15, 2014

PIU: 605567

Ms. Jeanette Burrage

RE:   AuraVie Skincare

Dear Ms. Burrage:

The Public Inquiry Unit of the Office of the Attorney General recently notified you that your complaint had been forwarded to the above-named company.  A copy of their reply is enclosed.

We appreciate your contacting the Attorney General's Office about this matter.  We will retain your complaint in our files and may contact you again should it appear that further investigation would be in the public interest.

Again, thank you for contacting the Office of the Attorney General regarding your important consumer concerns.

Sincerely,

Cynthia Walden
Public Inquiry Unit

For   KAMALA D. HARRIS
Attorney General

Enclosure

Attachment D

Ex. 7, Att. D
App. 000712

p.6

**Aura**V**ie**
Aura of Youth



December 8, 2014                                                    Personal & Confidential

State Of California
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Re:  Ms. Jeanette Burrage ███████████

Dear J. Salazar,

This is in response to your correspondence dated November 6, 2014.
A full refund in the amount of $293.64 has been credited to the customer's credit card account,
confirmation number ████████, on 12/9/2014.

Statements made in the consumer complaint of Ms. Jeanette Burrage, ███████████ Des
Moines, WA ███████ are factually inaccurate. The customer had misunderstood the
information provided at the time of the order. Despite the customer charging back 3 charges of
$97.88 and the bank ruling in our favor, in the interest of good customer service, we have opted
to credit the customer the charges mentioned above, in light of the misunderstanding.

Please contact customer care if you require additional information regarding this consumer
complaint.

Respectfully,

AuraVie Skincare
Executive Resolution Department
P.O Box 10465
Van Nuys, CA 91410

AuraVie Skincare | Executive Resolution Department
Tel: 866.261.0801 E-Mail: ERD@auravie.com

Attachment E

Ex. 7, Att. E
App. 000713

# EXHIBIT 8

**DECLARATION OF JULIE FINNERTY**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Julie Finnerty declares that:

1.     I am over 21 years of age and competent to give this declaration. I live in Medford, Massachusetts. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.     On February 19, 2013, I was on the Nordstrom website reviewing my Nordstrom credit card account when a popup survey appeared asking about my experience with Nordstrom. Because I thought the survey was from Nordstrom, I responded. After I completed the survey, I was given a choice between two products as a "gift" as a "thank you." The product I selected was an AuraVie skincare product. The page stated that I only had to pay a shipping and handling fee of about $4.99 to receive my gift.

3.     When I clicked on the AuraVie products to select them as my "gift," I was taken to a website that prompted me to input my credit card information to pay the shipping and handling. I have been a victim of online scams before, so I made sure to look for hidden text and fine print regarding any additional charges. However, I did not see any fine print or notices of additional charges or cancellation requirements, so I input my information to pay the shipping and handling fee.

Declaration of Julie Finnerty Pursuant to 28 U.S.C. § 1746

4.      After requesting my "gift," I received an order confirmation email from AuraVie on February 19, 2013. **Attachment A** is a true and correct copy of the redacted email I received from AuraVie about my "gift." This email made no mention of a return policy or subsequent charges. Sometime later, my "gift" of AuraVie skincare products arrived. About a month later, though, a second box of AuraVie skin care products arrived with an invoice inside the box for $97.88. Surprised, I checked my credit card bill and found I had two unauthorized charges of $97.88.

5.      After seeing these unauthorized charges, I called the number on the confirmation email, (866) 216-9336, to request that the charge be rescinded. When I called, I had to wait several minutes to speak to a representative. Once I finally spoke to a live representative, I was told that I would have to continue to hold. When I finally spoke to a representative about the charge, I informed them that I did not order this second shipment of AuraVie skin care products and did not authorize the $97.88 charge. The representative, who stated they were with AuraVie, told me I had authorized both the shipment and the charge online when I visited their website. The representative further stated that they would not refund any of these charges. I was upset by this response and said I would file a complaint against them with both the Better Business Bureau and the California Attorney General.

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF      Page | 2

6.     Even though I had informed AuraVie's customer service representative that I had not authorized subsequent shipments and charges, I received a third box of AuraVie skincare products in April. Later, when reviewing my credit card statement, I found that, on April 6, 2013, I was charged $97.88 for this shipment as well. Frustrated and confused as to why I kept receiving shipments of skin care products, I contacted Nordstrom about the issue on April 15, 2013. I assumed since the popup survey appeared on their website, AuraVie was associated with Nordstrom. I also filed a complaint with the Better Business Bureau on April 18, 2013, which is attached to this declaration as **Attachment B.**

7.     Sometime later, I received a phone call from an individual who stated they were with AuraVie's Executive Resolutions Department. After the phone call, on April 25, 2013, AuraVie sent me an email with instructions on how to return my third shipment of AuraVie products for a refund. This email is attached to my declaration as **Attachment C.**

8.     I never agreed to pay $97.88 to receive any product from AuraVie. Further, I never saw any notice while requesting my "gift" of a product subscription, and nothing in the package I received with my "gift" explained how I could avoid these charges. The process of requesting a refund was frustrating. If I had known that I would be signed up for a subscription plan or that I would receive these charges, I never would have requested the "gift" from AuraVie.

9.    I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed   on   June 3 ,   2015,   in   Medford, Massachusetts.

_Julie A. Finnerty_
Julie Finnerty

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF      Page | 4

From: "Auravie" <support@auravie.com>
Date: February 19, 2013 at 5:57:41 PM EST
To: Julie Finnerty < ▮▮▮▮ @rocketmail.com>
Subject: **Your Auravie Order Confirmation**

AuraVie
The Aura of Youth

Dear Julie,

We would like to take this opportunity to welcome you to our AURAVIE family. Our company is made up of people just like you, and we make products we use ourselves, so you can rest assure that your product is of the highest quality and standards.

Your shipping information is as follows:

Customer Name: Julie Finnerty
Order #: 1911963
Shipping Address: ▮▮▮▮ Medford, MA 02155 United States

Your order includes the following item(s):

• AuraVie SkinCare System Risk Free Trial - 30 day supply.
  • RENEW Facial Cleanser/Toner
  • REVIVE Anti-Aging Serum
  • REPLENISH Age Defying Day/Night Moisturizer

• 11 Lifestyle eBooks (see links below)

We are happy to inform you that your order has been placed in the processing queue and will be expedited shortly. Once we ship your order, well email you a shipping notification (with your tracking number).

If your shipping information above is incorrect or if you have any questions about your order please feel free to give one of our Customer Care Specialists a call so we may update your account immediately.

Customer Care: (866) 216-9336 Mon-Fri, 7 am TO 4 pm PST.

In order to ensure the security and confidentiality of our correspondence with our members, we do not accept inquiries via open email. Please DO NOT reply to this email.

As part of this exclusive offer you are receiving 11 top selling eBooks from AGOA Publishing Co. the leader in online lifestyle eBooks.

Just Click on the links below to access these great eBooks

Attachment A

Ex. 8, Att. A
App. 000718

We have also included two new additions to our AuraVie program:

AuraVie 2 Day Skin Detox Regimen

AuraVie Face Yoga

We strongly reccommend doing the 2 day detox  BEFORE starting the AuraVie regimen. This will clear up your skin and make sure it really absorbs the amazing ingredients in the AuraVie 3-in-1 skin rejuvenation system.

Once you begin using it, follow up by trying the face yoga.

Thank you again for your business!

Have a healthy day!

Auravie

Customer Care

PO Box #10465
Van Nuys, CA 91410

Attachment A



# eBooks
## BY AGOA PUBLISHING CO.



* This exclusive offer is brought to you by AGOA Publishing Co. the leader in Online lifestyle eBooks.

* Each of these 11 eBooks are Written by a Celebrated Author

* Download and share them with your family and friends. You can find the links below.

* Enjoy them while you improve your life.

*"These eBooks have enriched my life with tips for everything from making my apartment the home I want to live in, to the best way to care for my pet." -Maggie T., CA*

WINNER
eBook
PUBLISHER OF
THE YEAR
2011



★ ★ ★ ★ ★ **#1 BEST SELLER**

Angela Swinton is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty & Allure, and is a contributing editor to the Style Network. Her "50 Tips for the Most Beautiful Skin of Your Life" is a must have for every woman who wants to have softer, younger looking skin.

*"I have been in the beauty business since I was 8, ever since my mom had me work at her hair salon after school. I have learned many tricks over the years, and the tips in this book cover them all, and then some. Brilliant!" - Connie S., GA*

READ

Attachment A

Ex. 8, Att. A
App. 000720

| 50 Tips for a Happy Colon | 50 Stylish Tips for an A-list Wardrobe | 50 Puuurfect Pet Tips |
|---|---|---|







★ ★ ★ ★ ✫     ★ ★ ★ ✫     ★ ★ ★ ★

By Christina Lee

By Isabelle Durbin

By Kevin Millani

A health, conscious chef (graduated from Westlake Culinary Institute) whose recipes have been published in major magazines and TV shows. She's educated private chefs on how to cook healthy (for nearly 10 years) and has written this eBook to educate a growing population on having a healthy, happy colon.

*"My colon has never looked so good since I started using Christina's amazing tips. I recently had a colonoscopy and was grateful that my results came back normal."*
*- Lana D., AZ*

READ

She's written about the fashion industry for the last 15 years. She was most recently the writer of Fashion magazine, an online column about fashion and city life. She has written many books depicting the meaning of fashion in today's society. Durbin has interviewed many great designers such as Marc Jacobs, Stefano Gabbana and many more.

*"With these tips I am now the one whose closet all of my friends want to raid"*
*- Shir A., CA*

READ

He's a Sicily-born professional dog trainer, pet psychologist with over fifteen years of experience, and a passionate pet activist who has founded several pet adoption centers throughout Italy. His clients range from common families to European Aristocrats and everyone in between.

*"I love my pets and I'm always looking for ways to spoil them. That's why I got this amazing book with latest pet trends and tips on how to keep my furry friends happy!"*
*-Rita P., CA*

READ

Attachment A

Ex. 8, Att. A
App. 000721

## 50 Ways to Save the World!



★ ★ ★ ★ ☆

### By Stephen Gore

Born November 17th, 1952 in Baltimore, Maryland. Stephen is a noted environmentalist, human rights activist, and an organizer of the humanitarian group, "Earth Children."

*"I have always prided myself on being someone who cared about the planet earth. After reading this book, I am even more so prepared to fight the good fight, and do my part in keeping our world clean and healthy for my children, and yours. Thank you Stephen for sharing your wisdom and making a difference.*
*- Brad P., CA*

READ

## 50 Things To Do Before You Turn 50



★ ★ ★ ★ ☆

### By Alon Dande

An award-winning writer, editor and photographer specializing in travel and science. He is the author of four travel guidebooks, and his writing and photography have appeared in Smithsonian, Outside, Wired, National Geographic Traveler, The Los Angeles Times and The Washington Post.

*"Alon Dande is one of my favorite lifestyle writers and photographers. His books have changed my life for the better, and this book has inspired me to go for it. It is never too late to start!"*
*- Mike D., PA*

READ

## 50 Tips Just for Him



★ ★ ★ ★ ★

### By Diane Hafen & James Rowland

A Psychologist and Marriage Counselor practicing in Southern California. In Diane's 20-year-long career, she has accumulated thousands of face-to-face hours with individuals and couples. James has inspired hundreds of people in his workshops and lectures to go beyond their limitations and create successful and happy relationships.

*"Pleasing a man is a hard job, but this eBook got it all to perfection. Thanks Diane and James for this eBook!"*
*- Margaret B., FL*

READ

6
Attachment A

Ex. 8, Att. A
App. 000722

## 50 Ways to Spruce Up Your Space



★ ★ ★ ★ ★

### By Candice Theodore

An American interior designer based in San Diego, CA. She graduated in 1988 from the Fashion Institute of Design and Merchandizing and has been decorating indoor and outdoor spaces ever since. She has owned and sold two successful furniture stores.

"The hardest thing to do after buying a new home is to knowing how to decorate it! After reading this book and the great tips in it I knew exactly what I want my home to look like!"
-Rachel R., NY

READ

## 50 Tips for a Great Love Life After 50



★ ★ ★ ★

### By Dr. Chelsea Bower

Dr. Chelsea Bower is the founder and director of the Bower Family Institute. A magna cum laude graduate with distinction from Harvard University who received her doctorate in philosophy with a major in psychology from Pacific Western, Dr. Bower is a world-renowned sexologist, best-selling author, award-winning filmmaker, radio and TV talk show host & columnist.

"My husband and I had a good marriage but now we have a GREAT marriage!"
-Susan L., TX

READ

## 100 Ways to Have Fun With Your Kids for FREE!

★ ★ ★ ★ ★

### By Cynthia Marino

Best-selling author, internationally recognized lecturer and parent educator. Her books include "Raising Your Special Child" and "Kids, Parents, and Power Struggles."

"I have 3 kids and I know how hard it is to make these angels happy. I got this book after my friend recommended it me and I was thrilled! These tips are wonderful and every weekend I try another tip from this book. Having 100 tips means no more bored children!"
-Maria A., MI

READ

Attachment A

Ex. 8, Att. A
App. 000723

### The 50 Greatest Ways to Express Your Love



★ ★ ★ ★ ★

**By Sherry Magee**

Is a world renowned PHD better known as the " Love Guru. She is a rising multi-media presence with live radio and television shows. Magee has been featured in magazine columns, national speaking engagements and workshops.

*"I got this book right before Valentine's Day. It inspired me to spice up my love life. These great tips helped restore our love spark from 10 years ago!"*
-Jannet K., AL

READ

# 11840
use this coupon code to get
# 40%OFF
EVERYTHING on our website

CLICK HERE



Attachment A

Ex. 8, Att. A
App. 000724

**From:** "Better Business Bureau" <███████ @bbb-email.org>
**Date:** April 19, 2013 at 8:05:14 AM EDT
**To:** "MRS JULIE FINNERTY" <███████ @rocketmail.com>
**Subject: BBB Complaint Case#20007745(Ref#119-100089934-20007745-3-175)**
**Reply-To:** "Better Business Bureau" <███████ @bbb-email.org>

Thank you for contacting your BBB regarding your complaint.

Your complaint was received by the BBB on April 18, 2013 and has been assigned case#
20007745 in our files. Please make a note of this number for future reference.

Your complaint has been applied to the following business:
**AuraVie Skincare**
PO Box 10465
Van Nuys, CA 91410

The case has been reviewed by one of our Dispute Resolution Specialists and has now been
forwarded to the business for their response. Should you hear directly from the company and the
complaint is resolved, please notify us immediately.

Please remember your complaint and response may be publicly posted on our BBB's Website.
Please do not include any personally identifiable information in your response. Your BBB may
edit your complaint and response to remove personally identifiable information and
inappropriate language.

To view the ongoing status of this case, we encourage you to visit the following site on the
Internet by clicking here.

Thank you for using the services of your BBB!

Sincerely,

████████

BBB Dispute Resolutions
Tel: ██████
Fax: -
████ @stlouisbbb.org

**Attachment B**

Ex. 8, Aff. B
App. 000725

From: "AuraVie" <support@auravie.com>
Date: April 25, 2013 at 2:11:51 PM EDT
To: Julie Finnerty ▮▮▮▮▮▮▮▮▮
Subject: RMA Notification #2075165



The Aura of Youth

## RMA Notification

Order Number: 2075165                                    Ordered on 04/06/2013 10:43pm

Dear Julie Finnerty,

This email is to inform you that we have received your request to return your order of Auravie Renew, Revive, Replenish M2, which was originally purchased on 04/06/2013 10:43pm for the total amount of $97.88. We have also issued you an RMA number: 20751653035503631 that you can use for future reference. Please write this number on the outside of the package being returned. We suggest you add a form of delivery confirmation and the package must be returned no later than thirty (30) days from your original order date to avoid being billed.

If you have any questions about this notification or if you feel you are receiving this in error, please feel free to contact our Customer Service team.

Customer Care: (866) 216-9336 Mon-Fri, 7 am TO 4 pm PST

Thank you again for your business!
Have a healthy day!



Customer Care

PO Box #10465
Van Nuys, CA 91410

**Attachment C**

**Ex. 8, Att. C**
**App. 000726**

# EXHIBIT 9

1
2

## DECLARATION OF LORRAINE M. NIK
## PURSUANT TO 28 U.S.C. § 1746

3      Pursuant to 28 U.S.C. § 1746, Lorraine M. Nik declares that:

4      1.      I am over 21 years of age and competent to give this declaration. I live

5 in Riverside, Rhode Island. I have personal knowledge of all the facts stated in this

6 declaration, and, if called, I would testify to the same.

7      2.      Around January 2014, after visiting a website for a company that I

8 trusted, a popup appeared on my computer screen.  The popup asked me to

9 complete a survey.  Since the popup appeared after I visited the website for a

10 company I trusted, I did not think that I would be taken advantage of and decided

11 to take the survey.  The survey consisted of about three yes/no questions that I can

12 no longer remember.  In appreciation for taking the survey, I was offered a free

13 sample of some skincare product.  I was told that all I had to pay was a small

14 shipping and handling fee of $4.95.  I paid the shipping and handling fee using my

15 debit card.

16      3.      About a week or so later, I received the skincare product.  I do not

17 recall the package containing any information about a charge or a monthly

18 program.  Since the product was free, I was not looking for any information about

19 a charge or a monthly program.

20

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746

4.    Sometime later, while reviewing my bank statement, I noticed a charge of $97.88. Between speaking with my bank and searching the Internet, I was able to determine that the charge was associated with AuraVie.

5.    I called AuraVie and spoke with a representative who told me that since I had not cancelled and returned the skincare product, I had agreed to purchase the product and enroll in a monthly program that would send me skincare products and charge me $97.88 each month. I told the representative that I never agreed to pay for the product or enter such a monthly program. The representative said that every customer that purchased AuraVie's products agreed to these terms. I told the representative that I never saw anything in their offer that indicated I was agreeing to pay for the product or sign up for such a monthly program. The representative offered to refund me half of the amount I paid. After I told the representative that I wanted all of my money back, he said that I would have to send back the sample product.

6.    After returning the product, AuraVie refunded my money.

7.    I never authorized AuraVie to charge my debit card for their skincare product. Moreover, I never agreed to enroll in a monthly program that would charge me $97.88 for additional skincare products. I would have never continued with the transaction for the "free" skincare product had I known that I had to return the product within a certain period of time to avoid being charged for the product

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746        Page | 2

1   and being enrolled in a monthly program that would charge me $97.88 per month.

2        8.    **Attachment A** is a true and correct copy of information I pulled for

3   different transactions associated with AuraVie's skincare products. **Attachment A**

4   shows that on January 27, 2014, I was charged $3.02 and $1.93. The transaction

5   description for these two charges showed "SERUM xxx-x85-1 LOS ANGELES

6   CA" and "SKINREN xxx-611 LOS ANGELES AL." **Attachment A** also shows

7   that on February 12, 2014, I was charged $97.88. The transaction description for

8   this charge appears as "SKIN CREAM 866- SHERMAN OAKS CA."

9   **Attachment A** also shows the refund transaction made on May 2, 2014.

10        9.    I understand that this declaration may be used by the Federal Trade

11   Commission in a law-enforcement proceeding.

12        I declare under penalty of perjury under the laws of the United States that

13   the foregoing is true and correct.

14   Executed on **June**   8  , **2015**, in Riverside, Rhode Island.

15

16

17                      **LORRAINE M. NIK**

18

19

20

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746         Page | 3

Account
USAA SECURE CHECKING
Original Description
SKIN CREAM 866- SHERMAN OAKS CA
Additional Details
DEBIT CARD PURCHASE
Posted Date
Feb 12, 2014
Amount
($97.88)

Account
USAA SECURE CHECKING
Original Description
SERUM xxx-x85-1 LOS ANGELES CA
Additional Details
DEBIT CARD PURCHASE
Posted Date
Jan 27, 2014
Amount
($3.02)

Account
USAA SECURE CHECKING
Original Description
SKINREN xxx-611 LOS ANGELES AL
Additional Details
DEBIT CARD PURCHASE
Posted Date
Jan 27, 2014
Amount
($1.93)

Account
USAA SECURE CHECKING
Original Description
SKIN CREAM SHERMAN OAKS CA
Additional Details
DEBIT CARD REFUND
Posted Date
May 2, 2014
Amount
$97.88

ATTACHMENT A

# EXHIBIT 10

**DECLARATION OF VIRGIN MARRY BETANCOURT
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Virgin Marry Betancourt declares that:

1.    I am over 21 years of age and competent to give this declaration. I live in Hollywood, Florida. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.    In March or April of 2014, after I made a purchase on HomeDepot.com, a popup window appeared stating that I had "won" an offer by being one of the first 500 customers on the website that day. The advertisement stated that I could receive a "risk free trial" by paying a $4.95 shipping and handling fee. My understanding from the advertisement was that the product was free except for a $4.95 shipping and handling charge.

3.    I never received my "risk free trial." I didn't think much of it; I just assumed that I had been scammed out of the $4.95 and moved on. Several months later, though, I received a notice from my credit card company that payment was due on my credit card. I hadn't used the card recently and was surprised that I had a payment due, so I looked up my statement to see what had happened. I had had a credit of around $300 on that account, so over the previous several months, I had not noticed that I was being charged $97.88 every month—for six months—because it deducted the money from my $300 credit without requiring that I pay a bill.

Declaration of Virgin Marry Betancourt Pursuant to 28 U.S.C. § 1746

4. I called the number listed next to the charges on my billing statement to ask about the unauthorized charges, as I had no idea what the charges were. The representative told me I had reached AuraVie. The representative told me that I had had 14 days to cancel and return the products—which I had never received—and that the 14 days had long passed.

5. After speaking with AuraVie and failing to resolve the issue, I called my credit card company. My credit card company called AuraVie with me on a three-way phone call. AuraVie agreed in the phone call not to charge any future charges but would not refund past purchases. My credit card company told me that they would reimburse charges from AuraVie in the last three months but not older than that, which they did.

6. After I had complained to AuraVie, I received a shipment from AuraVie, which I never opened. I called AuraVie back and offered to return to return the package, but was told that I did not need to do so.

7. I never authorized or agreed to pay $97.88 per month to receive products from AuraVie, and I did not see anything on the website that indicated I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this subscription plan. If I had known that I would be charged $97.88 per month and signed up for a product subscription, I never would have requested a "risk free trial."

Declaration of Virgin Mary Betancourt Pursuant to 28 U.S.C. § 1746       Page | 2

1    8.      After my experience with AuraVie, I filed a complaint with the Better

2    Business Bureau about my experience.

3    9.      I understand that this declaration may be used by the Federal Trade

4

5    Commission in a law-enforcement proceeding.

6        I declare under penalty of perjury under the laws of the United States that

7

8    the foregoing is true and correct.

9        Executed on June 2nd, 2015, in Hollywood, Florida.

10

11

12

13    Virgin Marry Betancourt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Virgin Mary Betancourt Pursuant to 28 U.S.C. § 1746        Page | 3

Ex. 10
App. 000733

# EXHIBIT 11

06-08-2015    01:44 PM   FROM PUBLIC FAX SERVICE      (From)                  (To)        2149533879   Page  2
           06/08/2015   11:02    8731                                                              PAGE  02

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF SCOTT BROWNELL
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Scott Brownell declares that:

1.     I am over 21 years of age and competent to give this declaration. I live in Fair Grove, Missouri. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.     While visiting the website billoreilly.com on about March 5, 2014, a popup window appeared on my screen asking that I take a survey. I thought that this survey was associated with billoreilly.com, so I decided to take the survey. After completing the survey, I was offered several different products as a thank you for completing the survey.  I chose a trial of skincare products from AuraVie. The offer stated that the trial would be "risk free" and I needed to only pay the shipping and handling. Based on that, I selected the AuraVie products and was redirected to another website where I filled in my billing information to pay the fee. Shortly after, I received a package from AuraVie with the skincare products.

3.     Around late March of that year, I discovered an unauthorized charge for $97.88 on my billing statement; next to that charge was "Skin4u." I did not recognize the company name but later learned that this charge was for the AuraVie "risk free trial."

4.     When I saw the charge, I called my bank and requested that they stop

Declaration of Andrew Stanley Pursuant to 28 U.S.C. § 1746

1   all future charges from this company. After calling my bank, I also contacted

2   billoreilly.com about the charge. The website representative was unaware of any

3   survey, however.

4

5        5.    I also contacted the number listed next to the charge on my billing

6   statement. I called many times and never got a response. After finding another

7   number online at which to contact the company, I was finally able to speak with a

8   representative who stated they were with AuraVie. The AuraVie representative

9   informed me that I had signed up for a "risk-free" trial, not a "free trial," and

10

11  accordingly I owed the $97.88 for the product. When I complained that I did not

12

13  agree to pay anything but the shipping for the product, he offered me a $50 refund,

14

15  which I refused, and then a $70.00 refund, which I also refused. I told him that I

16  would like a full refund and would like to simply return the unopened product. But

17  the representative told me that AuraVie would not permit me to return the package

18

19  because it had been longer than 10 days.

20       6.    After calling AuraVie, I again contacted my bank to complain about

21

22  the unauthorized charge. My bank eventually refunded my money.

23       7.    I never authorized or agreed to pay $97.88 to receive products from

24

25  AuraVie, and I did not see anything on the website regarding the amount that I

26  would pay. Nor did I see anything about a product subscription or plan. Despite

27  this, I received a charge from AuraVie for $97.88. This unauthorized charge, and

28

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF       Page | 2

Ex. 11
App. 000735

06-08-2015    01:44 PM   FAX24 PUBLIC FAX SERVICE      From:                    To:          2149533079  Page  4
06/08/2015  11:02    8731                                                                     PAGE  04

1   the hassle of requesting a refund, was frustrating. If I had known that I would have

2   this difficulty or would be charged $97.88 for the thank you "gift," I never would

3   have requested it.

4

5         8.    After speaking with AuraVie, I filed a complaint with the Better

6   Business Bureau.

7

8         9.    I understand that this declaration may be used by the Federal Trade

9   Commission in a law-enforcement proceeding.

10

11       I declare under penalty of perjury under the laws of the United States that

12   the foregoing is true and correct.

13               Executed on _OB JUNE_, 2015, in Fair Grove,

14       Missouri.

15

16

17

18

19                  _Scott Brownell_

20                    Scott Brownell

21

22

23

24

25

26

27

28

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 3

Ex. 11
App. 000736

# EXHIBIT 12

**DECLARATION OF RAY CUTSHAW**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Ray Cutshaw declares that:

1.     I am over 21 years of age and competent to give this declaration. I live in Madison, Tennessee. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.     In late December of 2013 or early January 2014, I received an email offering a "gift" for being a loyal Comcast customer. I was given three options to choose from, and I selected AuraVie skincare products, which I had planned to give to my wife as a present. I clicked the link and visited the website, which stated that I could receive the AuraVie products by paying a small shipping and handling fee that was less than $5. I submitted my debit card billing information to pay the shipping and handling so I could receive the "gift." After I submitted my billing information, I received a confirmation email from AuraVie. In my recollection, I did not see that this email mentioned additional charges, a product subscription or how I would cancel it, or the need to return the products or how I would do so.

3.     Several days later, I received the package from AuraVie. The package contained the products themselves—the "gift"—but in my recollection it did not included a return address, instructions for returning the product, or notice about any potential additional charges. My wife was skeptical of the product because she

Declaration of Ray Cutshaw Pursuant to 28 U.S.C. § 1746

Ex. 12
App. 000737

1   had not heard of it, so I put away the product unopened and unused.

2       4.      I decided to search for information online about the product and its

3   safety to encourage my wife to use it. However, I was surprised to see numerous

4   online complaints about the company where individuals stated that they had

5   received numerous unauthorized charges.

6       5.      After reading the online complaints, I checked my bank statement and

7   discovered that I had also incurred an unauthorized charge for $97.88 on January

8   14, 2014, in addition to the small fee under $5 that I was expecting. Beside the

9   charge on the billing statement was "MYSKIN." After I spoke with my bank, I

10  learned that this charge was from AuraVie.

11      6.      After discovering the unauthorized charge, I attempted to contact

12  AuraVie. But I could not find a number for the company online to contact them

13  about returning the product. After I unsuccessfully attempted to contact AuraVie, I

14  contacted my bank to contest the charge. I also informed the bank that I wanted to

15  get a new debit card to prevent further unauthorized charges. The bank contacted

16  AuraVie regarding the unauthorized charge. In response, AuraVie sent my bank

17  documents and terms and conditions that I did not remember ever viewing and did

18  not believe I had ever seen, as supposed proof of my agreement to pay for their

19  product. In the response they sent my bank, AuraVie stated that I had agreed to

20  their subscription plan by clicking a box stating I agreed to their terms and

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF      Page | 2

1    conditions. But I do not remember seeing that the website I visited had such a box.

2    Eventually, my bank refunded the money that AuraVie charged me.

3        7.    I never authorized or agreed to pay $97.88 per month to receive

4    skincare products from AuraVie, and I do not remember seeing anything in any

5    email I received, on their website, or in the package AuraVie sent that indicated I

6    was signing up for a subscription to AuraVie's products, the amount that I would

7    pay, or the terms and conditions associated with this product subscription or plan.

8    Had I known about these charges, the subscription plan, or the difficulty in

9    receiving a refund, I never would have requested AuraVie's "gift."

10       8.    After my experience, I filed complaints with numerous government

11   agencies, including the Federal Trade Commission, the Better Business Bureau,

12   and the California Attorney General.

13       9.    I understand that this declaration may be used by the Federal Trade

14   Commission in a law-enforcement proceeding.

15       I declare under penalty of perjury under the laws of the United States that

16   the foregoing is true and correct.

17            Executed on  June 4 , 2015, in Madison,

18       Tennessee.

19

20

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF     Page | 3



Ray Cutshaw

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 4

Ex. 12
App. 000740

# EXHIBIT 13

**DECLARATION OF ELYSIA MATHIAS**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Elysia Mathias declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Hagerstown, Maryland. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around July 2013, I went onto Amazon.com and made a purchase. After making my purchase, an advertisement appeared that offered various free products.  I selected the free skincare product from a company called AuraVie. The advertisement stated that I could receive a free trial of AuraVie's product by paying a small shipping fee of $2.95.  Since it was free and I only had to pay the shipping fee, I proceeded with the transaction.  I provided my contact information and my credit card information.

3.      Although I can no longer remember if I received it when I completed the online transaction or if I received it with the first skincare shipment I received, AuraVie provided me a receipt for my purchase.  **Attachment A** is a true and correct copy of the receipt.  **Attachments A, C, D, and E** have been redacted to remove my personal information.  The receipt showed that I would receive Auravie's "3 in 1 Skincare Trial Offer" and "11 Free Top Selling LifeStyle eBooks."  It also showed that I would pay a fee of $1.02 for shipping and handling

Declaration of Elysia Mathias Pursuant to 28 U.S.C. § 1746

1   and a fee of $1.93 for eBooks processing.  In total, it showed I would pay $2.95.

2   The receipt also showed that I had "authorized the two separate charges above" on

3   my credit card.

4        4.      Later, I received AuraVie's skincare products.  **Attachment B** is a

5   true and correct copy of two photos I took of the AuraVie skincare products I

6   received.

7        5.      Sometime later, I received a second shipment from AuraVie.  Since I

8   had not ordered this shipment, I declined to accept the shipment and marked it as

9   "return to sender."  I then called AuraVie and left a message.

10       6.      When I reviewed my August 2013 credit card statement, I saw a

11  charge of $97.88 that I did not recognize.  The charge appeared on my credit card

12  statement as coming from "BEAUTY 8883200196 VAN NUYS CA."

13  **Attachment C** is a true and correct copy of my August credit card statement.  I

14  called the telephone number, (888) 320-0196, that was associated with the charge

15  and left a message.  I then called my credit card company and disputed the charge.

16       7.      Sometime later, I received a return call from the company that

17  charged me $97.88.  The representative who returned my call stated they were

18  with AuraVie.  I told the representative about the charge on my credit card

19  statement.  The representative informed me that, since I had not cancelled within a

20  certain period after receiving the first shipment, I had signed up for a program.

Page **2** of **6**

Ex. 13
App. 000742

1   The representative said that under the program, AuraVie would send me a

2   monthly skincare shipment and charge me a monthly fee of $97.88.  I told the

3   representative that I never agreed to enroll in such a program.  The representative

4   referred me to a website, www.getmyauravie.com/order1.php, which stated the

5   terms of the free trial.  I told the representative that I never saw this or any

6   disclaimer prior to placing my order.  In addition, I told the representative that no

7   such disclaimer appeared on the receipt AuraVie sent me.  It was during this call

8   that I discovered that I had also been charged a fee of $97.88 for the first

9   shipment.   I disputed both charges with the representative.   I told the

10  representative that I never accepted the second shipment and returned the

11  unopened package to AuraVie.  The representative said he cancelled my entry into

12  the monthly skincare program.  The representative initially refused to refund my

13  money for either charge.   The representative claimed that AuraVie could not

14  refund my money for the second shipment since I failed to return the shipment

15  properly.   Eventually, the representative agreed to refund my money for the

16  second shipment but refused to refund my money for the first shipment since he

17  argued that the charge was my fault for not cancelling the program within the

18  required time.

19        8.      After learning about the charge for the first shipment, I looked at my

20  July 2013 credit card statement.  **Attachment D** is a true and correct copy of my

Page **3** of **6**

Ex. 13
App. 000743

1   July 2013 credit card statement. The billing statement showed that I had been

2   charged $97.88 on July 25.   The billing statement showed the following

3   information associated with the charge: BEAUTY 8883200196 VAN NUYS CA.

4   The July 2013 credit card statement also showed to additional charges associated

5   the same billing information: BEAUTY 8883200196 VAN NUYS CA.   These

6   additional transactions showed that on July 10, I had been charged $1.02 and

7   $1.93.  As reflected in the receipt AuraVie provided me, these were the only

8   charges I authorized AuraVie to charge to my credit card.   Since I had not

9   authorized this $97.88 charge, I disputed the charge with my credit card company.

10         9.    I never agreed to sign up for AuraVie's program that would charge

11   me $97.88 per month to receive skincare products.  I did not see anything on the

12   website that stated I was signing up for such a program. Further, I did not receive

13   anything in the package with my free skincare shipment to notify me of this

14   program. Despite this, I received 2 charges from AuraVie at $97.88 each. I never

15   authorized these charges, and the hassle of requesting a refund, has been

16   frustrating.  I never would have requested AuraVie's free skincare product had I

17   known that I had to return the product within a certain period to avoid being

18   charged for the free skincare product or that I would get signed up for a monthly

19   skincare shipment program that would charge me $97.88 per month.

20

Page **4** of **6**

Ex. 13
App. 000744

1    10.    After calling AuraVie, I again contacted my credit card provider,

2    Discover, and disputed the second charge. In September 2013, Discover refunded

3    both charges and blocked future charges from AuraVie.

4    11.    Around September 2013, I filed a complaint against AuraVie with the

5    Better Business Bureau.   **Attachment E** is a true and correct copy of my

6    complaint.   **Attachment E** also contains a copy of AuraVie's response to my

7    complaint and my response to AuraVie's response.   In its response, AuraVie

8    argued it to be a misunderstanding of their terms and conditions that I agreed to

9    when I place my order.  However, this was not the case. AuraVie never disclosed,

10   neither when I signed up on their website nor when received my first shipment,

11   that I had a certain period of time to cancel before getting charged the cost of the

12   product and getting signed up for a monthly skincare program where I would get

13   charged $97.88 per month.   The first time I learned about AuraVie's monthly

14   program was after I called them to dispute the $97.88 charge.

15   12.    I understand that this declaration may be used by the Federal Trade

16   Commission in a law-enforcement proceeding.

17

18

19

20

Page **5** of **6**

Ex. 13
App. 000745

1      I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3  Executed on June _7_, 2015, in Hagerstown, Maryland.

4

5

6                                        ELYSIA MATHIAS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Thank You                    Thank You                                        1



## Thank You for Your Order!

Order ID: 2589406
Customer Name: ELYSIA MATHIAS


Shipping Address:
HAGERSTOWN, MD 21740 , US


Billing Address:
HAGERSTOWN, MD 21740 , US

Items included in your order:

| | |
|---|---|
| Auravie 3 in 1 Skincare Trial Offer | $0.00 |
| 11 Free Top Selling LifeStyle eBooks | $0.00 |
| Shipping & Handling: | $1.02 |
| eBooks Processing Fee: | $1.93 |
| Total: | $2.95 |

Welcome to the getmyauravie.com family. We offer valuable products that enrich the lives of our customers and believe in giving it to them at a reasonable price (often at exceptional savings). A confirmation email with links to your 11 free eBooks has been sent to your inbox. Please check your spam folder if you don't see it there.

You have agreed to the Terms & Conditions of this offer and have authorized the two separate charges above on your credit card.
If you have any questions or changes to your order, please give us a call at 866.216.9336 Mon-Fri 7am-4pm PST.

Have a healthy Day!

Print this page for your records

© 2013 getmyauravie.com - All Rights Reserved

ATTACHMENT A

Thank You                    Thank You                                    7/10/2013

Ex. 13, Att. A
App. 000747