

ATTACHMENT B

Ex. 13, Att. B
App. 000748



Ex. 13, Att. B
App. 000749

# DISCOVER®

Discover More Card

Account number ending
Open Date: Aug 5, 2013 - Close Date: Sep 4, 2013
Page 3 of 6

## CONTACT US

| | | | |
|---|---|---|---|
|  Web<br>Access your<br>account securely<br>at Discover.com |  Mobile<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com | Phone<br>1-800-DISCOVER<br>(1-800-347-2683)<br>TDD 1-800-347-7449 | Inquiry<br>Discover<br>P.O. Box 30943<br>Salt Lake City<br>UT 84130 | Mail Payments<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| Payments and Credits | Aug 29 | Aug 29 | PAYMENT - THANK YOU | $ |
| Merchandise | Aug 2 | Aug 5 | | $ |
| | Sep 3 | Sep 3 | | |
| Restaurants | Aug 8 | Aug 8 | | $ |
| | Aug 11 | Aug 11 | | |
| | Aug 13 | Aug 13 | | |
| | Aug 21 | Aug 21 | | |
| | Aug 25 | Aug 25 | | |
| | Aug 28 | Aug 28 | | |
| Gasoline | Aug 7 | Aug 7 | | $ |
| | Aug 11 | Aug 11 | | |
| | Aug 11 | Aug 11 | | |
| | Aug 17 | Aug 17 | | |
| | Aug 25 | Aug 25 | | |
| | Aug 30 | Aug 30 | | |
| | Sep 1 | Sep 1 | | |
| | Sep 2 | Sep 2 | | |
| Travel/Entertainment | Aug 15 | Aug 15 | | $ |
| Services | Aug 17 | Aug 17 | | $ |
| | Aug 24 | Aug 24 | BEAUTY 8883200196 VAN NUYS CA | 97.88 |
| | Aug 26 | Aug 26 | | |
| Supermarkets | Aug 22 | Aug 22 | | $ |
| | Sep 1 | Sep 1 | | |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE | BALANCE SUBJECT TO<br>INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | | | |

ATTACHMENT C

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Ex. 13, Att. C
App. 000750

# DISCOVER

## CONTACT US

| Web Access your account securely at Discover.com | Mobile Manage your account anytime, anywhere at m.Discover.com | Phone 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449 | Inquiry Discover PO Box 30943 Salt Lake City UT 84130 | Mail Payments Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | $ |
|---|---|---|---|---|
| **Payments and Credits** | Jul 25 | Jul 25 | | |
| | Jul 30 | Jul 31 | | |
| **Merchandise** | Jul 6 | Jul 6 | | |
| | Jul 14 | Jul 14 | | |
| | Jul 30 | Jul 30 | | |
| | Jul 30 | Jul 30 | | |
| | Aug 3 | Aug 3 | | |
| **Restaurants** | Jul 8 | Jul 8 | | |
| | Jul 14 | Jul 14 | | |
| | Jul 19 | Jul 19 | | |
| | Jul 23 | Jul 23 | | |
| | Aug 3 | Aug 3 | | |
| **Gasoline** | Jul 4 | Jul 5 | | |
| | Jul 4 | Jul 5 | | |
| | Jul 8 | Jul 8 | | |
| | Jul 16 | Jul 16 | | |
| | Jul 22 | Jul 22 | | |
| | Jul 23 | Jul 23 | | |
| | Jul 26 | Jul 26 | | |
| | Jul 28 | Jul 28 | | |
| **Travel/Entertainment** | Jul 15 | Jul 15 | | |
| **Services** | Jul 10 | Jul 10 | BEAUTY 8883200196 VAN NUYS CA | 9.02 |
| | Jul 10 | Jul 10 | BEAUTY 8883200196 VAN NUYS CA | 1.93 |
| | Jul 11 | Jul 11 | | |
| | Jul 19 | Jul 19 | | |
| | Jul 22 | Jul 22 | | |
| | Jul 25 | Jul 25 | BEAUTY 8883200196 VAN NUYS CA | 97.88 |
| **Supermarkets** | Jul 11 | Jul 11 | | |
| | Jul 21 | Jul 21 | | |
| | Jul 31 | Jul 31 | | |

| | | $ | |
|---|---|---|---|
| Fees | TOTAL FEES FOR THIS PERIOD | | 0.00 |
| Interest Charged | TOTAL INTEREST FOR THIS PERIOD | | 0.00 |

### 2013 Totals Year-to-Date

| | | $ | |
|---|---|---|---|
| | TOTAL FEES CHARGED IN 2013 | | 0.00 |
| | TOTAL INTEREST CHARGED IN 2013 | | 0.00 |

ATTACHMENT D

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Ex. 13, Att. D
App. 000751

COMPLAINT # 20043064

COMPANY INFO
NAME: **AuraVie Skincare**

------------------------

CONSUMER INFO
NAME: **Elysia J Mathias**
ADDRESS:
Hagerstown, MD
21740-4564                          DAY PHONE:
$ VALUE: $195.76                     EVE PHONE:
                                     EMAIL: ████████@gmail.com
                                     FAX:

------------------------

DETAILS
CONCERNING: **Advertising Issues**
OPENED: 24 September 2013            CLOSE CODE: 110 - Resolved
CLOSED: 10 October 2013             CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Marie Rueda

NATURE OF DISPUTE: When I placed an order through Amazon, I was given a choice of some "free" offers. I was not really interested in any but thought I would go ahead and select the one for some "free" skin care products. I just had to pay the shipping fee of $4.95 for the 3-in-1 trial. Apparently, it was a trial membership and I was required to cancel after a short period or be charged $97.88. I did not realize that I would be receiving this inferior product monthly and charged the $97.88 each time. I rejected the second package through the mailman and returned it. I disputed the charges with my credit card and attempted to contact the company. They returned my call and I discovered that I had missed the first charge of $97.88 on my card for my "free" product. The representative referred me to a website http://www.getmyauravie.com/order1.php which stated at the bottom the terms of the free trial. I had not seen this disclaimer prior to placing the order. I felt that it was a lure in, bait-and-switch kind of offer and reeks of shady advertising practices. I have disputed all charges with my credit card and will not permit any future charges from them. This is an underhanded business practice to lure in new customers and hope that they, like myself, would not see the that this was truly not "free" at all.
Product_Or_Service: 3-in-1 trial

DESIRED RESOLUTION: I do not feel that I should have to pay more than the advertised $4.95. I do not think I should have to pay the $97.88 x 2 = $195.76 for a product that is hardly worth the $4.95.

BUSINESS RESPONSE: We appreciate that you have given us the opportunity to address this customer's concerns. After further research and also after listening to the last conversation the customer had with one of our customer service representatives on 6/21/2013, we feel this was a misunderstanding of our terms and conditions she agreed to when placing her order. The customer mentions she thought she was ordering free products in her complaint she also said this to the agent when she called in but, nowhere on our website does it state we are offering "Free Products". The terms and conditions clearly explain any and all future billing that will take place if the customer decides to continue receiving product and not cancel with our company and furthermore the terms to our trial offer explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. We also stress the importance of calling our company if a customer wants to return a qualifying package they do not want to keep, so that they can receive the proper return instructions from our company.  In our efforts to assist this customer we directed her back to the same website she ordered from to demonstrate the specific location of the terms and conditions also to validate what was explained to her. We certainly understand if this information was overlooked and after reviewing this customer's account we offered her the best possible resolution. The customer after

**ATTACHMENT E**

Ex. 13, Att. E
App. 000752

speaking to our customer service agent agreed to call us back, so that we could settle up her account and issue the appropriate credits. We regret to inform you that we have not heard back from the customer and her account is still pending credits but cannot proceed until our instructions are followed. If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance her.

DECISION:

ACTIVITY:

| 09/16/2013 | web | BBB | Case Received by BBB |
| 09/24/2013 | DT | BBB | Manually Inform Member of Case |
| 09/24/2013 | Otto | EMAIL | |
| 09/24/2013 | Otto | EMAIL | |
| 10/07/2013 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We appreciate that you have given us the |

opportunity to address this customer's concerns. After further research and also after listening to the last conversation the customer had with one of our customer service representatives on 6/21/2013, we feel this was a misunderstanding of our terms and conditions she agreed to when placing her order. The customer mentions she thought she was ordering free products in her complaint she also said this to the agent when she called in but, nowhere on our website does it state we are offering "Free Products". The terms and conditions clearly explain any and all future billing that will take place if the customer decides to continue receiving product and not cancel with our company and furthermore the terms to our trial offer explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. We also stress the importance of calling our company if a customer wants to return a qualifying package they do not want to keep, so that they can receive the proper return instructions from our company. In our efforts to assist this customer we directed her back to the same website she ordered from to demonstrate the specific location of the terms and conditions also to validate what was explained to her. We certainly understand if this information was overlooked and after reviewing this customer's account we offered her the best possible resolution. The customer after speaking to our customer service agent agreed to call us back, so that we could settle up her account and issue the appropriate credits. We regret to inform you that we have not heard back from the customer and her account is still pending credits but cannot proceed until our instructions are followed. If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance her.

| 10/08/2013 | DT | EMAIL | Forward Business response to Consumer |
| 10/09/2013 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

    I cannot access the exact information that I was presented with at the time the "order" was placed. It was not clear that I was joining some kind of monthly club. The instructions were not clear. However, as I have no proof of my claims, I will reluctantly accept this BS explanation from the business.

    However, I do feel that the BBB should keep on eye on them in the future because they are an unethical company and will continue along this line.

| 10/10/2013 | OttO | EMAIL | Inform Business - Case Closed RESOLVED |
| 10/10/2013 | OttO | BBB | Case Closed RESOLVED |

# EXHIBIT 14

**DECLARATION OF KRIS SHEETZ**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Kris Sheetz declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Buford, Georgia. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around August 2013, while visiting Home Depot's website, www.homedepot.com, a popup window appeared requesting that I complete a survey about my experience on the website.  After completing the survey, I was offered a "free" gift.  According to the offer, I only needed to pay $2.95 for shipping and handling and I would receive a "free" trial shipment of AuraVie's anti-aging product.  I provided my debit card information to pay the $2.95 shipping and handling fee.

3.      Sometime later, after completing the transaction, AuraVie sent me a confirmation email.  Although I no longer have this email, I am certain that it did not notify me of any charges aside from the $2.95 shipping and handling fee. Moreover, AuraVie's email did not notify me that, if I failed to return the product within 10 days, AuraVie would charge me $97.88 for the "free" anti-aging product and automatically enroll me in a monthly program that would charge me $97.88

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746

1   per month.  The email only stated that if I liked the product, I could continue

2   ordering it.

3       4.    About 10 days after submitting my order, I received a package

4   containing the anti-aging product.  The package did not contain any information

5   notifying me that, if I failed to return the anti-aging product within 10 days,

6   AuraVie would charge me $97.88 for the product and automatically enroll me in a

7   monthly program that would send me additional anti-aging products and charge me

8   $97.88 per month.

9       5.    Sometime later, while reviewing my bank statement, I saw that

10  AuraVie had charged my account $97.88.  I called the number shown on the

11  transaction description.  I called several times before I was able to get a

12  representative on the phone.

13      6.    When I was finally able to speak with someone, the representative

14  informed me that I had agreed to pay for the anti-aging product and sign up for a

15  monthly program with AuraVie since I had not returned the product within 10

16  days.  I told the representative that I was supposed to receive a free gift for

17  completing the survey and that I never agreed to pay for the product or sign up for

18  a monthly program.   Although it had been less than 30 days since I ordered the

19  "free" gift, AuraVie's representative informed that I would not be able to return the

20  product for a refund.  The representative offered a partial refund and said that he

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746        Page | 2

1   would cancel my enrollment in the monthly program.

2        7.    I never authorized AuraVie to charge my debit card $97.88 for the

3   "free" anti-aging product.  Moreover, I never agreed to allow AuraVie to

4   automatically enroll me in a monthly program that would send me additional anti-

5   aging products from AuraVie and charge me a fee of $97.88 per month.

6        8.    I never saw anything either on AuraVie's website, AuraVie's

7   confirmation email, or in the package I received that indicated AuraVie would

8   charge me $97.88  for the "free" anti-aging product and automatically enroll me in

9   a monthly program if I failed to return the "free" gift within 10 days.  I would not

10   have continued with the transaction for the "free" gift had AuraVie disclosed that I

11   had 10 days to return the product to avoid getting charged for the product or

12   automatically enrolling me in a monthly program that would allow AuraVie to

13   charge me $97.88 per month.

14        9.    After speaking with AuraVie, I filed a complaint with the Better

15   Business Bureau.  **Attachment A** is a true and correct copy of the complaint I filed

16   with the Better Business Bureau.  **Attachment A** has been redacted to remove

17   personal information.

18        10.    I understand that this declaration may be used by the Federal Trade

19   Commission in a law-enforcement proceeding.

20

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746           Page | 3

1       I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3  Executed on June ___, 2015, in Buford, Georgia.

KRIS SHEETZ

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746

Page | 4

Ex. 14
App. 000757

COMPLAINT # 

## COMPANY INFO
NAME:    **AuraVie Skincare**

---------------------

---------------------

## CONSUMER INFO
NAME:    **Kris L Sheetz**                          DAY PHONE: ▇▇▇▇▇
ADDRESS:                                            EVE PHONE: ▇▇▇▇▇
         Buford, GA
         ▇▇▇▇                                       EMAIL: ▇▇▇▇@gmail.com
$ VALUE:  $97.88                                    FAX:

---------------------

## DETAILS
CONCERNING: **Refund or Exchange Issues**
OPENED:     05 September 2013            CLOSE CODE: 121 - AJR
CLOSED:     15 November 2013             CLOSED BY: Quynh Nguyen
ENTERED BY:
ASSIGNED TO: Marie Rueda

NATURE OF DISPUTE: From doing a Home Depot survey thru Online Survey Center,  when you complete the survey, they offer a 'free' gift. One option was the Aura Vie anti-aging system.  I only had to pay the shipping of $2.95 and my cost was FREE.   Then two week later they charged my account $97.88 for this FREE product!!When I called the company, they would not take back this stuff and would not refund my money.This is false advertising by the survey outfit and this Aura Vie comp.
Product_Or_Service: Aura Vie anti age system

DESIRED RESOLUTION: DesiredSettlementID: Refund
I want the entire $97.88 returned to my account and them to never use my debit account again.

BUSINESS RESPONSE: Thank you for your correspondents in this matter. Below we have provided the customer with the refund amount and the transaction ID. We have also sent another email to the one listed on this complaint provided by the customer.  At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.
A refund in the amount of $30 has been credited to the account holder's credit card, your refund confirmation - Transaction ID: ▇▇▇▇▇

DECISION:

ACTIVITY:

| 09/04/2013 | web | BBB | Case Received by BBB |
| 09/05/2013 | KS | BBB | Manually Inform Member of Case |
| 09/05/2013 | Otto | EMAIL | |
| 09/05/2013 | Otto | EMAIL | |
| 09/23/2013 | OttO | BBB | |
| 09/23/2013 | OttO | EMAIL | |
| 09/23/2013 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We appreciate that you have given us the |

opportunity to address this customer's concerns. We would like to state that we have evaluated this customer's account and as a courtesy an exception to our policies was already made. Because we felt this was a simple misunderstanding of the terms and conditions of our trial offer, which she had agreed to; a partial credit was reimbursed. Nowhere on our website does it state a "Free Product" being offered as this customer mentions in her

## Attachment A

Ex. 14, Att. A
App. 000758

complaint; furthermore the terms to our trial offer clearly explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. As per the terms and conditions that were accepted by this customer at the time of purchase her account was billed appropriately. If the customer was not satisfied with the product she was required to contact us within her trial period to cancel to avoid the initial charge. We feel the courtesy resolution that was provided to the customer is appropriate considering the customer has admitted fault in not reading the terms and conditions. After reviewing the customer's file and listening to all the call recordings, it is clear there was a misunderstanding to the terms and conditions of our trial offer. To ensure there is no confusion when placing an order through our trial website we provide the terms and conditions of the trial offer in 3 separate locations before the order is completed. At this time her account is considered resolved and closed.  If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department and we will be happy to re-evaluate her account for further assistance.

| 09/27/2013 | OttO | EMAIL | Forward Business response to Consumer |
| 09/27/2013 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The |

consumer indicated he/she DID NOT accept the response from the business.)

They claim to have made a "partial Credit", but I have NOT seen a thing from them, which just further cements the underhanded practices with this company.   When I took the 'survey for Home Depot;,  it definitely stated this was a FREE gift for doing the survey and I was only responsible for shipping.  They just wanted to get a credit card to charge other charges to it!!!!

No,  I do not agree and the survey company needs to be investigated as well.

Thank-you for your help in this matter.  Still waiting to receive my "CREDIT"

| 10/03/2013 | OttO | EMAIL | Forward Consumer Rebuttal to Business |
| 10/14/2013 | WEB | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : With reference to the customers |

response dated 10/03/2013, we would like to state that our customers are only able to request a Risk Free Trial from our website; nowhere on our website do we advertise a free gift as this customer mentioned. At no point did we intend to mislead or misrepresent our trial offer and we regret any inconvenience the customer has experienced. We feel this was a simple oversight because our terms and conditions clearly explain the length of time the customer has to try the products also explaining to cancel to avoid being billed and be enrolled in our recurring program. We have emailed this customer the transaction ID number which validates the refund date and the amount that was applied to her account; we hope this will assist the customer match up the transaction with her records. We are sorry to hear that the customer was unsatisfied with the trial but feel that our resolution was adequate for the situation. At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.

| 10/15/2013 | djg | EMAIL | Send Business' Rebuttal Response to Consumer |
| 10/17/2013 | WEB | BBB | CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated |

he/she DID NOT accept the response from the business.)

I have NO idea where they are sending this supposed email validating any refund, but I have never seen one to date!

And, YES, on the survey for Home Depot your product is listed as a FREE gift for answering some questions, very general ones, about yourself.

All very suspicious that you are not aware and believe me I would never order some face product for $94+.  I want everyone to be aware of this scam.   Where is the $30 credit??  I have not seen that either.

| 10/17/2013 | KS | BBB | BBB Reviews Consumer Rebuttal to Business Response |
| 10/17/2013 | KS | EMAIL | Forward Consumer Rebuttal to Business |
| 11/04/2013 | OttO | BBB | No Response from Business re: Consumer Rebuttal |
| 11/06/2013 | KS | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : Thank you for your |

correspondents in this matter. Below we have provided the customer with the refund amount and the transaction ID. We have also sent another email to the one listed on this complaint provided by the customer.  At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.

A refund in the amount of $30 has been credited to the account holder's credit card, your refund confirmation - Transaction ID: ███████████

| 11/06/2013 | KS | EMAIL | Send Business' Rebuttal Response to Consumer |
| 11/07/2013 | WEB | BBB | CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated |

he/she DID NOT accept the response from the business.)

Just checked my acct. that they claim a credit has been given and I SEE NOTHING!!!!!  They are not honorable doing what they claim.

| 11/15/2013 | QN | BBB | Bureau Judged Case AJR |
| 11/15/2013 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 11/15/2013 | Otto | EMAIL | Inform Business - Case ADMINISTRATIVELY CLOSED |
| 11/15/2013 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |

# Attachment A

# EXHIBIT 15

### DECLARATION OF ALANA MARKS
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Alana Marks declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Fort Walton Beach, Florida. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      While browsing the internet sometime in November 2013, I saw a popup advertisement for a "risk free trial" of skincare products. The advertisement said I needed to pay only $4.95 shipping and handling to receive a trial of AuraVie skincare products. When I clicked on the advertisement, I was directed to input my billing information.

3.      After I requested my "risk free trial," I received a confirmation email from AuraVie. **Attachment A** is a true and correct redacted copy of this email. The email made no mention of additional charges or a product subscription or plan. Shortly after, the expected charge appeared on my credit card statement, and I received the "risk free trial" shipment. The shipment contained an invoice or "packing list," as it was labeled, which listed the charge for the products as "0.00." Nothing in the package with my "risk free trial" mentioned future charges, product subscriptions, or terms and conditions. A true and correct redacted copy of the invoice or "packing list" included with my "risk free trial" shipment is attached to this declaration as **Attachment B**.

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746

4.     In December, however, I discovered an unauthorized charge of $97.88 on my credit card bill. Listed next to the charge was "ZMM 888 609 8647." **Attachment C** is a true and correct copy of my redacted credit card statement, which shows the charge from ZMM, which I later learned was AuraVie when I called the number listed next to the charge.

5.     After noticing the charges on my credit card statement, I contacted the phone number listed on my billing statement next to the charge. The person that answered stated they were with AuraVie. The AuraVie representative informed me that I had signed up for a subscription plan and had agreed to the terms of the offer on their website, but I did not recall seeing this information. The representative agreed to cancel my membership but offered me only a 50% refund because I had opened the product. I refused the partial refund and decided to instead ask my credit card provider for a refund.

6.     After calling AuraVie, I contacted my credit card provider, Eglin Federal Credit Union, to dispute the charge. The dispute letter I sent to my bank is attached to this declaration as **Attachment D.** Eglin Federal Credit Union responded that they would investigate the unauthorized charge. **Attachment E** is a true and correct copy of Eglin Federal Credit Union's response to my letter. Sometime later, I was notified by Eglin Federal Credit Union that AuraVie had written a response to my complaint and included supplemental information.  I

Ex. 15
App. 000761

1  received a copy of this letter from my bank. This information included a screenshot
2  AuraVie stated was of its website, but it was not the popup I encountered when
3
4  browsing online. It also included a copy of AuraVie's terms and conditions, which
5  I never saw when I agreed to the free trial. I responded to Eglin Federal Credit
6
7  Union that I still disputed the charge. **Attachment F** is a true and correct copy of
8  the result of the bank's investigation, the information the bank received from
9  AuraVie regarding my dispute, and my letter in response.
10
11        7.     I never authorized or agreed to pay $97.88 per month to receive skin
12  care products from AuraVie, and I did not see anything on the website that
13  indicated I was signing up for a subscription for AuraVie's products, the amount
14
15  that I would pay, or the terms and conditions associated with this continuity plan.
16  Further, I never received notice that I would be charged for a continuity plan.
17
18  Despite this, I have received a charge from AuraVie for $97.88. This unauthorized
19  charge, and the hassle of requesting a refund, has been frustrating. If I had known
20
21  that I would be charged this amount or the difficulty I would have getting a refund,
22  I never would have requested AuraVie's "risk free trial."
23        8.     After my experience with AuraVie, I filed a complaint with the
24
25  Internet Crime Complaint Center.
26        9.     I understand that this declaration may be used by the Federal Trade
27  Commission in a law-enforcement proceeding.
28

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746                    Page | 3

1      I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3                  Executed on June 11, 2015, in Fort Walton Beach,

4

5      Florida.

6

7

8

9                  _____

10                      Alana Marks

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746         Page | 4



**Attachment A**

Ex. 15, Att. A
App. 000764



**Attachment B**

Ex. 15, Att. B
App. 000765



**Attachment C**

FIS Dispute Resolution Center
**Dispute/Fraud Cover Sheet**

Dispute Information Form

Card #: ███████████████████████████████

Cardholder Name: (please print)

First: *Alana*          Last: *Marks*

Please check only one statement that pertains to the dispute or fraud claim being filed and provide the information requested. The templates below assume the cardholder's perspective.

☐ Unrecognized (I am not sure if I made this transaction)
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

☑ Incorrect Amount (I was billed the wrong amount)
What was the amount you should have been billed? _____ (Please provide a receipt if available)
What was purchased? _____
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

☐ Duplicate Charge (I have been billed more than once for the same transaction)
What was purchased? _____
Please provide a copy of the statement and identify which charge is valid and which is a duplicate.

☐ Paid by Other Means (I paid for this transaction via another payment method or credit card)
What was purchased? _____
Paid by: (Check One) ☐ Check   ☐ Cash   ☐ Another Credit Card   ☐ Other _____
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

Please provide a copy of your cash receipt, the front and back of your cancelled check or a copy of your statement if another credit card was used.

☐ Cancelled (I was charged for something I previously cancelled)
What was purchased? _____
Were you advised of the merchant's cancellation policy? _____
If so, how were you advised? _____
What was your method of cancellation? (Check One) ☐ Phone   ☐ Mail   ☐ Email   ☐ Other _____
Date of cancellation: _____
Cancellation number and/or name of person you spoke with: _____
Please describe your attempt to resolve this dispute with the merchant and your reasons for cancellation in the space for additional information below.

If you cancelled by phone, please provide a copy of the telephone bill reflecting the call if available. If you cancelled by email, please provide a copy of the email correspondence.

☐ Merchandise not as Described (The merchandise I received was damaged, defective, or not what I ordered)
What was purchased? _____
Date the merchandise was received: _____
Date you returned the merchandise or made it available for pick up: _____
Return authorization number or cancellation number if available: _____
Tracking number for returned merchandise: _____
Please describe your attempt to resolve this dispute with the merchant and how the merchandise you received was different from what was described in the space for additional information below.

FIS

3

**Attachment D**

Ex. 15, Att. D
App. 000767

FIS Dispute Resolution Center
## Dispute/Fraud Cover Sheet

☒ Service not as Described (The service I received was not what I expected based on the description provided by the merchant)
What was purchased? _AuraVie Skin care product_
Date the service was received: _end of Nov 2013_
Date you cancelled or attempted to cancel the service: _Jan 6, 2014_
Was merchandise received with the service? _Yes_
If yes, please provide the following:

    Date you returned the merchandise or made it available for pick up: _N/A_ _They won't take it_
    Return authorization number or cancellation number if available: _bulk because it_
    Tracking number for returned merchandise: _was opened_

Please describe your attempt to resolve this dispute with the merchant and how the service you received was different from what was described in the space for additional information below. _I accepted an offer to receive the product for just $4+H cost of $7.95. Then they billed me for the full price of_

☐ Credit not Processed (I did not receive credit that was promised to me by the merchant)
What was purchased? _the product_
Expected date of credit: _($97.88)_
Date merchandise or service was received: _The company is_
Date merchandise or service was returned or cancelled: _called ZMA on_
If credit is for merchandise, please provide the following: _my invoice._

    Date you returned the merchandise or made it available for pick up: _____
    Return authorization number or cancellation number if available: _____
    Tracking number for returned merchandise: _____

Please describe your attempt to resolve this dispute with the merchant and your reason for cancellation/return in the space for additional information below.

Please provide a copy of the return receipt or proof of return, such as a postal receipt if applicable. Please provide any documentation you have, such as a credit voucher, that supports your claim the merchant promised you a credit.

☐ Non-Receipt of Merchandise or Service (I did not receive the merchandise or service I ordered by the agreed upon date)
What was purchased? _____
Date you expected to receive the merchandise or service: _____
If merchandise, was it to be shipped or picked up? _____
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

Additional Information (Please provide additional information required for the dispute type and a full description of your interaction with the merchant from purchase to your last contact. Attach additional pages if necessary.)

_I called the company Jan 6, 2014 + asked them to credit my account for the $97.88. She said they would cancel my account so I would not receive any more product, but I could return the product because it has been opened. She said she could refund 50% of the charge, but I declined because I should receive a complete refund. This is a scam as evidenced by numerous complaints I found when I Googled AuraVie Skin care._

    _Gloria Mack?_

Note: FIS has final responsibility to determine the correct reason code based on information provided and investigation results.

FIS

**Attachment D**

EGLIN FEDERAL CREDIT UNION
PO Box 30495
Tampa, FL 33630-3495
1-800-588-5249 FAX: 1-866-451-6263

Account Number       XXXX-XXXX-XXXX
3rd Account Number   XXXX-XXXX-XXXX
Case Number          1401900011124456

ATTN: TA-21 Fraud

January 23, 2014

ALANA R MARKS
FORT WALTON BEACH FL

RE: EGLIN FEDERAL CREDIT UNION Dispute

Dear ALANA R MARKS:

We received your inquiry concerning a possible error in connection with the transaction(s) listed below.

Our investigation of the possible error has not yet been concluded.  In the mean time you are not required to pay on the disputed amount and it will not be included in your minimum payment or finance charge calculations.

If you do not recognize the transaction as valid, please sign (blue or black ink) the statement below.

| Transaction Date | Transaction Amount | Merchant Name | Case Number |
|---|---|---|---|
| 12/09/2013 | $97.88 | ZMM 888 609 9947 | 1401900011124456 |

READ THIS DISCLAIMER
Please do not sign this letter if you have any doubt about whether you or another authorized user actually participated in the above listed transaction(s).  To declare a transaction as unauthorized when you did participate in it can void your claim and forfeit your dispute rights.  Please call our center at 1-800-500-5249 if you have any doubts about whether you should sign this letter.

Check One:

__✓__   My card was in my possession at all times.

OR

_____   My card is lost or stolen.

I did not make or authorize the transaction(s) listed above and no one else was authorized to use my card.

Home Phone: _____        Work Phone: _None_

Signature: _Alana R Marks_        Date: _Feb 1, 2014_

If this is a valid charge, please notify our office at the number listed above to confirm the charge.

Upon completion of our investigation, if we determine that no error in fact occurred, we will notify you in writing.  The cardholder has the right to request a copy of any document(s) that we relied on in making this determination.  Upon their request, we shall promptly provide a copy of the document(s).

1 of 2                                            029454 04

**Attachment E**

Ex. 15, Att. E
App. 000769

**EGLIN FEDERAL CREDIT UNION**
PO Box 30485
Tampa, FL 33630-3485
1-800-800-5245, FAX: 1-866-451-5253

Account Number:     XXXX-XXXX-XXXX-
2nd Account Number:  XXXX-XXXX-XXXX-
Case Number:         14016000113458

April 18, 2014

ALANA R MARKS

FORT WALTON BEACH FL

RE: EGLIN FEDERAL CREDIT UNION Dispute

Dear ALANA R MARKS:

We received your inquiry concerning a possible error in connection with the transaction(s) listed below.

You were issued a credit for the below referenced transaction. In the course of handling this file, we have now received a rebuttal from the merchant. Please review the enclosed information and respond to us by the below referenced date.

If you do not recognize the transaction as valid, please sign (blue or black ink) the statement below.

| Transaction Date | Transaction Amount | Merchant Name | Case Number |
|---|---|---|---|
| 12/09/2013 | $87.88 | ZNM 888 609 8547 | 14016000113458 |

**READ THIS DISCLAIMER**
Please do not sign this letter if you have any doubt about whether you or another authorized user actually participated in the above listed transaction(s). To declare a transaction as unauthorized when you did participate in it can void your claim and forfeit your dispute rights. Please call our center at 800-215-0260 Ext. 72347 if you have any doubts about whether you should sign this letter.

Check One:

_____✓___ My card was in my possession at all times.

OR

_____ My card is lost or stolen.

I did not make or authorize the transactions(s) listed above and no one else was authorized to use my card.

Home Phone: _____     Work Phone: _Retail_

Signature: _Alana R Marks_     Date: _Apr 24, 2014_

If this is a valid charge, please notify our office at the number listed above to confirm the charge.

1 of 5                          029454 04

**Attachment F**

Please return this signed letter to our office by 04/28/2014 referencing your case number. You may also fax the documentation to 1-866-451-8263. If you have additional questions, please contact us and reference your case number. Thank you for the opportunity to be of service.

Sincerely,

Chargeback Services Department

I still dispute the charge of $94.88. I accepted an online offer to receive a trial sample for $4.95. I did not agree to pay full price for anything else.

You can look up the Cure V__ company on the Better Business Bureau website at: www.bbb.org/los-angeles/contactus. The company went from an A rating to an F rating & are no longer accredited by the BBB because of their business practices.

2 of 8                              029454 06

**Attachment F**

Ex. 15, Att. F
App. 000771



**Attachment F**

Ex. 15, Att. F
App. 000772