

Home   About Us   Management Services   Contact Us

## Management Services

We are working under a strategic hierarchy which allows us to hire management companies that specialize in managing our clients.

Currently our management companies are as follows:

**VistaTex Energy –**

VistaTex Energy Corporation ("VistaTex") was established in 2010 by a team of experienced oil and gas executives to capture opportunities in conventional onshore US assets.
In October 2010, VistaTex completed the acquisition of a group of highly attractive producing properties with the following highlights:
- Over 200 producing wells in Texas, Louisiana, Oklahoma, Mississippi and Arkansas
- Net daily production Q4, 2012 was about 7.5 MMCFE, approximately 10% oil and NGLs
- Proved Developed Producing reserves of over 20 BCFE and additional 20 BCFE upside reserves (Proved Developed Non Producing and Proved Undeveloped Reserves)

VistaTex Energy is our first client. This company is specializing in Oil Drilling in Texas. Cal-Energy has been optimizing VistaTex operations and have reached great success over the time.

**MediaUrge –** As a performance based advertising network, MediaUrge has been providing Advertisers and Affiliates with marketing solutions since 1998. MediaUrge connects advertisers to consumers across many channels. This includes industry leading email, domain, social and search networks. More than 60,000 advertisers utilize the MediaUrge network to advance their offers. MediaUrge protects you and consumers at the same time. By using our patent-pending technology to study consumer response, users receive highly relevant ads while remaining completely anonymous.

**At this time MediaUrge is managing our following clients:**
- Nami Media
- Clickbooth
- Lifescript
- MyDailyMoment
- Fortune Media

**Pinnacle Logistics –** Pinnacle Logistics – This the 10,000 sq ft an order fulfillment house facility located in Van Nuys California. Is FDA registered providing storage and warehousing services utilizing modern Inventory Management System (IMS).

**following clients:**
- AuraVie
- Dellure
- Attitude Line

**Ad Lifestyle Network –** Ad Lifestyle Network – provides marketing services, software development and merchant processing managing our

Ad Lifestyle Network is Managing:
- SignaPay
- Last Banking



Attachment A

Ex. 18, Att. A
App. 000809



Attachment A

**This page is part of your document - DO NOT DISCARD**



**20100091623**



Pages:
0003



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/21/10 AT 03:24PM**

|  |  |
|---|---|
| FEES: | 51.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 51.00 |



LEADSHEET



201001210720044

00001918093

002503054

SEQ:
01

DAR - Counter (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

Attachment B

Ex. 18, Att. B
App. 000811

YOUR RETURN MAILING ADDRESS
NAME: BUNZAI MEDIA GROUP, INC
ADDRESS: 16161 VENTURA BLVD #378
CITY: ENCINO
STATE: CA    ZIP CODE: 91436

01/21/2010



*20100091623*

ORDER/ COUNTY CLERK

2

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)
☑ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)   ☐ New Filings- $23.00 -
☐ Refile- $18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)   (CHANGES IN FACTS FROM ORIGINAL FILING-REQUIRES PUBLICATION)
$4.00 FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION $4.00 FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. MIRACLE FACE KIT        2. AURAVIE
Print Fictitious Business Name(s)

**  16161 VENTURA BLVD #378
Street address of principal place of business          Mailing address if different

ENCINO        CA        91436
City       State       Zip        COUNTY       City       State       Zip

Articles of Incorporation or Organization Number (if applicable)- AI #ON   3239863

*** REGISTERED OWNER(S):

1. BUNZAI MEDIA GROUP, INC        2.
Full Name/Corp/LLC                                  Full Name/Corp/LLC

16161 VENTURA BLVD #378
Residence Address (P.O. Box not accepted)           Residence Address (P.O. Box not accepted)

ENCINO       CA       91436
City       State       Zip                           City       State       Zip

CALIFORNIA
If Corporation or LLC – Print State of Incorporation/Organization      If Corporation or LLC – Print State of Incorporation/Organization

3.                                                  4.
Full Name/Corp/LLC                                  Full Name/Corp/LLC

Residence Address (P.O. Box not accepted)           Residence Address (P.O. Box not accepted)

City       State       Zip                           City       State       Zip

If Corporation or LLC – Print State of Incorporation/Organization      If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual       ☐ a General Partnership       ☐ a Limited Partnership       ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership       ☑ a Corporation       ☐ a Trust       ☐ Copartners
☐ Husband and Wife       ☐ Joint Venture       ☐ State or Local Registered Domestic Partners       ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on _____
(Insert N/A above if you haven't started to transact business)
I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/S/CORP/LLC NAME (PRINT) Bunzai Media Group Incorporation   TITLE CEO
REGISTRANT SIGNATURE _____    IF CORP OR LLC, PRINT NAME Philip Camerino

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17013 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK         BY: _____ , Deputy

Rev. 01/01/08       P.O. BOX 53592, LOS ANGELES, CA 90053-0592       PH: (562) 462-2177       WEB ADDRESS: LAVOTE.NET

RENEWALS DO NOT REQUIRE PUBLICATIONS
Attachment B

Ex. 18, Att. B
App. 000812

REGISTAR RECORDER COUNTY CLERK
FICTITIOUS BUISNESS NAME STATEMENT
ADDITIONAL NAME SHEET

3. ResV Products
4. ColonCleanse
5. Oragnic Treatment
6. Attitude Cosmetics
7. Dead Sea Products
8. M3D Kids
9. 
10. 
11. 
12. 

Attachment B