1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
3  Regional Director

   REID TEPFER
4  rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9  RAYMOND McKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

           UNITED STATES DISTRICT COURT
14         CENTRAL DISTRICT OF CALIFORNIA

                                   CV15-04527-GW(PLAx)
15 |                              | Case No.
   | FEDERAL TRADE COMMISSION,    | UNDER SEAL
16 |                              |
   |        Plaintiff,            | [proposed] ORDER WAIVING
17 |                              | REQUIREMENT THAT
   |           v.                 | ADVANCE NOTICE OF
18 |                              | PLAINTIFF'S EX PARTE
   | BUNZAI MEDIA GROUP, INC.,    | APPLICATION FOR
19 | et al.,                      | TEMPORARY RESTRAINING
   |                              | ORDER, AND OTHER EX PARTE
   |        Defendants.           | APPLICATIONS BE PROVIDED
20 |                              | TO DEFENDANTS

JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 15 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15-04527-GW(PLAx) |
| Plaintiff, | UNDER SEAL |
| v. | [proposed] ORDER WAIVING REQUIREMENT THAT ADVANCE NOTICE OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND OTHER *EX PARTE* APPLICATIONS BE PROVIDED TO DEFENDANTS |
| BUNZAI MEDIA GROUP, INC., | |
| *et al.*, | |
| Defendants. | |

Page | 1

Plaintiff has made several *ex parte* applications, including an *ex parte* application for Temporary Restraining Order ("TRO") with an asset freeze, and other equitable relief, and an *ex parte* application for an order temporarily sealing the file. Plaintiff seeks to have all of its *ex parte* applications, including the instant application, granted without oral or written notice to the Defendants.

Federal Rule of Civil Procedure 65(b) allows the Court to issue a TRO without advance notice to the adverse party if it appears from specific facts or the complaint that immediate and irreparable injury, loss, or damage will result if notice is given.

The Court finds that there is good cause to believe that immediate and irreparable damage to the Court's ability to grant effective final relief for consumers would occur from dissipation or concealment by Defendants of assets or records if Defendants were to receive advance notice of Plaintiff's action. Thus, in accordance with Fed. R. Civ. P. 65(b), the interests of justice require that this order be granted without prior notice to Defendants, and good cause exists for relieving Plaintiff of the duty to provide Defendants with prior notice of any of Plaintiff's *ex parte* applications.

**IT IS HEREBY ORDERED** that Plaintiff's Application is GRANTED. The Court hereby waives the requirement that Plaintiff provide Defendants with

advance notice of Plaintiff's *ex parte* application for a TRO and any *ex parte* applications Plaintiff has filed concurrently.

**IT IS SO ORDERED.**

ENTERED: this 16th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE