JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15-04527-GW(PLAx) |
| Plaintiff, | LODGED UNDER SEAL |
| v. | PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE EXCESS PAGES |
| BUNZAI MEDIA GROUP, INC., et al. | |
| Defendants. | |

PLAINTIFF'S *EX PARTE* APPLICATION
FOR LEAVE TO FILE EXCESS PAGES

JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15-04527-GW(PLAx) |
| Plaintiff, | LODGED UNDER SEAL |
| v. | PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE EXCESS PAGES |
| BUNZAI MEDIA GROUP, INC., et al. | |
| Defendants. | |

PLAINTIFF'S *EX PARTE* APPLICATION
FOR LEAVE TO FILE EXCESS PAGES
Page | 1

Plaintiff Federal Trade Commission ("FTC") files this *Ex Parte* Application for Leave to File Excess Pages and respectfully requests leave to file its *Ex Parte* Application for a Temporary Restraining Order and Other Equitable Relief and Memorandum in Support ("Application") in excess of the 25 page limit specified by Local Rule 11-6.

Under Local Rule 11-6, the Court can permit a party to exceed the 25 page limit set forth in that rule. The FTC has made every effort to be concise, yet thorough, in presenting the facts and law necessary for the Court to rule on the FTC's Application. However, the Application raises a number of factual and legal issues that must be addressed in the memorandum. Those issues include a discussion of the various activities of each defendant, the legal standards that are applicable when the Commission seeks such interim relief, and the need for the specific kinds of relief requested. Consequently, the legal and factual discussions needed to support the Commission's request for a non-noticed temporary restraining order against seven individuals and fourteen businesses necessitates exceeding the Court's page limit rule.

Plaintiff respectfully requests that this Court issue an order allowing the filing of its Application in excess of 25 pages.

                                            Respectfully submitted,

Dated: 6/15/15                    /s/ *Reid A. Tepfer*
                                      REID A. TEPFER
                                      LUIS H. GALLEGOS
                                      Attorneys for the Plaintiff
                                      Federal Trade Commission
                                      1999 Bryan Street, Suite 2150
                                      Dallas, Texas 75077
                                      (214) 979-9395 (Tepfer)
                                      (214) 979-9383 (Gallegos)
                                      (214) 953-3079 (facsimile)
                                      rtepfer@ftc.gov
                                      lgallegos@ftc.gov

PLAINTIFF'S *EX PARTE* APPLICATION
FOR LEAVE TO FILE EXCESS PAGES