1  JONATHAN E. NUECHTERLEIN
   General Counsel
2
   DAMA J. BROWN
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
8  (214) 979-9395 (Tepfer)
   (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)
9
   RAYMOND McKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
11 10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15 - 04527 - GW (PLAx) |
| Plaintiff, | [proposed] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO EXCEED PAGE LIMITATION |
| v. | |
| BUNZAI MEDIA GROUP, INC., | |
| *et al.,* | |
| Defendants. | FILED UNDER SEAL |

JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CV 15 - 04527-GW(PLAx)

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. |
| Plaintiff, | [proposed] ORDER GRANTING |
| v. | PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO EXCEED PAGE LIMITATION |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| Defendants. | **FILED UNDER SEAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

The Court having considered Plaintiff's *Ex Parte* Application for Leave to File Excess Pages ("Application to Exceed Page Limit"),

IT IS ORDERED that Plaintiff's Application to Exceed Page Limit is hereby **GRANTED**;

IT IS FURTHER ORDERED that Plaintiff is hereby permitted to file a brief in excess of page limitation from twenty-five (25) for Plaintiff's *its Ex Parte* Application for a Temporary Restraining Order and Other Equitable Relief and Memorandum in Support.

IT IS SO ORDERED.

ENTERED: this *16th* day of *June*, 2015.

UNITED STATES DISTRICT JUDGE