Name and address:

Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission

Plaintiff(s)

v.

BunZai Media Group, Inc., et al.

Defendant(s).

CASE NUMBER

**CV15-04527-GW(PLAx)**

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

## INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*
(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

## SECTION I - INFORMATION

Gallegos, Luis H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Federal Trade Commission - Southwest Region
*Firm Name*

1999 Bryan Street
Suite 2150
*Street Address*

Dallas, Texas 75206
*City, State, Zip Code*

(214) 979-9383
*Telephone Number*

(214) 953-3079
*Fax Number*

lgallegos@ftc.gov
*E-Mail Address*

I have been retained to represent the following parties:

Federal Trade Commission    ☒ Plaintiff  ☐ Defendant  ☐ Other: ____
                             ☐ Plaintiff  ☐ Defendant  ☐ Other: ____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Western District of Texas | 08/05/2014 | Yes |
| Eastern District of Texas | 12/14/2006 | Yes |
| Western District of Oklahoma | 11/8/2001 | Yes |
| State of Oklahoma | 10/02/2001 | Yes. |

Name and address:

Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission | CASE NUMBER |
| Plaintiff(s) | CV15-04527 |
| v. | |
| BunZai Media Group, Inc., et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |
| Defendant(s). | |

**INSTRUCTIONS FOR APPLICANTS**

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; *note that electronic signatures are not accepted.* Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.

(2) Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).

(3) Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.

**SECTION I - INFORMATION**

Gallegos, Luis H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Federal Trade Commission - Southwest Region
*Firm Name*

1999 Bryan Street
Suite 2150
*Street Address*

(214) 979-9383         (214) 953-3079
*Telephone Number*     *Fax Number*

Dallas, Texas 75206
*City, State, Zip Code*

lgallegos@ftc.gov
*E-Mail Address*

**I have been retained to represent the following parties:**

Federal Trade Commission    [X] Plaintiff  [ ] Defendant  [ ] Other: _____
                            [ ] Plaintiff  [ ] Defendant  [ ] Other: _____
*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Western District of Texas | 08/05/2014 | Yes |
| Eastern District of Texas | 12/14/2006 | Yes |
| Western District of Oklahoma | 11/8/2001 | Yes |
| State of Oklahoma | 10/02/2001 | Yes. |

G-64 (06/13)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE    Page 1 of 3


List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

n/a

Have you previously registered as a CM/ECF user in the Central District of California? ☒ Yes ☐ No
If yes, was your CM/ECF User account associated with the e-mail address provided above? ☒ Yes ☐ No:

lgallegos@ftc.gov
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated June 9, 2015     Luis H. Gallegos
                       *Applicant's Name (please type or print)*

                       *[signature]*
                       *Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

Federal Trade Commission - Western Region, Los Angeles Office
*Firm Name*

10877 Wilshire Boulevard

Suite 700
*Street Address*

Los Angeles, California 90024
*City, State, Zip Code*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

rmckown@ftc.gov
*E-Mail Address*

150975
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated June 9, 2015

Raymond E. McKown
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

Debbie L. Maddox, being duly sworn, deposes and says:

That she is an Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That LUIS H. GALLEGOS, OBA #19098, was admitted to the practice of law by the Supreme Court of Oklahoma on October 2, 2001, and is an active member in good standing of the Oklahoma Bar Association.

*Debbie Maddox*
Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 21st day of May, 2015 by Debbie L. Maddox.

*Laura M. L. Brown*
NOTARY PUBLIC

My Commission Expires:
January 08, 2019
Commission Number
07000304

[Notary Seal: LAURA M. L. BROWN, NOTARY PUBLIC, STATE OF OKLAHOMA, #07000304, EXP. 01/08/19]

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org