Name and address:
Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

LODGED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission<br><br>Plaintiff(s)<br>v.<br>BunZai Media Group, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV15-04527-GW(PLAx)<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gallegos, Luis H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9383            (214) 953-3079
*Telephone Number*        *Fax Number*

lgallegos@ftc.gov
*E-Mail Address*

of  Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975
*Designee's Cal. Bar Number*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

of  Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024

*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____                                      _____
                                                            U.S. District Judge/U.S. Magistrate Judge

Name and address:
Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | CV15-04527-GW(PLAx) |
| BunZai Media Group, Inc., et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gallegos, Luis H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9383        (214) 953-3079
*Telephone Number*    *Fax Number*

lgallegos@ftc.gov
*E-Mail Address*

of Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*       ☒ Plaintiff   ☐ Defendant   ☐ Other:

and designating as Local Counsel

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975
*Designee's Cal. Bar Number*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

of Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated June 21, 2015

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1