Name and address:

Reid Tepfer
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

LODGED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission

Plaintiff(s)

v.

BunZai Media Group, Inc., et al.

Defendant(s).

CASE NUMBER

CV15-04527-GW(PLAx)

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tepfer, Reid A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9395
*Telephone Number*

(214) 953-3079
*Fax Number*

rtepfer@ftc.gov
*E-Mail Address*

of

Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975
*Designee's Cal. Bar Number*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

of

Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024

*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13) (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

Name and address:

Reid Tepfer
1999 Bryan Street, Suite 2150
Dallas, Texas 75201


LODGED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) v. BunZai Media Group, Inc., et al. | CV15-04527-GW(PLAx) |
| Defendant(s). | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tepfer, Reid A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9395     (214) 953-3079
*Telephone Number*   *Fax Number*

rtepfer@ftc.gov
*E-Mail Address*

of   Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

_____

*Name(s) of Party(ies) Represented*     ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975                (310) 824-4325
*Designee's Cal. Bar Number*   *Telephone Number*

                      (310) 824-4380
                      *Fax Number*

of   Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated  June 21, 2015        _____
                            U.S. District Judge/~~U.S. Magistrate Judge~~