# In the United States District Court Central District of California

| | |
|---|---|
| **Federal Trade Commission** | Premium: $ 150.00 |
| | Bond Number. 41326728 |
| | BOND OF RECEIVER |
| Plaintiff **s** | C.C.P., Sec. 567(b) |
| | Case Number CV 15-4527-GW(PLAx) |

vs.

**BUNZAI MEDIA GROUP, INC.,** a
California corporation, also doing
business as AuraVie and Miracle Face
Kit;
**PINNACLE LOGISTICS, INC.,** a
California corporation;
**DSA HOLDINGS, INC.,** a California
Corporation;
**LIFESTYLE MEDIA BRANDS,
INC.,** a California corporation;
**AGOA HOLDINGS, INC.,** a
California corporation;
**ZEN MOBILE MEDIA, INC.,** a
California corporation;
**SAFEHAVEN VENTURES, INC.,** a
California corporation;
**HERITAGE ALLIANCE GROUP,
INC.,** a California corporation, also
doing business as AuraVie Distribution;
**AMD FINANCIAL NETWORK,
INC.,** a California corporation;
**SBM MANAGEMENT, INC.;** a
California corporation;
**MEDIA URGE, INC.,** a California
corporation;
**ADAGEO, LLC,** a California limited
liability corporation;
**CALENERGY, INC.,** a California
corporation;
**KAI MEDIA, INC.,** a California
corporation;
**INSIGHT MEDIA, INC.,** a California
corporation;



FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**ALON NOTTEA** , individually and as
an officer or manager of BunZai Media
Group, Inc., and Pinnacle Logistics,
Inc.;
**MOTTI NOTTEA**, individually and as
an officer or manager of BunZai Media
Group, Inc.;
**DORON NOTTEA**, individually and as
an officer or manager of BunZai Media
Group, Inc., and Pinnacle Logistics,
Inc.;
**IGOR LATSANOVSKI**, individually
and as an officer or manager of BunZai
Media Group, Inc, Pinnacle Logistics,
Inc., and Zen Mobile Media, Inc.;
**OZ MIZRAHI**, individually and as an
officer or manager of BunZai Media
Group, Inc., and Pinnacle Logistics,
Inc.;
**ROI REUVENI**, individually and as an
officer or manager of BunZai Media
Group, Inc., and Pinnacle Logistics,
Inc.;
and
**KHRISTOPHER BOND**, also known
as Ray Ibbot, individually and as an
officer or manager of BunZai Media
Group, Inc.

_____ }

Defendant s_____

KNOW ALL MEN BY THESE PRESENTS:

That we, <u>Charlene Koonce of Scheef & Stone, LLP</u> as Principal,

And Platte River Insurance Company, a corporation organized under the laws of the State of Nebraska, and

authorized to transact business in the State of California, as Surety, are held and firmly bound unto the State of

California, in the sum of <u>Twenty Thousand and 00/100 Dollars ($20,000.00)</u>

lawful money of the United States of America, for the payment of which, well and truly to be made, we bind

ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, by an order of the above entitled Court, duly made on the 16 day of June 2015, the above bounden Principal was appointed Receiver in the above entitled action and was ordered, before entering upon the discharge of his duties as such Receiver, to execute a bond in the above penalty according to the law.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the said Principal as such Receiver shall faithfully discharge his duties in this action and obey the orders of the Court therein, then this obligation shall be void; otherwise it shall remain in full force and effect.

DATED this 16 day of June, 20 15.

Charlene Koonce of Scheef & Stone, LLP
Principal

By _____

**Platte River Insurance Company**

By _____
Chris Eley, Attorney-in-Fact

Surety approved on this the 17th day of June, 2015.

_____
George H. Wu
United States District Judge

Clerk, U. S. District Court
Central District of California

By _____

1202

# PLATTE RIVER INSURANCE COMPANY
## POWER OF ATTORNEY

41326728

KNOW ALL MEN BY THESE PRESENTS, That the **PLATTE RIVER INSURANCE COMPANY**, a corporation of the State of Nebraska, having its principal offices in the City of Middleton, Wisconsin, does make, constitute and appoint

---------------------------------CHRIS ELEY; CHRISTINA L. HAWKINS; JASON JENKINS---------------------------------

its true and lawful Attorney(s)-in-fact, to make, execute, seal and deliver for and on its behalf, as surety, and as its act and deed, any and all bonds, undertakings and contracts of suretyship, provided that no bond or undertaking or contract of suretyship executed under this authority shall exceed in amount the sum of

---------------------------ALL WRITTEN INSTRUMENTS IN AN AMOUNT NOT TO EXCEED: $20,000,000.00---------------------------

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of **PLATTE RIVER INSURANCE COMPANY** at a meeting duly called and held on the 8th day of January, 2002.

**"RESOLVED,** that the President, and Vice-President, the Secretary or Treasurer, acting individually or otherwise, be and they hereby are granted the power and authorization to appoint by a Power of Attorney for the purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, one or more vice-presidents, assistant secretaries and attorney(s)-in-fact, each appointee to have the powers and duties usual to such offices to the business of the company; the signature of such officers and the seal of the Corporation may be affixed to such power of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Corporation in the future with respect to any bond or undertaking or other writing obligatory in the nature thereof to which it is attached. Any such appointment may be revoked, for cause, or without cause, by any of said officers, at any time."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be modified or revoked unless prior written personal notice of such intent has been given to the Commissioner – Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

**IN WITNESS WHEREOF,** the **PLATTE RIVER INSURANCE COMPANY** has caused these presents to be signed by its officer undersigned and its corporate seal to be hereto affixed duly attested, this 8th day of February, 2015.

Attest:

_Gary W. Stumper_
Gary W. Stumper
President
Surety & Fidelity Operations

**SEAL**
PLATTE RIVER INSURANCE COMPANY
CORPORATE
NEBRASKA

PLATTE RIVER INSURANCE COMPANY

_Stephen J. Sills_
Stephen J. Sills
CEO & President

STATE OF WISCONSIN }
COUNTY OF DANE      } S.S.:

On the 8th day of February, 2015 before me personally came Stephen J. Sills, to me known, who being by me duly sworn, did depose and say: that he resides in the County of New York, State of New York; that he is President of **PLATTE RIVER INSURANCE COMPANY**, the corporation described herein and which executed the above instrument; that he knows the seal of the said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

DANIEL
W.
KRUEGER
CERTIFICATE

_Daniel W. Krueger_
Daniel W. Krueger
Notary Public, Dane Co., WI
My Commission Is Permanent

STATE OF WISCONSIN }
COUNTY OF DANE      } S.S.:

I, the undersigned, duly elected to the office stated below, now the incumbent in **PLATTE RIVER INSURANCE COMPANY**, a Nebraska Corporation, authorized to make this certificate, **DO HEREBY CERTIFY** that the foregoing attached Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolution of the Board of Directors, set forth in the Power of Attorney is now in force.

Signed and sealed at the City of Middleton, State of Wisconsin this ____16____ day of ____June____, 2015

**SEAL**

_Antonio Celii_
Antonio Celii
Secretary

THIS DOCUMENT IS NOT VALID UNLESS PRINTED ON GREEN SHADED BACKGROUND WITH A RED SERIAL NUMBER IN THE UPPER RIGHT HAND CORNER. IF YOU HAVE ANY QUESTIONS CONCERNING THE AUTHENTICITY OF THIS DOCUMENT CALL, 800-475-4450.          PR-POA (Rev. 02-2015)