AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | ) |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV 15-4527-GW(PLAx) |
| BUNZAI MEDIA GROUP, INC., | ) |
| *See attachments* | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Phone: (214) 979-9395
Fax: (214) 953-3079


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: 6/17/2015

CLERK OF COURT

ANDRES PEDRO

*Signature of Clerk or Deputy Clerk*

1202

1  JONATHAN E. NUECHTERLEIN
   General Counsel
2
   DAMA J. BROWN
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75201
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)
9
   RAYMOND McKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV15-04527-GW(PLAx) |
| Plaintiff, | UNDER SEAL |
| v. | COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie, Miracle Face Kit, and Attitude Cosmetics; | |
| PINNACLE LOGISTICS, INC., a California corporation; | |

1  **DSA HOLDINGS, INC.**, a California corporation;

2

3  **LIFESTYLE MEDIA BRANDS, INC.**, a California corporation;

4  **AGOA HOLDINGS, INC.**, a California corporation;

5  **ZEN MOBILE MEDIA, INC.**, a California corporation;

6

7  **SAFEHAVEN VENTURES, INC.**, a California corporation;

8  **HERITAGE ALLIANCE GROUP, INC.**, a California corporation, also doing business as AuraVie Distribution;

9

10 **AMD FINANCIAL NETWORK, INC.**, a California corporation;

11 **SBM MANAGEMENT, INC.**; a California corporation;

12 **MEDIA URGE, INC.**, a California corporation;

13

14 **ADAGEO, LLC**, a California limited liability corporation;

15 **CALENERGY, INC.**, a California corporation;

16 **KAI MEDIA, INC.**, a California corporation;

17

18 **INSIGHT MEDIA, INC.**, a California corporation;

19 **ALON NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.;

20

| | |
|---|---|
| 1 | **MOTTI NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc.; |
| 2 | |
| 3 | **DORON NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 4 | |
| 5 | **IGOR LATSANOVSKI**, individually and as an officer or manager of BunZai Media Group, Inc, Pinnacle Logistics, Inc., and Zen Mobile Media, Inc.; |
| 6 | |
| 7 | **OZ MIZRAHI**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 8 | |
| 9 | **ROI REUVENI**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 10 | and |
| 11 | **KHRISTOPHER BOND**, also known as Ray Ibbot, individually and as an officer or manager of BunZai Media Group, Inc. |
| 12 | |
| 13 | **Defendants.** |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1. The FTC brings this action under Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c), to obtain temporary, preliminary, and permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid,

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF Page | 3