JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**FILED**
**CLERK, U.S. DISTRICT COURT**

June 23, 2015

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____JG_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **PLAINTIFF'S *EX PARTE* APPLICATION FOR LIFTING SEAL ON ENTIRE DOCKET** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* **Defendants.** | |

**APPLICATION FOR LIFTING SEAL**

Page | 1

1    Plaintiff Federal Trade Commission ("FTC") files this *Ex Parte* Application

2  for Lifting Seal on the Entire Docket. On June 15, 2015, the FTC filed its *Ex*

3  *Parte* Application and Memorandum in Support of Application for an Order

4  Temporarily Sealing the Entire File and Docket ("Application for Seal"). The FTC

5  respectfully requested an Order automatically lifting the seal after the close of the

6  fifth court day following the issuance of the Order Temporarily Sealing the Entire

7  File and Docket, without motion by the FTC or further Order by the Court.

8    Given that the majority of Defendants have since been served, the FTC

9  respectfully requests an Order lifting the seal on the entire docket.

10

11                                                Respectfully submitted,

12

13

14  Dated: 6/23/15                                */s/ Reid Tepfer*_____
                                                  REID A. TEPFER
                                                  LUIS H. GALLEGOS
15                                                Attorneys for the Plaintiff
                                                  Federal Trade Commission
16                                                1999 Bryan Street, Suite 2150
                                                  Dallas, Texas 75077
17                                                (214) 979-9395 (Tepfer)
                                                  (214) 979-9383 (Gallegos)
18                                                (214) 953-3079 (facsimile)
                                                  rtepfer@ftc.gov
19                                                lgallegos@ftc.gov

20

**APPLICATION FOR LIFTING SEAL**