1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
   Regional Director
3

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)
9
   RAYMOND McKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

14 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
   **WESTERN DIVISION**
15

16 **FEDERAL TRADE COMMISSION,**      Case No.  CV 15-4527-GW(PLAx)

17              Plaintiff,             **ORDER GRANTING**
                                       **PLAINTIFF'S *EX PARTE***
18          v.                         **APPLICATION FOR LIFTING**
                                       **SEAL ON ENTIRE DOCKET**
    **BUNZAI MEDIA GROUP, INC.**,
19
    *et al.,*                          **FILED UNDER SEAL**
20
                Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

The Court having considered Plaintiff's *Ex Parte* Application for Lifting

Seal on Entire Docket ("Application to Lift the Seal"),

   **IT IS ORDERED** that Plaintiff's Application to Lift the Seal is hereby

**GRANTED** and **IT IS FURTHER ORDERED** that the seal on the entire docket

and file for the above-caption case shall be lifted immediately;

   **IT IS SO ORDERED.**

**ENTERED**: this 23rd day of June, 2015.


_____

   **GEORGE H. WU, U.S. DISTRICT JUDGE**