**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants**
**Igor Latsanovski and Calenergy, Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ALON NOTTEA, MOTTI NOTTEA, DORON NOTTEA, OZ MIZRAHI, ROI REUVENI, IGOR LATSANOVSKI, CALENERGY, INC. AND ADAGEO, LLC** |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | *(Declaration of Marc S. Harris; Declaration of Robert Unger and [Proposed] Order Filed Concurrently)* |

WHEREAS, the FTC filed its Complaint for Permanent Injunction and Other Equitable Relief on or about June 15, 2015 (the "Complaint"), and served the Complaint on or about June 18, 2015;

WHEREAS, the Court issued a Temporary Restraining Order, among other things, enjoining certain conduct, freezing certain assets and appointing a Temporary Receiver to take over the affairs of the corporate defendants;

WHEREAS, the Court set a Preliminary Injunction hearing for June 30, 2015, and set a briefing schedule in connection with that hearing;

WHEREAS, as more fully set forth in the Declaration of Marc S. Harris filed

concurrently herewith, the parties have met and conferred regarding scheduling in this matter, and have agreed that an extension of the duration of the Temporary Restraining Order ("TRO") and a continuance of the Preliminary Injunction hearing is in the interest of justice;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants Alon Nottea, Motti Nottea, Doron Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, Calenergy, Inc. and Adageo, LLC (collectively, the "Stipulating Defendants"),[1] through their respective counsel of record, as follows:

1. The Preliminary Injunction hearing presently scheduled for June 30, 2015, be continued to August 6, 2015, with respect to the Stipulating Defendants.

2. Any opposition to the issuance of the preliminary injunction and appointment of a permanent receiver must be submitted by the Stipulating Defendants no later than 4:30 p.m. on July 24, 2015.

3. Any reply by the FTC to defendants' opposition shall be filed by no later than 4:30 p.m. on July 31, 2015.

4. The terms of the TRO shall remain in full force and effect with respect to the Stipulating Defendants until the Preliminary Injunction hearing on August 6, 2015, unless otherwise modified by the Court.

---

[1] Defendants Agoa Holdings, LLC, Bunzai Media Group, Inc., Pinnacle Logistics, Inc., DSA Holdings, Inc., Zen Mobile, Inc., Safehaven Ventures, Inc., Heritage Alliance Group, Inc., and Media Urge, Inc. are dissolved business entities. *See* Declaration of Brent McPeek, ¶¶6-13 and 16. Defendants Lifestyle Media Brands, Inc., AMD Financial Network, Inc., SBM Management, Inc., Kai Media, Inc., and Insight Media Inc. are not represented by counsel and are not included in this Stipulation. The parties have not been able to communicate with Defendant Khristopher Bond regarding this Stipulation, and he is not included as a signatory to the stipulation. All defendants referenced in this footnote have been provided notice of the Temporary Restraining Order and the June 30, 2015 hearing regarding Preliminary Injunction.

5. The Temporary Receiver's Report, as referred to in Section XXI of the TRO, shall be filed with the Court on or before August 5, 2015.

DATED: June 25, 2015   SCHEPER KIM & HARRIS LLP
MARC S. HARRIS
ANNAH S. KIM


By:  /s/  Marc S. Harris
Marc S. Harris
Attorneys for Defendants Igor Latsanovski and Calenergy, Inc.

DATED: June 25, 2015


By:  /s/  Robert M. Ungar
Robert M. Ungar
Attorneys for Defendants Alon Nottea, Motti Nottea, Doron Nottea, Oz Mizrahi, Roi Reuveni, and Adageo, LLC

DATED: June 25, 2015   FEDERAL TRADE COMMISSION
REID TEPFER
RAYMOND McKOWN


By:  /s/ Reid Tepfer

Attorneys for Plaintiff Federal Trade Commission

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).

/s/ Marc S. Harris
Marc S. Harris