**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>         Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF MARC S. HARRIS IN SUPPORT OF STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ALON NOTTEA, MOTTI NOTTEA, DORON NOTTEA, OZ MIZRAHI, ROI REUVENI, IGOR LATSANOVSKI, CALENERGY, INC. AND ADAGEO, LLC** |

# DECLARATION OF MARC S. HARRIS

I, Marc S. Harris, hereby state and declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Scheper Kim & Harris LLP ("SKH"), attorneys of record for defendants Igor Latsanovski and Calenergy, Inc. in the case of *Federal Trade Commission v. Bunzai Media Group, Inc., et al.*, Case No. CV15-4527-GW (PLAx). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. On Monday, June 22, 2015, SKH was retained to represent the above-named defendants in this action. I immediately began to familiarize myself with the underlying facts of the case and the voluminous pleadings filed by the Federal Trade Commission ("FTC") in support of the complaint and Temporary Restraining Order. Those pleadings consist of more than 900 pages of briefs, declarations and exhibits.

3. Under the terms of the Temporary Restraining Order, the defendants have until June 26, 2015, to file an opposition to the FTC's application for Preliminary Injunction. Given the volume of materials offered by the FTC in support of the Preliminary Injunction, and the extremely time-consuming and time-sensitive obligations imposed on defendants to provide documents and information to the FTC and Receiver in the Temporary Restraining Order, I have not had an opportunity to evaluate the Preliminary Injunction application and prepare a response in the three business days I have been involved in this case.

5. On June 24, 2015, I spoke with FTC counsel and suggested that the parties stipulate to extend the term of the TRO and continue the hearing on the Preliminary Injunction to allow me to continue to provide the requested documents and information, and to evaluate the application for the Preliminary Injunction. On June 24, 2015, the FTC agreed to enter into such a stipulation.

6. I have been in contact with counsel for the Temporary Receiver appointed by the Court to manage the affairs of the corporate defendants. On June

1  24, 2015, counsel for the Receiver advised me by email that he has no objection to
2  the requested continuance.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on June 25, 2015, at Los Angeles, California.

                                            /s/ Marc S. Harris
                                            MARC S. HARRIS