# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ALON NOTTEA, MOTTI NOTTEA, DORON NOTTEA, OZ MIZRAHI, ROI REUVENI, IGOR LATSANOVSKI, CALENERGY, INC. AND ADAGEO, LLC** |

After review and consideration of the parties' stipulation for an order continuing the preliminary injunction hearing as to certain defendants, the Court orders as follows:

1. The Preliminary Injunction hearing presently scheduled for June 30, 2015, is continued to August 6, 2015 with respect to defendants Alon Nottea, Motti Nottea, Doron Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, Calenergy, Inc. and Adageo, LLC (collectively, the "Stipulating Defendants").

2. Any opposition to the issuance of the preliminary injunction and appointment of a permanent receiver must be submitted by the Stipulating Defendants no later than 4:30 p.m. on July 24, 2015.

3. Any reply by the FTC to defendants' opposition shall be filed by no later than 4:30 p.m. on July 31, 2015.

4. The terms of the Temporary Restraining Order (Dkt. 14) shall remain in full force and effect with respect to the Stipulating Defendants until the Preliminary Injunction hearing on August 6, 2015, unless otherwise modified by the Court.

5. The Temporary Receiver's Report, as referred to in Section XXI of the TRO, shall be filed with the Court on or before August 5, 2015.

**IT IS SO ORDERED.**

Dated: _____    _____
                                               The Honorable George Wu
                                               Judge, United States District Court