**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
MICHAEL J. WEISS (206473) mweiss@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.<br><br>         Defendants. | CASE NO. 2:15-CV-4527-GW(PLAx)<br><br>Judge: Judge George H. Wu<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID B. DYER** *PRO HAC VICE* |

Pending before the Court is the application of David B. Dyer, who is an active member in good standing with the bar of Texas for admission to practice in the Central District of California on a *pro hac vice* basis. Mr. Dyer represents Scheef & Stone, LLP, which was appointed by the Court to serve as the receiver for Plaintiff Federal Trade Commission in the above-entitled action. David B Dyer's business address and phone number are as follows:

---

**[Proposed] Order re Admission Pro Hac Vice**
**Case No. 2:15-CV-4527-GW(PLAx)**

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Scheef & Stone, LLP
500 N. Akard Street, Ste. 2700
Dallas, TX 75201
(214) 706-4215(tel)
(214) 706-4242(fax)
charlene.koonce@solidcounsel.com

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of L.R. 83-2.3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 10-07, Order Authorizing Electronic Filing.

IT IS FURTHER ORDERED THAT Michael J. Weiss, present counsel of record in the above-captioned action, who is a member of the bar of this Court in good standing and who maintains an office within the State of California shall act as local counsel for Mr. Dyer.

**IT IS SO ORDERED**

DATED:_____

By:_____
The Honorable George H. Wu
United States District Judge

**[Proposed] Order re Admission Pro Hac Vice**
**Case No. 2:15-CV-4527-GW(PLAx)**