**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
MICHAEL J. WEISS (206473) mweiss@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | Judge: Judge George H. Wu |
| vs. | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KELLY M. CRAWFORD *PRO HAC VICE*** |
| BUNZAI MEDIA GROUP, INC., et al. | |
| Defendants. | |

Pending before the Court is the application of Kelly M. Crawford, who is an active member in good standing with the bar of Texas for admission to practice in the Central District of California on a *pro hac vice* basis.  Mr. Crawford represents Scheef & Stone, LLP, which was appointed by the Court to serve as the receiver for Plaintiff Federal Trade Commission in the above-entitled action.  Kelly M. Crawford's business address and phone number are as follows:

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

**[Proposed] Order re Admission Pro Hac Vice**
**Case No. 2:15-CV-4527-GW(PLAx)**

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1
2
3
4

Scheef & Stone, LLP
500 N. Akard Street, Ste. 2700
Dallas, TX   75201
(214) 706-4215(tel)
(214) 706-4242(fax)
charlene.koonce@solidcounsel.com

5   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

6   and conditions of L.R. 83-2.3. All papers filed by the attorney must indicate appearance

7
8   *pro hac vice*. Service of papers upon and communication with co-counsel designated in

9   the application will constitute notice to the party. All future filings in this action are

10   subject to the requirements contained in General Order No. 10-07, Order Authorizing

11   Electronic Filing.

12
13   IT IS FURTHER ORDERED THAT Michael J. Weiss, present counsel of record

14   in the above-captioned action, who is a member of the bar of this Court in good standing

15   and who maintains an office within the State of California shall act as local counsel for

16   Mr. Crawford.

17   **IT IS SO ORDERED**

18
19
20   DATED:_____

21
22   By:_____
                The Honorable George H. Wu
23              United States District Judge

24
25
26
27
28

**[Proposed] Order re Admission Pro Hac Vice**
**Case No. 2:15-CV-4527-GW(PLAx)**