1  JONATHAN E. NUECHTERLEIN
   General Counsel

2
   DAMA J. BROWN
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9
   RAYMOND McKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

14
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

| | |
|---|---|
| 16 **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| 17          Plaintiff, | **PLAINTIFF'S UNOPPOSED MOTION TO CLARIFY ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING** |
| 18          v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| 19          **Defendants.** | |

20

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Plaintiff Federal Trade Commission ("FTC") files this Motion to Clarify

Order Extending Temporary Restraining Order and Continuing Preliminary Injunction

Hearing and requests entry of the attached superseding order, which clarifies the

preliminary injunction date for those Defendants that did not enter into the Stipulated

Continuance. (Doc. 26).

The Court's Order Extending Temporary Restraining Order as to All Defendants

and Continuing Preliminary Injunction Hearing as to Defendants Alon Nottea, Motti

Nottea, Doron Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, CalEnergy, Inc, and

Adageo, LLC., (Doc. 31), currently limits, in the caption and paragraph 1, the August 6

Preliminary Injunction Hearing to those Defendants that entered the Stipulated

Continuance.

Respectfully submitted,

Dated: 6/29/15

*/s/ Reid Tepfer*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75077
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

**MOTION TO CLARIFY**

**CERTIFICATE OF CONFERENCE**

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 29, 2015. FTC counsel Reid Tepfer conferred with Marc Harris, counsel to CalEnergy, Inc. and Igor Latsanovski, and Bill Rothbard, counsel to Adageo LLC, Oz Mizrahi, Roi Reuveni, and Alon, Doron, and Motti Nottea. FTC Counsel was unable to consult with BunZai Media Gro up, Inc.; Pinnacle Logistics, Inc.; DSA Holdings, Inc.; Lifestyle Media Brands, Inc.; Agoa Holdings, Inc.; Zen Mobile Media, Inc.; Safehaven Ventures, Inc.; Heritage Alliance Group, Inc.; AMD Financial Network, Inc.; SBM Management, Inc.; Media Urge, Inc.; Kai Media, Inc.; Insight  Media, Inc.; and Khristopher Bond, as they are currently unrepresented.

**CERTIFICATE OF SERVICE**

I, Reid Tepfer, declare:

1. I am citizen of the United States and I am an attorney employed by and representing the Federal Trade Commission. I am not a party to this action.

2. My business address is 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

3. On June 29, 2015, the foregoing document entitled Plaintiff's Unopposed Motion to Clarify Order Extending Temporary Restraining Order and Continuing Preliminary Injunction Hearing was served by ECF on the following:

**MOTION TO CLARIFY**

1  Marc S. Harris
   (Attorney for Igor Latsanovsky and CalEnergy, Inc.)
2  mharris@scheperkim.com

3  Charlene Koonce
   (Receiver)
4  charlene.koonce@solidcounsel.com

5  Kelly M. Crawford
   (Counsel to Receiver)
6  kelly.crawford@solidcounsel.com

7  David B. Dyer
   (Counsel to Receiver)
8  David.dyer@solidcounsel.com

9  Nina Nahal Ameri
   (Counsel to Receiver)
10 nameri@agmblaw.com

11

12  4.  Further, the foregoing document entitled Plaintiff's Unopposed Motion to

13     Clarify Order Extending Temporary Restraining Order and Continuing

14     Preliminary Injunction Hearing will be mailed by USPS on June 30th to the

15     following parties:

16  DSA Holdings, Inc.
    C/O Jason Mennin
17  22949 W. Arminta St.
    West Hills, CA 91304

18

19  Lifestyle Media Brands, Inc.
    C/O Lori Bekhor
20  18565 Doral Way
    Tarana, CA 91356

**MOTION TO CLARIFY**

1

2
SafeHaven Ventures, Inc.; Kai Media Inc,; Insight Media, Inc.
C/O California Corporate Agents, Inc.
16830 Ventura Blvd, Ste. 360

3
Encino, CA 91436

4
AMD Financial Network
C/O Annsofie Algarp

5
22759 Cavalier St.
Woodland Hills, CA 91364

6

7
SBM Management
C/O Stephan Bauer
836 Westbourne Dr., Apt. 105

8
West Hollywood, CA 90069

9

10
Media Urge, Inc.
C/O Rami Ohana
22759 Cavalier St

11
Woodland Hills, CA 91364

12
Khristopher Bond
5501 Newcastle Ave., Apt. 407

13
Encino, CA 91316

14
Robert Unger
(counsel to Adageo LLC, Oz Mizrahi, Roi Reuveni, and Alon, Doron, and

15
Motti Nottea)

16
14724 Ventura Boulevard
 Sherman Oaks, CA 91403

17
Bill Rothbard

18
(counsel to Adageo LLC, Oz Mizrahi, Roi Reuveni, and Alon, Doron, and
Motti Nottea)
1217 Yale Street, Suite 104

19
 Santa Monica, California 90404

20

**MOTION TO CLARIFY**

1   I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   Executed on this 29th day of June, 2015, in Dallas, Texas.

4                                                                    */s/ Reid Tepfer*

5                                                                    Reid Tepfer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**MOTION TO CLARIFY**