**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants**
**Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>         Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS** |

WHEREAS, on June 16, 2015, as part of the Temporary Restraining Order and asset freeze imposed by the Court in the above-captioned matter, a Wells Fargo bank account belonging to Sunset Holdings Partners LLC (account number ending in 9222) (the "Sunset Holdings Account") was frozen.  Igor Latsanovski is a signatory on the Sunset Holdings Account.  According to the Operating Agreement of Sunset Holdings Partners LLC, Calenergy, Inc. owns a 99% ownership in Sunset Holdings Partners, LLC.[1]  The parties dispute whether a subsequent amendment to the Operating Agreement has effectively transferred Calenergy's shares to

---

[1] Management and control over Calenergy, Inc. has been transferred to the Temporary Receiver pursuant to the Temporary Restraining Order.

1
**STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS**

1 Latsanovski and a third party.

2 WHEREAS, Sunset Holdings Partners LLC ("Sunset Holdings") has entered
3 into the following two real estate transactions, which are scheduled to close escrow
4 on June 30, 2015:  (1) the purchase of a property located at 3777 Rosewood Avenue,
5 Los Angeles, CA  90066. (the "Rosewood Property"); and (2) the purchase of a
6 property located at 3783 Redwood Ave, Los Angeles, CA 90066 (the "Redwood
7 Property").  Sunset Holdings intended to use funds in the Sunset Holdings Account
8 to close these transactions.

9 WHEREAS Sunset Holdings deposited $300,000 in an escrow account under
10 the name of "LA Citiwide Escrow Marina-MA-001032-EA" ("Redwood Escrow")
11 for the Redwood Property and deposited $100,000 in an escrow account in the name
12 of Parkfield Escrow, Inc. ("Rosewood Escrow") for the Rosewood Property;

13 WHEREAS Sunset Holdings must deposit $707,000 in the Redwood Escrow
14 for the purchase of the Redwood Property and $900,000 in the Rosewood Escrow
15 for the purchase of the Rosewood Property by June 30, 2015 or Sunset Holdings
16 may forfeit the $400,000 in deposits already made for the Rosewood and Redwood
17 Properties; and

18 WHEREAS, the parties wish to avoid this potential forfeiture of the escrow
19 deposits.

20 THEREFORE, IT IS HEREBY STIPULATED by and among the Temporary
21 Receiver, the FTC, defendants Latsanovski and Calenergy, Inc., by their respective
22 attorneys of record, and by Sunset Holdings as follows:

23 1. The FTC and Temporary Receiver will direct Wells Fargo to lift the asset
24 freeze with respect to the Sunset Holdings Account to allow the transfer of the
25 following funds for the following purposes:

26 (a) $707,000 to the account of Parkfield Escrow, 13515 LA, to complete the
27 purchase of the Rosewood property.

28 (b) $900,000 to the account of LA Citiwide Escrow Marina, MA-10032-EA

to complete the purchase of the Redwood property.

The FTC and Temporary Receiver make no warranty or representation that the freeze on the Sunset Holdings Account will be lifted in sufficient time to avoid a forfeiture of the escrow deposits.

2. The parties agree that if the transactions referenced above are completed, the Rosewood Property and the Redwood Property will be deeded in Sunset Holdings' name and subject to the asset freeze as set forth in Section IV of the June 16, 2015 Court-ordered asset freeze (Doc. No. 24), and will not be transferred, sold, encumbered, leased, or conveyed without the consent of the Temporary Receiver and the FTC, unless permitted by an order of the Court.

3. This stipulation relates only to the release of the specific funds for the specific purposes referenced in paragraph 1, above.

DATED: June 29, 2015          SCHEPER KIM & HARRIS LLP
                              MARC S. HARRIS
                              ANNAH S. KIM


                              By:  /s/  Marc S. Harris
                                   Marc S. Harris
                                   Attorneys for Defendants Igor Latsanovski
                                   and Calenergy, Inc.

DATED: June 29, 2015          FEDERAL TRADE COMMISSION
                              REID TEPFER
                              RAYMOND McKOWN



                              By:  /s/ REID TEPFER

                                   Attorneys for Plaintiff Federal Trade
                                   Commission

3
**STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS**

DATED: June 29, 2015

SCHEEF & STONE LLP
CHARLENE KOONCE

By: /s/ Charlene Koonce
Charlene Koonce
Receiver

DATED: June 29, 2015

SUNSET HOLDINGS PARTNERS, LLC

By: _____
Igor Latsanovski
Member and Authorized Signatory

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).

/s/ Marc S. Harris
Marc S. Harris

STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC
TO COMPLETE REAL ESTATE TRANSACTIONS