SCHEPER KIM & HARRIS LLP
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On June 30, 2015, I served true copies of the following document(s) described as **STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS** on the interested parties in this action as follows:

> Michael J Weiss
> Abrams Garfinkel Margolis Bergson LLP
> 5900 Wilshire Boulevard, Suite 2250
> Los Angeles, CA 90036
> Tel: (310) 300-2904
> Fax: (310) 300-2901
> MWeiss@agmblaw.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Scheper Kim & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2015, at Los Angeles, California.

_____
Pamela Tanigawa