# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit et al.<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**ORDER GRANTING EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION** |

HAVING CONSIDERED the Temporary Receiver's Affidavit of Non-Compliance and Emergency Motion to Compel Production of Documents and Information, (the "Motion", Docket No. ___), the Court finds the Motion is just and reasonable, and should be and hereby is GRANTED. It is therefore

ORDERED that the Nottea Defendants as defined in the Motion produce all documents of the Receivership Defendants to the Temporary Receiver within twenty-four hours of issuance of this order; it is further

ORDERED that the Nottea Defendants identify all email accounts used in connection with the operation or control of the Receivership Defendants, and all email credentials necessary for the Receiver to access those email accounts within twenty-four hours of issuance of this order; it is further

Case 2:15-cv-04527-GW-PLA   Document 36-1   Filed 07/01/15   Page 2 of 2   Page ID #:1216

ORDERED that the Temporary Receiver shall provide to the Court and all counsel of record invoices supporting the expenses incurred in connection with the Motion, including attorney's fees and any costs associated with privilege protocols implemented at the request of the Nottea Defendants. Such invoices are to be provided within five days of entry of this Order. The Court will evaluate the reasonableness of the fees and expenses and enter a separate order regarding payment of such fees and expenses.

Signed this ___ day of _____, 2015.

_____
**GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**