# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-4527-GW(PLAx)<br><br>**SUPERSEDING ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING AS TO ALL DEFENDANTS** |

After review and consideration of the Plaintiff's Unopposed Motion to Clarify Order Extending Temporary Restraining Order and Continuing Preliminary Injunction Hearing, the Court orders as follows:

1. The Preliminary Injunction hearing presently scheduled for June 30, 2015, is continued to August 6, 2015, for all Defendants.

2. Any opposition to the issuance of the preliminary injunction and appointment of a permanent receiver must be submitted by all defendants no later than 4:30 p.m. on July 24, 2015.

3. Any reply by the FTC to defendants' opposition shall be filed by no later than 4:30 p.m. on July 31, 2015.

4. The terms of the TRO shall remain in full force and effect until the Preliminary Injunction hearing on August 6, 2015, unless otherwise modified by the Court.

**IT IS SO ORDERED.**

Dated: June 30, 2015

_____
Honorable George H. Wu,
United States District Judge