

## E-Mail Accounts & Passwords

### Corporate E-Mail Accounts

| E-Mail Address / Username | Password |
|---|---|
| **Pinnacle Logistics** | |
| accounting@pinlogistics.com | |
| support@auravie.com | |
| support@pinlogistics.com | |
| support@agoapublishing.com | |
| support@auraviebeauty.com | |
| support@auraviegiveaway.com | |
| support@deadseamasque.com | |
| support@deadseamudmasque.com | |
| support@miraclefacegift.com | |
| support@miraclefacegiveaway.com | |
| support@miraclefacekit.com | |
| support@miraclekitfreetrial.com | |
| support@myauravie.com | |
| support@mymiraclekit.com | |
| support@newmiraclekit.com | |
| support@organictarget.com | |
| support@saltsouffle.com | |
| support@themiracleface.com | |
| **DSA Holdings Inc.** | |
| Does not exist / No Access | |
| **Lifesyle Media Brands Inc.** | |
| lifestyleholdings@gmail.com | |
| **AGOA Holdings Inc.** | |
| agoaholdings@gmail.com | |
| **Safehaven Ventures Inc.** | |
| Does not exist / No Access | |
| **Heritage Alliance Group Inc.** | |
| heritagealliancegroup@gmail.com | |
| **AMD Financial Network Inc.** | |
| amdfinancialnetwork@gmail.com | |
| **ADAGEO LLC.** | |
| adageollc@gmail.com | |
| **Kai Media Inc.** | |
| kaimediainc@gmail.com | |
| **Insight Media Inc.** | |
| insighmedia1@gmail.com | |

### Personal E-Mail Accounts
### (Subject to attorney-client privileges)

| E-Mail Address / Username | Password |
|---|---|
| amansour@pinlogistics.com | |
| PRaffin@pinlogistics.com | |
| mlivingston@pinlogistics.com | |
| frivas@pinlogistics.com | |
| leor@pinlogistics.com | |
| srubio@pinlogistics.com | |
| alon@mediaurge.com | |
| david@mediaurge.com | |
| rotem@mediaurge.com | |
| paul@mediaurge.com | |
| roi@pinlogistics.com | |

