



Accounting 818 <accounting818@gmail.com>

---

**AuraVie Inventory - Invitation to edit**
1 message

---

**jorge magana (via Google Docs)** <jorgemagana1123@gmail.com>   Sat, May 16, 2015 at 4:14 PM
To: accounting818@gmail.com
Cc: vigorect@gmail.com, doron@doron.us

jorge magana has invited you to **edit** the following document:

AuraVie Inventory

[Open in Docs]

---

Google Docs: Create and edit documents online.



Accounting 818 <accounting818@gmail.com>

## Dellure fulfilment orders
4 messages

**Clil Michaelo** <michaeloclil@gmail.com>                                        Mon, May 4, 2015 at 11:44 AM
To: accounting818@gmail.com
Cc: Alon | MediaUrge <alon@mediaurge.com>

Hey Guys
my name is clil michaelo,  i need to fulfill these orders As soon as possible
if you can send me an invoice and tracking for these orders urgently
i greatly appreciate it

Maribel
757 KEITH AVE APT B
PASADENA, TX 77504-3723
Phone:832 3313906

Carla Pinnelli
330 FRANKLIN RD
DENVILLE, NJ 07834-3404
Phone:9733437963

Sylvia Nielsen
42 North Arrow Canyon Circle
The Woodlands, TX 77389
Phone:281-362-5246

Kelly gibbs
26303 w. 16th crt. s. #17
sand springs, oklahoma, 74063

Thank you
Clil Michaelo
215-305-2188
michaeloclil@gmail.com

---

**Accounting Dept.** <accounting818@gmail.com>                                    Mon, May 4, 2015 at 7:39 PM
To: Clil Michaelo <michaeloclil@gmail.com>

Tracking numbers are below each USPS shipping cost was 2.25.


On Mon, May 4, 2015 at 9:44 AM, Clil Michaelo <michaeloclil@gmail.com> wrote:
> Hey Guys
> my name is clil michaelo,  i need to fulfill these orders As soon as possible
> if you can send me an invoice and tracking for these orders urgently
> i greatly appreciate it
>
> Maribel     9405511899562326036367
> 757 KEITH AVE APT B
> PASADENA, TX 77504-3723
> Phone:832 3313906

Carla Pinnelli     9405511899562326014600
330 FRANKLIN RD
DENVILLE, NJ 07834-3404
Phone:9733437963

Sylvia Nielsen     9405511899562326012941
42 North Arrow Canyon Circle
The Woodlands, TX 77389
Phone:281-362-5246

Kelly gibbs    9405511899562326049176
26303 w. 16th crt. s. #17
sand springs, oklahoma, 74063

Thank you
Clil Michaelo
215-305-2188
michaeloclil@gmail.com

---

**Clil Michaelo** <michaeloclil@gmail.com>                                    Mon, May 4, 2015 at 7:45 PM
To: "Accounting Dept." <accounting818@gmail.com>

thank you doron
could you send me an invoice ?
[Quoted text hidden]

---

**Accounting Dept.** <accounting818@gmail.com>                                 Mon, May 4, 2015 at 8:24 PM
To: Clil Michaelo <michaeloclil@gmail.com>

I will tomorrow ok :)
Need to verify costs

On Mon, May 4, 2015 at 5:45 PM, Clil Michaelo <michaeloclil@gmail.com> wrote:
  thank you doron
  could you send me an invoice ?



Accounting 818 <accounting818@gmail.com>

## Fwd: Invoices
1 message

**SBM Acct** <accounting@sbmmgmt.com>                                          Tue, Apr 8, 2014 at 3:33 PM
To: Philip <accounting818@gmail.com>

Thank You,



---------- Forwarded message ----------
From: **David Davidian, CPA** <cpa@lacpa.com>
Date: Mon, Mar 24, 2014 at 8:47 AM
Subject: Invoices
To: Global Media <globalmediausa@gmail.com>
Cc: SBM Acct <accounting@sbmmgmt.com>

**Attached please find the invoices for the tax returns for 11 companies.**

Sincerely,
*Z. David Davidian, CPA*
Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 **Fax**
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in

this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

P *Please consider the environment before printing this e-mail*

**11 attachments**

- **Invoice 14-14647_Merchant Leverage Group Inc.pdf**
  7K
- **Invoice 14-14655_Media Urge Inc.pdf**
  7K
- **Invoice 14-14656_Bunzai Media Group Inc.pdf**
  7K
- **Invoice 14-14657_SBM Management Inc.pdf**
  7K
- **Invoice 14-14658_Safehaven Ventures Inc.pdf**
  7K
- **Invoice 14-14659_Shalita Holdings Inc.pdf**
  7K
- **Invoice 14-14660_Kai Media Inc.pdf**
  7K
- **Invoice 14-14661_All Star Beauty Products Inc.pdf**
  7K
- **Invoice 14-14662_AMD Financial Network Inc.pdf**
  7K
- **Invoice 14-14663_Insight Media Inc.pdf**
  7K
- **Invoice 14-14668_Pinnacle Logistics Inc.pdf**
  7K



Accounting 818 <accounting818@gmail.com>

---

## Fwd: Payroll Reports August 8 2014
1 message

---

**Pinnacle** <accounting@pinlogistics.com>  Thu, Aug 7, 2014 at 1:33 PM
To: Philip <accounting818@gmail.com>

--



**4 attachments**

- 📄 **83919_2014080801_Check Register - SV(MPI_0201)_Payroll.pdf**
  58K

- 📄 **83919_2014080801_Earnings.pdf**
  124K

- 📄 **83919_2014080801_Payroll Register with YTD - SV(MPI_0003)_Payroll.pdf**
  164K

- 📄 **83919_2014080801_Payroll Summary Report - SV(MPI_0301)_Payroll.pdf**
  74K



Accounting 818 <accounting818@gmail.com>

# Fwd: Yahoo US - Electronic Invoice for Customer Name : SBM Management Inc and Invoice Number : 1918461

1 message

**Paul Medina** <paul@mediaurge.com>   Fri, Jun 6, 2014 at 11:21 AM
To: "accounting@sbmmgmt.com" <accounting@sbmmgmt.com>, Accounting 818 <accounting818@gmail.com>

We did a small test with Yahoo, this is verified.

---------- Forwarded message ----------
From: **MB Manager** <mbmanager@mediaurge.com>
Date: Fri, Jun 6, 2014 at 8:41 AM
Subject: Fwd: Yahoo US - Electronic Invoice for Customer Name : SBM Management Inc and Invoice Number : 1918461
To: Paul Medina <paul@mediaurge.com>



---------- Forwarded message ----------
From: <us-invoice-internal-mbox@yahoo-inc.com>
Date: Thu, Jun 5, 2014 at 11:17 AM
Subject: Yahoo US - Electronic Invoice for Customer Name : SBM Management Inc and Invoice Number : 1918461
To: mbmanager@mediaurge.com


Dear Valued Customer,

We are pleased to deliver your Yahoo E-Invoice.

All details regarding the relevant charges are available in the files attached to this email.

If you have any questions regarding this E-Invoice, please contact either your Account Manager, your contact within the Yahoo finance department, or email credit-admin@yahoo-inc.com.

Sincerely,

Yahoo Credit Department



**Payment Instructions:**
To ensure your Yahoo account is credited appropriately, please submit all payments to the address noted below:

**Yahoo Inc**
Tax ID # 77-0398689

**Regular Delivery:**
Yahoo Accounts Receivable
P.O. Box 3003
Carol Stream, IL 60132-3003

**Express Delivery:**
Yahoo Inc
Citibank Lockbox 3003
8430 W. Byrn Mawr Ave, 3rd Floor
Chicago, IL 60631
Phone: 773-380-5896

**Wire Transfer**
Account/Beneficiary Name: Yahoo Inc
Bank name: Citibank, NY
Bank ABA/Routing No: 021 000 089
Account number: 30525078
Please indicate the Yahoo Inc Account /Invoice Number being paid

--
Media Buying Manager

Mobile:818-983-7202 | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:PMedina0331 | Email: MBManager@MediaUrge.com
Website: http://www.MediaUrge.com/

--
Paul B. Medina
Executive Vice President

Mobile:818-983-7202 | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:PMedina0331 | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/



Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**2 attachments**


**INVGLB1918461US.PDF**
36K


**INVXLS1918461US.XLS**
16K