1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

13
14
15  **FEDERAL TRADE COMMISSION**,

16         **Plaintiff**,

Case No. 2:15-CV-4527-GW(PLAx)

17         v.

**ORDER DIRECTING ADAGEO, LLC; ALON NOTTEA; AND ROI REUVENI TO APPEAR FOR SHOW CAUSE HEARING**

18
19  **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit; et al.,

20
21
22         **Defendants.**

23
24
25
26
27

On this date the Court considered the Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Order Setting Show Cause Hearing.

1. Based on the Receiver's Affidavit of Non-Compliance, including the evidence attached to the Affidavit, the Court finds that paragraphs XVII and XIX of the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Receivership Order") require Adageo, LLC; Alon Nottea; and Roi Reuveni (the "Noncompliant Defendants") to provide the electronically stored information, email accounts, usernames, and passwords to access email accounts, and other documents the Receiver is requesting.

2. The Court further finds good cause to believe that the Noncompliant Defendants violated paragraphs XVII and XIX of the Receivership Order by failing to provide the electronically stored information, email accounts, usernames, and passwords to access email accounts, and other documents the Receiver is requesting.

3. The Court further finds that any email account which uses one of the Receivership Defendants' names (i.e. _____@mediaurge.com) is not a personal use email account, and Alon Nottea, Roi Rueveni, and Adageo, LLC may not assert any such email account is "personal use" within the terms of the parties' Rule 502 Stipulation, Docket No. 44. The Receiver holds the privilege, if any exists, for any information or documents located in any business email account for any Receivership

Defendant, and should immediately be provided with unfettered access to those documents and information.

4.     The Court further finds that the Noncompliant Defendants cannot assert any type of personal privilege based on an email that is not their personal account (i.e. a "David" account for "Alon" or "Roi").

ACCORDINGLY, the Noncompliant Defendants are hereby ORDERED to appear and show cause on July _____, at _____ _.m. at the United States Courthouse, 312 North Spring Street, Courtroom 10, Los Angeles, CA 90012-4701 before the Honorable George H. Wu, why they should not be held in civil contempt.

SO ORDERED.

DATED this _____ day of _____ 2015 at _____ a.m./p.m. CST.

_____
UNITED STATES DISTRICT JUDGE