Thomas H. Vidal (SBN 204432)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Email: tvidal@agmblaw.com

Kelly M. Crawford (TX SBN 05030700)
*Admitted Pro Hac Vice*
David B. Dyer (TX SBN 06313500)
*Admitted Pro Hac Vice*
Brandi J. McKay (SBN 203941)
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Kelly.crawford@solidcounsel.com
David.dyer@solidcounsel.com
brandi.mckay@solidcounsel.com

Attorneys for Receiver
CHARLENE C. KOONCE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.

Defendants.

Case No. 2:15-CV-4527-GW(PLAx)

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AS TO DEFENDANT OZ MIZRAHI**

The Temporary Receiver (the "Receiver") hereby withdraws her *Affidavit of Noncompliance and Motion to Compel Production of Documents and Information* (the "Motion")[1] as to Defendant Oz Mizrahi. Mizrahi has provided his personal email accounts and all credentials necessary to access those accounts, as well as a Declaration stating that he no longer has or uses any email accounts related to any of the Receivership Defendants.

Despite assurances from several other defendants on Wednesday July 1 and Thursday July 2, 2015 that all relevant email accounts and credentials would be provided, and requests from those defendants that the Receiver contact the court to request a stay of the Motion to Compel, all other defendants have either provided incomplete information regarding the relevant email accounts or no information. Accordingly, the Receiver renews the Emergency Motion to Compel as to Roi Rueveni, Alon Nottea, Doron Nottea and Motti Nottea. Motions to Show Cause regarding those defendants' conduct will be or have been filed.

---

[1] Docket No. 36.

/s/Charlene Koonce
Charlene C. Koonce (Texas SBN 11672850)
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Charlene.koonce@solidcounsel.com
Telephone: 214-706-4200
Telecopier: 214-706-4242

***Receiver***

**SCHEEF & STONE, L.L.P.**
Kelly M. Crawford (Texas SBN 05030700)
Kelly.crawford@solidcounsel.com
*Admitted Pro Hac Vice*
David B. Dyer (Texas SBN 06313500)
David.dyer@solidcounsel.com
*Admitted Pro Hac Vice*
Brandi J. McKay (California SBN 203941)
Brandi.mckay@solidcounsel.com
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242

***Counsel for Receiver***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 6, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

James W. Spertus
Ezra D. Landes
Spertus, Landes & Umhofer, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
jim@spertuslaw.com
ezra@spertuslaw.com
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
mharris@scheperkim.com
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
rtepfer@ftc.gov
lgallegos@ftc.gov

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard Suite 700
Los Angeles, CA 90024
rmckown@ftc.gov

A copy of the foregoing document was emailed to:

William I. Rothbard
1217 Yale Street, #104
Santa Monica, CA 90404
bill@rothbardlaw.com
*Co-Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Steve Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
sgebelin@raineslaw.com
*Co-counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

*/s/ Charlene C. Koonce*
CHARLENE C. KOONCE