Thomas H. Vidal (SBN 204432)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Email: tvidal@agmblaw.com

Kelly M. Crawford (TX SBN 05030700)
*Admitted Pro Hac Vice*
David B. Dyer (TX SBN 06313500)
*Admitted Pro Hac Vice*
Brandi J. McKay (SBN 203941)
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Kelly.crawford@solidcounsel.com
David.dyer@solidcounsel.com
brandi.mckay@solidcounsel.com

Attorneys for Receiver
CHARLENE C. KOONCE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> **Plaintiff**, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit, et al. <br><br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **NOTICE REGARDING STATUS OF RECEIVER'S EMERGENCY MOTION TO COMPEL AS TO DEFENDANTS ALON NOTTEA, ROI RUEVENI AND ADAGEO, LLC.** |

On July 1, 2015, the Temporary Receiver (the "Receiver") filed her *Affidavit of Noncompliance and Motion to Compel Production of Documents and Information* (the "Motion to Compel").[1]  As noted in the Affidavit of Noncompliance and Motion for Show Cause Hearing (the "Motion to Show Cause") regarding Defendants Alon Nottea, Roi Rueveni and Adageo, LLC[2] (the "Noncompliant Defendants") the relief requested in the Motion to Compel with respect to the Noncompliant Defendants has been superseded by the Motion to Show Cause.

The relief requested in the Motion to Compel remains the same as to all other Individual Defendants, and the Receiver renews her request for the relief requested in the Motion to Compel.

/s/Charlene Koonce
Charlene C. Koonce (Texas SBN 11672850)
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
charlene.koonce@solidcounsel.com

**Receiver**
*Admitted Pro Hac Vice*

---

[1] Docket No. 36.
[2] Docket No. 47.

1
2   **SCHEEF & STONE, L.L.P.**
3   Kelly M. Crawford (Texas SBN 05030700)
    Kelly.crawford@solidcounsel.com
4   *Admitted Pro Hac Vice*
5   David B. Dyer (Texas SBN 06313500)
    David.dyer@solidcounsel.com
6   *Admitted Pro Hac Vice*
7   Brandi J. McKay (California SBN 203941)
    Brandi.mckay@solidcounsel.com
8   500 N. Akard Street, Suite 2700
9   Dallas, Texas 75201
    Telephone: 214-706-4200
10  Telecopier: 214-706-4242
11
    ***Counsel for Receiver***
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 6, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal<br>Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkle Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>nameri@agmblaw.com<br>*Local counsel for Receiver* | James W. Spertus<br>Ezra D. Landes<br>Spertus, Landes & Umhofer, LLP<br>1990 South Bundy Drive, Suite 705<br>Los Angeles, CA 90025<br>jim@spertuslaw.com<br>ezra@spertuslaw.com<br>*Counsel for Doron Nottea and Motti Nottea* |
| Erik S Syverson<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>esyverson@raineslaw.com<br>*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.* | Marc S. Harris<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>mharris@scheperkim.com<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>rmu@crosswindlaw.com<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>rtepfer@ftc.gov<br>lgallegos@ftc.gov |

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard Suite 700
Los Angeles, CA 90024
rmckown@ftc.gov

A copy of the foregoing document was emailed to:

William I. Rothbard
1217 Yale Street, #104
Santa Monica, CA  90404
bill@rothbardlaw.com
*Co-Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Steve Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
sgebelin@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

                                        */s/  Charlene C. Koonce*
                                        CHARLENE C. KOONCE