# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>   **Plaintiff**, <br><br>   v. <br><br> **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit, et al. <br><br>   **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **ORDER DIRECTING DORON NOTTEA AND MOTTI NOTTEA TO APPEAR FOR SHOW CAUSE HEARING** |

On this date the Court considered the Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Order Setting Show Cause Hearing.

1. Based on the Receiver's Affidavit of Non-Compliance, including the evidence attached to the Affidavit, the Court finds that paragraphs VII, XV, XVIII and XIX of the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a

Preliminary Injunction Should Not Issue (the "Receivership Order") require Doron Nottea and Motti Nottea to provide the financial statements, documents and information, as well as other information requested by the Receiver.

2. The Court further finds good cause to believe that Doron Nottea and Motti Nottea violated paragraphs VII, XV, XVIII and XIX of the Receivership Order by failing to provide the financial statements, documents and information to the Receiver.

ACCORDINGLY, Doron Nottea and Motti Nottea are hereby ORDERED to appear and show cause on July 16, 2015 at 8:30 a.m. at the United States Courthouse, 312 North Spring Street, Courtroom 10, Los Angeles, CA 90012-4701 before the Honorable George H. Wu, why they should not be held in civil contempt.

SO ORDERED.

DATED this 6th day of July 2015.

_____
GEORGE H. WU,
UNITED STATES DISTRICT JUDGE