1  **SCHEPER KIM & HARRIS LLP**
   MARC S. HARRIS (State Bar No. 136647)
2  mharris@scheperkim.com
   ANNAH S. KIM (State Bar No. 190609)
3  akim@scheperkim.com
   601 West Fifth Street, 12th Floor
4  Los Angeles, CA  90071-2025
   Telephone: (213) 613-4655
5  Facsimile:  (213) 613-4656

6  **Attorneys for Defendants**
   **Igor Latsanovski and Calenergy, Inc.**

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12 FEDERAL TRADE COMMISSION,              CASE NO. CV 15-04527 GW (PLAx)

                  Plaintiff,               **STIPULATION TO EXTEND**
13                                          **TIME TO RESPOND**

              v.
14                                          **Complaint Served: June 18, 2015 and**
   BUNZAI MEDIA GROUP INC., et al.,        **June 22, 2015**
15                                          **Current Resp. Date: July 9, 2015 and**
                  Defendants.              **July 13, 2015**
16                                          **New Resp. Date: August 20, 2015**

17                                          *([Proposed] Order Filed Concurrently)*

18
         Pursuant to Local Rule 7-1, plaintiff Federal Trade Commission, by and
19
   through its attorneys, and defendants Motti Nottea, Doron Nottea, Oz Mizrahi, Igor
20
   Latsanovski, and Calenergy, Inc. (collectively "Stipulating Defendants"), through
21
   their respective counsel of record, hereby enter into this stipulation, agreeing that
22
   Stipulating Defendants shall have until August 20, 2015 to respond to the Complaint
23
   filed in this action, and with reference to the following:
24
         WHEREAS the FTC filed its Complaint for Permanent Injunction and Other
25
   Equitable Relief on or about June 15, 2015 (the "Complaint"), and served the
26
   Complaint on defendants Igor Latsanovski and Calenergy, Inc. ("Latsanovski
27
   Defendants") on or about June 18, 2015 and on defendants Motti Nottea, Doron
28

                                          1
                  STIPULATION TO EXTEND TIME TO RESPOND

1 | Nottea, and Oz Mizrahi ("Other Defendants") on June 22, 2015.

2 |     WHEREAS, the hearing for the FTC's request for the Preliminary Injunction

3 | hearing was previously scheduled for June 30, 2015, but continued to August 6,

4 | 2015.

5 |     WHEREAS, pursuant to L.R. 8-3, the FTC and Stipulating Defendants have

6 | stipulated and agreed that the time in which Defendants shall respond to the

7 | Complaint on file in this action shall be extended from the current response date of

8 | July 9, 2015 for the Latsanovski Defendants and July 13, 2015 for the Other

9 | Defendants, up to and including August 20, 2015; and

10 |     IT IS HEREBY STIPULATED by and between Plaintiff FTC and Defendants

11 | Motti Nottea, Doron Nottea, Oz Mizrahi, Igor Latsanovski, and Calenergy, Inc., that

12 | the time in which Stipulating Defendants shall respond to the Complaint on file in

13 | this action will be extended to August 20, 2015.

14 | DATED: July 7, 2015                    SCHEPER KIM & HARRIS LLP

15 |                                        MARC S. HARRIS
                                           ANNAH S. KIM

16 |

17 |

18 |                                        By:   /s/  Marc S. Harris

19 |                                              Marc S. Harris

20 |                                              Attorneys for Defendants Igor Latsanovski
                                                 and Calenergy, Inc.

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION TO EXTEND TIME TO RESPOND

1  DATED: July 7, 2015

2

3

4

                                    By:  /s/  Steven T. Gebelin

5                                        Steven T. Gebelin
                                         Erik S. Syverson
6                                        Attorney for Defendant Oz Mizrahi

7  DATED: July 7, 2015

8

9

10
                                    By:  /s/  Ezra Landes
11                                       Ezra Landes
                                         Attorney for Defendants Doron Nottea and
12                                       Motti Nottea

13

14  DATED: July 7, 2015          FEDERAL TRADE COMMISSION
                                  REID TEPFER
15                                RAYMOND McKOWN

16

17

18                                  By:  /s/ Reid Tepfer
                                         Reid Tepfer
19                                       Attorneys for Plaintiff Federal Trade
                                         Commission
20

21

22      I hereby attest that all of the signatories electronically listed above concur in

23  this filing's content and have authorized the filing in compliance with Local Rule 5-

24  4.3.4.(a)(2)(i).

25                                       /s/ Marc S. Harris
                                         Marc S. Harris
26

27

28

                                        3
                        STIPULATION TO EXTEND TIME TO RESPOND