# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>**Complaint Served: June 18, 2015 and June 22, 2015**<br>**Current Resp. Date: July 9, 2015**<br>**New Resp. Date: August 20, 2015** |

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT the deadline for defendants Motti Nottea, Doron Nottea, Oz Mizrahi, Igor Latsanovski, and Calenergy, Inc. to respond to the Complaint shall be extended to and including **August 20, 2015**.

**IT IS SO ORDERED.**

Dated: _____

The Honorable George Wu
Judge, United States District Court

(PROPOSED) ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT