SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Ezra D. Landes (SBN 253052)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jim@spertuslaw.com
ezra@spertuslaw.com

Attorneys for Doron Nottea and Motti Nottea

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 15-CV-4527-GW (PLAx) |
|---|---|
| Plaintiff, | *[Assigned to the Hon. George H. Wu, Ctrm. 10]* |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al., | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO VACATE OSC [DOCKET NO. 57], OR, IN THE ALTERNATIVE, TO CONTINUE HEARING DATE** |
| Defendants. | |

IT IS HEREBY ORDERED THAT Defendants Doron Nottea and Motti Nottea's *ex parte* application to vacate the OSC (Docket No. 57) issued by the Court on July 6, 2015, or, in the alternative, to continue the OSC to a date and time the following week, is GRANTED.

The OSC is hereby VACATED on the ground that the Receiver failed to engage in a meaningful effort to meet and confer effort prior to filing the Affidavit of Non-compliance.

**[OR, IN THE ALTERNATIVE]**

1  IT IS HEREBY ORDERED that the hearing on the OSC is continued from
2  July 16, 2015, at 8:30 a.m., to _____[July 20-24, 2016].
3  **IT IS SO ORDERED.**
4
   Dated: _____      _____
5                                     Honorable George H. Wu
6                                     United States District Judge

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2.
*[PROPOSED] ORDER RE: EX PARTE APPLICATION TO VACATE OSC*