```
              FILED
    CLERK, U.S. DISTRICT COURT

         JUL - 8 2015

    CENTRAL DISTRICT OF CALIFORNIA
    BY                     DEPUTY
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | **Complaint Served: June 18, 2015 and June 22, 2015** |
| | **Current Resp. Date: July 9, 2015** |
| | **New Resp. Date: August 20, 2015** |

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT the deadline for defendants Motti Nottea, Doron Nottea, Oz Mizrahi, Igor Latsanovski, and Calenergy, Inc. to respond to the Complaint shall be extended to and including **August 20, 2015**.

**IT IS SO ORDERED.**

Dated: _July 8, 2015_

_____
The Honorable George Wu
Judge, United States District Court

---

1

(PROPOSED) ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT