`

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION TO VACATE OSC [DOCKET NO. 57], OR, IN THE ALTERNATIVE, TO CONTINUE HEARING DATE |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | |

On this date, after reviewing Defendants' Motion to Vacate OSC, and the Receiver's Response, the Court finds that the Motion should be and hereby is DENIED.

In light of the Receiver's agreement to continue the hearing dates for those Motions and hearings currently set for July 16, 2015, the Court resets the hearing regarding Docket Nos. 36, 56 and 57 to August __, 2015 at 8:30 a.m.

-1-
ORDER

1 SO ORDERED.

2

3 DATED: July ___, 2015

4
_____
5 The Honorable George H. Wu
Judge, United States District Court
6