ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**OBJECTION BY DEFENDANTS ALON NOTTEA AND ROI REUVENI TO ORDER DIRECTING ADAGEO, LLC; ALON NOTTEA; AND ROI REUVENI TO APPEAR FOR SHOW CAUSE HEARING [DOCKET NO. 56]**<br><br>Hearing Date: July 16, 2015<br>Time: 8:30 AM<br>Crtm: 10 |

## OBJECTION

Defendants Alon Nottea and Roi Reuveni ("Objecting Defendants") object to the Order Directing Adageo, LLC, Alon Nottea, and Roi Reuveni To Appear For Show Cause Hearing (the "OSC") [Docket No. 56] on the following grounds:

1

1. In Paragraph 3 of the OSC, the Court makes findings, conclusions and determinations, and issues directives without affording these Objecting Defendants an opportunity to be heard.

2. The OSC does not set forth a briefing schedule for Objecting Defendants to file their opposition to the OSC.

3. Objecting Defendants reserve the right to file opposition to the OSC.

DATED: July 10, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni