UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | July 10, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:**     **(IN CHAMBERS): COURT ORDER**

After reviewing Defendants Doron and Motti Nottea's Ex Parte Application to Vacate the OSC, the Receiver's Opposition thereto, and Defendants' Reply, the Court denies the application to the extent that it seeks to vacate the OSC. However, the Court continues the hearing date from July 16th and resets it for August 16th. The parties are to file any supplemental papers as to the OSC by August 10, 2015.

:

Initials of Preparer   JG