Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene C. Koonce (TX Bar No 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
RECEIVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al. <br><br> Defendants. | Case No. 2:15-CV-4527-GW(PLAx) <br><br> **MOTION FOR CONTINUANCE REGARDING THE ORDER DIRECTING ALON NOTTEA AND ROI REUVENI TO APPEAR FOR SHOW CAUSE HEARING AND REGARDING HEARING ON EMERGENCY MOTION TO COMPEL** |

COMES NOW Charlene Koonce, the Court-appointed Temporary Receiver (the "Receiver") and files this Motion for Continuance regarding the Order Directing Alon

Nottea, Roi Reuveni and Adageo, LLC ("Defendants") to Appear for Show Cause Hearing (the "Order") [Docket No. 56], and the hearing on the Receiver's Emergency Motion to Compel [Docket No. 53].

The Show Cause Hearing is currently set for 8:30 a.m. on July 16, 2015. Likewise, the hearing on the Receiver's Emergency Motion to Compel is set for the same date and time. Shortly after the Motion requesting the Show Cause Hearing was filed, Defendants provided additional information regarding the email accounts used by each and used by the Receivership Defendants. Defendants continued identifying additional email accounts through Sunday, July 12, 2015.

Additionally, despite Defendants' objection to the Order,[1] and their arguments which precipitated the Emergency Motion to Compel, Defendants have represented to the Receiver that they do not intend to file any additional briefing regarding the factual findings in the Order, do not contest the Receiver's entitlement to any document of the Receivership Defendants, and do not contend they hold or have standing to assert any privilege in any document in any entity email account.

As a result of Defendants' renewed efforts to comply with the TRO and their withdrawal of any claim of privilege in any entity email accounts, the Receiver requests that the hearings scheduled for July 16, 2015 for Defendants to Appear and Show Cause why each should not be held in contempt, and regarding the Emergency

---

[1] Docket No. 66.

Motion to Compel, be continued to any date after August 6, 2015. The Receiver requests such other and further relief to which it may show itself entitled.

WHEREFORE, PREMISES CONSIDERED, the Receiver requests an extension of the Show Cause Hearing and the hearing on the Receiver's Emergency Motion to Compel from July 16, 2015 to a date after August 6, 2015, and requests such other and further relief to which she may show herself entitled.

> /s/Charlene Koonce
> Charlene C. Koonce (TX SBN 11672850)
> 500 N. Akard Street, Suite 2700
> Dallas, Texas 75201
> Telephone: 214-706-4200
> Telecopier: 214-706-4242
> charlene.koonce@solidcounsel.com
>
> **Receiver**
> *Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Alon Nottea, Roi Rueveni and Adageo, LLC and those parties agree with my request to continue all hearings currently scheduled for July 16, 2015 in this case, to a date after the PI hearing scheduled for August 6, 2015.

> /s/Charlene Koonce
> Charlene C. Koonce

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 13, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

James W. Spertus
Ezra D. Landes
Spertus, Landes & Umhofer, LLP
1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
jim@spertuslaw.com
ezra@spertuslaw.com
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
mharris@scheperkim.com
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
rtepfer@ftc.gov
lgallegos@ftc.gov
*Counsel for the FTC*

1  Raymond E McKown
2  Federal Trade Commission
3  10877 Wilshire Boulevard Suite 700
   Los Angeles, CA 90024
4  rmckown@ftc.gov

5
        A copy of the foregoing document was emailed to:
6

7  Steve Gebelin
   Raines Feldman LLP
8  9720 Wilshire Boulevard Fifth Floor
   Beverly Hills, CA 90212
9  sgebelin@raineslaw.com
10 *Co-Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc.*
11 *and Pinnacle Logistics, Inc.*

12                                              */s/ Charlene C. Koonce*
13                                              CHARLENE C. KOONCE