1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR CONTINUANCE |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | |

On this date, after reviewing the Receiver's Motion for Continuance, the Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED that the current Show Cause hearing scheduled for July 16, 2015, at 8:30 a.m. shall be continued to August 16, 2015. The hearing scheduled on the Receiver's Emergency Motion to Compel, is also continued from July 16, 2105 at 8:30 a.m., to August 16, 2015. Any further briefing regarding either hearing is due on or before August 10, 2015.

SO ORDERED.

| | |
|---|---|
| 1 | DATED: July ___, 2015 |
| 2 | |
| 3 | _____ |
| | The Honorable George H. Wu |
| 4 | Judge, United States District Court |