UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | July 13, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                  None Present

**PROCEEDINGS:     (IN CHAMBERS): COURT ORDER**

    The Court continues the OSC hearing date from August 16th and resets it for August 17th. The parties are to file any supplemental papers as to the OSC by August 10, 2015. The Court further continues the Receiver's Emergency Motion to Compel from July 16, 2015 and resets it for August 17, 2015, at 8:30 a.m.

                                       :

Initials of Preparer   KSS