**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Federal Trade Commission | CASE NUMBER |
| Plaintiff(s) | 2:15-cv-04527-GW (PLAx) |
| v. | |
| Bunzai Media Group, Inc., et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Doron Nottea and Motti Nottea      ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_Name of Party_

to substitute  David P. Beitchman; Beitchman & Zekian      who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

16130 Ventura Blvd., Ste. 570
_Street Address_

Encino, CA 91436                                 dbeitchman@bzlegal.com
_City, State, Zip_                                 _E-Mail Address_

(818) 986-9100                (818) 986-9119                198953
_Telephone Number_          _Fax Number_              _State Bar Number_

as attorney of record instead of  James W. Spertus and Ezra D. Landes
_List **all** attorneys from same firm or agency who are withdrawing._

_____

_____

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

Dated _____            _____
                                        U. S. District Judge/U.S. Magistrate Judge