AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Adageo, LLC
was received by me on *(date)* 06/18/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* William I. Rothbard, Esq. , who is designated by law to accept service of process on behalf of *(name of organization)* Adageo, LLC 1217 Yale St., #104, Santa Monica, CA 90404 on *(date)* 06/26/2015@2:09PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/27/2015

*Server's signature*

Sarah Thompson, Los Angeles County Reg.#6679

*Printed name and title*
L.A. Process Servers
6775 Santa Monica Blvd., #4-274
Los Angeles, CA 90038  323-508-1711

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served, see (Attachment A) Proof of Service.
William I. Rothbard, Esq. is described as male, Caucasian, thinning brown hair, blue eyes, glasses, about 5'10" tall, around 220 pounds, in his late 50's.

## Proof of Service

### (Attachment A)

1. Summons
2. Civil Coversheet
3. *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
4. Complaint for Permanent Injunction and Other Equitable Relief
5. Plaintiff's *Ex Parte* Application and Memorandum in Support of Application for an Order Temporarily Sealing the Entire File and Docket
6. [proposed] Order Temporarily Sealing the Entire File and Docket
7. Plaintiff's *Ex Parte* Application and Memorandum for an Order Waiving Requirement that Defendants Receive Advance Notice of Plaintiff's *Ex Parte* Applications and Motions
8. [proposed] Order Waiving Requirement that Advance Notice of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, and other *Ex Parte* Applications be Provided to Defendants
9. Plaintiff's Ex Parte Application for Leave to File Excess Pages
10. [proposed] Order Granting Plaintiff's Ex Parte Application for Leave to Exceed Page Limitation
11. Federal Trade Commission's Proposed Receiver
12. *Pro Hac Vice* Application of Reid Tepfer
13. *Pro Hac Vice* Application of Luis Gallegos
14. (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Reid Tepfer)
15. (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Luis Gallegos)
16. Certification and Declaration of Plaintiff's Counsel Reid Tepfer in Support of Plaintiff's: (A) Ex Parte Application for an Order Waiving Advance Notice Requirement; (B) Ex Parte Application for Temporary Restraining Order and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (C) Ex Parte Application for an Order Temporarily Sealing the Docket
17. [proposed] Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
18. Plaintiff Federal Trade Commsion's Ex Parte Application for a Temporary Restraining Order and other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue
19. Plaintiff Federal Trade Commission's Memorandum in Support of Ex Parte Application for a Temporary Restraining Order and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue
20. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume I – Pages 1-415)
21. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume II (Part 1) – Pages 416-571)

22. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume II (Part 2) – Pages 572-646)
23. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume III– Pages 650-813)