AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Doron Nottea, individually

was received by me on *(date)* 06/18/2015 .

☒ I personally served the summons on the individual at *(place)* 6925 Canby Ave., #105, Reseda, CA 91335
on *(date)* 06/18/2015@10:55AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/18/2015

*Server's signature*
Sarah Thompson, Los Angeles County Reg.#6679

*Printed name and title*
L.A. Process Servers
6775 Santa Monica Blvd., #4-274
Los Angeles, CA 90038  323-508-1711

*Server's address*

Additional information regarding attempted service, etc:
Also Served with Summons:Complaint for permanent Injunction and Other Equitable Relief,Ex Parte Temporary Restraining Order, Ex Parte Temporary Restraining Order, Application for Seal and Memorandum in Support, Civil Cover Sheet, Plaintiff's Ex Parte Application for leave to file Excess Pages,Application for TRO, Memorandum in Support of TRO Application,Plaintiff's Ex Parte Application for Waiver, Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice, [proposed]Order Granting Plaintiff's Ex Parte Application for Leave to Exceed Page Limitation, [proposed]Order Temporarily Sealing Entire File and Docket, [proposed]Order Waiving Requirement that Advance Notice of Plaintiff's Ex Parte Application for Temporary Restraining Order , and Other Ex Parte Applications be Provided to Defendants, Federal Trade Commission's Proposed Receiver, Rule 65 Certification,Appendix Volume 1,Appendix Volume II (Part1)Appendix Volume II (Part 2), Appendix Volume III.