# Exhibit B

| Date | Amount | | Description |
|---|---:|---|---|
| 6/17/2015 | -50000 | * | ONLINE TRANSFER TO CALENERGY, INC. REF #IBE5N974FJ |
| 6/17/2015 | -10000 | * | WT FED#04280 JPMORGAN CHASE BAN /FTR/BNF=LISA K |
| 6/17/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150617104283 SF |
| 6/16/2015 | -574.36 | * | FOREMOST EPM PYMT 061615 3810090809865 SUNSET |
| 6/16/2015 | -107.36 | * | FARMERS INS EXCH INSPAYMENT 061615 0047530230010 |
| 6/16/2015 | -98 | * | FARMERS INS EXCH INSPAYMENT 061615 0047530310010 |
| 6/16/2015 | -200000 | * | ONLINE TRANSFER TO CALENERGY, INC. BUSINESS CHECK |
| 6/15/2015 | -4469.15 | * | ONLINE TRANSFER REF #IBEN5J3HKJ TO BUSINESS CARD X |
| 6/12/2015 | 985000 | * | WT FED#00761 CITIBANK NA NYBD C /ORG=LAWRENCE J |
| 6/11/2015 | -50000 | * | WT FED#09757 BANK OF AMERICA, N /FTR/BNF=southern |
| 6/11/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150611122602 SF |
| 6/11/2015 | 1100000 | * | WT FED#09327 NK BANK /ORG=1/ZOLOTAREVA MARIYA |
| 6/10/2015 | -10000 | * | 1058 CHECK # 1058 |
| 6/10/2015 | -100000 | * | WT FED#01722 CITY NATIONAL BANK /FTR/BNF=LA CITIW |
| 6/10/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150610069654 SF |
| 6/9/2015 | 150000 | * | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADV |
| 6/9/2015 | 5850 | * | DEPOSIT MADE IN A BRANCH/STORE #922862929 |
| 6/8/2015 | -3 | * | ONLINE DEP DETAIL & IMAGES |
| 6/5/2015 | -16000 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 6/5/2015 | 5000 | * | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBEK8CVFC |
| 6/3/2015 | -3850 | * | 1051 CHECK # 1051 |
| 6/3/2015 | -243.77 | * | FOREMOST EPM PYMT 060315 3810090831853 SUNSET |
| 6/3/2015 | -190.9 | * | FOREMOST EPM PYMT 060315 3810090789736 SUNSET |
| 6/3/2015 | -148.78 | * | FOREMOST EPM PYMT 060315 3810090861439 SUNSET |
| 6/3/2015 | -121.8 | * | FOREMOST EPM PYMT 060315 3810090861434 SUNSET |
| 6/3/2015 | 5000 | * | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADV |
| 6/3/2015 | -35 | * | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON |
| 6/3/2015 | 16000 | * | CHECK REVERSAL # 1029 |
| 6/2/2015 | -16000 | * | 1029 CHECK # 1029 |
| 6/1/2015 | -1000 | * | AMERICAN EXPRESS ACH PMT 150601 W1318 IGOR LATS |
| 6/1/2015 | -8500 | * | 1028 CHECK # 1028 |
| 6/1/2015 | -221.91 | * | WF LOAN/LINE AUTO PAY 150529 171709144600001 LAT |
| 6/1/2015 | -574.36 | * | FOREMOST EPM PYMT 060115 3810090809865 SUNSET |
| 5/29/2015 | 2.26 | * | INTEREST PAYMENT |
| 5/29/2015 | -1231.57 | * | 1050 CHECK # 1050 |
| 5/28/2015 | -6000 | * | 1052 CHECK # 1052 |
| 5/28/2015 | -6000 | * | 1053 CHECK # 1053 |
| 5/28/2015 | -4684.35 | * | 1054 CHECK # 1054 |
| 5/27/2015 | -142.93 | * | FOREMOST EPM PYMT 052715 3810090662718 SUNSET |
| 5/27/2015 | 20000 | * | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE8K484Z |
| 5/26/2015 | -213.64 | * | FOREMOST EPM PYMT 052615 3810090710059 LLC SUNS |
| 5/19/2015 | -302.02 | * | FOREMOST EPM PYMT 051915 3810090809865 SUNSET |
| 5/15/2015 | -300000 | * | WT FED#00177 CITIZENS BUSINESS /FTR/BNF=PARKFIELD |
| 5/15/2015 | -35000 | * | WT FED#08176 BANK OF AMERICA, N /FTR/BNF=SOUTHE |
| 5/15/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150515178076 SF |
| 5/15/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150515169902 SF |
| 5/15/2015 | 200000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |

| Date | Amount | | Check # | Description |
|---|---|---|---|---|
| 5/14/2015 | -2800 | * | 1023 | CHECK # 1023 |
| 5/14/2015 | -50000 | * | 1047 | CHECK # 1047 |
| 5/14/2015 | -20000 | * | 1022 | CHECK # 1022 |
| 5/14/2015 | -35000 | * | 1048 | CHECK # 1048 |
| 5/14/2015 | 130000 | * | | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE5MXGZ |
| 5/14/2015 | 25.34 | * | | eDeposit in Branch/Store 05/14/15 05:36:03 PM 23701 C |
| 5/13/2015 | 6000 | * | | eDeposit in Branch/Store 05/13/15 11:12:23 AM 23701 C |
| 5/12/2015 | -1500 | * | 1021 | CHECK # 1021 |
| 5/12/2015 | 100000 | * | | ONLINE TRANSFER REF #IBE5MWV6TZ FROM PCS LINE OF |
| 5/12/2015 | 30000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |
| 5/11/2015 | 4399.74 | * | | OVERDRAFT XFER FROM CREDIT CARD OR LINE |
| 5/11/2015 | -255.53 | * | | FOREMOST EPM PYMT 051115 3810090831853 SUNSET I |
| 5/11/2015 | -7600 | * | 1019 | CHECK # 1019 |
| 5/8/2015 | -3 | * | | ONLINE DEP DETAIL & IMAGES |
| 5/5/2015 | -190.9 | * | | FOREMOST EPM PYMT 050515 3810090789736 SUNSET I |
| 5/5/2015 | -1029153 | * | | WT FED#03596 COMERICA BANK /FTR/BNF=GLEN OAKS E |
| 5/5/2015 | -30 | * | | WIRE TRANS SVC CHARGE - SEQUENCE: 150505142168 SF |
| 5/5/2015 | 10000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |
| 5/4/2015 | 900000 | * | | ONLINE TRANSFER REF #IBER25TGXL FROM PCS LINE OF C |
| 4/30/2015 | 16.56 | * | | INTEREST PAYMENT |
| 4/28/2015 | -1754.43 | * | | AMERICAN EXPRESS ACH PMT 150428 W1500 IGOR LATS, |
| 4/27/2015 | -33000 | * | 1046 | CHECK # 1046 |
| 4/27/2015 | 100000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QPY |
| 4/27/2015 | 300 | * | | CARD PROVISIONAL CREDIT 30424150579 |
| 4/24/2015 | -300 | * | | ATM WITHDRAWAL AUTHORIZED ON 04/24 23701 CALAE |
| 4/23/2015 | -565.72 | * | | FOREMOST EPM PYMT 042315 3810090662718 SUNSET I |
| 4/22/2015 | -15000 | * | 1006 | CHECK # 1006 |
| 4/22/2015 | -14000 | * | 1005 | CHECK # 1005 |
| 4/22/2015 | -8000 | * | 1004 | CHECK # 1004 |
| 4/22/2015 | -6000 | * | 1003 | CHECK # 1003 |
| 4/22/2015 | -6000 | * | 1002 | CHECK # 1002 |
| 4/22/2015 | -6000 | * | 1001 | CHECK # 1001 |
| 4/22/2015 | -702352 | * | | WT FED#09887 MUFG UNION BANK, N /FTR/BNF=LAWYE |
| 4/21/2015 | -107.82 | * | | FOREMOST EPM PYMT 042115 3810090710059 SUNSET I |
| 4/21/2015 | 300000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE5MQ |
| 4/17/2015 | -10000 | * | 1020 | CHECK # 1020 |
| 4/16/2015 | -2103.56 | * | | WT FED#00128 BANK OF THE WEST ( /FTR/BNF=Fidelity N |
| 4/16/2015 | -200000 | * | | WT FED#02879 COMERICA BANK /FTR/BNF=GLEN OAKS E |
| 4/16/2015 | 766.51 | * | | eDeposit in Branch/Store 04/16/15 11:00:02 AM 23701 C |
| 4/15/2015 | -1648.63 | * | 1008 | CHECK # 1008 |
| 4/15/2015 | -1500 | * | 1013 | CHECK # 1013 |
| 4/14/2015 | -40000 | * | 1011 | CHECK # 1011 |
| 4/14/2015 | -25000 | * | 1010 | CHECK # 1010 |
| 4/14/2015 | -98.44 | * | | FOREMOST EPM PYMT 041415 3810090759744 SUNSET I |
| 4/14/2015 | 500000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |
| 4/13/2015 | 6286.14 | * | | DEPOSIT MADE IN A BRANCH/STORE #922912652 |
| 4/10/2015 | -35000 | * | 1007 | CHECK # 1007 |

| Date | Amount | | Description |
|---|---:|---|---|
| 4/10/2015 | -200.1 | * | FOREMOST EPM PYMT 041015 3810090789736 SUNSET |
| 4/7/2015 | -682973 | * | WT FED#03599 BANK OF THE WEST ( /FTR/BNF=Fidelity N |
| 4/7/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150407141357 SF |
| 4/6/2015 | 50000 | * | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QHV |
| 4/3/2015 | -86.67 | * | PURCHASE AUTHORIZED ON 04/01 LE PAIN QUOTIDIEN C |
| 4/3/2015 | 10000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |
| 4/2/2015 | 700000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHE |
| 3/31/2015 | 17.9 | * | INTEREST PAYMENT |
| 3/25/2015 | -216631 | * | WT FED#03405 CITY NATIONAL BANK /FTR/BNF=OPTIMA |
| 3/25/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150325129590 SF |

```
 BUSINESS CHECKING VIA MOBILE
RIGSMAN SRF# 0000944168409233 TRN#150617104283 RFB#
RF# 0000944168409233 TRN#150617104283 RFB#
HOLDINGS
000 SUNSET HOLDING PARTNER
000 SUNSET HOLDING PARTNER
ING XXXXXX8997 REF #IBE8KBC43M ON 06/16/15
XXXXXXXXXXX0606 ON 06/15/15
 RUBIN SRF# G0151633687001 TRN#150612116649 RFB#
 california home investors SRF# 0000944162423282 TRN#150611122602 RFB#
RF# 0000944162423282 TRN#150611122602 RFB#
ALEKSANDROVNA SRF# 0611315559009417 TRN#150611037688 RFB#

IDE ESCROW MARINA SRF# 0000944160097762 TRN#150610069654 RFB#
RF# 0000944160097762 TRN#150610069654 RFB#
ANTAGE(RM) XXXXXX3540 REF #IBE5N6SP6Y ON 06/09/15



J COMPLETE ADVANTAGE(RM) VIA MOBILE

HOLDING PARTNER
HOLDING PARTNER
HOLDING PARTNER
HOLDING PARTNER
ANTAGE(RM) XXXXXX3540 REF #IBEGC9QFC4 ON 06/03/15
N 06/02 $16,000.00 CHECK # 01029


ANOVSKI

SANOVSKI IGO
HOLDING PARTNER




HOLDING PARTNER
9 COMPLETE ADVANTAGE(RM) VIA MOBILE
ET HOLDING PAR
HOLDINGS
 ESCROW, INC. SRF# 0063441135665560 TRN#150515178076 RFB#
RN CALIFORNIA HOME INVESTORS SRF# 0000944134026650 TRN#150515169902 RFB#
RF# 0063441135665560 TRN#150515178076 RFB#
RF# 0000944134026650 TRN#150515169902 RFB#
ECKING XXXXXX8997 REF #IBER28W77L ON 05/15/15
```

VH COMPLETE ADVANTAGE(RM) VIA MOBILE
ALABASAS RD CALABASAS CA 9222
ALABASAS RD CALABASAS CA 9222

 CREDIT XXXXXX44600001 ON 05/12/15
ECKING XXXXXX8997 REF #IBEK84TBHC ON 05/12/15

HOLDING PARTNER


HOLDING PARTNER
ESCROW SRF# 0000944125537089 TRN#150505142168 RFB#
RF# 0000944125537089 TRN#150505142168 RFB#
ECKING XXXXXX8997 REF #IBE2QSJMTQ ON 05/05/15
CREDIT XXXXXX44600001 ON 05/04/15

ANOVSKI

PVZ BUSINESS CHECKING VIA MOBILE

BASAS RD CALABASAS CA 0004340 ATM ID 0944C CARD 6169
HOLDING PARTNER




RS TITLE COMPANY-LA SRF# 0000944111267488 TRN#150422140005 RFB#
HOLDING PARTNER
376P BUSINESS CHECKING VIA MOBILE

ational Title Company SRF# 0000944106332838 TRN#150416129847 RFB#
ESCROW SRF# 0000944106505738 TRN#150416103400 RFB#
ALABASAS RD CALABASAS CA 9222




HOLDING PARTNER
ECKING XXXXXX8997 REF #IBETWZ9F6R ON 04/14/15

HOLDING PARTNER
National Title Company SRF# 0000944097556217 TRN#150407141357 RFB#
RF# 0000944097556217 TRN#150407141357 RFB#
VLPC BUSINESS CHECKING VIA MOBILE
ALABASAS CA S385091784086006 CARD 6058
ECKING XXXXXX8997 REF #IBEK7R6XHX ON 04/03/15
ECKING XXXXXX8997 REF #IBEK7QNB5G ON 04/02/15

 ESCROW INC SRF# 0000944083370915 TRN#150325129590 RFB#
RF# 0000944083370915 TRN#150325129590 RFB#