# Exhibit C



Secretary of State Main Website   **Business Programs**   Notary & Authentications   Elections   Campaign & Lobbying

**Business Entities (BE)**
Online Services
 - E-File Statements of Information for Corporations
 - Business Search
 - Processing Times
 - Disclosure Search
Main Page
Service Options
Name Availability
Forms, Samples & Fees
Statements of Information (annual/biennial reports)
Filing Tips
Information Requests (certificates, copies & status reports)
Service of Process
FAQs
Contact Information
Resources
 - Business Resources
 - Tax Information
 - Starting A Business
Customer Alerts
 - Business Identity Theft
 - Misleading Business Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, July 10, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | RILEND, INC. |
|---|---|
| Entity Number: | C3776028 |
| Date Filed: | 04/10/2015 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 23679 CALABASAS RD # 1054 |
| Entity City, State, Zip: | CALABASAS CA 91302 |
| Agent for Service of Process: | IGOR LATSANOVSKI |
| Agent Address: | 23679 CALABASAS RD # 1054 |
| Agent City, State, Zip: | CALABASAS CA 91302 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2015   California Secretary of State

Exhibit C, Page 18



| | | | | |
|---|---|---|---|---|
| Secretary of State Main Website | **Business Programs** | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 07, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | SUNSET HOLDING PARTNERS, LLC |
|---|---|
| Entity Number: | 201502010169 |
| Date Filed: | 01/16/2015 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 23679 CALABASAS RD UNIT 531 |
| Entity City, State, Zip: | CALABASAS CA 91302 |
| Agent for Service of Process: | SIMA CORPORATE GROUP (C3130545) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2015    California Secretary of State

Exhibit C, Page 19