**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants**
**Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>                    Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF ANNAH S. KIM IN SUPPORT OF *EX PARTE* REQUEST FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER**<br><br>*[Ex Parte Application for Partial Relief From Temporary Restraining Order; Declaration of Igor Latsanovski and [Proposed] Order Filed Concurrently  ]*<br><br>Date:  TBD<br>Time:  TBD<br>Judge: Hon. George Wu |

# DECLARATION OF ANNAH S. KIM

I, Annah S. Kim, hereby state and declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate at Scheper Kim & Harris LLP ("SKH"), attorneys of record for defendants Igor Latsanovski and Calenergy, Inc. in the case of *Federal Trade Commission v. Bunzai Media Group, Inc., et al.*, Case No. CV15-4527-GW (PLAx). I submit this declaration in support of Defendants' *Ex Parte* Application For Partial Relief From the Temporary Restraining Order. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

## SUBSTANTIAL HARDSHIP

2. Under the terms of the Temporary Restraining Order, Mr. Latsanovski and Calenergy, Inc. are not permitted to withdraw any funds or use any funds acquired after the asset freeze went into effect on June 16, 2015. As set forth in Mr. Latsanovski's declaration, he has suffered substantial hardship due to his inability to use any funds to pay his mortgage, car leases and other substantial monthly expenses. Further, the business accounts for Sunset Holdings Partners LLC, Vastpay LLC, Rilend, Inc. and ComicsFix LLC, which are unrelated to the internet skincare business at issue have also been frozen and cannot pay their ongoing monthly operating expenses.

## LATSANOVSKI'S COOPERATION

3. On July 2, 2015, the Receiver deposed Mr. Latsanovski, which Marc Harris of SKH attended. On July 1, 2015, my office provided the FTC and the Receiver the FTC questionnaires for Mr. Latsanovski and Calenergy with supporting documents. Attached as Ex. D is a true and correct copy of a July 1, 2015 e-mail transmitting these documents to the FTC and Receiver (without the voluminous attachments) and an Amended Deposition Notice for the July 2, 2015.

4. On July 2, 2015, I sent the Receiver a copy of the spreadsheet prepared

by Mr. Latsanovski's accountant, David Davidian, which sets forth transfers between Calenergy, Inc. and the other defendants in this case. Mr. Latsanovski was questioned regarding this spreadsheet at his July 2, 2015 deposition. Attached as Exhibit E is a true and correct copy of my July 2, 2015 email sent to the Receiver with the "Calenergy Loan" spreadsheet.

## ATTEMPTS TO MODIFY THE TRO

5. After the FTC had an opportunity to review Mr. Latsanovski's responses to the FTC questionnaires, Mr. Harris contacted counsel for the FTC, Reid Tepfer, to seek a modification of the temporary restraining order to release funds and lift the receivership over Calenergy, Inc. in light of Mr. Latsanovski's limited role in the skincare business. Attached hereto as Exhibit F is a true and correct copy of a July 12, 2015 e-mail between Mr. Harris and Mr. Tepfer on which I was copied reflecting their discussions for modifying the temporary restraining order.

6. On July 12, 2015, I e-mailed Mr. Tepfer a draft of this *ex parte* application for his consideration. Attached as Exhibit G hereto is a true and correct copy of my e-mail to Mr. Tepfer attaching this paperwork without the attachments. On July 13, 2015, I e-mailed Mr. Tepfer a proposed stipulation to modify the temporary restraining order. Attached as Exhibit H hereto is a true and correct copy of e-mail to Mr. Tepfer.

7. On July 14, 2015, Mr. Tepfer informed me that a stipulation would not be possible. Attached as Exhibit I is a true and correct copy of Mr. Tepfer's July 14, 2015 e-mail to me.

8. Pursuant to Local Rule 7-19.1, notice of Defendants' *Ex Parte* Application For Partial Relief From the Temporary Restraining Order. Attached hereto as Exhibit J is a true and correct copy of my July 15, 2015 electronic mail message providing *ex parte* notice and Mr. Tepfer's response indicating that the FTC will oppose the *ex parte*.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3      Executed on July 15, 2015, at Los Angeles, California.

                          /s/ Annah S. Kim
                          ANNAH S. KIM