# Exhibit D

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Wednesday, July 01, 2015 5:34 PM |
| **To:** | Tepfer, Reid A. (rtepfer@ftc.gov); Charlene Koonce |
| **Cc:** | 'Kelly Crawford'; Marc S. Harris |
| **Subject:** | FTC/I. Latsanovski and Calenergy, Inc.:  FTC Forms and Attachments |
| **Attachments:** | Calengery FTC Form - 2015.07.01.pdf; IL FTC Forms - 2015.07.01.pdf; Attachments - Produced 7-1-15.zip |

Mr. Tepfer and Ms. Koonce,

Attached are the FTC forms for Mr. Latsanovski and Calenergy, Inc. and attachments containing CAL 1-568 and IL 1-355.

Most of these documents were previously produced to Ms. Koonce, except CAL 561-568 which includes 2013 and 2014 financial statements and P&Ls as well as Calenergy's loan agreement with Guayas and IL 347-55 which contains summary of Mr. Latsanovski's personal American Express Charges.

Thank you for patience in this matter.  Please contact me if you have any additional questions.

Regards,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link