# Exhibit E

1

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Thursday, July 02, 2015 12:35 PM |
| **To:** | Charlene Koonce; 'mitch.little@solidcounsel.com' |
| **Cc:** | 'Kelly Crawford'; Marc S. Harris |
| **Subject:** | FTC/Calenergy:  Calenergy Spreadsheet prepared by D. Davidian |
| **Attachments:** | Calenergy Loans.xlsx |

Counsel,

Attached is a spreadsheet prepared by David Davidian showing the transfers from funds to and from Calenergy to defendant entities.

Please note that we have not had the opportunity to verify these amounts.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

1

| Date | No. | Description | RECEIVED | PAID |
|---|---|---|---|---|
| **2010** | | | | $ **175,000.00** |
| **2011** | | | $ **(327,883.00)** | $ **172,883.00** |
| **2012** | | | $ **(229,117.00)** | |
| 1/25/13 | | | $ (13,500.00) | |
| 2/20/13 | | | $ (1,712.97) | |
| 2/27/13 | | | $ (10,000.00) | |
| 2/28/13 | | | $ (10,111.71) | |
| 2/21/13 | | | $ (10,000.00) | |
| 3/15/13 | | | $ (10,000.00) | |
| 4/10/13 | | | $ (3,170.45) | |
| 4/12/13 | | | $ (10,000.00) | |
| 4/24/13 | | | $ (20,000.00) | |
| 5/9/13 | | | $ (1,313.36) | |
| 5/15/13 | | | $ (10,000.00) | |
| 5/13/13 | 1055 | | | $ 200,000.00 |
| 6/26/14 | | | $ (8,924.65) | |
| 7/3/13 | | | $ (20,352.00) | |
| 7/15/13 | | | $ (6,500.00) | |
| 7/9/13 | | | $ 10,912.34 | |
| 7/18/13 | | | $ (10,000.00) | |
| 7/25/13 | | | $ (10,000.00) | |
| 7/31/13 | | | $ (10,000.00) | |
| 8/1/13 | | | $ (7,500.00) | |
| 8/1/13 | | | $ (16,500.00) | |
| 8/14/13 | | | $ (10,000.00) | |
| 8/19/13 | | | $ (10,000.00) | |
| 8/29/13 | | | $ (10,000.00) | |
| 9/3/13 | | | $ (10,000.00) | |
| 9/27/13 | | | $ (9,000.00) | |
| 9/27/13 | 1032 | Cal to SBM | | $ 375,000.00 |
| 9/27/13 | 1033 | Cal to SBM | | $ 25,000.00 |
| 10/1/13 | | | $ (10,000.00) | |

| Date | Ref | Description | Debit | Credit |
|---|---|---|---|---|
| 10/2/13 | | | $ (12,000.00) | |
| 10/2/13 | | | $ (3,806.25) | |
| 10/10/13 | | | $ (10,000.00) | |
| 10/22/13 | | | $ (10,000.00) | |
| 10/29/13 | | | $ (10,000.00) | |
| 11/7/13 | | | $ (15,000.00) | |
| 11/8/13 | | | $ (10,000.00) | |
| 11/21/13 | | | $ (15,000.00) | |
| 11/29/13 | | | $ (10,000.00) | |
| 11/7/13 | 1078 | Cal to SBM | | $ 200,000.00 |
| 11/7/13 | 1079 | Cal to SBM | | $ 50,000.00 |
| 11/1/13 | 1080 | Cal to SBM | | $ 125,000.00 |
| 12/1/13 | | SBM | $ (55,000.00) | |
| 12/6/13 | | | $ (10,000.00) | |
| 12/6/13 | | | $ (5,000.00) | |
| 1/1/14 | | December Interest | $ (7,500.00) | |
| 1/21/14 | SBM | December Int PMT to BA | $ (7,500.00) | |
| 1/21/14 | ZEN | Payment To WF | $ (20,000.00) | |
| 1/27-1/28/14 | | Payment To WF | $ (150,000.00) | |
| 1/31/14 | | Jan Interest | $ (7,500.00) | |
| 2/18/14 | | | $ (6,750.00) | |
| 1/27/14 | | | $ (25,000.00) | |
| 2/21/14 | | Payment To WF | $ (25,000.00) | |
| 2/21/14 | | Jan Int | $ (7,500.00) | |
| 3/31/14 | | Feb Int | $ (5,500.00) | |
| 4/8/14 | | Mar Int | $ (5,500.00) | |
| 4/10/14 | | SBM | $ (55,000.00) | |
| 4/10/14 | | SBM | $ (15,000.00) | |
| 4/17/14 | ACH | SBM PMT | $ (150,000.00) | |
| 4/17/14 | ACH | ZEN PMT | $ (15,000.00) | |
| 4/18/14 | ACH | SBM PMT | $ (55,000.00) | |
| 4/15/14 | | SBM | $ (30,000.00) | |

| Date | Ref | Description | Debit | Credit | |
|---|---|---|---|---|---|
| 4/28/14 | | | $ (10,000.00) | | |
| 5/21/14 | | Apr Interest | $ (2,940.00) | | |
| 6/25/14 | | May Interest | $ (2,940.00) | | |
| 7/1/14 | | Princpal Payment | $ (4,000.00) | | |
| 7/1/14 | | June Interest | $ (2,940.00) | | |
| 8/21/14 | | July Interest | $ (2,940.00) | | |
| 8/31/14 | | August Interest | $ (2,900.00) | | |
| 9/18/14 | 1081 | Cal to SBM | | $ 50,000.00 | |
| 9/19/14 | | | | $ 50,000.00 | |
| 9/19/14 | | | | $ 20,000.00 | |
| 9/23/14 | | August Interest | $ (2,940.00) | | |
| 9/23/14 | | | | $ 130,000.00 | |
| 9/30/14 | | Sep Interest | $ (2,900.00) | | |
| 10/17/14 | | SBM Loan Ret | $ (15,000.00) | | |
| 10/20/14 | | SBM Loan Ret | $ (20,000.00) | | |
| 10/22/14 | | SBM Loan Ret | $ (15,000.00) | | |
| 10/31/14 | | October Interest | $ (2,250.00) | | |
| 11/26/14 | | | | $ 39,000.00 | |
| 11/30/14 | | Nov Interest | $ (2,250.00) | | |
| 12/3/14 | | AMD Loan Return | $ (35,000.00) | | |
| 12/3/14 | | Heritage Loan Return | $ (20,000.00) | | |
| 12/4/14 | | Zen Loan Return to BA | $ (10,000.00) | | |
| 12/4/14 | | Insight Loan Return | $ (20,000.00) | | |
| 12/4/14 | | DMA Loan Return | $ (15,000.00) | | |
| 12/5/14 | | Sep - Nov Interest | $ (7,400.00) | | |
| 12/31/14 | | Dec Interest | $ (1,250.00) | | |
| 1/12/15 | | | $ (2,500.00) | | |
| 1/21/15 | | Dec Interest | $ (1,250.00) | | |
| 1/31/15 | | Jan Interest | $ (1,250.00) | | |
| 2/25/15 | | Jan Interest | $ (1,250.00) | | |
| 2/27/15 | | Feb Int | $ (1,250.00) | | |
| 3/4/15 | | Princpal Payment | $ (125,000.00) | | |
| 3/5/15 | | Feb Int | $ (1,250.00) | | |
| 4/3/15 | | | $ (35,000.00) | | |
| 4/3/15 | | | $ (15,000.00) | | Difference |
| | | | ($1,929,629.05) | $ 1,611,883.00 | ($317,746.05) |