# Exhibit G

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Sunday, July 12, 2015 2:46 PM |
| **To:** | 'Tepfer, Reid A.' |
| **Cc:** | eberk@crimlawla.com; Gallegos, Luis; Marc S. Harris |
| **Subject:** | FTC/I. Latsanovski:  Latsanovski's Proposal for Partial Relief |
| **Attachments:** | Ex B Rilend.pdf; Ex B Sunset Holdings.pdf; Ex C Wells Fargo.pdf; 2015.07.11 Igor Dec.pdf; Ex A Calenergy Loans.pdf; 2015.07.12 Draft Memo re Partial Relief.pdf |

Reid,

Per Marc's e-mail below, please find the current draft documents seeking partial relief from the temporary restraining order which set forth the evidence regarding Igor's financial involvement in the the subject skincare business as well as a proposal to relax the asset freeze and receivership as to Igor and Calenergy.

As Marc mentioned, we hope to work things out via a stipulation.  But given the urgency of issues, we'd request that you give us your thoughts or any additional proposed resolutions as soon as possible (hopefully by July 14) so we can determine whether a stipulated resolution is possible.

We look forward to hearing from you soon and appreciate your attention to this matter.

Regards,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Sunday, July 12, 2015 11:26 AM
**To:** Marc S. Harris
**Cc:** Annah Kim; eberk@crimlawla.com; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Not a problem, Marc. I would be glad to review anything on the topic. Thank you.

---

**From:** Marc S. Harris [mailto:mharris@scheperkim.com]
**Sent:** Sunday, July 12, 2015 6:55 AM
**To:** Tepfer, Reid A.
**Cc:** Annah Kim; eberk@crimlawla.com
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Reid,
I am out of the country, but I wanted to touch base with you to follow-up on our discussion from last week. I promised you some materials regarding Igor's financial involvement in the subject skincare business, and a proposal outlining a narrowing of the TRO provisions as applied to Igor.  In
my absence, Annah has been pulling together the materials.

1

While I'm hopeful that we will be able to work things out amicably with your office, given the short time frame we have, we thought it would be most efficient from our end if we just sent you the papers we have been working on in opposition to the TRO.  We will try to get you a draft of something before the end of the weekend.  These may not be final papers, but they should lay out our arguments in favor of relaxing the asset freeze and receivership as to Igor and CalEnergy.

Annah and our co-counsel, Elon Berk, will be able to follow-up with you in my absence. They will need to file something by the middle of next week if  things don't work out on a stipulated resolution.

Sorry I was not able to handle this myself before I left town.

Best regards,

Marc

On Jul 7, 2015 9:36 PM, "Tepfer, Reid A." <rtepfer@ftc.gov> wrote:

Sorry, Annah. That was just an omission on my part.

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Tuesday, July 07, 2015 4:35 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Hi Reid,

The extension would only be as to the Response to the Complaint; nothing else.

I'd like to get this on file today so I can revise the stip to be for Igor, Calenergy, Doron and Motti Nottea today - - is there a reason why Oz Mizrahi cannot be a party of the stipulation?

Please advise and I will recirculate the stip.

Thanks,

2

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Tuesday, July 07, 2015 2:30 PM
**To:** Annah Kim
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Annah,

I apologize for the delay. I wanted to see if you could please clarify whether the stipulation was an extension as to the answer only or any other motions. Additionally, I wanted to wait to sign for Alon Nottea, Roi Reuveni, and Adageo, LLC until we've received their financial disclosure documents. I would, however, be able to sign a stipulation extending the deadline as to the answer only for your clients and Doron and Motti Nottea.

Thank you,

Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Tuesday, July 07, 2015 1:31 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Reid,

Any update re the stipulation?

We'd like to get this on file today if possible.

Thanks.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Tuesday, July 07, 2015 7:53 AM
**To:** Annah Kim
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Annah,

We would be amenable to the stipulation for any defendant who has submitted financials and is complying with the TRO's terms. I believe at least one of Robert's clients have documents that are outstanding, and the rest were submitted in a format that unfortunately I was not able to open, so I am working with him to resolve this issue today. Additionally, I'd like to check with the receiver to make sure there aren't any compliance concerns for any Defendant (I'm not aware of any) before signing. I will be sure to follow up with you shortly.

Thanks,

Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, July 06, 2015 6:34 PM

4

**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** FTC/I. Latsanovski: Proposed Stipulation to Continue Response Date

Reid,

In light of the August 6, 2015 hearing, Defendants Alon Nottea, Motti Nottea, Doron Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, Calenergy, Inc. and Adageo, LLC would like to respond to the Complaint for sometime after the hearing.

I've been in contact with the other defense counsel and they are agreeable to continuing the response date to **August 20, 2015.**

I've attached a proposed Stipulation and Order for your review.

Please let me know if this is acceptable to you.  If this stipulation works for you (and if i have your authority to e-sign), we can take care of the filing.

Thank you for your attention and courtesy in this matter.

Regards,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link