# Exhibit H

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Monday, July 13, 2015 11:32 AM |
| **To:** | 'Tepfer, Reid A.' |
| **Cc:** | Marc S. Harris; 'Elon Berk' |
| **Subject:** | FTC/Calenergy and I. Latsanovski:  Proposed Stipulation re Asset Freeze and Receivership |
| **Attachments:** | 2015.07.13 Stipulation.doc |

Reid,

I just wanted to follow up and see if you had an opportunity to review the materials I sent yesterday regarding our proposal to modify the stay for Mr. Latsanovski and Calenergy.

Please let us know -- attached is a draft stipulation that reflects our proposal, but we are open to suggestions.

We look forward to your comments and hope to hear from you later today.

Regards,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Monday, July 13, 2015 10:47 AM
**To:** Steven T. Gebelin; 'Robert Ungar'; rmu@crosswindlaw.com; Annah Kim; Marc S. Harris; Jim Spertus (jim@spertuslaw.com); Ezra Landes (ezra@spertuslaw.com)
**Cc:** Gallegos, Luis
**Subject:** Proposed Stipulated Preliminary Injunction

Good morning counsel,

Please find attached the proposed stipulated preliminary injunction I have discussed with many of you. This proposed stipulated PI would continue most terms of the TRO but would unfreeze after-acquired assets. Please let me know if your clients would be amenable to signing this, and feel free to call me with any questions you may have. Thanks very much.

Respectfully,

Reid

Reid Tepfer
Attorney
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Direct: (214) 979-9395|Fax: (214) 953-3079
rtepfer@ftc.gov

1