Exhibit I

| | |
|---|---|
| **From:** | Tepfer, Reid A. [rtepfer@ftc.gov] |
| **Sent:** | Tuesday, July 14, 2015 4:37 PM |
| **To:** | Annah Kim |
| **Cc:** | eberk@crimlawla.com |
| **Subject:** | Re: Proposed Stipulated Preliminary Injunction |

Annah,

Based on the information you've provided, I don't believe I can stipulate to alter the receivership or asset freeze provisions for Sunset.

Further, I don't have information concerning Vastpay, Nexipay, or Comicsfix. I can't stipulate to alter the TRO for those entities without any information concerning them. From your previous email, it sounds like their assets come almost exclusively from Igor's personal funds. If that is the case, I believe that it is appropriate that they remain frozen. I would be glad to revisit this discussion after we've been able to receive any information concerning these businesses, their owners, or the source of their funds.

In the meantime, if you have any questions, please feel free to call. Thank you for your assistance.

Respectfully,
Reid

On: 14 July 2015 18:11, "Annah Kim" <akim@scheperkim.com> wrote:

Any word?  Please let me know if we can expect to hear from you today.

If we can't come to some sort of understanding, we'll have to file soon (probably tomorrow) to seek immediate relief from the asset freeze and receivership issue.  But we can hold off on filing if you think there's a chance that we can come to an agreement regarding Sunset Holdings.

Thanks,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Tuesday, July 14, 2015 1:49 PM
**To:** Annah Kim
**Cc:** eberk@crimlawla.com
**Subject:** RE: Proposed Stipulated Preliminary Injunction

Annah,

1

Exhibit I, Page 36

I can certainly get back to you regarding Sunset. And I just wanted to clarify regarding the after-acquired assets. We are willing to negotiate with you on that to make sure that Igor can have access to those after-acquired assets. The terms of the proposed stipulated PI we sent allow for exactly that.

Thank you,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Tuesday, July 14, 2015 3:46 PM
**To:** Tepfer, Reid A.
**Cc:** eberk@crimlawla.com
**Subject:** RE: Proposed Stipulated Preliminary Injunction

Reid,

Thank you for reviewing this information and letting me know by the close of business today regarding your position as to removing the receivership from Sunset and unfreezing its accounts.

I also wanted to confirm that the FTC would be willing to modify the asset freeze as to all defendants to permit Igor to use assets/funds acquired after the imposition of the freeze on June 16, 2015 as long as those assets/funds are not derived, directly or indirectly, from the activities alleged in the Complaint.

Hopefully, if we can resolve the Sunset Holdings issue, we can modify the TRO to allow Sunset to operate its businesses and perhaps resolve the other outstanding issues at the Preliminary Injunction hearing.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Tuesday, July 14, 2015 1:38 PM
**To:** Annah Kim
**Cc:** eberk@crimlawla.com
**Subject:** RE: Proposed Stipulated Preliminary Injunction

Annah,

Thanks for talking with me today. Just to confirm, I'd like to review documents showing the ownership/management of Nexipay, Vastpay, and Comicfix, as well as the source of their startup funds and documents showing the influx/outflow of money for those companies. And I will review the information you've provided on Sunset. I appreciate your assistance.

Thanks,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Tuesday, July 14, 2015 11:25 AM
**To:** Tepfer, Reid A.
**Cc:** eberk@crimlawla.com
**Subject:** RE: Proposed Stipulated Preliminary Injunction

2

Great.

Let's plan on talking around 11:30 am PST.

Elon, if you can join us, let's do a conference call.

Call in information:

Dial-in number:          (877) 810-9415
Participant access code          8318334 #

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Tuesday, July 14, 2015 5:52 AM
**To:** Annah Kim
**Subject:** RE: Proposed Stipulated Preliminary Injunction

Annah,

Please feel free to call me any time today to discuss your proposal and this proposed stipulation.

Thanks,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, July 13, 2015 8:06 PM
**To:** Tepfer, Reid A.
**Subject:** RE: Proposed Stipulated Preliminary Injunction

Reid,

In reviewing the Proposed Stipulation, I wanted to raise a few concerns:

As currently phrased, this document reads as a Court order, not a stipulated injunction, that would apply to all defendants (not just those stipulating to this injunction).  *See* page 2 ("After considering the FTC's pleadings and declarations, exhibits, and memoranda in support, this Court finds").

If you intend to use this stipulation with any other defendant, I would request that the stipulation be clear that it is a stipulation and that non-stipulating defendants are not subject to these terms.

I look forward to speaking with you tomorrow regarding Calenergy's and Mr. Latsanovski's proposal.

Regards,

Exhibit I, Page 38

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Monday, July 13, 2015 10:47 AM
**To:** Steven T. Gebelin; 'Robert Ungar'; rmu@crosswindlaw.com; Annah Kim; Marc S. Harris; Jim Spertus (jim@spertuslaw.com); Ezra Landes (ezra@spertuslaw.com)
**Cc:** Gallegos, Luis
**Subject:** Proposed Stipulated Preliminary Injunction

Good morning counsel,

Please find attached the proposed stipulated preliminary injunction I have discussed with many of you. This proposed stipulated PI would continue most terms of the TRO but would unfreeze after-acquired assets. Please let me know if your clients would be amenable to signing this, and feel free to call me with any questions you may have. Thanks very much.

Respectfully,

Reid

Reid Tepfer
Attorney
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Direct: (214) 979-9395|Fax: (214) 953-3079
rtepfer@ftc.gov

4