# Exhibit J

| | |
|---|---|
| **From:** | Tepfer, Reid A. [rtepfer@ftc.gov] |
| **Sent:** | Wednesday, July 15, 2015 1:53 PM |
| **To:** | Annah Kim |
| **Cc:** | Gallegos, Luis; Marc S. Harris |
| **Subject:** | RE: FTC/I. Latsanovski:  Ex Parte Notice |

We will. Thanks.

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Wednesday, July 15, 2015 3:53 PM
**To:** Tepfer, Reid A.
**Cc:** Gallegos, Luis; Marc S. Harris
**Subject:** FTC/I. Latsanovski: Ex Parte Notice

Reid,

Pursuant to Local Rule 7-19.1, I write to give you notice that today Igor Latsanovski and Calenergy will be filing an ex parte application for a partial modification of the TRO.  Please be advised that Judge Wu requires that any opposition must be filed no later than 24 hours after the filing of the ex parte.

We will ask the court to lift the asset freeze as to Igor Latsanovski and Calenergy and relieve the receiver of her duties towards Calenergy.  Please advise as to whether the FTC will oppose the application. Thank you.


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

1