1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER GRANTING EX PARTE APPLICATION FOR PARTIAL RELIEF FROM THE TEMPORARY RESTRAINING ORDER**<br><br>*[Ex Parte Application for Partial Relief From Temporary Restraining Order; Declarations of Annah S. Kim and Igor Latsanovski Filed Concurrently]* |

Having considered the Latsanovski Defendants' *Ex Parte* Application for Partial Relief from the Temporary Restraining Order, and all other papers and arguments submitted in support of the Application, and finding good cause therefore, the Application is **GRANTED**, and the Court enters the following Order.

That the TRO shall be modified as follows:

1.      The receivership is terminated as to Calenergy, Inc. and the Receiver is discharged effective July 15, 2015.

    a.      The Receiver shall return to Calenergy, Inc. any original business records of Calenergy, Inc. in the Receiver's possession.

    b.      The Receiver's acts, transactions, and actions during his administration of the receivership as disclosed in the pleadings filed with the court in this matter are confirmed and approved as being in the best interests of the

(PROPOSED) ORDER DENYING PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION; ASSET FREEZE AND APPOINTMENT OF RECEIVER

1  receivership estate.

2       c.     The Receiver is hereby released and exonerated from all duties,

3  liabilities, claims, and responsibilities arising out of and/or pertaining to the

4  receivership.  The Receiver and the professionals retained by him shall have no

5  personal liability of any nature for an act, omission, or matter pertaining to the

6  receivership.

7       2.     The asset freeze set forth in the TRO is lifted against Igor Latsanovski

8  and Calenergy, Inc.  Within 24 hours of entry of this order, the FTC shall notify all

9  financial institutions which have reported that they are holding assets of the

10 Latsanovski Defendants that the asset freeze has been lifted, and that any freeze or

11 hold placed on Latsanovski Defendants' assets must be released.

12      3.     Section I (Prohibited Business Activities), Section II (Prohibitions

13 Against Unfair and Deceptive Negative Option Marketing Practices on the Internet)

14 and Section III (Prohibitions Against Debiting Consumers' Bank Accounts Without

15 Authorization) shall remain in place until August 6, 2015 or until otherwise ordered.

16      4.     All other orders, injunctions and prohibitions set forth in TRO, except

17 as listed above, are hereby removed as to the Latsanovski Defendants.

18

19                    **IT IS SO ORDERED.**

20

21

    Dated: _____          _____

22                                            The Honorable George Wu
                                              Judge, United States District Court
23

24

25

26

27

28

(PROPOSED) ORDER CONTINUING PRELIMINARY INJUNCTION HEARING