# ROBERT M. UNGAR
### Attorney at Law

14724 Ventura Boulevard                                      (310) 405-1884
Penthouse                                                    rmu@ungarlaw.com
Sherman Oaks, California 91403

September 27, 2013

Frank Satalino, Esq.                          By Email
Law Offices of Frank Satalino                 fas@satalinolaw.com
19 Velarde Court
Rancho Santa Margarita, CA 92688

Art Baram, Esq.                               By Email
Law Offices Of Art Baram, Inc.                art.baram@gmail.com
8159 Santa Monica Blvd., Ste 200
West Hollywood, CA 90046

     **Re:**    Bunzai Media Group / Bunzai Media World ("Partnership")

Dear Messrs. Satalino and Baram:

I am informed the Partnership has dissolved, and the business will be wound up and the Partnership terminated as follows:

(1) The fulfillment operation, Pinnacle Logistics, Inc. ("Pinnacle") will pay the Partnership for the fair value of its current assets and will assume all Pinnacle liabilities, including accounts payable and employment obligations, and indemnify the partners and Partnership against any liabilities and claims in connection with Pinnacle's business.

(2) The media operation, MediaUrge, Inc. ("MediaUrge") has no assets and will be dissolved.

(3) The retail merchant corporations under management by SBM Management, Inc. (the "RMCs"). will stop marketing and selling the "AuraVie" brand product line, but will continue to process automatic monthly reorders for existing customers until such time as there are no further monthly reorders. Further use of the "AuraVie" brand shall thereupon terminate. The RMCs have no assets other than merchant account reserves and will be dissolved.

(4) Any partner may purchase Partnership property provided the partner pays fair market value to the Partnership, in cash, and all such amounts are accounted for.

(5) Upon liquidation of the foregoing assets and collection of all accounts and merchant account reserves, the Partnership shall account to each of the partners, pay any existing Partnership obligations, fund a three year contingent liability reserve (to defend and pay post-termination claims attributable to the Partnership business) and, distribute to the partners all amounts remaining thereafter.



Frank Satalino, Esq.
Art Baram, Esq.
September 27, 2013
Page Two


(6) Merchant Account Reserves of $1M will be maintained, subject to and in accordance with existing merchant account agreement(s) (the "Reserve"). Release of Reserve funds shall be distributed 30% (up to $300,000) to the three year contingent liability reserve (referred to above), and the balance equally divided amongst the partners. The Partnership will advance to Bond his share of the Reserve (not exceeding $233,333) in 19 monthly payments of $10,000 per month, excepting the first 2 months will be $15,000 each. The Partnership will recoup all amounts advanced from the Reserve.

(7) The partners and the Partnership (including Bunzai Media Group, Inc., Pinnacle, MediaUrge and the RMCs) are reserving their right to obtain indemnity and reimbursement from Kristopher Bond and his corporation, Cerenade Marketing International, Inc. in connection with the *Goddard v. Bond* lawsuit in the Los Angeles Superior Court (the "Goddard Case").

Please let me know if there is any disagreement with the foregoing wind up and termination plan.


Very truly yours,


ROBERT M. UNGAR


cc: Client

| | Entity | 2010 | 2011 | 2012 | 2013 | Subtotal | 2014 | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Gross Receipts** | | | |
| 1 | Bunzai Media Group Inc. | $ 350,472 | $ 9,181,404 | $ 7,385,179 | $ 93,186 | $ 17,010,241 | $ 148,042 | $ 17,158,283 |
| 2 | DSA Holdings Inc. | 341,110 | *Not Available* | 27,680 | *Not Available* | 368,790 | *Not Available* | 368,790 |
| 3 | Merchant Leverage Group Inc | - | - | 8,100 | *Not Available* | 8,100 | *Not Available* | 8,100 |
| 4 | Agoa Holdings Inc | *Not Available* | 1,407,785 | 4,145,591 | 2,257,820 | 7,811,196 | 1,522,922 | 9,334,118 |
| 5 | Savehaven Ventures Inc. | *Not Available* | 173,450 | 4,530,990 | 2,790,467 | 7,494,907 | *Not Available* | 7,494,907 |
| 6 | Zen Mobile Media Inc. | *Not Available* | 340,703 | 4,552,606 | 2,016,606 | 6,909,915 | 1,575,140 | 8,485,055 |
| 7 | Adageo LLC | *Not Available* | *Not Available* | 15,000 | 107,800 | 122,800 | *Not Available* | 122,800 |
| 8 | All-star Beauty Products Inc. | *Not Available* | *Not Available* | 939,488 | *Not Available* | 939,488 | *Not Available* | 939,488 |
| 9 | DMA Media Holdings Inc. | *Not Available* | *Not Available* | 1,615,569 | *Not Available* | 1,615,569 | *Not Available* | 1,615,569 |
| 10 | Heritage Alliance Group Inc. | *Not Available* | *Not Available* | 1,092,443 | 1,272,521 | 2,364,964 | 701,107 | 3,066,071 |
| 11 | Lifestyle Media Brands Inc. | *Not Available* | *Not Available* | 879,157 | 453,952 | 1,333,109 | 1,474,366 | 2,807,475 |
| 12 | AMD Financial Network Inc. | *Not Available* | *Not Available* | 1,455,692 | 1,757,614 | 3,213,306 | 1,058,832 | 4,272,138 |
| 13 | Insight Media Inc. | *Not Available* | *Not Available* | 280,852 | 1,587,290 | 1,868,142 | 1,715,581 | 3,583,723 |
| 14 | Kai Media Inc. | *Not Available* | *Not Available* | 350,015 | 1,779,969 | 2,129,984 | 793,211 | 2,923,195 |
| 15 | Media Urge Inc. | *Not Available* | *Not Available* | 57,500 | 393,021 | 450,521 | *Not Available* | 450,521 |
| 16 | Pinnacle Logistics | *Not Available* | *Not Available* | 1,769,051 | 3,626,871 | 5,395,922 | 1,441,974 | 6,837,896 |
| 17 | Cal Energy Inc. | *Not Available* | *Not Available* | *Not Available* | 213,580 | 213,580 | *Not Available* | 213,580 |
| 18 | Daria Media Inc. | *Not Available* | *Not Available* | *Not Available* | *Not Available* | - | 118,765 | 118,765 |
| 19 | Focus Media Solutions Inc. | *Not Available* | *Not Available* | *Not Available* | *Not Available* | - | 625,580 | 625,580 |
| | Subtotal | 691,582 | 11,103,342 | 29,104,913 | 18,350,697 | 59,250,534 | 11,175,520 | 70,426,054 |
| 20 | SBM Management Inc | *Not Available* | *Not Available* | 2,738,421 | 2,389,634 | 5,128,055 | 1,456,523 | 6,584,578 |
| 21 | NFT Holdings Inc. | *Not Available* | *Not Available* | 658,077 | *Not Available* | 658,077 | *Not Available* | 658,077 |
| | **Total** | **$ 691,582** | **$ 11,103,342** | **$ 32,501,411** | **$ 20,740,331** | **$65,036,666** | **$ 12,632,043** | **$77,668,709** |



| Date | No. | Description | RECEIVED | PAID | Balance due |
|------|-----|-------------|----------|------|-------------|
| **2010** | | | | $ **175,000.00** | $ 175,000.00 |
| **2011** | | | $ **(327,883.00)** | $ **172,883.00** | $ 20,000.00 |
| **2012** | | | $ **(229,117.00)** | | $ (209,117.00) |
| 1/25/13 | | | $ (13,500.00) | | $ (222,617.00) |
| 2/20/13 | | | $ (1,712.97) | | $ (224,329.97) |
| 2/27/13 | | | $ (10,000.00) | | $ (234,329.97) |
| 2/28/13 | | | $ (10,111.71) | | $ (244,441.68) |
| 2/21/13 | | | $ (10,000.00) | | $ (254,441.68) |
| 3/15/13 | | | $ (10,000.00) | | $ (264,441.68) |
| 4/10/13 | | | $ (3,170.45) | | $ (267,612.13) |
| 4/12/13 | | | $ (10,000.00) | | $ (277,612.13) |
| 4/24/13 | | | $ (20,000.00) | | $ (297,612.13) |
| 5/9/13 | | | $ (1,313.36) | | $ (298,925.49) |
| 5/15/13 | | | $ (10,000.00) | | $ (308,925.49) |
| 5/13/13 | 1055 | | | $ 200,000.00 | $ (108,925.49) |
| 6/26/14 | | | $ (8,924.65) | | $ (117,850.14) |
| 7/3/13 | | | $ (20,352.00) | | $ (138,202.14) |
| 7/15/13 | | | $ (6,500.00) | | $ (144,702.14) |
| 7/9/13 | | | 10,912.34 | | $ (133,789.80) |
| 7/18/13 | | | $ (10,000.00) | | $ (143,789.80) |
| 7/25/13 | | | $ (10,000.00) | | $ (153,789.80) |
| 7/31/13 | | | $ (10,000.00) | | $ (163,789.80) |
| 8/1/13 | | | $ (7,500.00) | | $ (171,289.80) |
| 8/1/13 | | | $ (16,500.00) | | $ (187,789.80) |
| 8/14/13 | | | $ (10,000.00) | | $ (197,789.80) |
| 8/19/13 | | | $ (10,000.00) | | $ (207,789.80) |
| 8/29/13 | | | $ (10,000.00) | | $ (217,789.80) |
| 9/3/13 | | | $ (10,000.00) | | $ (227,789.80) |
| 9/27/13 | | | $ (9,000.00) | | $ (236,789.80) |
| 9/27/13 | 1032 | Cal to SBM | | $ 375,000.00 | 138,210.20 |
| 9/27/13 | 1033 | Cal to SBM | | $ 25,000.00 | 163,210.20 |
| 10/1/13 | | | $ (10,000.00) | | 153,210.20 |
| 10/2/13 | | | $ (12,000.00) | | 141,210.20 |
| 10/2/13 | | | $ (3,806.25) | | 137,403.95 |
| 10/10/13 | | | $ (10,000.00) | | 127,403.95 |
| 10/22/13 | | | $ (10,000.00) | | 117,403.95 |
| 10/29/13 | | | $ (10,000.00) | | 107,403.95 |
| 11/7/13 | | | $ (15,000.00) | | 92,403.95 |
| 11/8/13 | | | $ (10,000.00) | | 82,403.95 |
| 11/21/13 | | | $ (15,000.00) | | 67,403.95 |
| 11/29/13 | | | $ (10,000.00) | | 57,403.95 |
| 11/7/13 | 1078 | Cal to SBM | | $ 200,000.00 | 257,403.95 |
| 11/7/13 | 1079 | Cal to SBM | | $ 50,000.00 | 307,403.95 |
| 11/1/13 | 1080 | Cal to SBM | | $ 125,000.00 | 432,403.95 |
| 12/1/13 | | SBM | $ (55,000.00) | | 377,403.95 |
| 12/6/13 | | | $ (10,000.00) | | 367,403.95 |
| 12/6/13 | | | $ (5,000.00) | | 362,403.95 |
| 1/1/14 | | December Interest | $ (7,500.00) | | 354,903.95 |
| 1/21/14 | SBM | December Int PMT to BA | $ (7,500.00) | | 347,403.95 |
| 1/21/14 | ZEN | Payment To WF | $ (20,000.00) | | 327,403.95 |
| 1/27-1/28/14 | | Payment To WF | $ (150,000.00) | | 177,403.95 |
| 1/31/14 | | Jan Interest | $ (7,500.00) | | 169,903.95 |
| 2/18/14 | | | $ (6,750.00) | | 163,153.95 |
| 1/27/14 | | | $ (25,000.00) | | 138,153.95 |
| 2/21/14 | | Payment To WF | $ (25,000.00) | | 113,153.95 |
| 2/21/14 | | Jan Int | $ (7,500.00) | | 105,653.95 |

EXHIBIT 4

| Date | | Description | Amount | | Credit | | Balance | |
|---|---|---|---|---|---|---|---|---|
| 3/31/14 | | Feb Int | $ | (5,500.00) | | | $ | 100,153.95 |
| 4/8/14 | | Mar Int | $ | (5,500.00) | | | $ | 94,653.95 |
| 4/10/14 | | SBM | $ | (55,000.00) | | | $ | 39,653.95 |
| 4/10/14 | | SBM | $ | (15,000.00) | | | $ | 24,653.95 |
| 4/17/14 | ACH | SBM PMT | $ | (150,000.00) | | | $ | (125,346.05) |
| 4/17/14 | ACH | ZEN PMT | $ | (15,000.00) | | | $ | (140,346.05) |
| 4/18/14 | ACH | SBM PMT | $ | (55,000.00) | | | $ | (195,346.05) |
| 4/15/14 | | SBM | $ | (30,000.00) | | | $ | (225,346.05) |
| 4/28/14 | | | $ | (10,000.00) | | | $ | (235,346.05) |
| 5/21/14 | | Apr Interest | $ | (2,940.00) | | | $ | (238,286.05) |
| 6/25/14 | | May Interest | $ | (2,940.00) | | | $ | (241,226.05) |
| 7/1/14 | | Princpal Payment | $ | (4,000.00) | | | $ | (245,226.05) |
| 7/1/14 | | June Interest | $ | (2,940.00) | | | $ | (248,166.05) |
| 8/21/14 | | July Interest | $ | (2,940.00) | | | $ | (251,106.05) |
| 8/31/14 | | August Interest | $ | (2,900.00) | | | $ | (254,006.05) |
| 9/18/14 | 1081 | Cal to SBM | | | $ | 50,000.00 | $ | (204,006.05) |
| 9/19/14 | | | | | $ | 50,000.00 | $ | (154,006.05) |
| 9/19/14 | | | | | $ | 20,000.00 | $ | (134,006.05) |
| 9/23/14 | | August Interest | $ | (2,940.00) | | | $ | (136,946.05) |
| 9/23/14 | | | | | $ | 130,000.00 | $ | (6,946.05) |
| 9/30/14 | | Sep Interest | $ | (2,900.00) | | | $ | (9,846.05) |
| 10/17/14 | | SBM Loan Ret | $ | (15,000.00) | | | $ | (24,846.05) |
| 10/20/14 | | SBM Loan Ret | $ | (20,000.00) | | | $ | (44,846.05) |
| 10/22/14 | | SBM Loan Ret | $ | (15,000.00) | | | $ | (59,846.05) |
| 10/31/14 | | October Interest | $ | (2,250.00) | | | $ | (62,096.05) |
| 11/26/14 | | | | | $ | 39,000.00 | $ | (23,096.05) |
| 11/30/14 | | Nov Interest | $ | (2,250.00) | | | $ | (25,346.05) |
| 12/3/14 | | AMD Loan Return | $ | (35,000.00) | | | $ | (60,346.05) |
| 12/3/14 | | Heritage Loan Return | $ | (20,000.00) | | | $ | (80,346.05) |
| 12/4/14 | | Zen Loan Return to BA | $ | (10,000.00) | | | $ | (90,346.05) |
| 12/4/14 | | Insight Loan Return | $ | (20,000.00) | | | $ | (110,346.05) |
| 12/4/14 | | DMA Loan Return | $ | (15,000.00) | | | $ | (125,346.05) |
| 12/5/14 | | Sep - Nov Interest | $ | (7,400.00) | | | $ | (132,746.05) |
| 12/31/14 | | Dec Interest | $ | (1,250.00) | | | $ | (133,996.05) |
| 1/12/15 | | | $ | (2,500.00) | | | $ | (136,496.05) |
| 1/21/15 | | Dec Interest | $ | (1,250.00) | | | $ | (137,746.05) |
| 1/31/15 | | Jan Interest | $ | (1,250.00) | | | $ | (138,996.05) |
| 2/25/15 | | Jan Interest | $ | (1,250.00) | | | $ | (140,246.05) |
| 2/27/15 | | Feb Int | $ | (1,250.00) | | | $ | (141,496.05) |
| 3/4/15 | | Princpal Payment | $ | (125,000.00) | | | $ | (266,496.05) |
| 3/5/15 | | Feb Int | $ | (1,250.00) | | | $ | (267,746.05) |
| 4/3/15 | | | $ | (35,000.00) | | | $ | (302,746.05) |
| 4/3/15 | | | $ | (15,000.00) | | | $ | (317,746.05) |
| | | | ($1,929,629.05) | | $ | 1,611,883.00 | Difference ($317,746.05) | |





# Expanded Business Services® Package

Account number: **9972875422**  ■  May 1, 2015 - May 31, 2015  ■  Page 1 of 4



ZEN MOBILE MEDIA INC
18375 VENTURA BLVD # 660
TARZANA CA 91356-4218

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $16,601.98 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 10,913.04 |
| **Ending balance on 5/31** | **$5,688.94** |
| Average ledger balance this period | $13,023.67 |

Account number:

**ZEN MOBILE MEDIA INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Redacted



EXHIBIT
7

(114) Ins #3
Sheet Seq = 0188286
Sheet 00001 of 00002

Account number:   ■ May 1, 2015 - May 31, 2015   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Recurring Payment authorized on 04/30 J2 *Metrofax 888-929-4141 CA _____ Card 9225 | | 46.80 | 16,555.18 |
| 5/4 | | Recurring Payment authorized on 05/02 Intuit *Qb Online 800-286-6800 CA )Card 9225 | | 29.99 | 16,525.19 |
| 5/6 | | American Express ACH Pmt        ¹Igor Latsanovski | | 1,100.00 | 15,425.19 |
| 5/8 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | 15,412.19 |
| 5/20 | 7122 | Check | | 5,145.00 | 10,267.19 |
| 5/26 | | Purchase authorized on 05/23 Dickens Box Sherman Oaks CA ____ Card 9225 | | 51.00 | 10,216.19 |
| 5/28 | 7123 | Check | | 4,157.25 | 6,058.94 |
| 5/29 | | American Express ACH Pmt t_____ Igor Latsanovski | | 350.00 | |
| 5/29 | | Monthly Service Fee | | 20.00 | 5,688.94 |
| **Ending balance on 5/31** | | | | | **5,688.94** |
| **Totals** | | | **$0.00** | **$10,913.04** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 7122 | 5/20 | 5,145.00 | 7123 | 5/28 | 4,157.25 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2015 - 05/31/2015 | Standard monthly service fee $20.00 | You paid $20.00 |
|---|---|---|
| **How to avoid the monthly service fee** *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $20,000.00 | $13,024.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $20,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even  t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
wuwu

Account number:                ◢ May 1, 2015 - May 31, 2015  ◼ Page 3 of 4



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 4 | 300 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.

Redacted

# Form W-4 (2011)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2011 expires February 16, 2012. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using

Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

---

**Personal Allowances Worksheet** (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . . . . . | A **1** |
| B | Enter "1" if: { • You are single and have only one job; or<br>• You are married, have only one job, and your spouse does not work; or<br>• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B **1** |
| C | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . | C **0** |
| D | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . | D **2** |
| E | Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) | E **0** |
| F | Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit . | F **0** |
| | (**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. | |
| | • If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children. | |
| | • If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children . . . . . . . . . . . . . . . . | G **0** |
| H | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ H | H **4** |

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - -

---

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2011**

| 1 Type or print your first name and middle initial. **IGOR**   Last name **LATSANOVSKI** | 2 Your social security number |
|---|---|

| Home address (number and street or rural route) | 3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| City or town, state, and ZIP code **CALABASAS, CA 91302** | Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
| | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐ |

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | **4** |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . | 6 | $ **0.00** |
| 7 | I claim exemption from withholding for 2011, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . ▶ 7 | **N/A** | |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ *(signature)*   Date ▶ 11 . . . . . . .

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) **Bunzai Media Group Inc** | 9 Office code (optional) | 10 Employer identification number (EIN) **27-1642514** |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2011)

*#10/HR*   *(handwritten notes)*

EXHIBIT B

**Redacted**

## EMPLOYEE CONTACT/ EMERGENCY CONTACT INFORMATION FORM

Name: IGOR LATSANOVSKI

Home Address: _____ , CALABASAS, CA 91302

Home Phone: _____   Cell Phone: _____

Email Address: _____ > @ GMAIL . COM

**Primary Emergency Contact**

Name: Misha Latsanovski

Relationship to Contact: Son

Home Phone _____   Cell Phone: _____

**Secondary Emergency Contact**

Name: Tatiana Stamburg

Relationship to Contact: Mother

Home Phone _____   Cell Phone: _____

**Alternate Emergency Contact**

Name: _____

Relationship to Contact: _____

Home Phone _____   Cell Phone: _____

**Other Information**

Birthday: 7/14/

Allergies (Food, Prescriptions, Etc.): None

I have voluntarily provided the above contact information and authorize Bunzai Media Group and its representatives to contact any of the above on my behalf in the event of an emergency.

Employee Signature: _____   Date: 11 / 3 / 2011

### Bunzai

7900 Gloria Ave, Van Nuys, CA 91406 Phone: 818.200.1035 Fax: 818.647.0182
www.BunzaiMedia.com

Last Updated 5/2011

12-2



**EDD** Employment Development Department
State of California

**Redacted**

This form can be used to manually compute your withholding allowances, or you can electronically compute them at www.taxes.ca.gov/de4.pdf

## EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

Type or Print Your Full Name
IGOR LATSANOVSKI

Home Address (Number and Street or Rural Route)

City, State, and ZIP Code
CALABASAS, CA  91302

Your Social Security Number

Filing Status Withholding Allowances
- [ ] SINGLE or MARRIED (with two or more incomes)
- [X] MARRIED (one income)
- [ ] HEAD OF HOUSEHOLD

1. Number of allowances for Regular Withholding Allowances, Worksheet A     4

   Number of allowances from the Estimated Deductions, Worksheet B     0
   Total Number of Allowances (A + B) when using the California
   Withholding Schedules for 2011          4

   OR

2. Additional amount of State income tax to be withheld each pay period (if employer agrees), Worksheet C     0

   OR

3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act.          (Check box here) [ ]

*Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.*

Signature                                                    Date 11/3/2011

Employer's Name and Address
Burati Pasta Group
16161 Ventura Blvd #376, Encino CA 91436

California Employer Account Number

- - - - - - - - - - - - - - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - - - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

## YOUR CALIFORNIA PERSONAL INCOME TAX MAY BE UNDERWITHHELD IF YOU DO NOT FILE THIS DE 4 FORM

*IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.*

**PURPOSE:** This certificate, DE 4, is for California personal income tax withholding purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California personal income tax withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state personal income tax withholding tables. If you rely on the number

of withholding allowances you claim on your Form W-4 withholding allowance certificate for your state income tax withholding, you may be significantly underwithheld. This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For State withholding, use the worksheets on this form, and for federal withholding use the Internal Revenue Service (IRS) Publication 919 or federal withholding calculations.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption automatically expires on February 15 of the next year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted before February 15. If you are not having federal income tax withheld this year but expect to have a tax liability next year, the law requires you to give your employer a new Form W-4 by December 1.

12-3

**Redacted**

▲ Click above to insert your company logo.

Bunzai Media Group

---

**(Termination Notice Pursuant to Provisions of Section 1089 of the California Unemployment Insurance Code)**

_Igor Latsanowski_
Name                                                        SSN

Your employment status has changed for the reason checked below. If you apply for Unemployment Insurance benefits, give a copy of this form to the Employment Development Department (EDD).

☑ Voluntary quit effective   _2/21/22_
                              Date

☐ Layoff effective   _____
                     Date

☐ Leave of absence effective  _____, with a return to work date of  _____
                              Date                                            Date

☐ Demotion - decrease in work hours and/or wages, effective  _____
                                                             Date

☐ Discharge effective  _____
                       Date

☐ Refusal to accept available work effective  _____
                                              Date

☐ Change in status from employee to independent contractor, effective  _____
                                                                       Date

Comments:

_Igor went back to school full time, will not_
_be coming back. No final paycheck, did not work_
_for a cuple of weeks._

_Bunzai Media Grup Inc_
Company

_9100 Glaria Ave._
Address

_Van Nuys      CA    91406_
City          State  Zip Code

Phone Number

_2/22/12_
Date

Supervisor Signature

---

**Notice Acknowledgment**

I received a copy of this notice on  _____        _____
                                     Date                  Signature

CalChamber                                          © CalChamber    Page 1 of 1

                                                                    v090508

                                                                    12-4

## EXIT INTERVIEW

Employee Name __Igor Latranowski__     Termination Date __2/21/22__

Job Title __N/A__     Eligible for Rehire [✓] Yes   [ ] No

Notice Given?   Yes / (No)     Date of Notice __2/21/22__

### Reason for Termination

| Voluntary | Involuntary |
|---|---|
| [ ] Another Position | [ ] Attendance |
| [ ] Personal Reasons | [ ] Violation of Company Policy |
| [ ] Relocation | [ ] Lay Off |
| [ ] Retirement | [ ] Reorganization |
| [✓] Return to School | [ ] Position Eliminated |
| [ ] Other _____ | [ ] Other _____ |

Final Wage Payment Made on __0__     Given in Person? Yes / No __0__

To be Mailed to (within 72 hours of termination):

Name _____
Street _____ City & State _____ Zip _____

Interviewer Comments: Igor went back to school a few weeks ago, notified us yesterday that he will not be returning to work. Did not pay him for a couple of weeks now. No final paycheck.

Employee's Signature _____     Date _____

Interviewer's Signature _____     Date __2/21/22__

5/2011

12-5

041

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Redacted**

OMB No. 1615-0047; Expires 08/31/12
**Form I-9, Employment Eligibility Verification**

Read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification** *(To be completed and signed by employee at the time employment begins.)*

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| LATSANOVSKI | IGOR | | |

| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
|---|---|---|---|
| | | | 7/14/ |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| CALABASAS, | CA | 91302 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen of the United States
- [ ] A noncitizen national of the United States (see instructions)
- [ ] A lawful permanent resident (Alien #) _____
- [ ] An alien authorized to work (Alien # or Admission #) _____ until (expiration date, if applicable - month/day/year) _____

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 11/3/2011 |

**Preparer and/or Translator Certification** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification** *(To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number, and expiration date, if any, of the document(s).)*

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | Visa | | Driver License | | |
| Issuing authority: | USA | | California DMV | | |
| Document #: | | | | | |
| Expiration Date (if any): | | | 7/14/16 | | |
| Document #: | | | | | |
| Expiration Date (if any): | 1/11/16 | | | | |

**EXHIBIT 9**

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 11/6/11 and that to the best of my knowledge the employee is authorized to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Leor Arazi | HR Director |

| Business or Organization Name and Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| Kenzai Medica Group, Inc. 7900 Gloria Ave. Van Nuys 91406 | 11/6/11 |

**Section 3. Updating and Reverification** *(To be completed and signed by employer.)*

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment authorization.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|
| | | |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

042

Redacted



043

14.2

Redacted



143



**BunZai**
MEDIA GROUP INC

September 9, 2011

To whom it may concern,

Mr. Igor Latsanovski holds the position of Chief Financial Officer of BunZai Media Group, and currently earns a salary of $15,000 per month as compensation for his services. Mr. Latsanovski has held this key position at BunZai Media Group since February 2011.

If I can be of further assistance, please feel free to contact me.

Thank you,

Khristopher Bond
COO
BunZai Media Group
Mobile:
Email: Khristopher@bunzaimedia.com

16161 Ventura Blvd #378 Encino, CA 91436
P: 818.200.1035   F: 818.647.0182
www.bunzaimedia.com

REDACTED

**EXHIBIT**
11

3422301

ENDORSED - FILED
in the office of the Secretary of State
of the State of California

NOV 0 3 2011

## ARTICLES OF INCORPORATION

### OF

### ZEN MOBILE MEDIA, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### ZEN MOBILE MEDIA, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Igor Latsanovski,                                                  )3.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 3rd day of November, 2011.

_____
IGOR LATSANOVSKI, INCORPORATOR

Redacted

EXHIBIT
12