JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **DECLARATION OF JASON MITCHELL LITTLE** |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; | |

- 1 -
DECLARATION OF JASON MITCHELL LITTLE

I, J. Mitchell Little, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1. I am over the age of 18 years, have never been convicted of a crime involving moral turpitude, and am otherwise competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am an attorney licensed to practice law in Texas since 2004 and am also a partner with the law firm of Scheef & Stone, LLP. Charlene Koonce at Scheef and Stone, LLP was appointed Temporary Receiver by the Court in the above-styled case on June 16, 2015. I am one of the team of attorneys representing the Temporary Receiver.

3. I accompanied the Temporary Receiver during the initial access to the Defendants' business premises at 2925 Canby, Suite 105, Reseda, California 91335. Our access began at 10:46 a.m. on June 18, 2015. During the course of the initial access, I had an opportunity to review a large volume of documents on-site. Some of these documents were stored electronically, and some were maintained as hard copies. I made copies of certain electronic documents, and I had occasion to photograph or scan, or supervise the photographing or scanning of documents. **Attachments A through G** are true and correct copies of documents recovered by the Receiver on the premises either physically or electronically during the initial access, which I obtained by the above-described means.

Executed this 16th day of July 2015.

                                          */s/J. Mitchell Little*
                                          J. Mitchell Little

3422301

ENDORSED - FILED
In the office of the Secretary of State
of the State of California
NOV 0 3 2011

# ARTICLES OF INCORPORATION

## OF

## ZEN MOBILE MEDIA, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

### I

The name of the corporation is

## ZEN MOBILE MEDIA, INC.

### II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### III

The name and address in this State of the corporation's initial agent for service of process is Igor Latsanovski, 4335 Dickens Street, # 167, Sherman Oaks, CA 91403.

### IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

### V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 3rd day of November, 2011.

_____
IGOR LATSANOVSKI, INCORPORATOR

Attachment A

Attachment A

I hereby certify that the foregoing transcript of _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

NOV 0 4 2011

Date: _____

DEBRA BOWEN, Secretary of State

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 08/31/12
**Form I-9, Employment Eligibility Verification**

Read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification** *(To be completed and signed by employee at the time employment begins.)*

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| LATSANOVSKI | IGOR | | |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| | | |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| CALABASAS | CA | | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen of the United States
- [ ] A noncitizen national of the United States (see instructions)
- [ ] A lawful permanent resident (Alien #) _____
- [ ] An alien authorized to work (Alien # or Admission #) _____
  until (expiration date, if applicable - month/day/year) _____

Employee's Signature _____  Date (month/day/year) 11/3/2011

**Preparer and/or Translator Certification** *(To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.*

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification** *(To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number, and expiration date, if any, of the document(s).)*

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | Visa | | Driver License | | |
| Issuing authority: | USA | | California DMV | | |
| Document #: | | | | | |
| Expiration Date (if any): | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | | | | | |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 11/6/11 and that to the best of my knowledge the employee is authorized to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| | Leu Avazi | HR Director |

| Business or Organization Name and Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| Bonzai Media Group Inc. 7900 Gloria Ave Van Nuys 91406 | 11/16/11 |

**Section 3. Updating and Reverification** *(To be completed and signed by employer.)*

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment authorization.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|
| | | |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

Form I-9 (Rev. 08/07/09) Y Page 4

Attachment B





Attachment B



Attachment B

# Form W-4 (2011)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2011 expires February 16, 2012. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . | A |
| B | Enter "1" if: { • You are single and have only one job; or • You are married, have only one job, and your spouse does not work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | B |
| C | Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . | C  0 |
| D | Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . | D |
| E | Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . | E  0 |
| F | Enter "1" if you have at least $1,900 of child or dependent care expenses for which you plan to claim a credit . . | F  0 |
| | (Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| G | Child Tax Credit (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. • If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children. • If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children . . . . . . . . . . . . . | G  2 |
| H | Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ H | |

**For accuracy, complete all worksheets that apply.**
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------

## Form W-4 — Employee's Withholding Allowance Certificate

Department of the Treasury
Internal Revenue Service

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2011**

| 1 Type or print your first name and middle initial. | Last name | 2 Your social security number |
|---|---|---|
| IGOR | LATSANOVSKI | |

Home address (number and street or rural route)

3 ☐ Single  ☒ Married  ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code
CALABASAS, CA 91302

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

| 5 | Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . | 6 | $ 0.00 |
| 7 | I claim exemption from withholding for 2011, and I certify that I meet **both** of the following conditions for exemption. • Last year I had a right to a refund of **all** federal income tax withheld because I had no tax liability **and** • This year I expect a refund of **all** federal income tax withheld because I expect to have no tax liability. If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ | 7 | N/A |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶  [signature]    Date ▶ 11/3/2011

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| Bunzai Media Group, Inc | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.  Cat. No. 102200  Form W-4 (2011)

Attachment C / 200

# EMPLOYEE CONTACT/ EMERGENCY CONTACT INFORMATION FORM

Name: IGOR LATSANOVSKI

Home Address:

Home Phone: _____   Cell Phone: _____

Email Address:

**Primary Emergency Contact**

Name: Misha Latsanovski

Relationship to Contact: Son

Home Phone _____   Cell Phone: _____

**Secondary Emergency Contact**

Name: Tahanu Jtamburg

Relationship to Contact: Mother

Home Phone _____   Cell Phone: _____

**Alternate Emergency Contact**

Name: _____

Relationship to Contact: _____

Home Phone _____   Cell Phone: _____

**Other Information**

Birthday: _____

Allergies (Food, Prescriptions, Etc.): None

I have voluntarily provided the above contact information and authorize Bunzai Media Group and its representatives to contact any of the above on my behalf in the event of an emergency.

Employee Signature: _____   Date: 11 / 3 / 2011



7900 Gloria Ave, Van Nuys, CA 91406 Phone: 818.200.1035 Fax: 818.647.0182
www.BunzaiMedia.com

Last Updated 5/2011

Attachment C



Employment Development Department
State of California

This form can be used to manually compute your withholding allowances, or you can electronically compute them at www.taxes.ca.gov/de4.pdf

## EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

Type or Print Your Full Name: **IGOR LATSANOVSKI**

Your Social Security Number: ___

Home Address (Number and Street or Rural Route): ___

Filing Status Withholding Allowances
- ☐ SINGLE or MARRIED (with two or more incomes)
- ☒ MARRIED (one income)
- ☐ HEAD OF HOUSEHOLD

City, State, and ZIP Code: **CALABASAS, CA 91302**

1. Number of allowances for Regular Withholding Allowances, Worksheet A
   Number of allowances from the Estimated Deductions, Worksheet B
   Total Number of Allowances (A + B) when using the California Withholding Schedules for 2011       0
   OR
2. Additional amount of State income tax to be withheld each pay period (if employer agrees), Worksheet C       0
   OR
3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act.       (Check box here) ☐

Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.

Signature: [signed]       Date: **11/3/2011**

Employer's Name and Address:
**Bunzai Media Group**
**16161 Ventura Blvd #378, Encino CA 91436**

California Employer Account Number: ___

- - - - - - - - - - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

**YOUR CALIFORNIA PERSONAL INCOME TAX MAY BE UNDERWITHHELD IF YOU DO NOT FILE THIS DE 4 FORM**

*IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.*

**PURPOSE:** This certificate, DE 4, is for **California** personal income tax withholding purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California personal income tax withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

**THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.**

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state personal income tax withholding tables. **If you rely on the number** of withholding allowances you claim on your Form W-4 withholding allowance certificate for your state income tax withholding, you may be significantly underwithheld. This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the State income tax withheld with your estimated total annual tax. For State withholding, use the worksheets on this form, and for federal withholding use the Internal Revenue Service (IRS) Publication 919 or federal withholding calculations.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption automatically expires on February 15 of the next year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted before February 15. If you are not having federal income tax withheld this year but expect to have a tax liability next year, the law requires you to give your employer a new form W-4 by December 1.

DE 4 Rev. 39 (4-11) (INTERNET)       Page 1 of 4       CU

## Attachment C

▲ Click above to insert your company logo

# Bunzai Media Group

(Termination Notice Pursuant to Provisions of Section 1089 of the California Unemployment Insurance Code)

Name: _Igor Latsanovski_

SSN: _____

Your employment status has changed for the reason checked below. If you apply for Unemployment Insurance benefits, give a copy of this form to the Employment Development Department (EDD).

[X] Voluntary quit effective  _2/21/22_  Date

[ ] Layoff effective  _____ Date

[ ] Leave of absence effective _____ Date, with a return to work date of _____ Date

[ ] Demotion - decrease in work hours and/or wages, effective _____ Date

[ ] Discharge effective _____ Date

[ ] Refusal to accept available work effective _____ Date

[ ] Change in status from employee to independent contractor, effective _____ Date

Comments: _Igor went back to school full time, will not be coming back. No final paycheck, did not work for a cuple of weeks._

Company: _Bunzai Media Group. Inc_
Phone Number: _818-200-1025_

Address: _7700 Gloria Ave._
Date: _2/22/12_

City: _Van Nuys_   State: _CA_   Zip Code: _91406_
Supervisor's Signature: _/s/_

--------------------------------------------------

**Notice Acknowledgment**

I received a copy of this notice on _____ Date   Signature _____

✕ CalChamber                                                      © CalChamber   Page 1 of 1
                                                                                 v000808

Attachment C

# EXIT INTERVIEW

Employee Name: Igor Latsanovski  
Job Title: N/A  
Notice Given? Yes / ~~No~~

Termination Date: 2/21/22  
Eligible for Rehire: [✓] Yes  [ ] No  
Date of Notice: 2/21/22

## Reason for Termination

**Voluntary**

- [ ] Another Position
- [ ] Personal Reasons
- [ ] Relocation
- [ ] Retirement
- [✓] Return to School
- [ ] Other _____

**Involuntary**

- [ ] Attendance
- [ ] Violation of Company Policy
- [ ] Lay Off
- [ ] Reorganization
- [ ] Position Eliminated
- [ ] Other _____

Final Wage Payment Made on: —

Given in Person? Yes / No — 

To be Mailed to (within 72 hours of termination):

Name _____  
Street _____  City & State _____  Zip _____

**Interviewer Comments:** Igor went back to school a few weeks ago, notified us yesterday that he will not be returning to work. Did not pay him for a couple of weeks now. No final paycheck.

Employee's Signature _____  Date _____

Interviewer's Signature [signed]  Date 2/21/22

5/2011

Attachment C

| | | 007127 |
|---|---|---|
| Zen Mobile Media Inc.<br>4355 Van Nuys Blvd #167<br>Sherman Oaks, CA 91403-3727 | Wells Fargo<br>16-24/1220 | |

Pay to the Order of _____ $ _____

_____ Dollars

For _____  [signature]

Zen Mobile Media Inc.                                007127

Zen Mobile Media Inc.                                007127

## Attachment D

80873

Check 6003:
- ZEN MOBILE MEDIA INC, 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403-3727
- DATE 7-2-12
- PAY TO THE ORDER OF: SEAN INNISS
- Amount: 3000.00
- Wells Fargo Bank, N.A.
- NOT NEGOTIABLE

Check 6004: (blank)
- ZEN MOBILE MEDIA INC

Check 6005: (blank)
- ZEN MOBILE MEDIA INC

Stub 6003: DATE 7/2/12, PAY TO: SEAN INNISS, DEPOSITS, TOTAL 3000, THIS CHECK 3000

Stub 6004: (blank)

Stub 6005: (blank)

Attachment E



Attachment F



**CASHIER'S CHECK**

Operator I.D.: cu009032   cu010045

March 23, 2011

PAY TO THE ORDER OF   \*\*\*BUNZAI MEDIA GROUP, INC.\*\*\*
\*\*\*RE: IGOR LATSANOVSKI \*\*\*

\*\*$195,000.00\*\*

\*\*\*One hundred ninety-five thousand dollars and no cents\*\*\*

WELLS FARGO BANK, N.A.
18801 VENTURA BLVD
TARZANA, CA 91356
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 195,000.00

AUTHORIZED SIGNATURE

---

**CASHIER'S CHECK**

0000912   cu010045
Office AU #   1210(8)
   11-24

Purchaser:   IGOR LATSANOVSKI
Purchaser Account:
Operator I.D.:

PAY TO THE ORDER OF   \*\*\*BUNZAI MEDIA GROUP, INC.\*\*\*
\*\*\*RE: IGOR LATSANOVSKI \*\*\*

\*\*$195,000.00\*\*

\*\*\*One hundred ninety-five thousand dollars and no cents\*\*\*

WELLS FARGO BANK, N.A.
18801 VENTURA BLVD
TARZANA, CA 91356
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER -- IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 195,000.00

NON-NEGOTIABLE

Purchaser Copy



Attachment G