Verbal Agreement          May 5th 2015

Sunset holding partners LLC currently restructuring ownership previously Cal energy that is 99% & Igor owning 1%. As today May 5th 2015 Igor owns 60% of shares & Cesar M. Feniche owns 40% of shares Igor is in charge of securing financing for Sunset if any monies is accrued from sources Sunset is responsible Cesar is responsible to get all properties that have a good investment potential all due diligence with future value etc. & conduct all operations architects, vendors, contractors etc. Cesar M. Feniche will act of CEO & do so sign all items that do with real estate on Igor's behalf. Igor will control all money from all Bank accounts. 100% all profits from each

project will be likely as operating expenses all other 90% will be split 60% for gov 40% besar.

The 10% will be split end of year if monies are available is true money. If we have balance the 1st project of next year will cover costs. I cesar am responsible to create official agreement reflecting this verbal written agreement.

Cesar M. Pina
5/5/15
lets make it happen

— Igor Latsanovski
— (Caenergy)
5/5/15
Good Luck us