# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER DENYING** *EX PARTE* **APPLICATION FOR PARTIAL RELIEF FROM THE TEMPORARY RESTRAINING ORDER** |

Having considered the Latsanovski Defendants' *Ex Parte* Application for Partial Relief from the Temporary Restraining Order, the FTC's response, the Receiver's response, and all other papers and arguments submitted, and finding good cause, the Application is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable George Wu
Judge, United States District Court

1
(PROPOSED) ORDER DENYING *EX PARTE* APPLICATION FOR PARTIAL
RELIEF FROM THE TEMPORARY RESTRAINING ORDER