# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission

Plaintiff(s)

v.

Bunzai Media Group, Inc., et al.

Defendant(s).

CASE NUMBER: 2:15-cv-04527-GW (PLAx)

**ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

<u>Doron Nottea and Motti Nottea</u>     ☐ Plaintiff   ☒ **Defendant**   ☐ Other
*Name of Party*

to substitute   <u>David P. Beitchman; Beitchman & Zekian</u>   who is

☒ **Retained Counsel**     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

<u>16130 Ventura Blvd., Ste. 570</u>
*Street Address*

<u>Encino, CA 91436</u>                           <u>dbeitchman@bzlegal.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(818) 986-9100</u>         <u>(818) 986-9119</u>         <u>198953</u>
*Telephone Number*        *Fax Number*           *State Bar Number*

as attorney of record instead of   <u>James W. Spertus and Ezra D. Landes</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby     X GRANTED ☐ DENIED**

Dated   <u>July 16, 2015</u>

*U. S. District Judge/U.S. Magistrate Judge*

G-01 ORDER (12/14)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**