UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | July 20, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS:**    **(IN CHAMBERS): COURT ORDER**

    The Court has read and considered Defendant/Applicants Igor Latsanovski and Calenergy, Inc.'s Ex Parte Application for Partial Relief from Temporary Restraining Order (Docket No. 90) and Plaintiff FTC's Response (Docket No. 93) and rules as follows.

    With the possible exception of some carve-out for living expenses, the Court would deny the application. The matter is currently set for a preliminary injunction hearing on August 6, 2015, a date that the applicants stipulated to as a continuance from the original June 30 hearing date; so the need for/propriety of this ex parte proceeding is questionable to begin with. The FTC's and Receiver's responses to the application adequately demonstrate a basis for denying at least the vast bulk of what the application requests. The FTC is willing to allow for a living-expenses carve-out, but argues that the expenses in question are extravagant, and that any funds used should come from assets acquired after the asset freeze went into effect and that are traceable to a legitimate job. To do otherwise would be to continue to cause the consuming public to fund the defendants' lives with ill-gotten gains, the FTC argues. The Court therefore orders the applicants and Plaintiff/Receiver to meet-and-confer with respect to whether an agreed upon amount of living expenses and/or the designation of non-tainted income can be agreed upon. If the parties can agree, they shall submit a stipulation by July 22. If they cannot agree, they must file a joint status report of no more than 5 pages containing the positions of each side; and the Court will hear the matter on July 23, 2015 at 8:30 a.m.; the parties can appear telephonically if they so desire by advance arrangement with the Court Clerk.

|  | : |
|---|---|
| Initials of Preparer | JG |