1  JONATHAN E. NUECHTERLEIN
   General Counsel
2
3  DAMA J. BROWN
   Regional Director
4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)
9
   RAYMOND MCKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**NOTICE OF LODGING OF JOINT STATUS REPORT SUBMITTED TO OPPOSING COUNSEL WITH FTC'S UNALTERED POSITION** |

**NOTICE OF LODGING OF FTC'S**
**SECTION OF JOINT STATUS REPORT**

Page | 1

Opposing counsel substantively altered the FTC's argument section by deleting footnotes from the FTC's argument section in the version of the joint status report provided to the Court. On July 22, the FTC provided Opposing Counsel Annah Kim a version of her joint report that contained the FTC's position and argument section.[1]  The FTC seeks to provide the Court the FTC's position unaltered position as it was intended to be filed with the Court.

Opposing Counsel did not ask permission or otherwise notify the FTC that she would be making substantive changes to the FTC's argument. Opposing Counsel asked the FTC to shorten its argument section, despite the section being only one sentence over two pages.[2] Opposing counsel then notified the FTC that she was able to fit the section with formatting changes.[3] Although Opposing Counsel stated that she would change her section, these changes would constitute "nothing that will affect the FTC or Receiver's position."[4]

Opposing Counsel, after receiving the FTC's position, attempted to respond to the FTC's arguments and may have deleted the FTC's footnotes to make room for doing so. In any case, the FTC Southwest Region has never before

---

[1] *See* Att. A.

[2] *See* Att. B.

[3] *See* Att. C.

[4] *See* Att. D.

NOTICE OF LODGING OF FTC'S
SECTION OF JOINT STATUS REPORT
Page | 2

1  encountered an Opposing Counsel who alters the substance of their position in a

2  joint filing and believes that doing so may be a breach of ethics.

3

4                                              Respectfully submitted,

5

6  Dated: 7/22/15                              /s/ REID TEPFER
                                                REID A. TEPFER
7                                               LUIS H. GALLEGOS
                                                Attorneys for the Plaintiff
8                                               Federal Trade Commission
                                                1999 Bryan Street, Suite 2150
9                                               Dallas, Texas 75201
                                                (214) 979-9395 (Tepfer)
10                                              (214) 979-9383 (Gallegos)
                                                (214) 953-3079 (facsimile)
11                                              rtepfer@ftc.gov
                                                lgallegos@ftc.gov
12

13

14

15

16

17

18

19

20

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

1  Marc S. Harris
   Scheper Kim & Harris, LLP
2  601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
3  mharris@scheperkim.com
   *Counsel for Igor Latsanovski and*
4  *CalEnergy, Inc*

5  Annah Kim
   Scheper Kim & Harris, LLP
6  601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
7  akim@scheperkim.com
   *Counsel for Igor Latsanovski and*
8  *CalEnergy, Inc*

9  Charlene Cantrell Koonce
   Receiver
10
   Charlene Koonce
11 Scheef & Stone
   500 N. Akard, Suite 2700
12 Dallas, Texas 75201
   charlene.koonce@solidcounsel.com
13 *Receiver*

14 Kelly M. Crawford
   Scheef and Stone
15 500 N. Akard, Suite 2700
   Dallas, Texas 75201
16 kelly.crawford@solidcounsel.com
   *Counsel to Receiver*

17

18                                              /S/ REID TEPFER
                                                 REID TEPFER
19

20