| | |
|---|---|
| From: | Annah Kim |
| To: | Charlene Koonce; Tepfer, Reid A. |
| Cc: | Marc S. Harris |
| Subject: | RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx)) |
| Date: | Wednesday, July 22, 2015 3:51:00 PM |
| Attachments: | image003.png |

Thanks, Charlene.  I was able to format Reid's edits and I will recirculate once more before filing.

Thanks.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025

T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Wednesday, July 22, 2015 1:49 PM
**To:** Tepfer, Reid A.; Annah Kim
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

My edits are included.



CHARLENE KOONCE
PARTNER

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215  (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

logo





**Important:**  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**  Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys.  If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Wednesday, July 22, 2015 3:35 PM
**To:** 'Annah Kim'; Charlene Koonce
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Annah,

I have attached the joint report with the FTC's additions.

Thank you,
Reid

Attachment C

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Wednesday, July 22, 2015 3:24 PM
**To:** Charlene Koonce; Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Charlene,

I only have one line of credit account for Wells Fargo - 

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Wednesday, July 22, 2015 1:14 PM
**To:** Annah Kim; Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Annah- can you give us the account # for the LOC?  I can check information provided to me by WF (although it may be out of date).



**CHARLENE KOONCE**
**PARTNER**

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215  (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

logo





**Important:**  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**  Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys.  If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Wednesday, July 22, 2015 3:12 PM
**To:** Charlene Koonce; Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Charlene and Reid,

I just spoke to Igor and he'll try to get a letter from WF today regarding the status of the line of credit, but probably not in time for the filing of the Joint Report.

Attachment C

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Wednesday, July 22, 2015 1:08 PM
**To:** Annah Kim; Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Annah and Reid – can you ID an account # for the WF LOC?  Is that just under Igor's name or listed under CalEnergy as well?



**CHARLENE KOONCE**
**PARTNER**

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215  (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

logo




**Important:**  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**  Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys.  If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Wednesday, July 22, 2015 2:57 PM
**To:** Charlene Koonce; Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Charlene and Reid,

It is my understanding that there is no money available under the line of credit.


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Wednesday, July 22, 2015 12:43 PM
**To:** Tepfer, Reid A.; Javier_Gonzalez@cacd.uscourts.gov
**Cc:** Marc S. Harris; Annah Kim
**Subject:** RE: Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Attachment C

Annah - is the line of credit secured by any other account or asset?

I may need to amend my contribution if the answer is yes.



**CHARLENE KOONCE**
**PARTNER**

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215  (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

logo





**Important:**  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**  Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys.  If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Wednesday, July 22, 2015 2:25 PM
**To:** Javier_Gonzalez@cacd.uscourts.gov
**Cc:** Marc S. Harris; Annah Kim; Charlene Koonce
**Subject:** Request to Appear Telephonically- FTC v. BunZai (Case No. 2:15-CV-4527-GW (PLAx))

Good afternoon Javier,

I would like to request to appear telephonically for tomorrow's hearing concerning the joint status report. Please let me know what number I would need to call in to participate in the hearing. Thank you for your assistance.

Respectfully,
Reid

Reid Tepfer
Attorney
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Direct: (214) 979-9395|Fax: (214) 953-3079
rtepfer@ftc.gov

Attachment C