| | |
|---|---|
| **From:** | Annah Kim |
| **To:** | Tepfer, Reid A.; Charlene Koonce |
| **Subject:** | FW: 2015 07 22 Joint Status Report DRAFT DNU |
| **Date:** | Wednesday, July 22, 2015 4:17:03 PM |
| **Attachments:** | 2015 07 22 Joint Status Report DRAFT DNU-FINAL.doc |

Here is the formatted version.

Please confirm that this will work for you both and that I can file on everyone's behalf.

The Defendants' position may be tweaked a little, but nothing that will affect the FTC or Receiver's position.

Thanks.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Pamela Tanigawa
**Sent:** Wednesday, July 22, 2015 2:08 PM
**To:** Annah Kim
**Cc:** Marc S. Harris
**Subject:** RE: 2015 07 22 Joint Status Report DRAFT DNU

Here you go - so you'll give me the greenlight to file?  Thanks.

---

**From:** Annah Kim
**Sent:** Wednesday, July 22, 2015 2:00 PM
**To:** Pamela Tanigawa
**Cc:** Marc S. Harris
**Subject:** 2015 07 22 Joint Status Report DRAFT DNU

Please fix the page numbering here.

We will need to get this to the court asap and should be ready to file by 3PM

Thanks.

**Attachment D**