UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | July 23, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | Marc S. Harris |
| Charlene C. Koonce - by telephone | |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer Defendants Latsanovski and Calenergy, Inc.'s Ex Parte Application. The parties advise the Court that the application was not resolved. Court will review the recent filings and will issue its ruling. However, the parties will continue to discuss and if possible, resolve the issue. Parties will notify the clerk by 2:00 p.m. if a resolution was reached.

Court approves the Stipulations for Preliminary Injunction as to Defendants Alon Nottea, Roi Reuveni and Oz Mizrahi filed on July 17 and July 20, 2015. Orders to issue.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |