**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF ANNAH S. KIM IN SUPPORT OF OPPOSITION OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC. TO PRELIMINARY INJUNCTION AND PERMANENT RECEIVER**<br><br>*[Opposition to Preliminary Injunction and Permanent Receiver; Declaration of Igor Latsanovski and [Proposed] Order Filed Concurrently]*<br><br>Date: August 6, 2015<br>Time: 8:30 a.m.<br>Judge:     Hon. George Wu |

DECLARATION OF ANNAH S. KIM

**DECLARATION OF ANNAH S. KIM**

I, Annah S. Kim, hereby state and declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate at Scheper Kim & Harris LLP ("SKH"), attorneys of record for defendants Igor Latsanovski and Calenergy, Inc. in the case of *Federal Trade Commission v. Bunzai Media Group, Inc., et al.*, Case No. CV15-4527-GW (PLAx). I submit this declaration in support of Defendants' Opposition to Preliminary Injunction and Permanent Receiver. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit K hereto are true and correct copies of pages from the deposition of Igor Latsanovski taken on July 2, 2015.

3. On July 24, 2015 at 1:22 pm, the Temporary Receiver sent my office additional documents. Attached hereto as Exhibit Q is a true and correct copy of the July 24, 2015 e-mail with exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2015, at Los Angeles, California.

       /s/ Annah S. Kim
ANNAH S. KIM

1
DECLARATION OF ANNAH S. KIM