Exhibit K

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,       )
                                )
            Plaintiff,          )
                                )
      vs.                       )    CASE NO. CV 15-4527-
                                )              GW(PLAx)
BUNZAI MEDIA GROUP, INC., a     )
California corporation, also    )
doing business as Aura Vie and  )
Miracle Face Kit; et al.,       )
                                )
            Defendants.         )
_____)

VIDEOTAPED

DEPOSITION OF IGOR LATSANOVSKI

Thursday, July 2, 2015

Los Angeles, California

REPORTED BY:  GAIL T. BERARDINO, C.S.R. NO. 4045

```
 1                    UNITED STATES DISTRICT COURT

 2                    CENTRAL DISTRICT OF CALIFORNIA

 3

 4    FEDERAL TRADE COMMISSION,      )
                                     )
 5                    Plaintiff,     )
                                     )
 6                    vs.            )   CASE NO. CV 15-4527-
                                     )           GW(PLAx)
 7    BUNZAI MEDIA GROUP, INC., a    )
      California corporation, also   )
 8    doing business as Aura Vie and)
      Miracle Face Kit; et al.,      )
 9                                   )
                      Defendants.    )
10    _____)

11

12

13            Videotaped deposition of IGOR LATSANOVSKI,

14       taken on behalf of the Receiver, at 5900 Wilshire

15       Boulevard, Suite 2250, Los Angeles, California

16       90036, commencing at the hour of 8:50 a.m.,

17       Thursday, July 2, 2015, before Gail T. Berardino,

18       CSR No. 4045, pursuant to Notice of Taking

19       Deposition.

20

21

22

23

24

25
```

2

**Kusar**®  *Keeping Your Word Is Our Business℠*

Exhibit K, Page 3

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 09:07:58 | 1 | Q   Can you think of any other companies that you |
| | 2 | were an officer of other than what you've listed for me |
| 09:08:01 | 3 | today? |
| | 4 | A   I don't remember. |
| 09:08:05 | 5 | Q   Okay.  Have you ever been associated with any |
| | 6 | entities, any business -- any businesses or companies |
| 09:08:14 | 7 | that sell a product called Aura Vie? |
| | 8 | A   Yes. |
| 09:08:17 | 9 | Q   And what companies or businesses are those? |
| | 10 | A   I give money to Bunzai Group. |
| 09:08:31 | 11 | Q   Did you ever work for Bunzai Group? |
| | 12 | A   Not. |
| 09:08:33 | 13 | Q   Were you ever an officer of Bunzai Group? |
| | 14 | A   No. |
| 09:08:43 | 15 | Q   Were you ever associated with any other |
| | 16 | companies that sold Aura Vie or any other skin care |
| 09:08:49 | 17 | products? |
| | 18 | A   What means "associate"?  Like, can you |
| 09:08:56 | 19 | explain me what means (sic) -- |
| | 20 | Q   Yeah, sure.  Were you ever associated in any |
| 09:09:02 | 21 | way with any other companies that sold Aura Vie? |
| | 22 | A   Yes. |
| 09:09:05 | 23 | Q   Okay.  What companies are those? |
| | 24 | A   Bunzai Group.  I give them money. |
| 09:09:10 | 25 | Q   Anyone else?  Any other companies that sold |

27

**Kusar** ® *Keeping Your Word Is Our Business*℠                    Exhibit K, Page 4

| | | |
|---|---|---|
| 09:09:13 | 1 | Aura Vie that you were associated with? |
| | 2 | A    Yes. |
| 09:09:15 | 3 | Q    What are those? |
| | 4 | A    Zen Mobile. |
| 09:09:25 | 5 | Q    Zen Mobile Media? |
| | 6 | A    Yes. |
| 09:09:28 | 7 | Q    And how were you associated with Zen Mobile |
| | 8 | Media? |
| 09:09:36 | 9 | A    Alon, who managed this business, asked me for |
| | 10 | open merchant account for use my name (sic).  I give |
| 09:09:46 | 11 | him "permitted." |
| | 12 | Q    Okay, I want to come back and touch on that |
| 09:09:52 | 13 | and make sure that I understand, okay? |
| | 14 | Alon Nottea asked you to open an account for |
| 09:09:58 | 15 | Zen Mobile Media? |
| | 16 | A    Yes. |
| 09:10:00 | 17 | Q    Okay.  And put your name or associate your |
| | 18 | name to it? |
| 09:10:02 | 19 | A    Yes. |
| | 20 | Q    Okay.  Why did you do that? |
| 09:10:12 | 21 | A    Because he "explained" me business grow up. |
| | 22 | And for grow up this business, like, I give this money |
| 09:10:22 | 23 | to this business "need" help, need additional merchant |
| | 24 | account, because each of merchant has limit, and I have |
| 09:10:30 | 25 | a good credit score. |

Kusar ®   Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 09:10:35 | 1 | He opened for his dad for everything.  For |
| | 2 | me, I didn't have, like, if he opened for his family. |
| 09:10:43 | 3 | I say, "Okay, if you need, do it."  I trust him.  If I |
| | 4 | trust you money (sic), I trust you open for grow up |
| 09:10:52 | 5 | your business. |
| | 6 | Q    Okay.  I'm going to -- I'm going to go back |
| 09:10:59 | 7 | and -- and sort through that just a little bit, okay? |
| | 8 | Alon Nottea asked you to open an account for |
| 09:11:06 | 9 | Zen Mobile Media, correct? |
| | 10 | A    Yes. |
| 09:11:08 | 11 | Q    And the reason that he asked you to open that |
| | 12 | account was because he needed more merchant accounts to |
| 09:11:13 | 13 | grow the business? |
| | 14 | A    He say, "For business purpose, need merchant |
| 09:11:18 | 15 | account." |
| | 16 | Q    Okay.  And did you help him create those |
| 09:11:23 | 17 | merchant accounts, too? |
| | 18 | A    No, I -- I just only sign paper when he ask |
| 09:11:29 | 19 | me.  That's it. |
| | 20 | Q    Did you do anything else for Zen Mobile Media |
| 09:11:43 | 21 | besides help -- hold on a second.  Let me finish my |
| | 22 | question. |
| 09:11:46 | 23 | Did you do anything else for Zen Mobile Media |
| | 24 | besides open an account for Zen Mobile Media?  Anything |
| 09:11:52 | 25 | at all? |

Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 09:11:54 | 1 | A    Not. |
| | 2 | Q    Did you ever assist Zen Mobile Media in |
| 09:12:04 | 3 | filing federal income tax returns? |
| | 4 | A    Not.  I give "permit" do it from my -- to |
| 09:12:17 | 5 | him. |
| | 6 | Q    Tell the court if you were ever the chief |
| 09:12:24 | 7 | financial officer of Bunzai. |
| | 8 | A    On the paper or physically? |
| 09:12:29 | 9 | Q    Either.  Were you ever the chief financial |
| | 10 | officer of Bunzai? |
| 09:12:37 | 11 | A    If on the paper I was it, legally, I -- I |
| | 12 | don't know. |
| 09:12:39 | 13 | Q    You don't know? |
| | 14 | A    (Shakes head from side to side.) |
| 09:12:48 | 15 | Q    Tell the court if you were ever an employee |
| | 16 | of Bunzai. |
| 09:12:51 | 17 | A    No. |
| | 18 | Q    Tell the court if you ever received a salary |
| 09:12:56 | 19 | from Bunzai. |
| | 20 | A    Not. |
| 09:13:08 | 21 | Q    Tell the court if you ever received a |
| | 22 | $15,000-a-month salary from Bunzai. |
| 09:13:13 | 23 | A    Not. |
| | 24 | Q    Tell the court if you incorporated or created |
| 09:13:22 | 25 | Zen Mobile Media. |

30

Kusar® _Keeping Your Word Is Our Business℠_                    Exhibit K, Page 7

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 09:13:24 | 1 | MR. HARRIS:  Objection, vague. |
| | 2 | BY MR. LITTLE: |
| 09:13:27 | 3 | Q    Did you create Zen Mobile Media? |
| | 4 | MR. HARRIS:  Objection, vague. |
| 09:13:30 | 5 | BY MR. LITTLE: |
| | 6 | Q    You can answer. |
| 09:13:36 | 7 | A    What means "create"? |
| | 8 | Q    Did you incorporate Zen Mobile Media? |
| 09:13:42 | 9 | Do you know what that means? |
| | 10 | A    If I sign some paper? |
| 09:13:45 | 11 | Q    Uh-huh. |
| | 12 | A    Yes. |
| 09:13:57 | 13 | Q    Have you ever owned any companies that |
| | 14 | received money from companies that sold Aura Vie? |
| 09:14:07 | 15 | A    Can you repeat the question, please. |
| | 16 | Q    Yes.  Have you ever owned a company that |
| 09:14:16 | 17 | received money from companies that sold Aura Vie? |
| | 18 | A    Except "of" Zen? |
| 09:14:21 | 19 | Q    I'm sorry, I don't understand your response. |
| | 20 | Let me ask -- let me ask it more specifically. |
| 09:14:25 | 21 | A    Yeah. |
| | 22 | Q    Tell the court what companies you're aware of |
| 09:14:30 | 23 | that sold Aura Vie. |
| | 24 | A    I don't manage this business. |
| 09:14:36 | 25 | Q    My question was different.  Can you tell the |

31

Exhibit K, Page 8

| 09:14:39 | 1 | court what companies you are aware of as you sit here |
| | 2 | today that sold Aura Vie. |
| 09:14:45 | 3 | A    No one. |
| | 4 | Q    Have you ever allowed a member of the Nottea |
| 09:14:54 | 5 | family to perform accounting for you personally? |
| | 6 | A    Can you repeat, please, slowly. |
| 09:15:01 | 7 | Q    Sure.  Have you -- do you know who the Nottea |
| | 8 | family is? |
| 09:15:04 | 9 | A    Yes. |
| | 10 | Q    Okay.  How do you say it?  Is it Nottea, |
| 09:15:09 | 11 | Nottea?  How do you say it? |
| | 12 | A    Alon family. |
| 09:15:13 | 13 | Q    Okay.  I understand that there are a few |
| | 14 | members of this family.  Alon Nottea, do you know that |
| 09:15:17 | 15 | man? |
| | 16 | A    Yes. |
| 09:15:20 | 17 | Q    Do you know Doron Nottea? |
| | 18 | A    Yes. |
| 09:15:22 | 19 | Q    Do you know Motti Nottea? |
| | 20 | A    Yes. |
| 09:15:25 | 21 | Q    Okay.  Tell the court how you came to know |
| | 22 | them. |
| 09:15:32 | 23 | A    I met them 2010. |
| | 24 | Q    How did you meet them? |
| 09:15:44 | 25 | A    Some guy recommend them, like, they -- "Alon |

Kusar®  Keeping Your Word Is Our Business℠

7/2/2015

Case 2:15-cv-04527-GW-PLA   Document 106-2   Filed 07/24/15   Page 10 of 46   Page ID
#:2197

Igor Latsanovski              Federal Trade Commission vs. Bunzai Media Group, Inc.              1090802

| | | |
|---|---|---|
| 09:22:32 | 1 | A    For me -- what means, I don't know.  For me, |
| | 2 | it's -- all these accounts which Alon manage it, for me |
| 09:22:41 | 3 | it was like Bunzai.  When they wire money for me, I |
| | 4 | "be" happy.  Doesn't matter from where. |
| 09:22:46 | 5 | Q    I see.  So it didn't matter to you where the |
| | 6 | money was coming from as long as it was coming back? |
| 09:22:49 | 7 | A    Yeah. |
| | 8 | Q    Okay.  Have you ever dissolved a business |
| 09:22:56 | 9 | entity that sold Aura Vie? |
| | 10 | A    Dissolved? |
| 09:23:00 | 11 | Q    Yes. |
| | 12 | A    What it -- what it means? |
| 09:23:03 | 13 | Q    Yeah. |
| | 14 | A    My English isn't perfect. |
| 09:23:06 | 15 | Q    Sure.  It means closed down. |
| | 16 | Have you ever closed down a company that sold |
| 09:23:09 | 17 | Aura Vie? |
| | 18 | A    Yes.  Alon said he closed Zen Media, yeah? |
| 09:23:18 | 19 | Q    "Yes"?  Did he ask you to sign anything to |
| | 20 | dissolve that company? |
| 09:23:29 | 21 | A    I give per- -- I don't remember exactly. |
| | 22 | Q    Have you ever pre-signed checks for Zen |
| 09:23:37 | 23 | Mobile Media and left them with the Nottea family? |
| | 24 | A    Yes. |
| 09:23:39 | 25 | Q    For what purpose? |

39

Kusar ®  Keeping Your Word Is Our Business℠              Exhibit K, Page 10

| | | |
|---|---|---|
| 09:23:48 | 1 | A    If they have my money, I sign checks which I |
| | 2 | don't -- which company with, I don't use it.  It's not |
| 09:23:56 | 3 | my business.  They ask me.  I come and sign checks, and |
| | 4 | that's it. |
| 09:24:00 | 5 | Q    Tell the court why you had -- why you left |
| | 6 | pre-signed personal checks with the Nottea family. |
| 09:24:12 | 7 | A    Because Doron, he good book- -- like good |
| | 8 | support guy, and he help me "for" pay something my |
| 09:24:21 | 9 | personal, like tickets, like -- like man- -- help from |
| | 10 | manage personal purpose (sic). |
| 09:24:26 | 11 | Q    Let me make sure I understand that. |
| | 12 |      Doron Nottea helped you manage your personal |
| 09:24:30 | 13 | finances; is that correct? |
| | 14 | A    Yeah, a little bit.  Some parts of it. |
| 09:24:35 | 15 | Q    What did you pay him to do that? |
| | 16 | A    Nothing. |
| 09:24:41 | 17 | Q    Did you pay him to manage Zen Mobile Media? |
| | 18 | A    No. |
| 09:24:46 | 19 | Q    Do you have any explanation for the court as |
| | 20 | to why Doron Nottea would help manage your personal |
| 09:24:52 | 21 | finances for free? |
| | 22 | A    For personal purpose.  He good guy.  For help |
| 09:24:55 | 23 | me. |
| | 24 | Q    He's a good guy? |
| 09:25:00 | 25 | A    Yeah, because I'm -- didn't have nobody in |

09:30:03   1    company you invested in sold?

           2        A    Yes.

09:30:08   3        Q    Okay.  How was it sold?

           4        A    Online.

09:30:15   5        Q    Do you know any more than that about how it

           6    was sold?

09:30:19   7        A    How I -- how I know?

           8        Q    Yes.

09:30:23   9        A    They make advertising --

          10        Q    Uh-huh.

09:30:25  11        A    -- okay?  People buy it.

          12        Q    Okay.  Do you know what they were offering to

09:30:33  13    people over the Internet?  Do you know?

          14        A    Alon and Khristopher is all the time create

09:30:39  15    some ideas (sic).  It's "they" business.

          16        Q    Okay.  All right.  So --

09:30:46  17        A    I -- I care about my money.  I look and soon

          18    return my money and have profit.

09:30:53  19        Q    Okay.  So who was the CEO of Bunzai?

          20        A    Really, physically, Alon running all this

09:30:57  21    business.

          22        Q    Okay.  Who was the -- who was the chief

09:31:04  23    operating officer, COO, do you know?

          24        A    CO (sic)?  It's Alon, yeah.  I don't know

09:31:09  25    what it means "COO," exactly.

| 09:31:12 | 1 | Q    Okay.  That's fine.  Who was the chief |
| | 2 | financial officer of Bunzai, do you know? |
| 09:31:22 | 3 | A    Alon.  Without his permit -- (shakes head |
| | 4 | from side to side). |
| 09:31:37 | 5 | Q    Okay.  I want to go back to Zen Mobile Media |
| | 6 | for a moment, okay? |
| 09:31:44 | 7 | Bunzai, did it close down?  Did the business |
| | 8 | of Bunzai close down or wind up? |
| 09:31:49 | 9 | MR. HARRIS:  Objection, lacks foundation. |
| | 10 | BY MR. LITTLE: |
| 09:31:51 | 11 | Q    Do you know? |
| | 12 | A    I don't know what happens. |
| 09:31:54 | 13 | MR. HARRIS:  You can answer, if you know. |
| | 14 | BY MR. LITTLE: |
| 09:31:55 | 15 | Q    Yeah. |
| | 16 | A    Can you repeat? |
| 09:32:00 | 17 | Q    Yeah.  Did Bunzai close down? |
| | 18 | A    Really, I don't know.  It's Alon running all |
| 09:32:09 | 19 | these businesses, all these entities. |
| | 20 | Q    At any point did Alon come to you and say, |
| 09:32:16 | 21 | "We need you to start a new company called Zen Mobile |
| | 22 | Media"? |
| 09:32:23 | 23 | A    He asked me for open merchant account for use |
| | 24 | my name and my credit score (sic).  That's it. |
| 09:32:42 | 25 | Q    Why did you let him use your name and credit |

Kusar ®  Keeping Your Word Is Our Business℠            Exhibit K, Page 13

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 09:35:10 | 1 | be designated 'common' shares.  The total |
| | 2 | number of such shares authorized to be issued |
| 09:35:13 | 3 | is 1,000 shares." |
| | 4 | Do you see that? |
| 09:35:16 | 5 | A    Right now, yes. |
| | 6 | Q    Okay.  Who owns the shares? |
| 09:35:23 | 7 | MR. HARRIS:  Vague as to time. |
| | 8 | BY MR. LITTLE: |
| 09:35:25 | 9 | Q    Do you understand my question? |
| | 10 | A    I understand, but I don't know. |
| 09:35:34 | 11 | Q    Okay.  Do you own the shares? |
| | 12 | A    I signed this paper and never read it. |
| 09:35:40 | 13 | Q    Oh, you signed it, and you never read it? |
| | 14 | A    Uh-huh. |
| 09:35:43 | 15 | Q    Okay.  As you sit here today, do you know who |
| | 16 | owns the shares of Zen Mobile Media, Inc.? |
| 09:35:55 | 17 | A    I don't know.  If I sign it, that's -- I |
| | 18 | don't know. |
| 09:36:00 | 19 | Q    Okay.  I want to make sure I understand your |
| | 20 | testimony.  Your earlier testimony was that Alon Nottea |
| 09:36:06 | 21 | asked you to sign this document; is that correct? |
| | 22 | A    Yes. |
| 09:36:11 | 23 | Q    Okay.  Do you know if there is a -- another |
| | 24 | or separate shareholders agreement for Zen Mobile |
| 09:36:16 | 25 | Media? |

**Kusar**® *Keeping Your Word Is Our Business*℠                    Exhibit K, Page 14

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 09:36:17 | 1 | A    I don't know. |
| | 2 | Q    Okay.  At any point in time did you know who |
| 09:36:22 | 3 | owned the shares of Zen Mobile Media, Inc.? |
| | 4 | A    Not. |
| 09:36:29 | 5 | Q    Okay.  Tell the court why you incorporated |
| | 6 | this company. |
| 09:36:33 | 7 | A    Because Alon asked me. |
| | 8 | Q    Okay.  And my understanding of your earlier |
| 09:36:45 | 9 | testimony was that you incorporated it or -- because |
| | 10 | Alon asked you, and that Alon asked you because he said |
| 09:36:51 | 11 | his dad, Motti, needed it; is that correct? |
| | 12 | A    No. |
| 09:36:53 | 13 | Q    "No," that's incorrect?  I'm sorry.  Why |
| | 14 | did -- do you know why Alon asked you to create this |
| 09:36:58 | 15 | company? |
| | 16 | A    He asked me, explain he need additional |
| 09:37:06 | 17 | merchant account. |
| | 18 | Q    Additional merchant account? |
| 09:37:14 | 19 | A    Yes.  For this reason:  I have good credit |
| | 20 | score.  He need use my name (sic). |
| 09:37:27 | 21 | Q    Okay.  Are you the CEO or owner of Zen Mobile |
| | 22 | Media, Inc.? |
| 09:37:33 | 23 | A    I don't know what it means.  No, I -- it |
| | 24 | means I sign papers, but, physically, I don't do |
| 09:37:39 | 25 | "nothing" for this company. |

51

Kusar®  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 09:38:50 | 1 | Said, "Well, some person." |
| | 2 | He said, "You know, I recommend this guy. |
| 09:38:54 | 3 | He's smart guy."  That's it. |
| | 4 | Q    Okay. |
| 09:38:57 | 5 | A    Said, "Okay."  And don't care. |
| | 6 | Q    Has David Davidian always done the accounting |
| 09:39:02 | 7 | work for CalEnergy? |
| | 8 | A    No, just only for the last two years. |
| 09:39:06 | 9 | Q    Okay.  Who was doing it before David |
| | 10 | Davidian? |
| 09:39:10 | 11 | A    It was a company.  I apply an application.  I |
| | 12 | don't remember exactly name. |
| 09:39:15 | 13 | Q    That's fine.  Why did you set up CalEnergy? |
| | 14 | A    Why? |
| 09:39:17 | 15 | Q    Why did you create it? |
| | 16 | A    For my business. |
| 09:39:27 | 17 | Q    What is CalEnergy's business? |
| | 18 | A    Investment.  Investment, management its |
| 09:39:38 | 19 | investment (sic). |
| | 20 | Q    Any other business besides managing |
| 09:39:41 | 21 | investments? |
| | 22 | A    Right now?  (Shakes head from side to side.) |
| 09:39:47 | 23 | Q    Has it ever had any business besides managing |
| | 24 | investments? |
| 09:39:56 | 25 | A    I'm starting business for produce gas and |

53

| | | |
|---|---|---|
| 09:39:57 | 1 | oil. |
| | 2 | Q    I see. |
| 09:40:03 | 3 | A    But I spent money, price "go" down, and |
| | 4 | that's it. |
| 09:40:04 | 5 | Q    Yes. |
| | 6 | A    Bad investment. |
| 09:40:09 | 7 | Q    Does -- does CalEnergy manage other people's |
| | 8 | money besides yours? |
| 09:40:15 | 9 | MR. HARRIS:  Objection, vague. |
| | 10 | BY MR. LITTLE: |
| 09:40:19 | 11 | Q    Do you understand? |
| | 12 | A    Not deep. |
| 09:40:27 | 13 | Q    Okay.  Is anyone else besides you putting |
| | 14 | money into CalEnergy? |
| 09:40:36 | 15 | A    CalEnergy take loan from different companies |
| | 16 | and use this money for business purpose. |
| 09:40:45 | 17 | Q    Does it take loans from any companies inside |
| | 18 | the former Soviet Union? |
| 09:40:49 | 19 | A    From Soviet Union? |
| | 20 | Q    From inside the former Soviet Union? |
| 09:40:55 | 21 | A    I don't understand.  What it means -- |
| | 22 | Q    Sure.  Does CalEnergy take loans from |
| 09:41:00 | 23 | companies that are inside what used to be the Soviet |
| | 24 | Union? |
| 09:41:04 | 25 | A    No. |

| | | |
|---|---|---|
| 09:42:10 | 1 | A    Okay. |
| | 2 | Q    -- take it or leave it. |
| 09:42:13 | 3 | A    I -- I try. |
| | 4 | Q    Okay.  So my understanding is that this |
| 09:42:19 | 5 | document is to authorize David Davidian to file a |
| | 6 | return on behalf of the company. |
| 09:42:21 | 7 | A    Uh-huh. |
| | 8 | Q    Okay?  And someone's signature appears here, |
| 09:42:29 | 9 | and the title of that person is "Secretary."  It's |
| | 10 | listed as "Secretary." |
| 09:42:33 | 11 | Who was the secretary of Zen Mobile Media |
| | 12 | when you set it up? |
| 09:42:36 | 13 | A    I don't know. |
| | 14 | Q    Okay.  And you do not know who signed this |
| 09:42:38 | 15 | document, correct? |
| | 16 | A    No. |
| 09:42:43 | 17 | Q    All right, turn the page. |
| | 18 | A    But I'm authorized Alon use this company |
| 09:42:49 | 19 | (sic). |
| | 20 | Q    You authorized Alon to use this company? |
| 09:42:52 | 21 | A    Yeah. |
| | 22 | Q    Okay.  Did you authorize anyone else to use |
| 09:42:57 | 23 | this company besides Alon? |
| | 24 | A    No. |
| 09:43:04 | 25 | Q    He asked me for open, and I authorize him do |

56

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
09:52:16   1    the only employee of Zen, okay?

           2           At any point in time did you know of any

09:52:23   3    employees of Zen besides Sean Inniss, Paul Medina or

           4    Philip Camerino?

09:52:27   5       MR. HARRIS:  Assumes facts not in evidence.

           6    BY MR. LITTLE:

09:52:29   7       Q    You can answer.

           8       A    I have to answer?

09:52:33   9       Q    Okay, let me -- let me ask the question

           10   differently.  I understand why your attorney objected.

09:52:37   11   I want to make sure this is clear, okay?

           12          At any point in time were you aware of the

09:52:43   13   employees -- who the employees of Zen Mobile Media

           14   were?

09:52:51   15      A    Okay, I just only sign paper when open

           16   company (sic) and sign checks.  That's it.

09:52:55   17      MR. HARRIS:  So you have to answer his question.

           18   Did you know who the employees were?

09:52:58   19      THE WITNESS:  Not.

           20   BY MR. LITTLE:

09:53:02   21      Q    Okay.  Take a look at Receiver's Exhibit 7.

           22          For tax year 2014, there was only one

09:53:12   23   employee listed, and he was a man named Robert Stayner.

           24          Do you know who Robert Stayner is?

09:53:17   25      A    (Shakes head from side to side.)
```

65

Exhibit K, Page 19

| | | |
|---|---|---|
| 10:19:33 | 1 | Q    And where does the money come from? |
| | 2 | A    You talking about which company? |
| 10:19:39 | 3 | Q    Guayas Limited, where does the money come |
| | 4 | from? |
| 10:19:43 | 5 | A    They working themselves money (sic).  They |
| | 6 | have cash flow. |
| 10:19:47 | 7 | Q    Okay.  Who is "they" that you're talking |
| | 8 | about.  Who else is -- who else participates in that |
| 10:19:50 | 9 | company? |
| | 10 | A    Okay.  Oleg is the CO (sic) of company for |
| 10:19:55 | 11 | run this business. |
| | 12 | Q    Oleg?  And what is his last name? |
| 10:19:57 | 13 | A    Trushla. |
| | 14 | Q    Trushla? |
| 10:20:00 | 15 | A    Yeah, Trushla. |
| | 16 | Q    How would you spell it? |
| 10:20:06 | 17 | A    T-R-U-S-H-L-A, Trushla. |
| | 18 | Q    He lives in Estonia? |
| 10:20:09 | 19 | A    No. |
| | 20 | Q    Where does he live? |
| 10:20:14 | 21 | A    He "live" in Russia. |
| | 22 | Q    And who else works for Guayas Limited besides |
| 10:20:21 | 23 | Oleg Trushla? |
| | 24 | A    Irina. |
| 10:20:23 | 25 | Q    Irina? |

Kusar ®  Keeping Your Word Is Our Business℠

Exhibit K, Page 20

| | | |
|---|---|---|
| 10:48:00 | 1 | appears on these checks, "yes"? |
| | 2 | A    Yes. |
| 10:48:03 | 3 | Q    Do you know how many checks of Zen Mobile |
| | 4 | Media that you signed? |
| 10:48:07 | 5 | A    They "give" me.  I sign.  That's it. |
| | 6 | Q    Who gave them to you? |
| 10:48:14 | 7 | A    Alon "ask" me, and I in Doron office (sic), |
| | 8 | sign it. |
| 10:48:17 | 9 | Q    Okay.  Do Alon or Doron speak Russian? |
| | 10 | A    No. |
| 10:48:26 | 11 | Q    "No"?  Okay.  Did either Alon -- did Alon and |
| | 12 | Doron ask you to sign these checks or just -- |
| 10:48:30 | 13 | A    No, Alon. |
| | 14 | Q    Alon did, okay. |
| 10:48:39 | 15 | Were there any other signers on the accounts |
| | 16 | of Zen Mobile Media that you are aware of? |
| 10:48:45 | 17 | A    I don't know. |
| | 18 | Q    Okay.  Turn to Receiver's Exhibit 16. |
| 10:48:54 | 19 | Does your signature appear on that check of |
| | 20 | Zen Mobile Media? |
| 10:48:56 | 21 | A    Yes. |
| | 22 | Q    Did you understand that Zen had accounts at |
| 10:49:00 | 23 | Bank of America and Wells Fargo? |
| | 24 | A    Really, not. |
| 10:49:05 | 25 | Q    You did not understand that? |

Kusar®  Keeping Your Word Is Our Business℠          Exhibit K, Page 21

| | | |
|---|---|---|
| 11:12:00 | 1 | And he said, "Okay, I will do it, but another |
| | 2 | business." |
| 11:12:02 | 3 | I said, "Okay.  For me, return.  Thank you." |
| | 4 | Q    Okay.  So the money was coming back from a |
| 11:12:06 | 5 | variety of companies because it was faster? |
| | 6 | A    Yeah. |
| 11:12:12 | 7 | Q    Okay.  The money that you loaned to Bunzai, |
| | 8 | where did you get it? |
| 11:12:17 | 9 | A    What means, where did I get it? |
| | 10 | Q    Where did it come from?  Is it your personal |
| 11:12:20 | 11 | money? |
| | 12 | A    No, it is from CalEnergy. |
| 11:12:25 | 13 | Q    Okay.  And where did CalEnergy get that money |
| | 14 | that it loaned to Bunzai? |
| 11:12:28 | 15 | MR. HARRIS:  Objection.  Vague as to which money, |
| | 16 | which -- at which point in time. |
| 11:12:30 | 17 | BY MR. LITTLE: |
| | 18 | Q    Do you understand my question? |
| 11:12:34 | 19 | A    Not so much. |
| | 20 | Q    Okay.  You understand that you loaned money |
| 11:12:40 | 21 | to Bunzai, right? |
| | 22 | A    Uh-huh. |
| 11:12:44 | 23 | Q    Where did CalEnergy get the money that it |
| | 24 | loaned to Bunzai? |
| 11:12:51 | 25 | A    Okay.  CalEnergy take loan from European |

133

Kusar® Keeping Your Word Is Our Business℠          Exhibit K, Page 22

| | | |
|---|---|---|
| 11:12:52 | 1 | company. |
| | 2 | Q    Okay.   What was the European company from -- |
| 11:12:58 | 3 | that it took the loan from? |
| | 4 | A    CalEnergy take loans from European company |
| 11:13:03 | 5 | for interest, yeah? |
| | 6 | Q    And -- and what was the company in Europe |
| 11:13:08 | 7 | that it borrowed the money from? |
| | 8 | A    They own the -- this company, they own this |
| 11:13:12 | 9 | money. |
| | 10 | Q    Yes.   What was the name of the European |
| 11:13:16 | 11 | company? |
| | 12 | A    Okay, Guayas. |
| 11:13:22 | 13 | Q    Guayas.   And you are the 100 percent |
| | 14 | shareholder of Guayas, correct? |
| 11:13:26 | 15 | A    Yes. |
| | 16 | Q    Where did Guayas get the money that it loaned |
| 11:13:34 | 17 | to CalEnergy that CalEnergy loaned to Zen -- Bunzai? |
| | 18 | A    Okay, Guayas "have" profit. |
| 11:13:39 | 19 | Q    From what? |
| | 20 | A    From their business purpose.   They make |
| 11:13:47 | 21 | profit, declare this profit, pay taxes and everything, |
| | 22 | and make assets like money, and this money, they give |
| 11:13:52 | 23 | loan to CalEnergy. |
| | 24 | Q    Sure.   So what business purposes generated |
| 11:13:59 | 25 | the money for Guayas? |

| | | |
|---|---|---|
| 11:35:09 | 1 | looks like my signature, but that's not me, that's a |
| | 2 | fake"? |
| 11:35:12 | 3 | A    I'm not sure. |
| | 4 | Q    Okay, you're not sure.  Okay.  That's fine. |
| 11:35:23 | 5 | We're going to skip 28.  I want you to go to |
| | 6 | Receiver's Exhibit 29. |
| 11:35:33 | 7 | Earlier your testimony was that you set up |
| | 8 | Zen Mobile Media and signed the Articles of |
| 11:35:40 | 9 | Incorporation because Alon told you he needed to set up |
| | 10 | additional merchant accounts. |
| 11:35:42 | 11 | Do you remember that testimony? |
| | 12 | A    Yes. |
| 11:35:46 | 13 | Q    Okay.  Do you know how many additional |
| | 14 | merchant accounts were set up under Zen Mobile Media? |
| 11:35:51 | 15 | A    I don't know. |
| | 16 | Q    Do you know who set them up? |
| 11:35:55 | 17 | A    (Shakes head from side to side.) |
| | 18 | Q    You have to answer audibly. |
| 11:35:58 | 19 | A    Not. |
| | 20 | Q    Okay.  At any point in time did you receive |
| 11:36:05 | 21 | mail at your address on Amber from -- related to the |
| | 22 | business of Zen Mobile Media? |
| 11:36:09 | 23 | A    I don't remember.  If I receive, it "go" to |
| | 24 | garbage. |
| 11:36:10 | 25 | Q    You throw it in the garbage? |

Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 11:36:13 | 1 | A    Yeah, because I didn't know what -- a lot of |
| | 2 | advertising, a lot of information which -- |
| 11:36:19 | 3 | Q    Do you understand that the merchant accounts |
| | 4 | were requiring a reserve to be maintained to cover |
| 11:36:26 | 5 | chargebacks? |
| | 6 | A    "I'm" hear about it, but I don't know how |
| 11:36:29 | 7 | it's work (sic). |
| | 8 | Q    How did you hear about it? |
| 11:36:34 | 9 | A    I don't remember.  Somebody say.  I don't |
| | 10 | remember. |
| 11:36:38 | 11 | Q    Okay.  Do you understand that the |
| | 12 | merchant's -- the merchant accounts were designed to |
| 11:36:47 | 13 | process credit cards for people who bought Aura Vie and |
| | 14 | cosmetic products? |
| 11:36:51 | 15 | A    This is -- you asking me technical questions. |
| | 16 | Q    Okay. |
| 11:36:54 | 17 | A    I'm not too deep, know this (sic) -- |
| | 18 | Q    You don't understand?  Okay. |
| 11:37:02 | 19 |      You don't know?  Okay. |
| | 20 |      Turn to Exhibit 30.  This is the 2011 Income |
| 11:37:11 | 21 | Tax Return for Zen Mobile Media. |
| | 22 |      Have you ever seen the Income Tax Return for |
| 11:37:19 | 23 | Zen Mobile Media for 2011 that's marked as Receiver's |
| | 24 | Exhibit 30? |
| 11:37:21 | 25 | A    Personally? |

Kusar ® Keeping Your Word Is Our Business℠                Exhibit K, Page 25

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:38:20   1    BY MR. LITTLE:

           2         Q    Have you ever known who owned Zen Mobile

11:38:23   3    Media?

           4         A    Physically, no.

11:38:39   5         Q    Yes.  Do you know what is located at 4335 Van

           6    Nuys Boulevard, No. 167, in Sherman Oaks?

11:38:48   7         A    This page, right?

           8         Q    Any page, yeah.  I mean, it's the address

11:38:53   9    that appears throughout Receiver's Exhibit 30.  Do you

          10    know what's at that location?

11:38:55  11         A    Not.

          12         Q    Okay.  Have you ever picked up mail for Zen

11:38:59  13    Mobile Media?

          14         A    From this address, not.

11:39:04  15         Q    Did you -- all right.  So here's what I want

          16    to understand.  Our belief is that this is a mailbox,

11:39:13  17    just like the mailbox you pick up your stuff for

          18    CalEnergy --

11:39:15  19         A    Yeah; yeah.

          20         Q    -- in Calabasas.

11:39:16  21         A    Yeah.

          22         Q    Did you ever provide your ID to anyone at

11:39:22  23    this mailbox to pick up the mail?

          24         A    From Zen Mobile?

11:39:24  25         Q    Yes.
```

**Kusar** ®  *Keeping Your Word Is Our Business* ℠                    Exhibit K, Page 26

5/2/2015

Case 2:15-cv-04527-GW-PLA   Document 106-2   Filed 07/24/15   Page 27 of 46   Page ID #:2214

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

| | | |
|---|---|---|
| 11:39:26 | 1 | A    I don't remember. |
| | 2 | Q    You don't remember?  Okay. |
| 11:39:29 | 3 | Do you know who picked up the mail for Zen |
| | 4 | Mobile Media at this box? |
| 11:39:31 | 5 | A    Not. |
| | 6 | Q    Okay.  Sorry.  I'm going to make a note for a |
| 11:39:47 | 7 | minute. |
| | 8 | Mr. Latsanovski, when you make an |
| 11:40:12 | 9 | investment -- do you know what a private equity |
| | 10 | investment is?  Have you ever heard that term used |
| 11:40:17 | 11 | before? |
| | 12 | A    Can you explain me (sic)? |
| 11:40:21 | 13 | Q    Yeah.  So when you make an investment in a |
| | 14 | company, you buy shares in a company that's small -- |
| 11:40:26 | 15 | A    Uh-huh. |
| | 16 | Q    -- okay, sometimes you want to have -- you |
| 11:40:31 | 17 | want to be able to see the accounting records of that |
| | 18 | company to see how your investment is doing. |
| 11:40:35 | 19 | A    Yes. |
| | 20 | Q    Okay? |
| 11:40:36 | 21 | A    Uh-huh. |
| | 22 | Q    Did -- were you able to see into the |
| 11:40:43 | 23 | accounting of Bunzai or Zen Mobile Media or any of the |
| | 24 | other companies that were paying CalEnergy money? |
| 11:40:49 | 25 | A    Not.  I have just some general numbers. |

Kusar®  Keeping Your Word Is Our Business℠

Exhibit K, Page 27

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 11:40:52 | 1 | Q   Who did the accounting for the Bunzai group |
| | 2 | of companies? |
| 11:40:58 | 3 | MR. HARRIS:  Objection, lacks foundation. |
| | 4 | THE WITNESS:  Can you explain me (sic)? |
| 11:40:59 | 5 | BY MR. LITTLE: |
| | 6 | Q   Yes.  Who did the accounting -- |
| 11:41:05 | 7 | A   CPA did it for each of them, no? |
| | 8 | Q   Okay.  So there's -- there's a difference, |
| 11:41:10 | 9 | okay?  I want to make sure that this is clear.  There's |
| | 10 | a difference in a CPA filing an income tax return and |
| 11:41:17 | 11 | the person who does the day-to-day bookkeeping for that |
| | 12 | company. |
| 11:41:18 | 13 | Do you understand? |
| | 14 | A   Uh-huh. |
| 11:41:21 | 15 | Q   Okay.  Who did the day-to-day bookkeeping for |
| | 16 | Zen? |
| 11:41:24 | 17 | MR. HARRIS:  Objection, lacks foundation. |
| | 18 | BY MR. LITTLE: |
| 11:41:25 | 19 | Q   You can answer. |
| | 20 | A   For Zen? |
| 11:41:28 | 21 | Q   Yes. |
| | 22 | A   I don't know. |
| 11:41:31 | 23 | Q   You don't know?  Okay. |
| | 24 | Do you know who did the day-to-day |
| 11:41:37 | 25 | bookkeeping for any of the Bunzai group of companies? |

158

| | | |
|---|---|---|
| 11:41:38 | 1 | A    (Shakes head from side to side.) |
| | 2 | MR. HARRIS:   You have to answer audibly. |
| 11:41:39 | 3 | BY MR. LITTLE: |
| | 4 | Q    You have to answer. |
| 11:41:42 | 5 | A    Oh, okay.   Not. |
| | 6 | Q    Okay. |
| 11:41:43 | 7 | A    I don't remember exactly. |
| | 8 | Q    All right.   Take a look at Receiver's Exhibit |
| 11:41:47 | 9 | 31, if you would. |
| | 10 | Did you provide any information to David |
| 11:41:57 | 11 | Davidian to prepare the 2012 tax return for Zen Mobile |
| | 12 | Media? |
| 11:42:01 | 13 | A    If Alon asked me, I did. |
| | 14 | Q    Okay. |
| 11:42:06 | 15 | A    But exactly, I don't remember. |
| | 16 | Q    All right.   I want you to turn in this book |
| 11:42:20 | 17 | to Receiver's Exhibit 35, if you would. |
| | 18 | Mr. Latsanovski, earlier in your deposition |
| 11:42:26 | 19 | you testified under oath that you were neither an |
| | 20 | employee nor an officer of Bunzai Media Group. |
| 11:42:30 | 21 | A    Uh-huh. |
| | 22 | Q    This letter reads, "To whom it may concern, |
| 11:42:35 | 23 | "Mr. Igor Latsanovski holds the position |
| | 24 | of Chief Financial Officer of Bunzai Media |
| 11:42:39 | 25 | Group and currently earns a salary of $15,000 |

159

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

| | | | |
|---|---|---|---|
| 11:59:04 | 1 | A | Uh-huh. |
| | 2 | Q | Do you know what Focus Media Solutions does? |
| 11:59:12 | 3 | A | I think so.  This is one company of Bunzai |
| | 4 | Group. | |
| 11:59:14 | 5 | Q | Okay.  You think -- you think that you know |
| | 6 | what it does? | |
| 11:59:16 | 7 | A | No.  I'm not sure. |
| | 8 | Q | Okay.  Well, then, tell the court why you |
| 11:59:23 | 9 | wrote it a check for $325,000 the day before we came | |
| | 10 | through the door. | |
| 11:59:27 | 11 | A | If we're talking about Focus? |
| | 12 | Q | Yes. |
| 11:59:30 | 13 | A | Sorry, I thought you meant him. |
| | 14 | | I -- Alon asked me give him, because he say, |
| 11:59:43 | 15 | "Igor, I am close" -- he said, "I close already sell | |
| | 16 | online cosmetic line and need do something," and my | |
| 11:59:54 | 17 | vision is his offer.  His vision, continue marketing | |
| | 18 | department, yeah? | |
| 11:59:59 | 19 | | Because he said, "I know how help sell to |
| | 20 | somebody products, service different ways," and he's | |
| 12:00:09 | 21 | "give" me -- ask me, "Igor, can you help me?  Because | |
| | 22 | without cash flow, I cannot make business.  I need for | |
| 12:00:17 | 23 | media, pay everything." | |
| | 24 | | Say, "Okay, how much do you need?" |
| 12:00:22 | 25 | | He said, "I need up to half-million dollars." |

169

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 12:00:23 | 1 | Q    Up to half a million? |
| | 2 | A    Yeah, until (sic) half-million dollars.  I |
| 12:00:29 | 3 | say, "Okay, what terms is" -- "you talking?" |
| | 4 | He said, "Okay, I promise.  You give, |
| 12:00:32 | 5 | like" -- |
| | 6 | I say, "Listen, let's do this one, one |
| 12:00:39 | 7 | percent per month, just like hard money, yeah?" |
| | 8 | He -- I don't remember how we negotiate.  In |
| 12:00:48 | 9 | the end, 12 percent or ten percent per year, yeah? |
| | 10 | Like, this way. |
| 12:00:51 | 11 | And he "said" me, "Igor, I will promise you |
| | 12 | give, like, 20 percent from profit, if I will have some |
| 12:00:58 | 13 | good profit in the end year, additional bonus." |
| | 14 | Okay, we negotiate a lot of times, but he |
| 12:01:05 | 15 | asked me -- because during this period of time I make |
| | 16 | profit from his directions, and I create trust to him, |
| 12:01:11 | 17 | personal and like businessmen. |
| | 18 | Q    Yes. |
| 12:01:17 | 19 | A    And I understand he need income for life.  I |
| | 20 | understand him, and I say, "Okay, I give you a loan." |
| 12:01:24 | 21 | Q    Okay.  So you gave him a loan? |
| | 22 | A    Yeah. |
| 12:01:27 | 23 | Q    And I want to make sure I understand this |
| | 24 | again.  You "learned" him -- you loaned him $325,000 on |
| 12:01:32 | 25 | a verbal agreement, right? |

170

Kusar ® Keeping Your Word Is Our Business℠                              Exhibit K, Page 31

Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

| | | |
|---|---|---|
| 12:01:33 | 1 | A   Yes. |
| | 2 | Q   Okay.  And the only people who can tell me |
| 12:01:40 | 3 | what that agreement was are you and Alon, right? |
| | 4 | A   Yeah, but I think "so" other people have to |
| 12:01:47 | 5 | know this, too, because we negotiate with him a lot of |
| | 6 | times nearby some "difference" people.  I don't |
| 12:01:52 | 7 | remember with whom, but sometimes he asked me.  This |
| | 8 | not, like, one-day decision. |
| 12:01:59 | 9 | Q   Uh-huh.  Do you know a man named David |
| | 10 | Yosafian? |
| 12:02:03 | 11 | A   David -- |
| | 12 | Q   David Yosafian.  Do you know this man? |
| 12:02:08 | 13 | A   "Nosafian"? |
| | 14 | Q   David Yosafian.  Do you know this man? |
| 12:02:12 | 15 | MS. KOONCE:  Maybe Yosafian. |
| | 16 | THE WITNESS:  Yosafian.  Okay, again, my memory, I |
| 12:02:21 | 17 | know a lot of Davids.  Last name, I don't like say -- |
| | 18 | BY MR. LITTLE: |
| 12:02:24 | 19 | Q   That's okay.  Let me -- let me unpack this a |
| | 20 | little bit, okay?  You said a lot, so I want to go back |
| 12:02:29 | 21 | and make sure I understand it. |
| | 22 | Alon asked you to loan money to Focus, "yes"? |
| 12:02:34 | 23 | A   (Nods head up and down.) |
| | 24 | Q   And you did that, "yes"? |
| 12:02:38 | 25 | A   Yes, sir. |

Kusar  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 12:10:55 | 1 | Q    Did you ever put more than half a million |
| | 2 | dollars in Bunzai? |
| 12:11:02 | 3 | A    For one shot?   No. |
| | 4 | Q    No, not for one shot, total.   Did you ever |
| 12:11:10 | 5 | put more than half a million dollars total into Bunzai? |
| | 6 | A    I -- more than half -- I think so.   Okay, |
| 12:11:14 | 7 | maybe. |
| | 8 | Q    "Maybe"? |
| 12:11:17 | 9 | A    Maybe. |
| | 10 | Q    Okay. |
| 12:11:20 | 11 | A    I explain why.   Because I receive some money, |
| | 12 | because I -- I never cross-balance between how much I |
| 12:11:28 | 13 | give them and how much they return me. |
| | 14 | Q    You never checked? |
| 12:11:32 | 15 | A    Yes.   For this reason, maybe some period of |
| | 16 | time, yeah, I give -- they ask, "We need pay salary. |
| 12:11:40 | 17 | Igor, we need additional $200,000." |
| | 18 | I say, "Listen, guys, you don't" -- "didn't |
| 12:11:45 | 19 | return previously (sic) investments." |
| | 20 | Say, "Igor, people, we have to pay salary. |
| 12:11:49 | 21 | We have 50 people." |
| | 22 | "What do I have to do?" |
| 12:11:53 | 23 | They say, "We have to close otherwise." |
| | 24 | I say, "Okay." |
| 12:11:57 | 25 | And which balance, what you ask me right now, |

| | | |
|---|---|---|
| 12:12:01 | 1 | I -- too hard me say sure (sic). |
| | 2 | Q    I understand.  All right. |
| 12:12:07 | 3 | So at the end of the day, though, Bunzai paid |
| | 4 | back 3 -- as I understand your testimony -- |
| 12:12:12 | 5 | A    Yes. |
| | 6 | Q    -- Bunzai paid back 300 to $320,000 more than |
| 12:12:16 | 7 | you put in, right? |
| | 8 | A    Exactly. |
| 12:12:20 | 9 | Q    Okay.  Hold on a sec. |
| | 10 | Would you turn back to Receiver's Exhibit 26. |
| 12:12:25 | 11 | A    Uh-huh. |
| | 12 | Q    Bunzai is not on the list here in Receiver's |
| 12:12:36 | 13 | Exhibit 26. |
| | 14 | A    Uh-huh. |
| 12:12:40 | 15 | Q    These companies paid your company, CalEnergy, |
| | 16 | almost 1.3 million dollars in the last 18 months. |
| 12:12:45 | 17 | A    Okay. |
| | 18 | Q    Why? |
| 12:12:49 | 19 | A    Because during this period of time they |
| | 20 | receive more than this period of time money (sic). |
| 12:12:54 | 21 | Q    They received more than 1.3 million from you? |
| | 22 | A    Yeah. |
| 12:12:56 | 23 | Q    Okay. |
| | 24 | A    Because they show right now how much they |
| 12:13:00 | 25 | pay, but they didn't show how much they received. |

181

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 13:21:11 | 1 | of companies. |
| | 2 | Does that sound right? |
| 13:21:14 | 3 | A   How much cash?  Can you repeat, please. |
| | 4 | Q   $1,611,883. |
| 13:21:20 | 5 | A   Yeah, from -- from accounting numbers? |
| | 6 | Q   Yes, from Anna Kim's accounting numbers. |
| 13:21:24 | 7 | A   Yeah. |
| | 8 | MR. HARRIS:  You received the email from Anna Kim, |
| 13:21:28 | 9 | but I think there was an explanation.  They're not her |
| | 10 | accounting numbers. |
| 13:21:29 | 11 | MR. LITTLE:  Yes, I understand. |
| | 12 | Q   So -- |
| 13:21:33 | 13 | A   These numbers I ask CPA for prepare for me. |
| | 14 | If some mistakes, unfortunately I didn't mess up. |
| 13:21:38 | 15 | MR. LITTLE:  Marc, can you clarify that the |
| | 16 | numbers come from the CPA? |
| 13:21:41 | 17 | MR. HARRIS:  Yes. |
| | 18 | BY MR. LITTLE: |
| 13:21:43 | 19 | Q   Okay.  So your CPA is saying you got back |
| | 20 | $1,929,629.05. |
| 13:21:48 | 21 | A   Yes. |
| | 22 | Q   And so the difference was 317 thousand -- |
| 13:21:51 | 23 | A   Yeah. |
| | 24 | Q   -- 746.05 that you made as profit -- |
| 13:21:59 | 25 | A   Yes; yes.  For this reason I every time is |

193

| | | |
|---|---|---|
| 13:24:06 | 1 | conclusion.  I don't even know. |
| | 2 | BY MR. LITTLE: |
| 13:24:08 | 3 | Q    You can answer the question. |
| | 4 | A    Okay.  Ask me slowly, please. |
| 13:24:16 | 5 | Q    Okay.  It appears to me, Mr. Latsanovski -- |
| | 6 | A    Uh-huh. |
| 13:24:18 | 7 | Q    -- that you -- that CalEnergy is simply |
| | 8 | circulating money through the Bunzai group of companies |
| 13:24:23 | 9 | and making nothing. |
| | 10 | Is that true? |
| 13:24:27 | 11 | A    Yes. |
| | 12 | Q    So -- |
| 13:24:31 | 13 | A    For this reason.  For this reason.  Okay, it |
| | 14 | is what it is, fact. |
| 13:24:36 | 15 | Q    Explain to the court why, if you could make |
| | 16 | 20 percent as a hard money lender, you would circulate |
| 13:24:42 | 17 | money through the Bunzai group of companies for five |
| | 18 | years and make |
| 13:24:45 | 19 | MR. BERK:  Objection; assumes facts -- |
| | 20 | BY MR. LITTLE: |
| 13:24:45 | 21 | Q    -- nothing. |
| | 22 | MR. BERK:  -- not in evidence, calls for |
| 13:24:47 | 23 | speculation. |
| | 24 | THE WITNESS:  I live with dream.  Alon is all time |
| 13:24:59 | 25 | promise me, "Igor, we learn.  We have some mistakes." |

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 13:32:08 | 1 | Q    Okay. |
| | 2 | A    -- but, no.  This is for start-up, yeah. |
| 13:32:14 | 3 | Q    How much money have you put into ComicsFix? |
| | 4 | A    Exactly -- |
| 13:32:18 | 5 | MR. HARRIS:  Actually, I'm not going to -- you |
| | 6 | don't need to answer that.  That has nothing to do |
| 13:32:19 | 7 | with -- |
| | 8 | THE WITNESS:  Actually, it's like -- |
| 13:32:23 | 9 | MR. HARRIS:  Igor, let me interrupt.  That has |
| | 10 | nothing to do with receivership -- the defendants, and |
| 13:32:26 | 11 | I don't think you need to answer that question. |
| | 12 | BY MR. LITTLE: |
| 13:32:29 | 13 | Q    Did you put money into ComicsFix through |
| | 14 | CalEnergy? |
| 13:32:31 | 15 | MR. HARRIS:  Fair point. |
| | 16 | You can answer the question, if it's -- if |
| 13:32:35 | 17 | you did put in from CalEnergy. |
| | 18 | THE WITNESS:  Yes. |
| 13:32:36 | 19 | BY MR. LITTLE: |
| | 20 | Q    Okay.  How much? |
| 13:32:42 | 21 | A    Around -- it's around -- I don't exactly |
| | 22 | remember, but 195,000. |
| 13:32:46 | 23 | Q    195,000? |
| | 24 | A    It's around. |
| 13:32:48 | 25 | Q    How much did you get back? |

203

| 13:32:49 | 1  | A | No, I got nothing. |
| | 2 | Q | You got nothing back? |
| 13:32:51 | 3 | A | No, they just draw -- do it. |
| | 4 | Q | It just started? |
| 13:32:52 | 5 | A | Yeah. |

6      Q     Okay.  Well, how much did you put into

13:32:56   7   VastPay from CalEnergy?

8      A     For VastPay?  Nothing.

13:33:00   9   Q     Okay.  So there's a $20,000 loan check --

10      A     Yeah.

13:33:03   11   Q     -- from CalEnergy to --

12      A     I give them --

13:33:04   13   Q     -- VastPay?

14      A     -- yeah.  It's a loan, 20K.

13:33:07   15   Q     Did they give you money back?

16      A     Not yet.

13:33:09   17   Q     Not yet?

18      A     No.  There's money in account which you

13:33:12   19   froze.

20      Q     Yes.

13:33:19   21          Okay.  How much money did you put into Focus

22   Media Solutions specifically?  Was there other money

13:33:24   23   besides the --

24      A     No.

13:33:25   25   Q     "No"?

Kusar® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 13:39:12 | 1 | was one of them. |
| | 2 | Q    And you met him in a restaurant, but you |
| 13:39:17 | 3 | don't remember which restaurant? |
| | 4 | A    I know exactly where is it.  It is -- it's |
| 13:39:24 | 5 | names.  I can "say" you physically, but names, it's |
| | 6 | terrible for me. |
| 13:39:28 | 7 | Q    It's okay.  What part of -- what part of |
| | 8 | Ventura? |
| 13:39:32 | 9 | A    Encino. |
| | 10 | Q    Encino. |
| 13:39:50 | 11 | All right.  I want to talk to you about |
| | 12 | Sunset Holdings Partners. |
| 13:39:54 | 13 | When was that company created? |
| | 14 | A    January. |
| 13:39:57 | 15 | Q    January of 2015? |
| | 16 | A    Yes. |
| 13:40:04 | 17 | Q    Who is Mike Panish? |
| | 18 | A    My partner and CEO of this company. |
| 13:40:11 | 19 | Q    How did you meet him? |
| | 20 | A    Like, I start -- I making some research about |
| 13:40:19 | 21 | mortgage business, and I met with him, and he give |
| | 22 | (sic) me, "Listen, I have good connections for buy good |
| 13:40:25 | 23 | price real estate.  I have a real estate company" -- |
| | 24 | "connections.  I have guys who can repair it.  Right |
| 13:40:31 | 25 | now good time for flip houses." |

Kusar ®   Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 13:40:34 | 1 | Said, "Okay, let's try it." |
| | 2 | Q    When did you meet him? |
| 13:40:48 | 3 | A    It was -- I met him, it was, like, November |
| | 4 | or December.  I don't remember exactly. |
| 13:40:52 | 5 | Q    November or December of 2014? |
| | 6 | A    Yeah, or earlier.  Like -- but last quarter |
| 13:40:58 | 7 | of 2014. |
| | 8 | Q    Okay.  Take a look at Receiver's Exhibit 49, |
| 13:41:07 | 9 | please. |
| | 10 | All right.  I want to make sure I understand |
| 13:41:23 | 11 | this.  You transferred $4,591,000 -- |
| | 12 | A    Uh-huh. |
| 13:41:26 | 13 | Q    -- this year to Sunset Holdings Partners; is |
| | 14 | that correct? |
| 13:41:31 | 15 | A    If from a bank, yes. |
| | 16 | Q    I want you to look at the deposits with me. |
| 13:41:40 | 17 | You received -- since December of 2013, you've received |
| | 18 | $4,380,000 in transfers from Danske Bank in Denmark? |
| 13:41:49 | 19 | A    Uh-huh, from Guayas. |
| | 20 | THE REPORTER:  From -- I'm sorry? |
| 13:41:49 | 21 | BY MR. LITTLE: |
| | 22 | Q    From Guayas? |
| 13:41:51 | 23 | A    Yes. |
| | 24 | Q    I believe it's from -- okay, hold on.  I want |
| 13:41:56 | 25 | to make sure I have this correct, okay? |

211

Igor Latsanovski                  Federal Trade Commission vs. Bunzai Media Group, Inc.                  1090802

| | | |
|---|---|---|
| 13:44:44 | 1 | return his money, he already close the deal with them. |
| | 2 | Q    Okay.  If you'll take a look at, again, |
| 13:44:49 | 3 | Receiver's Exhibit 49, the first page -- |
| | 4 | A    Uh-huh. |
| 13:44:52 | 5 | Q    You're not on it.  You're not on the first |
| | 6 | page.  Back up one. |
| 13:44:56 | 7 | These transfers of almost three million |
| | 8 | dollars from Trasta Komercbanka, that appears -- that's |
| 13:45:04 | 9 | a bank in Latvia, and that money was drawn on the |
| | 10 | account of Bavaria Inter LP. |
| 13:45:07 | 11 | A    Okay. |
| | 12 | Q    Okay.  Was that money borrowed from Bavaria |
| 13:45:11 | 13 | Inter LP? |
| | 14 | A    Yes. |
| 13:45:13 | 15 | Q    Is there a written loan agreement? |
| | 16 | A    Yes, sure. |
| 13:45:16 | 17 | Q    Okay. |
| | 18 | A    We have.  We have all the agreements. |
| 13:45:20 | 19 | Q    Between CalEnergy and Bavaria there's a -- |
| | 20 | A    Yeah. |
| 13:45:21 | 21 | Q    -- written loan agreement? |
| | 22 | A    Yeah, we have two agreements, CalEnergy and |
| 13:45:30 | 23 | Bavaria, and three "signature," CalEnergy, Bavaria and |
| | 24 | Guayas. |
| 13:45:34 | 25 | Q    What I'm trying to understand is -- well, |

214

Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 13:47:49 | 1 | investment different directions.  And I take this |
| | 2 | money, like, enough that we make, sign agreement. |
| 13:47:56 | 3 | Balance, it means he owed me less, less, |
| | 4 | less.  It means during this in America time, I look for |
| 13:48:06 | 5 | income, but burn my money which I make before.  It's a |
| | 6 | fact. |
| 13:48:08 | 7 | Q    Okay. |
| | 8 | A    I'm -- |
| 13:48:09 | 9 | Q    So -- |
| | 10 | A    -- not good businessman, result. |
| 13:48:16 | 11 | Q    So of the -- the money that came from Guayas, |
| | 12 | the 4.3 million dollars roughly -- |
| 13:48:19 | 13 | A    It's loan. |
| | 14 | Q    -- is a couple of million -- is 1.8 million |
| 13:48:23 | 15 | of that your money personally -- |
| | 16 | A    No; no; no. |
| 13:48:25 | 17 | Q    -- that was being sent back to you? |
| | 18 | A    No; no; no.  This is last transaction, four |
| 13:48:29 | 19 | point -- you're talking about some numbers which I |
| | 20 | don't -- you have to figure out for balance. |
| 13:48:38 | 21 | In money which I receive in these years -- |
| | 22 | Q    Uh-huh. |
| 13:48:42 | 23 | A    -- yeah, I borrow for them and give money for |
| | 24 | Sunset, yeah, for Mike invest, for he flips houses. |
| 13:48:49 | 25 | Q    Uh-huh. |

217

| | | |
|---|---|---|
| 14:14:30 | 1 | How do we find out where that real estate is? |
| | 2 | A    You have to ask everything Mike (sic), |
| 14:14:35 | 3 | because he, from day first, manage. |
| | 4 | Q    Mike? |
| 14:14:36 | 5 | A    Mike. |
| | 6 | Q    Mike's running it? |
| 14:14:42 | 7 | A    Yeah.  He -- "he" my partner.  He COO.  He |
| | 8 | runs this business from day first. |
| 14:14:46 | 9 | Q    Were all of these properties acquired after |
| | 10 | the beginning of this year, like literally -- |
| 14:14:50 | 11 | A    Yes. |
| | 12 | Q    -- in the first six months? |
| 14:14:51 | 13 | A    Yes. |
| | 14 | Q    Are they all houses? |
| 14:15:01 | 15 | A    I never see no one.  I -- from my side, |
| | 16 | money.  How much I have to put, how much I have to |
| 14:15:06 | 17 | return. |
| | 18 | What he buy, flat, houses, condominiums or |
| 14:15:18 | 19 | cars, really, for me, need to resell, because right |
| | 20 | now, for last these years, I didn't find some good |
| 14:15:25 | 21 | income, yeah?  You see my financial statement. |
| | 22 | And I thought maybe this Mike, how he working |
| 14:15:34 | 23 | with this, flips houses, will have enough income for |
| | 24 | cover my life. |
| 14:15:48 | 25 | Q    Okay.  And how did you meet Mike? |

| | | |
|---|---|---|
| 14:38:45 | 1 | Q    The next sentence reads, "At times |
| | 2 | material to this Complaint, he has formulated, |
| 14:38:53 | 3 | directed, controlled, had the authority to |
| | 4 | control, or participated in the acts or |
| 14:38:57 | 5 | practices set forth in this Complaint." |
| | 6 | Do you see that? |
| 14:39:01 | 7 | A    What -- |
| | 8 | MR. HARRIS:  Do you see where he's reading? |
| 14:39:05 | 9 | THE WITNESS:  Yeah, I said, but I don't -- |
| | 10 | MR. HARRIS:  That's the question.  Do you see it? |
| 14:39:08 | 11 | THE WITNESS:  Yeah, I see it. |
| | 12 | BY MR. LITTLE: |
| 14:39:11 | 13 | Q    Yes, okay.  I want to make sure that I have |
| | 14 | your testimony correct -- |
| 14:39:14 | 15 | A    Uh-huh. |
| | 16 | Q    -- okay?  You were the signatory on the |
| 14:39:20 | 17 | account of Zen Mobile Media Group, correct? |
| | 18 | A    Yes. |
| 14:39:27 | 19 | Q    Were there any other signatories on that |
| | 20 | account? |
| 14:39:30 | 21 | A    I don't know. |
| | 22 | Q    Were there any other officers of Zen Mobile |
| 14:39:42 | 23 | Media Group besides you? |
| | 24 | A    I don't know. |
| 14:39:52 | 25 | Q    If you wanted to have nothing more to do with |

Kusar®   Keeping Your Word Is Our Business℠          Exhibit K, Page 44

| | | |
|---|---|---|
| 14:39:54 | 1 | Zen Mobile Media Group, could you have walked into |
| | 2 | Alon's office and said, "Take me off all the papers"? |
| 14:40:00 | 3 | A   I "said" him. |
| | 4 | Q   You told him that? |
| 14:40:01 | 5 | A   Yes. |
| | 6 | Q   When did you do that? |
| 14:40:10 | 7 | A   I don't remember.  Not one time, a lot of |
| | 8 | times.  "Can you" -- because sometimes when I go to |
| 14:40:20 | 9 | bank, because on bank, yeah, I have -- Wells Fargo Bank |
| | 10 | has -- when you have your accounts, yeah, you can |
| 14:40:28 | 11 | "sees" all your accounts, and my -- when I opened my |
| | 12 | log-in, yeah, I didn't see just this is Zen.  Why I |
| 14:40:33 | 13 | don't know. |
| | 14 | And sometimes when they make some |
| 14:40:37 | 15 | transactions, some wire, they ask me from which |
| | 16 | account, and they send me from Zen.  And then this is |
| 14:40:45 | 17 | when they remind me exist some account for my name |
| | 18 | which I don't control, do nothing. |
| 14:40:51 | 19 | And then period of time say, "Listen, Alon, |
| | 20 | remember you ask me about open for my name Zen (sic)? |
| 14:40:56 | 21 | Please can you cancel this." |
| | 22 | "Okay, yeah.  I will; I will."  It's, like, |
| 14:40:59 | 23 | repeat sometimes. |
| | 24 | Q   Alon told you that? |
| 14:41:01 | 25 | A   What means "told"? |

Kusar ®  Keeping Your Word Is Our Business℠

7/2/2015

Case 2:15-cv-04527-GW-PLA   Document 106-2   Filed 07/24/15   Page 46 of 46   Page ID
#:2290

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 14:41:07 | 1 | Q    Alon told you that he would take you off -- |
| | 2 | A    Yes. |
| 14:41:08 | 3 | Q    -- of the papers? |
| | 4 | A    Yes. |
| 14:41:12 | 5 | Q    Okay.  So when I go to your Wells Fargo |
| | 6 | log-in, I don't see Zen Mobile Media -- |
| 14:41:18 | 7 | A    Yeah. |
| | 8 | Q    -- in your log-in. |
| 14:41:21 | 9 | A    I'm either (sic). |
| | 10 | Q    Okay.  Do you know who has access online to |
| 14:41:24 | 11 | that account? |
| | 12 | A    No idea. |
| 14:41:38 | 13 | Q    Okay.  As you sit here today, do you |
| | 14 | understand that the repayment of your loan to these |
| 14:41:47 | 15 | companies was coming from the sales of online |
| | 16 | cosmetics? |
| 14:41:52 | 17 | MR. HARRIS:  Objection; calls for speculation, |
| | 18 | lacks foundation. |
| 14:41:54 | 19 | BY MR. LITTLE: |
| | 20 | Q    You can answer, if you know. |
| 14:42:01 | 21 | A    Can you repeat? |
| | 22 | Q    Yeah, let me ask it differently.  As you sit |
| 14:42:04 | 23 | here today -- |
| | 24 | A    Because you try play.  Your English better |
| 14:42:07 | 25 | than mine -- |

Kusar   Keeping Your Word Is Our Business℠            Exhibit K, Page 46