# Exhibit Q

**Pamela Tanigawa**

| | |
|---|---|
| **From:** | Kelly Crawford [kelly.crawford@solidcounsel.com] |
| **Sent:** | Friday, July 24, 2015 12:32 PM |
| **To:** | Marc S. Harris; Annah Kim |
| **Cc:** | Charlene Koonce; Mitch Little; Tepfer, Reid A. (rtepfer@ftc.gov) |
| **Subject:** | FW: FTC v. Bunzai |
| **Attachments:** | 1-Igor email to Alon.pdf; 2-Skincare OU.pdf; 3-Kristina Perez email to Nastassia Yalley.pdf; 4-Merchant General Settlement Report.pdf |

Marc and Annah:

As a follow up to Charlene's email earlier today regarding Guayas and Sunset Holdings, please find attached additional documents obtained by the Receiver. These documents indicate that contrary to Mr. Latsanovski's deposition testimony under oath, Mr. Latsanovski was much more than a silent investor not involved in the skin care industry. Indeed, these documents show that Mr. Latsanovski was actively involved in management of Bunzai; that Mr. Latsanovski's partner in Guayas, Oleg Trushlya, was providing the Auravie product to Bunzai; and the use of European merchant accounts introduced by Mr. Latsanovski. There is also a reference to an offshore account. What is Mr. Latsanovski's explanation for not disclosing any of this information to the Receiver at his deposition, and in fact testifying contrary to what the Receiver has now discovered? It certainly begs the question of what other involvement does Mr. Latsanovski have in the selling of skincare products in the U.S. or outside the U.S. that he has not disclosed.

Kelly M. Crawford
Partner

Scheef & Stone, LLP
Ross Tower - Suite 2700
500 N. Akard Street
Dallas, Texas 75201
214.706.4213 (Direct)
214.706.4200 (Main)
214.706.4242 (Fax)
Kelly.Crawford@SolidCounsel.com
www.SolidCounsel.com

**SCHEEF & STONE, L.L.P.**
LEGAL COUNSEL BASED ON SOLID PRINCIPLES

**IRS Circular 230 Notice:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.