1 | **SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
2 | mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
3 | akim@scheperkim.com
601 West Fifth Street, 12th Floor
4 | Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
5 | Facsimile: (213) 613-4656

6 | **Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.**

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 | FEDERAL TRADE COMMISSION,

12 | Plaintiff,

13 | v.

14 | BUNZAI MEDIA GROUP INC., et al.,

15 | Defendants.

CASE NO. CV 15-04527 GW (PLAx)

**DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION**

*[Opposition to Preliminary Injunction and Permanent Receiver; Declaration of Annah S. Kim and [Proposed] Order Filed Concurrently]*

**Date: August 6, 2015**
**Time: 8:30 am**
**Judge:      Hon. George Wu**

---

DECLARATION OF IGOR LATSANOVSKI

1   **DECLARATION OF IGOR LATSANOVSKI**

2   I, IGOR LATSANOVSKI, declare as follows:

3   I am a party in the above-entitled action. I have personal knowledge of the facts set

4   forth herein, except as to those stated on information and belief and, as to those, I

5   am informed and believe them to be true. If called as a witness, I could and would

6   competently testify to the matters stated herein.

7       1.    I am the sole shareholder and have been president and Chief Executive

8   Officer of Defendant Calenergy, Inc. ("Calenergy") since approximately 2009. My

9   duties as Calenergy's CEO include researching and selecting investment

10   opportunities for Calenergy. I am also a shareholder in Vastpay LLC ("Vastpay"),

11   Sunset Holding Partners LLC ("Sunset"), Guayas Ltd (Guayas") and ComicsFix

12   LLC ("ComicsFix").

13       2.    I hereby incorporate my July 15, 2015 declaration to avoid repetition

14   and am submitting additional evidence in support of my request to have the asset

15   freeze lifted and the receivership removed from Vastpay, ComicsFix and Sunset

16   Holdings. For the court's convenience, attached as Exhibit L is a true and correct

17   copy of my July 15, 2015 Declaration and Exhibits (Doc. No. 90-1 et seq.).

18   **LEGITIMATE BUSINESSES MAY CLOSE DUE TO THE ASSET FREEZE**

19       3.    As set forth in my July 15, 2015 declaration, the business accounts for

20   Vastpay LLC ("Vastpay"), Sunset Holding Partners LLC ("Sunset") and ComicsFix

21   LLC ("ComicsFix") are frozen even though they have no connection to the internet

22   skincare business operated by the Bunzai Group alleged in the Complaint because

23   they are funded by overseas investors, run by independent CEOs and have

24   additional shareholders.

25       4.    I have reviewed the documents that the Temporary Receiver sent to my

26   attorney on July 24, 2015 at 12:32 pm. Skincare OU was a separate business from

27   Guayas, which was run by Oleg Trushlya. Guayas (or any companies in which I

28   have an interest) and I never received any money from Trushlya or Skincare OU.

1    5.    My investment strategy involves potential businesses contacting me to
2    find investors for their businesses. My role is to locate these investors and facilitate
3    the transfer of funds from these third party overseas investors to the potential
4    businesses. I do not and did not play any role in these potential or existing
5    businesses other than to provide funds from third party investors through
6    Calenergy's accounts. Once I locate these investors, these investors transfer these
7    funds money to Calenergy and Calenergy then transfer the funds to the businesses as
8    needed.

9    6.    Without access to funds frozen by the TRO, Sunset Holdings,
10   ComicsFix and Vastpay will not be able to pay their outstanding bills or continue
11   business operations.

12   **Sunset Holdings Is Not Owned by Calenergy**

13   7.    Sunset Holdings Partners LLC is owned by Michael Peniche and
14   myself. I have been the managing member of Sunset Holdings from its inception in
15   January 2015. Attached hereto as Exhibit M is a true and correct copy of Sunset
16   Holding's Operating Agreement and Section 10 ("IGOR LATSANOVSKI to serve
17   as the Managing Member").

18   8.    From day one, Mr. Peniche was Sunset Holdings' CEO and handle the
19   daily operations of Sunset Holdings. In exchange, I agreed that Mr. Peniche was a
20   member of Sunset LLC. I also signed a May 5, 2015 agreement to confirm these
21   terms, which admitted Mike Peniche as a member, gave Mr. Peniche 40% of its
22   shares and myself 60%, and set forth the responsibilities for each member of Sunset
23   Holdings. Attached hereto as Exhibit N is a true and correct copy of this May 5,
24   2015 Agreement.

25   **Sunset Holdings is Funded by Outside Investors**

26   9.    Calenergy acted as a "broker" on behalf of Sunset Holdings, by
27   identifying and securing loans for Sunset Holdings from Guayas Ltd, an European
28   limited company and another foreign investor ("Bavaria LP" or "Bavaria") in

1  January and April 2015.  These investors transferred money into Calenergy's

2  accounts, and Calenergy distributed this proceeds to the Sunset Holdings' account as

3  needed.  Initially Calenergy received $5,868,000 from Guayas and Bavaria LP

4  (Bavaria transferred its loan to Guayas) and Sunset Holdings agreed to repay

5  Guayas $5,868,000, which was all the money Calenergy received from these

6  European investors.  Attached as Exhibit O is a true and correct copy of the May 20,

7  2015 agreement between Guayas and Sunset Holdings.  As such, Sunset Holdings,

8  not Calenergy, are responsible for repaying Guayas.

9  **How Money Was Transferred to Sunset Holdings**

10      10.    I reviewed the account statements for both Sunset Holdings and

11  Calenergy from January 2015 through July 2015.  I identified all the wire transfers

12  from Guayas and Bavaria to Calenergy's account which were then transferred to

13  Sunset Holdings' account.  Attached as Exhibit P is a spreadsheets which reflects all

14  the transactions in the Sunset Holdings' account from January 21, 2015 through July

15  15, 2015.  Set forth below are two charts that reflect (a) the flow of funds from

16  Guayas and Bavaria to Calenergy accounts and (b) the flow of funds from

17  Calenergy account to Sunset Holdings.

18      Chart 1:  European Funds to Calenergy in 2015

| Date | $ received from Guayas/Bavaria |
|------|-------------------------------|
| 1/27/2015 | $ 1,500,000.00 |
| 3/11/2015 | $ 1,000,000.00 |
| 4/2/2015 | $ 680,000.00 |
| 4/9/2015 | $ 298,500.00 |
| 4/10/2015 | $ 298,500.00 |
| 4/13/2015 | $ 298,500.00 |
| 4/13/2015 | $ 298,500.00 |
| 4/14/2015 | $ 298,500.00 |
| 4/14/2015 | $ 199,000.00 |
| 4/15/2015 | $ 298,500.00 |
| 4/17/2015 | $ 200,000.00 |
| 4/17/2015 | $ 198,000.00 |
| 4/24/2015 | $ 300,000.00 |

1

| Total | $ 5,868,000.00 |
|---|---|

2

3

Chart 2: Calenergy Transfer of European Funds to Sunset Holdings in 2015

4

5

| Date | $ Received from Calenergy |
|---|---|
| 5/15/2015 | $ 200,000.00 |
| 5/12/2015 | $ 30,000.00 |
| 5/5/2015 | $ 10,000.00 |
| 4/27/2015 | $ 100,000.00 |
| 4/21/2015 | $ 300,000.00 |
| 4/14/2015 | $ 500,000.00 |
| 4/6/2015 | $ 50,000.00 |
| 4/3/2015 | $ 10,000.00 |
| 4/2/2015 | $ 700,000.00 |
| 3/23/2015 | $ 250,000.00 |
| 3/13/2015 | $ 600,000.00 |
| 3/5/2015 | $ 135,000.00 |
| 1/30/2015 | $ 500,000.00 |
| 1/30/2015 | $ 600,000.00 |
| 1/30/2015 | $ 500,000.00 |
| 1/21/2015 | $ 116,000.00 |
| | |
| Total | $ 4,601,000.00 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      11.     As set forth above, Calenergy received $5,868,000 from Guayas and

21 other overseas lenders and transferred approximately $4.6 million of these funds in

22 Sunset Holdings in 2015. In addition, Sunset Holdings received $2.085 million

23 directly from a foreign investor and a hard money loan in June 2015. To date,

24 Sunset Holdings has approximately spent $7,753,301. All of this money was used

25 to purchase real estate and pay Sunset's business expenses, such as costs related to

26 the renovation of the purchased properties and interest payments. None of the

27 monies received by Sunset Holdings were from the Bunzai Group skincare business.

28

4

**Sunset Holdings Faces Significant Legal Liabilities Due to the Asset Freeze**

12.    The purpose of Sunset Holdings is to invest in real estate, primarily properties that can be purchased, renovated and re-sold at a profit. Based upon my conversations with the Sunset Holdings' CEO, I understand that since the imposition of the asset freeze, Sunset Holdings has not been able to develop its real estate investment and has lost potential business opportunities because it has not been able to use its funds or assets. If the asset freeze is not lifted, Sunset not only will be forced to shut down, its shareholders will face significant losses, and its contractors will remain unpaid.

13.    In addition to the potential destruction of Sunset Holdings' business, the Sunset Holdings' CEO informed me that Sunset Holdings' investors will demand immediate repayment if they are unable to secure their loans by placing liens on properties that their funds were used to purchase and may file lawsuits against Sunset Holdings to protect their interests.

**Vastpay and ComicsFix Are Legitimate Businesses with No Connection to the Bunzai Group**

14.    Vastpay is a merchant service provider formed in March 2013. Based upon my conversations with the Vastpay CEO, I understand that Vastpay has not received any income from any of the defendants in this action.

15.    Similar to Sunset Holdings, Vastpay is a business that it is independent of the Bunzai Group skincare business. Vastpay received $600,000 investment from Guayas, an European investor, and a $20,000 loan from Calenergy. This $20,000 loan from Calenergy is also money that Calenergy obtained from Guayas, not the internet skincare business.

16.    Based upon my conversations with Vastpay's CEO, I understand that Vastpay is delinquent on its lease and the equipment that it needs to operate its merchant service provider business has been repossessed. If Vastpay is unable to operate its business, it will not be able to repay its investors or generate any income.

5

17.     ComicsFix is an online comics content provider was also formed in 2013. Like Sunset Holdings and Vastpay, it is an independent company and run by an independent CEO. To date, ComicsFix has received approximately $195,000 in investments and never directly received any money from the Bunzai Group.

18.     The CEO for ComicsFix has informed that ComicsFix needs to develop software for its business and has an outstanding bill for work that has already been performed. If this bill (and other contractors' invoices) remain unpaid, these vendors will stop working for ComicsFix and ComicsFix will not be able to develop the required software.

19.     Accordingly, I am requesting that this Court lift the asset freeze so (a) I may pay my personal living expenses with existing funds and (b) that these legitimate businesses (Sunset Holdings, Vastpay, ComicsFix), which never received any funds from the Bunzai Group, can continue operations, avoid defaulting on outstanding obligations, generate potential income to support their CEOs and protect their foreign investors' interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2015, at Calabasas, California.

IGOR LATSANOVSKI