# Exhibit O

**Agreement of Assignment**

May 20, 2015

Agreement of Assignment (hereinafter referred to as Agreement of Assignment) made by and between

**GUAYAS LTD**, located at Estonia (hereinafter referred to as **Assignor** or **GUAYAS**), represented by Mr. Oleg Trushlya,

and

**SUNSET HOLDING PARTNERS LLC**, located at California (hereinafter referred to as **Assignee** or **SUN**), represented by Mr. Cesar M. Peniche,

hereinafter also referred to as Party or Parties.

The Parties hereto hereby agree as follows:

**1 Definitions**

For purposes of this Agreement of Assignment the following terms shall have the meanings hereunder assigned to them by the Parties:

Assignor – **GUAYAS LTD**, who pursuant to
- the Loan Agreement from 12.01.2015 concluded between GUAYAS and CAL (hereinafter referred to as **Agreement 1**)
and
- the Agreement of Assignment from 20.04.2015, concluded between GUAYAS and BAVARIA INTER LP (hereinafter referred to as **Agreement 2**),

had a claim against the CAL, by concluding the Agreement of Assignment GUAYAS assigns the claim to the SUN.

Assignee – **SUNSET HOLDING PARTNERS LLC**, who acquires the claim of the Assignor against the Debtor arising from the Agreement 1 and Agreement 2.

Debtor – **CALENERGY LLC** (hereinafter referred to as **Debtor** or **CAL**), located at California, having a proprietary obligation with respect to the Assignor, arising from the Agreement 1 and Agreement 2, which becomes a proprietary obligation with respect to the Assignee upon conclusion of the Agreement of Assignment between the Assignor and the Assignee.

Agreement of Assignment - this agreement of assigning the claim, together with every appendix and amendment thereto made in accordance with this Agreement.




1

Assignment Fee is the amount payable by the Assignee to the Assignor for the assignment of the claim.

## II Object of Agreement of Assignment

2.1. The proprietary obligations of the Debtor (CAL) arising from the Agreement 1 and Agreement 2 shall be the object of the Agreement of Assignment. According to the Agreement 1 and Agreement 2 the Debtor (CAL) is under the obligation to the Assignor (GUAYAS).

2.2. The proprietary obligations of the Debtor (CAL) at the moment of conclusion of the Agreement of Assignment is **US$ 5,868,000**, including
- arising from the Agreement 1        **US$ 3,480,000**
- arising from the Agreement 2        **US$ 2,388,000**

2.3. The Assignee (SUN) shall acquire the claim of the Assignor (GUAYAS) against the Debtor (CAL) in the amount of **US$ 5,868,000**.

2.4. All conditions of the Agreement 1 and Agreement 2 will stay in force after signing the present Agreement of Assignment, including
- The loans will be granted in order to purchase real estate objects. Every time a real estate object is sold, the Debtor must return the capital amount and interest of the respective Agreement to the Assignee.
- The Loans are secured. The purchased real estate must be mortgaged in favour of the Assignee.
- The Loans shall bear annual interest of 11 %. Interest shall be fully paid not later than the repayment of last part of principal amount.

## III Assignment Fee

3.1. The Assignee shall pay the Assignment Fee in the amount of **US$ 5,868,000** (five million eight hundred and sixty eight thousand US Dollars). The Assignment Fee shall be transferred to the account of Assignor.

3.2. The Assignment Fee in the sum of **US$ 5,868,000** shall be paid to the account mentioned by the Assignor within one year following the signing of the Agreement of Assignment by the Parties. Failing to pay the Assignment Fee within one year, the Assignee shall pay to the Assignor a penal fine in the amount of 5% from the unreturned sum.

3.3. The Assignee shall acquire in return for the Assignment Fee the claim of the Assignor against the Debtor.

## IV Special Conditions

4.1. The Assignor hereby confirms that the documents constituting the basis for the proprietary claim arising from the Agreements 1 and 2, are accurate and true, have been delivered to the Assignee in their completeness, and that the loan has been made available to the Debtor.

4.2. The Assignor hereby undertakes not to transfer or assign to third parties the claim assigned to the Assignee, neither shall it encumber the claim with other limited real rights nor perform any other civil transactions without the written consent of the Assignee.

## V Rights and Obligations of the Assignor

5.1. The Assignor has the right to the Assignment Fee, which shall be paid according to articles 3.1. - 3.3.

5.2. The Assignor undertakes to inform the Debtor about the conclusion of the Agreement of Assignment.

## VI Obligations of the Assignee

6.1. The Assignee undertakes to pay the Assignment Fee in return for the assignment of the claim within one year following the signing of the Agreement by the Parties.

## VII Resolution of Disputes

7.1. Disputes arising between the Parties shall be resolved by means of negotiations. If an agreement is not reached between the Parties the dispute is resolved in court.

## VIII Other Provisions

8.1. Any changes to the Agreement of Assignment, including additions and amendments, shall be recorded in writing and take effect after signing by the Parties, except as agreed otherwise by the Parties.

8.2. Any notices delivered to the other Party shall be in writing and shall take effect as of their receipt. Notices sent by a Party by registered mail to the addresses of the Parties, specified in the Agreement of Assignment or in a later notice, are also deemed as having been received, if seven days have elapsed since their mailing.

8.3.   The Agreement of Assignment, its contents, terms and/or specific provisions may not be disclosed to third parties without the written consent of the other Party, to the extent it does not hinder the execution of the Agreement of Assignment.   Violation of the above requirement does not cause cancellation of the Agreement of Assignment or involve the right to cancel the Agreement of Assignment, but gives the right to claim damages.



3

## IX Validity

9.1. The Agreement of Assignment shall take effect as of the moment of signing by the Parties.

9.2. By signing the Agreement of Assignment the Parties certify that they have observed every rule, procedure and requirement for co-ordination that they must observe to be able to undertake the obligations specified in the Agreement, and that the Assignor has been granted the right and authority to sign the Agreement.

9.3. In case a provision of the Agreement of Assignment proves fully or partially invalid or cannot be executed, other provisions of the Agreement of Assignment remain valid.

9.4. The Agreement of Assignment has been concluded in English, in two identical copies on four pages, of which the Assignor receives one copy and the Assignee the other.

9.5. The annexes
- No.1 Balance confirmation between GUAYAS and CAL,
- No.2 Loan Agreement from January 12, 2015 between GUAYAS and CAL,
- No.3 Agreement of Assignment from April 20, 2015 between GUAYAS and BAVARIA INTER LP
are an integral part of the present Agreement of Assignment.

**ADDRESSES AND SIGNATURES OF THE PARTIES:**

Assignor:                                          Assignee:

**GUAYAS Ltd**                                     **SUNSET HOLDING PARTNERS LLC**

Ahtri 10a Tallinn 10151,                           705 W 9th Street, suit 1807,
ESTONIA                                            Los Angeles, CALIFORNIA 90015

Mr. Oleg Trushlya                                  Mr. Cesar M. Peniche

**Appendix 1 to Agreement of Assignment**

**Guayas Ltd**
Ahtri 10a,
Tallinn 10151
ESTONIA
(The Creditor)

**Calenergy LLC**
23679 Calabasas Rd, office 531
Los Angeles 91302
CALIFORNIA
(The Debtor)

**BALANCE CONFIRMATION**

May 20, 2015

Hereby we confirm that Calenergy LLC debt to Guayas Ltd as at May 20, 2015 is **US$ 5,868,000**, including

- according to the Loan Agreement from January 12, 2015                              US$ 3,480,000,
- according to the Agreement of Assignment from April 20, 2015,
   based on Loan Contract BA-GA-2015-04-113 from April 08, 2015     US$ 2,388,000

The history of payments to Calenergy LLC bank account are following:

| Payments from Guayas Ltd according to the Loan Agreement from 12.01.2015 | | Payments from Bavaria Inter LP according to the Agreement of Assignment from 20.04.2015 | |
|---|---|---|---|
| 27.01.2015 | $1 500 000 | 9.04.2015 | $298 500 |
| 11.03.2015 | $1 000 000 | 10.04.2015 | $298 500 |
| 2.04.2015 | $680 000 | 13.04.2015 | $298 500 |
| 24.04.2015 | $300 000 | 13.04.2015 | $298 500 |
|  |  | 14.04.2015 | $298 500 |
|  |  | 14.04.2015 | $199 000 |
|  |  | 15.04.2015 | $298 500 |
|  |  | 17.04.2015 | $200 000 |
|  |  | 17.04.2015 | $198 000 |
| Total | $3 480 000 | Total | $2 388 000 |

Mr. Oleg Truslya                                                    Mr. Igor Latsanovski

[Seal: EESTI VABARIIK * OÜ Guayas * REPUBLIC OF ESTONIA]