# Exhibit P

**Sunset Holdings Bank Records**

| Date | Amount (Expenses) | Bank Description |
|---|---|---|
| 7/15/2015 | $ (130.25) | FARMERS INS EXCH INSPAYMENT 071515 004753031001000 SUNSET HOLDING PARTNER |
| 7/15/2015 | $ (129.08) | FARMERS INS EXCH INSPAYMENT 071515 004753023001000 SUNSET HOLDING PARTNER |
| 7/13/2015 | $ (424.57) | FOREMOST EPM PYMT 071315 3810090759744 SUNSET HOLDING PARTNER |
| 7/8/2015 | $ (3.00) | ONLINE DEP DETAIL & IMAGES |
| 7/3/2015 | $ (243.77) | FOREMOST EPM PYMT 070315 3810090831853 SUNSET HOLDING PARTNER |
| 7/3/2015 | $ (190.90) | FOREMOST EPM PYMT 070315 3810090789736 SUNSET HOLDING PARTNER |
| 7/3/2015 | $ 1,947.95 | BANK ORIGINATED CREDIT |
| 7/1/2015 | $ 1,958.10 | OVERDRAFT XFER FROM CREDIT CARD OR LINE |
| 7/1/2015 | $ (1,947.95) | WF LOAN/LINE AUTO PAY 150630 171709144600001 LATSANOVSKI IGO |
| 7/1/2015 | $ (900,000.00) | WT FED#00560 CITIZENS BUSINESS /FTR/BNF=PARKFIELD ESCROW , INC SRF# 0000944181039644 TRN#150701123038 RFB# |
| 7/1/2015 | $ (706,000.00) | WT FED#00118 CITY NATIONAL BANK /FTR/BNF=LA CITIWIDE ESCROW MARINA SRF# 0000944181992744 TRN#150701121860 RFB# |
| 7/1/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150701123038 SRF# 0000944181039644 TRN#150701123038 RFB# |
| 7/1/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150701121860 SRF# 0000944181992744 TRN#150701121860 RFB# |
| 6/30/2015 | $ 49.85 | INTEREST PAYMENT |
| 6/17/2015 | $ (50,000.00) | ONLINE TRANSFER TO CALENERGY, INC. REF #IBE5N974FJ BUSINESS CHECKING VIA MOBILE |
| 6/17/2015 | $ (10,000.00) | WT FED#04280 JPMORGAN CHASE BAN /FTR/BNF=LISA KRIGSMAN SRF# 0000944168409233 TRN#150617104283 RFB# |
| 6/17/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150617104283 SRF# 0000944168409233 TRN#150617104283 RFB# |
| 6/16/2015 | $ (574.36) | FOREMOST EPM PYMT 061615 3810090809865 SUNSET HOLDINGS |

| Date | Amount | Description |
|---|---|---|
| 6/16/2015 | $ (107.36) | FARMERS INS EXCH INSPAYMENT 061615 004753023001000 SUNSET HOLDING PARTNER |
| 6/16/2015 | $ (98.00) | FARMERS INS EXCH INSPAYMENT 061615 004753031001000 SUNSET HOLDING PARTNER |
| 6/16/2015 | $ (200,000.00) | ONLINE TRANSFER TO CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE8KBC43M ON 06/16/15 |
| 6/15/2015 | $ (4,469.15) | ONLINE TRANSFER REF #IBEN5J3HKJ TO BUSINESS CARD XXXXXXXXXXXX0606 ON 06/15/15 |
| 6/12/2015 | $ 985,000.00 | WT FED#00761 CITIBANK NA NYBD C /ORG=LAWRENCE J RUBIN SRF# G0151633687001 TRN#150612116649 RFB# |
| 6/11/2015 | $ (50,000.00) | WT FED#09757 BANK OF AMERICA, N /FTR/BNF=southern california home investors SRF# 0000944162423282 TRN#150611122602 RFB# |
| 6/11/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150611122602 SRF# 0000944162423282 TRN#150611122602 RFB# |
| 6/11/2015 | $ 1,100,000.00 | WT FED#09327 NK BANK /ORG=1/ZOLOTAREVA MARIYA ALEKSANDROVNA SRF# 0611315559009417 TRN#150611037688 RFB# |
| 6/10/2015 | $ (10,000.00) | CHECK # 1058 |
| 6/10/2015 | $ (100,000.00) | WT FED#01722 CITY NATIONAL BANK /FTR/BNF=LA CITIWIDE ESCROW MARINA SRF# 0000944160097762 TRN#150610069654 RFB# |
| 6/10/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150610069654 SRF# 0000944160097762 TRN#150610069654 RFB# |
| 6/9/2015 | $ 150,000.00 | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADVANTAGE(RM) XXXXXX3540 REF #IBE5N6SP6Y ON 06/09/15 |
| 6/9/2015 | $ 5,850.00 | DEPOSIT MADE IN A BRANCH/STORE #922862929 |
| 6/8/2015 | $ (3.00) | ONLINE DEP DETAIL & IMAGES |
| 6/5/2015 | $ (16,000.00) | WITHDRAWAL MADE IN A BRANCH/STORE |
| 6/5/2015 | $ 5,000.00 | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBEK8CVFCJ COMPLETE ADVANTAGE(RM) VIA MOBILE |
| 6/3/2015 | $ (3,850.00) | CHECK # 1051 |
| 6/3/2015 | $ (243.77) | FOREMOST EPM PYMT 060315 3810090831853 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ (190.90) | FOREMOST EPM PYMT 060315 3810090789736 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ (148.78) | FOREMOST EPM PYMT 060315 3810090861439 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ (121.80) | FOREMOST EPM PYMT 060315 3810090861434 SUNSET HOLDING PARTNER |

| | | |
|---|---:|---|
| 6/3/2015 | $ 5,000.00 | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADVANTAGE(RM) XXXXXX3540 REF #IBEGC9QFC4 ON 06/03/15 |
| 6/3/2015 | $ (35.00) | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/02 $16,000.00 CHECK # 01029 |
| 6/3/2015 | $ 16,000.00 | CHECK REVERSAL # 1029 |
| 6/2/2015 | $ (16,000.00) | CHECK # 1029 |
| 6/1/2015 | $ (1,000.00) | AMERICAN EXPRESS ACH PMT 150601 W1318 IGOR LATSANOVSKI |
| 6/1/2015 | $ (8,500.00) | CHECK # 1028 |
| 6/1/2015 | $ (221.91) | WF LOAN/LINE AUTO PAY 150529 171709144600001 LATSANOVSKI IGO |
| 6/1/2015 | $ (574.36) | FOREMOST EPM PYMT 060115 3810090809865 SUNSET HOLDING PARTNER |
| 5/29/2015 | $ 2.26 | INTEREST PAYMENT |
| 5/29/2015 | $ (1,231.57) | CHECK # 1050 |
| 5/28/2015 | $ (6,000.00) | CHECK # 1052 |
| 5/28/2015 | $ (6,000.00) | CHECK # 1053 |
| 5/28/2015 | $ (4,684.35) | CHECK # 1054 |
| 5/27/2015 | $ (142.93) | FOREMOST EPM PYMT 052715 3810090662718 SUNSET HOLDING PARTNER |
| 5/27/2015 | $ 20,000.00 | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE8K484Z9 COMPLETE ADVANTAGE(RM) VIA MOBILE |
| 5/26/2015 | $ (213.64) | FOREMOST EPM PYMT 052615 3810090710059 LLC SUNSET HOLDING PAR |
| 5/19/2015 | $ (302.02) | FOREMOST EPM PYMT 051915 3810090809865 SUNSET HOLDINGS |
| 5/15/2015 | $ (300,000.00) | WT FED#00177 CITIZENS BUSINESS /FTR/BNF=PARKFIELD ESCROW, INC. SRF# 0063441135665560 TRN#150515178076 RFB# |
| 5/15/2015 | $ (35,000.00) | WT FED#08176 BANK OF AMERICA, N /FTR/BNF=SOUTHERN CALIFORNIA HOME INVESTORS SRF# 0000944134026650 TRN#150515169902 RFB# |
| 5/15/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150515178076 SRF# 0063441135665560 TRN#150515178076 RFB# |
| 5/15/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150515169902 SRF# 0000944134026650 TRN#150515169902 RFB# |
| 5/15/2015 | $ 200,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBER28W77L ON 05/15/15 |
| 5/14/2015 | $ (2,800.00) | CHECK # 1023 |
| 5/14/2015 | $ (50,000.00) | CHECK # 1047 |

| Date | Amount | Description |
|---|---|---|
| 5/14/2015 | $ (20,000.00) | CHECK # 1022 |
| 5/14/2015 | $ (35,000.00) | CHECK # 1048 |
| 5/14/2015 | $ 130,000.00 | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE5MXGZVH COMPLETE ADVANTAGE(RM) VIA MOBILE |
| 5/14/2015 | $ 25.34 | eDeposit in Branch/Store 05/14/15 05:36:03 PM 23701 CALABASAS RD CALABASAS CA 9222 |
| 5/13/2015 | $ 6,000.00 | eDeposit in Branch/Store 05/13/15 11:12:23 AM 23701 CALABASAS RD CALABASAS CA 9222 |
| 5/12/2015 | $ (1,500.00) | CHECK # 1021 |
| 5/12/2015 | $ 100,000.00 | ONLINE TRANSFER REF #IBE5MWV6TZ FROM PCS LINE OF CREDIT XXXXXX44600001 ON 05/12/15 |
| 5/12/2015 | $ 30,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBEK84TBHC ON 05/12/15 |
| 5/11/2015 | $ 4,399.74 | OVERDRAFT XFER FROM CREDIT CARD OR LINE |
| 5/11/2015 | $ (255.53) | FOREMOST EPM PYMT 051115 3810090831853 SUNSET HOLDING PARTNER |
| 5/11/2015 | $ (7,600.00) | CHECK # 1019 |
| 5/8/2015 | $ (3.00) | ONLINE DEP DETAIL & IMAGES |
| 5/5/2015 | $ (190.90) | FOREMOST EPM PYMT 050515 3810090789736 SUNSET HOLDING PARTNER |
| 5/5/2015 | $(1,029,153.05) | WT FED#03596 COMERICA BANK /FTR/BNF=GLEN OAKS ESCROW SRF# 0000944125537089 TRN#150505142168 RFB# |
| 5/5/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150505142168 SRF# 0000944125537089 TRN#150505142168 RFB# |
| 5/5/2015 | $ 10,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE2QSJMTQ ON 05/05/15 |
| 5/4/2015 | $ 900,000.00 | ONLINE TRANSFER REF #IBER25TGXL FROM PCS LINE OF CREDIT XXXXXX44600001 ON 05/04/15 |
| 4/30/2015 | $ 16.56 | INTEREST PAYMENT |
| 4/28/2015 | $ (1,754.43) | AMERICAN EXPRESS ACH PMT 150428 W1500 IGOR LATSANOVSKI |
| 4/27/2015 | $ (33,000.00) | CHECK # 1046 |
| 4/27/2015 | $ 100,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QPYPVZ BUSINESS CHECKING VIA MOBILE |
| 4/27/2015 | $ 300.00 | CARD PROVISIONAL CREDIT 30424150579 |
| 4/24/2015 | $ (300.00) | ATM WITHDRAWAL AUTHORIZED ON 04/24 23701 CALABASAS RD CALABASAS CA 0004340 ATM ID 0944C CARD 6169 |
| 4/23/2015 | $ (565.72) | FOREMOST EPM PYMT 042315 3810090662718 SUNSET HOLDING PARTNER |

| 4/22/2015 | $ | (15,000.00) | CHECK # 1006 |
|---|---|---|---|
| 4/22/2015 | $ | (14,000.00) | CHECK # 1005 |
| 4/22/2015 | $ | (8,000.00) | CHECK # 1004 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1003 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1002 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1001 |
| 4/22/2015 | $ | (702,351.61) | WT FED#09887 MUFG UNION BANK, N /FTR/BNF=LAWYERS TITLE COMPANY-LA SRF# 0000944111267488 TRN#150422140005 RFB# |
| 4/21/2015 | $ | (107.82) | FOREMOST EPM PYMT 042115 3810090710059 SUNSET HOLDING PARTNER |
| 4/21/2015 | $ | 300,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE5MQ376P BUSINESS CHECKING VIA MOBILE |
| 4/17/2015 | $ | (10,000.00) | CHECK # 1020 |
| 4/16/2015 | $ | (2,103.56) | WT FED#00128 BANK OF THE WEST ( /FTR/BNF=Fidelity National Title Company SRF# 0000944106332838 TRN#150416129847 RFB# |
| 4/16/2015 | $ | (200,000.00) | WT FED#02879 COMERICA BANK /FTR/BNF=GLEN OAKS ESCROW SRF# 0000944106505738 TRN#150416103400 RFB# |
| 4/16/2015 | $ | 766.51 | eDeposit in Branch/Store 04/16/15 11:00:02 AM 23701 CALABASAS RD CALABASAS CA 9222 |
| 4/15/2015 | $ | (1,648.63) | CHECK # 1008 |
| 4/15/2015 | $ | (1,500.00) | CHECK # 1013 |
| 4/14/2015 | $ | (40,000.00) | CHECK # 1011 |
| 4/14/2015 | $ | (25,000.00) | CHECK # 1010 |
| 4/14/2015 | $ | (98.44) | FOREMOST EPM PYMT 041415 3810090759744 SUNSET HOLDING PARTNER |
| 4/14/2015 | $ | 500,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBETWZ9F6R ON 04/14/15 |
| 4/13/2015 | $ | 6,286.14 | DEPOSIT MADE IN A BRANCH/STORE #922912652 |
| 4/10/2015 | $ | (35,000.00) | CHECK # 1007 |
| 4/10/2015 | $ | (200.10) | FOREMOST EPM PYMT 041015 3810090789736 SUNSET HOLDING PARTNER |
| 4/7/2015 | $ | (682,972.68) | WT FED#03599 BANK OF THE WEST ( /FTR/BNF=Fidelity National Title Company SRF# 0000944097556217 TRN#150407141357 RFB# |
| 4/7/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150407141357 SRF# 0000944097556217 TRN#150407141357 RFB# |
| 4/6/2015 | $ | 50,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QHVLPC BUSINESS CHECKING VIA MOBILE |

| Date | Amount | Description |
|---|---|---|
| 4/3/2015 | $ (86.67) | PURCHASE AUTHORIZED ON 04/01 LE PAIN QUOTIDIEN CALABASAS CA S385091784086006 CARD 6058 |
| 4/3/2015 | $ 10,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBEK7R6XHX ON 04/03/15 |
| 4/2/2015 | $ 700,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBEK7QNB5G ON 04/02/15 |
| 3/31/2015 | $ 17.90 | INTEREST PAYMENT |
| 3/25/2015 | $ (216,631.17) | WT FED#03405 CITY NATIONAL BANK /FTR/BNF=OPTIMA ESCROW INC SRF# 0000944083370915 TRN#150325129590 RFB# |
| 3/25/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150325129590 SRF# 0000944083370915 TRN#150325129590 RFB# |
| 3/23/2015 | $ (21,570.00) | WT FED#05259 CITY NATIONAL BANK /FTR/BNF=BRIGHTON ESCROW INC SRF# 0000944079110874 TRN#150323081378 RFB# |
| 3/23/2015 | $ (5,000.00) | WT SEQ#81317 CASTLEHEAD INC. ESCROWS /BNF=CASTLEHEAD, INC ESCROWS SRF# 0000944079754674 TRN#150323081317 RFB# |
| 3/23/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150323081378 SRF# 0000944079110874 TRN#150323081378 RFB# |
| 3/23/2015 | $ 250,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE8JH8D66 ON 03/23/15 |
| 3/20/2015 | $ (40,000.00) | CHECK # 1013 |
| 3/20/2015 | $ (10,000.00) | CHECK # 1016 |
| 3/18/2015 | $ (103.16) | FOREMOST EPM PYMT 031815 3810090759744 SUNSET HOLDING PARTNER |
| 3/13/2015 | $ (796,367.16) | WT FED#01499 BANK OF AMERICA, N /FTR/BNF=Fidelity National Title Company SRF# 0000944072323073 TRN#150313156639 RFB# |
| 3/13/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150313156639 SRF# 0000944072323073 TRN#150313156639 RFB# |
| 3/13/2015 | $ 600,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBEXSQTMVC ON 03/12/15 |
| 3/12/2015 | $ (4,000.00) | CHECK # 1020 |
| 3/12/2015 | $ (237.52) | FOREMOST EPM PYMT 031215 3810090752047 SUNSET HOLDING PARTNER |
| 3/12/2015 | $ (262,858.56) | WT FED#09287 CITY NATIONAL BANK /FTR/BNF=HORMONY ESCROW INC SRF# 0000944070383833 TRN#150312121651 RFB# |
| 3/12/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150312121651 SRF# 0000944070383833 TRN#150312121651 RFB# |

| 3/11/2015 | $ | (10,000.00) | CHECK # 1021 |
|---|---|---|---|
| 3/11/2015 | $ | (3,300.00) | CHECK # 1019 |
| 3/9/2015 | $ | (1,900.00) | CHECK # 1004 |
| 3/6/2015 | $ | (5,000.00) | WT FED#01067 CALIFORNIA UNITED /FTR/BNF=Inter Valley Escrow SRF# 0000944064349172 TRN#150306071621 RFB# |
| 3/6/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150306071621 SRF# 0000944064349172 TRN#150306071621 RFB# |
| 3/5/2015 | $ | 135,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBETWMCGJZ ON 03/05/15 |
| 3/4/2015 | $ | 1,932.66 | DEPOSIT MADE IN A BRANCH/STORE #902705885 |
| 3/3/2015 | $ | (285.62) | FOREMOST EPM PYMT 030315 3810090739100 SUNSET HOLDING PARTNER |
| 3/2/2015 | $ | (25,000.00) | CHECK # 1005 |
| 3/2/2015 | $ | (50.37) | PURCHASE AUTHORIZED ON 02/28 MARMALADE CAFE #14 WESTLAKE VILL CA S305059702981095 CARD 6058 |
| 3/2/2015 | $ | (48.88) | PURCHASE AUTHORIZED ON 02/27 JERRY'S STUDIO CIT STUDIO CITY CA S465058734558437 CARD 6058 |
| 2/27/2015 | $ | 41.27 | INTEREST PAYMENT |
| 2/27/2015 | $ | (20,000.00) | CHECK # 1006 |
| 2/27/2015 | $ | (351,127.09) | WT FED#03195 EAST-WEST BANK /FTR/BNF=pristine escrow inc SRF# 0000737057361671 TRN#150227193677 RFB# |
| 2/27/2015 | $ | (6,000.00) | WT FED#01064 CITY NATIONAL BANK /FTR/BNF=optima escrow inc torrance trust ac SRF# 0000737057540671 TRN#150227096374 RFB# |
| 2/27/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150227193677 SRF# 0000737057361671 TRN#150227193677 RFB# |
| 2/27/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150227096374 SRF# 0000737057540671 TRN#150227096374 RFB# |
| 2/25/2015 | $ | (50,000.00) | ONLINE TRANSFER TO CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE5M6BGVW ON 02/25/15 |
| 2/24/2015 | $ | (112.98) | FOREMOST EPM PYMT 022415 3810090710059 SUNSET HOLDING PARTNER |
| 2/23/2015 | $ | (5,300.00) | WT FED#06295 CITY NATIONAL BANK /FTR/BNF=Harmony Escrow, Inc. SRF# 0000912052787401 TRN#150223080180 RFB# |
| 2/23/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150223080180 SRF# 0000912052787401 TRN#150223080180 RFB# |
| 2/18/2015 | $ | (800.00) | CHECK # 1022 |
| 2/13/2015 | $ | (12,000.00) | CHECK # 1023 |

| 2/13/2015 | $ | (35,000.00) | WT FED#06780 EAST-WEST BANK /FTR/BNF=Pristine Escrow Inc SRF# 0000944043702500 TRN#150213142669 RFB# |
|---|---|---|---|
| 2/13/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150213142669 SRF# 0000944043702500 TRN#150213142669 RFB# |
| 2/11/2015 | $ | (4,000.00) | CHECK # 1003 |
| 2/11/2015 | $ | (8,500.00) | CHECK # 1024 |
| 2/2/2015 | $ | (450,160.58) | WT FED#04019 CITY NATIONAL BANK /FTR/BNF=Unique Escrow Inc SRF# 0000944030585058 TRN#150202169114 RFB# |
| 2/2/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150202169114 SRF# 0000944030585058 TRN#150202169114 RFB# |
| 1/30/2015 | $ | 4.45 | INTEREST PAYMENT |
| 1/30/2015 | $ | 500,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBETW9F4Q7 ON 01/30/15 |
| 1/30/2015 | $ | 600,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE8HYFRHT ON 01/30/15 |
| 1/30/2015 | $ | 500,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBEN46F4YN ON 01/30/15 |
| 1/23/2015 | $ | (10,000.00) | WT FED#00306 CITY NATIONAL BANK /FTR/BNF=Unique Escrow Inc SRF# 0000944023774757 TRN#150123153022 RFB# |
| 1/23/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150123153022 SRF# 0000944023774757 TRN#150123153022 RFB# |
| 1/22/2015 | $ | (100,000.00) | WT FED#04753 BANK OF AMERICA, N /FTR/BNF=Fidelity National Title Company SRF# 0000944021542327 TRN#150122069966 RFB# |
| 1/22/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150122069966 SRF# 0000944021542327 TRN#150122069966 RFB# |
| 1/21/2015 | $ | (100.00) | ONLINE TRANSFER TO SUNSET HOLDING PARTNERS REF #IBECDXTZCD BUSINESS HIGH YIELD SAVING VIA MOBILE |
| 1/21/2015 | $ | 116,000.00 | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBECDXTXR6 BUSINESS CHECKING VIA MOBILE |

**Current Balance**   $   212,541.08

Exhibit P, Page 58

**Sunset Holdings Bank Records:  Expenses Only**

| Date | Amount (Expenses) | Bank Description |
|---|---|---|
| 7/15/2015 | $ (130.25) | FARMERS INS EXCH INSPAYMENT 071515 004753031001000 SUNSET HOLDING PARTNER |
| 7/15/2015 | $ (129.08) | FARMERS INS EXCH INSPAYMENT 071515 004753023001000 SUNSET HOLDING PARTNER |
| 7/13/2015 | $ (424.57) | FOREMOST EPM PYMT 071315 3810090759744 SUNSET HOLDING PARTNER |
| 7/8/2015 | $ (3.00) | ONLINE DEP DETAIL & IMAGES |
| 7/3/2015 | $ (243.77) | FOREMOST EPM PYMT 070315 3810090831853 SUNSET HOLDING PARTNER |
| 7/3/2015 | $ (190.90) | FOREMOST EPM PYMT 070315 3810090789736 SUNSET HOLDING PARTNER |
| 7/3/2015 | $ 1,947.95 | BANK ORIGINATED CREDIT |
| 7/1/2015 | $ 1,958.10 | OVERDRAFT XFER FROM CREDIT CARD OR LINE |
| 7/1/2015 | $ (1,947.95) | WF LOAN/LINE AUTO PAY 150630 171709144600001 LATSANOVSKI IGO |
| 7/1/2015 | $ (900,000.00) | WT FED#00560 CITIZENS BUSINESS /FTR/BNF=PARKFIELD ESCROW , INC SRF# 0000944181039644 TRN#150701123038 RFB# |
| 7/1/2015 | $ (706,000.00) | WT FED#00118 CITY NATIONAL BANK /FTR/BNF=LA CITIWIDE ESCROW MARINA SRF# 0000944181992744 TRN#150701121860 RFB# |
| 7/1/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150701123038 SRF# 0000944181039644 TRN#150701123038 RFB# |
| 7/1/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150701121860 SRF# 0000944181992744 TRN#150701121860 RFB# |
| 6/17/2015 | $ (50,000.00) | ONLINE TRANSFER TO CALENERGY, INC. REF #IBE5N974FJ BUSINESS CHECKING VIA MOBILE |
| 6/17/2015 | $ (10,000.00) | WT FED#04280 JPMORGAN CHASE BAN /FTR/BNF=LISA KRIGSMAN SRF# 0000944168409233 TRN#150617104283 RFB# |
| 6/17/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150617104283 SRF# 0000944168409233 TRN#150617104283 RFB# |
| 6/16/2015 | $ (574.36) | FOREMOST EPM PYMT 061615 3810090809865 SUNSET HOLDINGS |
| 6/16/2015 | $ (107.36) | FARMERS INS EXCH INSPAYMENT 061615 004753023001000 SUNSET HOLDING PARTNER |

| 6/16/2015 | $ | (98.00) | FARMERS INS EXCH INSPAYMENT 061615 004753031001000 SUNSET HOLDING PARTNER |
|---|---|---|---|
| 6/16/2015 | $ | (200,000.00) | ONLINE TRANSFER TO CALENERGY, INC. BUSINESS CHECKING XXXXXX8997 REF #IBE8KBC43M ON 06/16/15 |
| 6/15/2015 | $ | (4,469.15) | ONLINE TRANSFER REF #IBEN5J3HKJ TO BUSINESS CARD XXXXXXXXXXX0606 ON 06/15/15 |
| 6/11/2015 | $ | (50,000.00) | WT FED#09757 BANK OF AMERICA, N /FTR/BNF=southern california home investors SRF# 0000944162423282 TRN#150611122602 RFB# |
| 6/11/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150611122602 SRF# 0000944162423282 TRN#150611122602 RFB# |
| 6/10/2015 | $ | (10,000.00) | CHECK # 1058 |
| 6/10/2015 | $ | (100,000.00) | WT FED#01722 CITY NATIONAL BANK /FTR/BNF=LA CITIWIDE ESCROW MARINA SRF# 0000944160097762 TRN#150610069654 RFB# |
| 6/10/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150610069654 SRF# 0000944160097762 TRN#150610069654 RFB# |
| 6/9/2015 | $ | 5,850.00 | DEPOSIT MADE IN A BRANCH/STORE #922862929 |
| 6/8/2015 | $ | (3.00) | ONLINE DEP DETAIL & IMAGES |
| 6/5/2015 | $ | (16,000.00) | WITHDRAWAL MADE IN A BRANCH/STORE |
| 6/3/2015 | $ | (3,850.00) | CHECK # 1051 |
| 6/3/2015 | $ | (243.77) | FOREMOST EPM PYMT 060315 3810090831853 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ | (190.90) | FOREMOST EPM PYMT 060315 3810090789736 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ | (148.78) | FOREMOST EPM PYMT 060315 3810090861439 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ | (121.80) | FOREMOST EPM PYMT 060315 3810090861434 SUNSET HOLDING PARTNER |
| 6/3/2015 | $ | (35.00) | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED ON 06/02 $16,000.00 CHECK # 01029 |
| 6/1/2015 | $ | (1,000.00) | AMERICAN EXPRESS ACH PMT 150601 W1318 IGOR LATSANOVSKI |
| 6/1/2015 | $ | (8,500.00) | CHECK # 1028 |
| 6/1/2015 | $ | (221.91) | WF LOAN/LINE AUTO PAY 150529 171709144600001 LATSANOVSKI IGO |
| 6/1/2015 | $ | (574.36) | FOREMOST EPM PYMT 060115 3810090809865 SUNSET HOLDING PARTNER |
| 5/29/2015 | $ | (1,231.57) | CHECK # 1050 |
| 5/28/2015 | $ | (6,000.00) | CHECK # 1052 |
| 5/28/2015 | $ | (6,000.00) | CHECK # 1053 |

| 5/28/2015 | $ | (4,684.35) | CHECK # 1054 |
|---|---|---|---|
| 5/27/2015 | $ | (142.93) | FOREMOST EPM PYMT 052715 3810090662718 SUNSET HOLDING PARTNER |
| 5/26/2015 | $ | (213.64) | FOREMOST EPM PYMT 052615 3810090710059 LLC SUNSET HOLDING PAR |
| 5/19/2015 | $ | (302.02) | FOREMOST EPM PYMT 051915 3810090809865 SUNSET HOLDINGS |
| 5/15/2015 | $ | (300,000.00) | WT FED#00177 CITIZENS BUSINESS /FTR/BNF=PARKFIELD ESCROW, INC. SRF# 0063441135665560 TRN#150515178076 RFB# |
| 5/15/2015 | $ | (35,000.00) | WT FED#08176 BANK OF AMERICA, N /FTR/BNF=SOUTHERN CALIFORNIA HOME INVESTORS SRF# 0000944134026650 TRN#150515169902 RFB# |
| 5/15/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150515178076 SRF# 0063441135665560 TRN#150515178076 RFB# |
| 5/15/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150515169902 SRF# 0000944134026650 TRN#150515169902 RFB# |
| 5/14/2015 | $ | (2,800.00) | CHECK # 1023 |
| 5/14/2015 | $ | (50,000.00) | CHECK # 1047 |
| 5/14/2015 | $ | (20,000.00) | CHECK # 1022 |
| 5/14/2015 | $ | (35,000.00) | CHECK # 1048 |
| 5/12/2015 | $ | (1,500.00) | CHECK # 1021 |
| 5/11/2015 | $ | (255.53) | FOREMOST EPM PYMT 051115 3810090831853 SUNSET HOLDING PARTNER |
| 5/11/2015 | $ | (7,600.00) | CHECK # 1019 |
| 5/8/2015 | $ | (3.00) | ONLINE DEP DETAIL & IMAGES |
| 5/5/2015 | $ | (190.90) | FOREMOST EPM PYMT 050515 3810090789736 SUNSET HOLDING PARTNER |
| 5/5/2015 | $ | (1,029,153.05) | WT FED#03596 COMERICA BANK /FTR/BNF=GLEN OAKS ESCROW SRF# 0000944125537089 TRN#150505142168 RFB# |
| 5/5/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150505142168 SRF# 0000944125537089 TRN#150505142168 RFB# |
| 4/28/2015 | $ | (1,754.43) | AMERICAN EXPRESS ACH PMT 150428 W1500 IGOR LATSANOVSKI |
| 4/27/2015 | $ | (33,000.00) | CHECK # 1046 |
| 4/24/2015 | $ | (300.00) | ATM WITHDRAWAL AUTHORIZED ON 04/24 23701 CALABASAS RD CALABASAS CA 0004340 ATM ID 0944C CARD 6169 |
| 4/23/2015 | $ | (565.72) | FOREMOST EPM PYMT 042315 3810090662718 SUNSET HOLDING PARTNER |

| 4/22/2015 | $ | (15,000.00) | CHECK # 1006 |
|---|---|---|---|
| 4/22/2015 | $ | (14,000.00) | CHECK # 1005 |
| 4/22/2015 | $ | (8,000.00) | CHECK # 1004 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1003 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1002 |
| 4/22/2015 | $ | (6,000.00) | CHECK # 1001 |
| 4/22/2015 | $ | (702,351.61) | WT FED#09887 MUFG UNION BANK, N /FTR/BNF=LAWYERS TITLE COMPANY-LA SRF# 0000944111267488 TRN#150422140005 RFB# |
| 4/21/2015 | $ | (107.82) | FOREMOST EPM PYMT 042115 3810090710059 SUNSET HOLDING PARTNER |
| 4/17/2015 | $ | (10,000.00) | CHECK # 1020 |
| 4/16/2015 | $ | (2,103.56) | WT FED#00128 BANK OF THE WEST ( /FTR/BNF=Fidelity National Title Company SRF# 0000944106332838 TRN#150416129847 RFB# |
| 4/16/2015 | $ | (200,000.00) | WT FED#02879 COMERICA BANK /FTR/BNF=GLEN OAKS ESCROW SRF# 0000944106505738 TRN#150416103400 RFB# |
| 4/15/2015 | $ | (1,648.63) | CHECK # 1008 |
| 4/15/2015 | $ | (1,500.00) | CHECK # 1013 |
| 4/14/2015 | $ | (40,000.00) | CHECK # 1011 |
| 4/14/2015 | $ | (25,000.00) | CHECK # 1010 |
| 4/14/2015 | $ | (98.44) | FOREMOST EPM PYMT 041415 3810090759744 SUNSET HOLDING PARTNER |
| 4/10/2015 | $ | (35,000.00) | CHECK # 1007 |
| 4/10/2015 | $ | (200.10) | FOREMOST EPM PYMT 041015 3810090789736 SUNSET HOLDING PARTNER |
| 4/7/2015 | $ | (682,972.68) | WT FED#03599 BANK OF THE WEST ( /FTR/BNF=Fidelity National Title Company SRF# 0000944097556217 TRN#150407141357 RFB# |
| 4/7/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150407141357 SRF# 0000944097556217 TRN#150407141357 RFB# |
| 4/3/2015 | $ | (86.67) | PURCHASE AUTHORIZED ON 04/01 LE PAIN QUOTIDIEN CALABASAS CA S385091784086006 CARD 6058 |
| 3/25/2015 | $ | (216,631.17) | WT FED#03405 CITY NATIONAL BANK /FTR/BNF=OPTIMA ESCROW INC SRF# 0000944083370915 TRN#150325129590 RFB# |
| 3/25/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150325129590 SRF# 0000944083370915 TRN#150325129590 RFB# |

| 3/23/2015 | $ | (21,570.00) | WT FED#05259 CITY NATIONAL BANK /FTR/BNF=BRIGHTON ESCROW INC SRF# 0000944079110874 TRN#150323081378 RFB# |
|---|---|---|---|
| 3/23/2015 | $ | (5,000.00) | WT SEQ#81317 CASTLEHEAD INC. ESCROWS /BNF=CASTLEHEAD, INC ESCROWS SRF# 0000944079754674 TRN#150323081317 RFB# |
| 3/23/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150323081378 SRF# 0000944079110874 TRN#150323081378 RFB# |
| 3/20/2015 | $ | (40,000.00) | CHECK # 1013 |
| 3/20/2015 | $ | (10,000.00) | CHECK # 1016 |
| 3/18/2015 | $ | (103.16) | FOREMOST EPM PYMT 031815 3810090759744 SUNSET HOLDING PARTNER |
| 3/13/2015 | $ | (796,367.16) | WT FED#01499 BANK OF AMERICA, N /FTR/BNF=Fidelity National Title Company SRF# 0000944072323073 TRN#150313156639 RFB# |
| 3/13/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150313156639 SRF# 0000944072323073 TRN#150313156639 RFB# |
| 3/12/2015 | $ | (4,000.00) | CHECK # 1020 |
| 3/12/2015 | $ | (237.52) | FOREMOST EPM PYMT 031215 3810090752047 SUNSET HOLDING PARTNER |
| 3/12/2015 | $ | (262,858.56) | WT FED#09287 CITY NATIONAL BANK /FTR/BNF=HORMONY ESCROW INC SRF# 0000944070383833 TRN#150312121651 RFB# |
| 3/12/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150312121651 SRF# 0000944070383833 TRN#150312121651 RFB# |
| 3/11/2015 | $ | (10,000.00) | CHECK # 1021 |
| 3/11/2015 | $ | (3,300.00) | CHECK # 1019 |
| 3/9/2015 | $ | (1,900.00) | CHECK # 1004 |
| 3/6/2015 | $ | (5,000.00) | WT FED#01067 CALIFORNIA UNITED /FTR/BNF=Inter Valley Escrow SRF# 0000944064349172 TRN#150306071621 RFB# |
| 3/6/2015 | $ | (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150306071621 SRF# 0000944064349172 TRN#150306071621 RFB# |
| 3/3/2015 | $ | (285.62) | FOREMOST EPM PYMT 030315 3810090739100 SUNSET HOLDING PARTNER |
| 3/2/2015 | $ | (25,000.00) | CHECK # 1005 |
| 3/2/2015 | $ | (50.37) | PURCHASE AUTHORIZED ON 02/28 MARMALADE CAFE #14 WESTLAKE VILL CA S305059702981095 CARD 6058 |
| 3/2/2015 | $ | (48.88) | PURCHASE AUTHORIZED ON 02/27 JERRY'S STUDIO CIT STUDIO CITY CA S465058734558437 CARD 6058 |
| 2/27/2015 | $ | (20,000.00) | CHECK # 1006 |

| 2/27/2015 | $ (351,127.09) | WT FED#03195 EAST-WEST BANK /FTR/BNF=pristine escrow inc SRF# 0000737057361671 TRN#150227193677 RFB# |
|---|---|---|
| 2/27/2015 | $ (6,000.00) | WT FED#01064 CITY NATIONAL BANK /FTR/BNF=optima escrow inc torrance trust ac SRF# 0000737057540671 TRN#150227096374 RFB# |
| 2/27/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150227193677 SRF# 0000737057361671 TRN#150227193677 RFB# |
| 2/27/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150227096374 SRF# 0000737057540671 TRN#150227096374 RFB# |
| 2/24/2015 | $ (112.98) | FOREMOST EPM PYMT 022415 3810090710059 SUNSET HOLDING PARTNER |
| 2/23/2015 | $ (5,300.00) | WT FED#06295 CITY NATIONAL BANK /FTR/BNF=Harmony Escrow, Inc. SRF# 0000912052787401 TRN#150223080180 RFB# |
| 2/23/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150223080180 SRF# 0000912052787401 TRN#150223080180 RFB# |
| 2/18/2015 | $ (800.00) | CHECK # 1022 |
| 2/13/2015 | $ (12,000.00) | CHECK # 1023 |
| 2/13/2015 | $ (35,000.00) | WT FED#06780 EAST-WEST BANK /FTR/BNF=Pristine Escrow Inc SRF# 0000944043702500 TRN#150213142669 RFB# |
| 2/13/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150213142669 SRF# 0000944043702500 TRN#150213142669 RFB# |
| 2/11/2015 | $ (4,000.00) | CHECK # 1003 |
| 2/11/2015 | $ (8,500.00) | CHECK # 1024 |
| 2/2/2015 | $ (450,160.58) | WT FED#04019 CITY NATIONAL BANK /FTR/BNF=Unique Escrow Inc SRF# 0000944030585058 TRN#150202169114 RFB# |
| 2/2/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150202169114 SRF# 0000944030585058 TRN#150202169114 RFB# |
| 1/23/2015 | $ (10,000.00) | WT FED#00306 CITY NATIONAL BANK /FTR/BNF=Unique Escrow Inc SRF# 0000944023774757 TRN#150123153022 RFB# |
| 1/23/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150123153022 SRF# 0000944023774757 TRN#150123153022 RFB# |
| 1/22/2015 | $ (100,000.00) | WT FED#04753 BANK OF AMERICA, N /FTR/BNF=Fidelity National Title Company SRF# 0000944021542327 TRN#150122069966 RFB# |
| 1/22/2015 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 150122069966 SRF# 000944021542327 TRN#150122069966 RFB# |

Exhibit P, Page 64

| 1/21/2015 | $ | (100.00) | ONLINE TRANSFER TO SUNSET HOLDING PARTNERS REF #IBECDXTZCD BUSINESS HIGH YIELD SAVING VIA MOBILE |
|---|---|---|---|

$(7,753,301.60)