Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Kelly M. Crawford (Texas SBN 05030700)
J. Mitchell Little (Texas SBN 24043788)
David B. Dyer (Texas SBN 06313500)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, LLP**
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
kelly.crawford@solidcounsel.com
mitch.little@solidcounsel.com
david.dyer@solidcounsel.com

Attorneys for Receiver,
CHARLENE C. KOONCE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:15-CV-4527-GW(PLAx) |
| v. | **RECEIVER'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED ORDER AUTHORIZING GOOGLE INC. TO RELEASE CERTAIN ELECTRONIC INFORMATION REGARDING DORON NOTTEA** |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al. | |
| Defendants. | |

Charlene Koonce, the Court-appointed Temporary Receiver (the "Receiver") files this Receiver's Unopposed Motion for Entry of Stipulated Order Authorizing Google Inc. to Release Certain Electronic Information Regarding Doron Nottea, as follows:

From the outset of her appointment, the Receiver has sought full and complete information from the defendants herein of electronic records, including email accounts, domains, remote drives and other Internet data storage and/or services they control (collectively, "Electronic Internet Records" or "EIR"). Defendant Doron Nottea and the other defendants have provided the Receiver sporadic and incomplete email addresses, domain names and credentials thereby requiring the Receiver to seek such information from the Internet Service Providers such as Google Inc. ("Google"). Notwithstanding the Court's TRO, asset freeze and receivership order, Google has concerns about producing to the Receiver the defendants' EIR based on prohibitions set forth in the Stored Communications Act, 18 U.S.C. § 2701 *et seq.* (the "SCA"). In order to satisfy Google's concerns, the Receiver files this motion to obtain a Stipulated Order For Production of Electronic Internet Records. Attached hereto as Exhibit "A" is a stipulated order, approved by counsel for the Receiver and counsel for Doron Nottea, in a form acceptable to Google. The Receiver requests that the Court approve and sign the attached stipulated order so that the Receiver can receive from Google EIR controlled by Defendant Doron Nottea.

WHEREFORE, Receiver Charlene C. Koonce prays that the Court grant the foregoing unopposed motion and sign the stipulated order attached hereto.

        */s/ David B. Dyer*
        David B. Dyer (Texas SBN 06313500)
        **SCHEEF & STONE, LLP**
        500 N. Akard Street, Suite 2700
        Dallas, Texas 75201
        Telephone: 214-706-4200
        Telecopier: 214-706-4242
        david.dyer@solidcounsel.com

## **CERTIFICATE OF CONFERENCE**

The undersigned conferred with counsel for the stipulating party identified above. No objection was received to the motion and the stipulation is thus submitted as agreed.

        */s/ Charlene C. Koonce*
        CHARLENE C. KOONCE

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Erik S Syverson<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.* | David P. Beitchman, Esq.<br>Beitchman\|Zekian, PC<br>16130 Ventura Boulevard, Suite 570<br>Encino, CA 91436<br>*Counsel for Doron Nottea and Motti Nottea* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Marc S. Harris<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201 |
| Benjamin A Pettit<br>Ben Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Attorney for Alon Nottea* | |

*/s/ David B. Dyer*
DAVID B. DYER