JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>　　　　　**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S NOTICE UNDER FEDERAL RULES OF EVIDENCE 807 AND 902(11)** |

As required by Rules 807 and 902(11) of the Federal Rules of Evidence, Plaintiff gives notice of its intention to offer, at any evidentiary hearing and at the bench trial on the merits, declarations of the declarants identified in the table below.[1]

The table below lists declarations filed by Plaintiff. These declarations were primarily filed in the record on June 16, 2015, in the Appendices to Plaintiff Federal Trade Commission's Memorandum In Support of Ex Parte Application for a Temporary Restraining Order and Other Equitable Relief and Order To Show Cause Why A Preliminary Injunction Should Not Issue (Docs. 6-9). All declarations were previously served on and produced to Defendants and their counsel, or will be produced concurrently with this notice. The table below identifies the name of the declarant, the declarant's address, the docket number, and the applicable notice provision from the Federal Rules of Evidence.

| Name of Declarant | Declarant's Address[2] | Exhibit / Docket Numbers | Notice Provided as Required by Federal Rule of Evidence |
|---|---|---|---|
| Donna Lind | 114 Belair Ct. Scotts Valley, CA 95066 | Doc. 9, Ex. 2 | 807 |

---

[1] By providing this notice, Plaintiff in no way limits alternative bases for admission into evidence of any of the declarations identified.

[2] Home addresses have been redacted pursuant to Local Rule 5.2-1. Defendants have been served with unredacted copies of this Notice, in compliance with Federal Rule of Civil Procedure 807(b).

| Name of Declarant | Declarant's Address | Exhibit / Docket Numbers | Notice Provided as Required by Federal Rule of Evidence |
|---|---|---|---|
| Carol Biehl | 121 Rustic Ridge Dr. Plum, PA 15239 | Doc. 9, Ex. 3 | 807 |
| Melissa H. Bearns | 5836 S.E. Milwaukie Ave. Portland, OR 97202 | Doc. 9, Ex. 4 | 807 |
| Carol Slayton | 1711 E Ogden Ave, Las Vegas, NV 89101 | Doc. 9, Ex. 5 | 807 |
| Ann Maletic | 6142 Crabtree Rd. Columbia, SC 29206 | Doc. 9, Ex. 6 | 807 |
| Jeanette Burrage | 905 S. 209 St. Des Moines, WA 98198 | Doc. 9, Ex. 7 | 807 |
| Julie Finnerty | 163 Walsh St. Medford, MA 02155 | Doc.9, Ex. 8 | 807 |
| Lorraine M. Nik | 238 Terrace Ave., Riverside, RI 02915 | Doc. 9, Ex. 9 | 807 |
| Virgin Marry Betancourt | 1722 Sheridan St., #105 Hollywood, FL 33020 | Doc. 9, Ex. 10 | 807 |
| Scott Brownell | P.O. Box 274 Fair Grove, MO 65648 | Doc. 9, Ex. 11 | 807 |
| Ray Cutshaw | 220 Randy Road Madison, TN 37115 | Doc. 9, Ex. 12 | 807 |
| Elysia Mathias | 133 Devonshire Rd., Hagerstown, MD 21740 | Doc. 9, Ex. 13 | 807 |
| Kris Sheetz | 2626 General Lee Court, Buford, GA 30519 | Doc. 9, Ex. 14 | 807 |

| Name of Declarant | Declarant's Address | Exhibit / Docket Numbers | Notice Provided as Required by Federal Rule of Evidence |
|---|---|---|---|
| Alana Marks | 920 Claeven Circle, Fort Walton Beach, FL 32547 | Doc. 9, Ex. 15 | 807 |
| Andrew Stanley | 3420 Camino De La Cumbre, Sherman Oaks, CA 94123 | Doc. 9, Ex. 16 | 807 |
| Steve McFarland, Better Business Bureau | 1112 S. Bascom Ave., San Jose, CA 95128 | Doc. 9, Ex. 17 | 902(11), 807 |
| Rebecca Woolever, Investigator, Florida Office of Attorney General | 400 S Monroe St., Tallahassee, FL 32399 | Doc. 9, Ex. 18 | 902(4), 902(11), 807 |
| Brent D. McPeek (First Declaration of Brent McPeek) | 1999 Bryan Street, Suite 2150, Dallas, TX 75201 | Doc. 6, Ex. 1 | 902(11), 807 |
| California Employment Development Department Records | 800 Capitol Mall, Room 5020 Sacramento, CA 95814 | Doc. 6, Ex.1B | 902(4), 902(11), 807 |
| Domains by Proxy Business Records | Scottsdale, AZ | Doc. 6, Ex. 1D | 902(11) |
| GoDaddy Business Records | Scottsdale, AZ | Doc. 6, Ex. 1D | 902(11) |

| | | | |
|---|---|---|---|
| J2 Global Communications, Inc. Business Records | 6922 Hollywood Blvd., 5th Floor Los Angeles, CA 90028 | Doc. 6, Ex. 1E | 902(11) |
| Priority Payment Systems (Cynergy Data) Business Records | Alpharetta, Georgia | Doc. 6, Ex. 1F | 902(11) |
| FTC Investigator Amy Brannon-Quale | 915 Second Avenue, Suite 2896 Seattle, Washington | Doc. 7, Ex. 1K | 902(11), 807 |
| Sherri Lanham, U.S. Postal Inspector | 5102 W. Laurel Street, Suite 100, Tampa, Florida | Doc. 7, Ex. 1L | 902(11), 807 |
| American Express Company Business Records | Los Angeles, California | Doc. 8, Ex. 1O | 902(11) |
| FTC Investigator Brent D. McPeek (Second Declaration of Brent McPeek) | 1999 Bryan Street, Suite 2150, Dallas, Texas 75201 | Doc. 93-1, Ex. 19 | 902(11), 807 |

Respectfully submitted,

Dated: July 29, 2015

/s/ REID TEPFER_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)

(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

1  David P. Beitchman
   Beitchman & Zekian
2  16130 Ventura Blvd., Suite 570
   Encino, CA 91436
3  dbeitchman@bzlegal.com
   *Counsel for Doron Nottea and Motti Nottea*
4
   Marc S. Harris
5  Scheper Kim & Harris, LLP
   601 W. Fifth Street, 12th Floor
6  Los Angeles, CA 90071
   mharris@scheperkim.com
7  *Counsel for Igor Latsanovski and
   CalEnergy, Inc*
8
   Annah Kim
9  Scheper Kim & Harris, LLP
   601 W. Fifth Street, 12th Floor
10 Los Angeles, CA 90071
   akim@scheperkim.com
11 *Counsel for Igor Latsanovski and
   CalEnergy, Inc*
12
   Charlene Koonce
13 Scheef & Stone
   500 N. Akard, Suite 2700
14 Dallas, Texas 75201
   charlene.koonce@solidcounsel.com
15 *Receiver*

16 Kelly M. Crawford
   Scheef & Stone
17 500 N. Akard, Suite 2700
   Dallas, Texas 75201
18 kelly.crawford@solidcounsel.com
   *Counsel to Receiver*
19
   Benjamin A Pettit
20 Ben Pettit
   20 East Pueblo Street

1  Santa Barbara, CA 93105
   ben@benpettit.com
2  *Attorney for Alon Nottea*

3
                                               /s/ REID TEPFER
4                                                REID TEPFER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20