**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>　　　　Defendants. | CASE NO. CV 15-4527-GW(PLAx)<br><br>STIPULATED ORDER REGARDING PRODUCTION OF ELECTRONIC RECORDS CONTROLLED BY DORON NOTTEA |

This matter coming before the Court on the unopposed motion of Receiver Charlene C. Koonce for entry of a stipulated order regarding Google Inc.'s production of certain communications and documents, the Court FINDS and ORDERS as follows:

**I.　GOOGLE ACCOUNT CONSENTS**

　　1.　Doron Nottea is the registered account holder and sole authorized user of the following Google accounts with email addresses accounting818@gmail.com and doron5000@gmail.com ("Google Accounts").

　　2.　Doron Nottea consents to Google delivering and divulging the contents of his Google Accounts, as described further below. The court finds that this

1  consent is sufficient pursuant to the Stored Communications Act, 18 U.S.C. § 2701
2  *et seq.*

3      3.    Within 24 hours of the entry of this Order, Receiver Charlene C.
4  Koonce will email a copy of this Order to each of the Google Accounts.

5      4.    Within 48 hours of the entry of this Order, defendant Doron Nottea
6  shall send an email message from each of the Google Accounts listed above to
7  google-legal-support@google.com with this Order attached ("Google Accounts
8  Consent Emails"). The Google Accounts Consent Emails shall state that the user
9  consents to Google's disclosure of all email communications and Google Drive
10 files, dated from the inception of the account and continuing through the date of
11 entry of this Order, which are presently in the Google Accounts or were recently
12 deleted from the Google Accounts , or were otherwise preserved pursuant to the
13 request(s) in this matter, as well as IP login information for Google Account access
14 (collectively, the "Google Accounts Documents").

15     5.    The Google Accounts Consent Emails shall further state that the user
16 consents to Google delivering the Google Accounts Documents to:

17 Charlene C. Koonce, Receiver
    Scheef & Stone, L.L.P.
18 500 N. Akard Street, Suite 2700
19 Dallas, Texas  75201

20 **II.   GOOGLE APPS ACCOUNT CONSENT**

21     6.    Doron Nottea is the registered account holder and sole authorized user
22 of the following Google Apps email addresses: doron@securedcommerce.com,
23 doron@ntfholdings.com, doron@doron5.com, doron@bunzai.com,
24 doron@doron.us and doron@bunzaimedia.com.

25     7.    Mr. Nottea is the registered admin account for the afore mentioned
26 Google Apps domains associated with these email services ("Apps Account") with
27 the exception of www.bunzaimedia.com.

28

8.     Doron Nottea consents to Google delivering and divulging the contents of his Apps Account as described further below. The Court finds that this consent is sufficient pursuant to the Stored Communications Act, 18 U.S.C. § 2701 *et seq.*

9.     Within 24 hours of the entry of this Order, Receiver Charlene C. Koonce will email a copy of this Order to each of the Apps Accounts listed above.

10.    Within 48 hours of the entry of this Order, defendant Doron Nottea shall send an email message from the user's Apps Account listed above to google-legal-support@google.com with this Order attached ("Apps Consent Email"). The Apps Consent Email shall state that the user consents to Google's disclosure of all email communications, dated from the inception of the account and continuing through the date of entry of this order, which are presently in the Apps Account, were recently deleted from the Apps Account, or were otherwise preserved pursuant to the request(s) in this matter, as well as IP login information for Apps Account access (the "Apps Documents").

11.    The Apps Consent email shall further state that the users consent to Google delivering the Apps Documents to:

> Charlene C. Koonce, Receiver
> Scheef & Stone, L.L.P.
> 500 N. Akard Street, Suite 2700
> Dallas, Texas  75201

### III.   GOOGLE'S PRODUCTION

12.    Within two (2) days of the receipt of the Google Accounts Consent Emails, Google shall write or otherwise record the Google Accounts Documents, to the extent any exist and are reasonably available, on a separate compact disc (CD) or other fixed medium and mail via overnight courier to:

> Charlene C. Koonce, Receiver
> Scheef & Stone, L.L.P.
> 500 N. Akard Street, Suite 2700
> Dallas, Texas  75201

13. Within two (2) days of the receipt of the Apps Consent Email, Google shall write or otherwise record the Apps Account Documents, to the extent any exist and are reasonably available, on a separate compact disc (CD) or other fixed medium and mail via overnight courier to:

> Charlene C. Koonce, Receiver
> Scheef & Stone, L.L.P.
> 500 N. Akard Street, Suite 2700
> Dallas, Texas  75201

14. Google shall have no obligation to produce documents under this Order until all the Gmail Consent Emails and the Apps Consent Emails have been received.

SO ORDERED.

DATED:   July 30, 2015

_____
GEORGE H. WU, U.S. District Judge

AGREED as to form, content and entry:

BY:  */s David B. Dyer*
     Attorney for Receiver
     Charlene C. Koonce

BY:  */s/ David P. Beitchman*
     Attorney for Defendant
     Doron Nottea