**THIRD DECLARATION OF FTC INVESTIGATOR**
**BRENT D. MCPEEK**
**<u>PURSUANT TO 28 U.S.C. § 1746</u>**

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1.      My name is Brent D. McPeek.  I am over the age of 21 and competent to give this declaration.  I am a Federal Trade Investigator with the Federal Trade Commission ("FTC").  I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics.  I have more than ten years' experience as an investigator and litigation consultant.  My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2.      My duties, as a Federal Trade Investigator, include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and other laws and rules enforced by the Commission.

3.      I assisted in the FTC's investigation of Bunzai Media Group, Inc. ("Bunzai Media Group") and related companies and individuals, including Alon Nottea ("Alon"), Igor Latsanovski ("Igor"), Doron Nottea ("Doron"), Roi Reuveni, and Khristopher Bond.  I will refer to the subjects of the FTC's investigation collectively as the "Defendants."

THIRD DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK

**Ex. 21**

4.      During the FTC's investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same.  Personally Identifying Information ("PII") has been redacted from all documents referenced in this declaration.

## BUSINESS PREMISES

5.      As discussed in my Second Declaration, the FTC and forensic electronic technicians gained access to the various business premises of Defendants on June 18, 2015.  The forensic electronic technicians made forensically sound images of many of the computers found in the Defendants' business premises.

6.      I have attached true and correct copies of some of the documents found on the business premises or retrieved from the forensic images of the computers to this declaration.

## IGOR AND CALENERGY, INC.

7.      In their Opposition to Preliminary Injunction and Permanent Receiver, defendants Igor and Calenergy, Inc. ("Calenergy") assert that Calenergy is an investment company.  (DKt. 106, p. 3).  In particular, defendants assert that Igor and Calenergy act as "brokers" who are contacted by businesses to find overseas investors to invest in their companies. (Dkt. 106-4 ¶¶ 5, 9; Dkt. 90-1 ¶ 25).

8.      Individuals or companies that broker investments must generally register with the Securities and Exchange Commission (SEC) and be members of FINRA.  FINRA operates a free online BrokerCheck tool, available at http://brokercheck.finra.org/, that allows users to research the professional backgrounds of brokers, brokerage firms, investment adviser firms, and advisers. BrokerCheck reports information for any broker or investment adviser who is currently registered with FINRA or a national securities exchange, or who has been registered within the last 10 years.

9.      On July 29, 2015, I accessed FINRA's BrokerCheck tool and found that neither Igor nor Calenergy are listed with BrokerCheck as having registered with the SEC, or having a membership with FINRA at any time within the last 10 years.


I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on July 31, 2015, at Dallas, Texas.



**BRENT D. MCPEEK**

| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Wednesday, August 14, 2013 11:32 PM |
| **To:** | Alon N; Doron . |
| **Subject:** | opinion |

Hi Alon

I have after our conversation, there was a feeling of anxiety. I understand that you possess much more information about our company. But I very often when I do not have enough knowledge, based on the home feeling. And I feel (although it is not objectively) that we want to keep Pinicle .  I'll tell you my reasons and point out the pros and cons. We want to grow and already we have Product company in the U.S. business-marketing, security-merchant, merchant-VastPay, and more will be opening: the Product company in  England, Brazil, itc, merchant- Europe and so on. That is, we must focus all our resources on that. And what resources are needed? Money, knowledge and people, I'm talking about the Directors, the people who can not just perform, but also to make decisions and in addition whom we trust and know their capabilities. That is, these people have not a lot - this means our resources are limited! Who we have: You, Paul, Roy, Andre and David and me a little, that's all! Doron has his department. You have to be on top of all, we understand!, And despite the fact that you want to live in Israel. Paul likely will be responsible for marketing the relationship between Israel and America, to conduct reports and everything else that he now does. David is a good helper, but he has no power to make decisions and you always have to solve them for him, he's very good assistant, but assistant. Maybe with time and next to someone, he will be able to learn how to lead. I would recommend Roy as head of the Product company ,near him would have put David, and maybe next to Roy and under your leadership David  will grow. Roy is Sergeant and will be able to perform your tasks well in the distance. Andre good helper, too, but we still have a lot of different directions. And I would not want to so we are constantly thinking about how to download the work of our factory -Pinicle . I want us to think, and concentrated our efforts on the opening of new businesses and the further management (without the presence of fixed assets) and thus used outsorsing. Do not tie their hands obligations to the large number of low-skilled workers. Let's work with fewer people, but with highly qualified people. Yes we lose in quality, but we'll take with a lot of things: 1-responsibility to the large number of people, and that's a lot. after all people is a problem, dividing the information can give us testimony in court, or just come up with these statements and show to  us, and so on. 2 - we remove ourselves from the constant expenditure and translate these costs by the number of products sold. Let those who can not make Intelligent business, own and operate plants and Call-centers, and we will deal with intellectual labor. And we will not get nervous and worry about how to make money for the factory when we transition point occurs in the business. And we are in a quiet mode to create new products. And then as it is now in emergency mode are buying goods, and all for what, to support our factory -Call-center ! 3 - we have to  use ours, unfortunately, are not big human resources for development, rather than plant control. 4 - remove some legal risk to other companies that will serve us.

 Come to manage, rather than to produce goods and services! We will be much more flexible and freer.
Of course, I'm talking personal opinion, I do not know much as you know it. I just want to give you a look at our entire company, with my eyes, maybe it will give you something. But in any case, you and your vision of the director - the main thing.
Sincerely Your sincere partner Igor

Ex. 21
Attachment A

**From:**              igor <igorlats@gmail.com>
**Sent:**              Tuesday, January 03, 2012 3:22 PM
**To:**                Alon | Bunzai Media
**Subject:**           Fwd: FW: Visa and MasterCard Excessive chargebak program


---------- Forwarded message ----------
From: Roman Balanko <Roman@nationalmerchant.com>
Date: Fri, Dec 23, 2011 at 2:34 PM
Subject: FW: Visa and MasterCard Excessive chargebak program
To: igorlats@gmail.com


Chargeback Monitoring

Global Merchant Chargeback Monitoring Program Overview


Effective 1 June 2010, Visa monitors Merchant Outlets and Acquirers that generate an excessive

level of international Chargebacks through the Global Merchant Chargeback Monitoring Program as

noted below. Disputes related to Chargeback Reason Code 93, "Merchant Fraud Performance

Program," are excluded from program monitoring.

A Merchant Outlet is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

• 200 international Chargebacks

• 200 International Transactions

• 2% ratio of international Chargebacks to International Transactions



An Acquirer is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

**Ex. 21**
**Attachment B**

• 500 international Chargebacks

• 500 International Transactions

• 1.5% ratio of international Chargebacks to International Transactions

• One or more Merchants in the program during the reporting month

Visa may modify or create new monthly performance levels to respond to different Chargeback and

fraud trends that emerge.

Additional operational details regarding the program are specified in the Visa Global Merchant

Chargeback Monitoring Program (GMCMP) Program Guide.

*************************************************************************

FYI-  MasterCard's Chargeback thresholds are the same in every country.  The program is identified below.

8.3 Excessive Chargeback Program

MasterCard designed the Excessive Chargeback Program (ECP) to encourage

each Acquirer to closely monitor, on an ongoing basis, its chargeback

performance at the Merchant level and to determine promptly when a Merchant

has exceeded or is likely to exceed monthly chargeback thresholds.

2

Ex. 21
Attachment B

### 8.3.1 Definitions

The following terms used in the ECP have the meanings set forth below.

• A Merchant is defined as any distinct Merchant location, whether a Merchant's physical location or a Merchant's Internet site or uniform resource locator (URL) that is uniquely identified by the Acquirer in the Transaction record.

• The Chargeback-to-Transaction Ratio (CTR) is the number of MasterCard chargebacks received by the Acquirer for a Merchant in a calendar month divided by the number of the Merchant's MasterCard sales Transactions in the preceding month acquired by that Acquirer. (A CTR of 1% equals 100 basis points.)

• A Chargeback-Monitored Merchant (CMM) is a Merchant that has a CTR in excess of 50 basis points and at least 50 chargebacks in a calendar month.

• A Merchant is an Excessive Chargeback Merchant (ECM) if in each of two consecutive calendar months (the "trigger months"), the Merchant has a minimum CTR of 100 basis points and at least 50 chargebacks in each month. This designation is maintained until the ECM's CTR is below 100 basis points for two consecutive months.

### 8.3.2 Reporting Requirements

It is the Acquirer's responsibility on an ongoing basis to monitor each of its Merchants in accordance with the Standards, including but not limited to sections 6.2.2, 7.2, and 7.2.3 of this manual.

The ECP requires an Acquirer to calculate, for each calendar month, the CTR in basis points for each of its Merchants and report to MasterCard any Merchant that is a CMM or ECM as defined in section 8.3.1.

MasterCard will assess an Acquirer of a CMM or ECM the reporting fees set

**Ex. 21**
**Attachment B**

forth in sections 8.3.2.1.2 and 8.3.2.2.2.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-12 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

8.3.2.1 Chargeback-Monitored Merchant Reporting Requirements

Each calendar month, an Acquirer must submit to MasterCard a separate CMM report for each of its Merchant(s) that qualifies as a CMM for the previous calendar month. For the purpose of determining if an Acquirer is obligated to submit a CMM report, the Acquirer must calculate the CTR as set forth in section 8.3.1. The Acquirer must submit this report no later than 45 days from the end of the calendar month.

The Acquirer must submit the CMM report in a form and manner required by MasterCard. The Acquirer also must provide a copy of the CMM report and these ECP Standards to the specific CMM Merchant. MasterCard will assess the Acquirer a reporting fee of USD 50 for each CMM report submitted.

8.3.2.1.1 CMM Report Contents

The CMM report must include all of the following information:

• The name and location of the CMM

• The calendar month of CMM qualification being reported

• The CTR of the CMM for the reported calendar month

• The Card acceptor business code/Merchant category code (MCC) assigned to the CMM and a description of the nature of the CMM's business

• The number and gross dollar volume (GDV) of the CMM's MasterCard sales Transactions in the reported calendar month and in the preceding month

• The number and GDV of chargebacks of the CMM's MasterCard sales

Ex. 21
Attachment B

Transactions for the reported calendar month

• Any additional information as MasterCard may require

8.3.2.1.2 Late CMM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is a CMM and the Acquirer fails to submit a timely CMM report to MasterCard for that Merchant, MasterCard may assess the Acquirer up to USD 5,000 per month for each month that a specific monthly CMM report is overdue.

8.3.2.2 Excessive Chargeback Merchant Reporting Requirements

Within 30 days of the end of the second trigger month, and on a monthly basis thereafter, the Acquirer must submit a separate ECM report for each of its ECMs (in lieu of a CMM report) until that ECM's CTR is below 100 basis points for two consecutive months. The Acquirer also must provide a copy of the ECM report and these ECP Standards to the specific ECM Merchant. MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM report submitted.

8.3.2.2.1 ECM Report Contents

The ECM report must include all of the information required for the CMM report, and the following additional information:

• A description of the Acquirer's chargeback controls in place to monitor the ECM's activities

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-13

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

• An evaluation of the practices that caused the ECM to exceed the ECP Standard

• An Acquirer action plan to reduce the ECM's CTR

Ex. 21
Attachment B

• An electronic file that contains chargeback Transaction detail for each

chargeback received by the Acquirer for the ECM in the calendar month

• Any additional information as MasterCard may require from time to time

MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM

report submitted.

8.3.2.2.2 Late ECM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is an ECM and the

Acquirer fails to submit a timely ECM report to MasterCard for that ECM,

MasterCard may assess the Acquirer up to USD 500 per day for each of the first

15 days that the ECM report for that ECM is overdue and up to USD 1,000 per

day thereafter until the delinquent ECM report is submitted.

8.3.3 Assessments

In addition to any applicable assessments for CMM reports, ECM reports,

or late report submissions, MasterCard may assess the Acquirer for Issuer

reimbursement fees and violation assessments for excessive chargebacks

arising from an ECM. MasterCard calculates the Issuer reimbursement fees

and assessments as described in section 8.3.3.1 and they apply in each

calendar month that the ECM exceeds a CTR of 100 basis points after the first

trigger month. For the purposes of calculating Issuer reimbursement fees

and assessments only (and not for the purpose of satisfying the reporting

requirements contained herein), an Acquirer may offer an alternative CTR

calculation that more accurately "maps back" or links the chargebacks to the

relevant sales Transactions.

8.3.3.1 ECP Assessment Calculation

MasterCard determines an Acquirer's liability for the monthly Issuer

reimbursement fees and assessments for each ECM as set forth below.

MasterCard calculates the Issuer reimbursement fees in the following steps 1, 2, and 3, and calculates the violation assessment in step 4.

1. Calculate the CTR for each calendar month that the ECM exceeded a CTR of 100 basis points (which may also be expressed as 1% or 0.01).

2. From the total number of chargebacks in the above CTR calculation, subtract the number of chargebacks that account for the first 100 basis points of the CTR. (This amount is equivalent to one percent of the number of monthly sales Transactions used to calculate the CTR.) The result is the number of chargebacks above the threshold of 100 basis points.

3. Multiply the result from step 2 by USD 25. This is the Issuer reimbursement.

4. Adjust the result in step 3 to reflect the extent that the Acquirer has exceeded the 100 basis points threshold by multiplying the value in step 3 by the CTR (expressed as basis points). Divide this result by 100. This amount is the violation assessment.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-14 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

Repeat steps 1–4 for each calendar month (other than the first trigger month) that the ECM exceeded a CTR of 100 basis points or one percent.

Example: The Acquirer for Merchant ABC acquired MasterCard sales Transactions and chargebacks over a six-month period as follows:

Month January February March April May June July

Sales Transaction 95,665 95,460 95,561 95,867 95,255 95,889 95,758

Chargebacks 720 1003 1301 1256 1175 923 824

CTR in basis points — 105 136 131 123 97 86

Ex. 21
Attachment B

February and March are the trigger months, as these are two consecutive months where the CTR exceeded 100 basis points. At the end of July, Merchant ABC was no longer an ECM as its CTR was below 100 basis points for two consecutive months. MasterCard calculates assessments and Issuer reimbursements for each of the months March through July.

For example, the assessment for April (using March sales Transactions and April chargeback volumes) is calculated as follows:

• The CTR = April chargebacks/March sales Transactions = 1,256/95,561 = 0.01314 or 131 basis points (rounded)

• The number of chargebacks in excess of the 100 basis points is determined by subtracting one percent of the March sales Transactions from the number of April chargebacks. One percent of the March sales Transactions (95,561 x 0.01) is 956. 1256 – 956 = 300 chargebacks

• The Issuer reimbursement for April is 300 x USD 25 = USD 7,500

• The violation assessment is (USD 7,500 x 131)/100 or 982,500/100 = USD 9,825

Using this methodology, the Issuer reimbursement fees and assessments for the Acquirer for Merchant ABC are as follows.

Month

Issuer

Reimbursement Assessment Total

February (first

trigger month)

0 0 0

March (second

trigger month)

8

USD 8,650 USD 11,764 USD 20,414

April USD 7,500 USD 9,825 USD 17,325

May USD 5,400 USD 6,642 USD 12,042

June 0 0 0

July 0 0 0

Total USD 21,550 USD 28,231 USD 49,781

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-15

Merchant Fraud Control Programs

8.4 Cardholder-Merchant Collusion (CMC) Program

8.3.4 Issuer Reimbursement

MasterCard will remit Issuer reimbursement fees to Issuers through the MCBS.

Actual reimbursements will vary depending on the extent and duration of the

violation and the number of chargebacks processed by each Issuer, and will be

paid out of the amounts collected for the Issuer reimbursement fees described

in section 8.3.3.1 on a pro rata basis.


John Thompson

Risk/Underwriting Manager
NATIONAL MERCHANT CENTER
Phone: 1(800)662-8448 ext.713 <tel:1%28800%29662-8448%20ext.713>

(949)419-8400 ext 713 <tel:%28949%29419-8400%20ext%20713>

Fax: 1(949)313-1299 <tel:1%28949%29313-1299> JFThompson@nationalmerchant.com

www.nationalmerchant.com <http://www.nationalmerchant.com/>

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Ex. 21
Attachment B

**Ex. 21**
**Attachment B**

| | |
|---|---|
| **From:** | Alon \| MediaUrge <alon@mediaurge.com> |
| **Sent:** | Wednesday, April 17, 2013 11:44 PM |
| **To:** | Igor; Paul Medina |
| **Subject:** | Fwd: New Business \| Reserves \| Thank you! |
| **Attachments:** | Aura Vie Quarterly Exposure.xls |

And the final answer is - A BIG FAT NO!!!!!!!! NEVERTHELESS, I AM still grateful and thankful !!!!!!

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com>
Date: Wed, Apr 17, 2013 at 5:24 PM
Subject: Re: New Business | Reserves | Thank you!
To: Alon | MediaUrge <alon@mediaurge.com>
Cc: Chris Gaines <chris.gaines@umsbanking.com>, Dylan Gaines <dylan.gaines@umsbanking.com>, Jacki Cass
<jacki.cass@umsbanking.com>

Alon,

After going over everything regarding your accounts with us today here is our agreed upon stance. We will not be
releasing any of the existing reserve we currently hold. We will cap this reserve once it hits $ 1 million.  The reserve
requirement will be reviewed quarterly.

The math on this is as follows:

1.  Our minimum quarterly exposure, which you will see in the spreadsheet attached is  $ 900,000.00. This is our
potential exposure in the event that your accounts close for any reason -- You leave us; we close you; you go out of
business, etc.  This is how much will come in through chargebacks, refunds and fees to us  unequivocally for the next
3 months.

2. If for some reason the FTC would close your accounts, you can add immediately another $ 1million plus of
chargebacks because you will have billed fees to clients and you will not be able to ship product.

3. In the event of an FTC closure they will freeze our reserves on your accounts immediately.  We have had this happen
in the past with Mortgage modification accounts on our books. So our exposure over the ensuing 18 months could be as
high as $ 18 million dollars or as low as $ 6 million.

4. We have no personal guarantees of any net worth close to this and the agreed upon cross guarantee never
materialized and will not be forth coming.

I have to protect UMS based on the nature and risk of the business in front of us, the current nature of the industry and
the regulatory scrutiny and the current chargeback/return ratios. One of your accounts is already on the Excessive
Chargeback Program.

No matter how much I may like you, personally, I can not allow that to influence good business judgement.

I hope you understand.

1

**Ex. 21**
**Attachment C**

Very Best,

Joyce


On 4/12/2013 5:46 PM, Alon | MediaUrge wrote:

Dearest (UMS) Team,

We are anxiously waiting for your decision, please let us know how you feel about our request.

Wishing you all a relaxing weekend!


Best Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


On Wed, Apr 10, 2013 at 10:56 AM, Joyce Gaines <joyce.gaines@umsbanking.com> wrote:

Dear All,

I met with Jacki on this yesterday. She is running some numbers and doing one research pull.  We will have an answer by Friday.

Ex. 21
Attachment C

Thank you,

Joyce


On 4/8/2013 9:03 PM, Alon | MediaUrge wrote:

Dearest Chris, Dylan & Joyce,

I miss you guys! We need to get together.

Chris, It was a pleasure speaking with you today... I'm still working on the 'example agreement doc' we spoke about, I am reviewing by phone with my attorney tomorrow morning to make sure I provide fully accurate information.

As discussed, 4 new RMCs (Retail Merchant Corps) have signed up to become retailers of the new Adagio, LeOR, and EllastiQ product brands. We agree to board these new MIDS though UMS/EVO/Deutsche Bank.


Team, as volume stays pretty consistent for the original UMS MIDs, attached, I have shared an internal document we use to analyze reserve amounts as well as measure (worst case scenario) exposure for the current processing volume. Please take a look and feel free to ask if anything is unclear. It shows exactly what would occur, even if our business stopped overnight (god-forbid).

Nevertheless, as volume starts to increase with EVO, it will take some time for us to build rapport and the right trust and comfort level with EVO, it will be a while before we can negotiate a lower 'reserve' rates and/or a quicker release as we're going to have to build another 'Reserve Chest with EVO'.

Our Request: Based on our analysis, there is over $700K in current UMS reserves. We are growing by the day, our cash flow is consistently invested back into hiring, inventory and advertising in order to support the growth, we need your support. We kindly ask that UMS releases, all reserves above or over $500K totaling an approximate release of around $200K with an understanding that we will not increase our current volume with these MIDs. Therefore, as long as we preform up to par... UMS will hold 500K in reserve for volume up to 2MM per month, and will not hold more as long as volume stays consistent. Reserves will increase by $125K for every 500K of volume we increase. Example: If volume goes to 2.5MM than UMS will hold an additional $125K totaling $625K, if we go to 3MM, then $750K would be the reserves held. Basically, we must have at least 25% in cash reserves based on our monthly volume.


We sincerely thank you for working with us and I hope I've provided enough data in order for Joyce to make an executive decision with respect to the releases and hold backs from now on as well as how we approach reserves from an upper view in general. It is with the out most respect that I thank you in advance for supporting our growth and being such a blessing in our success.

Warm Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba

direct: 818.200.1035
email: alon@mediaurge.com

<mailto:alon@mediaurge.com>


<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.




--



UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>



_____


*************************************************************************
***********************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or

Ex. 21
Attachment C

retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.

***************************************************************************
***********************************

--



UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>



_____

***************************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.
***************************************************************************
***********************************

Ex. 21
Attachment C

| | |
|---|---|
| **From:** | Alon \| MediaUrge <alon@mediaurge.com> |
| **Sent:** | Thursday, December 26, 2013 3:40 PM |
| **To:** | Paul Medina |
| **Cc:** | Xposed Inc |
| **Subject:** | Fwd: a short call |
| **Attachments:** | Skin Care Merchants Approved by EVO.xlsx; EVOCR_006_13 _RollingReserve_ADDENDUM(SECUSER).pdf |

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >
Date: Thu, Dec 26, 2013 at 1:37 PM
Subject: Re: a short call
To: Alon \| MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >

On 12/16/2013 3:37 PM, Alon \| MediaUrge wrote:

Dear Joyce,

Please let me know when you, Igor and I can jump on a short call.... I just want to make sure we're on the same road...

thank you.

Best Regards,

Alon Nottea
Rainmaker \| MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality

Ex. 21
Attachment D

protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

--

UMS Banking

Joyce Gaines

CEO

Phone: 818-246-6767 <tel:818-246-6767>

joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>

www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>

_____

**************************************************************************************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.

This e-mail may contain information that is confidential and exempt from disclosure under applicable law.

You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.

If you have received this communication in error, please notify us by return (reply) e-mail immediately.

Thank you.

**************************************************************************************************

**Ex. 21**
**Attachment D**

| | |
|---|---|
| **From:** | Paul Medina <Paul@ADLifestyleNetwork.com> |
| **Sent:** | Thursday, March 01, 2012 11:05 AM |
| **To:** | Igor Lats; Alon N |
| **Subject:** | Fwd: New accounts |
| **Attachments:** | image004.jpg; image005.jpg; image001.jpg |

Please read below

Thanks,


Paul B. Medina
CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.




---------- Forwarded message ----------
From: Andy Meadows <andym@signapay.net>
Date: Thu, Mar 1, 2012 at 7:43 AM
Subject: RE: New accounts
To: Paul Medina <Paul@adlifestylenetwork.com>



Paul,


First and foremost, I would recruit an industry-experienced sales professional.  With any organization (big or small), the fuel to the engine is the sales team.  Obviously, you'll get to a point where you'll need an office manager and/or risk manager to handle the administrative tasks that begin to pile up.  But you're not at that point yet, so you wouldn't be

**Ex. 21**
**Attachment E**

able to maximize those roles yet.  As well, you can rely on our Underwriting, Risk Management, and Sales Support Teams to fill those roles on your behalf.  That's what we're here for.

Hope this helps.  And let me know what other strategic questions/thoughts you'd like to discuss.  I know that the more you and I communicate during your initial ramp-up period, the more idea-sharing we'll be able to provide one another. That type of collaborative relationship will be very beneficial towards helping you build your Residual Income!

Best regards,

Andy Meadows

Vice President, Sales

signalogo

105 Decker Ct., Suite 650
Irving, TX 75062

Toll Free:       800-944-1399
Direct:           972-894-1139 Ext. 5540 <tel:972-894-1139%20Ext.%205540>
Fax:              214-614-4914
Email:           andym@signapay.com
Website:        www.signapay.com

Profile:          http://www.linkedin.com/in/andymeadows1

http://www.claremont.org/repository/imgLib/20110506_like_us_on_facebook.jpg
<http://www.facebook.com/pages/SignaPay/100906299990763>

From: Paul Medina [mailto:Paul@ADLifestyleNetwork.com]
Sent: Wednesday, February 29, 2012 7:44 PM
To: Andy Meadows
Subject: Re: New accounts

Andy,

Ex. 21
Attachment E

That answers my question thank you. When I mean skin accounts I am only referencing to the skin care accounts I have now under my portfolio.

I have a question, I am going to be scaling applications soon and in your opinion what would be the 1st employee internally you recommend? A risk manager, experienced sales rep with years of experience, underwriter etc.

My approach will be to help internet merchants lower their charge backs and balance them out with techniques I have learned in this industry. Showing them how to stay under the radar and possibly managing and handling their charge backs internally.

Would greatly appreciate your feedback.


Regards and Thanks,

Paul B. Medina

CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.




On Wed, Feb 29, 2012 at 2:57 PM, Andy Meadows <andym@signapay.net> wrote:

Hey Paul,


Hope all is well.  To answer your question, the entire relationship would come under review.  Your new ISO# is simply a function of your new Revenue Share.

**Ex. 21**
**Attachment E**

I hope this helps.


On a side note, could you please define "skin" account?  I'm not familiar with the terminology.




Best regards,


Andy Meadows

Vice President, Sales

signalogo

105 Decker Ct., Suite 650
Irving, TX 75062

Toll Free:       800-944-1399
Direct:           972-894-1139 Ext. 5540 <tel:972-894-1139%20Ext.%205540>
Fax:              214-614-4914
Email:           andym@signapay.com
Website:         www.signapay.com

Profile:         http://www.linkedin.com/in/andymeadows1


http://www.claremont.org/repository/imgLib/20110506_like_us_on_facebook.jpg
<http://www.facebook.com/pages/SignaPay/100906299990763>



From: Paul Medina [mailto:Paul@ADLifestyleNetwork.com]
Sent: Wednesday, February 29, 2012 4:52 PM
To: Andy Meadows
Subject: New accounts


Hey Andy,

I have a couple more skin accounts that I want to bring on board but I have a question... with the new ISO I just got if there were to be any issues with the new skin accounts is there a high chance my original ISO would be flagged as well or is it common for an ISO to go under review but not the other ISOs under the same corp?


Thanks,

Paul B. Medina
CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

| | |
|---|---|
| **From:** | Alon | Bunzai Media <alon@bunzaimedia.com> |
| **Sent:** | Monday, January 23, 2012 5:28 PM |
| **To:** | Alex Pitt |
| **Cc:** | igor |
| **Subject:** | Moving forward | PayPro |

Alex,

Please excuse the delay, I have been feeling really weird the last couple days with this stomach flu.

this is an example of the level of storefronts our platform generates...

http://www.ymijeans.com/
http://www.appareldeals.com/
http://senitype.com/

These is a good example of how Biz Op is marketed thru blog on the web:
http://www.homejobmanual.com/indexnopop.html

These are some of my products and offers:
http://www.miraclekitfreetrial.com/
http://www.auravietrialkit.com/
http://www.tryauravie.com/

Please let me know when you would like both Igor and I to come and see you? Looking forward to meeting you.

Best Regards,


       **Alon Nottea**
       **Executive Director | CEO**
       **Bunzai Media Group, Inc.**
       **Skype: alonbaba**
       **Office: 818.200.1035**
       **Mobile: 818.652.5454**
       **Mail: Alon@BunzaiMedia.com**


       <http://abwoffers.com/bunzai_email_logo/logo-bunzai-emailsignature.JPG>

**Ex. 21**
**Attachment F**

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**Ex. 21**
**Attachment F**

| | |
|---|---|
| **From:** | igor <igorlats@gmail.com> |
| **Sent:** | Friday, February 17, 2012 3:35 PM |
| **To:** | Alon \| Bunzai Media |
| **Subject:** | Fwd: correct bank details |
| **Attachments:** | Amend_agr_2.doc; Amend_agr_1.doc |

---------- Forwarded message ----------
From: **Kristina PEREZ** <kristina@pagotechnology.com>
Date: Wed, Feb 1, 2012 at 6:45 AM
Subject: correct bank details
To: Alon N <alon@bunzaimedia.com>
Cc: igorlats@gmail.com

Good Morning,

Igor – Please get these to amendments signed at your earliest convenience. The bank account in the contract
was incorrect, so we need to re-set the paperwork. Could you please get the digital signature sent to me as soon
as possible and then original to be sent to our Latvian office:

ATT. Aleksandrs Mandrusov/SIA Transact Pro

**Address:**     10, Ropazu Street, 12th floor
        Riga, LV – 1039, Latvia, EU

Thank you,

**Kristina Perez, COO**

*Managing Partner at Transact PRO USA*

Toll Free (866)305-4805

Fax (480)287-9608

1

**Ex. 21**
**Attachment G**



**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Kristina PEREZ [mailto:kristina@pagotechnology.com]
**Sent:** Wednesday, January 25, 2012 9:22 AM
**To:** 'Alon N'
**Cc:** 'igorlats@gmail.com'
**Subject:** Wire advice - Skincare OY 01/25

2012.01.25.

# Processing statement nr. SKI_TR_73_1.2012

| Period from | 11/1/2012 | until | 18/1/2012 |
|---|---|---|---|

| | USD |
|---|---|
| **Turnover** | **2,849.55** |
| **Turnover rate** | **5.00%** |
| **Turnover fee** | **142.48** |
| **Turnover fee(from min)** | **0.00** |
| **Trx** | **66** |
| **Trx rate** | **0.40** |
| **Trx fee** | **26.40** |
| **Trx fee correction** | **0.00** |
| **Refunds #** | **6** |
| **Refunds fee - per each** | **1** |
| **Refunds fee** | **6** |
| **Ref fee correction** | **0** |
| **Refund turn (till 18/1/2012)** | **252.35** |
| **MID Setup fee - per each:** | **900.00** |
| **Number :** | **0** |
| **MID Setup fee:** | **0.00** |
| **Chargebacks#** | **0** |
| **Chargebacks Fee** | **0** |
| **Chargebacks turnover** | **0.00** |
| **Hold rate** | **10.00%** |
| **Holdback** | **284.96** |
| **BankWire Fee (1)** | **45.00** |
| **For payout** | **2092.37** |
| **Holdback return ( from  - till )** | **0.00** |
| **Paid** | **2092.37** |

Ex. 21
Attachment G

*Kristina Perez, COO*

*Managing Partner at Transact PRO USA*

Toll Free (866)305-4805

Fax (480)287-9608



**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**Ex. 21**
**Attachment G**

**Amendment No. 1**
To Payment Processing Service *Agreement*
*dated on 9th of August, 2011*

11 January 2012

SIA Transact Pro, registration No. ███████, hereinafter referred to as the Transact Pro, represented by the member of the Board MAKSIMS JAROŠEVSKIS acting by virtue of the Charter , and Skincare OÜ, registration No. ██████, hereinafter referred to as the Client, represented by the Member of the Board Oleg Trushlya, acting by virtue of the Memorandum of Association, both jointly hereinafter referred to as the Parties, each separately as a Party, have entered into Payment Processing Service *Agreement*, *dated on 9th of August, 2011*, hereinafter referred to as the "Agreement", have agreed:

1. Parties agreed to amend Clause "Fee" in the appendix 1 of the Agreement and to express it as follows:

    *"Discount rate without reference to turnover amount – 5%"*

2. Parties agreed to amend Clause "Payout" in the appendix 1 of the Agreement and to express it as follows:

    *"Weekly, one week hold"*

3. All other provisions of the Agreement shall stay into effect without amendments;
4. These Amendments is the integral part of the Agreement.

Transact Pro                                  Client

_____      _____

MAKSIMS JAROŠEVSKIS                Oleg Trushlya
Member of the Board                      Member of the Board

| | |
|---|---|
| **From:** | igor <igorlats@gmail.com> |
| **Sent:** | Thursday, March 31, 2011 8:36 AM |
| **To:** | Alon |
| **Subject:** | Fwd: FW: FBMECS E-commerce Acquiring |
| **Attachments:** | image001.gif; E-commerce Merchant Application v2.02.doc |

hello
this is another march acc

this is one of good friend who has bank en Cyprus -he ask me for fill up this application -company just from Europa will use our from Estonia my part about company and director -your part another if need translate same world ask Rita sorry for my English -its what its igor

Игорь, добрый день

Для более корректного ответа на Твои вопросы заполни, пожалуйста, прилагаемую форму и вышли в мой адрес.

С уважением,

FBME BANK LTD

_____

Vladimir Kondakov

Senior Vice President

Group Head of CIS Business Development

Web:   www.fbme.com <http://www.fbme.com/>

DISCLAIMER:

1

This email and any attachments are confidential. They may contain privileged information and are intended for named addressee(s) only. Any review, transmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. FBME Bank Ltd is neither liable for the proper and complete transmission of the information contained in the communication nor for any delay in its receipt. Although this email and any attachments have been checked for the presence of computer viruses, we believe, but do not warrant, that this email and any attachments are virus free. You must therefore take full responsibility of checking for viruses. FBME Bank Ltd reserves the right to monitor all email communications.

**Ex. 21**
**Attachment I**

| | |
|---|---|
| **From:** | Eugene Shampansky <eugene@shampansky.com> |
| **Sent:** | Thursday, May 09, 2013 4:58 PM |
| **To:** | Alon \| MediaUrge |
| **Cc:** | Xposed Inc |
| **Subject:** | Re: docs |
| **Attachments:** | Articles & Ein.pdf |

Alon,

Here are the Vastpay Docs. Igor has the nexipay docs and I will get them from him on Monday when he returns and then go open a bank account. I will bring the checkbook to youwhen I come this afternoon.

Thanks


Thanks
Eugene Shampansky
eugene@shampansky.com
(323) 333-8459


On Thu, May 9, 2013 at 2:20 PM, Alon \| MediaUrge <alon@mediaurge.com> wrote:
please forward all corporate VastPay and NexiPay docs to me - do we have a bank account? if so forward those docs as well please... to both addressed above please...




Best Regards,

Alon **Nottea**
Rainmaker | MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

Ex. 21
Attachment J

**From:**       igor <igorlats@gmail.com>
**Sent:**       Tuesday, January 03, 2012 3:22 PM
**To:**         Alon | Bunzai Media
**Subject:**    Fwd: FW: Visa and MasterCard Excessive chargebak program

---------- Forwarded message ----------
From: Roman Balanko <Roman@nationalmerchant.com>
Date: Fri, Dec 23, 2011 at 2:34 PM
Subject: FW: Visa and MasterCard Excessive chargebak program
To: igorlats@gmail.com

Chargeback Monitoring

Global Merchant Chargeback Monitoring Program Overview

Effective 1 June 2010, Visa monitors Merchant Outlets and Acquirers that generate an excessive

level of international Chargebacks through the Global Merchant Chargeback Monitoring Program as

noted below. Disputes related to Chargeback Reason Code 93, "Merchant Fraud Performance

Program," are excluded from program monitoring.

A Merchant Outlet is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

• 200 international Chargebacks

• 200 International Transactions

• 2% ratio of international Chargebacks to International Transactions

An Acquirer is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

1

• 500 international Chargebacks

• 500 International Transactions

• 1.5% ratio of international Chargebacks to International Transactions

• One or more Merchants in the program during the reporting month

Visa may modify or create new monthly performance levels to respond to different Chargeback and

fraud trends that emerge.

Additional operational details regarding the program are specified in the Visa Global Merchant

Chargeback Monitoring Program (GMCMP) Program Guide.

****************************************************************************

FYI-  MasterCard's Chargeback thresholds are the same in every country.  The program is identified below.

8.3 Excessive Chargeback Program

MasterCard designed the Excessive Chargeback Program (ECP) to encourage

each Acquirer to closely monitor, on an ongoing basis, its chargeback

performance at the Merchant level and to determine promptly when a Merchant

has exceeded or is likely to exceed monthly chargeback thresholds.

2

**Ex. 21**
**Attachment K**

### 8.3.1 Definitions

The following terms used in the ECP have the meanings set forth below.

• A Merchant is defined as any distinct Merchant location, whether a Merchant's physical location or a Merchant's Internet site or uniform resource locator (URL) that is uniquely identified by the Acquirer in the Transaction record.

• The Chargeback-to-Transaction Ratio (CTR) is the number of MasterCard chargebacks received by the Acquirer for a Merchant in a calendar month divided by the number of the Merchant's MasterCard sales Transactions in the preceding month acquired by that Acquirer. (A CTR of 1% equals 100 basis points.)

• A Chargeback-Monitored Merchant (CMM) is a Merchant that has a CTR in excess of 50 basis points and at least 50 chargebacks in a calendar month.

• A Merchant is an Excessive Chargeback Merchant (ECM) if in each of two consecutive calendar months (the "trigger months"), the Merchant has a minimum CTR of 100 basis points and at least 50 chargebacks in each month. This designation is maintained until the ECM's CTR is below 100 basis points for two consecutive months.

### 8.3.2 Reporting Requirements

It is the Acquirer's responsibility on an ongoing basis to monitor each of its Merchants in accordance with the Standards, including but not limited to sections 6.2.2, 7.2, and 7.2.3 of this manual.

The ECP requires an Acquirer to calculate, for each calendar month, the CTR in basis points for each of its Merchants and report to MasterCard any Merchant that is a CMM or ECM as defined in section 8.3.1.

MasterCard will assess an Acquirer of a CMM or ECM the reporting fees set

**Ex. 21**
**Attachment K**

forth in sections 8.3.2.1.2 and 8.3.2.2.2.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-12 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

8.3.2.1 Chargeback-Monitored Merchant Reporting Requirements

Each calendar month, an Acquirer must submit to MasterCard a separate CMM

report for each of its Merchant(s) that qualifies as a CMM for the previous

calendar month. For the purpose of determining if an Acquirer is obligated to

submit a CMM report, the Acquirer must calculate the CTR as set forth in section

8.3.1. The Acquirer must submit this report no later than 45 days from the

end of the calendar month.

The Acquirer must submit the CMM report in a form and manner required by

MasterCard. The Acquirer also must provide a copy of the CMM report and

these ECP Standards to the specific CMM Merchant. MasterCard will assess the

Acquirer a reporting fee of USD 50 for each CMM report submitted.

8.3.2.1.1 CMM Report Contents

The CMM report must include all of the following information:

• The name and location of the CMM

• The calendar month of CMM qualification being reported

• The CTR of the CMM for the reported calendar month

• The Card acceptor business code/Merchant category code (MCC) assigned

to the CMM and a description of the nature of the CMM's business

• The number and gross dollar volume (GDV) of the CMM's MasterCard sales

Transactions in the reported calendar month and in the preceding month

• The number and GDV of chargebacks of the CMM's MasterCard sales

**Ex. 21
Attachment K**

Transactions for the reported calendar month

• Any additional information as MasterCard may require

8.3.2.1.2 Late CMM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is a CMM and the Acquirer fails to submit a timely CMM report to MasterCard for that Merchant, MasterCard may assess the Acquirer up to USD 5,000 per month for each month that a specific monthly CMM report is overdue.

8.3.2.2 Excessive Chargeback Merchant Reporting Requirements

Within 30 days of the end of the second trigger month, and on a monthly basis thereafter, the Acquirer must submit a separate ECM report for each of its ECMs (in lieu of a CMM report) until that ECM's CTR is below 100 basis points for two consecutive months. The Acquirer also must provide a copy of the ECM report and these ECP Standards to the specific ECM Merchant. MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM report submitted.

8.3.2.2.1 ECM Report Contents

The ECM report must include all of the information required for the CMM report, and the following additional information:

• A description of the Acquirer's chargeback controls in place to monitor the ECM's activities

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-13

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

• An evaluation of the practices that caused the ECM to exceed the ECP Standard

• An Acquirer action plan to reduce the ECM's CTR

Ex. 21
Attachment K

• An electronic file that contains chargeback Transaction detail for each

chargeback received by the Acquirer for the ECM in the calendar month

• Any additional information as MasterCard may require from time to time

MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM

report submitted.

8.3.2.2.2 Late ECM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is an ECM and the

Acquirer fails to submit a timely ECM report to MasterCard for that ECM,

MasterCard may assess the Acquirer up to USD 500 per day for each of the first

15 days that the ECM report for that ECM is overdue and up to USD 1,000 per

day thereafter until the delinquent ECM report is submitted.

8.3.3 Assessments

In addition to any applicable assessments for CMM reports, ECM reports,

or late report submissions, MasterCard may assess the Acquirer for Issuer

reimbursement fees and violation assessments for excessive chargebacks

arising from an ECM. MasterCard calculates the Issuer reimbursement fees

and assessments as described in section 8.3.3.1 and they apply in each

calendar month that the ECM exceeds a CTR of 100 basis points after the first

trigger month. For the purposes of calculating Issuer reimbursement fees

and assessments only (and not for the purpose of satisfying the reporting

requirements contained herein), an Acquirer may offer an alternative CTR

calculation that more accurately "maps back" or links the chargebacks to the

relevant sales Transactions.

8.3.3.1 ECP Assessment Calculation

MasterCard determines an Acquirer's liability for the monthly Issuer

reimbursement fees and assessments for each ECM as set forth below.

**Ex. 21**
**Attachment K**

MasterCard calculates the Issuer reimbursement fees in the following steps 1, 2, and 3, and calculates the violation assessment in step 4.

1. Calculate the CTR for each calendar month that the ECM exceeded a CTR of 100 basis points (which may also be expressed as 1% or 0.01).

2. From the total number of chargebacks in the above CTR calculation, subtract the number of chargebacks that account for the first 100 basis points of the CTR. (This amount is equivalent to one percent of the number of monthly sales Transactions used to calculate the CTR.) The result is the number of chargebacks above the threshold of 100 basis points.

3. Multiply the result from step 2 by USD 25. This is the Issuer reimbursement.

4. Adjust the result in step 3 to reflect the extent that the Acquirer has exceeded the 100 basis points threshold by multiplying the value in step 3 by the CTR (expressed as basis points). Divide this result by 100. This amount is the violation assessment.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-14 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

Repeat steps 1–4 for each calendar month (other than the first trigger month) that the ECM exceeded a CTR of 100 basis points or one percent.

Example: The Acquirer for Merchant ABC acquired MasterCard sales Transactions and chargebacks over a six-month period as follows:

Month January February March April May June July

Sales Transaction 95,665 95,460 95,561 95,867 95,255 95,889 95,758

Chargebacks 720 1003 1301 1256 1175 923 824

CTR in basis points — 105 136 131 123 97 86

7

Ex. 21
Attachment K

February and March are the trigger months, as these are two consecutive months where the CTR exceeded 100 basis points. At the end of July, Merchant ABC was no longer an ECM as its CTR was below 100 basis points for two consecutive months. MasterCard calculates assessments and Issuer reimbursements for each of the months March through July.

For example, the assessment for April (using March sales Transactions and April chargeback volumes) is calculated as follows:

• The CTR = April chargebacks/March sales Transactions = 1,256/95,561 = 0.01314 or 131 basis points (rounded)

• The number of chargebacks in excess of the 100 basis points is determined by subtracting one percent of the March sales Transactions from the number of April chargebacks. One percent of the March sales Transactions (95,561 x 0.01) is 956. 1256 – 956 = 300 chargebacks

• The Issuer reimbursement for April is 300 x USD 25 = USD 7,500

• The violation assessment is (USD 7,500 x 131)/100 or 982,500/100 = USD 9,825

Using this methodology, the Issuer reimbursement fees and assessments for the Acquirer for Merchant ABC are as follows.

Month

Issuer

Reimbursement Assessment Total

February (first

trigger month)

0 0 0

March (second

trigger month)

8

USD 8,650 USD 11,764 USD 20,414

April USD 7,500 USD 9,825 USD 17,325

May USD 5,400 USD 6,642 USD 12,042

June 0 0 0

July 0 0 0

Total USD 21,550 USD 28,231 USD 49,781

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-15

Merchant Fraud Control Programs

8.4 Cardholder-Merchant Collusion (CMC) Program

8.3.4 Issuer Reimbursement

MasterCard will remit Issuer reimbursement fees to Issuers through the MCBS.

Actual reimbursements will vary depending on the extent and duration of the

violation and the number of chargebacks processed by each Issuer, and will be

paid out of the amounts collected for the Issuer reimbursement fees described

in section 8.3.3.1 on a pro rata basis.


John Thompson

Risk/Underwriting Manager
NATIONAL MERCHANT CENTER
Phone: 1(800)662-8448 ext.713 <tel:1%28800%29662-8448%20ext.713>

(949)419-8400 ext 713 <tel:%28949%29419-8400%20ext%20713>

Fax: 1(949)313-1299 <tel:1%28949%29313-1299> JFThompson@nationalmerchant.com

www.nationalmerchant.com <http://www.nationalmerchant.com/>

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Ex. 21
Attachment K

**Ex. 21**
**Attachment K**

| | |
|---|---|
| **From:** | Leor Arazy <leor@pinlogistics.com> |
| **Sent:** | Friday, November 30, 2012 2:05 PM |
| **To:** | Alon | Mediaurge |
| **Cc:** | Doron .; Igorlats Igor; Nastassia Yalley; paul@mediaurge.com |
| **Subject:** | Salary Breakdown for May |
| **Attachments:** | May Salaries.xlsx |

Hey Everyone,

Attached you will find the May Salary Report broken down by departments. You will notice that this months salary is higher than usual because June 1st payroll came out on May 31st"

If you have any questions please free to contact Nastassia or myself.

Best,
Leor

# Human Resources Department
Pinnacle Logistics Inc.



This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects..

1

**Ex. 21**
**Attachment L**

| | |
|---|---|
| **From:** | Kristina PEREZ <kristina@pagotechnology.com> |
| **Sent:** | Wednesday, July 13, 2011 2:36 PM |
| **To:** | 'igor' |
| **Cc:** | 'Alon | Bunzai Media' |
| **Subject:** | FW: Company+ account in Rietumu banka |
| **Attachments:** | Corporate + iBank + card.pdf |

Igor,


Dlja zapolnenija formi na bankovskij s4et nuz'ni gotovie korporativnie dokumenti na Shotlandskuju companiju. Kak toljko doki budut gotovi, ja vas svjaz'u s bankom na prjamuju- dlja uskorenija processa.

Poka posmotrite v obshem 4to ot vas nuz'no I zapolnite te 4asti, gde moz'no.

P.S. otkritie s4eta stoit 250Euro, kot. snimajutsja so s4eta avtomati4eski pri otkritii.


S uvaz'eniem,

Kristina


For account opening in Rietumu Banka you should fill in all the forms ( please find below attached forms) and if you do not meet our representative for identification (unfortunately you can meet them either in Europe, either in CIS), than you should notarize following documents:

1)     Specimen Signature and Seal Card;

2)     Identification and Account Management Tools Package Usage

   Application;

3)     Representative's passport


(See attached file: Corporate + iBank + card.pdf)


Also, as account is opened in non face-to-face session, You should provide any documentation confirming representative's (Signatory's and

Beneficiary's) address. It could be bills for accommodation, telephone or internet bills, statement from the bank, etc.

Ex. 21
Attachment M

Also it is required to provide information on company's business and Beneficial owner (business portfolio, experience, education, recommendations from partners etc.)

If you have any questions, please do not hesitate to contact me.

**Ex. 21**
**Attachment M**

| | |
|---|---|
| **From:** | Cyrus Ahmadi <Cyrus@standardmailbox.com> |
| **Sent:** | Friday, February 22, 2013 12:30 AM |
| **To:** | Doron |
| **Subject:** | RE: Need your help here |

I can't offer any help.. plain and simple he used the card and missed his November payment and then once December 10th passed he was already 31 days late and god knows when he paid it off.  So essentially what grounds do we have to remove the late for December?  NONE... sorry I can't help.... LOL


Cyrus


From: Doron [mailto:doron@doron.us]
Sent: Thursday, February 21, 2013 8:16 AM
To: Cyrus Ahmadi
Subject: Need your help here


Baba this is Alons partner


We need to remove this crap of you can


Igor Latsanovski

SS█████████████

█████████████

Calabasas, CA████

████████████████████


BA███████████████    $2500.00

1

| | |
|---|---|
| **From:** | Alon \| Mediaurge <alon@mediaurge.com> |
| **Sent:** | Monday, April 14, 2014 4:00 PM |
| **To:** | Paul Medina; Doron; Igor Lats |
| **Subject:** | Fwd: EVO remaining processing reports |
| **Attachments:** | Reserves and releases 4-2014.xls; Untitled attachment 00028.htm; Alon EVO res 4-11.xls; Untitled attachment 00031.htm |

Paul,

Pls see attached
Pls update UMS reserve after this release (where are we now) Pls keep track of EVO reserve from now....

Thank you!

Begin forwarded message:

> From: Bob Sarkisyan <bob.sarkisyan@umsbanking.com <mailto:bob.sarkisyan@umsbanking.com> >
> Date: April 14, 2014 at 1:43:49 PM PDT
> To: Alon \| MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >
> Cc: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >, "jacki.cass" <Jacki.Cass@umsbanking.com <mailto:Jacki.Cass@umsbanking.com> >
> Subject: Re: Fwd: EVO remaining processing reports

> Dear Alon,

> Please see attached for reserve release details on Global side, you should see the funds in 2 business days. Also, your current EVO reserve is $236,930.15 (details also attached).

> Let me know if you have any questions.

> Thank you.

> On 4/14/2014 10:40 AM, Joyce Gaines wrote:

>> Dear Alon and Team,

>> Thank you for this data.  It will help and for sure EVO needs to know about the layered decrease in volume so they do not freak on CB increases.

>> This is to confirm that my team will inform Global to release $ 250,000 from reserves.

>> Thank you, we too have enjoyed your partnership and I totally understand your new direction.

1

Ex. 21
Attachment O

Very Best,

Joyce

On 4/14/2014 10:28 AM, Alon | MediaUrge wrote:

Dearest UMS Team,

Happy Monday! I know you guys have had a crazy couple of months, and i just wanted to thank you for efforts that went into keeping out accounts alive. You guys are amazing and I couldn't of hoped to have a more supportive team... Thank you!

As promised, Attached, please find a total volume processing slowdown report for each of our Re-Sellers showing exactly how much volume will occur all the way to the end.

PLEASE NOTE: I ALSO ADDED A COMBINED VERSION FOR YOUR EYES ONLY... (NOT TO BE FORWARDED TO EVO)

I wanted to inform you all about the latest executive decisions that have been made, I mentioned it to Dylan and Geoff, but they said keep everyone in loop so we can keep EVO informed.

Due to new compliance regulations that are coming out soon (FTC, VISA, MC), and due to the aggressive marketing nature of these external affiliates/marketers which we have to monitor and police daily. We have decided to 'stop' new Auravie, Dellure, and Miracle face kit, new customer acquisitions. This means that we will quickly see new transactions fading away and over the next few months, we are just going to go thru the existing subscriptions / re-bills we have in our system.

The reason this is important to you is because we have to notify EVO of our decision and that they should expect:
1. total processing volume to reduce by 50% respectfully for the next 3-4 months consistently example: 1.0M in April, 500K in May, 250K in June and so on...
2. Chargebacks percentages will increase a bit due to lack of new transactions, but Chargeback counts will dramatically reduce due to much lower volume.
3. That we are grateful for their understanding and appreciate them supporting our 'slow down' process.

Of course, as always, we will never leave any loose ends or unmanaged issues... We will support every last customer till their last subscription shipment and thereafter to make sure there are no further customer service inquires. Customer service, refunds and any inquiries will be managed and followed through to the end. As always, Not to worry, we will never make UMS or EVO tap into any reserve account as a result of our internal error or business process.

Last but not least:

1. If you can please find out how much EVO is currently holding in reserves as beside processing, the majority of out Chargeback winnings (about 50K per month) are also going into the reserve accounts and we need to know where we stand there.

2. Dylan confirmed (through Joyce) that USM will release 250K from the current Global Reserves today... please confirm...

**Ex. 21**
**Attachment O**

Please let mw know if there are any questions... Again, thank you all!!!!!

Best Regards,

Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com
<mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

--

UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>

_____

Ex. 21
Attachment O

**********************************************************************
***********************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended
for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law.
You are hereby notified that any dissemination, distribution, duplication or
retaining of this transmission by someone other than the intended addressee or
addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.

**********************************************************************
***********************************

--


UMS Banking

Bob Sarkisyan
Risk Management
Phone: (818) 246-6767
Fax: (818) 246-3631
bob.sarkisyan@umsbanking.com <mailto:bob.sarkisyan@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>


<http://www.umsbanking.com>



_____

**********************************************************************
***********************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended
for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law.
You are hereby notified that any dissemination, distribution, duplication or
retaining of this transmission by someone other than the intended addressee or
addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.

**Ex. 21**
**Attachment O**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Ex. 21**
**Attachment O**

| | |
|---|---|
| **From:** | Alon \| Bunzai Media <alon@bunzaimedia.com> |
| **Sent:** | Thursday, January 12, 2012 5:51 PM |
| **To:** | igor |
| **Subject:** | Some Questions - Biz op |

What kind of credit criteria is the customer going to need -  in order to establish a merchant account?

What happens if the consumer doesn't have enough money in the bank to be ACH out of his/her account? Are we going to be charging their credit card?

Do you have the technology, team and support staff in place to open 200-400 mids per day?

Do you have the customer service personnel to support the questions that will arise from these merchant accounts?

What kind of technology do you have in place to open up 200-400 websites per day? Do you know what it takes to manage the entire IT (technology) department, servers, security, domains and so on …. And do you have the support staff to handle the customer service phone calls of how do i use this and how do i do that?

Have you done a cost analysis to figure out the cost acquisition per customer? how much will it cost (marketing) to get a customer and then what is the internal cost to get him live, up and working…

do you have a good CRM solution to manage the monthly billing model, stop recurring charges and so on...

is there any numbers, projections, costs, analysis ???


Best Regards,



**Alon Nottea**
Executive Director | CEO
Bunzai Media Group, Inc.
Skype: alonbaba
Office: 818.200.1035
Mobile: 818.652.5454
Mail: Alon@BunzaiMedia.com



<http://abwoffers.com/bunzai_email_logo/logo-bunzai-emailsignature.JPG>



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are

Ex. 21
Attachment P

not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**Ex. 21**
**Attachment P**

**From:**              Alon | Bunzai Media <alon@bunzaimedia.com>
**Sent:**              Monday, April 25, 2011 12:45 PM
**To:**                jose@gryphoninvestmentgroup.com
**Cc:**                igor; Khristopher Bond
**Subject:**           Merchant Processing
**Attachments:**       BMGI-Package-4EPS.zip

Jose,

We were introduced through Micky and Igor.....

I hope you're well. I called you on Friday with regards to setting up a merchant processing relationship, you asked for an intro email so here goes.

I'm sending you a complete package in order to familiarize you with our company.

A small introduction to our company: bunzaimedia.com <http://bunzaimedia.com/> : We are in the business of running compliant online continuity offers in the Beauty/Skincare sector.  We manufacture our products, which are high end in quality and results.  Customers who take advantage of our online continuity offers purchase those products at considerably discounted membership prices.  We  also sell our products (at retail prices) on our main website www.auravie.com <http://www.auravie.com/> , therefore validating the value of our products and continuity member discounts.

Over the last 24 months, we have really taken our time to perfect our business model.

In every department of our business, from Product Development, Manufacturing, Design & Optimization, Media Planning & Buying, Merchant Processing, Understanding Online Compliance, Affiliate Management & Fraud Prevention, to 'True, In-house" Customer Service, Call Center Management & Product Fulfillment. We understand consumer/publisher fraud and are extremely proactive with chargeback resolution. We have taken the time to understand and perfect these processes, while creating strong operating procedures in order to build our business to where we can expand order and processing volume with confidence.

We are one of the very few Fully-Complaint Skin care offers in the space.

Some of our top offers are:
Auravie:
http://myauravie.com <http://myauravie.com/> http://auraviegiveaway.com <http://auraviegiveaway.com/> http://auraviebeauty.com <http://auraviebeauty.com/>

Miracle Face Kit:
http://newmiraclekit.com <http://newmiraclekit.com/> http://miraclekitfreetrial.com <http://miraclekitfreetrial.com/> http://deadseamudmasque.com <http://deadseamudmasque.com/>

1

Ex. 21
Attachment Q

All of our offers are reviewed by and Include an FTC Attorney Compliance Review, Please take a look:


1. http://myauravie.com/Myauravie_FTC.pdf
2. http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf
<http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf%C2%A0>


With regards to Merchant Processing, Attached please find a compressed file which includes:

1. Financial Statements
2. Bank Statements
3. FTC-Compliance
4. Reference Letters
5. Model Releases


Please take the time to review the attached in detail.

We are looking forward to sharing our passion with you in hopes to inspire a mutual, profitable and sustainable business relationship.

Warm Regards,


Alon Nottea | CEO
Bunzai Media Group, Inc.
Skype: alonbaba | Aim: alonbaba
Direct 818.200.1045 | Mobile 818.652.5454


<http://www.bunzaimedia.com/>

**Ex. 21**
**Attachment Q**

| | |
|---|---|
| **From:** | Kristina PEREZ <kristina@pagotechnology.com> |
| **Sent:** | Wednesday, March 14, 2012 6:51 PM |
| **To:** | 'Nastassia Yalley'; 'igor' |
| **Cc:** | 'Alon' |
| **Subject:** | RE: FW: Wiring funds |

Hi, Nastassia

The agreement was that SkinCare OY needed 600.000 USD in processing, which required 6 MIDS( different urls an ect)
each is 900 USD set up fee.
Feel free to call me is you have any questions, my cell 3057994117

Regards,
*Kristina Perez, COO*
1200 Brickel Ave. Suite 1950
Miami, FL 33131
Toll Free +1(866)508-9363
Fax +1( 866) 843 0701
Skype: kristina.peresa
www.pagotechnology.com



**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Wednesday, March 14, 2012 5:51 PM
**To:** igor; Kristina PEREZ
**Cc:** Alon
**Subject:** Re: FW: Wiring funds

Hi Kristina,

It makes sense now with refunds, chargebacks etc. But I don't think
we were told about being charged $900.00 per each account. I checked
over the agreement that was signed and see $900 TERMINAL fee, that
I don't think applies to us. Please let me know if you can jump on a conference call
so we can discuss. Thank you.

On Wed, Mar 14, 2012 at 1:11 PM, igor <igorlats@gmail.com> wrote:

**Ex. 21
Attachment R**

---------- Forwarded message ----------
From: **Kristina PEREZ** <kristina@pagotechnology.com>
Date: Tue, Mar 13, 2012 at 5:51 PM
Subject: FW: Wiring funds
To: igor <igorlats@gmail.com>

**From:** Kristina PEREZ [mailto:kristina@pagotechnology.com]
**Sent:** Friday, March 09, 2012 2:41 PM
**To:** Alon Nottea (alon@bunzaimedia.com)
**Subject:** Wiring funds

Hi, Alon

Please see below short summary of your fund movement for the offshore account. All the details( processing statements) attached  where you can look into your fees in a greater detail : trx fees, refunds and chargeback listed.

| Funding date | Amount funded | Processed $ | Fees deducted | Qtty | |
|---|---|---|---|---|---|
| until 1/10/2012 | $        1,783.12 | $   9,242.73 | 900 | 6 | $  5,400.00 |
| 1/11-1/18/2012 | $        2,092.37 | $   2,849.55 | | | |
| 1/19-2/1/2012 | $        1,208.11 | $   2,102.47 | | | |
| 2/2-2/9/2012 | $        1,350.68 | $   1,859.72 | | | |
| 2/10-2/16/2012 | $           661.70 | $   1,081.63 | | | |
| 2/17-2/23/2012 | $              - | | Ref/Chb | | |
| 2/24-3/1/2012 | $              - | | Ref/Chb | | |
| Total: | | $  17,136.10 | | | |

Please feel free to contact me if you have any questions.

Regards,

*Kristina Perez, COO*

**Ex. 21**
**Attachment R**

*Managing Partner at Transact PRO USA*

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free <u>+1(866)508-9363</u>

Fax <u>+1 (866) 843 0701</u>



<u>**IMPORTANT WARNING:**</u> This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Enrique Perez [mailto:enrique@pagotechnology.com]
**Sent:** Thursday, March 08, 2012 8:55 PM
**To:** 'Nastassia Yalley'; 'Kristina PEREZ'
**Cc:** 'Alon Nottea'; 'Paul Medina'
**Subject:** RE: Wiring funds


Hello Nastassia


I have included all of the wire advises that have been sent to you where you can see in details the turnover for each of the period, how much money in the rolling reserve, also you can see the fees deducted etc. I have also included a summary of deposits and last I have included a report from day 1 until March 8th 2012 (Latvian settlement time which is 5 PM EST). I hope this will give you the complete picture. Once you deduct all of the fees as indicated in the wire advise (as per contract) you then will see that there is no missing money. If you don't have access to the Bank's portal https://www2.1stpayments.net/merchantarea.php please let me know I will set up credentials for you.


Please feel free to contact me directly if you have any additional questions.


Thank you for your business.

**Ex. 21**
**Attachment R**

Enrique Perez, Founder & CEO

Pago Technology LLC

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free (866)305-4805

Fax (480)287-9608

www.pagotechnology.com



**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Thursday, March 08, 2012 4:59 PM
**To:** Kristina PEREZ
**Cc:** Alon Nottea; Paul Medina; enrique@pagotechnology.com
**Subject:** Re: Wiring funds

Hi Kristina,

We checked that bank account and see there was only one deposit made on February

29th for $7053.73.

**Ex. 21**
**Attachment R**

Where's the rest of the money?

On Wed, Mar 7, 2012 at 1:08 PM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

Hi, Nastassia

The funds are being wired to Estonian bank.

Last week there was no turnover:

No statements today ( 03.02) – negative balance

| SKINCARE OU: all accounts summary (USD) | 0.00 / 0 | -195.76 / 2 | -195.76 / 2 |
|---|---|---|---|

2 weeks ago -

2012.02.23.

### Processing statement nr. SKI_TR_199_2.2012

| Period from | 10/2/2012 | until | 16/2/2012 |
|---|---|---|---|
| | | | **USD** |
| | Turnover | | 1,081.63 |
| | Turnover rate | | 5.00% |
| | Turnover fee | | 54.08 |
| | Turnover fee(from min) | | 0.00 |
| | Trx | | 30 |
| | Trx rate | | 0.40 |
| | Trx fee | | 12.00 |
| | Trx fee correction | | 0.00 |
| | Refunds # | | 3 |
| | Refunds fee - per each | | 1 |
| | Refunds fee | | 3 |
| | Ref fee correction | | 0 |

5

| | |
|---|---:|
| **Refund turn (till 16/2/2012)** | **197.69** |
| **MID Setup fee - per each:** | **900.00** |
| **Number :** | **0** |
| **MID Setup fee:** | **0.00** |
| **Chargebacks#** | **0** |
| **Chargebacks Fee** | **0** |
| **Chargebacks turnover** | **0.00** |
| **Hold rate** | **10.00%** |
| **Holdback** | **108.16** |
| **BankWire Fee (1)** | **45.00** |
| **For payout** | **661.70** |
| **Holdback return ( from  - till)** | **0.00** |
| **Paid** | **661.70** |

Let me know if you have any questions,

*Kristina Perez, COO*

*Managing Partner at Transact PRO USA*

Toll Free +1(866)508-9363

Fax 1 ( 866) 843 0701



**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Wednesday, March 07, 2012 3:09 PM
**To:** Kristina PEREZ; Enrique PEREZ; Alon Nottea; Paul Medina
**Subject:** Wiring funds

Hello Kristina,

I checked your system and I see:

**Total Transactions Approved: 534 Total Amount Approved: $18,111.65**

**Ex. 21**
**Attachment R**

When/how do we receive this money? Do you need our wiring instructions?

We haven't seen any deposits from this account. Please let me know, thank you :]

--
-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

**Ex. 21**
**Attachment R**

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Friday, April 15, 2011 12:47 PM
**To:** Alon Nottea; Khristopher Bond; Paul Medina
**Subject:** payroll notes!

Just wanted to put some notes about payroll in case you have any questions:

1. As of today we have 25 people on our normal payroll (including igor, khris and Alon) and 3 independent people (Boaz, jay, and andras)
2. Shant is getting paid in cash: $320.00 from Khristopher
3. Rita is getting paid in cash: $1200 from Khristopher (we're paying Khris $1520)
4. Nicole has two checks because one is for Ricky and one is for her, but she's the only one with a social.
5. Julio's (Miguel) check is only for $500 per Alon

-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1045 ext 7003
F: 818.647.0182

Ex. 21
Attachment S

| DBA Name | | Contractual Monthly Volume | Contractual Average Ticket | Total Contractual Risk | Actual Avg Monthly Volume | Actual Avg Ticket | Total Actual Risk | Current Global Reserve % | Current Global $ Reserve | Evo Decision Approve, Decline, Reserve | UMS Banking Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SERUM # (866) 485-1646 | | $16 666.67 | $100.00 | $16 666.66 | $29 635.24 | $38.31 | $38 818.00 | 5.00% | $49 616.61 | Approve w/5% RR = Total Actual Risk | |
| SHANTI SKIN CARE INC | | $150 000.00 | $60.00 | $170 000.00 | $8 821.81 | $40.85 | $13 372.00 | 5.00% | $31 267.31 | Approve w/5% RR = Total Actual Risk | |
| Skin Cream # (866) 439-3165 | | $12 500.00 | $1 500.00 | $12 500.00 | $40 617.82 | $39.79 | $49 055.00 | 0.00% | | Approve w/5% RR = Total Actual Risk | Resent underwriting package to EVO on 12-19-13 @ 12:29. Original package had wrong application with a different legal name. |
| SKIN KIT 888-473-1113 | | $125 000.00 | $100.00 | $125 000.00 | $8 673.01 | $41.40 | $10 888.00 | 5.00% | $17 001.50 | Approve w/5% RR = Total Actual Risk | |
| ANTIAGE # 866-631-1835 | | $12 500.00 | $100.00 | $14 583.00 | $40 622.02 | $38.51 | $54 541.00 | 5.00% | $53 198.81 | Approve w/5% RR = Total Actual Risk | |
| BEAUPRO 877-245-6534 | | $100 000.00 | $85.00 | $110 000.00 | $36 558.45 | $38.28 | $43 203.82 | 0.00% | $40 177.65 | Approve w/5% RR = Total Actual Risk | |
| ELLASKIN 855-335-9526 | | $4 166.67 | $100.00 | $4 166.00 | $40 215.20 | $36.77 | $47 743.97 | 5.00% | $17 772.72 | Approve w/5% RR = Total Actual Risk | |
| BESTSKIN 866-260-2113 | | $125 000.00 | $100.00 | $125 000.00 | $43 583.21 | $36.55 | $51 398.56 | 5.00% | $19 134.12 | Approve w/5% RR = Total Actual Risk | |
| BSKIN 866-208-6848 | | $4 167.00 | $85.00 | $4 167.00 | $48 069.67 | $27.71 | $54 912.05 | 0.00% | | Approve w/5% RR = Total Actual Risk | |
| FaceCre 855-607-0471 (App has SKINPRO 855-6070471) | | $4 166.00 | $100.00 | $4 861.50 | $43 590.79 | $38.54 | $60 293.00 | 0.00% | | Approve w/5% RR = Total Actual Risk | Merchant's name changed to FaceCre 855-607-0471 from SKINPRO 855-6070471 |
| FACIAL 888-586-2329 | | $4 167.00 | $100.00 | $4 861.00 | $29 579.10 | $31.45 | $40 081.00 | 5.00% | $19 429.17 | Approve w/5% RR = Total Actual Risk | |
| USKIN 855-230-9339 | | $4 166.00 | $100.00 | $4 166.66 | $42 170.97 | $30.37 | $49 529.27 | 5.00% | $18 406.00 | Approve w/5% RR = Total Actual Risk | |
| SVSKIN 866-207-5676 | | $4 166.00 | $100.00 | $4 166.66 | $41 894.03 | $37.77 | $49 890.92 | 5.00% | $18 242.66 | Approve w/5% RR = Total Actual Risk | |
| SkinSH 855674-6188 (App has NUFACE 866-407-1686) | | $4 166.00 | $100.00 | $4 166.66 | $43 928.22 | $36.42 | $51 062.60 | 0.00% | | Approve w/5% RR = Total Actual Risk | Merchant's name changed to SkinSH 855674-6188 from NUFACE 866-407-1686 |
| SKINCRE 866-894-6197 | | | | | | | | | | Risk | |
| SKIN4U 877-478-633 | | $12 500.00 | $100.00 | $12 500.00 | $39 533.04 | $32.29 | $53 842.09 | 5.00% | $42 229.89 | Approve w/5% RR = Total Actual Risk | |
| SKIN RENEW 877-611-4188 REFRESH #(877)745-3614 | | $16 666.66 | $100.00 | $16 666.6 | $45 995.90 | $34.66 | $61 469.21 | 5.00% | $61 738.80 | Approve w/5% RR = Total Actual Risk | |
| REJUV 877-821-8368 | | $12 500.00 | $100.00 | $12 500.00 | $33 150.52 | $35.66 | $45 075.00 | 5.00% | $64 839.88 | Approve w/5% RR = Total Actual Risk | |
| REPLENISH 866-495-0631 | | $125 000.00 | $100.00 | $125 000.00 | $36 236.59 | $28.80 | $90 339.00 | 5.00% | $40 402.50 | Approve w/5% RR = Total Actual Risk | |
| REVEAL 866-670-2751 | | $12 500.00 | $100.00 | $12 500.00 | $48 638.23 | $36.84 | $57 848.64 | 0.00% | $26 104.86 | Approve w/5% RR = Total Actual Risk | |
| NUSKIN 8555891707 | | $16 666.67 | $100.00 | $19 443.67 | $34 830.04 | $37.92 | $42 618.77 | 5.00% | $56 100.77 | Approve w/5% RR = Total Actual Risk | |
| good skin 877-971-2376 | | $4 166.67 | $100.00 | $4 166.67 | $42 991.28 | $38.51 | $15 927.06 | 5.00% | $15 580.90 | Approve w/5% RR = Total Actual Risk | |
| HERSKIN 877-395-4510 | | $12 500.00 | $100.00 | $14 500.00 | $41 473.67 | $40.20 | $13 639.15 | 0.00% | $43 053.76 | Approve w/5% RR = Total Actual Risk | |
| KAI SKIN 888-520-1098 | | $12 500.00 | $100.00 | $14 500.00 | $35 585.90 | $40.62 | $12 744.59 | 5.00% | $33 756.44 | Approve w/5% RR = Total Actual Risk | |
| INSKIN 866-208-2665 | | $4 166.66 | $100.00 | $4 800.00 | $30 822.51 | $43.57 | $11 493.56 | 5.00% | $26 557.29 | Approve w/5% RR = Total Actual Risk | |
| NEWSKIN 866-673-5254 | | $4 166.66 | $100.00 | $4 166.66 | $38 757.52 | $47.99 | $47 081.60 | 5.00% | $19 298.60 | Approve w/5% RR = Total Actual Risk | |
| PALISADES SKIN CARE INC | | $100 000.00 | $85.00 | $100 000.00 | $38 065.41 | $56.87 | $11 087.62 | 0.00% | | Approve w/5% RR = Total Actual Risk | |
| AMD 866-785-3786 | | $150 000.00 | $60.00 | $165 000.00 | $7 398.78 | $56.83 | $2 473.79 | 5.00% | $62 970.80 | Approve w/5% RR = Total Actual Risk | |
| | | $125 000.00 | $100.00 | $125 000.00 | $41 286.32 | $34.89 | $56 515.38 | 5.00% | $45 126.37 | Approve w/5% RR = Total Actual Risk | |

**Ex. 21**
**Attachment T**

| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Tuesday, November 25, 2014 9:09 AM |
| **To:** | Doron |
| **Subject:** | Fwd: Hi |

Hello,Doron

The account number is :


BANK NAME: LEUMMI LE ISRAEL BM (978)

ACCOUNT No: ███████

Swift code: LUMIILITTLV



IBAN: ████████████████


$ 38,892


**make payment please from SBM**

**thank you**

1

# Exclusive U.S.A Fulfillment & Call Center Agreement

By this agreement, commencing for the date herein and continuing for 2 years, is by and between Skincare OÜ, doing business at Ahtri 10a Tallinn 10151 Estonia, Registrikood 12083190, Number: +372-602-7116, email: SKINCAREU@HOTMAIL.COM (hereinafter referred to as "Company.") and Bunzai Media Group, doing business at 7900 Gloria Avenue, Van Nuys, CA 91406 (hereinafter referred to as "Bunzai" and together with Company referred to as "parties".)

It is understood by both parties, that the Company has given the rights to Bunzai, to provide fulfillment and call center services for the Company's skincare products, The Miracle Face & Body Treatment, and AuraVie Skincare in the United States.

Bunzai will waive its set up fee, and will invoice Company on a weekly basis.  Company shall pay invoices immediately upon receipt.

This agreement shall automatically renew for indefinite 2 year periods unless either party, with just cause, sends the other a written termination letter no later than 60 days prior to the end of that term.

Agreed and accepted to on July 1st, 2011 by;


_____                    _____
OLEG TRUSHLYA                                       ALON NOTTEA
Skincare OÜ                                         BunZai Media
Ahtri 10a Tallinn 10151 Estonia                     7900 Gloria Avenue
registrikood 12083190                               Van Nuys, CA 91406
Number: +372-602-7116                               Number: 818-200-1035
SKINCAREU@HOTMAIL.COM

1st Point Lending, Inc., LIC# 01847023, NMLS# 151392 | Originator: Alex Nelson, LIC# 01176105, NMLS# 233991

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

| Borrower | Co-Borrower |
|---|---|

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☑ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate ☐ GPM | ☐ Other (explain): ☑ ARM (type): **5/1** |
|---|---|---|---|---|---|
| $ 1,860,000 | 4.875 % | 360/360 | | | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | | No. of Units |
|---|---|---|
| , Calabasas, CA  County: Los Angeles | | 1 |
| Legal Description of Subject Property (attach description if necessary) | | Year Built 2013 |

| Purpose of Loan ☑ Purchase ☐ Construction ☐ Refinance ☐ Construction-Permanent ☐ Other (explain): | Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made ☐ to be made |
|---|---|---|---|---|---|
| | $ | $ | | Cost: $ | |

| Title will be held in what Name(s) Igor Latsanovski | Manner in which Title will be held To be determined in escrow | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) Checking/Savings |
|---|

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Igor Latsanovski | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|---|
| Borrower / Co-Borrower | | | | 18 | | | | 18 |

| Borrower | Co-Borrower |
|---|---|
| ☑ Married (includes registered domestic partners) | ☐ Married (includes registered domestic partners) |
| ☐ Unmarried (includes single, divorced, widowed) | ☐ Unmarried (includes single, divorced, widowed) |
| ☐ Separated | ☐ Separated |
| Dependents (not listed by Co-Borrower) No. ____ Ages ____ | Dependents (not listed by Borrower) No. ____ Ages ____ |

| Present Address (street, city, state, ZIP/ country) ☐ Own ☑ Rent **2.4** No. Yrs. | Present Address (street, city, state, ZIP/ country) ☐ Own ☐ Rent ____ No. Yrs. |
|---|---|
| Calabasas, CA  / United States | / United States |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

| Uniform Residential Loan Application Freddie Mac Form 65  7/05 (rev. 6/09) | Borrower Co-Borrower | Fannie Mae Form 1003  7/05 (rev. 6/09) |
|---|---|---|

Page 1 of 4

Calyx Form - Loanapp1.frm (11/09)

Ex. 21
Attachment W

| | **Borrower** | | **IV. EMPLOYMENT INFORMATION** | | **Co-Borrower** | |
|---|---|---|---|---|---|---|
| Name & Address of Employer<br>Guayas Ltd<br>10A Ahtri<br>Tallin, Estonia 10151 | ☐ Self Employed | Yrs. on this job<br>10 yr(s)<br>Yrs. employed in this line of work/profession<br>10 | Name & Address of Employer | ☐ Self Employed | | Yrs. on this job<br><br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>Owner | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income<br>$ | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income<br>$ | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income<br>$ | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income<br>$ | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

**V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION**

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 587,694.83 | $ | $ 587,694.83 | Rent | $ 8,333.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 9,843.27 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 250.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 3,229.17 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 587,694.83 | $ | $ 587,694.83 | Total | $ 8,333.00 | $ 13,322.44 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**    *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Borrower

Co-Borrower

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev. 6/09)
Page 2 of 4
Fannie Mae Form 1003  7/05 (rev. 6/09)

Calyx Form - Loanapp2.frm (11/09)

Ex. 21
Attachment W

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed   ☑ Jointly   ☐ Not Jointly

| **ASSETS** Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: Escrow Deposit | $ 93,000 | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union **Danske Bank** | | **AMERICAN EXPRESS** P O BOX 7871 FORT LAUDERDAL, FL 33329 | | |
| | | Acct. no. | 8.00 | 309 |
| Acct. no | $ 1,600,000 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ 1,693,000 | Acct. no. | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 8.00 | |
| **Total Assets a.** | $ 1,693,000 | Net Worth (a minus b) =>   $ 1,692,691 | **Total Liabilities b.** | $ 309 |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Borrower ____

Co-Borrower _____

Ex. 21
Attachment W

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| a. Purchase price | $ 3,100,000.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower | |
| | | | | Yes | No | Yes | No |
| b. Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | | ☐ | ☑ | ☐ | ☐ |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | | ☐ | ☑ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☐ | ☑ | ☐ | ☐ |
| e. Estimated prepaid items | 38,537.11 | | | | | | |
| f. Estimated closing costs | 27,486.50 | d. Are you a party to a lawsuit? | | ☐ | ☑ | ☐ | ☐ |
| g. PMI, MIP, Funding Fee | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | ☐ | ☑ | ☐ | ☐ |
| h. Discount (if Borrower will pay) | | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |
| i. Total costs (add items a through h) | 3,166,023.61 | | | | | | |
| j. Subordinate financing | | | | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ☐ | ☑ | ☐ | ☐ |
| l. Other Credits (explain) Cash Deposit on sales contract | 93,000.00 | | | | | | |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☑ | ☐ | ☐ |
| | | h. Is any part of the down payment borrowed? | | ☐ | ☑ | ☐ | ☐ |
| | | i. Are you a co-maker or endorser on a note? | | ☐ | ☑ | ☐ | ☐ |
| | | j. Are you a U. S. citizen? | | ☐ | ☑ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | | ☐ | ☑ | ☐ | ☐ |
| | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☑ | ☐ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 1,860,000.00 | m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☑ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | | | | | |
| o. Loan amount (add m & n) | 1,860,000.00 | | | | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 1,213,023.61 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors, or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

Right to Receive Copy of Appraisal I/We have the right to a copy of the appraisal report used in connection with this application for credit. To obtain a copy, I/we must send Creditor a written request at the mailing address Creditor has provided. Creditor must hear from us no later than __90__ days after Creditor notifies me/us about the action taken on this application, or I/we withdraw this application.
If you would like a copy of the appraisal report, contact: __1st Point Lending, Inc.   6350 Laurel Canyon Blvd. #310   North Hollywood, CA 91606__

| Borrower's Signature X | Date 9/11/13 | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER ☐ I do not wish to furnish this information | | | CO-BORROWER ☐ I do not wish to furnish this information | | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   ☑ Not Hispanic or Latino | | Ethnicity: | ☐ Hispanic or Latino   ☑ Not Hispanic or Latino | |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White | | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White | |
| Sex: | ☐ Female   ☑ Male | | Sex: | ☐ Female   ☑ Male | |

| To be Completed by Loan Originator: This information was provided: ☐ In a face-to-face interview   ☑ In a telephone interview   ☐ By the applicant and submitted by fax or mail   ☐ By the applicant and submitted via e-mail or the internet | |
|---|---|
| Loan Originator's Signature X | Date 08/27/2013 |
| Loan Originator's Name (print or type) Alex Nelson | Loan Originator Identifier 233991 | Loan Originator's Phone Number (including area code) 818-432-3580 |
| Loan Origination Company's Name 1st Point Lending, Inc. (P) 818-432-3580 (F) 818-432-3582 | Loan Origination Company Identifier 151392 | Loan Origination Company's Address 6350 Laurel Canyon Blvd. #310 North Hollywood, CA 91606 |

Ex. 21
Attachment W

| | |
|---|---|
| **From:** | Alon | Bunzai Media <alon@bunzaimedia.com> |
| **Sent:** | Friday, July 27, 2012 4:19 PM |
| **To:** | Igor |
| **Subject:** | Fwd: Chargeback intercept program |
| **Attachments:** | image001.jpg; image002.jpg |

From: Greg Augustine <GAugustine@bppacific.com>

Date: Wed, Jul 25, 2012 at 6:18 PM
Subject: Chargeback intercept program
To: "alon@bunzaimedia.com" <alon@bunzaimedia.com>, "paul@bunzaimedia.com" <paul@bunzaimedia.com>
Cc: "Raul Orue (raul@impmerchantsolutions.com)" <raul@impmerchantsolutions.com>

Hi Alon and Paul,

Nice meeting with all of you on Monday. We are really looking forward to working with you guys. Raul and I really like the dynamic of our two firms working together on perfecting this extremely valuable process. I really think the sky is the limit and the market is really poised to jump at this opportunity. VERY EXCITING!

First things first- Raul and I have already identified a couple of ISOs for you.  I spoke to one earlier today who is very interested and Raul will be reaching out to another by the end of the week. We will get back to you by Friday or Monday at the latest…

Secondly, the link below will take you to the chargeback intercept agreement: If you would like to test the process out on a couple of your own MIDS we can get you up and going ASAP. (Maybe shoot for August 1,)  Forget the deposit on the schedule D but there is a $250 set-up fee that we can't waive unfortunately.

http://www.westlakepayments.com/sales/ak_posniak_jacob/midflex_chargeback_intercept/MidFlex_consult_schedule_d_config_v_120725_3875_editable.pdf
<http://www.westlakepayments.com/sales/ak_posniak_jacob/midflex_chargeback_intercept/MidFlex_consult_schedule_d_config_v_120725_3875_editable.pdf>

Here is a general overview of the system and some of its advantages:

The MidFlex Chargeback Intercept program is a groundbreaking way to reduce chargebacks that is both cost effective and easy to implement.  The process is simple.

1

*        Midflex has established relationships with a growing network of card issuing banks
*        Participating banks send all qualified Fraud chargebacks to MidFlex for review as step one in their dispute process.  This transfer happens almost instantaneously.
*        Midflex queries their database of merchants to match any inbound chargeback alerts to their customers.  If there is a match then the merchant receives an alert for that transaction in their daily report.
*        The merchant is responsible to refund the customer right away and notify MidFlex of the refunds that have occurred or any problems locating specific transactions
*        The card-issuing bank checks to make sure that the card has been refunded and MidFlex has been notified.
*        No chargeback is issued.

The cost of each chargeback intercept is only $38.75.  This represents a significant operational savings against traditional chargeback adjudication and has shown to reduce the typical card-not-present merchant's chargeback rate by 15-20%.

Getting started is easy.  Just provide MidFlex with the retail descriptors and MIDs for the merchant accounts that they would like to include in the program along with an email address where the daily chargeback intercept reports should be sent.

Advantages over other chargeback mitigation solutions include:

*        no proprietary gateway requirement
*        no technical implementation process
*        no long term contract
*        no tiered pricing that jack the price up to ridiculous levels when merchant exceeds 1% cbs
*        no secondary underwriting and approval process.

We are poised to have a big impact on the preservation of thousands of merchants who are in danger of breaching the strict Visa / MC chargeback thresholds, getting fined and / or losing their merchant accounts.  Proliferation of the MidFlex chargeback intercept system provides a real value and cost savings for Merchants, card-issuing banks and card-holders alike.

We look forward to working with you to really take this program to the next level… Call me anytime.

Greg Augustine

Bridgepoint Pacific Group, Inc.

IMP Merchant Solutions

3563 Old Conejo Rd.

Newbury Park, CA 91320

(805) 498-7085 <tel:%28805%29%20498-7085>  (Office)

(805) 906-1616 <tel:%28805%29%20906-1616> ( Cell)

**Ex. 21**
**Attachment X**

(805) 465-6305 <tel:%28805%29%20465-6305>  (Fax)

Description: Logo2 Email Sig          Description: imp FINAL

NOTICE:

The information in this e-mail message is confidential and legally privileged information intended only for use of the intended recipient(s) listed above. If you, the reader(s) are not the intended recipient(s) listed above, you are hereby notified that you should NOT further disseminate, forward, or distribute this e-mail message. If you have received this message in error, please notify the e-mail sender.  Furthermore,  any use, dissemination, forwarding, printing, or copying of this message is strictly prohibited.

WARRANTIES & REPRESENTATIONS:

Bridgepoint Pacific Group, Inc. , including its subsidiaries, owners, employees and affiliates, collectively Bridgepoint, make no warranties or representations as to the accuracy and completeness of the information contained in this e-mail, including any attachment(s) thereto.  The information contained herein is provided for the convenience of the recipient without any warranty of any kind, express or implied, and are not intended to provide specific advice or recommendations for any individual or entity. Bridgepoint recommends that the intended recipient always consult their own attorney, accountant or tax advisor with regard to their individual situation.

IRS CIRCULAR 230 DISCLOSURE:

Tax advice contained in this communication (including any attachments) is neither intended, nor written to be used, and cannot be used, to avoid penalties under the Internal Revenue Code or to promote, market or recommend to anyone a transaction or matter addressed in this communication.

**Ex. 21**
**Attachment X**

4