# Exhibit 14 - Office Warehouse and Other








July 31, 2015                                    Brandlin & Associates

# Exhibit 14 - Product











July 31, 2015                                    Brandlin & Associates



12100 Wilshire Blvd, Suite 1120 | Los Angeles, California 90025 | Phone 310.789.1777 | Fax 310.201.4743

July 31, 2015                                   Brandlin & Associates

App.000043



EXHIBIT 3

| | Entity Name | Status | Owners/ O&D | Designated Mailing Address | Open Bank Accounts | Operations |
|---|---|---|---|---|---|---|
| 1 | Adageo, LLC | Active Incorporated: 09/25/12 | Alon Nottea | P.O. Box | Yes | Personal consulting LLC for Alon Nottea |
| 2 | Agoa Holdings, Inc. | Incorporated: 09/15/13 Dissolved: 12/12/14 | Roi Reuveni | P.O. Box | Yes | Retail merchant for skin care products |
| 3 | All –Star Beauty Products, Inc. | Active Incorporated: 06/08/12 | Sean Brennecke | P.O. Box | Yes | Retail merchant for skin care products |
| 4 | AMD Financial Network, Inc. | Active Incorporated: 03/29/12 | A Algarp | Business Complex | Yes | Retail merchant for skin care products |
| 5 | Apogee Network, LLC | Active Incorporated: 09/25/12 | Stephan Bauer | California Corporate Agents | Yes | Personal consulting LLC for Alon Nottea |
| 6 | BunZai Media Group, Inc. | Incorporated: 01/01/10 Dissolved: 05/30/13 | Alon Nottea | P.O. Box | Yes | Parent entity for sale of skin care products |
| 7 | CalEnergy, Inc. | Active Incorporated: 09/03/09 | Igor Latsanovski (100%) | P.O. Box | Yes | Lender or partner to Bunzai and owner of Sunset Holdings |
| 8 | Daria Media Holdings, Inc. | Active Incorporated: February 27, 2014 | "G. Sirro" | Regus virtual office location | Yes | Affiliate marketer of skin care products |
| 9 | DMA Media Holdings | Dissolved Incorporated: 06/15/11 | Roi Rueveni; Rachel Nottea (owner of merchant accounts) | P.O. Box | No | Retail merchant for skin care products |
| 10 | DSA Holdings, Inc. | Incorporated: 01/10/06 Dissolved: 09/14/12 | Jason M Menin | P.O. Box | None to date | Guarantor of retail merchant accounts for skin care products |
| 11 | Focus Media Solutions, Inc. | Active Incorporated: 03/07/14 | David Yosafain | Office Building | Yes | Affiliate marketer of skin care products and other products |
| 12 | Forward Momentum LLC | Active Incorporated: 01/29/14 | David Migdal | Residential Property | | Personal consulting LLC for David Migdal |
| 13 | Heritage Alliance Group, Inc. | Dissolved Incorporated: 03/29/12 | Tal Topel | California Corporate Agents | Yes | Retail merchant for skin care products |
| 14 | Insight Media, Inc. | Active Incorporated: 07/26/12 | Tal Topel | P.O. Box | Yes | Retail merchant for skin care products |
| 15 | Kai Media, Inc. | Active Incorporated: 07/26/12 | Gilad Miron | P.O. Box | Yes | Retail merchant for skin care products |
| 16 | Lifestyle Media | Incorporated: 03/29/12 | David Yosafian | P.O. Box | yes | Retail merchant for skin care products |

| | | | | | |
|---|---|---|---|---|---|
| | **Brands, Inc.** | Dissolved: 12/31/14 | Rachel Nottea (owner of merchant accounts) | | | |
| 17 | **Media Urge, Inc.** | Dissolved Incorporated: 09/21/12 | R Ohana | P.O. Box | Yes | Marketing for skin care products |
| 18 | ***Merchant Leverage Group, Inc.*** | Active Incorporated: 02/11/10 | Stephan Bauer | David Davidian's address | Yes | Refers customers to different merchant processors for commission |
| 19 | **Pinnacle Logistics** | Dissolved Incorporated: 06/06/12 | R Ohana | California Corporate Agents | Yes | "Fulfilment" and call center operations for skin care products |
| 20 | **Safehaven Ventures, Inc.** | Dissolved Incorporated: 11/10/11 | O.S. Mizrahi Tal Karasso | California Corporate Agents | Yes | Retail merchant for skin care products |
| 21 | **SBM Management, Inc.** | Dissolved Incorporated: 06/08/12 | Tomer Amsalem | Regents Office | Yes | Management of retail merchant corporations, and pass-through entity |
| 22 | ***Secured Commerce, Inc.*** | Active Incorporated: 06/26/12 | Doron Nottea and Alan Argaman | P.O. Box | Yes | Lessee of office space for Receivership Defendants |
| 23 | ***Secured Merchants, Inc.*** | Active Incorporated: 06/25/13 | Alan Argaman | P.O. Box | Yes | Provided IT services related to management of merchant accounts, etc.; also operates from same location as Receivership Defendants |
| 24 | ***Shalita Holdings, Inc.*** | Active Incorporated: 11/27/12 | Erin Link | Office Complex | Yes | Retail merchant for skin care products |
| 25 | ***Sunset Holdings, LLC*** | Active Incorporated: 01/28/15 | CalEnergy and Latsanovski | Mobile Home Park | Yes | Invests in real estate |
| 26 | ***Trigen LLC*** | Active Incorporated: 09/25/12 | Stephan Bauer | California Corporate Agents | Yes | Personal consulting LLC for Roi Rueveni |
| 27 | ***USM Products, Inc.*** | Active Incorporated: 04/22/09 | David Yosafian Jay Michaels Jenik Shanazari | Place of Business | Yes | Secured and purchased AuraVie product and containers |
| 28 | **Zen Mobile Media, Inc.** | Active Incorporated: 11/03/11 | Igor Latsansovski | California Corporate Agents | Yes | Retail merchant for skin care products |



Stephan L. Bauer is the supposed principal of SBM Managment, but the RSA key for the company is located in Doron's office.





The CEO of Pinnacle is Oz Mizrahi.  The RSA key for his company is located in Doron Nottea's office.







FIRST CLASS MAIL

(Insight Media)

UMS Banking
Payment Processing Services
your path to superior service and technology

780 Fairmont Ave
2nd Floor
Glendale, CA 91203

To:

INSKIN
ATTN: Gilad Miroe
23371 Mulholland Drive
Suite 355
Woodland Hills CA, 91364

UMS Banking
Payment Processing Services
your path to superior service and technology

750 Fairmont Ave.
2nd Floor
Glendale, CA. 91203

To:

HRSKIN
ATTN: Tal Topel
18653 Ventura Blvd
Suite 322
Tarzana CA, 91356

Heritage

**EXHIBIT**
Tobler
**5**

App.000050







App.000053











 **global**payments

June 29, 2015

VIA US MAIL & EMAIL

Ernestina Garcia
Federal Trade Commission
1999 Bryan Street
Suite 2150
Dallas, TX 75201

Re:     Asset Freeze issued in *Federal Trade Commission v.Bunzai Media Group, Inc., et al.*;
        Civil Action No. CV 15-4527-GW(PLAx)

Dear Ms. Garcia:

In response to Section V(C) of the Asset Freeze issued to Global Payments Direct, Inc. ("Global Payments") related to the above referenced matter, Global Payments states as follows:

| Merchant Acct. No. | Merchant Name | Date Account Opened | Date Account Closed | Reserve Balance (as of 6/19/2015) |
|---|---|---|---|---|
| 059 | ZEN MOBILE MEDIA INC | 01/21/2012 | 01/10/2014 | $0 |
| 544 | AMD FINANCIAL NETWORK INC | 04/26/2012 | 01/10/2014 | $0 |
| 545 | AMD FINANCIAL NETWORK | 04/26/2012 | 01/10/2014 | $0 |
| 546 | HERITAGE ALLIANCE GROUP INC | 04/26/2012 | 01/10/2014 | $0 |
| 547 | HERITAGE ALLIANCE GROUP INC | 04/26/2012 | 01/10/2014 | $0 |
| 852 | KAI MEDIA INC | 01/09/2013 | 01/10/2014 | $0 |
| 858 | HERITAGE ALLIANCE GROUP INC | 06/23/2014 | 06/23/2014 | $0 |
| 859 | SAFEHAVEN VENTURES INC | 01/09/2013 | 01/10/2014 | $0 |
| 860 | AMD FINANCIAL NETWORK INC | 01/09/2013 | 01/10/2014 | $0 |
| 055 | SAFEHAVEN VENTURES INC | 01/21/2012 | 01/10/2014 | $0 |
| 056 | AGOA HOLDINGS INC | 01/21/2012 | 01/10/2014 | $0 |
| 057 | AGOA HOLDINGS INC | 01/21/2012 | 01/10/2014 | $0 |
| 058 | SAFEHAVEN VENTURES INC | 01/21/2012 | 01/10/2014 | $0 |
| 060 | ZEN MOBILE MEDIA INC | 01/21/2012 | 01/10/2014 | $0 |
| 125 | BUNZAI MEDIA GROUP INC | 02/07/2012 | 01/08/2013 | $16,540.59 |
| 128 | BUNZAI MEDIA GROUP INC | 02/07/2012 | 01/08/2013 | $20,753.52 |
| 670 | KAI MEDIA INC | 11/12/2012 | 01/10/2014 | $0 |
| 671 | KAI MEDIA INC | 11/12/2012 | 01/10/2014 | $0 |
| 676 | BUNZAI MEDIA GROUP INC | 06/29/2011 | 10/15/2014 | $44,608.67 |
| 773 | DMA MEDIA HOLDINGS INC | 7/28/2011 | 11/14/2014 | $3,646.36 |
| 774 | LIFESTYLE MEDIA BRANDS LLC | 08/29/2014 | 10/15/2014 | $1,448.58 |
| 776 | LIFESTYLE MEDIA BRANDS INC | 08/29/2014 | 10/15/2014 | $1,591.02 |



EXHIBIT
6

10 Glenlake Parkway NE, North Tower | Atlanta, Georgia 30328-3473 | T 770-829-8000 | F 770-829-8265 | www.globalpaymentsinc.com

June 29, 2015
Page 2

We have also identified additional merchant accounts that may be subject to the Order, however, you will need to contact EVO Merchant Services LLC to freeze those accounts as we no longer have a direct relationship with the following merchants:

| Merchant Acct. No. | Merchant Name | Date Account Opened | Date Account Closed |
|---|---|---|---|
| 375 | ZEN MOBILE MEDIA INC | 12/28/2013 | 09/30/2014 |
| 391 | KAI MEDIA INC | 12/28/2013 | 09/30/2014 |
| 409 | KAI MEDIA INC | 12/28/2013 | 09/30/2014 |
| 466 | INSIGHT MEDIA INC | 12/28/2013 | 09/30/2014 |
| 474 | INSIGHT MEDIA INC | 12/28/2013 | 09/30/2014 |
| 678 | NETISTICS LLC | 07/18/2014 | N/A |
| 235 | SAFEHAVEN VENTURES INC | 12/28/2013 | 01/28/2014 |
| 243 | AGOA HOLDINGS INC | 12/28/2013 | 09/30/2014 |
| 250 | LIFESTYLE MEDIA BRANDS INC | 12/28/2013 | 9/30/2014 |
| 276 | ZEN MOBILE INC | 12/28/2013 | 09/30/2014 |
| 284 | INSIGHT MEDIA INC | 12/28/2013 | 09/30/2014 |
| 292 | AMD FINANCIAL NETWORK | 12/28/2013 | 09/30/2014 |
| 300 | AMD FINANCIAL GROUP INC | 12/28/2013 | 09/30/2014 |
| 318 | AMD FINANCIAL NETWORK INC | 12/28/2013 | 09/30/2014 |
| 334 | HERITAGE ALLIANCE GROUP INC | 12/28/2013 | 09/30/2014 |
| 342 | LIFESTYLE MEDIA BRANDS INC | 12/28/2013 | 9/30/2014 |
| 359 | AGOA HOLDINGS INC | 12/28/2013 | 09/30/2014 |
| 367 | HERITAGE ALLIANCE GROUP INC | 12/28/2013 | 02/27/2015 |
| 433 | HERITAGE ALLIANCE GROUP INC | 12/28/2013 | 09/30/2014 |
| 482 | KAI MEDIA INC | 12/28/2013 | 09/30/2014 |
| 325 | NETISTICS LLC | 07/23/2014 | N/A |

The contact information for EVO Merchant Services is:

EVO Merchant Services, LLC
Office of the General Counsel
515 Broadhollow Road
Melville, NY 11747

Please note that by providing the reserve balances set forth above, Global Payments does not admit that these funds are assets "in the name of", "held on behalf of, or for the benefit of", "owned or controlled by" or "otherwise subject to access by" these merchants.

I am in the process of collecting the additional documents requested and will forward the documents by July 6, 2015.

App.000060

June 29, 2015
Page 3

I can be reached at (770) 829-8251 if you have any questions regarding the above or require additional information.

Sincerely,

Robert Cieslak
Legal Administrator

cc:  Brandi McKay (via e-mail - brandi.mckay@solidcounsel.com)