UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------------------------X
FEDERAL TRADE COMMISSION,

           Plaintiff,

      v.                                      Case No. CV 15-4527-GW

BUNZAI MEDIA GROUP, INC.
et al.,

           Defendants.
-----------------------------------------------------X

### CERTIFICATION OF KEVIN LAMBRIX REGARDING MERCHANT PROCESSING ACCOUNTS SUBJECT TO THE JUNE 16, 2015 TEMPORARY RESTRAINING ORDER

I, Kevin Lambrix, Chief Operation Officer for EVO Payments International, LLC ("EVO"), have personal knowledge of the facts set forth below and certify as follows:

(1) Based upon the information provided in the June 16, 2015 Temporary Restraining Order ("TRO") and the accompanying June 19th cover letter from Scheef & Stone, LLP, served upon EVO, in the above-captioned matter, EVO has identified 33 merchant accounts which appear to be subject to the TRO.

(2) In accordance with section V(C) of the TRO, Exhibit A to this Certification lists: (a) the merchant account numbers; (b) corporate names; (c) owner names; (d) reserve balances; and (d) dates of account closure, for each of the 33 merchant accounts identified.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of June, 2015.

                                                       _____
                                                       Kevin Lambrix

EXHIBIT A

| Merchant Account No. | Corporate Name | Owner Name | Reserve Balance | Closure Date |
|---|---|---|---|---|
| 243 | Agoa Holdings Inc | REUVENI, ROI | $0.00 | 09/30/2014 |
| 359 | Agoa Holdings Inc | REUVENI, ROI | $0.00 | 09/30/2014 |
| 326 | All Star Beauty Products Inc | brennecke, sean | $0.00 | 09/30/2014 |
| 609 | All Star Beauty Products Inc | Brennecke, Sean | $66,206.07 | 06/23/2015 |
| 227 | All-Star Beauty Products Inc | Brennecke, Sean | $0.00 | 09/30/2014 |
| 441 | All-Star Beauty Products Inc | Brennecke, Sean | $0.00 | 09/30/2014 |
| 789 | All-Star Beauty Products Inc | Brennecke, Sean | $75,925.58 | 06/23/2015 |
| 813 | All-Star Beauty Products Inc | Brennecke, Sean | $10,235.01 | 06/23/2015 |
| 633 | ALL-STAR BEAUTY PRODUCTS INC | Brennecke, Sean | $50,391.15 | 06/23/2015 |
| 300 | AMD FINANCIAL GROUP INC | Algarp, annsofie | $0.00 | 09/30/2014 |
| 292 | AMD Financial Network | Algarp, Annsofie | $0.00 | 09/30/2014 |
| 318 | AMD Financial Network Inc | Algarp, ANNASOFIE | $0.00 | 09/30/2014 |
| 268 | DMA MEDIA HOLDINGS INC | BEKHOR, LORI | $97.88 | 09/30/2014 |
| 417 | DMA Media Holdings Inc | BEKHOR, LORI | $0.00 | 09/30/2014 |
| 334 | HERITAGE ALLIANCE GROUP INC | Topel, Tal | $0.00 | 09/30/2014 |
| 367 | Heritage Alliance Group Inc | Topel, Tal | $0.00 | 02/27/2015 |
| 433 | Heritage Alliance Group Inc | Topel, Tal | $0.00 | 09/30/2014 |
| 284 | Insight Media Inc | miron, Gilad | $0.00 | 09/30/2014 |
| 466 | Insight Media Inc | miron, gilad | $0.00 | 09/30/2014 |
| 474 | Insight Media Inc | Miron, Gilad | $0.00 | 09/30/2014 |
| 391 | KAI Media Inc | Yosafian, David | $0.00 | 09/30/2014 |
| 409 | KAI Media Inc | Yosafian, David | $0.00 | 09/30/2014 |
| 482 | Kai Media Inc | YOSAFIAN, David | $0.00 | 09/30/2014 |
| 250 | LIFESTYLE MEDIA BRANDS INC | NOTTEA, RACHEL | $0.00 | 09/30/2014 |
| 342 | LIFESTYLE MEDIA BRANDS INC | NOTTEA, RACHEL | $0.00 | 09/30/2014 |
| 678 | Netistics LLC | Reuveni, Roi | $12,526.40 | 06/19/2015 |
| 235 | Safehaven Ventures Inc | Amsalem, Tomer | $0.00 | 01/28/2014 |
| 383 | Shalita Holdings Inc | LINK, ERAN | $0.00 | 09/30/2014 |
| 425 | Shalita Holdings Inc | LINK, ERAN | $0.00 | 09/30/2014 |
| 458 | Shalita Holdings Inc | LINK, ERAN | $0.00 | 09/30/2014 |
| 325 | TECHCHIEFS-8775046368 | REUVENI, ROI | $0.00 | 06/23/2015 |
| 276 | Zen Mobile Inc | LATSANOVSKI, IGOR | $0.00 | 09/30/2014 |
| 375 | Zen Mobile Media Inc | LATSANOVSKI, IGOR | $0.00 | 09/30/2014 |
| | | | $215,382.09 | |











EXHIBIT 9

App.000067



From: **Tal Karasso** talkarasso@gmail.com 
Subject: Fwd: Website Corrections
Date: September 24, 2014 at 1:08 PM
To: rotem@mediaurge.com

---------- Forwarded message ----------
From: **Patrick Raffin** <praffin@pinlogistics.com>
Date: Wed, Sep 24, 2014 at 9:07 AM
Subject: Re: Website Corrections
To: David M <David@mediaurge.com>
Cc: Alon N <alon@mediaurge.com>, Tal Karasso <talkarasso@gmail.com>, Roi R <roi@ivrlogix.com>

See also the below image for further corrections:



On Wed, Sep 24, 2014 at 7:35 AM, Patrick Raffin <praffin@pinlogistics.com> wrote:
Good Day Managers,

In reviewing the newest Leor websites, I found that there are a couple spelling errors on gthe main pages:

- the last item on the checklist is spelled "complection" when it should be spelled "Complexion"
- in the phrase "Weekly tretments" in light blue text, it should be spelled "treatments"

That's all I've found so far. Thanks in advance for your attention to the matter



EXHIBIT 10

App.000069



--
**Have a good and healthy day!**

Respectfully,
Patrick Raffin
Call Center Manager


--
**Have a good and healthy day!**

Respectfully,
Patrick Raffin
Call Center Manager


**Customer Service Department - Pinnacle Logistics Inc.**
**Direct: 866 216-9336 | E-Mail: support@pinlogistics.com**

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received this message, please delete it immediately and notify the sender. The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects.







AuraVie
Aura of Youth

Advanced Wrinkle
REDUCTION & PREVENTION
Without using BOTOX!

USA | WINNER WOMENS CHOICE BEST SERUM 2011 | 100% SATISFACTION RISK FREE GUARANTEE

# BETTER THAN BOTOX?

Injection-Free Solution for Younger Looking Skin

as featured in: ventura blvd BAZAAR Bravo

**83%**
Decrease of Wrinkles & Fine Lines

**92%**
Increase of Collagen Production

**65%**
Decrease appearance of Dark Circles

**Start Your Order Here**
Step1 : Enter your shipping Information

Tell Us Where to Send Your
**RISK-FREE TRIAL**

First Name: ____ Last Name: ____

Address: ____ City: ____

Zip Code: ____ State: ____

Phone: ____ (For Shipping) Email: ____ (We Respect Your Privacy)

☐ I am at least 18 years of age or older

**GET MY TRIAL**

**ACT NOW TO CLAIM YOUR TRIAL PACKAGE, HURRY WHILE SUPPLIES LASTS!**

## WHAT IS AURAVIE SKINCARE?

**PROVEN to RENEW™ REVIVE™ & REPLENISH™**

**AuraVie ingredients include Acetyl Hexapeptide-3 which helps diminish fine lines and wrinkles, and promotes collagen renewal to rejuvenate, plump and firm your skin.**

AuraVie Skin Rejuvenation System is a 3-Step solution made with only the finest natural ingredients. (**See Below**). Using this revolutionary system will restore vitality to your skin and reduce the appearance of aging. Best of all, AuraVie was created by women, for women. Who else knows our skin better than us!

NO NEEDLES, NO PAIN, JUST **HEALTHIER MORE BEAUTIFUL SKIN** **ORDER NOW**

## 3 EASY STEPS ... 1 UNDENIABLE RESULT!

STEP 1 — **Renew** Purifying Cleansing Toner Gel
Cleanse your face with our gentle yet effective cleansing toner gel.

STEP 2 — **Revive** Age Defying Serum
Apply serum to face, neck and décolletage to nourish and revive tired lusterless skin.

**Replenish** Day/Night Moisturizer

STEP 3

Lock in moisture with NANO™ Time Release Technology" to give you 8 hours of protection & maximum moisturization.

PROVEN TO WORK ON
**ALL SKIN TYPES**

Cracked Skin Dry Skin Problematic Skin Sun Spots

## HOLLYWOOD'S *Best kept secret!*

### Learn the secrets that celebrities use to get Red Carpet Ready

"You might remember me as part of the **80's Platinum Selling Pop Group, the Mary Jane Girls**. One of the perks of being a celebrity is having access to the best beauty products around. Over the years I've spent thousands at Spas & on expensive products trying to keep aging at bay. A few months ago, my makeup artist introduced me to the **AuraVie line of skincare products** which revolutionized my skin and changed my life. Now, I'm excited to share these amazing beauty breakthroughs with you for an Exclusive Trial that you won't find anywhere else."

**Maxi B.** - Singer, Chef & Author

See the amazing results that only AuraVie SkinCare can deliver. Act Now to get your Trial! Click here.

## DERMOTOLOGIST RECOMMENDED

AuraVie SkinCare contains the advanced scientifically proven ingredient **Acetyl Hexapeptide-3**. It is a face firming peptide clinically proven to reduce the appearance of fine line and wrinkles. Derived directly from nature, **Acetyl Hexapeptide-3 is clinically proven to turn back the natural effects of the aging process**, changing the face of beauty skin care products forever.

Your skin will feel tighter, rejuvenated and nourished.
In less than 2 days, you will see a tremendos increase in skin moisturization. And after just 30 days, you will see a decrease of fine lines and wrinkles up to 83%. **AuraVie SkinCare combines many of the world's most potent anti-oxidant extracts such as:**

**Acetyl Hexapeptide-3**, a **SAFER BOTOX ALTERNATIVE**
**Collagen**
**Resveratrol**, an anti-oxidant Red Wine Extract.
**Omega's 3, 6 & 9.**
**Vitamins A, C, E & D** for a healthier skin.
and the superfruit **Acai Berry**.

AuraVie SkinCare is perfect for immediate relief of problem dry areas and perfect for daily use! **AuraVie SkinCare will keep your skin healthy, moist, and hydrated.** Daily use of AuraVie SkinCare will prevent dry skin, itching, peeling and cracking, and **help maintain skin suppleness and elasticity.**

CLAIM YOUR **RISK-FREE** TRIAL NOW! ORDER NOW

Terms & Conditions | Privacy Policy | Contact Us

© 2015 auraviebeauty.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.

*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included in the Shipping and Handling charge for your trial order.

Representations regarding the efficacy and safety of Auravie Skincare have been scientifically substantiated however these scientific substantiations have not been evaluated by the Food and Drug Administration.

Please Click here to find clinical studies for AuraVie Skincare products which describe the benefits of Auravie Skincare as well as list of our natural ingredients derived directly from nature.





TERMS & CONDITIONS
LAST UPDATED: December 4, 2013
ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and auraviebeauty.com ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein.
**IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.**

INTRODUCTION
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website").  This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act.  You manifest your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not.  It is suggested that you print this form for Your personal records.

auraviebeauty.com reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You.  Accordingly, You should periodically check this page for any modifications of these Terms.

**If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately.  By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein**.

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country.  At the bottom of this page appears a "last modified" date.  If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date.  A changed "last modified" dates indicate that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

ORDERING auraviebeauty.com PRODUCTS THROUGH THE WEBSITE; POLICIES

**NOTE:**  Some products come with a ten (10) day trial period (Risk Free Trial) as described in this Agreement. See agreement sections titled RISK FREE TRIAL below.
**REGULAR PURCHASE POLICIES, TERMS & CONDITIONS**
**Customer Service hours of operation; Monday to Friday, 7am to 4pm Pacific Standard Time (PST).** Please call (866) 673-3254 to speak to one of our representatives.

**Satisfaction Guaranteed.**  We believe in our customers' complete satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. If you are not completely satisfied with your product, you may return the unopened package within 30 days from the shipped date and we will either replace the product or refund you the amount less the Shipping & Handling Charge.

**Return Policy.** We do apologize, but we cannot accept returns for items purchased from another retailer. We only process exchanges for items purchased through auraviebeauty.com. If auraviebeauty.com shipped you the wrong item or the item was damaged in shipment, we will immediately replace your purchase with the proper product.

To return merchandise to auraviebeauty.com, follow these simple steps:

1. Please place the item/s back in the original packaging or a box of your choice. Be sure to pack it well to avoid breakage.

2. Please obtain a Return Merchandise Authorization (RMA) number. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.

3. Return the product to the address listed on the packing slip enclosed with your order.

**WE WILL NOT ACCEPT ANY USED OR OPEN PRODUCTS.**

**Insuring Your Return Package**
auraviebeauty.com recommends that you track your return package to confirm that we have received it. The US Postal Service offers a delivery confirmation service for a small additional fee. For ease of mind you may want to consider insuring your package. Just take your package to a US Post Office service window and a representative can add this option for you. If you choose to select another carrier to ship your return, we suggest UPS or FedEx. They both provide tracking information that requires a signature.

**Sales Tax**
We are required by law to collect sales tax on orders shipped in California where our corporate offices are located. All applicable state and



LéOR SKINCARE

Advanced Wrinkle **REDUCTION & PREVENTION** Without using BOTOX!

# BETTER THAN BOTOX?

Injection-Free Solution for Younger Looking Skin

**83%** Decrease of Wrinkles & Fine Lines

**92%** Increase of Collagen Production

**65%** Decrease appearance of Dark Circles

**Start Your Order Here**
Step1 : Enter your shipping information

Tell Us Where to Send Your
**LÉOR PACKAGE**

Forename: | Surname:
Address 1: | Town:
Post Code: | County:
Phone: (For Shipping) | Email: (We Respect Your Privacy)

☐ I am at least 18 years of age or older and agree to the terms and conditions.

**GET MY ORDER**

## ACT NOW TO CLAIM YOUR LÉOR PACKAGE, HURRY WHILE SUPPLIES LASTS!

## WHAT IS LÉOR SKINCARE?

**CLINICALLY PROVEN to RENEW™ REVIVE™ & REPLENISH™**

**LéOR ingredients include Acetyl Hexapeptide-3 which helps diminish fine lines and wrinkles, and promotes collagen renewal to rejuvenate, plump and firm your skin.**

LéOR Skin Rejuvenation System is a 3-Step solution made with only the finest natural ingredients. (**See Below**). Using this revolutionary system will restore vitality to your skin and reduce the appearance of aging. Best of all, LéOR was created by women, for women. Who else knows our skin better than us!

NO NEEDLES, NO PAIN, JUST **BEAUTIFUL SKIN IN LESS THAN 30 DAYS!** **ORDER NOW**

## 3 EASY STEPS ... 1 UNDENIABLE RESULT!

STEP 1 **ILLUMINATE** Purifying Cleansing Toner Gel
Cleanse your face with our gentle yet effective cleansing toner gel.

STEP 2 **REJUVENATE** Age Defying Serum
Apply serum to face, neck and décolletage to nourish and revive tired lusterless skin.

**HYDRATE** Day/Night Moisturizer

local sales taxes will be calculated during the checkout process.

**Please Note:** Packages marked "Return To Sender" will NOT be processed or refunded.
Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at (866) 673-3254 for your RMA number. RMA numbers are good for 30 days.

**RISK FREE TRIAL POLICIES, TERMS & CONDITIONS**

**RISK FREE TRIAL:** Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows: OFFER TERMS: We take great pride in the quality of our products and are confident that auraviebeauty.com are the most effective skin care products on the market. If for any reason you do not find this product right for you, cancel anytime within your trial period, no questions asked. Just call customer service for an RMA number, send back your unused product and you will never be billed a recurring monthly charge. By submitting this order you agree to pay $6.95 for S&H for your 10 day trial and you agree to the T&C's of this offer. The free sample trial provided consists of only the one package of under eye masks. We are so confidant that you will like our product that we pre ship a one month supply with it. If you enjoy the free sample and you want to experience the other masks included in the package, you agree to the terms of this offer, which are that after 10 days you will be enrolled in auraviebeauty.com's autoship program and charged $89.95 for your package and each month thereafter. You can still cancel anytime by calling (866) 673-3254 . You will be responsible to pay the shipping and handling charges of $6.95 associated with Your Product. If you used the free sample and did not find it right for you, please make sure you call us within your 10-day trial period, you will not be enrolled in the monthly program however you will still be responsible to pay for the shipping & handling charges related to the return of the unused product. You agree that we can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a timely fashion or not. No refunds will be issued for shipping and handling charges. All California orders are subject to applicable sales tax.
YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP SUPPLYING THE PRODUCT TO YOU.
We may need to verify information you provide before we accept an order, and may cancel or limit an order any time after it has been placed. If payment has already been made and your order is cancelled or limited, we will refund any payment you made for the product that will not be shipped, delivered or downloaded due to cancellation or limitation of an order in the same tender as the original purchase. We expressly condition our acceptance of Your order on Your agreement to this Agreement.

**CANCELLATION OF ORDER.** If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call auraviebeauty.com Customer Care toll-free at (866) 673-3254 within your 10-day trial period to cancel. We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then You must call Our Customer Service Department toll-free at (866) 673-3254 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@auravie.com. When emailing us, please include your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

**RETURNS AND REFUNDS.** We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. For all unused trial orders that are past their 10 day trial period and have been billed under the terms herein, you may return the unopened package within 30 days from the order date and you will be refunded for that order. Used trial orders are not eligible for return once the trial period has expired. For all recurring orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.
Please note the following terms:
• Risk Free Trials are subject to billing for the balance of purchase price of the product after the specified trial period (10, 14, 21, 30 or 60 days as applicable). To prevent this billing, you must first obtain your RMA number within the time frame of your trial period and return the unused product within 30 days from the order date, as stipulated in Cancellation of Orders section above.
• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at (866) 673-3254 for your RMA number. RMA numbers are good for 30 days.
• All returned products may be subject to a $10 restocking fee. Restocking fee does not apply to Trial shipments.
• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.

**DAMAGED PRODUCTS.** Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at (866) 673-3254 immediately, so that we may correct it in a timely matter.

**CHARGEBACKS AND REVERSALS.** We handle all chargebacks and reversals as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).

**CREDIT CARD DESCRIPTOR.** By ordering Products from (auraviebeauty.com), You authorize (auraviebeauty.com) to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this

Agreement, above. In the event the agreed upon amount is declined, you authorize (auraviebeauty.com) to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "auraviebeauty.com"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at (866) 673-3254

Please be aware that shipping and handling fees are non-refundable.
**Modifications.** We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You.  Price quotes provided to You prior to any price modification shall be honored.

**Billing Errors.**  If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at (866) 673-3254 immediately of such error.  If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

REPRESENTATIONS; DISCLAIMERS

It is Our intention to provide You with the finest products available, and we believe in the efficacy of every Product we sell.  **You understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease.**
Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen.  You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.
We endeavor to provide You with accurate information about Our Products.  You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities ("Third Parties").
**We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.**
All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products.  Individual results will vary from person to person.

OWNERSHIP; INTELLECTUAL PROPERTY

The Website, and all images and content at the Website (collectively, "Materials"), are the sole and exclusive property of auraviebeauty.com or its licensors.  No license or ownership rights in or to any of the Materials are conveyed to You by virtue of this Agreement or by Your purchase of any Product from the Website.  The Materials are protected by the copyright and trademark laws of the United States.  Unless otherwise permitted by law, none of the Materials may be reproduced by You without auraviebeauty.com's prior written permission.

YOUR REPRESENTATIONS.  You hereby represent and warrant that:

- You are age eighteen or older;
- You have read this Agreement and thoroughly understand the terms contained in this Agreement;
- Any Products You purchase from the Website will be used for Your personal, non-commercial use;
- You will not re-sell, re-distribute or export any Product that You order from the Website;
- auraviebeauty.com has the right to rely upon all information provided to auraviebeauty.com by You;
- auraviebeauty.com may contact You by email, telephone or postal mail for any purpose, including but not limited to (i) follow-up calls, (ii) customer satisfaction surveys, and (iii) inquiries about any orders You placed, or considered placing, at or through the Website.

RESTRICTIONS

Without the express prior written authorization of auraviebeauty.com, You may not:

- Duplicate the Website (except as expressly provided elsewhere in this Agreement or as permitted by law);
- Create derivative works based on the Website or any of the Materials;
- Remove any copyright or other proprietary notices from the Website or any of the Materials contained therein;
- Frame or utilize any framing techniques in connection with the Website or any of the Materials;
- Use any meta-tags or any other "hidden text" using the Website's name or marks;
- "Deep-link" to any page of the Website;
- Circumvent any encryption or other security tools used anywhere on the Website (including the theft of user names and passwords or using another person's user name and password in order to gain access to a restricted area of the Website);
- Use any data mining, bots, or similar data gathering and extraction tools on the Website;
- Use any device, software or routine to bypass any operational element or to interfere, or attempt to interfere, with the proper working of the Website, server or activities conducted therein; or,
- Take any action that imposes an unreasonable or disproportionately large load on the Website or its network infrastructure.

TERMINATION

This Agreement shall remain in force as long as You access the Website, use any functions or features of the Website, or order anything from the Website.  We reserve the right to terminate this Agreement without notice and/or refuse to sell to anyone who We believe, in Our sole discretion, (i) has violated any of the terms of this Agreement, (ii) is abusing the Products or the services we provide, or (iii) is unable to provide us with sufficient information to allow us to properly identify the customer's real name, address, or other contact information.

App.000078

**LIMITATION OF LIABILITY; NO WARRANTIES**
In no event shall auraviebeauty.com or its officers, directors, employees or subcontractors be liable for any indirect, special, incidental, exemplary, consequential or punitive damages, under any cause of action whatsoever including but not limited to contract, tort, strict liability, warranty or otherwise, for any claim, cause of action, fee, expense, cost or loss (collectively, "Claims") arising from or related to this Agreement, the Products, or Customer's use of the Website or any Product.
Except as otherwise specifically stated in this Agreement, the Website and all Products and services provided to You are provided "as is", without any warranty whatsoever.
You agree that auraviebeauty.com's entire liability for all Claims shall be limited, in the aggregate, to the lesser of (i) USD $500.00, or (ii) the total amount of money You paid to auraviebeauty.com in the one (1) month period immediately preceding the incident on which Your Claim is based. This limitation of liability shall apply for all Claims, regardless of whether auraviebeauty.com was aware of or advised in advance of the possibility of damages or such Claims.
The warranties and representations specifically set forth in this agreement are the only warranties and representations with respect to this Agreement, and are in lieu of any and all other warranties, written or oral, express or implied, that may arise either by agreement between the parties or by operation of law, including warranties of merchantability and fitness for a particular purpose. None of these warranties and representations will extend to any third person. Some jurisdictions do not allow the exclusion of certain warranties, so some of the above exclusions may not apply to You.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless auraviebeauty.com, its officers, directors, shareholders, employees, independent contractors, telecommunication providers, and agents, from and against any and all claims, actions, loss, liabilities, expenses, costs, or demands, including without limitation legal and accounting fees, for all damages directly, indirectly, and/or consequentially resulting or allegedly resulting from Your misuse or inability to use the Website, or Your breach of any of these terms and conditions of this Agreement. We shall promptly notify You by electronic mail of any such claim or suit, and cooperate fully (at Your expense) in the defense of such claim or suit. If we do not hear from You promptly, we reserve the right to defend such claim or suit and seek full recompense from You.

**NOTICE**
Any notice required to be given under this Agreement to You may be provided to You by postal mail or by email. If notice is sent by email, such notice shall be sent to the last known email address that You provided to Us, and shall be deemed delivered once sent.

**FORCE MAJEURE**
auraviebeauty.com shall not be responsible for any failure to perform due to unforeseen circumstances or to causes beyond Our reasonable control, including but not limited to: acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; strikes, or shortages in transportation, facilities, fuel, energy, labor or materials; failure of the telecommunications or information services infrastructure; hacking, SPAM, or any failure of a computer, server or software, for so long as such event continues to delay the auraviebeauty.com's performance.

**MISCELLANEOUS**
**Governing Law**. This Agreement and all matters arising out of, or otherwise relating to, this Agreement shall be governed exclusively by the laws of the State of California, excluding its conflict of law provisions.

**Rights to Injunctive Relief**. Both parties acknowledge that remedies at law may be inadequate to provide an aggrieved party with full compensation in the event of the other party's breach, and that an aggrieved party shall therefore be entitled to seek injunctive relief in the event of any such breach, in addition to seeking all other remedies available at law or in equity.

**Assignment**. The rights and liabilities of the parties hereto will bind and inure to the benefit of their respective assignees, successors, executors, and administrators, as the case may be.

**Severability**. If for any reason a court of competent jurisdiction or an arbitrator finds any provision of this Agreement, or any portion thereof, to be unenforceable, that provision will be enforced to the maximum extent permissible and the remainder of these Terms and Conditions will continue in full force and effect.

**Attorneys' Fees**. In the event any Party shall commence any claims, actions, formal legal action, or arbitration to interpret and/or enforce the terms and conditions of this Agreement, or relating in any way to this Agreement, including without limitation asserted breaches of representations and warranties, the prevailing party in any such action or proceeding shall be entitled to recover, in addition to all other available relief, its reasonable attorney's fees and costs incurred in connection therewith, including attorney's fees incurred on appeal.

**No Waiver**. No waiver of or by auraviebeauty.com shall be deemed a waiver of any subsequent default of the same provision of this Agreement. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from this Agreement.

**Headings**. All headings are solely for the convenience of reference and shall not affect the meaning, construction or effect of this Agreement.

**Complete Agreement**. This Agreement constitute the entire agreement between the parties with respect to Your access and use of the Website and Your ordering and use of the Products, and supersedes and replaces all prior understandings or agreements, written or oral, regarding such subject matters.

**Modifications**. auraviebeauty.com reserves the right to change any of the provisions posted herein and You agree to review these terms and conditions each time You visit the Website. Your continued use of the Website following the posting of any changes to these terms and conditions constitutes Your acceptance of such changes.

auraviebeauty.com does not and will not assume any obligation to provide You with notice of any change to this document. Unless accepted by auraviebeauty.com in writing, these terms and conditions may not be amended by You.

Close this page

Terms and Conditions | Privacy Policy | Contact Us

© 2015 auraviebeauty.com - All Rights Reserved

App.000080