1   Michael J. Weiss (SBN 206473)
2   ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
3   5900 Wilshire Blvd. Suite 2250
    Los Angeles, CA 90036
4   310-300-2900
    310-300-2901- Fax
5   Email: Mweiss@agmblaw.com

6
    Kelly M. Crawford  (Texas SBN 05030700)
7   *Pro Hac Vice pending*
    J. Mitchell Little  (Texas SBN 24043788)
8   *Pro Hac Vice pending*
    SCHEEF & STONE, L.L.P.
9   500 North Akard Street, Suite 2700
10  Dallas, Texas 75201
    214-706-4200
11  214-706-4242 - Fax
12  Email: kelly.crawford@solidcounsel.com
            mitch.little@solidcounsel.com
13

14  Attorneys for Receiver
15  CHARLENE C. KOONCE

16          UNITED STATES DISTRICT COURT
17          CENTRAL DISTRICT OF CALIFORNIA

18  FEDERAL TRADE COMMISSION,      Case No. 2:15-CV-4527-GW(PLAx)
19
              Plaintiff,
20                                 DECLARATION OF
                                   MICHAEL COSTACHE
21      v.                         PURSUANT TO 28 U.S.C. § 1746
22  BUNZAI MEDIA GROUP, INC., a
23  California corporation, also doing
    business as Aura Vie and Miracle Face
24  Kit; et al.,
25
26          Defendants.
27

EXHIBIT
16

DECLARATION OF MICHAEL COSTACHE                          PAGE 1

1    Pursuant to 28 U.S.C. Section 1746, Michael Costache declares that:

2        1.    My name is Michael Costache. I am over the age of 21 and competent
3    to give this declaration.  My statements contained in this Declaration are based on
4    my personal knowledge.

5        2.    I have received, read, and understand the *Temporary Restraining Order*
6    *With Asset Freeze, Appointment of Temporary Receiver, and Other Equitable Relief,*
7    *and Order to Show Cause Why a Preliminary Injunction Should Not Issue* (the
8    "*Receivership Order*") entered by the United States District Court for the Central
9    District of California on June 16, 2015 in Case No. 15-4527-GW(PLAx), styled
10   *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* (the "FTC Case") I
11   have also received and read the *Complaint for Permanent Injunction and Other*
12   *Equitable Relief* filed by the Federal Trade Commission in the FTC Case.

13       3.    I am the Chief Executive Officer of Chargeback Armor, Inc. ("CA").
14   CA was established as a California corporation on or about February 16, 2015. I am
15   the sole owner of CA, and I am the Chief Executive Officer, sole Director, and Chief
16   Financial Officer of CA. Doron Nottea is identified on the Bank of America
17   signature card for CA as the Secretary of CA card, but to my knowledge he is not
18   registered with the Secretary of CA with the Secretary of State of California as the
19   Secretary of CA.  The principal office of CA is the office is 5023 North Parkway,
20   Calabasas, CA 91302. David Davidian, CPA, whose office is located at 200 N.
21   Maryland Avenue, Suite 300, Glendale, California 91206 was responsible for the
22   actual incorporation of CA with the Secretary of State of California..   Secured
23   Merchants made a capital infusion of $250,000 in CA.

24       4.    CA solicits business from merchants who have chargebacks based on
25   sales, which include on-line sales, infomercial sales, retail sales and any other type
26   of sales. In the first four months of the company's existence, the first few clients we
27   signed up and started providing out serviced to happen to have mainly online sales.

DECLARATION OF MICHAEL COSTACHE                                      PAGE 2

1   CA provides a service in which on behalf of a merchant CA will investigate the
2   basis for the chargeback and whether there is a basis to contest the chargeback.  If
3   CA determines there is a basis to contest the chargeback, CA will contest the
4   chargeback on behalf of the merchant with the credit card processor.   For this
5   service, CA charges its customers approximately $10 for every chargeback that is
6   contested.

7

8           5.      Secured Merchants provides technical support for CA from the office of
9   Secured Merchants at 6925 Canby Avenue, Suite 105, Reseda, California 91335
10  leased by Secured Commerce. Tyler Reitenbach of Secured Merchants provides this
11  support to CA from the Canby office. Secured Merchants also provides assistance
12  from personnel in India to program customer orders for CA so that CA can provide
13  its service to the customer.  Roi Reuveni and his company Trigen, Inc. received
14  money from CA for consulting services related to CA. More specifically, Roi
15  Reuveni provided me advice about the various ways chargebacks are received,
16  processed and sent out to the processor and how CA can help the payment industry
17  by replying only to chargebacks that can be won with proper evidence from the
18  client's Customer Relationship Management (CRM), gateway provider(s) and
19  shipping provider(s).  Doron Nottea is a signatory on the bank account of CA, along
20  with me.  Mr. Nottea also does the bookkeeping (meaning that he had access to
21  CA's Bank of America account which was electronically connected to CA's Intuit
22  Quickbooks account) for the operations of CA and Secured Merchants, and handled
23  Secured Merchants' billing to CA. Mr. Nottea was also approved to issue checks to
24  certain consultants and vendors once I approved such expenses for CA.

25

26          6.      CA has or had the following customers:
27                  EHL, Inc., a California corporation

DECLARATION OF MICHAEL COSTACHE                                          PAGE 3

1   JJS Entertainment, an Alberta, Canda partnership

2   Ojas Enterprises, LLC, a New York limited liability company

3   Tech Live Connect Pte Ltd., a Singapore Private Limited Company

4   Vitaeque S.A., a Societe Anonyme Company

5   257 Supplements, LLC, a California corporation

6   Apex Ads Group, LLC, a limited liability company in Wisconsin

7   Blue Diamond Marketing, LLC, a Wyoming limited liability company

8   Creative Ventures Media, LLC, a limited liability company in New Jersey

9   Eccentric Innovations, Inc., a California corporation

10  The foregoing list includes all customers CA now has or ever has had (the

11  "Customers").  To my knowledge, none of the Customers have been or are currently

12  engaged in any of the Prohibited Business activities listed in the Receivership Order.

13

14      7.    CA has or had Referral Agreements with the following:

15          Cardflex, Inc., a California corporation

16          American Marketing/Development Services, LLC, located in New Jersey

17          Bridgepoint Pacific Group, d/b/a MID Source, a California corporation

18          Chargeback Help, LLC, a California corporation

19          Dylan Gaines, an individual in Glendale, California

20          High Risk Commerce LLC, a Florida limited liability company

21          HRMA Services/Michael M. Reilly

22          JW Andrassu, an individual in Palm Beach, Florida

23          Global Star Ventures, LLC, a limited liability company in Miami, Florida

24          Mark Standfield, an individual

25          Performance Card Service, Ltd., an Illinois private limited company

26          Platinum Payment Systems, LLC, a Utah limited liability company

27          Sameh Ibrahim, an individual

DECLARATION OF MICHAEL COSTACHE                                    PAGE 4

Systema Marketing, LLC, a Nevada limited liability company

Three Sisty One Payments Group, LLC in Portland, Maine

Vastpay, LLC, a California limited liability company

8. CA has sales consulting contracts with the following:

Lori Bembanaste, an individual in Hollywood Beach, Florida

Nick Cramer, an individual in Austin, Texas

9. CA has referral contracts with the following firms to resell their products and services to CA's client base:

1. Kount, Inc., a Delaware corporation

2. Ethoca Limited, an Ireland company

The foregoing list includes all referral partners CA now has or ever has had (the "Referral Sources"). To my knowledge, none of the Referral Sources have been or are currently engaged in any of the Prohibited Business activities listed in the *Receivership Order*.

8. Chargeback Armor has not been engaged in and does not engage in the Prohibited Business Activities listed in the *Receivership Order*, including, but not limited to online sales of products that involve Negative Options, as defined in the *Receivership Order*.

9. The fax server (Lenovo, serial number SS09420238) located at 6925 Canby Avenue, Suite 105, Reseda, California 91335 is owned by Chargeback Armor, and does not contain any information relating to the Prohibited Business Activities listed in the *Receivership Order*.

DECLARATION OF MICHAEL COSTACHE                                    PAGE 5

1    I declare, under penalty of perjury, that the foregoing statements are true and
2  correct.
3        Executed on June 26, 2015, at Los Angeles, California.
4
5
6  _____
   MICHAEL COSTACHE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF MICHAEL COSTACHE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Exhibit A



DECLARATION OF MICHAEL COSTACHE                                          PAGE 7

From: **Sagar Parikh** <sp@beverlyhillslawcorp.com>
Date: Wed, Jul 1, 2015 at 10:52 AM
Subject: Re: Re Unfreezing Chargeback Armor's Accounts
To: "Tepfer, Reid A." <rtepfer@ftc.gov>
Cc: "Gallegos, Luis" <LGALLEGOS@ftc.gov>

With regards to the $250,000 that Secured Merchants provided as working capital, please understand that technology startups are a different kind of a game. Founders can't always estimate how much capital they need so instead of spending months haggling over what percentage ownership or what type of loan terms to offer, people use trust in humanity and they move forward to see how the marketplace embraces (or not) a specific technology. We have provided to you the only contractual agreements between Secured Merchants and Chargeback Armor. I really don't think this is the place or the time to ponder on the valuation of Chargeback Armor. That is a business decision that my clients gave themselves four months to come up with as stated in the agreement we provided you.

This $250,000 did not come from any source related to anyone named in your lawsuit. Secured Merchants has numerous clients and what a legal entity does with its profits is only up to the owner of that business.

Thank you for your understanding. Please let me know if you have further questions. We provided all these answers 7-8 days ago to Charlene. It is imperative that you unfreeze my client's bank account so he can remove Doron as a co-signer and move on with his life.

Please advise when that will happen.


Sagar Parikh, Esq.

## BEVERLY HILLS LAW CORP., PC

**433 N. CAMDEN DRIVE, 6TH FLOOR**
**BEVERLY HILLS, CA 90210**
Tel |    (310) 887-1338
Fax|    (310) 982-2603
Email | SP@BeverlyHillsLawCorp.com
Web |   www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.

EXHIBIT
17

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | INVOICE # | 11377 |
|---|---|---|---|
| SBM Management Inc. | | TERMS | Net 10 |
| 655 N. Central Ave. Suite 1700 | | DATE | 02/03/2015 |
| Glendale, CA  91203 | | DUE DATE | 02/13/2015 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 120 | CBA<br>• ChargeBack resolution automated services ($7 per record) 1/1/15-1/31/15 | 7.00 | 840.00 |
| 143 | CBA<br>• ChargeBack resolution automated services ($7 per record) 1/1/15-1/31/15 | 7.00 | 1,001.00 |
| 3303 | IVR<br>• IVR PBX solution per record charge of 0.70 1/1/15-1/31/15 | 0.70 | 2,312.10 |

| | |
|---|---|
| TOTAL | $4,153.10 |
| PAYMENT | $4,153.10 |
| BALANCE DUE | **$0.00** |



EXHIBIT

tebbler

18

App.000102

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

| | |
|---|---|
| INVOICE # | 11301 |
| TERMS | Due on receip |
| DATE | 01/01/2015 |
| DUE DATE | 01/01/2015 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 88 | CBA<br>• ChargeBack resolution automated services ($4 per record) (12-15-14 to 12-31-14) | 4.00 | 352.00 |
| 1159 | IVR<br>• IVR PBX solution per record charge of 0.70  (12-15-14 to 12-31-14) | 0.70 | 811.30 |

| | |
|---|---|
| TOTAL | $1,163.30 |
| PAYMENT | $1,163.30 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | INVOICE # | 10205 |
|---|---|---|
| SBM Management Inc. | TERMS | Due on receip |
| 655 N. Central Ave. Suite 1700 | DATE | 12/02/2013 |
| Glendale, CA  91203 | DUE DATE | 12/02/2013 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 8676 | IVR<br>• /IVR PBX solution per record charge of 0.70 (IVR Totals 11/15/2013-11/30/2013 Charges) | 0.70 | 6,073.20 |
| 611 | CBA<br>• ChargeBack resolution automated services ($4 per record) (CBA Totals 11/1/2013-11/30/2013 October Charges) | 4.00 | 2,444.00 |

| | |
|---|---|
| TOTAL | $8,517.20 |
| PAYMENT | $8,517.20 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

| | |
|---|---|
| INVOICE # | 10244 |
| TERMS | Net 10 |
| DATE | 12/05/2013 |
| DUE DATE | 12/15/2013 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1 | CC<br>• Lime light custom CC custom configuration | 2,500.00 | 2,500.00 |

| | |
|---|---|
| TOTAL | $2,500.00 |
| PAYMENT | $2,500.00 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

| | |
|---|---|
| INVOICE # | 10267 |
| TERMS | Due on receip |
| DATE | 12/16/2013 |
| DUE DATE | 01/01/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 5938 | IVR<br>• /IVR PBX solution per record charge of 0.70 (IVR Totals 12/1/2013-12/15/2013 Charges) | 0.70 | 4,156.60 |
| 613 | CBA<br>• ChargeBack resolution automated services ($4 per record) (CBA Totals 12/1/13-12/15/13) | 4.00 | 2,452.00 |

| | |
|---|---|
| TOTAL | $6,608.60 |
| PAYMENT | $6,608.60 |
| BALANCE DUE | $0.00 |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | |
|---|---|---|
| SBM Management Inc. | INVOICE # | 10291 |
| 655 N. Central Ave. Suite 1700 | TERMS | Net 10 |
| Glendale, CA  91203 | DATE | 12/27/2013 |
| | DUE DATE | 01/06/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 11695 | IVR<br>• IVR PBX solution per record charge of 0.70 12-15-13 to 12-31-13 | 0.70 | 8,186.50 |
| 653 | CBA<br>• ChargeBack resolution automated services ($4 per record)<br>12-15-13 to 12-31-13 | 4.00 | 2,612.00 |

| | |
|---|---|
| TOTAL | $10,798.50 |
| PAYMENT | $10,798.50 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | |
|---|---|---|
| SBM Management Inc. | INVOICE # | 10387 |
| 655 N. Central Ave. Suite 1700 | TERMS | Net 10 |
| Glendale, CA  91203 | DATE | 01/16/2014 |
| | DUE DATE | 01/26/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 583 | CBA | 4.00 | 2,332.00 |
| | • ChargeBack resolution automated services ($4 per record) 1-1-14/1-15-14 | | |
| 9658 | IVR | 0.70 | 6,760.60 |
| | • IVR PBX solution per record charge of 0.70 1-1-14/1-15-14 | | |

| | |
|---|---|
| TOTAL | $9,092.60 |
| PAYMENT | $9,092.60 |
| BALANCE DUE | $0.00 |

App.000108

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | |
|---|---|---|
| SBM Management Inc. | | |
| 655 N. Central Ave. Suite 1700 | | |
| Glendale, CA  91203 | | |

| | |
|---|---|
| INVOICE # | 10410 |
| TERMS | Net 10 |
| DATE | 02/05/2014 |
| DUE DATE | 02/15/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1 | Hosting<br>• Hosting custom configuration Services | 9,354.60 | 9,354.60 |

| | |
|---|---|
| TOTAL | $9,354.60 |
| PAYMENT | $9,354.60 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

| | |
|---|---|
| INVOICE # | 10517 |
| TERMS | Net 10 |
| DATE | 03/17/2014 |
| DUE DATE | 03/27/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 602 | CBA<br>• ChargeBack resolution automated services ($4 per record) 3-01-14/3-15-14 | 4.00 | 2,408.00 |
| 11805 | IVR<br>• IVR PBX solution per record charge of 0.70 3-01-14/3-15-14 | 0.70 | 8,263.50 |

| | |
|---|---|
| TOTAL | $10,671.50 |
| PAYMENT | $10,671.50 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

| | |
|---|---|
| INVOICE # | 10596 |
| TERMS | Net 10 |
| DATE | 04/14/2014 |
| DUE DATE | 04/24/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 965 | CBA<br>• ChargeBack resolution automated services ($4 per record) (4-1-14 to 4-15-14) | 4.00 | 3,860.00 |
| 1639 | IVR<br>• IVR PBX solution per record charge of 0.70 (4-1-14 to 4-15-14) | 0.70 | 1,147.30 |

| | |
|---|---|
| TOTAL | $5,007.30 |
| PAYMENT | $5,007.30 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | INVOICE # | 10640 |
|---|---|---|---|
| SBM Management Inc. | | TERMS | Net 10 |
| 655 N. Central Ave. Suite 1700 | | DATE | 04/21/2014 |
| Glendale, CA  91203 | | DUE DATE | 04/30/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 2998 | CBA<br>• ChargeBack resolution automated services ($4 per record) CBA 4/15-4/30 | 4.00 | 11,992.00 |
| 2794 | IVR<br>• IVR PBX solution per record charge of 0.70  4/15-4/30 | 0.70 | 1,955.80 |

|  | |
|---|---|
| TOTAL | $13,947.80 |
| PAYMENT | $13,947.80 |
| BALANCE DUE | **$0.00** |

App.000112

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| | |
|---|---|
| BILL TO | |
| SBM Management Inc. | |
| 655 N. Central Ave. Suite 1700 | |
| Glendale, CA  91203 | |

| | |
|---|---|
| INVOICE # | 10777 |
| TERMS | Net 10 |
| DATE | 05/02/2014 |
| DUE DATE | 05/12/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1 | CC | 1,875.00 | 1,875.00 |
| | • Lime Light Integration CC Services | | |

| | |
|---|---|
| TOTAL | $1,875.00 |
| PAYMENT | $1,875.00 |
| BALANCE DUE | **$0.00** |

App.000113

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | | | INVOICE # | 10827 |
|---------|---|---|-----------|-------|
| SBM Management Inc. | | | TERMS | Due on receip |
| 655 N. Central Ave. Suite 1700 | | | DATE | 05/15/2014 |
| Glendale, CA  91203 | | | DUE DATE | 05/15/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|----------|----------|------|--------|
| 1286 | CBA<br>• ChargeBack resolution automated services ($4 per record) (5-01-14 to 5-15-14) | 4.00 | 5,144.00 |
| 2434 | IVR<br>• IVR PBX solution per record charge of 0.70  (5-01-14 to 5-15-14) | 0.70 | 1,703.80 |

| | |
|---|---|
| TOTAL | $6,847.80 |
| PAYMENT | $6,847.80 |
| BALANCE DUE | **$0.00** |