Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | |
|---|---|
| SBM Management Inc. | |
| 655 N. Central Ave. Suite 1700 | |
| Glendale, CA  91203 | |

| | |
|---|---|
| INVOICE # | 10832 |
| TERMS | Net 10 |
| DATE | 05/15/2014 |
| DUE DATE | 05/25/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1 | CallCenter | 18,910.00 | 18,910.00 |

| | |
|---|---|
| TOTAL | $18,910.00 |
| PAYMENT | $18,910.00 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| | |
|---|---|
| BILL TO | |
| SBM Management Inc. | |
| 655 N. Central Ave. Suite 1700 | |
| Glendale, CA  91203 | |

| INVOICE # | 10845 |
|---|---|
| TERMS | Due on receip |
| DATE | 06/02/2014 |
| DUE DATE | 06/02/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1197 | CBA<br>• ChargeBack resolution automated services ($4 per record) (5-15-14 to 5-31-14) | 4.00 | 4,788.00 |
| 3307 | IVR<br>• IVR PBX solution per record charge of 0.70  (5-15-14 to 5-31-14) | 0.70 | 2,314.90 |

| | |
|---|---|
| TOTAL | $7,102.90 |
| PAYMENT | $7,102.90 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas  91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

| BILL TO | INVOICE # | 10962 |
|---|---|---|
| SBM Management Inc. | TERMS | Due on receip |
| 655 N. Central Ave. Suite 1700 | DATE | 07/02/2014 |
| Glendale, CA  91203 | DUE DATE | 07/02/2014 |

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1641 | CBA<br>• ChargeBack resolution automated services ($4 per record) (6-15-14 to 6-31-14) | 4.00 | 6,564.00 |
| 2647 | IVR<br>• IVR PBX solution per record charge of 0.70  (6-15-14 to 6-31-14) | 0.70 | 1,852.90 |

| | |
|---|---|
| TOTAL | $8,416.90 |
| PAYMENT | $8,416.90 |
| BALANCE DUE | **$0.00** |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No. CV 15-4527-GW(PLAx)** |
| **Plaintiff,** | **DECLARATION OF STEPHAN L. BAUER PURSUANT TO 28 U.S.C. § 1746** |
| v. | |
| **BUNZAI MEDIA GROUP, INC., et. al.,** | |
| **Defendants.** | |

1.　　My name is Stephan L. Bauer.  I am over the age of 21 and competent to give this declaration.  I am the sole director and shareholder of SBM Management, Inc. ("SBM").

2.　　Attached hereto as <u>Exhibit "1"</u> is a five page document titled "Authorization For Information" and appears to be a form from Wells Fargo Bank regarding a business account application by Focus Media Solutions, Inc.  The first time I ever learned of or saw <u>Exhibit "1"</u> was on or about June 23, 2015 when it was sent by email to me by counsel for the Temporary Receiver Charlene C. Koonce.  On page 5 of <u>Exhibit "1"</u> there appears to be a signature of "S Bauer." This signature is not my writing and is not my signature.  Moreover, I never authorized anyone to sign my name on <u>Exhibit "1"</u>, and I never authorized anyone to use my name to open any accounts for Focus Media Solutions, Inc. at Wells Fargo Bank or anywhere else.  In fact, until on or about June 23, 2015, I had never heard of the name Focus Media Solutions, Inc.

1

DECLARATION OF STEPHAN L. BAUER PURSUANT TO 28 U.S.C. § 1746



EXHIBIT
19

App.000118

3.   Attached hereto as <u>Exhibit "2"</u> is a five page document titled "Authorization For Information" and appears to be a form from Wells Fargo Bank regarding a business account application by Dynamic Media, Inc.  The first time I ever learned of or saw <u>Exhibit "2"</u> was on or about June 23, 2015 when it was sent by email to me by counsel for the Temporary Receiver Charlene C. Koonce.  On page 5 of <u>Exhibit "2"</u> there appears to be a signature of "S Bauer." This signature is not my writing and is not my signature.  Moreover, I never authorized anyone to sign my name on <u>Exhibit "2",</u> and I  never authorized anyone to use my name to open any accounts for Dynamic Media, Inc. at Wells Fargo Bank or anywhere else. In fact, until on or about June 23, 2015, I had never heard of the name Dynamic Media, Inc.

4.     Attached hereto as <u>Exhibit "3"</u> is a five page document titled "Authorization For Information" and appears to be a form from Wells Fargo Bank regarding a business account application by Intensive Media, Inc.  The first time I ever learned of or saw <u>Exhibit "3"</u> was on or about June 23, 2015 when it was sent by email to me by counsel for the Temporary Receiver Charlene C. Koonce.  On page 5 of <u>Exhibit "3"</u> there appears to be a signature of "S Bauer." This signature is not my writing and is not my signature.  Moreover, I never authorized anyone to sign my name on <u>Exhibit "3",</u> and I  never authorized anyone to use my name to open any accounts for Intensive Media, Inc. at Wells Fargo Bank or anywhere else. In fact, until on or about June 23, 2015, I had never heard of the name Intensive Media, Inc.

5.     Attached hereto as <u>Exhibit "4"</u> is a five page document titled "Authorization For Information" and appears to be a form from Wells Fargo Bank regarding a business account application by Eccentric Innovations, Inc.  The first

2

DECLARATION OF STEPHAN L. BAUER PURSUANT TO 28 U.S.C. § 1746

1    time I ever learned of or saw Exhibit "4" was on or about June 23, 2015 when it

2    was sent by email to me by counsel for the Temporary Receiver Charlene C.

3    Koonce. On page 5 of Exhibit "4" there appears to be my signature of "S Bauer."

4    This signature is not my writing and is not my signature.  Moreover, I never

5    authorized anyone to sign my name on Exhibit "4", and I never authorized anyone

6    to use my name to open any accounts for Eccentric Innovations, Inc. at Wells

7    Fargo Bank or anywhere else.  In fact, until on or about June 23, 2015, I had never

8    heard of the name Eccentric Innovations, Inc.

9         6.     Attached hereto as Exhibit "5" is a five page document titled

10   "Authorization For Information" and appears to be a form from Wells Fargo Bank

11   regarding a business account application by Optimized Media Services, Inc.  The

12   first time I ever learned of or saw Exhibit "5" was on or about June 23, 2015 when

13   it was sent by email to me by counsel for the Temporary Receiver Charlene C.

14   Koonce. On page 5 of Exhibit "5" there appears to be my signature of "S Bauer."

15   This signature is not my writing and is not my signature.  Moreover, I never

16   authorized anyone to sign my name on Exhibit "5", and I never authorized anyone

17   to use my name to open any accounts for Optimized Media Services, Inc. at Wells

18   Fargo Bank or anywhere else.  In fact, until on or about June 23, 2015, I had never

19   heard of the name Optimized Media Services, Inc.

20        I declare, under penalty of perjury, that the foregoing statement is true and

21   correct.

22

23        Executed on June  2 5 , 2015, at  L A                     , California.

24

25        _____

              STEPHAN L. BAUER

26

                                    3

DECLARATION OF STEPHAN L. BAUER PURSUANT TO 28 U.S.C. § 1746

# Authorization For Information
In Connection With A Business Account Application



| Banker Name: | | | Officer/Portfolio Number: | | Date: | |
|---|---|---|---|---|---|---|
| ESPER ELHELOU | | | A2424 | | 03/14/2014 | |
| Banker Phone: | | Store Number: | Banker AU: | | Banker MAC: | |
| | | 04569 | 0000944 | | | |

## Business Account Applicant

| Business Name: |
|---|
| FOCUS MEDIA SOLUTIONS INC. |

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| YARON SHAMIAN | | | | |
| Position/Title: | Date of Birth: | Phone Number: | Address Line 2: | |
| President | /1966 | 818 | | |
| Taxpayer Identification Number (TIN): | TIN Type: | | Address Line 3: | |
| | SSN | | | |
| Primary ID Type: | Primary ID Description: | | City: | State: |
| DLIC | | | LOS ANGELES | CA |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 12/02/2009 | 01/15/2015 | 90029-1579 | US |
| Secondary ID Type: | Secondary ID Description: | | Directional Address: (Document when no physical residence, business or alternate street address.) | |
| OTHR DC | BANK OF AMERICA VISA | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | | |
| | | 05/01/2015 | | |

## Signature Capture - Owners/Key Individuals

By signing this form, I authorize "Wells Fargo Bank" to obtain verifications and reports from agencies on my accounts and financial affairs from time to time, such as credit bureau reports and account status reports on me as an individual, in connection with the business account application identified above and any other account applications by this business. I understand that Wells Fargo requests this information to reduce fraudulent accounts, to prevent access to financial information and accounts by unauthorized persons, and for other legitimate business reasons. Should the information obtained from any such verification or report cause Wells Fargo to decide to deny the account application for the above-named business, I also authorize Wells Fargo to communicate, either explicitly or implicitly, to any co-applicant and to any co-owner, director, officer, or employee of the business that the denial was based in whole or in part on such information. I also authorize Wells Fargo to use such information and to share it with its affiliates in order to determine whether the business is qualified for other products and services offered by Wells Fargo and its affiliates.

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| YARON SHAMIAN | President |

Owner/Key Individual 1 Signature

☒ Submit manually
☐ Signature not required

Date:
03/14/2014

**EXHIBIT 1**

BBG18141 (2-10 SVP)
© 2010 Wells Fargo Bank, N.A. All rights reserved.   2W02-000635884350-01

Page 1 of 1
Wells Fargo Confidential

# Business Account Application



| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | CALABASAS | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ESPER ELHELOU | | | 03/14/2014 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| F | 04569 | | |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only       [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 565 | $100.00 | CKS |

Account 2 Product Name:
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 7 588 | $100.00 | CKS |

Account 3 Product Name:
Business Checking

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 580 | $100.00 | CKS |

| New Account Kit: | Bonus Eligible: |
|---|---|
| Printed | NO |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| FOCUS MEDIA SOLUTIONS INC. | Sole Owner |

Enterprise Customer Number (ECN): 617

| Customer 2 Name: | Account Relationship: |
|---|---|
| YARON SHAMIAN | Signer |

Enterprise Customer Number (ECN): 1 518

| Customer 3 Name: | Account Relationship: |
|---|---|
| STEPHAN L BAUER | Signer |

Enterprise Customer Number (ECN): 111



2W02-000635900206-01

BBG2307 (2-14 SVP)

Page 1 of 5
Wells Fargo Confidential

App.000122

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement:<br>FOCUS MEDIA SOLUTIONS INC. | Statement Mailing Address:<br>18375 VENTURA BLVD # 660 | |
|---|---|---|
| | Address Line 2: | |
| | City:<br>TARZANA | State:<br>CA |
| | ZIP/Postal Code:<br>91356-4218 | Country:<br>US |

## Customer 1 Information

| Customer Name:<br>FOCUS MEDIA SOLUTIONS INC. | | Street Address:<br>18375 VENTURA BLVD # 660 | |
|---|---|---|---|
| Account Relationship:<br>Sole Owner | | Address Line 2: | |
| Taxpayer Identification Number (TIN): 4  930 | TIN Type:<br>EIN | Address Line 3: | |
| Business Type:<br>Corporation Type C | | City:<br>TARZANA | State:<br>CA |
| Business Sub-Type/Tax Classification:<br>Corporation | Non-Profit:<br>No | ZIP/Postal Code:<br>91356-4218 | Country:<br>US |
| Date Originally Established:<br>03/07/2014 | Current Ownership Since: | Number of Employees:<br>10 | Business Phone:<br>818/839-1855 | Fax: |
| Annual Gross Sales:<br>$1,000,000.00 | Year Sales Reported:<br>03/07/2014 | Fiscal Year End: | Cellular Phone: | Pager: |
| Primary Financial Institution: | Number of Locations:<br>1 | | e-Mail Address: | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market:<br>LOCAL | |
| Industry:<br>Management of Companies and Enterprises | | | | |
| Description of Business: | | | | |
| Major Suppliers/Customers: | | | | |

## Bank Use Only

| Name/Entity Verification:<br>Articles of Incorporation | | Address Verification: | | BACC Reference Number:<br>1012 |
|---|---|---|---|---|
| Document Filing Number/Description:<br> ,931 | Filing Country:<br>US | Filing State:<br>CA | Filing Date:<br>03/07/2014 | Expiration Date: |
| Country of Registration:<br>US | State of Registration:<br>CA | International Transactions: | | Check Reporting:<br>NO RECORD |
| Customer 1 Name:<br>FOCUS MEDIA SOLUTIONS INC. | | Internet Gambling Business?:<br>No | | |



2W02-000635900206-02

BBG2307 (2-14 SVP)

App.000123

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| YARON SHAMIAN | | | | |
| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 2: | |
| President | 1966 | | | |
| Taxpayer Identification Number (TIN): | | TIN Type: | Address Line 3: | |
| ·1180 | | SSN | | |
| Primary ID Type: | Primary ID Description: | | City: | State: |
| DLIC | P | | LOS ANGELES | CA |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: | Country: |
| CA | 12/02/2009 | 01/15/2015 | 90029-1579 | US |
| Secondary ID Type: | Secondary ID Description: | | Check Reporting: | |
| OTHR DC | BANK OF AMERICA VISA | | NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | | |
| | | 05/01/2015 | | |
| Country of Citizenship: | | | | |
| US | | | | |



2W02-000635900206-03

BBG2307 (2-14 SVP)

App.000124

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
YARON SHAMIAN

Position/Title:
President

Owner/Key Individual 1 Signature



[X] Submit manually
[ ] Signature not required

Date:
03/14/2014

App.000125

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| FOCUS MEDIA SOLUTIONS INC. | 4 `930 |

TIN Certification Signature:

☒ Submit manually  
☐ Signature not required

Date:

## Authorized Signers – Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| YARON SHAMIAN | President |

Authorized Signer 1 Signature

☒ Submit manually  
☐ Signature not required

Date: 03/14/2014

| Authorized Signer 2 Name | Position/Title: |
|---|---|
| STEPHAN L BAUER | OWNER |

Authorized Signer 2 Signature

☒ Submit manually  
☐ Signature not required

Date: 03/14/2014



BBG2307 (2-14 SVP)    2W02-000635900206-05

App.000126

# Authorization For Information
In Connection With A Business Account Application



| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ESPER ELHELOU | | | 03/14/2014 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| | 04569 | | |

## Business Account Applicant

**Business Name:**
DYNAMIC MEDIA, INC.

## Owner/Key Individual 1 Information

| Customer Name: | | Residence Address: 5 | |
|---|---|---|---|
| TOMER AMSALEM | | | |
| Position/Title: | Date of Birth: | Phone Number: | Address Line 2: |
| PRESIDENT | /1978 | | |
| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: | |
| 6715 | SSN | | |
| Primary ID Type: | Primary ID Description: | City: | State: |
| DLIC | D7 | ENCINO | CA |
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: 91436-2522 | Country: US |
| CA | | 01/03/2019 | | |
| Secondary ID Type: | Secondary ID Description: | Directional Address: | |
| OTHR CC | AMERICAN EXPRESS | *(Document when no physical residence, business or alternate street address.)* | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | |
| | | 08/30/2014 | |

## Signature Capture - Owners/Key Individuals

By signing this form, I authorize "Wells Fargo Bank" to obtain verifications and reports from agencies on my accounts and financial affairs from time to time, such as credit bureau reports and account status reports on me as an individual, in connection with the business account application identified above and any other account applications by this business. I understand that Wells Fargo requests this information to reduce fraudulent accounts, to prevent access to financial information and accounts by unauthorized persons, and for other legitimate business reasons. Should the information obtained from any such verification or report cause Wells Fargo to decide to deny the account application for the above-named business, I also authorize Wells Fargo to communicate, either explicitly or implicitly, to any co-applicant and to any co-owner, director, officer, or employee of the business that the denial was based in whole or in part on such information. I also authorize Wells Fargo to use such information and to share it with its affiliates in order to determine whether the business is qualified for other products and services offered by Wells Fargo and its affiliates.

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| TOMER AMSALEM | PRESIDENT |

Owner/Key Individual 1 Signature



☒ Submit manually
☐ Signature not required

Date:
03/14/2014



# Business Account Application



| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | CALABASAS |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| ESPER ELHELOU | | 03/14/2014 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| | 04569 | | |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[ ] New Deposit Account(s) Only          [X] New Deposit Account(s) and Business Credit Card

**Account 1 Product Name:**
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | '444 | $100.00 | CKS |

**Account 2 Product Name:**
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 513 | $100.00 | CKS |

**Account 3 Product Name:**
Platinum Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | '188 | $100.00 | CKS |

| New Account Kit: | Bonus Eligible: |
|---|---|
| Printed | NO |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| DYNAMIC MEDIA, INC. | Sole Owner |

Enterprise Customer Number (ECN):

| Customer 2 Name: | Account Relationship: |
|---|---|
| TOMER AMSALEM | Signer |

Enterprise Customer Number (ECN):

| Customer 3 Name: | Account Relationship: |
|---|---|
| STEPHAN L BAUER | Signer |

Enterprise Customer Number (ECN):

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000635926772-01

BBG2307 (2-14 SVP)

App.000128

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| DYNAMIC MEDIA, INC. | 9465 WILSHIRE BLVD STE 300 | |
| | Address Line 2: | |
| | City: | State: |
| | BEVERLY HILLS | CA |
| | ZIP/Postal Code: | Country: |
| | 90212-2612 | US |

## Customer 1 Information

| Customer Name: | Street Address: | |
|---|---|---|
| DYNAMIC MEDIA, INC. | 9465 WILSHIRE BLVD STE 300 | |
| Account Relationship: | Address Line 2: | |
| Sole Owner | | |
| Taxpayer Identification Number (TIN): 337  TIN Type: EIN | Address Line 3: | |
| Business Type: | City: | State: |
| Corporation Type C | BEVERLY HILLS | CA |
| Business Sub-Type/Tax Classification: Corporation  Non-Profit: No | ZIP/Postal Code: 90212-2612 | Country: US |
| Date Originally Established: 01/02/2014  Current Ownership Since:  Number of Employees: 8 | Business Phone: 424/666-7343 | Fax: |
| Annual Gross Sales: $1,000,000.00  Year Sales Reported: 01/02/2014  Fiscal Year End: | Cellular Phone: | Pager: |
| Primary Financial Institution:  Number of Locations: 1 | e-Mail Address: | |
| Primary State 1:  Primary State 2:  Primary State 3: | Website: | |
| Primary Country 1:  Primary Country 2:  Primary Country 3: | Sales Market: LOCAL | |
| Industry: Management of Companies and Enterprises | | |
| Description of Business: | | |
| Major Suppliers/Customers: | | |

## Bank Use Only

| Name/Entity Verification: Articles of Incorporation | Address Verification: | BACC Reference Number: |
|---|---|---|
| Document Filing Number/Description:  Filing Country: US  Filing State: CA  Filing Date: 01/02/2014 | | Expiration Date: |
| Country of Registration: US  State of Registration: CA  International Transactions: | | Check Reporting: NO RECORD |
| Customer 1 Name: DYNAMIC MEDIA, INC. | Internet Gambling Business?: No | |

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan

BBG2307 (2-14 SVP)

2W02-000635926772-02

App.000129

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | | | Residence Address: | |
|---|---|---|---|---|
| TOMER AMSALEM | | | 16161 VENTURA BLVD STE 595 | |

| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 2: | |
|---|---|---|---|---|
| PRESIDENT | 01/03/1978 | | | |

| Taxpayer Identification Number (TIN): | | TIN Type: | Address Line 3: | |
|---|---|---|---|---|
| -6715 | | SSN | | |

| Primary ID Type: | Primary ID Description: | City: | | State: |
|---|---|---|---|---|
| DLIC | | ENCINO | | CA |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| CA | | 01/03/2019 | 91436-2522 | US |

| Secondary ID Type: | Secondary ID Description: | Check Reporting: | |
|---|---|---|---|
| OTHR CC | AMERICAN EXPRESS | NO RECORD | |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 08/30/2014 |

| Country of Citizenship: |
|---|
| US |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

    (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

    (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

    (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

    (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000635926772-03

Business Account Application

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| TOMER AMSALEM | PRESIDENT |

Owner/Key Individual 1 Signature

[X] Submit manually
[ ] Signature not required

Date: 03/14/2014

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).  [ ] I am subject to backup withholding   [ ] I am exempt from backup withholding
3. I am a U.S. citizen or other U.S. person.
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Note:  The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| DYNAMIC MEDIA, INC. | 337 |

TIN Certification Signature:

[X] Submit manually
[ ] Signature not required

Date:

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| TOMER AMSALEM | PRESIDENT |

Authorized Signer 1 Signature

[X] Submit manually
[ ] Signature not required

Date: 03/14/2014

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan

2W02-000635926772-04

BBG2307 (2-14 SVP)

App.000131

Business Account Application

Authorized Signer 2 Name
STEPHAN L BAUER

Position/Title:
OWNER

Authorized Signer 2 Signature

☒ Submit manually
☐ Signature not required

Date:
03/14/2014

## Terms and Conditions for the Wells Fargo® Business Platinum Credit Card

**By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"), if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept in my individual capacity the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.**

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee in my individual capacity (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** From time to time Bank may monitor and record telephone calls regarding your Account to assure the quality of our service. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

## Features and Pricing

(i)   **Annual Fee** $0.

(ii)  **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

(iii) **Grace Period for Repayment of the Balance for Purchase** No less than 21 days.

(iv)  **Minimum Payment** See the Customer Agreement for details.

(v)   **Annual Business Card Rewards Membership Fee (optional program)** $50 Your annual membership fee will be charged to your account in the first billing cycle.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| TOMER AMSALEM | $15,000 | Yes |
| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $15,000 | |

Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Rewards Points | No | No |

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan

2W02-000635926772-05

BBG2307 (2-14 SVP)

Page 5 of 5
Wells Fargo Confidential

App.000132

# Authorization For Information
In Connection With A Business Account Application



| Banker Name: ESPER ELHELOU | | Officer/Portfolio Number: | Date: 03/14/2014 |
|---|---|---|---|
| Banker Phone: | Store Number: 04569 | Banker AU: | Banker MAC: |

## Business Account Applicant

Business Name: INTENSIVE MEDIA, INC.

## Owner/Key Individual 1 Information

| Customer Name: ANNSOFIE ALGARP | | Residence Address: | |
|---|---|---|---|
| Position/Title: OWNER | Date of Birth: 1973 | Phone Number: 888/715-1100 | Address Line 2: |
| Taxpayer Identification Number (TIN): 0687 | TIN Type: SSN | Address Line 3: | |
| Primary ID Type: DLIC | Primary ID Description: | City: CHATSWORTH | State: CA |
| Primary ID St/Ctry/Prov: CA | Primary ID Issue Date: | Primary ID Expiration Date: 06/18/2014 | ZIP/Postal Code: 91311-3845 | Country: US |
| Secondary ID Type: OTHR DC | Secondary ID Description: WELLS FARGO VISA | Directional Address: (Document when no physical residence, business or alternate street address.) | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | |

## Signature Capture - Owners/Key Individuals

By signing this form, I authorize "Wells Fargo Bank" to obtain verifications and reports from agencies on my accounts and financial affairs from time to time, such as credit bureau reports and account status reports on me as an individual, in connection with the business account application identified above and any other account applications by this business. I understand that Wells Fargo requests this information to reduce fraudulent accounts, to prevent access to financial information and accounts by unauthorized persons, and for other legitimate business reasons. Should the information obtained from any such verification or report cause Wells Fargo to decide to deny the account application for the above-named business, I also authorize Wells Fargo to communicate, either explicitly or implicitly, to any co-applicant and to any co-owner, director, officer, or employee of the business that the denial was based in whole or in part on such information. I also authorize Wells Fargo to use such information and to share it with its affiliates in order to determine whether the business is qualified for other products and services offered by Wells Fargo and its affiliates.

| Owner/Key Individual 1 Name: ANNSOFIE ALGARP | Position/Title: OWNER |
|---|---|

Owner/Key Individual 1 Signature

[X] Submit manually
[ ] Signature not required
Date: 03/14/2014

EXHIBIT 3

BBG18141 (2-10 SVP)
© 2010 Wells Fargo Bank, N.A. All rights reserved.   2W02-000635930868-01   Page 1 of 1   Wells Fargo Confidential

App.000133

# Business Account Application



| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | CALABASAS |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| ESPER ELHELOU | | 03/14/2014 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| | 04569 | | |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[ ] New Deposit Account(s) Only      [X] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 686 | $100.00 | CKS |

Account 2 Product Name:
Business Market Rate Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 547 | $100.00 | CKS |

Account 3 Product Name:
Business Checking

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 424 | $100.00 | CKS |

| New Account Kit: | Bonus Eligible: |
|---|---|
| Printed | NO |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| INTENSIVE MEDIA, INC. | Sole Owner |

Enterprise Customer Number (ECN):

| Customer 2 Name: | Account Relationship: |
|---|---|
| ANNSOFIE ALGARP | Signer |

Enterprise Customer Number (ECN):

| Customer 3 Name: | Account Relationship: |
|---|---|
| STEPHAN L BAUER | Signer |

Enterprise Customer Number (ECN):

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000635934876-01

Page 1 of 5
Wells Fargo Confidential

BBG2307 (2-14 SVP)

App.000134

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| INTENSIVE MEDIA, INC. | 501 W BROADWAY STE 800 | |
| | Address Line 2: | |
| | City: | State: |
| | SAN DIEGO | CA |
| | ZIP/Postal Code: | Country: |
| | 92101-3546 | US |

## Customer 1 Information

| Customer Name: | | Street Address: | |
|---|---|---|---|
| INTENSIVE MEDIA, INC. | | 501 W BROADWAY STE 800 | |
| Account Relationship: | | Address Line 2: | |
| Sole Owner | | | |
| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: | |
| 795 | EIN | | |
| Business Type: | | City: | State: |
| Corporation Type C | | SAN DIEGO | CA |
| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
| Corporation | No | 92101-3546 | US |
| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
| 01/02/2014 | | 7 | | |
| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
| $1,000,000.00 | 01/02/2014 | | | |
| Primary Financial Institution: | Number of Locations: | | e-Mail Address: | |
| | 1 | | | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| | | | | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: | |
| | | | LOCAL | |

| Industry: |
|---|
| Management of Companies and Enterprises |
| Description of Business: |
| |
| Major Suppliers/Customers: |
| |

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | BACC Reference Number: |
|---|---|---|---|
| Articles of Incorporation | | | ? |
| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
| | US | CA | 01/02/2014 | |
| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
| US | CA | | NO RECORD |
| Customer 1 Name: | | Internet Gambling Business?: | |
| INTENSIVE MEDIA, INC. | | No | |

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-888-371-1046
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan

2W02-000635934876-02

App.000135