

Association, Commercial Division. The parties agree to conduct the arbitration in the county of Company's principle office and each party shall bear the costs of such arbitration. The parties specifically waive any international treaties or other international law which may govern the court or location of resolution of any dispute between them. This provision was a bargained for relinquishment of both parties rights to jurisdiction in their respective states or countries. The Parties waive the personal service of any process upon them and agree that service may be completed by overnight mail (using a commercially recognized service) or by U.S. mail with delivery receipt to the address stated in this Agreement. Company shall be entitled to recover all reasonable costs of collection (including attorney's fees, in-house counsel costs, expenses and costs) incurred in attempting to collect payment from Advertiser. The prevailing party in any Arbitration shall be entitled to an award of attorney fees and costs for such arbitration.

### 12. Notice.

All notices, requests, demands, and other communications hereunder shall be in writing and shall be deemed given at the time such communication is sent by registered or certified mail (return receipt requested), or recognized national overnight courier service, or delivered personally, to the following addresses (or at such other address for a party as shall be specified by like notice): If to Company, to the attention of both the President at 2910 Maguire Road, Suite 2010, Ocoee, FL 34761 with a courtesy copy to with a courtesy copy to IFRAH LAW, PLLC, at 1717 Pennsylvania Ave, N.W. Suite 650 Washington, DC 20006. If to Advertiser, to the person listed as the contact person and at the address listed on the initial IO.

### 13. Independent Contractors.

Each party is an independent contractor. Any intention to create a joint venture or partnership between the parties is expressly disclaimed. Except as set forth herein, neither party is authorized or empowered to obligate the other or to incur any costs on behalf of the other without the other party's prior written consent.

### 14. Entire Agreement, Modification, Assignment.

This Agreement and exhibits or addendum thereto constitutes a valid and binding agreement between the parties, and has been duly executed by an authorized representative of each party. This Agreement and any exhibits or addenda thereto is intended to be the parties' complete, integrated expression of the terms of their agreement and any prior agreements or understandings with respect to such subject matters are superseded hereby and fully merged herein, and may only be modified in writing by authorized representatives of the parties. The terms and conditions hereof shall prevail exclusively over any written instrument or Insertion Order submitted by Advertiser even if signed by Company unless this Agreement is expressly amended by an addendum attached hereto that references this Agreement and the specific provisions to be modified. No interlineations to this Agreement shall be binding unless signed by both parties. In the event that a party is required to digitally sign or agree to additional terms when using the other's website, the parties acknowledge and agree that such digital agreement is inconsequential and in no way binding; that it is the result of a technical requirement, which cannot be altered, in order to view stats and access Advertising Content. Therefore, any terms which appear on the other's online advertising network or website are to be disregarded and deemed non-effective, and shall be superseded by this Agreement. Neither party may assign this Agreement without express written permission of the other party.

### 15. Survival & Severability.

Any obligations which expressly or by their nature are to continue after termination, cancellation, or expiration of this Agreement shall survive and remain in effect after such happening, including without limitation, Sections 6, 7, 9-11, 14,15 and 17. Each party acknowledges that the provisions of this Agreement were negotiated to reflect an informed, voluntary allocation between them of all the risks (both known and unknown) associated with the transactions contemplated hereunder. Further, all provisions are inserted conditionally on their being valid in law. In the event that any provision of this Agreement conflicts with the law under which the Agreement is to be construed or if any such provision is held invalid or unenforceable by a court with jurisdiction over the parties to the Agreement, (i) such provision will be restated to reflect as nearly as possible the original intentions of the parties in accordance with applicable law; and (ii) the remaining terms, provisions, covenants, and restrictions of the Agreement will remain in full force

8

 Initials



and effect

*17. Remedies, Waiver.*

Except as otherwise specified, the rights and remedies granted to a party under this Agreement are cumulative and in addition to, not in lieu of, any other rights and remedies which the party may possess at law or in equity. Failure of either party to require strict performance by the other party of any provision shall not affect the first party's right to require strict performance thereafter. Waiver by either party of a breach of any provision shall not waive either the provision itself or any subsequent breach.

*18. Counterparts.*

This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts together shall constitute one and the same instrument. For purposes hereof, a facsimile copy of this Agreement shall be deemed to be an original.

By executing this Agreement, the parties acknowledge that they have reviewed the terms and conditions incorporated herein and agree to be legally bound by the same. The parties hereby cause this Agreement to be executed by their duly authorized representatives and made effective as of the Effective Date.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed as of the date set forth above.

ADVERTISER                                MOBOOKA, LLC

By: Stephan Bauer                         By:

Printed Name:                             Printed Name:

Title: CEO                                Title:

Company: SBM Mgmt

Address:

9                                         SB Initials

07/28/2015 13:10  3102895953  PAGE 13/19



Email:

Fax:

Guarantor:

9

 Initials

CONFIDENTIAL



M000010

App.000163

07/28/2015  13:10    3102895953                                              PAGE  14/19

| Form **8879-C** | IRS e-file Signature Authorization for Form 1120 | OMB No. 1545-1864 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2012, or tax year beginning _____, 2012, ending _____ ► Do not send to the IRS. Keep for your records. ► Information about Form 8879-C and its instructions is at www.irs.gov/form1120. | **2012** |

Name of corporation: SBM MANAGEMENT INC  
Employer identification number: 1765

### Part I — Tax Return Information (Whole dollars only)

| 1 | Total income (Form 1120, line 11) | 1 | 2,670,864. |
| 2 | Taxable income (Form 1120, line 30) | 2 | 13,552. |
| 3 | Total tax (Form 1120, line 31) | 3 | 2,033. |
| 4 | Amount owed (Form 1120, line 34) | 4 | 2,070. |
| 5 | Overpayment (Form 1120, line 35) | 5 | |

### Part II — Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2012 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize DAVIDIAN & ASSOCIATES, APAC to enter my PIN _____ as my signature
    ERO firm name                                              do not enter all zeros
on the corporation's 2012 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2012 electronically filed income tax return.

Officer's signature ► [signed]    Date ► 9-6-2013    Title ► CEO

### Part III — Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN ............ _____ 345
                                                                                                do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2012 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub 3112, IRS e-file Application and Participation, and Pub 4163, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ► Z. DAVID DAVIDIAN, CPA    Date ►

**ERO Must Retain This Form— See Instructions**  
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA For Paperwork Reduction Act Notice, see instructions.                    Form 8879-C (2012)

CPCA1201L  11/24/12



App.000164

069

| Date Accepted | | DO NOT MAIL THIS FORM TO FTB |
|---|---|---|
| TAXABLE YEAR 2012 | California e-file Return Authorization for Corporations | FORM 8453-C |

| Corporation name | Identifying number |
|---|---|
| SBM MANAGEMENT INC | 765 |

**Part I   Tax Return Information** (whole dollars only)

1. Total income (Form 100, line 9, Form 100S, line 8, Form 100W, line 9 or Form 100X, Line 6) ............ 1   15,140.
2. Taxable income (Form 100, line 23, Form 100S, line 21, Form 100W, line 23 or Form 100X, Line 10) .... 2   15,140.
3. Total tax (Form 100, line 31, Form 100S, line 30, Form 100W, line 31, Form 100X, Line 16) .......... 3    1,338.
4. Tax due (Form 100, line 37, Form 100S, line 36, Form 100W, line 37 or Form 100X, Line 20) ......... 4      538.
5. Overpayment (Form 100, line 38, Form 100S, line 37, Form 100W, line 38 or Form 100X, Line 27) ..... 5

**Part II   Settle Your Account Electronically for Taxable Year 2012**

6. ☐ Direct deposit of refund
7. ☐ Electronic funds withdrawal    7a Amount              7b Withdrawal date (MM/DD/YYYY)

**Part III   Schedule of Estimated Tax Payments for Taxable Year 2013** (These are NOT installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| 8 Amount | | | | |
| 9 Withdrawal Date | | | | |

**Part IV   Banking Information** (Have you verified the corporation's banking information?)

10. Routing number
11. Account number            12 Type of account:  ☐ Checking    ☐ Savings

**Part V   Declaration of Officer**

I authorize the corporate account be settled as designated in Part II. If I check Part II, Box 6, I declare that the account specified in Part IV for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, Box 7, I authorize an electronic funds withdrawal for the amount listed on line 7a and any estimated payment amounts listed on line 8 from the account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my Electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2012 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO, intermediate service provider, the reason(s) for the delay or the date when the refund was sent.

Sign Here  ▶ Signature of Officer    9-6-2013  Date   ▶ CEO  Title

**Part VI   Declaration of Electronic Return Originator (ERO) and Paid Preparer.** See instructions.

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an Intermediate Service Provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345B, 2012 Business e-file Handbook for Authorized e-file Providers, and in FTB Pub. 1345, 2012 e-file Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for four years from the due date of the return or four years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ | Date | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ DAVIDIAN & ASSOCIATES, APAC  200 N MARYLAND AVE STE 300  GLENDALE, CA | | | FEIN 009 | ZIP Code 91206-4276 |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | | FEIN | ZIP Code |

For Privacy Notice, get form FTB 1131.    CACA9901L  12/17/12                                    FTB 8453-C  2012

EXHIBIT

App.000165

07/28/2015  13:10   3102895953                                                                PAGE  16/19

Mar. 17. 2014  2:19PM                                                No. 7089   P. 1/10

| Form **8879-C** | IRS e-*file* Signature Authorization for Form 1120 | OMB No. 1545-1864 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2013, or tax year beginning _____, 2013, ending _____<br>► Do not send to the IRS. Keep for your records.<br>► Information about Form 8879-C and its instructions is at www.irs.gov/form8879c. | **2013** |

| Name of corporation | Employer identification number |
|---|---|
| SBM MANAGEMENT INC | 765 |

**Part I  Tax Return Information (Whole dollars only)**

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | 2,142,508. |
| 2 Taxable income (Form 1120, line 30) | 2 | 8,148. |
| 3 Total tax (Form 1120, line 31) | 3 | 1,222. |
| 4 Amount owed (Form 1120, line 34) | 4 | 1,244. |
| 5 Overpayment (Form 1120, line 35) | 5 | |

**Part II  Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2013 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize  DAVIDIAN & ASSOCIATES, APAC  to enter my PIN  _____  as my signature
                 ERO firm name                                    do not enter all zeros
on the corporation's 2013 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2013 electronically filed income tax return.

Officer's signature ► [signature]            Date ► 3-12-14    Title ► CEO

**Part III  Certification and Authentication**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.................................... 345
                                                                                                         do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2013 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub 3112, IRS e-*file* Application and Participation, and Pub 4163, Modernized e-File (MeF) Information for Authorized IRS e-*file* Providers for Business Returns.

ERO's signature  ►  Z. DAVID DAVIDIAN, CPA                               Date ►

ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So

BAA  For Paperwork Reduction Act Notice, see instructions.                                              Form **8879-C** (2013)

CPCA1201L  11/04/13



EXHIBIT 4

07/28/2015  13:10   3102895953                                                    PAGE  17/19

Mar. 17, 2014  2:20PM                                                 No. 7089   P. 2/10

055

| Date Accepted | | | DO NOT MAIL THIS FORM TO FTB |
|---|---|---|---|
| TAXABLE YEAR | | | FORM |
| 2013 | California e-file Return Authorization for Corporations | | 8453-C |
| Corporation name | | | Identifying number |
| SBM MANAGEMENT INC | | | 1768 |

**Part I   Tax Return Information** (whole dollars only)

1. Total Income (Form 100, line 9, Form 100S, line 8, Form 100W, line 9 or Form 100X, Line 6).............. 1   9,403.
2. Taxable Income (Form 100, line 23, Form 100S, line 21, Form 100W, line 23 or Form 100X, Line 10).......... 2   9,403.
3. Total tax (Form 100, line 31, Form 100S, line 30, Form 100W, line 31, Form 100X, Line 16)................ 3   831.
4. Tax due (Form 100, line 37, Form 100S, line 36, Form 100W, line 37 or Form 100X, Line 20)............... 4   31.
5. Overpayment (Form 100, line 38, Form 100S, line 37, Form 100W, line 38 or Form 100X, Line 27)........... 5

**Part II   Settle Your Account Electronically for Taxable Year 2013**

6. ☐ Direct deposit of refund
7. ☒ Electronic funds withdrawal   7a Amount  31.   7b Withdrawal date (mm/dd/yyyy)  3/17/2014

**Part III   Schedule of Estimated Tax Payments for Taxable Year 2014** (These are NOT installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| 8 Amount | | | | |
| 9 Withdrawal Date | | | | |

**Part IV   Banking Information** (Have you verified the corporation's banking information?)

10. Routing number   122000247
11. Account number   7709839091       12 Type of account:  ☒ Checking   ☐ Savings

**Part V   Declaration of Officer**

I authorize the corporate account be settled as designated in Part II. If I check Part II, Box 6, I declare that the account specified in Part IV for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, Box 7, I authorize an electronic funds withdrawal for the amount listed on line 7a and any estimated payment amounts listed on line 8 from the account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my Electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2013 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO, intermediate service provider, the reason(s) for the delay or the date when the refund was sent.

Sign Here  ▶ [signature]   ▶ 3/17/14   ▶ CEO
           Signature of Officer      Date            Title

**Part VI   Declaration of Electronic Return Originator (ERO) and Paid Preparer.** See Instructions.

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an Intermediate Service Provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2013 e-file Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for four years from the due date of the return or four years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | ERO's signature ▶ | Date | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's PTIN |
|---|---|---|---|---|---|
| ERO Must Sign | Firm's name (or yours if self-employed) and address ▶ | DAVIDIAN & ASSOCIATES, APAC | | FEIN | |
| | | 200 N MARYLAND AVE STE 300 | | | 009 |
| | | GLENDALE, CA | | ZIP Code | 91206-4276 |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid PTIN |
|---|---|---|---|---|
| Paid Preparer Must Sign | Firm's name (or yours if self-employed) and address ▶ | | FEIN | |
| | | | ZIP Code | |

For Privacy Notice, get form FTB 1131 ENG/ESP.   CACA8601L 11/25/13                          **EXHIBIT 54**             FTB 8453-C  2013

App.000167

07/28/2015  13:10    3102895953                                                                PAGE  18/19

| Form **8879-C** | IRS e-*file* Signature Authorization for Form 1120 | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2014, or tax year beginning _____, 2014, ending _____<br>► Do not send to the IRS. Keep for your records.<br>► Information about Form 8879-C and its instructions is at www.irs.gov/form8879c. | **2014** |

Name of corporation: SBM MANAGEMENT INC         Employer identification number: .765

### Part I — Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1  Total income (Form 1120, line 11) | 1 | 1,384,167. |
| 2  Taxable income (Form 1120, line 30) | 2 | -2,969. |
| 3  Total tax (Form 1120, line 31) | 3 | |
| 4  Amount owed (Form 1120, line 34) | 4 | |
| 5  Overpayment (Form 1120, line 35) | 5 | |

### Part II — Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2014 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize  DAVIDIAN & ASSOCIATES, APAC  to enter my PIN _____ as my signature
                 ERO firm name                                do not enter all zeros
on the corporation's 2014 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2014 electronically filed income tax return.

Officer's signature ►                Date ► MARCH 15, 15   Title ► CEO

### Part III — Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN ............... 345
                                                                                             do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2014 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub 3112, IRS e-*file* Application and Participation, and Pub 4163, Modernized e-File (MeF) Information for Authorized IRS e-*file* Providers for Business Returns.

ERO's signature ► Z. DAVID DAVIDIAN, CPA         Date ►

ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So

BAA For Paperwork Reduction Act Notice, see instructions.                                        Form **8879-C** (2014)

CPCA1201L  07/21/14



07/28/2015  13:10    3102895953                                                                              PAGE  19/19

Resque Facial Peel                                                                    Jar 50ml Red

---

059

Date Accepted                                                         DO NOT MAIL THIS FORM TO FTB

| TAXABLE YEAR | California e-file Return Authorization for Corporations | FORM |
|---|---|---|
| 2014 | | 8453-C |

Corporation name: SBM MANAGEMENT INC                                      ...765

**Part I  Tax Return Information** (whole dollars only)

1. Total Income (Form 100, line 9, Form 100S, line 8, Form 100W, line 9 or Form 100X, Line 6) .......... 1   -2,169.
2. Taxable Income (Form 100, line 22, Form 100S, line 20, Form 100W, line 22 or Form 100X, Line 10) .. 2   -2,953.
3. Total tax (Form 100, line 31, Form 100S, line 30, Form 100W, line 31 or Form 100X, Line 18) ........ 3      800.
4. Tax due (Form 100, line 37, Form 100S, line 36, Form 100W, line 37 or Form 100X, Line 20) ......... 4
5. Overpayment (Form 100, line 38, Form 100S, line 37, Form 100W, line 38 or Form 100X, Line 27) .... 5

**Part II  Settle Your Account Electronically for Taxable Year 2014**

6. ☐ Direct deposit of refund
7. ☐ Electronic funds withdrawal    7a Amount _____    7b Withdrawal date (mm/dd/yyyy) _____

**Part III  Schedule of Estimated Tax Payments for Taxable Year 2015** (These are NOT installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| 8 Amount | | | | |
| 9 Withdrawal Date | | | | |

**Part IV  Banking Information** (Have you verified the corporation's banking information?)

10. Routing number _____
11. Account number _____    12. Type of account: ☐ Checking    ☐ Savings

**Part V  Declaration of Officer**

I authorize the corporate account to be settled as designated in Part II. If I check Part II, Box 6, I declare that the account specified in Part IV for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, Box 7, I authorize an electronic funds withdrawal for the amount listed on line 7a and any estimated payment amounts listed on line 8 from the account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2014 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.

Sign Here   ▶ [signature]   Date MAR/5/15   Title CEO

**Part VI  Declaration of Electronic Return Originator (ERO) and Paid Preparer.** See Instructions.

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2014 e-file Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for four years from the due date of the return or four years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | | Date | Check if also paid preparer [X] | Check if self-employed | ERO's PTIN |
|---|---|---|---|---|---|
| **ERO Must Sign** | ERO's signature ▶ | | | | |
| | Firm's name (or yours if self-employed) and address ▶ | DAVIDIAN & ASSOCIATES, APAC  200 N MARYLAND AVE STE 300  GLENDALE, CA | | FEIN  9009  ZIP Code 91206-4276 | |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | | Date | Check if self-employed | Paid preparer's PTIN |
|---|---|---|---|---|
| **Paid Preparer Must Sign** | Paid preparer's signature ▶ | | | |
| | Firm's name (or yours if self-employed) and address ▶ | | FEIN  ZIP Code | |

For Privacy Notice, get FTB 1131 ENG/SP.        CACA2601L 11/10/14                     FTB 8453-C  2014

EXHIBIT

2