

**JACEM Healthy Products, Inc.**
13546 Debell Street, Arleta, California 91331
Phone. 818.355.0856 • 818.897.8626 Fax

### PACKING SLIP

**Ship from:** JACEM Healthy Products
7631 Alabama AV #C
Canoga Park, CA 91304
**Contact:** Mario E. Salinas
**Phone:** 818.355.0856

**Ship to:** BUNZAI MEDIA GROUP INC
7900 Gloria Av.
Van Nuys CA 91406
**Contact:** Alon Nottea
**Phone:**

| Customer Order # | Order Date |
|---|---|
| | 101 |

| UNITS | PRODUCTS | QUANTITY |
|---|---|---|
| 40 ml | Facial Serum Bottles | |
| | 2x300 pcs | |
| | 1x318 pcs | |
| | 2x198 pcs | |
| | 1x210 pcs | |
| 50 ml | AuraVie Facial Moisturizer Jars | |
| | 8x145 pcs | |
| | 4x80 pcs | |
| | 1x20 pcs | 1,500 |
| 50 ml | AuraVie Facial Peel Jars | |
| | 10X 80 pcs | |
| | 5x 145 pcs | 1,525 |

**Delivered by:** Jacem
**Date:** 04/05/2011
**Date:** _____  **Received by:** _____


EXHIBIT 21

App.000170

| | | | |
|---|---|---|---|
| 7/2/2015 Igor Latsanovski | | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

```
09:07:58   1        Q    Can you think of any other companies that you
           2   were an officer of other than what you've listed for me
09:08:01   3   today?
           4        A    I don't remember.
09:08:05   5        Q    Okay.  Have you ever been associated with any
           6   entities, any business -- any businesses or companies
09:08:14   7   that sell a product called Aura Vie?
           8        A    Yes.
09:08:17   9        Q    And what companies or businesses are those?
          10        A    I give money to Bunzai Group.
09:08:31  11        Q    Did you ever work for Bunzai Group?
          12        A    Not.
09:08:33  13        Q    Were you ever an officer of Bunzai Group?
          14        A    No.
09:08:43  15        Q    Were you ever associated with any other
          16   companies that sold Aura Vie or any other skin care
09:08:49  17   products?
          18        A    What means "associate"?  Like, can you
09:08:56  19   explain me what means (sic) --
          20        Q    Yeah, sure.  Were you ever associated in any
09:09:02  21   way with any other companies that sold Aura Vie?
          22        A    Yes.
09:09:05  23        Q    Okay.  What companies are those?
          24        A    Bunzai Group.  I give them money.
09:09:10  25        Q    Anyone else?  Any other companies that sold
```



27

App.000171

| 7/2/2015 | | |
|---|---|---|
| Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

```
09:29:17   1        MR. HARRIS:  Just -- yeah.  He'll ask the
           2   questions.
09:29:17   3   BY MR. LITTLE:
           4        Q    We will come back later to that topic, okay?
09:29:21   5        A    Oh, okay.
           6        Q    All right.  So did you meet with any other
09:29:27   7   members of the Nottea family besides Alon about your
           8   investment?
09:29:32   9        A    If I talking with somebody (sic)?
          10        Q    Yes.
09:29:34  11        A    About my investment?
          12        Q    Yes.
09:29:37  13        A    With Alon and with Khristopher.
          14        Q    Anyone else?
09:29:41  15        A    No.
          16        Q    Okay.  This company that you were investing
09:29:47  17   in, what did it do?
          18        A    Sell online cosmetic line.
09:29:52  19        Q    Okay.  Was that called Aura Vie?
          20        A    "Difference" names they use it (sic).
09:29:56  21        Q    Okay.  Different names they used, okay.
          22        A    Aura Vie, or I don't know.  I don't know --
09:29:59  23        Q    Was --
          24        A    -- details.
09:30:01  25        Q    Was Aura Vie one of the products that the
```



Keeping Your Word Is Our Business™

45

App.000172

| | |
|---|---|
| 7/2/2015 | |
| Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc.    1090802 |

```
10:56:43   1          Q    Which entities?
           2          A    This is all Bunzai Group companies.
10:56:47   3          Q    Okay, when you say, "Bunzai Group companies,"
           4    I'm making air quotes with my fingers here, what do you
10:56:51   5    mean?
           6          A    It means all entity which Alon use "it" for
10:56:56   7    his -- for running his business.
           8          Q    Yes, okay.
10:57:02   9               So as I understand your testimony, you
          10    received somewhere between 300 and $320,000 in profit
10:57:09  11    from the Bunzai Group companies?
          12          A    Yes.
10:57:15  13          Q    Okay.  Do you include in the Bunzai Group
          14    companies Zen Mobile Media?
10:57:19  15          A    That, yes.
          16          Q    SBM Management?
10:57:23  17          A    Yes.
          18          Q    Agoa Holdings?
10:57:26  19          A    Yes.
          20          Q    All-Star Beauty Products?
10:57:30  21          A    I don't -- really, I don't remember, with all
          22    these names.
10:57:32  23          Q    Well, we'll go over them in a minute, okay.
          24               But those companies that I just told you
10:57:37  25    about, you include them in what I call -- or what you
```

118



Keeping Your Word Is Our Business™

App.000173

```
7/2/2015
Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.              1090802
```

| | | |
|---|---|---|
| 10:59:04 | 1 | Q   Okay.  Is this what you call the Bunzai group |
| | 2 | of companies? |
| 10:59:07 | 3 | A   Uh-huh. |
| | 4 | Q   Answer audibly, if you can. |
| 10:59:13 | 5 | MR. HARRIS:  Objection; vague, lacks foundation. |
| | 6 | THE WITNESS:  Can you explain me -- |
| 10:59:15 | 7 | BY MR. LITTLE: |
| | 8 | Q   Yes.  Are the companies that are listed on |
| 10:59:20 | 9 | Receiver's Exhibit 18 the Bunzai group of companies? |
| | 10 | MR. HARRIS:  Same objection. |
| 10:59:22 | 11 | MR. LITTLE:  Okay. |
| | 12 | Q   You can answer. |
| 10:59:27 | 13 | A   I -- okay, I don't know, because I'm not |
| | 14 | running this business.  I don't know.  You have to ask |
| 10:59:31 | 15 | Alon about it.  I don't know. |
| | 16 | Q   Okay. |
| 10:59:36 | 17 | A   Some of them I see, yes. |
| | 18 | Q   Okay.  Is Bunzai Media Group in the Bunzai |
| 10:59:40 | 19 | group of companies? |
| | 20 | A   Yes. |
| 10:59:43 | 21 | Q   Is Agoa Holdings in the Bunzai group of |
| | 22 | companies? |
| 10:59:48 | 23 | A   Maybe. |
| | 24 | Q   Is DMA Media Holdings in the Bunzai group of |
| 10:59:52 | 25 | companies? |

120



Kusar® Keeping Your Word Is Our Business℠

```
7/2/2015
Igor Latsanovski            Federal Trade Commission vs. Bunzai Media Group, Inc.            1090802
```

| Time | # | | |
|---|---|---|---|
| 11:02:07 | 1 | Q | To you, was Safehaven Ventures part of the |
| | 2 | | Bunzai group of companies? |
| 11:02:09 | 3 | A | Which one? |
| | 4 | Q | Safehaven Ventures, Incorporated. |
| 11:02:14 | 5 | A | Can you say me number for be sure (sic)? |
| | 6 | Q | Yeah, No. 6. |
| 11:02:20 | 7 | A | 6, Safehaven -- I don't know. |
| | 8 | Q | Okay. To you, was Merchant Leverage Group, |
| 11:02:26 | 9 | | Incorporated, one of the Bunzai group of companies? |
| | 10 | A | Really, I don't know. |
| 11:02:29 | 11 | Q | Okay. Here's what I want you to do. I'm |
| | 12 | | going to hand you a pen. I want you to circle -- |
| 11:02:32 | 13 | A | Uh-huh. |
| | 14 | Q | -- all the companies that you believe to be |
| 11:02:36 | 15 | | part of the Bunzai group of companies on Receiver |
| | 16 | | Exhibit 18. |
| 11:02:37 | 17 | A | Okay. |
| | 18 | Q | Will you do that, please. |
| 11:02:38 | 19 | A | No problem. |
| | 20 | Q | Here you go. |
| 11:02:42 | 21 | A | For "be" sure, which I know? |
| | 22 | Q | Yes. |
| 11:02:45 | 23 | A | Which I hear? Okay. |
| | 24 | Q | Of course. |
| 11:03:08 | 25 | A | (Witness complies.) |



Kusar® Keeping Your Word Is Our Business℠

123

```
7/2/2015
Igor Latsanovski        Federal Trade Commission vs. Bunzai Media Group, Inc.        1090802
```

| Time | # | |
|---|---|---|
| 11:03:19 | 1 | Q   Okay.  While you're doing that, I'm going to |
| | 2 | get a highlighter out of my briefcase. |
| 11:03:41 | 3 | A   Okay, I connect which I'm most sure, but |
| | 4 | better don't -- yeah?  Don't lie. |
| 11:03:46 | 5 | Q   Okay.  So let the record reflect that you've |
| | 6 | circled Bunzai Media Group, Agoa Holdings, Lifestyle |
| 11:03:56 | 7 | Media Brands, Zen Mobile Media, Pinnacle Logistics and |
| | 8 | SBM Management; is that right?  Do I -- |
| 11:04:01 | 9 | A   Yes. |
| | 10 | Q   Can I have my pen?  Thank you so much. |
| 11:04:10 | 11 |     So, Mr. Latsanovski, tell the court who |
| | 12 | controls those companies that you circled. |
| 11:04:14 | 13 |     MR. HARRIS:  Objection; lacks foundation, calls |
| | 14 | for speculation. |
| 11:04:17 | 15 | BY MR. LITTLE: |
| | 16 | Q   You can answer if you know the -- if you |
| 11:04:21 | 17 | understand my question. |
| | 18 | A   Again, because I'm confused a little bit. |
| 11:04:27 | 19 | Q   Sure.  Tell the court, if you would, who |
| | 20 | controls the companies that you circled on Receiver's |
| 11:04:30 | 21 | Exhibit 18. |
| | 22 | A   Alon. |
| 11:04:31 | 23 |     MR. HARRIS:  Same objections. |
| | 24 |     THE WITNESS:  Alon. |
| 11:04:33 | 25 | /// |

124



**From:** Robert Ungar [mailto:rmu@ungarlaw.com]
**Sent:** Sunday, July 12, 2015 2:25 PM
**To:** Kelly Crawford
**Cc:** Charlene Koonce
**Subject:** FTC v BMG

Good morning,

Alon Nottea and Roi Reuveni's responses to more "rolling requests":

Re: Further Inquiry re USM Transfer: There was no wire, or RSA device used. It was a simple online transfer on WFB online through a mobile phone. The transfer should appear in the online banking [access information previously provided]. There are no documents.

The email account "accounting@pinlogistics.com" was used by internal management to communicate regarding day to day accounting topics, it was used by Philip, Nastassia, and Alon.

focusmediasolutionsinc@gmail.com and accounting@focusmediasolutions.com the access password is

Kai Media, inc
Incorporated: July 26, 2012
Status: Active
Officers and directors: David Yosafian  WFB:        9190
User:              Password:
Nature: Was a retail merchant corp for Skincare products.
Attachment:Kai Media]
Please identify bank accounts, and signatories on those accounts.
The information was previously provided in the 4th and 5th lines, above.

Contact information for Mr. Yosifian was previously provided:
                    Holon, Israel +972-
                    Sherman Oaks, CA 91423

AMD Financial, Inc.
Incorporated: march 29, 2012
Status: Active
Officers and directors: Annsofie Algarp, Stephan Bauer
WFB:         553
User:              Password:
Quickbooks Login:              Password:
Nature: Was a retail merchant corp for Skincare products.
Attachment: previous bank statements in dropbox [AMD]
Please identify bank accounts, and signatories on those accounts
Signatories: Annsofie Algarp, Stephan Bauer

EXHIBIT 23

Annsofie Algarp

Malibu, CA 90265

Zen Mobile Media, Inc.
Incorporated: Nov 3, 2011
Status: Dissolved
Officers and directors: Igor Latsanovski, Stephan Bauer
Zen Mobile Media: WFB          422
User: .              Password: 1
QuickBooks Login:              Password:
Nature: Was a retail merchant corp for Skincare products.
Attachment:Zen Mobile Media
Please identify bank accounts:
Previously provided 5th and 6th lines above.
Signatories: Igor Latsanovski, Stephan Bauer

Safehaven Ventures, inc.
Incorporated: Nov 10, 2011
Status: Dissolved
Officers and directors: Tomer Amsalem
Safehaven Ventures, Inc. – WFE         844
(No Bank Account exist, no access to provide)
Nature: Was a retail merchant corp for Skincare products.
Attachment:[Safehaven]  Please provide current contact information for Amsalem, and confirm
that you have served a copy of the TRO on him, and provide the date when that was done.
                        , Encino, 91436; Copy sent.

Insight Media, Inc,
Incorporated: July 26, 2012
Status: Active
Officers and directors: Gilad Miron, Stephan Bauer
WFB:          9026
User: insightmed1  Password: letmein01
Nature: Was a retail merchant corp for Skincare products.
Attachment: Insight Media, Inc.  No attachment from you (?)
The dropbox was checked and the files are there.
Please identify bank accounts, and signatories: Account information previously provided,
above. Gilad Miron, Stephan Bauer
Please provide current contact information for Miron:
                              Woodland Hills, 91364

Apogee Network, llc
Incorporated: 9-25-12
Status: Active
Member: Alon Nottea

2

List Bank accounts, BofA :             155
User: a            : Password:
answer to security question:
Nature: Personal Consulting llc for Alon Nottea
Attachment: previous bank statements and corp info in dropbox [Apogee]
What does this mean?  Is it just used as an entity for his personal receipt of funds?  Does it do anything?
Yes. Provides consulting services.

Best World Ranking
SEO Marketing Company
8027 Deering Ave.
Chatsworth, CA 91311
to provide more information, need access to office.
What does it do? Seach Engine Optimization Services Company.

East Coast Products
What does it do?
Sole Proprietorship DBA for Doron Nottea
Nature: Adult Business, these were adult novelty products / items

CJ Marketing Group
Sole Proprietorship DBA for Doron Nottea
Nature: Adult Business, these were adult novelty products / items
Where are we on getting an Agreement/stipulation to get the adult businesses and the inventory in Canby 109 released to you all?  We had started that process with Bill, but I think it stalled somewhere along the way.
That matter should be finalized with Doron's attorneys.

USM Products, inc.
Incorporated: 4-22-09
Status:  Active
Officers and directors: David Yosafian
Nature: importer/export of parts, packaging and product assembly, manufacturing, etc.
Why was it entitled to receive $ from Focus Media?  Please ID the bank accounts.
USM was not entitled to receive funds from Focus Media. Bank account information previously provided:
WFB            777
User:              password:

Intensive
Incorporated: 1/2/14
Status:  Active
Officers and directors: Annsofie Algarp.
WFB:            686
Nature: online e-cigarette retailer, but as e-cigarette rules and regulations changed, the Nature of

3

App.000179

the business changed Online Help Desk and IT Solution Provider. No relation to Skincare products.
Please ID the bank accounts:
WFB: _____686
User: _____   Password: _____

There are no RSA Keys in Alon's possession.
All the known RSA keys were at the office on June 18.
The RSA Keys in the office were for the following:

SBM Management Inc. (For ACH)

SBM Management Inc. (For Wires)

Focus Media Inc. (For ACH)

Pinnacle Logistics Inc. (For ACH)

NFT Holdings Inc. (Adult business)

Daria Media Inc. (For ACH)

Calenergy Inc. (For Wires)

one other for SBM (unregistered or broken)

We do not have any other RSA keys in our possession.

As requested, another pdf file of Alon Nottea's Financial Statement is attached.

==I need to know whether Alon disputes his control over all of the entities at issue here (every single one that has been identified, with the exception of Doron's adult products/porn businesses). Please let me know which if any entity that Alon contends he was not actually in control of (regardless of who was listed as the officers/directors/signatories).==

==What is meant by control and entities at issue. I do not control Calenergy. I was in control of the retail merchant corporations. I led media urge and pinnacle logistics.==

I'll be reaching back out to Jim about various issues regarding matters discussed below , but I need Alon to give me a list of every person whose name was used on any merchant account, back account app, cororate filing or tax return, who did not consent to having their name and pii used. (For example, but not by way of limitation, see the list below in answer to # 3). If those individuals did not consent to use of their name/pii, I need to know who signed their names on the relevant documents.

Sean Brennecke                              , Sylmar, CA 91342

4

Gilad Miron

                                    Woodland Hills, Ca 91355

Eran Link                                           .d

                                    Calabasas, Ca 91302

Tal Topel

                                    Los Angeles, Ca 90068

Annsofie Algarp                            , Malibu, Ca 90265

David Yosafian:                          , Holon, Israel

                                    Sherman Oaks, Ca 91423

Tomer Amsalem                         , Encino, 91436

Igor Latsanovski

Motti Nottea

Rachel Nottea

Roi Reuveni

==Each person consented to the use of their name and information either personally or through their authorized representative (Eran and Gilad for David Yosafian).==

Obviously, Alon and Roi got paid through their "Personal Consulting LLC" entities. Did they also receive indirect compensation from any entity, by having that entity pay their personal credit card bills or otherwise? Did either receive the proceeds of any check written on any entity account to a bank, for instance checks written on Zen Media accounts payable to WF or B of A? How /through what entity was Doron compensated for his bookeeping services?

I did not receive the proceeds of any check written on any entity account to a bank. From time to time an American Express bill for Adageo LLC was paid by a retail merchant corporation.

From time to time Doron would be compensated for his bookkeeping services, usually indirectly by payment of a personal or shared overhead expense.
Roi was only compensated through a direct payment to either himself or his LLC.

I am also going to need more information about Focus Media Solutions – the companies it was marketing for on Moobooka, etc.. Paul Medina has admitted that he lied to us about what the

5

entity did (not that we didn't already know that), and also admitted that Alon is in control of it, and that Alon asked Paul to hire counsele for FMS although Paul now contends he does not authority to act on behalf of FMS. Do I need to direct my questions about FMS to you/Alon or should I send them to Paul Medina?

Day to day operations of FMS were handled by Paul Medina, who is the person who would know about the marketing activities of FMS. Paul Medina made the decisions for FMS.

To date we have not been provided with credentials to access the Zen Mobile Media bank accounts.
See above. Previously provided.

We no longer have access to the QB accounts under the SBM Mgmt account. The passwords have been changed.
QuickBooks Login:          ) Password:

Any other email accounts for Roi?
roi@roir.me
roireuveni@gmail.com

Any other email accounts for All-Star Beauty? Shalita Holdings? USM Products? Jay Michaels? Optimized Media Services? Secured Merchants? Vastpay? Zen Mobile Media?

Allstarbeautyproducts@gmail.com

Usmproducts@gmail.com

zenmobilemedia@gmail.com

Shalitaholdings@gmail.com

Thank you.


Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

| Merchant Account Name | CEO/OWNER | Address | Phone | Metro FAX | On BAF | On Daily | CB Provider | IVR | Merchant Number | Descriptor | Tested Descriptors | Limelight Processor ID | Bank/Processor | Bank Account # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | | | | | | | | | |
| **SIGNAPAY** | | | | | | | | | | | | | | |
| DMA MEDIA HOLDINGS, INC DMA 1 | Rachel Nottea | 15528 Ventura Blvd Suite 224, Tarzana, CA 91356 | 866-982-6218 | 888-600-4166 | Yes | Yes | CB Armor | IVR Logic | 236 | DMA 8669826218 | POS DEBIT DMA 8669826218 TARZANA CA | Paymenttech489-DMASIG1 | SignaPay/ Cynergy Harris Bank | |
| LIFESTYLE MEDIA BRANDS, INC LIfestyle 2 | Lori Ezabor | 8335 Winnetka Ave #118, Winnetka CA 91306 | 866-785-0983 | 888-311-0926 | Yes | Yes | CB Armor | IVR Logic | 284 | FACEKIT 8667850983 | POS DEBIT FACEKIT 8667850983 WINNETKA CA | 2Paymenttech515-LIFESTYLESI | SignaPay/ Cynergy Harris Bank | |
| AGOA HOLDINGS, INC 1 | Roi Reuveni | 7900 Gloria Ave, Van Nuys, CA 91406 | 866-653-1249 | 800-931-2407 | Yes | Yes | CB Armor | IVR Logic | 293 | SKIN 8668531249 | POS DEBIT SKIN 8668531249 VAN NUYS CA | Paymenttech738-AGOASIG1 | SignaPay/ Cynergy Harris Bank | |
| AGOA HOLDINGS, INC 2 | | 7900 Gloria Ave, Van Nuys, CA 91406 | 888-320-0196 | 866-537-6222 | Yes | Yes | CB Armor | IVR Logic | 311 | BEAUTY 8883200196 | POS DEBIT BEAUTY 8883200196 VAN NUYS CA | Paymenttech916-AGOASIG1 | SignaPay/ Cynergy Harris Bank | |
| ZEN MOBILE MEDIA, INC 1 | Igor Latsanovski | 4355 Van Nuys Blvd #167, Sherman Oaks CA 91403 | 888-609-8647 | 888-551-3040 | Yes | Yes | CB Armor | IVR Logic | 243 | ZMM 8886098647 | POS DEBIT ZMM 888 609 8647 SHERMAN OAKS CA | Paymenttech585-ZENSIG1 | SignaPay/ Cynergy Harris Bank | |
| ZEN MOBILE MEDIA, INC 2 | | 4355 Van Nuys Blvd #167, Sherman Oaks CA 91403 | 877-743-7943 | 877-405-9161 | Yes | Yes | CB Armor | IVR Logic | 373 | MYSKIN 8777437943 | POS DEBIT MYSKIN 8777437943 SHERMAN OAKS CA | Paymenttech756-ZENSIG2 | SignaPay/ Cynergy Harris Bank | |
| SAFEHAVEN VENTURES, INC 1 | Tomer Amsalem | 548 S Spring St #406, Los Angeles, CA 90013 | 888-341-4183 | 877-988-2388 | Yes | Yes | CB Armor | IVR Logic | 039 | SV 888 341 4183 | POS DEBIT SV 888 341 4183 LOS ANGELES CA | Paymenttech824-SAFESIG1 | SignaPay/ Cynergy Harris Bank | |
| SAFEHAVEN VENTURES, INC 2 | | 548 S Spring St #406, Los Angeles, CA 90013 | 866-523-4193 | 877-414-4161 | Yes | Yes | CB Armor | IVR Logic | 372 | ESKIN 8665234193 | POS DEBIT ESKIN 8665234193 LOS ANGELES CA | Paymenttech060-SAFESIG1 | SignaPay/ Cynergy Harris Bank | |
| **FINAL FAT LOSS OFFER** | | | | | | | | | | | | | | |
| Insight Media Inc Signapay | GILAD MIRON | 23371 Mulholland Dr #355, Woodland Hills, CA 91364 | N/A | Pending | No | Not Yet | Pending | | | TheFinalPhaseFatLoss | | Insight1859 | SignaPay/ Cynergy Harris Bank | |
| **UMS BANKING** | | | | | | | | | | | | | | |
| AGOA HOLDINGS, INC UMS 1 | Roi Reuveni | 18034 Ventura Blvd Suite 234, Encino, CA 91316 | 877-745-3614 | 855-571-8080 | Yes | Yes | CB Armor | Revguard | 057 | REFRESH 877-745-3614 | POS DEBIT REFRESH 8777453614 ENCINO CA | Globalx057-AGOAUMS1 | UMS / Global Payments Platform HSBC BANK | |
| AGOA HOLDINGS, INC UMS 2 | | 18034 Ventura Blvd Suite 234, Encino, CA 91316 | 866-631-1835 | 888-999-0274 | Yes | Yes | CB Armor | Revguard | 056 | ANTIAGE 866-631-1835 | POS DEBIT ANTIAGE 8666311835 ENCINO CA | Globalx056-AGOAUMS2 | UMS / Global Payments Platform HSBC BANK | |
| SAFEHAVEN VENTURES, INC UMS 1 | Tomer Amsalem | 6433 Topanga Canyon Blvd #499 Canoga Park, CA 91303-2621 | 877-411-4188 | 877-414-8171 | Yes | No | CB Armor | Revguard | 058 | SKINREN 877-411-4188 | POS DEBIT SKINREN 8774114188 LOS ANGELES CA | Globalx058-SAFEUMS1 | UMS / Global Payments Platform HSBC BANK | |
| SAFEHAVEN VENTURES, INC UMS 2 | | 6433 Topanga Canyon Blvd #499 Canoga Park, CA 91303-2621 | 866-485-1646 | 888-441-2539 | Yes | Yes | CB Armor | Revguard | 055 | SERUM 866-485-1646 | POS DEBIT SERUM 8664851646 LOS ANGELES CA | Globalx055-SAFEUMS2 | UMS / Global Payments Platform HSBC BANK | |
| SAFEHAVEN VENTURES, INC UMS 3 | | 6433 Topanga Canyon Blvd #499 Canoga Park, CA 91303-2621 | 866-207-5676 | (877) 585-5009 | Yes | Yes | CB Armor | Revguard | 059 | SVSKIN 866-207-5676 | POS DEBIT SVSKIN 866-207-5676 LOS ANGELES CA | cyalix0859-SAFEUMS3 | UMS / Global Payments Platform HSBC BANK | |
| ZEN MOBILE MEDIA, INC UMS 1 | Igor Latsanovski | 4355 Van Nuys Blvd #167, Sherman Oaks CA 91403 | 866-439-3165 | 888-789-9830 | Yes | Yes | CB Armor | Revguard | 038 | SKINORE 866-439-3165 | POS DEBIT SKINORE 8664393165 SHERMAN OAKS CA | Globalx039-ZENUMS1 | UMS / Global Payments Platform HSBC BANK | |
| ZEN MOBILE MEDIA, INC UMS 2 | | 4355 Van Nuys Blvd #167, Sherman Oaks CA 91403 | (866) 670-2751 | 866-480-3222 | Yes | Yes | CB Armor | Revguard | 060 | REVEAL 866-670-2751 | POS DEBIT REVEAL 8666702751 SHERMAN OAKS CA | Globalx060-ZENUMS2 | UMS / Global Payments Platform HSBC BANK | |
| DMA MEDIA HOLDINGS, INC UMS 1 | Rachel | 15528 Ventura Blvd Suite 224, Tarzana, CA 91356 | 877-971-2376 | (888) 441-2422 | Yes | Yes | CB Armor | Revguard | 127 | 877-971-2376 GOOD SKIN | POS DEBIT 877-971-2376 GOOD SKIN TARZANA CA | GOODSKIN2701-DMAUMS1 | UMS / Global Payments Platform HSBC BANK | |
| DMA MEDIA HOLDINGS, INC UMS 2 | | 15528 Ventura Blvd Suite 224, Tarzana, CA 91356 | (866) 495-0631 | (888) 388-2120 | Yes | Yes | CB Armor | Revguard | 126 | (866) 495-0631 Replenish | POS DEBIT 866-4950631 REPLENISH TARZANA CA | REPLENISH2601-DMAUMS2 | UMS / Global Payments Platform HSBC BANK | |
| Heritage Alliance Group UMS 1 | Tal Topel | 19653 Ventura Blvd Ste 322, Tarzana, CA 91356 | (877) 395-4510 | 866-379-2055 | Yes | Yes | CB Armor | Revguard | 547 | HRSKIN 877-395-4510 | POS DEBIT HRSKIN 877-395-4510 CANOGA PARK CA | hersion4701-HERITAGEUMS1 | UMS / Global Payments Platform HSBC BANK | |
| Heritage Alliance Group UMS 2 | | 19653 Ventura Blvd Ste 322, Tarzana, CA 91356 | (877) 478-6331 | 866-965-0222 | Yes | Yes | CB Armor | Revguard | 546 | SKINU (877) 478-6331 | POS DEBIT SKINU 877-478-6331 CANOGA PARK CA | ble-bu4601-HERITAGEUMS2 | UMS / Global Payments Platform HSBC BANK | |
| AMD Financial Group UMS 1 | Annaliofie Algrov | 9820 Owensmouth Ave #15, Chatsworth, CA 91311 | (866) 785-3786 | 888-858-2913 | yes | Yes | CB Armor | Revguard | 544 | AMD 866-785-3786 | POS DEBIT AMD 866-785-3786 CHATSWORTH CA | amd4401-AMDUMS1 | UMS / Global Payments Platform HSBC BANK | |
| AMD Financial Group UMS 2 | | 9820 Owensmouth Ave #15, Chatsworth, CA 91311 | (877) 821-8368 | 877-483-9141 | yes | Yes | CB Armor | Revguard | 545 | Rejuv 877-821-8368 | POS DEBIT REJUV 877-821-8368 CHATSWORTH CA | rejuv4501-AMDUMS2 | UMS / Global Payments Platform HSBC BANK | |
| AMD Financial Group UMS 3 | | 9820 Owensmouth Ave #15, Chatsworth, CA 91311 | 866-260-2113 | (866) 998-2122 | yet | Yes | CB Armor | Revguard | 860 | BESTSKIN 866-260-2113 | POS DEBIT BESTSKIN 866-260-2113 CHATSWORTH CA | bestskin2860-AMDUMS3 | UMS / Global Payments Platform HSBC BANK | |
| All Star Beauty Products UMS 1 | Ilan Brzezinski | Mailing 13526 Ventura Blvd., Ste. 169 Sherman Oaks CA 91423 Legal 11522 E | (866) 673-3254 | 855-861-6666 | Yes | Yes | CB Armor | Revguard | 277 | NewSkin 866-673-3254 | POS DEBIT NEWSKIN 866-673-3254 SYLMAR CA | newskin2277-ALLSTARUMS1 | UMS / Global Payments Platform HSBC BANK | |
| All Star Beauty Products UMS 2 | | Mailing 13526 Ventura Blvd., Ste. 169 Sherman Oaks CA 91423 Legal 11522 E | (877) 245-8534 | 855-572-1010 | Yes | Yes | CB Armor | Revguard | 278 | Beaupro 877-245-8534 | POS DEBIT BEAUPRO 877-245-8534 SYLMAR CA | beaupro2278-ALLSTARUMS2 | UMS / Global Payments Platform HSBC BANK | |
| All Star Beauty Products UMS 3 | | Mailing 13526 Ventura Blvd., Ste. 169 Sherman Oaks CA 91423 Legal 11522 E | 866-708-6848 | (855) 361-4009 | Yes | Yes | CB Armor | Revguard | 865 | SSKIN 866-708-6848 | POS DEBIT SSKIN 866-208-6848 SHERMAN OAKS CA | bdan2865-ALLSTARUMS3 | UMS / Global Payments Platform HSBC BANK | |
| Cal Media Inc UMS 1 | DAVID YOSAFIAN | 18320 Ventura Blvd #250 Sherman Oaks, CA 91423 | (888) 320-0196 | 888-777-2405 | Yes | Yes | CB Armor | Revguard | 270 | Calskin 888-320-0196 | POS DEBIT KALSKIN 888-320-0196 WEST HILLS C | globaf7001-CALUMS1 | UMS / Global Payments Platform HSBC BANK | |
| Cal Media Inc UMS 2 | | 18320 Ventura Blvd #250 Sherman Oaks, CA 91423 | (866) 994-6197 | 888-912-5151 | Yes | Yes | CB Armor | Revguard | 271 | Skincer 866-994-6197 | POS DEBIT SKINCRE 866-994-4197 WEST HILLS CA | global7101-CALUMS2 | UMS / Global Payments Platform HSBC BANK | |
| Cal Media Inc UMS 3 | | 18320 Ventura Blvd #250 Sherman Oaks, CA 91423 | 855-230-9339 | (888) 372-3222 | Yes | Yes | CB Armor | Revguard | 152 | USKIN 855-230-9339 | POS DEBIT USKIN 855-230-9339 WEST HILLS CA | ukin2852-CALUMS3 | UMS / Global Payments Platform HSBC BANK | |
| Insight Media Inc UMS 1 | GILAD MIRON | 23371 Mulholland Dr #355, Woodland Hills, CA 91364 | (888) 586-2329 | 888-777-5091 | Yes | Yes | CB Armor | Revguard | 668 | Facial 888-586-2329 | POS DEBIT FACIAL 888-586-2329 STUDIO CITY CA | global6901-INSIGHTUMS1 | UMS / Global Payments Platform HSBC BANK | |
| Insight Media Inc UMS 2 | | 23371 Mulholland Dr #355, Woodland Hills, CA 91364 | (855) 607-0471 | 888-682-3377 | Yes | Yes | CB Armor | Revguard | 669 | FaceCre 855-607-0471 | POS DEBIT FACECRE 855-607-0471 STUDIO CITY CA | global6901-INSIGHTUMS2 | UMS / Global Payments Platform HSBC BANK | |
| Insight Media Inc UMS 3 | | 23371 Mulholland Dr #355, Woodland Hills, CA 91364 | 866-208-2665 | (888) 939-9222 | Yes | Yes | CB Armor | Revguard | 853 | INSKIN 866-208-2665 | POS DEBIT INSKIN 866-208-2665 STUDIO CITY CA | inskin2853-INSIGHTUMS3 | UMS / Global Payments Platform HSBC BANK | |
| Shalita Holdings Inc UMS 1 | Amatsia Meron | 22361 Craftsman Road Suite C Calabasas, CA 91302 | 855-589-1707 | (877) 535-7002 | Yes | Yes | CB Armor | Revguard | 855 | NUSKIN 855-589-1707 | POS DEBIT NUSKIN 855-589-1707 VAN NUYS CA | nuskin2855-SHALITAUMS1 | UMS / Global Payments Platform HSBC BANK | |
| Shalita Holdings Inc UMS 2 | | 22361 Craftsman Road Suite C Calabasas, CA 91302 | 855-674-6188 | 877-711-0574 | Yes | Yes | CB Armor | Revguard | 856 | SkinSH 855-674-6188 | POS DEBIT SkinSH 855 674-6188 VAN NUYS CA | nuface2856-SHALITAUMS2 | UMS / Global Payments Platform HSBC BANK | |
| Shalita Holdings Inc UMS 3 | | 22361 Craftsman Road Suite C Calabasas, CA 91302 | 855-335-9526 | 877-711-0575 | Yes | Yes | CB Armor | Revguard | 857 | ELLASKIN 855-335-9526 | POS DEBIT ELLASKIN 855-335-9526 VAN NUYS CA | ellaskin2857-SHALITAUMS3 | UMS / Global Payments Platform HSBC BANK | |
| **Auravie.com** | | | | | | | | | | | | | | |
| Heritage Alliance Group UMS 3 | | 23113 Osborne St, Canoga Park, CA 91304 | 866-208-4249 | (866) 201-2295 | yes | Yes | | | 858 | HRSKIN 866-208-4249 | | Inskin2858 | UMS / Global Payments Platform HSBC BANK | |
| **OFFSHORE** | | | | | | | | | | | | | | |
| **Global E-Commerce** | | | | | | | | | | | | | | |
| Edler Overseas LTD | | SL010976, 78 Montgomery St. Suite 1, Edinburgh, Scotland EH7 5JA | ? | Does Not Apply | No | No | Inhouse | | 124 | | | ? | LatVian Bank | |


EXHIBIT 24



24-3

| Merchant Account Name/CORP | CEO/OWNER | Merchant Number | | |
|---|---|---|---|---|
| **MERRICK BANK** | | | | |
| DSA HOLDINGS, INC Deadseamasque.com | Motti Nottea | 4610742701020800 | | |
| DSA HOLDINGS, INC MyAuravie.com | Motti Nottea | 4610742701020720 | | |
| DSA HOLDINGS, INC MiracleFaceKit | Motti Nottea | 4670900000126 | | |
| DSA HOLDINGS, INC Auravie | Motti Nottea | 4670900000125 | | |
| **SIGNAPAY** | | | | |
| BUNZAI MEDIA GROUP, INC Bunzai 1 | Motti Nottea | 3899000001761236 | | |
| DMA MEDIA HOLDINGS, INC DMA 2 | Rachel Nottea | 3899000001930369 | | |
| LIFESTYLE MEDIA BRANDS, INC Lifestyle 1 | Lori Bekhor | 3899000001931243 | | |
| **NATIONAL MERCHANT CENTER** | | | | |
| BUNZAI MEDIA GROUP, INC Miracle Face Kit - Single | Motti Nottea | 5101590112018111 | | |
| BUNZAI MEDIA GROUP, INC Miracle Face Kit - Continuity | Motti Nottea | 5101590112018145 | | |
| BUNZAI MEDIA GROUP, INC WAB | Motti Nottea | | | |
| **UMS BANKING** | | | | |
| BUNZAI MEDIA GROUP, INC UMS 1 | Motti Nottea | 8788140021128 | | |
| BUNZAI MEDIA GROUP, INC UMS 2 | Motti Nottea | 8788140021125 | | |
| DMA MEDIA HOLDINGS, INC HSBC | Rachel Nottea | 8788830001773 | | |
| LIFESTYLE MEDIA BRANDS, INC HSBC | Lori Bekhor | 8788830001776 | | |
| LIFESTYLE MEDIA BRANDS, INC HSBC | Lori Bekhor | 8788830001774 | | |
| **Micah Merchant Services FIRST DATA** | | | | |
| Heritage Alliance Group Micah 1 | Tal Topel | 5426234003010124 | | |
| Heritage Alliance Group Micah 2 | Tal Topel | 5426234000440446 | | |
| **Trust One** | | | | |
| BUNZAI MEDIA GROUP, INC HSBC 1 | Motti Nottea | 8788830001676 | | |
| | | 515 | | |
| | | 513 | | |
| | Last 4 | | | |
| | 9593 | | | |
| **NATIONAL MERCHANT CENTER** | | | | |
| BUNZAI MEDIA GROUP, INC Auravie - Single | Motti Nottea | 5101590112011746 | AURAVIE 888-291-7385 | |
| BUNZAI MEDIA GROUP, INC M3D | Motti Nottea | 5101590112011944 | M3D Kids 8882412619 | |
| BUNZAI MEDIA GROUP, INC Salt Souffle | Motti Nottea | 5101590112011936 | SALT SOUFFLE 8662169336 | |

**From:** Jim Spertus [mailto:jim@spertuslaw.com]
**Sent:** Saturday, July 11, 2015 4:10 PM
**To:** Charlene Koonce; Kelly Crawford
**Cc:** Ezra Landes; Mitch Little; Robert Ungar
**Subject:** RE: FTC v. Bunzai

Charlene:

Here are responses to the questions below, many of which came from Alon, not Doron. We asked Doron to request information from Alon to the extent necessary to provide answers because our goal is to get you information, but at the same time we want you to understand that Doron was the bookkeeper and was not involved in operational issues. I have copied Robert Ungar, Alon's counsel, so he is in the loop.

Here are your questions and the answers:

1. What is the approximate amount of cash in Mr. Nottea's safe deposit box, describe the jewelry and its approximate purchase price, and will Doron agree to my inspecting and inventorying it?

    Doron no longer has access to the safe deposit box, and we believe that you have the safe deposit box key, but we have no objection to scheduling a date and time to meet with you or your representatives to inventory the box and secure its contents. I cannot schedule an inventory next week because I will be out of town, but we can compare schedules and arrange for an inventory the week after next at a date and time convenient for you. With regard to the jewelry, Doron does not remember what jewelry, if any, is in the box. However, any jewelry would be low-value items belonging to Doron's wife. The bigger issue is the currency, and there may be as much as $450,000 cash in the safe deposit box. Doron received $300,000 in cash from Mansour and Mahin Faramarzipour, who purchased Doron's house in March 2005. The remainder we believe came from inheritance checks received by Doron's wife, which she would cash and put in the box. We understand that these issues will have to be sorted out, that you will want backup, and we will work with you to get documentation as required.

2. For any email account previously used by Doron, but for which he no longer has the access information, please provide a directive to Google, Go-Daddy or whichever entity hosted the account, directing them to provide me with immediate access. If Doron knows an individual who has access information for any relevant email account, please identify that person for each such account.

    Please provide us with the email accounts for which you want directives made to the entities hosting the accounts, and who you would like us to contact to provide those directives and we will comply with your request to direct them to provide you with access. Also, if you provide us with the email accounts to which you are referring, we will identify any individuals with access information, to the extent Doron has that information.

3. What is the physical address for Annsofie Algarp and what is her current phone number? Same questions for Sean Brennecke, Gilad Miron, David Yosafian, Tomer Amsalem, Matt Meron, Amatsia Meron, and Dror Michaelo. What role did those individuals play on a day to day basis, if any, in the entities with which they are affiliated? Please explain why any is not an "agent, employee, officer, or a person in active concert and participation with Mr. Nottea, who have been associated with or done business with the Receivership Defendants."

    Annsofie Algarp: Doron does not have her contact information.
    Role: She was a merchant account guarantor for Alon's skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.


EXHIBIT 25

<blockquote>

Sean Brennecke: Doron does not have his contact information.
Role: He was a merchant account guarantor for the skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

Gilad Miron: He currently lives in Israel.
Role: He was a merchant account guarantor for the skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

David Yosafian:
Israeli Address:                                  Holon, Israel +972-
US Address:                                       Sherman Oaks, CA 91423
Role: He was a merchant account guarantor for the skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

Tomer Amsalem: Currently lives in Israel, but Doron does not have his address information.
Role: He was a merchant account guarantor for the skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

Matt Meron/Amatsia Meron: These two names are for the same person (Matt was a nickname for Amatsia). Mr. Meron is deceased.
Role: He was a merchant account guarantor for the skincare business and likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

Dror Michaelo: Doron does not have his contact information.
Role: According to Alon, he was involved in the help desk business and the technology side. He likely has no knowledge of the day to day operations of the skincare business. Please obtain further information from Alon directly through Mr. Unger.

</blockquote>

4. What were the proceeds of the many, many checks payable to Bank of America or Wells Fargo on the accounts of Zen Mobile Media, SBM Mgmt., etc., used for?

> Doron cannot answer this question without more detail from you, such as dates and specific checks.

5. What does Symbiotic Capital Group do? Who are the officers and directors? Where are its bank accounts and what assets does it have?

> Symbiotic Capital Group, LLC
> Incorporated: June 25, 2013
> Member: Motti Nottea
> Status: Active
> BofA: 3?          800
> Nothing happened with this LLC, and it does not do anything. It may have assets worth $1,000-$2,000. Motti Nottea is Doron and Alon's father, and he was not involved in any of Alon's business activities.

6. What is Merchant Leverage Group, Inc.

*2*

      A merchant processor or payment service provider has a direct relationship with a sponsoring bank whereby that company can provide merchant processing accounts for their customers. Merchant Leverage Group is a sub-agent, independent sales organization, that may refer customers to different merchant processors for the purpose of getting a commission on the referral.

7. What was Rachel Nottea's role regarding DMA Media Holdings.

      Rachel Nottea had no role whatsoever in DMA Media Holdings. Alon Nottea used her name to guarantee a merchant account, but that was done without Rachel Nottea's knowledge or consent.

8. In QB entries for many of the entities, we see funds coming from BKCD. What does that acronym stand for?

      Doron Nottea does not know what the acronym stands for. This acronym is used when merchant processors settle funds to a bank. It is simply merchant processing income.

9. What is the date of dissolution for All Star Beauty?

      December 2014.

10. Item No. 5. Mr. Nottea never used these websites/software/processor services, and has no access to them or knowledge of the user names and passwords. Who does have that information?

      Philip Camerino helped Paul Medina of Focus Media with day to day bookkeeping for Focus Media, and we believe that Paul Medina likely provided access to Philip Camerino so that Philip Camerino could login to those media buying platforms in order to pull invoices, make payments and update QuickBooks. Doron Nottea never used those websites, that software, or those processor services, and he has no access to them or knowledge of the user names and passwords. Doron also believes that Philip Camerino or Paul Medina would have received this login in information from Mr. Sagar, who was the original attorney who represented Focus Media.

11. Why do Adageo, Trigen, Chargeback Armor and SJS IT Seven Solutions receive $ from SBM Mgt. (The transfers is indirect).

    i. Adageo LLC, is Alon Nottea's personal consulting LLC, and Alon Nottea gets paid through that company.
    ii. Trigen LLC, is Roi Reuveni's personal consulting LLC, and Roi Reuveni gets paid through that company.
    iii. Chargeback Armor is a chargeback management service, but Doron is not sure if they were paid from SBM. He just does not know without access to the QuickBooks files in your possession.
    iv. SJS IT Seven Solutions was paid for IT Services, programming, coding, and other related technical services.

12. Why do Telestar Solutions, iPoint Vision, Media Urge, and Secured Merchants receive $ from SBM Mgt.?

    i. Telestar Solutions provided call center and customer service management to retail merchants corporations that were managed by SBM.
    ii. iPoint Vision was a consulting LLC for Tal Karasso, a fashion photographer/marketing consultant who provided services.



3

    iii. Media Urge provided marketing services on behalf of the retail merchant corporations.
    iv. Secured Merchants provided IT services and was paid for those services.

13. And, why does Media Urge transfer funds to Adageo?

Alon Nottea was a consultant to Mediaurge, and Alon was paid for those services through Adageo, LLC, which was Alon Nottea's personal consulting LLC.

14. Why does Secured Merchants transfer $ to: Trigen; Adageo; SJS IT Seven Solutions; and Chargeback Armor?

Trigen LLC, was Roi Reuveni's personal consulting LLC, and Roi Reuveni was paid for consulting services through that company for consulting work.

Adageo LLC was Alon's consulting company, but Doron is not aware of any payments made to Adageo from Secured Merchants, although Alon Nottea may have done some consulting for Secured Merchants.

SJS IT Seven Solutions may have been a vendor that provides IT Services to Secured Merchants, although Doron is not entirely sure.

Chargeback Armor: Doron has no knowledge of payments to Chargeback Armor, and believes that Mike Costache of Chargeback Armor, Inc. would be best able to answer such questions.

15. Why does Forward Momentum transfer $ Secured Merchants

Doron has no knowledge of Forward Momentum transferring or receiving any money from Secured Merchants.

16. Why does Dynamic Media transfer $ to Impulse Media Group?

Impulse was the management company for Dynamic Media, and Impulse media paid for operational and other expenses on Dynamic Media's behalf. Neither company is related to Alon's skincare business.

Please do not hesitate to request follow-up information, but the likely best source for further detail would be Alon Nottea.

JAMES W. SPERTUS
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | jim@spertuslaw.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Thank you.

4

App.000189