

(1) Hard copies of all company documents you and/or Roi have in your possession are to be faxed to the TR tonight.

In an effort to avoid faxing and attaching thousands documents to hundreds of emails, a dropbox folder/link was created in order to facilitate your requests. The link shall be provided with this email.

(2) All - I've sent each of you for all bank account access information for entities affiliated with, accessible to or controlled by, the Defendants. Some of the specific entities that we need that access information for are listed below. Regardless of the incorporator for these entities and their officers and directors, based on other evidence (for instance RSA devices or deposit stamps), we know at least some of the individual defendants have access to or control regarding accounts for these entities. By the end of the day, please provide the credentials we need to access the on-line records for these accounts.

There is overlapping information that fits in multiple locations, trying to make it as clear as possible.

These are the bank accounts and QuickBooks Online logins and passwords we have access to:
Of course a more detailed overview of the of corporate defendants and other 'related' entities are explained later in this page, although, actual corporate, financial documentation is available on Dropbox in each entity name.

Agoa Holdings – WFB         288
User:         Password:

Quickbooks Login:        Password:

Heritage Alliance Group, – WFB       )637
User:         Password:
Quickbooks Login:        Password:

Insight Media – WFB        026
User:         Password:
Insight Media - BA        919
User:         Password.
All security questions answers are:
QuickBooks Login:        Password:

Pinnacle Logistics - BA        588
User:         Password:
All security questions answers are:
QuickBooks Login:        Password:


EXHIBIT 27

App.000191

SBM Management – BA _____ 157
User: \_\_\_\_\_     Password: _____
All security questions answers are: \_\_\_
QuickBooks Login: \_\_\_\_\_    Password:

Kai Media, Inc. – WFB _____ 190
User: _____     Password:
Quickbooks Login: _____     Password: \_

All-star Beauty Products – WFB \_\_\_\_\_ 425
User:            Password: \_\_
QuickBooks Login:       Password:

DMA Media Holdings – WFB \_\_\_\_ 296
User: _____    Password: \_\_\_\_\_
QuickBooks Login: \_\_\_\_\_ ) Password

Shalita Holdings – WFB \_\_\_\_ 036
User: \_\_\_\_\_    Password: _____

Safehaven Ventures, Inc. – WFB \_\_\_\_ 844
(No Access, No Bank Account, corp dissolved)
previous bank statements provided in Dropbox [Safehaven Ventures, inc]

DSA Holdings – WFB \_\_\_\_ 884, BA \_\_\_ 555
(No Access, No Bank Account, corp dissolved)

Focus Media Solutions – WFB \_\_\_\_ 565
User: _____     Password:
QuickBooks Login: _____ )   Password:

(3) Alon Financial Statement  & Alon, see below.  please respond to my questions on your statement, make any necessary corrections for accuracy and completeness, and sign and return asap along with tax returns and bank statements. Thank you. Bill

Alon's financials are attached, including tax returns
[Attached in Dropbox folder: Alon Nottea]

(4) Who/what is BKCD and what is it's contact information; we need online access to accounts at or related to BKCD;
Not sure who/what BKCD is, I think that is how processing income appears in the bank when payments settle to a bank account.  No such online access.

On-line access information for accounts at Merchant Services and Global Payments;

I don't know of a company called Merchant Services, I have no knowledge of this company.

Access exists to the Gateway in order to access merchant processing data/reports, there are 2 logins:

https://secure.nmi.com/merchants/login.php
User:               PW:

https://secure.nmi.com/merchants/login.php
User:               PW:

Who signed the Regus lease on behalf of Impulse Media Inc?  (signed 6/15/15);

Philip Camerino

We need copies of statements for the last 2 years for AmEx and any other credit cards paid out of the accounts of any Receivership Defendant or entity affiliated with Defendants, and access to all on-line statements for completeness;

All Amex Statements have provided in the Dropbox Folder Called [American Express]

With respect to check cards, all transaction information is listed/detailed in the attached Bank Statements for each entity in their individual corporate dropbox folders.

(Lots and lots of $$ going there from the entities, and we need to understand what got paid with entity $ on those accounts); and, Books and records and related bank info, including passwords and user names, for CalEnergy.

CalEnergy info provided by Igor Latsanovski and his Attorney.

(5) Bill-  We still need all of the email credentials for your clients computers – any email account used by any of them to conduct business.

Already provided

the credentials to access the approximately 67 'landing pages' or web pages that are used to drive traffic to the main site;

Please see full ftp access to each domain on Dropbox Folder [Cal Pop Domain Server] file called Requested Domain list.pdf

3