the login to GoDaddy which is the Registrar for those sites, username, email and passwords associated with GoDaddy; and, the username, login website and password for the server that hosts these websites. The web server is CalPOP.

Go Daddy Login info:
User:                   Password:

Please see full ftp access to each domain on Dropbox Folder [Cal Pop Domain Server] file called Requested Domain list.pdf

(6) Since we are pushing off the depositions for now, I need your clients to provide me with the following information. (Again, I know these rolling requests are difficult, and I appreciate your continuing cooperation). Rolling responses as you are able to gather this information is fine, but obviously time is still of the essence and I need #'s 1, 2 and 4 today. I am also reiterating my request for PW/user name access for the individual defendants' accounts. If we have to agree to disagree about my entitlement to that, I may need to request the court's assistance on that point, particularly given the deep and wide web of entities and accounts we're trying to get our arms around.   Please let me know.

(a)     A list of every business entity pursuant to which any individual defendant has conducted any business since 2013. For each entity, provide:
a.     The date of incorporation;
b.     Status (active/dissolved and if dissolved, the date of dissolution)
c.     Officers and directors
d.     List Bank accounts, signatories, and current balances
e.     Nature of the business in which the entity was engaged.
This list needs to be comprehensive. I need information about all of the entities we see popping up in the bank records, as well as any others that may exist. By way of example only: All Star Beauty Products, Forward Momentum, Trigen, Daria Media; Secured Commerce, Impulse Media; IVR Logix, Shalita Holdings, Tech Chiefs, Matrix Distribution, Access Distribution, Xcite Entertainment, Netstics, Multi Tech Interactive Private Limited, Telestar Solutions Private Limited, SJS IT Seven Solutions Private Limited, etc. The list is extremely long and these are just examples

I believe some of these relate to the porn business and some probably relate to other stuff. We need the information requested above to help us confirm whether or not any of these entities are complicit in the enjoined conduct, or something else entirely.

      We provided as much detail as we found access to, please see detailed list below:
please also refer to dropbox for more detailed documentation, which we are continuously adding as we find more info / data / docs.

(b) Identify which individual or entity has a relationship/account at HDFC bank in India, the account # for that bank, and the contact information for whomever at HDFC can facilitate

4

production of records and assets if appropriate.

There is no banking relationship between any of defendants and HDFC Bank in India
No Banking access exists. These are 3rd party vendors that provided services.

The below entities provided services to some corporate defendants, They were paid via HDFC bank of India for services provided:

Telestar Solutions Private Limited
    IT C-7, Ground Floor KMG Tower, Sector – 67,
SAS Nagar, Mohali – 160062 India
Tel: +91 172 509 2577 email: info@telestarsolution.com
Is an outsourced customer service, quality assurance call center solution provider.

    Multi Tech Interactive Private Limited
    IT C-2, Fourth Floor Dibon Building, Sector – 67,
    SAS Nagar, Mohali – 160062 India
    Tel: +91 172 509 3677

    SJS IT Seven Solutions Private Limited
    IT C-7, Ground Floor KMG Tower, Sector – 67,
    SAS Nagar, Mohali - 160062 India
    Tel: + 91 172 509 1577 email: info@it7solutions.com

    (c)    ID any location at which any Receivership Defendant stores product inventory, and ID (with contact information) any entity that has manufactured or supplied any skin care products to any RD in the last 18 months.

    When we moved out of 7900 Gloria Ave in Van Nuys 91406, we used Storage Facilities:
Build Rehabilitation Industries
1323 Truman St.
San Fernando, CA 91340
Phone 818-365-6076

AuraVie products were manufactured/assembled by:

Jacem Healthy Products
21029 Itasca Street
Chatsworth, CA 91311
Tel: (818) 678-9348
Contact: Mario Salinas
jaecmhealthyproducts@yahoo.com

5

App.000195

Parts and Packaging were imported from China:

Max Daniel Platinum Limited, China.
Address: #618, Dijingyuan Commercial Center,
Longkouxi Rd., suite 338, Tianhe, Guangzhou, China.
Tel: 86-20-38461071, Web site: www.md-platinum.en.alibaba.com
E-mail: coby.bendavid@gmail.com

There was also some left over storage of parts and packaging material in the adult storage warehouse located at:

6925 Canby Ave, Suite 109
Reseda, CA 91335
Contact: Alon Nottea , alon@mediaurge.com

(d)     Describe the role the following individuals play in connection with any Receivership Defendant.  If they are not assisting with operating any Receivership Defendant, please explain their role in operating any of the other entities through which the individuals conduct business:

Tomer Amsalem,
Owns Excite Entertainment, Inc, an Adult entertainment video and novelty distribution company.
More Company Detail in list below.
He was also CEO and the merchant account guarantor for SafeHaven Ventures, Inc.

Eran Link,
Was CEO and the merchant account guarantor for:
Shalita Holdings, Inc. – A skincare related company and
Optimized Media Solution, Inc. an Online Help Desk and IT Solution Provider,

Tal Topel,
Was CEO and the merchant account guarantor for Heritage Alliance Group, Inc.

Gilad Meron,
Was CEO and the merchant account guarantor for Insight Media, Inc.

Lori Bekhor,
is Doron Nottea's Wife.

(e)     Identify the contents of the safe deposit box Doran attempted to open after being served with the TRO (we have the bank's confirmation that he attempted to access the box after I personally told him he was not permitted to do that and retained the key), and the second safe deposit in the name of a different defendant, also at B of A.  Also, please let me know if you are agreeable to me opening those safe deposit boxes and inspecting the contents.

Doron Nottea's Attorney:
James W. Spertus
1990 South Bundy Drive Suite 705, Los Angeles, CA 90025
jim@spertuslaw.com, tel: 310.826.4700 fax: 310.826.4711

(7) Bill-  If any of the dissolved entities still have active bank accounts (your clients will be able to confirm and we will check our information as well), we will need a consent.

All dissolved entities that have current bank accounts have been provided in detail below.

(8) Counsel  - what is the status of the financial statements for each of the defendants?
Alon Nottea, Adageo , LLC and Roi Reuveni have provided their financials through Attorney Bill Rothbard, Although a Copy is provided on the Dropbox link provided with this information.
Dropbox folder [Alon Nottea] [Adageo, llc] [Roi Reuveni]

Also, I know I've asked each of you for a list of entities any of the defendants are affiliated with/use to sell or market, etc., and for all corporate formation docs, bank account info, etc for those entities.   A list of the specific entities for which we need that info follows.  If there are others that your clients are aware of please include those in your rolling productions.

Bunzai Media Group, Inc.
Incorporated: Jan 1, 2010
Status: Dissolved
Officers and directors: Alon Nottea
List Bank accounts:  No Bank Accounts
Nature: Was original seller of Skincare products.
Attachment: previous bank statements provided in Dropbox [bunzai]

Pinnacle Logistics, Inc.
Status: Dissolved
Officers and directors: Oz Mizrahi
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: was fulfillment and call center services provider
Attachment: previous bank statements provided in Dropbox [Pinnacle]

DSA Holdings, Inc.
Incorporated: 1-10-06
Status: Dissolved, 9-19-2012
Officers and directors: Jason Menin
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: Was adult Entertainment Company, although it was a guarantor of a merchant processing account for Bunzai Media Group.
Dropbox Attachment: previous bank statements inside DSA Holdings, Inc.

LifeStyle Media Brands, Inc.
Incorporated:
Status: Dissolved
Officers and directors: Rachel Nottea
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: Was original seller of Skincare products.
Attachment: previous bank statements in dropbox [Lifestyle Media Brands]

All Star Beauty Products, Inc.
The date of incorporation; 6/8/12
Status: Dissolved
Officers and directors: Sean Brennecke
All-star Beauty Products – WFB             425
User:                  Password:
QuickBooks Login:          Password:
signatories, Sean Brennecke / Stephan Bauer Wells            $48.00
Nature: Was a retail merchant corporation for skincare products

Shalita Holdings, Inc.
The date of incorporation; 11/27/12
Status: Active
Officers and directors: Prior: Matt Meron / Current: Eran Link
Wells Fargo: Stephan Bauer           036 $7755.00
Shalita Holdings – WFB         036
User:                  Password:
Nature: Was a retail merchant corporation for skincare products

DMA Holdings, Inc.
The date of incorporation; 06/15/11
Status: Dissolved
Officers and directors: Roi Reuveni
signatories, and current balances: Roi Reuveni / Stephan Bauer
Wells Fargo          296 $8116.00          166 495.00
Nature: Was a retail merchant corporation for skincare products

Xcite Entertainment, Inc. Make reference to role above
Incorporated: 2004
Status: Active
Officers and directors: Tomer Amsalem
List Bank accounts, signatories, and current balances:  No info Available / Not Related
Nature: Adult entertainment video and novelty distribution company