Extra Entertainment, Inc.
Incorporated: April 1997
Status: Dissolved
Officers and directors: Paul Roth
List Bank accounts, signatories, and current balances: No Bank Accounts Exist
Nature/type: Adult entertainment video and novelty distribution company

Access Distribution
Incorporated; A sole proprietorship DBA of Doron Nottea
Status: Active
Officers and directors: Doron Nottea
Bank accounts, and current balances, Doron Nottea Wells Fargo         155
Nature: Adult entertainment video and novelty distribution company

Matrix Distribution
A sole proprietorship DBA of Doron Nottea
Status: Active
Officers and directors: Doron Nottea
List Bank accounts, signatories: Doron Nottea,
Nature: Adult entertainment video and novelty distribution company

Fidelity First Holdings, Inc.
A Vendor / Contractor Service Provider,
6314 Van Nuys Blvd, Van Nuys, 91401 Tel: 818.540.6384

Imperial Enterprises, Inc.
A Vendor / Contractor Service Provider,
9144 Owensmouth Ave, Chatsworth CA 91311

Trigen, LLC.
Personal Service LLC for Roi Reuveni
Date formed: June 26, 2012, Active
Bank: BofA            564
Dropbox Folder [Trigen]

Forward Momentum, LLC
Personal Service LLC for David Migdal
Email: David@mediaurge.com

Secured Commerce, LLC.
Date formed: June 26, 2012, Active
Bank: BofA           564
Members Doron Nottea and Avi Argaman
This was the corporation used to Lease

9

6925 Canby Avenue unit 105 and 109, Reseda 91335
Nature: http://www.securedcommerce.com/

iPoint Vision, LLC
date of incorporation: June 25, 2013
Status: Active
Member: Tal Karasso
Managed by Tal Karasso, Company provides branding services for outside clients: In particular for a new product launch called www.mimonis.com. No relation to Skincare.

Daria Media, Inc.
Incorporated: 2-27-14
Status: Active
Officers and directors: G. Siro
current balances Wells Fargo         444 G. Siro $520.00
Established as Management Company for E-cigarette and Nicotrim product lines.
Never had a merchant account. No relation to Skincare.

Netistics, Inc. aka Tech Chiefs
The date of incorporation: 6/26/12
Status: Active
Officers and directors: Roi Reuveni
B of A            836 Roi Reuveni $1000.00
IT Services Provider/consultant, Hardware, Software, office IT management, No relation to Skincare.

Optimized Media Solutions
The date of incorporation;
Status: Active
Officers and directors: Eran Link
List Bank accounts, signatories, and current balances
Nature: Online Help Desk and IT Solution Provider, No relation to Skincare products.

Eccentric Innovations, Inc.
The date of incorporation; 3/10/14
Status: Active
Officers and directors: Dror Michaelo
WFB: No account Access,
Nature: online e-cigarette retailer, but as e-cigarette rules and regulations changed, the Nature of the business changed Online Help Desk and IT Solution Provider.  No relation to Skincare products.

Impulse Media Group
The date of incorporation: 1/2/14
Status: Active

Officers and directors: Dror Michaelo
signatories, and current balances: B of A (Dror)          855 $5,200.00
Nature: Management company for the Online Help Desk and IT Solution Provider

SIMA Corporate Group
Is a corporate agent services company, no other info.
No access to contact info

Vastpay, LLC
5900 Sepulveda Blvd, #432
Sherman Oaks, Ca 91411
Email: Info@VastPay.com
Phone: 800-841-9885
Contact: Eugene Shampansky / Igor Latsanovski
Nature: www.vastpay.com Merchant Processing Company.

Vbonita, Inc.
The date of incorporation: 9/29/08
Status: Active
Officers and directors: Avi Argaman
Company never sold anything, nothing ever materialized.

IVR Logix Inc.
Officers and directors: Michael Costache
Nature: http://ivrlogix.com/

11

| LLC-1 | File # 2012 |
|---|---|



# State of California
## Secretary of State

### Limited Liability Company
### Articles of Organization

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

SEP 25 2012

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   TRIGEN, LLC.

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   CALIFORNIA CORPORATE AGENTS, INC.

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE

   | | | CA | |

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   [ ] ONE MANAGER

   [✓] MORE THAN ONE MANAGER

   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   9/24/2012
   DATE

   SIGNATURE OF ORGANIZER

   STEPHAN BAUER
   TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2010)                                                 APPROVED BY SECRETARY OF STATE



EXHIBIT 28

App.000202



I hereby certify that the foregoing
transcript of ____|____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 2 6 2012

Date: _____

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)
Filing Fee $20.00. If this is an amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

1. **LIMITED LIABILITY COMPANY NAME**

   TRIGEN, LLC

   This Space For Filing Use Only

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER  2012‾ ‾ ‾
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California)

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 15**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| # | Address | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE | | | | |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | | |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | | | CA | |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS
California Corporate Agents, Inc.

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 3/23/15 | Roi Reuveni | Manager | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

LLC-12 (REV 01/2014)  APPROVED BY SECRETARY OF STATE