

# IVR Logix Scripting – Dellure Template 1

## General Utility Prompts

1. **Splitter Script:**

(Filename: "DELLURESplitter.wav")

"Thank you for calling Customer Care. Please listen carefully to the following prompts as our menu options have changed. Please choose one of the following options based on which account you need assistance with. If you would like to manage you Dellure Skin Care Daily Treatment account only, Press 1. If you would like to manage your Dellure Masks Weekly Treatment account only, Press 2. If you would like to manage both your Dellure Skin Care Daily Treatment and your Dellure Mask Weekly Treatment, Press 3.

2. **A. Introductory Script: (Dellure Skin Care Daily Treatment Option Customer Pressed 1)**

(Filename: "DELLUREScriptIntroduction.wav")

"Thank you for calling Dellure Skin Care. You can use our automated phone system 24 hours a day 7 days a week to manage, customize or cancel your account. <Pause 2 seconds> If you wish to cancel your account Press 1 Now. <Pause 2 seconds> For all other inquiries such as sales, support, modifying the frequency of your shipments and more, please press 0 at any time to be transferred to a customer service specialist."

**B. Introductory Script: (Dellure Mask Weekly Treatment Option Customer Pressed 2)**

(Filename: "DELLUREScriptIntroduction.wav")

"Thank you for calling Dellure Masks. You can use our automated phone system 24 hours a day 7 days a week to manage, customize or cancel your account. <Pause 2 seconds> If you wish to cancel your account Press 1 Now. <Pause 2 seconds> For all other inquiries such as sales, support, modifying the frequency of your shipments and more, please press 0 at any time to be transferred to a customer service specialist."

**C. Introductory Script: (Dellure Skin Care and Masks Option Customer Pressed 3)**

(Filename: "DELLUREScriptIntroduction.wav")

"Thank you for calling Dellure Skin Care and Masks. You can use our automated phone system 24 hours a day 7 days a week to manage, customize or cancel your account. <Pause 2 seconds> If you wish to cancel your account Press 1 Now. <Pause 2 seconds> For all other inquiries such as sales, support, modifying the frequency of your shipments and more, please press 0 at any time to be transferred to a customer service specialist."

3. **Transfer to CSR Script:**

(Filename: "DELLUREScriptTransfertoCSR.wav")

"All calls are monitored or recorded for quality assurance purposes. Please stay on the line and a customer service specialist will be with you shortly. We look forward to assisting you."

4. **After Hours Script:**

(Filename: "DELLUREScriptAfterhours.wav")



EXHIBIT 30

1

"The Dellure Skin Care customer service call center is currently closed. Please call back during our regular business hours of 7am to 4pm, Pacific Standard Time. If you wish, you can also return to the automated system to manage or cancel your account by pressing 1. Thank you, Goodbye."

5. **Request Caller's Telephone Number Script:**

(Filename: "DELLUREScriptRequestCallersNumber.wav")

"To help us accurately identify your account, please enter the ten-digit telephone number that you used when first placing your Dellure Skin Care order, then press the pound key. <Pause> If you prefer to speak with an Dellure Skin Care customer service specialist, please press 0 followed by the pound key.

## In Trial Prompts

6. **Offer Early Cancel Save Sale:**

(Filename: "DELLUREofferecs.wav")

"(Text to Speech)<<NameFirst>> <<NameLast>> <Pause> Date Shipped: << DateShippedActual>>. Regular Price: $<<FullPriceAmount>>(Text to Speech)" &

"To take advantage of our exclusive and most popular cancellation option please press 1 now.. This offer allows you to keep the shipment that was most recently sent to you, valued at $220 for a one time reduced rate of $38.29 and no further shipments or charges will be applied to your account. To take advantages of this offer please press 1 now. Press 2 to hear other cancellation options. Press 3 to repeat this option. Press 0 to be transferred to a customer service specialist."

7. **Early Cancel Confirm:**

(Filename: "DELLUREacceptecs.wav")

"Thank you for purchasing Dellure Skin Care. Your account has been cancelled, and you will Not receive any future shipments from us. Your credit card will be charged the reduced rate of only $38.29 today, and you can keep your current shipment of Dellure Skin Care. This is a one-time charge of $38.29, we will not make any future transactions to your credit card. If you signed up through our website you will also receive a cancellation confirmation email shortly. To hear this information again, please press 3. Your confirmation number is: " & "(Text to Speech Numbers)<< IDIVRInteraction>> Thank you, Goodbye. (Text to Speech Numbers)"

8. **Offer RMA after Save Decline:**

(Filename: "DELLUREofferecr.wav")

"You can return the unused portion of your Dellure Skin Care shipment to avoid any further charges. In order to do so, you must follow the return instructions closely. Additionally, we do not cover any charges associated with return shipping. If you wish to return the unused portion of your shipment, we must receive it within 30 days of today's date. If we do not receive it within 30 days your card will be charged the full regular price of the order. If you'd like to avoid having to return your Dellure Products, you may purchase your most recent shipment for the reduced price of only $38.29 and cancel future shipments from being sent out, by pressing 2 now. If you'd like to hear this information again please press 3. If you would like to return the order to us under these terms, press 1. If you'd like to speak to

2

a customer service specialist please press 0." & "(Text to Speech)Return Deadline Date: <<DateReturnDeadline>>. Regular Price: $<<FullPriceAmount>>(Text to Speech)"

9. **Early Cancel RMA Confirm:**

(Filename: "DELLUREacceptecr.wav")

" To ensure your Dellure Skin Care account has been cancelled and no other shipments will be sent to you please make sure to complete the following instructions in their entirety. The following information will also be sent in an email to the email address you provided when placing your initial order.  In order to avoid being charged for your order, the unused portion of the shipment will need to be returned.  If we do not receive it within 30 days from today, you will be charged the full regular price.  At the end of this message, you will receive an RMA number.  You must write this RMA number clearly on the outside of the package, and return it to us at your expense to the following address: Dellure Skin Care Returns Department PO BOX 10465, Van Nuys, CA  91401.  It is still not too late to keep your current Dellure shipment for a one-time payment of just $38.29. If you would like to accept this option, please press 1.  If you'd like to hear this information again please press 3.  Your RMA number is: " & "(Text to Speech)<<RMANumber >> Repeat: <<RMANumber >> Return Deadline Date: <<DateReturnDeadline>>. Regular Price: $<<FullPriceAmount>>(Text to Speech)" "Thank you, Goodbye"

## Ongoing Status Prompts

10. **Ongoing Clean Cancel Pitch:**

(Filename: "DELLUREofferclean.wav")

"(Text to Speech)<<NameFirst>> <<NameLast>> <Pause>  Date Shipped: << DateShippedActual>><Brief Pause>(Text to Speech)" &

"To cancel your Dellure Skin Care account and stop all future shipments press 1 now.  <pause> To speak to a customer service specialist please press 0 now. Press 3 to repeat this option."

11. **Ongoing Clean Cancel Confirm:**

(Filename: "DELLUREacceptclean.wav")

 "Your Dellure Skin Care account has been cancelled and you will not be charged again. The last charge on your account was in the amount of **(CHARGE AMOUNT HERE)** on **DATE.**   You will also receive a Cancellation email confirmation shortly. Press 3 to repeat this information.  Your confirmation number is: " & "(Text to Speech)<<ConfirmationNumber>> Repeat: <<ConfirmationNumber>>""Thank you, Goodbye"

## Already Cancelled All Status

12. **Confirm Already Cancelled:**

(Filename: "DELLUREAlreadycanceledd.wav")

 "Thank you for calling Dellure Skin Care. Your account has already been cancelled and you will not receive any more charges from us. The last charge on your account was in the amount of **(CHARGE AMOUNT)** on this **DATE.**  Press 3 to repeat this information.   <Pause> Thank you, Goodbye."

3





7661 Densmore Ave # 1
Van Nuys, CA 91406
Phone #: 888-446-6383 Ext:109
E-mail: bernadette@htssystems.com
Fax: 818-781-4428

# Estimate

| DATE | ESTIMATE NO. |
|---|---|
| 10/2/13 | 11450 |

**NAME / ADDRESS**

SECURED COMMERCE, LLC.
6925 CANBY AVE. #105
RESEDA, CA 91335

**PROJECT**

| P.O. NO. | TERMS |
|---|---|
|  | Net 15 |

| ITEM | DESCRIPTION | QTY | COST | TOTAL |
|---|---|---|---|---|
|  | Pinnacle Logistics Inc.<br>7900 Gloria Ave<br>Van Nuys 91406<br><br>Troubleshoot alarm system.<br>Per client some zones are not closing, low battery, skylight shows open.<br><br>Service fee:<br><br>$95.00 first hour<br>$65.00 additional hours<br><br>Parts are not included<br><br>Please sign and return by fax or e-mail in order to schedule a technician. Thank you.<br><br>Name_____<br><br>Credit Card_____<br><br>Exp_____<br><br>Signature_____ |  |  |  |

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Tax (9.0%)** | $0.00 |
| **TOTAL** | $0.00 |

Final bill upon job completion.

SIGNATURE _____

-----Original Message-----
From: igor [mailto:igorlats@gmail.com]
Sent: Wednesday, March 14, 2012 3:11 PM
To: Alon; Nastassia Yalley
Subject: Fwd: FW: Wiring funds


---------- Forwarded message ----------
From: Kristina PEREZ <
Date: Tue, Mar 13, 2012 at 5:51 PM
Subject: FW: Wiring funds
To: igor <igorlats@gmail.com>


From: Kristina PEREZ [mailto:                         ]
Sent: Friday, March 09, 2012 2:41 PM
To: Alon Nottea (alon@bunzaimedia.com)
Subject: Wiring funds


Hi, Alon


Please see below short summary of your fund movement for the offshore account. All the details( processing statements) attached  where you can look into your fees in a greater detail : trx fees, refunds and chargeback listed.


Funding date

Amount funded

Processed $

Fees deducted

Qtty



EXHIBIT 31

App.000211

until 1/10/2012

$ 1,783.12

$ 9,242.73

900

6

$ 5,400.00

1/11-1/18/2012

$ 2,092.37

$ 2,849.55

1/19-2/1/2012

$ 1,208.11

$ 2,102.47

2/2-2/9/2012

$ 1,350.68

$ 1,859.72

2/10-2/16/2012

$ 661.70

$ 1,081.63

2/17-2/23/2012

$ -

Ref/Chb

2/24-3/1/2012

$ -

Ref/Chb

Total:

$ 17,136.10

Please feel free to contact me if you have any questions.

Regards,

Kristina Perez, COO

Managing Partner at Transact PRO USA

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free +1(866)508-9363 <tel:%2B1%28866%29508-9363>

Fax +1 (866) 843 0701 <tel:%2B1%20%28866%29%20843%200701>

Description: PagoTechnology_logo_500x97

IMPORTANT WARNING:  This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

From: Enrique Perez [mailto:
Sent: Thursday, March 08, 2012 8:55 PM
To: 'Nastassia Yalley'; 'Kristina PEREZ'
Cc: 'Alon Nottea'; 'Paul Medina'
Subject: RE: Wiring funds

Hello Nastassia

I have included all of the wire advises that have been sent to you where you can see in details the turnover for each of the period, how much money in the rolling reserve, also you can see the fees

deducted etc. I have also included a summary of deposits and last I have included a report from day 1 until March 8th 2012 (Latvian settlement time which is 5 PM EST). I hope this will give you the complete picture. Once you deduct all of the fees as indicated in the wire advise (as per contract) you then will see that there is no missing money. If you don't have access to the Bank's portal https://www2.1stpayments.net/merchantarea.php please let me know I will set up credentials for you.

Please feel free to contact me directly if you have any additional questions.

Thank you for your business.

Enrique Perez, Founder & CEO

Pago Technology LLC

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free (866)305-4805 <tel:%28866%29305-4805>

Fax (480)287-9608 <tel:%28480%29287-9608>

www.pagotechnology.com

Description: Description: PagoTechnology_logo_500x97

IMPORTANT WARNING: This electronic transmission is intended for use of the person or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

From: Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
Sent: Thursday, March 08, 2012 4:59 PM
To: Kristina PEREZ
Cc: Alon Nottea; Paul Medina;
Subject: Re: Wiring funds

Hi Kristina,

We checked that bank account and see there was only one deposit made on February 29th for $7053.73.

Where's the rest of the money?

On Wed, Mar 7, 2012 at 1:08 PM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

Hi, Nastassia

The funds are being wired to Estonian bank.

Last week there was no turnover:

No statements today ( 03.02) – negative balance

SKINCARE OU: all accounts summary (USD)

0.00 / 0

-195.76 / 2

-195.76 / 2

2 weeks ago -

2012.02.23.

Processing statement nr. SKI_TR_199_2.2012

Period from

10/2/2012

until

16/2/2012

USD

Turnover

1,081.63

Turnover rate

5.00%

Turnover fee

54.08

| | |
|---|---|
| | Turnover fee(from min) |
| 0.00 | |
| | Trx |
| 30 | |
| | Trx rate |
| 0.40 | |
| | Trx fee |
| 12.00 | |
| | Trx fee correction |
| 0.00 | |
| | Refunds # |
| 3 | |
| | Refunds fee - per each |
| 1 | |
| | Refunds fee |
| 3 | |
| | Ref fee correction |
| 0 | |

| | |
|---|---|
| | Refund turn (till 16/2/2012) |
| 197.69 | |
| | MID Setup fee - per each: |
| 900.00 | |
| | Number : |
| 0 | |
| MID Setup fee: | |
| 0.00 | |
| | Chargebacks# |
| 0 | |
| | Chargebacks Fee |
| 0 | |
| | Chargebacks turnover |
| 0.00 | |
| | Hold rate |
| 10.00% | |
| | Holdback |
| 108.16 | |