|  | BankWire Fee (1) |
| --- | --- |
| 45.00 | |

|  | For payout |
| --- | --- |
| 661.70 | |

Holdback return ( from  - till)

0.00

|  | Paid |
| --- | --- |
| 661.70 | |

Let me know if you have any questions,

Kristina Perez, COO

Managing Partner at Transact PRO USA

Toll Free +1(866)508-9363 <tel:%2B1%28866%29508-9363>

Fax 1 ( 866) 843 0701 <tel:1%20%28%20866%29%20843%200701>

Description: Description: PagoTechnology_logo_500x97

From: Nastassia Yalley [mailto:nastassia@bunzaimedia.com <mailto:nastassia@bunzaimedia.com> ]
Sent: Wednesday, March 07, 2012 3:09 PM
To: Kristina PEREZ; Enrique PEREZ; Alon Nottea; Paul Medina

Subject: Wiring funds

Hello Kristina,

I checked your system and I see:

Total Transactions Approved: 534 Total Amount Approved: $18,111.65

When/how do we receive this money? Do you need our wiring instructions?

We haven't seen any deposits from this account. Please let me know, thank you :]

--
-- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

## Merchant general settlement report 1/1/2012-3/8/2012

**Searching Transactions**

**Search parameters:**

- Terminals: 3916038, 3916012, 3916020, 3915998, 3916046
- Report time (Physical date): from Jan 1, 2012, 00:00 to Mar 8, 2012, 23:59

**Total Summary for the currency: USD**

Transactions count: 172 (VISA/MC: 139 / 33 )

Refunds count: 38 (VISA/MC: 29 / 9 )

Turnover: 12,991.23 (VISA/MC: 10,553.40 / 2,437.83 )

Total declines for this report:          163

| SKINCARE OU / AURAVIESET.COM | Transactions turnover / Count | Refunds turnover / count | Summary turnover/ count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |
| ANTIAGING_8662169336 (3916020, Currency: USD, VISA) | 3,484.58 / 38 | -443.77 / 7 | 3,040.81 / 45 |
| **ANTIAGING_8662169336 (3916020, Currency: USD) (Total)** | **4,963.63 / 59** | **-626.53 / 14** | **4,337.10 / 73** |
| SKINCARE_8662169336 (3916038, Currency: USD, MC) | 1,174.56 / 12 | -33.02 / 2 | 1,141.54 / 14 |
| SKINCARE_8662169336 (3916038, Currency: USD, VISA) | 3,931.87 / 44 | -580.78 / 10 | 3,351.09 / 54 |
| **SKINCARE_8662169336 (3916038, Currency: USD) (Total)** | **5,106.43 / 56** | **-613.80 / 12** | **4,492.63 / 68** |
| SKINCARE OU / AURAVIESET.COM summary (USD, VISA) | 12,363.54 / 139 | -1,810.14 / 29 | 10,553.40 / 168 |
| SKINCARE OU / AURAVIESET.COM summary (USD, MC) | 2,653.61 / 33 | -215.78 / 9 | 2,437.83 / 42 |
| SKINCARE OU / AURAVIESET.COM summary (USD) | 15,017.15 / 172 | -2,025.92 / 38 | 12,991.23 / 210 |

**Decline count for SKINCARE OU / AURAVIESET.COM:** 163

| SKINCARE OU: all accounts | Transactions turnover / Count | Refunds turnover / count | Summary turnover/ count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |

## Merchant general settlement report 1/1/2012-3/8/2012

| | | | |
|---|---|---|---|
| ANTIAGING_8662169336 (3916020, Currency: USD, VISA) | 3,484.58 / 38 | -443.77 / 7 | 3,040.81 / 45 |
| **ANTIAGING_8662169336 (3916020, Currency: USD) (Total)** | **4,963.63 / 59** | **-626.53 / 14** | **4,337.10 / 73** |
| SKINCARE_8662169336 (3916038, Currency: USD, MC) | 1,174.56 / 12 | -33.02 / 2 | 1,141.54 / 14 |
| SKINCARE_8662169336 (3916038, Currency: USD, VISA) | 3,931.87 / 44 | -580.78 / 10 | 3,351.09 / 54 |
| **SKINCARE_8662169336 (3916038, Currency: USD) (Total)** | **5,106.43 / 56** | **-613.80 / 12** | **4,492.63 / 68** |
| SKINCARE OU: all accounts summary (USD, VISA) | 12,363.54 / 139 | -1,810.14 / 29 | 10,553.40 / 168 |
| SKINCARE OU: all accounts summary (USD, MC) | 2,653.61 / 33 | -215.78 / 9 | 2,437.83 / 42 |
| SKINCARE OU: all accounts summary (USD) | 15,017.15 / 172 | -2,025.92 / 38 | **12,991.23 / 210** |

# 1stPAYMENTS.NET

**From:**
SIA Transact Pro, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
Skincare OÜ
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member) Oleg Trushlya

2012.01.17.         **Processing statement nr. SKI_TR_47_1.2012**

| | | |
|---|---|---|
| Period from | until | 10/1/2012 |
| | | USD |
| Turnover | | 9,242.73 |
| Turnover rate | | 6.00% |
| Turnover fee | | 554.56 |
| Turnover fee(from min) | | 0.00 |
| Trx | | 651 |
| Trx rate | | 0.40 |
| Trx fee | | 260.40 |
| Trx fee correction | | 0.00 |
| Refunds # | | 38 |
| Refunds fee - per each | | 1 |
| Refunds fee | | 38 |
| Ref fee correction | | 0 |
| Refund turn (till 10/1/2012) | | 237.37 |
| MID Setup fee - per each: | | 900.00 |
| Number : | | 6 |
| MID Setup fee for SKINCARE 8662169336; ANTIAGING 8662169336; FACEKIT 8662169336; MYFACEKIT8662169336; MYSKIN 8662169336; SKINKIT 8662169336: | | 5400.00 |
| Chargebacks# | | 0 |
| Chargebacks Fee | | 0 |
| Chargebacks turnover | | 0.00 |
| Hold rate | | 10.00% |
| Holdback | | 924.27 |
| BankWire Fee (1) | | 45.00 |
| For payout | | 1783.12 |
| Holdback return ( from  - till) | | 0.00 |
| Paid | | 1783.12 |

SET-04-00000023

App.000224

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
SIA Transact Pro, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
Skincare OÜ
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member) Oleg Trushlya

2012.01.25.

## Processing statement nr. SKI_TR_73_1.2012

| | | | | |
|---|---|---|---|---|
| Period from | 11/1/2012 | | until | 18/1/2012 |
| | | | | USD |
| | | Turnover | | 2,849.55 |
| | | Turnover rate | | 5.00% |
| | | Turnover fee | | 142.48 |
| | | Turnover fee(from min) | | 0.00 |
| | | Trx | | 66 |
| | | Trx rate | | 0.40 |
| | | Trx fee | | 26.40 |
| | | Trx fee correction | | 0.00 |
| | | Refunds # | | 6 |
| | | Refunds fee - per each | | 1 |
| | | Refunds fee | | 6 |
| | | Ref fee correction | | 0 |
| | | Refund turn (till 18/1/2012) | | 252.35 |
| | | MID Setup fee - per each: | | 900.00 |
| | | Number : | | 0 |
| | | MID Setup fee: | | 0.00 |
| | | Chargebacks# | | 0 |
| | | Chargebacks Fee | | 0 |
| | | Chargebacks turnover | | 0.00 |
| | | Hold rate | | 10.00% |
| | | Holdback | | 284.96 |
| | | BankWire Fee (1) | | 45.00 |
| | | For payout | | 2092.37 |
| | | Holdback return ( from - till) | | 0.00 |
| | | Paid | | 2092.37 |

SET-04-00000024

App.000226

Corporate Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

## Merchant general settlement report 1/1/2012-3/8/2012

**Searching Transactions**

Search parameters:

- Terminals: 3916038, 3916012, 3916020, 3915998, 3916046
- Report time (Physical date): from Jan 1, 2012, 00:00 to Mar 8, 2012, 23:59

**Total Summary for the currency: USD**

Transactions count: 172 (VISA/MC: 139 / 33 )

Refunds count: 38 (VISA/MC: 29 / 9 )

Turnover: 12,991.23 (VISA/MC: 10,553.40 / 2,437.83 )

**Total declines for this report:** 163

| SKINCARE OU / AURAVIESET.COM | Transactions turnover / Count | Refunds turnover / count | Summary turnover/ count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |
| ANTIAGING_8662169336 (3916020, Currency: USD, VISA) | 3,484.58 / 38 | -443.77 / 7 | 3,040.81 / 45 |
| **ANTIAGING_8662169336 (3916020, Currency: USD) (Total)** | **4,963.63 / 59** | **-626.53 / 14** | **4,337.10 / 73** |
| SKINCARE_8662169336 (3916038, Currency: USD, MC) | 1,174.56 / 12 | -33.02 / 2 | 1,141.54 / 14 |
| SKINCARE_8662169336 (3916038, Currency: USD, VISA) | 3,931.87 / 44 | -580.78 / 10 | 3,351.09 / 54 |
| **SKINCARE_8662169336 (3916038, Currency: USD) (Total)** | **5,106.43 / 56** | **-613.80 / 12** | **4,492.63 / 68** |
| SKINCARE OU / AURAVIESET.COM summary (USD, VISA) | 12,363.54 / 139 | -1,810.14 / 29 | 10,553.40 / 168 |
| SKINCARE OU / AURAVIESET.COM summary (USD, MC) | 2,653.61 / 33 | -215.78 / 9 | 2,437.83 / 42 |
| SKINCARE OU / AURAVIESET.COM summary (USD) | 15,017.15 / 172 | -2,025.92 / 38 | 12,991.23 / 210 |

**Decline count for SKINCARE OU / AURAVIESET.COM:** 163

| SKINCARE OU: all accounts | Transactions turnover / Count | Refunds turnover / count | Summary turnover/ count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |

**From:** David M <david@mediaurge.com>
**Sent:** Monday, September 22, 2014 6:30 PM
**Subject:** Re: request

Hi Igor,

This morning I woke up at 4am in Sonoma. Near Napa Valley. 2 hours above San Francisco.
I missed my first flight at 7:30.
Placed on standby at 9:30 - got bumped and flew on 10:30am flight out of Oakland and landed at Burbank at 11:30.
Came into office around 13:00.
All Morning Long, Working From LapTop, From Car, From Bus and Plane.

Okay.
I just finished updating corporate report.

You and I need to talk and create process for this new Large Transfer.
Please. Tomorrow morning I will call you around 7am PST.

1- How many new sales today - 37
2- how many re-bills stage-(1) - 25
3- how many re-bills stage-(2)  - 1

4-how many calls from which re-bills (or 1 or 2 or 3)  - Customer Service left early today, 4pm, did not get info yet. I need to get access to Customer Service CRM so I can get info direct.

5- life time  v stay with us average one customer for each affiliate - Customer Service left early today, 4pm, did not get info yet. I need to get access to Customer Service CRM so I can get info direct.

6- how many charge backs (for each affiliate and what period charge (0-1-2-3-) - Tyler is gone. I need to get access to ChargeBack Armor so I can get info direct.

7-how many & how mach returns $ to customer( if can per each  affiliate ) - Our Refund Report says $0 today. It also says $0 for the entire life of campaign. So this area is not listing information correctly. I will check with Tyler/Avi tomorrow.

8-put this number to Paul s  excel -for analyses -its good or not - Tomorrow and day after, once we see some data for all areas, I will create a report that will allow us to track this information. I will probably remove some information. I will probably add some information.

9- UK short news-links ( about our industry or what you think  we need know )


Today we spent most of time finishing up the Step 1 and Step 2 everything. Landing Pages, Design, Removing 18+ Check Boxes, Correcting Terms & Conditions, Preparing Customer Service to Take Calls and Learn how to work inside CRM. Preparation for Step 1 and Step 2 launch which should happen tomorrow.
- Media needs to be funded in advance.
- I shipped out 7,400 units by AIR on Friday. With our inventory of 2,500 and 200 sales a day "goal" - for the next month we should be good.
- I prepared and will ship out tomorrow 14,000 units by OCEAN - 35-40 days to arrive to UK
- We sent in 30% deposit to CHN for Bottles. Only Ordering 10k, Not 20K!


EXHIBIT 32

1

App.000229

A few items you and I need to discuss by phone.

10-what kind help do you need from me - I will need a lot of help at the beginning. The next 2 weeks I will be asking a lot of questions to many people.
My questions to you will be natural. As they come. They will also naturally make improve the process & make people think.
How You Can Help Me? I Need To FOCUS on UK for next 2 weeks. Nothing else. 1,000% UK Focus.


On Fri, Sep 19, 2014 at 2:03 PM, Igor <igorlats@gmail.com> wrote:
Hi can you share info every day between us about UK ! 1- How many new sells , 2- how many re-bills stage-(1) , 3- how many re-bills stage-(2) , 4-how many calls from which re-bills (or 1 or 2 or 3) , 5- life time  v stay with us average one customer for each affiliate , 6- how many charge backs (for each affiliate and what period charge (0-1-2-3-) ,7-how many & how mach returns $ to customer( if can per each  affiliate ) , 8-put this number to Paul s  exell -for analyses -its good or not , 9- UK short news-links ( about our industry or what you think  we need know ),  10-what kind help do you need from me )
thank you

2

| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Wednesday, August 14, 2013 11:32 PM |
| **To:** | Alon N; Doron . |
| **Subject:** | opinion |

Hi Alon
I have after our conversation, there was a feeling of anxiety. I understand that you possess much more information about our company. But I very often when I do not have enough knowledge, based on the home feeling. And I feel (although it is not objectively) that we want to keep Pinicle . I'll tell you my reasons and point out the pros and cons. We want to grow and already we have Product company in the U.S. business-marketing, security-merchant, merchant-VastPay, and more will be opening: the Product company in England, Brazil, itc, merchant- Europe and so on. That is, we must focus all our resources on that. And what resources are needed? Money, knowledge and people, I'm talking about the Directors, the people who can not just perform, but also to make decisions and in addition whom we trust and know their capabilities. That is, these people have not a lot - this means our resources are limited! Who we have: You, Paul, Roy, Andre and David and me a little, that's all! Doron has his department. You have to be on top of all, we understand!, And despite the fact that you want to live in Israel. Paul likely will be responsible for marketing the relationship between Israel and America, to conduct reports and everything else that he now does. David is a good helper, but he has no power to make decisions and you always have to solve them for him, he's very good assistant, but assistant. Maybe with time and next to someone, he will be able to learn how to lead. I would recommend Roy as head of the Product company ,near him would have put David, and maybe next to Roy and under your leadership David  will grow. Roy is Sergeant and will be able to perform your tasks well in the distance. Andre good helper, too, but we still have a lot of different directions. And I would not want to so we are constantly thinking about how to download the work of our factory -Pinicle . I want us to think, and concentrated our efforts on the opening of new businesses and the further management (without the presence of fixed assets) and thus used outsorsing. Do not tie their hands obligations to the large number of low-skilled workers. Let's work with fewer people, but with highly qualified people. Yes we lose in quality, but we'll take with a lot of things: 1- responsibility to the large number of people, and that's a lot. after all people is a problem, dividing the information can give us testimony in court, or just come up with these statements and show to  us, and so on. 2 - we remove ourselves from the constant expenditure and translate these costs by the number of products sold. Let those who can not make Intelligent business, own and operate plants and Call-centers, and we will deal with intellectual labor. And we will not get nervous and worry about how to make money for the factory when we transition point occurs in the business. And we are in a quiet mode to create new products. And then as it is now in emergency mode are buying goods, and all for what, to support our factory -Call-center ! 3 - we have to  use ours, unfortunately, are not big human resources for development, rather than plant control. 4 - remove some legal risk to other companies that will serve us.
 Come to manage, rather than to produce goods and services! We will be much more flexible and freer.
Of course, I'm talking personal opinion, I do not know much as you know it. I just want to give you a look at our entire company, with my eyes, maybe it will give you something. But in any case, you and your vision of the director - the main thing.
Sincerely Your sincere partner Igor

1



App.000231

## RE: Skincare OU processing statements till March 15, 2012.xls

| | |
|---|---|
| From: | Kristina PEREZ < > |
| To: | Nastassia Yalley <nastassia@bunzaimedia.com> |
| Cc: | Alon Nottea <alon@bunzaimedia.com>, igor <igorlats@gmail.com> |
| Date: | Fri, 30 Mar 2012 16:20:31 -0700 |
| Attachments: | Skincare OU processing statements till March 22 2012 (2).xls (38.91 kB) |

Hi, Nastassia

Please find attached latest balance for wire.

Regards,
**Kristina Perez, COO**
*Managing Partner at Transact PRO USA*
1200 Brickel Ave. Suite 1950
Miami, FL 33131
Toll Free +1(866)508-9363
Fax +1 (866) 843 0701
PAGO TECHNOLOGY

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

---

**From:** Kristina PEREZ [mailto
**Sent:** Wednesday, March 28, 2012 4:26 PM
**To:** 'Nastassia Yalley'
**Cc:** 'Alon Nottea'; 'igor'
**Subject:** RE: Skincare OU processing statements till March 15, 2012.xls

Hi, Nastassia

You are correct, right now there is a negative balance due to refunds and incoming chargebacks. We received an invoice for you to wire the funds as this is European processor that does not ACH your account but issue an invoice
When wiring the fund, please make a note: Skincare OU for the st. SKI_TR_329_3.2012,
**Total Amount for Payment              -1653.09 USD**

In regards USD 900.00- this is one time fee, you are not charged this fee for the second time, it has 0 in the corresponding field.

Let me know if you have any questions.

Regards,
**Kristina Perez, COO**
*Managing Partner at Transact PRO USA*
1200 Brickel Ave. Suite 1950
Miami, FL 33131
Toll Free +1(866)508-9363
Fax +1( 866) 843 0701
Skype: kristina.peresa
www.pagotechnology.com
PAGO TECHNOLOGY

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

---

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Tuesday, March 27, 2012 4:28 PM
**To:** Kristina PEREZ
**Cc:** Alon Nottea; igor
**Subject:** Re: Skincare OU processing statements till March 15, 2012.xls

Hi Kristina,

Again, can you please clarify what this means for us? Do we owe money?
Is this being taken out of our bank account?

Also we aren't really processing on these any more, why is the $900
set up fee still there?

Please let me know, thank you!

On Mon, Mar 26, 2012 at 7:26 PM, Kristina PEREZ    wrote:
Hi, Nastassia

Please see attached report from the gateway, below notes just in case. Let me know if you have any questions

Regards,
Kristina

Hi Kristina,

**From:** Igor <igorlats@gmail.com>
**Sent:** Tuesday, November 25, 2014 9:09 AM
**To:** Doron
**Subject:** Fwd: Hi

Hello, Doron

The account number is :

BANK NAME: LEUMMI LE ISRAEL BM (978)

ACCOUNT No: 363900/65

Swift code: LUMIILITTLV

IBAN: IL350109780000036390065

$ 38,892

make payment please from SBM

thank you



EXHIBIT 34

App.000233

# ROBERT M. UNGAR
Attorney at Law

14724 Ventura Boulevard  
Penthouse  
Sherman Oaks, California 91403

(310) 405-1884  
rmu@ungarlaw.com

September 27, 2013

Frank Satalino, Esq.  
Law Offices of Frank Satalino  
19 Velarde Court  
Rancho Santa Margarita, CA 92688

By Email  
fas@satalinolaw.com

Art Baram, Esq.  
Law Offices Of Art Baram, Inc.  
8159 Santa Monica Blvd., Ste 200  
West Hollywood, CA 90046

By Email  
art.baram@gmail.com

**Re:** Bunzai Media Group / Bunzai Media World ("Partnership")

Dear Messrs. Satalino and Baram:

I am informed the Partnership has dissolved, and the business will be wound up and the Partnership terminated as follows:

(1) The fulfillment operation, Pinnacle Logistics, Inc. ("Pinnacle") will pay the Partnership for the fair value of its current assets and will assume all Pinnacle liabilities, including accounts payable and employment obligations, and indemnify the partners and Partnership against any liabilities and claims in connection with Pinnacle's business.

(2) The media operation, MediaUrge, Inc. ("MediaUrge") has no assets and will be dissolved.

(3) The retail merchant corporations under management by SBM Management, Inc. (the "RMCs"). will stop marketing and selling the "AuraVie" brand product line, but will continue to process automatic monthly reorders for existing customers until such time as there are no further monthly reorders. Further use of the "AuraVie" brand shall thereupon terminate. The RMCs have no assets other than merchant account reserves and will be dissolved.

(4) Any partner may purchase Partnership property provided the partner pays fair market value to the Partnership, in cash, and all such amounts are accounted for.

(5) Upon liquidation of the foregoing assets and collection of all accounts and merchant account reserves, the Partnership shall account to each of the partners, pay any existing Partnership obligations, fund a three year contingent liability reserve (to defend and pay post-termination claims attributable to the Partnership business) and, distribute to the partners all amounts remaining thereafter.



EXHIBIT 35

App.000234

Frank Satalino, Esq.
Art Baram, Esq.
September 27, 2013
Page Two

(6) Merchant Account Reserves of $1M will be maintained, subject to and in accordance with existing merchant account agreement(s) (the "Reserve"). Release of Reserve funds shall be distributed 30% (up to $300,000) to the three year contingent liability reserve (referred to above), and the balance equally divided amongst the partners. The Partnership will advance to Bond his share of the Reserve (not exceeding $233,333) in 19 monthly payments of $10,000 per month, excepting the first 2 months will be $15,000 each. The Partnership will recoup all amounts advanced from the Reserve.

(7) The partners and the Partnership (including Bunzai Media Group, Inc., Pinnacle, MediaUrge and the RMCs) are reserving their right to obtain indemnity and reimbursement from Kristopher Bond and his corporation, Cerenade Marketing International, Inc. in connection with the *Goddard v. Bond* lawsuit in the Los Angeles Superior Court (the "Goddard Case").

Please let me know if there is any disagreement with the foregoing wind up and termination plan.

Very truly yours,

ROBERT M. UNGAR

cc: Client

Calenergy, Inc. WF Check to Cash/Banks
Jan. 2014-June 2015

Check 1133, dated 1/12/15, Pay to the Order of: CHASE, $748.00, Seven Hundred Forty Eight, For: DMV REG FEES

Check 1107, dated 11-18-14, Pay to the Order of: Wells Fargo Bank, $104,500.00, One Hundred Four Thousand Five Hundred



Exhibit 36

2

| | | | |
|---|---|---|---|
| 7/2/2015 | | | |
| Igor Latsanovski | | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

| | | | |
|---|---|---|---|
| 09:56:27 | 1 | A | Sure. |
| | 2 | Q | Anyone else? |
| 09:56:36 | 3 | A | Maybe sometimes I ask Doron help me, some do |
| | 4 | it (sic). | |
| 09:56:39 | 5 | Q | Okay.  Anyone else? |
| | 6 | A | No.  I hope, no. |
| 09:56:49 | 7 | Q | Okay.  Can you tell the court why this voided |
| | 8 | check was obtained from Doron Nottea's computer -- | |
| 09:56:55 | 9 | A | Uh-huh. |
| | 10 | Q | -- that we see in Receiver's Exhibit 8? |
| 09:56:59 | 11 | A | I have no idea. |
| | 12 | Q | You don't know? |
| 09:57:01 | 13 | A | Ask Doron about it. |
| | 14 | Q | Okay.  I'm asking you.  You don't know -- |
| 09:57:05 | 15 | A | No. |
| | 16 | Q | -- right?  Okay. |
| 09:57:07 | 17 | | Let's take a look at Exhibit 9 in this book |
| | 18 | in front of you. | |
| 09:57:13 | 19 | | This is a Merchant Application to a company |
| | 20 | called MIDpayments, and the Application is filled out | |
| 09:57:19 | 21 | on behalf of Zen Mobile Media. | |
| | 22 | | Do you see that? |
| 09:57:21 | 23 | A | Right now, yes. |
| | 24 | Q | Okay.  The Owner/Officer Information, I want |
| 09:57:28 | 25 | you to take a look at this portion -- look at Page 1, | |




69

App.000237

```
7/2/2015
Igor Latsanovski         Federal Trade Commission vs. Bunzai Media Group, Inc.         1090802

09:57:32   1    if you would.  There's an area that says,
           2    "Owner/Officer Information."
09:57:35   3            Do you see that?
           4       A    Where is it?
09:57:40   5       Q    It's in the block below there.  See that?
           6       A    Uh-huh.
09:57:46   7       Q    It says, "Daniale Perry."
           8            Do you know who Daniale Perry is?
09:57:51   9       A    No idea.
          10       Q    Okay.  She is listed as the 100 percent owner
09:57:55  11    of that company.
          12            Do you see that?
09:57:58  13       A    Yes, I see.
          14       Q    She is listed as living at your house.
09:58:01  15            Do you see that?
          16       A    Yes.
09:58:05  17       Q    Is that amusing?
          18       A    She "not" live in my house.
09:58:09  19       Q    Has never lived in your house, right?
          20       A    No.
09:58:12  21       Q    Okay.  I spoke to her, and she said the same
          22    thing, and she said that she had never heard of you,
09:58:17  23    okay?
          24            Have you ever heard of Daniale Perry before?
09:58:21  25       A    No.
```

70



7/2/2015  
Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

```
10:03:34   1        A    Yes.
           2        Q    And it says, "Bank.....Wells Fargo," and it
10:03:39   3   lists an account and routing number.
           4             Do you see that?
10:03:41   5        A    Yes.
           6        Q    Did you create that account?
10:03:46   7        A    I signed paper.  If I signed paper, yes.
           8        Q    Okay.  My question was a little bit
10:03:54   9   different, okay?  So let me ask it this way:  Did
          10   you -- did you sign the account-opening forms at Wells
10:04:00  11   Fargo for Zen Mobile Media?
          12        A    I don't remember, really.
10:04:04  13        Q    Did you sign the account opening forms for
          14   Zen Mobile Media at Bank of America?
10:04:08  15        A    I don't remember.
          16        Q    Okay.  Did Alon ever bring you any
10:04:14  17   account-opening forms for Zen Mobile Media to sign?
          18        A    I don't remember.
10:04:24  19        Q    Okay.  Take a look at Page 3.  There's a page
          20   that contains two signatures of someone named Daniale
10:04:28  21   Perry at the bottom.
          22             Do you see that?
10:04:31  23        A    This one, yeah (indicating)?
          24        Q    Yes.
10:04:32  25        A    Yes.
```

76


Kusar® Keeping Your Word Is Our Business℠

App.000239