| | | | |
|---|---|---|---|
| 7/2/2015 | | | |
| Igor Latsanovski | | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

| | | | |
|---|---|---|---|
| 10:04:35 | 1 | Q | You see her signatures? |
| | 2 | A | Whose signatures? |
| 10:04:39 | 3 | Q | Well, it's supposed to be Daniale Perry, but |
| | 4 | she told me those are not her signatures, okay? | |
| 10:04:44 | 5 | | So do you see these two signatures here? |
| | 6 | A | Yes. |
| 10:04:48 | 7 | Q | Okay. Do you see that her title is listed as |
| | 8 | "CEO"? | |
| 10:04:52 | 9 | A | (Nods head up and down.) |
| | 10 | Q | Have you ever met a CEO of Zen Mobile Media |
| 10:04:57 | 11 | named Daniale Perry? | |
| | 12 | A | I'm not (sic). |
| 10:04:59 | 13 | Q | You have not? |
| | 14 | A | (Shakes head from side to side.) |
| 10:05:05 | 15 | Q | Okay. Who was the CEO of Zen Mobile Media? |
| | 16 | A | I don't know. |
| 10:05:10 | 17 | Q | Let's take a look at Receiver's Exhibit 10. |
| | 18 | | Have you ever seen Receiver's Exhibit 10 |
| 10:05:18 | 19 | before? | |
| | 20 | A | Did you ask me if I "seen" this form before? |
| 10:05:28 | 21 | Q | Yes. Have you ever seen Exhibit 10 before, |
| | 22 | this form? | |
| 10:05:32 | 23 | A | I don't remember. |
| | 24 | Q | Okay. Now, again, the Owner/Officer |
| 10:05:38 | 25 | Information is listed as Daniale Perry. | |

77



| 7/2/2015 | |
|---|---|
| Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc.   1090802 |

```
10:05:41   1              Did you understand that -- that Zen Mobile
           2   Media was selling a product called Dellure?
10:05:45   3        A     I don't know.
           4        Q     Do you know what Dellure is?
10:05:50   5        A     This is some of -- cosmetic line.
           6        Q     Okay.  Did you understand -- what did you
10:05:57   7   understand that Zen Mobile Media was selling?
           8        A     Cosmetic online.
10:06:07   9        Q     Cosmetics online, okay.
          10              Okay.  Do you know what negative option
10:06:14  11   marketing is?  Have you ever heard of that?
          12        A     I'm hear (sic) from these papers, which you
10:06:19  13   already receive it.
          14        Q     Okay.
10:06:20  15        A     Explain me what it means (sic).
          16        Q     Okay.  So I'm asking, do you know what it
10:06:24  17   means?
          18        A     Right now?  Yes.
10:06:29  19        Q     Okay.  How did you come to know?  And don't
          20   tell me about any conversations you had with your
10:06:33  21   lawyers, but how did you come to find out what negative
          22   option marketing is?
10:06:40  23        A     I don't know it too deep.  I know generally.
          24        Q     Okay.  And how did you come to know generally
10:06:46  25   what it means?
```

78


Kusar® Keeping Your Word Is Our Business℠

App.000241




## Merchant Application

(866) 713-MIDS (6437)

SICC/MCC#: _____  Merchant ID: _____  Discover MID: _____

### Merchant Information
DBA: SKINCRE 866-439-3165
Legal Name: ZEN MOBILE MEDIA, INC

**Physical Address**
Address: 4335 Van Nuys Blvd #167

**Mailing Address (if different)**
Address:

City, State Zip: Sherman Oaks CA 91403
City, State Zip:

Contact Name: Daniale Perry

Email: zenmobilemedia@gmail.com
Phone: (855) 393-8730    Fax: 888-789-9830

### Owner/Officer Information
Name: Daniale Perry
% Ownership: 100    SS#:
Home Address:
City: Calabasas    St: CA    Zip: 91302
Phone:

### Owner/Officer Information
Name:
% Ownership:    SS#:
Home Address:
City:    St:    Zip:
Phone:

### Merchant Profile    Ownership Type:
☐ Partnership  ☐ Sole Proprietor  ☐ Government
☐ LLC  ☐ Nonprofit/Tax Exempt  ☑ Corporation
☐ Association/Estate/Trust

State Incorporated:
Mo/Year:
Product/Service Sold: Skincare Products

Return Policy:

Website: www.auravieantiaging.com

Accept or Previously Accepted Visa/MC/Discover: ☐ Yes ☐ No
Prior Statements Available: ☐ Yes ☐ No

### Sales Profile    Seasonal Business? ☐ Yes ☐ No
If seasonal, specify months:
☐ Jan ☐ Feb ☐ Mar ☐ Apr ☐ May ☐ Jun
☐ Jul ☐ Aug ☐ Sep ☐ Oct ☐ Nov ☐ Dec

Transactions:  % Present:    % Not Present:
Average Ticket $: 98.00
Annual Volume (MC/Visa/Discover) $: 1,200,000
Process eCommerce Transactions? ☐ Yes ☐ No

### Bank Information (Attach voided check)
Bank Name: Wells Fargo
Account Type: ☑ Checking  ☐ Savings
Name on Account:
Acct #: 9972875422    Routing #: 121042882

### Card Acceptance Profile
☐ MC Credit  ☐ MC Debit Visa  ☐ Pin Based Debit
☐ Credit  ☐ Visa Debit
☐ Discover Credit  ☐ Discover Debit
☐ AMEX
☐ EBT

Association ID

App.000242

## Site Survey

(to be completed by Sales Representative)

Did you conduct the site survey in person? ☐ Yes ☐ No
If not, how did you find this merchant? ☐ Outbound marketing (you contacted merchant) ☐ Inbound marketing (merchant contacted you)

| ☐ Retail | ☐ Store Front | ☐ Office Building | ☐ Tradeshow | ☐ Residence |
|---|---|---|---|---|
| ☐ Industrial Building | ☐ Other  Other Desc: | | | |

| Site Photo Included? | ☐ Yes ☐ No | Valid ID Verified? | ☐ Yes ☐ No |
|---|---|---|---|

Square Footage:  ☐ 0-250  ☐ 251-500  ☐ 501-2000  ☐ 2000+

| Merchant: | ☐ Owns | ☐ Leases | Landlord Name: |
| | | | Phone Number: |

Is the Merchant open and actively conducting business with customers?    ☐ Yes ☐ No
If not, please explain:

Is Inventory sufficient for the Business Type?    ☐ Yes ☐ No

Are goods and services delivered at the time of sale?   If not what % is future delivery: _____    ☐ Yes ☐ No
If not, please explain:

By signing below, I verify that (i) I have physically inspected the business premises or I verified the merchant via the phone which included obtaining a copy of a valid picture ID, which I have included with the application, and that (ii) the information stated in this Site Inspection Form is correct to the best of my knowledge and is as presented to me by the Merchant.

Sales Representative Signature:    Date:

Sales Representative Name (Please Print):

## Equipment Information

Terminal Capture Type: ☐ Terminal Capture ☐ Host Capture    Location Name:

| Equipment Type: | | | | PIN Pad: | | | |
|---|---|---|---|---|---|---|---|
| Printer: | | | | Check Reader: | | | |
| Connectivity: | ☐ Dial  ☐ DSL  ☐ IP/Dial  ☐ Wi-Fi/Dial | | | ☐ TSYS Wireless | | Manual Imprinter: ☐ Yes ☑ No | |
| Terminal Setup | Dial Prefix: | | | Call Waiting: | | Tips: ☐ Yes ☑ No | |
| Provider: | ☐ Sales Office  ☐ Merchant Owned  ☐ Processor | | | Auto Close Time: | | | |
| Download Type: | ☐ Retail  ☐ Restaurant  ☐ Lodging  ☐ Cash Advance | | | | | | |

If Nurit Terminal, NOS Version:

| Ship To: | ☐ Merchant | ☐ ISO/Sales Agent | ☐ Office | ☐ Other (Specify): |
|---|---|---|---|---|

Ship Method: ☐ Overnight  ☐ 2nd Day  ☐ Ground
Address:

City:    State:    Zip:

Comments:

222 S. Central Ave, Suite 700, Clayton, MO 63105 | TEL 314 732 0515 | FAX 314 721 7300 | www.clearent.com    v20120626
Clearent LLC is a registered ISO/MSP of First National Bank of St. Louis | 7707 Forsyth Blvd, Clayton, MO 63105 | TEL 314 746 4642    Page 2 of 5

10-2

App.000243

## Pricing

| | Rate | Fee | | Month(s) | Fee |
|---|---|---|---|---|---|
| MasterCard Qualified CheckCard | 2.55 % | $ | Authorization Fee | N/A | $ 0.30 |
| Visa Qualified CheckCard | 2.55 % | $ | IVR / DialPay Authorization | N/A | $ |
| Discover Qualified CheckCard | 2.55 % | $ | Voice Authorization | N/A | $ 0.60 |
| MasterCard Qualified Credit | 2.55 % | $ | AVS Transactions (Surcharge) | N/A | $ 1.25 |
| Visa Qualified Credit | 2.55 % | $ | Batch Processing | N/A | $ 0.25 |
| Discover Qualified Credit | 2.55 % | $ | Chargeback Item Processing | N/A | $ 25.00 |
| American Express | N/A | $ | Retrieval Item Processing | N/A | $ 5.00 |
| EBT | N/A | $ | Non Supported Help Desk Call | N/A | $ |
| Mid Qualified Surcharge | 1.19 % | $ | Application Processing Fee | | $ |
| Non Qualified Surcharge | 1.19 % | $ | Annual Fee | | $ 35.00 |
| Pass Through Card Association Assessments & Fees | | ☐ | Semi-Annual Fee  ** Two Months Required | | $ |
| **Other Fees** | | | Debit Access Fee | N/A | $ |
| Other Fee: NSF | N/A | $ 25.00 | Gross Settlement Fee | N/A | $ |
| Other Fee: Netpay Trans | N/A | $ 0.10 | Monthly Account Fee | N/A | $ |
| Other Fee: Netpay Monthly | N/A | $ 22.50 | Monthly Compass Online Reporting | N/A | $ |
| Other Fee: Adj Fee | N/A | $ 1.00 | Monthly Minimum Discount | N/A | $ |
| PIN-Based Debit ☐ Pass through network fees? | % | $ | Monthly Statement | N/A | $ 10.00 |
| Host Capture Administrative Transaction Fee | N/A | $ | Monthly Supply Club Membership | N/A | $ |
| Express Merchant Funding: ☐ | % | N/A | Monthly Statement: ☑ Online + Paper  ☐ Online Only | | |
| Settlement: ☐ Daily  ☑ Monthly | | | Tax Forms: ☑ Online + Paper  ☐ Online Only | | |

## Merchant Acceptance of Application & Agreement

By signing below on behalf of the merchant described above ("Merchant") the undersigned individual(s) hereby: (i) Represents and warrants that all information contained in this application is true, correct and complete and that such individual(s) have the requisite power and authority to complete, submit and agree to the terms of this Merchant Application and the Merchant Agreement (collectively the "Agreement") on behalf of themselves and Merchant; (ii) confirms that Merchant has reviewed and agrees to be bound by the terms and conditions of the full Agreement; (iii) authorizes Bank and Clearent to request a consumer credit report or reports from one or more consumer reporting agencies; (iv) agrees to allow the Bank and Clearent the right to conduct a physical inspection of Merchant's business premises to assure that the proper facilities, equipment, inventory, and necessary license or permit are present to conduct business; (v) authorizes the Bank, Clearent or their agents to initiate credit and/or debit entries to the account identified in this Merchant Application for amounts originating under the Agreement; and (vi) agrees to maintain a sufficient balance in the authorized bank account to cover all liabilities incurred under the Agreement.

American Express: By signing below, I represent that I have read and am authorized to sign and submit this application for Merchant, which agrees to be bound by the American Express® Card Acceptance Agreement ("CAA"), and that all information provided herein is true, complete and accurate. I authorize Clearent and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct Clearent and American Express and American Express's agents and Affiliates to inform me directly, or inform Merchant, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. I understand that upon American Express's approval of the application, Merchant will be provided with the CAA and materials welcoming it to American Express's Card acceptance program.

The Agreement constitutes the entire agreement between the parties with respect to the subject matter and supersedes any prior agreements and understandings between the parties.

IN WITNESS WHEREOF, the parties have caused the Agreement to be executed by their duly authorized officers:

| Principal Authorized Signer: *[signature] Daniale Perry* | Name Printed: Daniale Perry | Title: CEO | Date: Dec 23, 2013 |
|---|---|---|---|
| Secondary Authorized Signer: | Name Printed: | Title: | Date: |
| Clearent Signature: | Name Printed: | Title: | Date: |
| Bank Signature: | Name Printed: | Title: | Date: |

Personal Guaranty. In consideration of Bank's acceptance of this Agreement, the undersigned Guarantor (jointly and severally if more than one) unconditionally guarantees the performance of all obligations of Merchant to Bank and Clearent under the Agreement, and payment of all sums due thereunder. This is a continuing guaranty and Guarantor agrees that it shall remain in full force and effect until the Agreement is terminated and any associated indebtedness by Merchant is paid in full. Notice of default by Merchant is hereby expressly waived, and it is expressly stipulated that no delay or omission on the part of Bank or Clearent in enforcing the collection of their claims or demands against Merchant shall be held to in any way impair or affect the liability of Guarantor hereunder. Guarantor waives any and all defenses based on suretyship or impairment of collateral. Guarantor agrees to pay all costs and expenses of whatever nature, including attorneys' fees and other legal expenses, incurred by or on behalf of Bank or Clearent in connection with the enforcement of this Guaranty. This guaranty shall bind and inure to the benefit of the personal representatives, heirs, administrators, successors and assigns of Guarantor, Bank and Clearent.

| Guarantor Authorized Signer: *[signature]* | Name Printed: Daniale Perry | Title not applicable to guarantor - leave empty | Date: Dec 23, 2013 |
|---|---|---|---|
| Guarantor Authorized Signer: | Name Printed: | Title not applicable to guarantor - leave empty | Date: |

222 S. Central Ave, Suite 700, Clayton, MO 63105 | TEL 314 732 0515 | FAX 314 721 7300 | www.clearent.com       v20120626

Clearent LLC is a registered ISO/MSP of First National Bank of St. Louis | 7707 Forsyth Blvd, Clayton, MO 63105 | TEL 314 746 4642       Page 3 of 5

10-3

## Taxpayer Information

To comply with Internal Revenue Service (IRS) and card association reporting requirements, we must know the legal name of your business and its Taxpayer Identification Number (TIN). Please complete the W-9 below, making sure it matches your EIN letter (IRS notification CP 575 A), a copy of your W-9, and/or your tax return. To see complete instructions for the W-9, go to http://www.irs.gov/pub/irs-pdf/fw9.pdf.

---

**Form W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
ZEN MOBILE MEDIA, INC

Business name/disregarded entity name, if differs from above (Doing Business As (DBA) name)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). For other entities, it is your employer identification number (EIN).

Note: Please see detailed instructions at http://www.irs.gov/pub/irs-pdf/fw9.pdf.

Social security number: ___-__-____

Employer identification number: 45-____ _07

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Sign Here   Signature of U.S. person: *Darnell Perry*   Date: Dec 23, 2013

222 S. Central Ave, Suite 700, Clayton, MO 63105 | TEL 314 732 0515 | FAX 314 721 7300 | www.clearent.com
Clearent LLC is a registered ISO/MSP of First National Bank of St. Louis | 7707 Forsyth Blvd, Clayton, MO 63105 | TEL 314 746 4642

v20120626
Page 4 of 5

10-4