Michael J. Weiss (SBN 206473)
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com
Local counsel for Receiver

Charlene C. Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
SCHEEF & STONE, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Court-appointed Receiver

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2-15-CV-4527-GW(PLAx) |
| v. | APPENDIX TO INITIAL REPORT |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | |
| Defendants. | |

| EXHIBIT NO. | | PAGE NO. |
|---|---|---|
| 1. | Summary regarding flow of money between all entities | 1 |
| 2. | Brandlin Report | 2-43 |
| 3. | List of all entities that fall within the definition of "Receivership Defendants," including those not yet named in the Amended Complaint | 44-45 |
| 4. | RSA device photos | 46-49 |
| 5. | UMS envelope photos | 50-58 |
| 6. | Summaries of merchant accounts received from EVO and Globalpay | 59-63 |
| 7. | AuraVie and LeOR product photos | 64 |
| 8. | Photos of sticky note with AuraVie customer phone number and "523 messages" from Suite 103 | 65-66 |
| 9. | Yosafian signature stamp and checks | 67-68 |
| 10. | LeOR and AuraVie webpages and email requesting corrections of references to AuraVie in LeOR webpages | 69-89 |
| 11. | USM officers | 90 |
| 12. | Summary of frozen liquidated assets for Receivership Defendants | 91 |
| 13. | Intentionally left blank | |
| 14. | Latsanovski testimony regarding Chargeback Armor | 92 |
| 15. | Email from Chargeback Armor President regarding Alon, his "partner" | 93 |
| 16. | Declaration from Chargeback Armor President | 94-100 |
| 17. | Email from Chargeback Armor's counsel confirming transfer of funds from Secured Merchants to Chargeback Armor | 101 |
| 18. | Secured Merchant invoice to SBM for chargeback and IVRx services | 102-117 |
| 19. | Stephan Bauer Declaration | 118-150 |
| 20. | Stephan Bauer Declaration | 151-169 |
| 21. | Jacem Invoice for AuraVie | 170 |
| 22. | Latsanovski testimony regarding Alon's control over the "Bunzai group of companies" | 171-176 |
| 23. | Email from Robert Unger, counsel to Alon Nottea and Roi Reuveni providing information requested by Receiver | 177-182 |
| 24. | Summary of merchant accounts from computer in 105 Canby | 183-185 |
| 25. | Email from Jim Spertus, former counsel for Doron Nottea providing information requested by Receiver | 186-189 |

| No. | Description | Pages |
|---|---|---|
| 26. | Pre-signed SBM check with sticky note regarding "wrong signature" found in 105 Canby | 190 |
| 27. | Summary of Information provided by counsel for Alon and Reuveni | 191-201 |
| 28. | Trigen, LLC corporate filing records | 202-204 |
| 29. | Photos of CalEnergy checkbook showing payments to Roi Reuveni | 205 |
| 30. | Call scripts and voice logix flow chart obtained from Defendants computers | 206-210 |
| 31. | Copies of chargeback reports attached to emails in Latsanovski personal account | 211-228 |
| 32. | Email to Latsanovski personal email accounting including information about "UK sales", chargeback information and how Latsanovski can help with the business | 229-230 |
| 33. | Latsanovski email to Alon Nottea regarding his opinion about how the businesses should be operated | 231-232 |
| 34. | Email request from Latsanovski to Alon Nottea to transfer funds out of SBM's bank account | 233 |
| 35. | Letter describing partnership dissolution for Bunzai group of companies | 234-235 |
| 36. | Checks from Zen Mobile Media account, payable to Wells Fargo | 236 |
| 37. | Latsanovski testimony regarding merchant account opened by Daniele Perry, whose address is listed as his home address and deposition exhibit with Perry's forged signature | 237-251 |
| 38. | Agreement between SkincareOU and Bunzai Media for use of AuraVie name | 252 |
| 39. | CalEnergy check payable to Focus Media Solutions | 253-254 |
| 40. | Email from prior counsel for all Nottea Defendants, Bill Rothbard, claiming Nottea Defendants had not control or access to computer credentials for computers in Canby Suite 105 | 255 |
| 41. | Documents received from Clickbooth | 256-271 |
| 42. | AuraVie order information received from Jollie consumers | 272-282 |
| 43. | Screen shots of "Mobooka" affiliate marketer pages copied from computer in Suite 105 | 283 |
| 44. | Screen shots of "TrueVisage" product webpages, marketed by Focus Media | 284-285 |
| 45. | Screen shots of "Stemlogica" product webpages, marketed by | 286-288 |

| | | |
|---|---|---|
| | Focus Media and purchased by the Receiver | |
| 46. | Summary and documents received from "Above All Offers" regarding accounts at Above All Offers owned by SBM and Focus Media Solutions, using advertisements placed by Media Urge, Focus Media Solutions, Daria Media, SBM Management, and Bunzai Media Group, and identifying the skin care products marketed by each entity | 289-314 |
| 47. | Screen shots from "Dermacella" product website, which charged the Receiver's credit card for a negative enrollment fee | 315-319 |
| 48. | Notice regarding pending lawsuit placed on AuraVie webpages | 320 |
| 49. | List of landing pages for AuraVie and LeOR products | 321-322 |
| 50. | Screen shot taken in 105 Canby of bank account information for the New Entities | 323 |
| 51. | Eran Link Declaration | 324 |
| 52. | Eran Link Declaration | 325 |
| 53. | Sunset Holdings Operating Agreement | 326-338 |
| 54. | "Verbal Agreement" purporting to transfer all of CalEnergy's interest in Sunset Holdings | 339-340 |
| 55. | Stipulation regarding Sunset Holdings' real estate transactions | 341-349 |
| 56. | Wire transfer documents showing improper disbursement of funds regarding Sunset Holdings' real estate transactions | 350-353 |
| 57. | Summary of Assets and Liabilities | 354 |
| 58. | Documents reflecting officers for Netistics, LLC | 355-356 |
| 59. | Email from Latsanovski counsel Kim regarding realty owned by Sunset and explanations regarding transactions between CalEnergy, Sunset and Guayas | 357-359 |
| 60. | Document obtained from computers in 105 Canby referencing a transfer to Latsanovski's "Estonian" corporation | 360 |
| 61. | Latsanovski testimony regarding ownership of Guayas and location of its CEO | 361-366 |
| 62. | Email from Davidian identifying entities for which he processed payroll and the individuals on payroll for each entity | 367 |
| 63. | Ageless Youth/Skingrandiose.com landing pages which are very similar to AuraVie | 368-369 |
| 64. | Complete Merchant Solutions application for All-Star Beauty Products dba SkinGrandiose.com | 370-373 |
| 65. | Invoice received by Secured Commerce for work performed | 374 |

| | | |
|---|---|---|
| | by vendor at Pinnacle Logistics location | |
| 66. | Secured Commerce invoice to Bunzai for work on AuraVie landing pages | 375-376 |
| 67. | Summary of gross sales for all Receivership Defendants premised on available tax returns | 377 |
| 68. | Summary of electronic signatures for contracts produced by "Clickbooth.com," evidencing "Stephan Bauer" signature provided by Alon's email account | 378-379 |
| 69. | Email from counsel for Paul Medina, and former counsel to Focus Media Solutions regarding terms of loan received from Latsanovski | 380-381 |
| 70. | Netistics officers | 382-384 |
| 71. | Documents reflecting current officers of Merchant Leverage Group | 385-386 |
| 72. | Latsanovski's testimony regarding loan cycle between Bavaria Inter, LP, Guayas, CalEnergy and Sunset Holdings | 387-392 |
| 73. | Assignment Agreement between Guayas and Sunset Holdings regarding funds transferred to CalEnergy | 393-397 |
| 74. | Koonce email to Ungar requesting information regarding Merchant Leverage Services | 398 |
| 75. | Report regarding the "Russian Laundromat" | 399 |
| 76. | List of sixty entities connected to the Individual or Receivership Defendants | 400-408 |