

# INVOICE

Invoice Date: 01/20/2014
Invoice #: JL012014TD13

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 01.13.14 - 01.19.14 **Terms:** Net 7  **Due Date:** 01/27/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 643 | $45.00 | $28,935.00 |
| 31020 | Dellure (Gold Mask) - Trial | 343 | $45.00 | $15,435.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 19 | $45.00 | $855.00 |
| 31098 | Auravie - Anti-Aging Cream - Trial (Email Only) | 11 | $45.00 | $495.00 |
| | | | SUBTOTAL | $45,720.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $45,720.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*


EXHIBIT 41

Page 13

App.000256



# INVOICE

**Invoice Date:** 01/14/2014
**Invoice #:** JL011414TD12

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 01.06.14 - 01.12.14 **Terms:** Net 7  **Due Date:** 01/21/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 299 | $45.00 | $13,455.00 |
| 31020 | Dellure (Gold Mask) - Trial | 151 | $45.00 | $6,795.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 2 | $45.00 | $90.00 |
| | | | SUBTOTAL | $20,340.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $20,340.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 14

App.000257



# INVOICE

Invoice Date: 01/07/2014
Invoice #: JL010714TD21

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 01.01.14 - 01.05.14 **Terms:** Net 7 **Due Date:** 01/14/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 31098 | Auravie - Anti-Aging Cream - Trial (Email Only) | 1 | $45.00 | $45.00 |
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 261 | $45.00 | $11,745.00 |
| 31020 | Dellure (Gold Mask) - Trial | 19 | $45.00 | $855.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 4 | $45.00 | $180.00 |
| | | | SUBTOTAL | $12,825.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $12,825.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 15

App.000258



# INVOICE

Invoice Date: 12/31/2013
Invoice #: JL010714TD20

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL  34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA  91203-1439
United States

Attn: Stephan Bauer
Phone:  818.200.1035
Email:   accounting@sbmmgmt.com

**Invoice Period**: Traffic for 12.30.13 - 12.31.13 **Terms:** Net 7   **Due Date:** 01/14/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 31098 | Auravie - Anti-Aging Cream - Trial (Email Only) | 5 | $45.00 | $225.00 |
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 9 | $45.00 | $405.00 |
| 31020 | Dellure (Gold Mask) - Trial | 18 | $45.00 | $810.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 3 | $45.00 | $135.00 |
| | | | SUBTOTAL | $1,575.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $1,575.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 16

App.000259



# INVOICE

Invoice Date: 12/31/2013
Invoice #: JL010314TD1

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 12.23.13 - 12.29.13 **Terms:** Net 7 **Due Date:** 01/10/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 31098 | Auravie - Anti-Aging Cream - Trial (Email Only) | 37 | $45.00 | $1,665.00 |
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 30 | $45.00 | $1,350.00 |
| 31020 | Dellure (Gold Mask) - Trial | 26 | $45.00 | $1,170.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 32 | $45.00 | $1,440.00 |
| | | | SUBTOTAL | $5,625.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $5,625.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 17

App.000260



# INVOICE

Invoice Date: 12/26/2013
Invoice #: JL122613BB17

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL  34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA  91203-1439
United States

Attn: Stephan Bauer
Phone:  818.200.1035
Email:   accounting@sbmmgmt.com

**Invoice Period**: Traffic for 12.16.13 - 12.22.13 **Terms:** Net 7   **Due Date:** 01/02/2014

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 31098 | Auravie - Anti-Aging Cream - Trial (Email Only) | 2 | $45.00 | $90.00 |
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 32 | $45.00 | $1,440.00 |
| 31020 | Dellure (Gold Mask) - Trial | 21 | $45.00 | $945.00 |
| 31097 | Dellure (Gold Mask) - Trial (Email Only) | 55 | $45.00 | $2,475.00 |
| | | | SUBTOTAL | $4,950.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $4,950.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

App.000261



# INVOICE

**Invoice Date:** 12/16/2013
**Invoice #:** JL121613TD16

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 12.09.13 - 12.15.13 **Terms:** Net 7 **Due Date:** 12/23/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 18 | $45.00 | $810.00 |
| 31020 | Dellure (Gold Mask) - Trial (Exclusive) | 10 | $45.00 | $450.00 |
| | | | SUBTOTAL | $1,260.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $1,260.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 19

App.000262



# INVOICE

**Invoice Date:** 12/09/2013
**Invoice #:** JL120913TD16

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 12.02.13 - 12.08.13 **Terms:** Net 7 **Due Date:** 12/16/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 333 | $45.00 | $14,985.00 |
| 31020 | Dellure (Gold Mask) - Trial (Exclusive) | 35 | $45.00 | $1,575.00 |
| | | | SUBTOTAL | $16,560.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $16,560.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 20

App.000263



# INVOICE

**Invoice Date:** 12/03/2013
**Invoice #:** JL120313TD22

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period:** Traffic for 12.01.13     **Terms:** Net 7   **Due Date:** 12/10/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 15 | $45.00 | $675.00 |
| 31020 | Dellure (Gold Mask) - Trial (Exclusive) | 5 | $45.00 | $225.00 |
| | | SUBTOTAL | | $900.00 |
| | | Sales Tax | | $0.00 |
| | | TOTAL | | $900.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 21

App.000264



# INVOICE

**Invoice Date:** 11/30/2013
**Invoice #:** JL120313TD12

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL  34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA  91203-1439
United States

Attn: Stephan Bauer
Phone:  818.200.1035
Email:  accounting@sbmmgmt.com

**Invoice Period**: Traffic for 11.25.13 - 11.30.13 **Terms:** Net 7   **Due Date:** 12/10/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie - Better Than Botox - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) (Exclusive) | 315 | $45.00 | $14,175.00 |
| 31020 | Dellure (Gold Mask) - Trial (Exclusive) | 118 | $45.00 | $5,310.00 |
| | | | SUBTOTAL | $19,485.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $19,485.00 |

**Payment Instructions:**
**Wire/ACH Details –** Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 22

App.000265



# INVOICE

**Invoice Date:** 11/25/2013
**Invoice #:** JL112513TD1

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL  34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA  91203-1439
United States

Attn: Stephan Bauer
Phone:  818.200.1035
Email:   accounting@sbmmgmt.com

**Invoice Period**: Traffic for 11.18.13 - 11.24.13  **Terms:** Net 7   **Due Date:** 12/02/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 685 | $45.00 | $30,825.00 |
| 31020 | Dellure (Gold Mask) - Trial | 301 | $45.00 | $13,545.00 |
| | | SUBTOTAL | | $44,370.00 |
| | | Sales Tax | | $0.00 |
| | | TOTAL | | $44,370.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 23

App.000266



# INVOICE

**Invoice Date:** 11/19/2013
**Invoice #:** JL111913TD10

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period**: Traffic for 11.11.13 - 11.17.13 **Terms:** Net 7   **Due Date:** 11/26/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 552 | $45.00 | $24,840.00 |
| 31020 | Dellure (Gold Mask) - Trial | 263 | $45.00 | $11,835.00 |
| | | | SUBTOTAL | $36,675.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $36,675.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 24

App.000267



# INVOICE

**Invoice Date:** 11/13/2013
**Invoice #:** JL111313TD9

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period:** Traffic for 11.04.13 - 11.10.13 **Terms:** Net 7  **Due Date:** 11/20/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 671 | $45.00 | $30,195.00 |
| 31020 | Dellure (Gold Mask) - Trial | 322 | $45.00 | $14,490.00 |
| | | | SUBTOTAL | $44,685.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $44,685.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 0000241767116
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 25

App.000268



# INVOICE

**Invoice Date:** 11/05/2013
**Invoice #:** JL110513TDR

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period:** Traffic for 11.01.13 - 11.03.13 **Terms:** Net 7 **Due Date:** 11/12/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 140 | $45.00 | $6,300.00 |
| 31020 | Dellure (Gold Mask) - Trial | 80 | $45.00 | $3,600.00 |
| | | SUBTOTAL | | $9,900.00 |
| | | Sales Tax | | $0.00 |
| | | TOTAL | | $9,900.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number:** 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 26

App.000269



# INVOICE

**Invoice Date:** 10/31/2013
**Invoice #:** JL110513TDQ

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA 91203-1439
United States

Attn: Stephan Bauer
Phone: 818.200.1035
Email: accounting@sbmmgmt.com

**Invoice Period:** Traffic for 10.28.13 - 10.31.13 **Terms:** Net 7  **Due Date:** 11/12/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 53 | $45.00 | $2,385.00 |
| 31020 | Dellure (Gold Mask) - Trial | 36 | $45.00 | $1,620.00 |
| | | | SUBTOTAL | $4,005.00 |
| | | | Sales Tax | $0.00 |
| | | | TOTAL | $4,005.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number:** 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 27

App.000270



# INVOICE

**Invoice Date:** 10/29/2013
**Invoice #:** JL102913BBG

**Clickbooth.com, LLC**
5901 N Honore Ave, Suite 220
Sarasota, FL  34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**SBM Management, Inc**
655 N Central Ave, 17th Floor
Glendale, CA  91203-1439
United States

Attn: Stephan Bauer
Phone:  818.200.1035
Email:  accounting@sbmmgmt.com

**Invoice Period**: Traffic for 10.21.13 - 10.27.13 **Terms:** Net 7   **Due Date:** 11/05/2013

| Item | ClickBooth Network CPA / CPL Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 12395 | Auravie 3 in 1 - Anti-Aging Cream and Serum - Trial (CB2X: DOUBLE Payout Trial) | 20 | $45.00 | $900.00 |
| 31020 | Dellure (Gold Mask) - Trial | 11 | $45.00 | $495.00 |
| | | SUBTOTAL | | $1,395.00 |
| | | Sales Tax | | $0.00 |
| | | TOTAL | | $1,395.00 |

**Payment Instructions:**
Wire/ACH Details – Account Name: ClickBooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number**: 0000241767116
**Routing #:** 263191387
**Swift Code:** BRBTUS33

**Check:** (via fax to 941.296.8709 or mail) payable to ClickBooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 28

App.000271