# Complete Advantage® Checking

Account number: ■ May 13, 2015 - June 10, 2015 ■ Page 1 of 6

THE JOLLIE JR FAMILY TRUST
EDWARD S JOLLIE JR
NANCY R JOLLIE

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/13 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| **Ending balance on 6/10** | |

Account number:
**THE JOLLIE JR FAMILY TRUST**
**EDWARD S JOLLIE JR**
**NANCY R JOLLIE**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

EXHIBIT 42

(114)

| | | |
|---|---|---|
| 6/4 | Recurring Payment authorized on 06/02 Facecream 86620756 855 CA 9 Card | 37.00 |







App.000276

AuraVie
Aura of Youth
REGEN
Enriched with Vitamin A, C, D & E Omega 3, 6 & 9
Collagen Açaí Berry Resveratrol
ANTI-WRINKLE EYE CREAM
ALL SKIN TYPES
.5 FL.OZ/15 ML

App.000279



**Packing List**
**Order #5022426**

email sent 6/22/15
CALL & CANCEL
NO ANSWER

**Ship From:**

AURAVIE SKINCARE
PO BOX 10465
VAN NUYS, CA 91410, US
(866) 216-9336
SUPPORT@AURAVIE.COM

**Ship To:**

EDWARD JOLLIE

| SHIP DATE | SHIP VIA | PAYMENT | TOTAL ITEMS | TOTAL WEIGHT |
|---|---|---|---|---|
| 06-02-2015 | USPS | visa | 1 | 0.8 lbs |

| QTY | SKU | NAME | PRICE |
|---|---|---|---|
| 1 | Aura-SuperVIP-37 | Auravie Super VIP Program $37 continues on $37 rebill | $ 37.00 |

If you have any questions, please feel free to contact our Customer Service department from 7am to 4pm PST at 866-216-9336. Thank you!

**Shipping & Handling:** $ 0.00
**Processing Fee:** $ 0.00
**Tax:** $ 0.00
**Discount:** $ 0.00
**Total:** $ 37.00


PROTECTING AMERICA'S CONSUMERS

Auravie has been placed under court-ordered receivership by the Federal Trade Commission. Charlene Koonce of Scheef & Stone, LLP has been appointed as Temporary Receiver.

Currently this web site is inactive. Please check back later for updates.

Information found on AuraVie.com

REPLY | REPLY ALL | FORWARD | ACTION | DELETE

**Communications**

**edjollie** to **support** show details 2 min ag

Hello.

Several times I have tried to call you during your regular business hours, as stated on the phone message that refused my call.

Please call me at, . I need to speak to you.

Thank You,

Edward Jollie

PS- Please respond to this email, so I will know it has been received.
ej

6/4/15 Recurring payment authorized on 6/2
Facecream 866. 6 855- 780 CA
'6809 CARD.
$37.00