View History Bookmarks Window Help — Tue 11:5

mobooka.us

Reporting API | david@focusmediasolutions.com (ID:595) | Logout

## Campaign Summary

Enter SubAffiliate ID: Start typing to search | Pacific Standard Ti | Year To Date | Start 1/1/2015 | End 6/23/2015

| Campaign | Format | Price | Clicks | Convers... | Revenue | EPC | Events |
|---|---|---|---|---|---|---|---|
| TryClarity - Step 2 - US | CPA | $41.00 | 13 | 0 | $0.00 | $0.00 | 0 |
| TruVisage - Step 1 - IN... | CPA | $36.00 | 33 | 0 | $0.00 | $0.00 | 0 |
| Tru Visage Anti Aging F... | CPA | $36.00 | 559 | 6 | $280.00 | $0.50 | 2 |
| Tru Visage Anti Aging F... | CPA | $36.00 | 1 | 0 | $0.00 | $0.00 | 0 |
| Supreme Cleanse - Ste... | CPA | $36.00 | 2 | 1 | $36.00 | $18.00 | 0 |
| Stemologica w/ Beautê... | CPA | $45.00 | 40165 | 2915 | $131,175.00 | $3.27 | 0 |
| Stemologica w/ Beautê... | CPA | $45.00 | 8 | 7 | $315.00 | $39.38 | 0 |
| Stemologica w/ Beautê... | CPA | $45.00 | 12 | 1 | $45.00 | $3.75 | 0 |
| Stemologica w/ Beautê... | CPA | $41.00 | 34 | 1 | $41.00 | $1.21 | 0 |
| Stemologica - Step 2 - ... | CPA | $45.00 | 77 | 1 | $45.00 | $0.58 | 0 |
| Skin Revive - Step 2 - US | CPA | $41.00 | 39 | 3 | $123.00 | $3.15 | 0 |
| Rovelle - Step 2 - US | CPA | $41.00 | 1550 | 122 | $5,002.00 | $3.23 | 0 |
| Reverse Phone Look U... | CPA | $18.00 | 1 | 0 | $0.00 | $0.00 | 0 |
| [illegible] | CPA | $45.00 | 243 | 12 | $862.00 | $3.55 | 8 |
| * | * | * | 96828 | 10294 | $523,342.00 | * | 1839 |

Page 1 of 3 | Rows Per Page: 30 | Displaying Items 1 - 30 of 89

## Performance

$21,434.00
$98,148.00
MTD

$523,342.00
$0.00
YTD

Pacific Standard Time

| | Current | Previous |
|---|---|---|
| Today - 06/23/2 | $0.00 | $0.00 |
| WTD | $0.00 | $4,249.00 |
| 7-Day | $3,889.00 | $4,086.00 |
| MTD | $21,434.00 | $98,148.00 |
| 30-Day | $56,915.00 | $71,219.00 |
| YTD | $523,342.00 | $0.00 |
| 12 Months | $523,342.00 | $0.00 |

## Top Offers

All Verticals

| Offer | EPC |
|---|---|
| Beautêmer - Step 2 - CA/UK | $26.68 |
| *New* Natural Cleanse Plus - Step 2 - CA | $9.79 |
| Bellaplex (Luma) - Step 2 - AU/NZ | $8.87 |
| Keranique Daily Essentials - Step 2 - US | $8.32 |
| Bellaplex (NEW) - Step 2 - AU/NZ | $7.63 |
| Vitalia Derma - Step 2 - CA | $4.11 |
| Rejuviderme - Step 2 - US | $4.03 |
| Skin Revive - Step 2 - US | $3.99 |
| Apex Cleanse and Detox - US | $3.73 |
| HT Rush - Step 2 - US | $3.63 |
| Lumera - Step 2 - UK | $3.53 |

## Stemologica w/ Beautêmer Upsell - Step 1 - CA/UK - Private Tier - CPA

Info | Events | Creatives | Email | Testing & Tracking | Marketplace | Offer

### escription

ffer converts on trial with $3.95 S & H. 14 day rebill of $97.95.
ffer is a True 1 click upsell.
ffer can be ran as a single step.
ffer is Mobile Responsive.

an be ran as the Step 1, Step 2, or single step must be paired with w/ Beautemer**

### estrictions

/UK/CA Only No Incent No Coreg. Offer can not be paired with other offers.

an be ran as the Step 1, Step 2, or single step must be paired with w/ Beautemer**

**$45.00**

**Price Format:** CPA
**Allowed Countries:**
**Vertical:** Skin

**Creatives:**
1 Image | 5 Link | 1 Email

**Allowed Media Types:**
Banner, Email, SEO
Contextual, PPC, Social Media

## Bills

| Billing Period | Amount | Date Paid |
|---|---|---|
| Open : 6/22/2015 - 6/28/2015 | $0.00 | Current |
| Open : 6/15/2015 - 6/21/2015 | $3,889.00 | Unbilled |
| 6/8/2015 - 6/14/2015 | $4,941.00 | 6/17/2015 |
| 6/1/2015 - 6/7/2015 | $12,244.00 | 6/10/2015 |
| 5/25/2015 - 5/31/2015 | $27,780.00 | 6/3/2015 |
| 5/18/2015 - 5/24/2015 | $20,436.00 | 5/27/2015 |
| 5/11/2015 - 5/17/2015 | $13,529.00 | 5/20/2015 |
| 5/4/2015 - 5/10/2015 | $22,449.00 | 5/14/2015 |
| 4/27/2015 - 5/3/2015 | $21,802.00 | 5/6/2015 |

Page 1 of 1 | Rows Per Page: 30 | Displaying Items 1 - 23 of 23

Lifestyle Media Brands WF1.csv
Xcite WF1.csv
Dynamic Media WF.csv
SBM WF.csv
Lifestyle Media Brands WF2.csv
Insight Media WF.csv
Heritage Financial WF.csv

tabbies EXHIBIT #3










App.000286





https://www.gentaderma.com/login.php?categoryid=0
Gentaderma - The Fountai...
855-343-0574
For Customer Support
Cellagenta
Login Register Support Cart USD
Home
Our Products
About Us
Customer Support
Testimonials
Special Offer
Home » Login
256-bit SSL Encrypted Secure Connection
Already have an account? Login here:
E-mail address
Password
Log me in
Don't have an account yet? Register free now!
From: Stemologica <support@gentaderma.com>
To: sarah.benes@solidcounsel.com
Subject: Your Stemologica Kit is Reserved! Order Confirmation (OF3-J4JDV)
Hi Kelly,
Congratulations! Your Stemologica trial has been reserved and will be dispatched within 2-3 business days. Once we have shippe
will receive an additional e-mail confirmation with your tracking ID.
*** PLEASE SAVE THIS EMAIL FOR YOUR RECORDS ***
You can manage your account online 24/7 by securely logging in at:
https://www.gentaderma.com/myAccount.php
Username: sarah.benes@solidcounsel.com
Password: ssc60667
*** PLEASE SAVE THIS EMAIL FOR YOUR RECORDS ***
May we suggest you carefully review the order details and ensure they're accurate.
Order ID: OF3-J4JDV
Date: 06/30/2015
Your Stemologica trial will be shipped to the following address:
Kelly Crawford
500 N Akard ste 2700
Dallas, TX 75201
United States
Your credit card ending 2125 has been charged $5.95 for shipping and handling. This charge will appear on your statement as ge
8553430574.
We are certain you will be amazed with the rejuvenating powers of our product during your two week evaluation period.
Should you have any further questions, please do not hesitate to get in touch.
Thanks for your order,
The Stemologica Team
---------------
www.gentaderma.com
Stemologica

855-343-0574
For Customer Support
Cellagenta
Logout My Account Support Cart USD
Home
Our Products
About Us
Customer Support
Testimonials
Special Offer
Home » My Account
My Profile
Manage AutoRefill
Subscriptions
Change Password
Messages
Manage AutoRefill
Replenishment frequency that fits your lifestyle:
Monthly Replenishment $69 with Free S&H
Once Every 6 Weeks $69 with Free S&H
Every 2 months $69 with Free S&H
Every 3 months $69 with Free S&H
Do not send AutoRefill (Not recommended)
Save changes
Cancel
Hi Kelly,
Congratulations! Your Stemologica trial has been reserved and will be dispatched within 2-3 business days. Once we have shippe
will receive an additional e-mail confirmation with your tracking ID.
*** PLEASE SAVE THIS EMAIL FOR YOUR RECORDS ***
You can manage your account online 24/7 by securely logging in at:
https://www.gentaderma.com/myAccount.php
Username: sarah.benes@solidcounsel.com
Password: ssc60667
*** PLEASE SAVE THIS EMAIL FOR YOUR RECORDS ***
May we suggest you carefully review the order details and ensure they're accurate.
Order ID: OF3-J4JDV
Date: 06/30/2015
Your Stemologica trial will be shipped to the following address:
Kelly Crawford
500 N Akard ste 2700
Dallas, TX 75201
United States
Your credit card ending 2125 has been charged $5.95 for shipping and handling. This charge will appear on your statement as ge
8553430574.
We are certain you will be amazed with the rejuvenating powers of our product during your two week evaluation period.
Should you have any further questions, please do not hesitate to get in touch.
Thanks for your order,
The Stemologica Team
---------------
www.gentaderma.com
Stemologica

App.000288

1. **Receiverhip Defendants accounts with Above All Offers**
   A. Advertiser account:
   169-SBM Management DBA Daria
   Login: paul@mediaurge.com P: *seebelow
   155 N Lake Ave #800
   Pasadena, CA. 91101
   USA
   Contact: Paul Medina
   626-639-8788
   DariaMediainc@gmail.com
   Account started: 11/18/2012
   Account closed: 8/16/2014
   Total Earnings: $1,021,823.00
   *Insertion order attached
   B. Affiliate account:
   11340-Focus Media Solutions
   Login: Support@focusmediasolutions.com P: *see below
   Contact
   David Yosafian
   Support@focusmediasolutions.com
   18375 Ventura Blvd
   #600
   Tarzana, CA. 91356
   USA
   Account Started: 5/4/2013
   Account Closed: Still active
   Account Balance: $414.00
   Total Earnings: $505,862.50
   *wire/ach and w9 documents attached.
   *We have a secure password system. We cannot view or manually change their passwords. We can only send a secured password reset link to their email account on file. I requested the password from them and they responded the following: focusmedia818*

2. **They have conducted their accounts via the following entities**
A. Media Urge
B. Focus Media Solutions
C. Daria Media
D. SBM Management
E. Bunzai Media Group INC.
*Attached are all the supporting documents we could trace back to these same entities.

3. **Products/Merchants**
   Age Reenew Skin-Nutralink LLC
   Bellaplex-Atlantic Coast Media Group
   Cellogica- EHL INC.
   Junisse-ID Marketing
   Juvesiio-Juvesiio LTD (Athena Beauty Labs LLC)
   Opuderm-Coaction Commerce LLC
   Pure Collagen-Coaction Commerce LLC
   Rejuviderme-ID Marketing
   Stemologica-DU Mondi LTD


EXHIBIT 46

Date: 4-25-13

# ADVERTISER INSERTION ORDER

### 1. Advertiser Information

| Legal Company Name | | | | | |
|---|---|---|---|---|---|
| Media Urge Inc | | | | | |
| Billing Address | City | State/Prov | Country | | Zip/Postal |
| 18757 Burbank Blvd suite 205 | Tarzana | LA | USA | | 91356 |
| Representative Name | Phone Number | Fax Number | Email Address | | |
| RAV/Media | 818-200-1035 | | | | |
| Accounting Contact | Phone Number | Fax Number | Email Address | | |

### Above All Offers Corp. Contact Information

| ABOVE ALL OFFERS CORPORATION 72 W. Broadway Suite #200 Eugene, OR. 97401 Phone: +1 (503) 298-5912 Fax: +1 (800) 343-0903 | Management | Accounting Contact |
|---|---|---|
| | Eli Aloisi | Robert Moore |
| | Phone Number | Phone Number |
| | 503-298-5912 | 503-298-5708 |
| | Fax Number | Fax Number |
| | 800-343-0903 | 800-343-0903 |
| | Email Address | Email Address |

### 2. Campaign Information:

| Campaign(s) Name | Auravie |
|---|---|
| Placements/Promotion Methods | No Incent- No Co Reg |
| Accepted Country(s) | US Only |
| | |
| Start Date | immediately |
| End Date | Indefinitely |
| CPS Payment | $45.00 |
| Order Quantity | unlimited |
| Total Spend | indefinitely |
| Tracking | Pixel tracking, but advertiser is responsible for providing a login for stats, or to send them daily |
| Payment Terms | Net Seven (7) Weekly |
| Additional Comments | can't say sample in advertorial, or say "give it away". |

Advertiser Initials _PM_

App.000290

TERMS AND CONDITIONS:

This insertion order (the "Insertion Order"), together with **Exhibit A** attached and incorporated herein, (collectively, the "Agreement") constitutes the entire understanding of the parties with respect to its subject matter and supersedes all prior understandings and agreements, whether oral or written, regarding this matter. Any changes, modifications, revisions, supplements or waivers to this Agreement must be in writing and signed by an authorized representative of both parties; the only exception to this is that price increases may be confirmed via email which will be serving as a binding contractual agreement. Advertiser hereby grants to ABOVE ALL OFFERS CORPORATION a non-exclusive royalty-free license to use the Advertiser's intellectual property, including without limitation trademarks, service marks and copyrights, throughout the world pursuant to the Agreement. ABOVE ALL OFFERS CORPORATION will distribute Advertiser's campaign(s) described above through ABOVE ALL OFFERS CORPORATION's performance-based affiliate advertising network at ABOVE ALL OFFERS CORPORATION's sole discretion.

ACCEPTED AND AGREED TO BY:

**ADVERTISER:**
Company: Media Urge Inc
Signature:
Title: VP
Date: 4-25-13
Print Name: Paul Medina

**ABOVE ALL OFFERS CORPORATION**
Signature:
Title: Network Manager

### Terms and Conditions/Exhibit A

The following terms and conditions govern the placement and delivery of advertising ("Ad") as set forth in the Insertion Order ("IO") to which these terms and conditions are attached (the IO and these terms and conditions are collectively referred to herein as the "Agreement"). For purposes of this Agreement, "Action" means an act or event by a third party upon which the CPA Payment is based, as set forth in the IO.

1. **Creative:** Advertiser will provide ABOVE ALL OFFERS CORPORATION ("ABOVE ALL OFFERS CORPORATION") with the creative materials for the advertisements ("Ads") and/or campaigns, including product/service descriptions, graphic images, logos, and copy (the "Copy"). If ABOVE ALL OFFERS CORPORATION provides the creative, that creative will be exclusive to ABOVE ALL OFFERS CORPORATION and the advertiser shall not permit any third parties to use the creative materials. If such a breach occurs this will cause irreparable harm to ABOVE ALL OFFERS CORPORATION and the Advertiser shall be responsible for paying ABOVE ALL OFFERS CORPORATION 50% of the revenue that is generated from that creative indefinitely.

2. **Terms of Payment and Pricing:** It is agreed that the pricing for the specific campaign(s) shall be pursuant to the Insertion Order (the "Insertion Order"), attached and incorporated herein by reference under the "CPS Payment" section. For all payments to ABOVE ALL OFFERS CORPORATION, Advertiser shall pay within the number of days set forth in the "Payment Terms" portion of the IO, if no number is set forth payment will be made within seven (7) days after the end of the seven (7) day period in which the payments are earned (the "CPS Payment"). Advertiser will provide ABOVE ALL OFFERS CORPORATION with tracking of actions submitted via access to its reporting system, and will also place tracking codes (pixels) on Advertiser sites as requested by ABOVE ALL OFFERS CORPORATION. Advertiser shall be bound by ABOVE ALL OFFERS CORPORATION's determination of the number of Actions. ABOVE ALL OFFERS CORPORATION will bill the Advertiser on the higher of the following 2 numbers: 1) The number that the Advertiser provided; 2) the number of times ABOVE ALL OFFERS CORPORATION's pixel fired. If there is a discrepancy larger than 10%, both

Advertiser Initials PM

parties will take all reasonable measures to come to a reasonable and fair outcome. If ABOVE ALL OFFERS CORPORATION's number of actions is higher than the Advertiser's ABOVE ALL OFFERS CORPORATION will provide the advertiser with proof such as but not limited to order ID's, IP addresses, and Time Stamps of each payable Action. If there is any potential scrub of leads/actions/sales ("Actions"), this must be made clear by the Advertiser in the Insertion Order attached herein by reference: the Advertiser cannot scrub (not pay) on Actions for any reason that is not set forth in the Insertion Order. If the Insertion Order contains reasons for why an Action can be scrubbed, the Advertiser must provide ABOVE ALL OFFERS CORPORATION a full lead report (including commercially reasonable data supporting the invalidity of the Actions and setting forth which Actions are alleged to be invalid) that proves beyond a doubt why an Action will not be paid on within three (3) days from the time that the action took place in order for any Actions to be invalidated or scrubbed. If the Advertiser does not dispute the total count of CPA Actions (or ABOVE ALL OFFERS CORPORATION's invoice) within 3 business days of the end of the billing cycle (via email), the amount invoiced will be binding. If invoice is not paid within 15 days of its due date, a late fee of 5% per month will be applied until the balance is paid in full.

3. **Ownership of Data:** Unless otherwise provided in the Insertion Order, Advertiser will retain the sole and exclusive right to use all data delivered to Advertiser from the campaign, provided that ABOVE ALL OFFERS CORPORATION may use and disclose the visitors data (other than personally identifiable information) derived from Advertiser's campaign only for (1) ABOVE ALL OFFERS CORPORATION reporting purposes consisting of compilation of aggregated statistics about its services (e.g., the aggregate number of messages delivered) that may be provided to customers, potential customers and the general public, and (2) if required by court order, law or government Advertiser.

4. **Suppression Lists:** Advertiser is required to provide ABOVE ALL OFFERS CORPORATION with a suppression list of opt-outs and unsubscribes (the "List") no more than forty-eight (48) hours after receiving such transmission from third party user. ABOVE ALL OFFERS CORPORATION is not liable for any result or consequence arising out of (a) Advertiser's failure to timely provide ABOVE ALL OFFERS CORPORATION with a Suppression List; (b) any Suppression List provided by Advertiser that is in any way inaccurate or incomplete; (c) any Publisher's failure to scrub its database against the Suppression List provided by Advertiser; and/or (d) any violations of Advertiser's privacy policy in ABOVE ALL OFFERS CORPORATION delivery of the Suppression List to Publishers.

5. **Relationship of the Parties and Term/Cancellation:** The parties have agreed to work together as independent contractors. This Agreement shall commence on the first day it is signed by the Advertiser (fax signatures are acceptable and enforceable) and are considered originals and, subject to each party's right to cancel, shall run as provided in the Insertion Order. Unless otherwise agreed herein, either party may cancel with notice of three (3) business days, which means that the advertiser must give ABOVE ALL OFFERS CORPORATION 3 business days to pause or cancel the campaign.

6. **Representations and Warranties:** Each party represents and warrants that (i) such party has all of the requisite right, title and authority to enter into this Agreement, to grant the rights and to perform the acts required of it hereunder; and (ii) the entry into the Agreement and performance hereunder do not and will not violate any agreement of such party or by which such party is bound. Further, it is agreed that Advertiser is responsible for the accuracy, completeness and ownership of any and all information provided to ABOVE ALL OFFERS CORPORATION and similarly, that Advertiser will be responsible for ensuring the acquisition of all required consents in respect of the use of all such information, including, without limitation, all intellectual property contained in these materials. Advertiser represents and warrants that any information provided to ABOVE ALL OFFERS CORPORATION, or action taken pursuant to this Agreement will not(a) infringe on any third party's copyright, patent, trademark, trade secret or other proprietary rights or right of publicity or privacy; (b) violate any law, statute, ordinance or regulation, including, without limitation, laws and regulations governing export control, Section 5 of the FTC Act, false advertising or unfair competition; (c) be defamatory or libelous; (d) be pornographic or obscene; or (e) contain viruses, trojan horses, worms, time bombs, cancelbots or other similar harmful or deleterious programming routines. Advertiser represents and warrants that it complies with all applicable laws governing privacy and that it has a posted privacy policy to which it adheres in all respects. Advertiser further represents and warrants that the product or service that is being promoted through any Campaign hereunder is not the subject of any ongoing investigation by any local, state or federal regulatory or quasi-

Advertiser Initials ___*PM*___

regulatory authorities. Advertiser represents and understands that information provided by consumers to Advertiser may be inaccurate, whether intentionally or negligently, and that such inaccuracies are not caused by ABOVE ALL OFFERS CORPORATION nor fraud committed by ABOVE ALL OFFERS CORPORATION or its affiliates. The signatory on behalf of the Advertiser below warrants and represents that they have the power and authority to bind Advertiser, and that they have read and understood the entirety of this Insertions order and ABOVE ALL OFFERS CORPORATION's Terms and Conditions. Advertiser will hold ABOVE ALL OFFERS CORPORATION harmless and indemnify it including attorney's fees for any misrepresentation under this paragraph.

7.   **Down Time.** Advertiser is responsible for keeping the internet site that ABOVE ALL OFFERS CORPORATION is sending traffic to up and running functionally at all times. Unless the advertiser provides ABOVE ALL OFFERS CORPORATION with at least twenty-four (24) hour notice that the internet site will be temporarily down for a specific period of time, the advertiser is liable for crediting ABOVE ALL OFFERS CORPORATION for all Actions that would have occurred. Both parties will make a fair and reasonable effort to determine how many Actions would have occurred during any down time based off of the number of clicks that were sent while the internet site was down, and the average conversion rate preceding and following the down time.

8   LIMITATIONS OF LIABILITY. IN NO EVENT SHALL ABOVE ALL OFFERS CORPORATION BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, FOR BREACH OF CONTRACT, WARRANTY, NEGLIGENCE OR STRICT LIABILITY), OR FOR INTERRUPTED COMMUNICATIONS, LOSS OF USE, LOST BUSINESS, LOST DATA OR LOST PROFITS (EVEN IF ABOVE ALL OFFERS CORPORATION WAS ADVISED OF THE POSSIBILITY OF ANY OF THE FOREGOING), ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT AND UNDER NO CIRCUMSTANCES SHALL ABOVE ALL OFFERS CORPORATION BE LIABLE TO ADVERTISER OR ANY THIRD PARTY.

9.   **Miscellaneous.** This Agreement will be governed and construed in accordance with the laws of the State of Oregon County of Lane, without giving effect to conflict of laws principles. Advertiser and ABOVE ALL OFFERS CORPORATION. agree to submit to exclusive jurisdiction in Oregon and venue in the courts of Lane County Oregon. If any provision of this Agreement is held to be invalid or unenforceable for any reason, the remaining provisions will continue in full force and effect as though the invalid or unenforceable provision(s) had not been included herein. Advertiser may not assign this Agreement without the prior written consent of ABOVE ALL OFFERS CORPORATION. The parties' rights and obligations will bind and insure to the benefit of their respective successors, heirs, executors and joint administrators and permitted assigns. The parties to this Agreement are independent contractors, and no agency, partnership, joint venture or employee-employer relationship is intended or created by this Agreement. This Agreement may be executed in counterparts, and shall be deemed to be an original, but all of which taken together shall constitute but one and the same instrument. This Agreement may be executed and delivered by facsimile and the parties agree that such facsimile execution and delivery shall have the same force and effect as delivery of an original document with original signatures. If both parties agree disputes shall be settled by using the American Arbitration Association at Eugene, Oregon.

10   **Confidential Information.** "Confidential Information" shall mean any and all oral or written information that is identified as confidential and is provided by one party to the other. Neither Advertiser nor ABOVE ALL OFFERS CORPORATION shall disclose or use the other party's Confidential Information for any purpose other than the purposes contemplated by this Agreement, unless such disclosure or use is allowed by written permission of the other party. Notwithstanding any other provisions hereof, either party may disclose the other party's Confidential Information to the extent required by applicable law, but only after five (5) days prior written notification to the other party of such required disclosure. Upon termination, cancellation or expiration of this Agreement for any reason, or upon request by either party, all Confidential Information of the requesting party, together with any copies thereof, shall be returned to that party or certified destroyed. Advertiser's Confidential Information shall remain the property of Advertiser, and ABOVE ALL OFFERS CORPORATION's Confidential Information shall remain the property of ABOVE ALL OFFERS CORPORATION.

11.   **Indemnity.** Advertiser agrees to indemnify, defend, and hold harmless ABOVE ALL OFFERS CORPORATION, its parents, successors, subsidiaries, and affiliates, and their respective directors, officers, agents and employees (the "ABOVE ALL OFFERS CORPORATION Indemnified Parties") for any claims, liabilities, costs and expenses (including reasonable attorney's fees) made against the ABOVE ALL OFFERS CORPORATION Indemnified Parties by a third party or parties or a government agency as a result of: (i) any breach of the terms of this Agreement, including but not limited to the foregoing representations and warranties; (ii) any claim arising from the sale or license of Advertiser's goods or services; (iii) any violation of an applicable law, rule, or regulation by Advertiser; or (iv) any other act, omission or misrepresentation by Advertiser. ABOVE ALL OFFERS CORPORATION agrees to indemnify, defend, and hold harmless Advertiser, its parents, successors, and subsidiaries, and their

Advertiser Initials _PM_