Submit by Email    Print Form



Above All Offers

**Direct Deposit Agreement Form**

Authorization Agreement

I hereby authorize Above All Offers to initiate automatic deposits to my account at the financial institution named below. I also authorize Above All Offers to make withdrawals from this account in the event that a credit entry is made in error.

Further, I agree not to hold Above All Offers responsible for any delay or loss of funds due to incorrect or incomplete information supplied by me or by my financial institution or due to an error on the part of my financial institution in depositing funds to my account.

This agreement will remain in effect until Above All Offers receives a written notice of cancellation from me or my financial institution, or until I submit a new direct deposit form to the Payroll Department.

Account Information

Name of Financial Institution: Bank of America
Routing Number: 358
Account Number: 13800   ⊙ Checking | ○ Savings

Signature

Authorized Signature (Primary): [signature]   Date: 9-2-14
Authorized Signature (Joint):                Date:

FORM ACH - 5-17-2013

App.000311



**Account Name:** SBM MANAGEMENT, INC.

**Account Number:** 5157

**Routing Number Wires:** 9593

**Routing Number Paper/Electronic:** 0358

**Routing Number / Bank Code:** 0661

**SWIFT Code Number:** BOFAUS3N

**Beneficiary Address:** 655 N CENTRAL AVE FL 1700, GLENDALE, CA 91203-1439

**TAX ID:** 765

**Bank Name:** Bank of America

**Bank Address:** 142 E Olive Ave Burbank CA 91502

| Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)
SBM MANAGEMENT, INC

**Business name/disregarded entity name, if different from above**
SBM MANAGEMENT, INC

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [X] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- [ ] Other (see instructions) ▶
- [ ] Exempt payee

**Address** (number, street, and apt. or suite no.)
655 N. CENTRAL AVE 17TH FLOOR

**City, state, and ZIP code**
GLENDALE, CA 91203-1439

Requester's name and address (optional)

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

Employer identification number: [ ][ ] - [ ][ ][ ][ 1 ][ 7 ][ 6 ][ 5 ]

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ [signature]   Date ▶ 09/12/2012

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X   Form **W-9** (Rev. 12-2011)

## ADVERTISER INSERTION ORDER

Date:

1. Advertiser Information

| Legal Company Name BUNZAI MEDIA GROUP, INC | | | | | |
|---|---|---|---|---|---|
| Billing Address 7900 GLORIA AVE | City VAN NUYS | State/Prov. CA | Country USA | Zip/Postal 91406 | |
| Representative Name Paul Medina | Phone Number 818.200.1035 | Fax Number 818.647.0182 | Email Address paul@bunzaimedia.com OR Nastassia@bunzaimedia.com | | |
| Accounting Contact Nastassia Yalley | Phone Number 818.200.1035 | Fax Number 818.647.0182 | Email Address accounting@bunzaimedia.com | | |

Above All Offers Corp. Contact Information

| ABOVE ALL OFFERS CORPORATION 72 W. Broadway Suite #200 Eugene, OR. 97401 Phone: +1 (503) 298-5912 Fax: +1 (800) 343-0903 | Management Eli Aloisi | Accounting Contact Robert Moore |
|---|---|---|
| | Phone Number | Phone Number |
| | Fax Number 800-343-0903 | Fax Number 800-343-0903 |
| | Email Address | Email Address |

2. Campaign Information:

| Campaign(s) Name | Auravie |
|---|---|
| Placements/Promotion Methods | No Incent- No Co Reg |
| Accepted Country(s) | US Only |
| Start Date | immediately |
| End Date | Indefinitely |
| CPS Payment | $45.00 |
| Order Quantity | unlimited |
| Total Spend | indefinitely |
| Tracking | Pixel tracking, but advertiser is responsible for providing a login for stats, or to send them daily |
| Payment Terms | Net Seven (7) Weekly |
| Additional Comments | 50 a day cap, can't say sample in advertorial, or say "give it away". |

Advertiser Initials _My_

App.000314





App.000316



877-231-1545

# Luxurious Stem Cell Skincare by Dermacella

- Login
- Register
- Support
- Cart
- USD ▼

Special Offer

- Home
- Our Products
- About Us
- Customer Support
- Testimonials
- Special Offer

Home



## Balsam Conditioner

Weight: 300ml. (10.5fl.oz)
Price: $14.95

Add to cart Learn more



## Black Mud Shampoo

Weight: 300ml. (10.5fl.oz)
Price: $29.95

Add to cart Learn more

App.000318

7/24/2015                                        Luxurious Stem Cell Skincare by Dermacella



# Eye Gel for Men

Weight: 50gr. (1.76oz)
Price: $29.95

Add to cartLearn more



# The Men's Collection

Weight: 1kg. (32.5oz)
Price: $89.95

Add to cartLearn more

^ Back to top

© 2014 Erterei Ltd., Krizikova 213/44, Karlin, 186 00 Prague, The Czech Republic. Company registration #02136929. All rights reserved. Contact us here or at support@dermacella.com or at 877-231-1545

- About Us
- Terms & Conditions
- Privacy
- Shipping
- Contact Us

100% Satisfaction Guarantee: If you are not 100% satisfied for any reason, you can return the product up to 14 days after you purchase it for a full refund of the purchase price (less shipping & handling charges).

Page Title                                                                 Page 1 of 1



Auravie has been placed under court-ordered receivership by the Federal Trade Commission. Charlene Koonce of Scheef & Stone, LLP has been appointed as Temporary Receiver.

Currently this web site is inactive. Please check back later for updates.



EXHIBIT 48

http://s207982.gridserver.com/                                              7/27/2015

App.000320

| | |
|---|---|
| 1 | AuraViebeauty.com |
| 2 | AuraViecares.com |
| 3 | AuraViecosmetics.com |
| 4 | AuraVieface.com |
| 5 | AuraViefreetrial.com |
| 6 | AuraVienow.com |
| 7 | AuraVieoffer.com |
| 8 | AuraViestore.com |
| 9 | AuraViesystem.com |
| 10 | AuraVieyouth.com |
| 11 | buyAuraVie.com |
| 12 | buydelluremask.com |
| 13 | buydellurenow.com |
| 14 | buymiraclefacekit.com |
| 15 | deadseamasque.com |
| 16 | deadseamudmasque.com |
| 17 | dellure.es |
| 18 | dellureantiaging.com |
| 19 | dellurebeauty.com |
| 20 | delluremasks.com |
| 21 | dellurenow.com |
| 22 | dellureskin.com |
| 23 | delluresystem.com |
| 24 | delluretrial.com |
| 25 | dellurewrinklereducer.com |
| 26 | ecommercepack.com |
| 27 | feelAuraVie.com |
| 28 | feeldellure.com |
| 29 | getAuraVieskin.com |
| 30 | getAuraVietoday.com |
| 31 | getdellure.com |
| 32 | getdellurenow.com |
| 33 | getdelluretoday.com |
| 34 | getleortoday.com |
| 35 | leorantiaging.com |



EXHIBIT 49