## SUMMARY OF KNOWN ASSETS AND LIABILITIES

**ASSETS:**

| | |
|---|---:|
| Receivership Defendants' Liquid Assets: | $1,206,280.30[1] |
| Sunset Holdings Realty (purchase price) | 7,060,000.00[2] |
| Security Deposit for 105 Canby | 2,276.69 |
| Furniture, computers and contents of Canby offices | 5,000.00 |
| 1992 Ford Van | 2,000.00 |
| **Total Assets**: | **$8,277,833.36** |

**LIABILITIES:**

| | |
|---|---:|
| Settlement payment owed to priors employees | $ 10,000.00 |
| Lifescript lawsuit (contingent liability) | 372,755.00 |
| Focus Media Solutions' wages and salaries (est.) | 2,000.00 |
| Services provided by CPA Davidian | 1,000.00 |
| 2014 income taxes | unknown |
| Unsecured loans for Sunset Holdings' Properties | 7,968,000.00[3] |
| Rentals owed for warehouse storage space | unknown |
| Rent for 103 and 105 Canby (August) | $3,301.69 |
| **Total Estimated Liabilities:** | **$8,355,056.60** |

---

[1] As summarized in Exhibit 12, this amount includes assets for all Receivership Defendants, including funds still on deposit with the financial institution and assets owned by Receivership Defendants not yet named in an Amended Complaint. The amount does not include $456,000 in Doron Nottea's safe deposit box.
[2] Value provided without support, by Latsanovski.
[3] Value provided without support, by Latsanovski.





## Corporate Officers, Directors and C-Level Executives for
# NETISTICS LLC
California Limited Liability Company | Wysk # 6JJC8X8
United States ▸ California ▸ Encino

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |

### Officers | California (Home State)
California Secretary of State                                              Data updated August 26, 2014

| Name | Title | Address | | |
|---|---|---|---|---|
| ROI REUVENI | | 6914 CANBY AVE STE 107<br>RESEDA, CA 91335 | Officer Report | in |
| STEPHAN BAUER | | 655 NORTH CENTRAL AVE #1700<br>GLENDALE, CA 91203 | Officer Report | in |

Additional General Partners / Managers / Members: 0



App.000355

# Wysk B2B Data Hub

About Wysk | Business Data | B2B Research Products and Pricing | Industries We Serve | Company Profiles

Wysk Company Profile for

# NETISTICS LLC

California Limited Liability Company | Wysk # 6JJC8X8

United States ▸ California ▸ Encino

**Company Profile** | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate

## Business Registration | California (Home State)

California Secretary of State     Data updated August 26, 2014

### Business Details

| | |
|---|---|
| Business Name: | NETISTICS LLC |
| Citizenship: | Domestic |
| State of Incorporation: | CA |
| Business Type: | Limited Liability Company |
| Mailing Address: | 16830 VENTURA BLVD STE 360, ENCINO, CA 91436 |
| Status: | Active |
| Secretary of State ID: | 201217910125 |
| Incorporation Date: | 06/26/2012 |
| Management: | More Than One Manager |
| Business Description: | MANAGEMENT SRVICES |

### Amendments

| | |
|---|---|
| Number of Amendments Filed: | 0 |
| Total Pages Filed: | 3 |

Follow Us:

## About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, July 27, 2015 7:59 PM
**To:** Charlene Koonce; Marc S. Harris
**Cc:** Kelly Crawford
**Subject:** RE: CalEnergy and Sunset Holdings

Charlene,

We have been doing our best to get answers to your questions and to timely respond to your continuous inquiries and requests for information. Set forth below are the status/answers that we have been able to obtain to date.

I will be out of the country starting tomorrow until August 4 (with extremely limited access to email) and Marc will be out of the office next week, so we may not be able to respond to your inquiries as quickly as you would like, but, as always, we will do our best to obtain responses to your requests for information.

**Mr. Peniche's contact information.** Mr. Peniche is in the process of retaining an attorney to represent his interests in Sunset Holdings. Once he has retained an attorney, we will forward the contact information to you (or the attorney will contact you).

**Oleg Trushlya's contact information.** +7.911.848.0158, guayas@yandex.com

**The Second Vastpay Account information.** Mr. Latsanovski does not have any copies of this Bank of America account and cannot access this account. He has requested that the Vastpay CEO provide him with the Bank of America account statements in his possession, which we will forward to you once we receive them.

**Sunset Holdings List of Properties (Purchase Price, Loan Amount, and Lender)**

| | | Loan Amount | Purchase Price | Lender |
|---|---|---|---|---|



EXHIBIT 59

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Stratford | $ | 600,000 | $ | 470,000 | Guayas |
| 2 | 35th St | $ | 300,000 | $ | 265,000 | Guayas |
| 3 | 22nd St | $ | 450,000 | $ | 386,000 | Guayas |
| 4 | Carson | $ | 1,100,000 | $ | 900,000 | Guayas |
| 5 | 113th St (Twnhms) | $ | 300,000 | $ | 220,000 | Guayas |
| 6 | 657 W Acacia | $ | 800,000 | $ | 719,000 | Guayas |
| 7 | 2445 Louella | $ | 1,218,000 | $ | 1,225,000 | Guayas |
| 8 | 3777 Rosewood | $ | 1,100,000 | $ | 1,100,000 | Guayas |
| 9 | 3783 Redwood | $ | 1,100,000 | $ | 1,100,000 | Maria |
| 10 | Long Beach | $ | 1,000,000 | $ | 675,000 | Hard Money Loan |
| | TOTAL | $ | 7,968,000 | $ | 7,060,000 | |

The loan amounts exceed the purchase price because the loan is to purchase both the real estate and fund the costs of renovating the properties.

**Questions re Sunset Holdings:**

1) Why Sunset would agree to assume CalEnergy's debt and repay the entire amount without any discount? In other words- what does Sunset get out of this deal? Why would it assume the debt in the first place?

Sunset Holdings received a discount. It was not required to pay interest on the loan from January through May 2015 although it used these funds to purchase real estate during that time. In May 2015, Mr. Latsanovski and Mr. Peniche agreed that Sunset Holdings would take over Calenergy's loan with Guayas because Sunset Holdings used Guayas' funds to purchase and renovate real estate.

2) Why is the assignment not secured in any manner? Sunset presumptively has a lot of real estate (although you still haven't identified it to us).

The loan agreement was dated May 20, 2015. There was an agreement to allow Guayas to place a lien on Sunset Holdings' properties but the paperwork was not finalized or filed before the 6/17/2015 TRO.

Similarly, the hard money lender and Maria Zolotareva, who provided funds to purchase the Redwood and Rosewood properties in June 2015, also have been prevented from placing liens on properties which their funds were used to purchase.

**3) Why were funds loaned to CalEnergy (from Guayas and Bavaria) at all, rather than just having the funds sent directly to Sunset, if the funds at issue were for the real estate deal?**

Initially, Calenergy obtained a loan from Guayas in January 12, 2015 for approximately $6 million, which was before Sunset Holdings was formed. Guayas's CEO Oleg Trushlya arranged a short term loan from Bavaria LP, with whom he had a prior relationship, when Guayas did not have sufficient money to send to Calenergy in April 2015 for Sunset Holdings' business. Guayas later assumed the Bavaria LP loan.

Mr. Latsanovski wanted to control the flow of funds from the Guayas loan to Sunset Holdings, which he accomplished by having the loan proceeds deposited in Calenergy's accounts.

**4) Have any of the funds due to Guayas been paid by Sunset? What was the intended source of the funds that Sunset was to use in repaying Guayas?**

To date, no payments have been made on the Guayas loan. Payments on the Guayas (and other loans) would be made from the proceeds from the sale of renovated real estate properties.

**5) What is the source of the funds deposited into the foreign banks, from which the transfers were made to CalEnergy?**

All of the foreign funds are essentially from Guayas Ltd. Guayas transferred funds from the Dansk Bank to Calenergy and Bavaria LP (with the understanding that Guayas would repay the loan) transferred funds from the Trasta Bank. As set forth in the loan agreement between Sunset Holdings and Guayas, Bavaria assigned its loan with Calenergy to Guayas.

Annah S. Kim
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

August 24th, 2011             Investment Return

| Owed to us | Amount |
|---|---|
| Investment | $ 30,000.00 |
| Leor's Services | $ 550.00 |
| TOTAL | $ 30,550.00 |

| Igor Expenses | Amount |
|---|---|
| Estonia Corp | $ 13,167.00 |
| Furniture | $ 3,000.00 |
| TOTAL | $ 16,167.00 |

| LEFT OVER AMOUNT IGOR OWES | $ 14,383.00 | Owed to us minus Igor's expenses |

| 30% of investment | $ 30,874.23 |

| **WHAT WE OWE IGOR** | **$ 16,491.23** | The investment we owe minus what igor owed us originally |

| **ROUNDING UP TO** | **$ 20,000.00** |

Check No. 5397 from account 9528



FTC-AUR-S2-0000528

App.000360

```
7/2/2015
Igor Latsanovski        Federal Trade Commission vs. Bunzai Media Group, Inc.         1090802
```

| | | | |
|---|---|---|---|
| 10:17:50 | 1 | Q | Either.  Do you know if Leor Arazy worked for |
| | 2 | | Bunzai? |
| 10:17:52 | 3 | A | I don't remember. |
| | 4 | Q | Okay.  Turn to Receiver Exhibit 13.  This is |
| 10:18:01 | 5 | | just a printout of your LinkedIn page. |
| | 6 | A | Uh-huh. |
| 10:18:02 | 7 | Q | Do you see that? |
| | 8 | A | Yes. |
| 10:18:05 | 9 | Q | Okay.  And one of the companies -- I asked |
| | 10 | | you earlier in your deposition for all the companies |
| 10:18:13 | 11 | | that you've owned or worked for, and one that you did |
| | 12 | | not mention was a company called Guayas Limited. |
| 10:18:17 | 13 | A | Yes. |
| | 14 | Q | What is that company? |
| 10:18:20 | 15 | A | This is European company. |
| | 16 | Q | Okay.  Where in Europe? |
| 10:18:25 | 17 | A | Estonia. |
| | 18 | Q | In Tallinn? |
| 10:18:29 | 19 | A | Yes. |
| | 20 | Q | What does it do? |
| 10:18:33 | 21 | A | They do business. |
| | 22 | Q | You say, "They do business."  You're listed |
| 10:18:41 | 23 | | as the CEO of that company.  What does it do? |
| | 24 | A | Okay, I'm shareholder this company (sic). |
| 10:18:44 | 25 | Q | You're a shareholder? |

EXHIBIT 61

91



| | | | |
|---|---|---|---|
| 7/2/2015 Igor Latsanovski | | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |
| 10:18:45 | 1 | A | (Nods head up and down.) |
| | 2 | Q | Are you the CEO? |
| 10:18:48 | 3 | A | I'm shareholder. |
| | 4 | Q | Well -- |
| 10:18:51 | 5 | A | I was COO some short period of time. |
| | 6 | Q | Do you -- is this your LinkedIn page? |
| 10:18:56 | 7 | A | If you print it, yes. |
| | 8 | Q | Yeah, so did you fill in all the information |
| 10:18:59 | 9 | here? | |
| | 10 | A | No. |
| 10:19:02 | 11 | Q | Who filled in the information? |
| | 12 | A | I sometimes ask somebody "for" help me, for |
| 10:19:06 | 13 | create information about me. | |
| | 14 | Q | Okay. |
| 10:19:09 | 15 | A | Personally, I didn't. |
| | 16 | Q | Have you ever been the CEO of Guayas Limited? |
| 10:19:16 | 17 | A | CO (sic)? Never. |
| | 18 | Q | "Never." What does it do? |
| 10:19:20 | 19 | A | What? |
| | 20 | Q | What does the company do? |
| 10:19:22 | 21 | A | Do? |
| | 22 | Q | (Nods head up and down.) |
| 10:19:25 | 23 | A | They make business. |
| | 24 | Q | What kind of business? |
| 10:19:30 | 25 | A | Investment in real estate. |

92


Kusar® Keeping Your Word Is Our Business℠

App.000362

```
7/2/2015
Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.       1090802

10:19:33   1          Q    And where does the money come from?
           2          A    You talking about which company?
10:19:39   3          Q    Guayas Limited, where does the money come
           4    from?
10:19:43   5          A    They working themselves money (sic).  They
           6    have cash flow.
10:19:47   7          Q    Okay.  Who is "they" that you're talking
           8    about.  Who else is -- who else participates in that
10:19:50   9    company?
          10          A    Okay.  Oleg is the CO (sic) of company for
10:19:55  11    run this business.
          12          Q    Oleg?  And what is his last name?
10:19:57  13          A    Trushla.
          14          Q    Trushla?
10:20:00  15          A    Yeah, Trushla.
          16          Q    How would you spell it?
10:20:06  17          A    T-R-U-S-H-L-A, Trushla.
          18          Q    He lives in Estonia?
10:20:09  19          A    No.
          20          Q    Where does he live?
10:20:14  21          A    He "live" in Russia.
          22          Q    And who else works for Guayas Limited besides
10:20:21  23    Oleg Trushla?
          24          A    Irina.
10:20:23  25          Q    Irina?
```

93


Kusar  Keeping Your Word Is Our Business℠

App.000363

```
7/2/2015
Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802
```

| | | | |
|---|---|---|---|
| 10:20:24 | 1 | A | Yeah. |
| | 2 | Q | And what is Irina's last name? |
| 10:20:30 | 3 | A | Stamburg. |
| | 4 | Q | Is she related to your wife? |
| 10:20:35 | 5 | A | Yes.  She is the sister. |
| | 6 | Q | Sister?  And where does she live? |
| 10:20:42 | 7 | A | She "live" in Spain, Barcelona. |
| | 8 | Q | And who else works with Guayas Limited? |
| 10:20:46 | 9 | MR. HARRIS:  Counsel, I'm going to object to |
| | 10 | further questions on this unless you can explain to me |
| 10:20:51 | 11 | how this relates to the receivership defendants' assets |
| | 12 | and the location and so forth. |
| 10:20:56 | 13 | MR. LITTLE:  Sure.  Guayas Limited put substantial |
| | 14 | amounts of money into CalEnergy that was commingled |
| 10:21:01 | 15 | with money that was received from the receivership |
| | 16 | defendants. |
| 10:21:05 | 17 | Does that help you understand? |
| | 18 | MR. HARRIS:  Well, I don't think it's accurate, |
| 10:21:07 | 19 | but you can -- |
| | 20 | MR. LITTLE:  I'll show you why it's accurate. |
| 10:21:12 | 21 | Q | Okay, so who else is associated with Guayas |
| | 22 | Limited besides Irina and Oleg? |
| 10:21:18 | 23 | A | Nobody. |
| | 24 | Q | Where does its money come from? |
| 10:21:26 | 25 | A | From Guayas?  Guayas making -- they start in |

94



App.000364