```
7/2/2015
Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802
```

| | | | |
|---|---|---|---|
| 10:21:31 | 1 | | business, it's long years ago, and -- |
| | 2 | Q | Started in business many years ago? |
| 10:21:34 | 3 | A | Yeah. |
| | 4 | Q | Okay.  Does Oleg run the day-to-day |
| 10:21:37 | 5 | | operations? |
| | 6 | A | Yes, exactly. |
| 10:21:41 | 7 | Q | Okay.  Where is it -- does it have an office? |
| | 8 | A | Yeah. |
| 10:21:44 | 9 | Q | Okay.  Where is the office? |
| | 10 | A | In Tallinn. |
| 10:21:47 | 11 | Q | Does it have -- do you know what the address |
| | 12 | | is? |
| 10:21:55 | 13 | A | It's upon the paper. |
| | 14 | Q | Does it bank at Danske Bank? |
| 10:22:01 | 15 | A | Yeah. |
| | 16 | Q | Is that in Denmark? |
| 10:22:07 | 17 | A | (Nods head up and down.) |
| | 18 | | I don't have access to bank.  You have to ask |
| 10:22:09 | 19 | | Oleg. |
| | 20 | Q | Okay.  How many shares do you own in Guayas? |
| 10:22:16 | 21 | A | 100 percent. |
| | 22 | Q | And it has real estate investments, you said? |
| 10:22:22 | 23 | A | (Nods head up and down.) |
| | 24 | Q | Where are the real estate holdings located? |
| 10:22:30 | 25 | A | Not real estate.  He "investment" to real |

95


Kusar® Keeping Your Word Is Our Business℠

| | | | |
|---|---|---|---|
| 7/2/2015 Igor Latsanovski | | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

```
10:22:33   1    estate.  If I give loan to some --
           2         Q   It invests in real estate?
10:22:36   3         A   Yes.
           4         Q   Where?
10:22:43   5         A   Better ask him.  My side, like shareholders,
           6    see financial result, and this result good.
10:22:48   7         Q   Does Oleg speak English?
           8         A   No.  No, sure, speak, but use body language
10:22:54   9    very --
          10         Q   Not well?  Okay.
10:22:55  11         A   Yeah.
          12         Q   And you have the ability to get in touch with
10:22:58  13    him?
          14         A   What means (sic)?
10:23:01  15         Q   Is his phone number on your cell phone?
          16         A   His cell phone?  Sure.
10:23:04  17         Q   No, is his phone number in your phone?
          18         A   His number in my phone?
10:23:07  19         Q   Yes.
          20         A   Well, yeah.
10:23:10  21         Q   Okay.  Can you tell me what it is?
          22         A   Sure.
10:23:34  23         Q   Okay.
          24         A   Not here.
10:23:36  25         Q   Not here, okay.
```

96



App.000366

**From:** David Davidian, CPA [mailto:cpa@lacpa.com]
**Sent:** Wednesday, July 29, 2015 1:10 PM
**To:** Charlene Koonce
**Cc:** David Dyer
**Subject:** Re: Receivership tax questions

Hi Mrs. Koonce,

These are the employees.

| Company Name | Employee Name | | | |
|---|---|---|---|---|
| AMD FINANCIAL NETWORK, INC | Matthew P Livingston | Patrick J Raffin | Jorge Isaac Magana | Annsofie G Algarp |
| FOCUS MEDIA SOLUTIONS INC | David Yosafian | | | |
| INSIGHT MEDIA INC | Gilad Miron | | | |
| KAI MEDIA INC | David Yosafian | | | |
| SECURED MERCHANTS LLC | William Tyler Reitenbach | | | |
| SHALITA HOLDINGS INC | Philip Camerino | | | |

Sincerely,
*Z. David Davidian, CPA*
**Davidian & Associates**
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding



EXHIBIT 62

Skin Grandiose

skingrandiose.com

Apps Paychex Time a... FedEx Ship Man... Northern Distric... California Centr... FTC v Bunzai M... Business Date C... Southern District

Wash your face with a gentle cleanser and pat dry

Apply **Ageless Youth** Rejuvenation Treatment cream all over the face and neck.

Allow a few minutes for the **Ageless Youth** to absorb in to the skin. Remember you can use makeup after application.

## HOW DOES AGELESS YOUTH WORKS ?

Ageless Youth is a revolutionary new cream that delivers a potent does of skin firming ingrediants that provide both immediate and long-term results. It's supercharged with an exclusive, all-natural blend of micro-algae, synergistic peptides, potent anti-oxides, and essential nutrients.

You don't need painful injections or expensive surgery. Just apply Ageless Youth apply daily to firm, smooth, tighten, hydrate, and nourish your skin. Within minutes, fine lines and wrinkles vanish. Crows feet disappear. And the radiant glow of your youth will make you appear years younger.

Privacy Policy Terms & Conditions Refund Policy Contact Us

Copyright © 2014 Skin Grandiose
All-Star Beauty Products Inc 16830 Ventura Blvd Suite 360, Encino, CA 91436
This product is not intended to diagnose, treat, cure, or prevent any disease.
The information in this website is not intended as a substitute for medical advice.

3:08 PM
7/31/2015



