# CMS - Complete Merchant Solutions

Phone: 877-267-4324
Fax: 877-537-9485
www.cmsonline.com

Merchant / Control Number: _____

## Business Information

| | |
|---|---|
| **Merchant's DBA:** 098SkinGrand | **Merchant's Legal Name:** All-Star Beauty Products, Inc |
| **Physical Address (No P.O. Box):** 16830 Ventura Blvd Suite 360 | **Legal Address:** 16830 Ventura Blvd Suite 360 |
| **City, State, Zip:** Encino, CA 91436 | **City, State, Zip:** Encino, CA 91436 |
| **Customer Service Phone:** 866-208-4098   **Fax:** (941) 531-5037 | **Corp. Phone:** 866-208-4098   **Web Address:** www.skingrandiose.com |
| **Contact Name:** Sean Brennecke   **Contact Phone:** 866-208-4098 | **E-mail:** allstarseanbrennecke@gmail.com |

## Merchant Profile

**Type of Ownership:** Sole Proprietor ___ Partnership ___ LLC ___ Professional Assoc. ___ Corporation X Tax Exempt (501C) ___

**Type of Goods or Services Sold:** Skin Cream Moisturizer
**MCC Code:** 6069
**Years in business/ Ownership?** 2
**Federal Tax ID #:** 18 0 9 _ _ _ _

**Do you currently accept Visa/MasterCard/Discover?** Yes ___ No X
**Do you accept prepayment for product or service?** Yes X No ___
**Do you offer warranties, dues, subscriptions, memberships or extended services?** Yes X No ___
**Monthly Visa/MC/Discover Sales:** $~~45,000~~ 35,000   **Average Ticket:** $53.00

## Visa/ MasterCard/ Discover®/ AMEX Information

**Market Type:** Retail ___ Supermarket ___ Restaurant ___ Emerging Mkt ___ Lodging ___ Public Sector ___ MO/TO ___ Auto Rental ___ P-Card ___ Cash Adv. ___ E-Commerce X Other ___

**% sales in this category?** 100   **% cost that is prepayment:** ___   **Duration of benefits (in weeks):** ___
**Total Visa/MC/Discover Sales (multiple locations only):** $ ___

### Sales Profile (must = 100%)

| | % |
|---|---|
| Card Present/ Swiped | |
| Card Present/ Keyed | |
| CNP - MOTO/ Internet | 100 |
| Other Non-Mag | |
| **Total** | **100** |

## Member Bank (Acquirer) Information:

National Bank of California - 12121 Wilshire Blvd, 14th Floor Brentwood, CA 90025 - I

### Important Member Bank Responsibilities

1. A Member Bank is the only entity approved to extend acceptance of Bankcard products directly to a merchant.
2. A Member Bank must be a principal (signer) to the Merchant Agreement.
3. The Member Bank is responsible for educating Merchants on pertinent Bankcard Operating Regulations with which Merchants must comply.
4. The Member Bank is responsible for and must provide settlement funds to the Merchant.
5. The Member Bank is responsible for all funds held in reserve that are derived from settlement.

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Bankcard Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these specific responsibilities.

**Merchant's Signature:** X _[signed]_

## Cardholder Data Storage Compliance & Service Provider

***** PCI DSS and card association rules prohibit storage of track data under any circumstances. If you or your POS system pass, transmit, store or receive full cardholder's data, then the POS software must be PA DSS (Payment Application Data Security Standard) compliant or you (merchant) must validate PCI DSS compliance (see 1(b) below and questions 3 and 4 must be completed). If you use a payment gateway, they must be PCI DSS compliant.*****

1. Have you ever experienced an Account Data Compromise "ADC"? Yes ___ No X   Date of compromise? ___
   a) Have you validated PCI DSS (Payment Card Industry Data Security Standard) compliance? Yes ___ No X   If yes, go to 1(b); If no, go to #2
   b) Date of compliance, Report on Compliance "ROC" or Self Assessment Questionnaire "SAQ"? ___
   c) What is the name of your Qualified Security Assessor "QSA" ___ or Self Assessment Questionnaire (circle one "SAQ") A, B, C, or D
   d) Date of last scan ___   Approved Scanning Vendor's name: ___
2. Are you using a "dial-up" terminal or "TTC" Touch Tone Capture? Yes ___ No X
3. Do you or your Service Provider(s) receive, pass, transmit or store the Full Cardholder Number "FCN", electronically? Yes X No ___
   a) If yes, where is card data stored?   Merchant's location only ___   Merchant's Headquarters/Corp office only ___
   Primary Service Provider ___   Both Merchant and Service Provider(s) ___   Other Service Provider X   All Apply ___
4. What Primary Service Provider/Software Developer did you purchase your point of sale "POS" application from (ie software,gateway)? Limelight
   a) What is the name of the Service Provider/Software Developer's application? Limelight CRM   Software Version #? ___
   b) Do your transactions process through any other Service Provider (ie web hosting companies, gateways, corporate office)? Yes X No ___
   c) If yes, name the other Service Provider? NMI gateway- VAR sheet needed

## Merchant Site Survey Report (To be Completed by Sales Representative)

**Merchant Location:** Retail Location with Store Front ___ Office Building ___ Residence X Other: ___
**Surrounding Area:** Commercial ___ Industrial ___ Residential X   Does product and inventory appear legitimate? YES ___ NO ___
**Does the Merchant use a Fulfillment House?** YES X NO ___   If yes, was the Fulfillment House inspected? YES ___ NO X

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.   **Verified and inspected by:**

**Rep Code:** 527H   **Rep Name:** M10source   **Rep Signature:** X _[signed]_   **Date:** 10/17/17

Billing disputes must be forwarded, in writing, to Customer Service within 60 days of the date of the statement and/or notice.
Complete Merchant Solutions, LLC is a Registered ISO/TPA/MSP of National Bank of California - Member FDIC

Rev. CMS CP-13

**EXHIBIT 64**

App.000370