| Tiered | | | ERR | | Interchange Volume %: | Pin-Debit Per Item: | Auth/Batch Per Occur. |
|---|---|---|---|---|---|---|---|
| Qualified: | Mid Qualified: | Non Qualified: | Qualified: | Non Qualified: | | | |
| % | % | % | % | % | 3.00 % | $ 0.20 | $ 0.20 |

| American Express | New | Existing | AXP % Rate ___ | % AXP Per Item $___ | | ( + .30 bp for CNP Retail and Restaurant) | | |
|---|---|---|---|---|---|---|---|---|
| AXP Monthly Flat Fee ($7.95) | SE# | | | AXP Annual Sales $ | | Discount: | Monthly | Daily |

| | | | | |
|---|---|---|---|---|
| $ 0 | Account Setup Fee | $ 25 | Chargeback Fees (per occurrence) | $ 0.05 EDC AVS Fee (per occurrence) |
| $ 79.95 | Annual PCI Compliance Fee | $ 12 | Retrieval Fee (per occurrence) | $ 1.50 Voice Authorization Fee (per occurrence) |
| $ 0 | Annual Membership Fee | $ 25 | Non-Sufficient Funds (per occurrence) | $ 1.50 Help Desk Fee (per occurrence) |
| $ 25 | Monthly Minimum Fee | $ | Monthly Debit Access Fee | $ 10.00 Online Reporting Access |
| $ 10 | Monthly Statement Fee | $ 8.95 | Monthly Regulatory Fee | $ Other |

The foregoing discount rate, per item and authorization fees are based upon Merchant's complying with all processing requirements as established by the applicable governing authority of the payment type which qualifies Merchant for the most favorable interchange rates available for such payment type. Transactions that do not qualify for the most favorable interchange rates will be subject to surcharges up to the foregoing amounts in addition to the rate quoted. In addition to the per item fee, all Debit transactions include fees assessed by the applicable network organization.

Notes:

### American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete, and accurate. I authorize CMS and American Express Travel Related Services Company, Inc. ("American Express") and American Express's Agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. And disclose such information to their agents, subcontractors, affiliates, and other parties for any purpose permitted by law. I authorize and direct CMS and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be sent the Agreement and materials welcoming it to American Express's Card acceptance program.

Merchant's Signature: X                    Name:                    Title:                    Date:

### Owner/Officer Personal Information

| Name: Sean Brennecke | Title: | Pres | % 100 | Address: | Ventura Blvd Suite 360 | | City: Encino | |
|---|---|---|---|---|---|---|---|---|
| State: CA | Zip: 91436 | Own / Rent X | Years: 1 | Phone # 818 | | Date of Birth: 1975 | SS # | 5191 |
| Name: | | Title: | % | Address: | | | City: | |
| State: | Zip: | Own / Rent | Years: | Phone # | | Date of Birth: | SS # | |

X Open Checking Account with Sponsor Bank (Required for all non-retail merchants.)   Attach Voided Check (Retail and low-risk MO/TO merchants only.)

Routing Number:                    DDA/Checking Account #   0 4 9

### Personal Guaranty

I/We hereby guarantee to CMS and Member, their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Card Services Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Card Services Agreement, whether arising before or after termination of the Card Services Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Card Services Agreement made by or agreed to by CMS, Member and/or Merchant. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Card Services Agreement by Merchant, and all other notices or demands regarding the Card Services Agreement. I/We agree to promptly provide to CMS and Member any information requested by any of them from time to time concerning my/our financial condition(s), business history, business relationships, and employment information. I/We have read, understand, and agree to be bound by the Card Services Terms & Conditions provided to Merchant and those terms and conditions contained in this Merchant Application.

Signature of Guarantor: X [signature]         Name (printed): Sean Brennecke

Signature of Guarantor: X                      Name (printed):

### Acceptance of Merchant Application and Terms & Conditions / Merchant Authorization

Your Card Services Agreement is between Complete Merchant Solutions, LLC. ("CMS"), the Merchant named above and the Member named below ("Member"). Member is a member of Visa, USA, Inc. ("Visa") and MasterCard International, Inc. ("MasterCard"); CMS is a registered independent sales organization of Visa, a member service provider of MasterCard and a registered acquirer for Discover Financial Services, LLC. ("Discover").

A copy of the Card Services Terms and Conditions, revision number CMS CP-13, has been provided to you. Please sign below to signify that you have received a copy of the Card Services Terms & Conditions and that you agree to all terms and conditions contained therein. If this Merchant Application is accepted for card services, Merchant agrees to comply with the Merchant Application and the Card Services Terms & Conditions as may be modified or amended in the future. If you disagree with any Card Services Terms & Conditions, do not accept service.

**IF MERCHANT SUBMITS A TRANSACTION TO CMS HEREUNDER, MERCHANT WILL BE DEEMED TO HAVE ACCEPTED THE CARD SERVICES TERMS & CONDITIONS.**

By your signature below on behalf of Merchant, you certify that all information provided in this Merchant Application is true and accurate and you authorize CMS, and CMS on Member's behalf, to initiate debit entries to Merchant's checking account(s) in accordance with the Card Services Terms and Conditions. In addition by your signature below you authorize CMS, it's affiliate partners or Banks to order a consumer credit report on Merchant and all persons listed above.

Merchant's Signature: X [signature]   Name (printed): Sean Brennecke     Title: Pres              Date:

Signing for Complete Merchant Solutions, LLC: X     Name (printed):                Title:                Date:

Signing for Member: X                        Name (printed):                NATIONAL BANK of California     Date:

App.000371