

## Merchant Profile Analysis

*Please answer the questions as completely as possible. An incomplete profile will delay the processing of your application.*

Name of Business: Legal : All-Star Beauty Products, Inc   DBA:   J98SkinGrand

1. Describe **in detail** the products or services you are selling:

    Moisturizing cream with continuity model. 15 Day Trial for $4.95 then 99.98 Monthly

2. Explain how and where you advertise your products or services (Please supply examples of any brochures, catalogs, web pages or any other item used for marketing):

    Internet Media/marketing

3. Describe where Inventory is stored and how you fill your orders (if applicable):

    Direct Outbound- 120 Smith Hines Rd, SC 29607 -800-952-5210

4. If your product is drop-shipped, please provide the **name**, **address** and **telephone number** for the company that will be drop-shipping for you:

    Direct Outbound- 120 Smith Hines Rd, SC 29607 -800-952-5210

5. Please explain, in detail, exactly what you will be charging the customer for:

    Moisturizing cream with continuity model. 15 Day Trial for $4.95 then 99.98 Monthly

6. For those providing a service, please explain billing policies (i.e. one time fee or monthly):

    na

7. How far in advance will charges be made prior to fulfillment (shipping):

    Charge is approved and product is shipped out (same or next working day) and received in less than 7 days

8. What is your cancellation policy and how do you advise a customer of your policy?

    30 days- clearly defined at:  http://www.skingrandiose.com/refund.html

9. What is your refund policy, how long do your customers have to receive a refund and how should refunds be requested (written, verbal, 30-day etc.)

    30 days- clearly defined at:  http://www.skingrandiose.com/refund.html

I/We acknowledge that regardless of the refund/return policy used, My/Our merchant account will be handled in accordance with VISA and MasterCard regulations regarding returns and chargebacks as outlined in the Merchant BankCard Agreement.

Customer Signature: _[signature]_   Title: Pres   Date: _____

Customer Signature: _____   Title: _____   Date: _____

Should we have a question on any of your answers, what number should we use to contact you?

*Thank you!*

Complete Merchant Solutions, 815 W University Pkwy Orem, UT 84058

App.000372



Ph: 1-877-267-4324
Fax: 1-877-537-9485
www.mycompletesolution.com

# MEMORANDUM

Date: October 17, 2014
From: Lindsay Nord
Re: All- Star Beauty Products Inc.

All- Star Beauty Products Inc. located at 16830 Ventura Blvd. Suite 360 Encino, CA 91436 has been providing skin care moisturizer through their websites www.skincareabsolute.net and www.skingrandiose.com. The customer will be charged a shipping and handling fee of $4.95(skincareabsolute) or $4.95 (skingrandiose). The customer then has a set trial period of 15 days, to evaluate the product before deciding to keep it. If they keep it, the product's full price of $89.99(skincareabsolute) or $99.98 (skingrandiose) will be billed every 30 days. They plan on processing about $45k monthly or ($90k combined) with an average ticket of $53. This is from Patrick Daly with MIDSource.

©2010 Complete Merchant Solutions, Inc. All Rights Reserved.
Complete Merchant Solutions is a registered ISO/MSP/TSP, National Bank of California

App.000373



**H.T.S SYSTEMS**

7661 Densmore Ave # 1
Van Nuys, CA 91406
Phone #: 888-446-6383 Ext:109
E-mail: bernadette@htssystems.com
Fax: 818-781-4428

# Estimate

| DATE | ESTIMATE NO. |
|---|---|
| 10/2/13 | 11450 |

**NAME / ADDRESS**

SECURED COMMERCE, LLC.
6925 CANBY AVE. #105
RESEDA, CA 91335

**PROJECT**

| P.O. NO. | TERMS |
|---|---|
|  | Net 15 |

| ITEM | DESCRIPTION | QTY | COST | TOTAL |
|---|---|---|---|---|
|  | Pinnacle Logistics Inc.<br>7900 Gloria Ave<br>Van Nuys 91406<br><br>Troubleshoot alarm system.<br>Per client some zones are not closing, low battery, skylight shows open.<br><br>Service fee:<br><br>$95.00 first hour<br>$65.00 additional hours<br><br>Parts are not included<br><br>Please sign and return by fax or e-mail in order to schedule a technician.  Thank you.<br><br>Name_____<br><br>Credit Card_____<br><br>Exp_____<br><br>Signature_____ |  |  |  |

Final bill upon job completion.

| | |
|---|---|
| **Subtotal** | $0.00 |
| **Tax (9.0%)** | $0.00 |
| **TOTAL** | $0.00 |

SIGNATURE _____

EXHIBIT 65

App.000374