

**SECURED COMMERCE**
Integrated online partner

6925 Canby Ave. #105
Reseda, CA 91335-4360
Tel 747.222.3333 Fax 747.222.3350
accounting@securedcommerce.com

# Invoice

| Date | Number |
|---|---|
| 4/8/2013 | 55003 |

**Bill To**

Adageo, LLC.
16161 Ventura Blvd # 378
Encino, CA 91436

| Description | Amount |
|---|---|
| Design, Creation, & Optimization of Auravie Landing Page<br>Campaign Setup and integration to Lime Light CRM and Click Connector | 13,500.00 |

Thank you for your business.

**Total**     $13,500.00



EXHIBIT 66

App.000375

**ADAGEO, LLC.**
16161 VENTURA BLVD. #378
ENCINO, CA 91436

Bank of America
ACH R/T 121000358

5029
11-35/1210 CA
70418

04/12/2013

PAY TO THE ORDER OF: Secured Commerce          $ **13,500.00

Thirteen thousand five hundred and 00/100************************************************************************ DOLLARS

Secured Commerce

MEMO

⑴⑴005029⑴⑴

AUTHORIZED SIGNATURE

| Entity | 2010 | 2011 | 2012 | 2013 | Subtotal | 2014 | Total |
|---|---|---|---|---|---|---|---|
| | | | Gross Receipts | | | | |
| 1 Bunzai Media Group Inc. | $ 350,472 | $ 9,181,404 | $ 7,385,179 | $ 93,186 | $ 17,010,241 | $ 148,042 | $ 17,158,283 |
| 2 DSA Holdings Inc. | 341,110 | Not Available | 27,680 | Not Available | 368,790 | Not Available | 368,790 |
| 3 Merchant Leverage Group Inc | - | - | 8,100 | Not Available | 8,100 | Not Available | 8,100 |
| 4 Agoa Holdings Inc | Not Available | 1,407,785 | 4,145,591 | 2,257,820 | 7,811,196 | 1,522,922 | 9,334,118 |
| 5 Savehaven Ventures Inc. | Not Available | 173,450 | 4,530,990 | 2,790,467 | 7,494,907 | Not Available | 7,494,907 |
| 6 Zen Mobile Media Inc. | Not Available | 340,703 | 4,552,606 | 2,016,606 | 6,909,915 | 1,575,140 | 8,485,055 |
| 7 Adageo LLC | Not Available | Not Available | 15,000 | 107,800 | 122,800 | Not Available | 122,800 |
| 8 All-star Beauty Products Inc. | Not Available | Not Available | 939,488 | Not Available | 939,488 | Not Available | 939,488 |
| 9 DMA Media Holdings Inc. | Not Available | Not Available | 1,615,569 | Not Available | 1,615,569 | Not Available | 1,615,569 |
| 10 Heritage Alliance Group Inc. | Not Available | Not Available | 1,092,443 | 1,272,521 | 2,364,964 | 701,107 | 3,066,071 |
| 11 Lifestyle Media Brands Inc. | Not Available | Not Available | 879,157 | 453,952 | 1,333,109 | 1,474,366 | 2,807,475 |
| 12 AMD Financial Network Inc. | Not Available | Not Available | 1,455,692 | 1,757,614 | 3,213,306 | 1,058,832 | 4,272,138 |
| 13 Insight Media Inc. | Not Available | Not Available | 280,852 | 1,587,290 | 1,868,142 | 1,715,581 | 3,583,723 |
| 14 Kai Media Inc. | Not Available | Not Available | 350,015 | 1,779,969 | 2,129,984 | 793,211 | 2,923,195 |
| 15 Media Urge Inc. | Not Available | Not Available | 57,500 | 393,021 | 450,521 | Not Available | 450,521 |
| 16 Pinnacle Logistics | Not Available | Not Available | 1,769,051 | 3,626,871 | 5,395,922 | 1,441,974 | 6,837,896 |
| 17 Cal Energy Inc. | Not Available | Not Available | Not Available | 213,580 | 213,580 | Not Available | 213,580 |
| 18 Daria Media Inc. | Not Available | Not Available | Not Available | Not Available | - | 118,765 | 118,765 |
| 19 Focus Media Solutions Inc. | Not Available | Not Available | Not Available | Not Available | - | 625,580 | 625,580 |
| Subtotal | 691,582 | 11,103,342 | 29,104,913 | 18,350,697 | 59,250,534 | 11,175,520 | 70,426,054 |
| 20 SBM Management Inc | Not Available | Not Available | 2,738,421 | 2,389,634 | 5,128,055 | 1,456,523 | 6,584,578 |
| 21 NFT Holdings Inc. | Not Available | Not Available | 658,077 | Not Available | 658,077 | Not Available | 658,077 |
| Total | $ 691,582 | $ 11,103,342 | $ 32,501,411 | $ 20,740,331 | $ 65,036,666 | $ 12,632,043 | $ 77,668,709 |





# SBM Management, Inc_Clickbooth Network Dellure CPA JL101813BB2

EchoSign Document History                    October 22, 2013

| | |
|---|---|
| Created: | October 18, 2013 |
| By: | Beth Berstling (beth.berstling@integraclick.com) |
| Status: | SIGNED |
| Transaction ID: | XXP268M24F47C58 |

## "SBM Management, Inc_Clickbooth Network Dellure CPA JL101813BB2" History

- Document created by Beth Berstling (beth.berstling@integraclick.com)
  October 18, 2013 - 3:57 PM EDT - IP address: 71.100.91.34

- Document emailed to Stephan Bauer (alon@mediaurge.com) for signature
  October 18, 2013 - 3:58 PM EDT

- Document viewed by Stephan Bauer (alon@mediaurge.com)
  October 19, 2013 - 8:01 PM EDT - IP address: 173.196.7.122

- Document esigned by Stephan Bauer (alon@mediaurge.com)
  Signature Date: October 21, 2013 - 6:24 PM EDT - Time Source: server - IP address: 67.52.105.194

- Document emailed to Daniel Carter (advertisers@clickbooth.com) for signature
  October 21, 2013 - 6:24 PM EDT

- Document viewed by Daniel Carter (advertisers@clickbooth.com)
  October 21, 2013 - 6:24 PM EDT - IP address: 71.100.91.34

- Document esigned by Daniel Carter (advertisers@clickbooth.com)
  Signature Date: October 22, 2013 - 9:32 AM EDT - Time Source: server - IP address: 71.100.91.34

- Signed document emailed to Stephan Bauer (alon@mediaurge.com), Daniel Carter (advertisers@clickbooth.com), Daniel Carter (daniel@clickbooth.com) and Beth Berstling (beth.berstling@integraclick.com)
  October 22, 2013 - 9:32 AM EDT

Adobe® EchoSign®

EXHIBIT 68

App.000378

Advertising Insertion Order

**Clickbooth.com LLC**
IntegraClick Professional Park East Building
5901 N. Honore Ave., Suite #210, Sarasota, FL 34243-2632

info@clickbooth.com
Fax: 941.296.7911

| CLIENT: SBM Management, Inc. | PROJECT: Clickbooth Network CPA |
|---|---|
| ADDRESS: 655 N Central Ave, 17th Floor | ORDER #: JL101813BB1 |
| C/S/Z: Glendale, CA 91203-1439 | ORDER DATE: 10.18.13 |
| CORP STATUS: C-Corp    TIN: 27- | LAUNCH DATE: A.S.A.P. |
| PHONE: 818.200.1035 | ADVERTISER REP: Daniel Carter |
| CONTACT: Alon Nottea    EMAIL: alon@mediaurge.com | |

**PAYMENT METHOD**

| [ ] Physical Check | [ ] Electronic / Fax Check | [ ] Credit Card |
|---|---|---|
| [X] Wire Transfer | [ ] ACH Debit | |

**ACH Information:**
Bank Name: _____
Name On Account: _____
ABA Routing Number: _____
Account Number: _____
Billing Address: _____
Accountholder Signature: _____

*Accountholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

**Credit Card Information:**
Name On Card: _____
Card Number: _____
Expiration Date: _____
CVV/Security Code: _____
Card Limit: _____
Card Type: Visa [ ]   MC [ ]   Amex [ ]   Discover [ ]
Billing Address: _____
Cardholder Signature: _____

*Cardholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

| Cost Per Acquisition: | Clickbooth.com Network CPA: | Restricted Traffic Types (check box if any): |
|---|---|---|
| { } Credit Card Price: $46.15 | **Dellure Offer**. Geo-Restrictions: US Only. | ☐ Email |
|  |  | ☐ Search/contextual |
| {X} Cash Discount Price: $45.00 |  | ☐ On-Site/Display |
|  |  | ☐ Social Media |

*NOTE: All campaigns may receive traffic from mobile devices and/or tablets, but no traffic will be generated through SMS/text messaging, which is not permitted on the Network.*

The Clickbooth.com Advertiser Terms and Conditions shall govern this Advertising Insertion Order.  Payments are due as stated on the invoice.  By signing this Advertising Insertion Order, Client represent and warrant that they have full right, power, and authority to make this purchase, sign this Advertising Insertion Order, bind Client, and hereby guarantees timely payment.

CLIENT: SBM Management, Inc.
Signed: *Stephan Bauer*
Title: CEO
Date: Oct 21, 2013

CLICKBOOTH.COM, LLC
Signed: *Daniel Carter*
Title: Ad Rep
Date: Oct 22, 2013

Document Integrity Verified

EchoSign Transaction Number: XXP268M24F47C58

App.000379