**From:** [mailto: m] **On Behalf Of** Sagar Parikh
**Sent:** Sunday, July 19, 2015 12:48 PM
**To:** Charlene Koonce
**Subject:** Re: Focus Media Solutions

50% came from negative option.

No, it would not have been able to continue operating if it did not get a loan.

It was profitable for 3 months out of the 10 it was operating.

The $325K was an investment made with the conditions of focusing on lead generation, no negative options, and reducing overhead.

At least this is what Alon told Paul.

Again, as Focus is not my client, I only have access to Paul's knowledge.

Sagar Parikh, Esq.

## BEVERLY HILLS LAW CORP., PC

433 N. CAMDEN DRIVE, 6TH FLOOR
BEVERLY HILLS, CA 90210
Tel |    (310) 887-1338
Fax |    (310) 982-2603
Email |  SP@BeverlyHillsLawCorp.com
Web |    www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.

On Sun, Jul 19, 2015 at 6:47 AM, Charlene Koonce <charlene.koonce@solidcounsel.com> wrote:

Sagar- What approximate % of FMS's income came from marketing negative option offers?

 If FMS was not able to receive any loans in the future, would it be able to continue operate?  Was it ever profitable?  Why did CalEnergy write a $325k check to FMS on 6/18/15?

EXHIBIT
69



# CHARLENE KOONCE
## PARTNER

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215** (Direct)
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

# SCHEEF & STONE, L.L.P.
*LEGAL COUNSEL BASED ON SOLID PRINCIPLES*



**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

## California Secretary of State Alex Padilla

| Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 23, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | NETISTICS LLC |
| Entity Number: | ⁊ 125 |
| Date Filed: | 06/26/2012 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 16830 VENTURA BLVD STE 360 |
| Entity City, State, Zip: | ENCINO CA 91436 |
| Agent for Service of Process: | CALIFORNIA CORPORATE AGENTS, INC. (C3035398) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2015   California Secretary of State

EXHIBIT

70

# Wysk

B2B Data Hub

About Wysk   Business Data   B2B Research Products and Pricing   Industries We Serve   Company Profiles

Submit

Wysk Company Profile for

# NETISTICS LLC

California Limited Liability Company | Wysk # 6JJC8X8

United States ▸ California ▸ Encino

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |
|---|---|---|---|---|---|---|---|---|

## Business Registration | California (Home State)

California Secretary of State

Data updated August 26, 2014

**Business Details**

| | |
|---|---|
| Business Name: | NETISTICS LLC |
| Citizenship: | Domestic |
| State of Incorporation: | CA |
| Business Type: | Limited Liability Company |
| Mailing Address: | 16830 VENTURA BLVD STE 360 ENCINO, CA 91436 |
| Status: | Active |
| Secretary of State ID: | 0125 |
| Incorporation Date: | 06/26/2012 |
| Management: | More Than One Manager |
| Business Description: | MANAGEMENT SRVICES |

## Amendments

| | |
|---|---|
| Number of Amendments Filed: | 0 |
| Total Pages Filed: | 3 |

Follow Us:  f  🐦  in  +  📺

## About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.



## Corporate Officers, Directors and C-Level Executives for

# NETISTICS LLC

**California Limited Liability Company | Wysk # 6JJC8X8**

United States ▸ California ▸ Encino

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |
|---|---|---|---|---|---|---|---|---|

### Officers | California (Home State)

California Secretary of State                                         Data updated August 26, 2014

| Name | Title | Address | | |
|---|---|---|---|---|
| ROI REUVENI | | 6914 CANBY AVE STE 107 RESEDA, CA 91335 | Officer Report | in |
| STEPHAN BAUER | | 655 NORTH CENTRAL AVE #1700 GLENDALE, CA 91203 | Officer Report | in |

Additional General Partners / Managers / Members: 0



Follow Us: f  t  in  +  You

## About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.

ABOUT WYSK    BUSINESS DATA    PRODUCTS AND PRICING    INDUSTRIES WE SERVE    COMPANY PROFILES

Terms of Use  |  Privacy Policy  |  Data License  |  Support

Merchantleveragegroup.com Analysis - DomainTuno                    Page 1 of 4



This is a domain report for merchantleveragegroup.com. To know about any other domain, search in the search box above.

▲
0
▼

## merchantleveragegroup.com (/redirect-nf?url=aHR0cDovL21lcmNoYW50bGV2ZXJhZ2Vncm91cC5jb20=) ⊙

f  g+  ✔  📷 3 views
Merchant Leverage Group
None

🖥 rackspace
the #1 managed cloud company
No one supports Microsoft Exchange like we do.
Experience the **Fanatical Support®** difference.    Find Out How

**Merchantleveragegroup.com** seems to be quite trustworthy website , it is 3 years old . The website was registered by **igor latsanovski** (support@godaddy.com) and has its servers in United States . The site has a Pagerank of 0, which suggests that it is not so well connected on the internet.
According to our SEO analysis, the site receives a score of 73 out of 100, which is pretty good, but there is still scope of improvement.

This report was last updated on May 11, 2015, 04:34 PM (2 months ago)    Update Report

Is cost holding back your API Strategy?
Try
WSO2 API Manager
Download Now!

Like  1.5k  g+1  321    2K

Subscribe to our SEO Services

| Statistics | |
|---|---|
| Country | United States |
| Website Age | ⏱ 3 years 3 months |
| Pagerank | 0 |
| Family Safe | ✓ Yes |
| Malware safe | ✓ Yes |
| IP Address | 50.63.202.63 |

(/seo-services)

### Sections
Alexa Graphs
SEO Analysis
Framework Analysis
Whois details
Server Properties
DNS Lookup
HTTP Headers

## Domains with same owners

Reverse Whois

tutesisya.com (/d/tutesisya.com)
Your thesis Ya The tranquility of your title

Alexa Rank: 3,558,255
Pagerank: 0

facebookmanagementservices.com (/d/facebookmanagementservices.com)
Want More Likes & Better Interactions On Facebook? We Offer Facebook Managements Services That Do Just That...

Alexa Rank: 5,864,303
Pagerank: 0

twoguysandagame.com (/d/twoguysandagame.com)
Best iPhone games,and even better a Free iPhone game.Enjoyed by millions all over the...

Alexa Rank: 20,209,863
Pagerank: 1

eflfzc.com (/d/eflfzc.com)
Welcome to Eastern Freight and Logistics

Alexa Rank: 13,821,190
Pagerank: 0

mp3basket.com (/d/mp3basket.com)
Free MP3 Music, search your music and download it free. Top music free for download. 1 million mp3 base

Alexa Rank: 22,332,575
Pagerank: 0

Reverse IP

supertutorrs.com (/d/supertutorrs.com)
Super Tutors Association

Alexa Rank: -
Pagerank: 0

### Trending Domains
🔴 zara11.com (/d/zara11.com)

haogongyl.cn (/d/haogongyl.cn)                          21 Views

karinayjuanpi.com (/d/karinayjuanpi.com)                5 Views

🔴 sampleassignment.com (/d/sampleassignment.com)        3 Views
                                                         2 Views
🔴 pmservitec.com (/d/pmservitec.com)                    2 Views

### Latest Domains
goodpicture.com (/d/goodpicture.com)
🔴 trouvite.com (/d/trouvite.com)
bitterendgoggles.com (/d/bitterendgoggles.com)
gsscloud.com (/d/gsscloud.com)
ilclick.com (/d/ilclick.com)
deckscr.com (/d/deckscr.com)
until26.com (/d/until26.com)
lixiangshan.com (/d/lixiangshan.com)

## SEO Analysis
We found 1 errors and 5 warnings while doing SEO analysis for merchantleveragegroup.com.

EXHIBIT
71



Corporate Officers, Directors and C-Level Executives for

# MERCHANT LEVERAGE GROUP, INC.

California Corporation | Wysk # 6REGKJQ

United States ▸ California ▸ Glendale

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |
|---|---|---|---|---|---|---|---|---|



## Officers | California (Home State)

California Secretary of State                                      Data updated August 26, 2014

| Statement of Officers File Number: | |
|---|---|
| Statement of Officers File Date: | 02/29/2012 |

| Name | Title | Address | | |
|---|---|---|---|---|
| STEPHAN BAUER | President | BURBANK, CA 91502 | Officer Report ▸ | in |



Follow Us:  f  t  in  +  ▶

## About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.

ABOUT WYSK      BUSINESS DATA      PRODUCTS AND PRICING      INDUSTRIES WE SERVE      COMPANY PROFILES

Terms of Use  |  Privacy Policy  |  Data License  |  Support

| | | | |
|---|---|---|---|
| 11:15:07 | 1 | A | The company?  Not.  I buy already existing. |
| | 2 | Q | Who did you buy it from? |
| 11:15:11 | 3 | A | I don't remember exactly.  Some name of |
| | 4 | | person. |
| 11:15:34 | 5 | Q | What is Bavaria Inter LP? |
| | 6 | A | Pardon?  I have to -- |
| 11:15:39 | 7 | Q | Yeah.  So have you heard of a company called |
| | 8 | | Bavaria Inter LP? |
| 11:15:43 | 9 | A | Bavaria? |
| | 10 | Q | Yes. |
| 11:15:48 | 11 | A | Bavaria? |
| | 12 | Q | Inter LP. |
| 11:15:50 | 13 | A | Okay, yes. |
| | 14 | Q | What is that company? |
| 11:15:54 | 15 | A | Bavaria?  This is international company or -- |
| | 16 | Q | You tell me. |
| 11:16:03 | 17 | A | Okay.  This is company who give loan -- yeah, |
| | 18 | | I think so.  This company give loan to Guayas, find |
| 11:16:12 | 19 | | company who can give loan to CalEnergy. |
| | 20 | Q | Okay.  Bavaria is a company that made loans |
| 11:16:18 | 21 | | to Guayas; is that right? |
| | 22 | A | Yeah.  They give loans to CalEnergy, and |
| 11:16:27 | 23 | | Guayas take these loans, like, rebuy these loans to |
| | 24 | | them.  And it means CalEnergy, yeah, owed money to |
| 11:16:35 | 25 | | Guayas for this amount of money. |





| | | |
|---|---|---|
| 11:16:38 | 1 | Q    CalEnergy owed money to Guayas, and then |
| | 2 | Bavaria loaned it money to pay Guayas back? |
| 11:16:48 | 3 | A    Yes.  It means we have contract with Guayas |
| | 4 | for -- |
| 11:16:50 | 5 | Q    Oh, you have a contract? |
| | 6 | A    Yeah, sure. |
| 11:16:52 | 7 | Q    In writing? |
| | 8 | A    Yeah. |
| 11:16:54 | 9 | Q    Between CalEnergy and Guayas? |
| | 10 | A    Yes. |
| 11:16:56 | 11 | Q    Okay. |
| | 12 | A    Yes.  For give loan, and one day we request |
| 11:17:03 | 13 | additional loan.  They say, "We don't have right now |
| | 14 | cash flow, but we can find company who give you loan, |
| 11:17:13 | 15 | but after we sign" -- "sign three part (sic) of |
| | 16 | agreement" for this loan I have to return to Guayas, |
| 11:17:23 | 17 | and they already been filling them already. |
| | 18 | Q    I see.  When you say "we" -- let me make sure |
| 11:17:31 | 19 | I understand. |
| | 20 | A    Okay. |
| 11:17:35 | 21 | Q    Before -- before May of this year, you were |
| | 22 | the hundred percent owner of CalEnergy, correct? |
| 11:17:41 | 23 | A    Yes. |
| | 24 | Q    You are today a hundred percent owner of |
| 11:17:46 | 25 | Guayas, "yes"? |


Kusar® Keeping Your Word Is Our Business™

7/2/2015
Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | | |
|---|---|---|---|
| 11:17:47 | 1 | A | Yes. |
| | 2 | Q | Do you own any interest in Bavaria Inter LP? |
| 11:17:51 | 3 | A | Not. |
| | 4 | Q | Who owns that company? |
| 11:17:54 | 5 | A | I don't know. |
| | 6 | Q | Who runs the company? |
| 11:17:57 | 7 | A | I don't know. |
| | 8 | Q | Where is it located? |
| 11:18:02 | 9 | A | In Europe. |
| | 10 | Q | Where in Europe? |
| 11:18:06 | 11 | A | I don't know.  I don't remember exactly. |
| | 12 | | On the papers. |
| 11:18:09 | 13 | Q | In where? |
| | 14 | A | On the papers, I think so.  In contract we |
| 11:18:18 | 15 | | have.  Oleg find them for give loans and sign |
| | 16 | | agreements.  We sign -- I sign agreement, Oleg and CEO |
| 11:18:34 | 17 | | of this company for remove this loan to Guayas. |
| | 18 | Q | Okay.  So as I understand what you've said, |
| 11:18:41 | 19 | | CalEnergy has borrowed money from Guayas? |
| | 20 | A | Exactly. |
| 11:18:45 | 21 | Q | And Bavaria Inter LP is loaning money to |
| | 22 | | CalEnergy to pay its loan to Guayas back; is that |
| 11:18:49 | 23 | | correct? |
| | 24 | A | We signed agreement.  Guayas buy out this |
| 11:18:58 | 25 | | loan from this entity to Guayas. |

138


Kusar® Keeping Your Word Is Our Business℠

7/2/2015
Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| 11:19:00 | 1 | You understand my English, "no"? |
| | 2 | Q    No, I didn't understand. |
| 11:19:03 | 3 | A    Can I draw? |
| | 4 | Q    Please.  Actually, let me give you a piece of |
| 11:19:08 | 5 | paper and I'll mark -- well, actually, your attorney is |
| | 6 | giving you a piece of paper. |
| 11:19:14 | 7 | A    Okay.  This is CalEnergy (indicating), and |
| | 8 | this is Guayas (indicating).  This is company which -- |
| 11:19:21 | 9 | Q    Bavaria Inter LP? |
| | 10 | A    -- they borrow money "to" us. |
| 11:19:24 | 11 | Q    Yes. |
| | 12 | A    And we sign agreement.  Guayas buy out this |
| 11:19:35 | 13 | one, and CalEnergy owed money to Guayas, and Guayas |
| | 14 | owed money -- not CalEnergy, Guayas owed them.  For |
| 11:19:44 | 15 | help directly, we owed money to Guayas. |
| | 16 | Q    Yes.  Okay.  Can you just write the date -- |
| 11:19:49 | 17 | A    We -- I -- we signed this agreement. |
| | 18 | Q    Yeah.  Would you just write the names of the |
| 11:19:54 | 19 | company next to each of the dots on there so I can |
| | 20 | understand what you're saying. |
| 11:19:58 | 21 | The top company in your -- in your triangle |
| | 22 | is CalEnergy? |
| 11:20:01 | 23 | A    Yes. |
| | 24 | Q    Can you just write that. |
| 11:20:06 | 25 | A    (Witness complies.) |

