| | |
|---|---|
| 7/2/2015 Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc.   1090802 |

```
11:20:14   1        Q    The bottom company is Guayas.  And Guayas is
           2   Spanish, isn't it?  The word is Spanish?
11:20:20   3        A    No, this is Estonia name.
           4        Q    Oh, it's an Estonian name?  Okay.
11:20:24   5             And this company here (indicating) is Bavaria
           6   Inter LP?
11:20:27   7        A    Yes.
           8        Q    And you don't know who owns it or runs it,
11:20:30   9   right?
          10        A    Personally I -- I know -- I met with -- not I
11:20:37  11   met, by phone, yeah?  I talking with this guy, because
          12   when we negotiate about this -- borrow this money,
11:20:45  13   we -- three of us, yeah, we negotiate about it.  But
          14   this is all deal do with CEO of -- Oleg, yeah --
11:20:51  15   Guayas.  Yeah.
          16        Q    Oleg did the deal?
11:20:52  17        A    Yes.
          18        Q    And you talked to the person at Bavaria on
11:20:55  19   the phone?
          20        A    I don't remember exactly.
11:21:05  21        MR. LITTLE:  Ma'am, can I have an exhibit sticker.
          22   I'm going to mark this as Receiver's Exhibit 62.
11:21:09  23             (The aforementioned document was marked
          24        as Receiver's Exhibit 62 and attached hereto.)
11:21:10  25   ///
```

140

