**Agreement of Assignment**

May 20, 2015

Agreement of Assignment (hereinafter referred to as Agreement of Assignment) made by and between

**GUAYAS LTD**, located at Estonia (hereinafter referred to as **Assignor** or **GUAYAS**), represented by Mr. Oleg Trushlya,

and

**SUNSET HOLDING PARTNERS LLC**, located at California (hereinafter referred to as **Assignee** or **SUN**), represented by Mr. Cesar M. Peniche,

hereinafter also referred to as Party or Parties.

The Parties hereto hereby agree as follows:

**1 Definitions**

For purposes of this Agreement of Assignment the following terms shall have the meanings hereunder assigned to them by the Parties:

Assignor – **GUAYAS LTD**, who pursuant to
- the Loan Agreement from 12.01.2015 concluded between GUAYAS and CAL (hereinafter referred to as **Agreement 1**)
and
- the Agreement of Assignment from 20.04.2015, concluded between GUAYAS and BAVARIA INTER LP (hereinafter referred to as **Agreement 2**).

had a claim against the CAL, by concluding the Agreement of Assignment GUAYAS assigns the claim to the SUN.

Assignee – **SUNSET HOLDING PARTNERS LLC**, who acquires the claim of the Assignor against the Debtor arising from the Agreement 1 and Agreement 2.

Debtor – **CALENERGY LLC** (hereinafter referred to as **Debtor** or **CAL**), located at California, having a proprietary obligation with respect to the Assignor, arising from the Agreement 1 and Agreement 2, which becomes a proprietary obligation with respect to the Assignee upon conclusion of the Agreement of Assignment between the Assignor and the Assignee.

Agreement of Assignment - this agreement of assigning the claim, together with every appendix and amendment thereto made in accordance with this Agreement.




1


EXHIBIT 13

SUNSET000001

App.000393

Assignment Fee is the amount payable by the Assignee to the Assignor for the assignment of the claim.

## II Object of Agreement of Assignment

2.1. The proprietary obligations of the Debtor (CAL) arising from the Agreement 1 and Agreement 2 shall be the object of the Agreement of Assignment. According to the Agreement 1 and Agreement 2 the Debtor (CAL) is under the obligation to the Assignor (GUAYAS).

2.2 The proprietary obligations of the Debtor (CAL) at the moment of conclusion of the Agreement of Assignment is **US$ 5,868,000**, including
- arising from the Agreement 1  **US$ 3,480,000**
- arising from the Agreement 2  **US$ 2,388,000**

2.3 The Assignee (SUN) shall acquire the claim of the Assignor (GUAYAS) against the Debtor (CAL) in the amount of **US$ 5,868,000**.

2.4 All conditions of the Agreement 1 and Agreement 2 will stay in force after signing the present Agreement of Assignment, including
- The loans will be granted in order to purchase real estate objects. Every time a real estate object is sold, the Debtor must return the capital amount and interest of the respective Agreement to the Assignee.
- The Loans are secured. The purchased real estate must be mortgaged in favour of the Assignee.
- The Loans shall bear annual interest of 11 %. Interest shall be fully paid not later than the repayment of last part of principal amount.

## III Assignment Fee

3.1. The Assignee shall pay the Assignment Fee in the amount of **US$ 5,868,000** (five million eight hundred and sixty eight thousand US Dollars). The Assignment Fee shall be transferred to the account of Assignor.

3.2. The Assignment Fee in the sum of **US$ 5,868,000** shall be paid to the account mentioned by the Assignor within one year following the signing of the Agreement of Assignment by the Parties. Failing to pay the Assignment Fee within one year, the Assignee shall pay to the Assignor a penal fine in the amount of 5% from the unreturned sum.

3.3. The Assignee shall acquire in return for the Assignment Fee the claim of the Assignor against the Debtor.

SUNSET000002

App.000394

## IV Special Conditions

4.1. The Assignor hereby confirms that the documents constituting the basis for the proprietary claim arising from the Agreements 1 and 2, are accurate and true, have been delivered to the Assignee in their completeness, and that the loan has been made available to the Debtor.

4.2. The Assignor hereby undertakes not to transfer or assign to third parties the claim assigned to the Assignee, neither shall it encumber the claim with other limited real rights nor perform any other civil transactions without the written consent of the Assignee.

## V Rights and Obligations of the Assignor

5.1. The Assignor has the right to the Assignment Fee, which shall be paid according to articles 3.1. - 3.3.

5.2. The Assignor undertakes to inform the Debtor about the conclusion of the Agreement of Assignment.

## VI Obligations of the Assignee

6.1. The Assignee undertakes to pay the Assignment Fee in return for the assignment of the claim within one year following the signing of the Agreement by the Parties.

## VII Resolution of Disputes

7.1. Disputes arising between the Parties shall be resolved by means of negotiations. If an agreement is not reached between the Parties the dispute is resolved in court.

## VIII Other Provisions

8.1. Any changes to the Agreement of Assignment, including additions and amendments, shall be recorded in writing and take effect after signing by the Parties, except as agreed otherwise by the Parties.

8.2. Any notices delivered to the other Party shall be in writing and shall take effect as of their receipt. Notices sent by a Party by registered mail to the addresses of the Parties, specified in the Agreement of Assignment or in a later notice, are also deemed as having been received, if seven days have elapsed since their mailing.

8.3. The Agreement of Assignment, its contents, terms and/or specific provisions may not be disclosed to third parties without the written consent of the other Party, to the extent it does not hinder the execution of the Agreement of Assignment. Violation of the above requirement does not cause cancellation of the Agreement of Assignment or involve the right to cancel the Agreement of Assignment, but gives the right to claim damages.

 

3

## IX Validity

9.1. The Agreement of Assignment shall take effect as of the moment of signing by the Parties.

9.2. By signing the Agreement of Assignment the Parties certify that they have observed every rule, procedure and requirement for co-ordination that they must observe to be able to undertake the obligations specified in the Agreement, and that the Assignor has been granted the right and authority to sign the Agreement.

9.3. In case a provision of the Agreement of Assignment proves fully or partially invalid or cannot be executed, other provisions of the Agreement of Assignment remain valid.

9.4. The Agreement of Assignment has been concluded in English, in two identical copies on four pages, of which the Assignor receives one copy and the Assignee the other.

9.5. The annexes
- No.1 Balance confirmation between GUAYAS and CAL,
- No.2 Loan Agreement from January 12, 2015 between GUAYAS and CAL,
- No.3 Agreement of Assignment from April 20, 2015 between GUAYAS and BAVARIA INTER LP

are an integral part of the present Agreement of Assignment.

## ADDRESSES AND SIGNATURES OF THE PARTIES:

Assignor:

GUAYAS Ltd

Ahtri 10a Tallinn 10151,
ESTONIA

Mr. Oleg Trushlya

Assignee:

SUNSET HOLDING PARTNERS LLC

705 W 9th Street, suit 1807,
Los Angeles, CALIFORNIA 90015

Mr. Cesar M. Peniche

Appendix 1 to Agreement of Assignment

| Guayas Ltd | Calenergy LLC |
|---|---|
| Ahtri 10a. | 23679 Calabasas Rd, office 531 |
| Tallinn 10151 | Los Angeles 91302 |
| ESTONIA | CALIFORNIA |
| (The Creditor) | (The Debtor) |

**BALANCE CONFIRMATION**

May 20, 2015

Hereby we confirm that Calenergy LLC debt to Guayas Ltd as at May 20, 2015 is
**US$ 5,868,000**, including

| | |
|---|---|
| - according to the Loan Agreement from January 12, 2015 | **US$ 3,480,000,** |
| - according to the Agreement of Assignment from April 20, 2015, based on Loan Contract BA-GA-2015-04-113 from April 08, 2015 | **US$ 2,388,000** |

The history of payments to Calenergy LLC bank account are following:

| Payments from Guayas Ltd according to the Loan Agreement from 12.01.2015 | | Payments from Bavaria Inter LP according to the Agreement of Assignment from 20.04.2015 | |
|---|---|---|---|
| 27.01.2015 | $1 500 000 | 9.04.2015 | $298 500 |
| 11.03.2015 | $1 000 000 | 10.04.2015 | $298 500 |
| 2.04.2015 | $680 000 | 13.04.2015 | $298 500 |
| 24.04.2015 | $300 000 | 13.04.2015 | $298 500 |
| | | 14.04.2015 | $298 500 |
| | | 14.04.2015 | $199 000 |
| | | 15.04.2015 | $298 500 |
| | | 17.04.2015 | $200 000 |
| | | 17.04.2015 | $198 000 |
| Total | $3 480 000 | Total | $2 388 000 |

Mr. Oleg Truslya                                           Mr. Igor Latsanovski

5

SUNSET000005

App.000397

**From:** Charlene Koonce
**Sent:** Thursday, July 30, 2015 3:39 PM
**To:** 'Robert Ungar' (rmu@ungarlaw.com)
**Subject:** FW: FTC v BMG

Robert - I asked "Did Vastpay participate in the sales of ANY products sold by any of the individual defendants or any of the entities they are affiliated with? If so, please identify those products." You responded: "Vastpay did not provide services to any products sold." I need to clarify your answer. Did Vastpay have any role whatsoever with respect to the sale of skincare products made through negative option continuity programs or free trial sales? What was Alon's role with Vastpay?

You also stated: "Eugene, had his own merchant business aside from Vastpay, and provided merchant services for Leor's sales, although it was not vastpay business." Please identify the name of that business.

Thanks.

(Also, please resend whatever the latest version of your confidentiality stip is and I will review and get it back to you.)

Charlene Koonce
Partner
500 N. Akard, Suite 2700
Dallas, Texas 75201
214.706.4215 (Direct)
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com



EXHIBIT 74

App.000398

OCCRP - Latvian Bank Was Laundering Tool                    Page 5 of 8



Trasta Komercbanka

Banking records obtained by the Organized Crime and Corruption Reporting Project (OCCRP) indicate that the Latvian bank Trasta Komercbanka was the final destination for billions of dollars that left Russia in a massive money laundering scheme.

In each case found by OCCRP and investigated by Moldovan anti-money laundering police, two UK-based-but-offshore-owned companies signed what police say were bogus loan contracts.

Here's how police say the scheme worked:

- One company would default on the loan, leaving a Russian company or companies and a Moldovan citizen holding the alleged debt.
- Moldovan courts would then confirm the debt using fake or incomplete documents and order the Russian company to pay.
- Every payment was sent to Trasta Komercbanka, allowing the laundered funds to enter the European Union from Russia.

Trasta Komercbanka is one of the oldest private banks in Latvia. It was founded under the name Riga Bank in 1989 but in 1995 changed its name to Trasta Komercbanka.

The bank initially offered banking services as well as loans to companies and investment services. After the Russian financial crisis of 1997 the bank changed its mode of operation and, in 2000, began specializing in serving VIP clients. The bank has offices in Belarus, Ukraine, Russia, Kazakhstan, Canada, and Bulgaria as well as in Cyprus.

Trasta Komercbanka was one of six Latvian banks used in the Sergey Magnitsky case.

OCCRP sent Trasta a set of questions regarding the money-laundering operations but a bank spokesperson replied that the bank cannot comment on the case. It has not been charged with any illegal activities although it has been involved in other cases where money laundering was alleged.



Like  Share  42
Tweet  11
g+1  1

## We recommend:



EXHIBIT 75

| | ENTITY | OFFICER(S) & REGISTERED AGENT | STATUS per CA SOS Site | State of Formation | EIN/DUNS | ADDRESS | Other Information/Notes |
|---|---|---|---|---|---|---|---|
| 1 | Access Distribution | Doron Nottea- Officer & Director | | | | 16161 Ventrua Blvd, Ste. 310 Encino, CA 91436 | Check book in Doron's office<br><br>Access Distribution Incorporated; A sole proprietorship DBA of Doron Nottea Status: Active Officers and directors: Doron Nottea Bank accounts, and current balances, Doron Nottea Wells Fargo ▓▓▓ Nature: Adult entertainment video and novelty distribution company |
| 2 | Adageo, LLC | Alon Nottea- Manager and CEO<br>Alon Nottea- Organizer<br>California Corp Agents, Inc- registered agent<br>16830 Ventura Blvd., Ste 360<br>Encino, CA 91435 | Active<br>Incorporated September 25, 2012 | CA | | 16161 Ventura Blvd #378<br>Encino, CA 91436 | Address is a PO Box- All Boxed Inn location; next door to City National Bank |
| 3 | Agoa Holdings, Inc. | Roi Reuveni- CEO, CFO, & Secretary<br>David Davidian- Incorporator and Registered Agent<br>California Corp Agents, Inc- registered agent<br>16830 Ventura Blvd., Ste 360<br>Encino, CA 91435 | Incorporated September 15, 2013<br>Dissolved- December 12, 2014 | CA | | 18034 Ventura Blvd, Ste. 234<br>Encino, CA 91316<br>and<br>16830 Ventura Blvd<br>Suites 234 & 360<br>Encino, CA 91436 | PO BOX; close proximity to a US Bank, Citizens Business Bank, and Grandpoint Bank<br><br>Agoa Holdings -WFB▓ User: ▓<br>Password: ▓<br>Quickbooks Login: ▓ Password: ▓ |
| 4 | All Star Beauty Products, Inc. | Sean Brennecke- President<br>California Corp Agents, Inc- registered agent<br>16830 Ventura Blvd., Ste 360<br>Encino, CA 91435 | Incorporated June 8, 2012<br>Dissolved | CA | | 16830 Ventrua Blvd., Ste 360<br>Encino, CA 91436<br><br>11522 Kamloops St.<br>Sylmar, CA 91342-7317 | Check book in Doron's office<br><br>All-star Beauty Products -WFB ▓ User: ▓ Password: ▓ QuickBooks Login: ▓ Password: ▓<br><br>All Star Beauty Products, Inc. The date of incorporation; 6/8/12 Status: Dissolved Officers and directors: Sean Brennecke All-star Beauty Products - WFB ▓ User: ▓ Password: ▓ QuickBooks Login: ▓ Password: ▓ signatories. Sean Brennecke / Stephan Bauer Wells ▓ ▓648.00 Nature: Was a retail merchant corporation for skincare products |
| 5 | AMD Financial Network, Inc. | A Algarp- Director, CEO, Secretary, and CFO<br>Annsofie Algarp- Incorporator and initial agent for service | Active<br>Incorporated March 29, 2012 | CA | | 9820 Owensmouth Ave.<br>Unit 15<br>Chatsworth, CA 91311-3845<br>Residential Address:<br>22759 Cavalier St.<br>Woodland Hills, CA 91364<br>Phone: 310-317-4635 | Check book contained pre-signed checks |
| 6 | Apogee Network, LLC | Stephan Bauer- Manager<br>California Corp Agents, Inc- registered agent<br>16830 Ventura Blvd., Ste 360<br>Encino, CA 91435 | Active<br>Incorporated September 25, 2012 | CA | | 16830 Ventrua Blvd., Ste 360<br>Encino, CA 91436 | Check book in Doron's office |
| | Bavaria Inter LP | Japan Intergroup S.A.- General Partner<br>Kyoto Holdings S.A.- Limited Partner | | UK | | 44 Main Street, Ste. 1<br>Douglas, Lanarkshire<br>ML11 0QW, Scotland | International Trade and Investment Company; UK Entity # SL▓ |
| | Best World Ranking | David Yosafian- President and registered agent | Incorporated June 15, 2011<br>Dissolved February 2, 2013 | CA | | 8027 Deering Ave<br>Canoga Park, CA 91304 | Check book in Doron's office |

EXHIBIT 76

| # | Name | Officers/Agent | Status | | | Address | Notes |
|---|---|---|---|---|---|---|---|
| 9 | Bunzai Media Group, Inc. | Alon Nottea- CEO, Director, Secretary, and CFO; David Davidian- Registered Agent | Incorporated January 1, 2010; Dissolved May 30, 2013 | | CA | 6925 Canby, Ste. 105 and 6914 Canby, Ste. 107 Reseda, CA 91335; Mailing Address: 16161 Ventura Blvd., #378 Encino, CA 91436 | Old business location per FTC is 7900 Gloria Ave, Van Nuys, CA. Bunzai Media Group, Inc. Incorporated: Jan 1, 2010 Status: Dissolved Officers and directors: Alon Nottea List Bank accounts: No Bank Accounts Nature: Was original seller of Skincare products. Attachment: previous bank statements provided in Dropbox [bunzai] |
| 10 | Calenergy Inc | Igor Latsanovski- CEO, CFO, Director, & Secretary; Igor Latsanovski- Registered Agent; Aleksey Katmissky- Incorporator | Incorporated September 3, 2009; Active | | CA | Physical Address: 5482 Amber Circle Calabasas, CA 91302-3142; PO Box: 23679 Calabasas Rd. #531 Calabasas, CA; 1557 S. Beverly Glen Blvd Ste. 308 Los Angeles, CA 90024 | Address is a PO Box; Wells Fargo Bank and Chase Bank in same shopping center. Go Daddy Login info: User: ( ) Password: |
| 11 | Chargeback Armor, Inc | Michael Costache- registered agent; 200 N Maryland Ave., Ste 300 Glendale, CA 91206 | Active; Incorporated February 18, 2015 | | CA | Address on Check: 5023 N Calabasas Parkway Calabasas, CA 91302 | Check book in Doron's office |
| 12 | CJ Marketing Group | | | | | | Check book in Doron's office |
| 13 | Daria Media Inc | David Yosafian- President; California Corporate Agents, Inc.- Registered Agent; 16830 Ventura Blvd, Ste. 360. Encino, CA 91436 | Active; February 27, 2014 | | | 155 N Lake Ave, Ste 500 Pasadena, CA 91101 | Daria Media, Inc. Incorporated: 2-27-14 Status: Active Officers and directors: G. Siro current balances Wells Fargo G. Siro $520.00 Established as Management Company for E-cigarette and Nicotrim product lines. Never had a merchant account. No relation to Skincare. |
| 14 | DMA Media Holdings, Inc | Roi Reuveni- President; David Davidian- Registered Agent | Incorporated June 15, 2011; Dissolved | | CA | 19528 Ventura Blvd Ste 224 Tarzana, CA 91356 and 200 N Maryland Ave., Ste 300 Glendale, CA 91206 | Address is a PO Box- UPS Store; close to a US BANK. DMA Media Holdings -WFB User: Password: is QuickBooks Login: Password: DMA Holdings, Inc. The date of incorporation: 06/15/11 Status: Dissolved Officers and directors: Roi Reuveni signatories, and current balances: Roi Reuveni / Stephan Bauer Wells Fargo $8116.00 495.00 Nature: Was a retail merchant corporation for skincare products |

| # | Name | Agent/Officers | Status | State | Address | Notes |
|---|---|---|---|---|---|---|
| 15 | DSA Holdings, Inc. | Jason M Menin- Incorporator and initial registered agent, Director, CEO, Secretary, and CFO | Incorporated January 10, 2006<br>Dissolved September 14, 2012 | | 16060 Ventura Blvd, #180<br>Encino, CA 91436 | DSA Holdings -WFB ▮▮▮, BA ▮▮<br>(No Access, No Bank Account, corp dissolved)<br><br>DSA Holdings, Inc.<br>Incorporated: 1-10-06<br>Status: Dissolved, 9-19-2012<br>Officers and directors: Jason Menin<br>List Bank accounts, signatories, and current balances: No Bank Account<br>Nature: Was adult Entertainment Company, although it was a guarantor of a merchant processing account for Bunzai Media Group.<br>Dropbox Attachment: previous bank statements inside DSA Holdings, Inc. |
| 16 | DVD Concepts, Inc | Alon Nottea- President<br>Yuval Ariav- Registered Agent<br>9801 Independence Ave<br>Chatsworth, CA 91311 | FTB Suspended<br>Incorporated January 6, 2003<br>Dissolved | CA | 9801 Independence Ave<br>Chatsworth, CA 91311 | |
| 17 | Dynamic Media, Inc. | SIMA Corporate Group- Registered Agent<br>200 N Marlyand Ave., Ste. 300<br>Glendale, CA 91206 | Active<br>Incorporated January 2, 2014 | CA | 9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 91201 | |
| 18 | East Coast Products | Possible Information<br>Lalit Kumar- President & Registered Agent | Active<br>March 11, 2011 | CA | Address on Check:<br>16161 Ventura Blvd # 595<br>Encino, CA 91436<br>Possible Physical Address:<br>288 Farmington Circle<br>Roseville, CA 95678 | Check book in Doron's office |
| 19 | Eccentric Innovations | California Corp Agents, Inc- registered agent<br>16830 Ventura Blvd., Ste 360<br>Encino, CA 91435 | Active<br>Incorporated March 10, 2014 | CA | 16830 Ventura Blvd., Ste. 360<br>Encino, CA 91436 | Eccentric Innovations, Inc. The date of incorporation: 3/10/14 Status: Active Officers and directors: Dror Michaelo WFB: No account Access, Nature: online e-cigarette retailer, but as e-cigarette rules and regulations changed, the Nature of the business changed Online Help Desk and IT Solution Provider. No relation to Skincare products. |
| 20 | Extra Entertainment Group Inc | Doron Nottea- President (per Statement of Officers filed on April 20, 2009)<br>Harold Spector- Registered Agent | Incorporated April 24, 1997<br>Dissolved February 9, 2013 | CA | 16161 Ventura Blvd #310<br>Encino, CA 91436 | Address is a PO Box- All Boxed Inn location; next door to City National Bank<br><br>Extra Entertainment, Inc. Incorporated: April 1997 Status: Dissolved Officers and directors: Paul Roth List Bank accounts, signatories, and current balances: No Bank Accounts Exist Nature/type: Adult entertainment video and novelty distribution company |
| 21 | E-Z Solutions, Inc. | Doron Nottea- Principal<br>Mercedes D Bojorquez- Registered Agent | Incorporated May 17, 2007<br>Dissolved | CA | 16400 Ventrua Blvd<br>Encino, CA 91436 | |
| 22 | Falcon Media Distribution | | | | | Check book in Doron's office |
| 23 | Focus Media Solutions Inc | SIMA Corporate Group- Registered Agent<br>200 N Marlyand Ave., Ste. 300<br>Glendale, CA 91206 | Active<br>Incorporated March 7, 2014 | CA | Address from check in Doron's Office:<br>18375 Ventura Blvd #660<br>Tarzana, CA 91356-4230<br>450 N Brand Blvd., Ste 600<br>Glendale, CA 91203 | Focus Media Solutions -WFB ▮ User:<br>▮▮▮ 1 Password: ▮▮▮ QuickBooks<br>Login: ▮ I Password ▮ |

| # | Name | Agent/Officers | Status | State | EIN | Address | Notes |
|---|---|---|---|---|---|---|---|
| 24 | Forward Momentum, LLC | SIMA Corporate Group- Registered Agent 200 N Marlyand Ave., Ste. 300 Glendale, CA 91207 | Active Incorporated January 29, 2014 | CA | | 670 San Antonio Rd., #19 Palo Alto, CA 94306 | Forward Momentum, LLC Personal Service LLC for David Migdal Email: David@mediaurge.com Received |
| 25 | Global Media Products | | | | | 16060 Ventura Blvd, Ste. 180 Encino, CA 91436 | Check book in Doron's office |
| 26 | Heritage Alliance Group, Inc | Tal Topel- Director, CEO, Secretary, and CFO Tal Topel- Incorporator and initial Registered Agent | Incorporated March 29, 2012 Dissolved December 19, 2014 | CA | | 21113 Osborne St. Canoga Park, CA 91304-1622 Mailing Address: 16830 Ventura Blvd., Ste 360 Encino, CA 91436 | Heritage Alliance Group, -WFB    User: ▪  ▪Password:    ▪Quickbooks Login: ▪  ▪Password: |
| 27 | Impulse Media Group, Inc | SIMA Corporate Group- Registered Agent 200 N Marlyand Ave., Ste. 300 Glendale, CA 91206 | Active Incorporated January 2, 2104 | CA | | 200 N Maryland Ave., Ste. 300 Glendale, CA 91206 and | Check book in Doron's office User: ▪   PW: ▪     )Who signed the Regus lease on behalf of Impulse Media Inc? (signed 6/15/15); Philip Camerino We need copies of statements for the last 2 years for AmEx Impulse Media Group The date of incorporation: 1/2/14 Status: Active Officers and directors: Dror Michaelo signatories. and current balances: B of A (Dror) ▪ $5,200.00 Nature: Management company for the Online Help Desk and IT Solution Provider |
| 28 | Insight Media Inc | Gilad Miron- Director, CEO, Secretary, and CFO Gilad Miron- Incorporator and intial agent for service | Active Incorporated July 26, 2012 | CA | | 23371 Mulholland Dr., Ste. 55 Woodland Hills, CA 91364-2734 Mailing Address: 16830 Ventura Blvd., Ste. 360 Encino, CA 91436 | Checks had been pre-signed by "Gilad Miron" Insight Media -WFB ▪     ▪User: insightmed1 Password: letmein01 Insight Media -BA ▪ User: ▪  Password: ▪     All security questions answers are: ▪    ▪QuickBooks Login: ▪  ▪Password |
| 29 | Intensive Media | SIMA Corporate Group- Registered Agent 200 N Marlyand Ave., Ste. 300 Glendale, CA 91206 | Active Incorporated January 2, 2014 | CA | | 200 N Maryland Ave., Ste. 300 Glendale, CA 91206 | |
| 30 | IPoint Vision LLC | Tal Karasso- Manager & Registered Agent 1713 Burnell Dr Los Angeles, CA 90065 | Active Incorporated June 25, 2013 | CA | | 1713 Burnell Dr. Los Angeles, CA 90065-2642 | Check book in Doron's office iPoint Vision, LLC date of incorporation: June 25, 2013 Status: Active Member: Tal Karasso Managed by Tal Karasso, Company provides branding services for outside clients: In particular for a new product launch called www.mimonis.com. No relation to Skincare. |
| 31 | IVR Logix, Inc | Michael Costache- CEO, Secretary, CFO, and Director Michael Costache- registered agent 200 N Maryland Ave., Ste 300 Glendale, CA 91206 | Active Incorporated February 25, 2015 | CA | 47-3256410 | Address on Check: 5023 N. Calabasas Parkway Calabasas, CA 91302-1421 | Check book in Doron's office IVR Logix Inc. Officers and directors: Michael Costache Nature: http://ivrlogix.com/ |

| # | Name | Agent/Officers | Status | State | DUNS | Address | Notes |
|---|---|---|---|---|---|---|---|
| 32 | Jacem Healthy Products Inc. | Mario Slinas- Registered Agent<br>21029 Itasca St., Ste F<br>Chatsworth, CA 91311 | Active<br>Incorporated September 10, 2009 | CA | | Address on Check:<br>21818 Lassen St., Unit G<br>Chatsworth, CA 91311 | Checks have been pre-signed<br>Check book in Doron's office<br><br>AuraVie products were manufactured/assembled by: Jacem Healthy Products 21029 Itasca Street Chatsworth, CA 91311 Tel: (818) 678-9348 Contact: ls@yahoo.com |
| 33 | Kai Media Inc | David Yosafian- Director, CEO, Secretary, and CFO<br>David Yosafian- Incorporator and initial agent for service | Active<br>Incorporated July 26, 2012 | CA | | 14320 Ventura Blvd #250<br>Sherman Oaks, CA<br>Mailing Address:<br>16830 Ventura Blvd, Ste 360<br>Encino, CA 91436 | Address is a PO Box- Mail Boxes N More location;<br><br>Kai Media, Inc. -WFB  User:<br>Password:  Quickbooks Login:<br>Password: |
| 34 | Lifestyle Media Brands Inc | Rachel Nottea- Director, CEO, Secretary, CFO, and Registered Agent<br>David Davidian- Incorporator and initial Registered Agent<br>200 N. Maryland Ave, Ste. 300<br>Glendale, CA 91206 | Incorporated June 15, 2011<br>Dissolved December 16, 2014 | CA | | 8335 Winnetka Ave #118<br>Winnetka, CA 91306 | Address is a PO Box- UPS Store location; near Bank of America location<br><br>LifeStyle Media Brands, Inc. Incorporated: Status: Dissolved Officers and directors: Rachel Nottea List Bank accounts, signatories, and current balances: No Bank Account Nature: Was original seller of Skincare products. Attachment: previous bank statements in dropbox [Lifestyle Media Brands] |
| 35 | M 3 D, Inc | Marcel Nottea- President, CEO<br>Doron Nottea- Owner<br>Alon Nottea- Officer/Director<br>Harold Spector- registered agent | Dissolved<br>M3D Studios is an active entity under these same individuals | CA | DUNS 92-689-1474 | 7900 Gloria Ave<br>Van Nuys, CA 91406<br>(818) 785-6662 | planetm3d.com |
| 36 | Magnum Media Distribution | | | | | | Check book in Doron's office |
| 37 | Matrix Distribution | Doron Nottea- Officer & Director | Active | | | | Matrix Distribution A sole proprietorship DBA of Doron Nottea Status: Active Officers and directors: Doron Nottea List Bank accounts, signatories: Doron Nottea, Nature: Adult entertainment video and novelty distribution company |
| 38 | Media Urge, Inc | R Ohana- Director, CEO, Secretary, and CFO<br>R Ohana- Incorporator and initial agent for service | Incorporated September 21, 2012<br>Dissolved December 19, 2014; filed by Ram Ohana | CA | | 18757 Burbank Blvd Ste 205<br>Tarzana, CA 91356 | Address is an office building; Wells Fargo Bank and Chase Bank near location |
| 39 | Merchant Leverage Group Inc | Stephan Bauer- President & Registered Agent<br>100 E Verdugo Ave<br>Burbank, CA 91502 | Active<br>Incorporated February 11, 2010 | CA | | 200 N Maryland Ave, Ste 300<br>Glendale, CA 91206<br>and<br>100 E. Verdugo Ave.<br>Burbank, CA 91502 | |
| 40 | NAXA, Inc | Alon Nottea- President<br>Harold Spector- Registered Agent<br>80 S Lake Ave, Ste 723<br>Pasadena, CA 91101 | FTB Suspended<br>Incorporated July 27, 1999 | CA | | 16161 Ventura Blvd Ste 378<br>Encino, CA 91436 | Address is a PO Box- All Boxed Inn location; next door to City National Bank |
| 41 | Netistics, Inc | Alon Nottea- President<br>Harold Y Spector- Registered Agent | SOS/FTB Suspended<br>Incorporated June 11, 1997 | CA | | 80 S Lake Ave #723<br>Pasadena, CA 91101 | Address is office building with Wells Fargo Bank location onsight |

| # | Entity | Agents/Officers | Status | State | Address | Notes |
|---|---|---|---|---|---|---|
| 42 | Netistics LLC | Roi Reuveni- Officer; Stephan Bauer- Officer; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Active Incorporated June 26, 2012 | CA | Address per Check: 6914 Canby Ave. Ste. 107 Reseda, CA 91335 and 655 N Central Ave, #1700 Glendale, CA 91203 Mailing Address per SOS: 16830 Ventura Blvd., Ste 360 Encino, CA 91436 | Netistics, Inc. aka Tech Chiefs. The date of incorporation: 6/26/12. Status: Active. Officers and directors: Roi Reuveni. B of A ! Roi Reuveni $1000.00. IT Services Provider/consultant, Hardware, Software, office IT management, No relation to Skincare. |
| 43 | NFT Holdings Inc dba Extra Entertainment | David Z Davidian- Registered Agent; 200 N Maryland Ave., #300, Glendale, CA 91206 | Active Incorporated June 15, 2011 | CA | 16060 Ventura Blvd #180 Encino, CA 91436 | Address is a PO Box; close to Bank of the West, City National Bank, California Bank & Trust, and First Citizens Bank locations |
| 44 | Optimized Media Services, Inc. | California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91436 | Active Incorporated March 12, 2014 | CA | 300 Spectrum Dr., #400 Irvine, CA 92618 | Optimized Media Solutions. The date of incorporation; Status: Active Officers and directors: Eran Link List Bank accounts, signatories, and current balances Nature: Online Help Desk and IT Solution Provider, No relation to Skincare products. |
| 45 | Pinnacle Logistics, Inc | O.S. Mizrahi- Director, CEO, Secretary, and CFO (initial); Tal Karasso- CEO, Director, Secretary, CFO and registered agent (per filing on July 9, 2014); Oz Mizrahi- Incorporator and initial registered agent; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Incorporated June 6, 2012 Dissolved December 12, 2014 | CA | 7900 Gloria Ave Van Nuys, CA 91406 Mailing Address: 16830 Ventura Blvd Suite 360 Encino, CA 91436 | PO BOX; close proximity to a US Bank, Citizens Business Bank, and Grandpoint Bank. Pinnacle Logistics -BA ¶ User: Password: ¶ All security questions answers are: ¶ QuickBooks Login: Password: ¶ Pinnacle Logistics, Inc. Status: Dissolved Officers and directors: Oz Mizrahi List Bank accounts, signatories, and current balances: No Bank Account Nature: was fulfillment and call center services provider Attachment: previous bank statements provided in Dropbox [Pinnacle] |
| 46 | Safehaven Ventures, Inc | Tomer Amsalem- Director, CEO, Secretary, and CFO; Tomer Amsalem- Incorporator and initial Registered Agent; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Incorporated November 10, 2011 Dissolved December 27, 213 | CA | 548 S Spring St., Apt 406 Los Angeles, CA 90013-2317 and 200 N. Maryland Ave., Ste. 300 Glendale, CA 91206 and 16830 Ventura Blvd Suite 360 Encino, CA 91436 | PO BOX; close proximity to a US Bank, Citizens Business Bank, and Grandpoint Bank. Safehaven Ventures, Inc. -WFB¶ (No Access, No Bank Account, corp dissolved) previous bank statements provided in Dropbox [Safehaven Ventures, inc] |
| 47 | SBM Management, Inc | Stephan Bauer- Director, CEO, Secretary, and CFO; Stephan Bauer- Incorporator and initial agent for service; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Active Incorporated June 8, 2012 | CA | 655 N. Central Ave Ste 1700 Glendale, CA 91203 Mailing Address: 16830 Ventrua Blvd., #360 Encino, CA 91436 | Checks were presigned from check no. 1011 thru 1057 with note indicating "Wrong Signature" Glendale Plaza Office Building; near Wells Fargo Bank, Bank of America, Citibank, Chase Bank, US Bank, City National Bank, HSBC Bank, and East West Bank locations. SBM Management -BA ¶ User: ¶ Password: ¶ All security questions answers are: ¶ QuickBooks Login: ¶ Password: ¶ |

| # | Name | Agents/Managers | Status | State | EIN | Address | Notes |
|---|------|-----------------|--------|-------|-----|---------|-------|
| 48 | Secured Commerce LLC dba Express Mail House | Alan Avi Argaman- Manager; Doron Nottea- Manager; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360 Encino, CA 91435 | Active Incorporated June 26, 2012 | CA | | 16830 Ventura Blvd, Suite 360 Encino, CA 91436 | PO BOX; close proximity to a US Bank, Citizens Business Bank, and Grandpoint Bank. Secured Commerce, LLC. Date formed: June 26, 2012, Active Bank: BofA; Members Doron Nottea and Avi Argaman. This was the corporation used to Lease 6925 Canby Avenue unit 105 and 109, Reseda 91335. Nature: http://www.securedcommerce.com/ |
| 49 | Secured Merchants LLC | Alan Argaman- Managing Member; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360 Encino, CA 91435 | Active Incorporated June 25, 2013 | CA | | 15021 Ventrua Blvd, #421 Sherman Oaks, CA 91403; 16830 Venture Blvd., Ste 360 Encino, CA 91436 | |
| 50 | Shalita Holdings | E G Link- Officer; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360 Encino, CA 91436 | Active Incorporated November 27, 2012 | CA | | 23961 Craftsman Rd, Ste. C Calabasas, CA 91302 Mailing Address: 16830 Ventura Blvd., Ste. 360 Encino, CA 91436 | Shalita Holdings -WFB   User: ____ Password: ___  Eran Link, Was CEO and the merchant account guarantor for: Shalita Holdings, Inc. -A skincare related company and Optimized Media Solution, Inc. an Online Help Desk and IT Solution Provider. Shalita Holdings, Inc. The date of incorporation: 11/27/2012 Status: Active Officers and directors: Prior: Matt Meron / Current: Eran Link Wells Fargo: Stephan Bauer  755.00 Shalita Holdings -WFB  User: ___ Password: ___ Nature: Was a retail merchant corporation for skincare products |
| 51 | SIMA Corporate Group | Arsineh Petrosian- Officer; Goorgen Mansoorian- Officer; David Davidian- Registered Agent; 200 N Maryland Ave, Suite 300 Glendale, CA 91206 | Active Incorporated August 11, 2008 | CA | | 200 N Maryland Ave, Suite 300 Glendale, CA 91206 | Office location close to Seacost Commerce Bank. SIMA Corporate Group Is a corporate agent services company, no other info. No access to contact info |
| 52 | Sunset Holdings, LLC | Legalzoom.com- registered agent | Active Incorporated January 28, 2015 | CA | | 1623 23rd St., Space 32 Oceano, CA 93445 | |
| 53 | Symbiotic Capital Group LLC | Rachel Nottea- Member; Motti Nottea- Member; SIMA Corporate Group- registered agent | Active Incorporated June 25, 2013 | CA | | 19528 Ventura Blvd Ste 444 Tarzana, CA | Address is a PO Box- UPS Store; close to a US BANK |
| 54 | The Sinep Group, LLC | Initial Managers: Daryl M Tirico- Manager; Gina Stagnitto- Manager; Joseph Maenza- Manager; As of August 17, 2007: Alon Nottea- Manager; Verboten Entertainment-MGR; Joseph Maenza- Initial Registered Agent | Inactive Incorporated March 1, 2007 | FL | 20-8538451 | 8949 Southeast Bridge Rd Suite 316 Hobe Sound, FL 33455 Address for Nottea: 7900 Gloria Avenue Van Nuys, CA 91406 | Former Place of Business: 3436 Hillcrest Ave, Suite 150 Antioch, CA 94531 |

| # | Entity | Agents/Officers | Status | State | Address | Notes |
|---|---|---|---|---|---|---|
| 55 | Trigen, LLC | Stephan Bauer- Manager; California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Active; Incorporated September 25, 2012 | CA | Address from Company Check: 19628 Ventura Blvd, #224, Tarzana, CA 91356-2900 and 655 N Central Ave, Ste. 1700, Glendale, CA 91203 | Trigen, LLC. Personal Service LLC for Roi Reuveni. Date formed: June 26, 2012, Active. Bank: BofA. Dropbox Folder [Trigen] |
| 56 | USM Products, Inc. | David Yosafian- Officer; Jay Michaels- Officer; Jenik Shanazari- Officer; California Corporate Agents, Inc.- Registered Agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91436 | Active; Incorporated April 22, 2009 | CA | 7225 Canoga Ave, Canoga Park, CA 91303 | Formerly Eagle Auto Mechanics and All Pro Auto Mechanics |
| 57 | Vastpay LLC | Sergei Shevchenko- Registered Agent; 433 N Camden Dr., 4th Floor, Beverly Hills, CA 90210 | Active; Incorporated March 22, 2013 | CA | Entity Address: 23679 Calabasas Rd. #531, Calabasas CA 91302 | Vastpay, LLC 5900 Sepulveda Blvd, #432 Sherman Oaks, Ca 91411 Email: Info@VastPay.com Phone: 800-841-9885 Contact: Eugene Shampansky / Igor Latsanovski Nature: www.vastpay.com Merchant Processing Company. |
| 58 | Vbonita, Inc | Alan Argaman- Officer; Bhavana K Patel- Officer; David Davidian- Registered Agent; 200 N Maryland Ave, Suite 300, Glendale, CA 91206 | Active; Incorporated September 29, 2008 | CA | Entity Address: 200 N Maryland Ave, Suite 300, Glendale, CA 91206 | Vbonita, Inc. The date of incorporation: 9/29/08. Status: Active. Officers and directors: Avi Argaman. Company never sold anything, nothing ever materialized. |
| 59 | Verboten Entertainment Group, LLC | Daryl M Tirico- Manager; Keth Tirico- Manager (Resigned); Jay Andrassy- Manager | Incorporated March 29, 2007; Dissovled September 25, 2009 | FL | Mailing Address: 490 Sawgrass Corp. Pkwy Ste 310, Sunrise, FL 33325. Other Addresses: 2370 N Federal Hwy, Ft. Lauderdale, FL 33305; 6855 West Broward Blvd, #307-B, Plantation, FL 33317; 8949 SE Bridge Rd, Hobe Sound, FL 33455 | |
| 60 | Vertex Holdings Group Inc associated as Manager for The Sinep Group, LLC | Doron Nottea- President; SIMA Corporate Group- Registered Agent | Active; Incorporated April 20, 2010 | CA | 200 N Maryland Ave, Suite 300, Glendale, CA 91206 | |
| 61 | Xcite Entertainment Inc | California Corp Agents, Inc- registered agent; 16830 Ventura Blvd., Ste 360, Encino, CA 91435 | Active; Incorporated August 31, 2004 | CA | 16830 Ventura Blvd, Suite 360, Encino, CA 91436; 5017 Buffalo Ave, Sherman Oaks, CA 91423; (818) 398-0005 | PO BOX; close proximity to a US Bank, Citizens Business Bank, and Grandpoint Bank. Tomer Amsalem, Owns Excite Entertainment, Inc, an Adult entertainment video and novelty distribution company. More Company Detail in list below. He was also CEO and the merchant account guarantor for SafeHaven Ventures, Inc. Xcite Entertainment, Inc. Make reference to role above Incorporated: 2004 Status: Active Officers and directors: Tomer Amsalem List Bank accounts, signatories, and current balances: No info Available / Not Related Nature: Adult entertainment video and novelty distribution company |

| 62 | Zen Mobile Media Inc | Sean Innis- CEO, CFO, & Secretary (July 8, 2013) Igor Lats (Latsanovski)- CEO, CFO, Director, and Secretary (October 24, 2014) California Corp Agents, Inc- registered agent 16830 Ventura Blvd., Ste 360 Encino, CA 91435 Igor Latsanovski- Incorporator | Incorporated- July 8, 2013 Dissolved- December 12, 2014 | CA | 4335 Van Nuys Blvd #167 Sherman Oaks, CA 91403 and 200 North Maryland Ave Suite 300 Glendale, CA 91206 | Mailing Address: 16830 Ventura Blvd, Ste 360 Encino, CA 91436 Phone: (855) 393-8730 Fax: (818) 994-8999 |