JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AGOA HOLDINGS, INC.** |

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT AGOA HOLDINGS, INC.
Page | 1

1  Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court
2  enter default against Defendant Pinnacle Logistics, Inc., pursuant to Federal Rule
3  of Civil Procedure 55(a).  As shown in the accompanying affidavit of the
4  undersigned counsel, Agoa Holdings, Inc., was served with the Summons,
5  Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on
6  June 18, 2015.  Agoa Holdings, Inc., has failed to plead or otherwise defend in
7  this action, and more than 21 days have elapsed since it has been served.
8  Therefore, the FTC requests that the Clerk enter default against Defendant Agoa
9  Holdings, Inc.

10                                         Respectfully submitted,

11

12  Dated: August 4, 2015                  /s/ REID TEPFER_____
                                            REID A. TEPFER
13                                          LUIS H. GALLEGOS
                                            Attorneys for the Plaintiff
14                                          Federal Trade Commission
                                            1999 Bryan Street, Suite 2150
15                                          Dallas, Texas 75201
                                            (214) 979-9395 (Tepfer)
16                                          (214) 979-9383 (Gallegos)
                                            (214) 953-3079 (facsimile)
17                                          rtepfer@ftc.gov
                                            lgallegos@ftc.gov
18

19

20

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

1  Marc S. Harris
   Scheper Kim & Harris, LLP
2  601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
3  mharris@scheperkim.com
   *Counsel for Igor Latsanovski and*
4  *CalEnergy, Inc*

5  Annah Kim
   Scheper Kim & Harris, LLP
6  601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
7  akim@scheperkim.com
   *Counsel for Igor Latsanovski and*
8  *CalEnergy, Inc*

9  Charlene Koonce
   Scheef & Stone
10 500 N. Akard, Suite 2700
   Dallas, Texas 75201
11 charlene.koonce@solidcounsel.com
   *Receiver*
12
   Kelly M. Crawford
13 Scheef and Stone
   500 N. Akard, Suite 2700
14 Dallas, Texas 75201
   kelly.crawford@solidcounsel.com
15 *Counsel to Receiver*

16
                                           /s/ REID TEPFER
17                                           REID TEPFER

18

19

20

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT AGOA HOLDINGS, INC.
Page | 4