JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT AGOA HOLDINGS, INC. |

1     Now, upon request by attorneys for the Federal Trade Commission, the
2 default of Defendant Agoa Holdings, Inc., is hereby entered pursuant to Federal
3 Rule of Civil Procedure 55(a).

4

5 Date:_____           _____
                                                              Clerk of the Court

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20