JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT BUNZAI MEDIA GROUP, INC.** |

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Bunzai Media Group, Inc., pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, Bunzai Media Group, Inc., was served with the Summons, Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on June 20, 2015. Bunzai Media Group, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served. Therefore the FTC requests that the Clerk default against Defendant Bunzai Media Group, Inc.

Respectfully submitted,

Dated: August 4, 2015                /s/ REID TEPFER_____
                                     REID A. TEPFER
                                     LUIS H. GALLEGOS
                                     Attorneys for the Plaintiff
                                     Federal Trade Commission
                                     1999 Bryan Street, Suite 2150
                                     Dallas, Texas 75201
                                     (214) 979-9395 (Tepfer)
                                     (214) 979-9383 (Gallegos)
                                     (214) 953-3079 (facsimile)
                                     rtepfer@ftc.gov
                                     lgallegos@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

| | |
|---|---|
| 1 | Marc S. Harris |
| | Scheper Kim & Harris, LLP |
| 2 | 601 W. Fifth Street, 12th Floor |
| | Los Angeles, CA 90071 |
| 3 | mharris@scheperkim.com |
| | *Counsel for Igor Latsanovski and* |
| 4 | *CalEnergy, Inc* |
| | |
| 5 | Annah Kim |
| | Scheper Kim & Harris, LLP |
| 6 | 601 W. Fifth Street, 12th Floor |
| | Los Angeles, CA 90071 |
| 7 | akim@scheperkim.com |
| | *Counsel for Igor Latsanovski and* |
| 8 | *CalEnergy, Inc* |
| | |
| 9 | Charlene Koonce |
| | Scheef & Stone |
| 10 | 500 N. Akard, Suite 2700 |
| | Dallas, Texas 75201 |
| 11 | charlene.koonce@solidcounsel.com |
| | *Receiver* |
| 12 | |
| | Kelly M. Crawford |
| 13 | Scheef and Stone |
| | 500 N. Akard, Suite 2700 |
| 14 | Dallas, Texas 75201 |
| | kelly.crawford@solidcounsel.com |
| 15 | *Counsel to Receiver* |

                                                              /s/ REID TEPFER
                                                              REID TEPFER