1 | JONATHAN E. NUECHTERLEIN
General Counsel

2 | DAMA J. BROWN
Regional Director

3 |

4 | REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444

5 | LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098

6 | Federal Trade Commission
1999 Bryan Street, Suite 2150

7 | Dallas, Texas 75206
(214) 979-9395 (Tepfer)

8 | (214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

9 | RAYMOND McKOWN
rmckown@ftc.gov

10 | California Bar No. 150975
10877 Wilshire Boulevard, Suite 700

11 | Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

12 |

Attorneys for Plaintiff Federal Trade Commission

13 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
14 | **WESTERN DIVISION**

15 |

16 | **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx)

**Plaintiff,**

17 | | **DECLARATION OF**
**PLAINTIFF'S COUNSEL IN**
v. | **SUPPORT OF APPLICATION**
**FOR CLERK'S ENTRY OF**
18 | | **DEFAULT AGAINST**
**BUNZAI MEDIA GROUP, INC.,** | **DEFENDANT KAI MEDIA, INC.**
*et al.*
19 | **Defendants.**

20 |

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT KAI MEDIA, INC.

1   I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

2   1.   I am an attorney for the Federal Trade Commission (FTC), an agency

3   of the United States and the Plaintiff in this lawsuit.

4   2.   On June 15, 2015, the FTC filed its Complaint for Injunctive and

5   Other Equitable Relief (Complaint) in the United States District Court for the

6   Central District of California against, among others, Defendant Kai Media, Inc.

7   The Complaint alleges that Defendants violated Section 5(a) of the Federal Trade

8   Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers'

9   Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the

10   Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

11   3.   The Clerk of Court issued a Summons for Kai Media, Inc., on June

12   16, 2015.  On June 18, 2015, the Summons, Complaint, and other initial pleadings

13   were served on Kai Media, Inc., through Nikki Steen, the office manager of

14   registered agent California Corporate Agents, Inc., 16830 Ventura Blvd., Suite

15   360, Encino, California 91436.

16   4.   Kai Media, Inc., has not filed an answer or otherwise responded to

17   the Complaint.

18   5.   The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A)

19   for Kai Media, Inc., to answer or otherwise respond to the Complaint has expired,

20   and the Court has not extended it.

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT KAI MEDIA, INC.

1    6.    Since the filing of the Complaint, the FTC has not received any

2  communication or documents from any attorney representing Kai Media, Inc., in

3  defense of the Complaint.

4    I declare under penalty of perjury that the foregoing is true and correct to

5  the best of my knowledge and belief.

6

   Dated: August 4, 2015                    /s/ REID TEPFER_____
7                                           REID A. TEPFER

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT KAI MEDIA, INC.