JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** Plaintiff, v. **BUNZAI MEDIA GROUP, INC.**, *et al.* Defendants. | Case No. CV 15-4527-GW(PLAx) **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT LIFESTYLE MEDIA BRANDS, INC.** |

1   Now, upon request by attorneys for the Federal Trade Commission, the
2   default of Defendant Lifestyle Media Brands, Inc., is hereby entered pursuant to
3   Federal Rule of Civil Procedure 55(a).
4
5   Date:_____                    _____
                                                Clerk of the Court