1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
   Regional Director

3

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444

5  LUIS GALLEGOS
   lgallegos@ftc.gov
   Oklahoma Bar No. 19098

6  Federal Trade Commission
   1999 Bryan Street, Suite 2150

7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)

8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9  RAYMOND McKOWN
   rmckown@ftc.gov

10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700

11 Los Angeles, California 90024
   (310) 824-4325 (voice)

12 (310) 824-4380 (fax)

   Attorneys for Plaintiff Federal Trade Commission
13

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT MEDIA URGE, INC. |

1   Now, upon request by attorneys for the Federal Trade Commission, the
2   default of Defendant Media Urge, Inc., is hereby entered pursuant to Federal Rule
3   of Civil Procedure 55(a).

4

5   Date:_____          _____
                                           Clerk of the Court