JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SAFEHAVEN VENTURES, INC.** |

1    I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

2    1.    I am an attorney for the Federal Trade Commission (FTC), an agency

3    of the United States and the Plaintiff in this lawsuit.

4    2.    On June 15, 2015, the FTC filed its Complaint for Injunctive and

5    Other Equitable Relief (Complaint) in the United States District Court for the

6    Central District of California against, among others, Defendant Safehaven

7    Ventures, Inc.  The Complaint alleges that Defendants violated Section 5(a) of the

8    Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online

9    Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of

10   the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

11   3.    The Clerk of Court issued a Summons for Safehaven Ventures, Inc.,

12   on June 16, 2015.  On June 24, 2015, the Summons, Complaint, and other initial

13   pleadings were served on Safehaven Ventures, Inc., through Nikki Steen, the

14   office manager of registered agent California Corporate Agents, Inc., 16830

15   Ventura Blvd., Suite 360, Encino, California 91436.

16   4.    Safehaven Ventures, Inc., has not filed an answer or otherwise

17   responded to the Complaint.

18   5.    The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A)

19   for Safehaven Ventures, Inc., to answer or otherwise respond to the Complaint has

20   expired, and the Court has not extended it.

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT SAFEHAVEN VENTURES, INC.

6.      Since the filing of the Complaint, the FTC has not received any communication or documents from any attorney representing Safehaven Ventures, Inc., in defense of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 4, 2015                          /s/ REID TEPFER_____
                                               REID A. TEPFER