1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
   Regional Director

3
   REID TEPFER
4  rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
   Oklahoma Bar No. 19098
6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9  RAYMOND McKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
   (310) 824-4380 (fax)
12

13 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT ZEN MOBILE MEDIA, INC. |
| v. | |
| **BUNZAI MEDIA GROUP, INC.**, *et al.* | |
| Defendants. | |

1    Now, upon request by attorneys for the Federal Trade Commission, the
2    default of Defendant Zen Mobile Media, Inc., is hereby entered pursuant to
3    Federal Rule of Civil Procedure 55(a).
4
5    Date:_____                    _____
                                                 Clerk of the Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20