JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| Plaintiff, | **NOTICE OF LODGING OF [PROPOSED] PRELIMINARY INJUNCTION** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.**, et al. | |
| Defendants. | |

**NOTICE OF LODGING OF**
**[PROPOSED] PRELIMINARY INJUNCTION**

1  In connection with the preliminary injunction hearing scheduled for August 6,
2  2014, Plaintiff submits its [proposed] Preliminary Injunction as to remaining non-
3  stipulating defendants.

Respectfully submitted,

Dated: 08/05/15

/s/ REID TEPFER
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 5, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

1. Marc S. Harris
   Scheper Kim & Harris, LLP
2. 601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
3. mharris@scheperkim.com
   *Counsel for Igor Latsanovski and*
4. *CalEnergy, Inc*

5. Annah Kim
   Scheper Kim & Harris, LLP
6. 601 W. Fifth Street, 12th Floor
   Los Angeles, CA 90071
7. akim@scheperkim.com
   *Counsel for Igor Latsanovski and*
8. *CalEnergy, Inc*

9. Charlene Cantrell Koonce
   Receiver
10.
    Charlene Koonce
11. Scheef & Stone
    500 N. Akard, Suite 2700
12. Dallas, Texas 75201
    charlene.koonce@solidcounsel.com
13. *Receiver*

14. Kelly M. Crawford
    Scheef and Stone
15. 500 N. Akard, Suite 2700
    Dallas, Texas 75201
16. kelly.crawford@solidcounsel.com
    *Counsel to Receiver*

17.

18.                                                           /S/ REID TEPFER
                                                              REID TEPFER
19.

20.

**NOTICE OF LODGING OF**
**[PROPOSED] PRELIMINARY INJUNCTION**
Page | 4