Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Email: Mweiss@agmblaw.com

Kelly M. Crawford (TX SBN 05030700)
*Admitted Pro Hac Vice*
J. Mitchell Little (Texas SBN 24043788)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Kelly.crawford@solidcounsel.com
Mitch.little@solidcounsel.com
Attorneys for Receiver
CHARLENE C. KOONCE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC**., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**RECEIVER'S SCHEDULE OF CREDITORS** |

Charlene Koonce, the Court-appointed Temporary Receiver and in some instances Permanent Receiver, files this Schedule of Creditors pursuant to Local Rule 66-5, respectfully showing the Court as follows:

Based upon the Receiver's review of the Receivership Defendants' books and records to date, the following persons or entities shown on **Exhibit A** appear to be creditors of the Receivership Defendants, and have claims in the amounts shown on the attached schedule.  The Receiver reserves the right to supplement this Schedule of Creditors as additional information is obtained and the Receiver learns of additional creditors.  In addition, the Receiver's schedule does not include and cannot include the thousands of potential and unknown consumer creditors of the Receivership Defendants.

*/s/ Kelly M. Crawford*
Kelly M. Crawford (Texas SBN 05030700)
Admitted Pro Hac Vice
**SCHEEF & STONE, LLP**
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
kelly.crawford@solidcounsel.com
**Counsel for the Receiver**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 5, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard Suite 700
Los Angeles, CA 90024
rmckown@ftc.gov

David Beitchman
Beitchman Zekian, P.C.
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
mharris@scheperkim.com
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
rtepfer@ftc.gov
lgallegos@ftc.gov
*Counsel for the FTC*

A copy of the foregoing document was emailed to:

Steve Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
sgebelin@raineslaw.com
*Co-Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc.
and Pinnacle Logistics, Inc.*

/s/  Kelly M. Crawford
KELLY M. CRAWFORD