Name and address:

Reid Tepfer
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

Nunc Pro Tunc as of June 22, 2015

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 15-4527-GW(PLAx) |
| v. | |
| BunZai Media Group, Inc., et al. | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tepfer, Reid A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9395     (214) 953-3079
*Telephone Number*     *Fax Number*

rtepfer@ftc.gov
*E-Mail Address*

of

Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*     ☒ Plaintiff   ☐ Defendant   ☐ Other:

**and designating as Local Counsel**

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975
*Designee's Cal. Bar Number*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

of

Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

Dated   August 5, 2015

*[signature: George H. Wu]*

**U.S. District Judge/~~U.S. Magistrate Judge~~**