Name and address:
Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

Nunc Pro Tunc as of June 22, 2015

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission<br><br>Plaintiff(s)<br><br>v.<br><br>BunZai Media Group, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV 15-4527-GW(PLAx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gallegos, Luis H. of Federal Trade Commission - Southwest Region
*Applicant's Name (Last Name, First Name & Middle Initial)* 1999 Bryan Street, Suite 2150
Dallas, Texas 75201

(214) 979-9383   (214) 953-3079
*Telephone Number*   *Fax Number*

lgallegos@ftc.gov
*E-Mail Address*

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*   [X] Plaintiff   [ ] Defendant   [ ] Other:

**and designating as Local Counsel**

McKown, Raymond   of   Federal Trade Commission - Western Region, Los Angeles Office
*Designee's Name (Last Name, First Name & Middle Initial)*   10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024

150975   (310) 824-4325
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 824-4380
*Fax Number*

*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

**hereby ORDERS the Application be:**

[X] **GRANTED.**
[ ] **DENIED.** Fee shall be returned by the Clerk.
[ ] **DENIED,** for failure to pay the required fee.

Dated August 5, 2015

*/s/ George H. Wu*

U.S. District Judge/~~U.S. Magistrate Judge~~