UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-4527-GW(PLAx) | Date | August 6, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Debi Read | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Marc S. Harris |
| Luis Gallegos | Annah S. Kim |
| Charlene C. Koonce, Receiver | |

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

Court hears oral argument as to why a Preliminary Injunction should not issue as to Defendants Igor Latsanovski and Calenergy, Inc. Parties are ordered to meet and confer and attempt to resolve the issue. Parties will file a joint status report by August 14, 2015. The status report will include a stipulation or any remaining issues and will include a hearing date.

Preliminary Injunction issued as to Defendants Igor Latsanovski and Calenergy, Inc.'s asset freeze described in the Court's Temporary Restraining Order shall continue pending further determination by the Court.

Preliminary Injunctions and the Temporary Restraining Order previously issued as to all remaining defendants are continued for all remaining defendants until such time as the Court issues a Preliminary Injunction Order.

: 40

Initials of Preparer   JG