Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Email: Mweiss@agmblaw.com

Kelly M. Crawford (TX SBN 05030700)
*Admitted Pro Hac Vice*
J. Mitchell Little (Texas SBN 24043788)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Kelly.crawford@solidcounsel.com
Mitch.little@solidcounsel.com
Attorneys for Receiver
CHARLENE C. KOONCE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC**., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>**Defendants.** | Case No. 2:15-cv-4527-GW(PLAx)<br><br>**PROOF OF SERVICE** |

1

## <u>PROOF OF SERVICE</u>

2

**STATE OF TEXAS, COUNTY OF DALLAS**

3

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Dallas, State of Texas as a litigation assistant by the law

4

firm of Scheef & Stone, LLP, 500 N. Akard Street, Suite 2700, Dallas, Texas 75201.

5

On August 10, 2015, I served true copies of the following document described as **RECEIVER'S SCHEDULE OF CREDITORS [Docket No. 140]** on the creditors

6

listed on the attached **<u>Exhibit A</u>**, as follows:

7

**<u>BY MAIL:</u>** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed on **<u>Exhibit A</u>** and placed the envelope for collection and

8

mailing, following our ordinary business practices.  I am readily familiar with Scheef & Stone's practice for collecting and processing correspondence for mailing. On the

9

same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed

10

envelope with postage fully prepaid.

11

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

12

13

Executed on August 10, 2015, at Dallas, Texas.

14

Dena Kirby Lambert
Litigation Assistant to Kelly M. Crawford

15

16

17

18

19

20

21