# **EXHIBIT A**

CREDITORS MAILING MATRIX

| | |
|---|---|
| Lifescript, Inc.<br>c/o Ben Pettit<br>20 E. Pueblo Street<br>Santa Barbara, CA 93105 | Reseda Business Center, LLC<br>655 N. Central Ave.<br>Glendale, CA 91203 |
| c/o Michael J. Reichmann, Esq.<br>Gardner & Reichmann, Inc.<br>1806 Broadway, Suite A<br>Santa Ana, CA 92706 | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306 |
| Build Rehabilitation Industries<br>Matthew Lynch, President<br>12432 Foothill Blvd.<br>Sylmar, CA 91342-6004 | Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069 |
| David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | Jean-Pierre Green<br>23055 Sherman Way<br>West Hills, CA 91307 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326 |
| Regus Glendale<br>26901 Agoura Road, Suite 180<br>Calabasas, CA 91301 | Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA 91335 |
| Dawn Goddard<br>Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>21333 Oxnard Street<br>Woodland Hills, CA 91367 | |