Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>         Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>**RECEIVER'S AFFIDAVIT OF NON-COMPLIANCE AND MOTION FOR CONTINUANCE OF SHOW CAUSE HEARINGS** |

Charlene Koonce, the Court-appointed Receiver provides this Affidavit of Non-Compliance and moves the Court to continue and in support, respectfully shows the Court as follows:

As a result of Defendants Alon Nottea and Roi Reuveni, and Doron and Motti Nottea's (collectively the "Nottea Defendants") failure to provide requested information as required by the terms of the TRO, and later by the Preliminary Injunctions (collectively the "Orders") entered in this case,[1] in early July, the Receiver filed Motions for Show Cause hearings. Those hearings were originally scheduled for July 16, 2015,[2] but upon the Receiver's motion, the Court continued the hearings to August 17, 2015.[3]

Each of the Nottea Defendants continues in their failure and refusal to provide information requested by the Receiver. Although the Nottea Defendants have stipulated to Preliminary Injunctions, the information requested is necessary for the Receiver to perform her continuing mandate- for instance in determining which of the *many* other entities operated from the Defendants' office location fall within the scope of the Orders (these entities are not yet named as Receivership Defendants, but the Receiver contends each fall within the scope of the Orders), and confirming Alon Nottea's control over such entities, and confirming a Receivership Defendant (rather

---

[1] Docket Nos. 14; 105, 107, and 108.
[2] *See* Docket Nos. 56 and 57. Similarly, the Receiver also filed a Motion to Compel documents, which was set for July 16, 2015.
[3] *See* Docket Nos. 68 and 70.

than some other entity operated by Defendants) owns the contents of the office location. Examples of the most recent requests for information which the Nottea Defendants have and continue to fail and refuse to provide substantive responses are attached as **Exhibit A**.

The Show Cause hearings are thus still appropriate, as are sanctions in the amount of the costs caused by the Nottea Defendants' conduct. On August 14th, the Receiver will file a motion for payment of fees and will set the hearing for that motion on September 14, 2015. To minimize travel expenses, the Receiver accordingly requests continuance of the Show Cause Hearings, as well as the hearing on the Motion to Compel with its request for Rule 37 sanctions, to September 14, 2015.

The Receiver also requests that these hearings be scheduled for 10:30 a.m. or later on the 14th, so that she can travel to Los Angeles on the morning of the 14th and avoid the costs of an overnight trip required to appear for an 8:30 a.m. setting.

WHEREFORE, PREMISES CONSIDERED, the Receiver requests continuance of the Show Cause hearings and the hearing on the Motion to Compel scheduled for August 17, 2015, to September 14, 2015, and requests such other and further relief to which she may show herself entitled.

I, Charlene C. Koonce, declare under penalty of perjury under the laws of the United States of America that I am over the age of 18 years, have never been convicted

of a crime involving moral turpitude, and am competent to make this Declaration. I have personal knowledge of the facts stated above, each of which are true and correct.

                               */s/Charlene Koonce*

                               Charlene C. Koonce
                               ***Receiver***
                               500 N. Akard Street, Suite 2700
                               Dallas, Texas 75201
                               Telephone: 214-706-4200
                               Telecopier: 214-706-4242
                               *Admitted Pro Hac Vice* (TX SBN 11672850)

                               **SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF CONFERENCE

     The undersigned certifies that on August 10, 2015 she conferred with counsel for the Nottea Defendants as described above, by email. No response to the email was received and thus the Receiver presumes that the Motion is unopposed.

                               */s/Charlene Koonce*

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
mharris@scheperkim.com
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
rtepfer@ftc.gov
lgallegos@ftc.gov
*Counsel for the FTC*

— 5 —
RECEIVER'S AFFIDAVIT OF NON-COMPLIANCE AND REQUEST TO RESET SHOW CAUSE HEARING

1  Raymond E McKown
   Federal Trade Commission
2  10877 Wilshire Boulevard Suite 700
3  Los Angeles, CA 90024
   rmckown@ftc.gov
4

5

6                                                     */s/  Charlene C. Koonce*
7                                                     CHARLENE C. KOONCE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27