1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:15-CV- 4527-GW(PLAx) |
| **Plaintiff**, | |
| v. | **ORDER GRANTING RECEIVER'S AFFIDAVIT OF NON-COMPLIANCE AND MOTION FOR CONTINUANCE OF SHOW CAUSE HEARINGS AND HEARING ON MOTION TO COMPEL** |
| **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit et al. | |
| **Defendants.** | |

HAVING CONSIDERED the Receiver's Affidavit of Non-Compliance and Motion for Continuance of Show Cause hearings, (the "Motion"), the Court finds the Motion is just and reasonable, and should be and hereby is GRANTED. It is therefore

1   ORDERED that the Show Cause hearings currently set for August 17, 2015, are

2   continued to September 14, 2015 at 10:30 a.m.

3   IT IS FURTHER ORDERED that the hearing on the Receiver's Motion to

4   Compel, currently set for August 17, 2015 is continued to September 14, 2015 at 10:30

5   

6   a.m.

7   Signed this ___ day of _____, 2015.

8

9                                                    _____
10                                                   **GEORGE H. WU**
11                                                   **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 2 -
ORDER GRANTING MOTION FOR CONTINUANCE OF SHOW CAUSE HEARINGS