1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS' JOINT *EX PARTE* APPLICATION TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO STAY PROCEEDINGS** |
| vs. | |
| BUNZAI MEDIA GROU, INC., et al., | |
| Defendants. | |
| | **[Filed Concurrently with Joint *Ex Parte* Application and Declaration of David P. Beitchman]** |

The Court, having considered Defendants DORON NOTTEA, MOTTI NOTTEA, ALON NOTTEA, and ROI REUVENI ("Defendants") *Ex Parte* Application to Stay Proceedings or, in the Alternative, for an Order Shortening Time on Motion to Stay Proceedings, all papers currently on file, and all matters presented to the Court and good cause appearing therefore, IT IS HEREBY ORDERED that:

**[PROPOSED] ORDER**

1       1.      This action is hereby stayed pending resolution of the criminal

investigation.

2       2.      A status conference regarding the status of criminal proceedings is

scheduled for _____ at _____ in Courtroom "10" of

the United States District Court for the Central District of California (Western

Division), located at 312 North Spring Street, Los Angeles, CA 90012.


**IT IS HEREBY FURTHER ORDERED**:

_____

_____

_____

_____

_____

_____.


**IT IS SO ORDERED.**


DATED: _____

                                _____
                                Honorable George H. Wu,
                                United States District Court Judge

**[PROPOSED] ORDER**