**From:** David P. Beitchman [mailto:dbeitchman@bzlegal.com]
**Sent:** Monday, August 10, 2015 6:01 PM
**To:** Kelly Crawford; Charlene Koonce; Mweiss@agmblaw.com; esyverson@raineslaw.com; Robert Ungar; Tepfer, Reid A.; mharris@scheperkim.com; rmckown@ftc.gov
**Cc:** Andre Boniadi
**Subject:** RE: FTC v. Bunzai Media Group, Inc. ** NOTICE OF EX PARTE APPLICATION **

Dear Counsel:

Pursuant to Local Rule 7-19, I write to give you notice that Defendants Doron Nottea, Motti Nottea, Alon Nottea and Roi Reuveni will be filing an ex parte application for an order staying proceedings against them, pending resolution/outcome of the concurrent, ongoing criminal investigation into facts pertinent in the civil case. We are aware of a multi-agency, multi-jurisdictional criminal investigation regarding the same facts and circumstances set forth in the FTC's Complaint, and are informed that the herein named individuals are targets of that investigation. The purpose of the ex parte application is to protect these individuals' rights in the Civil Complaint, as well as to preserve their Fifth Amendment Right against self-incrimination.

Please advise by 1:00 pm Pacific time tomorrow, August 11, 2015 as to whether you will oppose the application. If you do not oppose and this matter can be resolved by stipulation, please so advise. Otherwise, we will file the ex parte application and serve a copy of the same.

Thank you.

---

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Monday, August 10, 2015 4:09 PM
**To:** David P. Beitchman <dbeitchman@bzlegal.com>; Kelly Crawford <kelly.crawford@solidcounsel.com>; Mweiss@agmblaw.com; esyverson@raineslaw.com; Robert Ungar <rmu@ungarlaw.com>; Tepfer, Reid A. <rtepfer@ftc.gov>; mharris@scheperkim.com; rmckown@ftc.gov
**Cc:** Andre Boniadi <aboniadi@bzlegal.com>
**Subject:** RE: FTC v. Bunzai Media Group, Inc. ** NOTICE OF EX PARTE APPLICATION **

David- Can you confirm that your motion to stay will be filed only on behalf of the individual defendants you list below and not the Receivership Defendant entities? In other words, proceedings on behalf of the entities and the estate would not be affected by the stay you propose, correct?

---

EXHIBIT A

**From:** David P. Beitchman [mailto:dbeitchman@bzlegal.com]
**Sent:** Monday, August 10, 2015 6:14 PM
**To:** Charlene Koonce; Kelly Crawford; Mweiss@agmblaw.com; esyverson@raineslaw.com; Robert Ungar; Tepfer, Reid A.; mharris@scheperkim.com; rmckown@ftc.gov
**Cc:** Andre Boniadi
**Subject:** RE: FTC v. Bunzai Media Group, Inc. ** NOTICE OF EX PARTE APPLICATION **

Correct Charlene- I confirm that the motion would only be as to the four individuals listed in my email. Thanks, the sooner we can get consensus on this this better, so I do appreciate your prompt reply.