**From:** Charlene Koonce
**Sent:** Monday, August 10, 2015 3:56 PM
**To:** dbeitchman@bzlegal.com; 'Robert Ungar' (rmu@ungarlaw.com); Marc S. Harris (mharris@scheperkim.com); Sagar Parikh (sp@beverlyhillslawcorp.com)
**Cc:** Will Hester; Tepfer, Reid A. (rtepfer@ftc.gov)
**Subject:** RE: contents of 105 and 103 Canby

Counsel – other than from Mr. Parikh, I have not heard from any of you about my request for identification of personalty from Suites 103 and 105.

Also – please identify the entity or entities your clients contend owns the contents of Suites 105 and 103 (computers, furniture, stuff in storage in the warehouse portion of 105, etc.)

Thank you.



EXHIBIT C