DAVID P. BEITCHMAN (SBN 198953)
dbeitchman@bzlegal.com
ANDRE BONIADI (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 VENTURA BLVD., SUITE 570
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 986-9100
FACSIMILE:   (818) 986-9119

*Attorneys for Defendants,*
MOTTI NOTTEA and DORON NOTTEA

ROBERT M. UNGAR (SBN 102007)
rmu@ungarlaw.com
14724 VENTURA BLVD., PH
SHERMAN OAKS, CA 91403
TEL. (310) 405-1884

*Attorneys for Defendants,*
ALON NOTTEA and ROI REUVENI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

            Plaintiff,

      vs.

BUNZAI MEDIA GROU, INC., et al.,

        Defendants.

**Case No. 2:15-cv-04527-GW (PLAx)**

**DEFENDANTS' REPLY TO RECEIVER'S RESPONSE TO CERTAIN DEFENDANTS' MOTION TO STAY PROCEEDINGS**

- 1 -

**DEFENDANTS' REPLY TO RECEIVER'S RESPONSE TO MOTION TO STAY PROCEEDINGS**

Defendants DORON NOTTEA, MOTTI NOTTEA, ALON NOTTEA, and ROI REUVENI (collectively as "Defendants"), hereby file this reply to the Response filed by Charlene Koonce, the Court-appointed Receiver (the "Receiver"), in regards to Defendants' *ex parte* application for an order to stay proceedings pending a criminal investigation, or in the alternative, for an order establishing a shortened briefing schedule for Defendants to bring a motion to stay proceedings.

The Receiver's Response is based in large part upon the assumption that Defendants' *ex parte* application seeks to stay "all" proceedings, including proceedings against the entity defendants.  Despite the same, the Receiver acknowledges in her own response and attaches an email confirming that said application seeks to stay the proceedings only as to the moving Defendants. (Response, 2:18-19, Exhibit A).

In order to avoid confusion and for purposes of clarity for the Court and all parties and their counsel hereto, Defendants' *ex parte* application seeks only to stay proceedings as to the moving individual Defendants, and not as to any other party.

DATED:  August 10, 2015          **BEITCHMAN & ZEKIAN, P.C.**

By:  /s/ Andre Boniadi
          David P. Beitchman,
          Andre Boniadi,
          *Attorneys for Defendants,*
          MOTTI NOTTEA and
          DORON NOTTEA

- 2 -

**DEFENDANTS' REPLY TO RECEIVER'S RESPONSE TO MOTION TO STAY PROCEEDINGS**