# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> **Plaintiff**, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit et al. <br><br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **ORDER GRANTING RECEIVER'S AFFIDAVIT OF NON-COMPLIANCE AND MOTION FOR CONTINUANCE OF SHOW CAUSE HEARINGS AND HEARING ON MOTION TO COMPEL** |

HAVING CONSIDERED the Receiver's Affidavit of Non-Compliance and Motion for Continuance of Show Cause hearings, (the "Motion"), the Court finds the Motion is just and reasonable, and should be and hereby is GRANTED. It is therefore

1     ORDERED that the Show Cause hearings currently set for August 17, 2015, are continued to September 14, 2015 at 10:30 a.m.

    IT IS FURTHER ORDERED that the hearing on the Receiver's Motion to Compel, currently set for August 17, 2015 is continued to September 14, 2015 at 10:30 a.m.

    Signed this 11th day of July, 2015.

_____
**GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**