## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | CASE NUMBER: |
| PLAINTIFF(S) | 2:15−cv−04527−GW−PLA |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al. | **DEFAULT BY CLERK** |
| DEFENDANT(S). | **F.R.Civ.P. 55(a)** |

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:


Insight Media, Inc. a California corporation

Kai Media, Inc. a California corporation

Lifestyle Media Brands, Ina California corporation

Media Urge, Inc a California corporation




Clerk, U.S. District Court

  August 13, 2015                          By  _/s/ Phyllis Jackson−Lopez__
Date                                       Deputy Clerk

CV−37 (10/01)                    **DEFAULT BY CLERK F.R.Civ.P. 55(a)**