# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> PLAINTIFF(S) <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:15−cv−04527−GW−PLA <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:


  Safehaven Ventures, Inc a California corporation

  SBM Management, Inc a California corporation

  Zen Mobile Media, Inc a California corporation




                                                            Clerk, U.S. District Court

 August 13, 2015                                            By  /s/ *Phyllis Jackson−Lopez*
 Date                                                       Deputy Clerk

CV−37 (10/01)                    **DEFAULT BY CLERK F.R.Civ.P. 55(a)**