# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                                    Plaintiff(s),<br><br>     v.<br><br>BUNZAI MEDIA GROUP, INC., et al.<br>                                    Defendant(s). | CASE NUMBER:<br><br>2:15-cv-04527-GW-PLA<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Kristopher Bond  for the following reason(s):

-     No declaration as required by F.R.Civ.P 55(a)
-     No proof of service/waiver of service on file
-     The name of the person served does not exactly match the person named in complaint
- **X**   Proof of Service is lacking required information
-     Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
-     Time to respond has not expired
-     Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
-     Request for Entry of Default has been forwarded to the assigned Judge
-     Party dismissed from action on
-     Case terminated on
- **X**   Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- **X**   Other: on the proof of service filed with the court missing completed name with aka and officer or manager also missing on the request for default

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

-     No Entry of Default on file
-     No declaration as required by F.R.Civ.P 55(b)
-     The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
-     Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
-     A declaration establishing the amount due must accompany the plaintiff's request for default judgment
-     No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
-     Amount sought is not for a sum certain or cannot be computed to a sum certain
-     Attorney Fees sought not in compliance with Local Rule 55-3
-     Amount sought for costs is incorrect
-     Case terminated on
-     Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
-     Other:

                                                                               CLERK, U.S. DISTRICT COURT

Date:  August 13, 2015              By:  /s/ *Phyllis Jackson-Lopez* 
                                               Deputy Clerk

CV-52B(09/12)       NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT