**Charlene Koonce as Receiver for Bunzai Media Group Inc et al**
**Summary of Unencumbered Cash Receipts and Disbursements**
**June 17, 2015 through August 13, 2015**

| | | | | June 17, 15 - Aug. 13, 15 |
|---|---|---|---|---:|
| Beginning cash balance of Receivership:  Amegy Bank #0266 | | | | 0.00 |
| Cash transfers from frozen accounts as required by Preliminary Injunction | | | | |
| | Wells Fargo Bank | Calenergy, Inc. | #1838 | 535.66 |
| | Wells Fargo Bank | Kai Media, Inc. | #9190 | 201,627.79 |
| | Wells Fargo Bank | Focus Media Solutions, Inc. | #6565 | 166,825.21 |
| | Wells Fargo Bank | Calenergy, Inc. | #8997 | 61,187.37 |
| | Wells Fargo Bank | SBM Management, Inc. | #9091 | 5,666.26 |
| | Wells Fargo Bank | Pinnacle Logistics, Inc. | #8424 | 3,567.62 |
| | Wells Fargo Bank | Agoa Holdings, Inc. | #2288 | 3,583.69 |
| | Wells Fargo Bank | Zen Mobile Media, Inc. | #5422 | 2,648.95 |
| | Wells Fargo Bank | Lifestyle Media Brands, Inc. | #2320 | 1,586.63 |
| | Wells Fargo Bank | Lifestyle Media Brands, Inc. | #5711 | 931.28 |
| | Wells Fargo Bank | Insight Media, Inc. | #9026 | 597.22 |
| | Wells Fargo Bank | Heritage Alliance Group, Inc. | #6637 | 515.58 |
| | Wells Fargo Bank | Focus Media Solutions, Inc. | #6565 | 2,689.00 |
| | Bank of America | Media Urge, Inc. | #4130 | 574.61 |
| | Bank of America | Pinnacle Logistics, Inc. | #7388 | 567.70 |
| | Bank of America | Adageo, LLC. | #3733 | 7,045.78 |
| | Bank of America | Calenergy, Inc. | #2294 | 493.63 |
| | Bank of America | Calenergy, Inc. | #4908 | 2,254.15 |
| | Bank of America | Calenergy, Inc. | #4044 | 1,937.05 |
| | Bank of America | Kai Media, Inc. | #8700 | 228.00 |
| | Bank of America | Insight Media, Inc. | #0919 | 17,252.00 |
| | Bank of America | SBM Management, Inc. | #5157 | 3,393.58 |
| | Bank of America | Focus Media Solutions, Inc. | #3800 | 22,571.50 |
| | Bank of America | Shalita Holdings, Inc. | 36189 | 500.00 |
| | Bank of America | Shalita Holdings, Inc. | #5618 | 500.00 |
| | Global Payments | Bunzai Media Group, Inc. | #1125 | 16,540.59 |
| | Global Payments | Bunzai Media Group, Inc. | #1128 | 20,753.52 |
| | Global Payments | Bunzai Media Group, Inc. | #1676 | 44,608.67 |
| | Global Payments | DMA Media Holdings, Inc. | #1773 | 3,646.36 |
| | Global Payments | Lifestyle Media Brands, Inc. | #1774 | 1,448.58 |
| | Global Payments | Lifestyle Media Brands, Inc. | #1776 | 1,591.02 |
| | Bank of America | Secured Commerce, LLC. | #1564 | 10,497.71 |
| | Bank of America | Secured Commerce, LLC. | #1577 | 111.72 |
| | Bank of America | Secured Commerce, LLC. | #1593 | 515.54 |
| | Bank of America | USM Products, Inc. | #8878 | 1,206.92 |
| | Bank of America | Merchant Leverage Group, Inc. | #5300 | 900.00 |
| | Bank of America | Merchant Leverage Group, Inc. | #5355 | 100.00 |
| | Wells Fargo Bank | Shalita Holdings, Inc. | #9036 | 7,711.65 |
| | Wells Fargo Bank | Merchant Leverage Group, Inc. | #9047 | 6,844.25 |
| | Wells Fargo Bank | Secured Commerce, LLC. | #2888 | 3,786.60 |
| | Wells Fargo Bank | USM Products, Inc. | #7777 | 1,871.32 |
| | Wells Fargo Bank | All Star Beauty Products, Inc. | #4425 | 808.92 |
| | Wells Fargo Bank | All Star Beauty Products, Inc. | #5031 | 0.02 |
| | Wells Fargo Bank | DMA Media Holdings, Inc. | #2296 | 8,106.27 |
| | Wells Fargo Bank | AMD Financial Network, Inc. | #6553 | 7,809.36 |
| | Wells Fargo Bank | Secured Commerce, LLC. | #5241 | 1,869.86 |
| | Wells Fargo Bank | DMA Media Holdings, Inc. | #5166 | 475.17 |
| Adjustments for fees and expenses for services rendered during Monitor Period | | | | |
| **Beginning unencumbered cash** | | | | **650,484.31** |
| | | | | |
| Cash receipts | | | | |
| | Cash from Receivership Defendants' office (recovered from #105 Canby - undetermined ownership) | | | 3,851.00 |
| Total cash receipts | | | | 3,851.00 |
| | | | | |
| Cash disbursements | | | | |
| | Rent: reseda-t0001439-Secured Commerce, LLC. #105 | | | 2,654.05 |
| | Rent: reseda-t0001710-Focus Media Solutions, Inc. # 103 | | | 1,078.00 |
| | DLX for Buisness 1411877307 | | | 125.66 |
| | Bank Fee | | | 13.00 |
| Total cash disbursments | | | | 3,870.71 |
| Net unencumbered cash | | | | -19.71 |
| Ending unencombered cash | | | | 650,464.60 |

EXHIBIT A

| Charlene Koonce as Receiver for Bunzai Media Group Inc et al | | | | |
|---|---|---|---|---|
| Summary of Unencumbered Cash Receipts and Disbursements | | | | |
| June 17, 2015 through August 13, 2015 | | | | |
| | | | | June 17, 15 - Aug. 13, 15 |
| Cash transfers <u>requested but not accomplished</u> from frozen accounts as required by Preliminary Injunction for Receivership Defendant Entities | | | | |
| | SignaPay | Agoa Holdings, Inc. | #1810 | 8,000.00 |
| | SignaPay | Agoa Holdings, Inc. | #6000 | 5,000.00 |
| | SignaPay | DMA Media Holdings, Inc. | #8130 | 8,613.33 |
| | SignaPay | DMA Media Holdings, Inc. | #0330 | 8,000.00 |
| | SignaPay | Insight Media, Inc. | #5280 | 45,235.98 |
| | SignaPay | Lifestyle Media Brands, Inc. | #7380 | 8,000.00 |
| | SignaPay | Safehaven Ventures, Inc. | #8570 | 10,922.83 |
| | SignaPay | Zen Mobile Media, Inc. | #1740 | 8,000.00 |
| | SignaPay | Zen Mobile Media, Inc. | #9370 | 5,000.00 |
| | EVO | All-Star Beauty Products, Inc. | #8813 | 10,235.01 |
| | EVO | All-Star Beauty Products, Inc. | #4633 | 50,391.15 |
| | EVO | All-Star Beauty Products, Inc. | #4609 | 66,206.07 |
| | EVO | All-Star Beauty Products, Inc. | #8789 | 75,925.58 |
| | Less: EVO | EVO Reserve Retained at EVO | | -25,000.00 |
| Total transfers requested but not accomplished | | | | 284,529.95 |
| | | | | |
| Cash transfers <u>to be requested</u> from frozen accounts as required by Preliminary Injunction for Receivership Defendant Entities, Not Yet Named | | | | |
| | Bank of America | Trigen, LLC. | #8616 | 72.00 |
| | Bank of America | Forward Momentum, LLC. | #8658 | 17,272.34 |
| Total transfers to be requested | | | | 17,344.34 |
| | | | | |
| **Expected ending unencombered cash** | | | | **952,338.89** |