

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                      07/31/2015
                                                                    Account No:    8477-102
                                                                    Invoice No:      846671

Matter 102 - Representation of the Receiver

|            |     |                                                                                                                                                                                                                                                                                                                    | Hours |     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
| 04/29/2015 | WLH | Review and respond to emails from C Koonce regarding meeting with the FTC; docket meeting with FTC. | 0.25 | n/c |
| 04/30/2015 | KMC | Conference with FTC in preparation for receivership. | 1.00 | |
|            | WLH | Review research of targets in preparation of meeting with FTC; travel to FTC office; meet with FTC attorneys and staff along with C Koonce and K Crawford to discuss the appointment of C Koonce as Receiver and information regarding the targets as well as time frame to file complaint and request for Receiver. | 2.00 | |
| 05/01/2015 | WLH | Research location of current business location using information provided by Brent McPeek with the FTC; research residential locations for individual targets. | 2.00 | n/c |
| 05/04/2015 | KMC | Conference with C. Koonce and M. Little regarding strategy for preparing for receivership and investigation of assets. | 0.50 | n/c |
|            | WLH | Continue research of entity and individual targets. | 1.00 | |
| 05/05/2015 | WLH | Conference with K Crawford regarding receivership; review and respond to email from C Koonce regarding my availability to travel to Los Angeles to perform preliminary investigation on targets; research Igor Latsanovski's corporate background; research all individuals to determine most current residential addresses; create a target map and forward to K Bates. | 2.00 | |
| 05/07/2015 | WLH | Begin preparing logistics for travel to Los Angeles regarding onsite investigation; continue research regarding corporate and individual targets. | 1.50 | |
| 05/08/2015 | WLH | Continue research on individual targets. | 0.50 | |
| 05/11/2015 | WLH | Continue research regarding targets Oz Mizrahi, Roi Reuveni, Igor Latsanovski, and Khristopher Bond. | 1.00 | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No: 8477-102
Invoice No: 846671

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| 05/12/2015 | WLH | Continue research of individual targets; contact Los Angeles County Sheriff's Department to inquire about the availability to assist an appointed receiver in a federal matter (general inquiry). | 0.75 | |
| 05/14/2015 | WLH | Conference with C Koonce regarding upcoming trip to Los Angeles to conduct initial reconnaissance on Bunzai office and individual defendants; review email from C Koonce regarding her conversation with the Federal Trade Commission attorney concerning the scope of the receivership and the timing for filing the complaint; reschedule trip to Los Angeles for first week of June. | 1.00 | |
| 05/15/2015 | WLH | Continued research regarding individual defendants' residences and the locations of each in relation to the target office address. | 0.75 | |
| 05/27/2015 | WLH | Email correspondence with C Koonce regarding upcoming trip to Los Angeles and there will be a meeting with law enforcement while there; review email from C Koonce regarding the timeline for the FTC filing a complaint on defendants and the initial entry on the place of business; attempt to contact the Los Angeles Sheriff's Department to request assistance. | 0.50 | |
| 06/01/2015 | WLH | Teleconference with Brent McPeek with the FTC to discuss coordination of law enforcement after complaint is filed; review and verify information for entities associated with the defendants using the California Division of Corporations website and wysk.com; verify and chart addresses reflected in research for each entity. | 1.50 | |
| 06/02/2015 | JSS | E-mail correspondences with team regarding IT capabilities in preparation for potential seizure of assets; inter-office conference meeting with C. Koonce regarding engagement of IT firm. | 0.40 | n/c |
| | WLH | Email correspondence with C Koonce requesting information for the website associated with the facial cream- Auravie; research Auravie.com to review privacy policy, terms and conditions, and contact information; email correspondence with C Koonce and J Stafford regarding our ability to copy cell phones; prepare for trip to Los Angeles regarding onsite investigation of defendants and business locations. | 2.50 | |
| 06/03/2015 | WLH | Travel from Dallas to Los Angeles; travel to Reseda and observe business location at 6900 and 6914 Canby; travel to defendants' residential locations; travel to business location at 7900 Gloria and observe location; travel to several potential business locations to verify type of office- all were locations of PO Boxes; travel back to Alon Nottea's residential address to observe activity. | 15.00 | |
| 06/04/2015 | KMC | Conference with C. Koonce regarding results of investigation by W. Hester and scope of Order and strategy. | 0.25 | |
| | WLH | Travel to 6914 Canby address to observe activity during morning hours; travel to 7900 Gloria to observe location; return to Canby location and | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:        846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | attempt to enter Suite 107- found door was locked and observed suite was empty; photographed interior of office; teleconference and email correspondence with C Koonce to advise what has been observed at defendant locations; return travel to Los Angeles; return travel to Dallas. | 9.50 |
| 06/05/2015 | WLH | Conference with C Koonce regarding the observation and findings during trip to Los Angeles; teleconference with Brent McPeek for the purpose of discussing the on-site finding at the 6914 Canby location and the 7900 Gloria location, also discussed M3D Studios doing business at the 7900 Gloria location; research M3D Studios using California Division of Corporations and M3D Studions website. | 2.00 |
| 06/08/2015 | WLH | Review email from C Koonce regarding coordination of team trip to Los Angeles and a request for a summary of the on-site observation; update summary chart regarding defendant entities and individual information; forward C Koonce summary chart via email; continue research regarding M3D Studios to determine the association with defendants; review M3D Studios website planetm3d.com. | 1.25 |
| | BJM | Conference with C. Koonce regarding coordinating freeze letters to financial institutions and begin preparing shell of same. | 0.50 |
| 06/09/2015 | SKB | Telephone conference with Receiver regarding bank account freezes of Defendants. | 0.25 |
| 06/10/2015 | JSS | Multiple e-mail communications with C. Koonce regarding copying CPU's during raid of target properties; conduct legal research of spoilation issues in copying CPUs in light of anticipated scope of receivership order; confer with firm IT manager regarding same. | 0.80 |
| | WLH | Email correspondence with C Koonce and J Stafford regarding the ability to copy hard drives from the CPUs located at the business locations and verify a locksmith is available if needed; conference with Chad Clinger and J Stafford regarding necessary equipment to copy hard drives on location; review and respond to email from C Koonce regarding the locations of the PO Boxes being manned, advised that the locations were manned; review email from C Koonce regarding logistics for meeting location on June 17th. | 0.50 |
| 06/11/2015 | KMC | Attend meeting with team to prepare for receivership. | 1.00 |
| | JSS | Attend planning conference call meeting with receivership team to discuss strategy and plans in anticipation of seizure of Defendant's assets. | 1.00 |
| | DBD | team meeting to prepare for seizure(1.0); office conference with attorney Koonce regarding seizure issues (.2). | 1.20 |
| | ML | Teleconference and office conference to discuss gameplan; review and revise maps Defendants information. (not charged for 0.5 hours) | 1.50 |
| | SKB | Telephone conference with Receiver regarding plans for day of service and entry. | 1.00 |
| | LMS | Review documents provided by Receiver for review in advance of trip to Los Angeles (.2); Participate in planning meeting with Receiver and team | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:      8477-102
Invoice No:          846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | (.8) | 1.00 |  |
|  | KEB | Attend initial receivership meeting. (not charged for 0.25 hours) | 0.25 | n/c |
|  | BJM | Review of documents obtained in investigation of defendants; Prepare for and attend team meeting to discuss assignments, timing and status; Review documents related to defendants and their employees. (not charged for 0.4 hours) | 1.00 |  |
|  | WLH | Review email from K Bates and Cesar Flores with Concord Data Technologies regarding quote for on-sight copy service in Reseda; meeting regarding logistics for action to take place in the receivership; teleconference and email correspondence with M Little to confirm information regarding the 7900 Gloria location in Van Nuys; review email correspondence with C Koonce and M Little regarding setting up a dropbox for the purpose of sharing receivership documents. | 1.25 |  |
| 06/15/2015 | JSS | Office conference with firm IT regarding operation of equipment to be used during initial access for copying phones if necessary; review multiple e-mails from C. Koonce and receivership team regarding preparations for departing to LA. (not charged for 0.6 hours) | 0.60 | n/c |
|  | KMC | Communicate with C. Koonce regarding timing of FTC obtaining order. | 0.25 |  |
|  | DBD | preparation for seizure tasks. (not charged for 0.8 hours) | 0.80 | n/c |
|  | ML | Confer with Charlene; work with Aladin to set up dropbox; review the file; confer regarding logistics. | 2.00 | n/c |
|  | KEB | Review airfare, hotel reservations, car reservations previously made and modify for seven (7) people. | 1.25 | n/c |
|  | BJM | Review investigation materials and communicate with C. Koonce regarding strategy on freeze letters. | 0.40 |  |
|  | WLH | Set up dropbox and relocate entire matter files to the dropbox; forward link to dropbox to individuals participating and assisting C Koonce with the receivership; review emails from individuals that are having difficulty accessing the dropbox files; teleconference and email correspondence with A Martinez to resolve the issue of access to the dropbox files; email invites to dropbox to individuals assisting C Koonce with the receivership; email correspondence and teleconference with Brent McPeek with the FTC regarding on-sight law enforcement assistance during entry to defendant locations; confirm travel arrangements and rental car reservation. | 1.00 |  |
| 06/16/2015 | KMC | Review terms of Receivership Order obtained by FTC and conference with Receiver regarding same and strategy; travel from Dallas to LA. | 7.00 |  |
|  | LMS | Review Temporary Restraining Order appointing Charlene Koonce receiver;  Confer with team regarding provisions of same; Travel to Los Angeles | 7.00 |  |
|  | ML | Confer with Receiver regarding travel to Los Angeles and reconnaisance of locations; review TRO and Order Appointing Receiver; confer with Receiver and Kelly Crawford regarding strategy and travel to LA. | 8.00 |  |
|  | BJM | Review and analysis of strategy outline and team assignments; Communications with C. Koonce regarding timing of filing; Research Judge Wu and experiences appearing before him; Communications with FTC attorneys regarding status on banking information; Begin preparing |  |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---:|
| | | freeze letters; Review and analysis of signed Temporary Restraining Order. (not charged for 1.40 hours) | 2.00 |
| | JSS | Review and analysis of TRO appointing Charlene Koonce as Receiver; review multiple e-mails regarding same; confer with team regarding various plans for execution of order and travel; confer with local IT regarding coordinating with onsite IT about computer imaging and website host access; multiple communications regarding travel due to flight cancellations in light of adverse weather conditions. (not charged for. 1.5 hours) | 2.20 |
| | WLH | Preparation for receivership including confirmation of travel arrangements due to arrival of Tropical Storm Bill; update target map to include SBM Management office location; email correspondence with Brent McPeek to confirm assistance from law enforcement; travel from Dallas to Los Angeles; travel from LAX to Reseda, California. | 15.20 |
| | DKL | Revise bond of receiver; read and respond to emails to/from Receiver and C. Elsey (bond agent) regarding bond; prepare and send via overnight delivery bond to C. Elsey. (not charged for 0.5 hours) | 0.50 |
| 06/17/2015 | KMC | Investigate target locations and confirm many are just post office box locations; meet with FTC to discuss strategy for seizure of assets and operations; assist Receiver in having bond approved by the Court and filed with the Court. (not charged for 4.0 hours) | 4.00 |
| | LMS | Continue in depth review of provisions of TRO appointing Charlene Koonce receiver; Participate in strategy meeting with FTC attorneys; Surveillance of multiple target sites; Discussions with team regarding same; Draft summary of provisions of TRO applicable to defendants for providing to defendants during initial access. (not charged for 5.0 hours) | 4.00 |
| | DBD | preparation for receiver asset seizure, including review of emails and planning notes; travel from Dallas to LA,including in-flight review and outlining of receiver duties; planning meeting with other attorneys. | 8.00 |
| | ML | Prepare for receivership initial access; recon of Canby and other locations; confer with Receiver; accompany Receiver to file bond. (not charged for 6.0 hours) | 4.00 |
| | BJM | Assist in preparing deposition notices for named defendants; Review banking information and draft freeze letters to reflect specific provisions of the TRO; Begin organizing information related to freeze letters and target banks. | 3.50 |
| | JSS | Travel from Dallas to Los Angeles; continue review and analysis of TRO in light of communications with Receiver and team regarding strategy; research targets assigned (Davidian and Bauer) and locations ahead of 6-18-2015 seizure of assets; multiple conferences with team and Receiver regarding same. (not charged for 3.0 hours) | 4.00 |
| | WLH | Conference with individuals taking part in the on-sight entry of Bunzai Media locations; meet with Brent McPeek for the purpose of traveling and meeting with Los Angeles Police and Glendale Police to request on-sight assistance during entry into defendants' office locations; contact and confirm availability of locksmith; travel to Canby office location with M Little and go to the property lease office; modify target chart to update entity and individual defendants' information; travel to Kinko's for the | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:   8477-102
Invoice No:   846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | purpose of preparing notice letters and warning signs. | 9.25 |  |
|  | DKL | Work on additional bond issues; begin research ECF local rules for each district for filing 754 notices. | 1.00 |  |
| 06/18/2015 | BJM | Conference with C. Koonce and team regarding service of bank freeze letters; Prepare freeze letters with information obtained from FTC and Receiver's search; Execute and deliver freeze letters; Research public data information related to contact information for banking institutions; Communicate with multiple banks regarding receipt of freeze letters and order of court. | 10.20 |  |
|  | KMC | Seize assets and control of operations pursuant to the terms of the Receivership Order; investigate Gloria location and confirm it no longer is associated with Defendants; interview Paul Medina of Focus Media Solutions; review documents and inventory of premises; go to Bank of America and meet with Assistant Manager and have numerous conversations with Bank of America legal department to confirm freezing of accounts pursuant to receivership order and obtain balances of accounts; conference regarding obtaining online control of accounts; conference regarding two safety deposit boxes in the name of defendants and attempt by Alon Nottea to obtain access to safety deposit box; review and analyze information on computer regarding operations. | 15.00 |  |
|  | LMS | Participate in planning meeting with team prior to entry of target sites; Travel to Gloria Ave. address for entry into premises with Kelly Crawford; Enter Gloria Ave premises; Interview individuals and observe office and warehouse contents;  Travel to Canby locations; Search contents of Canby office locations and review documents at those locations; Search vehicle of Doron Nottea; Interview 5 employees of Focus Media Solutions; Review documents at Focus Media Solutions office location; Travel to Bank of America to confirm status of accounts; Continue review of Canby office contents; Draft revised letter to credit card processors | 15.00 |  |
|  | DBD | pre-seizure meeting with other attorneys;  travel to Glendale to serve SBM Management and seize assets in office tower;  meeting with office staff to obtain lease and contact information for SBM Management; travel to Glendale CPA office and visit with staff there, including hand delivery of TRO order; travel back to Canby location and assistance there with asset seizure and review; travel to Wells Fargo to confirm account freeze, balances in accounts, signatories and other possible related accounts and entities; travel to Citibank to confirm account freeze, etc.; travel back to Canby to further assist in asset review and inventory; travel to Chase Bank branch to confirm asset freeze; travel back to Canby to continue assistance with asset review and analysis. | 13.50 |  |
|  | ML | Receivership initial access, cull documents; investigate receivership defendants; review computers; review bank records; confer with Receiver; take notes and images; confer w/ assistant regarding preparation of deposition notices for individual defendants; review and revise same. | 20.00 |  |
|  | SJ | Finalize letters, adding TRO attachment to same for faxing to banks; conferences with B. McKay and J. Pilles regarding same. (not charged for 2.0 hours) | 2.00 | n/c |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

| | | | | Hours |
|---|---|---|---|---|
| | | 07/31/2015 | Account No:  8477-102 | |
| | | | Invoice No:      846671 | |

| | | | Hours |
|---|---|---|---|
| | KEB | Prepare and fax numerous bank freeze letters; draft and send additional letter to defendant Motti at the Venetian Hotel in Vegas via fax and fedex; coordinate with J. Pilles and B. McKay on additional bank and vendor letters to be sent; update chart of defendants and banks as needed. (not charged for 3.5 hours) | 2.00 |
| | JBP | Researched bank contact information; Compiled and faxed 28 bank freeze letters; Began compiling defendants' banks, account numbers, routing numbers, credit card information, etc. | 1.70 |
| | SKB | Contact multiple banks to ensure receipt of TRO and to request account information; assist with reviewing additional information received and sending follow-up information to banks and request information; multiple conferences to coordinate efforts to obtain bank information. | 7.75 |
| | JSS | Attend preparation meeting with FTC personnel, accounts, IT and process servers to finalize plans to execute the Receiver's authority in taking control of the defendant entities and serving notice on the individual defendants and any persons with relevant information; organize team to secure defendant entity SBM Management, Inc. and serve notice of the order on Stephan Bauer, its registered agent; interview general manager at the Regus location of SBM Management virtual office and successfully obtained leasing information and address of target S. Bauer; travel to second target David Davidian's office and interviewed staff and obtained e-mail contact information; travel to Canby office and conducted debrief with team; travel to WellsFargo bank in light of meeting and obtained bank account information regarding entities and individuals; travel from LA to Dallas. | 15.00 |
| | WLH | Meet with Receiver, attorneys, accountants, and police in preparation prior to entry; travel to 7925 Canby Ste. 105 and make entry into office; video entry and initial contact with Doron Nottea then continue to video contents of office and warehouse space; video entry into 6925 Canby Ste. 109 and then video contents of office and warehouse; video Focus Media office located at 6850 Canby Ste. 103; monitor Focus Media employees during interviews; assist K Crawford with his interview of Paul Medina and record interview; continue to assist Receiver and attorneys during on-sight review of documents. | 13.50 |
| | DKL | Prepare draft 754 notice for filing in 93 U.S. District Courts; draft letter including merge fields to courts for filing; revise chart for merging notices and letter. | 1.00 |
| 06/19/2015 | JSS | Draft memorandum regarding summary of events and relevant information to Receiver regarding seizure on June 18, 2015 at Glendale locations; review e-mail summary from M. Little; phone conference with Liquid Web to take down websites and redirect them to Receiver web address; confer with Eric, Receiver's IT consultant regarding same; draft deposition notice to David Davidian. | 6.40 |
| | KMC | Conference with FTC regarding findings and continue review of documents and information; meet with accountants to show information learned online; conference with Receiver regarding strategy; telephone conference with Kris Bond regarding lawsuit and request to have him meet with Receiver; telephone conference with attorney for Notteas; | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:    846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | travel from Los Angeles to Dallas. | 12.00 |  |
|  | BJM | Multiple phone conferences and email communications with banks regarding freeze of accounts; Research contact information for additional banks (no charge) ; Review and analysis of responses to freeze letters; Conference with Receiver and team regarding assets and information associated with bank accounts; Coordinate efforts to identify and locate additional bank assets to freeze. (not charged for 2.5 hours) | 8.00 |  |
|  | LMS | Accompany Receiver to Canby office locations for continued review of site contents; Travel to Bank of America to request online banking access;  Request bank statements and other information from banking center manager; Prepare summaries for Receiver's review related to entry at Gloria Ave and interviews of Focus Media Solutions; Travel from Los Angeles to Dallas | 12.50 |  |
|  | ML | Continued review of documents copied/emailed from Defendants' computers; travel from Los Angeles and return to Dallas. | 7.00 |  |
|  | DBD | Continued assistance to receiver at Canby locations, including review of office contents; review of initial depo notice to CPA; telephone call with receiver and attorney Tisdale for Igor L.; return visits to Wells Fargo, B of A and Citibank locations to discuss asset freeze and get information on frozen accounts; office conference with receiver and attorney Crawford regarding bank  safe boxes and stored inventory; preparation of contact reports; telephone calls to S. Bauer and other potential witnesses. | 11.50 |  |
|  | KEB | Prepare and send additional freeze letters to merchant processors, warehouse locations, etc; research additional bank information regarding: EIN, socials and other identifiers useful to banks; revise charts of defendant information; read and reply to multiple emails from B. McKay, S. Benes, J. Pilles, and D. Lambert. | 1.00 |  |
|  | JBP | Communicate with attorneys regarding banks' in receipt of freeze letters; Continued compiling and consolidating spreadsheets of defendants' banks, account numbers, routing numbers, etc. (not charged for 1.0 hours) | 1.00 | n/c |
|  | SKB | Multiple telephone calls to banks to confirm receipt of TRO and freeze of accounts; multiple electronic correspondence regarding same. Follow up with additional information for banks. | 4.25 |  |
|  | WLH | Travel to 12 mailing address locations to verify whether the locations are post office boxes or office locations; provide and explain Order to managers/owners of post office box locations advising that the Receiver will now take possession of mail addressed to the post office boxes and any other post office boxes rented by defendants; return to 6925 Canby address to assist Receiver. | 10.00 |  |
|  | DKL | Prepare and fax additional bank freeze letters; revise bank charts. | 0.90 | n/c |
| 06/20/2015 | JSS | Research contact information for webhosting company Mobooka to obtain user ID and passwords to Defendant company's website; draft e-mail and letter regarding same. | 0.80 |  |
|  | KMC | Review information gathered and prepare notes of findings; place call to David Yasifian (identified as Officer of Focus Media) and leave detailed message; review numerous emails from Receiver regarding new information as it is obtained and confer regarding failure of Defendants to |  |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  | DBD | cooperate and turn over passwords needed to gain access to computers. continued attention to inspection of documents and bank records at 105 Canby location and 109 Canby location; telephone calls to witnesses; telephone call with receiver and possible attorney for Igor L.; detailed telephone call with Stephan Bauer and preparation of notes of same; telephone call Jorge Magana and prep of notes of same; travel from LA to Dallas (NC). | 2.00 6.40 |
|  | ML | Get document to Charlene with explanation; upload more documents retrieved from defendant's email accounts to Dropbox. | 1.50 |
|  | WLH | Assist Receiver with document review and production; photograph contents of 6925 Canby Ste 105 and 6850 Canby Ste 103; photograph checks and credit cards at the 6925 Canby Ste. 105 office; travel from Reseda to LAX; travel from Los Angeles to Dallas. | 12.25 |
| 06/21/2015 | JSS | Review and respond to e-mails from Receiver regarding demand letters to Mobooka (web hosting site) and Jacem (skin care cream manufacturer) to further gain control of various entities. | 0.70 |
|  | KMC | Review numerous emails regarding information being obtained; prepare summary of notes from investigation and share with team; telephone conference with Receiver and team regarding strategy. | 2.00 |
|  | DBD | Reading and responding to numerous emails (1.2); telephone strategy and planning conference with receiver and other attorneys (1.1). | 2.30 |
|  | ML | Teleconference with Receiver, Dyer, and Crawford; continued review of bank records to create diagram of structure. | 7.00 |
| 06/22/2015 | JSS | Review and analysis of e-mails from Receiver and M. Little regarding analysis of cashflow between entities; begin draft letter to related parties to discover potential income sources and direct the same to Receivership; communication with D. Dyer regaring service of David Davidian [CPA and registered agent for Defendant entities]; phone conference with counsel for Mobooka regarding access to website; confer with IT consultant E. Robi regarding same. | 2.10 |
|  | BJM | Multiple communications with banks regarding status of responses to Freeze letters; Conferences with C. Koonce regarding status and strategy related to freeze letters; Prepare further correspondence to banks regarding asset freeze. | 6.40 |
|  | KMC | Continue to gather and review information; telephone conference with FTC; telephone conference with attorney for Notteas; begin preparing for deposition of Igor; communicate with Kris Bond; numerous communications with Receiver and team trying to determine scope of operation of entities and relationship to allegations in Complaint. | 6.00 |
|  | ML | Confer with Receiver regarding structure findings; confer with David Dyer, Kelly Crawford and accountants regarding additional records and data; strategize regarding depositions; interact with opposing counsel for various R Defendants. | 5.00 |
|  | DBD | Preparing and/or revising subpoenas and deposition notices for S. Bauer, D. Yosifian and CPA D. Davidian; review of all depo notices;  telephone call to process server; reading and replying numerous emails from receiver and other counsel; office conferences with receiver and attorney |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:    846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | Crawford. | 9.60 |  |
|  | KEB | Review and track responses from numerous banks regarding freeze letter. [1.75 hours worked/.3 hours charged] | 0.30 |  |
|  | SKB | Multiple e-correspondence regarding bank accounts with banks, Receiver and BJM. | 0.25 |  |
|  | WLH | Process photographs, video, and audio taken during entry into defendants' offices; modify dropbox to accomodate new files being added by receivership team; review and chart information for additional entities identified during review of documents at office locations; research current address for David Yosafian using westlaw, whitepages, facebook, Los Angeles County civil and criminal records, and searchbug.com; review email from C Koonce requesting service to move the skin care product from Ste. 109 to Ste. 103; research moving services in the Reseda, CA area; review email from K Crawford requesting a transcript of the Paul Medina interview; conference with L Forbey and C Hall regarding transcription of the Paul Medina interview; review email from K Crawford regarding password and login information to be provided by Paul Medina; forward results of research regarding current contact information for David Yosafian to C Koonce via email; review email from K Crawford requesting entity information that is related to David Yosafian; email K Crawford list of entities in which David Yosafian is associated; review email correspondence between K Crawford and C Koonce regarding contact with David Yosafian; begin review of new entities identified using information from defendants' offices. | 3.50 |  |
|  | DKL | Continue preparing and revising 754 notices, court letters, and exhibits for filing in 93 U.S. District Courts. [1 hour worked; .5 hours charged] | 0.50 |  |
|  | JWS | Exchange correspondence with Koonce regarding drafting an affidavit of non-compliance or motion for show cause hearing regarding Alan Argaman and access to computer and email accounts for first office space in Receivership defendants' office location; meeting with Koonce regarding the same; read and analyze correspondence from Koonce, Little, Parikh, and Rothbard; draft *Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Show Cause Hearing* and *Order Directing Alan Argaman to Appear for Show Cause Hearing* in collaboration with Koonce. (not charged for 3.5 hours) | 7.00 | n/c |
| 06/23/2015 | JSS | Draft demand letters to Google Inc. and Jacem Healthy Products; review e-mails and TRO regarding same.[3.3 hours worked; 1 hour charged] | 1.00 |  |
|  | KMC | Telephone conference with FTC; telephone interview of Steph. Bauer; prepare and issue amended deposition notices; prepare letters to attorneys regarding sources of retainers; investigate connection of various entities to one another; prepare outline of report for Receiver to use; communicate with attorney for Chargeback Armor regarding scope of receivership order; telephone conference with new attorney for Igor Latsanovski; communicate with Khristopher Bond regarding deposition or meeting; communicate with local counsel regarding meeting with Mr. Bond; communicate with accountant regarding sources and uses of cash by Chargeback Armor. | 8.75 |  |
|  | DBD | participation in conference call with receiver and FTC; preparing |  |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | summary of frozen accounts at Wells Fargo Bank; final prep of depo notices and subpoenas; telephone interview with S. Bauer; email regarding same; attention to obtaining service of process on depo witnesses; conferences with W. Hester regarding same; email to D. Yosafian regarding depo notice; email to CPA regarding depo notice; reading and responding to numerous emails from and to receiver and other attorneys; telephone call with person inquiring about receiver notice on door of premises; email regarding same; | 10.20 |
|  | KEB | Finalize pro hac vice applications and forward to local counsel for filing; | 0.20 |
|  | SKB | Draft additional letter to HDFC Bank Ltd. enclosing Defendants' Consents and requesting they provide all account information and documents; electronic correspondence regarding contacting of banks. | 0.75 |
|  | WLH | Continue research of entities identified during review of documents in defendants' offices for the purpose of identifying officers, registered agents, contact information, and status of entity; conference with D Dyer regarding service on David Davidian and Stephan Bauer for deposition; contact Mario :Loffredo at Loffredo & Associates and provide notices of deposition for Davidian and Bauer via email; review and make edits to Paul Medina's interview transcript; teleconference with individual identifying himself as Mosha (sp) inquiring why the business located at 6925 Canby Ste 105 has a warning on the office door regarding the receivership, he stated he has plans to do business with the company regarding internet marketing, advised Mosha (sp) that the business is currently involved in a civil matter filed by the Federal Trade Commission but is currently under seal, email correspondence with C Koonce, K Crawford, M Little, and D Dyer regarding my conversation with Mosha (sp) and provided his phone number; review email from C Koonce requesting contact with the leasing office at the Canby office complex to ask management to identify any and all office suites that the defendants are leasing; teleconference and email correspondence with Buzz Buchanan at Mid-Valley Leasing regarding the Canby office complex and email him a copy of the Order; email correspondence with Brent McPeek to request information for entities from the California Secretary of State. | 6.00 |
|  | BJM | Multiple communications and exchange of correspondence with banks regarding status of compliance with freeze order; Conference with C. Koonce and accountants regarding status of asset freeze for specific accounts; Evaluate additional evidence in support of freezing accounts related to newly discovered entities participating in scheme. | 5.50 |
|  | DKL | Final preparation of and merge 754 notices, exhibits, and civil cover sheets to 93 US District Courts. | 1.00 |
|  | JWS | Exchange correspondence with Koonce regarding Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Show Cause Hearing and Order Directing Alan Argaman to Appear for Show Cause Hearing (re: Argaman) and proposed order re: same. | 0.30 |
| 06/24/2015 | KMC | Continue to investigate relationship of companies to Negative Options and chart same along with M. Little; telephone conference with CEO of Chargeback Armor and its attorney regarding relationship of business to defendants and defendants' activities; conference with D. Dyer regarding |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:   8477-102
Invoice No:   846671

Matter 102 - Representation of the Receiver

Hours

S. Bauer; communicate with local counsel about inteviewing Khristopher Bond; communicate with counsel for Igor regarding extending Preliminary Injunction and language to include in Order regarding Receiver; prepare draft of Declaration to be signed by Doron Nottea regarding pornography business being separate and apart from activities enjoined; investigate Lion Bay Holdings and products sold that are related to Focus Media Solutions.  6.50

DBD   Telephone message to attorney Ben Pettit representing SBM in state court suit; telephone call with Mr. Pettit; preparing contact email regarding same; attention to preparing notice of stay to file in state court case; telephone call with S. Bauer; follow-up emails with other counsel and receiver regarding same; preparing declaration for Mr. Bauer regarding forged bank documents; reading bank application docs forwarded by attorney Little regarding Bauer; email to and follow-up email with Jeff Brandlin regarding issues for CPA deposition; various office conferences with attorneys Crawford, Little, Stafford and receiver Koonce  regarding multiple issues including overall design of on-line marketing scheme.  8.50

ML   Close review of bank statements for defendant entities and affiliates; continue developing structure map; email and phone correspondence with receiver, David Dyer, Kelly Crawford, and Jeff Brandlin; confer with Jeff Brandlin and Richard Lieu regarding deposit and disbursement findings; explain structure; cull documents for Receiver's meeting with FTC; prepare Patrick Schurr to recover advertisements on affiliate networks.  7.90

PJS   Email exchange with C. Koonce and conference with M. Little; begin review of websites for advertisements and matching up regarding same with newly discovered entities and named receivership Defendants.  2.00

SKB   Contact Wells Fargo via telephone and email to request additional account documents that were not sent.  0.25

JSS   Finalize letters to Google, Inc. and JACEM and transmit same; receipt and review correspondence from MoBooka's counsel. [3.80 hours worked; 1.2 hours charged]  1.20

WLH   Continue research of entities identified during review of documents at defendants' offices and update target chart with research information; modify photographs for the purpose of uploading the photographs to the dropbox; process photographs of the UMS Banking mail per C Koonce request and provide C Koonce hard copies of photographs; teleconference with Mario Loffredo to request an update regarding service on Stephan Bauer and David Davidian; teleconference with Brucar Locksmith regarding email to for an invoice to be sent for locksmith service at 6925 Canby Ste. 105 and 109 and 6850 Canby Ste 103; review Brent McPeek's declaration for entity information and modify target chart to reflect information provided by the declaration; review and respond to email from D Dyer requesting documents from any corporation Stephan Bauer is associated for the purpose of locating Bauer's signature; email D Dyer photograph of SBM Management check with a signature supposedly belonging to Stephan Bauer; review email from C Koonce requesting a summary of entities, officers and directors, contact information, and any bank account information for Focus Media, Shalita

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | Holdings, Excite Entertainment, and MediaUrge; continue research on entities; review email from C Koonce requesting corporate information on 16 other entities; continue entity research and modify target chart with results of research; receive and forward invoices from Brucar Locksmith to K Bates via email, advise her the invoices have not been paid; review email from C Koonce regarding her meeting with the FTC and the current status of the Preliminary Injunction hearing on June 30th; review email from Marion stating Stephan Bauer has been served with subpoena and notice of deposition; review email from D Dyer that Davidian may be returning from a vacation on this date; email Mario to advise him of Davidian's possible return. | 7.00 |
| | BJM | Continue communications and exchange of correspondence with banks regarding status of compliance with freeze order; Receipt of documentation related to accounts under freeze; Conferences with C. Koonce and accountants regarding status of asset freeze for specific accounts; Evaluate additional evidence in support of freezing accounts related to newly discovered entities participating in scheme; Receipt and review of correspondence from defendants' counsel related to accounts under freeze order. | 10.40 |
| 06/25/2015 | ML | Prepare exploded diagram of all companies and how they interact through distributions; confer with opposing counsel for Focus, et al (Sagar Parikh) regarding various issues; advise Receiver regarding non-release of certain entities and accounts; confer with accountant regarding explanatory data generated by Richard Lieu; continued research into Stephan Bauer forgery issue, along with sig cards; provide structure map to Dyer, Crawford, and Koonce. | 11.50 |
| | PJS | Pull down click ads from website and save to file per Excel spreadsheet (2.0); review emails regarding assignment (0.5) | 2.50 |
| | KMC | Telephone conference with FTC attorneys and Receiver regarding postponement of PI hearing and deadline for report, and hearing proceeding as to noncontesting entities; work on coordinating interview of Khristopher Bond; telephone conference with M. Weiss regarding background of case and targets of inquiry for interview of Bond; communicate with Bond; communicate with FTC regarding interview with Bond; participate in telephone interview of David Davidian; prepare email summary of information learned from interview; communicate with attorney for Igor regarding postponing deposition and need for information; conference with Receiver regarding same; conferences with M. Little regarding findings from results of work of accountants. | 7.00 |
| | SKB | Brief telephone conference to update status of bank communications. | 0.25 |
| | JBP | Updated, compiled and consolidated a comprehensive receivership list of banks, accounts, status, and other current pertinent information to assist in contacting banks to freeze accounts, credit cards, and safe deposit boxes. | 5.15 |
| | JSS | Telephone conference (x2) with Mobooka counsel with Receiver regarding inter-workings of advertisers and merchants and links between defendants and revenue stream; discussions regarding obtaining Mobooka's contracts regarding same; multiple e-mails with Receiver | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:  8477-102
Invoice No:  846671

Matter 102 - Representation of the Receiver

|  |  | Hours |
|---|---|---|
|  | regarding same and assignment to draft subpoena; review target campaigns compiled by accountants ahead of draft of subpoena; multiple e-mails with Mobooka's counsel regarding blocking defendant's access and setup access for Receiver's team; multiple e-mails with Receiver regarding same. | 5.30 |
| KEB | Call IRS for status of EIN number for receivership; work with counsel in Tennessee to get 754 notice filed in the Western District. [1 hour worked; .5 hours charged] | 0.50 |
| WLH | Teleconference with Marion Loffredo's office regarding status of service on David Davidian, states Davidian has been served at his residence; continue research of entities information and modify target chart; email C Koonce, D Dyer that David Davidian has been served; review email from D Dyer requesting photographs of credit cards and check books for Focus Media, Eccentric Innovations, Optimized Media, Dynamic Media, and Intensive Media; provide copies of signed checks from SBM Management to D Dyer; review email correspondence from K Crawford regarding Igor Latsanovski deposition; review information from post office box locations and forward contact information to K Bates; receive and review email from Mario Loffredo confirming service on Davidian. | 4.00 |
| BJM | Continue communications with banks and credit card processors regarding efforts to identify accounts associated with defendants; Prepare correspondence to financial institutes; Conference with C. Koonce, D. Dyer and accountants regarding additional evidence in support of freeze; Receipt and review of documentation from financial institutions related to asset freeze and identification of accounts; Prepare matrix of information obtained to date. | 8.60 |
| DKL | Receive and conduct multiple telephone calls to and from US District Clerks and/or staff regarding the filing of the 754 notice; prepare and send additional information to the Eastern District of Pennsylvania, the Western District of New York, the Western District of Virginia; assist S. Hernandez in preparing and filing notice in the Western District of Tennessee. | 1.10 |
| ML | Continued close review of bank records and other screengrabs to compile Notteas' relationship to the buffer entities, merchants, and Focus Media Solutions; prepare presentation for receiver and counsel regarding evidence linking Notteas to the Receivership Defendants; provide information and counsel to Receiver regarding affiliate networks and their relationship to the scheme; attempt to contact Yaron Shamian; confer with accountant regarding progress and documents outstanding. | 9.40 |
| DBD | Read and respond to emails; continued preparation of Bauer declaration regarding: forged docs; office conferences with attorney Koonce and Crawford regarding same;  office conferences and emails with W. Hester regarding retrieving certain photographs from office raid; email to other receiver attorneys regarding Bauer signature exemplars; telephone interview of CA Davidian with attorney Crawford and CPA Brandlin; email to Mr. Bauer sending draft declaration; reading and addressing erroneous freeze of Bauer's accounts at B of A; email summary of interview with CPA Davidian; email to Mr. Davidian regarding  materials he will produce; follow-up emails with Receiver and Brandlin regarding CPA tax return |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:      8477-102
Invoice No:        846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | requests. | 9.20 |
| 06/26/2015 | JSS | Finalize Mobooka access issues and disseminate information to Receiver's team; communications with E. Robbi and Receiver regarding access to e-mail accounts (GoDaddy) and website hosting information from Google. | 5.50 |
|  | KMC | Prepare Declaration to be signed by Michael Costache of Chargeback Armor and send to his attorney; conference with M. Little and C. Koonce regarding Notteas relationship to companies; review and revise Notice of Appearance; telephone conference with M. Harris regarding status of motion for postponement of PI hearing and conference with C. Koonce regarding same; investigate properties to be purchased by Sunset Holdings and analyze request for release of funds to allow purchase to go through; conference with D. Dyer regarding interview with former employee and regarding status of accounting records being received by Davidian. | 6.50 |
|  | DBD | attention to follow-up with CPA Davidian to obtain requested documents; telephone call with D. Davidian and M. Little; meeting with attorneys Little and Crawford and Receiver Koonce to hear Little's presentation of money flow between entities and banks; email to attorney McKay regarding freeze covering unrelated S. Bauer accounts; emails and phone calls with Mr. Bauer regarding frozen accounts, tax documents and bank records bearing Bauer signature; preparing notice of stay to file in CA state court in suit against SBM Management; emails with Mr. Bauer regarding Regus lease agreement signature; reading attorney Stafford's after-action report regarding day of raid and bank visits; emails with S. Bauer regarding pre-signed blank checks for SBM at Doron's office; telephone interview with Nastassia Yalley; preparing email summary of same; office conferences with Receiver Koonce;  telephone calls with CPA Brandlin; telephone calls with Canby landlord regard status of water and HVAC service to the property; emails regarding same; emails and phone calls with CPA Davidian; emails regarding cancellation of depositions; emails and phone calls with M. Little regarding IRS authorizations. | 9.00 |
|  | ML | (Friday morning to Saturday morning early) Present findings connecting Notteas to buffer entities, Focus, and new merchants to Receiver; confer regarding next steps; close review of buffer entity bank records; identify checks cashed/not deposited in pursuit of compensation to Notteas; confer with accountant regarding review of quickbooks; exploit accounting818@gmail account and print selected emails to PDF; confer with David Dyer regarding tax returns on buffer entities. | 11.90 |
|  | WLH | Conference with C Clinger for the purpose of resolving the data capacity issue in the dropbox application; review and respond to email from C Koonce requesting confirmation DSA Holdings 16060 #180 is a PO Box; review email confirmation from process server that Stephan Bauer and David Davidian have been served with deposition notices; research contact information for Nastassia Yalley per C Koonce request using Westlaw and general google search; forward results of Yalley research to C Koonce; process and download photographs taken at Bunzai Media office locations to the dropbox; research contact information for Sean | |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

07/31/2015
Account No:  8477-102
Invoice No:      846671

| | | | Hours | |
|---|---|---|---|---|
| | | Brennecke and forward results to C Koonce and S Benes; review emails (x2) from B McKay regarding Bank of America accounts for Eccentric and Optimized Media; review email from B McKay regarding Capital One credit cards have been frozen; review email correspondence between C Koonce and Jeff Brandin regarding water and AC service; review email from C Koonce requesting verification of addresses which were invoice for product from Aura Vie; research addresses to confirm recipients contact information and forward results to C Koonce; review and respond to email from C Koonce requesting officer and director information for Eccentric Innovations, Inc, Optimized Media Services, Dynamic Media, Inc., and Intensive Media, Inc.;  review email from M Little requesting corporate information for Five Stars, Inc., BWR, Inc., MAC, Inc., Imperial Enterprises, Inc., and Fidelity First Holdings, Inc.; research using California Secretary of State information and wsyk.com to determine corporate information for  Five Stars, Inc., BWR, Inc., MAC, Inc., Imperial Enterprises, Inc., and Fidelity First Holdings, Inc.; review and respond to email from C Koonce requesting corporate. | 6.00 | |
| | DKL | Continue to research PACER to verify the filing of the 754 notices; continue telephone calls to US District Clerks and/or staff regarding and advising of the deadline to have 754 notices filed; receive and respond to calls from US District Clerks and/or staff regarding the filing of the 754 notices. | 1.19 | n/c |
| | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status; Communicate with accountants regarding online bank access. | 7.30 | |
| 06/27/2015 | JSS | Work on Subpoena and enclosure letter to Mobooka, LLC; communications with co-counsel K. Crawford regarding same. | 1.00 | |
| | KMC | Revise declaration regarding adult products business and communicate with D. Nottea's attorney regarding same and Receiver; communicate with K. Bond regarding bank accounts; review and respond to numerous emails from Receiver and team regarding developments in case. | 1.00 | |
| | LMS | Email correspondence with Receiver regarding preparation of Affidavit of Noncompliance regarding: production of emails and privilege issues. | 0.40 | |
| | BJM | Receipt and review of records and correspondence from financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status; Communicate with accountants regarding documents received from banks. | 4.30 | |
| 06/28/2015 | JSS | Finalize Subpoena and enclosure letter to Mobooka; transmit draft to Receiver and K. Crawford re same. | 1.50 | |
| | DBD | telephone conference call with Receiver, other firm counsel and CPA to discuss suspicious banking transactions among the parties. | 1.00 | |
| | KMC | Telephone conference with Receiver and team regarding substantial bank activity in accounts of Igor, and relationship to FTC case and | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | strategy for handling; communicate with Receiver regarding privilege issues being raised by opposing counsel regarding emails. | 1.00 |
| | ML | Obtain access codes for Calenergy accounts at Wells Fargo; close review; confer with Receiver and accountant regarding findings; afternoon teleconference regarding findings; prepare chart identifying ML movement. | 4.70 |
| | LMS | Legal research related to preparation of Affidavit of Noncompliance and Motion to Compel Documents and Information | 3.00 |
| | BJM | Respond to merchant processors regarding additional information to identify account holders; Update spreadsheet and communicate with accountants regarding same. | 1.00 |
| 06/29/2015 | JSS | Continue work on Subpoena and enclosure letter in light of changes by K. Crawford; multiple conversations with Receiver regarding same; research several entities to serve subpoenas in light of evidence of conducting business with Receivership Defendants; review and revise subpoena; conference call with Google customer service representative regarding receipt of Order; receipt and respond to e-mails from GoDaddy regarding Receiver's request for account information. (not charged for 2.2 hours) | 4.00 |
| | KMC | Work on determining whether Sunset Holdings account can be unfrozen to allow real estate deals to proceed; review and investigate real estate contracts; conference with B. Stockard regarding same; prepare Notice of Lis Pendens; review and revise Stipulation regarding same; telephone conference with M. Harris regarding same; telephone conference with FTC regarding same; prepare Exhibit A to include in Subpoena to Mobooka and other similar entities requesting documents related to sale of skin care products; review Igor bank statements and bank statements of CalEnergy and identify transfers of foreign monies; investigate BKCD charges; numerous conferences with Receiver regarding strategy. | 7.00 |
| | BJM | Continue to work with banks to freeze assets and obtain records; Conference with C. Koonce and accountants to chart assets and entities; Draft requests for documents from banks. (not charged for 2.5 hours) | 4.00 |
| | DBD | Numerous reading and writing of emails with receiver, her counsel and forensic accountant;  emails with CPA and Stephan Bauer; phone calls with CPA regarding remaining docs to produce; telephone call with Bauer to question  signatures on certain documents; telephone calls to potential witnesses, including Camerino and Nastassia Yalley; reading documents produced by CPA Davidian and forwarding same;  follow-up interview call with Jorge Magana; email to receiver describing same; email to Mr. Magana; email to receiver regarding phone call with CPA; review of amended depo notice for Igor L.; telephone calls and emails with property manager to obtain lease checks for 3 suites; email to receiver regarding same; examination of lease checks; emails forwarding same. | 6.80 |
| | ML | Prepare for Latsanovski deposition; begin compiling exhibits for deposition; review dropbox and email accounts to prepare exhibits; confer with accountant regarding new findings; advise receiver on communication with Alon's attorneys; confer with David Dyer and Kelly Crawford regarding new findings; revise deposition time with Jeri Hamman; confer with Jin Na regarding suspicious transfers. | 9.70 |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:   8477-102
Invoice No:   846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | PJS | Receipt/review K. Crawford email regarding FTC subpoena for products; review research for additional products to be added to subpoenas. | 0.80 |  |
|  | BAS | Review of proposed purchase contracts for Rosewood and Redwood; conference with Kelly Crawford regarding same. | 1.00 |  |
|  | WLH | Review email from C Koonce requesting confirmation the Receiver has control of the PO Box in which Aura Vie product was shipped, advised C Koonce of the location of the PO Box and that it was not yet in control of the receivership; review email from M Little regarding Igor Latsanovski's deposition schedule and the need for a Russian translator; contact Jodi Elliot at Esquire to inquiry their ability to provide a Russian translator in California; review email from M Little canceling the need for a Russian translator; update Target Chart with entity information research from the California Secretary of State and wysk.com. | 1.00 |  |
|  | LMS | Draft Affidavit of Noncompliance and Motion to Compel Documents and Information; Confer with Receiver regarding same | 5.50 |  |
|  | JBP | Gathered bank letters containing bank information of defendants and updated the master bank list for receivership and defendants' ein, ssn, & registered agent list. | 1.00 |  |
| 06/30/2015 | JSS | Continue work on research of entities to serve Subpoenas; finalize and send e-mail regarding compliance with order to Google. | 5.90 | n/c |
|  | ML | Prepare exhibits and outline for Latsanovski deposition; continue to work with receiver and accountant on money flow. | 7.40 |  |
|  | KMC | Work on obtaining stipulation as to release of Sunset Holdings monies; prepare letter to Wells Fargo bank about lifting freeze as to monies of Sunset Holdings to allow for purchase of property; receive and review request from counsel for Igor regarding need to release additional funds for closing; review UMS merchant applications to connect websites to buffer entities; review each website and content of each; telephone conference with counsel for Mobooka regarding production of documents in response to subpoena; numerous communications with C. Koonce regarding results of research and investigation and refusal of defendants to produce requested information. | 7.00 |  |
|  | DBD | Emails with lease space landlord regarding status of obtaining rent checks; emails to receiver regarding rent checks and documents from CPA firm;  office conferences with receiver and firm attorneys regard status of document production and various witness interviews. | 1.80 |  |
|  | KES | Prepare exhibits for deposition of Igor Latsanovski and binders for witness, court reporter and counsel. | 6.90 |  |
|  | WLH | Review California Secretary of State website to confirm procedure and form to request corporate formation documents; complete corporate information form for eighteen (18) entities and process for transmittal; review and respond to email from C Koonce requesting the docket number for Brent McPeek's filed declaration; review email from C Koonce with documents regarding Chargeback Armor, Secured Merchant, Vbonita, and IVR Logix and move documents to dropbox. | 2.50 |  |
|  | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; |  |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | Communicate with Receiver and accountants regarding status; Communicate with accountants regarding online bank access; Draft correspondence to financial institutions; Communicate with specific institutions regarding records. | 4.60 | |
| 07/01/2015 | JSS | Finalize demand letters to Affiliate/Marketing companies; review and respond to emails from GoDaddy in light of their position to refuse to provide information as they claim the named individuals ; e-mail communications with Mobooka outside counsel regarding; finalize Notice of Subpoena. | 4.90 | |
| | BLW | Review company documents and handwritten agreement; draft summary analysis regarding same. | 2.25 | |
| | ML | Confer with Receiver to prepare for Latsanovski deposition; review exhibits with Receiver; confer with Receiver and advise regarding closing of real property transactions; travel to Los Angeles; prepare outline for deposition; confer with Alon's counsel regarding contempt issues; teleconference with Daniale Perry regarding CEO status at Zen; confirm identity theft; confer with FTC regarding depo exhibits. | 8.40 | |
| | KMC | Numerous emails and communications with counsel for Igor and with Receiver regarding closing of Sunset Holdings purchases and need for additional money for closing; numerous emails and communications with counsel for defendants and with Receiver regarding deficiencies in production and compliance with receivership order. | 5.00 | |
| | KES | Preparation of index to exhibits to deposition of Igor Latsanovski; add exhibits 60 and 61. | 1.30 | |
| | WLH | Review email from C Koonce research on real property owned by Igor Latsanovski's entity Sunset Holdings LLC; research using Los Angeles County Appraisal District, California Division of Corporations, wysk.com, Nevada Secretary of State site, and westlaw; research entity Bavaria Inter LP using Great Brittan corporation website; email results of research to M Little and Jeff Brandlin; research Kyoto Holdings and Japan Intergroup using Japan division of corporations site; forward results of research to M Little and Jeff Brandlin. | 1.50 | |
| | LMS | Multiple correspondence with bank representatives regarding ongoing bank issues; Draft letter to All Star Beauty Products; Confer with Receiver regarding same | 3.00 | |
| | JSH | Attention to SDNY ECF; review notice of appointment of receivership and attachments; and multiple communications regarding filing with SDNY. | 1.30 | n/c |
| | BJM | Conference with Receiver and accountants regarding updates on freeze and turnover issues; Receipt and review of correspondence from providers; Follow up on request for additional documents; Review filings in Central District Court. (not charged for 0.5 hours) | 3.80 | |
| 07/02/2015 | JSS | File Notice of Subpoena; phone conference with Mobooka's outside counsel regarding objections to subpoena; draft memorandum regarding same; review, analyze and respond to e-mails from GoDaddy regarding suspending access of defendants to the accounts; work on evidence in light of GoDaddy's request for additional information to show defendant's use of websites in question. | 3.70 | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
| | DBD | Telephone call to leasing agent regarding rents currently due and truck on premises; email to receiver reporting same. | 0.40 | |
| | ML | Prepare for and take the deposition of Igor Latsanovski; confer with Receiver regarding same and stipulation from Alon Nottea's attorneys; travel to Dallas. | 16.00 | |
| | KMC | Numerous communications with Receiver and with B. Ravkind regarding Stipulation regarding access to information; finalize Stipulation for filing with the Court; numerous communications with Receiver and with B. Ravkind regarding compliance issues with Receivership Order and regarding proposed protective order; prepare lis pendens for filing on the Sunset Properties; telephone conference with counsel for Igor regarding Igor changing amounts sent to each title company from Wells Fargo for closing and handling of same; communicate with Receiver regarding same; send requests for production to new counsel for Doran, Michael Stoller and telephone conference with M. Stoller regarding same; prepare letter to M. Stoller regarding source of retainer. | 3.50 | |
| | BAS | Review of Purchase Contract and Escrow Instructions for both Redwood and Rosewood properties for determination of architect and contractor fees paid at closing. | 0.50 | |
| | WLH | Research corporate information for nine (9) additional entities; modify the Target Chart to reflect information for nine (9) entities; review email from D Lambert regarding document production from Bank of America; transfer Bank of America production to dropbox and email K Crawford to advise documents are available; review email from C Koonce requesting contact with PO Box locations for entities and ask for information regarding who is authorized to pick up mail; contact ten (10) PO Box locations and request information regarding the names of the individuals authorized to pick up mail; review email from D Dyer regarding box truck located outside Suite 109 at Canby; conference and review email from K Crawford requesting attaining fax confirmations for letters sent by D Lambert to the escrow company for the purpose of modifying and file lis pendens with the legal description of property Sunset Holdings is in the process of purchasing. | 4.00 | |
| | LMS | Multiple correspondence with Receiver; Communications with bank representatives; Draft Notice of Withdrawal regarding: MSC for defendant Mizralm and revisions to same | 3.50 | |
| | JSH | Attention to docketing notice and communication to internal team regarding the same. | 0.50 | n/c |
| | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status; Communicate with accountants regarding online bank access. | 4.80 | |
| 07/03/2015 | KMC | Telephone conferences with Receiver regarding defendants' lack of production and strategy in light of lack of production; send numerous emails to counsel for defendants and new counsel for defendants regarding production. | 1.00 | |
| | LMS | Draft and revise letter to multiple banks regarding the transfer of frozen | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:   8477-102
Invoice No:    846671

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | funds; Multiple correspondence with Receiver regardign status of ongoing bank issues; Review response received from Wells Fargo;  Begin work on letter to Shalita Holdings | 3.50 | |
| | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status; Communicate with accountants regarding online bank access; Conference with Receiver and accountants regarding online banking access issues; Review of filings in Central District. (not charged for 3.3 hours) | 2.00 | |
| 07/04/2015 | JSS | Attention to delivery of demand letters to Marketer/Affiliate entities in light of evidence representing their relationship with Defendants (12 letters); Contact Google re: recovery of deleted information and preservation; review correspondences from Receiver and team and attention to file in light of same. | 2.20 | |
| | JWS | Exchange correspondence with Koonce regarding drafting an affidavit of non-compliance and motion for show cause hearing regarding: defendant's incomplete and evasive production and designation of email accounts; read and analyze correspondence from Koonce with background information. | 0.50 | |
| 07/05/2015 | JSS | Attention to e-mails from Receiver regarding investigation of potential liable parties and e-mail account access; work on chart of target entities and documentation of attempted correspondence. | 0.50 | n/c |
| | KMC | Reveiw and send emails on behalf of receivership to counsel for defendants regarding missing production and need to file affidavit of noncompliance for lack of production. | 0.75 | |
| | ALM | Multiple conferences with C. Koonce regarding Nottea Defendants' Doran and Motti actions and case strategy; legal research regaridng civil contempt; review file including Affidavit of Non-Compliance and Motion to Compel, Temporary Restraining Order and correspondence; draft Affidavit of Non-compliance and Motion to Show Cause; draft Order to Show Cause. | 6.20 | |
| | JWS | Draft *Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Show Cause Hearing* and *Order Directing Adageo, LLC; Alon Nottea; and Roi Reuveni to Appear for Show Cause Hearing regarding: email issues;* exchange correspondence with Koonce regarding the same. | 6.30 | |
| | BJM | Provide updates to accountants regarding documents received from banks; Communications with opposing counsel regarding identification of accounts. | 0.80 | |
| 07/06/2015 | JSS | Inter-office conference with D. Dyer regarding strategy to contact Google and resolve the issues with GoDaddy's requests relating to access to Defendant's accounts; compile list of e-mail addresses and domain names associated with Defendant's enjoined activities; prepare chart of same ahead of D. Dyer's 2nd letter to Google; review and analysis of | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No: 8477-102
Invoice No: 846671

Matter 102 - Representation of the Receiver

| | | Hours | |
|---|---|---|---|
| | letter from Google regarding request for access to e-mail accounts; review case law cited by Google in letter; phone conference from Flex Marketing's outside counsel N. Asnen regarding demand letter request. | 8.60 | |
| LC2 | Research CA law for serving process on dissolved corporate entity. | 2.70 | n/c |
| ML | Confer with Charlene Koonce regarding show cause motions and next steps; review financial statements of the Notteas. | 1.50 | n/c |
| DBD | research on status of Google requests and responses regarding email sites; drafting letter to Google; office conferences with attorney Stafford regarding Google email address list; office conferences with receiver; contacting Mizrahi lawyer to schedule interview. | 5.80 | |
| WLH | Review email from C Koonce requesting the PO Box location information include Shalita Holdings, All-Star Beauty, DMA Holdings, Optimized Media Solutions, Secured Commerce, and Secured Merchants; review email from C Koonce requesting a search of adverse filings on each of the defendants named in the receivership matter; research using Pacer.gov and westlaw.com to identify adverse filings on defendants; forward results to C Koonce; review email; review emails from C Koonce regarding documents to be downloaded to the dropbox; contact and leave voice message with Letty Ascencio at regarding real property in which Sunset Holdings is in the process of closing and request legal description of the property; teleconference with Elizabeth Aguilar at LA Citiwide Escrow for the purpose of requesting legal description of 3783 Redwood property Sunset Holdings is in the process of closing, Aguilar states the closing has only been partially funded and has not closed as of yet, stated to send letter from the Receiver to request legal description of property; faxed letter from Receiver to Aguilar requesting legal description; review and respond to email from L Sanderson requesting corporate information for Shalita Holdings; review email from C Koonce requesting current contact information for Annsofie Algarp; research using westlaw.com, google, and facebook.com to determine current contact information for Annsofie Algarp; forward results of research on Algarp to C Koonce; review email from C Koonce requesting determination of 9820 Owensmouth Ave, #15, Chatsworth, CA being a physical address or PO Box; research using googlemaps.com to determine Chatsworth address is an office complex; email results of research to C Koonce. | 5.00 | |
| LMS | Multiple correspondence with bank representatives regarding ongoing bank issues;  Multiple correspondence with Receiver regarding same; Complete draft of letter to Shalita Holdings regading requests of Receiver for documents and information; Correspondence regarding online banking access; Finalize letter to financial institutions requesting the transfer of all frozen funds | 3.20 | |
| JWS | Read correspondence from Koonce; revise *Receiver's Affidavit of Non-Compliance, or in the Alternative, Emergency Motion for Show Cause Hearing* and *Order Directing Adageo, LLC; Alon Nottea; and Roi Reuveni to Appear for Show Cause Hearing*; confer with Koonce regarding the same; exchange correspondence with Koonce regarding the same. | 0.90 | |
| BJM | Conference with opposing counsel regaring Stipulation and filing; Communications with Receiver regarding filings in Central District; File | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:   8477-102
Invoice No:     846671

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | Notice of Stay and communications with local counsel (after business hours); Follow up conference with Bank of America regarding freeze on accounts. | 3.80 | |
| 07/07/2015 | JSS | Inter-office conference with D. Dyer regaring edits to Google Target list; review and revise list in light of same; receipt and review letter and documents responsive to demand letter from Lions Bay Media counsel; attention to e-mails from Receiver in light of same; receipt and review documents responsive to Receiver's request from Above All Offers; e-mail and phone communications with GoDaddy to obtain documents responsive to Receiver's request; review and analysis of communications with Receiver and opposing counsel regarding account access and passwords; draft multiple e-mails to Receiver in light of review and analysis of same. | 4.60 | |
| | LC2 | Research legality of dissolved California corporation operating (5.3); draft memo (.8). | 6.10 | n/c |
| | DBD | final additions and review of Google notice letter and attachment; interview of Oz Mizrahi and email report of same; office conferences with receiver. | 2.20 | |
| | KMC | Prepare and send email to counsel for Igor regarding Sunset Holdings real estate closings; prepare letter to Wells Fargo bank regarding same; communicate with legal assistant regarding same; begin listening to interview of Khristopher Bond; receive skin product, take photographs of same, and send to S. Benes; conference with C. Koonce regarding same; review numerous emails regarding compliance issues with defendants and pending motions to compel and for show cause hearing. | 2.00 | |
| | ML | Confer with receiver on contempt issues; research UMS Products in pursuit of $325K wrongfully transferred; review dropbox for data on UMS; confer with opposing counsel regarding same; confer with receiver via email. [3.3 hours worked; 1 hour charged] | 1.00 | |
| | WLH | Research Organi Daycare corporate information and modify Target Chart with results; teleconference with Letty Ascencio, escrow agent at Parkfield Escrow, regarding the property located on Rosewood, states closing has taken place and for information on the property she will need a letter from the Receiver requesting information; email letter from C Koonce to Parkfield Escrow requesting legal description of property on Rosewood and copy of deed filed with the Los Angeles County Clerk; continue to assemble hard copy folders for each defendant entity and all entities associated with the defendants; review email from D Lambert with attached emails sent to the escrow agents regarding properties being purchased by Sunset Holdings in the closing process; review and respond to email from C Koonce requesting a copy of the Target Chart; review email from C Koonce with attached documents with information from Nottea's attorney; advise C Koonce and K Crawford of contact with Letty Ascencio regarding request for information and copy of filed deed for the 3777 Rosewood property. | 3.50 | |
| | LMS | Calls to American Express regarding reserve account balances; Calls to Bank of America regarding Chargeback Armor account;  Multiple correspondence with banks regarding ongoing bank issues; Draft letter to | | |

Charlene C. Koonce, Receiver FTC v. Bunzai                                              07/31/2015
                                                                          Account No:    8477-102
                                                                          Invoice No:      846671

Matter 102 - Representation of the Receiver

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | Hours |
|------------|------|---|---|
|            | DKL  | AMD Financial requesting documents and information; Draft letter to HDFC requesting bank records of additional receivership defendants Communicate with C. Koonce regarding banks holding frozen monies and which to send turnover letters; revise bank charts; edit, finalize and fax turnover demand letters to multiple banks holding frozen monies. | 4.80<br>0.25 |
|            | BJM  | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status; Draft correspondence to processors; Receipt of documents from financial institutions. | 7.10 |
| 07/08/2015 | LC2  | Research scope of winding up process as it pertains to California dissolved corporation in Section 2010 of the California Corporations Code and whether a dissolved entity can continue operating legally. | 2.10 |
|            | KMC  | Telephone conference with C. Koonce and Sagar and Paul Medina regarding Focus Media transferring funds after having notice of the receivership order; telephone conference with A. Kim and M. Harris regarding Sunset Holdings not closing on purchase of other property and how to remedy same; conference with C. Koonce regarding pending motions to show cause and to compel. | 1.25 |
|            | JSS  | Respond to e-mail from GoDaddy regarding requests for additional information to solidify relationship with Defendants and newly discovered evidence that Defendants' used a fictitious name; return call to GoDaddy regarding same; attention to e-mail from opposing counsel regarding remittance of additional password information and review and analysis of same against current list; attention to deadline on Mobooka's response to demand letter. | 3.20 |
|            | ML   | Confer with Charlene regarding Eran Link declaration; confer with opposing counsel and Charlene Koonce regarding USM Products return of cash. | 1.00 |
|            | DBD  | emails with CPA and receiver to obtain additional tax and email information on entities; office conferences with receiver. | 0.80 |
|            | LMS  | Confer with Audra Mayberry and Mitch Little regarding case strategy | 0.40 |
|            | LMS  | Multiple correspondence with banks regarding bank issues; Draft letter to Wells Fargo requesting information related to amounts transferred out of Focus Media account on 6/19; Multiple correspondence with Receiver; Continue efforts to unfreeze new account of Chargeback Armor | 6.50 |
|            | WLH  | Review email from Letty Ascencio with attached copy of Grant Deed; email Ascencio to advise Ex. A reflecting the legal description was not attached to the Grant Deed; review email from Letty Ascencio with attached Ex. A; modify the lis pendens document to reflect the legal description of the 3777-3779 Rosewood property; review the Los Angeles County Clerk site to verify compliance and fee for the filing lis pendens; teleconference with the Los Angeles County Clerk's Office to verify the filing fee; modify the lis pendens to be filed on the 3777-3779 Rosewood property to be in compliance with Los Angeles County Clerk; forward hard copy to C Koonce for review, signature, and notarize document; draft transmittal letter and process lis pendens document; continue research of | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | adverse filings on defendants using pacer.gov; review email from D Dyer requesting verification of addresses for David Yosifian and UMS; research to verify addresses are PO Box locations and forward information to D Dyer; review fax from California Secretary of State regarding corporate documents filed by iPoint Vision LLC, All-Star Beauty Products, Inc., and Forward Momentum, LLC, Eccentric Innovations, Daria Media, DMA Holdings, and Xcite Entertainment; update entity folders with information from California Secretary of State. | 2.50 |
| | JWS | Exchange correspondence with Koonce regarding drafting an affidavit of non-compliance and motion for show cause hearing; read and analyze correspondence from Koonce with background information; begin drafting *Receiver's Affidavit of Non-Compliance and Emergency Motion for Show Cause Hearing regarding: funds transferred after notice of TRO;* exchange correspondence with Koonce regarding the same. | 4.70 |
| | SKB | Cancel Stemologica order via telephone and request return; perform online cancellation of all subscriptions; correspondence to Receiver regarding same. | 1.00 |
| | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status. (not charged for 3.1 hours) | 2.50 |
| 07/09/2015 | JSS | Work on making contact with affiliate marketers that did not respond to demand letter; finalize and transmit e-mail to GoDaddy regarding requests for additional information/authentication; phone call to Mobooka's counsel regarding response to subpoena. | 3.50 |
| | KMC | Gather all email communications with Khristopher Bond and send to FTC; telephone conference with Igor's attorney regarding shortfall in funds to close purchase of Redwood property; communicate with C. Koonce regarding same; communicate with FTC regarding same; finalize letter to Wells Fargo regarding liability for disregarding stipulation in making disbursements to escrow companies; communicate with Igor's counsel regarding refusal to allow additional funds to be released from escrow for closing; review Receiver's response to Motion to Vacate filed by Doron Nottea's attorneys and conference with C. Koonce regarding same. | 3.00 |
| | DBD | more emails with CPA to obtain tax information. | 0.40 |
| | LMS | Draft multiple correspondence to Wells Fargo; Multiple correspondence with Receiver regarding ongoing bank issues;  Multiple correspondence with bank representatives regarding ongoing bank issues regarding online access, production of documents, unnamed defendants whose assets should be frozen. | 5.20 |
| | WLH | Review email from K Crawford regarding attached property description for Rosewood property, advise K Crawford description is for a duplex property located on Rosewood; contact and leave message for Elizabeth Aguilar at LA Citiwide Escrow and leave message regarding status of closing on Redwood property; review mail received for PO Box locations; review email from C Koonce requesting purchase statement from 3777 Rosewood closing be sent to Jin Na; email Jin Na purchase statement; | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:   8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | teleconference with Elizabeth Aguilar stating the closing on the Redwood property has been canceled; conference and email correspondence with C Koonce regarding notes to be incorporated into the Target Chart; review notes document and modify the Target Chart with entity information. | 2.50 |
| | BJM | Follow up conference with Receiver and team regarding status of accounts at issue; Status of document requests and issues with obtaining documents from banks. | 2.00 |
| 07/10/2015 | KMC | Review Reply filed by attorney for Doron and communicate with C. Koonce regarding response to same. | 0.25 |
| | JSS | Inter-office conference with Receiver regarding strategy in forming a list of search terms to review e-mails discovered; conference call with Receiver and IT consultants regarding same; review stipulation order and subsequent phone conference with IT consultant to assist in draft of search terms list; attention to call from Google's outside counsel regarding negotiation of responses to Receiver's requests | 3.00 |
| | ML | Confer with receiver, opposing counsel, and David Dyer regarding obtaining information from Google; personal financial statements of defendants, safety deposit box contents, and other matters. | 2.00 |
| | LMS | Multiple correspondence with Receiver;  Multiple correspondence with bank representative regarding ongoing bank issues; Draft correspondence to banks and escrow companies related to transactions involving Sunset Holdings | 2.20 |
| | WLH | Review faxes from the California Secretary of State regarding corporate filings for SIMA Corporate Group, Shalita Holdings Inc., Optimized Media Solutions, Secured Commerce LLC, Vbonita Inc., Fidelity First Holdings, Vastpay LLC, Netistics Inc, Imperial Enterprises Inc., and Extra Entertainment Group; update entity folders with corporate information received from California Secretary of State; review email from C Koonce with attached document regarding response from Unger, Alon's attorney; incorporate response from Unger into Target Chart and update version saved to dropbox; review email from C Koonce with document sent by David Davidian reflecting identification for Tal Topel, Tomer Amsalem, Michaelo Dror Yosef, David Yosafien, Annsofie Algarp, Gilad Miron, Roi Reuveni, Gideon Rome, Stephan Bauer, Oz Shaul Mizrahi, and Sean Brennecke; update Target Chart with information from Davidian. | 2.00 |
| | DBD | reading and forwarding email information received from CPA; telephone call with Google outside counsel; emails to Receiver regarding same. | 1.40 |
| | BJM | Communications with counsel for EVO regarding holding back funds; Follow up with accountants and Receiver regarding online access. | 1.40 |
| 07/12/2015 | JSS | Reveiw e-mail correspondences between Receiver and Receivership Defendant's Counsel; e-mail to IT consultant regarding status of compiling e-mails to review in light of search list formulated and sent to IT consultant to analyze potential evidence in e-mail accounts of Receivership Defendants; e-mail communication with Mobooka's counsel regarding supplemental production. | 0.60 |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
| 07/13/2015 | JSS | Review and analyze e-mails extracted from Receivership Defendant's computer by IT consultant; inter-office conference with D. Dyer and receiver regarding litigation strategy and communications with Google's outside counsel. | 1.80 |
|  | KMC | Prepare draft of Affidavit of Noncompliance and Emergency Show Cause Motion regarding Igor Latsanovski interfering with Sunset Holdings closings; communicate with attorney for Latsanovski regarding same. | 2.00 |
|  | ML | Travel to and from and inventory safe deposit box belonging to Doron Nottea holding $456k; confer with Bank of America regarding same. | 3.00 |
|  | PJS | Email exchange with C. Koonce regarding merchant reserve account/bankruptcy and claim of perfection in reserves promised on processor's possession of funds. | 0.40 |
|  | WLH | Review email from C Koonce requesting information for the attorney representing Alon Nottea's divorce; review email from C Koonce regarding links to production from Robert Unger; access links and move document production to dropbox; review email from C Koonce regarding rent for suites 103 and 105; teleconference with Buzz Buchanan and Liz at Mid Valley Properties to discuss rent due for the suites; review invoices for suite rent sent by Liz and forward to C Koonce and K Bates; review email from C Koonce regarding confirmation of address for Optimized Media; review email from C Koonce stating M Little and counsel for defendant Doron Nottea are going to the Bank of America to access the safety deposit box; contact Bank of America branch in Los Angeles County to advise them that individuals representing the Receiver and owner of the safety deposit box are in route to access the box and determine if the Receiver needs to provide any further information to access the box; contact Bank of America legal department to arrange for access to safety deposit box; email C Koonce and M Little to provide a phone number to Bank of America legal to allow access to the safety deposit box. | 4.00 |
|  | LMS | Multiple correspondence with Bank of America and Wells Fargo regarding ongoing bank issues related to all entities not just those named, on-line access, and documentation production. | 1.00 |
| 07/14/2015 | KMC | Prepare letter to new counsel for Doron and Motti Nottea regarding source of retainer; review background of Doron and Motti Nottea's new attorney; listen to interview of Khristopher Bond and prepare email with notes from interview; conference with C. Koonce regarding same; and telephone conference with FTC attorneys and C. Koonce regarding same; have audio recording of interview delivered to FTC attorneys; communicate with K. Bond regarding his continued need to comply with the Receivership Order and identify the specific tasks he has under the Receivership Order; telephone conference with attorney for Wells Fargo regarding wire transfers in violation of freeze order; conference with D. Dyer and with C. Koonce regarding Bauer being requested to close bank accounts he did not open or authorize. | 4.00 |
|  | JSS | Phone conference with counsel for Phresh Clicks; draft e-mail in light of same; review of e-mails from counsel for Google, D. Dyer and Receiver regarding preservation of e-mail account information; review proposed |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No: 8477-102
Invoice No: 846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | agreed orders to release Google account information from drafted by D. Dyer. | 1.10 |
| | PJS | Email exchange with EVO general counsel regarding information regarding reserve account, change back rates, and EVO claimed security interest. | 0.60 |
| | WLH | Research Alon and Ori Notteas' divorce filing in Los Angeles County to determine Notteas' counsel contact information; forward contact information to C Koonce; continue moving documents produced by Robert Ungar to the dropbox. | 1.50 |
| | LMS | Work on identifying pending cases in which Notices of Stay should be filed;  Continue correspondence with banks and payment processors; Multiple correspondence related to online banking issues; Prepare written correspondence regarding same. (not charged for 2.6 hours) | 2.20 |
| | DBD | emails and telephone calls with S. Bauer; conferences with receiver and attorney Crawford regarding Bauer question about bank accounts; further revisions to motion and order to Google to preserve and produce email and Google Drive information emails with Google counsel. | 4.20 |
| 07/15/2015 | BJM | Telephone conference with legal processing at HSBC Bank with regard to document production and turnover of funds; Draft correspondence to HSBC regarding specific entities for turnover and wiring instructions; Conference with C. Koonce regarding same. | 1.00 |
| | KMC | Receive fax from Wells Fargo with wire instructions regarding Sunset Holdings closing; revise Show Cause Motion to include the wire transfer instruction as an exhibit; prepare the proposed Order for Show Cause regarding Igor Latsanovski; telephone conference with L. Sanderson regarding her communications with Wells Fargo bank as to disbursements; conference with C. Koonce and M. Little regading Igor Latsanovski seeking ex parte relief from the Receivership Order; telephone conference with FTC attorney regarding same; communicate with counsel for I. Latasanovski regarding status of providing shortfall in funds so property can close and need for confirmation of closing in order to avoid filing Show Cause Motion. | 3.00 |
| | JSS | Review and revise Unopposed Stipulated Order and Order granting same requested by Google; participate in multiple e-mail communications with Receiver and co-counsel regarding strategy in light of Google's response to our requests; review and analysis of Google's counsel's e-mail; draft response in light of same; e-mail communications with IT consultants regarding analysis of accounts and language used in Motion and Order. | 2.20 |
| | ML | Confer with Reid Tepfer via email; research fraudulent transfer claims against Calenergy and Latsanovski; office conference with Charlene Koonce and Kelly Crawford to discuss FT claims, continuance motion, and Latsanovski request for relief from TRO. | 3.20 |
| | WLH | Continue transferring documents production from Robert Unger to dropbox; teleconference with Leslie Sanderson regarding pending lawsuits involving defendants and stays to be issued; review email from C Koonce requesting hard copies of financial statements for each defendant entity; email correspondence (x7) regarding Centeno v SBM Management Inc.; research Centeno v SBM Management using Pacer.gov; forward | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:       8477-102
Invoice No:          846671

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | results of research to L Sanderson and C Koonce; review email correspondence from Jin Na regarding the status of Sunset Holdings account. | 3.00 |
| | BJM | Communications with banks regarding transfer of funds; Follow up with banks regarding documents and funds; Receipt and review of filings. | 1.60 |
| | LMS | Correspondence regarding bank issues;  Multiple correspondence with Receiver;  Review list of ongoing matters involving receivership defendants;  Determine need for notices of stay. (not charged for 4.2 hours) | 1.00 |
| 07/16/2015 | JSS | Work on Stipulation Orders including compiling defendants' e-mail addresses to include as exhibit to Stipulation Order; e-mail correspondences to IT consultants regarding same; receive, analyze and respond to e-mail from Google's counsel replying to our e-mail request for deleted e-mails through the stipulated order and preservation of data request in the interim; phone conference with GoDaddy regarding requests for information; | 4.90 |
| | KMC | Review and revise Response to Igor Latsanovski application to be released from Receivership Order and receiver's affidavit; conference with C. Koonce regarding same; communicate with counsel for I. Latsanovski regarding status of closing on sale of Redwood property and source of funds. | 1.25 |
| | ML | Close review of documents seized by FTC for use by Reciever; confer with Reid Tepfer regarding declaration; edit declaration; close review of FTC motion to continue hearing; review partnership agreement between Igor et al. | 3.70 |
| | PJS | Review Merchant Card Agreement regarding security interest/reserve accounts held by EVO; email C. Koonce and L. Sanderson regarding strategy for responding to same. | 1.40 |
| | WLH | Continue transfer of document production from Robert Unger to dropbox; contact Bank of America regarding Doron Nottea's safety deposit box to confirm the boxes number; review and begin transferring documents produced by Jim Spertus regarding Doron & Motti Nottea to dropbox; email a link to the documents to C Koonce for review. | 3.00 |
| | LMS | Multiple correspondence with Wells Fargo; Correspondence with Global Payments; Confer with Receiver and David Davidian regarding preparation of payroll motion; Work on Notices of Stay to be filed in any pending actions | 2.50 |
| 07/17/2015 | JSS | Finalize edits to supplemental e-mail address list to counsel for Google; draft additional stipulation orders for defendants to satisfy Google requirements to provide e-mails from Defendant's e-mail accounts; e-mail communications with Receiver and D. Dyer regarding review and revisions of the same. | 3.80 |
| | KMC | Communicate with counsel for Igor Latsanovski regarding status of Sunset Holdings closing on purchase of Redwood property. | 0.25 |
| | PJS | Email exchange with L. Sanderson and C. Koonce regarding reserve accounts/demand. | 0.60 |
| | WLH | Review email from M Little regarding documents (20) to be retrieved from | |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:      8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | the FTC documents; review FTC documents, identify documents requested by M Little, and forward documents to M Little and C Koonce. | 0.30 |
|  | LMS | Continue work regarding ongoing bank issues; Confer with Receiver regarding same | 1.50 |
| 07/19/2015 | JSS | Continue work on e-mail account list consolidation to include in stipulation order; continue work on stipulation order for defendants Oz, Alon and Roi; communications with Receiver regarding response to Google's counsel in light of July 17th e-mail. | 1.20 |
| 07/20/2015 | JSS | Phone conference with L. Sanderson regarding contacts with Yahoo and AOL counsel; confer with IT consultant regarding Google's assertion that Google Drive data is not backed up; prepare Subpoena for documents to Google; draft letter to Google's counsel requesting funds relating to Focus Media. | 2.10 |
|  | KMC | Conference with C. Koonce regarding parties agreeing to stipulation and remaining issues for hearing; communicate with legal assistant about getting legal description of Redwood property for purposes of preparing and filing notice of lis pendens; prepare letter to BUILD services regarding rental rate and amount due for storage of Aura Vie product and other items. | 0.50 |
|  | WLH | Review email from C Koonce requesting entity research regarding Forward Momentum & David Migdal to determine contact information; research using California Secretary of State website, wysk.com, and Westlaw; forward results of research to C Koonce; review email from C Koonce requesting a chart of the defendant entities to reflect incorporation and dissolved dates as well as whether the addresses associated with the entities are P.O. Boxes; create chart; teleconference with Elizabeth Aguilar to request the legal description of the 3783 Redwood property; modify lis pendens to reflect legal description of 3783 Redwood property in Ex. B; forward lis pendens to C Koonce for signature and then notarize document; review email from C Koonce requesting photographs and documents to be sent to J King; transfer photos and documents to J King folder; prepare transmittal letter and process the lis pendens regarding the 3783 Redwood property to be sent overnight to the Los Angeles Registrar/Clerk for filing; review email from C Koonce identifying more photographs to be added to the slide show being created by J King. | 2.00 |
|  | BJM | Continue communicating with banks and financial institutions regarding asset freeze and turn-over; Receipt and review of correspondence from financial institutions; Update spreadsheets regarding identified assets; Communicate with Receiver and accountants regarding status | 3.40 |
|  | LMS | Prepare written correspondence to Priority Payment Systems regarding turnover of reserve account funds; Multiple correspondence with Wells Fargo regarding ongoing bank issues; Confer with Receiver regarding same | 2.80 |
| 07/21/2015 | JSS | Review and revise letter to Google, Subpoena and exhibits following edits by CK; e-mail to Google's counsel regarding accepting service of |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

07/31/2015
Account No:   8477-102
Invoice No:   846671

|  |  |  | Hours |
|---|---|---|---|
|  |  | Subpoena. | 1.30 |
|  | KMC | Conference with C. Koonce regarding court order seeking report as to living expenses for Igor; participate in telephone conference with Igor's attorneys regarding same; follow up conference with C. Koonce and FTC attorney about same. | 1.00 |
|  | WLH | Review and respond to email from C Koonce requesting Latsanovski's financial statement; contact Los Angeles County Registrar/Clerk's office to get a status regarding the lis pendens filed on the Rosewood property, advised it would be 6 to 8 weeks before it is recorded in the official record; advise K Crawford of the time frame for recording the lis pendens; conference with J King regarding excerpts from video take at Los Angeles offices; review email from C Koonce regarding video clips to be edited from Latsanovski's deposition. | 1.00 |
|  | BJM | Conference with Receiver regarding status of communications with banks and follow up issues. (not charged for 0.7 hours) | 0.30 |
|  | LMS | Multiple correspondence with bank representatives regarding ongoing bank issues; Multiple correspondence regarding the turnover of funds held by various entities; Draft written correspondence related to same | 5.00 |
| 07/22/2015 | JSS | Multiple e-mails with Receiver regarding updates on responses to demand letters to affiliate marketers and work on contact with Google and the resolution of our requests; | 2.00 |
|  | KMC | Prepare summary of Sunset Holdings real estate transactions during receivership and send to C. Koonce to review; review and revise receiver's status report filed with Court regarding living expenses for Igor. | 0.75 |
|  | ML | Confer with Charlene and accounting personnel regarding status of financial records and issues; confer with Charlene regarding issues involving new merchants and how to leverage that situation. | 1.00 |
|  | DBD | review of emails to prep for conference call with Google counsel; telephone call with Google counsel and attorney Stafford; office conferences with Receiver regarding status and strategy as to Google's non-compliance; preparing supplemental declaration for Stephan Bauer | 3.70 |
|  | SKB | Correspondence regarding fraudulent charge and product order. | 0.25 |
|  | WLH | Conference with C Koonce regarding a water leak at the 6925 Canby Ste. 105 location; teleconference with Liz at the onsite leasing office to discuss providing her a key for the purpose of entering the suite and diagnosing the issue then arrange to have the issue resolved; review and respond to email from C Koonce requesting the financial statement for Calenergy. | 0.75 |
|  | BJM | Follow up communications with processors regarding products and accounts identified and request for documentation. | 1.30 |
|  | LMS | Multiple correspondence with Bank of America regarding Eran Link's enity, Mega Access Controls; Multiple correspondence with payment processors in an effort to get reserve account balances turned over to Receiver | 1.70 |
| 07/23/2015 | KMC | Communicate with Sanjar, attorney for Secured Merchants, regarding having call to answer questions of accountants; conference with C. Koonce regarding hearing with Court regarding release of funds for Igor; communicate with Igor's attorney about source of retainer and provide |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:       846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | authorities for request; legal research regarding same; conference with C. Koonce regarding potential of money laundering by Igor and his entities and strategy for dealing with same. | 2.00 |
|  | JSS | Draft show-cause motion due to Google's non-compliance with Receiver's production requests; multiple inter-office conferences with D. Dyer regarding same; phone conference with Google's counsel regarding same; review multiple e-mails from D. Dyer regarding changes to Motion for Show Cause; review and revise Motion for Consent and Stipulated Order regarding same from Google's counsel regarding Google's release of Defendant Account information. | 4.50 |
|  | DBD | attention to reading and revising show cause motion as to Google's non-compliance with discovery requests; numerous discussions with attorney Stafford and Receiver regarding same; reading lengthy email from Google counsel; email to Google counsel;  strategy conference with Receiver and attorney Crawford; reading and responding to emails with S. Bauer. | 4.80 |
|  | ML | Close review of documents related to Guayas and Sunset and Agreement of Assignment; diagram relationship and money trail; confer with Charlene regarding potential fraudulent transfer claims. | 0.50 |
|  | JWS | Exchange correspondence with Stafford regarding Receiver's Affidavit of Non-Compliance, and Emergency Motion for Show Cause Hearing Regarding Google, Inc.; two teleconferences with Stafford regarding the same. | 0.30 |
|  | LMS | Multiple correspondence regarding ongoing bank issues;  Draft Motion for Authorization to Pay Payroll Obligation and Order granting same;  Confer with Receiver and David Davidian regarding same | 4.30 |
|  | BJM | Review and analysis of correspondence from financial institutions and identify outstanding issues related to obtaining documents; Conference with Receiver and team. | 1.00 |
|  | WLH | Conference with J King regarding videos in which stills are to be created and review videos. | 0.25 |
| 07/24/2015 | JSS | Phone conference with L. Sanderson regarding demand letters sent to various affiliate marketers; e-mail correspondence with L. Sanderson regarding same; review and revise Consent Orders in light of D. Dyer and Receiver comments; phone conference with IT consultant regarding compliance with Stipulation Order. | 2.10 |
|  | KMC | Conferences with C. Koonce and M. Little regarding additional documents obtained regarding I. Latsanovski's involvement with European skin care company and European merchant accounts; send email to M. Harris inquiring about same; revise email from C. Koonce regarding questions arising out of Sunset Holding's relationship to Guayas and Calenergy; conference regarding strategy in light of stipulations entered into by other defendants; communicate with Sagar regarding having call to discuss reports in which accountants have questions; conference with M. Little regarding questions not answered at deposition of Igor; communicate with title company for closing of Redwood property about email from Russian investor wanting lien placed on property. | 2.25 |
|  | KMC | Review documents received from affiliate marketers pursuant to demand |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:    8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | letter requests; | 0.30 |
|  | ML | Confer with client regarding SkincareOU and Estonian entity; confer with Charlene and Kelly regarding "dead fish" email dealing with these issues and address same with Marc Scheper; confer regarding outstanding contact info for Oleg and Irina. | 0.75 |
|  | LMS | Multiple correspondence with Wells Fargo regarding release of funds to Defendant Latsanovski;  Draft written correspondence regarding same; Confer with James Stafford regarding affiliate network issues; Multiple correspondence with other financial institutions regarding ongoing banking issues **(not billed for 1.6 hrs).** | 2.00 |
|  | BJM | Attention to Court Orders and related filings. | 0.30 |
|  | WLH | Review email from C Koonce requesting research on Safety Net, PC to determine the owner and what service SafetyNet, PC provides; research using the California Secretary of State site, fraudalert.com, Arizona Secretary of State site, SafetyNet, PC website, and Domain By Proxy website; review email from C Koonce requesting information regarding closing statement for 3783 Redwood property and forward to Jin Na; contact Elizabeth Aguilar at LA Citiwide Escrow to request closing statement for 3783 Redwood property; review email from Aguilar with statement attached and forward statement to Jin Na and C Koonce; review email from C Koonce requesting the entire lease agreements for suites 105 and 103; contact Liz Nickels via email to request copies of leases; forward emails (x3) with attached leases to C Koonce. | 2.00 |
|  | PJS | Email exchange with C. Koonce regarding priorities of payment. | 0.60 |
|  | DBD | final revisions to supplemental declaration for S. Bauer.; emails with Mr. Bauer regarding same. | 1.60 |
| 07/27/2015 | JSS | Communications with opposing counsel regarding review of Unopposed Motion and Stipulated Order to Google to receive e-mails (for Doron); e-mail communications with Receiver regarding consent on motion for consent from Defendant's counsel; file consent order and serve same on counsel for Google. | 1.00 |
|  | KMC | Telephone conference with Secured Merchants owner and attorney with Receiver's accountants to review reports regarding merchants and charges; communicate with C. Koonce regarding same. | 1.00 |
|  | LMS | Multiple correspondence with Receiver regarding status of ongoing bank issues; Confer with representative of Priority Payment Systems; Multiple correspondence with bank representative regarding the turnover of funds to the Receiver | 2.30 |
|  | WLH | Review email from C Koonce regarding defendant entity chart reflecting incorporation and dissolution dates by entity-forward chart via email; contact Kusar Court Reporters to request a transcript in e-file format for the purpose of editing excerpts requested by C Koonce; review email from M Little  forwarding a request for Igor Latsanovski's deposition transcript from Reid Tepfer at the FTC; forward copy of Latsanovski transcript to Tepfer via email; review email from C Koonce requesting hard copy of attached photos (x3). | 1.00 |
| 07/28/2015 | JSS | Review and analysis of multiple e-mail correspondences with Receiver |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

07/31/2015

Account No:   8477-102
Invoice No:      846671

|  |  | Hours |
|---|---|---|

|  |  | Hours |
|---|---|---|
|  | regarding response to Defendant Alon Mottea's counsel regarding Stipulation Order to release e-mails and data from Google; inter-office conference with K. Crawford in preparation for and attendance of phone conference with opposing counsel;e-mails with D. Dyer regarding status of same; e-mail communications with Google's counsel in light of same; telephone conference with and e-mails correspondences to L. Sanderson regarding demand letters to retrieve funds from affiliate marketers. | 1.20 |
| KMC | Participate in telephone conference with J. Stafford and R. Unger regarding proposed motion and order relating to access to google information concerning emails; conference with Receiver regarding same; review email with Unger regarding A. Nottea controlling merchant entities; conference with J. Stafford regarding seeking definitions of terms from google; conference with Receiver regarding report to Court; recompile emails with K. Bond to send to FTC. | 1.00 |
| WLH | Conference with C Koonce regarding creating chart reflecting defendant and associated entities that have had to be researched in conjunction with defendants; provide C Koonce with a list of P.O. Box addresses used by the defendants and forward to C Koonce; review and respond to C Koonce email requesting a copy of the $325,000 check from Calenergy payable to Focus Media Solutions Inc.; teleconference with Stephan Bauer regarding what portion of his declaration needs to be returned; email D Dyer to verify whether Bauer needs only send the signature page of the declaration or the entire declaration with exhibits; teleconference with Bauer to advise him to forward the entire declaration with exhibits; review email from C Koonce regarding vacating 6925 Canby Suite 105 and 6850 Canby Suite 103 and personal items Doran and Alon will be allowed to remove from Suite 105; research value of 1992 Ford E350 cargo van per C Koonce request; review and respond to email from C Koonce asking for an estimate of entity checkbooks present in Doron's office. | 2.00 |
| LMS | Confer with Yahoo! representative regarding any funds owed to Focus Media; Multiple correspondence with Wells Fargo regarding the turnover of additional funds to the Receiver;  Multiple correspondence with Receiver regarding the turnover of funds;  Confer with Priority Payment Systems representative; Draft correspondence to additional credit card processors | 5.50 |
| 07/29/2015   JSS | Check status of unopposed motion before court regarding consent request to Google; e-mail correspondence with Google counsel regarding revisions to motion and consent order in light of defendant counsel's requests; phone conference with Google's counsel to create definitions section in Stipulation Order in light of defendant counsel's requests; | 4.20 |
| KMC | Obtain additional email communications with K. Bond and send to FTC; conference with J. Stafford and IT person regarding terms used in proposed order and how to structure email to Unger; review and revise proposed email to Unger. | 0.50 |
| 07/30/2015   JSS | Review and analysis of response e-mail from opposing counsel regaridng reply to his objections to Motion for consent; draft e-mail addressing the |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015

Account No:    8477-102
Invoice No:     846671

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | valid objections and revise Motion in Order in light of same; further revisions and review in light of comments from K. Crawford and Receiver; revise motion to reflect Receivership Defendant counsel's objection; finalize and file the same. | 1.70 |  |
|  | KMC | Review and revise Receiver's Initial Report; conference with C. Koonce regarding same. | 4.50 |  |
|  | KEB | Redact exhibits for Initial Report. | 0.50 |  |
| 07/31/2015 | JSS | Review and revise Motion and Order to release Google e-mail and Google Apps data from Receivership Defendant Alon Nottea's account; inter-office conference with Receiver and K. Crawford regarding same; multiple e-mail correspondence with counsel for Google regarding document production of Receivership Defendant Doron Nottea's Google accounts information. | 2.40 |  |
|  | KMC | Revise motion for order to obtain google information; revise proposed order to obtain google information; conference with J. Stafford regarding same; telephone conference with C. Koonce regarding converting motion to affidavit of noncompliance. | 1.50 |  |
|  | KEB | Continue working on preparing and redacting exhibits for Initial Report. | 0.50 |  |
|  |  | For Current Services Rendered | 1024.60 | 279,715.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 137.80 | $375.00 | $51,675.00 |
| David B. Dyer | 124.30 | 375.00 | 46,612.50 |
| June Pilles | 7.85 | 100.00 | 785.00 |
| Patrick J. Schurr | 8.90 | 340.00 | 3,026.00 |
| Bruce Stockard | 1.50 | 340.00 | 510.00 |
| Mitch Little | 157.05 | 375.00 | 58,893.75 |
| Kristine Bates | 5.00 | 100.00 | 500.00 |
| Audra L. Mayberry | 6.20 | 215.00 | 1,333.00 |
| Jacob W. Sparks | 13.00 | 225.00 | 2,925.00 |
| Will Hester | 177.50 | 140.00 | 24,850.00 |
| Sarah Benes | 16.00 | 235.00 | 3,760.00 |
| Leslie Sanderson | 112.50 | 225.00 | 25,312.50 |
| Brad Whitlock | 2.25 | 375.00 | 843.75 |
| Kathy Stroman | 8.20 | 125.00 | 1,025.00 |
| James Stafford | 124.30 | 180.00 | 22,374.00 |
| Law Clerk 2 | 2.10 | 150.00 | 315.00 |
| Dena Lambert | 5.35 | 100.00 | 535.00 |
| Brandi McKay | 114.80 | 300.00 | 34,440.00 |

Total Current Services and Expenses                                                                279,715.50

Previous Balance                                                                                          $31,570.90

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2015
Account No:     8477-102
Invoice No:      846671

Matter 102 - Representation of the Receiver

Balance Due                                                                        $311,286.40

| | | Past Due Amounts | | | |
|---|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 31,570.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT