

EXHIBIT D

Scheef & Stone, L.L.P.  
500 N. Akard, Suite 2700  
Dallas, Texas  75201  
(214) 706-4200

## INVOICE

------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai            07/31/2015  
                                         Account No:    8477-102  
                                         Invoice No:     846763

Matter 102 - Representation of the Receiver

| Date | Description | Amount |
|---|---|---:|
| 04/30/2015 | Computerized legal research (1013) Thomson Reuters - West | 184.50 |
| 05/07/2015 | Airfare Expense - Southwest Airlines -  WHH CC | 632.00 |
| 05/08/2015 | Photocopies | 0.20 |
| 05/31/2015 | Computerized legal research (1013) Thomson West - May 2015 | 625.76 |
| 06/03/2015 | Airfare Expense - SW Airlines - DBD | 972.01 |
| 06/03/2015 | Airfare Expense - Southwest - CCK & KMC & LMS | 2,916.03 |
| 06/03/2015 | Lodging Expenses - Howard Johnson | 113.30 |
| 06/03/2015 | 6 separate Parking Expense (2076) Willard Harry Hester,Jr. | 78.00 |
| 06/03/2015 | Per Diem GSA rate (2076) Willard Harry Hester,Jr. | 142.00 |
| 06/04/2015 | Airfare Expense - SW Airlines - JML & JS3 | 1,944.02 |
| 06/04/2015 | Travel expenses - ARCO - fuel for rental car | 29.94 |
| 06/05/2015 | Car Rental - Thrifty - LAX | 105.43 |
| 06/05/2015 | Airfare Expense - SW Airlines - WHH | 902.00 |
| 06/11/2015 | Photocopies | 48.00 |
| 06/11/2015 | Photocopies | 48.00 |
| 06/11/2015 | Car Rental - shuttle from airport | 74.00 |
| 06/11/2015 | State Bar of Texas - Certificates of Good Standing (3 @ $25 ea) | 75.00 |
| 06/12/2015 | Photocopies | 48.00 |
| 06/16/2015 | Photocopies | 129.00 |
| 06/16/2015 | Courier service (9) On Time Couriers | 51.97 |
| 06/16/2015 | Southwest Airlines- change in airfare costs (after applying held funds) | 4.00 |
| 06/16/2015 | Photocopies | 146.00 |
| 06/16/2015 | Airfare Expense - JML - KMC CC | 1,045.00 |
| 06/16/2015 | Lodging Expenses (1054) Sanderson, Leslie | 412.35 |
| 06/16/2015 | Parking Expense (1054) Sanderson, Leslie | 90.00 |
| 06/16/2015 | Car Rental (1054) Sanderson, Leslie | 82.63 |
| 06/17/2015 | (9999) Alpha Surety & Insurance Brokerage Trust- Receiver's Bond | 410.00 |
| 06/17/2015 | (248) Filing fee for Receiver's Bond | 46.00 |
| 06/17/2015 | Lodging Expenses - Howard Johnson - WHH | 549.80 |
| 06/17/2015 | FedEx/Kinkos- additional copies of order | 3.92 |
| 06/17/2015 | FedEx/Kinkos- copies of warning sign for entrances to premises | 11.77 |
| 06/17/2015 | Lodging Expenses (1307) James Stafford - Howard Johnsons | 137.45 |
| 06/17/2015 | UBER (1307) JS | 44.52 |
| 06/17/2015 | Lunch (20032) Mitch Little, Charlene Koonce, and Kelly Crawford | 34.00 |

Charlene C. Koonce, Receiver FTC v. Bunzai  07/31/2015
Account No: 8477-102
Invoice No: 846763

Matter 102 - Representation of the Receiver

| Date | Description | Amount |
|---|---|---|
| 06/17/2015 | Parking Expense (20032) Mitch Little | 20.50 |
| 06/17/2015 | Car Rental (20032) Mitch Little | 494.87 |
| 06/17/2015 | Lodging Expenses - Howard Johnson - KMC CC | 549.80 |
| 06/17/2015 | Airfare Expense - JML - KMC CC | 499.00 |
| 06/17/2015 | Airfare Expense - CCK - KMC CC | 490.50 |
| 06/17/2015 | Airfare Expense - WHH - KMC CC | 499.00 |
| 06/17/2015 | Airfare Expense - KMC - KMC CC | 520.99 |
| 06/17/2015 | Airfare Expense - DBD - KMC CC | 21.99 |
| 06/17/2015 | Rental car (1373) David Dyer | 108.24 |
| 06/17/2015 | Lodging Expenses (1373) David Dyer | 274.90 |
| 06/17/2015 | UBER (1372) David Dyer | 10.00 |
| 06/18/2015 | Postage | 76.80 |
| 06/18/2015 | Business meals - Chili's - (KMC CC) Kelly Crawford, Mitch LIttle, Will Hester, Charlene Koonce, and Leslie Sanderson | 90.96 |
| 06/18/2015 | Breakfast - Denny's - (KMC CC) Kelly Crawford, Mitch Little, Charlene Koonce, Will Hester, and Leslie Sanderson | 78.10 |
| 06/18/2015 | Business meals (1373) David Dyer and James Stafford | 26.31 |
| 06/19/2015 | 19  FedEx's (1) for mailing of 754 notices | 633.29 |
| 06/19/2015 | Dinner (248) Charlene C. Koonce, David Dyer and Will Hester | 79.42 |
| 06/19/2015 | Lunch (248) Charlene C. Koonce, David Dyer, and accounting firm | 89.00 |
| 06/19/2015 | UBER | 31.78 |
| 06/19/2015 | UBER | 36.18 |
| 06/19/2015 | Airfare Expense - Southwest Airlines - KMC - KMC CC | 988.00 |
| 06/19/2015 | Airfare Expense - Southwest Airlines - CCK - KMC CC | 988.00 |
| 06/19/2015 | Travel expenses  - CCK - fuel for rent car | 20.76 |
| 06/19/2015 | Parking Expense (1373) David Dyer | 12.00 |
| 06/19/2015 | Travel expenses (1373) David Dyer- fuel for rent car | 20.76 |
| 06/19/2015 | Lodging Expenses (1373) David Dyer | 137.45 |
| 06/20/2015 | Lodging Expenses (248) Charlene C. Koonce | 549.80 |
| 06/20/2015 | LYFT (248) Charlene C. Koonce | 5.64 |
| 06/20/2015 | Dinner - Rosti Tuscan Kitchen- Will Hester, David Dyer and Charlene Koonce | 58.83 |
| 06/20/2015 | Travel expenses - ARCO - fuel for rent car | 50.00 |
| 06/20/2015 | Business meals (1373) David Dyer and Will Hester | 31.39 |
| 06/22/2015 | Photocopies | 2.80 |
| 06/22/2015 | DropBox Inc. fee | 9.99 |
| 06/22/2015 | Airfare Expense - Southwest - JML - KMC CC | 998.00 |
| 06/22/2015 | Airfare Expense - Southwest - CCK - KMC CC | 11.00 |
| 06/22/2015 | Airfare Expense - Southwest - KMC - KMC CC | 11.00 |
| 06/22/2015 | Airfare Expense - VIRGIN Airlines - CCK - KMC CC | 30.00 |
| 06/22/2015 | Airfare Expense - VIRGIN Airlines - KMC - KMC CC | 30.00 |
| 06/22/2015 | Airfare Expense - VIRGIN Airlines - KMC - KMC CC | 724.20 |
| 06/22/2015 | Airfare Expense - VIRGIN Airlines - CCK - KMC CC | 724.20 |
| 06/22/2015 | Mutliple attorneys-Car Rental (20032) Mitch Little | 831.32 |
| 06/23/2015 | Filing fee (2874)-  US District Clerk 28 U.S. Code § 754 (85 filings @ $46/ea) | 3,910.00 |
| 06/23/2015 | Postage | 0.48 |
| 06/23/2015 | Photocopies | 55.80 |
| 06/23/2015 | Photocopies | 2.80 |
| 06/23/2015 | Photocopies | 219.80 |
| 06/23/2015 | FedEx (1) for filing 754 notice | 54.88 |
| 06/23/2015 | 5 FedEx's (1) for filing 754 notices | 341.11 |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

|  |  |  |
|---|---|---|
|  |  | 07/31/2015 |
|  | Account No: | 8477-102 |
|  | Invoice No: | 846763 |

| Date | Description | Amount |
|---|---|---|
| 06/23/2015 | FedEx's (1) for filing 754 notices | 4,347.88 |
| 06/23/2015 | Airfare Expense - Southwest - DBD - KMC CC | 1,031.99 |
| 06/23/2015 | Airfare Expense - Virgin Airlines - CCK - KMC CC | 292.00 |
| 06/23/2015 | Airfare Expense - Virgin Airlines - KMC - KMC CC | 292.00 |
| 06/24/2015 | Filing fee (2874) US District Clerk - 28 U.S. Code § 754 | 46.00 |
| 06/24/2015 | Filing fee (2874) US District Clerk - 28 U.S. Code § 754 | 46.00 |
| 06/24/2015 | Photocopies | 0.20 |
| 06/24/2015 | Photocopies | 0.40 |
| 06/24/2015 | Photocopies | 21.00 |
| 06/24/2015 | Filing fee - 754 notice - USDC-AZ - KMC CC | 46.00 |
| 06/24/2015 | Filing fee - 754 notice - USDC-PA - KMC CC | 46.00 |
| 06/24/2015 | Filing fee - 754 notice - USDC-TX - KMC CC | 46.00 |
| 06/25/2015 | Photocopies | 2.20 |
| 06/25/2015 | Photocopies | 37.40 |
| 06/26/2015 | RICOH USA (2156)- prepare copies of order & complaint for attaching to the 754 filings to be sent | 678.08 |
| 06/26/2015 | Photocopies | 42.40 |
| 06/26/2015 | Airfare Expense - Southwest CCK - KMC CC | 988.00 |
| 06/29/2015 | Postage | 6.95 |
| 06/30/2015 | Gentaderma - trial cosmetic - shipping & handling - KMC CC | 5.95 |
| 06/30/2015 | California Secretary of State (636)- research of numerous corporations for directors and officers | 547.00 |
| 06/30/2015 | Photocopies | 67.60 |
| 06/30/2015 | Computerized legal research (1013) Thomson Reuters - West | 135.00 |
| 06/30/2015 | Computerized legal research (1013) Thomson Reuters - West | 1,569.73 |
| 06/30/2015 | Postage | 2.08 |
| 06/30/2015 | Airfare Expense - Southwest - CCK - KMC CC | 988.00 |
| 06/30/2015 | Airfare Expense - Southwest - JML - KMC CC | 988.00 |
| 06/30/2015 | Photocopies | 179.60 |
| 06/30/2015 | Computerized legal research (1013) Thomson Reuters - West | 131.59 |
| 07/01/2015 | Photocopies | 90.40 |
| 07/01/2015 | FedEx (1) delivery | 19.53 |
| 07/01/2015 | LOFFREDO & ASSOCIATES (2353)- Investigative services for locating individuals and businesses (to locate and serve deposition notices on Yosafian and others) | 2,238.20 |
| 07/01/2015 | 4 FedEx's (1) for filing of 754 notices | 160.27 |
| 07/01/2015 | Lodging Expenses (20032) for Mitch Little for deposition of Igor Latsanovski | 340.88 |
| 07/01/2015 | A1 Courier (KMC CC)- courtesy copies delivered to Judge's chamber box | 50.70 |
| 07/02/2015 | Filing fee - L A SUPERIOR COURT - WHH CC | 1.00 |
| 07/02/2015 | Photocopies | 22.00 |
| 07/02/2015 | Lodging Expenses (248) for Charlene C. Koonce for deposition of Igor Latsanovski | 282.94 |
| 07/02/2015 | WiFi/Internet Access fees (248) Charlene C. Koonce | 8.00 |
| 07/02/2015 | LYFT (248) Charlene C. Koonce | 16.37 |
| 07/02/2015 | Document Services - Bizzy Box - forward mail from PO Boxes - WHH CC | 15.85 |
| 07/02/2015 | Document Services - UPS store - WHH CC | 298.43 |
| 07/03/2015 | Car rental in LA (248) Charlene C. Koonce | 69.59 |
| 07/06/2015 | ProCourier (KMC CC)- courtesy copies delivered to Judge's chamber box | 101.32 |
| 07/07/2015 | Photocopies | 3.60 |
| 07/07/2015 | Photocopies | 2.00 |

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

07/31/2015
Account No:   8477-102
Invoice No:    846763

| Date | Description | Amount |
|---|---|---:|
| 07/07/2015 | Postage | 1.96 |
| 07/08/2015 | Storage - Dropbox - electronic file storage - KMC CC | 9.99 |
| 07/08/2015 | Filing fee for Lis Pendens (9999) County Clerk  Registrar-Recorder | 66.00 |
| 07/08/2015 | (670) Special Delivery Service- delivery of CD with documents to FTC ($56.27) | 56.27 |
| 07/08/2015 | Photocopies | 0.60 |
| 07/08/2015 | Postage | 1.64 |
| 07/08/2015 | Postage | 0.48 |
| 07/08/2015 | Photocopies | 2.40 |
| 07/08/2015 | Airfare Expense - Southwest Airlines - CCK - KMC CC | 988.00 |
| 07/09/2015 | Overnight Delivery (1) Federal Express | 56.16 |
| 07/09/2015 | Postage | 12.00 |
| 07/09/2015 | Photocopies | 3.80 |
| 07/10/2015 | Photocopies | 6.20 |
| 07/13/2015 | Postage | 0.97 |
| 07/13/2015 | ProCourier (KMC CC)-  courtesy copies delivered to Judge's chamber box | 39.16 |
| 07/14/2015 | Filing fee - LA Superior Court (3 @ $1 ea) | 3.00 |
| 07/14/2015 | Photocopies | 4.60 |
| 07/15/2015 | Latsanovski Deposition fees for transcript and video | 3,503.46 |
| 07/15/2015 | Photocopies | 25.40 |
| 07/16/2015 | Procourier (KMC CC)-  courtesy copies delivered to Judge's chamber box | 22.91 |
| 07/17/2015 | 13 Overnight Deliveries (1) Federal Express | 318.36 |
| 07/17/2015 | Courier service (9) On Time Couriers | 29.15 |
| 07/17/2015 | Postage | 0.48 |
| 07/20/2015 | Filing fee for Lis Pendens (9999) County Clerk  Registrar-Recorder | 66.00 |
| 07/20/2015 | Postage | 1.62 |
| 07/20/2015 | Photocopies | 2.60 |
| 07/20/2015 | Airfare Expense - CCK Prelim hearing - KMC CC | 988.00 |
| 07/21/2015 | Filing fee (479) Clerk, U.S. District Court - 28 U.S. Code § 754 | 46.00 |
| 07/22/2015 | Storage - DropBox - electronic files - WHH CC | 9.99 |
| 07/23/2015 | Photocopies | 22.60 |
| 07/23/2015 | Photocopies | 5.20 |
| 07/23/2015 | Postage | 0.97 |
| 07/24/2015 | Photocopies | 52.40 |
| 07/24/2015 | Photocopies | 5.60 |
| 07/24/2015 | Photocopies | 5.20 |
| 07/27/2015 | Postage | 0.97 |
| 07/27/2015 | Photocopies | 2.00 |
| 07/30/2015 | Photocopies | 3.00 |
| | Total Expenses | 50,259.51 |
| 06/13/2015 | Credit for refunded travel expenses | -12,519.43 |
| 07/24/2015 | Credit for Photocopies | -1,284.40 |
| 07/24/2015 | Credit for Computerized legal research (1013) Thomson Reuters - West | -2,646.58 |
| 07/31/2015 | Credit for Outside professional services - Loffredo & Associates | -2,238.20 |
| 07/31/2015 | Credit for Business meals | -488.01 |
| | Total Credits for Expenses | -19,176.62 |
| | Total Current Services and Expenses | 31,082.89 |

Charlene C. Koonce, Receiver FTC v. Bunzai  
                                                                                              07/31/2015  
                                                                     Account No:    8477-102  
                                                                      Invoice No:      846763  
Matter 102 - Representation of the Receiver

            Balance Due                                                                                                                $31,082.89

TERMS: DUE AND PAYABLE UPON RECEIPT

Charlene C. Koonce, Receiver FTC v. Bunzai

    07/31/2015
Account No:    8477-102
Invoice No:     846763

Matter 102 - Representation of the Receiver

Balance Due     $31,082.89

Case 2:15-cv-04527-GW-PLA   Document 161-4   Filed 08/14/15   Page 5 of 5   Page ID #:3479

TERMS: DUE AND PAYABLE UPON RECEIPT