

*receivership*
*bill to #1*
*or 8477.102*

# STATE BAR OF TEXAS



## CERTIFICATE OF GOOD STANDING

Date: 5·27·15

I, Charlene C. Koonce , Bar Card No. 11672850 ,

request a letter of good standing be mailed to me at the following

address 500 N. Akard, Suite 2700, Dallas, TX 75201 .

Please accept my payment of $25.00 by:

_____ Check

_____ Money order

_____ Cash

___X___ Credit Card (complete the information below)

I hereby authorize the Membership Department, State Bar of Texas to

debit my Visa, MasterCard or American Express account number

4339932022402125 , expiration date 8/16 , in the

amount of $25.00.

I hereby authorize the Membership Department, State Bar of Texas to debit

my Federal Express account number_____ for priority

mailing.

Signature: _Charlene Koonce_____

*Please allow 5 working days for processing your request. For questions, you may contact us at the number below.*

**Membership Department, P.O. Box 12487, Austin, Texas 78711, 512-427-1383
or 1-800-204-2222, ext. 1383, fax 512-427-4424, memmail@texasbar.com**

# STATE BAR OF TEXAS



## CERTIFICATE OF GOOD STANDING

Date: _5.27.15_

I, _Kelly M. Crawford_____, Bar Card No. __05030700_____,
request a letter of good standing be mailed to me at the following
address_500 N. Akard, Suite 2700, Dallas, TX 75201_____.

Please accept my payment of $25.00 by:

_____ Check

_____ Money order

_____ Cash

___X__ Credit Card (complete the information below)

I hereby authorize the Membership Department, State Bar of Texas to
debit my Visa, MasterCard or American Express account number
_4339932022402125_____, expiration date ___8/16_____, in the
amount of $25.00.

I hereby authorize the Membership Department, State Bar of Texas to debit
my Federal Express account number_____ for priority
mailing.

Signature: _____

*Please allow 5 working days for processing your request.  For questions, you may*
*contact us at the number below.*

**Membership Department, P.O. Box 12487, Austin, Texas 78711, 512-427-1383**
**or 1-800-204-2222, ext. 1383, fax 512-427-4424, memmail@texasbar.com**

# STATE BAR OF TEXAS



## CERTIFICATE OF GOOD STANDING

Date: 5·27·15

I, David B. Dyer                    , Bar Card No. 06313500            ,

request a letter of good standing be mailed to me at the following

address 500 N. Akard, Suite 2700, Dallas, TX 75201                   .

Please accept my payment of $25.00 by:

_____ Check

_____ Money order

_____ Cash

___X___ Credit Card (complete the information below)

I hereby authorize the Membership Department, State Bar of Texas to

debit my Visa, MasterCard or American Express account number

 4339932022402125            , expiration date    8/16        , in the

amount of $25.00.

I hereby authorize the Membership Department, State Bar of Texas to debit

my Federal Express account number_____ for priority

mailing.

Signature:_____

*Please allow 5 working days for processing your request.  For questions, you may contact us at the number below.*

*CLIENT 8477.102*

**Will Hester**

From: Southwest Airlines <SouthwestAirlines@luv.southwest.com>
Sent: Friday, May 15, 2015 2:12 PM
To: Will Hester
Subject: UPDATED flight (828DI9), car reservation | 03JUN15 | DAL-LAX | Hester/Willard Harry Jr

*$632.00*

*($114.00 travel funds)*

**Southwest** ✈

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest[®] for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 05/20/15 - 8477 102

⭐ **AIR Itinerary**

### AIR Confirmation: 828DI9

Confirmation Date: 05/15/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| HESTER/WILLARD HARRY JR | 465335625 | 5262108887612 | May 6, 2016 | 6098 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jun 3 | 4370 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **06:00 AM** <br> Arrive in **LOS ANGELES, CA** (LAX) at **07:20 AM** <br> Travel Time 3 hrs 20 mins <br> <u>Wanna Get Away</u> |
| Thu Jun 4 | 2069 | Depart **LOS ANGELES, CA** (LAX) on Southwest Airlines at **4:55 PM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **9:50 PM** <br> <br> <u>Business Select</u> |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. <u>Learn more.</u>

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the


Alamo


EARLYBIRD
**CHECK-IN**[®]
Let us take care of Check-in for you
ONLY
$12.50
ONE-WAY
Get it Now


NEED A HOTEL?
Best Rate Guarantee
Flexibility to Pay Later
Earn up to
**750 Rapid Rewards Points**
Book a Hotel

gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 632.00




Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free Weight and size limits apply

Fare Rule(s): 5262108887612. NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.



 Learn About Our Boarding Process →    Get EarlyBird Check-In® Details →



## CAR Confirmation: 594475165COUNT

Driver Name: Willard Hester

Pick-Up Location
Enterprise
Los Angeles, CA - LAX

Drop Off Location
Enterprise
Los Angeles, CA - LAX

Pick-Up Date
Wed May 20 , 2015

Drop Off Date
Thu May 21 , 2015

Vehicle Description: Full-size  FORD FUSION OR SIMILAR

Details: The minimum rental age is 21 years old on most rentals.
All drivers must have a major credit card and valid driver's license in the driver's name.

## Cost and Payment Summary

828DI9

| | | |
|---|---|---|
| Base Fare | $ 561.69 | **Payment Information** |
| Excise Taxes | $ 42.11 | Payment Type: Ticket Exchange |
| Segment Fee | $ 8.00 | Date: May 15, 2015 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $632.00 |
| September 11th Security Fee | $ 11.20 | |
| Total Air Cost | $ 632.00 | Tkts funds remaining in conf#828DI9 for future travel $114.00 |

CLIENT # 8477.102

**Exchange Detail**
May 7, 2015 From ticket # 5262106558666 to

2

HOWARD JOHNSON INN S
7432 ⌐EDA BLVD
RES⌐ CA 935⌐

06/03/2015                    14:57:44

**HOWARD JOHNSON INN & SUITES**

7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 6/4/2015 7:24:24 AM

CREDIT CARD
VISA SALE

| | |
|---|---|
| ⌐ARD # | XXXXXX⌐XXXX9458 |
| INVOICE | 170004 |
| SEQ #: | 0005 |
| Check-In: | 14:57 06/03 15 |
| ⌐ck Out | ⌐ 06/03 1⌐ |
| ⌐ # | 102 |
| ⌐⌐ #⌐ | 000017 |
| Approval C⌐ | 02274G |
| Entry M⌐ | Swiped |
| Mode. | Online |

SA⌐ ⌐ ⌐          $113.30

| | | |
|---|---|---|
| Confirmation Number: | | 81340032 |
| Account Number: | | 249-590980 |
| WyndhamRewards #: | | 148545852G |

| | | | | | |
|---|---|---|---|---|---|
| Room Type: | NK1, 1 KING NSMK | Nights: | 1 | | Guests: 1/0 |
| Daily Rate: | $98.10 + $15.20 Tax | GTD: | VI - VISA | | |
| Departure: | 6/4/2015 (Thu) | | XXXX XXXX XXXX 9458 | | |

⌐ ⌐TOMER COPY          )          $98.10 + $15.20 Tax per night.

| Description | Amount | Balance |
|---|---|---|
| VISA | ($113.30) | ($113.30) |
| XXXX XXXX XXXX 9458 | | |
| ROOM CHARGE | $98.10 | ($15.20) |
| 6/3/2015   TAX1   STATE TAX | $13.73 | ($1.47) |
| 6/3/2015   TAX 2   TOURISM TAX | $1.47 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $98.10 | $15.20 | $0.00 | $0.00 | ($113.30) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

THANK YOU FOR STAYING AT THE HOWARD JOHNSON INN & SUITES - RESEDA, CA! Please find your folio for your Stay.

8477.102

```
       ARCO GASOLINE
         ARCO 41002
      9200 AVIATION BLVD
        LOS ANGELES CA
     ARCO04100200
```

6|5|15

```
     DATE 06/04/15  11:38
   PUMP # 02
   SERVICE LEVEL: SELF
   PRODUCT: EC UNLD
   GALLONS:        7.678
   PRICE/G:     $  3.899
   FUEL  SALE   $ 29.94

   VISA
   xxxx    xX9458
   xxxx #: 01252G
   Resp Code: 000
   Stan: 0038103470
   Reference:48254

   SITE ID: ARCO04100200


      THANK YOU
      THANK YOU
   FOR CHOOSING ARCO
      COMMENTS?
   CALL 1800-322-2726
```

```
THRIFTY CAR RENTAL
   LOS ANGELES INTL APO
RENTAL RECORD:        PU8493881
HESTER,WILLARD
COMPLETED BY:          LHER3T
RENTED:  LOS ANGELES INTL APO
RENTAL:        06-03-15  0806
RETURN:        06-04-15  1150
VEH NUMBER:          J407610
MILES IN: 4947      OUT:4791
MILES DRIVEN:            156
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:            RXHD1
CLS:                    FDAR
   1 DAY @   $44.16    $44.16
   4 HOURS @  $7.51    $30.04
                       $74.20
SUBTOT                 $74.20
TAXABLE TOT:           $74.20
TIME
CFC                    $10.00
FF800
   2 DAYS @   $1.50     $3.00
TOURSM SRG              $1.93
APCONRGFEE             $8.58
STATE TAX              $7.72
TOTAL CHARGE         $105.43
NET DUE                $0.00
PAYMENTS            -$105.43
PAID BY:  VI
CREDIT CARD#:^^^^^^^^^^^9458
FT # WN 00000465335625
```

Tell us about your experience and
save 10% on a future rental

1) Visit www.thriftyrentalsurvey.com
2) Enter Access Code:LAX
3) Complete a brief survey about your rental
   experience

*BW7.102*
*Cancelled*
*raid travel*

**Kristine Bates**

| | |
|---|---|
| **From:** | Prime Time Shuttle <customerservice@primetimeshuttle.com> |
| **Sent:** | Thursday, June 11, 2015 12:56 PM |
| **To:** | Kristine Bates |
| **Subject:** | Reservation number(s): SL7354731 |



# SO MUCH BETTER THAN DRIVING...

RESERVATION CANCELLATION     **PRIME TIME** SHUTTLE

Thank you for choosing Prime Time Shuttle.

Reservation number **SL7354731** has been canceled at your request and has been issued cancellation number **273321** for your records.

Below are the details for your canceled reservation; if you notice any errors please contact Prime Time Shuttle immediately either by phone at 1 (310) 536-7922 or 1 (800) RED VANS or by e-mail at CustomerService@PrimeTimeShuttle.com and we will help you make any adjustments necessary.

Please print this document for your records.

| **Name:** James Stafford | Itinerary |
|---|---|
| Reservation Number: | **SL7354731** |
| Pickup Location: | **Reseda** |
| Pickup Address: | **7432 Reseda Blvd** |
| Drop-off Location: | **LAX** |
| Drop-off Address: | |
| Pickup Date: | **Thursday, June 18, 2015** |
| Pickup Time: | **06:00 AM** |
| Number of Passengers: | **2** |
| Service: | **Sedan2LAX** |

1

| Payment Type: | Credit card |
|---|---|
| Original Amount Charged: | 74.00 |
| Cancellation Fee: | 4.00 |
| **Amount Credited Back:** | 70 |
| | |

**Call Us With Any Corrections**
If you feel there are any errors in the above canceled reservation, please contact customer service immediately at: **1 (310) 536-7922** or **1 (800) RED VANS**.

**Cancellation Policy:**
At Prime Time Shuttle we understand that travel plans can change quickly. With this in mind, we are happy to issue a refund for any reservation cancelled more than six (6) hours prior to your confirmed pick up time, subject to a $4.00 cancellation service charge. The cancellation service charge is applied automatically and is non-refundable under any circumstances.

Refunds will **not** be issued for any reservation cancelled **less than six (6) hours** before your confirmed pick up time without exception. In addition, any passenger who elects not to travel at the time a shuttle arrives, or does not appear (a no show) for a confirmed pick up is not eligible for a refund.

Have a great trip, and thanks again for using Prime Time Shuttle.



PRIME TIME SHUTTLE
P.O. Box 452600
Los Angeles, CA 90045

1-800-RED-VANS

*PSU written*
*8477.102 - void*

## Kristine Bates

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Wednesday, June 03, 2015 11:49 AM |
| **To:** | Kristine Bates |
| **Subject:** | Flight reservation (HVBIOY) | 16JUN15 | DAL-LAX | Dyer/David B |

You're all set for your trip!

 Southwest

My Account | View My Itinerary Online



| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**AIR Itinerary**

### AIR Confirmation: HVBIOY          Confirmation Date: 06/3/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| DYER/DAVID B | 19231030 | 5262114283188 | Jun 2, 2016 | 8779 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jun 16 | 3686 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **2:45 PM** Arrive in **LOS ANGELES, CA** (LAX) at **3:55 PM** Travel Time 3 hrs 10 mins Anytime |
| Thu Jun 18 | 1126 | Depart **LOS ANGELES, CA** (LAX) on Southwest Airlines at **08:35 AM** Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **1:40 PM** Travel Time 3 hrs 5 mins Anytime |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to


Save up to 35% plus earn up to 2,400 Rapid Rewards® points. BOOK NOW ▶ AVIS


EARLYBIRD CHECK-IN® Let us take care of Check-in for you ONLY $12.50 ONE-WAY Get It Now ▶


NEED A HOTEL? Best Rate Guarantee Flexibility to Pay Later Earn up to 750 Rapid Rewards Points Book a Hotel


NEED A CAR? Guaranteed Low Rates 14 Car Companies Earn Rapid Rewards Points Book a Car

change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 972.01



Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262114283188: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN LAX434.33YL WN DAL443.63YLNEV 877.96 END ZPDALLAX
XT11.20AY9.00XFDAL4.5LAX4.5

 Learn About Our Boarding Process ⋄

 Get EarlyBird Check-In® Details ⋄

## Cost and Payment Summary

AIR - HVBIOY

| | | Payment Information |
|---|---|---|
| Base Fare | $877.96 | **Payment Information** |
| Excise Taxes | $ 65.85 | Payment Type: Visa |
| Segment Fee | $ 8.00 | XXXXXXXXXXXX2125 |
| Passenger Facility Charge | $ 9.00 | Date: Jun 3, 2015 |
| September 11th Security Fee | $ 11.20 | Payment Amount: $972.01 |
| **Total Air Cost** | **$972.01** | |



**Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ⋄

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ⋄

*JOHN) MCCLAND TO LAX  8477.10z*

*Paid*

**Kristine Bates**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, June 04, 2015 3:14 PM |
| **To:** | Kristine Bates |
| **Subject:** | Flight reservation (8NXYTH) \| 16JUN15 \| DAL-LAX \| Stafford/James, Little/Jason |

You're all set for your trip!

 **Southwest**

My Account | View My Itinerary Online



| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### AIR Itinerary

**AIR Confirmation: 8NXYTH**    Confirmation Date: 06/4/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| STAFFORD/JAMES | 129513333 | 5262114560309 | Jun 3, 2016 | 8779 |
| LITTLE/JASON | 132052771 | 5262114560310 | Jun 3, 2016 | 8779 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jun 16 | 3686 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **2:45 PM** <br> Arrive in **LOS ANGELES, CA** (LAX) at **3:55 PM** <br> Travel Time 3 hrs 10 mins <br> Anytime |
| Thu Jun 18 | 1126 | Depart **LOS ANGELES, CA** (LAX) on Southwest Airlines at **08:35 AM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **1:40 PM** <br> Travel Time 3 hrs 5 mins <br> Anytime |

#### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.


Alamo


**EARLYBIRD CHECK-IN®**
Let us take care of Check-In for you
ONLY $12.50 ONE-WAY
Get it Now


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car

- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. <u>Learn more.</u>

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 1,944.02

Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262114560309: NONTRANSFERABLE.
5262114560310: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN LAX434.33YL WN DAL443.63YLNEV 877.96 END ZPDALLAX
XT11.20AY9.00XFDAL4.5LAX4.5

 Learn About Our
Boarding Process ⇨

 Get EarlyBird
Check-In® Details ⇨

## Cost and Payment Summary

AIR - 8NXYTH

| Base Fare | $1,755.92 | **Payment Information** |
| Excise Taxes | $ 131.70 | Payment Type: Visa |
| Segment Fee | $ 16.00 | XXXXXXXXXXXX2125 |
| Passenger Facility Charge | $ 18.00 | Date: Jun 4, 2015 |
| | | Payment Amount: $972.01 |
| September 11th Security Fee | $ 22.40 | |
| **Total Air Cost** | **$1,944.02** | Payment Type: Visa |
| | | XXXXXXXXXXXX2125 |
| | | Date: Jun 4, 2015 |
| | | Payment Amount: $972.01 |



# On Time
### Couriers & Process

Remit Payment :
1700 PACIFIC AVE #1040
DALLAS, TX 75201
214-740-9999
WWW.ONTIMECOURIERS.COM

# INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 254823 | 1 of 2 |
| CLIENT NUMBER | TERMS |
| 931 | NET 30 |
| INVOICE DATE | |
| 6/21/2015 | |
| INVOICE TOTAL | |

Invoice Submitted To:
**SCHEEF & STONE, LLP**
500 N AKARD ST #2700

DALLAS, TX 75201
Attn: KIM CARDINALE

**PAID**

JUL 7 2015

Check No. *20455*

*NATIONWIDE PROCESS SERVICE AVAILABLE*

---

| | | | | | 6947.101 **Reference Sub-Total:** | **$15.95** |

**8477.102**

| 6/16/2015 1451663W | 0 IMMEDIATE | SCHEEF & STONE, LLP | CHARLENE KOONCE |
| DENA LAMBERT 4:59 PM | | 500 N AKARD ST | 5623 MATALEE AVE |
| **8477.102** | | DALLAS TX 75201 | DALLAS TX 75206 |
| | | DENA LAMBERT 214-706-4200 | |

| 1 | | 10 | 5.09 | 0 | | | | CHARLENE | |
| $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | 06/16/15 5:25 PM | **$51.97** |

| | | | | 8477.102 **Reference Sub-Total:** | **$51.97** |

**938.207**

| | | Invoice Total: | $93.77 |
| | | **Total Client Account Due:** | **$346.77** |

Please Return Lower Portion with Payment

| INVOICE # | 254823 |
|---|---|
| Client # | 931 |
| INVOICE DATE | 6/21/2015 |
| PAGE | 1 of 2 |

## ORIGINAL INVOICE

| | INVOICE AMOUNT | |
|---|---|---|
| Account Summary | | $0.00 | $0.00 | $0.00 | TOTAL DUE |
| | Current | 30 | 60 | 90 (+) | |



SCHEEF AND STONE LLP
4339 9300 0858 **8362**
May 25, 2015 - June 24, 2015
Page 7 of 12

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| 06/08 | 06/05 | SOUTHWES   5262115232689800-435-9792 TX<br>HESTER/WILLARD HARRY<br>5262115232689<br>Departure Date: 06/16/15  Airport Code: DAL<br>WN  K  LAX<br>Departure Date: 06/16/15  Airport Code: LAX<br>WN  K  DAL | 2469216515700080795 1749 | 902.00 |

 **Bank of America**

SCHEEF AND STONE LLP
4339 9300 0858 8362
May 25, 2015 - June 24, 2015
Page 6 of 12

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 06/18 | 06/16 | SOUTHWES   5262118576000800-435-9792 TX LITTLE/JASON MITCHEL 5262118576000 Departure Date: 06/16/15  Airport Code: DAL WN  W  LAX | 24692165168000907813150 | 1,045.00 |
| 06/18 | 06/17 | SOUTHWES   5262118807633800-435-9792 TX LITTLE/JASON MITCHEL 5262118807633 Departure Date: 06/19/15  Airport Code: LAX WN  Y  DAL | 24692165168000908742663 | 499.00 |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 06/19 | 06/17 | SOUTHWES   5262118823541800-435-9792 TX KOONCE/CHARLENE CANT 5262118823541 Departure Date: 06/20/15  Airport Code: LAX WN  Y  DAL | 24692165169000389006710 | 490.50 |
| 06/19 | 06/17 | SOUTHWES   5262118854033800-435-9792 TX DYER/DAVID B 5262118854033 Departure Date: 06/17/15  Airport Code: DAL WN  Y  LAX Departure Date: 06/17/15  Airport Code: LAX WN  K  DAL | 24692165169000389006728 | 21.99 |
| 06/19 | 06/17 | SOUTHWES   5262118824589800-435-9792 TX HESTER/WILLARD H 5262118824589 Departure Date: 06/20/15  Airport Code: LAX WN  Y  DAL | 24692165169000389006736 | 499.00 |
| | | WN  K  DAL | | |
| 06/22 | 06/18 | CHILI'S NORTHRIDGE      NORTHRIDGE  CA | 24231685170200188402175 | 90.96 |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 06/22 | 06/19 | SOUTHWES   5262119628715800-435-9792 TX CRAWFORD/KELLY MITCH 5262119628715 Departure Date: 06/23/15  Airport Code: DAL WN  Y  LAX Departure Date: 06/23/15  Airport Code: LAX WN  Y  DAL | 24692165171000369774929 | 988.00 |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| 06/22 | 06/19 | ARCO #41002      LOS ANGELES  CA | 24299105171001996990857 | 20.76 |
| ▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |

18391750 - 015292 - 0003 - 0006 - 2



**HOWARD JOHNSON INN & SUITES**

7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 6/19/2015 8:16:05 AM

# Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | CRAWFOD, KELLY | | Confirmation Number: | | 95444002 |
| | | | Account Number: | | 815-011478 |
| | | | WyndhamRewards #: | | 149020350G |
| Address: | 500 N. AKARD | | | | |
| | DALLAS, TX  75201 US | | | | |
| Room: | 122 | Room Type: | NK1, 1 KING NSMK | Nights: | 3 | Guests: 2/0 |
| Rate Plan: | S3A | Daily Rate: | $119.00 + $18.45 Tax | GTD: | VI - VISA |
| Arrival: | 6/16/2015 (Tue) | Departure: | 6/19/2015 (Fri) | | XXXX XXXX XXXX 9659 |

Room Rate:

6/16/2015 (Tue) - 6/18/2015 (Thu)          $119.00 + $18.45 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/16/2015 | VI | VISA | ($412.35) | ($412.35) |
| | | XXXX XXXX XXXX 9659 | | |
| 6/16/2015 | RM | ROOM CHARGE | $119.00 | ($293.35) |
| 6/16/2015 | TAX1 | STATE TAX | $16.66 | ($276.69) |
| 6/16/2015 | TAX 2 | TOURISM TAX | $1.79 | ($274.90) |
| 6/17/2015 | RM | ROOM CHARGE | $119.00 | ($155.90) |
| 6/17/2015 | TAX1 | STATE TAX | $16.66 | ($139.24) |
| 6/17/2015 | TAX 2 | TOURISM TAX | $1.79 | ($137.45) |
| 6/18/2015 | RM | ROOM CHARGE | $119.00 | ($18.45) |
| 6/18/2015 | TAX1 | STATE TAX | $16.66 | ($1.79) |
| 6/18/2015 | TAX 2 | TOURISM TAX | $1.79 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $357.00 | $55.35 | $0.00 | $0.00 | ($412.35) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

THANK YOU FOR STAYING AT THE HOWARD JOHNSON INN & SUITES - RESEDA, CA! Please find your folio for your Stay.

```
INDEPENDEN    : 1
*  800-821-8294*
*  FOR ONLINE *
         : :ONR

PRO...
CAT...
CHG#:        :187
FARE#:       :
DATE: :...
ST.TIME:   :..
End :...  :..
TK.TIME    :..
TAX : 24.9.
FEE : :

    : $ 71.65
    : $ 9.38
     :. :..78
    : 32.63
...  ****9659
TRAC   366810

*  BOOK ONLINE *
*           :ONR
```

Thank you for choosing Sewell Valet
Parking at Dallas Love Field
Please call (825) 4.. 772. if you have
any question or comments.

```
Transaction    360840    647
Trans.Date:  Mon 7/26/14
       Lot:  Valet
Make/Model:  BMW/5 series
 Card type:  Master..
  Location:  Dallas Location
  Arv.Date:  Sat 06/.. 9th  13.00
  Dep.Date:  Tue 07/28/14 21:70
   Cashier:  Received
 Total charge:       ...   Make/Ch..h
                           Rate: New
```

```
Customer:   ITZEK SANDERSON
Card Type:  AMEX/VISA
Approval:   074465
Exp.Date:   **/**
```

Signature                    90.00



**HOWARD JOHNSON INN & SUITES**

7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 6/20/2015 8:36:15 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | CRAWFORD, KELLY | | Confirmation Number: | | 95447306 |
| | | | Account Number: | | 049-814861 |
| | | | WyndhamRewards #: | | 149020350G |
| Address: | 500 N. AKARD | | | | |
| | DALLAS, TX  75201 US | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Room: | 248 | Room Type: | SNK1, SUITE / 1KING / NS | Nights: | 4 | | Guests: 2/0 |
| Rate Plan: | S3A | Daily Rate: | $119.00 + $18.45 Tax | GTD: | VI - VISA | | |
| Arrival: | 6/16/2015 (Tue) | Departure: | 6/20/2015 (Sat) | | XXXX XXXX XXXX 6480 | | |

Room Rate:

6/16/2015 (Tue) - 6/19/2015 (Fri)   $119.00 + $18.45 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/16/2015 | VI | VISA | ($549.80) | ($549.80) |
| | | XXXX XXXX XXXX 6480 | | |
| 6/16/2015 | RM | ROOM CHARGE | $119.00 | ($430.80) |
| 6/16/2015 | TAX1 | STATE TAX | $16.66 | ($414.14) |
| 6/16/2015 | TAX 2 | TOURISM TAX | $1.79 | ($412.35) |
| 6/17/2015 | RM | ROOM CHARGE | $119.00 | ($293.35) |
| 6/17/2015 | TAX1 | STATE TAX | $16.66 | ($276.69) |
| 6/17/2015 | TAX 2 | TOURISM TAX | $1.79 | ($274.90) |
| 6/18/2015 | RM | ROOM CHARGE | $119.00 | ($155.90) |
| 6/18/2015 | TAX1 | STATE TAX | $16.66 | ($139.24) |
| 6/18/2015 | TAX 2 | TOURISM TAX | $1.79 | ($137.45) |
| 6/19/2015 | RM | ROOM CHARGE | $119.00 | ($18.45) |
| 6/19/2015 | TAX1 | STATE TAX | $16.66 | ($1.79) |
| 6/19/2015 | TAX 2 | TOURISM TAX | $1.79 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $476.00 | $73.80 | $0.00 | $0.00 | ($549.80) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

THANK YOU FOR STAYING AT THE HOWARD JOHNSON INN & SUITES - RESEDA, CA! Please find your folio for your Stay.



**HOWARD JOHNSON INN & SUITES**

7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 6/20/2015 8:44:18 AM

## Folio (Detailed)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name: | CRAWFOD, KELLY | | | Confirmation Number: | | 95444002 |
| | | | | Account Number: | | 652-944269 |
| | | | | WyndhamRewards #: | | 149020350G |
| Address: | 500 N. AKARD | | | | | |
| | DALLAS, TX  75201 US | | | | | |
| Room: | 232 | Room Type: | NK1, 1 KING NSMK | Nights: | 3 | Guests: 1/0 |
| Rate Plan: | SSP | Daily Rate: | $119.00 + $18.45 Tax | GTD: | MC - MASTER CARD | |
| Arrival: | 6/17/2015 (Wed) | Departure: | 6/20/2015 (Sat) | | XXXX XXXX XXXX 4435 | |

Room Rate:

    6/17/2015 (Wed) - 6/19/2015 (Fri)        $119.00 + $18.45 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/17/2015 | MC | MASTER CARD | ($274.90) | ($274.90) |
| | | XXXX XXXX XXXX 4435 | | |
| 6/17/2015 | RM | ROOM CHARGE | $119.00 | ($155.90) |
| 6/17/2015 | TAX1 | STATE TAX | $16.66 | ($139.24) |
| 6/17/2015 | TAX 2 | TOURISM TAX | $1.79 | ($137.45) |
| 6/18/2015 | RM | ROOM CHARGE | $119.00 | ($18.45) |
| 6/18/2015 | TAX1 | STATE TAX | $16.66 | ($1.79) |
| 6/18/2015 | TAX 2 | TOURISM TAX | $1.79 | $0.00 |
| 6/19/2015 | MC | MASTER CARD | ($137.45) | ($137.45) |
| | | XXXX XXXX XXXX 4435 | | |
| 6/19/2015 | RM | ROOM CHARGE | $119.00 | ($18.45) |
| 6/19/2015 | TAX1 | STATE TAX | $16.66 | ($1.79) |
| 6/19/2015 | TAX 2 | TOURISM TAX | $1.79 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $357.00 | $55.35 | $0.00 | $0.00 | ($412.35) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

THANK YOU FOR STAYING AT THE HOWARD JOHNSON INN & SUITES - RESEDA, CA! Please find your folio for your Stay.

JS3

8477.102

---------- Forwarded message ----------
From: "Uber Receipts" <receipts.dallas@uber.com>
Date: Jun 17, 2015 1:25 PM
Subject: Your Wednesday morning trip with Uber
To: <tjmusic17@gmail.com>
Cc:

U B E R

JUNE 17, 2015

# $44.52

Thanks for choosing Uber, James

| FARE BREAKDOWN | |
|---|---|
| Base Fare | 0.00 |
| Distance | 31.06 |
| Time | 11.06 |
| **Subtotal** | **$42.12** |
| DNT_Mockingbird Toll (?) | **1.02** |
| DNT_Wycliff Ave Toll (?) | **0.38** |
| Safe Rides Fee (?) | **1.00** |

**12:11pm**
421 Englewood Drive, Murphy, TX

**01:24pm**
Dallas Love Field Airport, 7763-7889 Herb
Kelleher Way, Dallas, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 31.06 | 01:13:43 |

CHARGED
Personal •••• 1078

**$44.52**

Ivan
Kane, cece, Richard
DD, cece, lien
+ Zella
Delivered

**Rosti Encino**
818-995-7179
16350 Ventura Blvd.
Encino, CA 91436
(818) 995-7179

Server: Take out 2          DOB: 06/19/2015
01:09 PM                         06/19/2015
CHARLE  _/1                      1/10007

VISA                                 1048583
Card #XXXXXXX:XXXX6480
Approval: 019867

                    Amount:        $ 81.67

                    + Tip: _____  8

                    = Total: _____

X_____           89

THANKS FOR DINING WITH US!
VISIT US AGAIN WITHIN 7 DAYS,
SHOW THIS RECEIPT, & WE WILL
TREAT YOU TO DESSERT! TRY OUR
AMAZING HOMEMADE TIRAMISU!
LIMIT 1 OFFER PER VISIT

GUEST COPY

---

COURTS/USDC-CA-C
317 N SPRING ST STE 52
LOS ANGELES, CA 90012
213894364B

13400002
00000000004716G

TERMINAL ID.:
MERCHANT #:

UI
************6480 EXP:**/**          SWIPED
SALE            INV: 000003
BATCH: 000418              15:45
Jun 17, 15     AUTH: 017498
RRN: 000000389213

zone
big
change

CHARLENE C KOONCE

CUSTOMER COPY

---

Dimer - cece, DD

**ANCORA**
19647 VENTURA BLVD
TARZANA, CA 91356

TERMINAL ID.:                      030000
MERCHANT #:              8814000613000

**VISA**
************6480 EXP:XX/XX         SWIPED
**SALE**
BATCH: 000385      INV: 000026
Jun 19, 15              21:40
RRN: 03850026     AUTH:019047
TRACE #: 585171168598260
VALIDATION CODE: DHX6

REWARDS PROGRAM: 481620

AP

BASE                    $67.47

TIP        $_____.___

TOTAL      $  79.42

CHARLENE C KOONCE

HAVE A NICE DAY

CUSTOMER COPY

Southwest Airlines - Purchase Confirmation

8477.102

Español 



FLIGHT | HOTEL | CAR　　SPECIAL OFFERS　　RAPID REWARDS®　🔍

Southwest

# Thank you for your purchase!

**Dallas (Love Field), TX - DAL to Los Angeles, CA - LAX**

### Air

Confirmation #HVBIOY

**Dallas (Love Field), TX - DAL  to  Los Angeles, CA - LAX**
Wednesday, June 17, 2015 - Saturday, June 20, 2015

**Air Total: $520.99**

**Amount Paid**
**$520.99**

**Trip Total**
**$520.99**

---

| JUN 17 WED | **06/17/15 - Los Angeles** |

### AIR

**Dallas (Love Field), TX - DAL  to  Los Angeles, CA - LAX**
06/17/2015 - 06/20/2015

**Confirmation #**
HVBIOY

| **Adult Passenger(s)** | **Rapid Rewards #** |
|---|---|
| DAVID DYER  Ⓑ | 0000019231030 |

Subscribe to Flight Status Messaging

| DEPART JUN 17 WED | 02:45 PM | Depart **Dallas (Love Field), TX (DAL)** on Southwest Airlines | Flight #3686 Southwest | Wednesday, June 17, 2015 |
| | 03:55 PM | Arrive in **Los Angeles, CA (LAX)** | | Travel Time 3 h 10 m (Nonstop) |
| RETURN JUN 20 SAT | 06:05 PM | Depart **Los Angeles, CA (LAX)** on Southwest Airlines | Flight #2206 Southwest | Saturday, June 20, 2015 |
| | 11:05 PM | Arrive in **Dallas (Love Field), TX (DAL)** | | Travel Time 3 h 00 m (Nonstop) Business Select |

**What you need to know to travel:**

**Check-in:** Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

**No Show Policy:** If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight.  For tickets purchased on or after May 10, 2013 and travel beginning September 13, 2013, Customers who fail to cancel reservations for a

Southwest Airlines Purchase Confirmation

Wanna Get Away or DING! fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining, unused funds on this reservation will be forfeited, including Business Select and Anytime funds.

**PRICE: ADULT**

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | | Quantity | Total |
|------|---------|------------------------------|--------------|--|----------|-------|
| Return | LAX-DAL | **Business Select**<br>Superior Benefits | • Priority Boarding<br>• Maximum Rapid Rewards®<br>  Points<br>• Fully Refundable | • Fly By® Security Lane<br>• Free Same-Day<br>  Changes<br>• Premium Drink | 1 | $520.99 |

**Enroll in Rapid Rewards and earn at least 5658 Points for this trip.**
**Already a Member? Log in to ensure you are getting the points you**
**deserve.**

Subtotal     **$520.99**
              Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge     $0.00

**Air Total:**
**$520.99**

**Gov't taxes & fees now included**

| Form of Payment | | | | Amount Applied |
|-----------------|--|--|--|----------------|
| Travel Funds - HVBIOY - 4033 | Original Balance<br>$521.00 | Applied<br>$520.99 | Remaining<br>$0.01 | **$520.99** |

**Amount Paid**
**$520.99**

**Trip Total**
**$520.99**

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy

8477.102

**Will Hester**

| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
|-------|----------------------------------------------------------|
| Sent: | Tuesday, June 16, 2015 2:55 PM |
| To: | Will Hester |
| Subject: | CANCELLED flight reservation (HK84KG) | 17JUN15 | DAL-LAX | Hester/Willard Harry Jr |

Your reservation has been cancelled.



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

# Your reservation has been cancelled.

AIR Itinerary

## AIR Confirmation: HK84KG

Confirmation Date: 06/16/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|--------------|-----------------|----------|------------|--------------------|
| HESTER/WILLARD HARRY JR | 465335625 | 5262118539937 | May 6, 2016 | 11026 |

| Date | Flight | Departure/Arrival |
|------|--------|-------------------|
| Wed Jun 17 | 768 | Depart **DALLAS (LOVE FIELD), TX** (DAL) at **09:05 AM** Arrive in DENVER, CO (DEN) at 10:05 AM Business Select |
| | 818 | Change planes in DENVER, CO (DEN) at 11:55 AM Arrive in **LOS ANGELES, CA** (LAX) at **1:20 PM** Travel Time 6 hrs 15 mins Business Select |
| Fri Jun 19 | 1126 | Depart **LOS ANGELES, CA** (LAX) at **08:35 AM** Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **1:40 PM** Travel Time 3 hrs 5 mins Business Select |

Air Cost: 1,024.50

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

DAL WN X/DEN WN LAX454.79KZBP WN DAL464.09KLNEV 918.88 END ZPDALDENLAX
XT11.20AY13.50XFDAL4.5DEN4.5LAX4.5

## Cost and Payment Summary

☐ AIR - HK84KG

| | | |
|---|---:|---|
| Base Fare | $ | 918.88 |
| Excise Taxes | $ | 68.92 |
| Segment Fee | $ | 12.00 |
| Passenger Facility Charge | $ | 13.50 |
| September 11th Security Fee | $ | 11.20 |
| Total Air Cost | $1,024.50 | |

**Payment Information**
Payment Type: SWA Fare Protect
Date: Jun 16, 2015
Payment Amount: $8.50

Payment Type: Ticket Exchange
Date: Jun 16, 2015
Payment Amount: $1,016.00

REFUND ON Jun 16, 2015 TO Visa
XXXXXXXXXXXX9458 $1,016.00

Tkts funds remaining in conf#HK84KG for future travel $8.50

**Exchange Detail**
Jun 15, 2015 From ticket # 5262118320826 to ticket # 5262118539937
Jun 5, 2015 From ticket # 5262115232689 to ticket # 5262118539937





### Useful Tools

Check In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation

Kristine Bates

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**Sent:** Tuesday, June 16, 2015 8:51 AM
**To:** Kristine Bates
**Subject:** UPDATED flight reservation (HDBILN) | 17JUN15 | DAL-LAX | Koonce/Charlene Cantrell, Crawford/Kelly Mitchell,...

You're all set for your trip!

**Southwest**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### AIR Itinerary

**AIR Confirmation: HDBILN**      Confirmation Date: 06/16/2015



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| KOONCE/CHARLENE CANTRELL | 20058227346 | 5262118432533 | Jun 2, 2016 | 8854 |
| CRAWFORD/KELLY MITCHELL | 21280114 | 5262118432545 | Jun 2, 2016 | 8854 |
| SANDERSON/LESLIE MEREDITH | 250745600 | 5262118432561 | Jun 2, 2016 | 8854 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jun 17 | 3686 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **2:45 PM** <br> Arrive in **LOS ANGELES, CA** (LAX) at **3:55 PM** <br> Travel Time 3 hrs 10 mins <br> Anytime |
| Sat Jun 20 | 1665 | Depart **LOS ANGELES, CA** (LAX) on Southwest Airlines at **08:45 AM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **1:50 PM** <br> Travel Time 3 hrs 5 mins <br> Anytime |







#### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to

1

12.50 T 8.00 = 2050
parking



LOS ANGELES MALL
225 N. Los Angeles
LA. CA 90012

Pay Station Number:         8
Entered:            06/17/2015
                          16:11
                 06/17/2015
                       16:53
                     63455
                     33779
                        A
                      $7.50
                      $0.00

                      $7.50
                     $20.00
                     $12.50

Sherman Oaks Galleria
15301 Ventura Blvd
Sherman Oaks, Ca 91403

Duplicate

| | |
|---|---|
| Fee Computer Number: | 26 |
| Cashier: | Id #104 |
| Transaction Number: | 46078 |
| Entered: | 06/17/2015 13:05 |
| Exited: | 06/17/2015 14:16 |
| Ticket #92074 | Dispenser #9 |
| Lot: | LOT 76 |
| Area: | SOG |
| Rate: | SOG VAR |
| Parking Fee: | $ 15.60 |
| The CheeseCake Factory(1) | -$ 7.60 |
| Subtotal | $ 8.00 |
| Total Fee: | $ 8.00 |
| Cash: | $ 8.00 |
| Total Paid: | $ 8.00 |

Thank you!
Have a nice day.

*8491.102*

*Paid 6/17/15*
*#20201*

# Alpha Surety & Insurance Brokerage

# Invoice

**Bill to:**  Scheef & Stone, LLP
500 N. Akard
Suite 2700
Dallas, TX 75201

**Invoice #:** 00021532
**Invoice Date:** 6/16/2015

**Please Remit Payment To:**

**Alpha Surety & Insurance Brokerage Trust**
**650 S. Shackleford Road**
**One Financial Centre, Suite 325**
**Little Rock, Arkansas  72211-3546**

**Phone: 501.537.4568**
**Fax: 501.537.7778**

### Payment Due Upon Receipt

| Charlene Koonce of Scheef & Stone, LLP / Bond #41326728 | |
|---|---:|
| Bond Premium: Bond #41326728 for $20,000.00 with terms 6/16/2015 to 6/16/2016 - for CA | $150.00 |
| Broker Fee | $200.00 |
| Overnight Fee | $60.00 |
| **Total:** | **$410.00** |

We appreciate your business

**Payment must be received within 30 days of invoice date**

5513416

Kusar Court Reporters & Legal Services

111 W. Ocean Blvd. #1200

Long Beach, CA 90802

(562)437-8485

Term ID: 001

## Sale - Approved

| | | |
|---|---|---|
| Date | 07/14/15 | Time 18:13:16 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Customer Name | Carl Scheef | |
| Account # | XXXXXXXXXXX9829 | |

| | |
|---|---|
| Order ID | 198905 198852 |
| Order Description: | Federal Trade Commission vs. Bunzai Media Group, Inc. - Igor L. |
| Approval Code | 06241G |
| **Amount** | **3,503.46** |

Thank you for your payment!

Customer Copy

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 198852 | 7/14/2015 | 1090802 |

| Job Date | Case No. | |
|---|---|---|
| 7/2/2015 | CV-15-4527-GW(PLAx) | |

| Case Name | |
|---|---|
| Federal Trade Commission vs. Bunzai Media Group, Inc. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

J. Mitchell Little
Scheef & Stone, LLP
2600 Network Blvd.
Suite 400
Frisco, TX  75034

Certified Orig & 1 Certified Transcript w/ Keyword + Green Transcript Package:

Igor Latsanovski.A

2,187.50

**TOTAL DUE >>>**          **$2,187.50**
AFTER 8/13/2015 PAY          $2,406.25

Thank you. We appreciate and value your business!

Your green transcript package is available online at www.kusar.com.
Contact us today for your login & password.

Invoices accrue a late fee on unpaid balances after 30 days. Invoices cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

**Tax ID:** 33-0228098

Phone: 214-706-4200   Fax:214-706-4242

*Please detach bottom portion and return with payment.*

J. Mitchell Little
Scheef & Stone, LLP
2600 Network Blvd.
Suite 400
Frisco, TX  75034

| | | | | |
|---|---|---|---|---|
| Job No. | : 1090802 | BU ID | : 1-RPT | |
| Case No. | : CV-15-4527-GW(PLAx) | | | |
| Case Name | : Federal Trade Commission vs. Bunzai Media Group, Inc. | | | |
| Invoice No. | : 198852 | Invoice Date | : 7/14/2015 | |

**Total Due** : **$2,187.50**
AFTER 8/13/2015 PAY  $2,406.25

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Kusar Court Reporters & Legal Services, Inc.**
            **111 W. Ocean Blvd., Suite 1200**
            **Long Beach, CA  90802**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 198905 | 7/14/2015 | 1090804 |

| Job Date | Case No. | |
|---|---|---|
| 7/2/2015 | CV-15-4527-GW(PLAx) | |

| Case Name | | |
|---|---|---|
| Federal Trade Commission vs. Bunzai Media Group, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Mitchell Little
Scheef & Stone, LLP
2600 Network Blvd.
Suite 400
Frisco, TX 75034



Certified Video - Video Services for the Deposition of:

    Igor Latsanovski - Video

                                         1,315.95

**TOTAL DUE >>>**        **$1,315.95**

AFTER 8/13/2015  PAY     $1,447.55

Reference No.    :  3066

Thank you. We appreciate and value your business!

Invoices accrue a late fee on unpaid balances after 30 days. Invoices cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

**Tax ID:** 33-0228098

Phone: 214-706-4200   Fax:214-706-4242

*Please detach bottom portion and return with payment.*

J. Mitchell Little
Scheef & Stone, LLP
2600 Network Blvd.
Suite 400
Frisco, TX 75034

Job No.    :  1090804      BU ID    : 3-VID

Case No.   :  CV-15-4527-GW(PLAx)

Case Name  :  Federal Trade Commission vs. Bunzai Media Group, Inc.

Invoice No.  :  198905     Invoice Date  : 7/14/2015

**Total Due**    :  **$1,315.95**

AFTER 8/13/2015  PAY  $1,447.55

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Kusar Court Reporters & Legal Services, Inc.**
              **111 W. Ocean Blvd., Suite 1200**
              **Long Beach, CA  90802**

```
              HOWARD JOHNSON INN S
                7432 RESEDA BLVD
                RESEDA, CA 91335
06/17/2015                      18:46:19
                  CREDIT CARD

                   VISA SALE

CARD #               XXXXXXXXXXXX4118
Chip Card:                 VISA DEBIT
Chip Card AID:       A0000000031010
ATC:                            0004
TC:               5FBC995EB60A970B
INVOICE                       310016
SEQ #:                          0015
Check-In:              06/17/15
Check Out:         18:46 06/17/15
Room #                           132
Batch #:                      000031
Approval Code:                124668
Entry Method:              Chip Read
Mode                          Issuer

SALE AMOUNT            $137.45


              CUSTOMER COPY
```

Sale

XXXXXXXXXX2353

VISA

Amount:

Tip:

Total:                                              $        34.00

06/17/15                                            08:07:17

Trace#: 059739                      Appr Code: 09855D

Apprvd: Online                         Batch#: 000342

APPROVED  09855D

**Bank of America**

<span style="float:right">Online Banking</span>

---

### Account Name: Will Hester Transaction Details

---

|  |  |
|---:|:---|
| **Merchant:** | FEDEXOFFICE 00019018 |
| **Transaction date:** | 06/17/2015 |
| **Transaction amount:** | $3.92 |
| **Reference number:** | 24164075169069025480704 |
| **Transaction type:** | Purchase |
| **Merchant category:** | QUICK-COPY AND REPRODUCTION SERVICES |
| **Expense category:** | Business Services |
| **Code:** | 7338 |

Case 2:15-cv-04527-GW-PLA Document 181-5 Filed 06/14/15 Page 38 of 54 Page ID #:3517

**Bank of America** 🇺🇸

Online Banking

## Account Name: Will Hester Transaction Details

| | |
|---:|:---|
| **Merchant:** | FEDEXOFFICE 00019018 |
| **Transaction date:** | 06/17/2015 |
| **Transaction amount:** | $11.77 |
| **Reference number:** | 24164075169069025494986 |
| **Transaction type:** | Purchase |
| **Merchant category:** | QUICK-COPY AND REPRODUCTION SERVICES |
| **Expense category:** | Business Services |
| **Code:** | 7338 |

```
THRIFTY CAR RENTAL APD
  LOS ANGELES INTL APD
RENTAL RECORD:            PU8643570
LITTLE:JASON                 KDAV3T
COMPLETED BY: LOS ANGELES INTL APD
RENTED:.             06-17-15  0019
RENTAL:              06-19-15  0704
RETURN:                      E870995
VEH NUMBER.                OUT:5574
MILES IN: 5711
MILES DRIVEN:                    137
CHECK IN FUEL LEVEL: 8      OUT.8
PLAN IN/OUT:                   RXHD3
CLS:                            FDAR
     3 DAYS @   $82.80       $248.40
SUBTOT                       $248.40
TAXABLE TOT:                 $248.40
TIME                          $25.00
EARLY RTN
LDW1
     3 DAYS @   $27.99        $83.97
SLI
     3 DAYS @   $13.99        $41.97
CFC                           $10.00
FF800
     3 DAYS @    $1.50         $4.50
TOURSM SRG                     $7.11
APCONGFEE                     $44.87
STATE TAX                     $29.05
TOTAL CHARGE                 $494.87
NET DUE                        $0.00
PAYMENTS                    -$494.87
PAID BY:   VI
CREDIT CARD#:***********2853
FT # WN 465336625

Tell us about your experience and
save 10% on a future rental

1) Visit www.thriftyrentalsurvey.com
2) Enter Access Code:LAX
3) Complete a brief survey about your rental
   experience
```



HOWARD JOHNSON INN S
7432 RESEDA BLVD
RESEDA, CA 91335

06/17/2015                    00:56:42

CREDIT CARD

VISA SALE

CARD #              XXXXXXXXXX9458
INVOICE             300027
SEQ #:              0022
Check-In:           00:56 06/17/15
Check Out           12:00 06/20/15
Room #              261
Batch #:            000030
Approval Code:      08674G
Entry Method:       Swiped
Mode:               Online

SALE AMOUNT         $549.80

CUSTOMER COPY

INN & SUITES
BLVD.
335 US
4-0324
7188
gmail.com
8:57:45 AM

11610286
327-804017
149020350G

Guests: 1/0

XXXX 9458

**Balance**
($549.80)
($430.80)
($414.14)
($412.35)
($293.35)
($276.69)
($274.90)
($155.90)
($139.24)
($137.45)
($18.45)
($1.79)
$0.00

**DB**
$0.00

By signing below, I agree to these terms and conditions.

---------- Forwarded message ----------
From: "Uber Receipts" <receipts.dallas@uber.com>
Date: Jun 18, 2015 11:26 PM
Subject: Your Thursday evening trip with Uber
To: <tjmusic17@gmail.com>
Cc:

UBER                                                        JUNE 18, 2015

# $31.78

Thanks for choosing Uber, James

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 0.00 |
| Distance | 24.10 |
| Time | 5.66 |
| **Subtotal** | **$29.76** |
| DNT_Mockingbird Toll (?) | **1.02** |
| Safe Rides Fee (?) | **1.00** |

**10:48pm**
Dallas Love Field Airport, 7762-7888 Herb Kelleher Way, Dallas, TX

**11:25pm**
421 Englewood Drive, Murphy, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 24.10 | 00:37:45 |

CHARGED
Business ∘∘∘∘ 2125                         **$31.78**

RATE YOUR DRIVER

 You rode with Jose

JSS 3   8977.102

---------- Forwarded message ----------
From: "Uber Receipts" <receipts.los.angeles@uber.com>
Date: Jun 18, 2015 4:31 PM
Subject: Your Thursday afternoon trip with Uber
To: <tjmusic17@gmail.com>
Cc:

U B E R                                            JUNE 18, 2015

# $36.18                              Thanks for choosing Uber, James

| FARE BREAKDOWN | |
| --- | --- |
| Base Fare | 0.00 |
| Distance | 23.79 |
| Time | 11.39 |
| **Subtotal** | **$35.18** |
| Safe Rides Fee (?) | **1.00** |

03:28pm
18400 Sherman Way, Reseda, CA

04:31pm
Los Angeles International Airport, 101 World
Way, Los Angeles, CA

| CAR | MILES | TRIP TIME | | |
| --- | --- | --- | --- | --- |
| uberX | 23.79 | 01:03:17 | CHARGED Business •••• 2125 | **$36.18** |

RATE YOUR DRIVER



**You rode with Joginder**
Transportation Network Company: Rasier-CA, LLC.

*6/18/15*   *KMC CC*

*Denny's*   *8477.102*

DENNYS #6789
7600 RESEDA BLVD
RESEDA, CA 91335

Merchant ID: 1
Term ID: KJ06166789006

## Sale

XXXXXXXXXXXX2125
VISA                Entry Method: Swiped

Amount:          $      63.10
Tip:             $      15.00
                 ================
Total:           $      78.10

06/18/15                   07:50:09
Trace#: 059858      Appr Code: 01645G
Apprvd: Online         Batch#: 000343

      APPROVED  01645G


        Customer Copy
        THANK YOU!



6/20/15

# ROSTI
TUSCAN FOOD ALFR SO
Rosti Encino
818-995-7179
16350 Ventura Blvd.
Encino, CA 91436
(818) 995-7179

| | |
|---|---|
| Server: Take out 2 | 06/20/2015 |
| WILL _/1 | 12:5* PM |
| Guests: 1 | 1.009 |
| | |
| GRILLED CHICKEN SANDWICH | *0.95 |
| FRIES | 1..95 |
| MATEO PANINI | |
| FRIES | |
| LING BLACK CHICKEN | 13.75 |
| DELIVERY CHA | 6.95 |
| COBB HALF | 11.95 |
| BREAD | 0.00 |
| | |
| Subtotal | 54.55 |
| Tax | 4.28 |
| | |
| Total | 58.83 |
| | |
| VISA #XXXXXXXXXXXX9458 | 58.83 |
| Auth:00917G | |
| + Tip: | |

6/20/15

8477.107

ARCO am/pm 83761
5201 CENTURY BLVD
LOS ANGELES
CA 90045
Tel : 3104174025
Site Number   11901259

| Qty Name | Price | Total |
|---|---|---|
| 1 PrePay Fuel | | 13.57/50.0 |
| Pump: #3   0.000 Gallon | $0.000/Gallon | |
| SubTotal | | 13.57 |
| Total | | 13.57 |
| | | |
| Cash | $ | 13.57 |
| CREDIT | | 50.00 |
| Receipt 5603779 | | ORIGINAL |
| 3 JES | | 06/20/2015 15:02 |
| *PREPAY* | | |

Thank you for choosing AMPM

**Fed**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 3 of 28 |

**FedEx Express Shipment Summary By Reference**

FedEx Express Shipments (Original)

| Reference | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| NO REFERENCE INFORMATION | 3 | | 80.60 | 9.19 | | -31.88 | 57.91 |
| 189.100 | 1 | | 19.90 | 0.33 | | -8.96 | 11.27 |
| 2913.106 | 9 | | 293.15 | 17.37 | | -130.54 | 179.98 |
| 3814.100 | 1 | | 21.15 | 0.35 | | -9.52 | 11.98 |
| 4305.102 | 2 | | 69.05 | 1.80 | | -8.96 | 61.89 |
| 5635.149 | 5 | | 162.75 | 7.54 | | -73.25 | 97.04 |
| 5752.100 | 1 | | 32.60 | 0.54 | | -14.67 | 18.47 |
| 6635.105 | 1 | 3.0 | 55.90 | 0.92 | | -25.16 | 31.66 |
| 6686.109 | 2 | 2.0 | 64.90 | 1.07 | 0.50 | -29.21 | 37.26 |
| 6786.100 | 17 | | 313.60 | 67.23 | | -129.58 | 251.25 |
| 7013.103 | 1 | 3.0 | 20.60 | 0.36 | | -8.45 | 12.51 |
| 7319.102 | 1 | | 19.90 | 3.93 | | -8.96 | 14.87 |
| 7319.103 | 1 | | 19.90 | 8.93 | | -8.96 | 19.87 |
| 7864.111/Freehome Sale | 1 | 1.0 | 52.85 | 0.87 | | -23.79 | 29.93 |
| 7864.112/Smyrna | 2 | | 63.90 | 4.66 | | -28.76 | 39.80 |
| 7913.106 | 1 | | 31.35 | 0.52 | | -14.11 | 17.76 |
| 8421.100 | 1 | | 19.90 | 5.33 | | -8.96 | 16.27 |
| 8477.102 | 19 | 11.0 | 893.60 | 69.13 | | -329.44 | 633.29 |
| 8534.101 | 3 | | 78.60 | 1.29 | | -35.38 | 44.51 |
| 8576.101 | 1 | | 19.90 | 0.33 | | -8.96 | 11.27 |
| 938.100 | 1 | | 32.60 | 17.02 | | -14.67 | 34.95 |
| 943.115 | 1 | 1.0 | 45.25 | 3.17 | | -20.37 | 28.05 |
| 999 - JS3-Attorney Admis | 1 | | 16.23 | 0.29 | | -6.65 | 9.87 |
| JWS personal | 1 | 1.0 | 15.15 | 7.53 | | -6.21 | 16.47 |
| PJS personal | 1 | 2.0 | 18.70 | 12.83 | | -7.67 | 23.86 |
| WHITLOCK BUS DEV | 1 | | 31.55 | 0.52 | | -14.20 | 17.87 |
| **Total FedEx Express** | **79** | **24.0** | **$2,493.58** | **$243.05** | **$0.50** | **-$1,007.27** | **$1,729.86** |

| Total This Invoice | USD | $1,729.86 |
|---|---|---|

**FedEx**®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 20 of 28 |

**Dropped off:** Jun 16, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 3

| | | | | |
|---|---|---|---|---|
| Automation | INET | | **Recipient** | |
| Tracking ID | 773848801293 | **Sender** | Chris Eley | |
| Service Type | FedEx Priority Overnight | Dena Lambert | Alpha Surety & Insurance Broke | |
| Package Type | FedEx Envelope | SCHEEF AND STONE LLP | 650 S. Shackleford Road | |
| Zone | 03 | 500 N. AKARD STREET, SUITE 270 | LITTLE ROCK AR 72211 US | |
| Packages | 1 | DALLAS TX 75201 US | | |
| Rated Weight | N/A | Transportation Charge | | 25.20 |
| Delivered | Jun 17, 2015 08:29 | Automation Bonus Discount | | -3.78 |
| Svc Area | A1 | Fuel Surcharge | | 0.42 |
| Signed by | A.MCSHANE | Earned Discount | | -7.56 |
| FedEx Use | 000000000/0000197/_ | **Total Charge** | **USD** | **$14.28** |

**Dropped off:** Jun 18, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
Distance Based Pricing, Zone 6
1st attempt Jun 19, 2015 at 10:24 AM.
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | | **Recipient** | |
| Tracking ID | 773869674431 | **Sender** | Khristopher Bond | |
| Service Type | FedEx First Overnight | J. MItchell Little | 5501 Newcastle Avenue | |
| Package Type | FedEx Pak | Scheef & Stone | ENCINO CA 91316 US | |
| Zone | 06 | 2600 Network Blvd. | | |
| Packages | 1 | FRISCO TX 75034 US | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 19, 2015 12:18 | Transportation Charge | | 80.85 |
| Svc Area | A1 | Residential Delivery | | 3.50 |
| Signed by | see above | Fuel Surcharge | | 2.53 |
| FedEx Use | 000000000/0000014/02 | **Total Charge** | **USD** | **$86.88** |

**Dropped off:** Jun 18, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | | **Recipient** | |
| Tracking ID | 773869693893 | **Sender** | Igor Latsanovski | |
| Service Type | FedEx First Overnight | J. MItchell Little | 3420 Cordova Drive | |
| Package Type | FedEx Pak | Scheef & Stone | CALABASAS CA 91302 US | |
| Zone | 06 | 2600 Network Blvd. | | |
| Packages | 1 | FRISCO TX 75034 US | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 19, 2015 08:06 | Transportation Charge | | 80.85 |
| Svc Area | A2 | Residential Delivery | | 3.50 |
| Signed by | see above | Fuel Surcharge | | 2.53 |
| FedEx Use | 000000000/0000014/02 | **Total Charge** | **USD** | **$86.88** |

**Dropped off:** Jun 18, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | | **Recipient** | |
| Tracking ID | 773869701564 | **Sender** | Igor Latsanovski | |
| Service Type | FedEx Priority Overnight | J. MItchell Little | 5482 Amber Circle | |
| Package Type | FedEx Pak | Scheef & Stone | CALABASAS CA 91302 US | |
| Zone | 06 | 2600 Network Blvd. | | |
| Packages | 1 | FRISCO TX 75034 US | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Jun 19, 2015 10:02 | Transportation Charge | | 52.85 |
| | | Earned Discount | | -15.86 |

Continued on next page

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 21 of 28 |

Tracking ID: 773869701564 continued

| | | | | |
|---|---|---|---|---|
| Svc Area | A2 | Fuel Surcharge | | 0.98 |
| Signed by | see above | Residential Delivery | | 3.50 |
| FedEx Use | 000000000/0001574/02 | Automation Bonus Discount | | -7.93 |
| | | **Total Charge** | **USD** | **$33.54** |

| **Dropped off:** Jun 18, 2015 | **Cust. Ref.:** 8477.102 | **Ref.#2:** |
|---|---|---|
| **Payor:** Shipper | **Ref.#3:** | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 773869709360 | J. MItchell Little | Roi Reuveni | |
| Service Type | FedEx Priority Overnight | Scheef & Stone | 5525 Canoga Avenue | |
| Package Type | FedEx Pak | 2600 Network Blvd. | WOODLAND HILLS CA 91367 US | |
| Zone | 06 | FRISCO TX 75034 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 09:46 | Fuel Surcharge | | 0.98 |
| Svc Area | A1 | Automation Bonus Discount | | -7.93 |
| Signed by | see above | Earned Discount | | -15.86 |
| FedEx Use | 000000000/0001574/02 | Residential Delivery | | 3.50 |
| | | **Total Charge** | **USD** | **$33.54** |

| **Dropped off:** Jun 18, 2015 | **Cust. Ref.:** 8477.102 | **Ref.#2:** |
|---|---|---|
| **Payor:** Shipper | **Ref.#3:** | |

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 773869716431 | J. MItchell Little | Roi Reuveni | |
| Service Type | FedEx Priority Overnight | Scheef & Stone | 6213 Tampa Avenue | |
| Package Type | FedEx Pak | 2600 Network Blvd. | RESEDA CA 91335 US | |
| Zone | 06 | FRISCO TX 75034 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 09:16 | Earned Discount | | -15.86 |
| Svc Area | A1 | Fuel Surcharge | | 0.98 |
| Signed by | see above | Residential Delivery | | 3.50 |
| FedEx Use | 000000000/0001574/02 | Automation Bonus Discount | | -7.93 |
| | | **Total Charge** | **USD** | **$33.54** |

| **Dropped off:** Jun 18, 2015 | **Cust. Ref.:** 8477.102 | **Ref.#2:** |
|---|---|---|
| **Payor:** Shipper | **Ref.#3:** | |

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 773869721500 | J. MItchell Little | Motti Nottea | |
| Service Type | FedEx Priority Overnight | Scheef & Stone | 3835 Rock Hampton Drive | |
| Package Type | FedEx Pak | 2600 Network Blvd. | TARZANA CA 91356 US | |
| Zone | 06 | FRISCO TX 75034 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 10:09 | Earned Discount | | -15.86 |
| Svc Area | A1 | Residential Delivery | | 3.50 |
| Signed by | see above | Fuel Surcharge | | 0.98 |
| FedEx Use | 000000000/0001574/02 | Automation Bonus Discount | | -7.93 |
| | | **Total Charge** | **USD** | **$33.54** |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 22 of 28 |

**Dropped off:** Jun 18, 2015          **Cust. Ref.:** 8477.102          **Ref.#2:**
**Payor:** Shipper                              **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | J. Mitchell Little | Doron Nottea | |
| Tracking ID | 773869727998 | Scheef & Stone | 18565 Doral Way | |
| Service Type | FedEx Priority Overnight | 2600 Network Blvd. | TARZANA CA 91356 US | |
| Package Type | FedEx Pak | FRISCO TX 75034 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 10:07 | Earned Discount | | -15.86 |
| Svc Area | A1 | Automation Bonus Discount | | -7.93 |
| Signed by | see above | Residential Delivery | | 3.50 |
| FedEx Use | 000000000/0001574/02 | Fuel Surcharge | | 0.98 |
| | | **Total Charge** | **USD** | **$33.54** |

**Dropped off:** Jun 18, 2015          **Cust. Ref.:** 8477.102          **Ref.#2:**
**Payor:** Shipper                              **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | J. Mitchell Little | Doron Nottea | |
| Tracking ID | 773869734842 | Scheef & Stone | 3835 Rock Hampton Drive | |
| Service Type | FedEx Priority Overnight | 2600 Network Blvd. | TARZANA CA 91356 US | |
| Package Type | FedEx Pak | FRISCO TX 75034 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 10:09 | Residential Delivery | | 3.50 |
| Svc Area | A1 | Fuel Surcharge | | 0.98 |
| Signed by | see above | Automation Bonus Discount | | -7.93 |
| FedEx Use | 000000000/0001574/02 | Earned Discount | | -15.86 |
| | | **Total Charge** | **USD** | **$33.54** |

**Dropped off:** Jun 18, 2015          **Cust. Ref.:** 8477.102          **Ref.#2:**
**Payor:** Shipper                              **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | J. Mitchell Little | Alon Nottea | |
| Tracking ID | 773869740252 | Scheef & Stone | 5835 Topeka Drive | |
| Service Type | FedEx Priority Overnight | 2600 Network Blvd. | TARZANA CA 91356 US | |
| Package Type | FedEx Pak | FRISCO TX 75034 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 09:29 | Earned Discount | | -15.86 |
| Svc Area | A1 | Fuel Surcharge | | 0.98 |
| Signed by | see above | Automation Bonus Discount | | -7.93 |
| FedEx Use | 000000000/0001574/02 | Residential Delivery | | 3.50 |
| | | **Total Charge** | **USD** | **$33.54** |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 23 of 28 |

**Dropped off:** Jun 18, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | J. MItchell Little | Alon Nottea | |
| Tracking ID | 773869746011 | Scheef & Stone | 3835 Rock Hampton Drive | |
| Service Type | FedEx Priority Overnight | 2600 Network Blvd. | TARZANA CA 91356 US | |
| Package Type | FedEx Pak | FRISCO TX 75034 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 10:09 | Automation Bonus Discount | | -7.93 |
| Svc Area | A1 | Fuel Surcharge | | 0.98 |
| Signed by | see above | Residential Delivery | | 3.50 |
| FedEx Use | 000000000/0001574/02 | Earned Discount | | -15.86 |
| | | **Total Charge** | **USD** | **$33.54** |

**Dropped off:** Jun 18, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | J. MItchell Little | Alon Nottea | |
| Tracking ID | 773869759651 | Scheef & Stone | 8104 Quartz Avenue | |
| Service Type | FedEx Priority Overnight | 2600 Network Blvd. | WINNETKA CA 91306 US | |
| Package Type | FedEx Pak | FRISCO TX 75034 US | | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jun 19, 2015 10:07 | Earned Discount | | -15.86 |
| Svc Area | A1 | Automation Bonus Discount | | -7.93 |
| Signed by | see above | Residential Delivery | | 3.50 |
| FedEx Use | 000000000/0001574/02 | Fuel Surcharge | | 0.98 |
| | | **Total Charge** | **USD** | **$33.54** |

**Dropped off:** Jun 19, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 7

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Dena Lambert | Civil Legal Department | |
| Tracking ID | 773877947673 | SCHEEF AND STONE LLP | EBay, Inc. | |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 2211 North First Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SAN JOSE CA 95131 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 36.70 |
| Delivered | Jun 22, 2015 08:24 | Earned Discount | | -11.01 |
| Svc Area | A1 | Automation Bonus Discount | | -5.51 |
| Signed by | M.CHARELS | Fuel Surcharge | | 0.61 |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | **USD** | **$20.79** |

**Dropped off:** Jun 19, 2015    **Cust. Ref.:** 8477.102    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 7

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Dena Lambert | Michael R. Jacobson, SRVP Lega |
| Tracking ID | 773877978249 | SCHEEF AND STONE LLP | EBay, Inc. |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 2145 Hamilton Avenue |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SAN JOSE CA 95125 US |
| Zone | 07 | | |
| Packages | 1 | | |

Continued on next page

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 24 of 28 |

Tracking ID: 773877978249 continued

| | | | |
|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | 36.70 |
| Delivered | Jun 22, 2015 08:12 | Fuel Surcharge | 0.61 |
| Svc Area | A2 | Earned Discount | -11.01 |
| Signed by | S.JACKSON | Automation Bonus Discount | -5.51 |
| FedEx Use | 000000000/0000241/_ | Total Charge          USD | $20.79 |

**Dropped off:** Jun 19, 2015       **Cust. Ref.:** 8477.102       **Ref.#2:**
**Payor:** Shipper                        **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 4

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 773878201819 | Dena Lambert | Mack McCain, Staff Attorney | |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | ScottradeLegal Department | |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 700 Maryville Centre Drive | |
| Zone | 04 | DALLAS TX 75201 US | ST. LOUIS MO 63141 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 30.55 |
| Delivered | Jun 22, 2015 09:24 | Automation Bonus Discount | | -4.58 |
| Svc Area | A1 | Fuel Surcharge | | 0.50 |
| Signed by | C.KUENZEL | Earned Discount | | -9.17 |
| FedEx Use | 000000000/0000208/_ | Total Charge          USD | | $17.30 |

**Dropped off:** Jun 19, 2015       **Cust. Ref.:** 8477.102       **Ref.#2:**
**Payor:** Shipper                        **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Distance Based Pricing, Zone 7
Shipment delivered to address other than recipient's.

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 773878263298 | Dena Lambert | Legal Compliance Dept. | |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | America West Bank | |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 41 W Riverside Avenue, #400 | |
| Zone | 07 | DALLAS TX 75201 US | SPOKANE WA 99201 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 36.70 |
| Delivered | Jun 22, 2015 09:14 | Automation Bonus Discount | | -5.51 |
| Svc Area | A1 | Fuel Surcharge | | 0.61 |
| Signed by | C.BOOKER | Earned Discount | | -11.01 |
| FedEx Use | 000000000/0000241/04 | Total Charge          USD | | $20.79 |

**Dropped off:** Jun 19, 2015       **Cust. Ref.:** 8477.102       **Ref.#2:**
**Payor:** Shipper                        **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Incorrect recipient address.
Distance Based Pricing, Zone 3
1st attempt Jun 22, 2015 at 10:24 AM.
Original address - 701 Brazos Street, Suite 1050/AUSTIN, TX 78701

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 773878509440 | Dena Lambert | Legal Order Processing Dept. | |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | Capital One Bank, N.A. | |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 1801 E 51ST STREET 5B | |
| Zone | 03 | DALLAS TX 75201 US | AUSTIN TX 78723 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 25.20 |
| Delivered | Jun 22, 2015 14:21 | Earned Discount | | -7.56 |
| Svc Area | A1 | Fuel Surcharge | | 0.42 |
| Signed by | . CHARLES | Address Correction | | 12.50 |
| FedEx Use | 000000000/0000197/_ | Automation Bonus Discount | | -3.78 |
| | | Total Charge          USD | | $26.78 |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-075-14344 | Jun 24, 2015 | 1494-2653-1 | 25 of 28 |

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Dena Lambert | Legal Order Processing Dept. | |
| Tracking ID | 773878520720 | SCHEEF AND STONE LLP | Capital One Bank, N.A. | |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 1680 Capital One Drive | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | MCLEAN VA 22102 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Jun 22, 2015 08:41 | Earned Discount | | -9.78 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | D.DELACRUZ | Fuel Surcharge | | 0.54 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$18.47** |

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1893.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Dena Lambert | Legal Order Processing Dept. | |
| Tracking ID | 773878540310 | SCHEEF AND STONE LLP | Charles Schwab Bank | |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 5190 Neil Road, Suite 100 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | RENO NV 89502 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Jun 22, 2015 09:11 | Earned Discount | | -9.78 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | A.JACOBSEN | Fuel Surcharge | | 0.54 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$18.47** |

| | | |
|---|---|---|
| **8477.102 Reference Subtotal** | **USD** | **$633.29** |

THRIFTY CAR RENTAL
  LOS ANGELES INTL APO
RENTAL RECORD:      PU8546042
DYER,DAVID
COMPLETED BY:       MM9256
RENTED: LOS ANGELES INTL APO
RENTAL:       06-17-15  1729
RETURN:       06-19-15  1551
VEH NUMBER:         J336350
MILES IN: 11450   OUT:11250
MILES DRIVEN:          200
CHECK IN FUEL LEVEL: 8  OUT:8
PLAN IN/OUT:          RWH01
CLS:                   IDAR
  2 DAYS @  $24.30    $48.60
SUBTOT                $48.60
TAXABLE TOT:          $48.60
TIME                  $48.60
LOW1
  2 DAYS @  $17.00    $34.00
CFC                   $10.00
TOURSM SRG             $1.26
APCONRGFEE             $9.18
STATE TAX              $5.20
TOTAL CHARGE:        $108.24
NET DUE                $0.00
PAYMENTS            -$108.24
PAID BY:  MC
CREDIT CARD#:^^^^^^^^^^^^4435


Tell us about your experience and
save 10% on a future rental

1) Visit www.thriftyrentalsurvey.com
2) Enter Access Code:LAX
3) Complete a brief survey about your rental
   experience

ARCO GASOLINE
ARCO 41002
9200 AVIATION BLVD
LOS ANGELES CA
XXXX


PREPAID FUEL RECEIPT

INCLUDES ONLY FUEL

PORTION OF SALE


SEE CASHIER FOR

RECEIPT WITH TAXES,

MERCHANDISE AND FEES

DATE 06/19/15  15:37
      # 04
SERVICE LEVEL: SELF
PRODUCT: EC UNLD
    GALLONS:      5.324
PRICE/G:     $  3.899
FUEL  SALE   $ 20.76

THANK YOU
THANK YOU
FOR CHOOSING ARCO
COMMENTS?
CALL 1800-322-2726



HOWARD JOHNSON
7432 RESEDA BLVD
RESEDA, CA 91335
15                         18:4F
CREDIT CARD
MC VOID SALE

XXXXXXXXXXXX
Maste
AID:         A000000004

66F5EAAB3C2
3

r           18:44 06
ut          18:45 06

l Code:                 4511
ethod:                  Chip Re
Issu

VOID AMOUNT            $412.35

CUSTOMER COPY

---

HOWARD JOHNSON INN S
7432 RESEDA BLVD
RESEDA, CA 91335
06/17/2015              18:49:04
CREDIT CARD
MC SALE

CARD #          XXXXXXXXXXXXX4435
Chip Card:              MasterCard
Card AID:       A0000000041010
                           0006
              C2DC41A6CB894EE2
OICE            310017
#:                 001
k-In:           18:49 06 17 1
ck Out          18:49 06.17 15
n #                      2
h #:            0000
oval Code:              8500
Method:                 Chip R
e:                      Is

SALE AMOUNT           $274.90

CUSTOMER COPY

---

HOWARD JOHNSON INN S
7432 RESEDA BLVD
RESEDA, CA 91335
06/19/2015              06:58:33
CREDIT CARD
MC SALE

CARD #          XXXXXXXXXXXX4435
p Card                  MasterCard
p Card AID:     A0000000
C:
C:              336B73EAAE0
NVOICE
SEQ #:
Check-In:               06:58 06
Check Out               12:00 06
Room #
Batch #:
Approval Code:
Entry Method:           Ch
Mode:

SALE AMOUNT           $137.45

CUSTOMER COPY

MILLIE'S
16840 VANOWEN ST
VAN NUYS, CA 91406
818-785-3894

06 18 2015                    11:31:59
Merchant ID:           XXXXXXXXXX0211
Device ID:                       0230
Terminal ID:                     PD04

CREDIT CARD

MC SALE

CARD #                XXXXXXXXXX4435
TRANS #                           027
Batch #:
SERVER
Approval Code
Entry                 MAGNETIC SWIPE
Mode                           Online

SALE AMT                      $22.31

TIP AMOUNT                    4

                              26.31

Tip Amount

CUSTOMER COPY

---

16840 VANOWEN
1600 RESEDA BLVD
RESEDA, CA 91335

Merchant ID:
Term ID: RJ06166789006

## Sale

XXXXXXXXXXXX4435
MASTERCARD          Entry Method: Swiped

Amount:         $         26.39
Tip:            $          5.00

Total:          $         31.39

06/20/15                     08:10:16
Trace#: 060180       Appr Code: 68977P
Apprvd: Online         Batch#: 000345

     APPROVED  68977P

          Customer Copy

          THANK YOU!