

EXHIBIT E

**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**

5900 WILSHIRE BOULEVARD
SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**2967**

BILL TO

Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

DATE 06/26/2015    TERMS Due on receipt

DUE DATE 06/26/2015

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>TELEPHONE DISCUSSION WITH CLIENT RE BRIEFING RE FTC RECEIVERSHIP ACTION. | 06/03/2015 | 0:18 | 350.00 | 105.00 |
| TV<br>PREPARATION OF STATUS UPDATE. | 06/09/2015 | 0:30 | 350.00 | 175.00 |
| TV<br>RESEARCH BONDING COMPANIES; PREPARE MEMORANDUM TO CLIENT RE SAME. | 06/09/2015 | 0:36 | 350.00 | 210.00 |
| MW<br>REVIEW AND RESPOND TO NUMEROUS EMAILS. | 06/23/2015 | 0:30 | 350.00 | 175.00 |
| COURTS - USDC CA - FILING DOCUMENT 2 | 06/25/2015 | | 325.00 | 325.00 |
| COURTS - USDC CA - FILING DOCUMENT 1 | 06/25/2015 | | 325.00 | 325.00 |
| MW<br>CALL WITH KELLY AND PREPARE QUESTIONS. CONFER WITH JOHN ADAMS. REVIEW COMPLAINT. | 06/26/2015 | 1:24 | 350.00 | 490.00 |
| KS<br>PREPARE APPLICATIONS FOR CHARLENE KOONCE, DAVID DYER, AND KELLY CRAWFORD FOR FEDERAL FILING TO APPEAR PRO HAC VICE; FILE SAME. | 06/26/2015 | 1:00 | 250.00 | 250.00 |
| COURTS - USDC CA - FILING DOCUMENT 4 | 06/26/2015 | | 325.00 | 325.00 |
| COURTS - USDC CA - FILING DOCUMENT 3 | 06/26/2015 | | 325.00 | 325.00 |

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>READ AND REVIEW ALL DOCUMENTS AND CORRESPONDENCE PROVIDED/FILED TO DATE. | 06/27/2015 | 0:42 | 350.00 | 245.00 |
| FIRST LEGAL NETWORK ORDER #2722931 - USDC LOS ANGELES | 06/29/2015 | | 31.34 | 31.34 |
| TV<br>READ AND REVIEW PLAINTIFF'S MOTION TO CLARIFY; PREPARATION OF NOTICE OF APPEARANCE. | 06/30/2015 | 0:12 | 350.00 | 70.00 |
| TV<br>TELEPHONE DISCUSSIONS WITH COUNSEL FOR OZ MIZRAHI; TELEPHONE DISCUSSION WITH CLIENT RE SAME; PREPARE CORRESPONDENCE TO RECEIVER, RECEIVER'S COUNSEL, MIZRAHI'S COUNSEL RE SCHEDULING CALL. | 07/01/2015 | 0:42 | 350.00 | 245.00 |
| TV<br>REVIEW AND REVISE EVALUATION MEMORANDUM RE WITNESS INTERVIEW (BOND). | 07/01/2015 | 0:24 | 350.00 | 140.00 |
| TV<br>COORDINATE DEPOSITION ARRANGEMENTS. | 07/02/2015 | 0:24 | 350.00 | 140.00 |
| KS<br>REVIEW AND ANALYZE EMAIL CORRESPONDENCE RE NOTICE OF STAY; FILE SAME. | 07/06/2015 | 0:06 | 225.00 | 22.50 |
| TV<br>REVIEW NOTICE OF STAY; EVALUATE STRATEGY RE REVISING AND FILING SAME. | 07/06/2015 | 0:30 | 350.00 | 175.00 |
| FIRST LEGAL NETWORK ORDER #2728806 - LASC GLENDALE | 07/06/2015 | | 60.48 | 60.48 |
| FIRST LEGAL NETWORK ORDER #2727437 - USDC LOS ANGELES | 07/06/2015 | | 23.98 | 23.98 |
| KS<br>REVIEW AND ANALYZE CASE FILINGS. | 07/07/2015 | 0:30 | 225.00 | 112.50 |
| TV<br>READ AND REIVEW ORDERS RE ORDERS TO SHOW CAUSE AND APPEAR. | 07/07/2015 | 0:06 | 350.00 | 35.00 |
| TV<br>REVIEW OPPOSITION RE EX PARTE APPLICATION TO VACATE OSC. | 07/09/2015 | 0:06 | 350.00 | 35.00 |
| TV<br>READ AND REVIEW REPLY ISO EX PARTE APPLICATION TO VACATE OSC. | 07/10/2015 | 0:06 | 350.00 | 35.00 |

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>READ AND REVIEW ANSWERS TO COMPLAINT BY NOTTE AND REUVENI; READ AND REVIEW OBJECTIONS TO ORDER TO SET OR RESET HEARING; READ AND REVIEW ORDER DENYING APPLICATION TO VACATE OSC. | 07/10/2015 | 0:06 | 350.00 | 35.00 |
| KS<br>REVIEW AND ANALYZE CASE FILINGS. | 07/10/2015 | 0:12 | 225.00 | 45.00 |
| TV<br>READ AND REVIEW EX PARTE APPLICATION FRO RELIEVE FROM TRO (LATSANOVSKI AND CALENERGY), RESPONSE T OEX PARTE APP FOR RELIEF FROM TRO, AND DECLARATION OF KOONCE. | 07/16/2015 | 0:12 | 350.00 | 70.00 |
| TV<br>READ AND REVIEW OPPOSITION TO EX PARTE APPLICATION FOR RELIEF FROM TRO, REPLY, AND STIPULATION TO ENTER PRELIMINARY INJUNCTION AS TO NOTTEA AND REUVENI. | 07/17/2015 | 0:06 | 350.00 | 35.00 |
| TV<br>READ AND REVIEW JOINT STATUS REPORT. | 07/22/2015 | 0:06 | 350.00 | 35.00 |
| KS<br>REVIEW AND ANALYZE CASE FILINGS. | 07/27/2015 | 0:30 | 225.00 | 112.50 |
| TV<br>READ AND REVIEW CIVIL MINUTES RE STATUS CONFERENCE, ORDER ON STIP TO ENTER PRELIMINARY INJUNCTION, OPPOSITION RE PRELIMINARY INJUNCTION AND SUPPORTING DECLARATIONS. | 07/27/2015 | 0:06 | 350.00 | 35.00 |
| TV<br>REVIEW MOTION FOR ORDER AUTHORIZING GOOGLE TO RELEASE E-INFO RE NOTTEA. | 07/28/2015 | 0:06 | 350.00 | 35.00 |
| TV<br>READ AND REVIEW AMENDED ANSWERS BY NOTTEA, REUVENI; REVIEW REPLY ISO PRELIMINARY INJUNCTION (LATSANOVSKI AND CALENERGY). | 07/31/2015 | 0:12 | 350.00 | 70.00 |
| KS<br>REVIEW AND ANALYZE CASE FILINGS. | 08/04/2015 | 0:30 | 225.00 | 112.50 |
| TV<br>READ AND REVIEW RECEIVER'S INITIAL REPORT | 08/04/2015 | 0:30 | 350.00 | 175.00 |

| TOTAL DUE | $4,835.80 |

# First Legal Network LLC

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

*** REPRINT ***

## INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10005146 | 81990 |
| Invoice Date | Total Due |
| 7/15/15 | 347.80 |

ABRAMS GARFINKEL MARGOLIS BERGSON
ATTN: MARCUS GAN

BILLING/

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/06/15 | 2727437 | RSH | ABRAMS GARFINKEL MARGOLIS BERGSON  5900 WISHIRE BLVD.  LOS ANGELES    CA 90036  Caller: Jason Goulet  2:15-CV-4527-GW(PLAX)  FTC V BUNZAI MEDIA GROUP  PRO HAC  Signed: del | USDC-LOS ANGELES  312 NORTH SPRING STREET  LOS ANGELES    CA 90012-4719  PLS DELVR CC'S TO  CRT-10 BY NOON  Ref: SCHEEF | Base Chg : 22.00  Fuel Chg : 1.98 | 23.98 |
| DELIVERY-RUSH VEHICLE | | | | | | |
| 7/06/15 | 2728806 | REF ERT | ABRAMS GARFINKEL MARGOLIS BERGSON  5900 WISHIRE BLVD.  LOS ANGELES    CA 90036  Caller: Jason Goulet  EC062856  SBM MANAGEMENT  NTC  Signed: filed | LASC-GLENDALE  600 EAST BROADWAY  GLENDALE    CA 91206  FILE/CONFORM/RETURN  Ref: SCHEEF | Base Chg : 42.50  Return : 10.00  Addt'lChgs : 3.25  Fuel Chg : 4.73 | 60.48 |
| FILING-REGULAR VEHICLE | | | | | | |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**



**First Legal Network LLC**
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

*** REPRINT ***

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10005146 | 81990 |
| Invoice Date | Total Due |
| 7/15/15 | 347.80 |

ABRAMS GARFINKEL MARGOLIS BERGSON
ATTN: MARCUS GAN
5900 WISHIRE BLVD., STE. 2250
LOS ANGELES, CA 90036

BILLING/PAYMENT QUESTIONS
BILLING DEPT(213)213-2631

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81990 | 10005146 | 7/15/15 | 347.80 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/14/15 | 2736873 | RSF RET | ABRAMS GARFINKEL MARGOLIS BERGSON     LASC-LOS ANGELES         Base Chg : 30.00 | | 32.70 |
| FILING-RUSH | | VEHICLE | 5900 WISHIRE BLVD.                    111 NORTH HILL STREET    Fuel Chg :  2.70 | | |
| | | | LOS ANGELES     CA 90036              LOS ANGELES     CA 90012 | | |
| | | | Caller: Jason Goulet    Wait:  21 Min | | |
| | | |                                        FILE/CONFORM/RETURN | | |
| | | | HINDLE V BERZINS | | |
| | | | SUMMONS & COMPLAINT | | |
| | | | Signed: FILED/ror            Ref: HINDLE | | |

*** REPRINT ***    Total    347.80

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network LLC**

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

TAX ID# 27-3093840

# INVOICE

| 10003525 | 81990 |
|---|---|
| 6/30/15 | 123.45 |

ABRAMS GARFINKEL MARGOLIS BERGSON
ATTN: MARCUS GAN
5900 WISHIRE BLVD., STE. 2250
LOS ANGELES, CA 90036

BILLING/PAYMENT QUESTIONS
BILLING DEPT (213) 213-2631

| | 81990 | 10003525 | 6/30/15 | 123.45 | 1 | | |
|---|---|---|---|---|---|---|---|
| 6/29/15 DELIVERY-ASAP VEHICLE | 2722931 | ASP | ABRAMS GARFINKEL MARGOLIS BERGSON 5900 WISHIRE BLVD. LOS ANGELES CA 90036 Caller: Jason Goulet  Signed: del | USDC-LOS ANGELES 312 NORTH SPRING STREET LOS ANGELES CA 90012-4719  PLS DELVR CC'S TO JUDGE WU BY NOON Ref: STONE | Base Chg : 28.75 Fuel Chge : 2.59 | | 31.34 |

123.45

**INVOICE PAYMENT DUE UPON RECEIPT**

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered by Ameri, Nina on 6/26/2015 at 4:22 PM PDT and filed on 6/26/2015

Case Name:    Federal Trade Commission v. Bunzai Media Group, Inc. et al

Case Number:    2:15-cv-04527-GW-PLA

Filer:    Federal Trade Commission

Document Number: 30

Docket Text:
**First APPLICATION for attorney Charlene C. Koonce to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-15988533 paid.) filed by Receiver for Plaintiff Federal Trade Commission. (Attachments: # (1) Proposed Order Granting Pro Hac Vice Application) (Ameri, Nina)**

2:15-cv-04527-GW-PLA Notice has been electronically mailed to:

Luis H Gallegos    lgallegos@ftc.gov

Marc S Harris    mharris@scheperkim.com, ptanigawa@scheperkim.com

Nina Nahal Ameri    nameri@agmblaw.com

Raymond E McKown    rmckown@ftc.gov

Reid A Tepfer    rtepfer@ftc.gov

2:15-cv-04527-GW-PLA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Pro Hac Vice.Application.Koonce.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=6/26/2015] [FileNumber=19716579-0
] [4699d0dff841556e996f996a69fae15d04a9f13771befe3e9d94728753ab1ac167d
aa27d1342391406a67dbdd701eba7a92e058980731469dea8932efb240f2f]]
**Document description:**Proposed Order Granting Pro Hac Vice Application
**Original filename:**C:\fakepath\Prop Order to Admit Attorney Pro Hac Vice.Koonce.Charlene.150626.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/26/2015] [FileNumber=19716579-1
] [8aae4399c6ac19389914f75955add902cadf224557f791e0dd32c9431af727ae629
1ae60cde05d103256e64c9a3004bc3afb27a26610a72517b5da64567c0d81]]

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered by Ameri, Nina on 6/26/2015 at 12:49 PM PDT and filed on 6/26/2015

**Case Name:** Federal Trade Commission v. Bunzai Media Group, Inc. et al

**Case Number:** 2:15-cv-04527-GW-PLA

**Filer:** Federal Trade Commission

**Document Number:** 28

**Docket Text:**
**First APPLICATION for attorney David B. Dyer to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-15985647 paid.) filed by Receiver for Plaintiff Federal Trade Commission. (Attachments: # (1) Proposed Order Granting Pro Hac Vice Application) (Ameri, Nina)**

**2:15-cv-04527-GW-PLA Notice has been electronically mailed to:**

Luis H Gallegos    lgallegos@ftc.gov

Marc S Harris    mharris@scheperkim.com, ptanigawa@scheperkim.com

Nina Nahal Ameri    nameri@agmblaw.com

Raymond E McKown    rmckown@ftc.gov

Reid A Tepfer    rtepfer@ftc.gov

**2:15-cv-04527-GW-PLA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Pro Hac Vice.Application.Dyer.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=6/26/2015] [FileNumber=19713632-0
] [83c72a877a65fa8cf280c0c751ea594f83e2184c3ef079912671e2a5d4e89092d21
f7ddf110f2252e7de8ffe2e31ac02e84d8a6bf332fb9f6607713889e74859]]

**Document description:** Proposed Order Granting Pro Hac Vice Application
**Original filename:** C:\fakepath\Prop Order to Admit Attorney Pro Hac Vice.Dyer.David.150626.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=6/26/2015] [FileNumber=19713632-1
] [17139b3ca2540e6f61b6c64eb77f9a897bcf626686721cfa9e90e0ea20f7e5b9ed5
83aa1263ea864aa4d459fdf9bba00b917f7d7aeda1d2dabefa5c4437be026]]

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Ameri, Nina on 6/25/2015 at 3:19 PM PDT and filed on 6/25/2015

| | |
|---|---|
| **Case Name:** | Federal Trade Commission v. Bunzai Media Group, Inc. et al |
| **Case Number:** | 2:15-cv-04527-GW-PLA |
| **Filer:** | Federal Trade Commission |
| **Document Number:** | 27 |

**Docket Text:**
**APPLICATION for attorney Charlene Koonce; David Dyer; Kelly Crawford to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-15979453 paid.) filed by Local Counsel Federal Trade Commission. (Attorney Nina Nahal Ameri added to party Federal Trade Commission(pty:pla)) (Ameri, Nina)**

**2:15-cv-04527-GW-PLA Notice has been electronically mailed to:**

Luis H Gallegos     lgallegos@ftc.gov

Marc S Harris     mharris@scheperkim.com, ptanigawa@scheperkim.com

Nina Nahal Ameri     nameri@agmblaw.com

Raymond E McKown     rmckown@ftc.gov

Reid A Tepfer     rtepfer@ftc.gov

**2:15-cv-04527-GW-PLA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2015_06_25_11_28_45.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=6/25/2015] [FileNumber=19707887-0] [87c935c6c091fd241ca1f631d6910528b231e999f02c86ecff317db8f8d55c16fe6bbe4b1a82e85b11651936cd5519b58cd6da0dc89533d63bfc6f1ae4bcea9c]]

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered by Ameri, Nina on 6/25/2015 at 3:19 PM PDT and filed on 6/25/2015
**Case Name:**     Federal Trade Commission v. Bunzai Media Group, Inc. et al
**Case Number:**   2:15-cv-04527-GW-PLA
**Filer:**         Federal Trade Commission
**Document Number:** 27

**Docket Text:**
**APPLICATION for attorney Charlene Koonce; David Dyer; Kelly Crawford to Appear Pro Hac Vice (PHV Fee of $325 receipt number 0973-15979453 paid.) filed by Local Counsel Federal Trade Commission. (Attorney Nina Nahal Ameri added to party Federal Trade Commission(pty:pla)) (Ameri, Nina)**

**2:15-cv-04527-GW-PLA Notice has been electronically mailed to:**

Luis H Gallegos     lgallegos@ftc.gov

Marc S Harris     mharris@scheperkim.com, ptanigawa@scheperkim.com

Nina Nahal Ameri     nameri@agmblaw.com

Raymond E McKown     rmckown@ftc.gov

Reid A Tepfer     rtepfer@ftc.gov

**2:15-cv-04527-GW-PLA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2015_06_25_11_28_45.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/25/2015] [FileNumber=19707887-0
] [87c935c6c091fd241ca1f631d6910528b231e999f02c86ecff317db8f8d55c16fe6
bbe4b1a82e85b11651936cd5519b58cd6da0dc89533d63bfc6f1ae4bcea9c]]