

# BRANDLIN
## AND ASSOCIATES



EXHIBIT

F

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard St, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13613

Legend for invoice as follows:

JEB – Jeffrey E. Brandlin

DRB – David R. Bell

JN – Jinyong Na

RL – Richard Lieu

ZB – Zella Belenkaya

# Brandlin & Associates

Accountancy Corporation
1801 Century Park East, Suite 1040
Los Angeles, CA  90067
(310) 789-1777

August 05, 2015

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas TX 75201

In Reference To:Bunzai Media et al

Invoice #13613

---

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/2015 | RL | Prepared running list of bank accounts per inspection of check books and bank statements. | 3.25 275.00/hr | 893.75 |
|  | DRB | Arrival: 9:30AM PST. Onsite meeting at Howard Johnson's with Charlene Koonce and associates. Discussed approach and procedures - waited for law enforcement officers. Travel to Bunzai Media Group, Inc. office in Reseda, CA. Gained entry and started investigation of defendant's office space. Searched office drawers, cabinets, file cabinets, etc. inspecting documentation for bank records. Identified multitude of banking records (Wells Fargo and Bank of America check books, and debit and credit cards). Imaged and scheduled banking records and organized information for Charlene Koonce. Various discussions with individuals partaking in onsite physical inspections. Departure Time: 8:00PM PST. | 10.50 410.00/hr | 4,305.00 |
|  | RL | Inspected physical documents within office and made photocopies of important files. | 4.75 275.00/hr | 1,306.25 |
|  | ZB | Met at Howard Johnson Hotel with Charlene Koonce and associates and FTC representatives. Participated in taking over the Bunzai Media offices. Inspected physical documents in Doron Nottea's office and made photocopies of important files (1099 forms, W-9 Forms, personal and corporate tax returns, UMS Banking documents and merchant agreements) and check books. Prepared list of bank accounts per inspection of various check books (Wells Fargo, Bank of America, Citibank, HSBC and Chase). Communicated the findings with David Dyer and Charlene Koonce. Attempted to apply for the new EIN number for the receivership defendants online. | 10.50 125.00/hr | 1,312.50 |
|  | JEB | Meet at Howard Johnson Hotel and discuss duties, approach focus and priorities.  Meet and confer with FTC Representatives (Luis Gallegos, Reid Tepfer and Brent McPeek), Charlene Koonce, Kelly | 10.50 450.00/hr | 4,725.00 |

Charlene Koonce, Partner                                                                                          Page       2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Crawford, Will Hester, Mitch Little, Leslie Sanderson, etc.  Attend takeover and control Doron Nottea's (DN's) office.  Prevent DN from accessing his office, etc.;  coordinate with law enforcement - LAPD. Search drawers and files located in DN's office. Secure cash discovered.  Inventory cash with assistance and observation from LAPD. Turnover cash to Will Hester (~ $3,650, plus loose change). Locate and secure DN's safe deposit box key - turnover to Charlene Koonce. Follow up on various leads developed from data discovered. Coordinate findings and update information with Charlene Koonce, Mitch Little, Kelly Crawford. Inspect the other 2 locations trying to determine the location of the accounting records. Preview various computer files and delegate the review of the files to other members of Brandlin and Associates. Coordinate the activities of David Bell, Richard Lieu and Zella Belenkaya. Assist with the location of numerous bank accounts and supervise the completion of the bank account log. Circulate the account log with other members of the team. Search files for program copies of QuickBooks. |  |  |
| 6/19/2015 | RL | Exported Quickbooks files and prepared summary charts of cash receipts and disbursements for each available entity. | 7.75 275.00/hr | 2,131.25 |
|  | ZB | After making several unsuccessful attempts to apply for the new EIN number for the multiples receivership defendants online, prepared the SS-4 application for EIN number for Calenergy in PDF format and emailed it to Charlene Koonce for her signature to apply by fax. Conferred with Kelly Crawford regarding confirmation of the Bank of America accounts freeze and the password spreadsheet on IMAC computer to access the QuickBooks and marketing files. Assisted Richard Lieu in Exporting the transaction details from Quickbooks files for the preparation of the summary charts of cash receipts and disbursements for each available entity. | 10.00 125.00/hr | 1,250.00 |
|  | JEB | Review various emails summarizing developments discovered overnight.  Develop strategy and priority with Charlene for the deployment of Brandlin and Associates resources.  Communicate strategy to Richard Lieu , David Bell  and Zella Belenkaya. Clear schedule for the day. Review the operating schematics developed overnight. Review Excel schedules located by Mitch Little and posted to DropBox. Various phone call with Brandlin and Associates team on site directing efforts to summarize the QuickBooks records for ~ 20 different entities and develop a summary for each. Various phone call with Charlene Koonce regarding status of our fieldwork and suggested work approach. | 3.75 450.00/hr | 1,687.50 |
| 6/20/2015 | JEB | Fieldwork including attempts to log into the various online transaction services including Mobooka. Contact customer support (Mitchell Dolan @ 407 574 1422).   Coordinate with Charlene Koonce. Arrange to delete current users and obtain usernames and passwords for various members of the team. Follow up with Richard Lieu and Zella Belenkaya regarding Passwords for other accounts and status of setting up bank and credit card log. Review | 8.83 450.00/hr | 3,973.50 |

Charlene Koonce, Partner

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | summaries and details of the All-Star Beauty Products and Agoa Holdings Inc's  activity and the Combined 2015 excel file. Review approximately 4 boxes of files for relevant  data and organize for subsequent follow up. | | |
| 6/21/2015 | RL | Prepared summary of cash payments between entities. | 2.25 275.00/hr | 618.75 |
| | RL | Inspected Quickbooks and bank statements for lease payments. | 0.75 275.00/hr | 206.25 |
| | RL | Prepared reconciliation between bank statement and Quickbooks file for Kai Media Inc. | 0.75 275.00/hr | 206.25 |
| | RL | Prepared master list of entities, bank accounts, Quickbooks files, passwords. | 1.25 275.00/hr | 343.75 |
| | JEB | Analyze bank records for Focus Media. Download bank records from Wells Fargo Bank for the period between Jan 1 2014 and June  19, 2015. Analze the cash receipts and disbursements, sort and cut data in various ways to facilitate analysis. Read and respond to numerous emails including  counsel and Brandlin and Associates team as well as defendants' counsel. | 6.25 450.00/hr | 2,812.50 |
| 6/22/2015 | ZB | Continued inspecting the physical documents in Doron Nottea's office and making photocopies of the relevant documents and credit cards in multiple black books for various defendant entities. Compared EIN numbers on the Brandi McKay's Entities/Individuals list with the ones found in Doron Nottea's office, added them to the list and sent it back to Brandi. Communicated with Richard Lieu and Jinyong Na re additional documents found in defendant's office. | 5.50 125.00/hr | 687.50 |
| | JN | Updated entity and account master sheet - inputting credit card info, and bank account info per hardcopies at location 105-I. | 9.00 215.00/hr | 1,935.00 |
| | JEB | Phone call with Richard Lieu regarding issues and questions raised by counsel.  Review and respond as necessary to 30 emails transmitted during the day.  Folllow up with Richard Lieu. | 2.25 450.00/hr | 1,012.50 |
| | RL | Responded to attorney inquiries regarding existence of certain transactions. | 2.25 275.00/hr | 618.75 |
| | RL | Prepared reconciliation between bank statement and Quickbooks files for AMD Financial Network Inc, Dynamic Media Holdings Inc, Insight Media, Lifestyle Media Brands Inc, Pinnacle Logistics Inc, SBM Management Inc. | 5.25 275.00/hr | 1,443.75 |

Charlene Koonce, Partner                                                                Page      4

|            |     |                                                                                                                                                                                                                  | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 6/22/2015  | RL  | Updated master list of entities, bank accounts, Quickbooks files, passwords with additional electronic files extracted from computers.                                                                            | 1.50 275.00/hr    | 412.50    |
| 6/23/2015  | JEB | Fieldwork at Reseda location. Follow up on various outstanding items. Review and respond to approximately 30 emails inbound during the day. Office conference with Richard Lieu regarding status and progress. Review the summaries to date and study flow of funds for the various entities. | 7.50 450.00/hr    | 3,375.00  |
|            | JN  | Reviewed hardcopy files in Doron's office at 105-I-1; capturing relevant info to the master entity and CC schedule; taking note on files deemd important for presentation to the attorney.                        | 1.50 215.00/hr    | 322.50    |
|            | JN  | Reviewed hardcopy files in Doron's office at 105-I-3; capturing relevant info to the master entity and CC schedule; taking note on files deemd important for presentation to the attorney.                        | 2.75 215.00/hr    | 591.25    |
|            | JN  | Reviewed hardcopy files in Doron's office at 105-I-4; capturing relevant info to the master entity and CC schedule; taking note on files deemd important for presentation to the attorney.                        | 4.25 215.00/hr    | 913.75    |
|            | JN  | Consolidated different versions of master entity list into one to capture notes and updates from both Jinyong Na and Richard Lieu.                                                                                | 1.50 215.00/hr    | 322.50    |
|            | RL  | Searched for former employee contact information.                                                                                                                                                                | 1.25 275.00/hr    | 343.75    |
|            | RL  | Prepared summary of cash disbursements to Cal Energy.                                                                                                                                                             | 0.50 275.00/hr    | 137.50    |
|            | RL  | Prepared summary of significant cash receipts and disbursements for Agoa Holdings Inc, All-star Beauty Products Inc, AMD Financial Network, Daria Media, DMA Media Holdings Inc, Dynamic Media Inc, Focus Media Solutions Inc. | 5.50 275.00/hr    | 1,512.50  |
|            | RL  | Prepared summary of revenue from campaigns on Mobooka.                                                                                                                                                            | 0.50 275.00/hr    | 137.50    |
|            | RL  | Responded to attorney inquiries regarding existence of certain transactions.                                                                                                                                     | 1.25 275.00/hr    | 343.75    |
| 6/24/2015  | JN  | Compiled 1099 for various entities into one worksheet per pdf copies found in Dorron's IMAC.                                                                                                                      | 4.50 215.00/hr    | 967.50    |
|            | RL  | Prepared summary of significant cash receipts and disbursements for Heritage Alliance Group Inc, Insight Media Inc, Ipoint Vision Inc, Kai Media Inc, Lifestyle Media Brands Inc, Media Urge, MLG Group, Optimized Media Services Inc, Pinnacle Logistics, | 7.75 275.00/hr    | 2,131.25  |

Charlene Koonce, Partner                                                                 Page      5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2015 | RL | Updated master list of entities, bank accounts, Quickbooks files, passwords. | 0.50 275.00/hr | 137.50 |
|  | RL | Prepared summary of cash receipts and disbursements to Chargeback Armor. | 1.25 275.00/hr | 343.75 |
|  | JEB | Office conference with Richard Lieu & Jinyong Na to discuss progress to date.  Review requests from counsel and see where we stand in responding.  Discuss findings to date and get an overview of the operations from the internet through cash receipts and then distributions to beneficiaries.  Discuss best way to proceed and direct Richard & Jinyong accordingly.  Develop basic schematics to layout operations.  PCW with David Dyer re depo with David Davidian, CPA. Phone call with Mitch Little regarding new schematic and conference call to discuss the structure and flow of funds. | 10.25 450.00/hr | 4,612.50 |
|  | JN | Reviewed Doron's iMAC file download. | 1.00 215.00/hr | 215.00 |
|  | JN | Tele-conference with the attoney to go over the flowchart. | 1.00 215.00/hr | 215.00 |
|  | JN | Discussed findings so far and planned for further analysis- flow chart, merchant account. etc. | 1.00 215.00/hr | 215.00 |
|  | JN | Merchant account analysis - web download to summary recap. | 2.50 215.00/hr | 537.50 |
| 6/25/2015 | RL | Prepared summary of significant cash receipts and disbursements for Safehaven Ventures Inc, SBM Management Inc, Secured Merchants LLC, Shalita Holdings Inc, Zen Mobile Media. | 4.25 275.00/hr | 1,168.75 |
|  | JN | Dynamic Media  Amex charge analysis. | 2.00 215.00/hr | 430.00 |
|  | RL | Prepared Excel flowchart of funds between entities. | 4.25 275.00/hr | 1,168.75 |
|  | RL | Call with Mitch Little and Jeff Brandlin to discuss structure of operations. | 0.75 275.00/hr | 206.25 |
|  | JEB | Fieldwork at Canby. Review of $600K of AMEX charges for Focus Media Solutions. Identify payments of Dynamic Media's AMEX charges by FMS. Note the charges related to PayPal, Google charges etc.  Why is DM paying PayPal in round amounts? Identify that QuickBooks is not capturing all the details of the disbursements. Phone call with Charlene regarding report draft and outline. Conference call with  legal team regarding payments on Bank of America account to Wells Fargo Bank for $10,000.  Discuss nature, implications, reasoning, etc.  Follow up with Mitch Little regarding signature stamp and provide exemplars.  Provide | 12.25 450.00/hr | 5,512.50 |

Charlene Koonce, Partner                                                                          Page      6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Mitch Little copies of all Credit Cards and Debit cards. Phone call with David Dyer regarding call with David Davidian, CPA for entities. Develop a question list to review with David and counsel for Receiver. Preparation and participation on call with Davidian for ~2.0 hours reviewing entities, services performed, primary contact, production of his client files, develop a prioritized list of data requested by entity, etc. Phone call with Charlene regarding report components and our participation and contribution.  Office conference with David Bell and Richard Lieu regarding approach and responsibilities. Format of data assembled and prepare for data requested. Review the Davidian info and reconcile data to the Excel spreadsheet with related entities. Develop data for Charlene Koonce's report on dormant entities to be filed with the court on June 29, 2015. Read, review and respond to approximately 40 emails throughout the day. |  |  |
| 6/25/2015 | JN | Supported finding documents to further discussions with the attorney. | 1.00 215.00/hr | 215.00 |
|  | DRB | Onsite Fieldwork. Arrived at 9:30AM PST. Inspection of QuickBooks records. Downloaded P&L and balance sheets for respective entities (e.g., Agoa Holdings, AMD Financial, Kai Media , et al.). Discussions with Jeff Brandlin and Richard Lieu regarding inactive entities. Teleconference with Jeff Brandlin and David Dyer regarding scheduled call with David Davidian, CPA. Prepared question outline for David Davidian, CPA and emailed to Jeff Brandlin. Teleconference with David Davidian regarding his involvement with the defendant. Further investigation into QuickBooks accounts (i.e., inception dates, nature and volume of transactions, etc.) Departed 8:00PM PST. | 9.75 410.00/hr | 3,997.50 |
|  | RL | Prepared request list for David Davidian, CPA. | 0.75 275.00/hr | 206.25 |
|  | ZB | Compiled the photocopies of the defendants' credit cards by entity and bank, scanned and emailed them to Mitch Little. Reviewed the EIN list, made additions and emailed the revised list to Brandi McKay. Comminicated with Jinyong Na regarding cross referencing Master Entities List for EIN numbers. | 2.50 125.00/hr | 312.50 |
|  | JN | EIN research and updates. | 2.50 215.00/hr | 537.50 |
|  | JN | Focus Media's dibursement completeness test per review of QB and Wells Fargo accounts. | 2.00 215.00/hr | 430.00 |
|  | JN | Focus disbusement review of detail and searching Doron's iMAC download for support. | 2.00 215.00/hr | 430.00 |
| 6/26/2015 | JEB | Read, review and cross reference to supporting work papers comments presented in the Receiver's Report Regarding Non-Stipulating Defendants to the court. Review and edit Exhibit I | 11.75 450.00/hr | 5,287.50 |

Charlene Koonce, Partner

Page   7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | to the Receiver's Report. Cross reference information from the Davidian interview to the Receivers Report. Conference call with Charlene and Richard Lieu regarding modifications to most recent presentation and presentation of recent information. Update our schedule to parse the activity from Jan 1 thru June 2015. Identify entities and accounts for which we have no online access to and submit to Charlene for follow up with the Defendants. Review and inventory the data in uploaded to the Davidian website portal and report to David Dyer the status of our request of 062515. Deal with the QuickBooks Tech Support issues after the User Name was changed. Review and respond to the ~ 70 emails and requests for data. Follow up on data requests for the Non-Stipulating Defendants. Follow up on subsequent downloads from the Davidian portal. |  |  |
| 6/26/2015 | RL | Prepared document tracker for requests for David Davidian, CPA. | 0.50 275.00/hr | 137.50 |
|  | JN | Transferred bank account and status in Word doc format into the Excel format and reorganized per attoney's request. | 3.25 215.00/hr | 698.75 |
|  | ZB | Reviewed and updated the Entities/Individuals list for EIN numbers. | 0.50 125.00/hr | 62.50 |
|  | DRB | Onsite Fieldwork. Arrived at 9:15AM PST. Continued down loading of respective income statements and balance sheets for defendant entities (2014 and 2015). Investigation into QuickBooks transactions for accounts available online. Downloaded and saved historical income statements and balance sheets for "Inactive Entities." Teleconferences / discussions with Charlene Koonce, Jeff Brandlin, Richard Lieu and Jinyong Na. Discussions with QuickBooks Technical Support regarding missing SBM entities (3.25 hours). Departed 7:30PM PST. | 8.75 410.00/hr | 3,587.50 |
|  | JN | Reviewed and inputted UMS Banking info (hard copy and pdf files in Doron's IMAC) while cross referencing exisiting data on EIN for defendants. Also crossed referenced entities against Master Entities List. | 6.75 215.00/hr | 1,451.25 |
|  | RL | Prepared summary of significant cash receipts and disbursements, chargeback statistics, last transaction date, 2015 deposits, profit & loss, and bank balances for dissolved entities. | 6.75 275.00/hr | 1,856.25 |
|  | RL | Inspected hard copy electronic SBM checks online for signature details. | 0.50 275.00/hr | 137.50 |
| 6/27/2015 | JEB | Review of emails regarding CalEnergy money laundering. Review schematic and develop plan to assess. Various phone calls with David Bell regarding strategy, approach, etc., and impact of evidence. | 2.25 450.00/hr | 1,012.50 |

Charlene Koonce, Partner                                                                  Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2015 | DRB | Read and evaluated incoming emails from Charlene Koonce, Mitch Little and Jeff Brandlin. Teleconference with Jeff Brandlin. Teleconference with Charlene Koonce regarding Receiver report format and QuickBooks items. Formatted pivot tables (inserted transaction "Year") for periods of cash receipts and disbursements (2014 vs. 2015) - per Ms. Koonce's request. | 4.25 410.00/hr | 1,742.50 |
| 6/28/2015 | DRB | Read and evaluated incoming emails from Charlene Koonce, et al. Teleconference with Charlene Koonce, Mitch Little, David Dyer & Kelly Crawford. Discussed potential money laundering scheme / flowchart. Teleconference with Jinyong Na regarding bank account access. | 2.25 410.00/hr | 922.50 |
| | JN | Updated Entity and Account Master sheet and Defendant's EIN# doc with new log-in information and new EIN and Account informattion. Updated and added  location links to UMS Banking Account file by Buffer Entity. Email correnspondences and phone conference for planning. Reformatted all documents to be printer-friendly. | 3.25 215.00/hr | 698.75 |
| 6/29/2015 | DRB | Onsite Fieldwork. Arrived at 9:15AM PST. Responded to Charlene Koonce's inquiry regarding Stephen L. Bauer (Heritage Alliance) Wells Fargo debit card. Evaluated pivot table results for 2014 and 2015 cash receipts and cash disbursements. Reconciled pivot table results to general ledger activity to ensure accuracy of data. Discussions with Jinyong Na regarding status and responses to incoming emails from Charlene Koonce, et al. Updated cash receipts and cash disbursements chart with revised figures. | 5.25 410.00/hr | 2,152.50 |
| | JN | Per client request to investigate suspicious payments to new entities, reviewed bank accounts for these tranactions. | 1.75 215.00/hr | 376.25 |
| | JN | Acct Freeze status correnspondence: researched accounts for Citibank and emailed Brandi regarding obtaining more detailed account level status from Citibank. | 0.50 215.00/hr | 107.50 |
| | JN | Continued updating bank acct status by defendants as new account information was sent directly to me;  manually inputted all the new merchant acct info from a word doc to excel and reformatted the data to be able to add to the master file. | 2.75 215.00/hr | 591.25 |
| | JN | Per client's request to investigate suspicious SBM payments (i.e.- BofA check payable to BofA/WF), reviewed bank accounts for traces of deposits in other related party accounts. Drafted the findings and fowarded to Jeff. Discussed the finding with Jeff. | 3.50 215.00/hr | 752.50 |
| | JN | Emailed correspondences for follow up; updated new log-in information for bank accounts and QB's. | 1.75 215.00/hr | 376.25 |

Charlene Koonce, Partner                                                                                      Page      9

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate           | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 6/29/2015  | JEB | Fieldwork at Canby. Follow up on ~ 30emails sent over the weekend.  Catch up with David Bell on the status of QB's files and being locked out late last week.  Analyze the banking activity for 2 of the Igor Latsanovski accounts - Sunset Holdings (C2869829227 - XXXXXX9222) - From Account Inception (i.e., January 21, 2015) through June 29, 2015 & CalEnergy (Cal1433608997 - XXXXXX8997) - From Account Inception (i.e., December 2, 2013) through June 29, 2015. Note that Sunset had ~ 150 deposits and receipts and CalEnergy had ~ 500  cash receipts and disbursements. Note that Sunset Holdings took in $7.6MM - $4.6MM from CalEnergy and ~ $3.0MM from what appear to be 3rd party capital sources and spent ~ $5.2MM in what appear to be real estate acquisitions. Note that CalEnergy took in $8.9MM - $7.1MM from Danske Bank & Traska Bank, ~$900K from suspicious sources, & $950K from the D's.  Record various transactions for evidentiary purposes. Followup on ~ 40 emails. | 12.25 450.00/hr    | 5,512.50   |
| 6/30/2015  | JN  | Created Owed Wages to Employees schedule per client's request.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.75 215.00/hr     | 161.25     |
|            | JN  | Reviewed new emailed requests from the client. Created an excel spreadsheet logging in new emailed request.                                                                                                                                                                                                                                                                                                                                                                                                                                                     | 0.50 215.00/hr     | 107.50     |
|            | ZB  | Assisted David Bell in updating cash receipts and cash disbursements chart for defendant and non-defendant entities.                                                                                                                                                                                                                                                                                                                                                                                                                                            | 5.25 125.00/hr     | 656.25     |
|            | JN  | Status update meeting with David-discussed new, pending, and completed deliverables.                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | 0.75 215.00/hr     | 161.25     |
|            | JN  | Printed out examples of direct client requests and presented to David and Jeff.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.25 215.00/hr     | 53.75      |
|            | JN  | Planning meeting and conference call with the client to dicuss status and new requests.                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | 0.25 215.00/hr     | 53.75      |
|            | JN  | Reviewed new emails regarding Asset Freeze Status and updated Asset Freeze Status for Chase accounts. Researched known Chase accounts and emailed Brandi regarding obtaining more information from Chase for account information by account and name of account holder.                                                                                                                                                                                                                                                                                            | 1.25 215.00/hr     | 268.75     |
|            | JEB | Fieldwork at Canby. Analysis of the CalEnergy accounts (2 - approx 500 transactions since 013115) . Analyze activity of the Rilend bank accounts (2 accounts - approx 50 transactions). Coordinate summary with David Bell.  Coordinate banking control with Jinyong Na. Follow up on 25 emails.                                                                                                                                                                                                                                                                  | 12.25 450.00/hr    | 5,512.50   |
|            | JN  | Reconcilied Agoa Holdings's Wells Fargo account detail to QuickBooks.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 3.00 215.00/hr     | 645.00     |

Charlene Koonce, Partner                                                                    Page   10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2015 | JN | Asset Freeze updates from First National and First Citizen - logged and updated the schedules. | 0.25 215.00/hr | 53.75 |
|  | JN | Per client's request to flag and log-in suspicious check, downloaded and saved check copies from Wells Fargo accounts for defendants and other related entities. | 4.25 215.00/hr | 913.75 |
|  | DRB | Onsite Fieldwork. Arrived at 9:15AM PST. Continued updating cash receipts and cash disbursements chart for defendant and non-defendant entities. Expanded list for additional entities that received and disbursed funds. Accessed QuickBooks for other potential entities based on identification of various documentation containing user name and passwords. Read incoming emails from Charlene Koonce, et al. and discussions with Jinyong Na regarding responses in progress. | 7.25 410.00/hr | 2,972.50 |
| 7/1/2015 | JEB | Fieldwork at Canby. Update on access to online bank accounts. Strategize with David Bell regarding approach. Review the summary of activity of both stipulating and non-stipulating Defendants. Analysis of the CalEnergy accounts pre May 5, 2015 and post May 5, 2015. Follow up on ~ 15 emails. | 10.75 450.00/hr | 4,837.50 |
|  | ZB | Continued updating cash receipts and cash disbursements chart for defendant and non-defendant entities. | 7.75 125.00/hr | 968.75 |
|  | JN | Downloaded and electronically tagged SBM's Wells Fargo checks for 2014-2015. Performed analysis by payee and created a report with check images. | 8.75 215.00/hr | 1,881.25 |
|  | JN | Investigated BofA log in issues. Checked each BofA accounts to verify the user id and noted security check issues to be folllowed up with the client. | 0.75 215.00/hr | 161.25 |
|  | DRB | Onsite Fieldwork. Arrived at 10:00AM PST. Continued updating cash receipts and cash disbursements chart. Reviewed QuickBooks financial statements and scheduled summary P&L results (revenues, expenses and net income (loss)). Included chargeback expenses and computed comparative chargeback ratios. Discussions with Jeff Brandlin and Jinyong Na regarding results of preliminary investigation. Inspection of Wells Fargo online accounts with Jinyong Na regarding nature of items. Reviewed Jinyong Na work product in anticipation of inclusion to forensic accounting report. | 5.50 410.00/hr | 2,255.00 |
| 7/2/2015 | JN | Made a call with a Bank of America branch manager to inquire about obtaining online access to defendant entities and related parties' with the court order. | 0.25 215.00/hr | 53.75 |
|  | JN | Asset Freeze updates from Wells Fargo -manually inputted accounts, account holders, and amount per Wells Fargo asset freeze letter to excel and reformatted the data to be able to add to the master file. Followed up with the client on open items. Updated | 4.75 215.00/hr | 1,021.25 |

Charlene Koonce, Partner

Page   11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | the schedule and fowarded the latest version to the client. Read and followed up on email correspondences with the client regarding asset freeze and communications with various banks. | | |
| 7/2/2015 | JN | Dicusssed how updated flow chart should be set up. | 0.25 215.00/hr | 53.75 |
| | JN | Searched defendant's files for copies of BofA statements for applicable entities. Filed and reviewed files that were obtained. Pick a sample of transactions in order to assess the ease of traceability, transparency, and reasonableness. | 3.25 215.00/hr | 698.75 |
| | ZB | Continued updating cash receipts and cash disbursements chart for defendant and non-defendant entities. | 5.50 125.00/hr | 687.50 |
| | JEB | Update on access to BAML online bank accounts. Strategize with DRB re approach.  Conference call with Charlene regarding status and activities. Follow up on Deposition of Igor. Strategize on requests from BAML at South Pasadena Branch for David Bell's visit on 7/3/15. Various phone calls with David Bell and Jinyong Na at Canby. Follow up on 20 emails. Update on access to online bank accounts. Strategize with David Bell regarding approach. Review the summary of activity of both stipulating and non-stipulating Defendants. | 3.75 450.00/hr | 1,687.50 |
| | DRB | Onsite Fieldwork. Arrived at 9:00AM PST. Read and evaluated incoming emails from Charlene Koonce, et al. Discussions with Jinyong Na regarding formatting of flow of funds charts / schematics. Evaluation of Cal Energy and Focus Media cash flows. Reviewed and compared master entity listing and other documents received to date regarding the case to identify relationships, common ownership, and other potential oddities or wrong-doings by the defendants and related parties. Evaluated incoming bank statements and perused monthly account activity for related party activity. | 6.25 410.00/hr | 2,562.50 |
| 7/3/2015 | JEB | Analyze CalEnergy WFB accounts. Rilend account analysis. Online cut and sort of transactions in the last 6 days. Phone call with David Bell regarding visit to BAML branch in South Pasadena and progress and suggested approach. Conference call with Charlene regarding subpoena of BAML online info and access. Discuss needs for Credit Card statements and determine how personal benefit can be verified. Read, review and  analyze info on ~ 20 emails. | 5.25 450.00/hr | 2,362.50 |
| | DRB | Visited Bank of America South Pasadena Branch and discussion with branch manager (Jenny Tang) regarding access to online bank accounts. Teleconference with various internal Bank of America departments (legal and online banking) discussing case background and temporary restraining order. Documented items required by Bank of America to be submitted for online access. Teleconference with Charlene Koonce and Jeff Brandlin regarding | 1.25 410.00/hr | 512.50 |

Charlene Koonce, Partner

Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | results of meeting with branch manager. | | |
| 7/4/2015 | DRB | Prepared exhibits for Bank of America subpoena requesting online bank access. Evaluated and cross referenced documents prepared by Jinyong Na regarding known defendant's Bank of America Accounts, credit and debit cards, and accounts currently frozen by Bank of America. Eliminated duplicate accounts, listed companies and relevant information, and presented defendant and non-defendant information for inclusion with subpoena. Emailed to Charlene Koonce and Jeff Brandlin. | 3.75 410.00/hr | 1,537.50 |
| 7/5/2015 | JEB | Review  outstanding emails and respond. Follow up on various issues regarding Doron and bank accounts. Determine updated list of  bank accounts and passwords for completeness. Follow up with David Bell regarding status and priorities. | 2.75 450.00/hr | 1,237.50 |
| 7/6/2015 | JN | Reviewed First Data's and American Express Merchant account correspondence regarding merchant accounts held by the defendant entities. | 2.00 215.00/hr | 430.00 |
| | JN | Updated Asset Freeze account status with new corrrenspondences from BofA and EVO. Researched duplicated information and fowarded to the client for more clarification. | 3.50 215.00/hr | 752.50 |
| 7/7/2015 | JN | Downloaded and electronically tagged Calenergy's Wells Fargo checks for 2014-2015. Performed analysis by payee and created a report with check images. | 3.50 215.00/hr | 752.50 |
| | JN | Downloaded Rilend, Inc. Wells Fargo account acitivities into excel and performed analysis over transactions; researched other bank accounts and Doron's imac for additional support. | 2.75 215.00/hr | 591.25 |
| | JN | Downloaded and electronically tagged Rilend, Inc. Wells Fargo checks for 2014-2015. Performed analysis by payee and created a report with check images. | 3.75 215.00/hr | 806.25 |
| | JN | Per client's request researched and followed up on Calenergy's payments to Focus Media; follow up on questions concerning USM Products, Inc. | 1.25 215.00/hr | 268.75 |
| | JEB | Phone call with David Bell and Jinyong Na regarding status of various projects in process. Phone call regarding $360K transfers from Focus Media Solutions to USM. Various attempts to review online WFB accounts to trace activity and timing. Various emails to David Bell regarding clarification and follow up. Various emails to Charlene Koonce regarding status and timing. | 3.75 450.00/hr | 1,687.50 |
| | DRB | Onsite Fieldwork. Arrived at 9:30AM PST. Discussions with Jinyong Na, investigation of defendant's bank statements, merchant accounts and other cash flows of related party entities. Continued to schedule cash receipts and cash disbursements for other defendant entities. | 7.50 410.00/hr | 3,075.00 |

Charlene Koonce, Partner

Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2015 | JN | Performed analysis by payee and created a report with check images for Calenergy's Wells Fargo for 2014-2015. | 3.00 215.00/hr | 645.00 |
|  | JN | Per client's request, researched and created a schedule of frozen Wells Fargo accounts without online access and a list of all Wells Fargo accounts that we have come across that have not been frozen. | 1.50 215.00/hr | 322.50 |
|  | JN | Downloaded and electronically tagged Sunset Holdings Inc. Wells Fargo checks for 2014-2015. Performed analysis by payee and created a report with check images. | 1.25 215.00/hr | 268.75 |
| 7/9/2015 | JN | Per client's request, researched payroll records and Quickbooks ledgers to identify a person of interest. | 3.25 215.00/hr | 698.75 |
|  | JN | Asset Freeze Account status updates and correspondence. | 1.75 215.00/hr | 376.25 |
|  | JN | Analysis over D. Nottea's personal bank accounts - summarized and created rollfoward schedules and performed a reasonableness analysis. | 2.75 215.00/hr | 591.25 |
| 7/10/2015 | JEB | Fieldwork at Canby. Various discussion with Jinyong Na regarding status and objectives. Follow up on personal benefits of Doron, Allon, et al. Phone call with Charlene Koonce regarding BofA online bank account status. Follow up with David Bell regarding visit to South Pasaedena branch of BofA. Attempt to access USM WFB accounts online. Discuss status with Jinyong Na. Emails to Charlene Koonce regarding status of online account access. Collective meeting about summary of all open items. Discuss preparing summary for Charlene Koonce for her reference and follow up. Discuss and prioritize projects in process with Jinyong Na. Various attempts to review online WFB accounts to trace activity and timing.  Various emails to David Bell regarding clarification and follow up. Various emails to Charlene Koonce regarding status and timing. | 9.75 450.00/hr | 4,387.50 |
|  | JN | Analysis over D. Nottea's personal bank accounts - summarized and created rollfoward schedules and performed a reasonableness analysis. | 4.75 215.00/hr | 1,021.25 |
|  | JN | Prepared a report for Rilend to be reviewed and filed. | 1.75 215.00/hr | 376.25 |
|  | JN | Reformatted the Master Account and Entity List; Identitfied credit card and bank accounts to obtain online access. | 1.00 215.00/hr | 215.00 |
| 7/12/2015 | JEB | Review of 13 various emails regarding checks payable to banks, access to the online Bank of America accounts, garnishment of Kyle Mickle's wages at SBM by California Franchise Tax Board, | 4.75 450.00/hr | 2,137.50 |

Charlene Koonce, Partner                                                                 Page    14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Alon's / Doron's responses to various Receiver questions, Igor's representation that payments received from Defendants were principal reductions in loans made to to these entities by Igor, preparation of an overall summary report of entities bank accounts, QuickBooks files, etc. |  |  |
| 7/12/2015 | JN | Email corrrespondences - answering questions and reponding with plan of action to deliver new client's requests. | 1.50 215.00/hr | 322.50 |
|  | JN | Created Account and Entity List sorted by Entity; Identitfied credit card and bank accounts to obtain online access. | 0.75 215.00/hr | 161.25 |
|  | JN | Per client's request, performed an analysis over checks payable to "banks" by consolidating disbursements by checks from entities for which QuickBooks downloads of transactions are available. | 5.50 215.00/hr | 1,182.50 |
|  | JN | Per client's request, created a report with check copies payable to banks. | 2.50 215.00/hr | 537.50 |
| 7/13/2015 | JN | Credated Account and Entity List sorted by Entity; Identitfied credit card and bank accounts to obtain online access. | 4.50 215.00/hr | 967.50 |
|  | JN | Research Doron's "unrelated" entities. | 0.50 215.00/hr | 107.50 |
|  | JEB | Fieldwork at Canby. Follow up on **direct** payments to CalEnergy by the Defendants.   Analyze the QuickBooks records for payments from Defendants and Defendants' related entities to CalEnergy. Reconcile differences between QuickBooks data and CalEnergy's Wells Fargo Bank and Bank of America account info. Review CalEnergy's Tax Returns for evidence of loans to Defendants. Report to Receiver. Follow up on any payments to VastPay from Defendants. Review of list of 70 checks payable to banks in response to Mitch Little's request. Respond to Reid's question regarding differences between the the flow of funds to CalEnergy and SBM and the Excel schedule of payments presented on the Excel file. Reconcile Igor's loan file and report back to Receiver. Update the flow of funds presentation. Review file of video of safe deposit box contents. Follow up on Receiver's questions. | 11.75 450.00/hr | 5,287.50 |
|  | JN | Asset Freeze - status update email correspondences and file update. | 0.75 215.00/hr | 161.25 |
|  | JN | Per client's request, performed an analysis over checks payable to "banks" by consolidating disbursements by checks from entities for which QuickBooks downloads of transactions are available. Per client's request, created a report with check copies payable to banks. | 3.25 215.00/hr | 698.75 |

Charlene Koonce, Partner                                                                    Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2015 | RL | Inspected and summarized Cal Energy Inc bank account activity at Bank of America. | 1.25 275.00/hr | 343.75 |
|  | RL | Updated summary of transactions table to summarize defendants and non defendants. Added Media Urge, Adageo LLC, and iPoint Vision. | 2.75 275.00/hr | 756.25 |
|  | RL | Summarized defendant entities' sales from 2010 to 2014 using tax returns. | 2.75 275.00/hr | 756.25 |
|  | JEB | Fieldwork at Canby. Follow up on Igor's loan activity andrespond to Receiver's questions. Continued efforts to access Bank of America accounts online. Update Receiver with current issues. Organize revenues by Defendants from Defendants' tax returns and report to Receiver for consumer injury issues. Follow up on differences between the QuickBooks Defendants' info and CalEnergy's Wells Fargo Bank and Bank of America data. Follow up on Bank of America access and QuickBooks account billing issues. | 10.50 450.00/hr | 4,725.00 |
|  | JN | Coordinated with the defendan't attorney to get online access to a bank account. | 0.25 215.00/hr | 53.75 |
|  | JN | Completed the consolidated Account and Entity List sorted by Entity; Identitfied credit card and bank accounts to obtain online access by checking exisiting online account access information and following up with the client on those items with error messages. | 9.75 215.00/hr | 2,096.25 |
| 7/15/2015 | JN | Sunset Holdings Wells Fargo Analysis. | 2.00 215.00/hr | 430.00 |
|  | JN | Reviewed and updated Motti Notea's personal account rollforward prepared by Richard Lieu. | 0.25 215.00/hr | 53.75 |
|  | JN | Per client's request, created a schedule that tracks money transferred to the Receiver and disbursement made by the Receiver. | 2.25 215.00/hr | 483.75 |
|  | RL | Created summary of inflows and outflows for defendants' personal accounts. | 1.25 275.00/hr | 343.75 |
|  | JN | Email correspondencea regarding account access status and to obtain instructions on additional requests. | 1.00 215.00/hr | 215.00 |
|  | JEB | Follow up on Bank of America access. Review of Adageo Profit and Loss Statement and Balance Sheet. Report observations to Receiver. Compare Adageo financials to QuickBooks data and report variances. Review master list and forward to Receiver. Review list of revenues by Defendants from Defendants' tax returns and report to Receiver for consumer injury issues. Review of various data to provide arguments why the TRO should not be lifted against Igor, CalEnergy and Sunset Holdings. | 8.75 450.00/hr | 3,937.50 |

Charlene Koonce, Partner                                                                 Page    16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2015 | JN | Created a schedule of changes to assets and consolidated it to the asset freeze and fund balance worksheet. | 3.25 215.00/hr | 698.75 |
|  | JN | Sunset Holdings Wells Fargo Analysis - downloaded checks, logged and filed. Created a check analysis schedule. | 4.50 215.00/hr | 967.50 |
|  | RL | Call with Charlene Koonce and Jeff Brandlin to discuss status. | 0.50 275.00/hr | 137.50 |
|  | RL | Updated the outline of activity for CalEnergy Inc. | 1.25 275.00/hr | 343.75 |
|  | RL | Extracted and summarized Quickbooks data for CalEnergy Inc. | 2.25 275.00/hr | 618.75 |
|  | RL | Inspected and summarized Zen Mobile Media Inc bank account activity at Wells Fargo Bank. | 1.25 275.00/hr | 343.75 |
|  | JEB | Preparation of the outline for the Receiver for her declaration regarding CalEnergy.  Follow up on Bank of America and QuickBooks info needs. Summarize data for presentation. Review, supplement and edit various versions. Phone call with Richard regarding QuickBooks and Bank of America data and access. Summarize and incorporate in the memo. Field work at Canby. Follow up on memo outline. Cross-reference amounts and points to supporting work papers. Conference call with Charlene and David Bell regarding Bank of America online accounts situation. Review of Zen Mobile Media account activity. | 10.25 450.00/hr | 4,612.50 |
| 7/17/2015 | JEB | Fieldwork at Canby. Review Receiver's Response to Defendants request for partial release of TRO and review and cross-reference to supporting documents of Receiver Declaration. Follow up with Richard Lieu regarding status of report PPT presentation. Followup with Receiver on CalEnergy and Sunset Holdings activities. Communicate with Receiver regarding Credit Card processor reserves. Review Allon's responses to 70 checks made payable to banks. Review and follow up on Secured Merchants reports - evaluate the data contained and attempt to interpret the data presented.  Limiited testing of Doron's adult business bank activity for sources of cash from Defendants. Follow up on status of online access to Bank of America accounts. | 8.75 450.00/hr | 3,937.50 |
|  | RL | Logged into Bank of America accounts for NFT Holdings, Vertex Holdings, Magnum, DVD Con, Global DVD, LD, and Matrix to extract and inspect transactions related to skin care products. | 2.50 275.00/hr | 687.50 |
|  | JN | Sunset Holdings Wells Fargo Analysis - downloaded checks, logged and filed. Created a check analysis schedule and prepared for the report. | 2.75 215.00/hr | 591.25 |

Charlene Koonce, Partner

Page    17

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2015 | JN | Report Prep: filing, printing, preparing documents for the report. | 6.00<br>215.00/hr | 1,290.00 |
| | RL | Organized and printed report tables, made updates for consistency. | 2.75<br>275.00/hr | 756.25 |
| | RL | Logged into payment processing gateway to inspect and print reports, input data into Excel. | 2.25<br>275.00/hr | 618.75 |
| 7/18/2015 | JEB | Follow up on Bank of America accounts - attempts to use the new user names and passwords unsuccessfully. | 1.75<br>450.00/hr | 787.50 |
| 7/19/2015 | JEB | Follow up on Focus Media Solutions business operations email from counsel and compare to financial information accumulated. Analysis of Secured Merchants various reporting exemplars and prepare analysis and circulate email for discussion. | 2.25<br>450.00/hr | 1,012.50 |
| 7/20/2015 | JN | Wells Fargo Deposit to the Receiver - convert it into excel and update the cashflow summary for assets frozen. | 0.75<br>215.00/hr | 161.25 |
| | JN | Organized, formatted the BoA download for unrelated adult business for filing and reporting purposes. | 4.50<br>215.00/hr | 967.50 |
| | JN | HSBC document review via email. | 0.75<br>215.00/hr | 161.25 |
| | JEB | Review of Doron's joint account with mother. Review activity. Analyze differences in cash receipts at SBM and CalEnergy on flowchart and cash receipts and disbursements on Excel file. Respond to FTC's questions. | 2.25<br>450.00/hr | 1,012.50 |
| 7/21/2015 | JN | Email correspondence. | 0.50<br>215.00/hr | 107.50 |
| | RL | Summarized Quickbooks deposits and disbursements for Merchant Leverage Group. | 0.25<br>275.00/hr | 68.75 |
| 7/22/2015 | RL | Call with Charlene Koonce, Jeff Brandlin, David Bell, and Jinyong Na to obtain information update and discuss report. | 1.50<br>275.00/hr | 412.50 |
| | RL | Provided responses to receiver questions including investigation of the following: amount paid to Motti from Agoa, amount paid to Roi Rueveni, amount paid to Steven Bauer from SBM, etc. | 1.25<br>275.00/hr | 343.75 |
| | JN | Internal planning meeting. | 0.50<br>215.00/hr | 107.50 |

Charlene Koonce, Partner                                                                  Page    18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2015 | JN | Status update conference call with the client to discuss finding and deliverables. | 1.75 215.00/hr | 376.25 |
|  | JN | Unrelated entity research for Wells Fargo Accounts for Doron. | 2.75 215.00/hr | 591.25 |
|  | JN | Updated bank account information with new log-ins obtained through the dedendant's lawyers by checking validity, capturing various accounts accessible with a set of log-in ID & passswords. | 3.25 215.00/hr | 698.75 |
|  | JEB | Review of the first draft of the Receiver's report. Preparation & participation in conference call with Receiver to discuss overview and detailed questions. Review process and discuss responsibilities to get first draft of the report done by week's end. | 3.50 450.00/hr | 1,575.00 |
| 7/23/2015 | JN | Unrelated entity research for Wells Fargo Accounts for Doron. | 1.50 215.00/hr | 322.50 |
|  | JN | Email correspondence. | 0.50 215.00/hr | 107.50 |
|  | JN | Created account access status report categorized by the following: receivership defendant, "not yet" named receivership defendants, potential receivership defendants, and individual defendants. Cleared review comments. | 2.75 215.00/hr | 591.25 |
|  | JN | Charelene's emaill request follow-up concerning VastPay. | 2.50 215.00/hr | 537.50 |
|  | JN | Meeting with David Bell concerning setting up schedules for the report. | 0.50 215.00/hr | 107.50 |
| 7/23/2015- 7/27/2015 | JEB | Coordinate cash transfer to Receiver.  Follow up on questions regarding Doron's responses to payments to banks. Research the questions from Charlene regarding her questions for inclusion in her draft report. Review bank activity for Optimized Media. Review of Jinyong's schedule of frozen accounts under control of the Receiver and review the overall summary schedule. Coordinate with Kelly Crawford on the conference call with Sagar Parikh and his client on the presentation of the data on the Secured Merchant's report of the Merchant Accounts. Preparation and participation on the call with Kelly, Parikh, Argaman and Richard Lieu. Follow up on the status of the Optimized Media Solutions bank accounts at BofA. Review of the relationship of Latsanovski, CalEnergy, VastPay and NexiPay. Followup with Charlene Koonce and Richard Lieu regarding CalEnergy and Sunset Holdings. | 17.50 450.00/hr | 7,875.00 |
| 7/24/2015 | JN | Reviewed and executed emailed instructions/requests concerning funds transferred to the receiver's account and modifying the Receiver's fund report. | 2.75 215.00/hr | 591.25 |

Charlene Koonce, Partner

Page   19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2015 | JN | Reviewed and followed up on new log-in credentials provided for Optimized M., Roi R., & Trigen. | 2.25 215.00/hr | 483.75 |
| | JN | Oleg Wire investigation - reviewed pdf files of Doron's personal accounts, various documents in Doron's iMAC, bank accounts online. | 2.75 215.00/hr | 591.25 |
| | JN | Power point prep.-- setting up schedules. | 0.50 215.00/hr | 107.50 |
| 7/27/2015 | JN | Report Prep- schedules and powerpoint set up. | 2.25 215.00/hr | 483.75 |
| | JN | Report: Tax Return Power Point - populated net income and expense detail for the defendants using tax returns. | 2.75 215.00/hr | 591.25 |
| | JN | Report: Net Profit (Loss) per Tax Return Power Point - populated Gross Receipts, COGS, SG&A  for the defendants using tax returns. | 3.75 215.00/hr | 806.25 |
| | JN | Report: BS & P&L per QB Power Point - created balance sheets and income statements in QuickBooks for defandant entities. | 4.25 215.00/hr | 913.75 |
| | RL | Updated flow chart for report based on availability of information (QB, WF, BA) and added additional entities. | 2.25 275.00/hr | 618.75 |
| 7/28/2015 | JN | Report: BS & P&L per QB Power Point - populated balance sheets and income statements for defendant entities per QuickBooks reports. | 5.25 215.00/hr | 1,128.75 |
| | JN | Cleared review comments. | 0.50 215.00/hr | 107.50 |
| | JN | Report: Cash Receipts & Disbursements per QB Power Point - populated cash receipts and disbursements for defendant entities per QuickBooks reports. | 4.25 215.00/hr | 913.75 |
| | JN | Dowloaded transaction by account report for Calenergy and Trigen from QuickBooks to complete the cash receipt and disbursements powerpoint. | 2.50 215.00/hr | 537.50 |
| | JN | Discussed review comments. | 0.50 215.00/hr | 107.50 |
| | ZB | Searched Suite 105 for the 1992 Ford 5L51995 Title per Receiver's request. Took pictures of furniture and equipment (computer and otherwise) in the various offices/storage areas at Suites 105 and 109 per David Bell's request. Picked up the mail from both suites. Prepared the FedEx package with the title and the mail and sent it to Receiver. | 3.50 125.00/hr | 437.50 |

Charlene Koonce, Partner                                                                    Page    20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2015 | DRB | Started outline of Forensic Investigation and Expert Report. Drafted overall outline and approach of forensic investigation. Read Charlene Koonce, Receiver's report. Developed ideas and gathered material for underlying support. Discussions with Jinyong Na and Richard Lieu regarding supporting documentation. Provided Jeff Brandlin draft report. | 7.50 410.00/hr | 3,075.00 |
|  | RL | Prepared flow chart with amount of funds for most significant entities (SBM, Calenergy, etc.) | 1.75 275.00/hr | 481.25 |
|  | JEB | Review of the Sunset Holdings assets and liabilities and review background data.  Review situation with van / truck. Follow up on registration and pink slip.  Draft reports sections and review exhibits. | 4.75 450.00/hr | 2,137.50 |
| 7/29/2015 | JN | Cleared review comments. | 3.25 215.00/hr | 698.75 |
|  | RL | Meeting with Jinyong Na, David Bell and Jeff Brandlin to discuss status of report. | 1.50 275.00/hr | 412.50 |
|  | JN | Summary of Transactions by year schedule - worked on completing the schedule by adding missing defendant entities for which we recently obtained QuickBooks access. | 3.00 215.00/hr | 645.00 |
|  | JN | Report exhibit review with Jeffrey Brandlin and David Bell - dicusses the current presentation of the report exhibits and obtained review comments to modify and add new exhibit to the report. | 2.00 215.00/hr | 430.00 |
|  | JEB | Review Draft of Charlene's report. Fill in open data. Discuss with David Bell and Richard Lieu regarding approach. Review drafts of exhibits and prepare drafts of various sections of the report. | 8.25 450.00/hr | 3,712.50 |
| 7/30/2015 | RL | Review and tie-out of Charlene's draft report to supporting documents (bank statements, Quickbooks). | 3.25 275.00/hr | 893.75 |
|  | RL | Meeting with David Bell and Jeff Brandlin to discuss comments on draft report. | 0.75 275.00/hr | 206.25 |
|  | JN | Per client's request, modified the receivership defendants funds status to include the funds transferred to the receiver by entity recap. | 2.75 215.00/hr | 591.25 |
|  | JN | Cleared review comments - added a new exhibit as discussed in the meeting with Jeffrey Brandlin. | 2.25 215.00/hr | 483.75 |

Charlene Koonce, Partner                                                                        Page    21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/30/2015 | JN | Cash Receipts & Disbursements detailed schedule for all entities with QB's record. | 6.50 215.00/hr | 1,397.50 |
|  | JEB | Edit and draft various sections of the report. Review edits on report drafts and exhibits. | 8.25 450.00/hr | 3,712.50 |
|  | DRB | Continued to draft and edit sections of the preliminary report. Discussions with Jinyong Na regarding report exhibits. Designed report exhibits, summary information etc. Dicussions with Jeff Brandlin regarding report content. | 4.50 410.00/hr | 1,845.00 |
| 7/31/2015 | JEB | Discuss confer and draft and edit various portions of the report for the Receiver.  Discussions with David Bell, Richard Lieu and Jinyong Na regarding inconsistencies in language, exhibits, presentation, etc.  Various phone calls with and emails with Charlene regarding issues and status. Coordinate the overall combination of  the report and exhibits. | 13.25 450.00/hr | 5,962.50 |
|  | DRB | Colloborative meeting with Jeff Brandlin, Richard Lieu and Jinyong Na, regarding status of report exhibits and report content. Discussion with Troy Hernandez and Lee Alaniz, Elite Documents, regarding edits to Flow of Funds flow chart (listing of Defendants). Discussions with Jeff Brandlin regarding report material. Edited report based on Jeff Brandlin's comments. | 9.75 410.00/hr | 3,997.50 |
|  | JN | Added exhibits to power point slides and finalized exhibit presentation and the table of the contents. | 2.75 215.00/hr | 591.25 |
|  | RL | Responded to additional inquiries from receiver including inspecting tax returns for payments to Oz. | 0.50 275.00/hr | 137.50 |
|  | RL | Reviewed Brandlin report exhibits, made revisions, and formatted for printing. | 3.75 275.00/hr | 1,031.25 |
|  | JN | Report: cleared review comments. | 2.00 215.00/hr | 430.00 |
|  | JN | Researched missing information on the report per client's request. | 1.75 215.00/hr | 376.25 |
|  | JN | Flowchart edit - marked additional information about account access to the flowchart by cross referencing various records. | 0.75 215.00/hr | 161.25 |
|  | JN | Researched the number of credit cards found in the office by type; crossed referenced account access and identified entities with all financial records. | 1.00 215.00/hr | 215.00 |
|  | JN | Added iPoint Vision and Optimized M to the Cash Receipts and Disbursements Detail. | 1.25 215.00/hr | 268.75 |

Charlene Koonce, Partner                                                                                    Page    22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/31/2015 | RL | Review and tie-out of Charlene's draft report to supporting documents (bank statements, Quickbooks). | 2.75 275.00/hr | 756.25 |
|  | RL | Cropped and added pictures to the Brandlin report. | 1.75 275.00/hr | 481.25 |
|  | RL | Reviewed Brandlin report and provided comments. | 1.25 275.00/hr | 343.75 |
| 8/1/2015 | JEB | Review draft report and make additional edits. Discuss with David Bell and Richard Lieu. Follow up on edits, etc., and transmit the draft to Receiver. | 3.75 450.00/hr | 1,687.50 |
|  | DRB | Read and edited preliminary report. Edited report based on Jeff Brandlin's additional comments. Revised exhibits and conformed exhibits. Quality proofed the report and exhibits. Prepared email and sent report and exhibits to Charlene Koonce. | 3.25 410.00/hr | 1,332.50 |
| 8/2/2015 | DRB | Made edits to report and exhibits based on requested changes by Charlene Koonce, Receiver. | 2.25 410.00/hr | 922.50 |
|  | JN | Reviewed and followed up on open items. | 0.25 215.00/hr | 53.75 |
| 8/3/2015 | JEB | Follow up on various open items and inconsistencies. Conform color coding of all exhibits with Exhibit 1. | 2.75 450.00/hr | 1,237.50 |
|  | DRB | Additional edits per Jeff Brandlin's request. Revised Exhibit 57, Summary of Known Assets and Liabilities. Additional changes to Flow of Funds exhibit with Lee Alaniz, Elite Documents. Conformed and PDF'ed report and exhibits. Emailed to Kristine Bates. | 3.50 410.00/hr | 1,435.00 |
|  | JN | Updated fund status schedule per client's request. | 0.50 215.00/hr | 107.50 |
| 8/4/2015 | JN | Per client's request, created cash based accounting summary report for 6/17/15 to 7/31/15. | 1.50 215.00/hr | 322.50 |
|  |  | For professional services rendered | 790.83 | $252,962.25 |

Additional Charges :

| 6/8/2015 | AA | Misc: Jeffer Mangels Butler & Mitchell LLP Invoice 1630878: Engagement letter review. |  | 558.00 |
|---|---|---|---|---|
| 6/18/2015 | DRB | Mileage: Mileage to Reseda in excess of normal commute for David Bell. |  | 10.35 |

Charlene Koonce, Partner                                                    Page    23

|  |  | Amount |
|---|---|---|
| 6/18/2015-JEB<br>6/26/2015 | Mileage: Mileage to Reseda in excess of normal commute for Jeff Brandlin: 6/18/15-6/26/15. | 27.60 |
| RL | Mileage: Mileage to Reseda in excess of normal commute for Richard Lieu: 6/18/15-6/26/15. | 120.75 |
| 6/18/2015 JEB | Meals: Lunch for FTC Representatives, Charlene Koonce and her staff, and Brandlin & Associates staff. | 240.75 |
| 6/22/2015 RL | Meals: Meals for Richard Lieu and Jinyong Na. | 21.09 |
| 6/23/2015 JEB | Meals: Lunch for Brandlin & Associates staff. | 63.89 |
| 6/24/2015-RL<br>6/26/2015 | Meals: Meals for Richard Lieu, Jinyong Na, David Bell and Jeff Brandllin: 6/24/15-6/26/15. | 155.46 |
| 6/25/2015-DRB<br>6/26/2015 | Mileage: Mileage to Reseda in excess of normal commute for David Bell: 6/25/15-6/26/15. | 20.70 |
| 6/26/2015 JEB | QuickBooks Online Support Fee. | 249.99 |
| 6/29/2015-JEB<br>7/1/2015 | Meals: Meals for Brandllin staff: 6/29/15 and 7/1/15. | 57.93 |
| 6/29/2015-JEB<br>7/10/2015 | Mileage: Mileage to Reseda in excess of normal commute for Jeff Brandlin: 6/29/15-7/10/15. | 18.40 |
| 6/29/2015-DRB<br>7/2/2015 | Mileage: Mileage to Reseda in excess of normal commute for David Bell: 6/29/15-7/2/15. | 41.40 |
| 7/2/2015 DRB | Meals: Meals for David Bell and Jinyong Na on 7/2/15. | 23.11 |
| 7/7/2015 DRB | Mileage: Mileage to Reseda in excess of normal commute for David Bell on 7/7/15. | 10.35 |
| 7/9/2015-RL<br>7/17/2015 | Mileage: Mileage to Reseda in excess of normal commute for Richard Lieu: 7/9/15-7/17/15. | 120.75 |
| RL | Meals: Meals for Brandllin staff: 7/9/15-7/14/15. | 155.95 |
| 7/13/2015-JEB<br>7/17/2015 | Mileage: Mileage to Reseda in excess of normal commute for Jeff Brandlin: 7/13/15-7/17/15. | 18.40 |
| 7/16/2015 JEB | QuickBooks Online Subscription Fee for Calenergy Inc. for the month of June 2015. | 20.99 |
| 7/28/2015 DRB | Meals: Meals for David Bell, Jinyong Na and Richard Lieu. | 69.03 |
| 7/29/2015 RL | Meals: Meals for Brandlin and Associates staff. | 45.40 |

Charlene Koonce, Partner                                                                Page      24

                                                                                              Amount

8/4/2015  AA     Administration charge for faxes, technology, cellular phone and copying charge.       17,707.36

          Total costs                                                                   $19,757.65

          Total amount of this bill                                                     $272,719.90

          Balance due                                                                   $272,719.90

Payment is due and payable upon receipt