



**390 N. Sepulveda Blvd. Suite 2080**
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

| Invoice submitted to: |
| --- |
| Auravie<br>Attn: Charlene Koonce, Partner<br>Scheef & Stone, LLP<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201 |

| Invoice Date | Invoice Number | In Reference To |
| --- | --- | --- |
| July 30, 2015 | 12373 | FTC v Auravie |

### Professional Services

| | | | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 6/10/2015 | ER | Email to Charlene. Preliminary research on websites. | 0.30<br>$300.00/hr | $90.00 |
| 6/11/2015 | ER | Conference call with Charlene Koonce and entire team to prepare for on-site work on 6/17 at Auravie. | 1.00<br>$300.00/hr | $300.00 |
| 6/17/2015 | ER | Reviewed TRO. | 0.60<br>$300.00/hr | $180.00 |
| | ER | Research into domains, URLs and website registrars used to administer Auravie e-commerce websites. | 0.80<br>$300.00/hr | $240.00 |
| | ER | Preparation for Auravie visit. Set up computer duplication kit, inventory checklist completed, emails with Charlene Koonce. | 1.10<br>$300.00/hr | $330.00 |
| | EW | On site at Auravie to retrieve data from mobile devices. Was unable to collect data due to FTC policy of collecting data first. | 4.50<br>$300.00/hr | $1,350.00 |
| 6/18/2015 | ER | Prepared 'notice' web page. | 0.40<br>$300.00/hr | $120.00 |
| | ER | Reviewed target list, reviewed driving directions, prepared computer acquisition spreadsheet. On site at business in Reseda. Interviewed custodians at Media Urge. Identified computers. Examined computers at 3 locations. Research into websites utilized by Auravie and other named defendants. Identified 84+ websites used. Research into websites. Emails to Receiver. File export review with Receiver. Consultation with imaging computers. Triage of data. Retrieved data regarding website domains, website hosts, website DNS. Prepared initial reports. | 11.40<br>$300.00/hr | $3,420.00 |

Invoice continues on next page...

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie                                                                                                           Page     2

|              |     |                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate         | Amount     |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|------------|
| 6/18/2015    | ER  | Travel time to and from business location in Reseda.                                                                                                                                                                                                                                                                                               | 1.00 $300.00/hr  | $300.00    |
|              | BL  | Trace Internet hosting information for Auravie websites. Locate legal contact information for hosts. Analyze list of hosted domains. Calls with Eric regarding websites.                                                                                                                                                                           | 2.20 $300.00/hr  | $660.00    |
| 6/19/2015    | ER  | Created upload account for Receiver team to share documents.                                                                                                                                                                                                                                                                                       | 0.50 $300.00/hr  | $150.00    |
|              | ER  | Worked on gaining control over 84+ Auravie websites. Identified websites, created spreadsheets with IP address, contact information, registration information, emails to Kristine Bates and James Stafford to write subpoenas.                                                                                                                     | 2.50 $300.00/hr  | $750.00    |
|              | ER  | Travel time to and from Auravie. On site at Auravie. 1 hour with website tech support at Media Temple. Developed 'pointer webpage'. On-site IT support for Charlene Koonce and team. Emails with James Stafford re: subpoenas. Developed additional subpoena information. Uploaded webpage. Verified. Tech support with Liquid web. Took control of auravie.com. Emails with GoDaddy compliance department. | 7.60 $300.00/hr  | $2,280.00  |
| 6/22/2015    | ER  | Worked on locating email hosts and additional websites.                                                                                                                                                                                                                                                                                            | 0.60 $300.00/hr  | $180.00    |
|              | ER  | Travel to and from Reseda. Exam of computers in location 103, 105, 109 to ascertain if email is accessible. On site in Reseda. Extracted files from location 103, 105, 109 from multiple computers. Time to search and locate files. Time waiting while copying files. Research into emails and domains. Calls and emails with Charlene Koonce and James Stafford. | 9.30 $300.00/hr  | $2,790.00  |
|              | SK  | Triage computers at location in Reseda. Search through all computers in suite 107. Transfer files onto external drives. Triage additional computers in suite 105. Remove hard drives. Analyze drives with forensic tools. Identify potentially relevant files and export them for further review. Reassemble computers.                             | 6.00 $300.00/hr  | $1,800.00  |
| 6/23/2015    | ER  | Travel time to and from Reseda location. Extracted emails from computer at 103. Emails with Charlene Koonce, examined 3 hard drives at 105. Produced emails to Charlene Koonce.                                                                                                                                                                    | 7.30 $300.00/hr  | $2,190.00  |
| 6/24/2015    | SK  | Travel to facility in Reseda. Look at files on 105-1-1 PC. Set up and start forensic acquisition. Go to Focus Media office. Review Nite Owl software running on DVR computer.                                                                                                                                                                       | 2.50 $300.00/hr  | $750.00    |
|              | ER  | Processed email collected from Rothem's computer. Emails with Charlene Koonce, call with James Stafford. QCed and delivered emails from 103-C-1 computer.                                                                                                                                                                                          | 2.80 $300.00/hr  | $840.00    |
|              | BL  | Organize Nuix case data and assist with document export.                                                                                                                                                                                                                                                                                           | 0.20 $300.00/hr  | $60.00     |

**Invoice continues on next page...**

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie                                                                                                          Page     3

|            |     |                                                                                                                                                                                                                                                                                        | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 6/25/2015  | BL  | Phone calls with Eric regarding Mac forensic acquisitions and Nuix tasks. Extract files to be processed in Nuix and start processing.                                                                                                                                                                 | 1.10 $300.00/hr   | $330.00    |
|            | ER  | Travel time to and from Auravie. Multiple attempts to acquire encrypted iMac of Doron. Acquired data from iMac. Acquired data from 2 hard drives on Doron PC. Attempted to test out and reconnect DVR camera system. Looked for Fax server. Aquired data from 103 Rotem iMac. Commenced processing of data from collections. | 10.10 $300.00/hr  | $3,030.00  |
| 6/26/2015  | ER  | Emails with Charlene Koonce, James Stafford, FTC, CACI. Travel time to and from Canby location. Collected data from 103-C-1. Assisted Charlene Koonce with remote printing of Michael Costache. Returned Fax server and chain of custody to Michael Costache. Proctored Michael Costache while he was at the office. IT support for accountants. Research into Defendants' Google accounts. | 8.80 $300.00/hr   | $2,640.00  |
|            | SK  | Go to Auravie office in Reseda and assist with additional data acquisitions. Assist with video system analysis.                                                                                                                                                                                        | 2.00 $300.00/hr   | $600.00    |
| 6/27/2015  | BL  | Handle exceptions and begin OCR of data in Nuix.                                                                                                                                                                                                                                                       | 0.40 $300.00/hr   | $120.00    |
| 6/28/2015  | ER  | Initiated data copy from Doron's iMac. Emails with Charlene Koonce, Mitch Little. Searches for email containers.                                                                                                                                                                                       | 2.10 $300.00/hr   | $630.00    |
| 6/29/2015  | ER  | Copied data from 103 and 105 hard drives. Emails with Charlene Koonce and defense counsel. Created lists to search. Drive to and from Canby location to pick up Doron iMac.                                                                                                                            | 3.90 $300.00/hr   | $1,170.00  |
|            | BL  | Meetings with Eric regarding evidence and Doron iMac file system. Set up and start full-disk preservation of Doron iMac.                                                                                                                                                                               | 1.60 $300.00/hr   | $480.00    |
| 6/30/2015  | BL  | Finish imaging iMac in lab. Test preserved file system. Organize and consolidate evidence.                                                                                                                                                                                                             | 0.80 $300.00/hr   | $240.00    |
| 7/1/2015   | ER  | Travel time to and from Canby location. Installed, set up and tested new router. Configured system so that accountants can print and use the Internet.                                                                                                                                                 | 5.50 $300.00/hr   | $1,650.00  |
| 7/2/2015   | ER  | Emails with Charlene, call with Scott Lesowitz of Raines Feldman, download of Paul@mediaurge emails.                                                                                                                                                                                                   | 2.00 $300.00/hr   | $600.00    |
| 7/5/2015   | ER  | Began indexing of emails. Emails with Charlene Koonce, William Rothbard. Downloaded accounting@pinnaclelogistics.com and support@auravie.com.                                                                                                                                                          | 2.30 $300.00/hr   | $690.00    |
| 7/6/2015   | ER  | Downloaded mail boxes, emails and calls with James Stafford, Charlene Koonce. Review of 11 page "Notes.pdf" document containing account credentials.                                                                                                                                                   | 3.30 $300.00/hr   | $990.00    |
|            | BL  | Assist with email collection.                                                                                                                                                                                                                                                                          | 0.40 $300.00/hr   | $120.00    |

**Invoice continues on next page...**

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie  Page 4

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2015 | SK | Download full set of data from several email accounts and transfer information to virtual work drive. | 2.50 $300.00/hr | $750.00 |
| 7/7/2015 | ER | Emails with Charlene. Reviewed new email credentials from Robert Ungar. Downloaded email accounts. | 1.60 $300.00/hr | $480.00 |
| 7/8/2015 | ER | Emails with Charlene Koonce, email user research. Processed additional downloaded emails. | 0.90 $300.00/hr | $270.00 |
|  | BL | Continue organizing and OCRing documents in Nuix. | 0.50 $300.00/hr | $150.00 |
| 7/9/2015 | ER | Worked on searches of mailboxes. Travel time to and from Reseda to return iMac. | 3.40 $300.00/hr | $1,020.00 |
| 7/10/2015 | ER | Prepared searches for privilege review. Downloaded mailboxes. | 1.00 $300.00/hr | $300.00 |
|  | ER | Keyword searches, received drive from FTC. Set up and began copying data. Emails with Charlene Koonce. Call with Sherry Katz. | 1.10 $300.00/hr | $330.00 |
|  | SK | Run searches on Privilege terms and prepare reports on @pinlogistics.com emails. | 2.00 $300.00/hr | $600.00 |
|  | SK | Run searches on emails. Create search script. Create reports on searches. Discuss with C Koonce. Run some searches using analytic tools. Discuss with James. Select search results to be exported. | 2.00 $300.00/hr | $600.00 |
| 7/12/2015 | SK | Export search results for James and post to Box. | 0.50 $300.00/hr | $150.00 |
| 7/13/2015 | ER | Downloaded new email accounts. | 1.00 $300.00/hr | $300.00 |
| 7/14/2015 | ER | Processing on new email accounts and hard drive from suite 105. Research into GoDaddy list. | 0.90 $300.00/hr | $270.00 |
| 7/15/2015 | BL | QC data processed in Nuix and plan for next steps. | 0.30 $300.00/hr | $90.00 |
|  | ER | Emails with James Stafford. Culled data from 105 front office computer. Processed data. | 1.00 $300.00/hr | $300.00 |
|  | ER | Downloaded emails from accounting@pinlogistics.com. Redirected domains to FTC notice page. | 3.90 $300.00/hr | $1,170.00 |
| 7/16/2015 | BL | Test domain forwarding. Organize downloaded Google data and begin processing. | 1.00 $300.00/hr | $300.00 |
| 7/20/2015 | ER | Downloaded additional email boxes. | 0.40 $300.00/hr | $120.00 |

Invoice continues on next page...

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie                                                                                                          Page    5

|            |    |                                                                                              | Hrs/Rate        | Amount      |
|------------|----|----------------------------------------------------------------------------------------------|-----------------|-------------|
| 7/22/2015  | ER | Searches per Charlene Koonce request. Exported results and emailed.                          | 1.30 $300.00/hr | $390.00     |
|            | BL | Create keyword searches for Nuix.  Perform data searches and export.                         | 0.50 $300.00/hr | $150.00     |
| 7/23/2015  | ER | Searches through Auravie data per request of Charlene Koonce.                                | 1.50 $300.00/hr | $450.00     |
| 7/24/2015  | ER | Searches through data per Charelene Koonce request. Search hits delivered.                   | 1.90 $300.00/hr | $570.00     |
| 7/27/2015  | ER | Attempted to download Igor email account. Proper credentials not provided.                   | 0.70 $300.00/hr | $210.00     |
| 7/29/2015  | ER | Reviewed email accounts collected.                                                           | 0.20 $300.00/hr | $60.00      |
|            |    | For professional services rendered                                                           | 137.00          | $41,100.00  |

**Flat Rate Charges :**

| Date       | Description                                                                                                                                                                                                             | Amount     |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 6/19/2015  | Media Temple - website hosting. Pass through cost from Media Temple.                                                                                                                                                    | $27.33     |
| 6/23/2015  | Meal during Auravie work for 2 people.                                                                                                                                                                                  | $28.87     |
| 6/24/2015  | Flash Drives 16GB. 1 flash drive provided to forensic accounting firm.                                                                                                                                                  | $40.00     |
|            | Media - Hard Drive 2TB provided to accounting firm containing exported data from 105 Doron iMac computer.                                                                                                               | $150.00    |
|            | Processing of electronic evidence in Nuix.  Documents and metadata are cataloged, extracted, rendered searchable, and indexed in preparation for analysis.  Highly discounted flat rate of $5,000 for nearly 600GB processed data (normally $75/GB). | $5,000.00  |
|            | Storage of case evidence and work product.  Includes storage of backup.  Flat rate of $250 for 500GB to 1TB.                                                                                                            | $250.00    |
| 7/1/2015   | 2 CAT6 cables, 2 USB to Ethernet adapters, 1 Wireless ASUS RT-N12 wireless router. Pass through cost from Fry's Electronics.                                                                                            | $104.59    |
|            | Media Temple - website hosting fee for July.                                                                                                                                                                            | $20.00     |
|            | Total additional charges                                                                                                                                                                                                | $5,620.79  |

**Invoice continues on next page...**

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie                                                                                              Page    6

---

**Summary**

Total charges this invoice                                                                          $46,720.79

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).