# ANTICIPATED WORK REMAINING

\*        Resolution of motion to take possession of assets for entities which fall within definition of "Receivership Defendants" but are not yet named as defendants;

\*        Resolution of pending motions, including motion for approval of fees, Show Cause hearings, etc.

\*        Seek court approval to pay certain expenses incurred before appointment, as necessary;

\*        Have accountant prepare 2014 tax returns for 4 entities and prepare 2015 (final) returns for Receivership Defendants not yet dissolved (6 entities);

\*        Liquidate or store computers, furniture, skin care inventory and sell 1992 Ford;

\*        Vacating suites 103 and 105 at the Canby locations;

\*        Continuing communications with banks, merchant processors and affiliate marketing sites regarding search for assets, and having same transferred to the estate bank account;

\*        Continuing evaluation of potential claims against third-parties;

\*        Communications with creditors and consumers;

\*        Report to the court as necessary regarding status and request authority as necessary for specific activities, including payment of fees and expenses;

\*        Cooperate with law enforcement agencies as requested; and,

\*        Have accountants prepare tax return for the estate.