Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>NOTICE OF HEARING ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015<br><br>**Date:   September 14, 2015<br>Time:  10:30 a.m.<br>Ctrm:  10<br>Judge: Hon. George  Wu** |

1 **TO ALL INTERESTED PARTIES:**

2 **PLEASE TAKE NOTICE** that on September 14, 2015 at 10:30 a.m. in
3 Courtroom 10 of the above-entitled Court, located at 312 North Spring Street, Los
4 Angeles, CA 90012, the Court will consider the Motion for Order Approving and
5 Authorizing Payment from Receivership Assets of Receivership Fees and Expenses
6 Through July 31, 2015.

7 The following table summarizes the fees and expenses requested for the period
8 through July 31, 2015:

| Applicant | Fees | Expenses | Total Requested |
|---|---|---|---|
| Receiver | $86,658.96 | $0.00 | $86,658.96 |
| Scheef & Stone, LLP | $223,772.40 | $31,082.89 | $254,855.29 |
| Abrams Garfinkel Margolis Bergson, LLP | $2,451.64 | $1,771.25 | $4,222.89 |
| Brandlin & Associates | $202,369.80 | $2,050.29 | $204,420.09 |
| Elluma Discovery | $32,880.00 | $5,620.79 | $38,500.79 |

**Procedural Requirements:** If you oppose this Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, 312 North Spring Street, Los Angeles, CA 92012, Los Angeles, California 90012 and serve the same on the undersigned not later than twenty-one (21) calendar days prior to the hearing.

IF YOU FAIL TO FILE AND SERVE A WRITTEN OPPOSITION by the above-referenced date, the Court may grant the requested relief without further notice.

Dated: August 14, 2015.

>  */s/Charlene Koonce*
> Charlene C. Koonce
> ***Receiver***
> 500 N. Akard Street, Suite 2700
> Dallas, Texas 75201
> Telephone: 214-706-4200
> Telecopier: 214-706-4242
> *Admitted Pro Hac Vice* (TX SBN 11672850)
>
> **SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal | David P. Beitchman |
| Michael Weiss | Andre Boniadi |
| Nina Nahal Ameri | Beitchman\|Zekian, PC |
| Abrams Garfinkel Margolis Bergson | 16130 Ventura Boulevard, Suite 570 |
| 5900 Wilshire Blvd Suite 2250 | Encino, CA 91436 |
| Los Angeles, CA 90036 | *Counsel for Doron Nottea and* |
| *Local counsel for Receiver* | *Motti Nottea* |

| | |
|---|---|
| Erik S Syverson<br>Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.* | Marc S. Harris<br>Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX  75201<br>*Counsel for the FTC* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Benjamin A Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Counsel for Alon Nottea* |

In addition, on August 14, 2015, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

                                                  */s/  Charlene C. Koonce*
                                                  CHARLENE C. KOONCE

# **EXHIBIT A**

CREDITORS MAILING MATRIX

| | |
|---|---|
| Lifescript, Inc.<br>c/o Ben Pettit<br>20 E. Pueblo Street<br>Santa Barbara, CA 93105 | Reseda Business Center, LLC<br>655 N. Central Ave.<br>Glendale, CA 91203 |
| c/o Michael J. Reichmann, Esq.<br>Gardner & Reichmann, Inc.<br>1806 Broadway, Suite A<br>Santa Ana, CA 92706 | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306 |
| Build Rehabilitation Industries<br>Matthew Lynch, President<br>12432 Foothill Blvd.<br>Sylmar, CA 91342-6004 | Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069 |
| David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | Jean-Pierre Green<br>23055 Sherman Way<br>West Hills, CA 91307 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326 |
| Regus Glendale<br>26901 Agoura Road, Suite 180<br>Calabasas, CA 91301 | Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA 91335 |
| Dawn Goddard<br>Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>21333 Oxnard Street<br>Woodland Hills, CA 91367 | Mimonis<br>c/o Paul E. Paray, Esq.<br>Zimmerman Weiser & Paray LLP<br>226 St. Paul Street<br>Westfield, New Jersey 07090 |