Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>NOTICE OF LODGING [PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015<br><br>Date:   September 14, 2015<br>Time:  10:30 a.m.<br>Ctrm:  10<br>Judge: Hon. George  Wu |

1   **PLEASE TAKE NOTICE** that Charlene Koonce, Receiver, hereby lodges the

2   attached [Proposed] Order on Motion for Order Approving and Authorizing Payment

3   From Receivership Assets of Receiver's Fees and Expenses Through July 31, 2015.

4   Dated:  August 14, 2015.

                                                        */s/Charlene Koonce*
                                                        Charlene C. Koonce
                                                        ***Receiver***
                                                        500 N. Akard Street, Suite 2700
                                                        Dallas, Texas 75201
                                                        Telephone: 214-706-4200
                                                         Telecopier: 214-706-4242
                                                        *Admitted Pro Hac Vice* (TX SBN 11672850)

                                              **SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court.  The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal | David P. Beitchman |
| Michael Weiss | Andre Boniadi |
| Nina Nahal Ameri | Beitchman\|Zekian, PC |
| Abrams Garfinkel Margolis Bergson | 16130 Ventura Boulevard, Suite 570 |
| 5900 Wilshire Blvd Suite 2250 | Encino, CA 91436 |
| Los Angeles, CA 90036 | *Counsel for Doron Nottea and* |
| *Local counsel for Receiver* | *Motti Nottea* |

| | |
|---|---|
| Erik S Syverson | Marc S. Harris |
| Scott M. Lesowitz | Annah S Kim |
| Steven T. Gebelin | Scheper Kim & Harris, LLP |
| Raines Feldman LLP | 601 W. Fifth Street, 12th Floor |
| 9720 Wilshire Boulevard Fifth Floor | Los Angeles, CA 90071 |
| Beverly Hills, CA 90212 | *Counsel for Igor Latsanovski and* |
| *Counsel for Oz Mizrahi, as an officer or* | *Calenergy, Inc.* |
| *manager of BunZai Media Group, Inc.* | |
| *and Pinnacle Logistics, Inc.* | |
| | |
| Robert M. Ungar | Reid Tepfer |
| Crosswind Law | Luis Gallegos |
| 14724 Ventura Blvd Penthouse | Federal Trade Commission |
| Sherman Oaks, CA 91403 | 1999 Bryan Street, Suite 2150 |
| *Counsel for Alon Nottea, Roi Rueveni* | Dallas, TX  75201 |
| *and Adageo, LLC* | *Counsel for the FTC* |
| | |
| Raymond E McKown | Benjamin A Pettit |
| Federal Trade Commission | 20 East Pueblo Street |
| 10877 Wilshire Boulevard, Suite 700 | Santa Barbara, CA 93105 |
| Los Angeles, CA 90024 | *Counsel for Alon Nottea* |
| *Counsel for the FTC* | |

In addition, on August 14, 2015, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

 */s/  Charlene C. Koonce*
 CHARLENE C. KOONCE

# **EXHIBIT A**

CREDITORS MAILING MATRIX

| | |
|---|---|
| Lifescript, Inc.<br>c/o Ben Pettit<br>20 E. Pueblo Street<br>Santa Barbara, CA 93105 | Reseda Business Center, LLC<br>655 N. Central Ave.<br>Glendale, CA 91203 |
| c/o Michael J. Reichmann, Esq.<br>Gardner & Reichmann, Inc.<br>1806 Broadway, Suite A<br>Santa Ana, CA 92706 | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306 |
| Build Rehabilitation Industries<br>Matthew Lynch, President<br>12432 Foothill Blvd.<br>Sylmar, CA 91342-6004 | Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069 |
| David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | Jean-Pierre Green<br>23055 Sherman Way<br>West Hills, CA 91307 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326 |
| Regus Glendale<br>26901 Agoura Road, Suite 180<br>Calabasas, CA 91301 | Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA 91335 |
| Dawn Goddard<br>Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>21333 Oxnard Street<br>Woodland Hills, CA 91367 | Mimonis<br>c/o Paul E. Paray, Esq.<br>Zimmerman Weiser & Paray LLP<br>226 St. Paul Street<br>Westfield, New Jersey 07090 |

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015 |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| | DATE: SEPTEMBER 14, 2015 |
| Defendants. | TIME: 10:30 A.M. |
| | CRTM: 10 |
| | JUDGE: HON. GEORGE WU |

1  On this date the Court considered the Receiver's Motion for Order Approving
2  and Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses
3  Through July 31, 2015.

4  The Court, having considered the pleadings on file, including supporting
5  declarations, and after hearing, finds good cause and orders as follows:

6  **IT IS ORDERED** that the Receiver's Motion for Order Approving and
7  Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses
8  Through July 31, 2015 is approved.

9  **IT IS FURTHER ORDERED** the Receiver is authorized to pay out of assets of
10  the Receivership Estate the following:

11  the sum of $86,658.96 to Scheef & Stone, LLP for the fees of Receiver
12  Charlene Koonce;

13  the sum of $223,772.40 for fees and $31,082.89 for expenses to Scheef &
14  Stone, LLP for the fees and expenses of Receiver's primary counsel;

15  the sum of $2,451.64 for fees and $1,771.25 for expenses to Abrams
16  Garfinkel Margolis Bergson, LLP for the fees and expenses of the Receiver's local
17  counsel;

18  the sum of $202,369.80 for fees and $2,050.29 for expenses to Brandlin &
19  Associates for the fees and expenses of the Receiver's accountants; and\

20

21

- 2 -
[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM
RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

1       the sum of $32,880.00 for fees and $5,620.79 for expenses to Elluma

2 Discovery for the fees and expenses of the Receiver's forensic computer consultants.

3     SO ORDERED.

4     DATED this _____ day of _____ 2015 at _____ a.m./p.m. PST.

5

6                                               _____
UNITED STATES DISTRICT JUDGE