Attachment A

## Attachment A

**Wells Fargo Accounts**

| Acct Ending | Name | Account Balance as of June 19, 2015 |
|---|---|---|
| 1838 | Calenergy, Inc. | $535.65 |
| 8997* | Calenergy, Inc. | $61,187.37 |
| 2758 | Igor Latsanovski | $503.95 |
| 2908 | Igor Latsanovski | $50.00 |
| 3540* | Igor Latsanovski, Tatiana Stamburg | $55,120.34 |
| 9287* | Igor Latsanovski, Tatiana Stamburg | $1,828.87 |
| 2188* | Anna Latsanovski, Igor Latsanovski | $243.86 |
| 2782* | Mihail Latsanovski, Igor Latsanovski | $1,319.76 |
| 1452* | Rilend Inc | $72,361.66 |
| 6587 | Rilend Inc | $144.00 |
| 3319 | Sunset Holding Partners, LLC | $80.01 |
| 9222 | Sunset Holding Partners, LLC | $1,817,714.70[1] |

**Bank of America Accounts**

| Acct Ending | Name | Account Balance as of July 6, 2015 |
|---|---|---|
| 2294 | Calenergy Inc. | $493.62 |
| 4044 | Calenergy Inc. | $1,937.05 |
| 4908* | Calenergy Inc. | $2,254.15 |
| 0025 | Comicsfix LLC | $1,048.77 |
| 4329 | Comicsfix LLC | $100 |
| 7132* | Igor Latsanovski | $2,284.96 |
| 5233 | Vastpay LLC | $42,886.75 |
| 5246 | Vastpay LLC | $1,000 |

*Defendants' proposal would freeze these accounts.

---

[1] As a result of the purchase of two properties, the Receiver's report (Dkt. 120, note 164) indicates that this account has $212.541.08.