# Exhibit E

| | |
|---|---|
| **From:** | Tepfer, Reid A. [rtepfer@ftc.gov] |
| **Sent:** | Monday, August 10, 2015 1:35 PM |
| **To:** | Annah Kim |
| **Cc:** | Marc S. Harris; Gallegos, Luis |
| **Subject:** | RE: FTC/I. Latsanovski:  Meet and Confer re Asset Freeze on Monday |

Thanks, Annah. I look forward to talking with you then.

We've reviewed your proposal, and we agreed with parts of it. I'd like to propose the following:

- Latsanovski and CalEnergy's accounts and personal property remain frozen, as ordered by the Court. CalEnergy will be dissolved. Any expenses accrued from doing so will come from Latsanovski's after-acquired assets, rather than previously acquired frozen assets.
- Sunset Holdings, Vastpay, and Comicsfix can continue operating (after Latsanovski provides a sworn statement that they are not violating the law). The FTC won't need monthly reports about these entities. Assets acquired by these entities before the TRO shall remain frozen. But Latsanovski and these companies can retain and use after-acquired assets, whether from conducting business or from loans. After-acquired funds will be placed in new accounts.
- The Receiver shall sell Sunset's properties and segregate those funds in the method described by the Court at the Aug. 6 hearing.
- Latsanovski will use after-acquired assets (either from loans or from his businesses) for his living expenses.

Please let me know if this proposal is acceptable to your clients. I believe it closely conforms with what the Court suggested.

Thank you,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, August 10, 2015 1:50 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: Meet and Confer re Asset Freeze on Monday

Reid,

9 am PST works for us.

Thanks,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Monday, August 10, 2015 11:34 AM

1

| | |
|---|---|
| **From:** | Tepfer, Reid A. [rtepfer@ftc.gov] |
| **Sent:** | Friday, August 14, 2015 6:21 AM |
| **To:** | Annah Kim |
| **Cc:** | Marc S. Harris; Gallegos, Luis |
| **Subject:** | RE: FTC/I. Latsanovski:  8/14/15 Joint Report |

Thank you for clarifying, Annah. Could you please let me know who owns Bavaria? Also, am I correct that Mr. Latsanovski owns a 100% interest in Comicsfix and Vastpay?

Although I have not finished drafting our section, I wanted to let you know of the only change that we are making to our proposal. We are proposing two alternate solutions for SunSet Holdings. First, the FTC recommends that the Sunset properties be sold, with the proceeds to be held by the Receiver pending resolution of the case. Second, the FTC proposes that it be granted a lien equal to the initial loan amount for the properties, with any other lien being subordinate. Mr. Latsanovski would be entitled to place secondary liens on the properties to pay for improvements and could retain profits from the sale of the properties. Beyond that modification, our proposal remains unchanged.

Our section should end up being relatively brief, so I don't expect that we will get it to you after hours. I will keep you updated. Thank you for providing us this information.

Reid

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Thursday, August 13, 2015 6:51 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Reid,

There is no loan agreement between Calenergy and Sunset Holdings.

As set forth in the Guayas-Sunset Holdings Agreement, Calenergy borrowed the money from Guayas and Bavaria in 2015.  Calenergy then sent these funds to Sunset Holdings in 2015, which it turn used this money to purchase real estate.  *See* Supplemental Latsanovski Decl. (Doc. No. 106-4), at paragraphs 9-11 and Exhibits O and P.

Sunset Holdings took over Calenergy's obligation to pay back Guayas because Sunset Holdings used Guayas funds to purchase real estate.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Thursday, August 13, 2015 4:39 PM
**To:** Annah Kim

1

**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Annah,

I had another question for you concerning Sunset Holdings. I've seen the agreement where Guayas is assigned the loans for the Sunset properties. I don't believe I've seen the original loan agreements where CalEnergy loans the money to Sunset, however. Could you please provide these documents?

Thank you,
Reid

---

**From:** Tepfer, Reid A.
**Sent:** Thursday, August 13, 2015 3:59 PM
**To:** 'Annah Kim'
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Annah,

I think there may be a slight change to our position (we have an additional alternate proposal). I can certainly get you both of those proposals by noon your time. Our section may not be entirely finalized at that point. But I will certainly circulate the finalized version with our completed sections within one hour of receiving it for your approval and will file as soon as possible after receiving your final approval. And your offer of assistance is greatly appreciated; if it becomes necessary I may take you up on it.

I have a few follow up questions concerning some of the companies that may inform our stance. My understanding is that Charlene has had some difficulty getting the exact location of the Sunset Holding properties. Could you please provide the exact address and legal description of these properties?

Thank you,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Thursday, August 13, 2015 3:03 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Reid,

Thanks for your response.  We understand that the FTC will not be able to prepare its portion of the Joint Report today, and most likely will not change its position from its August 10 proposal.

If the FTC's position is changing or if the FTC is raising any additional evidence or arguments that were not raised in its papers, at the August 6, 2015 hearing, in its August 10, 2015 Proposal or during our August 11, 2015 meet and confer, we would like to review this position or additional evidence prior to submitting Defendants' Section of the Joint Report.  Please send any proposed FTC Section, including any additional evidence, **no later than Friday, noon PST** so we have adequate time to consider your position.

As to which office should handle the filing, we'd prefer to file the report as we are local but if your office can handle the filing if it slips past close of business in Dallas (3:30 PM PST), we can work with you on the filing.

2

Once you are finished with the FTC Section on Friday (assuming there are no changes), please send it to our office and we will insert Defendants' Section into the Report, which we will then send back to your office for review and filing.

Please let us know if you will commit (like we did) to circulating the entire Joint Report for approval and filing the Joint Report within a hour of receipt of Defendants' Section.

Regards,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Thursday, August 13, 2015 12:04 PM
**To:** Annah Kim
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Annah,

Our section of the report will not be ready to be filed today. We have spent the past day or so responding to an ex parte application and have not been able to complete drafting our section. Additionally, we would prefer to file the report. We just received the transcript a few hours ago, but an early review of it makes me believe our position is well-founded and will not be changing. But while our position likely won't change, we'd like to be able to draft an adequate explanation of our position in the time the Judge allotted for doing so.

Thanks,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Thursday, August 13, 2015 1:56 PM
**To:** Tepfer, Reid A.; Gallegos, Luis
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: 8/14/15 Joint Report

Reid and Luis,

If your position hasn't changed since we spoke on Tuesday morning, we'd like to file the Report today.

Once you've sent me your inserts, I will insert your section and circulate the entire report to you within a hour of receipt and depending on your response time, get it on file within a hour as well.

If you have changed your position, please let us know by this afternoon so we can have the opportunity to consider your position before filing the Joint Report.

Please let me know where you stand with your position and insert.

Thanks,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Annah Kim
**Sent:** Thursday, August 13, 2015 11:32 AM
**To:** 'Tepfer, Reid A.'; Gallegos, Luis
**Cc:** Marc S. Harris
**Subject:** FTC/I. Latsanovski: 8/14/15 Joint Report

Reid and Luis,

I just wanted to check with you all to see if you had an opportunity to review the 8/6/15 transcript and if there were any changes to your August 10, 2015 Proposal.
If so, please let us know so we may consider your changes before we have to submit the Joint Proposal.

Also, if you could email your proposed insert to the Joint Report by 8/14 2PM PST, we would appreciate it.  Once we've inserted your portion, we'll circulate the entire documents for your review, get your sign off, and hopefully file by 3PM PST.

Thanks,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**To:** Annah Kim
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: Meet and Confer re Asset Freeze on Monday

Annah,

I'd like to take a look at your proposal before we talk. Would y'all be available at 9AM pacific tomorrow?

Thanks,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, August 10, 2015 11:59 AM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: Meet and Confer re Asset Freeze on Monday

Reid and Luis,

To help facilitate our noon meet and confer, I've attached our proposal to modify the asset freeze for your review.

We look forward to your thoughts and comments.

Regards,

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Monday, August 10, 2015 5:23 AM
**To:** Annah Kim
**Cc:** Marc S. Harris; Gallegos, Luis
**Subject:** RE: FTC/I. Latsanovski: Meet and Confer re Asset Freeze on Monday

Annah,

Would noon your time work?

Thank you,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Sunday, August 09, 2015 5:10 PM
**To:** Tepfer, Reid A.
**Cc:** Marc S. Harris
**Subject:** RE: FTC/I. Latsanovski: Meet and Confer re Asset Freeze on Monday

2

Reid,

I just wanted to follow up to let you know that we are available for a meet and confer tomorrow after 11:30 am PST.

Please let us know if that works for you.  If not, please propose a time that will work for your schedule.

Thanks,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

---

**From:** Annah Kim
**Sent:** Friday, August 07, 2015 1:50 PM
**To:** 'Tepfer, Reid A.'
**Cc:** Marc S. Harris
**Subject:** FTC/I. Latsanovski: Meet and Confer re Asset Freeze

Reid,

Please let me know if you are available for a meet and confer on Monday.  If you are, please let me know what times work for you so we can schedule a mutually convenient time to discuss modifying the asset freeze.

Thanks,



**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link