(1) Hard copies of all company documents you and/or Roi have in your possession are to be faxed to the TR tonight.

In an effort to avoid faxing and attaching thousands documents to hundreds of emails, a dropbox folder/link was created in order to facilitate your requests. The link shall be provided with this email.

(2) All - I've sent each of you for all bank account access information for entities affiliated with, accessible to or controlled by, the Defendants.  Some of the specific entities that we need that access information for are listed below.  Regardless of the incorporator for these entities and their officers and directors, based on other evidence (for instance RSA devices or deposit stamps), we know at least some of the individual defendants have access to or control regarding accounts for these entities. By the end of the day, please provide the credentials we need to access the on-line records for these accounts.

There is overlapping information that fits in multiple locations, trying to make it as clear as possible.

These are the bank accounts and QuickBooks Online logins and passwords we have access to:
Of course a more detailed overview of the of corporate defendants and other 'related' entities are explained later in this page, although, actual corporate, financial documentation is available on Dropbox in each entity name.

Agoa Holdings – WFB          288
User: ._   _ 'Password:          _

Quickbooks Login:          Password:

Heritage Alliance Group, – WFB          )637
User: _____  Password:(   _
Quickbooks Login: _          Password: __ _

Insight Media – WFB ____  _026
User: _____  ı Password: _____
Insight Media - BA          919
User:          ı Password._____
All security questions answers are _____
QuickBooks Login:          Password:

Pinnacle Logistics - BAı          )88
User:ı          Password:ı._ _____
All security questions answers are: _____
QuickBooks Login:ı          Password: ı



SBM Management – BA |_____   157
User: _____         Password: _____
All security questions answers are: ____
QuickBooks Login: _         Password:

Kai Media, Inc. – WFB  _   __ 190
User:(  __         Password:
Quickbooks Login:  _____         Password:  _

All-star Beauty Products – WFB           ß25
User:               Password:  __
QuickBooks Login:          Password:

DMA Media Holdings – WFB           296
User: _____         Password: __ .  ___
QuickBooks Login: '         | Password

Shalita Holdings – WFB          ß36
User: _         Password:ß

Safehaven Ventures, Inc. – WFB (          ß44
(No Access, No Bank Account, corp dissolved)
previous bank statements provided in Dropbox [Safehaven Ventures, inc]

DSA Holdings – WFB           ß84, BA          ß555
(No Access, No Bank Account, corp dissolved)

Focus Media Solutions – WFB(          565
User:(_____  __         Password:
QuickBooks Login: (          |         Password:

(3) Alon Financial Statement  & Alon, see below.  please respond to my questions on your statement, make any necessary corrections for accuracy and completeness, and sign and return asap along with tax returns and bank statements. Thank you. Bill

Alon's financials are attached, including tax returns
[Attached in Dropbox folder: Alon Nottea]

(4) Who/what is BKCD and what is it's contact information; we need online access to accounts at or related to BKCD;
Not sure who/what BKCD is, I think that is how processing income appears in the bank when payments settle to a bank account.  No such online access.

Z

On-line access information for accounts at Merchant Services and Global Payments;

I don't know of a company called Merchant Services, I have no knowledge of this company.

Access exists to the Gateway in order to access merchant processing data/reports, there are 2 logins:

https://secure.nmi.com/merchants/login.php
User:                          PW:

https://secure.nmi.com/merchants/login.php
User:                          PW:

Who signed the Regus lease on behalf of Impulse Media Inc?  (signed 6/15/15);

Philip Camerino

We need copies of statements for the last 2 years for AmEx and any other credit cards paid out of the accounts of any Receivership Defendant or entity affiliated with Defendants, and access to all on-line statements for completeness;

All Amex Statements have provided in the Dropbox Folder Called [American Express]

With respect to check cards, all transaction information is listed/detailed in the attached Bank Statements for each entity in their individual corporate dropbox folders.

(Lots and lots of $$ going there from the entities, and we need to understand what got paid with entity $ on those accounts); and, Books and records and related bank info, including passwords and user names, for CalEnergy.

CalEnergy info provided by Igor Latsanovski and his Attorney.

(5) Bill-  We still need all of the email credentials for your clients computers – any email account used by any of them to conduct business.

Already provided

the credentials to access the approximately 67 'landing pages' or web pages that are used to drive traffic to the main site;

Please see full ftp access to each domain on Dropbox Folder [Cal Pop Domain Server] file called Requested Domain list.pdf

3

the login to GoDaddy which is the Registrar for those sites, username, email and passwords associated with GoDaddy; and, the username, login website and password for the server that hosts these websites. The web server is CalPOP.

Go Daddy Login info:
User:                Password:

Please see full ftp access to each domain on Dropbox Folder [Cal Pop Domain Server] file called Requested Domain list.pdf

(6) Since we are pushing off the depositions for now, I need your clients to provide me with the following information. (Again, I know these rolling requests are difficult, and I appreciate your continuing cooperation). Rolling responses as you are able to gather this information is fine, but obviously time is still of the essence and I need #'s 1, 2 and 4 today. I am also reiterating my request for PW/user name access for the individual defendants' accounts. If we have to agree to disagree about my entitlement to that, I may need to request the court's assistance on that point, particularly given the deep and wide web of entities and accounts we're trying to get our arms around. Please let me know.

(a)    A list of every business entity pursuant to which any individual defendant has conducted any business since 2013. For each entity, provide:
a.    The date of incorporation;
b.    Status (active/dissolved and if dissolved, the date of dissolution)
c.    Officers and directors
d.    List Bank accounts, signatories, and current balances
e.    Nature of the business in which the entity was engaged.
This list needs to be comprehensive. I need information about all of the entities we see popping up in the bank records, as well as any others that may exist. By way of example only: All Star Beauty Products, Forward Momentum, Trigen, Daria Media; Secured Commerce, Impulse Media; IVR Logix, Shalita Holdings, Tech Chiefs, Matrix Distribution, Access Distribution, Xcite Entertainment, Netstics, Multi Tech Interactive Private Limited, Telestar Solutions Private Limited, SJS IT Seven Solutions Private Limited, etc. The list is extremely long and these are just examples

I believe some of these relate to the porn business and some probably relate to other stuff. We need the information requested above to help us confirm whether or not any of these entities are complicit in the enjoined conduct, or something else entirely.

        We provided as much detail as we found access to, please see detailed list below: please also refer to dropbox for more detailed documentation, which we are continuously adding as we find more info / data / docs.

(b) Identify which individual or entity has a relationship/account at HDFC bank in India, the account # for that bank, and the contact information for whomever at HDFC can facilitate

production of records and assets if appropriate.

There is no banking relationship between any of defendants and HDFC Bank in India
No Banking access exists. These are 3rd party vendors that provided services.

The below entities provided services to some corporate defendants, They were paid via HDFC
bank of India for services provided:

Telestar Solutions Private Limited
    IT C-7, Ground Floor KMG Tower, Sector – 67,
SAS Nagar, Mohali – 160062 India
Tel: +91 172 509 2577 email: info@telestarsolution.com
Is an outsourced customer service, quality assurance call center solution provider.

Multi Tech Interactive Private Limited
IT C-2, Fourth Floor Dibon Building, Sector – 67,
SAS Nagar, Mohali – 160062 India
Tel: +91 172 509 3677

SJS IT Seven Solutions Private Limited
IT C-7, Ground Floor KMG Tower, Sector – 67,
SAS Nagar, Mohali - 160062 India
Tel: + 91 172 509 1577 email: info@it7solutions.com

(c)    ID any location at which any Receivership Defendant stores product inventory, and
ID (with contact information) any entity that has manufactured or supplied any skin care
products to any RD in the last 18 months.

When we moved out of 7900 Gloria Ave in Van Nuys 91406, we used Storage Facilities:
Build Rehabilitation Industries
1323 Truman St.
San Fernando, CA 91340
Phone 818-365-6076

AuraVie products were manufactured/assembled by:

Jacem Healthy Products
21029 Itasca Street
Chatsworth, CA 91311
Tel: (818) 678-9348
Contact: Mario Salinas
jaecmhealthyproducts@yahoo.com

Parts and Packaging were imported from China:

Max Daniel Platinum Limited, China.
Address: #618, Dijingyuan Commercial Center,
Longkouxi Rd., suite 338, Tianhe, Guangzhou, China.
Tel: 86-20-38461071, Web site: www.md-platinum.en.alibaba.com
E-mail: coby.bendavid@gmail.com

There was also some left over storage of parts and packaging material in the adult storage warehouse located at:

6925 Canby Ave, Suite 109
Reseda, CA 91335
Contact: Alon Nottea , alon@mediaurge.com

(d)      Describe the role the following individuals play in connection with any Receivership Defendant.  If they are not assisting with operating any Receivership Defendant, please explain their role in operating any of the other entities through which the individuals conduct business:

Tomer Amsalem,
Owns Excite Entertainment, Inc, an Adult entertainment video and novelty distribution company. More Company Detail in list below.
He was also CEO and the merchant account guarantor for SafeHaven Ventures, Inc.

Eran Link,
Was CEO and the merchant account guarantor for:
Shalita Holdings, Inc. – A skincare related company and
Optimized Media Solution, Inc. an Online Help Desk and IT Solution Provider,

Tal Topel,
Was CEO and the merchant account guarantor for Heritage Alliance Group, Inc.

Gilad Meron,
Was CEO and the merchant account guarantor for Insight Media, Inc.

Lori Bekhor,
is Doron Nottea's Wife.

(e)      Identify the contents of the safe deposit box Doran attempted to open after being served with the TRO (we have the bank's confirmation that he attempted to access the box after I personally told him he was not permitted to do that and retained the key), and the second safe deposit in the name of a different defendant, also at B of A.  Also, please let me know if you are agreeable to me opening those safe deposit boxes and inspecting the contents.



Doron Nottea's Attorney:
James W. Spertus
1990 South Bundy Drive Suite 705, Los Angeles, CA 90025
jim@spertuslaw.com, tel: 310.826.4700 fax: 310.826.4711

(7) Bill-  If any of the dissolved entities still have active bank accounts (your clients will be able to confirm and we will check our information as well), we will need a consent.

All dissolved entities that have current bank accounts have been provided in detail below.

(8) Counsel  - what is the status of the financial statements for each of the defendants?
Alon Nottea, Adageo , LLC and Roi Reuveni have provided their financials through Attorney Bill Rothbard, Although a Copy is provided on the Dropbox link provided with this information.
Dropbox folder [Alon Nottea] [Adageo, llc] [Roi Reuveni]

Also, I know I've asked each of you for a list of entities any of the defendants are affiliated with/use to sell or market, etc., and for all corporate formation docs, bank account info, etc for those entities.   A list of the specific entities for which we need that info follows.  If there are others that your clients are aware of please include those in your rolling productions.

Bunzai Media Group, Inc.
Incorporated: Jan 1, 2010
Status: Dissolved
Officers and directors: Alon Nottea
List Bank accounts:  No Bank Accounts
Nature: Was original seller of Skincare products.
Attachment: previous bank statements provided in Dropbox [bunzai]

Pinnacle Logistics, Inc.
Status: Dissolved
Officers and directors: Oz Mizrahi
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: was fulfillment and call center services provider
Attachment: previous bank statements provided in Dropbox [Pinnacle]

DSA Holdings, Inc.
Incorporated: 1-10-06
Status: Dissolved, 9-19-2012
Officers and directors: Jason Menin
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: Was adult Entertainment Company, although it was a guarantor of a merchant processing account for Bunzai Media Group.
Dropbox Attachment: previous bank statements inside DSA Holdings, Inc.

LifeStyle Media Brands, Inc.
Incorporated:
Status: Dissolved
Officers and directors: Rachel Nottea
List Bank accounts, signatories, and current balances:  No Bank Account
Nature: Was original seller of Skincare products.
Attachment: previous bank statements in dropbox [Lifestyle Media Brands]

All Star Beauty Products, Inc.
The date of incorporation; 6/8/12
Status: Dissolved
Officers and directors: Sean Brennecke
All-star Beauty Products – WFB              |425
User:                    Password:[
QuickBooks Login:          Password:
signatories, Sean Brennecke / Stephan Bauer Wells            $48.00
Nature: Was a retail merchant corporation for skincare products

Shalita Holdings, Inc.
The date of incorporation; 11/27/12
Status: Active
Officers and directors: Prior: Matt Meron / Current: Eran Link
Wells Fargo: Stephan Bauer [          )036 $7755.00
Shalita Holdings – WFB          036
User:          Password:[
Nature: Was a retail merchant corporation for skincare products

DMA Holdings, Inc.
The date of incorporation; 06/15/11
Status: Dissolved
Officers and directors: Roi Reuveni
signatories, and current balances: Roi Reuveni / Stephan Bauer
Wells Fargo[          )296 $8116.00          166 495.00
Nature: Was a retail merchant corporation for skincare products

Xcite Entertainment, Inc. Make reference to role above
Incorporated: 2004
Status: Active
Officers and directors: Tomer Amsalem
List Bank accounts, signatories, and current balances:  No info Available / Not Related
Nature: Adult entertainment video and novelty distribution company

Extra Entertainment, Inc.
Incorporated: April 1997
Status: Dissolved
Officers and directors: Paul Roth
List Bank accounts, signatories, and current balances: No Bank Accounts Exist
Nature/type: Adult entertainment video and novelty distribution company

Access Distribution
Incorporated; A sole proprietorship DBA of Doron Nottea
Status: Active
Officers and directors: Doron Nottea
Bank accounts, and current balances, Doron Nottea Wells Fargo          l155
Nature: Adult entertainment video and novelty distribution company

Matrix Distribution
A sole proprietorship DBA of Doron Nottea
Status: Active
Officers and directors: Doron Nottea
List Bank accounts, signatories: Doron Nottea,
Nature: Adult entertainment video and novelty distribution company

Fidelity First Holdings, Inc.
A Vendor / Contractor Service Provider,
6314 Van Nuys Blvd, Van Nuys, 91401 Tel: 818.540.6384

Imperial Enterprises, Inc.
A Vendor / Contractor Service Provider,
9144 Owensmouth Ave, Chatsworth CA 91311

Trigen, LLC.
Personal Service LLC for Roi Reuveni
Date formed: June 26, 2012, Active
Bank: Bof_        _564
Dropbox Folder [Trigen]

Forward Momentum, LLC
Personal Service LLC for David Migdal
Email: David@mediaurge.com

Secured Commerce, LLC.
Date formed: June 26, 2012, Active
Bank: BofA         \564
Members Doron Nottea and Avi Argaman
This was the corporation used to Lease

6925 Canby Avenue unit 105 and 109, Reseda 91335
Nature: http://www.securedcommerce.com/

iPoint Vision, LLC
date of incorporation: June 25, 2013
Status: Active
Member: Tal Karasso
Managed by Tal Karasso, Company provides branding services for outside clients: In particular for a
new product launch called www.mimonis.com. No relation to Skincare.

Daria Media, Inc.
Incorporated: 2-27-14
Status: Active
Officers and directors: G. Siro
current balances Wells Fargo         444 G. Siro $520.00
Established as Management Company for E-cigarette and Nicotrim product lines.
Never had a merchant account. No relation to Skincare.

Netistics, Inc. aka Tech Chiefs
The date of incorporation: 6/26/12
Status: Active
Officers and directors: Roi Reuveni
B of A          836 Roi Reuveni $1000.00
IT Services Provider/consultant, Hardware, Software, office IT management, No relation to
Skincare.

Optimized Media Solutions
The date of incorporation;
Status: Active
Officers and directors: Eran Link
List Bank accounts, signatories, and current balances
Nature: Online Help Desk and IT Solution Provider, No relation to Skincare products.

Eccentric Innovations, Inc.
The date of incorporation; 3/10/14
Status: Active
Officers and directors: Dror Michaelo
WFB: No account Access,
Nature: online e-cigarette retailer, but as e-cigarette rules and regulations changed, the Nature of
the business changed Online Help Desk and IT Solution Provider.  No relation to Skincare products.

Impulse Media Group
The date of incorporation: 1/2/14
Status: Active

/ o

Officers and directors:  Dror Michaelo
signatories, and current balances: B of A (Dror)        ฿55 $5,200.00
Nature: Management company for the Online Help Desk and IT Solution Provider

SIMA Corporate Group
Is a corporate agent services company, no other info.
No access to contact info

Vastpay, LLC
5900 Sepulveda Blvd, #432
Sherman Oaks, Ca 91411
Email: Info@VastPay.com
Phone: 800-841-9885
Contact: Eugene Shampansky / Igor Latsanovski
Nature: www.vastpay.com Merchant Processing Company.

Vbonita, Inc.
The date of incorporation: 9/29/08
Status: Active
Officers and directors: Avi Argaman
Company never sold anything, nothing ever materialized.

IVR Logix Inc.
Officers and directors: Michael Costache
Nature: http://ivrlogix.com/

**From:** Robert Ungar [mailto:rmu@ungarlaw.com]
**Sent:** Sunday, July 12, 2015 2:25 PM
**To:** Kelly Crawford
**Cc:** Charlene Koonce
**Subject:** FTC v BMG

Good morning,

Alon Nottea and Roi Reuveni's responses to more "rolling requests":

Re: Further Inquiry re USM Transfer: There was no wire, or RSA device used. It was a simple online transfer on WFB online through a mobile phone. The transfer should appear in the online banking [access information previously provided]. There are no documents.

The email account "accounting@pinlogistics.com" was used by internal management to communicate regarding day to day accounting topics, it was used by Philip, Nastassia, and Alon.

focusmediasolutionsinc@gmail.com and accounting@focusmediasolutions.com the access password is

Kai Media, inc
Incorporated: July 26, 2012
Status: Active
Officers and directors: David Yosafian  WFB:        9190
User:              ,  Password:
Nature: Was a retail merchant corp for Skincare products.
Attachment:Kai Media]
Please identify bank accounts, and signatories on those accounts.
The information was previously provided in the 4th and 5th lines, above.

Contact information for Mr. Yosifian was previously provided:
                        Holon, Israel +972-:
                        Sherman Oaks, CA 91423

AMD Financial, Inc.
Incorporated: march 29, 2012
Status: Active
Officers and directors: Annsofie Algarp, Stephan Bauer
WFB:f      ,553
User:              Password: ,
Quickbooks Login:              Password: ,
Nature: Was a retail merchant corp for Skincare products.
Attachment: previous bank statements in dropbox [AMD]
Please identify bank accounts, and signatories on those accounts
Signatories: Annsofie Algarp, Stephan Bauer



EXHIBIT

B

App.000177

Annsofie Algarp

Malibu, CA 90265

Zen Mobile Media, Inc.
Incorporated: Nov 3, 2011
Status: Dissolved
Officers and directors:  Igor Latsanovski, Stephan Bauer
Zen Mobile Media: WFБ            422
User:              Password:
QuickBooks Login:              Password:
Nature: Was a retail merchant corp for Skincare products.
Attachment:Zen Mobile Media
Please identify bank accounts:
Previously provided 5th and 6th lines above.
Signatories: Igor Latsanovski, Stephan Bauer

Safehaven Ventures, inc.
Incorporated: Nov 10, 2011
Status: Dissolved
Officers and directors: Tomer Amsalem
Safehaven Ventures, Inc. – WFE          844
(No Bank Account exist, no access to provide)
Nature: Was a retail merchant corp for Skincare products.
Attachment:[Safehaven]  Please provide current contact information for Amsalem, and confirm
that you have served a copy of the TRO on him, and provide the date when that was done.
                                    , Encino, 91436; Copy sent.

Insight Media, Inc,
Incorporated: July 26, 2012
Status: Active
Officers and directors: Gilad Miron, Stephan Bauer
WFB:            )026
User: insightmed1  Password: letmein01
Nature: Was a retail merchant corp for Skincare products.
Attachment: Insight Media, Inc.  No attachment from you (?)
The dropbox was checked and the files are there.
Please identify bank accounts, and signatories: Account information previously provided,
above. Gilad Miron, Stephan Bauer
Please provide current contact information for Miron:
                              Woodland Hills, 91364

Apogee Network, llc
Incorporated: 9-25-12
Status: Active
Member: Alon Nottea

2

List Bank accounts, BofA :              155
User: a              Password:
answer to security question:
Nature: Personal Consulting llc for Alon Nottea
Attachment: previous bank statements and corp info in dropbox [Apogee]
What does this mean?  Is it just used as an entity for his personal receipt of funds?  Does it do anything?
Yes. Provides consulting services.

Best World Ranking
SEO Marketing Company
8027 Deering Ave.
Chatsworth, CA 91311
to provide more information, need access to office.
What does it do? Seach Engine Optimization Services Company.

East Coast Products
What does it do?
Sole Proprietorship DBA for Doron Nottea
Nature: Adult Business, these were adult novelty products / items

CJ Marketing Group
Sole Proprietorship DBA for Doron Nottea
Nature: Adult Business, these were adult novelty products / items
Where are we on getting an Agreement/stipulation to get the adult businesses and the inventory in Canby 109 released to you all?  We had started that process with Bill, but I think it stalled somewhere along the way.
That matter should be finalized with Doron's attorneys.

USM Products, inc.
Incorporated: 4-22-09
Status:  Active
Officers and directors: David Yosafian
Nature: importer/export of parts, packaging and product assembly, manufacturing, etc.
Why was it entitled to receive $ from Focus Media?  Please ID the bank accounts.
USM was not entitled to receive funds from Focus Media. Bank account information previously provided:
WFB        777
User:                password:

Intensive
Incorporated: 1/2/14
Status:  Active
Officers and directors: Annsofie Algarp.
WFB:        .686
Nature: online e-cigarette retailer, but as e-cigarette rules and regulations changed, the Nature of

*3*

Case 2:15-cv-04527-GW-PLA Document 165-2 Filed 08/14/15 Page 15 of 21 Page ID
#:3821
Case 2:15-cv-04527-GW-PLA Document 122-1 Filed 08/03/15 Page 11 of 20 Page ID
#:2827

the business changed Online Help Desk and IT Solution Provider. No relation to Skincare products.
Please ID the bank accounts:
WFB: ___ __686
User: Password:

There are no RSA Keys in Alon's possession.
All the known RSA keys were at the office on June 18.
The RSA Keys in the office were for the following:

SBM Management Inc. (For ACH)

SBM Management Inc. (For Wires)

Focus Media Inc. (For ACH)

Pinnacle Logistics Inc. (For ACH)

NFT Holdings Inc. (Adult business)

Daria Media Inc. (For ACH)

Calenergy Inc. (For Wires)

one other for SBM (unregistered or broken)

We do not have any other RSA keys in our possession.

As requested, another pdf file of Alon Nottea's Financial Statement is attached.

I need to know whether Alon disputes his control over all of the entities at issue here (every single one that has been identified, with the exception of Doron's adult products/porn businesses). Please let me know which if any entity that Alon contends he was not actually in control of (regardless of who was listed as the officers/directors/signatories).

What is meant by control and entities at issue. I do not control Calenergy. I was in control of the retail merchant corporations. I led media urge and pinnacle logistics.

I'll be reaching back out to Jim about various issues regarding matters discussed below , but I need Alon to give me a list of every person whose name was used on any merchant account, back account app, cororate filing or tax return, who did not consent to having their name and pii used. (For example, but not by way of limitiation, see the list below in answer to # 3). If these individuals did not consent to use of their name/pii, I need to know who signed their names on the relevant documents.

Sean Brennecke                                    , Sylmar, CA 91342

4

Gilad Miron

            Woodland Hills, Ca 91355

Eran Link                                   .d

            Calabasas, Ca 91302

Tal Topel

            Los Angeles, Ca 90068

Annsofie Algarp                     , Malibu, Ca 90265

David Yosafian:                         , Holon, Israel

                    Sherman Oaks, Ca 91423

Tomer Amsalem                     , Encino, 91436

Igor Latsanovski

Motti Nottea

Rachel Nottea

Roi Reuveni

Each person consented to the use of their name and information either personally or through their authorized representative (Eran and Gilad for David Yosafian).

Obviously, Alon and Roi got paid through their "Personal Consulting LLC" entities.  Did they also receive indirect compensation from any entity, by having that entity pay their personal credit card bills or otherwise?  Did either receive the proceeds of any check written on any entity account to a bank, for instance checks written on Zen Media accounts payable to WF or B of A?  How /through what entity was Doron compensated for his bookeeping services?

I did not receive the proceeds of any check written on any entity account to a bank. From time to time an American Express bill for Adageo LLC was paid by a retail merchant corporation.

From time to time Doron would be compensated for his bookeeping services, usually indirectly by payment of a personal or shared overhead expense.
Roi was only compensated through a direct payment to either himself or his LLC.

I am also going to need more information about Focus Media Solutions – the companies it was marketing for on Moobooka, etc..  Paul Medina has admitted that he lied to us about what the

5

Case 2:15-cv-04527-GW-PLA   Document 122-1   Filed 08/03/15   Page 13 of 20   Page ID #:2829

entity did (not that we didn't already know that), and also admitted that Alon is in control of it, and that Alon asked Paul to hire counsele for FMS although Paul now contends he does not authority to act on behalf of FMS. Do I need to direct my questions about FMS to you/Alon or should I send them to Paul Medina?

Day to day operations of FMS were handled by Paul Medina, who is the person who would know about the marketing activities of FMS. Paul Medina made the decisions for FMS.

To date we have not been provided with credentials to access the Zen Mobile Media bank accounts.
See above. Previously provided.

We no longer have access to the QB accounts under the SBM Mgmt account. The passwords have been changed.
QuickBooks Login:          ) Password: ·          _ _

Any other email accounts for Roi?
roi@roir.me
roireuveni@gmail.com

Any other email accounts for All-Star Beauty? Shalita Holdings? USM Products? Jay Michaels? Optimized Media Services? Secured Merchants? Vastpay? Zen Mobile Media?

Allstarbeautyproducts@gmail.com

Usmproducts@gmail.com

zenmobilemedia@gmail.com

Shalitaholdings@gmail.com

Thank you.


Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

1
2
3
4

## DECLARATION OF ERAN LINK

I, Eran Link, hereby declare as follows: That all statements contained herein are true and correct and within my personal knowledge.

1. On or about December 30, 2012 my partner Matt Amatsia Meron passed away.  Upon his death Mr Alon Nottea contacted me and requested that I take over the merchant account assigned to my partner Mr. Meron [Shalita Holdings]

2. Based on Alon Nottea relationship with both myself and my partner, I agreed to follow Alon Nottea's request and switch the merchant account to my name.  Since that time I have not authorized any subsequent use of my name and my signature, including bank accounts or merchant accounts.

3. From the time that I agreed to switch the  merchant accounts until the present, I have never received any monetary compensation from Shalita Holdings. Also, I am not aware of how Mr. Nottea was going to use the merchant account. Further, I was unaware of what type of products were being transacted under the merchant account.

4. I was only approached by Alon Nottea in connection to Shalita Holdings.

5. I am involved in the business of selling garage doors on line for the past 15 years.

6.  I declare under penalty of perjury under the laws of the State of California and the United States that the  foregoing is true and correct to the best of my knowledge and understanding.

_____
ERAN LINK

__7/14/15_____
DATE

DECLARATION OF ERAN LINK              -1-



App.000324

1            SUPPLEMENTAL DECLARATION OF ERAN LINK

2

3   I, Eran Link, hereby declare as follows: That all statements contained herein are true and correct and within my personal knowledge.

4

5      1. The only Shalita Holdings merchant account that I agreed to be on was the one that was switched from Mr. Meron to my self upon his death. I did not and have not agreed to be

6   on any additional merchant accounts connected to Shalita Holdings.

7      2. I did not authorize any one to open or sign on my behalf any new accounts for Shalita Holdings using my name and information.

8

9      3. The account held at Bank of America Optimized Media Service Inc., Account No. 1288 was not opened by me or authorized by me. Any documents bearing my name and or signature is without my knowledge and or permission.

10

11      4. I never knew that such accounts existed until I was made aware of this lawsuit, sometime in July of 2015. The only account that I have access to online at Bank of America is Mega Access Inc. Garage door business Account No.    210-3.

12   Therefor, I am asking that hold be released from the above referenced account.

13      5. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and

14   understanding

15

16

17

  ERAN LINK

18

19

20   3 -15-15

  DATE

21

22

23

24

25

26

27

28

     DECLARATION OF ERAN LINK     -1-

App.000325



**FTC v. Bunzai Media Group, Inc., et al.**
**Receivership Defendants and Receivership Defendants Not Yet Named**
**Flow of Funds**
**Exhibit 1**

tabbies
EXHIBIT
D

FTC v. Bunzai Media Group, Inc., et al.
Flow of Funds
1/1/14 – 6/18/15
Exhibit 2

