From: Tal Karasso talkarasso@gmail.com
Subject: Fwd: Website Corrections
Date: September 24, 2014 at 1:08 PM
To: rotem@mediaurge.com



---------- Forwarded message ----------
From: Patrick Raffin <praffin@pinlogistics.com>
Date: Wed, Sep 24, 2014 at 9:07 AM
Subject: Re: Website Corrections
To: David M <David@mediaurge.com>
Cc: Alon N <alon@mediaurge.com>, Tal Karasso <talkarasso@gmail.com>, Roi R <roi@ivrlogix.com>

See also the below image for further corrections:

It appears that two products other than Leor (Reverge and Auravie) are mentioned in this paragraph.



On Wed, Sep 24, 2014 at 7:35 AM, Patrick Raffin <praffin@pinlogistics.com> wrote:
Good Day Managers,

In reviewing the newest Leor websites, I found that there are a couple spelling errors on gthe main pages:

- the last item on the checklist is spelled "complection" when it should be spelled "Complexion"
- in the phrase "Weekly tretments" in light blue text, it should be spelled "treatments"

That's all I've found so far.  Thanks in advance for your attention to the matter



App.000069



--
**Have a good and healthy day!**

Respectfully,
Patrick Raffin
Call Center Manager


--
**Have a good and healthy day!**

Respectfully,
Patrick Raffin
Call Center Manager




**Customer Service Department - Pinnacle Logistics Inc.**
Direct: 866 216-9336 | E-Mail: support@pinlogistics.com

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received this message, please delete it immediately and notify the sender. The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects.