

EXHIBIT N



## Corporate Officers, Directors and C-Level Executives for
# MERCHANT LEVERAGE GROUP, INC.

California Corporation | Wysk # 6REGKJQ
United States ▸ California ▸ Glendale

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |

### Officers | California (Home State)

California Secretary of State      Data updated August 26, 2014

| Statement of Officers File Number: | -- |
| Statement of Officers File Date: | 02/29/2012 |

| Name | Title | Address | |
|---|---|---|---|
| STEPHAN BAUER | President | BURBANK, CA 91502 | Officer Report |



### About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.

ABOUT WYSK    BUSINESS DATA    PRODUCTS AND PRICING    INDUSTRIES WE SERVE    COMPANY PROFILES

Terms of Use | Privacy Policy | Data License | Support

Merchantleveragegroup.com Analysis - DomainTuno                                    Page 1 of 4



merchantleveragegroup.com (/redirect-nf?
url=aHR0cDovL21lcmNoYW50bGV2ZXJhZ2Vncm91cC5jb20=) ⊙

Merchant Leverage Group

None



Merchantleveragegroup.com seems to be quite trustworthy website, it is 3 years old. The website was registered by **igor iatsanovski (support@godaddy.com)** and has its servers in United States. The site has a Pagerank of 0, which suggests that it is not so well connected on the internet.
According to our SEO analysis, the site receives a score of 73 out of 100, which is pretty good, but there is still scope of improvement.

This report was last updated on May 11, 2015, 04:34 PM (2 months ago)  [Update Report]

Like 1.5k  8+1  321   2K

Subscribe to our SEO Services



### Statistics

| | |
|---|---|
| Country | United States |
| Website Age | ⊙ 3 years 3 months |
| Pagerank | 0 |
| Family Safe | ✓ Yes |
| Malware safe | ✓ Yes |
| IP Address | 50.63.202.63 |

(/seo-services)

### Sections

Alexa Graphs
SEO Analysis
Framework Analysis
Whois details
Server Properties
DNS Lookup
HTTP Headers

### Domains with same owners

**Reverse Whois**

tutesisya.com(/d/tutesisya.com)                                      Alexa Rank: 3,558,255
Your thesis Ya The tranquility of your title                          Pagerank: 0

facebookmanagementservices.com(/d/facebookmanagementservices.com)    Alexa Rank: 5,864,303
Want More Likes & Better Interactions On Facebook? We Offer Facebook Managements  Pagerank: 0
Services That Do Just That...

twoguysandagame.com(/d/twoguysandagame.com)                           Alexa Rank: 20,209,863
Best iPhone games,and even better a Free iPhone game.Enjoyed by millions all over  Pagerank: 1
the...

eflfzc.com(/d/eflfzc.com)                                             Alexa Rank: 13,821,190
Welcome to Eastern Freight and Logistics                              Pagerank: 0

mp3basket.com(/d/mp3basket.com)                                       Alexa Rank: 22,332,575
Free MP3 Music, search your music and download it free. Top music free for download,  Pagerank: 0
1 million mp3 base

**Reverse IP**

supertutorrs.com(/d/supertutorrs.com)                                 Alexa Rank: -
Super Tutors Association                                              Pagerank: 0

### Trending Domains

. zara11.com (/d/zara11.com)
haogongyi.cn                        21 Views
(/d/haogongyi.cn)                    5 Views
karinayjuanpi.com
(/d/karinayjuanpi.com)               3 Views
. sampleassignment.com
(/d/sampleassignment.com) 2 Views
. pmservitec.com
(/d/pmservitec.com)                  2 Views

### Latest Domains

goodpicture.com
(/d/goodpicture.com)
. trouvite.com (/d/trouvite.com)
bitterendgoggles.com
(/d/bitterendgoggles.com)
gsscloud.com (/d/gsscloud.com)
. ilclick.com (/d/ilclick.com)
deckscr.com (/d/deckscr.com)
until26.com (/d/until26.com)
lixiangshan.com
(/d/lixiangshan.com)

### SEO Analysis

We found 1 errors and 5 warnings while doing SEO analysis for merchantleveragegroup.com.

On Aug 12, 2015 3:09 PM, "Charlene Koonce" <charlene.koonce@solidcounsel.com> wrote:

Mr. Bauer – are you familiar with an entity called Merchant Leverage Group? Alon concedes he controls it, but you are identified in corporate filings as the only officer.

**From:** Stephan Bauer [mailto:alltechint@gmail.com]
**Sent:** Wednesday, August 12, 2015 5:24 PM
**To:** Charlene Koonce
**Subject:** Re: Merchant Leverage Group?

I had nothing to do with forming the co, running any aspect of it.
Since I was ill no one hot the mail for weeks. There where letter from ca. state tax board there. pretty new. Richard put them in a pile of return to sender mail.
I have no access or knowledge of bank accounts or biz activities much like the others your office has emailed in past weeks.
Stephan



EXHIBIT D

From: Robert Ungar [mailto:rmu@ungarlaw.com]
Sent: Tuesday, July 28, 2015 5:10 PM
To: Kelly Crawford
Cc: Charlene Koonce
Subject: FTC v BMG

Good afternoon,

Alon Nottea's additional responses to Friday's night's "rolling request":

- Who owns SJS IT Seven Solutions?

I don't know who owns SJS IT Seven Solutions.

- Are any of the individual defendants, Alan Argaman, Paul Medina, or any of the other individuals whose names are affiliated with the Receivership Defendants connected in any way to that entity?

Connected? They work(ed) with them.

- For each person Alon contends consented to the use of their name and information either personally or through their authorized representative, on any merchant or bank account or otherwise, please specify who consented for anyone else, and why/how someone is an authorized representative for someone else and what written evidence you have of such consent, if any. For anyone who did not personally sign their own name to any merchant account app, bank record, corporate filing, tax document or other similar document, please identify the person who actually signed someone else' name. For instance, who signed Erin Link's name on the account opening documents at B of A for Optimized Media Services?

This is hard to understand, please make it easier.

- Why does Secured Merchants transfer $ to and receive $ from Secured Commerce (d/b/a Express Mail House), if SM is engaged in on-line IT services?

I don't know, I was not managing, I was told that only secured commerce had a merchant account, and sometimes a charge on behalf of the other would be processed.

- Who is actually in control of Merchant Leverage Group and why does it receive $ from Secured Merchants?

Alon was, It paid Secured Merchants
1/15/15 1025 Check 10,000.00
1/21/15 1026 Check 4,500.00
for balances owed, that never got paid because of losses.


Robert M. Ungar
rmu@ungarlaw.com
310-405-1884



EXHIBIT P

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403