

Corporate Officers, Directors and C-Level Executives for

# USM PRODUCTS, INC.

California Corporation | Wysk # MQ7F8WH

United States ▸ California ▸ Canoga Park

| Company Profile | Officers and Directors | Credit Report | Good Standing | Patents and Trademarks | Federal Agencies | Bankruptcy | UCC and Tax Liens | Real Estate |

## Officers | California (Home State)

California Secretary of State                                                                 Data updated August 26, 2014

| Statement of Officers File Number: | EX03942 |
| Statement of Officers File Date: | 02/28/2014 |

| Name | Title | Address | | |
|---|---|---|---|---|
| DAVID YOSAFIAN | President | 7225 CANOGA AVE, CANOGA PARK, CA 91303 | Officer Report | in |
| JAY MICHAELS | President | 7225 CANOGA AVE, CANOGA PARK, CA 91303 | Officer Report | in |
| JENIK SHANAZARI | President | 14855 MAGNOLIA BLVD UNIT B, VAN NUYS, CA 91403 | Officer Report | in |



Follow Us: f ♥ in + ▶

## About Us

Wysk.com aggregates business data from official government sources and specialized data collectors to provide a central repository for public data on private U.S. companies.

Company search results yields business registration, officers and directors, good standing, bankruptcies, federal agency data (patents and trademarks, SEC, OMB, etc.), UCC and tax liens, real estate records, pending and historical litigation, and business credit reports. People search results show affiliations between individuals and businesses, revealing networks and related portfolio risk.

ABOUT WYSK     BUSINESS DATA     PRODUCTS AND PRICING     INDUSTRIES WE SERVE     CO[M]

EXHIBIT Q

**From:** Robert Ungar [mailto:rmu@ungarlaw.com]
**Sent:** Wednesday, July 08, 2015 12:30 PM
**To:** Kelly Crawford
**Cc:** Charlene Koonce
**Subject:** Re: FTC v BMG

Good morning,

Attached please find a revised Stipulation for Non-disclosure of Email. Please let me know if the revisions are agreeable, or provide me with your comments.

As you know, the 502 Stipulation concerns non-waiver of attorney-client and work product privileges (FRE, Rule 502); whereas, the NDA concerns reasonable steps for preserving the confidential content of personal email.

I have not yet been informed of the results of Eric's "scan" process concerning the two personal use email accounts you were concerned about, alon@mediaurge.com and roi@pinlogistics.com.

I am not aware of email account "access information" being withheld by my clients. Kindly provide some specifics regarding the account(s) to which you are referring. From all appearances, my clients have been, and intend to continue to be, responsive, cooperative and forthcoming.

In re Asia Global Crossing, Ltd., 322 B.R. 247, 257 (S.D.N.Y. 2005) and its progeny support such an assertion of attorney-client privilege.

==Jay Michaels is a fictitious name formerly used by Alon Nottea for the purpose of Internet domain name registration privacy and security.==

My clients do not have any written loan documents wherein Mr. Latsanovski is a borrower or lender.

Given my clients' cooperation, responsiveness, and substantial compliance under the TRO and the 502 Stipulation, please notify me this morning that you have taken steps to cause the pending OSC re noncompliance to be recalled.

Thank you.



EXHIBIT R

Aura Vie





EXHIBIT 5