

**SECURED COMMERCE**
Integrated online partner

6925 Canby Ave. #105
Reseda, CA 91335-4360
Tel 747.222.3333  Fax 747.222.3350
accounting@securedcommerce.com

# Invoice

| Date | Number |
|---|---|
| 4/8/2013 | 55003 |

**Bill To**

Adageo, LLC.
16161 Ventura Blvd # 378
Encino, CA 91436

| Description | Amount |
|---|---|
| Design, Creation, & Optimization of Auravie Landing Page  Campaign Setup and integration to Lime Light CRM and Click Connector | 13,500.00 |

Thank you for your business.

**Total**  $13,500.00


EXHIBIT T



Secured Merchants, LLC.
5023 North Parkway
Calabasas 91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

**BILL TO**
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA 91203

INVOICE # 11377
TERMS Net 10
DATE 02/03/2015
DUE DATE 02/13/2015

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 120 | CBA<br>• ChargeBack resolution automated services ($7 per record) 1/1/15-1/31/15 | 7.00 | 840.00 |
| 143 | CBA<br>• ChargeBack resolution automated services ($7 per record) 1/1/15-1/31/15 | 7.00 | 1,001.00 |
| 3303 | IVR<br>• IVR PBX solution per record charge of 0.70 1/1/15-1/31/15 | 0.70 | 2,312.10 |

TOTAL $4,153.10
PAYMENT $4,153.10
BALANCE DUE **$0.00**

EXHIBIT U

App.000102

Secured Merchants, LLC.
5023 North Parkway
Calabasas 91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA 91203

INVOICE # 11301
TERMS Due on receip
DATE 01/01/2015
DUE DATE 01/01/2015

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 88 | CBA<br>• ChargeBack resolution automated services ($4 per record) (12-15-14 to 12-31-14) | 4.00 | 352.00 |
| 1159 | IVR<br>• IVR PBX solution per record charge of 0.70 (12-15-14 to 12-31-14) | 0.70 | 811.30 |

| | |
|---|---|
| TOTAL | $1,163.30 |
| PAYMENT | $1,163.30 |
| BALANCE DUE | **$0.00** |

Secured Merchants, LLC.
5023 North Parkway
Calabasas 91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA 91203

INVOICE # 10832
TERMS Net 10
DATE 05/15/2014
DUE DATE 05/25/2014

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 1 | CallCenter | 18,910.00 | 18,910.00 |

| | |
|---|---|
| TOTAL | $18,910.00 |
| PAYMENT | $18,910.00 |
| BALANCE DUE | **$0.00** |

App.000115

Secured Merchants, LLC.
5023 North Parkway
Calabasas 91302 US



(800) 976-7027
accounting@securedmerchants.com
www.securedmerchants.com

# Invoice

BILL TO
SBM Management Inc.
655 N. Central Ave. Suite 1700
Glendale, CA  91203

INVOICE # 10640
TERMS Net 10
DATE 04/21/2014
DUE DATE 04/30/2014

| QUANTITY | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|
| 2998 | CBA<br>• ChargeBack resolution automated services ($4 per record) CBA 4/15-4/30 | 4.00 | 11,992.00 |
| 2794 | IVR<br>• IVR PBX solution per record charge of 0.70  4/15-4/30 | 0.70 | 1,955.80 |

| | |
|---|---|
| TOTAL | $13,947.80 |
| PAYMENT | $13,947.80 |
| BALANCE DUE | **$0.00** |

App.000112

From: Robert Ungar [mailto:rmu@ungarlaw.com]
Sent: Monday, July 27, 2015 8:05 PM
To: Kelly Crawford
Cc: Charlene Koonce
Subject: FTC v BMG

Good afternoon,

Alon Nottea's responses to the inquiries sent on Friday night:

· Was Dellure sold pursuant to any negative option enrollments?

Dellure was sold thru a variety of different marketing ways as a straight sale product. In the inception of the brand, the order page for dellure offered two options: 1. an option to buy the product for the full price.  and  2. an option to enroll in the trial program - the consumer would choose their option.

Which merchant entities and accounts were used for Dellure sales?

I don't understand the question, we applied for numerous merchant accounts for Dellure as expectations were high for its success.

Were those used only for Dellure sales or AuraVie, LeOr and other products as well?

I believe they were used for both Dellure and Auravie, (not Leor) as customer service agents were able to provide the other product as a replacement product or if a customer wanted to buy something else.

· Did Vastpay participate in the sales of ANY products sold by any of the individual defendants or any of the entities they are affiliated with?  If so, please identify those products?

Vastpay did not provide services to any products sold.

Eugene, had his own merchant business aside from Vastpay, and provided merchant services for Leor's sales, although it was not vastpay business.

· For the entities which were operated as " Online Help Desk and IT Solution Provider" (Optimized Media, Nestistics, etc.) I asked you to identify who their services were provided to.  The response was "I don't know if the services were provided to entities or individuals" or something like that – which is not responsive.

The question was understood as are consumers entities or individuals. I don't know if consumers were entities or individuals.

Did/do any of the " Online Help Desk and IT Solution Provider" entities receive funds from any other entity owned, controlled or affiliated with any other Receivership Defendant or Individual Defendant? If yes, identify which entities/individuals pay these Online Help Desk entities.

No



Did/do any of the "Online Help Desk and IT Solution Provider" entities transfer money directly or indirectly to any Receivership Defendant or any Individual Defendant?  If yes, identify which entities/individuals receive those payments.

Not sure I understand, please be more specific... i guess netistics could have paid roi.

·       Can Optimized, Intensive, Eccentric and Dynamic operate without any loans or income from SBM or any other Receivership Defendant?

What loans or income from SBM?

·       What is Alon's involvement with Vastpay?

Refer Clients

·       Why does Guayas send $ to Vastpay?

I don't know what Guayas is. I was not involved in vastpay operations or financials.

·       Forward Momentum is David Migdal's personal consulting LLC.  Why does it receive $ from SBM or any other receivership defendant?  What services did Migdal purportedly provide, and to what entity?

David provided day to day operational tasks / services.

Can it continue operating legally and profitably if it receives no income from any Receivership Defendant and no loans from any source?

It is the guys personal company, sure he could continue.

·       the login below failed.  Can you confirm it is correct?  Also, we still need log-in info for Roi's B of A account.  And, there is an AmEx cc attached to Trigen's WF account and we need access to that credit card data as well.

 Thats the login he has.

Roi's B of A account:
user: ;
password: !

·       Please provide a copy of any current lease for any car driven by or leased to your clients, and identify which entity which makes the lease payments.

We are obtaining this information for you and shall provide ASAP

·       If the skin care businesses are discontinued as represented, what does AMD do now?  Why does it have payroll, and who is on the payroll?

There is no current payroll. But we are looking back to get a better answer....

· Confirm service of the TRO on all officers, agents, employees as requested in email sent on 7/13 at 7:27 p.m CST.

Declarations of Compliance delivered to Mr. Tepfer on July 11, 2015.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403