
1 | Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
2 | 5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
3 | 310-300-2900
310-300-2901- Fax
4 | Mweiss@agmblaw.com

5 | Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
6 | **SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
7 | Dallas, Texas  75201
214-706-4200
8 | 214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | NOTICE OF LODGING [PROPOSED] ORDER ON MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | |
| Defendants. | Date:  September 14, 2015<br>Time:  10:30 a.m.<br>Courtroom:  10 |

- 1 -
NOTICE OF LODGING [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Charlene Koonce, Receiver, hereby lodges the attached [Proposed] Order on Motion For Order Finding Certain Assets Subject To The Temporary Restraining Order, Etc., And Preliminary Injunctions; Memorandum Of Points And Authorities In Support

Dated: August 14, 2015.

> */s/Charlene Koonce*
> Charlene C. Koonce
> *Receiver*
> 500 N. Akard Street, Suite 2700
> Dallas, Texas 75201
> Telephone: 214-706-4200
> Telecopier: 214-706-4242
> *Admitted Pro Hac Vice* (TX SBN 11672850)
>
> **SCHEEF & STONE, L.L.P.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 14, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal | David P. Beitchman |
| Michael Weiss | Andre Boniadi |
| Nina Nahal Ameri | Beitchman\|Zekian, PC |
| Abrams Garfinkel Margolis Bergson | 16130 Ventura Boulevard, Suite 570 |
| 5900 Wilshire Blvd Suite 2250 | Encino, CA 91436 |
| Los Angeles, CA 90036 | *Counsel for Doron Nottea and* |
| *Local counsel for Receiver* | *Motti Nottea* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Erik S Syverson | Marc S. Harris |
| | Scott M. Lesowitz | Annah S Kim |
| 3 | Steven T. Gebelin | Scheper Kim & Harris, LLP |
| | Raines Feldman LLP | 601 W. Fifth Street, 12th Floor |
| 4 | 9720 Wilshire Boulevard Fifth Floor | Los Angeles, CA 90071 |
| | Beverly Hills, CA 90212 | *Counsel for Igor Latsanovski and* |
| 5 | *Counsel for Oz Mizrahi, as an officer or* | *Calenergy, Inc.* |
| | *manager of BunZai Media Group, Inc.* | |
| 6 | *and Pinnacle Logistics, Inc.* | |
| 7 | Robert M. Ungar | Reid Tepfer |
| | Crosswind Law | Luis Gallegos |
| 8 | 14724 Ventura Blvd Penthouse | Federal Trade Commission |
| | Sherman Oaks, CA 91403 | 1999 Bryan Street, Suite 2150 |
| 9 | *Counsel for Alon Nottea, Roi Rueveni* | Dallas, TX  75201 |
| | *and Adageo, LLC* | *Counsel for the FTC* |
| 10 | | |
| 11 | Raymond E McKown | Benjamin A Pettit |
| | Federal Trade Commission | 20 East Pueblo Street |
| 12 | 10877 Wilshire Boulevard, Suite 700 | Santa Barbara, CA 93105 |
| | Los Angeles, CA 90024 | *Counsel for Alon Nottea* |
| | *Counsel for the FTC* | |

                                       /s/  Charlene C. Koonce
                                       CHARLENE C. KOONCE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> **Plaintiff**, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit et al. <br><br> **Defendants.** | Case No. 2:15-CV- 4527-GW(PLAx) <br><br> **ORDER GRANTING RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS** |

HAVING CONSIDERED the Receiver's Motion for Order Finding Certain Assets Subject to the Temporary Restraining Order, (the "Motion"), all supporting evidence and the arguments of counsel and non-parties, if any,  the Court finds the

- 1 -

ORDER GRANTING RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TERMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS

Motion is just and reasonable, and should be and hereby is **GRANTED**. Accordingly, the Court **FINDS** as follows:

1) The assets of All Star Beauty Products, Inc.; DMA Media Holdings, Inc.; Focus Media Solutions, Inc.; Forward Momentum, LLC; Merchant Leverage Group, Inc.; Secured Commerce, Inc., Secured Merchants, LLC, Shalita Holdings, Inc., Trigen, LLC, USM Products, Inc. are assets of "Receivership Defendants" as defined by the TRO and the Preliminary Injunctions (collectively "the Entities");

2) Neither the Receiver nor the receivership estate shall have any responsibility for any liability owed by the Entities, and the Receiver has no duty to operate, dissolve, or otherwise manage any of the Entities, unless ordered to do so in the future;

3) The contents of 6925 Canby, Suite 105, Reseda, CA are assets owned by Secured Commerce, LLC.

4) The contents of 6850 Canby, Suite 103, Reseda, CA are assets owned by Media Urge, Inc., a named Receivership Defendant, or Focus Media Solutions, Inc.

5) Notice of this motion to Alon Nottea provides notice to the following entities: All Star Beauty Products, Inc.; DMA Media Holdings, Inc., Focus Media Solutions, Inc.; Merchant Leverage Group, Inc., Shalita Holdings, Inc., and USM Products;

6) Notice of this motion to Doron Nottea constitutes notice to Secured Commerce, LLC;

7) Notice of this motion to Roi Reuveni constitutes notice to Trigen, LLC;

8) Notice of this motion to Alan Argaman, through Argaman's counsel by agreement, constitutes notice to Secured Merchants, LLC;

9) Notice of this motion to David Migdal constitutes notice to Forward Momentum, LLC.

1     Signed this ___ day of _____, 2015.

_____
**GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**