**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BUNZAI MEDIA GROU, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**ORDER RE DEFENDANTS' JOINT *EX PARTE* APPLICATION TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO STAY PROCEEDINGS**<br><br>**[Filed Concurrently with Joint *Ex Parte* Application and Declaration of David P. Beitchman]** |

- 1 -

**[PROPOSED] ORDER**

1  The Court, having considered Defendants DORON NOTTEA, MOTTI
2 NOTTEA, ALON NOTTEA, and ROI REUVENI ("Defendants") *Ex Parte*
3 Application to Stay Proceedings or, in the Alternative, for an Order Shortening Time
4 on Motion to Stay Proceedings, all papers currently on file, and all matters presented
5 to the Court and good cause appearing therefore, IT IS HEREBY ORDERED that:
6  The Court will hear Defendants Doron Nottea, Motti Nottea, Alon Nottea and
7 Roi Reuveni's motion for a stay on August 24, 2015 at 8:30 a.m. Any further filings
8 cannot be more than seven pages and must be filed and served by August 19, 2015

10  **IT IS SO ORDERED.**

12 DATED: <u>August 13, 2015</u>

 Honorable George H. Wu,
 United States District Judge