**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone:  (213) 613-4655
Facsimile:   (213) 613-4656

**Attorneys for Defendants**
**Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>            Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**STIPULATION TO CONTINUE THE RECEIVER'S MOTION FOR PAYMENT OF FEES AND COSTS AS TO IGOR LATSANOVSKI AND CALENERGY, INC.**<br><br>*([Proposed] Order Filed Concurrently)* |

WHEREAS, the Court set a hearing on the Receiver's Emergency Request to Compel Production (Doc. No. 36) and Receiver's Orders to Show Cause for September 14, 2015 at 10:30 a.m. (Doc. Nos. 56, 57, and 155);

WHEREAS, on August 14, 2015, Receiver filed the following motions: Motion for Order Finding Certain Assets Subject to the TRO and Preliminary Injunction (Doc. No. 165) and Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses through July 31, 2015 (Doc. No. 161) ("Receiver's Fee Motion"), which are also set to be heard on September 14, 2015 at 10:30 a.m.;

WHEREAS Defendants Igor Latsanovski and Calenergy, Inc. intend to oppose the Receiver's Fee Motion, and other defendants may oppose the other

motions or orders to show cause filed by the Receiver for hearing on September 14, 2015 and their respective oppositions are due on August 20, 2015 and sought a two week continuance;

WHEREAS, the parties have met and conferred regarding scheduling in this matter, and have agreed to continue the hearing on the Receiver's Emergency Request to Compel Production, Orders to Show Cause, Motion for Order Finding Certain Assets Subject to the TRO and Preliminary Injunction, and Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses (collectively "Motions") for three days from September 14, 2015 to September 17, 2015;

IT IS HEREBY STIPULATED by and between the Receiver and Defendants Alon Nottea, Doron Nottea, Motti Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, and Calenergy, Inc. (collectively, the "Stipulating Defendants"), through their respective counsel of record, as follows:

1. The Motions presently scheduled to be heard on September 14, 2015, be continued to September 17, 2015, at 10:30 .a.m. or later.

2. Any opposition to the Motions must be submitted by the Stipulating Defendants no later than August 27, 2015.

3. Any reply by the Receiver to defendants' opposition shall be filed no later than September 3, 2015.

2

STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING

| | | |
|---|---|---|
| DATED: August 19, 2015 | | SCHEPER KIM & HARRIS LLP<br>MARC S. HARRIS<br>ANNAH S. KIM |
| | By: | /s/ Annah S. Kim<br>Annah S. Kim<br>Attorneys for Defendants Igor Latsanovski and Calenergy, Inc. |
| DATED: August 19, 2015 | | |
| | By: | /s/ Robert M. Ungar<br>Robert M. Ungar<br>Attorneys for Defendants Alon Nottea and Roi Reuveni |
| DATED: August 19, 2015 | | |
| | By: | /s/ Erik S. Syverson<br>Erik S. Syverson<br>Attorney for Defendant Oz Mizrahi |
| DATED: August 19, 2015 | | |
| | By: | /s/ Andre Boniadi<br>Andre Boniadi<br>Attorney for Defendants Doron Nottea and Motti Nottea |

| | | |
|---|---|---|
| 1 | DATED: August 19, 2015 | FEDERAL TRADE COMMISSION |
| 2 | | REID TEPFER |
| | | RAYMOND McKOWN |

By:  /s/ Reid Tepfer

Attorneys for Plaintiff Federal Trade Commission

DATED: August 19, 2015        SCHEEF & STONE LLP
                              CHARLENE KOONCE

By:  /s/ Charlene Koonce
     Charlene Koonce
     Receiver

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).

/s/ Annah S. Kim
Annah S. Kim

4
STIPULATION TO CONTINUE PRELIMINARY INJUNCTION HEARING