1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>    Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER CONTINUING HEARING DATE TO SEPTEMBER 17, 2015** |

After review and consideration of the parties' stipulation for an order continuing the hearings from September 14, 2015 to September 17, 2015:

1. The hearings on the Receiver's Emergency Request to Compel Production (Doc. No. 36), Orders to Show Cause (Docs. Nos. 56, 57, 155), Motion for Order Finding Certain Assets Subject to the TRO (Doc. No. 165) and Preliminary Injunction and Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses through July 31, 2015 (Doc. No. 161) (collectively "Motions") all presently scheduled for September 14, 2015 are continued to September 17, 2015, at 10:30 a.m. or later.

2. Any opposition to the Motions shall be filed no later than August 27, 2015.

3. Any reply in support of the Motions shall be filed by no later than September 3, 2015.

**IT IS SO ORDERED.**

Dated: _____

The Honorable George Wu
Judge, United States District Court