NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**CLEAR FORM**

SCHEPER KIM & HARRIS LLP

Marc S. Harris (SBN 136647)

Annah S. Kim (SBN 190609)

601 W. Fifth Street, 12th Floor, Los Angeles, CA 90071

Tel: (213)613-4657 | Fax: (213) 613-4656

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 15-04527 GW (PLAx) |
| v. | |
| BUNZAI MEDIA GROUP INC., et al | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              Calenergy Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sunset Holdings Partners LLC | Funds and Assets currently subject to TRO; Igor Latsanovski is a shareholder |
| Mike Peniche | Sunset Holdings Partners LLC shareholder |
| Maria Zolotareva | Investor/Lender to Sunset Holdings Partners LLC |
| Guayas Ltd | Investor/Lender to Sunset Holdings Partners LLC |
| Lawrence Rubin | Investor/Lender to Sunset Holdings Partners LLC |
| ComicsFix LLC | Funds and Assets currently subject to TRO; Igor Latsanovski is a shareholder |
| Vastpay LLC | Funds andAssests currently subject to TRO; Igor Latsanovski is a shareholder |
| Felix Kiner | ComicFix LLC shareholder |

8/20/2015

Date

/s/ Annah S. Kim

Signature

Attorney of record for (or name of party appearing in pro per):

Igor Latsanovski and Calenergy Inc.