1 **ERIK S. SYVERSON (SBN 221933)**
esyverson@raineslaw.com
2 **STEVEN T. GEBELIN (SBN 261507)**
sgebelin@raineslaw.com
3 **SCOTT M. LESOWITZ (SBN 261759)**
slesowitz@raineslaw.com
4 **RAINES FELDMAN LLP**
9720 Wilshire Boulevard, 5th Floor
5 Beverly Hills, California 90212
Telephone:  (310) 440-4100
6 Facsimile:   (310) 691-1943
7
8 Attorneys for Defendant
OZ MIZRAHI
9
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14 FEDERAL TRADE COMMISSION, | **CASE NO. 2:15-cv-04527-GW (PLAx)** |
| 15          Plaintiff, | Hon. George H. Wu |
| 16     v. | Courtroom 10, |
| 17 BUNZAI MEDIA GROUP, INC, *et al.*, | **DEFENDANT OZ MIZRAHI'S ANSWER TO THE COMPLAINT** |
| 18          Defendants. | **DEMAND FOR JURY TRIAL** |

19
20
21
22
23
24
25
26
27
28

Defendant OZ MIZRAHI, an individual ("Mizrahi" or "Defendant"), through his undersigned counsel of record, hereby answer the Complaint of Plaintiff FEDERAL TRADE COMMISSION ("Plaintiff" or "FTC") in this action as follows:

1.     Defendant Mizrahi admits that Plaintiff brings this action against defendants.  Defendant neither admits nor denies the allegations contained in Paragraph 1 to the extent those allegations are conclusions of law to which no response is required.  To the extent any of the allegations of the Paragraph 1 may be deemed allegations of fact regarding Mizrahi, Mizrahi denies such allegations.  To the extent any of the allegations of Paragraph 1 may be deemed allegations of fact regarding other defendants, Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

2.     Defendant Mizrahi denies the allegations of Paragraph 2 to the extent that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi directed or participated in any fraudulent operation by any defendant or that Mizrahi had any knowledge of or control over any marketing or sales practices regarding skincare products by any defendant, including any enterprise operating as described in Paragraph 2.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 2, and on that basis specifically and generally denies each remaining allegation in Paragraph 2.

3.     Defendant Mizrahi denies the allegations of Paragraph 3 to the extent that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi operated, directed, or participated in any common enterprise with any other defendant, including any enterprise operating as described in Paragraph 3. Defendant Mizrahi further denies directing or participating in a fraudulent operation by any defendant or having any knowledge of or control over any marketing or sales practices regarding skincare products by any defendant.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining

allegations of Paragraph 3, and on that basis specifically and generally denies each remaining allegation in Paragraph 3.

**JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT**

4.     Defendant neither admits nor denies the allegations contained in Paragraph 4 to the extent those allegations are conclusions of law to which no response is required; to the extent any of the allegations of the Paragraph 4 may be deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

5.     Defendant neither admits nor denies the allegations contained in Paragraph 5 to the extent those allegations are conclusions of law to which no response is required; to the extent any of the allegations of the Paragraph 5 may be deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

6.     Defendant neither admits nor denies the allegations contained in Paragraph 6 to the extent those allegations are conclusions of law to which no response is required; to the extent any of the allegations of the Paragraph 6 may be deemed allegations of fact, Defendant Mizrahi admits that his residence and primary place of business are in Los Angeles County.   Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining factual allegations of Paragraph 6, if any, and on that basis specifically and generally denies any remaining allegation in Paragraph 6.

**PLAINTIFF**

7.     Defendant neither admits nor denies the allegations contained in Paragraph 7 to the extent those allegations are conclusions of law to which no response is required; to the extent any of the allegations of the Paragraph 7 may be deemed allegations of fact, Defendant presently lacks knowledge or information

1 sufficient to form a belief about the truth of the allegations and on that basis denies

2 them.

3    8. Defendant neither admits nor denies the allegations contained in

4 Paragraph 8 to the extent those allegations are conclusions of law to which no

5 response is required; to the extent any of the allegations of the Paragraph 8 may be

6 deemed allegations of fact, Defendant presently lacks knowledge or information

7 sufficient to form a belief about the truth of the allegations and on that basis denies

8 them.

9 **DEFENDANTS**

10    9. Defendant Mizrahi presently lacks knowledge or information sufficient

11 to form a belief about the truth of the factual allegations in Paragraph 9 and on that

12 basis denies them.

13    10. Defendant Mizrahi admits that Pinnacle Logistics, Inc. was a

14 corporation that formerly transacted business in this district. Except as expressly

15 admitted, Defendant Mizrahi is without sufficient information to admit or deny the

16 remaining allegations of Paragraph 10, and on that basis specifically and generally

17 denies each remaining allegation in Paragraph 10.

18    11. Defendant Mizrahi presently lacks knowledge or information sufficient

19 to form a belief about the truth of the factual allegations in Paragraph 11 and on that

20 basis denies them.

21    12. Defendant Mizrahi presently lacks knowledge or information sufficient

22 to form a belief about the truth of the factual allegations in Paragraph 12 and on that

23 basis denies them.

24    13. Defendant Mizrahi presently lacks knowledge or information sufficient

25 to form a belief about the truth of the factual allegations in Paragraph 13 and on that

26 basis denies them.

27    14. Defendant Mizrahi presently lacks knowledge or information sufficient

28 to form a belief about the truth of the factual allegations in Paragraph14 and on that

basis denies them.

15.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph15 and on that basis denies them.

16.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph16 and on that basis denies them.

17.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 17 and on that basis denies them.

18.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 18 and on that basis denies them.

19.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 19 and on that basis denies them.

20.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 20 and on that basis denies them.

21.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 21 and on that basis denies them.

22.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 22 and on that basis denies them.

23.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 23 and on that basis denies them.

24.     Defendant Mizrahi is informed and believes, and thereupon admits that Alon Nottea resides in and has transacted business in this district. Except as expressly admitted, Defendant Mizrahi is without sufficient information to admit or deny the remaining allegations in Paragraph 24, and on that basis specifically and generally denies the remaining allegations in Paragraph 24.

25.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 25 and on that basis denies them.

26.     Defendant Mizrahi is informed and believes, and thereupon admits that Doron Nottea resides in and has transacted business in this district. Except as expressly admitted, Defendant Mizrahi is without sufficient information to admit or deny the remaining allegations in Paragraph 26, and on that basis specifically and generally denies the remaining allegations in Paragraph 26.

27.     Defendant Mizrahi admits that he was the nominal CEO of defendant Pinnacle Logistics, Inc. in 2012 and part of 2013, but denies that the position had any actual authority or control over the acts, operations, or business practices of defendant Pinnacle Logistics, Inc.  Mizrahi further admits that he is a resident of this judicial district and that he conducts his own separate lawful business (*i.e.* wholly unconnected to the allegations within the Complaint) within the judicial district. Except as expressly admitted or denied above, Defendant Mizrahi denies the remaining allegations of Paragraph 27.

28.     Defendant Mizrahi is informed and believes, and thereupon admits that Igor Latsanovski resides in and has transacted business in this district. Except as expressly admitted, Defendant Mizrahi is without sufficient information to admit or deny the remaining allegations in Paragraph 28, and on that basis specifically and generally denies the remaining allegations in Paragraph 28.

29.     Defendant Mizrahi is informed and believes, and thereupon admits that Roi Reuveni resides in and has transacted business in this district, and that Roi

1  Reuveni was a manager at Pinnacle Logistics, Inc. Except as expressly admitted,
2  Defendant Mizrahi is without sufficient information to admit or deny the remaining
3  allegations in Paragraph 29, and on that basis specifically and generally denies the
4  remaining allegations in Paragraph 29.

5       30.     Defendant Mizrahi presently lacks knowledge or information sufficient
6  to form a belief about the truth of the factual allegations in Paragraph 30 and on that
7  basis denies them.

8  **COMMON ENTERPRISE**

9       31.     Defendant Mizrahi denies the allegations of Paragraph 31 to the extent
10  that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi
11  took any acts to operate the "common enterprise" as described in Paragraph 31.
12  Except as admitted or denied, Defendant is without sufficient information to admit
13  or deny the remaining allegations of Paragraph 31, and on that basis specifically and
14  generally denies each remaining allegation in Paragraph 31.

15       32.     Defendant Mizrahi denies the allegations of Paragraph 32 to the extent
16  that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi
17  "formulated, directed, controlled, had the authority to control, or participated in the
18  acts and practices of the Corporate Defendants that constitute the common
19  enterprise" as described in Paragraph 32.  Except as admitted or denied, Defendant
20  is without sufficient information to admit or deny the remaining allegations of
21  Paragraph 32, and on that basis specifically and generally denies each remaining
22  allegation in Paragraph 32.

23  **COMMERCE**

24       33.     Defendant neither admits nor denies the allegations contained in
25  Paragraph 33 to the extent those allegations are conclusions of law to which no
26  response is required; to the extent any of the allegations of the Paragraph 33 may be
27  deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or
28  information sufficient to form a belief about the truth of the allegations and on that

1  basis denies them.

## DEFENDANTS' BUSINESS PRACTICES

3       34.     Defendant Mizrahi denies the allegations of Paragraph 34 to the extent
4  that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi
5  "advertised, marketed, distributed, and sold skincare products online from multiple
6  Internet websites" as described in Paragraph 34.  Except as admitted or denied,
7  Defendant is without sufficient information to admit or deny the remaining
8  allegations of Paragraph 34, and on that basis specifically and generally denies each
9  remaining allegation in Paragraph 34.

10      35.     Defendant Mizrahi denies the allegations of Paragraph 35 to the extent
11 that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi
12 made any "online offers" as described in Paragraph 35.  Except as admitted or
13 denied, Defendant is without sufficient information to admit or deny the remaining
14 allegations of Paragraph 35, and on that basis specifically and generally denies each
15 remaining allegation in Paragraph 35.

### *Defendants' Risk Free Trial Offers*

17      36.     Defendant Mizrahi denies the allegations of Paragraph 36 to the extent
18 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
19 is without sufficient information to admit or deny the remaining allegations of
20 Paragraph 36, and on that basis specifically and generally denies each remaining
21 allegation in Paragraph 36.

22      37.     Defendant Mizrahi denies the allegations of Paragraph 37 to the extent
23 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
24 is without sufficient information to admit or deny the remaining allegations of
25 Paragraph 37, and on that basis specifically and generally denies each remaining
26 allegation in Paragraph 37.

27      38.     Defendant Mizrahi denies the allegations of Paragraph 38 to the extent
28 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

is without sufficient information to admit or deny the remaining allegations of Paragraph 38, and on that basis specifically and generally denies each remaining allegation in Paragraph 38.

39. Defendant Mizrahi denies the allegations of Paragraph 39 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 39, and on that basis specifically and generally denies each remaining allegation in Paragraph 39.

### *Defendants' Hidden Costs, Continuity Plan Features, and Return Policy*

40. Defendant Mizrahi denies the allegations of Paragraph 40 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 40, and on that basis specifically and generally denies each remaining allegation in Paragraph 40.

41. Defendant Mizrahi denies the allegations of Paragraph 41 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 41, and on that basis specifically and generally denies each remaining allegation in Paragraph 41.

42. Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 42 and on that basis denies them.

43. Defendant Mizrahi denies the allegations of Paragraph 43 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 43, and on that basis specifically and generally denies each remaining allegation in Paragraph 43.

44. Defendant Mizrahi denies the allegations of Paragraph 44 to the extent

1  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

2  is without sufficient information to admit or deny the remaining allegations of

3  Paragraph 44, and on that basis specifically and generally denies each remaining

4  allegation in Paragraph 44.

5      45.    Defendant Mizrahi denies the allegations of Paragraph 45 to the extent

6  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

7  is without sufficient information to admit or deny the remaining allegations of

8  Paragraph 45, and on that basis specifically and generally denies each remaining

9  allegation in Paragraph 45.

10     46.    Defendant Mizrahi denies the allegations of Paragraph 46 to the extent

11 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

12 is without sufficient information to admit or deny the remaining allegations of

13 Paragraph 46, and on that basis specifically and generally denies each remaining

14 allegation in Paragraph 46.

15     47.    Defendant Mizrahi denies the allegations of Paragraph 47 to the extent

16 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

17 is without sufficient information to admit or deny the remaining allegations of

18 Paragraph 47, and on that basis specifically and generally denies each remaining

19 allegation in Paragraph 47.

20     48.    Defendant Mizrahi denies the allegations of Paragraph 48 to the extent

21 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

22 is without sufficient information to admit or deny the remaining allegations of

23 Paragraph 48, and on that basis specifically and generally denies each remaining

24 allegation in Paragraph 48.

25     49.    Defendant Mizrahi denies the allegations of Paragraph 49 to the extent

26 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

27 is without sufficient information to admit or deny the remaining allegations of

28 Paragraph 49, and on that basis specifically and generally denies each remaining

1  allegation in Paragraph 49.

2       50.    Defendant Mizrahi denies the allegations of Paragraph 50 to the extent

3  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

4  is without sufficient information to admit or deny the remaining allegations of

5  Paragraph 50, and on that basis specifically and generally denies each remaining

6  allegation in Paragraph 50.

7                 ***Defendants' Cancellation and Refund Practices***

8       51.    Defendant Mizrahi denies the allegations of Paragraph 51 to the extent

9  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

10  is without sufficient information to admit or deny the remaining allegations of

11  Paragraph 51, and on that basis specifically and generally denies each remaining

12  allegation in Paragraph 51.

13       52.    Defendant Mizrahi denies the allegations of Paragraph 52 to the extent

14  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

15  is without sufficient information to admit or deny the remaining allegations of

16  Paragraph 52, and on that basis specifically and generally denies each remaining

17  allegation in Paragraph 52.

18       53.    Defendant Mizrahi denies the allegations of Paragraph 53 to the extent

19  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

20  is without sufficient information to admit or deny the remaining allegations of

21  Paragraph 53, and on that basis specifically and generally denies each remaining

22  allegation in Paragraph 53.

23       54.    Defendant Mizrahi denies the allegations of Paragraph 54 to the extent

24  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

25  is without sufficient information to admit or deny the remaining allegations of

26  Paragraph 54, and on that basis specifically and generally denies each remaining

27  allegation in Paragraph 54.

28       55.    Defendant Mizrahi denies the allegations of Paragraph 55 to the extent

1  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
2  is without sufficient information to admit or deny the remaining allegations of
3  Paragraph 55, and on that basis specifically and generally denies each remaining
4  allegation in Paragraph 55.

5       56.    Defendant Mizrahi denies the allegations of Paragraph 56 to the extent
6  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
7  is without sufficient information to admit or deny the remaining allegations of
8  Paragraph 56, and on that basis specifically and generally denies each remaining
9  allegation in Paragraph 56.

10                       **VIOLATIONS OF THE FTC ACT**

11       57.    The allegations in Paragraph 57 consist of conclusions of law as to
12  which no responsive pleading is required.

13       58.    The allegations in Paragraph 58 consist of conclusions of law as to
14  which no responsive pleading is required.

15                             **Count I.**

16         **Failure to Disclose Adequately Material Terms of Offer**

17       59.    Defendant Mizrahi denies the allegations of Paragraph 59 to the extent
18  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
19  is without sufficient information to admit or deny the remaining allegations of
20  Paragraph 59, and on that basis specifically and generally denies each remaining
21  allegation in Paragraph 59.

22       60.    Defendant Mizrahi denies the allegations of Paragraph 60 to the extent
23  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
24  is without sufficient information to admit or deny the remaining allegations of
25  Paragraph 60, and on that basis specifically and generally denies each remaining
26  allegation in Paragraph 60.

27       61.    Defendant Mizrahi denies the allegations of Paragraph 61 to the extent
28  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

1  is without sufficient information to admit or deny the remaining allegations of

2  Paragraph 61, and on that basis specifically and generally denies each remaining

3  allegation in Paragraph 61.

4  **Count II.**

5  **False "Risk-Free" Trial Claim**

6  62.    Defendant Mizrahi denies the allegations of Paragraph 62 to the extent

7  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

8  is without sufficient information to admit or deny the remaining allegations of

9  Paragraph 62, and on that basis specifically and generally denies each remaining

10  allegation in Paragraph 62.

11  63.    Defendant Mizrahi denies the allegations of Paragraph 63 to the extent

12  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

13  is without sufficient information to admit or deny the remaining allegations of

14  Paragraph 63, and on that basis specifically and generally denies each remaining

15  allegation in Paragraph 63.

16  64.    Defendant Mizrahi denies the allegations of Paragraph 64 to the extent

17  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

18  is without sufficient information to admit or deny the remaining allegations of

19  Paragraph 64, and on that basis specifically and generally denies each remaining

20  allegation in Paragraph 64.

21  **Count III.**

22  **False Better Business Bureau Accreditation and Rating Claims**

23  65.    Defendant Mizrahi denies the allegations of Paragraph 65 to the extent

24  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

25  is without sufficient information to admit or deny the remaining allegations of

26  Paragraph 65, and on that basis specifically and generally denies each remaining

27  allegation in Paragraph 65.

28  66.    Defendant Mizrahi denies the allegations of Paragraph 66 to the extent

that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 66, and on that basis specifically and generally denies each remaining allegation in Paragraph 66.

67.     Defendant Mizrahi denies the allegations of Paragraph 67 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 67, and on that basis specifically and generally denies each remaining allegation in Paragraph 67.

## Count IV.

## Unfairly Charging Consumers Without Authorization

68.     Defendant Mizrahi denies the allegations of Paragraph 68 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 68, and on that basis specifically and generally denies each remaining allegation in Paragraph 68.

69.     Defendant Mizrahi denies the allegations of Paragraph 69 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 69, and on that basis specifically and generally denies each remaining allegation in Paragraph 69.

70.     Defendant Mizrahi denies the allegations of Paragraph 70 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 70, and on that basis specifically and generally denies each remaining allegation in Paragraph 70.

## VIOLATIONS OF THE RESTORE ONLINE SHOPPERS' CONFIDENCE ACT

71.     The allegations in Paragraph 71 consist of conclusions of law as to

DEFENDANT OZ MIZRAHI'S ANSWER TO
THE COMPLAINT

1    which no responsive pleading is required.

2        72.    The allegations in Paragraph 72 consist of conclusions of law as to

3    which no responsive pleading is required.

4        73.    The allegations in Paragraph 73 consist of conclusions of law as to

5    which no responsive pleading is required.

6        74.    Defendant Mizrahi denies the allegations of Paragraph 74 to the extent

7    that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

8    is without sufficient information to admit or deny the remaining allegations of

9    Paragraph 74, and on that basis specifically and generally denies each remaining

10   allegation in Paragraph 74.

11       75.    The allegations in Paragraph 75 consist of conclusions of law as to

12   which no responsive pleading is required.

13                                   **Count V.**

14              **Violation of ROSCA-Auto-Renewal Continuity Plan**

15       76.    Defendant Mizrahi denies the allegations of Paragraph 76 to the extent

16   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

17   is without sufficient information to admit or deny the remaining allegations of

18   Paragraph 76, and on that basis specifically and generally denies each remaining

19   allegation in Paragraph 76.

20       77.    Defendant Mizrahi denies the allegations of Paragraph 77 to the extent

21   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

22   is without sufficient information to admit or deny the remaining allegations of

23   Paragraph 77, and on that basis specifically and generally denies each remaining

24   allegation in Paragraph 77.

25          **Violations of the Electronic Fund Transfer Act and Regulation E**

26       78.    The allegations in Paragraph 78 consist of conclusions of law as to

27   which no responsive pleading is required.

28       79.    The allegations in Paragraph 79 consist of conclusions of law as to

---

1  which no responsive pleading is required.

2       80.    The allegations in Paragraph 80 consist of conclusions of law as to

3  which no responsive pleading is required.

4       81.    The allegations in Paragraph 81 consist of conclusions of law as to

5  which no responsive pleading is required.

6                                   **Count VI.**

7              **Unauthorized Debiting from Consumers' Accounts**

8       82.    Defendant Mizrahi denies the allegations of Paragraph 82 to the extent

9  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

10  is without sufficient information to admit or deny the remaining allegations of

11  Paragraph 82, and on that basis specifically and generally denies each remaining

12  allegation in Paragraph 82.

13       83.    Defendant Mizrahi denies the allegations of Paragraph 83 to the extent

14  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

15  is without sufficient information to admit or deny the remaining allegations of

16  Paragraph 83, and on that basis specifically and generally denies each remaining

17  allegation in Paragraph 83.

18       84.    The allegations in Paragraph 84 consist of conclusions of law as to

19  which no responsive pleading is required.

20       85.    Defendant Mizrahi denies the allegations of Paragraph 82 to the extent

21  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

22  is without sufficient information to admit or deny the remaining allegations of

23  Paragraph 85, and on that basis specifically and generally denies each remaining

24  allegation in Paragraph 85.

25                              **CONSUMER INJURY**

26       86.    Defendant Mizrahi denies the allegations of Paragraph 86 to the extent

27  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

28  is without sufficient information to admit or deny the remaining allegations of

1    Paragraph 86, and on that basis specifically and generally denies each remaining

2    allegation in Paragraph 86.

3    **THIS COURT'S AUTHORITY TO GRANT RELIEF**

4        87.      The allegations in Paragraph 87 consist of conclusions of law as to

5    which no responsive pleading is required.

6        88.      The allegations in Paragraph 88 consist of conclusions of law as to

7    which no responsive pleading is required.

8    **PLAINTIFF'S PRAYER FOR RELIEF**

9        Defendant Mizrahi denies that Plaintiff is entitled to any relief from

10    Defendant Mizrahi whatsoever in this action, including without limitation any of the

11    specific relief alleged in Paragraphs A through D of the Prayer for Relief in

12    Plaintiff's Complaint.

13    **<u>AFFIRMATIVE DEFENSES</u>**

14        As separate and distinct affirmative defenses to the claims asserted in

15    Plaintiff's Complaint ("Complaint"), and each of them, Defendant Mizrahi alleges

16    as follows:

17    **<u>FIRST AFFIRMATIVE DEFENSE</u>**

18    **(Failure to State a Cause of Action)**

19        As a result of overbroad shotgun pleadings improperly alleging and

20    attributing acts of multiple defendants as those of Mizrahi, neither the Complaint

21    nor any cause of action in the Complaint states facts sufficient to constitute a cause

22    of action against this answering Defendant.  Plaintiff's Complaint fails to allege a

23    single act taken by Mizrahi to conduct the wrongful activity alleged within the

24    Complaint.

25    **<u>SECOND AFFIRMATIVE DEFENSE</u>**

26    **(Statute of Limitations)**

27        Plaintiff's claims against Mizrahi in the Complaint, and each of them, are

28    barred by the applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE

### (Acts of Third Parties - Causation)

Consumer's damages, if any, were caused solely, directly, and proximately by the acts or omissions of third parties, not by any acts or omissions by Defendant, his agents, or employees. These other persons are solely responsible for any damages caused thereby.

### FOURTH AFFIRMATIVE DEFENSE

### (Acts of Third Parties – Apportionment)

The acts and/or omissions of independent third parties contributed to some or all of the damages, if any, complained of in the Complaint. Defendant is entitled to a judicial determination of fault of those third parties and to a reduction of damages, if any, in proportion to fault.

### FIFTH AFFIRMATIVE DEFENSE

### (Consent)

Consumers consented to receive and pay for any services provided by other defendants.

### SIXTH AFFIRMATIVE DEFENSE

### (No Damages)

Mizrahi's conduct in connection with any conduct alleged by Plaintiff did not injure, harm, or damage consumers.

### SEVENTH AFFIRMATIVE DEFENSE

### (Excessive Fines)

To the extent that Plaintiff seeks statutory penalties, the Complaint violates the prohibition against "excessive fines" of the Eighth Amendment to the United States Constitution.

### EIGHTH AFFIRMATIVE DEFENSE

### (Bad Faith)

On information and belief, this lawsuit was filed and/or is being maintained

against Mizrahi in bad faith and/or for objectively frivolous reasons, thereby barring Plaintiff from recovering from Mizrahi on any cause of action in the Complaint, and entitling Defendant to recover his costs of suit incurred herein, including reasonable attorneys' fees.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver, Laches, Estoppel, and Acquiescence)

Plaintiff's claims against Mizrahi are barred by the doctrines of waiver, laches, estoppel, or acquiescence.

## TENTH AFFIRMATIVE DEFENSE

### (No Legal Grounds for Injunction)

Plaintiff's claims fail to state a basis on which it might be entitled to injunctive relief against Mizrahi.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Wrongful or Unlawful Intent)

Defendant alleges that Plaintiff's claims are barred because any and all alleged wrongful or unlawful conduct allegedly done by Defendant was not unlawful, intentional or willful. At no time did Defendants act with false or fraudulent intent.

## TWELFTH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defenses)

Defendant reserves the right to assert additional affirmative defenses as discovery and investigation proceed.

**WHEREFORE**, Defendant prays for judgment as follows:

1. That Plaintiff take nothing from Defendant Mizrahi by its Complaint;

2. That Defendant Mizrahi be awarded all of his costs, including attorney fees incurred herein; and

//

3. That the Court award Mizrahi such other and further relief as it deems just and proper.

DATED: August 20, 2015            Respectfully submitted,

                                  **RAINES FELDMAN, LLP**


                                  By:   /s/ Erik S. Syverson
                                        ERIK S. SYVERSON
                                        STEVEN T. GEBELIN
                                        SCOTT M. LESOWITZ

                                  Attorneys for Defendant
                                  OZ MIZRAHI

1

## **DEMAND FOR JURY TRIAL**

2    Defendant Mizrahi hereby demands a jury trial on all issues so triable as

3 provided by Rule 38(a) of the Federal Rules of Civil Procedure and L.R. 38-1.

4

5 DATED: August 20, 2015                Respectfully submitted,

6                                       **RAINES FELDMAN, LLP**

7

8                                       By:   /s/ Erik S. Syverson
                                              ERIK S. SYVERSON
9                                             STEVEN T. GEBELIN
                                              SCOTT M. LESOWITZ
10

11                                      Attorneys for Defendant
                                        OZ MIZRAHI
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28