NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Erik S. Syverson, Esq. (SBN 221933)
Steven T. Gebelin, Esq. (SBN 261507)
Scott M. Lesowitz, Esq. (SBN 261759)
RAINES FELDMAN LLP
9720 Wilshire Boulevard, 5th Floor
Beverly Hills, CA 90212
Tel: 310-440-4100

ATTORNEY(S) FOR: Defendant OZ MIZRAHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:15-cv-04527-GW (PLAx) |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for OZ MIZRAHI or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Oz Mizrahi | Defendant |

August 20, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

OZ MIZRAHI

CV-30 (05/13)                            NOTICE OF INTERESTED PARTIES