1  Michael J. Weiss (SBN 206473)
   **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
2  5900 Wilshire Blvd. Suite 2250
   Los Angeles, CA 90036
3  310-300-2900
   310-300-2901- Fax
4  Mweiss@agmblaw.com

5  Charlene Koonce (TX SBN 11672850)
   *Admitted Pro Hac Vice*
6  **SCHEEF & STONE, L.L.P.**
   500 N. Akard, Suite 2700
7  Dallas, Texas  75201
   214-706-4200
8  214-706-4242 - Fax
   Charlene.koonce@solidcounsel.com
   Receiver

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>FIRST AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015<br><br>**Date:  September 17, 2015**<br>**Time:  10:30 a.m.**<br>**Ctrm:  10**<br>**Judge: Hon. George  Wu** |

- 1 -
FIRST AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING AND AUTHORIZING
PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on September 17, 2015 at 10:30 a.m. in Courtroom 10 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, the Court will consider the Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses Through July 31, 2015.

The following table summarizes the fees and expenses requested for the period through July 31, 2015:

| Applicant | Fees | Expenses | Total Requested |
|---|---|---|---|
| Receiver | $86,658.96 | $0.00 | $86,658.96 |
| Scheef & Stone, LLP | $223,772.40 | $31,082.89 | $254,855.29 |
| Abrams Garfinkel Margolis Bergson, LLP | $2,451.64 | $1,771.25 | $4,222.89 |
| Brandlin & Associates | $202,369.80 | $2,050.29 | $204,420.09 |
| Elluma Discovery | $32,880.00 | $5,620.79 | $38,500.79 |

**Procedural Requirements:** If you oppose this Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court, 312 North Spring Street, Los Angeles, CA 92012, Los Angeles, California 90012 and serve the same on the undersigned not later than August 27, 2015.

IF YOU FAIL TO FILE AND SERVE A WRITTEN OPPOSITION by the above-referenced date, the Court may grant the requested relief without further notice.

Dated:  August 21, 2015.

>   /s/Charlene Koonce
>   Charlene C. Koonce
>   **Receiver**
>   500 N. Akard Street, Suite 2700
>   Dallas, Texas 75201
>   Telephone: 214-706-4200
>   Telecopier: 214-706-4242
>   *Admitted Pro Hac Vice* (TX SBN 11672850)
>
>   **SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court.  The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal<br>Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkel Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>*Local counsel for Receiver* | David P. Beitchman<br>Andre Boniadi<br>Beitchman\|Zekian, PC<br>16130 Ventura Boulevard, Suite 570<br>Encino, CA 91436<br>*Counsel for Doron Nottea and Motti Nottea* |

FIRST AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING AND AUTHORIZING
PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

| | |
|---|---|
| Erik S Syverson<br>Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.* | Marc S. Harris<br>Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>*Counsel for the FTC* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Benjamin A Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Counsel for Alon Nottea* |

In addition, on August 21, 2015, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

 */s/ Charlene C. Koonce*  
 CHARLENE C. KOONCE