UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | August 24, 2015 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Reid Tepfer
Kelly M. Crawford, Receiver

Marc S. Harris
David P. Beitchman
Steven T. Gebelin
Edward E. Alon

**PROCEEDINGS:** **DEFENDANTS DORON NOTTEA, MOTTI NOTTEA, ALON NOTTEA AND ROI REUVENI'S JOINT APPLICATION FOR A STAY OF PROCEEDINGS [150]**

Court hears oral argument. For reasons stated on the record, Defendants' Motion is DENIED.

Court and counsel confer re asset freeze. The Court orders that the freeze remain. However, counsel for Defendant Latsanovski will file and provide a list to the FTC and the Receiver by August 26, 2015. The list will identify the asset, who should receive the asset and why. The FTC's investigation shall conclude by September 11, 2015 and the FTC will respond by September 18, 2015. Defendant's reply will be filed by September 25, 2015 and a hearing on the matter is set for October 1, 2015 at 8:30 a.m.

The Court authorizes the FTC to pay all mortgage amounts and provide Defendant Igor Latsanovski with $1,000 extra for food.

| | 1 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | JG | |