**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>    Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**LIST OF ASSETS FOR DEFENDANT IGOR LATSANOVSKI PURSUANT TO COURT ORDER [DOC NO. 182]** |

DEFENDANT LATSANOVSKI'S LIST OF ASSET

1. On August 24, 2015, this Court ordered counsel for Igor Latsanovski to submit a list of assets, including "who should receive the asset and why" by August 26, 2015 to the Temporary Receiver and FTC. *See* Doc. No. 182. Attached as Exhibit A is a true and correct hard copy of the spreadsheet that counsel for Mr. Latsanovski electronically submitted to the FTC and the Temporary Receiver which set forth the current assets and liabilities of Sunset Holding Partners LLC as well as the projected costs to complete the renovation of the listed properties in compliance with this order.

DATED: August 26, 2015         SCHEPER KIM & HARRIS LLP
                               ANNAH S. KIM


                               By:  /s/ Annah S. Kim
                                    Annah S. Kim
                                    Attorneys for Defendants Igor Latsanovski
                                    and Calenergy, Inc.

1

DEFENDANT LATSANOVSKI'S LIST OF ASSET