# Exhibit A

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Wednesday, August 26, 2015 5:31 PM |
| **To:** | Tepfer, Reid A.; Kelly Crawford |
| **Cc:** | Charlene Koonce |
| **Subject:** | FTC/Latsanovski:  Asset List |
| **Attachments:** | 2015.08.26 Latsanovski List.xlsx |

Reid and Kelly,

Pursuant to the Court's 8/24/2015 order, attached is a list of Sunset Holding's assets and expenses including costs spent to date and the identity of its various creditors and vendors by each property.

Please contact me if you have any questions.

Regards,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
[akim@scheperkim.com](akim@scheperkim.com) ● Vcard: link

| Project | Loan Amount | Loan Interest - 11% Annual (3 months) | Total Owed To Lender | Lender | Outstanding Balance - Architect - Cataldo Architects | Outstanding Balance - Contractor - Schrader Construction | Estimate Outstanding Balance - Insurance | Outstanding Balance - Property Tax | Outstanding Balance - Vendors |
|---|---|---|---|---|---|---|---|---|---|
| 1737 W 35th St, Los Angeles 90018 | $ 300,000 | $ 8,250 | $ 308,250 | Guayas/ Bavaria | | $ 15,000 | $ 167 | $ 1,688 | $ 16,854 |
| 657 W Acacia Ave, El Segundo 90245 | $ 800,000 | $ 22,000 | $ 822,000 | Guayas/ Bavaria | $ 6,368 | $ 55,000 | $ 167 | $ 4,519 | $ 66,054 |
| 21809-21811 Figueroa St, Carson 90745 | $ 1,100,000 | $ 30,250 | $ 1,130,250 | Guayas/ Bavaria | $ 13,200 | | $ 167 | $ 5,656 | $ 19,023 |
| 314 W 113th St, Inglewood 90304 | $ 300,000 | $ 8,250 | $ 308,250 | Guayas/ Bavaria | $ 2,500 | | $ 167 | $ 1,388 | $ 4,054 |
| 5624 Stratford Rd, Los Angeles 90042 | $ 600,000 | $ 16,500 | $ 616,500 | Guayas | | $ 16,000 | $ 167 | $ 2,875 | $ 19,042 |
| 1032 W 22nd St, Los Angeles (USC) 90007 | $ 450,000 | $ 12,375 | $ 462,375 | Guayas | | | $ 167 | $ 2,413 | $ 2,579 |
| 2445 Louella Ave, Venice 90029 | $ 1,218,000 | $ 33,495 | $ 1,251,495 | Guayas | $ 8,290 | | $ 167 | $ 7,688 | $ 16,144 |
| 3777 Rosewood Ave, Los Angeles 90066 | $ 1,297,000 | $ 35,668 | $ 1,332,668 | Guayas | $ 25,167 | | $ 167 | $ 6,250 | $ 31,584 |
| 3783 Redwood Ave, Los Angeles 90066 | $ 1,100,000 | $ 55,000 | $ 1,155,000 | Maria Zolotareva | $ 23,165 | | $ 167 | $ 6,250 | $ 29,582 |
| 3783 Redwood Ave, Los Angeles 90066 - cont'd | $ 170,000 | $ 5,667 | $ 175,667 | Cesar Peniche | | | | | |
| 430 W San Antonio Dr, Long Beach 90807 | $ 1,000,000 | $ 25,000 | $ 1,025,000 | Lawrence Rubin | $ 6,150 | $ 75,000 | $ 167 | $ 4,313 | $ 85,629 |
| | | $ - | | | | | | | |
| **TOTALS** | $ 8,335,000 | $ 252,454 | $ 8,587,454 | | $ 84,840 | $ 161,000 | $ 1,667 | $ 43,038 | $ 290,544 |