DAVID P. BEITCHMAN (SBN 198953)
dbeitchman@bzlegal.com
ANDRE BONIADI (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 VENTURA BLVD., SUITE 570
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 986-9100
FACSIMILE:   (818) 986-9119

*Attorneys for Defendants,*
MOTTI NOTTEA and DORON NOTTEA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 2:15-cv-04527-GW (PLAx)** |
| Plaintiff, | **DEFENDANT DORON NOTTEA'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31,2015** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., *et al.*, | |
| Defendants. | **[Filed Concurrently with the Declaration of Doron Nottea]** |
| | DATE:    9/14/2015<br>TIME:    10:30 a.m.<br>ROOM:   Courtroom "10" |

- 1 -

1  COMES NOW Defendant DORON NOTTEA ("NOTTEA") and submits the following in support of his opposition to the Receiver's Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership fees and Expenses through July 31, 2015 (Document 161):

At the onset of this action, during the initial raid of the property wherein Defendant Bunzai Media Group, Inc. was conducting its business, the Receiver caused to be confiscated a briefcase from one of the offices at the subject premises. Contained in that briefcase was $3,851.00 in U.S. currency. Said currency consists of lawfully earned proceeds derived from Defendant NOTTEA's operation of NFT Holdings, Inc., an entity which is not a party to the instant action, and is not a Receivership Defendant.

In her above-referenced Motion, the Receiver has identified this currency on Exhibit A, the Summary of Unencumbered Cash Receipts and Disbursements, and acknowledges "undetermined ownership" of said funds. A true and correct copy of said Exhibit is attached to NOTTEA's declaration as **Exhibit 1**. By her Motion the Receiver now seeks a distribution of this currency to pay alleged fees and costs incurred by the Receiver.

While this currency may by subject to the Stipulated Preliminary Injunction executed by Defendant NOTTEA, it is not a Receivership asset, as it is not the property of a Receivership Defendants. Given that said funds are in fact not property of the Receivership, not property of any Receivership Defendant, said funds are not available for distribution to the Receiver, as payment of fees or expenses, until such time as claims to these funds are separately adjudicated and determined otherwise.

Indeed Defendant NOTTEA acknowledges that said funds were seized pursuant to the initial Temporary Restraining Order issued at the commencement of this action, and now said funds are held pursuant to the Preliminary Injunction executed by NOTTEA. However, the seizure and hold on these funds by no means entitles the Receiver to use said funds for her own payment. The Receiver acknowledge in her

Motion that said funds are of "undetermined ownership" (Document 161 Exhibit A, attached to the Declaration of NOTTEA as Exhibit 1).  The Declaration of NOTTEA filed concurrently herewith clearly, and without opposition, identifies the ownership of said funds.

     Thus, in light of the foregoing and accompanying Declaration, Defendant NOTTEA respectfully request this Court Deny Receiver's Motion seeking payment of the proceeds identified herein to the Receiver.

Dated:  August 27, 2015                        BEITCHMAN & ZEKIAN, PC

                                                    /s/ Andre Boniadi
                                     David P. Beitchman,
                                     Andre Boniadi,
                                     Attorneys for,
                                     Defendant DORON NOTTEA

**DEFENDANT DORON NOTTEA'S OPPOSITION TO RECEIVER FEES MOTION**