DAVID P. BEITCHMAN (SBN 198953)
dbeitchman@bzlegal.com
ANDRE BONIADI (SBN 266412)
aboniadi@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 VENTURA BLVD., SUITE 570
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 986-9100
FACSIMILE:  (818) 986-9119

*Attorneys for Defendants,*
MOTTI NOTTEA and DORON NOTTEA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-04527-GW (PLAx)<br><br>DECLARATION OF DORON NOTTEA IN SUPPORT OF OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015 |

## DECLARATION OF DORON NOTTEA

I, Doron Nottea, hereby declare as follows:

1. I am one of the Defendants in the above-captioned matter and submit this declaration in opposition to the Receiver's Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership fees and Expenses

- 1 -

DECLARATION OF DORON NOTTEA IN SUPPORT OF OPPOSITION TO RECEIVER FEES MOTION

1 | through July 31, 2015 (Document 161). I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would testify competently thereto.

2. At the onset of this action the Receiver caused to be confiscated my briefcase from one of the offices at the subject premises. Contained in that briefcase was $3,851.00 in U.S. currency. Said currency consists of lawfully earned proceeds derived from my operation of NFT Holdings, Inc., an entity which is not a party to the instant action, and is not a Receivership Defendant.

3. In her above-referenced Motion, the Receiver has identified this currency on Exhibit A, the Summary of Unencumbered Cash Receipts and Disbursements, and acknowledges "undetermined ownership" of said funds. A true and correct copy of said Exhibit is attached herewith As **Exhibit 1**. By her Motion the Receiver now seeks a distribution of this currency to pay alleged fees and costs incurred by the Receiver.

4. While this currency may by subject to the Stipulated Preliminary Injunction I have executed, it is not a Receivership asset, as it is not the property of a Receivership Defendant; thus it should not be used for payment of Receivership fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2015

Doron Nottea

- 2 -

DECLARATION OF DORON NOTTEA IN SUPPORT OF OPPOSITION TO RECEIVER FEES MOTION

# EXHIBIT "1"

| Charlene Koonce as Receiver for Bunzai Media Group Inc et al | | | | |
|---|---|---|---|---|
| Summary of Unencumbered Cash Receipts and Disbursements | | | | |
| June 17, 2015 through August 13, 2015 | | | | |
| | | | | June 17, 15 - Aug. 13, 15 |
| Beginning cash balance of Receivership: Amegy Bank #0266 | | | | 0.00 |
| Cash transfers from frozen accounts as required by Preliminary Injunction | | | | |
| | Wells Fargo Bank | Calenergy, Inc. | #1838 | 535.66 |
| | Wells Fargo Bank | Kai Media, Inc. | #9190 | 201,627.79 |
| | Wells Fargo Bank | Focus Media Solutions, Inc. | #6565 | 166,825.21 |
| | Wells Fargo Bank | Calenergy, Inc. | #8997 | 61,187.37 |
| | Wells Fargo Bank | SBM Management, Inc. | #9091 | 5,666.26 |
| | Wells Fargo Bank | Pinnacle Logistics, Inc. | #8424 | 3,567.62 |
| | Wells Fargo Bank | Agoa Holdings, Inc. | #2288 | 3,583.69 |
| | Wells Fargo Bank | Zen Mobile Media, Inc. | #5422 | 2,648.95 |
| | Wells Fargo Bank | Lifestyle Media Brands, Inc. | #2320 | 1,586.63 |
| | Wells Fargo Bank | Lifestyle Media Brands, Inc. | #5711 | 931.28 |
| | Wells Fargo Bank | Insight Media, Inc. | #9026 | 597.22 |
| | Wells Fargo Bank | Heritgage Alliance Group, Inc. | #6637 | 515.58 |
| | Wells Fargo Bank | Focus Media Solutions, Inc. | #6565 | 2,689.00 |
| | Bank of America | Media Urge, Inc. | #4130 | 574.61 |
| | Bank of America | Pinnacle Logistics, Inc. | #7388 | 567.70 |
| | Bank of America | Adageo, LLC. | #3733 | 7,045.78 |
| | Bank of America | Calenergy, Inc. | #2294 | 493.63 |
| | Bank of America | Calenergy, Inc. | #4908 | 2,254.15 |
| | Bank of America | Calenergy, Inc. | #4044 | 1,937.05 |
| | Bank of America | Kai Media, Inc. | #8700 | 228.00 |
| | Bank of America | Insight Media, Inc. | #0919 | 17,252.00 |
| | Bank of America | SBM Management, Inc. | #5157 | 3,393.58 |
| | Bank of America | Focus Media Solutions, Inc. | #3800 | 22,571.50 |
| | Bank of America | Shalita Holdings, Inc. | 36189 | 500.00 |
| | Bank of America | Shalita Holdings, Inc. | #5618 | 500.00 |
| | Global Payments | Bunzai Media Group, Inc. | #1125 | 16,540.59 |
| | Global Payments | Bunzai Media Group, Inc. | #1128 | 20,753.52 |
| | Global Payments | Bunzai Media Group, Inc. | #1676 | 44,608.67 |
| | Global Payments | DMA Media Holdings, Inc. | #1773 | 3,646.36 |
| | Global Payments | Lifestyle Media Brands, Inc. | #1774 | 1,448.58 |
| | Global Payments | Lifestyle Media Brands, Inc. | #1776 | 1,591.02 |
| | Bank of America | Secured Commerce, LLC. | #1564 | 10,497.71 |
| | Bank of America | Secured Commerce, LLC. | #1577 | 111.72 |
| | Bank of America | Secured Commerce, LLC. | #1593 | 515.54 |
| | Bank of America | USM Products, Inc. | #8878 | 1,206.92 |
| | Bank of America | Merchant Leverage Group, Inc. | #5300 | 900.00 |
| | Bank of America | Merchant Leverage Group, Inc. | #5355 | 100.00 |
| | Wells Fargo Bank | Shalita Holdings, Inc. | #9036 | 7,711.65 |
| | Wells Fargo Bank | Merchant Leverage Group, Inc. | #9047 | 6,844.25 |
| | Wells Fargo Bank | Secured Commerce, LLC. | #2888 | 3,786.60 |
| | Wells Fargo Bank | USM Products, Inc. | #7777 | 1,871.32 |
| | Wells Fargo Bank | All Star Beauty Products, Inc. | #4425 | 808.92 |
| | Wells Fargo Bank | All Star Beauty Products, Inc. | #5031 | 0.02 |
| | Wells Fargo Bank | DMA Media Holdings, Inc. | #2296 | 8,106.27 |
| | Wells Fargo Bank | AMD Financial Network, Inc. | #6553 | 7,809.36 |
| | Wells Fargo Bank | Secured Commerce, LLC. | #5241 | 1,869.86 |
| | Wells Fargo Bank | DMA Media Holdings, Inc. | #5166 | 475.17 |
| Adjustments for fees and expenses for services rendered during Monitor Period | | | | |
| Beginning unencumbered cash | | | | **650,484.31** |
| Cash receipts | | | | |
| | Cash from Receivership Defendants' office (recovered from #105 Canby - undetermined ownership) | | | 3,851.00 |
| Total cash receipts | | | | 3,851.00 |
| Cash disbursements | | | | |
| | Rent: reseda-t0001439-Secured Commerce, LLC. #105 | | | 2,654.05 |
| | Rent: reseda-t0001710-Focus Media Solutions, Inc. # 103 | | | 1,078.00 |
| | DLX for Buisness 1411877307 | | | 125.66 |
| | Bank Fee | | | 13.00 |
| Total cash disbursments | | | | 3,870.71 |
| Net unencumbered cash | | | | -19.71 |
| Ending unencombered cash | | | | 650,464.60 |

EXHIBIT A

| | | | | June 17, 15 - Aug. 13, 15 | |
|---|---|---|---|---:|---|
| | Charlene Koonce as Receiver for Bunzai Media Group Inc et al | | | | |
| | Summary of Unencumbered Cash Receipts and Disbursements | | | | |
| | June 17, 2015 through August 13, 2015 | | | | |
| | Cash transfers <u>requested but not accomplished</u> from frozen accounts as required by Preliminary Injunction for Receivership Defendant Entities | | | | |
| | SignaPay | Agoa Holdings, Inc. | #1810 | 8,000.00 | |
| | SignaPay | Agoa Holdings, Inc. | #6000 | 5,000.00 | |
| | SignaPay | DMA Media Holdings, Inc. | #8130 | 8,613.33 | |
| | SignaPay | DMA Media Holdings, Inc. | #0330 | 8,000.00 | |
| | SignaPay | Insight Media, Inc. | #5280 | 45,235.98 | |
| | SignaPay | Lifestyle Media Brands, Inc. | #7380 | 8,000.00 | |
| | SignaPay | Safehaven Ventures, Inc. | #8570 | 10,922.83 | |
| | SignaPay | Zen Mobile Media, Inc. | #1740 | 8,000.00 | |
| | SignaPay | Zen Mobile Media, Inc. | #9370 | 5,000.00 | |
| | EVO | All-Star Beauty Products, Inc. | #8813 | 10,235.01 | |
| | EVO | All-Star Beauty Products, Inc. | #4633 | 50,391.15 | |
| | EVO | All-Star Beauty Products, Inc. | #4609 | 66,206.07 | |
| | EVO | All-Star Beauty Products, Inc. | #8789 | 75,925.58 | |
| | Less: EVO | EVO Reserve Retained at EVO | | -25,000.00 | |
| Total transfers requested but not accomplished | | | | 284,529.95 | |
| | Cash transfers to be <u>requested</u> from frozen accounts as required by Preliminary Injunction for Receivership Defendant Entities, Not Yet Named | | | | |
| | Bank of America | Trigen, LLC. | #8616 | 72.00 | |
| | Bank of America | Forward Momentum, LLC. | #8658 | 17,272.34 | |
| Total transfers to be requested | | | | 17,344.34 | |
| **Expected ending unencombered cash** | | | | 952,338.89 | |