ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NO. 2:15-CV-4527-GW (PLAx) |
|---|---|
| Plaintiff, | **DEFENDANTS ALON NOTTEA AND ROI REUVENI'S RESPONSE TO ORDER TO SHOW CAUSE RE NON-COMPLIANCE AND OPPOSITION TO MOTION TO COMPEL** |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | DATE: September 17, 2015<br>TIME: 10:30 AM<br>CTRM: 10<br>Judge: Hon. George Wu |

Defendants ALON NOTTEA and ROI REUVENI ("Responding Defendants") respond to the Order To Show Cause Re Non-Compliance and oppose the Motion to Compel and Request for FRCP Rule 37 sanctions:

1. Responding Defendants responded to Receiver's "rolling requests" for information regarding the assets and documents of the Receivership Estate,

1  including requests attached as Exhibit A to the latest Receiver's Affidavit of Non-Compliance [Doc. #156] [Responses at Doc. #165-7, pg. 4; Exhibit A hereto]. Responding Defendants responded to more than 50, and probably more than 100, "rolling requests" for information over the eight (8) weeks between June 18 and August 18, 2015, including requests in previous Affidavits of Non-Compliance.

2. The Motion to Compel and Request for FRCP Rule 37 sanctions arose because of Responding Defendants assertion of their attorney-client privilege in private email communications. Responding Defendants sought to avoid judicial intervention by offering a FRE Rule 502(d) stipulation. While the parties were negotiating the terms of the stipulation, the Receiver filed a motion to compel [Doc. #36] followed and superseded by an Affidavit for OSC re Non-Compliance. [Doc. #47] Receiver and Responding Defendants reached a FRE Rule 502(d) stipulation. [Doc. #58] As required under the stipulation, passwords for Responding Defendants personal email accounts were transmitted to Elluma Discovery, and known passwords for business email accounts were transmitted to the Receiver. Rule 37 sanctions are unwarranted. Responding Defendants' assertion of their attorney-client privilege was substantially justified. Moreover, substantial justification in seeking FRE Rule 502(d) protection is demonstrated by the Receiver having entered into such a stipulation providing protocols for preservation of Responding Defendants' attorney-client privilege.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: August 27, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni

RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO COMPEL