EXHIBIT A 

**From:** Robert Ungar rmu@ungarlaw.com
**Subject:** FTC v BMG
**Date:** July 24, 2015 at 9:33 AM
**To:** Kelly Crawford kelly.crawford@solidcounsel.com
**Cc:** Charlene Koonce charlene.koonce@solidcounsel.com

Good morning,

In addition to the responses below, Alon Nottea and Roi Reuveni are preparing responses to the "rolling requests" from Wednesday, Thursday and this morning.

Attached are requested documents re Trigen LLC.

For EVERY entity you've described in that manner (not just OMS and DM) please identify the entities to which those services were provided.

I don't know if the services were provided to an individual or an entity, but these were consumers of help desk support services.

Also, as noted in an email last Thursday I believe, my accountants do not have access to numerous bank accounts or QB accounts. What is the status of providing updated/working PW and access information?

We are checking to see which are missing and and will provide whatever we have later today.
I believe some of QB accounts being requested don't exist.  Needs to be carefully checked on it.



| | | | | | |
|---|---|---|---|---|---|
| Name and Complete Address of the Chief Executive Officer, If Any | | | | | |
| 8. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member (Attach additional pages, if necessary.) | | | | | |
| 9. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| Agent for Service of Process  If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank. | | | | | |
| 12. NAME OF AGENT FOR SERVICE OF PROCESS<br>California Corporate Agents, Inc. | | | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | | CITY | STATE<br>CA | ZIP CODE |
| Type of Business | | | | | |
| 14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY | | | | | |
| 15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT. | | | | | |
| 3/23/15<br>DATE | Roi Reuveni<br>TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | | Manager<br>TITLE | | SIGNATURE |
| LLC-12 (REV 01/2014) | | | | APPROVED BY SECRETARY OF STATE | |



Trigen, LLC.pdf

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

**From:** **Robert Ungar** rmu@ungarlaw.com
**Subject:** FTC v BMG
**Date:** July 24, 2015 at 12:00 PM
**To:** Kelly Crawford kelly.crawford@solidcounsel.com
**Cc:** Charlene Koonce charlene.koonce@solidcounsel.com

Good afternoon,

Roi Reuveni's responses to this morning's "rolling request":

As a priority though, we need access to Rueveni's accounts identified below. Please provide asap.

Trigen BA Log:_____ pw:_____ sec questions:_____
For all the Wells Fargo log:_____ pw:_____
Quickbooks log:_____ pw:_____
Cap1 log:          pw:

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

| | |
|---|---|
| **From:** | **Robert Ungar** rmu@ungarlaw.com |
| **Subject:** | FTC v BMG |
| **Date:** | July 25, 2015 at 2:54 PM |
| **To:** | Kelly Crawford kelly.crawford@solidcounsel.com |
| **Cc:** | Charlene Koonce charlene.koonce@solidcounsel.com |



Good afternoon,

Alon Nottea's responses to yesterday's "rolling requests". So that an inquiry is not inadvertently overlooked, I again request that you put your inquiries (if any) into one (1) email every few days instead of multiple emails per day. I anticipate your cooperation.

Who in addition to Paul Medina was using the credit and debit cards tied to these accounts?

I don't know of anyone other than Paul Medina.

Please confirm Vastpay participated in the sales process of the Auravie products.

Vastpay did not participate in the sales process of Auravie Products.
Vastpay did not provide merchant processing accounts or services for Auravie Products.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

From: **Robert Ungar** rmu@ungarlaw.com
Subject: FTC v BMG
Date: July 27, 2015 at 6:05 PM
To: Kelly Crawford kelly.crawford@solidcounsel.com
Cc: Charlene Koonce charlene.koonce@solidcounsel.com



Good afternoon,

Alon Nottea's responses to the inquiries sent on Friday night:

·       Was Dellure sold pursuant to any negative option enrollments?

Dellure was sold thru a variety of different marketing ways as a straight sale product. In the inception of the brand, the order page for dellure offered two options: 1. an option to buy the product for the full price.  and  2. an option to enroll in the trial program - the consumer would choose their option.

Which merchant entities and accounts were used for Dellure sales?

I don't understand the question, we applied for numerous merchant accounts for Dellure as expectations were high for its success.

Were those used only for Dellure sales or AuraVie, LeOr and other products as well?

I believe they were used for both Dellure and Auravie, (not Leor) as customer service agents were able to provide the other product as a replacement product or if a customer wanted to buy something else.

·       Did Vastpay participate in the sales of ANY products sold by any of the individual defendants or any of the entities they are affiliated with?  If so, please identify those products?

Vastpay did not provide services to any products sold.

Eugene, had his own merchant business aside from Vastpay, and provided merchant services for Leor's sales, although it was not vastpay business.

·       For the entities which were operated as " Online Help Desk and IT Solution Provider" (Optimized Media, Nestistics, etc.) I asked you to identify who their services were provided to.   The response was "I don't know if the services were provided to entities or individuals" or something like that – which is not responsive.

The question was understood as are consumers entities or individuals. I don't know if consumers were entities or individuals.

Did/do any of the " Online Help Desk and IT Solution Provider" entities receive funds from any other entity owned, controlled or affiliated with any other Receivership Defendant or Individual Defendant? If yes, identify which entities/individuals pay these Online Help Desk entities.

No

Did/do any of the "Online Help Desk and IT Solution Provider" entities transfer money directly or indirectly to any Receivership Defendant or any Individual Defendant?  If yes, identify which entities/individuals receive those payments.

Not sure I understand, please be more specific…i guess netistics could have paid roi

Not sure I understand, please be more specific... I guess netistics could have paid for.

·        Can Optimized, Intensive, Eccentric and Dynamic operate without any loans or income from SBM or any other Receivership Defendant?

What loans or income from SBM?

·        What is Alon's involvement with Vastpay?

Refer Clients

·        Why does Guayas send $ to Vastpay?

I don't know what Guayas is. I was not involved in vastpay operations or financials.

·        Forward Momentum is David Migdal's personal consulting LLC.  Why does it receive $ from SBM or any other receivership defendant?  What services did Migdal purportedly provide, and to what entity?

David provided day to day operational tasks / services.

Can it continue operating legally and profitably if it receives no income from any Receivership Defendant and no loans from any source?

It is the guys personal company, sure he could continue.

·        the login below failed.  Can you confirm it is correct?  Also, we still need log-in info for Roi's B of A account.  And, there is an AmEx cc attached to Trigen's WF account and we need access to that credit card data as well.

Thats the login he has.

Roi's B of A account:
user: |_____|
password: |_____|

·        Please provide a copy of any current lease for any car driven by or leased to your clients, and identify which entity which makes the lease payments.

We are obtaining this information for you and shall provide ASAP

·        If the skin care businesses are discontinued as represented, what does AMD do now?  Why does it have payroll, and who is on the payroll?

There is no current payroll. But we are looking back to get a better answer....

·        Confirm service of the TRO on all officers, agents, employees as requested in email sent on 7/13 at 7:27 p.m CST.

Declarations of Compliance delivered to Mr. Tepfer on July 11, 2015.


Robert M. Ungar
rmu@ungarlaw.com

310-405-1884

14724 Ventura Blvd., PH
Sherman Oaks, CA 91403

| | | |
|---|---|---|
| **From:** | **Robert Ungar** rmu@ungarlaw.com |  |
| **Subject:** | Re: FTC v BMG | |
| **Date:** | August 8, 2015 at 3:34 PM | |
| **To:** | Charlene Koonce charlene.koonce@solidcounsel.com | |
| **Cc:** | Kelly Crawford kelly.crawford@solidcounsel.com | |

Good afternoon,

If you would kindly provide me the bullet points of the grounds of your motion (factual and legal) and the specific relief you are seeking in a proposed court order, then I could better understand what you are asking me to consent to and discuss with my clients. Lets discuss after --- if necessary.

I renew my request that you folks cause the Court to recall and vacate the OSC.

I do recall Alon Nottea responding to rolling requests about "vastpay". I'm not sure about the "eugene" inquiry. Sorry if that was overlooked. FYI- I think the FTC documents show that Bunzai was out of business in 2013.

Thank you.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

**From:** **Robert Ungar** rmu@ungarlaw.com
**Subject:** FTC v BMG
**Date:** August 18, 2015 at 2:26 PM
**To:** Kelly Crawford kelly.crawford@solidcounsel.com, Charlene Koonce charlene.koonce@solidcounsel.com



Good afternoon,

Thank you for the assurances that you folks have not read Mr. Reuveni's private email.

In response to the last of the outstanding "rolling requests":

My clients do not have personal items in 103 or 105; do not know the financing arrangements on the copier; and, do not currently drive a leased car.

Thank you.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

**From:** Robert Ungar rmu@ungarlaw.com
**Subject:** Re: FTC v BMG
**Date:** August 18, 2015 at 3:53 PM
**To:** Charlene Koonce charlene.koonce@solidcounsel.com, Kelly Crawford kelly.crawford@solidcounsel.com

You are correct. On August 13 you asked,

- Can you please let me know who I should direct their counsel to regarding their inquiries.
Tal Karosso

Prior emails respond to all other "rolling requests".

Thank you.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884