**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

**Attorneys for Defendants
Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**AMENDED LIST OF ASSETS FOR DEFENDANT IGOR LATSANOVSKI PURSUANT TO COURT ORDER [DOC NO. 182]** |

1   On August 24, 2015, this Court ordered counsel for Igor Latsanovski to
2   submit a list of assets, including "who should receive the asset and why" by August
3   26, 2015 to the Temporary Receiver and FTC.  *See* Doc. No. 182.  On August 26,
4   2014, counsel for Mr. Latsanovski filed and served a list of asset.  *See* Doc. No. 183
5   and 183-1.
6   On August 27, 2015, counsel for Mr. Latsanovski submitted an amended list
7   of assets to include projected expenses for the completion of real estate renovations
8   as well as a detailed breakdown of expenses.  Attached as Exhibit A-1 is a true and
9   correct hard copy of the spreadsheet that counsel for Mr. Latsanovski electronically
10  submitted to the FTC and the Temporary Receiver which set forth the current assets
11  and liabilities of Sunset Holding Partners LLC as well as the projected costs to
12  complete the renovation of the listed properties in compliance with this order.

14  DATED: August 27, 2015         SCHEPER KIM & HARRIS LLP
15                                 ANNAH S. KIM

18                          By:  /s/  Annah S. Kim
19                               Annah S. Kim
                                 Attorneys for Defendants Igor Latsanovski
20                               and Calenergy, Inc.

1

DEFENDANT LATSANOVSKI'S AMENDED LIST OF ASSETS