# EXHIBIT A-1

| | |
|---|---|
| **From:** | Annah Kim |
| **Sent:** | Thursday, August 27, 2015 11:54 AM |
| **To:** | 'Tepfer, Reid A.'; 'Charlene Koonce' |
| **Cc:** | Marc S. Harris; 'Kelly Crawford' |
| **Subject:** | FTC/Latsanovski:  Amended List of Assets |
| **Attachments:** | -SUNSET budget.xlsx |

Reid and Charlene,

Attached is a revised spreadsheet for the Sunset Holding's properties, which now includes details regarding the outstanding invoices as well as projected expenses to complete the renovations as well as estimated market values of the properties before and after the renovations.  To make this spreadsheet easier to read, I've hidden the more detailed entries, which you can view by unhiding the columns in excel.

The spreadsheet has also been revised to separate out the outstanding loans and obligations on each of the properties, which resulted in some modifications -- the prior entry for the Rosewood Property loans included the return of $27,000 contractor money and the $170,000 loan.  To be consistent, we moved the $27,000 to the outstanding invoice column and put the $170,000 loan in a separate entry for the Rosewood Property.  We also eliminated the $170,000 loan entry for Redwood as the loan was for Rosewood.

In total, the total outstanding loan amounts have been reduced by $197,000 (and the interest amounts were adjusted accordingly) and the outstanding invoices increased by $27,000.

I apologize for any confusion.  Please let me know if there are any additional questions.

Regards,


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

| Project | LOAN INFORMATION Total Owed To Lender | Lender | PROPERTY INFO Property Bought Price | Property Market Value Today - Sell As Is | BANK REFLECTING EXPENSES Amounts Paid To Vendors | Total Spent on Property Today | OUTSTANDING BALANCES - PAST DUE - HAVE TO PAY OUTSTANDING BALANCE - Vendors | Loan Interest Owed - As of Today | TOTAL OUTSTANDING | STOP LAND - CANCEL CANCEL - Estimate Total Cost Incurred if Cancel | SELL AS IS LOSS Sell As Is - Property Loss | COST TO FINISH Total | TOTAL EXPENSES FOR FINISH PROJECT FINISH - Estimate Loan Interest to Complete | FINISH - Estimate Time - (Months) | TOTAL COSTS FROM INCEPTION | PROFIT/ LOSS Estimate - Market Value of Property | TOTAL PROFIT/ LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1737 W 35th St, Los Angeles 90018 | 308,250 | Guayas/ Bavaria | $270,000 | $300,000 | 20,000 | 290,000 | 16,843 | 8,250 | 315,093 | 107,200 | (122,293) | 127,200 | 16,500 | 3 | 450,543 | 550,000 | 99,457 |
| 657 W Acacia Ave, El Segundo 90245 | 822,000 | Guayas/ Bavaria | $723,000 | $580,000 | 50,000 | 773,000 | 65,887 | 22,000 | 860,887 | 317,200 | (598,087) | 383,650 | 51,333 | 4 | 1,273,870 | 1,500,000 | 226,130 |
| 21809-21811 Figueroa St, Carson 90745 | 1,130,250 | Guayas/ Bavaria | $905,000 | $820,000 | 60,000 | 965,000 | 18,856 | 30,250 | 1,014,106 | 36,200 | (230,306) | 396,200 | 151,250 | 12 | 1,531,306 | 1,900,000 | 368,694 |
| 314 W 113th St, Inglewood 90304 | 308,250 | Guayas/ Bavaria | $222,000 | $205,000 | 20,000 | 242,000 | 3,888 | 8,250 | 254,138 | 12,200 | (61,338) | 57,200 | 13,750 | 2 | 316,838 | 350,000 | 33,163 |
| 5624 Stratford Rd, Los Angeles 90042 | 616,500 | Guayas | $460,000 | $550,000 | 100,000 | 560,000 | 18,875 | 16,500 | 595,375 | 31,200 | (76,575) | 36,200 | 33,000 | 3 | 648,075 | 750,000 | 101,925 |
| 1032 W 22nd St, Los Angeles (USC) 90007 | 462,375 | Guayas | $386,000 | $400,000 | 50,000 | 436,000 | 2,646 | 12,375 | 451,021 | 12,200 | (63,221) | 264,200 | 61,875 | 12 | 764,721 | 1,000,000 | 235,279 |
| 2445 Louella Ave, Venice 90029 | 1,251,495 | Guayas | $1,230,000 | $1,000,000 | 40,000 | 1,270,000 | 16,465 | 33,495 | 1,319,960 | 17,200 | (337,160) | 548,975 | 111,650 | 7 | 1,947,090 | 2,500,000 | 552,910 |
| 3777 Rosewood Ave, Los Angeles 90066 | 1,130,250 | Guayas | $1,000,000 | $825,000 | 240,000 | 1,240,000 | 31,584 | 30,250 | 1,301,834 | 17,200 | (494,034) | 450,600 | 90,750 | 6 | 1,812,934 | 2,300,000 | 487,066 |
| 3783 Redwood Ave, Los Angeles 90066 | 1,155,000 | Maria Zolotareva | $1,000,000 | $825,000 | 58,000 | 1,058,000 | 56,415 | 55,000 | 1,169,415 | 17,200 | (361,615) | 453,600 | 115,500 | 6 | 1,683,515 | 2,300,000 | 616,485 |
| 3783 Redwood Ave, Los Angeles 90066 - cont'd | 175,667 | Cesar Peniche | | | | | | 5,667 | 5,667 | | (5,667) | | | | | | |
| 430 W San Antonio Dr, Long Beach 90807 | 1,025,000 | Lawrence Rubin | $690,000 | $400,000 | 180,000 | 870,000 | 85,844 | 25,000 | 980,844 | 211,200 | (792,044) | 231,200 | 61,667 | 4 | 1,248,711 | 1,400,000 | 151,289 |
| | | | | | | | | | | | | | | | | | |
| TOTALS | 8,385,037 | | $6,886,000 | $5,905,000 | 818,000 | 7,704,000 | 317,302 | 247,037 | 8,268,339 | 779,000 | (3,142,339) | 2,949,025 | 707,275 | | 11,677,602 | 14,550,000 | 2,872,398 |