**From:** Eric Robi [mailto:eric@elluma.com]
**Sent:** Wednesday, August 19, 2015 12:05 PM
**To:** Charlene Koonce
**Subject:** RE: email accounts

Hi Charlene,

I have no record of credentials being provided for any of the following accounts:

**No Credentials - Personal**
m3dinc@gmail.com
yosafian@yahoo.com
dyoinc@gmail.com

**No Credential - Business**
accounting@pinlogistics.com
adageollc@gmail.com
agoaholdings@gmail.com
Allstarbeautyproducts@gmail.com
alon@mediaurge.com
amansour@pinlogistics.com
amdfinancialnetwork@gmail.com
david@mediaurge.com
frivas@pinlogistics.com
heritagealliancegroup@gmail.com
insightmedia1@gmail.com
kaimediainc@gmail.com
leor@pinlogistics.com
mlivingston@pinlogistics.com
paul@mediaurge.com
PRaffin@pinlogistics.com
roi@pinlogistics.com
rotem@mediaurge.com
Shalitaholdings@gmail.com
srubio@pinlogistics.com
support@auravie.com
Usmproducts@gmail.com
zenmobilemedia@gmail.com



**Eric Robi**
**President**
Elluma Discovery
390 N. Sepulveda Blvd., Ste. 2080
El Segundo, CA 90245
310-616-0204 direct



310-995-5352 mobile
310-616-0200 main
eric@elluma.com
www.elluma.com
www.elluma.com/blog

This message is the property of Elluma Discovery and contains information that may be privileged or confidential.  If you are not the intended recipient (or the person responsible for delivering this message to the intended recipient), please do not copy or otherwise disseminate this information.  If this communication has been sent to you in error, please call us at 310-616-0200.