UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> **Plaintiff**, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as Aura Vie and Miracle Face Kit; et al., <br><br> **Defendants.** | Case No. 2:15-CV-4527-GW(PLAx) <br><br> **ORDER REGARDING JOINT STIPULATION AND NOTICE OF WITHDRAWAL OF MOTION REGARDING FORWARD MOMENTUM, LLC** |

After considering the Joint Stipulation filed by the Receiver and Forward Momentum, LLC regarding the Receiver's Motion seeking a finding that Forward Momentum's assets are assets of a "Receivership Defendant" subject to the terms of the TRO, and subsequent Preliminary Injunctions entered in this case, [Docket No. 165] the Court orders the following:

1. The Receiver is authorized to instruct Bank of America to release the freeze on Forward Momentum's bank account, but authorized to retain $1,250 (the "Funds") and transfer the Funds to the receivership estate's bank account.

2. Forward Momentum shall not dispute or contest the receivership estate's receipt and use of the Funds, and is barred from asserting any and all claims against the estate arising from or relating to the Funds and from the freeze previously placed on Forward Momentum's Bank of America account.

3. The Receiver's Motion seeking relief with respect to Forward Momentum is withdrawn.

4. The Stipulation and this Order create no waiver or prejudice regarding any other party, person, or entities' rights to assert claims by or against Forward Momentum, or its owner.

                                                                       _____
United States District Judge
George Wu