Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene C. Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>RECEIVER'S REPLY TO DEFENDANT DORON NOTTEA'S OPPOSITIOIN TO RECEIVER'S MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015<br><br>Hearing Date:  September 17, 2015<br>Time: 10:30 am<br>Place:  Courtroom 10 |

Charlene Koonce, the Court-appointed Receiver, files this Reply in support of her Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses Through July 31, 2015 (the "Motion"), and responds to the Opposition to such Motion filed by Defendant Doron Nottea, respectfully showing the Court as follows:

## SUMMARY

In his opposition to the Receiver's Motion, Defendant Doron Nottea objects to use of $3,851.00 in US currency (the "Cash") confiscated by the Receiver to pay any of the fees and expenses that are the subject of the Receiver's Motion. Defendant Nottea correctly states the Cash was found by the Receiver in a briefcase at one of the offices where the Defendants were operating their business. Until such time as the Court determines the ownership of the Cash, the Receiver has no objection to segregating the Cash in a separate Receivership Account or simply ensuring the amount of funds at issue are not used to pay for the fees and expenses she seeks approval of in her Motion.

## ARGUMENT

As noted in the Receiver's Motion, the ownership of the Cash has not yet been determined. Until the ownership of the Cash is determined by the Court, the Receiver agrees not to use any of the Cash to pay any expense of the receivership, including the fees and expenses she seeks approval to pay in her Motion. As set forth in the Motion,

the current balance of the receivership account substantially exceeds the total amount of receivership fees and expenses sought to be paid. Accordingly, there is no need to use the Cash to pay the fees and expenses sought by the Receiver in her Motion. The Receiver is willing to segregate such Cash within the receivership account, or put the Cash in a separate account, as the Court directs. Based on the foregoing, the Receiver does not oppose Defendant Nottea's request that the Cash not be used to pay the fees and expenses sought by the Receiver in her Motion.

WHEREFORE, PREMISES CONSIDERED, the Receiver will set aside the Cash or put the Cash in a separate account, as the Court directs, to insure that the Cash is not used to pay the fees and expenses the Receiver seeks approval of in her Motion, and that the Receiver be granted such other and further relief to which she may show herself entitled.

Respectfully submitted,

*/s/Charlene Koonce*
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 3, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal<br>Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkel Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>*Local counsel for Receiver* | David P. Beitchman<br>Andre Boniadi<br>Beitchman\|Zekian, PC<br>16130 Ventura Boulevard, Suite 570<br>Encino, CA 91436<br>*Counsel for Doron Nottea and Motti Nottea* |
| Erik S Syverson<br>Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.* | Marc S. Harris<br>Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>*Counsel for the FTC* |

| | |
|---|---|
| Raymond E McKown | Benjamin A Pettit |
| Federal Trade Commission | 20 East Pueblo Street |
| 10877 Wilshire Boulevard, Suite 700 | Santa Barbara, CA 93105 |
| Los Angeles, CA 90024 | *Counsel for Alon Nottea* |
| *Counsel for the FTC* | |

                                  */s/  Charlene C. Koonce*
                                  CHARLENE C. KOONCE

RECEIVER'S REPLY TO DEFENDANT NOTTEA'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015