## Kelly Crawford

| | |
|---|---|
| **From:** | Kelly Crawford |
| **Sent:** | Friday, July 24, 2015 2:32 PM |
| **To:** | mharris@scheperkim.com; Annah Kim (akim@scheperkim.com) |
| **Cc:** | Charlene Koonce; Mitch Little; Tepfer, Reid A. (rtepfer@ftc.gov) |
| **Subject:** | FW: FTC v. Bunzai |
| **Attachments:** | 1-Igor email to Alon.pdf; 2-Skincare OU.pdf; 3-Kristina Perez email to Nastassia Yalley.pdf; 4-Merchant General Settlement Report.pdf |

Marc and Annah:

As a follow up to Charlene's email earlier today regarding Guayas and Sunset Holdings, please find attached additional documents obtained by the Receiver. These documents indicate that contrary to Mr. Latsanovski's deposition testimony under oath, Mr. Latsanovski was much more than a silent investor not involved in the skin care industry. Indeed, these documents show that Mr. Latsanovski was actively involved in management of Bunzai; that Mr. Latsanovski's partner in Guayas, Oleg Trushlya, was providing the Auravie product to Bunzai; and the use of European merchant accounts introduced by Mr. Latsanovski. There is also a reference to an offshore account. What is Mr. Latsanovski's explanation for not disclosing any of this information to the Receiver at his deposition, and in fact testifying contrary to what the Receiver has now discovered? It certainly begs the question of what other involvement does Mr. Latsanovski have in the selling of skincare products in the U.S. or outside the U.S. that he has not disclosed.

Kelly M. Crawford
Partner

Scheef & Stone, LLP
Ross Tower - Suite 2700
500 N. Akard Street
Dallas, Texas 75201
214.706.4213 (Direct)
214.706.4200 (Main)
214.706.4242 (Fax)
Kelly.Crawford@SolidCounsel.com
www.SolidCounsel.com



# SCHEEF & STONE, L.L.P.

*LEGAL COUNSEL BASED ON SOLID PRINCIPLES*

**IRS Circular 230 Notice:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify mail or telephone, of any unintended recipients and delete the original message without making any copies.

EXHIBIT
**B**

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Wednesday, August 14, 2013 11:32 PM |
| **To:** | Alon N; Doron . |
| **Subject:** | opinion |

Hi Alon

I have after our conversation, there was a feeling of anxiety. I understand that you possess much more information about our company. But I very often when I do not have enough knowledge, based on the home feeling. And I feel (although it is not objectively) that we want to keep Pinicle . I'll tell you my reasons and point out the pros and cons. We want to grow and already we have Product company in the U.S. business-marketing, security-merchant, merchant-VastPay, and more will be opening: the Product company in England, Brazil, itc, merchant- Europe and so on. That is, we must focus all our resources on that. And what resources are needed? Money, knowledge and people, I'm talking about the Directors, the people who can not just perform, but also to make decisions and in addition whom we trust and know their capabilities. That is, these people have not a lot - this means our resources are limited! Who we have: You, Paul, Roy, Andre and David and me a little, that's all! Doron has his department. You have to be on top of all, we understand!, And despite the fact that you want to live in Israel. Paul likely will be responsible for marketing the relationship between Israel and America, to conduct reports and everything else that he now does. David is a good helper, but he has no power to make decisions and you always have to solve them for him, he's very good assistant, but assistant. Maybe with time and next to someone, he will be able to learn how to lead. I would recommend Roy as head of the Product company ,near him would have put David, and maybe next to Roy and under your leadership David will grow. Roy is Sergeant and will be able to perform your tasks well in the distance. Andre good helper, too, but we still have a lot of different directions. And I would not want to so we are constantly thinking about how to download the work of our factory -Pinicle . I want us to think, and concentrated our efforts on the opening of new businesses and the further management (without the presence of fixed assets) and thus used outsorsing. Do not tie their hands obligations to the large number of low-skilled workers. Let's work with fewer people, but with highly qualified people. Yes we lose in quality, but we'll take with a lot of things: 1-responsibility to the large number of people, and that's a lot. after all people is a problem, dividing the information can give us testimony in court, or just come up with these statements and show to us, and so on. 2 - we remove ourselves from the constant expenditure and translate these costs by the number of products sold. Let those who can not make Intelligent business, own and operate plants and Call-centers, and we will deal with intellectual labor. And we will not get nervous and worry about how to make money for the factory when we transition point occurs in the business. And we are in a quiet mode to create new products. And then as it is now in emergency mode are buying goods, and all for what, to support our factory -Call-center ! 3 - we have to use ours, unfortunately, are not big human resources for development, rather than plant control. 4 - remove some legal risk to other companies that will serve us.

 Come to manage, rather than to produce goods and services! We will be much more flexible and freer.

Of course, I'm talking personal opinion, I do not know much as you know it. I just want to give you a look at our entire company, with my eyes, maybe it will give you something. But in any case, you and your vision of the director - the main thing.

Sincerely Your sincere partner Igor

# Skincare OÜ

## Exclusive U.S.A Fulfillment & Call Center Agreement

By this agreement, commencing for the date herein and continuing for 2 years, is by and between Skincare OÜ, doing business at Ahtri 10a Tallinn 10151 Estonia, Number: +372-602-7116, email: SKINCAREU@HOTMAIL.COM (hereinafter referred to as "Company.") and Bunzai Media Group, Inc. doing business at 7900 Gloria Avenue, Van Nuys, CA 91406 (hereinafter referred to as "Bunzai" and together with Company referred to as "parties".)

It is understood by both parties, that the Company has given the rights to Bunzai, to provide fulfillment and call center services for the Company's skincare products, The Miracle Face & Body Treatment, and AuraVie Skincare in the United States.

Bunzai will waive its set up fee, and will invoice Company on a weekly basis.  Company shall pay invoices immediately upon receipt.

This agreement shall automatically renew for indefinite 2 year periods unless either party, with just cause, sends the other a written termination letter no later than 60 days prior to the end of that term.

Agreed and accepted to on July 1st, 2011 by;


_____          _____
OLEG TRUSHLYA                              ALON NOTTEA
Skincare OÜ                                BunZai Media Group, Inc.
Ahtri 10a Tallinn                          16161 Ventura Blvd. #378
10151 Estonia                             Encino, CA 91436 USA
Tel: +372-602-7116                        Tel: 818-200-1035
SKINCAREU@HOTMAIL.COM                      Alon@BunzaiMedia.com

**From:**          Kristina PEREZ <kristina@pagotechnology.com>
**Sent:**          Friday, October 07, 2011 12:36 PM
**To:**            'Nastassia Yalley'
**Cc:**            'igorlats'; 'Alon Nottea'; 'Khristopher Bond'
**Subject:**       RE: Oleg Signature

Many thanks.
Please feel free to start processing, as the first funding is with one week delay and by that time the bank will have all the
original signatures on file.

Please confirm how often you would like to be funded. We can do it daily or weekly ..

Kind Regards and Happy Friday!

*Kristina Perez, COO*
Toll Free (866)305-4805
Fax (480)287-9608
PAGO TECHNOLOGY

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the
intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender
immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the
recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is
prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Friday, October 07, 2011 1:34 PM
**To:** Kristina PEREZ
**Cc:** igorlats; Alon Nottea; Khristopher Bond
**Subject:** Re: Oleg Signature

Hi Kristina,

I mailed the signed documents out today. Please let me know when you
receive them, thank you!


On Wed, Oct 5, 2011 at 12:01 PM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

Hi, Nastassia


Please send the documents  to the following address:

Pago Technology LLC/Kristina Perez

110 SW 12 street, suite # 702,

1

Miami, FL 33130

Many Thanks,

**_Kristina Perez, COO_**

Toll Free (866)305-4805

Fax (480)287-9608

 PAGO TECHNOLOGY

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.   If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Tuesday, October 04, 2011 2:50 PM
**To:** igorlats; Alon Nottea; Khristopher Bond; Kristina PEREZ
**Subject:** Oleg Signature

Please see below.

---------- Forwarded message ----------
From: **Nastassia Yalley** <nastassia@bunzaimedia.com>
Date: Thu, Sep 29, 2011 at 11:20 AM
Subject: Oleg Signature
To: igorlats <igorlats@gmail.com>, Alon Nottea <alon@bunzaimedia.com>, Khristopher Bond <khristopher@bunzaimedia.com>

Hello,

In order to keep our European merchant accounts, I have to provide the real signed

copies of the merchant account paperwork.

Is it possible to get Oleg to sign the documents and then send them to Kristina (merchant account rep)?

I can email him or send him everything that needs to be signed.

Please let me know, thank you.

-- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

**From:**          igor <igorlats@gmail.com>
**Sent:**          Wednesday, March 14, 2012 3:11 PM
**To:**            Alon; Nastassia Yalley
**Subject:**       Fwd: FW: Wiring funds
**Attachments:**   image001.jpg; Skincare OU processing statements till February 1, 2012.xls; Skincare OU processing statements till February 9, 2012.xls; Skincare OU processing statements till February 16 2012.xls; Skincare OU processing statements till January 10, 2012.xls; Skincare OU processing statements till January 18, 2012.xls; deposits.xlsx; GnalRepJan_March2012.pdf

---------- Forwarded message ----------
From: Kristina PEREZ <kristina@pagotechnology.com>
Date: Tue, Mar 13, 2012 at 5:51 PM
Subject: FW: Wiring funds
To: igor <igorlats@gmail.com>

From: Kristina PEREZ [mailto:kristina@pagotechnology.com]
Sent: Friday, March 09, 2012 2:41 PM
To: Alon Nottea (alon@bunzaimedia.com)
Subject: Wiring funds

Hi, Alon

Please see below short summary of your fund movement for the offshore account. All the details( processing statements) attached where you can look into your fees in a greater detail : trx fees, refunds and chargeback listed.

Funding date

Amount funded

Processed $

Fees deducted

Qtty

1

until 1/10/2012

$              1,783.12

$   9,242.73

900

6

$  5,400.00

1/11-1/18/2012

$              2,092.37

$   2,849.55

1/19-2/1/2012

$              1,208.11

$   2,102.47

2/2-2/9/2012

$              1,350.68

$   1,859.72

2/10-2/16/2012

$              661.70

$   1,081.63

2/17-2/23/2012

$                    -

Ref/Chb

2/24-3/1/2012

$                    -

Ref/Chb

Total:

$ 17,136.10

Please feel free to contact me if you have any questions.

Regards,

Kristina Perez, COO

Managing Partner at Transact PRO USA

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free +1(866)508-9363 <tel:%2B1%28866%29508-9363>

Fax +1 (866) 843 0701 <tel:%2B1%20%28866%29%20843%200701>

Description: PagoTechnology_logo_500x97

IMPORTANT WARNING:  This electronic transmission is intended for use of the person or entity to which it is addressed.   If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

From: Enrique Perez [mailto:enrique@pagotechnology.com]
Sent: Thursday, March 08, 2012 8:55 PM
To: 'Nastassia Yalley'; 'Kristina PEREZ'
Cc: 'Alon Nottea'; 'Paul Medina'
Subject: RE: Wiring funds

Hello Nastassia

I have included all of the wire advises that have been sent to you where you can see in details the turnover for each of the period, how much money in the rolling reserve, also you can see the fees deducted etc. I have also included a summary of deposits and last I have included a report from day 1 until March 8th 2012 (Latvian settlement time which is 5 PM EST). I hope this will give you the complete picture. Once you deduct all of the fees as indicated in the wire advise (as per contract) you then will see that there is no missing money. If you don't have access to the Bank's portal https://www2.1stpayments.net/merchantarea.php please let me know I will set up credentials for you.

Please feel free to contact me directly if you have any additional questions.

Thank you for your business.

Enrique Perez, Founder & CEO

Pago Technology LLC

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free (866)305-4805 <tel:%28866%29305-4805>

Fax (480)287-9608 <tel:%28480%29287-9608>

www.pagotechnology.com

Description: Description: PagoTechnology_logo_500x97

IMPORTANT WARNING:  This electronic transmission is intended for use of the person or entity to which it is addressed.   If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

From: Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
Sent: Thursday, March 08, 2012 4:59 PM
To: Kristina PEREZ
Cc: Alon Nottea; Paul Medina; enrique@pagotechnology.com
Subject: Re: Wiring funds

Hi Kristina,

We checked that bank account and see there was only one deposit made on February

29th for $7053.73.

Where's the rest of the money?

On Wed, Mar 7, 2012 at 1:08 PM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

Hi, Nastassia

The funds are being wired to Estonian bank.

Last week there was no turnover:

No statements today ( 03.02) – negative balance

SKINCARE OU: all accounts summary (USD)

0.00 / 0

-195.76 / 2

-195.76 / 2

2 weeks ago -

2012.02.23.

        Processing statement nr. SKI_TR_199_2.2012

        Period from

        10/2/2012

until

16/2/2012

USD

Turnover

1,081.63

Turnover rate

5.00%

Turnover fee

54.08

Turnover fee(from min)

0.00

Trx

30

Trx rate

0.40

Trx fee

12.00

Trx fee correction

0.00

Refunds #

3

Refunds fee - per each

1

7

Refunds fee

3

Ref fee correction

0

Refund turn (till 16/2/2012)

197.69

MID Setup fee - per each:

900.00

Number :

0

MID Setup fee:

0.00

Chargebacks#

0

Chargebacks Fee

0

Chargebacks turnover

0.00

Hold rate

10.00%

Holdback

108.16


BankWire Fee (1)

45.00


For payout

661.70

Holdback return ( from  - till)

0.00


Paid

661.70


Let me know if you have any questions,


Kristina Perez, COO

Managing Partner at Transact PRO USA

Toll Free +1(866)508-9363 <tel:%2B1%28866%29508-9363>

Fax 1 ( 866) 843 0701 <tel:1%20%28%20866%29%20843%200701>

Description: Description: PagoTechnology_logo_500x97


From: Nastassia Yalley [mailto:nastassia@bunzaimedia.com <mailto:nastassia@bunzaimedia.com> ]
Sent: Wednesday, March 07, 2012 3:09 PM
To: Kristina PEREZ; Enrique PEREZ; Alon Nottea; Paul Medina
Subject: Wiring funds

Hello Kristina,

I checked your system and I see:

Total Transactions Approved: 534 Total Amount Approved: $18,111.65

When/how do we receive this money? Do you need our wiring instructions?

We haven't seen any deposits from this account. Please let me know, thank you :]

--
-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

--
-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

| Funding date | Amount funded | |
|---|---|---|
| until 1/10/2012 | $ | 1,783.12 |
| 1/11-1/18/2012 | $ | 2,092.37 |
| 1/19-2/1/2012 | $ | 1,208.11 |
| 2/2-2/9/2012 | $ | 1,350.68 |
| 2/10-2/16/2012 | $ | 661.70 |
| 2/17-2/23/2012 | $ | - negative balance no deposits made |
| 2/24-3/1/2012 | $ | - negative balance no deposits made |

## Merchant general settlement report 1/1/2012-3/8/2012

**Searching Transactions**

**Search parameters:**

- Terminals: 3916038, 3916012, 3916020, 3915998, 3916046
- Report time (Physical date): from Jan 1, 2012, 00:00 to Mar 8, 2012, 23:59

**Total Summary for the currency: USD**

Transactions count: 172 (VISA/MC: 139 / 33 )

Refunds count: 38 (VISA/MC: 29 / 9 )

Turnover: 12,991.23 (VISA/MC: 10,553.40 / 2,437.83 )

**Total declines for this report:**          163

| SKINCARE OU / AURAVIESET.COM | Transactions turnover / Count | Refunds turnover / count | Summary turnover / count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |
| ANTIAGING_8662169336 (3916020, Currency: USD, VISA) | 3,484.58 / 38 | -443.77 / 7 | 3,040.81 / 45 |
| **ANTIAGING_8662169336 (3916020, Currency: USD) (Total)** | **4,963.63 / 59** | **-626.53 / 14** | **4,337.10 / 73** |
| SKINCARE_8662169336 (3916038, Currency: USD, MC) | 1,174.56 / 12 | -33.02 / 2 | 1,141.54 / 14 |
| SKINCARE_8662169336 (3916038, Currency: USD, VISA) | 3,931.87 / 44 | -580.78 / 10 | 3,351.09 / 54 |
| **SKINCARE_8662169336 (3916038, Currency: USD) (Total)** | **5,106.43 / 56** | **-613.80 / 12** | **4,492.63 / 68** |
|  |  |  |  |

## Decline count for SKINCARE OU / AURAVIESET.COM: 163

| SKINCARE OU: all accounts | Transactions turnover / count | Refunds turnover / count | Summary turnover / count |
|---|---|---|---|
| FACEKIT_8662169336 (3916012, Currency: USD, VISA) | 4,947.09 / 57 | -785.59 / 12 | 4,161.50 / 69 |
| **FACEKIT_8662169336 (3916012, Currency: USD) (Total)** | **4,947.09 / 57** | **-785.59 / 12** | **4,161.50 / 69** |
| ANTIAGING_8662169336 (3916020, Currency: USD, MC) | 1,479.05 / 21 | -182.76 / 7 | 1,296.29 / 28 |

## Merchant general settlement report 1/1/2012-3/8/2012

| | | | |
|---|---|---|---|
| ANTIAGING_8662169336 (3916020, Currency: USD, VISA) | 3,484.58 / 38 | -443.77 / 7 | 3,040.81 / 45 |
| ANTIAGING_8662169336 (3916020, Currency: USD) (Total) | 4,963.63 / 59 | -626.53 / 14 | 4,337.10 / 73 |
| SKINCARE_8662169336 (3916038, Currency: USD, MC) | 1,174.56 / 12 | -33.02 / 2 | 1,141.54 / 14 |
| SKINCARE_8662169336 (3916038, Currency: USD, VISA) | 3,931.87 / 44 | -580.78 / 10 | 3,351.09 / 54 |
| SKINCARE_8662169336 (3916038, Currency: USD) (Total) | 5,106.43 / 56 | -613.80 / 12 | 4,492.63 / 68 |
| | | | 12,991.23 / 210 |

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro**, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
**Skincare OÜ**
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member) Oleg Trushlya

2012.02.08

## Processing statement nr. SKI_TR_132_1.2012

| Period from | 19/1/2012 | until | 1/2/2012 |
|---|---|---|---|
| | | | **USD** |
| Turnover | | | 2,102.47 |
| Turnover rate | | | 5.00% |
| Turnover fee | | | 105.12 |
| Turnover fee(from min) | | | 0.00 |
| | | | |
| Trx | | | 51 |
| Trx rate | | | 0.40 |
| Trx fee | | | 20.40 |
| Trx fee correction | | | 0.00 |
| | | | |
| Refunds # | | | 7 |
| Refunds fee - per each | | | 1 |
| Refunds fee | | | 7 |
| Ref fee correction | | | 0 |
| Refund turn (till 1/2/2012) | | | 230.83 |
| | | | |
| MID Setup fee - per each: | | | 900.00 |
| Number : | | | 0 |
| | | | |
| MID Setup fee: | | | 0.00 |
| | | | |
| Chargebacks# | | | 2 |
| Chargebacks Fee | | | 80 |
| Chargebacks turnover | | | 195.76 |
| | | | |
| Hold rate | | | 10.00% |
| Holdback | | | 210.25 |
| | | | |
| BankWire Fee (1) | | | 45.00 |
| | | | |
| For payout | | | 1208.11 |
| Holdback return ( from  - till) | | | 0.00 |
| Paid | | | 1208.11 |

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro**, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
Skincare OÜ
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member)  Oleg Trushlya

2012.02.16

## Processing statement nr. SKI_TR_166_2.2012

| Period from | 2/2/2012 | until | 9/2/2012 |
|---|---|---|---|
| | | | **USD** |
| Turnover | | | **1,859.72** |
| Turnover rate | | | **5.00%** |
| Turnover fee | | | **92.99** |
| Turnover fee(from min) | | | **0.00** |
| | | | |
| Trx | | | **73** |
| Trx rate | | | **0.40** |
| Trx fee | | | **29.20** |
| Trx fee correction | | | **0.00** |
| | | | |
| Refunds # | | | **3** |
| Refunds fee - per each | | | **1** |
| Refunds fee | | | **3** |
| Ref fee correction | | | **0** |
| Refund turn (till 9/2/2012) | | | **152.88** |
| | | | |
| MID Setup fee - per each: | | | **900.00** |
| Number : | | | **0** |
| | | | |
| MID Setup fee: | | | **0.00** |
| | | | |
| Chargebacks# | | | **0** |
| Chargebacks Fee | | | **0** |
| Chargebacks turnover | | | **0.00** |
| | | | |
| Hold rate | | | **10.00%** |
| Holdback | | | **185.97** |
| | | | |
| BankWire Fee (1) | | | **45.00** |
| | | | |
| For payout | | | **1350.68** |
| Holdback return ( from  - till) | | | **0.00** |
| Paid | | | **1350.68** |

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro**, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
**Skincare OÜ**
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member)  Oleg Trushlya

2012.02.23

## Processing statement nr. SKI_TR_199_2.2012

| Period from | 10/2/2012 | until | 16/2/2012 |
|---|---|---|---|

| | USD |
|---|---|
| Turnover | 1,081.63 |
| Turnover rate | 5.00% |
| Turnover fee | 54.08 |
| Turnover fee(from min) | 0.00 |
| | |
| Trx | 30 |
| Trx rate | 0.40 |
| Trx fee | 12.00 |
| Trx fee correction | 0.00 |
| | |
| Refunds # | 3 |
| Refunds fee - per each | 1 |
| Refunds fee | 3 |
| Ref fee correction | 0 |
| Refund turn (till 16/2/2012) | 197.69 |
| | |
| MID Setup fee - per each: | 900.00 |
| Number : | 0 |
| | |
| MID Setup fee: | 0.00 |
| | |
| Chargebacks# | 0 |
| Chargebacks Fee | 0 |
| Chargebacks turnover | 0.00 |
| | |
| Hold rate | 10.00% |
| Holdback | 108.16 |
| | |
| BankWire Fee (1) | 45.00 |
| | |
| For payout | 661.70 |
| Holdback return ( from - till) | 0.00 |
| Paid | 661.70 |

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro**, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
Skincare OÜ
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member)  Oleg Trushlya

2012.01.17

## Processing statement nr. SKI_TR_47_1.2012

| | | |
|---|---|---|
| Period from | until | 10/1/2012 |
| | | **USD** |
| **Turnover** | | **9,242.73** |
| **Turnover rate** | | **6.00%** |
| **Turnover fee** | | **554.56** |
| **Turnover fee(from min)** | | **0.00** |
| | | |
| **Trx** | | **651** |
| **Trx rate** | | **0.40** |
| **Trx fee** | | **260.40** |
| **Trx fee correction** | | **0.00** |
| | | |
| **Refunds #** | | **38** |
| **Refunds fee - per each** | | **1** |
| **Refunds fee** | | **38** |
| **Ref fee correction** | | **0** |
| **Refund turn (till 10/1/2012)** | | **237.37** |
| | | |
| **MID Setup fee - per each:** | | **900.00** |
| **Number :** | | **6** |
| **MID Setup fee for SKINCARE 8662169336; ANTIAGING 8662169336; FACEKIT 8662169336; MYFACEKIT8662169336; MYSKIN 8662169336; SKINKIT 8662169336:** | | **5400.00** |
| | | |
| **Chargebacks#** | | **0** |
| **Chargebacks Fee** | | **0** |
| **Chargebacks turnover** | | **0.00** |
| | | |
| **Hold rate** | | **10.00%** |
| **Holdback** | | **924.27** |
| | | |
| **BankWire Fee (1)** | | **45.00** |
| | | |
| **For payout** | | **1783.12** |
| **Holdback return ( from  - till )** | | **0.00** |
| **Paid** | | **1783.12** |

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro**, Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
**Skincare OÜ**
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member) Oleg Trushlya

2012.01.25

## Processing statement nr. SKI_TR_73_1.2012

| Period from | 11/1/2012 | until | 18/1/2012 |
|---|---|---|---|

|  | **USD** |
|---|---|
| Turnover | **2,849.55** |
| Turnover rate | **5.00%** |
| Turnover fee | **142.48** |
| Turnover fee(from min) | **0.00** |
| Trx | **66** |
| Trx rate | **0.40** |
| Trx fee | **26.40** |
| Trx fee correction | **0.00** |
| Refunds # | **6** |
| Refunds fee - per each | **1** |
| Refunds fee | **6** |
| Ref fee correction | **0** |
| Refund turn (till 18/1/2012) | **252.35** |
| MID Setup fee - per each: | **900.00** |
| Number : | **0** |
| MID Setup fee: | **0.00** |
| Chargebacks# | **0** |
| Chargebacks Fee | **0** |
| Chargebacks turnover | **0.00** |
| Hold rate | **10.00%** |
| Holdback | **284.96** |
| BankWire Fee (1) | **45.00** |
| For payout | **2092.37** |
| Holdback return ( from - till) | **0.00** |
| Paid | **2092.37** |

Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;

# 1stPAYMENTS.NET

**From:**
**SIA Transact Pro,** Company nr. 41503033127;
Corporate Address:10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Mailing Address: 10, Ropazu Street, 12th floor, Riga, LV-1039, Latvia, EU;
Telephone: +371 7 22 6742;
E-mail: info@transactpro.lv;
Web: www.transactpro.lv, www.1stPayments.net

**To:**
Skincare OÜ
registered nr. 12083190
Ahtri 10A, Tallinn
10151, Estonia
(Board Member)  Oleg Trushlya

2012.02.08

## Processing statement nr. SKI_TR_132_1.2012

| Period from | 19/1/2012 | until | 1/2/2012 |
|---|---|---|---|

|  | USD |
|---|---|
| Turnover | 2,102.47 |
| Turnover rate | 5.00% |
| Turnover fee | 105.12 |
| Turnover fee(from min) | 0.00 |
| Trx | 51 |
| Trx rate | 0.40 |
| Trx fee | 20.40 |
| Trx fee correction | 0.00 |
| Refunds # | 7 |
| Refunds fee - per each | 1 |
| Refunds fee | 7 |
| Ref fee correction | 0 |
| Refund turn (till 1/2/2012) | 230.83 |
| MID Setup fee - per each: | 900.00 |
| Number : | 0 |
| MID Setup fee: | 0.00 |
| Chargebacks# | 2 |
| Chargebacks Fee | 80 |
| Chargebacks turnover | 195.76 |
| Hold rate | 10.00% |
| Holdback | 210.25 |
| BankWire Fee (1) | 45.00 |
| For payout | 1208.11 |
| Holdback return ( from  - till) | 0.00 |
| Paid | 1208.11 |