**From:** Charlene Koonce
**Sent:** Monday, July 27, 2015 5:07 PM
**To:** Annah Kim (akim@scheperkim.com); Marc S. Harris (mharris@scheperkim.com)
**Cc:** Kelly Crawford
**Subject:** CalEnergy and Sunset Holdings

Annah and Marc – we have quite a few open requests out to you all, and I am adding one more. As you know, I need to report to the court about whether any receivership entity can continue operating legally and profitably. Provisions of the TRO also require that such operations can be funded only from funds in the receivership estate.

I need to know what your contentions are in this respect regarding CalEnergy and Sunset, and I need you to provide financial justification for your position. (To date, other than the assignment agreement with Guayas and the Redwood/Rosewood transaction, you've provided virtually no information about Sunset's obligations or its assets).

Thank you.



### CHARLENE KOONCE

### PARTNER

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215 (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

# SCHEEF & STONE, L.L.P.
LEGAL COUNSEL BASED ON SOLID PRINCIPLES



**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.



EXHIBIT C