Case 2:15-cv-04527-GW-PLA   Document 197-4   Filed 09/03/15   Page 1 of 3   Page ID #:4280

7/2/2015
Igor Latsanovski     Federal Trade Commission vs. Bunzai Media Group, Inc.     1090802

```
09:15:45   1    good guy."
           2        Q    Who recommended them?
09:15:48   3        A    I don't remember exactly.
           4        Q    How did you come to do business with them?
09:16:00   5        A    I am -- I met with them with Alon and
           6    Khristopher.
09:16:04   7        Q    Bond?  Khristopher Bond?
           8        A    Yeah; yeah, Khristopher Bond, and they invite
09:16:13   9    me for invest money to "they" business.
          10        Q    Okay.  I want to address that issue
09:16:26  11    specifically, the investment that you made with their
          12    company, okay?
09:16:30  13             What company did you invest with?
          14        MR. HARRIS:  Counsel, I think we're getting
09:16:35  15    outside the scope of the -- of the Order here.  I've
          16    let -- I've let you go a fair bit on the background
09:16:41  17    issues, but I think your questions need to be focused
          18    on the issues that are -- that are outlined in the
09:16:46  19    TRO --
          20        MR. LITTLE:  Yes.
09:16:48  21        MR. HARRIS:  -- the scope of the receiver's duties
          22    and obligations in the discovery.
09:16:53  23        MR. LITTLE:  It's the receiver's job to discover
          24    the assets of the receivership estate, and it's going
09:16:59  25    to be plainly obvious that Mr. Latsanovski did business
```




Kusar® Keeping Your Word Is Our Business℠

EXHIBIT D

7/2/2015
Igor Latsanovski    Federal Trade Commission vs. Bunzai Media Group, Inc.    1090802

```
09:17:41   1         MR. LITTLE:  Sure.
           2    Q    Mr. Latsanovski, how much money did you put
09:17:50   3   into Mr. Bond and Mr. Nottea's companies?
           4    A    First time, $175,000.
09:17:59   5    Q    Was it a loan?
           6    A    Long story.
09:18:02   7    Q    I've got all day.
           8    A    Okay.
09:18:07   9         MR. HARRIS:  That's a yes-or-no question.
          10         THE WITNESS:  This is -- was investment.
09:18:09  11   BY MR. LITTLE:
          12    Q    It was an investment?
09:18:11  13    A    Yeah.
          14    Q    Okay.  Did you have any documents, any paper
09:18:17  15   that substantiated the investment?
          16    A    During our relationship, we signed a lot of
09:18:26  17   "difference" documents, papers.  They changed, between
          18   us, a lot of times terms.  Maybe some of them, we
09:18:31  19   signed it.
          20    Q    Okay.  Do you have in your possession any
09:18:37  21   writings that you can turn over to the receiver to show
          22   the terms of your investment with Mr. Nottea and
09:18:43  23   Mr. Bond?
          24    A    I don't have these terms for myself.
09:18:52  25    Q    You don't -- you don't know what the terms
```

35


Kusar® Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 197-4   Filed 09/03/15   Page 3 of 3   Page ID #:4282

7/2/2015
Igor Latsanovski — Federal Trade Commission vs. Bunzai Media Group, Inc. — 1090802

| | | | |
|---|---|---|---|
| 09:21:12 | 1 | Q | I think I understand what you're saying. |
| | 2 | | Tell the court why -- well, let me back up. |
| 09:21:21 | 3 | | Is CalEnergy your company? |
| | 4 | A | Yes. |
| 09:21:24 | 5 | Q | Okay. And you created it? |
| | 6 | A | Yes. |
| 09:21:27 | 7 | Q | Okay. And when you created it, did you own |
| | 8 | | all the stock in it? |
| 09:21:30 | 9 | A | Yes. |
| | 10 | Q | Okay. Tell the court why CalEnergy received |
| 09:21:36 | 11 | | hundreds of thousands of dollars from companies that |
| | 12 | | sold Aura Vie. |
| 09:21:45 | 13 | A | These return my investment. This my |
| | 14 | | financial which I give to Bunzai Group. I sound just |
| 09:21:56 | 15 | | like Bunzai Group, all of it. I give money. They |
| | 16 | | return me piece by piece, piece by piece, enough to |
| 09:22:06 | 17 | | say, "Igor, we need additional investment, because we |
| | 18 | | grow up and we have to hire people." |
| 09:22:13 | 19 | | I give them again, and after they again me |
| | 20 | | return piece by piece, piece by piece (sic). |
| 09:22:21 | 21 | Q | Did you receive -- did CalEnergy receive |
| | 22 | | money from any company that sold Aura Vie besides |
| 09:22:26 | 23 | | Bunzai? |
| | 24 | A | Really? I don't know. |
| 09:22:29 | 25 | Q | Okay. |

38

