Case 2:15-cv-04527-GW-PLA   Document 197-5   Filed 09/03/15   Page 1 of 8   Page ID #:4283

7/2/2015
Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | | |
|---|---|---|---|
| 09:11:54 | 1 | A | Not. |
| | 2 | Q | Did you ever assist Zen Mobile Media in |
| 09:12:04 | 3 | filing federal income tax returns? | |
| | 4 | A | Not. I give "permit" do it from my -- to |
| 09:12:17 | 5 | him. | |
| | 6 | Q | Tell the court if you were ever the chief |
| 09:12:24 | 7 | financial officer of Bunzai. | |
| | 8 | A | On the paper or physically? |
| 09:12:29 | 9 | Q | Either. Were you ever the chief financial |
| | 10 | officer of Bunzai? | |
| 09:12:37 | 11 | A | If on the paper I was it, legally, I -- I |
| | 12 | don't know. | |
| 09:12:39 | 13 | Q | You don't know? |
| | 14 | A | (Shakes head from side to side.) |
| 09:12:48 | 15 | Q | Tell the court if you were ever an employee |
| | 16 | of Bunzai. | |
| 09:12:51 | 17 | A | No. |
| | 18 | Q | Tell the court if you ever received a salary |
| 09:12:56 | 19 | from Bunzai. | |
| | 20 | A | Not. |
| 09:13:08 | 21 | Q | Tell the court if you ever received a |
| | 22 | $15,000-a-month salary from Bunzai. | |
| 09:13:13 | 23 | A | Not. |
| | 24 | Q | Tell the court if you incorporated or created |
| 09:13:22 | 25 | Zen Mobile Media. | |




EXHIBIT E

7/2/2015
Igor Latsanovski        Federal Trade Commission vs. Bunzai Media Group, Inc.        1090802

```
09:13:24   1        MR. HARRIS:  Objection, vague.
           2   BY MR. LITTLE:
09:13:27   3    Q   Did you create Zen Mobile Media?
           4        MR. HARRIS:  Objection, vague.
09:13:30   5   BY MR. LITTLE:
           6    Q   You can answer.
09:13:36   7    A   What means "create"?
           8    Q   Did you incorporate Zen Mobile Media?
09:13:42   9        Do you know what that means?
          10    A   If I sign some paper?
09:13:45  11    Q   Uh-huh.
          12    A   Yes.
09:13:57  13    Q   Have you ever owned any companies that
          14   received money from companies that sold Aura Vie?
09:14:07  15    A   Can you repeat the question, please.
          16    Q   Yes.  Have you ever owned a company that
09:14:16  17   received money from companies that sold Aura Vie?
          18    A   Except "of" Zen?
09:14:21  19    Q   I'm sorry, I don't understand your response.
          20   Let me ask -- let me ask it more specifically.
09:14:25  21    A   Yeah.
          22    Q   Tell the court what companies you're aware of
09:14:30  23   that sold Aura Vie.
          24    A   I don't manage this business.
09:14:36  25    Q   My question was different.  Can you tell the
```

31



Case 2:15-cv-04527-GW-PLA   Document 197-5   Filed 09/03/15   Page 3 of 8   Page ID #:4285

7/2/2015
Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

```
09:31:12  1        Q    Okay.  That's fine.  Who was the chief
          2   financial officer of Bunzai, do you know?
09:31:22  3        A    Alon.  Without his permit -- (shakes head
          4   from side to side).
09:31:37  5        Q    Okay.  I want to go back to Zen Mobile Media
          6   for a moment, okay?
09:31:44  7             Bunzai, did it close down?  Did the business
          8   of Bunzai close down or wind up?
09:31:49  9        MR. HARRIS:  Objection, lacks foundation.
         10   BY MR. LITTLE:
09:31:51 11        Q    Do you know?
         12        A    I don't know what happens.
09:31:54 13        MR. HARRIS:  You can answer, if you know.
         14   BY MR. LITTLE:
09:31:55 15        Q    Yeah.
         16        A    Can you repeat?
09:32:00 17        Q    Yeah.  Did Bunzai close down?
         18        A    Really, I don't know.  It's Alon running all
09:32:09 19   these businesses, all these entities.
         20        Q    At any point did Alon come to you and say,
09:32:16 21   "We need you to start a new company called Zen Mobile
         22   Media"?
09:32:23 23        A    He asked me for open merchant account for use
         24   my name and my credit score (sic).  That's it.
09:32:42 25        Q    Why did you let him use your name and credit
```



7/2/2015
Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
09:32:45   1   score?  Can you explain?
           2       A   He said, "I open for my dad, for my family."
09:32:53   3       Q   He said he "opens" for his dad -- he's
           4   opening it for his dad?
09:32:57   5       A   He said, yeah, some company.  He said, "I
           6   need additional entity."
09:33:01   7           What's more important for each of us, if he
           8   open for his dad, how can I say "no"?
09:33:07   9       Q   Who is his dad?  Is that Motti?
          10       A   Yes.
09:33:14  11       Q   Is Doron his brother?
          12       A   Whom?
09:33:20  13       Q   Doron, is Doron Alon's brother?
          14       A   Yes.
09:33:21  15       Q   Okay.
          16       A   How I know (sic).
09:33:27  17       Q   Okay.  I'm going to show you some documents
          18   that we're going to go through, okay?  I'm going to
09:33:48  19   pull them out of my suitcase here.
          20           This (indicating) is going to be your book.
09:33:53  21       A   Okay.  This is -- I can take it for me?
          22       Q   No.  You can look at it today.
09:33:56  23           This (indicating) is going to be your
          24   lawyer's book.
09:34:02  25           Would you open to tab 1 in that book, please.
```

48



7/2/2015
Igor Latsanovski         Federal Trade Commission vs. Bunzai Media Group, Inc.         1090802

| | | |
|---|---|---|
| 09:47:40 | 1 | about Zen (sic), because I was on paper. |
| | 2 | Q    Okay. All right. So taking a look at |
| 09:47:48 | 3 | Receiver's Exhibit No. 3 here in front of us, have you |
| | 4 | heard of a company called MIDsource before? |
| 09:47:53 | 5 | A    Which number, page? |
| | 6 | Q    3. You're on it. |
| 09:47:57 | 7 | Have you heard of a company called MIDsource? |
| | 8 | A    Not. |
| 09:48:00 | 9 | Q    Okay. Take a look at the first page. No, |
| | 10 | back up. Take a look at the first page. |
| 09:48:08 | 11 | Okay. Someone who uses the email |
| | 12 | accounting818@gmail.com was sending the Articles of |
| 09:48:14 | 13 | Incorporation -- |
| | 14 | A    Uh-huh. |
| 09:48:18 | 15 | Q    -- for a variety of companies, including Zen |
| | 16 | Mobile Media, to MIDsource. |
| 09:48:22 | 17 | Do you know why? |
| | 18 | A    No idea. |
| 09:48:24 | 19 | Q    No idea, okay. |
| | 20 | Take a look at Exhibit 4 in the book in front |
| 09:48:31 | 21 | of you. |
| | 22 | Have you ever seen the first page of Exhibit |
| 09:48:41 | 23 | 4 before? |
| | 24 | A    Not. |
| 09:48:46 | 25 | Q    Okay. Exhibit 4 includes the Forms W-3 and |

61


Kusar  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 197-5   Filed 09/03/15   Page 6 of 8   Page ID #:4288

7/2/2015
Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 14:37:28 | 1 | company, but we sign a lot of papers, like, I'm for -- |
| | 2 | like, "Igor, for protect your money, we give you all |
| 14:37:34 | 3 | the paper like shareholder." Say "Okay." |
| | 4 | But one term starts. Second term say, in my |
| 14:37:42 | 5 | mind, I give them money like loan, and they return me. |
| | 6 | What they think about it is another story. |
| 14:37:46 | 7 | Q    Where are the papers that will show whether |
| | 8 | you are a partner in Bunzai? |
| 14:37:52 | 9 | A    We -- we signed some papers, create new ones. |
| | 10 | It's, like, during this life was a lot of changes. |
| 14:38:06 | 11 | Q    The sentence continues on "and CEO of Zen |
| | 12 | Mobile Media Group, Incorporated." |
| 14:38:10 | 13 | Were you the CEO of Zen Mobile Media Group, |
| | 14 | Incorporated? |
| 14:38:15 | 15 | A    Alon asked me. I signed all papers. |
| | 16 | MR. LITTLE:  I'm going to object as being |
| 14:38:21 | 17 | nonresponsive. |
| | 18 | Q    I want to make sure that I get a complete |
| 14:38:27 | 19 | answer to this question. Were you or were you not the |
| | 20 | chief executive officer of Zen Mobile Media Group, |
| 14:38:32 | 21 | Incorporated? |
| | 22 | A    Physically, not. |
| 14:38:37 | 23 | Q    On paper, were you the CEO of Zen Mobile |
| | 24 | Media Group, Incorporated? |
| 14:38:43 | 25 | A    Yeah. If he asked me, I signed papers. |

249



7/2/2015
Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802

| | | |
|---|---|---|
| 14:38:45 | 1 | Q     The next sentence reads, "At times |
| | 2 | material to this Complaint, he has formulated, |
| 14:38:53 | 3 | directed, controlled, had the authority to |
| | 4 | control, or participated in the acts or |
| 14:38:57 | 5 | practices set forth in this Complaint." |
| | 6 | Do you see that? |
| 14:39:01 | 7 | A     What -- |
| | 8 | MR. HARRIS:  Do you see where he's reading? |
| 14:39:05 | 9 | THE WITNESS:  Yeah, I said, but I don't -- |
| | 10 | MR. HARRIS:  That's the question.  Do you see it? |
| 14:39:08 | 11 | THE WITNESS:  Yeah, I see it. |
| | 12 | BY MR. LITTLE: |
| 14:39:11 | 13 | Q     Yes, okay.  I want to make sure that I have |
| | 14 | your testimony correct -- |
| 14:39:14 | 15 | A     Uh-huh. |
| | 16 | Q     -- okay?  You were the signatory on the |
| 14:39:20 | 17 | account of Zen Mobile Media Group, correct? |
| | 18 | A     Yes. |
| 14:39:27 | 19 | Q     Were there any other signatories on that |
| | 20 | account? |
| 14:39:30 | 21 | A     I don't know. |
| | 22 | Q     Were there any other officers of Zen Mobile |
| 14:39:42 | 23 | Media Group besides you? |
| | 24 | A     I don't know. |
| 14:39:52 | 25 | Q     If you wanted to have nothing more to do with |

250



7/2/2015
Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802

```
14:39:54   1   Zen Mobile Media Group, could you have walked into
           2   Alon's office and said, "Take me off all the papers"?
14:40:00   3       A    I "said" him.
           4       Q    You told him that?
14:40:01   5       A    Yes.
           6       Q    When did you do that?
14:40:10   7       A    I don't remember.  Not one time, a lot of
           8   times.  "Can you" -- because sometimes when I go to
14:40:20   9   bank, because on bank, yeah, I have -- Wells Fargo Bank
          10   has -- when you have your accounts, yeah, you can
14:40:28  11   "sees" all your accounts, and my -- when I opened my
          12   log-in, yeah, I didn't see just this is Zen.  Why I
14:40:33  13   don't know.
          14           And sometimes when they make some
14:40:37  15   transactions, some wire, they ask me from which
          16   account, and they send me from Zen.  And then this is
14:40:45  17   when they remind me exist some account for my name
          18   which I don't control, do nothing.
14:40:51  19           And then period of time say, "Listen, Alon,
          20   remember you ask me about open for my name Zen (sic)?
14:40:56  21   Please can you cancel this."
          22           "Okay, yeah.  I will; I will."  It's, like,
14:40:59  23   repeat sometimes.
          24       Q    Alon told you that?
14:41:01  25       A    What means "told"?
```

251



Kusar  Keeping Your Word Is Our Business℠