```
11:27:45   1    ending with Zen Mobile Media.
           2              Do you see that?
11:27:48   3      A       Uh-huh.
           4      Q       When you made your investment -- I'm sorry.
11:27:52   5    Let me back up.
           6              Did you understand that the Bunzai group of
11:28:01   7    companies was funneling money to SBM Management?
           8      A       Don't know how the structure working.
11:28:05   9      Q       You don't know that?
          10      A       (Shakes head from side to side.)
11:28:11  11      Q       Okay.  I want you to turn with me to
          12    Receiver's Exhibit 26.
11:28:14  13      A       Uh-huh.
          14      Q       Okay?  Receiver's Exhibit 26 is -- hold on a
11:28:37  15    sec.
          16              Receiver's Exhibit 26, Mr. Latsanovski, is a
11:28:43  17    summary that the forensic accountant employed by the
          18    receiver made of all the money that was paid to
11:28:50  19    CalEnergy by these companies.
          20      A       Uh-huh.
11:28:52  21      Q       Do you see that?
          22      A       Yes.
11:28:58  23      Q       All right.  I want to go one by one, okay?
          24              At the time CalEnergy received $75,000 from
11:29:05  25    Agoa Holdings, did you know that it was making money by
```



Case 2:15-cv-04527-GW-PLA  Document 197-6  Filed 09/03/15  Page 2 of 3  Page ID #:4292

7/2/2015
Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802

```
11:29:09   1   selling free trial products over the Internet?
           2       A    This is, I know, return my investment.
11:29:14   3       Q    Okay.  Did you know how Agoa Holdings was
           4   making its money?
11:29:18   5       A    Sell products.
           6       Q    Over the Internet?
11:29:21   7       A    Yes.
           8       Q    Through free trials?
11:29:30   9       A    I don't know how they make marketing ways.
          10       Q    Okay.
11:29:32  11       A    If they use it, yeah.
          12       Q    Okay.
11:29:35  13       A    "I'm" just only see how much I give them and
          14   how much I receive.
11:29:39  15       Q    Okay.  You didn't care how they made it; is
          16   that true?
11:29:44  17       A    What means don't care?  If they don't,
          18   fortunately, kill somebody, yeah.  But they didn't.  In
11:29:47  19   my mind --
          20       Q    Sure.
11:29:52  21       A    -- I'm invest good Internet business to sell
          22   product.  They working, like, 50 people.  Really, I
11:30:01  23   proud, like, I give money for -- they pay a lot of
          24   people, working, do something, Internet business,
11:30:06  25   cosmetic, good quality.
```

147



| 7/2/2015 | | |
|---|---|---|
| Igor Latsanovski | Federal Trade Commission vs. Bunzai Media Group, Inc. | 1090802 |

```
14:42:09   1        Q    No, I'm not trying to play anything.  I want
           2   to make sure I understand.
14:42:13   3             As you sit here today, do you understand that
           4   Alon was paying back your loan with money he was taking
14:42:20   5   from consumers?
           6        A    I understand Alon return my money.
14:42:26   7        Q    That's all you know?
           8        A    (Nods head up and down.)
14:42:29   9        Q    Okay.
          10        A    From where he take it, loan from another
14:42:35  11   company, some "another" one, I didn't care so much.  I
          12   need money which I give him.
14:42:40  13        Q    Right.
          14             Would you turn to Receiver's Exhibit 60 in
14:42:53  15   this book in front of you, please.
          16        A    60?
14:42:58  17        Q    16.  I'm sorry, 60.
          18        MR. HARRIS:  Six-zero.
14:43:01  19        MR. LITTLE:  Sorry.
          20        Q    Okay.  This is a print-off of corporate
14:43:13  21   information from the United Kingdom.  There is a
          22   company in the United Kingdom, in Scotland, called
14:43:20  23   Bavaria Inter LP, and it appears that that company was
          24   created in October of 2014.
14:43:29  25             Is this the company that loaned money to
```

253


Kusar® Keeping Your Word Is Our Business℠