JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S MOTION TO STRIKE CHARGEBACK ARMOR, INC.'S OPPOSITION TO RECEIVER'S MOTION TO DESIGNATE** |

PLAINTIFF'S MOTION TO STRIKE

## I. Procedural Background

On August 14, 2015, the Receiver in this matter filed a Motion for Order Finding Certain Assets Subject to the Temporary Restraining Order, Etc., and Preliminary Injunctions, Dkt. 165 (Motion to Designate). The Motion to Designate identified several entities, including Secured Merchants, LLC, that the Receiver found to be engaged in the enjoined conduct, used by the Individual Defendants or Receivership Defendants in the sale of skin care products, or received proceeds from the sale of the skin care products. Accordingly, the Motion to Designate requested that the Court find that Secured Merchant's and the other entities assets are part of the Receivership estate. On August 27, 2015, Secured Merchants, LLC and Chargeback Armor, Inc., filed a Joint Opposition to Motion for Order Finding Certain Assets Subject to the Temporary Restraining Order, Etc., and Preliminary Injunctions; Memorandum of Point and Authorities; Declarations of Michael Costache and Alan Argaman, Dkt. 185 (Secured Merchants and Chargeback Armor's Opposition). Chargeback Armor is not a party to this action. The Receiver's Report did not request that Chargeback Armor's assets be found to be a part of the Receivership estate. Nonetheless, Chargeback Armor filed an opposition to the Motion to Designate (Chargeback Armor's Opposition).

## II. Argument

Chargeback Armor's Opposition fails to comply with the requirements of the Federal Rules of Civil Procedure.  Pursuant to Federal Rule of Civil Procedure, before a non-party can intervene in an action it must file a motion to intervene.  FED. R. CIV. P. 24(a).  The motion to intervene must be served on the parties and state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.  FED. R. CIV. P. 24(c).  Chargeback Armor, Inc., has not served a motion to intervene on the parties.  The Motion to Designate did not request any relief as to Chargeback Armor's assets.  FED. R. CIV. P. 12(f) allows a court to strike from any pleading any redundant, immaterial, impertinent, or scandalous matter.  Chargeback Armor's Opposition to the Motion to Designate is immaterial and impertinent since the Motion to Designate did not request any relief as to Chargeback Armor's Assets.  In addition, Chargeback Armor's Opposition should be stricken since they are neither a party to this action nor have they filed a motion to intervene.

## III. Conclusion

For the reasons stated above, the FTC respectfully requests that the Court strike Chargeback Armor's Opposition contained in Secured Merchants and Chargeback Armor's Opposition.

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: 9/15/15 | /s/ REID TEPFER_____ |
| 3 | REID TEPFER |
|   | LUIS H. GALLEGOS |
| 4 | Attorneys for the Plaintiff |
|   | Federal Trade Commission |
| 5 | 1999 Bryan Street, Suite 2150 |
|   | Dallas, Texas 75201 |
| 6 | (214) 979-9395 (Tepfer) |
|   | (214) 979-9383 (Gallegos) |
| 7 | (214) 953-3079 (facsimile) |
|   | rtepfer@ftc.gov |
|   | lgallegos@ftc.gov |

### CERTIFICATE OF CONFERENCE

This motion is made following the conference with counsel for Secured Merchants, LLC, and Chargeback Armor, Inc., Sagar Parikh, pursuant to L.R. 7-3, which took place on September 9, 2015. Secured Merchants and Chargeback Armor oppose the motion. Mr. Parikh can be reached at (310) 887-1338; his firm is located at 433 N. Camden Drive, 6th Floor, Beverly Hills, California 90210.

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 15, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Tom Vidal<br>Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkle Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>nameri@agmblaw.com<br>*Local counsel for Receiver* | Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>rmu@crosswindlaw.com<br>*Counsel for Alon Nottea and Roi Rueveni* |
| Erik S Syverson<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>esyverson@raineslaw.com<br>*Counsel for Oz Mizrahi* | David P. Beitchman<br>Beitchman & Zekian<br>16130 Ventura Blvd., Suite 570<br>Encino, CA 91436<br>dbeitchman@bzlegal.com<br>*Counsel for Doron Nottea and Motti Nottea* |
| | Marc S. Harris<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>mharris@scheperkim.com<br>*Counsel for Igor Latsanovski and CalEnergy, Inc* |
| | Annah Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>akim@scheperkim.com<br>*Counsel for Igor Latsanovski and CalEnergy, Inc* |

1  Charlene Cantrell Koonce
   Receiver
2  Scheef & Stone
   500 N. Akard, Suite 2700
3  Dallas, Texas 75201
   charlene.koonce@solidcounsel.com
4  *Receiver*

5  Kelly M. Crawford
   Scheef and Stone
6  500 N. Akard, Suite 2700
   Dallas, Texas 75201
7  kelly.crawford@solidcounsel.com
   *Counsel to Receiver*
8
   Sagar Parikh
9  Beverly Hills Law Corp., PC
   433 N. Camden Drive, 6th Floor
10 Beverly Hills, California 90210
   sp@beverlyhillslawcorp.com
11 *Counsel for Secured Merchants LLC
   and Chargeback Armor, Inc.*

12

13                                              /S/ REID TEPFER
                                                  REID TEPFER
14

15

16

17

18

19

20