UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER STRIKING CHARGEBACK ARMOR, INC'S OPPOSITION TO RECEIVER'S MOTION TO DESIGNATE** |

Upon reviewing the Plaintiff's Motion to Strike Chargeback Armor, Inc.'s Opposition to the Receiver's Motion to Designate, the Court finds that Chargeback Armor, Inc., has not sought to intervene in this matter. In addition, the Court finds that Chargeback Armor's opposition is immaterial and impertinent to the Receiver's Motion to Designate. As such, the Court orders that Chargeback Armor's Opposition contained Docket 185 is stricken.

**IT IS SO ORDERED.**

Dated: _____          _____
                                          The Honorable George Wu
                                          Judge, United States District Court