# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
|---|---|
| Plaintiff, | **(PROPOSED) ORDER STRIKING THE AFFIRMATIVE DEFENSES OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.** |
| v. | |
| BUNZAI MEDIA GROUP INC., *et al.*, | |
| Defendants. | |

Considering the Motion for Leave to File and the Motion to Strike Defendants' Demand for Affirmative Defenses ("Motion to Stike") filed by Plaintiff Federal Trade Commission ("FTC") under Federal Rules of Civil Procedure 12(f), and considering the Answers (Dockets 171 AND 173) filed by Defendants Igor Latsanovski and CalEnergy, Inc.;

Plaintiff's Motion for Leave is **GRANTED** upon a showing of good cause.

**IT IS HEREBY ORDERED** that the affirmative defenses asserted in each Defendants' Answer are stricken as immaterial and impertinent under Federal Rule of Civil Procedure 12(f).

1    **IT IS SO ORDERED.**

3    Dated: _____    _____
4    　　　　　　　　　　　　　　　　　The Honorable George Wu
　　　　　　　　　　　　　　　　　　　Judge, United States District Court