UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | September 17, 2015 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | Marc S. Harris |
| Luis Gallegos - by telephone | David P. Beitchman |
| Kelly M. Crawford, Receiver | Robert M. Ungar |
| | Sagar Parikh |

**PROCEEDINGS:**      **RECEIVER'S EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION [36];**

**RECEIVER'S MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015 [161];**

**RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS [165];**

**ORDER TO SHOW CAUSE WHY DEFENDANT DORON NOTTEA, MOTTI NOTTEA AND ADAGEO, LLC SHOULD NOT BE HELD IN CIVIL CONTEMPT [55, 57, 155]**

**PLAINTIFF'S MOTION TO STRIKE CHARGEBACK ARMOR, INC.'S OPPOSITION TO RECEIVER'S MOTION TO DESIGNATE [201]**

Court hears oral argument. The Court rules on the above-entitled motions as follows:

| | | |
|---|---|---|
| | 1 : | 10 |
| Initials of Preparer | JG | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | September 17, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Receiver's Emergency Motion to Compel Production of Documents and Information [36], is resolved and deemed MOOT;

Receiver's Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses Through July 31, 2015 [161], is GRANTED IN PART.  Receiver will file a proposed order forthwith;

Receiver's Motion for Order Finding Certain Assets Subject to the Temporary Restraining Order, Etc., and Preliminary Injunctions [165], is GRANTED IN PART.  Receiver will file a proposed order forthwith;

Order to Show Cause Why Defendant Doron Nottea, Motti Nottea and Adageo, LLC Should Not Be Held in Civil Contempt [55, 57, 155], is resolved as stated on the record;

Plaintiff's Motion to Strike Chargeback Armor, Inc.'s Opposition to Receiver's Motion to Designate [201], is DENIED.

The Court sets a Scheduling Conference for October 1, 2015 at 8:30 a.m.  Parties will file a joint report by noon on September 28, 2015.  Telephonic appearances are allowed provided that notice is given to the clerk two business days prior to the hearing.

|   |   | 1 | : | 10 |
|---|---|---|---|---|
|   | Initials of Preparer | JG | | |