# EXHIBIT A

## CREDITORS MAILING MATRIX

Lifescript, Inc.
c/o Ben Pettit
20 E. Pueblo Street
Santa Barbara, CA 93105

c/o Michael J. Reichmann, Esq.
Gardner & Reichmann, Inc.
1806 Broadway, Suite A
Santa Ana, CA 92706

Build Rehabilitation Industries
Matthew Lynch, President
12432 Foothill Blvd.
Sylmar, CA 91342-6004

David Davidian
Davidian & Associates, CPA's
200 N. Maryland Ave., Suite 300
Glendale, CA 91206

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Web Apps LLC
c/o Mr. Mark Ellerbe
Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057

Dawn Goddard and Nancy Yalley
c/o Alexander Gareeb, Esq.
Gareeb Law Group
21333 Oxnard Street
Woodland Hills, CA 91367

Reseda Business Center, LLC
655 N. Central Ave.
Glendale, CA 91203

Zackyulla "Zack" Malal
7835 Corbin Avenue
Winnetka, CA 91306

Johnson Tran
1114 N. Flores Street, #6
West Hollywood, CA 90069

Jonathan Chiang
18621 Hillsboro Rd.
Northridge, CA 91326

Rotem Fhima
7104 Corbin Ave.
Reseda, CA 91335

Mimonis
c/o Paul E. Paray, Esq.
Zimmerman Weiser & Paray LLP
226 St. Paul Street
Westfield, New Jersey 07090