Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Kelly M. Crawford (TX SBN 05030700)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Kelly.crawford@solidcounsel.com
Attorneys for Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>　　　　Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>NOTICE OF LODGING [PROPOSED] ORDER ON MOTION FOR ORDER ESTABLISHING SALE PROCEDURES AND CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY<br><br>Hearing Date:　October 19, 2015<br>TIME:　　　　10:30 A.M.<br>CRTM:　　　　10<br>JUDGE:　　　HON. GEORGE WU |

1   **PLEASE TAKE NOTICE** that Charlene Koonce, Receiver, hereby lodges the

2   attached [Proposed] Order on Motion for Order Establishing Sale Procedures And

3   Confirming Receiver's Sale Of Skin Care Inventory.

4   Dated: September 18, 2015.

                                                          */s/Charlene Koonce*
                                                          Charlene C. Koonce
                                                          ***Receiver***
                                                          500 N. Akard Street, Suite 2700
                                                          Dallas, Texas 75201
                                                          Telephone: 214-706-4200
                                                          Telecopier: 214-706-4242
                                                          *Admitted Pro Hac Vice* (TX SBN 11672850)

                                                          **SCHEEF & STONE, L.L.P.**

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 18, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Tom Vidal<br>Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkel Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>*Local counsel for Receiver* | David P. Beitchman /Andre Boniadi<br>Beitchman\|Zekian, PC<br>16130 Ventura Boulevard, Suite 570<br>Encino, CA 91436<br>*Counsel for Doron Nottea and Motti Nottea* |
| Erik S Syverson / Scott M. Lesowitz /<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi.* | Marc S. Harris / Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer / Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX  75201<br>*Counsel for the FTC* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Benjamin A Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Counsel for Alon Nottea* |

In addition, on September 18, 2015, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

*/s/  Charlene C. Koonce*
CHARLENE C. KOONCE