# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | | CASE NUMBER |
| | Plaintiff(s) | 2:15-CV-4527-GW (PLAx) |
| v. | | |
| BUNZAI MEDIA GROUP, INC., et al. | Defendant(s) | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

Doron Nottea and Motti Nottea          ☐ Plaintiff  ☒ Defendant  ☐ Other _____

_Name of Party_

to substitute  Robert L. Esensten/ESENSTEN LAW                                    who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

12100 Wilshire Boulevard, Suite 1660
_____
_Street Address_

Los Angeles, CA  90025                          resensten@esenstenlaw.com
_____          _____
_City, State, Zip_                                       _E-Mail Address_

310-273-3090                     310-207-5969                     65728
_____          _____          _____
_Telephone Number_                   _Fax Number_                     _State Bar Number_

as attorney of record instead of  David P. Beitchman and Andre Boniadi
_____
_List **all** attorneys from same firm or agency who are withdrawing._

_____

_____

**is hereby**      ☐ GRANTED      ☐ DENIED

Dated _____          _____
                                                       U. S. District Judge/U.S. Magistrate Judge