1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JULY 31, 2015 |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | DATE:      SEPTEMBER 14, 2015 TIME:      10:30 A.M. CRTM:     10 JUDGE:    HON. GEORGE WU |
| Defendants. | |

1    HAVING CONSIDERED the Receiver's Motion for Order Approving and

2  Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses

3  Through July 31, 201, (the "Motion"), all supporting evidence and the arguments of

4  counsel,  the Court finds the Motion is just and reasonable, and should be and hereby is

5  **GRANTED**.  Accordingly:

6    **IT IS ORDERED** that all fees and expenses included in the Receiver's Motion

7  for Order Approving and Authorizing Payment From Receivership Assets of

8  Receiver's Fees and Expenses Through July 31, 2015 [Docket No. 161] are Approved.

9    **IT IS FURTHER ORDERED** the Receiver is authorized to pay out of assets of

10  the Receivership Estate the following:

11    • the sum of $86,658.96 to Scheef & Stone, LLP for the fees of Receiver

12  Charlene Koonce, with 50% of those fees paid not earlier than seven days from the

13  date of this order, 25% of those fees paid 30 days after the date of this order, and the

14  remaining 25% to be paid on a future date established by the court;

15    • the sum of $223,772.40 for fees and $31,082.89 for expenses to Scheef &

16  Stone, LLP for the fees and expenses of Receiver's primary counsel, with 50% of

17  those fees and all expenses paid not earlier than seven days from the date of this order,

18  25% of those fees paid 30 days after the date of this order, and the remaining 25% to

19  be paid on a future date established by the court;

20

21

1    •    the sum of $2,451.64 for fees and $1,771.25 for expenses to Abrams

2    Garfinkel Margolis Bergson, LLP for the fees and expenses of the Receiver's local

3    counsel, with 50% of those fees and all expenses paid not earlier than seven days from

4    the date of this order, 25% of those fees paid 30 days after the date of this order, and

5    the remaining 25% to be paid on a future date established by the court;

6    •    the sum of $202,369.80 for fees and $2,050.29 for expenses to Brandlin &

7    Associates for the fees and expenses of the Receiver's accountants, with 50% of those

8    fees and all expenses paid not earlier than seven days from the date of this order, 25%

9    of those fees paid 30 days after the date of this order, and the remaining 25% to be paid

10   on a future date established by the court; and,

11   •    the sum of $32,880.00 for fees and $5,620.79 for expenses to Elluma

12   Discovery for the fees and expenses of the Receiver's forensic computer consultants,

13   with 50% of those fees and all expenses paid not earlier than seven days from the date

14   of this order, 25% of those fees paid 30 days after the date of this order, and the

15   remaining 25% to be paid on a future date established by the court.

16   **IT IS FURTHER ORDERED** that within thirty days of the date of this Order,

17   and each 30 day period thereafter, the Receiver shall file brief reports providing a

18   summary of the hours billed on behalf of the estate during each proceeding 30 day

19   period.

20

21

1          SO ORDERED.

2          DATED this 18th day of September 2015.

3

4                                        _____
                                         GEORGE H. WU,
5                                        UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM
RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES