# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. CV 15-4527-GW(PLAx) |
| **Plaintiff**, | |
| v. | **ORDER GRANTING RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS** |
| **BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie and Miracle Face Kit et al. | |
| **Defendants.** | |

HAVING CONSIDERED the Receiver's Motion for Order Finding Certain Assets Subject to the Temporary Restraining Order, (the "Motion"), all supporting evidence and the arguments of counsel and non-parties, if any, the Court finds the

Motion is just and reasonable, and should be and hereby is **GRANTED**. Accordingly, the Court **FINDS** as follows:

    1)    The assets of All Star Beauty Products, Inc.; DMA Media Holdings, Inc.; Focus Media Solutions, Inc.; Merchant Leverage Group, Inc.; Secured Commerce, Inc., Shalita Holdings, Inc., Trigen, LLC, USM Products, Inc. are assets of "Receivership Defendants" as defined by the TRO and the Preliminary Injunctions (collectively "the Entities");

    2)    The Receiver is authorized to transfer 40% of Secured Merchants LLC's Wells Fargo account xxxxx5241, and 40% of Secured Merchants LLC's Bank of America account ending 0922, to the receivership estate bank account, and such funds are hereby declared assets of a Receivership Defendant, and subject to all terms of the Preliminary Injunctions and all further orders. This finding is without prejudice to any future rulings regarding Secured Merchants, LLC, in the event it becomes a named defendant.

    3)    Within a reasonable time, and after the Receiver has an opportunity to obtain a forensic image of the hard drive from Secured Merchant LLC's computer, the computer shall be returned to Secured Merchants.

    4)    Neither the Receiver nor the receivership estate shall have any responsibility for any liability owed by the Entities, and the Receiver has no duty to operate, dissolve, or otherwise manage any of the Entities, unless ordered to do so in the future;

    5)    The contents of 6925 Canby, Suite 105, Reseda, CA are assets owned by Secured Commerce, LLC.

    6)    The contents of 6850 Canby, Suite 103, Reseda, CA are assets owned by Media Urge, Inc., a named Receivership Defendant, or Focus Media Solutions, Inc.

    7)    Notice of this motion to Alon Nottea provides notice to the following entities: All Star Beauty Products, Inc.; DMA Media Holdings, Inc., Focus Media Solutions, Inc.; Merchant Leverage Group, Inc., Shalita Holdings, Inc., and USM Products;

    8)    Notice of this motion to Doron Nottea constitutes notice to Secured Commerce, LLC;

1       9)     Notice of this motion to Roi Reuveni constitutes notice to Trigen, LLC;

2       10)   Notice of this motion to Alan Argaman, through Argaman's counsel by agreement, constitutes notice to Secured Merchants, LLC;

Signed this 18th day of September 2015.

                                   /s/ George H. Wu
                                   _____
                                   **GEORGE H. WU**
                                   **UNITED STATES DISTRICT JUDGE**