**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone: (310) 887-1338
Facsimile: (310) 982-2603
Email:      SP@BeverlyHillsLawCorp.com

Attorneys for Secured Merchants, LLC
and Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, | **OBJECTION BY SECURED MERCHANTS, LLC TO ORDER GRANTING RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS [DOCKET NO. 212]** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | |

## OBJECTION

Secured Merchants, LLC ("SM") objects to the Order Granting Receiver's Motion For Order Finding Certain Assets Subject to the Temporary Restraining Order, etc., and Preliminary Injunctions on the following grounds:

1. The proposed order was never served by the Receiver or FTC upon counsel for SM, Sagar Parikh, Esq., in violation of Local Rule 52-7 and 54-2.
2. In Paragraph 2 of the Order, it fails to mention that the Court found at the September 17, 2015 hearing that SM was not a Receivership Defendant.
3. In Paragraph 2 of the Order, it fails to mention that the Court ordered that 60% of the $2,700 in frozen funds belonging to SM be released to SM by the FTC.
4. Again with regards to Paragraph 2, the Order erroneously states that 40% of the frozen funds belonging to SM were declared to be assets of a Receivership Defendant. This is incorrect. SM was explicitly found to not be a Receivership Defendant. Indeed, the Order confirms this in Paragraph 1, leaving out SM in its list of Receivership Defendants.
5. The Order should be amended accordingly.

DATED: September 21, 2015                       BEVERLY HILLS LAW CORP., PC

                                                By:  /s/ Sagar Parikh
                                                     Sagar Parikh, Esq.
                                                     Attorneys for Secured Merchants, LLC
                                                     and Chargeback Armor, Inc.

- 2 -

OBJECTION BY SECURED MERCHANTS, LLC TO ORDER GRANTING RECEIVER'S MOTION FOR ORDER FINDING CERTAIN ASSETS SUBJECT TO THE TEMPORARY RESTRAINING ORDER, ETC., AND PRELIMINARY INJUNCTIONS