**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:  (310) 982-2603
Email:       SP@BeverlyHillsLawCorp.com

Attorneys for Secured Merchants, LLC
and Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:15-cv-04527-GW (PLAx)<br><br>**[PROPOSED] ORDER GRANTING CHARGEBACK ARMOR'S MOTION FOR AN ORDER MODIFYING THE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIONS AND THE RELEASE OF FROZEN FUNDS**<br><br>Hearing Date:  October 22, 2015<br>Time: 8:30 am<br>Location:  Courtroom 10 – Spring St.<br>Judge: Hon. George H. Wu |

After the hearing on CHARGEBACK ARMOR'S MOTION FOR AN ORDER MODIFYING THE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIONS AND THE RELEASE OF FROZEN FUNDS, and after considering the oral arguments at the hearing, the Motion is GRANTED and it is ORDERED that:

1

[PROPOSED] ORDER GRANTING CHARGEBACK ARMOR'S MOTION FOR AN ORDER MODIFYING THE TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTIONS AND THE RELEASE OF FROZEN FUNDS

1. The Temporary Restraining Order in this matter is modified to exclude Chargeback Armor, Inc.

2. The Preliminary Injunctions in this matter are modified to exclude Chargeback Armor, Inc.

3. Chargeback Armor's funds in the amount of $133,075.19 that are frozen in its Bank of America bank account number 3250 3040 0818 are hereby ordered unfrozen and the FTC must instruct Bank of America to release these funds to Chargeback Armor no later than within 3 days from the date of this order.

It is so ORDERED.

Dated: _____
The Honorable George H. Wu, United States District Court Judge