Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | |
| v. | NOTICE OF INTENT TO DISSOLVE RECEIVERSHIP DEFENDANTS |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | |
| Defendants. | |

1  Charlene Koonce, the Court-appointed Permanent Receiver (the "Receiver"),
2  files this Notice of Intent to Dissolve Receivership Defendants, and provides notice as
3  follows:

4  Because none of the entities named below can continue operating legally and
5  profitably, the Receiver intends to take all steps necessary to dissolve each.
6  Accordingly, if no objection is filed within three (3) days following the date of this
7  Notice, the following entities will be dissolved:

8  • Adageo, LLC

9  • AMD Financial Network, Inc.

10 • Insight Media, Inc.

11 • Kai Media, Inc.

12 • Lifestyle Media Brands, Inc.

13 • SBM Management, Inc.

14 • Zen Mobile Media, Inc.

15

16  /s/Charlene Koonce
   Charlene C. Koonce
17  *Receiver*
   500 N. Akard Street, Suite 2700
18  Dallas, Texas 75201
   Telephone: 214-706-4200
   Telecopier: 214-706-4242
19  *Admitted Pro Hac Vice* (TX SBN 11672850)

20  **SCHEEF & STONE, L.L.P.**

21

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 22, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkel Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
*Local counsel for Receiver*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, *CA 90025*
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi, as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.*

Marc S. Harris
Annah S Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX  75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

      */s/  Charlene C. Koonce*
      CHARLENE C. KOONCE