# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff(s)<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 15-4527-GW(PLAx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

__Doron Nottea and Motti Nottea__    ☐ Plaintiff   X Defendants   ☐ Other
*Name of Party*

to substitute    __Robert L. Esensten/ESENSTEN LAW__    who is

   X   Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__12100 Wilshire Boulevard, Suite 1660__
*Street Address*

__Los Angeles, CA 90025__                __resensten@esenstenlaw.com__
*City, State, Zip*                               *E-Mail Address*

__(310) 273-3090__            __(310) 207-5969__            __65728__
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of    __David P. Beitchman and Andre Boniadi of BEITCHMAN & ZEKIAN, P.C.__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     **X GRANTED**     ☐ DENIED

Dated  September 21, 2015

GEORGE H. WU, U. S. District Judge

G-01 ORDER (12/14)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**