ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**OBJECTION BY DEFENDANT ALON NOTTEA TO RECEIVER'S NOTICE OF INTENT TO DISSOLVE RECEIVERSHIP DEFENDANTS [DOCKET NO. 215]** |

## OBJECTION

Defendant Alon Nottea ("Objecting Defendant") objects to the Receiver's Notice of Intent to Dissolve Receivership Defendants [Docket No. 215] on the following grounds:

1. According to the records of the California Secretary of State, the Receiver's Initial Report [Doc. No. 120] and, the pleadings and papers that are a

1

part of the record in this lawsuit, Zen Mobile Media, Inc. and Lifestyle Media Brands, Inc. are dissolved.[1]

2.   According to the Receiver's Initial Report [Doc. No. 120, pg. 74:17-20] Adageo, LLC has operated legally and could continue to operate legally and profitably. Adageo, LLC would not require supervision by the Receiver nor funds from the Receivership Estate.

3.   The Receiver is not authorized to dissolve or cause the dissolution of any Receivership Defendant.

4.   The Court does not have subject matter jurisdiction to dissolve or cause the Receiver to dissolve any Receivership Defendant.

5.   No grounds exist under California law for the dissolution of Adageo, LLC.

6.   Notice has not been given to all members of Adageo, LLC.

7.   Notice has not been given to creditors of Receivership Defendants.

DATED: September 25, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni

---

[1] A California corporation cannot be "killed" more than one time. Cal. Corp. Code §1905; *Catalina Investments, Inc. v. Jones* (2002) 98 Cal.App.4th 1