ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and
Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO.  2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**OBJECTION BY DEFENDANTS ALON NOTTEA AND ROI REUVENI TO RECEIVER'S PROPOSED ORDER ON MOTION ESTABLISHING SALE PROCEDURES [DOC. NO. 207-2]**<br><br>**DATE: October 19, 2015**<br>**TIME: 10:30 A.M.**<br>**CTRM: 10** |

## OBJECTION TO PROPOSED ORDER

Defendants Alon Nottea and Roi Reuveni ("Objecting Defendants") object to the Receiver's Proposed Order On Motion Establishing Sale Procedures [Doc. No. 207-2] on the following grounds:

1

1.      According to the Receiver's Initial Report and appendices thereto, [Doc. Nos. 120-124] digital data on computers the Receiver seeks to dispose of includes material evidence in this case, and confidential business, financial, and personal information. Accordingly, the proposed order should provide for the copying and removal of digital data from hard drives prior to disposing of the computers, and making copies of such digital data available to Defendants subject to a protective order re nondisclosure of the copied data.

2.      According to the Receiver's Initial Report and Summary of Assets and Liabilities, the Receiver values "furniture, computers and contents of Canby offices" at $5,000. [Doc. Nos. 120; 124-2, pg. 1] The cost of these court proceedings, storage, disposal, transaction costs, transportation, Receiver fees, Receiver's attorney's fees, and bookkeeping to dispose of personal property that is the subject of the Receiver's motion will undoubtedly exceed $5,000. Accordingly, to avoid further waste of the little remaining Receivership assets available to claimants and creditors[1], the proposed order should provide that all personal property at the Canby offices be returned to the Canby office tenant, Secured Commerce, LLC, at no further cost to the Receivership Estate.

DATED: September 26, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni

---

[1] Unsecured creditor claims of at least $390,000 plus federal and state taxes. [Doc. No. 124-2, pg. 1]

OBJECTION TO RECEIVER'S PROPOSED ORDER ON MOTION ESTABLISHING SALE PROCEDURES