AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KRISTOPHER BOND, ALSO KNOWN AS RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.
was received by me on *(date)* 6/18/15 .

☑ I personally served the summons on the individual at *(place)* 14006 RIVERSIDE DRIVE, SHERMAN OAKS, CA. 91423   on *(date)* 6/26/15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: SEE ATTACHMENT "A"

My fees are $ 450.00 for travel and $ 152.26 for services, for a total of $ 602.26 .

I declare under penalty of perjury that this information is true.

Date: 6/29/15

_____
Server's signature

OMAR SHAHMOUT, LA. COUNTY PROCESS SERVER # 6359
Printed name and title

4570 VAN NUYS BLVD. #233, SHERMAN OAKS, CA. 91403
Server's address

Additional information regarding attempted service, etc:

## Proof of Service

### (Attachment A)

1. Summons
2. Civil Coversheet
3. *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
4. Complaint for Permanent Injunction and Other Equitable Relief
5. Plaintiff's *Ex Parte* Application and Memorandum in Support of Application for an Order Temporarily Sealing the Entire File and Docket
6. [proposed] Order Temporarily Sealing the Entire File and Docket
7. Plaintiff's *Ex Parte* Application and Memorandum for an Order Waiving Requirement that Defendants Receive Advance Notice of Plaintiff's *Ex Parte* Applications and Motions
8. [proposed] Order Waiving Requirement that Advance Notice of Plaintiff's *Ex Parte* Application for Temporary Restraining Order, and other *Ex Parte* Applications be Provided to Defendants
9. Plaintiff's Ex Parte Application for Leave to File Excess Pages
10. [proposed] Order Granting Plaintiff's Ex Parte Application for Leave to Exceed Page Limitation
11. Federal Trade Commission's Proposed Receiver
12. *Pro Hac Vice* Application of Reid Tepfer
13. *Pro Hac Vice* Application of Luis Gallegos
14. (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Reid Tepfer)
15. (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Luis Gallegos)
16. Certification and Declaration of Plaintiff's Counsel Reid Tepfer in Support of Plaintiff's: (A) Ex Parte Application for an Order Waiving Advance Notice Requirement; (B) Ex Parte Application for Temporary Restraining Order and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (C) Ex Parte Application for an Order Temporarily Sealing the Docket
17. [proposed] Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
18. Plaintiff Federal Trade Commission's Ex Parte Application for a Temporary Restraining Order and other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue
19. Plaintiff Federal Trade Commission's Memorandum in Support of Ex Parte Application for a Temporary Restraining Order and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue
20. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume I – Pages 1-415)
21. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume II (Part 1) – Pages 416-571)

22. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume II (Part 2) – Pages 572-646)
23. Appendix to Plaintiff Federal Trade Commission's Memorandum in Support of Its Ex Parte Motion for Temporary Restraining Order (Volume III– Pages 650-813)