UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | October 1, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Reid Tepfer - by telephone

Attorneys Present for Defendants:

Annah S. Kim
Erik S. Syverson
Robert L. Esensten - by telephone
Robert M. Ungar - by telephone

**PROCEEDINGS:**    **SCHEDULING CONFERENCE**

Court and counsel confer.  For reasons stated on the record, the Receiver's Motion for Order Establishing Sale Procedures and Confirming Receiver's Sale of Skin Care Inventory [207], Chargeback Armor, Inc.'s Motion for an Order Modifying the Temporary Restraining Order and Preliminary Injunctions and the Release of Frozen Funds [214], and Plaintiff's First Amended Motion for Leave and Motion to Strike Affirmative Defenses of Igor Latsanovski and Calenergy, Inc. [217], are CONTINUED to November 2, 2015 at 8:30 a.m.

The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | October 9, 2015 |
| Mediation cutoff | January 20, 2016 |
| Post-Mediation Status Conference | January 21, 2016 at 8:30 a.m. |
| Discovery cutoff | March 4, 2016 |
| Expert discovery cutoff | April 8, 2016 |
| Motion hearing cutoff | May 9, 2016 |
| Pretrial Conference | June 9, 2016 at 8:30 a.m. |
| Jury Trial | June 21, 2016 at 9:00 a.m. |

The parties are referred to ADR Procedure No. 2 - Court Mediation Panel.

cc: ADR Program

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | JG |