1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
   Regional Director

3
   REID TEPFER
4  rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
   Oklahoma Bar No. 19098
6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9
   RAYMOND McKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

   Attorneys for Plaintiff Federal Trade Commission
13

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.** |

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT,
INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF
BUNZAI MEDIA GROUP, INC.

Page | 1

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Media Group, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  As shown in the accompanying affidavit of the undersigned counsel, Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., was served with the Summons, Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on June 26, 2015.  *See* Dkt. 222.  Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served.  Therefore, the FTC requests that the Clerk enter default against Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc.

Respectfully submitted,

Dated: October 2, 2015                    /s/ REID TEPFER_____
                                          REID A. TEPFER
                                          LUIS H. GALLEGOS
                                          Attorneys for the Plaintiff
                                          Federal Trade Commission
                                          1999 Bryan Street, Suite 2150
                                          Dallas, Texas 75201

1

2

(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT,
INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF
BUNZAI MEDIA GROUP, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT,
INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF
BUNZAI MEDIA GROUP, INC.

| | |
|---|---|
| 1 | Marc S. Harris<br>Scheper Kim & Harris, LLP |
| 2 | 601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071 |
| 3 | mharris@scheperkim.com<br>*Counsel for Igor Latsanovski and* |
| 4 | *CalEnergy, Inc* |
| 5 | Annah Kim<br>Scheper Kim & Harris, LLP |
| 6 | 601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071 |
| 7 | akim@scheperkim.com<br>*Counsel for Igor Latsanovski and* |
| 8 | *CalEnergy, Inc* |
| 9 | Charlene Koonce<br>Scheef & Stone |
| 10 | 500 N. Akard, Suite 2700<br>Dallas, Texas 75201 |
| 11 | charlene.koonce@solidcounsel.com<br>*Receiver* |
| 12 | |
| 13 | Kelly M. Crawford<br>Scheef and Stone |
| 14 | 500 N. Akard, Suite 2700<br>Dallas, Texas 75201 |
| 15 | kelly.crawford@solidcounsel.com<br>*Counsel to Receiver* |
| 16 | Kristopher Bond<br>Cerenade007@gmail.com |
| 17 | |
| 18 | /s/ REID TEPFER<br>REID TEPFER |

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT,
INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF
BUNZAI MEDIA GROUP, INC.