JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.* <br><br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.** |

1     Now, upon request by attorneys for the Federal Trade Commission, the

2 default of Defendant Khristopher Bond, also known as Ray Ibbot, individually

3 and as an officer or manager of Bunzai Medial Group, Inc., is hereby entered

4 pursuant to Federal Rule of Civil Procedure 55(a).

6 Date:_____      _____

                                                                            Clerk of the Court