Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>   v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>      Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>**RECEIVER'S UNOPPOSED MOTION FOR WAIVER OF HEARING REGARDING MOTION FOR CONFIRMATION OF SALE OF SKIN CARE PRODUCT INVENTORY** |

1    Charlene Koonce, the Court-appointed Permanent Receiver (the "Receiver"),

2    moves the Court for waiver of hearing regarding Confirming Receiver's Sale of Skin

3    Care, (Docket No. 207) and in support, respectfully shows the Court as follows:

4    1.    On September 18, 2015, the Receiver moved the Court to approve certain

5    sales procedures for personal property, modifying the procedures provided by 28 U.S.C.

6    §§ 2001 and 2004, and pursuant to those procedures, requested confirmation of a sale of

7    the skin care inventory owned by the receivership estate, to Fun Zone, Inc. for $8,500.

8    In response, Defendants Alon Nottea and Roi Reuveni objected to the proposed order

9    because it did not require deletion of data from computers prior to sale, and also

10   objected to the proposed order (but not the Motion) and argued the order should provide

11   for abandonment of all personal property other than the skin care inventory, to Secured

12   Commerce, LLC.

13   3.    No objection to the sale of the skin care inventory was made by any party

14   or any creditor.

15   4.    The Motion was originally set for hearing on October 19, 2015, but has

16   been reset to November 2, 2015.  The estate is incurring storage costs for the skin care

17   inventory, however, and because a buyer has already made the offer presented to the

18   Court and because no objections were made to the sale of the skin care products, the

19   Receiver requests waiver of the hearing regarding the sale of the products, and

20   confirmation of the hearing at the earliest possible date.

21

UNOPPOSED MOTION FOR WAIVER OF HEARING TO CONFIRM
SALE OF SKIN CARE PRODUCT INVENTORY

1    5.    The Defendants who objected to the Motion on the grounds set out above

2  did not object to sale of the skin care inventory and thus do not oppose waiving the

3  hearing with respect to confirmation of the sale of the skin care Inventory.[1]

4       Accordingly, the Receiver respectfully requests waiver of the hearing regarding

5  confirmation of the skin care products presented in the Receiver's Motion, confirmation

6  of that sale, and all other and further relief to which she may show herself entitled.

*/s/Charlene Koonce*
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

---

[1] The Receiver will respond separately to the Objection regarding the computer data and abandonment, neither of which relate to the sale of the skin care products.

1

## <u>CERTIFICATE OF CONFERENCE</u>

2

The undersigned certifies that on October 2, 2015 she conferred with counsel for Alon Nottea and Roi Reuveni regarding waiver of the hearing on the Receiver's Motion for Order Establishing Sales Procedures and Confirmation of Sale of Skin Care Inventory, and counsel did not oppose waiving the hearing with respect to confirmation of the sale.  Since no other Defendant and no creditor filed any objection to the sale, no other conference regarding waiver of the hearing occurred.

3

4

5

6

*/s/ Charlene C. Koonce*
CHARLENE C. KOONCE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

UNOPPOSED MOTION FOR WAIVER OF HEARING TO CONFIRM
SALE OF SKIN CARE PRODUCT INVENTORY

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Tom Vidal /Michael Weiss
Nina Nahal Ameri
Abrams Garfinkel Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
*Local counsel for Receiver*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, *CA* 90025
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Marc S. Harris
Annah S Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

In addition, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

*/s/ Charlene C. Koonce*
CHARLENE C. KOONCE

UNOPPOSED MOTION FOR WAIVER OF HEARING TO CONFIRM
SALE OF SKIN CARE PRODUCT INVENTORY