1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ORDER WAIVING HEARING REGARDING CONFIRMATION OF SALE OF SKIN CARE INVENTORY |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| Defendants. | |

On this date the Court considered the Receiver's Unopposed Motion to Waive Hearing Regarding Confirmation of Receiver's Sale of Skin Care Inventory

- 1 -
[PROPOSED] ORDER WAIVING HEARING REGARDING CONFIRMATION
OF SALE OF SKIN CARE INVENTORY

1     The Court, having considered the pleadings on file and the parties' agreement to
2  waive oral argument, finds good cause to Confirm Receiver's Sale of Skin Care
3  Inventory.
4     Based on the absence of any objection to the sale of the Skin Care Inventory
5  and the agreement to waive a hearing regarding confirmation of that sale, the Court
6  hereby finds a hearing unnecessary and removes the hearing for confirmation of
7  the Skin Care Inventory from the docket.

8     SO ORDERED.
9     DATED this _____ day of October 2015.
10
11                    _____
                      UNITED STATES DISTRICT JUDGE