# EXHIBIT A

## CREDITORS MAILING MATRIX

Lifescript, Inc.
c/o Michael J. Reichmann, Esq.
Gardner & Reichmann, Inc.
1806 Broadway, Suite A
Santa Ana, CA 92706

Dawn Goddard and Nancy Yalley
c/o Alexander Gareeb, Esq.
Gareeb Law Group
21333 Oxnard Street
Woodland Hills, CA 91367

Zackyulla "Zack" Malal
7835 Corbin Avenue
Winnetka, CA 91306

Build Rehabilitation Industries
Matthew Lynch, President
12432 Foothill Blvd.
Sylmar, CA 91342-6004

Johnson Tran
1114 N. Flores Street, #6
West Hollywood, CA 90069

David Davidian
Davidian & Associates, CPA's
200 N. Maryland Ave., Suite 300
Glendale, CA 91206

Jonathan Chiang
18621 Hillsboro Rd.
Northridge, CA 91326

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Rotem Fhima
7104 Corbin Ave.
Reseda, CA 91335

Web Apps LLC
c/o Mr. Mark Ellerbe
Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057

Mimonis
c/o Paul E. Paray, Esq.
Zimmerman Weiser & Paray LLP
226 St. Paul Street
Westfield, New Jersey 07090