Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>    Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>NOTICE OF LODGING [PROPOSED] ORDER ON MOTION FOR ORDER ESTABLISHING SALE PROCEDURES AND CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY<br><br>DATE:      NOVEMBER 2, 2015<br>TIME:       8:30 a.m.<br>CRTM:     10<br>JUDGE:    HON. GEORGE WU |

**PLEASE TAKE NOTICE** that Charlene Koonce, Receiver, hereby lodges the attached [Proposed] Order on Motion for Order Establishing Sale Procedures and Confirming Receiver's Sale of Skin Care Inventory.

1      Dated:  October 5, 2015.

2

3                           */s/Charlene Koonce*
                           Charlene C. Koonce

4                           ***Receiver***
                          500 N. Akard Street, Suite 2700

5                           Dallas, Texas 75201
                          Telephone: 214-706-4200

6                           Telecopier: 214-706-4242
                          *Admitted Pro Hac Vice* (TX SBN 11672850)

7                           **SCHEEF & STONE, L.L.P.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

1

<u>**CERTIFICATE OF SERVICE**</u>

2

The undersigned certifies that on October 5, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court,

3

Central District of California, using the CM/ECF system which will send notification of such filing to the following:

4

5

Tom Vidal /Michael Weiss
Nina Nahal Ameri
Abrams Garfinkel Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
*Local counsel for Receiver*

6

7

Robert L. Esensten
Randi R.Geffiner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, *CA* 90025
*Counsel for Doron Nottea and Motti Nottea*

8

9

Erik S Syverson
Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

10

11

Marc S. Harris
Annah S Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
*Counsel for Igor Latsanovski and Calenergy, Inc.*

12

13

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

14

15

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX  75201
*Counsel for the FTC*

16

17

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

18

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

19

*/s/  Charlene C. Koonce*
CHARLENE C. KOONCE

20

21