JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT PINNACLE LOGISTICS, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Pinnacle Logistics, Inc., pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, Pinnacle Logistics, Inc., was served with the Summons, Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on July 15, 2015. Pinnacle Logistics, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served. Therefore, the FTC requests that the Clerk enter default against Defendant Pinnacle Logistics, Inc.

                                                    Respectfully submitted,

Dated: October 7, 2015                    /s/ REID TEPFER_____
                                                    REID A. TEPFER
                                                    LUIS H. GALLEGOS
                                                    Attorneys for the Plaintiff
                                                    Federal Trade Commission
                                                    1999 Bryan Street, Suite 2150
                                                    Dallas, Texas 75201
                                                    (214) 979-9395 (Tepfer)
                                                    (214) 979-9383 (Gallegos)
                                                    (214) 953-3079 (facsimile)
                                                    rtepfer@ftc.gov
                                                    lgallegos@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

David P. Beitchman
Beitchman & Zekian
16130 Ventura Blvd., Suite 570
Encino, CA 91436
dbeitchman@bzlegal.com
*Counsel for Doron Nottea and Motti Nottea*

Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
mharris@scheperkim.com
*Counsel for Igor Latsanovski and CalEnergy, Inc*

Annah Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
akim@scheperkim.com
*Counsel for Igor Latsanovski and CalEnergy, Inc*

Charlene Koonce
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
*Receiver*

Kelly M. Crawford
Scheef and Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
kelly.crawford@solidcounsel.com
*Counsel to Receiver*

                                                    /s/ REID TEPFER
                                                    REID TEPFER