1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
   Regional Director

3

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444

5  LUIS GALLEGOS
   lgallegos@ftc.gov
   Oklahoma Bar No. 19098

6  Federal Trade Commission
   1999 Bryan Street, Suite 2150

7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)

8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9  RAYMOND McKOWN
   rmckown@ftc.gov

10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700

11 Los Angeles, California 90024
   (310) 824-4325 (voice)
   (310) 824-4380 (fax)

12

13 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT PINNACLE LOGISTICS, INC.** |

1     Now, upon request by attorneys for the Federal Trade Commission, the
2 default of Defendant Pinnacle Logistics, Inc., is hereby entered pursuant to
3 Federal Rule of Civil Procedure 55(a).

4

5 Date:_____      _____
                                                                                                             Clerk of the Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20