Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>      Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>RECEIVER'S UNOPPOSED MOTION FOR WAIVER OF HEARING REGARDING MOTION FOR ORDER ESTABLISHING SALE PROCEDURES |

Charlene Koonce, the Court-appointed Permanent Receiver (the "Receiver"), moves the Court for waiver of hearing regarding the Motion for Order Establishing Sales Procedures and Confirming Receiver's Sale of Skin Care Inventory (the "Motion")[1] and in support, respectfully shows the Court as follows:

1. On September 18, 2015, the Receiver moved the Court to approve certain sales procedures for personal property, modifying the procedures provided by 28 U.S.C. §§ 2001 and 2004, and pursuant to those procedures, requested confirmation of a sale of the skin care inventory owned by the receivership estate, to Fun Zone, Inc. for $8,500. In response, Defendants Alon Nottea and Roi Reuveni objected to the proposed order because it did not require deletion of data from computers prior to sale, and also objected that the proposed order should provide for abandonment of all personal property other than the skin care inventory, to Secured Commerce, LLC.

2. On October 5, 2015, the Receiver responded to the objections and lodged a revised proposed order addressing Defendants' objection to sale of the computers without wiping data. [Docket Nos. 226-2 and 227-1].

3. The Motion is set for hearing on November 2, 2015.

4. In further conferences with Defendants Alon Nottea and Roi Reuveni and based on the revised proposed order, those Defendants now agree to waive any hearing

---

[1] Docket No. 207. In light of the absence of any objection to the proposed confirmation of the sale of the skin care inventory, on October 5, 2015, the Receiver also filed a Motion to Waive the Hearing regarding just confirmation of the sale, because at that time, no agreement had been reached regarding waiver of the hearing for the sales procedures. *See* Docket No. 225.

regarding the Motion.[2] No other objection or opposition to the Motion or the proposed order has been filed or stated.

5. Waiving the hearing regarding the sales procedures will save the estate the costs incident to the hearing, and should allow a more expeditious ruling by the court given that the Motion is now wholly unopposed.

Accordingly, the Receiver respectfully requests waiver of the hearing regarding the Motion for Order Establishing Sales Procedures and Confirming Receiver's Sale of Skin Care Inventory, and asks that the Court grant the relief requested in the Motion and all other and further relief to which she may show herself entitled.

>   /s/Charlene Koonce
>   Charlene C. Koonce
>   ***Receiver***
>   500 N. Akard Street, Suite 2700
>   Dallas, Texas 75201
>   Telephone: 214-706-4200
>   Telecopier: 214-706-4242
>   *Admitted Pro Hac Vice* (TX SBN 11672850)
>
>   **SCHEEF & STONE, L.L.P.**

---

[2] The sales price for the computers and all furnishings from the Canby locations has been negotiated with one of Doron Nottea's porn business entities, and the parties are currently negotiating how to confirm the purchase funds are obtained from a source not frozen by the Preliminary Injunction, and conferring with the FTC regarding any opposition to such a sale.

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on October 8, 2015 she conferred with counsel for Alon Nottea and Roi Reuveni regarding waiver of the hearing on the Receiver's Motion for Order Establishing Sales Procedures and Confirmation of Sale of Skin Care Inventory, and counsel does not oppose this Motion. No other party or creditor objected to the Motion, and thus presumably has no objection to waiver of the hearing.

                                              */s/ Charlene C. Koonce*
                                              CHARLENE C. KOONCE

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Tom Vidal /Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkel Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>*Local counsel for Receiver* | Robert L. Esensten<br>Randi R.Gefflner<br>Esensten Law<br>12100 Wilshire Boulevard, Suite 1660<br>Los Angeles, CA 90025<br>*Counsel for Doron Nottea and Motti Nottea* |
| Erik S Syverson<br>Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi* | Marc S. Harris<br>Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>*Counsel for the FTC* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Benjamin A Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Counsel for Alon Nottea* |

In addition, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit A**.

                */s/  Charlene C. Koonce*
                CHARLENE C. KOONCE