1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ORDER WAIVING HEARING REGARDING MOTION FOR ORDER ESTABLISHING SALE PROCEDURES |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| Defendants. | |

On this date the Court considered the Receiver's Motion for Order Establishing Sales Procedures and Confirming Receiver's Sale of Skin Care Inventory.

1  Based on the absence of any objection to the proposed Sales and the
2  agreement to waive a hearing regarding the procedures, the Court hereby finds a
3  hearing unnecessary and removes the hearing for Order Establishing Sales
4  Procedures and Confirming Receiver's Sale of Skin Care Inventory from the
5  docket.

   SO ORDERED.

   DATED this _____ day of October 2015.

   _____
   UNITED STATES DISTRICT JUDGE