**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | ORDER WAIVING HEARING REGARDING CONFIRMATION OF SALE OF SKIN CARE INVENTORY |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| Defendants. | |

On this date the Court considered the Receiver's Unopposed Motion to Waive Hearing Regarding Confirmation of Receiver's Sale of Skin Care Inventory

- 1 -
[PROPOSED] ORDER WAIVING HEARING REGARDING CONFIRMATION
OF SALE OF SKIN CARE INVENTORY

1  The Court, having considered the pleadings on file and the parties' agreement to waive oral argument, finds good cause to Confirm Receiver's Sale of Skin Care Inventory.

Based on the absence of any objection to the sale of the Skin Care Inventory and the agreement to waive a hearing regarding confirmation of that sale, the Court hereby finds a hearing unnecessary and removes the hearing for confirmation of the Skin Care Inventory from the docket.

SO ORDERED.

DATED this 8th day of October 2015.

_____
GEORGE H. WU, U.S. DISTRICT JUDGE