Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | |
| v. | RECEIVER'S REPORT REGARDING FEES AND EXPENSES INCURRED SINCE JULY 31, 2015 |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | |
| Defendants. | |

As required by the September 18, 2015 Order, Docket No. 211, the Receiver files this Report Regarding Fees and Expenses Incurred between July 31, 2015 and the end of September 2015, and respectfully shows the Court:

## SUMMARY

|  | Fees | Expenses |
|---|---:|---:|
| Receiver | $41,615.00 | $0.00 |
| Scheef & Stone, LLP[1] | $33,716.50 | $5,103.76 |
| Abrams Garfinkel[2] | $1,100.00 | $0.00 |
| Brandlin & Associates[3] | $2,842.50 | $270.16 |
| Elluma Discovery[4] | $2,730.00 | $20.00 |
| Davidian & Associates[5] | $1,350.00 | $0.00 |
| **Total** | **$83,354.92** | **$5,393.92** |

The tasks which necessitated the fees incurred during the period included in this report will be detailed in the Receiver's next motion seeking approval of fees and expenses and authorization to pay those fees and expenses. These tasks include but are not limited to continued drafting and finalization of the Initial Report, travel for the hearing on August 6, preparation of various motions and replies in support considered by the Court on September 18, time and expenses related to vacating the Canby suites and communications with a creditor requesting the recovery of intellectual property.

---

[1] Although adjusted to include time through July 31, 2015 for the first pay petition, Scheef & Stone, LLP's usual billing cycle ends on the 25th of each month. Fees and expenses reported above thus do not include time for work in progress after September 26, 2015 since invoices for that time are not final. Estimated fees from September 26 through the date of this report, however, are approximately $6,700 for the Receiver and her firm. In the future, each monthly report regarding fees and expenses will include time based on the 26th – 25th billing cycle.

[2] Abrams Garfinkel's invoice includes time from August 20, 2015 through August 24, 2015. No time was incurred by Abrams during September.

[3] Brandlin & Associates' invoice includes time from August 1, 2015 through August 31, 2015. No time was incurred by Brandlin during September.

[4] Elluma Discovery's invoice includes time from August 1, 2015 through August 31, 2015. No time was incurred by Elluma during September.

[5] Davidian & Associates' invoice reflects fees to prepare CalEnergy's 2014 tax returns.

Respectfully submitted,

/s/Charlene Koonce
Charlene C. Koonce
*Receiver*
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 16, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkel Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
*Local counsel for Receiver*

Robert L. Esensten
Randi R. Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Marc S. Harris
Annah S Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
*Counsel for Igor Latsanovski and Calenergy, Inc.*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX  75201
*Counsel for the FTC*

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

    */s/  Charlene C. Koonce*
    CHARLENE C. KOONCE