**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | ORDER WAIVING HEARING REGARDING CONFIRMATION OF SALE OF SKIN CARE INVENTORY |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| Defendants. | |

On this date the Court considered the Receiver's Unopposed Motion to Waive Hearing Regarding Confirmation of Receiver's Sale of Skin Care Inventory

- 1 -
[PROPOSED] ORDER WAIVING HEARING REGARDING CONFIRMATION
OF SALE OF SKIN CARE INVENTORY

1    The Court, having considered the pleadings on file and the parties' agreement to
2  waive oral argument, finds good cause to Confirm Receiver's Sale of Skin Care
3  Inventory.

4    Based on the absence of any objection to the sale of the Skin Care Inventory
5  and the agreement to waive a hearing regarding confirmation of that sale, the Court
6  hereby finds a hearing unnecessary and removes the hearing for confirmation of
7  the Skin Care Inventory from the docket.

   SO ORDERED.

   DATED this 14th day of October 2015.

   _____
   GEORGE H. WU, U.S. DISTRICT JUDGE

- 2 -
[PROPOSED] ORDER WAIVING HEARING REGARDING CONFIRMATION
OF SALE OF SKIN CARE INVENTORY