1 | Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
2 | 5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
3 | 310-300-2900
310-300-2901- Fax
4 | Mweiss@agmblaw.com

5 | Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
6 | **SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
7 | Dallas, Texas  75201
214-706-4200
8 | 214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver
9 |

10 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11 |

| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | NOTICE OF LODGING [PROPOSED] ORDER CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | DATE:  NOVEMBER 2, 2015<br>TIME:  8:30 a.m.<br>CRTM:  10<br>JUDGE:  HON. GEORGE WU |
| Defendants. | |

18 | **PLEASE TAKE NOTICE** that Charlene Koonce, Receiver, hereby lodges the

19 | attached [Proposed] Order Confirming Receiver's Sale of Skin Care Inventory.

20 | Dated:  October 19, 2015.

21 |

NOTICE OF LODGING [PROPOSED ORDER]

1

*/s/Charlene Koonce*
Charlene C. Koonce

2

***Receiver***
500 N. Akard Street, Suite 2700

3

Dallas, Texas 75201
Telephone: 214-706-4200

4

Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

5

**SCHEEF & STONE, L.L.P.**

6

**<u>CERTIFICATE OF SERVICE</u>**

7

8      The undersigned certifies that on October 19, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification

9      of such filing to the following:

10     Tom Vidal                                    Robert L. Esensten
       Michael Weiss                                Randi R.Gefflner

11     Nina Nahal Ameri                             Esensten Law
       Abrams Garfinkel Margolis Bergson            12100 Wilshire Boulevard, Suite 1660

12     5900 Wilshire Blvd Suite 2250                Los Angeles, *CA* 90025
       Los Angeles, CA 90036                        *Counsel for Doron Nottea and*

13     *Local counsel for Receiver*                 *Motti Nottea*

14     Erik S Syverson                              Marc S. Harris
       Scott M. Lesowitz                            Annah S Kim

15     Steven T. Gebelin                            Scheper Kim & Harris, LLP
       Raines Feldman LLP                           601 W. Fifth Street, 12th Floor

16     9720 Wilshire Boulevard Fifth Floor          Los Angeles, CA 90071
       Beverly Hills, CA 90212                      *Counsel for Igor Latsanovski and*

17     *Counsel for Oz Mizrahi*                     *Calenergy, Inc.*

18     Robert M. Ungar                              Reid Tepfer
       Crosswind Law                                Luis Gallegos

19     14724 Ventura Blvd Penthouse                 Federal Trade Commission
       Sherman Oaks, CA 91403                       1999 Bryan Street, Suite 2150

20     *Counsel for Alon Nottea, Roi Rueveni*       Dallas, TX  75201
       *and Adageo, LLC*                            *Counsel for the FTC*

21

1

2   Raymond E McKown                          Benjamin A Pettit
    Federal Trade Commission                  20 East Pueblo Street
3   10877 Wilshire Boulevard, Suite 700       Santa Barbara, CA 93105
    Los Angeles, CA 90024                     *Counsel for Alon Nottea*
    *Counsel for the FTC*

4

5                                             */s/  Charlene C. Koonce*
                                              CHARLENE C. KOONCE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

NOTICE OF LODGING [PROPOSED ORDER]