1
2
3
4
5
6
7
8
9

10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| 13       Plaintiff, | [PROPOSED] ORDER CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY |
| 14       v. | |
| 15 BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | DATE: NOVEMBER 2, 2015<br>TIME: 8:30 a.m.<br>CRTM: 10<br>JUDGE: HON. GEORGE WU |
| 18       Defendants. | |

19  On this date the Court considered the Receiver's Motion for Order Establishing

20 Sale Procedures and Confirming Receiver's Sale of Skin Care Inventory.

21

-1-
[PROPOSED] ORDER CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY

1  The Court, having considered the pleadings on file and the parties' agreement to waive oral argument, finds good cause to Confirm Receiver's Sale of Skin Care Inventory. The Court will address the other relief sought in the Motion for Order Establishing Sales Procedures separately.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

The Court hereby expressly approves the Receiver's private sale of the skin care inventory based on the highest offer received, for $8,500. This order expressly modifies the requirements of 28 U.S.C. § 2004 for this sale.

SO ORDERED.

DATED this _____ day of October 2015.

_____
UNITED STATES DISTRICT JUDGE