1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| 13       Plaintiff, | ORDER CONFIRMING RECEIVER'S SALE OF SKIN CARE INVENTORY |
| 14       v. | |
| 15  BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | DATE:   NOVEMBER 2, 2015<br>TIME:   8:30 a.m.<br>CRTM:  10<br>JUDGE: HON. GEORGE WU |
| 17       Defendants. | |

18

19  On this date the Court considered the Receiver's Motion for Order Establishing

20  Sale Procedures and Confirming Receiver's Sale of Skin Care Inventory.

21

1  The Court, having considered the pleadings on file and the parties'
2  agreement to waive oral argument, finds good cause to Confirm Receiver's Sale of
3  Skin Care Inventory.  The Court will address the other relief sought in the Motion
4  for Order Establishing Sales Procedures separately.
5  NOW, THEREFORE, IT IS HEREBY ORDERED as follows:
6  The Court hereby expressly approves the Receiver's private sale of the skin
7  care inventory based on the highest offer received, for $8,500. This order expressly
8  modifies the requirements of 28 U.S.C. § 2004 for this sale.

9
10  SO ORDERED.

DATED this 20th day of October 2015

11  _____
12  GEORGE H. WU, U.S. District Judge