JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No.  CV 15-4527-GW(PLAx)** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE AND MOTION TO STRIKE AFFIRMATIVE DEFENSES OF IGOR LATSANOVSKI AND CALENERGY, INC. (DOC. NO. 202)** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

NOTICE OF WITHDRAWAL

1    Plaintiff Federal Trade Commission hereby withdraws without prejudice its

2  Motion for Leave and Motion to Strike Affirmative Defenses of Igor Latsanovski

3  and CalEnergy, Inc.[1] The FTC has filed its First Amended Complaint,[2] requiring a

4  new Answer from Defendants.[3]

5

6  Dated: 10/23/15                          /s/ Reid Tepfer_____
                                           REID A. TEPFER
7                                          LUIS H. GALLEGOS
                                           Attorneys for the Plaintiff
8                                          Federal Trade Commission
                                           1999 Bryan Street, Suite 2150
9                                          Dallas, Texas 75201
                                           (214) 979-9395 (Tepfer)
10                                         (214) 979-9383 (Gallegos)
                                           (214) 953-3079 (facsimile)
11                                         rtepfer@ftc.gov
                                           lgallegos@ftc.gov
12

13

14

15

16

17

18  _____
[1] Doc. No. 202.
19
[2] Doc. No. 235.
20
[3] Fed. R. Civ. P. 15(a)(3).

**NOTICE OF WITHDRAWAL**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

**NOTICE OF WITHDRAWAL**

1

Robert M. Ungar

2

Crosswind Law

14724 Ventura Blvd Penthouse

3

Sherman Oaks, CA 91403

rmu@crosswindlaw.com

4

*Counsel for Alon Nottea and*

*Roi Rueveni*

5

Robert Esensten

6

Esensten Law

12100 Wilshire Blvd., Suite 1660

7

Los Angeles, CA 90025

resensten@esenstenlaw.com

8

*Counsel for Doron Nottea and*

*Motti Nottea*

9

Marc S. Harris

10

Scheper Kim & Harris, LLP

601 W. Fifth Street, 12th Floor

11

Los Angeles, CA 90071

mharris@scheperkim.com

12

*Counsel for Igor Latsanovski and*

*CalEnergy, Inc.f*

13

Annah Kim

14

Scheper Kim & Harris, LLP

601 W. Fifth Street, 12th Floor

15

Los Angeles, CA 90071

akim@scheperkim.com

16

*Counsel for Igor Latsanovski and*

*CalEnergy, Inc.*

17

18

19

20

**NOTICE OF WITHDRAWAL**

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
*Receiver*

Kelly M. Crawford
Scheef and Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
kelly.crawford@solidcounsel.com
*Counsel to Receiver*

/S/ REID TEPFER
REID TEPFER

**NOTICE OF WITHDRAWAL**