1   JONATHAN E. NUECHTERLEIN
    General Counsel

2   DAMA J. BROWN
    Regional Director

3

    REID TEPFER
4   rtepfer@ftc.gov
    Texas Bar No. 24079444
5   LUIS GALLEGOS
    lgallegos@ftc.gov
    Oklahoma Bar No. 19098
6   Federal Trade Commission
    1999 Bryan Street, Suite 2150
7   Dallas, Texas 75206
    (214) 979-9395 (Tepfer)
8   (214) 979-9383 (Gallegos)
    (214) 953-3079 (fax)

9   RAYMOND McKOWN
    rmckown@ftc.gov
10  California Bar No. 150975
    10877 Wilshire Boulevard, Suite 700
11  Los Angeles, California 90024
    (310) 824-4325 (voice)
12  (310) 824-4380 (fax)

    Attorneys for Plaintiff Federal Trade Commission

13

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

14

15

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| **Plaintiff,** | **DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DKT. 232)** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

16

17

18

19

20

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION
FOR DEFAULT JUDGMENTAGAINST DEFAULTING DEFENDANTS
Page | 1

I, Reid Tepfer, pursuant to Federal Rule of Civil Procedure 55 and Local Rule 55-1, declare as follows:

1.     I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2.     On October 9, 2015, Plaintiff filed a Motion for Default against Bunzai Media Group, Inc.; Pinnacle Logistics, Inc.; DSA Holdings, Inc.; Lifestyle Media Brands, Inc; Agoa Holdings, Inc.;  Zen Mobile Media, Inc.; Safehaven Ventures, Inc.; Heritage Alliance Group, Inc.; SBM Management, Inc.; Media Urge, Inc.; Adageo, LLC; Kai Media, Inc.; Insight Media, Inc.; and Kristopher Bond (hereinafter "Defaulting Defendants") (Dkt. 232).

3.     On June 15, 2015, the FTC filed its Complaint for Injunctive and Other Equitable Relief (Complaint) in the United States District Court for the Central District of California against, among others, Defaulting Defendants.  The Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

4.     Defaulting Defendants have not filed an answer or otherwise responded to the Complaint.

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENTAGAINST DEFAULTING DEFENDANTS

5.      On August 13, 2015 and October 7, 2015, the Clerk of Court entered defaults against Defaulting Defendants (Dkts. 157, 158, 159, 229, and 230).

6.      Except for Defaulting Defendant Kristopher Bond, all the Defaulting Defendants are business entities.  Defaulting Defendant Kristopher Bond is not an infant.  Plaintiff is unware of any condition that would classify Defaulting Defendant Kristopher Bond as an incompetent person.  To Plaintiff's knowledge Defaulting Defendant Kristopher Bond is not represented by a general guardian.

7.      Except for Defaulting Defendant Kristopher Bond, all the Defaulting Defendants are business entities.  Plaintiff is unable to determine whether Defaulting Defendant Kristopher Bond is in active military service.  As such, Plaintiff does not believe that the Servicemembers Civil Relief Act, 50 U.S.C. App. § 521, applies.

8.      Notice required by Federal Rule of Civil Procedure 55(b)(2) is not required since none of the Defaulting Defendants have personally appeared in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 23, 2015               /s/ REID TEPFER_____
                                      REID A. TEPFER

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court or by email.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and*
*Roi Rueveni*

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
*Counsel for Doron Nottea and*
*Motti Nottea*

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION
FOR DEFAULT JUDGMENTAGAINST DEFAULTING DEFENDANTS
Page | 4

1   Marc S. Harris
    Scheper Kim & Harris, LLP
2   601 W. Fifth Street, 12th Floor
    Los Angeles, CA 90071
3   mharris@scheperkim.com
    *Counsel for Igor Latsanovski and*
4   *CalEnergy, Inc.*

5   Annah Kim
    Scheper Kim & Harris, LLP
6   601 W. Fifth Street, 12th Floor
    Los Angeles, CA 90071
7   akim@scheperkim.com
    *Counsel for Igor Latsanovski and*
8   *CalEnergy, Inc.*

9   Charlene Cantrell Koonce
    Receiver
10  Scheef & Stone
    500 N. Akard, Suite 2700
11  Dallas, Texas 75201
    charlene.koonce@solidcounsel.com
12  *Receiver*

13  Kelly M. Crawford
    Scheef and Stone
14  500 N. Akard, Suite 2700
    Dallas, Texas 75201
15  kelly.crawford@solidcounsel.com
    *Counsel to Receiver*

16
17  Khristopher Bond
    Cerenade007@gmail.com
    *Defendant*

18
                                        /S/ REID TEPFER
19                                       REID TEPFER

20

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION
FOR DEFAULT JUDGMENTAGAINST DEFAULTING DEFENDANTS