1 **RAINES FELDMAN LLP**
ERIK S. SYVERSON (SBN 221933)
2 esyverson@raineslaw.com
STEVEN T. GEBELIN (SBN 261507)
3 sgebelin@raineslaw.com
SCOTT M. LESOWITZ (SBN 261759)
4 slesowitz@raineslaw.com
9720 Wilshire Boulevard, 5th Floor
5 Beverly Hills, California 90212
Telephone:  (310) 440-4100
6 Facsimile:    (310) 691-1943
7
8
9 Attorneys for Defendant
OZ MIZRAHI
10

11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13

14 FEDERAL TRADE COMMISSION,        **CASE NO. 2:15-cv-04527-GW (PLAx)**

15          Plaintiff,              Hon. George H. Wu
                                    Courtroom 10,
16      v.

   BUNZAI MEDIA GROUP, INC, *et al.*,  **DEFENDANT OZ MIZRAHI'S**
17                                      **ANSWER TO THE FIRST**
          Defendants.                   **AMENDED COMPLAINT**
18
                                        **DEMAND FOR JURY TRIAL**
19

20

21

22

23

24

25

26

27

28

Defendant OZ MIZRAHI, an individual ("Mizrahi" or "Defendant"), through his undersigned counsel of record, hereby answer the Complaint of Plaintiff FEDERAL TRADE COMMISSION ("Plaintiff" or "FTC") in this action as follows:

1.      Defendant Mizrahi admits that Plaintiff brings this action against defendants.  Defendant neither admits nor denies the allegations contained in Paragraph 1 to the extent those allegations are conclusions of law to which no response is required.  To the extent any of the allegations of the Paragraph 1 may be deemed allegations of fact regarding Mizrahi, Mizrahi denies such allegations.  To the extent any of the allegations of Paragraph 1 may be deemed allegations of fact regarding other defendants, Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

2.      Defendant Mizrahi denies the allegations of Paragraph 2 to the extent that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi directed or participated in any fraudulent operation by any defendant or that Mizrahi had any knowledge of or control over any marketing or sales practices regarding skincare products by any defendant, including any enterprise operating as described in Paragraph 2.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 2, and on that basis specifically and generally denies each remaining allegation in Paragraph 2.

3.      Defendant Mizrahi denies the allegations of Paragraph 3 to the extent that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi operated, directed, or participated in any common enterprise with any other defendant, including any enterprise operating as described in Paragraph 3. Defendant Mizrahi further denies directing or participating in a fraudulent operation by any defendant or having any knowledge of or control over any marketing or sales practices regarding skincare products by any defendant.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining

1 │ allegations of Paragraph 3, and on that basis specifically and generally denies each

2 │ remaining allegation in Paragraph 3.

3 │ **JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT**

4 │     4.    Defendant neither admits nor denies the allegations contained in

5 │ Paragraph 4 to the extent those allegations are conclusions of law to which no

6 │ response is required; to the extent any of the allegations of the Paragraph 4 may be

7 │ deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or

8 │ information sufficient to form a belief about the truth of the allegations and on that

9 │ basis denies them.

10 │     5.    Defendant neither admits nor denies the allegations contained in

11 │ Paragraph 5 to the extent those allegations are conclusions of law to which no

12 │ response is required; to the extent any of the allegations of the Paragraph 5 may be

13 │ deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or

14 │ information sufficient to form a belief about the truth of the allegations and on that

15 │ basis denies them.

16 │     6.    Defendant neither admits nor denies the allegations contained in

17 │ Paragraph 6 to the extent those allegations are conclusions of law to which no

18 │ response is required; to the extent any of the allegations of the Paragraph 6 may be

19 │ deemed allegations of fact, Defendant Mizrahi admits that his residence and primary

20 │ place of business are in Los Angeles County.   Except as admitted or denied,

21 │ Defendant is without sufficient information to admit or deny the remaining factual

22 │ allegations of Paragraph 6, if any, and on that basis specifically and generally denies

23 │ any remaining allegation in Paragraph 6.

24 │ **PLAINTIFF**

25 │     7.    Defendant neither admits nor denies the allegations contained in

26 │ Paragraph 7 to the extent those allegations are conclusions of law to which no

27 │ response is required; to the extent any of the allegations of the Paragraph 7 may be

28 │ deemed allegations of fact, Defendant presently lacks knowledge or information

1  sufficient to form a belief about the truth of the allegations and on that basis denies

2  them.

3      8.      Defendant neither admits nor denies the allegations contained in

4  Paragraph 8 to the extent those allegations are conclusions of law to which no

5  response is required; to the extent any of the allegations of the Paragraph 8 may be

6  deemed allegations of fact, Defendant presently lacks knowledge or information

7  sufficient to form a belief about the truth of the allegations and on that basis denies

8  them.

9                          **DEFENDANTS**

10      9.      Defendant Mizrahi presently lacks knowledge or information sufficient

11 to form a belief about the truth of the factual allegations in Paragraph 9 and on that

12 basis denies them.

13      10.     Defendant Mizrahi admits that Pinnacle Logistics, Inc. was a

14 corporation that formerly transacted business in this district. Except as expressly

15 admitted, Defendant Mizrahi is without sufficient information to admit or deny the

16 remaining allegations of Paragraph 10, and on that basis specifically and generally

17 denies each remaining allegation in Paragraph 10.

18      11.     Defendant Mizrahi presently lacks knowledge or information sufficient

19 to form a belief about the truth of the factual allegations in Paragraph 11 and on that

20 basis denies them.

21      12.     Defendant Mizrahi presently lacks knowledge or information sufficient

22 to form a belief about the truth of the factual allegations in Paragraph 12 and on that

23 basis denies them.

24      13.     Defendant Mizrahi presently lacks knowledge or information sufficient

25 to form a belief about the truth of the factual allegations in Paragraph 13 and on that

26 basis denies them.

27      14.     Defendant Mizrahi presently lacks knowledge or information sufficient

28 to form a belief about the truth of the factual allegations in Paragraph14 and on that

1    basis denies them.

2        15.    Defendant Mizrahi presently lacks knowledge or information sufficient

3    to form a belief about the truth of the factual allegations in Paragraph15 and on that

4    basis denies them.

5        16.    Defendant Mizrahi presently lacks knowledge or information sufficient

6    to form a belief about the truth of the factual allegations in Paragraph16 and on that

7    basis denies them.

8        17.    Defendant Mizrahi presently lacks knowledge or information sufficient

9    to form a belief about the truth of the factual allegations in Paragraph 17 and on that

10   basis denies them.

11       18.    Defendant Mizrahi presently lacks knowledge or information sufficient

12   to form a belief about the truth of the factual allegations in Paragraph 18 and on that

13   basis denies them.

14       19.    Defendant Mizrahi presently lacks knowledge or information sufficient

15   to form a belief about the truth of the factual allegations in Paragraph 19 and on that

16   basis denies them.

17       20.    Defendant Mizrahi presently lacks knowledge or information sufficient

18   to form a belief about the truth of the factual allegations in Paragraph 20 and on that

19   basis denies them.

20       21.    Defendant Mizrahi presently lacks knowledge or information sufficient

21   to form a belief about the truth of the factual allegations in Paragraph 21 and on that

22   basis denies them.

23       22.    Defendant Mizrahi presently lacks knowledge or information sufficient

24   to form a belief about the truth of the factual allegations in Paragraph 22 and on that

25   basis denies them.

26       23.    Defendant Mizrahi presently lacks knowledge or information sufficient

27   to form a belief about the truth of the factual allegations in Paragraph 23 and on that

28   basis denies them.

24.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 24 and on that basis denies them.

25.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 25 and on that basis denies them.

26.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 26 and on that basis denies them.

27.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 27 and on that basis denies them.

28.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 28 and on that basis denies them.

29.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 29 and on that basis denies them.

30.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 30 and on that basis denies them.

31.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 31 and on that basis denies them.

32.     Defendant Mizrahi is informed and believes, and thereupon admits that Alon Nottea resides in and has transacted business in this district. Except as expressly admitted, Defendant Mizrahi is without sufficient information to admit or deny the remaining allegations in Paragraph 32, and on that basis specifically and

1    generally denies the remaining allegations in Paragraph 32.

2         33.    Defendant Mizrahi presently lacks knowledge or information sufficient

3    to form a belief about the truth of the factual allegations in Paragraph 33 and on that

4    basis denies them.

5         34.    Defendant Mizrahi is informed and believes, and thereupon admits that

6    Doron Nottea resides in and has transacted business in this district. Except as

7    expressly admitted, Defendant Mizrahi is without sufficient information to admit or

8    deny the remaining allegations in Paragraph 34, and on that basis specifically and

9    generally denies the remaining allegations in Paragraph 34.

10        35.    Defendant Mizrahi admits that he was the nominal CEO of defendant

11   Pinnacle Logistics, Inc. in 2012 and part of 2013, but denies that the position had

12   any actual authority or control over the acts, operations, or business practices of

13   defendant Pinnacle Logistics, Inc.  Mizrahi further admits that he is a resident of this

14   judicial district and that he conducts his own separate lawful business (*i.e.* wholly

15   unconnected to the allegations within the Complaint) within the judicial district.

16   Except as expressly admitted or denied above, Defendant Mizrahi denies the

17   remaining allegations of Paragraph 35.

18        36.    Defendant Mizrahi is informed and believes, and thereupon admits that

19   Igor Latsanovski resides in and has transacted business in this district. Except as

20   expressly admitted, Defendant Mizrahi is without sufficient information to admit or

21   deny the remaining allegations in Paragraph 36 and on that basis specifically and

22   generally denies the remaining allegations in Paragraph 36.

23        37.    Defendant Mizrahi is informed and believes, and thereupon admits that

24   Roi Reuveni resides in and has transacted business in this district, and that Roi

25   Reuveni was a manager at Pinnacle Logistics, Inc. Except as expressly admitted,

26   Defendant Mizrahi is without sufficient information to admit or deny the remaining

27   allegations in Paragraph 37, and on that basis specifically and generally denies the

28   remaining allegations in Paragraph 37.

38.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 38 and on that basis denies them.

39.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 39 and on that basis denies them.

40.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 40 and on that basis denies them.

41.     Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the factual allegations in Paragraph 41 and on that basis denies them.

## COMMON ENTERPRISE

42.     Defendant Mizrahi denies the allegations of Paragraph 42 to the extent that it alleges any facts regarding Mizrahi, including any allegations that Mizrahi took any acts to operate the "common enterprise" as described in Paragraph 42. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 42, and on that basis specifically and generally denies each remaining allegation in Paragraph 42.

43.     Defendant Mizrahi denies the allegations of Paragraph 43 to the extent that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi "formulated, directed, controlled, had the authority to control, or participated in the acts and practices of the Corporate Defendants that constitute the common enterprise" as described in Paragraph 43.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 43, and on that basis specifically and generally denies each remaining allegation in Paragraph 43.

## COMMERCE

44.     Defendant neither admits nor denies the allegations contained in Paragraph 44 to the extent those allegations are conclusions of law to which no response is required; to the extent any of the allegations of the Paragraph 44 may be deemed allegations of fact, Defendant Mizrahi presently lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies them.

## DEFENDANTS' BUSINESS PRACTICES

45.     Defendant Mizrahi denies the allegations of Paragraph 45 to the extent that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi "advertised, marketed, distributed, and sold skincare products online from multiple Internet websites" as described in Paragraph 45.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 45, and on that basis specifically and generally denies each remaining allegation in Paragraph 45.

46.     Defendant Mizrahi denies the allegations of Paragraph 46 to the extent that it alleges any facts regarding Mizrahi, including any allegation that Mizrahi made any "online offers" as described in Paragraph 46.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 46, and on that basis specifically and generally denies each remaining allegation in Paragraph 46.

### *Defendants' Risk Free Trial Offers*

47.     Defendant Mizrahi denies the allegations of Paragraph 47 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 47, and on that basis specifically and generally denies each remaining allegation in Paragraph 47.

48.     Defendant Mizrahi denies the allegations of Paragraph 48 to the extent

1   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

2   is without sufficient information to admit or deny the remaining allegations of

3   Paragraph 48, and on that basis specifically and generally denies each remaining

4   allegation in Paragraph 48.

5        49.   Defendant Mizrahi denies the allegations of Paragraph 49 to the extent

6   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

7   is without sufficient information to admit or deny the remaining allegations of

8   Paragraph 49, and on that basis specifically and generally denies each remaining

9   allegation in Paragraph 49.

10        50.   Defendant Mizrahi denies the allegations of Paragraph 50 to the extent

11   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

12   is without sufficient information to admit or deny the remaining allegations of

13   Paragraph 50, and on that basis specifically and generally denies each remaining

14   allegation in Paragraph 50.

15             ***Defendants' Hidden Costs, Continuity Plan Features, and Return Policy***

16        51.   Defendant Mizrahi denies the allegations of Paragraph 51 to the extent

17   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

18   is without sufficient information to admit or deny the remaining allegations of

19   Paragraph 51, and on that basis specifically and generally denies each remaining

20   allegation in Paragraph 51.

21        52.   Defendant Mizrahi denies the allegations of Paragraph 52 to the extent

22   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

23   is without sufficient information to admit or deny the remaining allegations of

24   Paragraph 52, and on that basis specifically and generally denies each remaining

25   allegation in Paragraph 52.

26        53.   Defendant Mizrahi presently lacks knowledge or information sufficient

27   to form a belief about the truth of the factual allegations in Paragraph 53 and on that

28   basis denies them.

54.     Defendant Mizrahi denies the allegations of Paragraph 54 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 54, and on that basis specifically and generally denies each remaining allegation in Paragraph 54.

55.     Defendant Mizrahi denies the allegations of Paragraph 55 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 55, and on that basis specifically and generally denies each remaining allegation in Paragraph 55.

56.     Defendant Mizrahi denies the allegations of Paragraph 56 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 56, and on that basis specifically and generally denies each remaining allegation in Paragraph 56.

57.     Defendant Mizrahi denies the allegations of Paragraph 57 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 57, and on that basis specifically and generally denies each remaining allegation in Paragraph 57.

58.     Defendant Mizrahi denies the allegations of Paragraph 58 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 58, and on that basis specifically and generally denies each remaining allegation in Paragraph 58.

59.     Defendant Mizrahi denies the allegations of Paragraph 59 to the extent that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of

1   Paragraph 59, and on that basis specifically and generally denies each remaining
2   allegation in Paragraph 59.

3        60.    Defendant Mizrahi denies the allegations of Paragraph 60 to the extent
4   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
5   is without sufficient information to admit or deny the remaining allegations of
6   Paragraph 60, and on that basis specifically and generally denies each remaining
7   allegation in Paragraph 60.

8        61.    Defendant Mizrahi denies the allegations of Paragraph 61 to the extent
9   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
10  is without sufficient information to admit or deny the remaining allegations of
11  Paragraph 61, and on that basis specifically and generally denies each remaining
12  allegation in Paragraph 61.

13  *Defendants' Cancellation and Refund Practices*

14       62.    Defendant Mizrahi denies the allegations of Paragraph 62 to the extent
15  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
16  is without sufficient information to admit or deny the remaining allegations of
17  Paragraph 62, and on that basis specifically and generally denies each remaining
18  allegation in Paragraph 62.

19       63.    Defendant Mizrahi denies the allegations of Paragraph 63 to the extent
20  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
21  is without sufficient information to admit or deny the remaining allegations of
22  Paragraph 63, and on that basis specifically and generally denies each remaining
23  allegation in Paragraph 63.

24       64.    Defendant Mizrahi denies the allegations of Paragraph 64 to the extent
25  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
26  is without sufficient information to admit or deny the remaining allegations of
27  Paragraph 64, and on that basis specifically and generally denies each remaining
28  allegation in Paragraph 64.

65. Defendant Mizrahi denies the allegations of Paragraph 65 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 65, and on that basis specifically and generally denies each remaining allegation in Paragraph 65.

66. Defendant Mizrahi denies the allegations of Paragraph 66 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 66, and on that basis specifically and generally denies each remaining allegation in Paragraph 66.

67. Defendant Mizrahi denies the allegations of Paragraph 67 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 67, and on that basis specifically and generally denies each remaining allegation in Paragraph 67.

## VIOLATIONS OF THE FTC ACT

68. The allegations in Paragraph 68 consist of conclusions of law as to which no responsive pleading is required.

69. The allegations in Paragraph 69 consist of conclusions of law as to which no responsive pleading is required.

## Count I.

## Failure to Disclose Adequately Material Terms of Offer

70. Defendant Mizrahi denies the allegations of Paragraph 70 to the extent that it alleges any facts regarding Mizrahi. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 70, and on that basis specifically and generally denies each remaining allegation in Paragraph 70.

71. Defendant Mizrahi denies the allegations of Paragraph 71 to the extent

1   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
2   is without sufficient information to admit or deny the remaining allegations of
3   Paragraph 71, and on that basis specifically and generally denies each remaining
4   allegation in Paragraph 71.

5        72.    Defendant Mizrahi denies the allegations of Paragraph 72 to the extent
6   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
7   is without sufficient information to admit or deny the remaining allegations of
8   Paragraph 72, and on that basis specifically and generally denies each remaining
9   allegation in Paragraph 72.

10                           **Count II.**

11                   **False "Risk-Free" Trial Claim**

12       73.    Defendant Mizrahi denies the allegations of Paragraph 73 to the extent
13  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
14  is without sufficient information to admit or deny the remaining allegations of
15  Paragraph 73, and on that basis specifically and generally denies each remaining
16  allegation in Paragraph 73.

17       74.    Defendant Mizrahi denies the allegations of Paragraph 74 to the extent
18  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
19  is without sufficient information to admit or deny the remaining allegations of
20  Paragraph 74, and on that basis specifically and generally denies each remaining
21  allegation in Paragraph 74.

22       75.    Defendant Mizrahi denies the allegations of Paragraph 75 to the extent
23  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
24  is without sufficient information to admit or deny the remaining allegations of
25  Paragraph 75, and on that basis specifically and generally denies each remaining
26  allegation in Paragraph 75.

27

28

1

### Count III.

2

### False Better Business Bureau Accreditation and Rating Claims

3     76.     Defendant Mizrahi denies the allegations of Paragraph 76 to the extent
4 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
5 is without sufficient information to admit or deny the remaining allegations of
6 Paragraph 76, and on that basis specifically and generally denies each remaining
7 allegation in Paragraph 76.

8     77.     Defendant Mizrahi denies the allegations of Paragraph 77 to the extent
9 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
10 is without sufficient information to admit or deny the remaining allegations of
11 Paragraph 77, and on that basis specifically and generally denies each remaining
12 allegation in Paragraph 77.

13     78.     Defendant Mizrahi denies the allegations of Paragraph 78 to the extent
14 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
15 is without sufficient information to admit or deny the remaining allegations of
16 Paragraph 78, and on that basis specifically and generally denies each remaining
17 allegation in Paragraph 78.

18

### Count IV.

19

### Unfairly Charging Consumers Without Authorization

20     79.     Defendant Mizrahi denies the allegations of Paragraph 79 to the extent
21 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
22 is without sufficient information to admit or deny the remaining allegations of
23 Paragraph 79, and on that basis specifically and generally denies each remaining
24 allegation in Paragraph 79.

25     80.     Defendant Mizrahi denies the allegations of Paragraph 80 to the extent
26 that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant
27 is without sufficient information to admit or deny the remaining allegations of
28 Paragraph 80, and on that basis specifically and generally denies each remaining

1    allegation in Paragraph 80.

2        81.    Defendant Mizrahi denies the allegations of Paragraph 81 to the extent

3    that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

4    is without sufficient information to admit or deny the remaining allegations of

5    Paragraph 81, and on that basis specifically and generally denies each remaining

6    allegation in Paragraph 81.

7              **VIOLATIONS OF THE RESTORE ONLINE SHOPPERS' CONFIDENCE ACT**

8        82.    The allegations in Paragraph 82 consist of conclusions of law as to

9    which no responsive pleading is required.

10       83.    The allegations in Paragraph 83 consist of conclusions of law as to

11   which no responsive pleading is required.

12       84.    The allegations in Paragraph 84 consist of conclusions of law as to

13   which no responsive pleading is required.

14       85.    Defendant Mizrahi denies the allegations of Paragraph 85 to the extent

15   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

16   is without sufficient information to admit or deny the remaining allegations of

17   Paragraph 85, and on that basis specifically and generally denies each remaining

18   allegation in Paragraph 85.

19       86.    The allegations in Paragraph 86 consist of conclusions of law as to

20   which no responsive pleading is required.

21                              **Count V.**

22            **Violation of ROSCA-Auto-Renewal Continuity Plan**

23       87.    Defendant Mizrahi denies the allegations of Paragraph 87 to the extent

24   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

25   is without sufficient information to admit or deny the remaining allegations of

26   Paragraph 87, and on that basis specifically and generally denies each remaining

27   allegation in Paragraph 87.

28       88.    Defendant Mizrahi denies the allegations of Paragraph 88 to the extent

1  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

2  is without sufficient information to admit or deny the remaining allegations of

3  Paragraph 88, and on that basis specifically and generally denies each remaining

4  allegation in Paragraph 88.

5  **Violations of the Electronic Fund Transfer Act and Regulation E**

6  89.    The allegations in Paragraph 89 consist of conclusions of law as to

7  which no responsive pleading is required.

8  90.    The allegations in Paragraph 90 consist of conclusions of law as to

9  which no responsive pleading is required.

10  91.    The allegations in Paragraph 91 consist of conclusions of law as to

11  which no responsive pleading is required.

12  92.    The allegations in Paragraph 92 consist of conclusions of law as to

13  which no responsive pleading is required.

14  **Count VI.**

15  **Unauthorized Debiting from Consumers' Accounts**

16  93.    Defendant Mizrahi denies the allegations of Paragraph 93 to the extent

17  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

18  is without sufficient information to admit or deny the remaining allegations of

19  Paragraph 93, and on that basis specifically and generally denies each remaining

20  allegation in Paragraph 93.

21  94.    Defendant Mizrahi denies the allegations of Paragraph 94 to the extent

22  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

23  is without sufficient information to admit or deny the remaining allegations of

24  Paragraph 94, and on that basis specifically and generally denies each remaining

25  allegation in Paragraph 94.

26  95.    The allegations in Paragraph 95 consist of conclusions of law as to

27  which no responsive pleading is required.

28  96.    Defendant Mizrahi denies the allegations of Paragraph 96 to the extent

1   that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

2   is without sufficient information to admit or deny the remaining allegations of

3   Paragraph 96, and on that basis specifically and generally denies each remaining

4   allegation in Paragraph 96.

5                                **Count VII.**

6                              **Relief Defendant**

7        97.    Defendant Mizrahi presently lacks knowledge or information sufficient

8   to form a belief about the truth of the factual allegations in Paragraph 97 and on that

9   basis denies them.

10       98.    Defendant Mizrahi presently lacks knowledge or information sufficient

11  to form a belief about the truth of the factual allegations in Paragraph 98 and on that

12  basis denies them.

13       99.    Defendant Mizrahi presently lacks knowledge or information sufficient

14  to form a belief about the truth of the factual allegations in Paragraph 99 and on that

15  basis denies them.

16                             **CONSUMER INJURY**

17       100.   Defendant Mizrahi denies the allegations of Paragraph 100 to the extent

18  that it alleges any facts regarding Mizrahi.  Except as admitted or denied, Defendant

19  is without sufficient information to admit or deny the remaining allegations of

20  Paragraph 100, and on that basis specifically and generally denies each remaining

21  allegation in Paragraph 100.

22              **THIS COURT'S AUTHORITY TO GRANT RELIEF**

23       101.   The allegations in Paragraph 101 consist of conclusions of law as to

24  which no responsive pleading is required.

25       102.   The allegations in Paragraph 102 consist of conclusions of law as to

26  which no responsive pleading is required.

27                 **PLAINTIFF'S PRAYER FOR RELIEF**

28       Defendant Mizrahi denies that Plaintiff is entitled to any relief from

1 Defendant Mizrahi whatsoever in this action, including without limitation any of the
2 specific relief alleged in Paragraphs A through D of the Prayer for Relief in
3 Plaintiff's Complaint.

### AFFIRMATIVE DEFENSES

5     As separate and distinct affirmative defenses to the claims asserted in
6 Plaintiff's Complaint ("Complaint"), and each of them, Defendant Mizrahi alleges
7 as follows:

### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Cause of Action)

10     As a result of overbroad shotgun pleadings improperly alleging and
11 attributing acts of multiple defendants as those of Mizrahi, neither the Complaint
12 nor any cause of action in the Complaint states facts sufficient to constitute a cause
13 of action against this answering Defendant.  Plaintiff's Complaint fails to allege a
14 single act taken by Mizrahi to conduct the wrongful activity alleged within the
15 Complaint.

### SECOND AFFIRMATIVE DEFENSE
#### (Statute of Limitations)

18     Plaintiff's claims against Mizrahi in the Complaint, and each of them, are
19 barred by the applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE
#### (Acts of Third Parties - Causation)

22     Consumer's damages, if any, were caused solely, directly, and proximately by
23 the acts or omissions of third parties, not by any acts or omissions by Defendant, his
24 agents, or employees. These other persons are solely responsible for any damages
25 caused thereby.

### FOURTH AFFIRMATIVE DEFENSE
#### (Acts of Third Parties – Apportionment)

28     The acts and/or omissions of independent third parties contributed to some or

1  all of the damages, if any, complained of in the Complaint. Defendant is entitled to a
2  judicial determination of fault of those third parties and to a reduction of damages, if
3  any, in proportion to fault.

4  **FIFTH AFFIRMATIVE DEFENSE**
5  **(Consent)**

6       Consumers consented to receive and pay for any services provided by other
7  defendants.

8  **SIXTH AFFIRMATIVE DEFENSE**
9  **(No Damages)**

10       Mizrahi's conduct in connection with any conduct alleged by Plaintiff did not
11  injure, harm, or damage consumers.

12  **SEVENTH AFFIRMATIVE DEFENSE**
13  **(Excessive Fines)**

14       To the extent that Plaintiff seeks statutory penalties, the Complaint violates
15  the prohibition against "excessive fines" of the Eighth Amendment to the United
16  States Constitution.

17  **EIGHTH AFFIRMATIVE DEFENSE**
18  **(Bad Faith)**

19       On information and belief, this lawsuit was filed and/or is being maintained
20  against Mizrahi in bad faith and/or for objectively frivolous reasons, thereby barring
21  Plaintiff from recovering from Mizrahi on any cause of action in the Complaint, and
22  entitling Defendant to recover his costs of suit incurred herein, including reasonable
23  attorneys' fees.

24  **NINTH AFFIRMATIVE DEFENSE**
25  **(Waiver, Laches, Estoppel, and Acquiescence)**

26       Plaintiff's claims against Mizrahi are barred by the doctrines of waiver,
27  laches, estoppel, or acquiescence.

28

## TENTH AFFIRMATIVE DEFENSE

### (No Legal Grounds for Injunction)

Plaintiff's claims fail to state a basis on which it might be entitled to injunctive relief against Mizrahi.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Wrongful or Unlawful Intent)

Defendant alleges that Plaintiff's claims are barred because any and all alleged wrongful or unlawful conduct allegedly done by Defendant was not unlawful, intentional or willful. At no time did Defendants act with false or fraudulent intent.

## TWELFTH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defenses)

Defendant reserves the right to assert additional affirmative defenses as discovery and investigation proceed.

**WHEREFORE**, Defendant prays for judgment as follows:

1. That Plaintiff take nothing from Defendant Mizrahi by its Complaint;

2. That Defendant Mizrahi be awarded all of his costs, including attorney fees incurred herein; and

3. That the Court award Mizrahi such other and further relief as it deems just and proper.

DATED: October 23, 2015            Respectfully submitted,

                                   **RAINES FELDMAN, LLP**


                                   By:  /s/ Erik S. Syverson
                                        ERIK S. SYVERSON
                                        STEVEN T. GEBELIN
                                        SCOTT M. LESOWITZ

                                   Attorneys for Defendant
                                   OZ MIZRAHI

1

## **DEMAND FOR JURY TRIAL**

2        Defendant Mizrahi hereby demands a jury trial on all issues so triable as

3   provided by Rule 38(a) of the Federal Rules of Civil Procedure and L.R. 38-1.

4

5   DATED: October 23, 2015              Respectfully submitted,

6                                       **RAINES FELDMAN, LLP**

7

8                                       By:   /s/ Erik S. Syverson
                                              ERIK S. SYVERSON
9                                             STEVEN T. GEBELIN
                                              SCOTT M. LESOWITZ
10

11                                      Attorneys for Defendant
                                        OZ MIZRAHI
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28