**SCHEPER KIM & HARRIS LLP**
MARC S. HARRIS (State Bar No. 136647)
mharris@scheperkim.com
ANNAH S. KIM (State Bar No. 190609)
akim@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendants**
**Igor Latsanovski and Calenergy, Inc.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | **DEFENDANT CALENERGY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF [DOC. NO. 235]** |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | Complaint Filed: June 16, 2015 |
| Defendants. | |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendant Calenergy, Inc. ("Defendant") answers the First Amended Complaint of Plaintiff Federal Trade Commission ("Plaintiff") as follows:

1. Defendant admits that Plaintiff brings this action against Defendants. The remaining allegations in Paragraph 1 consist of conclusions of law as to which no responsive pleading is required. To the extent a response is required, Defendant denies the remaining allegations in Paragraph 1.

2. Defendant denies directing or participating in any fraudulent operation by any defendant. Defendant admits that it made investments and loans to Alon Nottea for Mr. Nottea's internet skincare business. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 2, and on that basis specifically and generally denies each remaining allegation in Paragraph 2.

3. Defendant denies directing or participating in any fraudulent operation by any defendant. Defendant admits that it made investments and loans to Alon Nottea for Mr. Nottea's internet skincare business. Except as admitted or denied, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 3, and on that basis specifically and generally denies each remaining allegation in Paragraph 3.

4. The allegations in Paragraph 4 consist of conclusions of law as to which no responsive pleading is required.

5. The allegations in Paragraph 5 consist of conclusions of law as to which no responsive pleading is required.

6. The allegations in Paragraph 6 consist of conclusions of law as to which no responsive pleading is required.

7. The allegations in Paragraph 7 consist of conclusions of law as to which no responsive pleading is required.

8. The allegations in Paragraph 8 consist of conclusions of law as to

which no responsive pleading is required.

9.     Defendant admits that Bunzai Media Group, Inc. was a corporation that formerly transacted business in this district.  Except as expressly admitted, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 9, and on that basis specifically and generally denies each remaining allegation in Paragraph 9.

10.     Defendant admits that Pinnacle Logistics, Inc. was a corporation that formerly transacted business in this district.  Except as expressly admitted, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 10, and on that basis specifically and generally denies each remaining allegation in Paragraph 10.

11.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 11, and on that basis specifically and generally denies each allegation in Paragraph 11.

12.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 12, and on that basis specifically and generally denies each allegation in Paragraph 12.

13.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 13, and on that basis specifically and generally denies each allegation in Paragraph 13.

14.     Defendant admits that Zen Mobile Media, Inc. was a California corporation.  Except as expressly admitted, Defendant is without sufficient information to admit or deny the remaining allegations of Paragraph 14, and on that basis specifically and generally denies each remaining allegation in Paragraph 14.

15.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 15, and on that basis specifically and generally denies each allegation in Paragraph 15.

16.     Defendant is without sufficient information to admit or deny the

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1    allegations in Paragraph 16, and on that basis specifically and generally denies each
2    allegation in Paragraph 16.

3          17.    Defendant is without sufficient information to admit or deny the
4    allegations in Paragraph 17, and on that basis specifically and generally denies each
5    allegation in Paragraph 17.

6          18.    Defendant is without sufficient information to admit or deny the
7    allegations in Paragraph 18, and on that basis specifically and generally denies each
8    allegation in Paragraph 18.

9          19.    Defendant is without sufficient information to admit or deny the
10   allegations in Paragraph 19, and on that basis specifically and generally denies each
11   allegation in Paragraph 19.

12         20.    Defendant is without sufficient information to admit or deny the
13   allegations in Paragraph 20, and on that basis specifically and generally denies each
14   allegation in Paragraph 20.

15         21.    Defendant admits that it is a California corporation and transacted
16   business in this district.  Except as expressly admitted, Defendant specifically and
17   generally denies the remaining allegations in Paragraph 21.

18         22.    Defendant is without sufficient information to admit or deny the
19   allegations in Paragraph 22, and on that basis specifically and generally denies each
20   allegation in Paragraph 22.

21         23.    Defendant is without sufficient information to admit or deny the
22   allegations in Paragraph 23, and on that basis specifically and generally denies each
23   allegation in Paragraph 23.

24         24.    Defendant is without sufficient information to admit or deny the
25   allegations in Paragraph 24, and on that basis specifically and generally denies each
26   allegation in Paragraph 24.

27         25.    Defendant is without sufficient information to admit or deny the
28   allegations in Paragraph 25, and on that basis specifically and generally denies each

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1 | allegation in Paragraph 25.

2 |       26.    Defendant is without sufficient information to admit or deny the

3 | allegations in Paragraph 26, and on that basis specifically and generally denies each

4 | allegation in Paragraph 26.

5 |       27.    Defendant is without sufficient information to admit or deny the

6 | allegations in Paragraph 27, and on that basis specifically and generally denies each

7 | allegation in Paragraph 27.

8 |       28.    Defendant is without sufficient information to admit or deny the

9 | allegations in Paragraph 28, and on that basis specifically and generally denies each

10 | allegation in Paragraph 28.

11 |       29.    Defendant is without sufficient information to admit or deny the

12 | allegations in Paragraph 29, and on that basis specifically and generally denies each

13 | allegation in Paragraph 29.

14 |       30.    Defendant is without sufficient information to admit or deny the

15 | allegations in Paragraph 30, and on that basis specifically and generally denies each

16 | allegation in Paragraph 30.

17 |       31.    Defendant is without sufficient information to admit or deny the

18 | allegations in Paragraph 31, and on that basis specifically and generally denies each

19 | allegation in Paragraph 31.

20 |       32.    Defendant admits that Alon Nottea resides and has transacted business

21 | in this district.  Except as expressly admitted, Defendant is without sufficient

22 | information to admit or deny the remaining allegations in Paragraph 32, and on that

23 | basis specifically and generally denies the remaining allegations in Paragraph 32.

24 |       33.    Defendant is without sufficient information to admit or deny the

25 | allegations in Paragraph 33, and on that basis specifically and generally denies each

26 | allegation in Paragraph 33.

27 |       34.    Defendant admits that Doron Nottea resides in this district.  Except as

28 | expressly admitted, Defendant is without sufficient information to admit or deny the

1  remaining allegations in Paragraph 34, and on that basis specifically and generally

2  denies each remaining allegation in Paragraph 34.

3      35.    Defendant is without sufficient information to admit or deny the

4  allegations in Paragraph 35, and on that basis specifically and generally denies each

5  allegation in Paragraph 35.

6      36.    Defendant admits that Igor Latsanovski ("Latsanovski") resides in this

7  district and has transacted business in this district.  Except as expressly admitted,

8  Defendant specifically and generally denies the remaining allegations in Paragraph

9  36.

10     37.    Defendant is without sufficient information to admit or deny the

11 allegations in Paragraph 37, and on that basis specifically and generally denies the

12 each allegation in Paragraph 37.

13     38.    Defendant admits that Khristopher Bond resides and has transacted

14 business in this district.  Except as expressly admitted, Defendant is without

15 sufficient information to admit or deny the remaining allegations in Paragraph 38,

16 and on that basis specifically and generally denies each remaining allegation in

17 Paragraph 38.

18     39.    Defendant admits that Alan Argaman resides in this district.  Except as

19 expressly admitted, Defendant is without sufficient information to admit or deny the

20 remaining allegations in Paragraph 39, and on that basis specifically and generally

21 denies each remaining allegation in Paragraph 39.

22     40.    Defendant admits that Paul Medina resides in this district.  Except as

23 expressly admitted, Defendant is without sufficient information to admit or deny the

24 remaining allegations in Paragraph 40, and on that basis specifically and generally

25 denies each remaining allegation in Paragraph 40.

26     41.    Defendant is without sufficient information to admit or deny the

27 allegations in Paragraph 41, and on that basis specifically and generally denies the

28 each allegation in Paragraph 41.

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

42.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 42 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 42, and on that basis specifically and generally denies each remaining allegation in Paragraph 42.

43.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 43 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 43, and on that basis specifically and generally denies each remaining allegation in Paragraph 43.

44.     The allegations in Paragraph 44 consist of conclusions of law as to which no responsive pleading is required.  To the extent a response is required, Defendant specifically and general denies each allegation in Paragraph 44.

45.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 45 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 45, and on that basis specifically and generally denies each remaining allegation in Paragraph 45.

46.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 46 purport to address conduct of other defendants that is necessarily speculative.  Except as

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1    expressly denied, Defendant is without sufficient information to admit or deny the
2    remaining allegations in Paragraph 46, and on that basis specifically and generally
3    denies each remaining allegation in Paragraph 46.

4         47.    Defendant denies that it or Latsanovski ever engaged in any deceptive
5    or unlawful practices and denies directing or participating in any fraudulent
6    operation by any defendant.  The remaining allegations of Paragraph 47 purport to
7    address conduct of other defendants or third parties that is necessarily speculative.
8    Except as expressly denied, Defendant is without sufficient information to admit or
9    deny the remaining allegations in Paragraph 47, and on that basis specifically and
10   generally denies each remaining allegation in Paragraph 47.

11        48.    Defendant denies that it or Latsanovski ever engaged in any deceptive
12   or unlawful practices and denies directing or participating in any fraudulent
13   operation by any defendant.  The remaining allegations of Paragraph 48 purport to
14   address conduct of other defendants that is necessarily speculative.  Except as
15   expressly denied, Defendant is without sufficient information to admit or deny the
16   remaining allegations in Paragraph 48, and on that basis specifically and generally
17   denies each remaining allegation in Paragraph 48.

18        49.    Defendant is without sufficient information to admit or deny the
19   allegations in Paragraph 49, and on that basis specifically and generally denies each
20   allegation in Paragraph 49.

21        50.    Defendant denies that it or Latsanovski ever engaged in any deceptive
22   or unlawful practices and denies directing or participating in any fraudulent
23   operation by any defendant.  The remaining allegations of Paragraph 50 purport to
24   address conduct of other defendants that is necessarily speculative.  Except as
25   expressly denied, Defendant is without sufficient information to admit or deny the
26   remaining allegations in Paragraph 50, and on that basis specifically and generally
27   denies each remaining allegation in Paragraph 50.

28        51.    Defendant denies that it or Latsanovski ever engaged in any deceptive

1  or unlawful practices and denies directing or participating in any fraudulent

2  operation by any defendant.  The remaining allegations of Paragraph 51 purport to

3  address conduct of other defendants that is necessarily speculative.  Except as

4  expressly denied, Defendant is without sufficient information to admit or deny the

5  remaining allegations in Paragraph 51, and on that basis specifically and generally

6  denies each remaining allegation in Paragraph 51.

7       52.     Defendant denies that it or Latsanovski ever engaged in any deceptive

8  or unlawful practices and denies directing or participating in any fraudulent

9  operation by any defendant.  The remaining allegations of Paragraph 52 purport to

10  address conduct of other defendants that is necessarily speculative.  Except as

11  expressly denied, Defendant is without sufficient information to admit or deny the

12  remaining allegations in Paragraph 52, and on that basis specifically and generally

13  denies each remaining allegation in Paragraph 52.

14       53.     The allegations in Paragraph 53 purport to address the conduct or

15  understanding of consumers that is necessarily speculative.  Defendant is without

16  sufficient information to admit or deny the allegations in Paragraph 53, and on that

17  basis specifically and generally denies each allegation in Paragraph 53.

18       54.     Defendant denies that it or Latsanovski ever engaged in any deceptive

19  or unlawful practices and denies directing or participating in any fraudulent

20  operation by any defendant.  The remaining allegations of Paragraph 54 purport to

21  address conduct of other defendants that is necessarily speculative.  Except as

22  expressly denied, Defendant is without sufficient information to admit or deny the

23  remaining allegations in Paragraph 54, and on that basis specifically and generally

24  denies each remaining allegation in Paragraph 54.

25       55.     The allegations in Paragraph 55 purport to address the conduct or

26  understanding of consumers that is necessarily speculative.  Defendant is without

27  sufficient information to admit or deny the allegations in Paragraph 55, and on that

28  basis specifically and generally denies each allegation in Paragraph 55.

56.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 56 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 56, and on that basis specifically and generally denies each remaining allegation in Paragraph 56.

57.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 57, and on that basis specifically and generally denies each allegation in Paragraph 57.

58.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 58, and on that basis specifically and generally denies each allegation in Paragraph 58.

59.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 59, and on that basis specifically and generally denies each allegation in Paragraph 59.

60.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 60 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 60, and on that basis specifically and generally denies each remaining allegation in Paragraph 60.

61.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 61, and on that basis specifically and generally denies each allegation in Paragraph 61.

62.     The allegations in Paragraph 62 purport to address the conduct or understanding of consumers that is necessarily speculative.  Defendant is without

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1  sufficient information to admit or deny the allegations in Paragraph 62, and on that

2  basis specifically and generally denies each allegation in Paragraph 62.

3      63.    The allegations in Paragraph 63 purport to address the conduct or

4  understanding of consumers that is necessarily speculative.  Defendant is without

5  sufficient information to admit or deny the allegations in Paragraph 63, and on that

6  basis specifically and generally denies each allegation in Paragraph 63.

7      64.    Defendant denies that it or Latsanovski ever engaged in any deceptive

8  or unlawful practices and denies directing or participating in any fraudulent

9  operation by any defendant.  The remaining allegations of Paragraph 64 purport to

10 address conduct of other defendants and consumers that is necessarily speculative.

11 Except as expressly denied, Defendant is without sufficient information to admit or

12 deny the remaining allegations in Paragraph 64, and on that basis specifically and

13 generally denies each remaining allegation in Paragraph 64.

14     65.    Defendant denies that it or Latsanovski ever engaged in any deceptive

15 or unlawful practices and denies directing or participating in any fraudulent

16 operation by any defendant.  The remaining allegations of Paragraph 65 purport to

17 address conduct of other defendants or consumers that is necessarily speculative.

18 Except as expressly denied, Defendant is without sufficient information to admit or

19 deny the remaining allegations in Paragraph 65, and on that basis specifically and

20 generally denies each remaining allegation in Paragraph 65.

21     66.    Defendant denies that it or Latsanovski ever engaged in any deceptive

22 or unlawful practices and denies directing or participating in any fraudulent

23 operation by any defendant.  The remaining allegations of Paragraph 66 purport to

24 address conduct of other defendants that is necessarily speculative.  Except as

25 expressly denied, Defendant is without sufficient information to admit or deny the

26 remaining allegations in Paragraph 66, and on that basis specifically and generally

27 denies each remaining allegation in Paragraph 66.

28     67.    Defendant denies that it or Latsanovski ever engaged in any deceptive

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1  or unlawful practices and denies directing or participating in any fraudulent

2  operation by any defendant.  The remaining allegations of Paragraph 67 purport to

3  address conduct of other defendants or consumers that is necessarily speculative.

4  Except as expressly denied, Defendant is without sufficient information to admit or

5  deny the remaining allegations in Paragraph 67, and on that basis specifically and

6  generally denies each remaining allegation in Paragraph 67.

7       68.    The allegations in Paragraph 68 consist of conclusions of law as to

8  which no responsive pleading is required.

9       69.    The allegations in Paragraph 69 consist of conclusions of law as to

10 which no responsive pleading is required.

11      70.    Defendant denies that it or Latsanovski ever engaged in any deceptive

12 or unlawful practices and denies directing or participating in any fraudulent

13 operation by any defendant.  The remaining allegations of Paragraph 70 purport to

14 address conduct of other defendants that is necessarily speculative.  Except as

15 expressly denied, Defendant is without sufficient information to admit or deny the

16 remaining allegations in Paragraph 70, and on that basis specifically and generally

17 denies each remaining allegation in Paragraph 70.

18      71.    Defendant denies that it or Latsanovski ever engaged in any deceptive

19 or unlawful practices and denies directing or participating in any fraudulent

20 operation by any defendant.  The remaining allegations of Paragraph 71 purport to

21 address conduct of other defendants that is necessarily speculative.  Except as

22 expressly denied, Defendant is without sufficient information to admit or deny the

23 remaining allegations in Paragraph 71, and on that basis specifically and generally

24 denies each remaining allegation in Paragraph 71.

25      72.    The allegations in Paragraph 72 consist of conclusions of law as to

26 which no responsive pleading is required.  To the extent a response is required,

27 Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful

28 practices and denies directing or participating in any fraudulent operation by any

defendant.  The remaining allegations of Paragraph 72 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 72, and on that basis specifically and generally denies each remaining allegation in Paragraph 72.

73.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 73 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 73, and on that basis specifically and generally denies each remaining allegation in Paragraph 73.

74.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 74 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 74, and on that basis specifically and generally denies each remaining allegation in Paragraph 74.

75.     The allegations in Paragraph 75 consist of conclusions of law as to which no responsive pleading is required.  To the extent a response is required, Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 75 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 75, and on that basis specifically and generally denies each remaining allegation in Paragraph 75.

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

76.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 76 purport to address conduct of other defendants that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 76, and on that basis specifically and generally denies each remaining allegation in Paragraph 76.

77.     Defendant is without sufficient information to admit or deny each allegation in Paragraph 77, and on that basis specifically and generally denies each allegation in Paragraph 77.

78.     The allegations in Paragraph 78 consist of conclusions of law as to which no responsive pleading is required.  To the extent a response is required, Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 78 purport to address conduct of other defendants or consumers that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 78, and on that basis specifically and generally denies each remaining allegation in Paragraph 78.

79.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent operation by any defendant.  The remaining allegations of Paragraph 79 purport to address conduct of other defendants or consumers that is necessarily speculative.  Except as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 79, and on that basis specifically and generally denies each remaining allegation in Paragraph 79.

80.     Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful practices and denies directing or participating in any fraudulent

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1   operation by any defendant.  The allegations of Paragraph 80 also purport to address
2   conduct of other defendants and consumers that is necessarily speculative.  Except
3   as expressly denied, Defendant is without sufficient information to admit or deny
4   the remaining allegations in Paragraph 80, and on that basis specifically and
5   generally denies each remaining allegation in Paragraph 80.

6       81.    The allegations in Paragraph 81 consist of conclusions of law as to
7   which no responsive pleading is required.  To the extent a response is required,
8   Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
9   practices and denies directing or participating in any fraudulent operation by any
10  defendant.  The allegations of Paragraph 81 also purport to address conduct of other
11  defendants that is necessarily speculative.  Except as expressly denied, Defendant is
12  without sufficient information to admit or deny the remaining allegations in
13  Paragraph 81, and on that basis specifically and generally denies each remaining
14  allegation in Paragraph 81.

15      82.    The allegations in Paragraph 82 consist of conclusions of law as to
16  which no responsive pleading is required.

17      83.    The allegations in Paragraph 83 consist of conclusions of law as to
18  which no responsive pleading is required.

19      84.    The allegations in Paragraph 84 consist of conclusions of law as to
20  which no responsive pleading is required.

21      85.    The allegations in Paragraph 85 consist of conclusions of law as to
22  which no responsive pleading is required.  To the extent a response is required,
23  Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
24  practices and denies directing or participating in any fraudulent operation by any
25  defendant.  The allegations of Paragraph 85 also purport to address conduct of other
26  defendants that is necessarily speculative.  Except as expressly denied, Defendant is
27  without sufficient information to admit or deny the remaining allegations in
28  Paragraph 85, and on that basis specifically and generally denies each remaining

1    allegation in Paragraph 85.

2         86.    The allegations in Paragraph 86 consist of conclusions of law as to
3    which no responsive pleading is required.

4         87.    The allegations in Paragraph 87 consist of conclusions of law as to
5    which no responsive pleading is required.  To the extent a response is required,
6    Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
7    practices and denies directing or participating in any fraudulent operation by any
8    defendant.  The remaining allegations of Paragraph 87 also purport to address
9    conduct of other defendants that is necessarily speculative.  Except as expressly
10   denied, Defendant is without sufficient information to admit or deny the remaining
11   allegations in Paragraph 87, and on that basis specifically and generally denies each
12   remaining allegation in Paragraph 87.

13        88.    The allegations in Paragraph 88 consist of conclusions of law as to
14   which no responsive pleading is required.  To the extent a response is required,
15   Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
16   practices and denies directing or participating in any fraudulent operation by any
17   defendant.  The allegations of Paragraph 88 also purport to address conduct of other
18   defendants that is necessarily speculative.  Except as expressly denied, Defendant is
19   without sufficient information to admit or deny the remaining allegations in
20   Paragraph 88, and on that basis specifically and generally denies each remaining
21   allegation in Paragraph 88.

22        89.    The allegations in Paragraph 89 consist of conclusions of law as to
23   which no responsive pleading is required.

24        90.    The allegations in Paragraph 90 consist of conclusions of law as to
25   which no responsive pleading is required.

26        91.    The allegations in Paragraph 91 consist of conclusions of law as to
27   which no responsive pleading is required.

28        92.    The allegations in Paragraph 92 consist of conclusions of law as to

1 | which no responsive pleading is required.

2 |      93.     The allegations in Paragraph 93 consist of conclusions of law as to

3 | which no responsive pleading is required.  To the extent a response is required,

4 | Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful

5 | practices and denies directing or participating in any fraudulent operation by any

6 | defendant.  The remaining allegations of Paragraph 93 also purport to address

7 | conduct of other defendants that is necessarily speculative.  Except as expressly

8 | denied, Defendant is without sufficient information to admit or deny the remaining

9 | allegations in Paragraph 93, and on that basis specifically and generally denies each

10 | remaining allegation in Paragraph 93.

11 |      94.     The allegations in Paragraph 94 consist of conclusions of law as to

12 | which no responsive pleading is required.  To the extent a response is required,

13 | Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful

14 | practices and denies directing or participating in any fraudulent operation by any

15 | defendant.  The remaining allegations of Paragraph 94 also purport to address

16 | conduct of other defendants that is necessarily speculative.  Except as expressly

17 | denied, Defendant is without sufficient information to admit or deny the remaining

18 | allegations in Paragraph 94, and on that basis specifically and generally denies each

19 | remaining allegation in Paragraph 94.

20 |      95.     The allegations in Paragraph 95 consist of conclusions of law as to

21 | which no responsive pleading is required.

22 |      96.     The allegations in Paragraph 96 consist of conclusions of law as to

23 | which no responsive pleading is required.  To the extent a response is required,

24 | Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful

25 | practices and denies directing or participating in any fraudulent operation by any

26 | defendant.  The remaining allegations of Paragraph 96 also purport to address

27 | conduct of other defendants that is necessarily speculative.  Except as expressly

28 | denied, Defendant is without sufficient information to admit or deny the remaining

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1   allegations in Paragraph 96, and on that basis specifically and generally denies each
2   remaining allegation in Paragraph 86.

3        97.    The allegations in Paragraph 97 consist of conclusions of law as to
4   which no responsive pleading is required.  To the extent a response is required,
5   Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
6   practices and denies directing or participating in any fraudulent operation by any
7   defendant.  The remaining allegations of Paragraph 97 also purport to address
8   conduct of other defendants that is necessarily speculative.  Except as expressly
9   denied, Defendant is without sufficient information to admit or deny the remaining
10  allegations in Paragraph 97, and on that basis specifically and generally denies each
11  remaining allegation in Paragraph 97.

12       98.    The allegations in Paragraph 98 consist of conclusions of law as to
13  which no responsive pleading is required.  To the extent a response is required,
14  Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
15  practices and denies directing or participating in any fraudulent operation by any
16  defendant.  The remaining allegations of Paragraph 98 also purport to address
17  conduct of other defendants that is necessarily speculative.  Except as expressly
18  denied, Defendant is without sufficient information to admit or deny the remaining
19  allegations in Paragraph 98, and on that basis specifically and generally denies each
20  remaining allegation in Paragraph 98.

21       99.    The allegations in Paragraph 99 consist of conclusions of law as to
22  which no responsive pleading is required.

23       100.   The allegations in Paragraph 100 consist of conclusions of law as to
24  which no responsive pleading is required.  To the extent a response is required,
25  Defendant denies that it or Latsanovski ever engaged in any deceptive or unlawful
26  practices and denies directing or participating in any fraudulent operation by any
27  defendant.  The remaining allegations of Paragraph 100 also purport to address
28  conduct of other defendants and consumers that is necessarily speculative.  Except

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

as expressly denied, Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 100, and on that basis specifically and generally denies each remaining allegation in Paragraph 100.

101.   The allegations in Paragraph 101 consist of conclusions of law as to which no responsive pleading is required.

102.   The allegations in Paragraph 102 consist of conclusions of law as to which no responsive pleading is required.

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1.      The Complaint fails to state a claim upon which relief may be granted. Complaint does not state facts to show that Defendant "participated directly in the deceptive acts or had the authority to control them" and "had knowledge that the corporation or one of its agents engaged in dishonest or fraudulent conduct, that the misrepresentations were the type upon which a reasonable and prudent person would rely, and that consumer injury resulted." *FTC v. Network Servs. Depot, Inc.*, 617 F.3d 1127, 1138 (9th Cir. 2010).

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

2.      Consumers consented to receive and pay for any services and goods provided by other defendants.

**THIRD AFFIRMATIVE DEFENSE**

**(Offset)**

3.      To the extent that any consumer consented to receive and pay for any goods and services provided by other defendants or received a refund from defendants, Plaintiff's relief, if any, is subject to offset for these refunds and sales as well as the costs associated with these sales of goods and services.

**FOURTH AFFIRMATIVE DEFENSE**

**(Acts of Third Parties - Causation)**

4.      The FTC alleges that it can seek restitution against Defendant. However, such relief should be limited to the return that Defendant received from the five year investment in the skin care business alleged in the First Amended Complaint because Defendant was an investor in the skincare business and did not participate or have knowledge of the conduct alleged in the First Amended Complaint.

19

5. Defendant did not and could not control and/or participate in the marketing, advertisement or other conduct regarding the skincare business alleged in the First Amended Complaint. Defendant did not, does not and cannot control the parties who engaged in the conduct alleged in the First Amended Complaint. Accordingly, Defendant cannot be liable for actions taken by parties beyond its control.

6. Consumer's damages, if any, were caused solely, directly, and proximately by the acts or omissions of third parties, not by any acts or omissions by Defendant, its agents, or employees. These other persons are solely responsible for any damages caused thereby.

## FIFTH AFFIRMATIVE DEFENSE

### (Acts of Third Parties – Apportionment)

7. The acts and/or omissions of independent third parties contributed to some or all of the damages, if any, complained of in the Complaint. Defendant is entitled to a judicial determination of fault of those third parties and to a reduction of damages, if any, in proportion to fault.

## SIXTH AFFIRMATIVE DEFENSE

### (Compliance with Statute)

8. Defendant's compliance with the statutes, rules, and regulations which govern the subject matter of this lawsuit precludes liability to any consumer.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Damages)

9. The conduct alleged by Plaintiff did not injure, harm, or damage consumers.

## EIGHTH AFFIRMATIVE DEFENSE

### (Excessive Fines)

10. To the extent that Plaintiff seeks statutory penalties, the Complaint

20

1  violates the prohibition against "excessive fines" of the United States Constitution,

2  Eighth Amendment.

### NINTH AFFIRMATIVE DEFENSE

### (Bad Faith)

5       11.  On information and belief, this lawsuit was filed in bad faith and/or for

6  objectively frivolous reasons, thereby barring Plaintiff from recovering on any cause

7  of action in the Complaint, and entitling Defendant to recover its costs of suit

8  incurred herein, including reasonable attorneys' fees.

### TENTH AFFIRMATIVE DEFENSE

### (Justification and Privilege)

11       12.  The actions of Defendant, respecting the subject matters alleged in the

12  Complaint, were undertaken in good faith, and constitute lawful, proper, and

13  justified means to further the sole purpose of engaging in and continuing its

14  business.  By reason thereof, Plaintiff is barred, in whole or in part, from recovery

15  on the Complaint.

### ELEVENTH AFFIRMATIVE DEFENSE

### (VIOLATION OF FIRST AMENDMENT)

18       13.  To the extent that the Plaintiff's claims, by effect or intent, seek to ban

19  otherwise lawful sales advertising (*e.g.*, "negative option," "continuity,"), such

20  claims are subject to the First Amendment to the United States Constitution.

21  Relatedly, Plaintiff is constitutionally required to ensure that the enforcement of its

22  regulations is no more extensive than absolutely necessary to serve the particular

23  governmental interest at issue.

### TWELFTH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defenses)

26       14.  Defendant reserves the right to assert additional affirmative defenses as

27  discovery and investigation proceed in compliance with Rule 15 of the Federal

28  Rules of Civil Procedure.

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT

1

2        WHEREFORE, Defendant prays for judgment as follows:

3        1.        That Plaintiff take nothing by its Complaint;

4        2.        That Defendant be awarded all of its costs, including attorney fees

5    incurred herein; and

6        3. That the Court award such other and further relief as it deems just and

7    proper.

8    DATED: October 26, 2015          SCHEPER KIM & HARRIS LLP
                                      MARC S. HARRIS
9                                     ANNAH S. KIM

10

11

12                                    By:   /s/  Annah S. Kim
                                            Annah S. Kim
13                                          Attorneys for Defendants Igor Latsanovski
14                                          and Calenergy, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CALENERGY'S ANSWER TO FIRST AMENDED COMPLAINT