# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission,<br><br>PLAINTIFF(S)<br>v.<br>Bunzai Media Group, Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 15-4527-GW(PLAx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
|---|---|

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/19/2015 | 233 | Complaint No Fee Required |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   The document is stricken.  Docket No. 235 is the operative First Amended Complaint.

Clerk, U.S. District Court

Dated: October 27, 2015      By: Javier Gonzalez
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge