# **EXHIBIT A**

CREDITORS MAILING MATRIX

Lifescript, Inc.
c/o Michael J. Riechmann, Esq.
Gardener & Riechmann, Inc.
1806 Broadway, Suite A
Santa Ana, CA 92706

Internal Revenue Service
Attn: Neal Kakuske
300 N. Los Angeles St., Stop 5022
Los Angeles, CA 90012

Dawn Goddard and Nancy Yalley
c/o Alexander Gareeb, Esq.
Gareeb Law Group
5900 Canoga Avenue, Suite 250
Woodland Hills, CA 91367

Zackyulla "Zack" Malal
7835 Corbin Avenue
Winnetka, CA 91306

Build Rehabilitation Industries
Matthew Lynch, President
12432 Foothill Blvd.
Sylmar, CA 91342-6004

Johnson Tran
1114 N. Flores Street, #6
West Hollywood, CA 90069

David Davidian
Davidian & Associates, CPA's
200 N. Maryland Ave., Suite 300
Glendale, CA 91206

Jonathan Chiang
18621 Hillsboro Rd.
Northridge, CA 91326

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812

Rotem Fhima
7104 Corbin Ave.
Reseda, CA 91335

Web Apps LLC
c/o Mr. Mark Ellerbe
Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057

Mimonis
c/o Paul E. Paray, Esq.
Zimmerman Weiser & Paray LLP
226 St. Paul Street
Westfield, New Jersey 07090