Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., <br><br> Defendants. | Case No. 2:15-CV-4527-GW(PLAx) <br><br> NOTICE OF LODGING [PROPOSED] ORDER ESTABLISHING CLAIMS PRIORITY <br><br> DATE: December 3, 2015 <br> TIME: 10:30 a.m. <br> CRTM: 10 <br> JUDGE: HON. GEORGE WU |

**PLEASE TAKE NOTICE** that Charlene Koonce, the Receiver, hereby lodges the attached [Proposed] Order Establishing Claims Priority.

Dated: October ____, 2015.

_____

*/s/Charlene Koonce*
Charlene C. Koonce
*Receiver*
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

# CERTIFICATE OF SERVICE

The undersigned certifies that on October 28, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Tom Vidal /Michael Weiss<br>Nina Nahal Ameri<br>Abrams Garfinkel Margolis Bergson<br>5900 Wilshire Blvd Suite 2250<br>Los Angeles, CA 90036<br>*Local counsel for Receiver* | Robert L. Esensten<br>Randi R.Gefflner<br>Esensten Law<br>12100 Wilshire Boulevard, Suite 1660<br>Los Angeles, *CA* 90025<br>*Counsel for Doron Nottea and Motti Nottea* |
| Erik S Syverson<br>Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi* | Marc S. Harris<br>Annah S Kim<br>Scheper Kim & Harris, LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>*Counsel for Igor Latsanovski and Calenergy, Inc.* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Reid Tepfer<br>Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>*Counsel for the FTC* |

| | | |
|---|---|---|
| 1 | Raymond E McKown | Benjamin A Pettit |
|   | Federal Trade Commission | 20 East Pueblo Street |
| 2 | 10877 Wilshire Boulevard, Suite 700 | Santa Barbara, CA 93105 |
|   | Los Angeles, CA 90024 | *Counsel for Alon Nottea* |
| 3 | *Counsel for the FTC* | |

    In addition, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on Exhibit A of the Motion.

                                 */s/Charlene Koonce*
                                 Charlene C. Koonce