1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | **ORDER ESTABLISHING CLAIMS PRIORITY** |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | Hearing Date:  December 3, 2015<br>TIME:            10:30 A.M.<br>CRTM:          10<br>JUDGE:        HON. GEORGE WU |
| Defendants. | |

13

14

15

16

17

18

19     On this date the Court considered the Receiver's Motion for Authorization to

20   Establish Claims Priority.

21

1    The Court having considered the pleadings on file and the arguments of counsel

2    finds good cause to grant the Receiver's Motion to Establish Claims Priority.

3    NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

4    A.    Claims shall have priority in the following order: 1) any administrative

5    expense expressly and additionally approved by the Court; 2) consumer redress in an

6    amount to be determined by the Court with respect to any Final Judgment entered

7    against any Receivership Defendant, or any settlement between the FTC and any such

8    Receivership Defendant; 3) wage claims; and 4) taxes owed to any governmental

9    taxing authority.

10    B.    Any claim asserted by any Individual Defendant to receivership estate

11    assets is equitably subordinated to the claims of all other creditors.

12    C.    The claims priorities established by this Order shall not apply to assets

13    now held in the receivership estate that are ultimately determined not to be subject to

14    distribution, whether such assets may be determined not to have been the proceeds of a

15    common enterprise constituent or otherwise.

16    D.    This Order does not impair the rights or claims of any creditor to seek a

17    recovery from any Individual Defendant, or any person or entity not named as a

18    defendant in this lawsuit.

19    E.    The claims priority established by this Order is subject to further orders,

20    including but not limited to orders regarding distributions, etc.

21

1       Signed this ____ day of _____ 2015.

2

3                                 _____

                                  **GEORGE H. WU**

4                                   **UNITED STATES DISTRICT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER ESTABLISHING CLAIMS PRIORITY