# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV15-04527GW-PLA |
| v. | |
| Bunzai Media Group, Inc. et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Igor Latsanovski        ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Igor Latsanovski _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

▬▬▬▬▬▬▬▬▬▬
*Street Address*

Calabasas, CA ▬▬▬           igorlats818@gmail.com
*City, State, Zip*                              *E-Mail Address*

(818)390-4700                                    n/a
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of Marc S. Harris and Annah Kim, Scheper Kim & Harris LLP, 601 W. Fifth St.,
*List **all** attorneys from same firm or agency who are withdrawing.*
12 Floor, Los Angeles, CA 90071

is hereby    ☒ GRANTED    ☐ DENIED

Dated _____        _____
                                   U. S. District Judge/U.S. Magistrate Judge