1  JONATHAN E. NUECHTERLEIN
   General Counsel

2  DAMA J. BROWN
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)
9
   RAYMOND McKOWN
10 rmckown@ftc.gov
   California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4325 (voice)
12 (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

14 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15
16  **FEDERAL TRADE COMMISSION,**     Case No.  CV 15-4527-GW(PLAx)

17           Plaintiff,               **PLAINTIFF'S OPPOSITION TO REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL**
             v.

18  **BUNZAI MEDIA GROUP, INC.**,
    *et al.*
19           **Defendants.**

20

PLAINTIFF'S OPPOSITION TO REQUEST FOR
APPROVAL OF WITHDRAWAL OF COUNSEL
Page | 1

Without explanation, Counsel for Defendants Igor Latsanovski and CalEnergy, Inc. have requested to withdraw from this case.[1] The Court should deny Counsel's request, as it was made in violation of the local rules and would significantly delay this action.

I. **Argument**

A. ***Counsel failed to satisfy the local rules' requirements.***

Attorneys are normally expected to work through the completion of a case.[2] Reflecting this expectation, the local rules provide that "[a]n attorney may not withdraw as counsel except by leave of court. . . . The motion for leave to withdraw must be supported by good cause."[3] Counsel has failed to satisfy either requirement, submitting its request without leave and failing to provide this Court any justification at all.[4] The Court should deny Counsel's request on this basis alone.

B. ***Counsel's withdrawal will delay the proceedings.***

Counsel's request should further be denied because of the significant delay their withdrawal would cause. Counsel contends that Defendants will proceed *pro*

---

[1] Doc. No. 260.

[2] *See FTC v. Intellipay, Inc.*, 828 F. Supp. 33 (S.D. Tex. 1993).

[3] L.R. 83-2.3.2.

[4] *See* Doc. No. 260.

*se* in this complicated litigation as it enters discovery. But a corporation cannot appear in this Court, or any federal court, without counsel.[5] Further, English is not Defendant Latsanovski's first language. As his Counsel has acknowledged in the past, communication with him can be difficult given this language barrier. Given these difficulties, Counsel cannot realistically expect that Defendant Latsanovski will represent himself *pro se* in this matter.

II. **Conclusion**

Counsel's request to withdraw was made without good cause and would leave an individual defendant *pro se* and a corporate defendant unable to proceed in this action. The request should accordingly be denied.

Respectfully submitted,

Dated: 11/3/15

/s/ Reid Tepfer_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

---

[5] *See* L.R. 83-2.2.2; *Rowland v. California Men's Colony*, 506 U.S. 194, 201-2, 217 (1993); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 3, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and*
*Roi Rueveni*

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
*Counsel for Doron Nottea and*
*Motti Nottea*

| | |
|---|---|
| 1 | Marc S. Harris |
| | Scheper Kim & Harris, LLP |
| 2 | 601 W. Fifth Street, 12th Floor |
| | Los Angeles, CA 90071 |
| 3 | mharris@scheperkim.com |
| | *Counsel for Igor Latsanovski and* |
| 4 | *CalEnergy, Inc.f* |
| | |
| 5 | Annah Kim |
| | Scheper Kim & Harris, LLP |
| 6 | 601 W. Fifth Street, 12th Floor |
| | Los Angeles, CA 90071 |
| 7 | akim@scheperkim.com |
| | *Counsel for Igor Latsanovski and* |
| 8 | *CalEnergy, Inc.* |
| | |
| 9 | Charlene Cantrell Koonce |
| | Receiver |
| 10 | Scheef & Stone |
| | 500 N. Akard, Suite 2700 |
| 11 | Dallas, Texas 75201 |
| | charlene.koonce@solidcounsel.com |
| 12 | *Receiver* |
| | |
| 13 | Kelly M. Crawford |
| | Scheef and Stone |
| 14 | 500 N. Akard, Suite 2700 |
| | Dallas, Texas 75201 |
| 15 | kelly.crawford@solidcounsel.com |
| | *Counsel to Receiver* |
| 16 | |
| | Sagar Parikh |
| 17 | Beverly Hills Law Corp., PC |
| | 433 N. Camden Dr., 6th Floor |
| 18 | Beverly Hills, CA 90210 |
| | *Counsel for Secured Merchants LLC* |
| 19 | *and Chargeback Armor, Inc.* |
| | |
| 20 |                                         /S/ REID TEPFER |
| |                                          REID TEPFER |

PLAINTIFF'S OPPOSITION TO REQUEST FOR
APPROVAL OF WITHDRAWAL OF COUNSEL

Page | 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20