Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>     Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>**RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVE HEARING REGARDING SAME**<br><br>Hearing Date:  December 3, 2015<br>TIME:        10:30 A.M.[1]<br>CRTM:     10<br>JUDGE:    HON. GEORGE WU |

---

[1] If a hearing is necessary, the Receiver requests a 10:30 setting for this matter to eliminate the need for overnight travel expenses.

1

2

### NOTICE PURSUANT TO LOCAL RULE 66-7(b)

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS DOCUMENT WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.**

3

4

5

6

7

8

**IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

9

10

11

12

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

13

### NOTICE OF MOTION

14

15

TO THE HONORABLE JUDGE GEORGE WU, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES IN INTEREST:

16

17

PLEASE TAKE NOTICE that Charlene Koonce, the Receiver in the above-entitled action, moves the Court for authorization to pay previously approved fees.

18

19

20

PLEASE TAKE FURTHER NOTICE that this Motion is based upon this Notice of Motion and Motion; the pleadings, records and files of this case of which the Receiver requests the Court take judicial notice; and all other further pleadings, oral

21

1    and documentary evidence and arguments of counsel as may be presented by the

2    Receiver at or before the time of the hearing on the Motion.

3        PLEASE TAKE FURTHER NOTICE that a copy of this Notice of Motion and

4    Motion will be mailed by first class mail to all interested persons who do not receive

5    an ECF notice.

6        PLEASE TAKE FURTHER NOTICE that this Motion is made following the

7    conference of counsel pursuant to Local Rule 7-3. More specifically, on October 28,

8    2015 the Receiver conferred by email with all counsel regarding the specific relief

9    requested in this Motion, including a request to waive the hearing on the motion. No

10   parties stated any opposition to waiving the hearing, although Alon Nottea and Roi

11   Reuveni stated an objection to the request for authorization to pay the fees at issue.

12                                        */s/ Charlene Koonce*
                                         CHARLENE C. KOONCE

13

14

15

16

17

18

19

20

21

MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES

Charlene Koonce, the Court-appointed Receiver (the "Receiver"), moves the Court for authorization to pay previously approved fees and waive the hearing on this motion, and in support, respectfully shows the Court as follows:

## SUMMARY

On September 18, 2015, the Court approved all fees and expenses submitted in the Motion for Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses (the "Motion").[2] The Order approving the fees and expenses authorized payment of all expenses and 50% of the fees within seven days of the Order, and payment of 25% of the fees thirty days later.[3] These authorized payments were thus made on September 28, 2015 and October 19, 2015 respectively. The Order, however, made no reference to payment of the remaining 25% of approved fees, which totals $137,033.20 and the Receiver, accordingly requests permission to pay that amount.

The current balance of the receivership estate bank account is $496,529.49. As required by the Court, the Receiver is filing monthly reports[4] which demonstrate that fees have decreased dramatically since the end of August and will continue to decrease. Further, as stated in the Initial Report, the Receiver believes that all activities necessary to accomplish the mandate through resolution of the case can

---

[2] Docket No. 161. The Motion sought approval of fees and expenses incurred from inception of the case through July 31, 2015.
[3] Docket No. 211.
[4] *See*, Docket No. 239.

MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES

likely be completed for approximately $125,000-$175,000 above those fees already approved pursuant to the Order.[5]  Some of the work, however, can be accomplished most efficiently after final judgments are entered against the Receivership Defendants, and thus the Receiver may delay in seeking authority to accomplish certain tasks, such as dissolution of many of the entities, until final judgments or settlements are entered with respect to those entities.[6]

Further, to conserve estate assets, in the event no objection is filed by any creditor, the Receiver requests consideration of this motion without need for a hearing.

Finally, with the exception of approximately $3,000 in cash recovered from Doron Nottea's briefcase, all of the funds in the estate bank account are assets of Receivership Defendants.  In other words, none of the individual defendants have any interest in any of the assets from which the fees will be paid nor any standing to object to the requested authorization.  And, with the exception of CalEnergy, which raises no objection to this Motion, none of the individual defendants answered or defended on behalf of any of the Receivership Defendants they controlled- the entities whose assets are now receivership estate assets.  Moreover, neither Nottea nor Reuveni filed any objection to the Motion which sought approval of the fees the Receiver now requests

---

[5] This estimate includes the fees reported on October 16, 2015 incurred by the Receiver, her counsel and accountants, from August 1 – September 25, 2015, but not yet submitted for approval, which totaled $88,748.84. Fees incurred for October will be reported on or about November 16, 2015, but are estimated to be approximately $18,000.

[6] Within approximately 60 days, the Receiver will file a Status Report and Pay Petition, updating the court on the work that has been accomplished since August 1, 2015, providing a summary of what remains to be accomplished, and requesting approval of fees incurred during the period covered by the Status Report.

1  authorization to pay, and the objections that were raised by Latsanovski and Calenergy

2  were overruled.

3      Fees necessary to perform the mandate have dropped dramatically following the

4  initial frenzy necessary to accomplish the mandate of the TRO, and should generally

5  continue to decline as fewer activities remain.   No basis exists to delay payment of

6  these already approved fees, particularly based solely on an objection from individual

7  defendants who lack standing to challenge the requested payment.

8                          **PRAYER**

9      WHEREFORE, PREMISES CONSIDERED, the Receiver respectfully requests

10  authority to pay the remaining 25% of fees approved by the Court's September 18,

11  2015 Order, waiver of any hearing on this motion in the event no creditor objects, and

12  such other relief as she may show itself to be justly entitled.

13                  Respectfully submitted,

14

15      */s/Charlene Koonce*
       Charlene C. Koonce
16      ***Receiver***
       500 N. Akard Street, Suite 2700
17      Dallas, Texas 75201
       Telephone: 214-706-4200
18      Telecopier: 214-706-4242
       *Admitted Pro Hac Vice* (TX SBN 11672850)
19
       **SCHEEF & STONE, L.L.P.**
20

21

## CERTIFICATE OF CONFERENCE

The undersigned certifies that this motion is filed following the conference of counsel pursuant to L.R. 7.3, and that on October 28, 2015, via email, she conferred with all counsel regarding this motion.  Only Defendants Alon Nottea and Roi Reuveni objected to the requested authorization to pay the fees, but no party objected to consideration of the motion without a hearing.

*/s/Charlene Koonce*
Charlene C. Koonce

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Tom Vidal /Michael Weiss
Nina Nahal Ameri
Abrams Garfinkel Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
*Local counsel for Receiver*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, *CA* 90025
*Counsel for Doron Nottea and Motti Nottea*

Erik S Syverson
Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Marc S. Harris
Annah S Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
*Counsel for Igor Latsanovski and Calenergy, Inc.*

MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES

1

Robert M. Ungar                         Reid Tepfer

2

Crosswind Law                           Luis Gallegos
14724 Ventura Blvd Penthouse            Federal Trade Commission

3

Sherman Oaks, CA 91403                  1999 Bryan Street, Suite 2150
Counsel for Alon Nottea, Roi Rueveni    Dallas, TX  75201

4

and Adageo, LLC                         Counsel for the FTC

5

Raymond E McKown                        Benjamin A Pettit
Federal Trade Commission                20 East Pueblo Street

6

10877 Wilshire Boulevard, Suite 700     Santa Barbara, CA 93105
Los Angeles, CA 90024                   Counsel for Alon Nottea

7

Counsel for the FTC

8

   In addition, a true and correct copy of the foregoing was served by First Class
Mail upon the creditors listed on **Exhibit A**.

9

10

                         */s/  Charlene C. Koonce*
                         CHARLENE C. KOONCE

11

12

13

14

15

16

17

18

19

20

21

MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES