# **EXHIBIT A**

## CREDITORS MAILING MATRIX

Lifescript, Inc.
c/o Michael J. Riechmann, Esq.
Gardener & Riechmann, Inc.
1806 Broadway, Suite A
Santa Ana, CA 92706

Dawn Goddard and Nancy Yalley
c/o Alexander Gareeb, Esq.
Gareeb Law Group
5900 Canoga Avenue, Suite 250
Woodland Hills, CA 91367

Build Rehabilitation Industries
Matthew Lynch, President
12432 Foothill Blvd.
Sylmar, CA 91342-6004

David Davidian
Davidian & Associates, CPA's
200 N. Maryland Ave., Suite 300
Glendale, CA 91206

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812

Web Apps LLC
c/o Mr. Mark Ellerbe
Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057

Internal Revenue Service
Attn: Neal Kakuske
300 N. Los Angeles St., Stop 5022
Los Angeles, CA 90012

Zackyulla "Zack" Malal
7835 Corbin Avenue
Winnetka, CA 91306

Johnson Tran
1114 N. Flores Street, #6
West Hollywood, CA 90069

Jonathan Chiang
18621 Hillsboro Rd.
Northridge, CA 91326

Rotem Fhima
7104 Corbin Ave.
Reseda, CA 91335

Mimonis
c/o Paul E. Paray, Esq.
Zimmerman Weiser & Paray LLP
226 St. Paul Street
Westfield, New Jersey 07090