# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVING HEARING REGARDING SAME |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| Defendants. | Hearing Date: December 3, 2015<br>TIME:         10:30 A.M.<br>CRTM:        10<br>JUDGE:       HON. GEORGE WU |

1   HAVING CONSIDERED the Receiver's Motion for Authorization to Pay
2   Previously Approved Fees, and Waive Hearing Regarding Same (the "Motion"), all
3   supporting evidence, the Court finds the Motion is just and reasonable, and should be
4   and hereby is **GRANTED**.  Accordingly:

5   **IT IS ORDERED** that no hearing is necessary.

6   **IT IS FURTHER ORDERED** that the remaining 25% balance of fees
7   approved by the Court's September 18, 2015 Order be paid and the Receiver is
8   accordingly authorized to pay the following amounts from Receivership Estate assets:

- $21.664.74 to Scheef & Stone, LLP for the Receiver's fees;
- $55,943.10 to Scheef & Stone, LLP for the Receiver's primary counsel;
- $612.91 to Abrams Garfinkel Margolis Bergson, LLP for the Receiver's local counsel;
- $50,592.45 to Brandlin & Associates for the Receiver's accountants; and,
- $8,220.00 to Elluma Discovery for the Receiver's forensic computer consultants.

SO ORDERED.

DATED this _____ day of November 2015.

_____
UNITED STATES DISTRICT JUDGE