Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| Plaintiff, | NOTICE OF LODGING [PROPOSED] ORDER FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVE HEARING REGARDING SAME |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., | |
| Defendants. | DATE:   December 3, 2015<br>TIME:   10:30 a.m.<br>CRTM:   10<br>JUDGE:  HON. GEORGE WU |

1  **PLEASE TAKE NOTICE** that Charlene Koonce, the Receiver, hereby lodges

2  the attached [Proposed] order for authorization to pay previously approved fees and

3  waive hearing regarding the same.

4      Dated:  November 4, 2015.

5

6                            */s/Charlene Koonce*
                           Charlene C. Koonce

7                             ***Receiver***
                           500 N. Akard Street, Suite 2700

8                             Dallas, Texas 75201
                           Telephone: 214-706-4200

9                             Telecopier: 214-706-4242
                           *Admitted Pro Hac Vice* (TX SBN 11672850)

10                             **SCHEEF & STONE, L.L.P.**

11

12  **CERTIFICATE OF SERVICE**

13      The undersigned certifies that on November 4, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

14

15  Tom Vidal /Michael Weiss           Robert L. Esensten
Nina Nahal Ameri                     Randi R.Gefflner

16  Abrams Garfinkel Margolis Bergson    Esensten Law
5900 Wilshire Blvd Suite 2250           12100 Wilshire Boulevard, Suite 1660

17  Los Angeles, CA 90036                Los Angeles, *CA* 90025
*Local counsel for Receiver*             *Counsel for Doron Nottea and Motti Nottea*

18

19  Erik S Syverson                          Marc S. Harris
Scott M. Lesowitz                       Annah S Kim

20  Steven T. Gebelin                       Scheper Kim & Harris, LLP
Raines Feldman LLP                  601 W. Fifth Street, 12th Floor
9720 Wilshire Boulevard Fifth Floor   Los Angeles, CA 90071

21

Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

*Counsel for Igor Latsanovski and Calenergy, Inc.*

Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

    In addition, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on Exhibit A of the Motion.

                                                <u>/s/Charlene Koonce</u>
                                                Charlene C. Koonce