1
2
3
4
5
6
7
8
9

10 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| 13         Plaintiff, | [PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVING HEARING REGARDING SAME |
| 14      v. | |
| 15  BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| 16 | Hearing Date:  December 3, 2015 |
| 17         Defendants. | TIME:          10:30 A.M.<br>CRTM:          10 |
| 18 | JUDGE:         HON. GEORGE WU |

19
20
21

- 1 -
[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVE HEARING REGARDING SAME

1  HAVING CONSIDERED the Receiver's Motion for Authorization to Pay
2  Previously Approved Fees, and Waive Hearing Regarding Same (the "Motion"), all
3  supporting evidence, the Court finds the Motion is just and reasonable, and should be
4  and hereby is **GRANTED**.  Accordingly:

5  **IT IS ORDERED** that no hearing is necessary.

6  **IT IS FURTHER ORDERED** that the remaining 25% balance of fees
7  approved by the Court's September 18, 2015 Order be paid and the Receiver is
8  accordingly authorized to pay the following amounts from Receivership Estate assets:

9  • $21.664.74 to Scheef & Stone, LLP for the Receiver's fees;

10 • $55,943.10 to Scheef & Stone, LLP for the Receiver's primary counsel;

11 • $612.91 to Abrams Garfinkel Margolis Bergson, LLP for the Receiver's
12 local counsel;

13 • $50,592.45 to Brandlin & Associates for the Receiver's accountants; and,

14 • $8,220.00 to Elluma Discovery for the Receiver's forensic computer
15 consultants.

16 SO ORDERED.

17 DATED this _____ day of November 2015.

18

19  _____
    UNITED STATES DISTRICT JUDGE

20

21

- 2 -
[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY
APPROVED FEES, AND WAIVE HEARING REGARDING SAME