# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | | Date | November 2, 2015 |
|---|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | Sagar Parikh |
| Luis Gallegos - by telephone | |
| Charlene C. Koonce, Receiver - by telephone | |

PROCEEDINGS:    **CHARGEBACK ARMOR, INC.'S MOTION FOR AN ORDER
MODIFYING THE TEMPORARY RESTRAINING  ORDER AND
PRELIMINARY INJUNCTIONS AND THE RELEASE OF FROZEN
FUNDS [214]**

Court hears oral argument.  For reasons stated on the record, Chargeback Armor, Inc.'s Motion is
DENIED.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |