AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV 15-4527-GW(PLAx) |
| See Attached | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Reid Tepfer
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Phone: (214) 979-9395
Fax: (214) 953-3079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 5, 2015

*Signature of Clerk or Deputy Clerk*

JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, a California corporation, also doing business as AuraVie, Miracle Face Kit, and Attitude Cosmetics;<br><br>**PINNACLE LOGISTICS, INC.**, a California corporation; | Case No. 2:15-CV-04527-GW (PLAx)<br><br>**FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |

FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION
AND OTHER EQUITABLE RELIEF

Attachment (List of Defendants)

1. **DSA HOLDINGS, INC.**, a California corporation;
2. **LIFESTYLE MEDIA BRANDS, INC.**, a California corporation;
3. **AGOA HOLDINGS, INC.**, a California corporation;
4. **ZEN MOBILE MEDIA, INC.**, a California corporation;
5. **SAFEHAVEN VENTURES, INC.**, a California corporation;
6. **HERITAGE ALLIANCE GROUP, INC.**, a California corporation, also doing business as AuraVie Distribution;
7. **AMD FINANCIAL NETWORK, INC.**, a California corporation;
8. **SBM MANAGEMENT, INC.**; a California corporation;
9. **MEDIA URGE, INC.**, a California corporation;
10. **ADAGEO, LLC**, a California limited liability company;
11. **CALENERGY, INC.**, a California corporation;
12. **KAI MEDIA, INC.**, a California corporation;
13. **INSIGHT MEDIA, INC.**, a California corporation;
14. **FOCUS MEDIA SOLUTIONS, INC.**, a California Corporation
15. **SECURED COMMERCE, LLC**, a California limited liability company;

FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Page | 2

Attachment (List of Defendants)

| | |
|---|---|
| 1 | **SECURED MERCHANTS, LLC**, a California limited liability company; |
| 2 | |
| 3 | **USM PRODUCTS, INC.**, a California corporation; |
| 4 | **MERCHANT LEVERAGE GROUP, INC.**, a California corporation; |
| 5 | **DMA MEDIA HOLDINGS, INC.**, a California corporation; |
| 6 | |
| 7 | **SHALITA HOLDINGS, INC.**, a California corporation; |
| 8 | **ALL STAR BEAUTY PRODUCTS, INC.**, a California corporation; |
| 9 | **ALON NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 10 | |
| 11 | **MOTTI NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc.; |
| 12 | |
| 13 | **DORON NOTTEA**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 14 | |
| 15 | **IGOR LATSANOVSKI**, individually and as an officer or manager of BunZai Media Group, Inc, Pinnacle Logistics, Inc., and Zen Mobile Media, Inc.; |
| 16 | |
| 17 | **OZ MIZRAHI**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 18 | |
| 19 | **ROI REUVENI**, individually and as an officer or manager of BunZai Media Group, Inc. and Pinnacle Logistics, Inc.; |
| 20 | and |

FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION
AND OTHER EQUITABLE RELIEF

Page | 3

Attachment (List of Defendants)

| | |
|---|---|
| 1 | **KHRISTOPHER BOND**, also known as Ray Ibbot, individually and as an officer or manager of BunZai Media Group, Inc.; |
| 2 | |
| 3 | **ALAN ARGAMAN**, individually and as an officer or manager of Secured Commerce, LLC and Secured Merchants, LLC |
| 4 | |
| 5 | **PAUL MEDINA**, individually and as an officer or manager of Media Urge, Inc., Pinnacle Logistics, Inc., and Focus Media Solutions, Inc., and |
| 6 | |
| 7 | **Defendants, and** |
| 8 | **Chargeback Armor, Inc.**, a California corporation; |
| 9 | |
| 10 | **Relief Defendant.** |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1. The FTC brings this action under Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c), to obtain temporary, preliminary, and permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief for Defendants' acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), Section 4 of ROSCA, 15 U.S.C. § 8403, and Section 907(a) of EFTA, 15 U.S.C.

FIRST AMENDED COMPLAINT FOR PERMANENT INJUNCTION
AND OTHER EQUITABLE RELIEF

Page | 4

Attachment (List of Defendants)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: