AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Secured Merchants, LLC, a California limited liability company
was received by me on *(date)*  November 5, 2015   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Defendant Secured Merchants, LLC, authorized its attorney, Sagar Parikh, to accept service of process of the Summons and Amended Complaint. Mr. Parikh agreed to allow Plaintiff to serve him *via* FedEx. On Thursday, November 5, 2015, I sent a copy of the Summons and the FTC's Amended Complaint to Mr. Parikh via FedEx. This package was delivered by FedEx on Friday, November 6, 2015.

My fees are $  0.00   for travel and $  0.00   for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date:  November 6, 2015

*Server's signature*

Luis H. Gallegos, Attorney, Federal Trade Commission
*Printed name and title*

1999 Bryan Street, Suite 2150, Dallas, Texas 75201
*Server's address*

Additional information regarding attempted service, etc: