AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chargeback Armor, Inc., a California corporation__
was received by me on *(date)* __November 5, 2015__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Relief Defendant Chargeback Armor, Inc., authorized its attorney, Sagar Parikh, to accept service of process of the Summons and Amended Complaint. Mr. Parikh agreed to allow Plaintiff to serve him *via* FedEx. On Thursday, November 5, 2015, I sent a copy of the Summons and the FTC's Amended Complaint to Mr. Parikh via FedEx. This package was delivered by FedEx on Friday, November 6, 2015.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __November 6, 2015__

__/s/ Luis H. Gallegos__
*Server's signature*

__Luis H. Gallegos, Attorney, Federal Trade Commission__
*Printed name and title*

__1999 Bryan Street, Suite 2150, Dallas, Texas 75201__
*Server's address*

Additional information regarding attempted service, etc: