AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alan Argaman, individually and as an officer or manager of Secured Commerce, LLC and Secured Merchants, LLC

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Defendant Alan Argaman, authorized his attorney, Sagar Parikh, to accept service of process of the Summons and Amended Complaint. Mr. Parikh agreed to allow Plaintiff to serve him via FedEx. On Thursday, November 5, 2015, I sent a copy of the Summons and the FTC's Amended Complaint to Mr. Parikh *via* FedEx. This package was delivered by FedEx on Friday, November 6, 2015.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 6, 2015

*Server's signature*

Luis H. Gallegos, Attorney, Federal Trade Commission
*Printed name and title*

1999 Byran Street, Suite 2150, Dallas, Texas 75201
*Server's address*

Additional information regarding attempted service, etc: