UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | November 6, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS): COURT ORDER

The Court has received Counsel for Defendants Igor Latsanovski and Calenergy, Inc.'s Request for Approval of Substitution or Withdrawal of Counsel [260] and the FTC's Opposition [261]. The Court DENIES the request WITHOUT PREJUDICE and sets a status conference for November 16, 2015 at 8:30 a.m.

:

Initials of Preparer   JG