# Exhibit A

# Pamela Tanigawa

| | |
|---|---|
| **From:** | Tepfer, Reid A. [rtepfer@ftc.gov] |
| **Sent:** | Monday, November 02, 2015 2:36 PM |
| **To:** | Annah Kim |
| **Cc:** | Gallegos, Luis |
| **Subject:** | RE: FTC/Bunzai Media:  Notice Per L.R. 83-2.3 et seq -- Calenergy, Inc. and Igor Latsanovski |

Annah,

The FTC will oppose the motion on the basis that leaving the parties unrepresented could inhibit the progress of the lawsuit. *See FTC v. Intellipay, Inc.*, 828 F. Supp. 33 (S.D. Tex. 1993). Further, corporations must be represented in federal court. *Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989).

Thanks,
Reid

---

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Monday, November 02, 2015 12:10 PM
**To:** Tepfer, Reid A.; Gallegos, Luis; 'Robert Ungar'; Erik S. Syverson; mweiss@agmblaw.com; resensten@esenstenlaw.com; sp@beverlyhillslawcorp.com; slesowitz@raineslaw.com; sgebelin@raineslaw.com; 'Ben Pettit'
**Cc:** Marc S. Harris; Charlene Koonce
**Subject:** FTC/Bunzai Media: Notice Per L.R. 83-2.3 et seq -- Calenergy, Inc. and Igor Latsanovski

Counsel,

Please be advised that we intend to withdraw as counsel for Mr. Latsanovski and Calenergy.  Mr. Latsanovski intends to represent himself in this matter -- attached is a Request for Withdrawal form executed by Mr. Latsanovski, which contains his contact information, which we intend to file later this week.

We also intend to file a motion to withdraw as counsel to Calenergy, Inc.  Please advise us if you intend to oppose this motion.

Thank you for your courtesy in this matter.


**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

1