# Exhibit B

## Pamela Tanigawa

**From:** Charlene Koonce [charlene.koonce@solidcounsel.com]
**Sent:** Thursday, November 05, 2015 12:08 PM
**To:** Annah Kim
**Cc:** Tepfer, Reid A.; Gallegos, Luis; Marc S. Harris
**Subject:** RE: FTC/Bunzai Media:  Notice Per L.R. 83-2.3 et seq -- Calenergy, Inc.

Annah -  I have no authority to release any funds for Calenergy's legal bills (or any other bills), and would oppose a motion that I do so.  I do not plan on filing any response to your motion to withdraw but concur in the FTC's position as well as its reasoning on that issue.

**From:** Annah Kim [mailto:akim@scheperkim.com]
**Sent:** Thursday, November 05, 2015 2:04 PM
**To:** Charlene Koonce
**Cc:** Tepfer, Reid A.; Gallegos, Luis; Marc S. Harris
**Subject:** FTC/Bunzai Media: Notice Per L.R. 83-2.3 et seq -- Calenergy, Inc.

Charlene,

The FTC has indicated that it will oppose our motion to withdraw as counsel to Calenergy, Inc.  One of the grounds for this motion is that Mr. Latsanovski has not been able to pay Calenergy's legal bills.

Please advise us as to (1) whether the Receiver will release funds for the payment of Calenergy's legal bills in this matter and (2) whether the Receiver intends to oppose or consent to our motion to withdraw as Calenergy's counsel by the end of this week.

Thank you for your courtesy in this matter.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

**From:** Annah Kim
**Sent:** Monday, November 02, 2015 10:10 AM
**To:** 'Tepfer, Reid A.'; 'Gallegos, Luis'; 'Robert Ungar'; 'Erik S. Syverson'; 'mweiss@agmblaw.com'; 'resensten@esenstenlaw.com'; 'sp@beverlyhillslawcorp.com'; 'slesowitz@raineslaw.com'; 'sgebelin@raineslaw.com'; 'Ben Pettit'
**Cc:** Marc S. Harris; 'Charlene Koonce'
**Subject:** FTC/Bunzai Media: Notice Per L.R. 83-2.3 et seq -- Calenergy, Inc. and Igor Latsanovski

Counsel,

Please be advised that we intend to withdraw as counsel for Mr. Latsanovski and Calenergy.  Mr. Latsanovski intends to represent himself in this matter -- attached is a Request for Withdrawal form executed by Mr. Latsanovski, which contains his contact information, which we intend to file later this week.

We also intend to file a motion to withdraw as counsel to Calenergy, Inc.  Please advise us if you intend to oppose this motion.

Thank you for your courtesy in this matter.

**Annah S. Kim**
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
T (213) 613-4662 ● F (213) 613-4656
akim@scheperkim.com ● Vcard: link

2