# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>  Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL FOR DEFENDANTS CALENERGY, INC. AND IGOR LATSANOVSKI**<br><br>Date:  November 16, 2015<br>Time:  8:30 am<br>Ctrm:  10<br><br>*(Memorandum of Points and Authorities in Support of Request for Approval of Substitution or Withdrawal Of Counsel for Defendants Calenergy, Inc. and Igor Latsanovski and Declaration of Marc S. Harris Filed Concurrently)*<br><br>Complaint Filed: June 16, 2015 |

1  Marc S. Harris and Annah S. Kim of Scheper Kim & Harris LLP ("SKH") seek to withdraw as counsel for defendants Calenergy, Inc. and Igor Latsanovski pursuant to Local Rule 83-2.3 *et seq.* and Cal. R. Prof. Conduct 3-700.1(C)(1)(f) and 3-700(C)(5). This Court finds that there is good cause for this withdrawal, and that the granting of this request will not cause substantial prejudice or delay to any party.

**IT IS HEREBY ORDERED** that:

(1) SKH's Request for Approval of Substitution or Withdrawal Of Counsel for Defendants Calenergy, Inc. and Igor Latsanovski is GRANTED, and SKH is hereby terminated as their counsel in this proceeding.

Dated: _____     _____
                           The Honorable George Wu
                           Judge, United States District Court