# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | November 9, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Miranda Algorri | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone<br>Luis Gallegos - by telephone | Robert M. Ungar |

**PROCEEDINGS:**     **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [232]**

Court hears oral argument.  For reasons stated on the record, Plaintiff's Motion is DENIED.

:    20

Initials of Preparer    JG