ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO.  2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**OBJECTIONS OF DEFENDANTS ALON NOTTEA AND ROI REUVENI TO RECEIVER'S PROPOSED ORDER ESTABLISHING CLAIMS PRIORITY [Doc. #258-2]**<br><br>DATE: December 3, 2015<br>TIME:  10:30 A.M.<br>CTRM: 10 |

Defendants Alon Nottea and Roi Reuveni ("Defendants") hereby submit their objections to the Receiver's proposed Order Establishing Claims Priority [Doc. #258-2] on the following grounds:

1

OBJECTIONS TO RECEIVER'S PROPOSED ORDER ESTABLISHING CLAIMS PRIORITY

1. Defendants waive a hearing on the Receiver's Motion for an Order Establishing Claims Priority [Doc. #258] and submit these objections to the proposed order thereon [Doc. #258-2].

2. Establishing priorities at this juncture in the case, and in particular finding and concluding that:

> *B. Any claim asserted by any Individual Defendant to receivership estate assets is equitably subordinated to the claims of all other creditors*,

[Doc. #258-2; 2:10-11] is premature and lacks fundamental due process. The Receiver is seeking what amounts to an equitable subordination order akin to Bankrupty Code, 11 U.S.C. § 510, without Defendants having first been afforded a trial on the merits. Claim priorities, including claim subordination, should be established after the Court has heard the evidence and made findings of fact and conclusions of law --- usually in connection with an application for final distribution of estate assets.

Defendants respectfully request that the Court sustain their objections.

DATED: November 10, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni