UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER STRIKING AFFIRMATIVE DEFENSES AND JURY DEMAND** |

Considering the Second Amended Motion to Strike Defendants' Demand for Affirmative Defenses and Jury Demand ("Second Amended Motion to Strike") filed by Plaintiff Federal Trade Commission ("FTC") under Federal Rules of Civil Procedure 12(f), and considering the Answers (Dockets 244, 245, 249, 250, 251, 253, and 254) filed by Defendants Igor Latsanovski, and CalEnergy, Inc.;

Plaintiff's Second Amended Motion to Strike is **GRANTED**.

**IT IS HEREBY ORDERED** that the affirmative defenses asserted in each Defendants' Answer are stricken as immaterial and impertinent under Federal Rule of Civil Procedure 12(f). **IT IS FURTHER ORDERED** that the jury demands asserted in Defendants Oz Mizrahi, Roi Reuveni, and Alon Nottea's Answers are stricken.

**IT IS SO ORDERED.**

Dated: _____          _____
　　　　　　　　　　　　　　　　The Honorable George Wu
　　　　　　　　　　　　　　　　Judge, United States District Court