1  Michael J. Weiss (SBN 206473)
   **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
2  5900 Wilshire Blvd. Suite 2250
   Los Angeles, CA 90036
3  310-300-2900
   310-300-2901- Fax
4  Mweiss@agmblaw.com

5  Charlene Koonce (TX SBN 11672850)
   *Admitted Pro Hac Vice*
6  **SCHEEF & STONE, L.L.P.**
   500 N. Akard, Suite 2700
7  Dallas, Texas  75201
   214-706-4200
8  214-706-4242 - Fax
   Charlene.koonce@solidcounsel.com
   Receiver
9
                    **UNITED STATES DISTRICT COURT**
10                   **CENTRAL DISTRICT OF CALIFORNIA**

11
   FEDERAL TRADE COMMISSION,          Case No. 2:15-CV-4527-GW(PLAx)
12
           Plaintiff,
13
       v.                             RECEIVER'S REPORT REGARDING
14                                     FEES AND EXPENSES
   BUNZAI MEDIA GROUP, INC., a
15 California corporation, also doing
   business as AuraVie and Miracle Face
16 Kit, et al.,

17         Defendants.

18     As required by the September 18, 2015 Order, Docket No. 211, the Receiver

19 files this Report Regarding Fees and Expenses, and respectfully shows the Court:

20

21

1      During this reporting period, the following fees and expenses were incurred:

2

| | Fees | Expenses |
|---|---|---|
| Receiver | $8,410.00 | $0.00 |
| Scheef & Stone, LLP[1] | $6,423.00 | $224.62 |
| Abrams Garfinkel[2] | $1,286.00 | $0.00 |
| Brandlin & Associates[3] | $1,212.50 | $84.88 |
| Elluma Discovery[4] | $1,335.00 | $40.00 |
| **Total** | **$18,666.50** | **$349.50** |

6      The tasks which necessitated the fees incurred during the period included in this

7   report will be detailed in the Receiver's next motion seeking approval of fees and

8   expenses and authorization to pay those fees and expenses. These tasks include but are

9   not limited to drafting a motion for claims priority and extensive conferences with

10   certain defendants regarding same, establishing the value of office furniture and

11   computers and negotiating a sale regarding same and drafting a sales agreement,

12   searching certain computers for certain intellectual property claimed by a creditor, and

13   local counsel's work in preparing for and appearing at a show cause hearing regarding

14   dismissal of a creditor's lawsuit against SBM Management.

15      Fees for all accrued time not yet submitted to the court for approval total

16   $102,021,42.

---

[1] Scheef & Stone, LLP's usual billing cycle ends on the 25th of each month. Fees and expenses reported above thus do not include time for work in progress after October 26, 2015 since invoices for that time are not final.
[2] Abrams Garfinkel's invoice includes time from October 1, 2015 through October 31, 2015.
[3] Brandlin & Associates' invoice includes time from October 1, 2015 through October 31, 2015.
[4] Elluma Discovery's invoice includes time from October 1, 2015 through October 31, 2015.

1    Respectfully submitted,

2    */s/Charlene Koonce*
     Charlene C. Koonce

3    **Receiver**
     500 N. Akard Street, Suite 2700

4    Dallas, Texas 75201
     Telephone: 214-706-4200

5    Telecopier: 214-706-4242
     *Admitted Pro Hac Vice* (TX SBN 11672850)

6
     **SCHEEF & STONE, L.L.P.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

1

**<u>CERTIFICATE OF SERVICE</u>**

2

The undersigned certifies that on November 16, 2015 a true and correct copy of

3

the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

4

5

Erik S Syverson / Scott M. Lesowitz          Robert L. Esensten
Steven T. Gebelin                            Randi R.Gefflner

6

Raines Feldman LLP                           Esensten Law
9720 Wilshire Boulevard Fifth Floor          12100 Wilshire Boulevard, Suite 1660
Beverly Hills, CA 90212                       Los Angeles, *CA* 90025

7

*Counsel for Oz Mizrahi*                      *Counsel for Doron Nottea and Motti Nottea*

8

Robert M. Ungar                              Marc S. Harris
Crosswind Law                                Annah S Kim

9

14724 Ventura Blvd Penthouse                 Scheper Kim & Harris, LLP
Sherman Oaks, CA 91403                        601 W. Fifth Street, 12th Floor

10

*Counsel for Alon Nottea, Roi Rueveni*        Los Angeles, CA 90071
*and Adageo, LLC*                             *Counsel for Igor Latsanovski and*

11

*CalEnergy, Inc.*

12

Benjamin A. Pettit                           Reid Tepfer/ Luis Gallegos
20 East Pueblo Street                        Federal Trade Commission

13

Santa Barbara, CA 93105                       1999 Bryan Street, Suite 2150
*Counsel for Alon Nottea*                     Dallas, TX  75201

14

*Counsel for the FTC*

15

Raymond E McKown                             Sagar Parikh
Federal Trade Commission                     Beverly Hills Law Corp., PC

16

10877 Wilshire Boulevard, Suite 700          433 N. Camden Drive, 6th Floor
Los Angeles, CA 90024                         Beverly Hills, CA 90210

17

*Counsel for the FTC*                         *Counsel for Chargeback Armor, Inc. and*
*Secured Merchants, LLC*

18

19

*/s/  Charlene C. Koonce*
CHARLENE C. KOONCE

20

21

RECEIVER'S REPORT REGARDING FEES AND EXPENSES