UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | November 16, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Miranda Algorri | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | Robert M. Ungar - by telephone |
| Luis Gallegos - by telephone | Marc S. Harris |
| | Jeffrey S. Benice |

**PROCEEDINGS:** STATUS CONFERENCE RE WITHDRAWAL OF SCHEPER KIM & HARRIS AS COUNSEL OF RECORD FOR DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.

Newly-retained counsel Jeffrey S. Benice appears on behalf of Defendants Latsanovski and Calenergy, Inc. Mr. Benice will file a substitution of attorney forthwith.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |