JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>**NOTICE OF MOTION AND MOTION TO SERVE DEFENDANT AMD FINANCIAL NETWORK, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE**<br><br>Hearing Date:  December 17, 2015<br>Time: 8:30 A.M.<br>Courtroom:  10<br>Judge: HON. GEORGE WU |

PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

Pursuant to Local Rule 6-1, Plaintiff provides this Notice of Motion and Motion to Serve Defendant AMD Financial Network, Inc. through the California Secretary of State. Plaintiff's motion is scheduled to be heard on Thursday, December 17, 2015 at 8:30 am before the Honorable George Wu.

**Motion to Serve AMD Financial Through California Secretary of State**

The FTC has diligently attempted to serve AMD Financial Network, Inc., a Corporate Defendant controlled by the Individual Defendants. However, the corporate agent and figurehead of the company, Annsofie Algarp,[1] has evaded service. Accordingly, the FTC respectfully requests that the Court issue an order permitting substitute service upon this corporation through the California Secretary of State.

The Federal Rules permit service upon a domestic corporation by the law of the state where the district court is located.[2] California law provides permits

---

[1] *See* Ex. 24, at 2.

[2] FED. R. CIV. P. 4(h)(1)(A).

1

substitute service upon the secretary of state if service cannot be made upon the corporate agent despite diligent effort.[3]

The FTC made diligent efforts to serve AMD Financial to no avail. The FTC's process server attempted to serve Ms. Algarp five times at her residence.[4] Despite these efforts, service was not made, as the corporate agent, Ms. Algarp, refused to come to the door.[5] Instead, another occupant of the home answered the door and argued with the FTC's process server, stating that Ms. Algarp had no association with the company.[6] Further, the occupant threatened to call the police if the process server returned.[7]

Because the FTC has been unsuccessful in serving AMD Financial Network, Inc. despite these diligent efforts, the FTC respectfully requests that this Court issue an order authorizing substitute service upon this Corporate Defendant

---

[3] "If an agent for the purpose of service of process has resigned and has not been replaced or if the agent designated cannot with reasonable diligence be found at the address designated for personally delivering the process, or if no agent has been designated, and it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent . . . the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State . . . ." CAL. CORP. CODE §1702(d).

[4] *See generally* Ex. 25.

[5] *See id.* at 2.

[6] *See id.*

[7] *See id.*

2

1  through the California Secretary of State, pursuant to California law.

2                                Respectfully submitted,

3  Dated: 11/18/15                       /s/ REID TEPFER

4                                          REID TEPFER
   LUIS H. GALLEGOS
   Attorneys for the Plaintiff
   Federal Trade Commission
   1999 Bryan Street, Suite 2150
   Dallas, Texas 75201
   (214) 979-9395 (Tepfer)
   (214) 979-9383 (Gallegos)
   (214) 953-3079 (facsimile)
   rtepfer@ftc.gov
   lgallegos@ftc.gov

3

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2015, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com
*Local counsel for Receiver*

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and*
*Roi Rueveni*

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
*Counsel for Doron Nottea and Motti Nottea*

4

1 | Charlene Cantrell Koonce
Receiver
2 | Scheef & Stone
500 N. Akard, Suite 2700
3 | Dallas, Texas 75201
charlene.koonce@solidcounsel.com
4 | *Receiver*

5 | Kelly M. Crawford
Scheef and Stone
6 | 500 N. Akard, Suite 2700
Dallas, Texas 75201
7 | kelly.crawford@solidcounsel.com
*Counsel to Receiver*

8 |
Sagar Parikh
9 | Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
10 | Beverly Hills, California 90210
sp@beverlyhillslawcorp.com
11 | *Counsel for Secured Merchants LLC and Chargeback Armor, Inc.*

12 |

13 |                                           /S/ REID TEPFER
                                           REID TEPFER

14 |

15 |

16 |

17 |

18 |

19 |

20 |