# SIXTH DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1. My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission ("FTC"). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics. I have more than ten years' experience as an investigator and litigation consultant. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2. My duties, as a Federal Trade Investigator, include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and other laws and rules enforced by the Commission.

3. I assisted in the FTC's investigation of Bunzai Media Group, Inc. and related companies and individuals, including AMD Financial Network, Inc. ("AMD Financial"). During the FTC's investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same.

## SERVICE ON AMD FINANCIAL

4. Annsofie Algarp is identified as the CEO, Secretary, CFO, Director, and Agent for service of process on AMD Financial's annual Statement of Information filed on March 12, 2015 with the California Secretary of State . I attached a true and correct copy of the Articles of Incorporation and the two most recent annual Statements of Information to this declaration. These records provide the street address of the Agent for Service of Process in California as 9820 Owensmouth Ave., Unit 15, Chatsworth, CA 91311. I also obtained Ms. Algarp's last known residential address from law enforcement databases. The databases indicated a residential address in Woodland Hills, California. I provided this information to Omar Shammout, a process server at O.S.I. Litigation.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on November 17, 2015, at Dallas, Texas.

_____
**BRENT D. MCPEEK**

3454783

FILED
In the Office of the Secretary of State
of the State of California

MAR 29 2012

# ARTICLES OF INCORPORATION

## OF

## AMD FINANCIAL NETWORK, INC

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is:

### AMD FINANCIAL NETWORK, INC

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Annsofie Algarp, 9820 Owensmouth Avenue, Unit 15, Chatsworth, CA 91311.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 29th day of March, 2012.

_____
ANNSOFIE ALGARP, INCORPORATOR

EXHIBIT 24



I hereby certify that the foregoing transcript of _____ 1 _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

MAR 24 2015

Date: _____ *OAO*

*Alex Padilla*
ALEX PADILLA, Secretary of State

EXHIBIT 24



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**E-N57338**

**FILED**
In the office of the Secretary of State of the State of California

**Sep - 10 2012**

This Space For Filing Use Only

**1. CORPORATE NAME**
C3454783
AMD FINANCIAL NETWORK, INC

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH | CA | 91311 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH | CA | 91311 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | A  ALGARP | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH, CA | 91311 | |
| 6. SECRETARY | A  ALGARP | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH, CA | 91311 | |
| 7. CHIEF FINANCIAL OFFICER/ | A  ALGARP | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH  CA | 91311 | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8. NAME | A ALGARP | 9820 OWENSMOUTH AVE UNIT 15 | CHATSWORTH, CA | 91311 | |
| 9. NAME | | | | | |
| 10. NAME | | | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  2**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**
A ALGARP

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | 9820 OWENSMOUTH AVE UNIT 15   CHATSWORTH, CA 91311 | | | |

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
WHOLESALER

**15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.**

| 09/10/2012 | A ALGARP | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                                                                        APPROVED BY SECRETARY OF STATE

EXHIBIT 24

# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

F476147

**FILED**

In the office of the Secretary of State
of the State of California

**MAR-12 2015**

This Space for Filing Use Only

1. **CORPORATE NAME**
   AMD FINANCIAL NETWORK, INC

2. **CALIFORNIA CORPORATE NUMBER**
   C3454783

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | Description | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/12/2015 | A ALGARP | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)   APPROVED BY SECRETARY OF STATE

EXHIBIT 24



I hereby certify that the foregoing transcript of ___2___ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

MAR 24 2015

Date:_____

ALEX PADILLA, Secretary of State

EXHIBIT 24