# DECLARATION OF OMAR SHAMMOUT

## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Omar Shammout declares that:

1. My name Omar Shammout. I am over the age of 21 and competent to give this declaration. I am a Process Server for O.S.I. Litigation. I am a Los Angeles County registered process server with registration number 6359. My business address is 4570 Van Nuys Blvd. #233, Sherman Oaks, California 91403.

2. The Federal Trade Commission ("FTC") retained me to serve process on several entities, including AMD Financial Network, Inc. ("AMD Financial"). FTC Investigator Brent McPeek provided me with AMD Financial's Registered Agent's name and address information, as well as the officer and director information for service. This declaration describes my six attempts to serve Annsofie Algarp, who was identified to me as being the Registered Agent, CEO, Secretary, CFO, and Director of AMD Financial.

3. On June 18, 2015, at approximately 2:30 PM, I attempted to serve AMD Financial at the Registered Agent address at 9820 Owensmouth Avenue, Unit 15, Chatsworth, California 91311. The current tenant, described as a Caucasian female, approximately 40 years of age, 5'7", 140 pounds, with black hair, asked me to repeat the registered agent's name and company information

DECLARATION OF OMAR SHAMMOUT

EXHIBIT 25

twice. The tenant stated that neither AMD Financial nor Annsofie Algarp were known to her. I determined that AMD Financial is not currently using this address.

4. On June 18, 2015, at approximately 3:20 PM, I attempted to serve Annsofie Algarp at her residence in Woodland Hills, California. Her residence is a single-family residential, fenced and gated property, without a bell or intercom at the front gate. There was a white Dodge Ram pickup in the driveway without any identifiable license plates. The gate was unlocked so I entered the property. I spoke to the occupant, described as a Caucasian male, approximately 45 years of age, 6'2", 180 pounds, with brown hair and a very thick middle eastern or Israeli accent. He stated that Ms. Algarp was not currently in and asked me to try back later.

5. On June 18, 2015, at approximately 5:30 PM, I returned to the Woodland Hills address. The gate was locked and I noted the same Dodge truck in the driveway, as well as a gray BMW. I noted a sign on the front lawn advertising a contractor, with a phone number. I called the number and determined it was the same individual I spoke to when I was at the property earlier. I informed him I was outside the front gate and that I was there to see Ms. Algarp. The individual came outside, but refused to bring out Ms. Algarp to accept service. He became argumentative and claimed that Ms. Algarp has nothing to do with AMD Financial. He stated that he would call the police if anyone came back to his property. I then

1. informed him that the papers were from the Federal Trade Commission, but he still refused to cooperate.

6. I made three more unsuccessful attempts to serve Ms. Algarp at the Woodland Hills residence as follows:

    a. June 19, 2015, at 5:40 PM: No response, no access to the front door, and no activity. The white Dodge truck was in the driveway, but the previously noted BMW was not seen.

    b. June 20, 2015, at 5:55 PM: No response, no access to the front door, and no activity. The white Dodge truck was in the driveway, but the previously noted BMW was not seen.

    c. June 21, 2015, at 12:50 PM: No response, no access to the front door, and no activity. The white Dodge truck was in the driveway, but the previously noted BMW was not seen.

7. I reported the status of my attempts to serve Ms. Algarp to Investigator McPeek and he instructed me to cease my attempts to serve Ms. Algarp until I received further guidance from him or someone at the FTC.

1  I declare, under penalty of perjury, that the foregoing statement is true and correct.

2

3     Executed on November  17 , 2015, at  LOS ANGELES   , California.

4

5                                              _____
                                              **OMAR SHAMMOUT**

DECLARATION OF OMAR SHAMMOUT                                          Page | 4

EXHIBIT 25

1  I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on November  17 , 2015, at  LOS ANGELES   , California.

_____
**OMAR SHAMMOUT**

DECLARATION OF OMAR SHAMMOUT — Page | 4

EXHIBIT 25