Jeffrey S. Benice, Esq., State Bar Number 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street, Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600
Facsimile: (714) 641-3604
E-Mail: JSB@JeffreyBenice.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NUMBER: |
|---|---|
| V.                          PLAINTIFF(S) | CV 15-4527 GW (PLAx) |
| BUNZAI MEDIA GROUP INC., et al.,    DEFENDANT(S) | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Igor Latsanovsky for PRO SE Defendant CALENERGY, INC., a California corporation    CA Bar Number: N/A.

Address: 3420 Cordova Drive, Calabasas, CA 91302

Telephone Number: (818) 390-4700      Fax Number: _____

E-mail: _____

Counsel of record for the following party or parties: _____

Other members of the same firm or agency also seeking to withdraw: _____

SECTION II - NEW REPRESENTATION

No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

[X] The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Jeffrey S. Benice, Esq.   CA Bar Number: 81583

Firm or agency: Law Offices of Jeffrey S. Benice, A Professional Law Corporation

Address: 3080 Bristol Street, Sixth Floor, Suite 630, Costa Mesa, California 92626

Telephone Number: (714) 641-3600   Fax Number: (714) 641-3604
E-mail: JSB@JeffreyBenice.com

SECTION III SIGNATURES

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: November 19, 2015   Signature: X _____

Name: Igor Latsanovsky for PRO SE Defendant Calenergy, Inc.

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: November 19, 2015   Signature: _____

Name: Jeffrey S. Benice, Esq., State Bar Number 81583

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to *(check if applicable)*:

[X] substitution of counsel as specified above.

[ ] representing myself *pro se* in this case.

Date: November 19, 2015   Signature: X _____

Name: Igor Latsanovsky

Title: for Pro Se Defendant Calenergy, Inc.