


Jeffrey S. Benice, Esq., State Bar Number 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street, Sixth Floor, Suite 630
Costa Mesa, CA  92626
Telephone:  (714) 641-3600
Facsimile:  (714) 641-3604
E-Mail:  JSB@JeffreyBenice.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff(s)<br>  v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>        Defendant(s). | CASE NUMBER:<br><br>CV 15-4527 GW (PLAx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>CALENERGY, INC., a California corporation</u>  ☐ Plaintiff ☒ Defendant ☐ Other _____
   *Name of Party*

to substitute <u>Jeffrey S. Benice, Esq.</u> _____ who is

 ☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

<u>Jeffrey S. Benice, Esq., Law Offices of Jeffrey S. Benice, A Professional Law Corporation,</u>

<u>3080 Bristol Street, Sixth Floor, Suite 630</u>
        *Street Address*

<u>Costa Mesa, California  92626</u>       <u>JSB@JeffreyBenice.com</u>
  *City, State, Zip*             *E-Mail Address*

<u>(714) 641-3600</u>    <u>(714) 641-3604</u>    <u>81583</u>
 *Telephone Number*     *Fax Number*    *State Bar Number*

As attorney of record instead of  <u>PRO SE Defendant CALENERGY, INC., a California corporation</u>
           List **all** *attorneys from same firm or agency who are withdrawing*

_____
_____

**Is hereby**  ☐ GRANTED  ☐ DENIED

Dated _____       _____
                   U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (12/14)  (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY