Jeffrey S. Benice, Esq., State Bar Number 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street, Sixth Floor, Suite 630
Costa Mesa, CA  92626
Telephone:  (714) 641-3600
Facsimile:  (714) 641-3604
E-Mail:  JSB@JeffreyBenice.com

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff(s)<br>v.<br>BUNZAI MEDIA GROUP INC., et al.,<br>Defendant(s). | CASE NUMBER:<br>CV 15-4527 GW (PLAx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>IGOR LATSANOVSKY, individually</u>   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute <u>Jeffrey S. Benice, Esq.</u> who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>Jeffrey S. Benice, Esq., Law Offices of Jeffrey S. Benice, A Professional Law Corporation,</u>

<u>3080 Bristol Street, Sixth Floor, Suite 630</u>
*Street Address*

<u>Costa Mesa, California  92626</u>                                              <u>JSB@JeffreyBenice.com</u>
*City, State, Zip*                                                                                   *E-Mail Address*

<u>(714) 641-3600</u>                   <u>(714) 641-3604</u>                   <u>81583</u>
*Telephone Number*            *Fax Number*                      *State Bar Number*

As attorney of record instead of   <u>PRO SE Defendant IGOR LATSANOVSKI, individually</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**Is hereby**   ☐ GRANTED   ☐ DENIED

Dated _____                    _____
                                                                          U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (12/14)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY