**Beverly Hills Law Corp., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603
Email:        SP@BeverlyHillsLawCorp.com

Attorneys for Defendants Chargeback Armor, Inc.,
Secured Merchants, LLC, and Alan Argaman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.: **2:15-cv-04527-GW (PLAx)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (PURSUANT TO L.R. 8-3)**<br><br>Complaint served: November 6, 2015<br>Current response date: November 27, 2015<br>New response date: December 11, 2015 |

　　　　Defendants, CHARGEBACK ARMOR, INC., SECURED MERCHANTS, LLC, and ALAN ARGAMAN (hereinafter collectively referred to as "Defendants") and Plaintiff, FEDERAL TRADE COMMISSION (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 8-3, hereby stipulate

to a 14-day extension until December 11, 2015 for Defendants to respond to Plaintiff's Amended Complaint. In support of this Stipulation, the Parties hereby state the following:

1. On November 6, 2015 Plaintiff served the Amended Complaint upon Defendants.

2. Defendants' time to respond to the Complaint expires November 27, 2015.

3. The parties are engaged in settlement discussions regarding this matter and thus wish to extend the time for Defendants to respond, so they may continue to attempt to settle this matter informally without incurring unnecessary costs and fees.

4. This Stipulation is hereby submitted for the purposes of justice and judicial economy, and not for purposes of delay.

WHEREFORE, the Parties herby agree to extend the time for Defendant to respond to the Complaint up to and including December 11, 2015.

Dated: 11/20/2015        BEVERLY HILLS LAW CORP., PC

By: /S/ Sagar Parikh
Sagar Parikh, Esq.
Attorney for Defendants

Dated: November 20, 2015        FEDERAL TRADE COMMISSION

By: _/s/ Reid Tepfer_____
Reid Tepfer, Esq.
Attorney for Plaintiff

---

3
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (PURSUANT TO L.R. 8-3)