# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　　　　　　v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>CV 15-4527-GW(PLAx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__IGOR LATSANOVSKY__　☐ Plaintiff　✔ Defendant　☐ Other
*Name of Party*

to substitute　__Jeffrey S. Benice__　who is

　✔ Retained Counsel　☐ Counsel appointed by the Court (Criminal cases only)　☐ Pro Se

__3080 Bristol Street, Sixth Floor, Suite 630__
*Street Address*

__Costa Mesa, CA 92626__　　　　　　__jsb@jeffreybenice.com__
*City, State, Zip*　　　　　　　　　　　*E-Mail Address*

__714-641-3600__　　　__714-641-3604__　　　__81583__
*Telephone Number*　　*Fax Number*　　*State Bar Number*

as attorney of record instead of　__IGOR LATSANOVSKI, PRO SE__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**　　✔ **GRANTED**　　☐ **DENIED**

Dated: November 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U. S. District Judge