# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 15-4527-GW(PLAx) |
| v. | |
| BUNZAI MEDIA GROUP, INC., et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__CALENERGY, INC.__      ☐ Plaintiff   ✔ Defendant   ☐ Other _____
*Name of Party*

to substitute   Jeffrey S. Benice _____ who is

   ✔ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

3080 Bristol Street, Sixth Floor, Suite 630 _____
*Street Address*

Costa Mesa, CA 92626                              jsb@jeffreybenice.com
*City, State, Zip*                                      *E-Mail Address*

714-641-3600                    714-641-3604                    81583
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of ____CALENERGY, INC._____

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby**      ✔ **GRANTED**         ☐ **DENIED**

Dated: November 20, 2015

GEORGE H. WU, U. S. District Judge