JEFFREY S. BENICE, ESQ., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3604
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorney for Defendants
Igor Latsanovski and Calenergy, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | **CASE NO. CV 15-04527 GW (PLAx)** |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **DECEMBER 10, 2015 HEARING ON** |
| v. | ) | **FEDERAL TRADE COMMISSION'S** |
| | ) | **MOTION TO STRIKE AFFIRMATIVE** |
| BUNZAI MEDIA GROUP, INC., et al, | ) | **DEFENSES AND REQUEST FOR JURY** |
| | ) | **TRIAL TO JANUARY 11, 2016;** |
| Defendants. | ) | **[PROPOSED] ORDER THEREON** |
| | ) | |
| _____ | ) | _____ |

**Date:       January 11, 2016**
**Time:       8:30 a.m.**
**CTRM:      10**

**[Assigned for All Purposes to Honorable George Wu. Ctrm. 10]**

///
///
///
///
///
///

1

## **STIPULATION**

2       Plaintiff Federal Trade Commission ("Plaintiff") and Defendants Igor Latsanovsky, individually,

3   and Calenergy, Inc. ("Defendants") by and through their attorneys of record in this case, hereby stipulate

4   and agree that the hearing on Plaintiff's Motion to Strike Affirmative Defenses and Request for Jury

5   Trial, currently scheduled for December 10, 2015, at 8:30 a.m., before the Honorable George Wu,

6   Courtroom 10 of the above court, be continued to January 11, 2015.  The stipulated continuance is based

7   upon Defendants' counsel's recent retention in this matter.

8       IT IS SO STIPULATED

9   Dated:   November 23, 2015                     THE LAW OFFICE OF JEFFREY S. BENICE

10

11                                                 _____
                                                   Jeffrey S. Benice, Esq.
12                                                 Attorney for Defendants,
                                                   Igor Latsanovski and Calenergy, Inc.

13

14  Dated:  November _____, 2015                   _____
                                                   Reid Tepfer, Esq.
15                                                 Attorneys for Plaintiff Federal Trade
                                                   Commission
16

17                                  **O R D E R**

18       This Court, having duly considered the parties' stipulation set forth above, and good cause

19  appearing, hereby orders as follows: Plaintiff Federal Trade Commission's Motion to Strike Affirmative

20  Defenses and Request for Jury Trial is continued to January 11, 2016, at 8:30 a.m. in this Court.

21

22  DATED:                                         _____
                                                   Honorable George Wu
23

24

25

26

27

28

---