## STIPULATION

Plaintiff Federal Trade Commission ("Plaintiff") and Defendants Igor Latsanovsky, individually, and Calenergy, Inc. ("Defendants") by and through their attorneys of record in this case, hereby stipulate and agree that the hearing on Plaintiff's Motion to Strike Affirmative Defenses and Request for Jury Trial, currently scheduled for December 10, 2015, at 8:30 a.m., before the Honorable George Wu, Courtroom 10 of the above court, be continued to January 11, 2015. The stipulated continuance is based upon Defendants' counsel's recent retention in this matter.

IT IS SO STIPULATED

Dated: November 23, 2015

THE LAW OFFICE OF JEFFREY S. BENICE

_____
Jeffrey S. Benice, Esq.
Attorney for Defendants,
Igor Latsanovski and Calenergy, Inc.

Dated: November 24, 2015

_____
Reid Tepfer, Esq.
Attorneys for Plaintiff Federal Trade Commission

## O R D E R

This Court, having duly considered the parties' stipulation set forth above, and good cause appearing, hereby orders as follows: Plaintiff Federal Trade Commission's Motion to Strike Affirmative Defenses and Request for Jury Trial is continued to January 11, 2016, at 8:30 a.m. in this Court.

DATED: _____
Honorable George Wu

---

STIPULATION TO CONTINUE DECEMBER 10, 2015 HEARING
ON DEFENDANT'S MOTION TO STRIKE TO JANUARY 11, 2016
-2-

1 JEFFREY S. BENICE, ESQ., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
2 *A Professional Law Corporation*
3080 Bristol Street
3 Sixth Floor, Suite 630
Costa Mesa, California 92626
4 Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3604
5 Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com
6

7 Attorney for Defendants
Igor Latsanovski and Calenergy, Inc.
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, ) | STIPULATION TO CONTINUE DECEMBER 10, 2015 HEARING ON FEDERAL TRADE COMMISSION'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND REQUEST FOR JURY TRIAL TO JANUARY 11, 2016; [PROPOSED] ORDER THEREON |
| v. ) | |
| BUNZAI MEDIA GROUP, INC., et al, ) | |
| Defendants. ) | |

Date: January 11, 2016
Time: 8:30 a.m.
CTRM: 10

[Assigned for All Purposes to Honorable George Wu. Ctrm. 10]

///
///
///
///
///
///

---

STIPULATION TO CONTINUE DECEMBER 10, 2015 HEARING
ON DEFENDANT'S MOTION TO STRIKE TO JANUARY 11, 2016
-1-