1  **Beverly Hills Law Corp., PC**
   Sagar Parikh, Esq. (SBN 282655)
2  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
3  Telephone:   (310) 887-1338
   Facsimile:   (310) 982-2603
4  Email:        SP@BeverlyHillsLawCorp.com

5  Attorneys for Defendant Paul Medina

6                  UNITED STATES DISTRICT COURT

7      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

8  FEDERAL TRADE COMMISSION,          Case No.: **2:15-cv-04527-GW (PLAx)**

9              Plaintiff,              **STIPULATION TO EXTEND TIME TO
                                       RESPOND TO INITIAL COMPLAINT
10          vs.                        BY NOT MORE THAN 30 DAYS
                                       (PURSUANT TO L.R. 8-3)**
11 BUNZAI MEDIA GROUP, INC., et al.,

12              Defendants.            Complaint served: November 11, 2015
                                       Current response date: December 2, 2015
                                       New response date: December 16, 2015
13

14

15

16      Defendant PAUL MEDINA (hereinafter referred to as "Defendant") and

17 Plaintiff, FEDERAL TRADE COMMISSION (hereinafter referred to as

18 "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6 of the

19 Federal Rules of Civil Procedure and Local Rule 8-3, hereby stipulate to a 14-day

20 extension until December 16, 2015 for Defendant to respond to Plaintiff's

21
                                          1
       STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30
                          DAYS (PURSUANT TO L.R. 8-3)

Amended Complaint.   In support of this Stipulation, the Parties hereby state the following:

   1.   On November 11, 2015 Plaintiff served the Amended Complaint upon Defendant.

   2.   Defendant's time to respond to the Complaint expires December 2, 2015.

   3.   The parties are engaged in settlement discussions regarding this matter and thus wish to extend the time for Defendants to respond, so they may continue to attempt to settle this matter informally without incurring unnecessary costs and fees.

   4.   This Stipulation is hereby submitted for the purposes of justice and judicial economy, and not for purposes of delay.

   WHEREFORE, the Parties herby agree to extend the time for Defendant to respond to the Complaint up to and including December 16, 2015.

Dated: 11/24/2015          BEVERLY HILLS LAW CORP., PC


By:   _____/s/ Sagar Parikh_____
        Sagar Parikh, Esq.
        Attorney for Defendant


Dated:  11/24/2015          FEDERAL TRADE COMMISSION

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30
DAYS (PURSUANT TO L.R. 8-3)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

By:    _/s/ Reid Tepfer_
                  Reid Tepfer, Esq.
                  Attorney for Plaintiff

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (PURSUANT TO L.R. 8-3)