# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>                            Plaintiff,<br><br>     vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>                            Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**ORDER TO CONTINUE**<br><br>_____<br><br>Date:    **January 11, 2016**<br>Time:    **8:30 A.M.**<br>Dept.:    **10**<br><br>_____<br><br>**[Assigned For All Purposes To Honorable George Wu, Courtroom 10]** |

## ORDER TO CONTINUE

This Court, having duly considered the parties' stipulation set forth, and good cause appearing, hereby orders as follows:  Plaintiff Federal Trade Commission's Motion to Strike Affirmative Defenses and Request for Jury Trial [274] is continued to January 11, 2016, at 8:30 a.m. in this Court.

DATED: December 1, 2015

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER FOR MOTION TO STAY PROCEEDINGS