UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | December 3, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | None Present |
| Luis Gallegos | |
| Charlene C. Koonce, Receiver | |

**PROCEEDINGS:** RECEIVER'S MOTION TO ESTABLISH CLAIMS PRIORITY [258];

RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVE HEARING REGARDING SAME [262]

Court and counsel confer. For reasons stated on the record, the Receiver's Motions are GRANTED. Court to issue orders.

Additionally, the Court will authorize the sale of furniture and computers. The Receiver will file a proposed order forthwith.

|  | : | 30 |
|---|---|---|
| | Initials of Preparer | JG |