1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY APPROVED FEES, AND WAIVING HEARING REGARDING SAME |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | Hearing Date: December 3, 2015<br>TIME: 10:30 A.M.<br>CRTM: 10<br>JUDGE: HON. GEORGE WU |
| Defendants. | |

1    HAVING CONSIDERED the Receiver's Motion for Authorization to Pay

2  Previously Approved Fees, and Waive Hearing Regarding Same (the "Motion"), all

3  supporting evidence, the Court finds the Motion is just and reasonable, and should be

4  and hereby is **GRANTED**.  Accordingly:

5    **IT IS ORDERED** that no hearing is necessary.

6    **IT IS FURTHER ORDERED** that the remaining 25% balance of fees

7  approved by the Court's September 18, 2015 Order be paid and the Receiver is

8  accordingly authorized to pay the following amounts from Receivership Estate assets:

9    • $21.664.74 to Scheef & Stone, LLP for the Receiver's fees;

10    • $55,943.10 to Scheef & Stone, LLP for the Receiver's primary counsel;

11    • $612.91 to Abrams Garfinkel Margolis Bergson, LLP for the Receiver's

12  local counsel;

13    • $50,592.45 to Brandlin & Associates for the Receiver's accountants; and,

14    • $8,220.00 to Elluma Discovery for the Receiver's forensic computer

15  consultants.

16    SO ORDERED.

17    DATED this 3rd day of December 2015.

18    _____

19    GEORGE H. WU, U.S. DISTRICT JUDGE

20

21

[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO PAY PREVIOUSLY
APPROVED FEES, AND WAIVE HEARING REGARDING SAME