Reid Tepfer
Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission | CASE NUMBER: |
| | CV 15-4527-GW(PLAx) |
| Plaintiff(s) | |
| v. | |
| BunZai Media Group, Inc., et al. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____ Diane Faber _____ may serve as the Panel Mediator in the above-captioned case.  Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated:  12/8/15 _____     /s/ Reid Tepfer _____

Attorney For Plaintiff   FTC _____

Dated: _____     _____

Attorney For Plaintiff   _____

Dated:  12/8/15 _____     /s/ Jeffrey Benice _____

Attorney For Defendant   Igor Latsanovski; CalEnergy, Inc. _____

Dated:  12/8/15 _____     /s/ Robert Ungar _____

Attorney For Defendant   Alon Nottea; Roi Reuveni _____

Continued on next page.
Attorney for Plaintiff to electronically file original document.

DATED: 12/8/15        /s/ Erik Syverson

Attorney for Oz Mizrahi


DATED: 12/8/15        /s/ Robert Esensten

Attorney for Doron Nottea and Motti Nottea


DATED: 12/8/15        /s/ Sagar Parikh

Attorney for Chargeback Armor, Inc.; Paul
Medina; Alan Argaman

DATED: 12/8/15                    /s/ Erik Syverson

                                  Attorney for Oz Mizrahi


DATED: 12/8/15                    /s/ Robert Esensten

                                  Attorney for Doron Nottea and Motti Nottea


DATED: 12/8/15                    /s/ Sagar Parikh

                                  Attorney for Chargeback Armor, Inc.; Paul
                                  Medina; Alan Argaman; Secured Merchants
                                  LLC