**Beverly Hills Law Corp., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone: (310) 887-1338
Facsimile: (310) 982-2603
Email: SP@BeverlyHillsLawCorp.com

Attorneys for Defendant Paul Medina

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| FEDERAL TRADE COMMISSION, | Case No.: **2:15-cv-04527-GW (PLAx)** |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (PURSUANT TO L.R. 8-3)** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | Complaint served: November 11, 2015 |
| Defendants. | Current response date: December 16, 2015<br>New response date: December 31, 2015 |

Defendant PAUL MEDINA (hereinafter referred to as "Defendant") and Plaintiff, FEDERAL TRADE COMMISSION (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 8-3, hereby stipulate to a 15-day extension until December 31, 2015 for Defendant to respond to Plaintiff's

Amended Complaint. In support of this Stipulation, the Parties hereby state the following:

1. On November 11, 2015 Plaintiff served the Amended Complaint upon Defendant.

2. On November 24, 2015 Defendant's time to respond to the Complaint was extended to December 16, 2015.

3. The parties are still engaged in settlement discussions regarding this matter and thus wish to extend the time for Defendant to respond, so he may continue to attempt to settle this matter informally without incurring unnecessary costs and fees.

4. This Stipulation is hereby submitted for the purposes of justice and judicial economy, and not for purposes of delay.

WHEREFORE, the Parties herby agree to extend the time for Defendant to respond to the Complaint up to and including December 31, 2015.

Dated: 12/9/2015     BEVERLY HILLS LAW CORP., PC


By: _____/s/ Sagar Parikh_____
    Sagar Parikh, Esq.
    Attorney for Defendant

Dated: 12/9/2015          FEDERAL TRADE COMMISSION

By: ___/s/ Reid Tepfer_____
Reid Tepfer, Esq.
Attorney for Plaintiff