1

**Beverly Hills Law Corp., PC**
Sagar Parikh, Esq. (SBN 282655)

2

433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210

3

Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603

4

Email:       SP@BeverlyHillsLawCorp.com

5

Attorneys for Defendants SECURED MERCHANTS, LLC
PAUL MEDINA, ALAN ARGAMAN,

6

AND CHARGEBACK ARMOR, INC.

7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

9

FEDERAL TRADE COMMISSION,

Case No.: 2:15-CV-04527-GW (PLAx)

10

Plaintiff,

**ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT**

11

vs.

12

BUNZAI MEDIA GROUP, INC., et al.,

13

Defendants.
_____

14

SECURED MERCHANTS, LLC,

15

CHARGEBACK ARMOR, INC. AND
ALAN ARGAMAN,

16

Cross-Claimants

17

v.

18

ALON NOTTEA, an individual,

19

Cross-Defendant

20

21

1    COMES NOW Defendant, ALAN ARGAMAN ("Defendant") and submits

2    his answer to Plaintiff FEDERAL TRADE COMMISSION'S First Amended

3    Complaint ("FAC") for itself only, hereby admitting, denying, and alleging as

4    follows:

5         1.    In answer to Paragraph 1 of the FAC, Defendant admits that The FTC

6    brings this action under Sections 13(b) and 19 of the Federal Trade Commission

7    Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, Section 5 of the Restore Online

8    Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of

9    the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § l693o(c).  The remaining

10   allegations are denied.

11        2.    In answer to Paragraph 2 of the FAC, Defendant denies each and

12   every allegation set forth therein.

13        3.    In answer to Paragraph 3 of the FAC, Defendant denies each and

14   every allegation set forth therein.

15        4.    In answer to Paragraph 4 of the FAC, Defendant admits the

16   allegations.

17        5.    In answer to Paragraph 5 of the FAC, Defendant admits the

18   allegations.

19        6.    In answer to Paragraph 6 of the FAC, Defendant admits the

20   allegations.

21

7.     In answer to Paragraph 7 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

8.     In answer to Paragraph 8 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

9.     In answer to Paragraph 9 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

10.     In answer to Paragraph 10 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

11.     In answer to Paragraph 11 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

12.     In answer to Paragraph 12 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

13.    In answer to Paragraph 13 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

14.    In answer to Paragraph 14 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

15.    In answer to Paragraph 15 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

16.    In answer to Paragraph 16 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

17.    In answer to Paragraph 17 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

18.    In answer to Paragraph 18 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

19.   In answer to Paragraph 19 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

20.   In answer to Paragraph 20 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

21.   In answer to Paragraph 21 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

22.   In answer to Paragraph 22 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

23.   In answer to Paragraph 23 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

24.   In answer to Paragraph 24 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

25.     In answer to Paragraph 25 of the FAC, Defendant admits that Secured Commerce, LLC was a California limited liability company.    Defendant denies each and every remaining allegation.

26.     In answer to Paragraph 26 of the FAC, Defendant admits that Secured Merchants, LLC is a California limited liability company with its principal place of business at the Reseda Office.    Defendant denies each and every remaining allegation.

27.     In answer to Paragraph 27 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

28.     In answer to Paragraph 28 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

29.     In answer to Paragraph 29 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

30.     In answer to Paragraph 30 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies  each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

1      31.    In answer to Paragraph 31 of the FAC, Defendant is without

2  information or belief sufficient to respond thereto and, based on such lack of

3  information and belief, denies each and every allegation set forth therein.

4      32.    In answer to Paragraph 32 of the FAC, Defendant is without

5  information or belief sufficient to respond thereto and, based on such lack of

6  information and belief, denies each and every allegation set forth therein.

7      33.    In answer to Paragraph 33 of the FAC, Defendant is without

8  information or belief sufficient to respond thereto and, based on such lack of

9  information and belief, denies each and every allegation set forth therein.

10     34.    In answer to Paragraph 34 of the FAC, Defendant is without

11  information or belief sufficient to respond thereto and, based on such lack of

12  information and belief, denies each and every allegation set forth therein.

13     35.    In answer to Paragraph 35 of the FAC, Defendant is without

14  information or belief sufficient to respond thereto and, based on such lack of

15  information and belief, denies each and every allegation set forth therein.

16     36.    In answer to Paragraph 36 of the FAC, Defendant is without

17  information or belief sufficient to respond thereto and, based on such lack of

18  information and belief, denies each and every allegation set forth therein.

19

20

21

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

37.   In answer to Paragraph 37 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

38.   In answer to Paragraph 38 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

39.   In answer to Paragraph 39 of the FAC, Defendant admits that he resides in this district and that he is the owner of Secured Merchants, LLC and was an owner of Secured Commerce, LLC.   Defendant denies each and every remaining allegation.

40.   In answer to Paragraph 40 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

41.   In answer to Paragraph 41 of the FAC, Defendant admits that it is a California corporation.  Defendant denies the other remaining allegations.

42.   In answer to Paragraph 42 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

43.     In answer to Paragraph 43 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

44.     In answer to Paragraph 44 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

45.     In answer to Paragraph 45 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

46.     In answer to Paragraph 46 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

47.     In answer to Paragraph 47 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

48.     In answer to Paragraph 48 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

49.     In answer to Paragraph 49 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

50.     In answer to Paragraph 50 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

51.     In answer to Paragraph 51 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

52.     In answer to Paragraph 52 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

53.     In answer to Paragraph 53 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

54.     In answer to Paragraph 54 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

55.     In answer to Paragraph 55 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

56.     In answer to Paragraph 56 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

57.     In answer to Paragraph 57 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

58.     In answer to Paragraph 58 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

59.     In answer to Paragraph 59 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

60.     In answer to Paragraph 60 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

61.     In answer to Paragraph 61 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

62.     In answer to Paragraph 62 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

63.     In answer to Paragraph 63 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

64.     In answer to Paragraph 64 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

65.     In answer to Paragraph 65 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

66.     In answer to Paragraph 66 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

67.   In answer to Paragraph 67 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

68.   In answer to Paragraph 68 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

69.   In answer to Paragraph 69 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

## ANSWER TO COUNT I.

70.   In answer to Paragraph 70 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

71.   In answer to Paragraph 71 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

72.   In answer to Paragraph 72 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

//

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

1

## ANSWER TO COUNT II.

2       73.    In answer to Paragraph 73 of the FAC, Defendant is without

3   information or belief sufficient to respond thereto and, based on such lack of

4   information and belief, denies each and every allegation set forth therein.

5       74.    In answer to Paragraph 74 of the FAC, Defendant is without

6   information or belief sufficient to respond thereto and, based on such lack of

7   information and belief, denies each and every allegation set forth therein.

8       75.    In answer to Paragraph 75 of the FAC, Defendant is without

9   information or belief sufficient to respond thereto and, based on such lack of

10  information and belief, denies each and every allegation set forth therein.

11

## ANSWER TO COUNT III.

12      76.    In answer to Paragraph 76 of the FAC, Defendant is without

13  information or belief sufficient to respond thereto and, based on such lack of

14  information and belief, denies each and every allegation set forth therein.

15      77.    In answer to Paragraph 77 of the FAC, Defendant is without

16  information or belief sufficient to respond thereto and, based on such lack of

17  information and belief, denies each and every allegation set forth therein.

18      78.    In answer to Paragraph 78 of the FAC, Defendant is without

19  information or belief sufficient to respond thereto and, based on such lack of

20  information and belief, denies each and every allegation set forth therein.

21

1

## ANSWER TO COUNT IV.

2    79.    In answer to Paragraph 79 of the FAC, Defendant is without

3    information or belief sufficient to respond thereto and, based on such lack of

4    information and belief, denies each and every allegation set forth therein.

5    80.    In answer to Paragraph 80 of the FAC, Defendant is without

6    information or belief sufficient to respond thereto and, based on such lack of

7    information and belief, denies each and every allegation set forth therein.

8    81.    In answer to Paragraph 81 of the FAC, Defendant is without

9    information or belief sufficient to respond thereto and, based on such lack of

10   information and belief, denies each and every allegation set forth therein.

11   82.    In answer to Paragraph 82 of the FAC, Defendant is without

12   information or belief sufficient to respond thereto and, based on such lack of

13   information and belief, denies each and every allegation set forth therein.

14   83.    In answer to Paragraph 83 of the FAC, Defendant is without

15   information or belief sufficient to respond thereto and, based on such lack of

16   information and belief, denies each and every allegation set forth therein.

17   84.    In answer to Paragraph 84 of the FAC, Defendant is without

18   information or belief sufficient to respond thereto and, based on such lack of

19   information and belief, denies each and every allegation set forth therein.

20

21

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

85.     In answer to Paragraph 85 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

86.     In answer to Paragraph 86 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

**ANSWER TO COUNT V.**

87.     In answer to Paragraph 87 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

88.     In answer to Paragraph 88 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

89.     In answer to Paragraph 89 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

90.     In answer to Paragraph 90 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT

91.     In answer to Paragraph 91 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

92.     In answer to Paragraph 92 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

## ANSWER TO COUNT VI.

93.     In answer to Paragraph 93 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

94.     In answer to Paragraph 94 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

95.     In answer to Paragraph 95 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

96.     In answer to Paragraph 96 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

//

## ANSWER TO COUNT VII.

97.    In answer to Paragraph 97 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

98.    In answer to Paragraph 98 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

99.    In answer to Paragraph 99 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

100.    In answer to Paragraph 100 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

101.    In answer to Paragraph 101 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

102.    In answer to Paragraph 102 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

//

**PLAINTIFF'S PRAYER FOR RELIEF**

Defendant denies that Plaintiff is entitled to any relief from Defendant in this matter.

**AFFIRMATIVE DEFENSES**

103.  For a first, separate and distinct affirmative defense, Defendant alleges that the FAC and each and every cause of action on file herein fails to allege facts sufficient to state a cause of action against this answering Defendant.

104.  For a second, separate and distinct affirmative defense, if consumers referenced in the FAC were damaged at all, their damages, if any, were caused solely, directly, and proximately by the acts or omissions of third parties, not by any acts or omissions by Defendant, its agents, or employees.

105.  For a third, separate and distinct affirmative defense, consumers consented to receive and pay for any services provided by other Defendants.

106.  For a fourth, separate and distinct affirmative defense, there was no proximate cause between any of the damages suffered by the consumers referenced in the FAC and any of the actions of this answering Defendant.

107.  For a fifth, separate and distinct affirmative defense, Defendant's conduct done in connection with any conduct alleged by Plaintiff did not injure, harm, or damage consumers and thus no recovery can be obtained from Defendant.

108.   For a sixth, separate and distinct affirmative defense, Any losses sustained by the FTC and/or the consumers it purports to represent were caused by the acts or omissions of third parties over whom Defendant had no control or right to control.

109.   For a seventh, separate and distinct affirmative defense, this answering Defendant is informed, believes, and thereon alleges that consumers represented by the FTC knowingly and voluntarily, and possibly unreasonably, exposed themselves to any claimed losses with knowledge or appreciation of the risk involved.

110.   For an eighth, separate and distinct affirmative defense, Defendant alleges that the prosecution of this action and maintenance of it against Defendant violates Federal Rule of Civil Procedure 11.

## **PRAYER FOR JUDGMENT**

WHEREFORE, Defendant prays for relief as follows:

1.  That the FAC be dismissed with prejudice;

2.   That Plaintiff take nothing by reason of its FAC and the claims for relief asserted therein;

3.  That Defendant recover its costs incurred in defense of this action;

4. That Defendant recover its attorneys' fees incurred in the defense of this action pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and any other applicable legal authority; and

5. That Defendant be granted such other and further relief as the Court deems proper.

## DEFENDANT'S CROSS-CLAIM AGAINST ALON NOTTEA

COMES NOW, Defendant Alan Argaman ("Cross-Claimant") and asserts its Cross-Claim against Alon Nottea ("Cross-Defendant").

1. Cross-Claimant is an individual residing in the County of Los Angeles, State of California.

2. Upon information and belief, Cross-Defendant is an individual who at all relevant times herein has resided in the County of Los Angeles, State of California.

## FIRST CAUSE OF ACTION FOR INDEMNITY AGAINST CROSS-DEFENDANT

3. Cross-Claimant fully incorporates all of the foregoing paragraphs by reference as though fully set forth herein.

4. On October 9, 2015, the FTC filed its First Amended Complaint ("FAC") against Defendant, amongst other parties.

5. Cross-Claimant is incurring and has incurred attorney's fees, court costs, investigative costs and other costs in connection with defending said FAC, the exact amount of which is unknown at this time. When the same has been ascertained, Cross-Claimant will seek leave of Court to amend this Cross-Claim to set forth the true nature and amount of said costs and expenses.

6. If Cross-Claimant is held liable and responsible to Plaintiff for damages as alleged in the FAC, it will be solely due to the conduct of Cross-Defendant, as herein alleged. Therefore, Cross-Claimant is entitled to be indemnified by Cross-Defendant should such liability arise.

7. If Cross-Claimant is held liable or responsible to the Plaintiff for damages, said liability will be vicarious only and said liability will be the direct and proximate result of the active and affirmative conduct on the part of Cross-Defendant

8. Cross-Claimant is entitled to complete indemnification by said Cross-Defendant for any sum or sums for which may be adjudicated liable to Plaintiff, with costs of defense, costs of suit, and reasonable attorney's fees incurred therefrom.

//

//

//

## SECOND CAUSE OF ACTION FOR CONTRIBUTION AGAINST CROSS-DEFENDANT

9.    Cross-Claimant fully incorporates all of the foregoing paragraphs by reference as though fully set forth herein.

10.    Cross-Claimant contends that it is in no way legally responsible for the damages alleged in the FAC.

11.    However, if as a result of the matters alleged in the FAC, Cross-Claimant is held liable for all or any part of Plaintiff's alleged damages, Cross-Defendant, to the extent that his fault is determined by the Court, is obligated to fully reimburse and is liable to Cross-Claimant for all or any liability so assessed by way of contribution, and Cross-Claimant accordingly asserts herein such right to contribution.

## PRAYER FOR JUDGMENT

WHEREFORE, Cross-Claimant prays for relief against Cross-Defendant as follows:

1.  That Cross-Claimant be fully indemnified by Cross-Defendant for any of the allegations of the FAC.

2.  That Cross-Claimant be fully indemnified by Cross-Defendant for any damages that Cross-Claimant may become obligated to Plaintiff for by virtue of the FAC.

1
    3. That in the event Cross-Claimant is found liable to Plaintiff for any

2
        damages, that Cross-Defendant be obligated to indemnify Cross-

3
        Claimant and fully reimburse Cross-Claimant for such monetary damages

4
        by way of contribution.

5
    4. That Cross-Claimant be granted such other and further relief as the Court

6
        deems proper.

7
Respectfully Submitted,

8
Dated: 12/11/2015                BEVERLY HILLS LAW CORP., PC

9

10

11
              By: _____

12
              Sagar Parikh
              Attorneys for Defendant

13

14

15

16

17

18

19

20

21

ALAN ARGAMAN'S ANSWER TO FIRST AMENDED COMPLAINT