1
2
3
4

**Beverly Hills Law Corp., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:   (310) 887-1338
Facsimile:   (310) 982-2603
Email:        SP@BeverlyHillsLawCorp.com

5
6

Attorneys for Defendants SECURED MERCHANTS, LLC
PAUL MEDINA, ALAN ARGAMAN,
AND CHARGEBACK ARMOR, INC.

7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

9

FEDERAL TRADE COMMISSION,

10

Plaintiff,

11

vs.

12

BUNZAI MEDIA GROUP, INC., et al.,

13

Defendants.
_____

14

15

SECURED MERCHANTS, LLC,
CHARGEBACK ARMOR, INC. AND
ALAN ARGAMAN,

16

Cross-Claimants

17

v.

18

ALON NOTTEA, an individual,

19

Cross-Defendant

20

21

Case No.: 2:15-CV-04527-GW (PLAx)

**CHARGEBACK ARMOR, INC.'S
ANSWER TO FIRST AMENDED
COMPLAINT**

1   COMES NOW Defendant, CHARGEBACK ARMOR, INC. ("Defendant")

2   and submits its answer to Plaintiff FEDERAL TRADE COMMISSION'S First

3   Amended Complaint ("FAC") for itself only, hereby admitting, denying, and

4   alleging as follows:

5   1.   In answer to Paragraph 1 of the FAC, Defendant admits that The FTC

6   brings this action under Sections 13(b) and 19 of the Federal Trade Commission

7   Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, Section 5 of the Restore Online

8   Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of

9   the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § l693o(c).  The remaining

10  allegations are denied.

11  2.   In answer to Paragraph 2 of the FAC, Defendant denies each and

12  every allegation set forth therein.

13  3.   In answer to Paragraph 3 of the FAC, Defendant denies each and

14  every allegation set forth therein.

15  4.   In answer to Paragraph 4 of the FAC, Defendant admits the

16  allegations.

17  5.   In answer to Paragraph 5 of the FAC, Defendant admits the

18  allegations.

19  6.   In answer to Paragraph 6 of the FAC, Defendant admits the

20  allegations.

21

7.     In answer to Paragraph 7 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

8.     In answer to Paragraph 8 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

9.     In answer to Paragraph 9 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

10.     In answer to Paragraph 10 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

11.     In answer to Paragraph 11 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

12.     In answer to Paragraph 12 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

13.   In answer to Paragraph 13 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

14.   In answer to Paragraph 14 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

15.   In answer to Paragraph 15 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

16.   In answer to Paragraph 16 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

17.   In answer to Paragraph 17 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

18.   In answer to Paragraph 18 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

19.   In answer to Paragraph 19 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

20.   In answer to Paragraph 20 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

21.   In answer to Paragraph 21 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

22.   In answer to Paragraph 22 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

23.   In answer to Paragraph 23 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

24.   In answer to Paragraph 24 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

25.     In answer to Paragraph 25 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

26.     In answer to Paragraph 26 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

27.     In answer to Paragraph 27 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

28.     In answer to Paragraph 28 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

29.     In answer to Paragraph 29 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

30.     In answer to Paragraph 30 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies  each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

31.    In answer to Paragraph 31 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

32.    In answer to Paragraph 32 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

33.    In answer to Paragraph 33 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

34.    In answer to Paragraph 34 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

35.    In answer to Paragraph 35 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

36.    In answer to Paragraph 36 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

37.    In answer to Paragraph 37 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

38.    In answer to Paragraph 38 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

39.    In answer to Paragraph 39 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

40.    In answer to Paragraph 40 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

41.    In answer to Paragraph 41 of the FAC, Defendant admits that it is a California corporation.  Defendant denies the other remaining allegations.

42.    In answer to Paragraph 42 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

43.    In answer to Paragraph 43 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

44.    In answer to Paragraph 44 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

45.    In answer to Paragraph 45 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

46.    In answer to Paragraph 46 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

47.    In answer to Paragraph 47 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

48.    In answer to Paragraph 48 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

49.    In answer to Paragraph 49 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

50.    In answer to Paragraph 50 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

51.    In answer to Paragraph 51 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

52.    In answer to Paragraph 52 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

53.    In answer to Paragraph 53 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

54.    In answer to Paragraph 54 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

55.    In answer to Paragraph 55 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

56.     In answer to Paragraph 56 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

57.     In answer to Paragraph 57 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

58.     In answer to Paragraph 58 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

59.     In answer to Paragraph 59 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

60.     In answer to Paragraph 60 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

61.     In answer to Paragraph 61 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1       62.   In answer to Paragraph 62 of the FAC, Defendant is without

2 information or belief sufficient to respond thereto and, based on such lack of

3 information and belief, denies each and every allegation set forth therein.

4       63.   In answer to Paragraph 63 of the FAC, Defendant is without

5 information or belief sufficient to respond thereto and, based on such lack of

6 information and belief, denies each and every allegation set forth therein.

7       64.   In answer to Paragraph 64 of the FAC, Defendant is without

8 information or belief sufficient to respond thereto and, based on such lack of

9 information and belief, denies each and every allegation set forth therein.

10       65.   In answer to Paragraph 65 of the FAC, Defendant is without

11 information or belief sufficient to respond thereto and, based on such lack of

12 information and belief, denies each and every allegation set forth therein.

13       66.   In answer to Paragraph 66 of the FAC, Defendant is without

14 information or belief sufficient to respond thereto and, based on such lack of

15 information and belief, denies each and every allegation set forth therein.

16       67.   In answer to Paragraph 67 of the FAC, Defendant is without

17 information or belief sufficient to respond thereto and, based on such lack of

18 information and belief, denies each and every allegation set forth therein.

19

20

21

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

68.   In answer to Paragraph 68 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

69.   In answer to Paragraph 69 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

## ANSWER TO COUNT I.

70.   In answer to Paragraph 70 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

71.   In answer to Paragraph 71 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

72.   In answer to Paragraph 72 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

//

## ANSWER TO COUNT II.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

73.    In answer to Paragraph 73 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

74.    In answer to Paragraph 74 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

75.    In answer to Paragraph 75 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

**ANSWER TO COUNT III.**

76.    In answer to Paragraph 76 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

77.    In answer to Paragraph 77 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

78.    In answer to Paragraph 78 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

**ANSWER TO COUNT IV.**

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

79.     In answer to Paragraph 79 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

80.     In answer to Paragraph 80 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

81.     In answer to Paragraph 81 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

82.     In answer to Paragraph 82 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

83.     In answer to Paragraph 83 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

84.     In answer to Paragraph 84 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

85.    In answer to Paragraph 85 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

86.    In answer to Paragraph 86 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

**ANSWER TO COUNT V.**

87.    In answer to Paragraph 87 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

88.    In answer to Paragraph 88 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

89.    In answer to Paragraph 89 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

90.    In answer to Paragraph 90 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

91.    In answer to Paragraph 91 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

92.    In answer to Paragraph 92 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

## ANSWER TO COUNT VI.

93.    In answer to Paragraph 93 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

94.    In answer to Paragraph 94 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

95.    In answer to Paragraph 95 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

96.    In answer to Paragraph 96 of the FAC, Defendant is without information or belief sufficient to respond thereto and, based on such lack of information and belief, denies each and every allegation set forth therein.

//

CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

1

**ANSWER TO COUNT VII.**

2      97.    In answer to Paragraph 97 of the FAC, Defendant denies each and

3  every allegation.

4      98.    In answer to Paragraph 98 of the FAC, Defendant denies each and

5  every allegation.

6      99.    In answer to Paragraph 99 of the FAC, Defendant denies each and

7  every allegation.

8      100.  In answer to Paragraph 100 of the FAC, Defendant is without

9  information or belief sufficient to respond thereto and, based on such lack of

10  information and belief, denies each and every allegation set forth therein.

11      101.  In answer to Paragraph 101 of the FAC, Defendant is without

12  information or belief sufficient to respond thereto and, based on such lack of

13  information and belief, denies each and every allegation set forth therein.

14      102.  In answer to Paragraph 102 of the FAC, Defendant is without

15  information or belief sufficient to respond thereto and, based on such lack of

16  information and belief, denies each and every allegation set forth therein.

17

**PLAINTIFF'S PRAYER FOR RELIEF**

18      Defendant denies that Plaintiff is entitled to any relief from Defendant in this

19  matter.

20  //

21

## AFFIRMATIVE DEFENSES

103.   For a first, separate and distinct affirmative defense, Defendant alleges that the FAC and each and every cause of action on file herein fails to allege facts sufficient to state a cause of action against this answering Defendant.

104.   For a second, separate and distinct affirmative defense, if consumers referenced in the FAC were damaged at all, their damages, if any, were caused solely, directly, and proximately by the acts or omissions of third parties, not by any acts or omissions by Defendant, its agents, or employees.

105.   For a third, separate and distinct affirmative defense, consumers consented to receive and pay for any services provided by other Defendants.

106.   For a fourth, separate and distinct affirmative defense, there was no proximate cause between any of the damages suffered by the consumers referenced in the FAC and any of the actions of this answering Defendant.

107.   For a fifth, separate and distinct affirmative defense, Defendant's conduct done in connection with any conduct alleged by Plaintiff did not injure, harm, or damage consumers and thus no recovery can be obtained from Defendant.

108.   For a sixth, separate and distinct affirmative defense, Any losses sustained by the FTC and/or the consumers it purports to represent were caused by

1    the acts or omissions of third parties over whom Defendant had no control or right

2    to control.

3        109. For a seventh, separate and distinct affirmative defense, this

4    answering Defendant is informed, believes, and thereon alleges that consumers

5    represented by the FTC knowingly and voluntarily, and possibly unreasonably,

6    exposed themselves to any claimed losses with knowledge or appreciation of the

7    risk involved.

8        110. For an eighth, separate and distinct affirmative defense, Defendant

9    alleges that the prosecution of this action and maintenance of it against Defendant

10    violates Federal Rule of Civil Procedure 11.

11                 **<u>PRAYER FOR JUDGMENT</u>**

12    WHEREFORE**,** Defendant prays for relief as follows:

13       1. That the FAC be dismissed with prejudice;

14       2. That Plaintiff take nothing by reason of its FAC and the claims for relief

15          asserted therein;

16       3. That Defendant recover its costs incurred in defense of this action;

17       4. That Defendant recover its attorneys' fees incurred in the defense of this

18          action pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927, and any other

19          applicable legal authority; and

20

21

1    5.   That Defendant be granted such other and further relief as the Court

2         deems proper.

3    Respectfully Submitted,

4

     Dated: 12/11/2015                    BEVERLY HILLS LAW CORP., PC

5

6

7                               By:   _____

                                      Sagar Parikh, Esq.
8                                     Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21
CHARGEBACK ARMOR, INC.'S ANSWER TO FIRST AMENDED COMPLAINT