1  **Beverly Hills Law Corp., PC**
   Sagar Parikh, Esq. (SBN 282655)
2  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
3  Telephone:  (310) 887-1338
   Facsimile:  (310) 982-2603
4  Email:       SP@BeverlyHillsLawCorp.com

5  Attorneys for Defendants SECURED MERCHANTS, LLC
   PAUL MEDINA, ALAN ARGAMAN,
6  AND CHARGEBACK ARMOR, INC.

7              UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

9  | FEDERAL TRADE COMMISSION, | Case No.: 2:15-CV-04527-GW (PLAx) |
   |---|---|
   | Plaintiff, | **CHARGEBACK ARMOR, INC.'S CROSS-CLAIM AGAINST ALON NOTTEA** |
   | vs. | |
   | BUNZAI MEDIA GROUP, INC., et al., | |
   | Defendants. | |
   | _____ | |
   | SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | |
   | Cross-Claimants | |
   | v. | |
   | ALON NOTTEA, an individual, | |
   | Cross-Defendant | |

1
CHARGEBACK ARMOR, INC.'S CROSS-CLAIM AGAINST ALON NOTTEA

COMES NOW, Defendant Chargeback Armor, Inc. ("Cross-Claimant") and asserts its Cross-Claim against Alon Nottea ("Cross-Defendant").

1. Cross-Claimant is a California corporation, doing business in the County of Los Angeles, State of California.

2. Upon information and belief, Cross-Defendant is an individual who at all relevant times herein has resided in the County of Los Angeles, State of California.

3. The Court has subject matter jurisdiction over this Cross-Claim by virtue of the First Amended Complaint in this matter and personal jurisdiction over the Cross-Defendant by virtue of the Cross-Defending residing in this district.

## FIRST CAUSE OF ACTION FOR INDEMNITY AGAINST CROSS-DEFENDANT

4. Cross-Claimant fully incorporates all of the foregoing paragraphs by reference as though fully set forth herein.

5. On October 9, 2015, the FTC filed its First Amended Complaint ("FAC") in this matter against Defendant, amongst other parties.

6. Cross-Claimant is incurring and has incurred attorney's fees, court costs, investigative costs and other costs in connection with defending said FAC, the exact amount of which is unknown at this time. When the same has been

ascertained, Cross-Claimant will seek leave of Court to amend this Cross-Claim to set forth the true nature and amount of said costs and expenses.

7. If Cross-Claimant is held liable and responsible to Plaintiff for damages as alleged in the FAC, it will be solely due to the conduct of Cross-Defendant, as herein alleged. Therefore, Cross-Claimant is entitled to be indemnified by Cross-Defendant should such liability arise.

8. If Cross-Claimant is held liable or responsible to the Plaintiff for damages, said liability will be vicarious only and said liability will be the direct and proximate result of the active and affirmative conduct on the part of Cross-Defendant

9. Cross-Claimant is entitled to complete indemnification by said Cross-Defendant for any sum or sums for which may be adjudicated liable to Plaintiff, with costs of defense, costs of suit, and reasonable attorney's fees incurred therefrom.

**SECOND CAUSE OF ACTION FOR CONTRIBUTION AGAINST CROSS-DEFENDANT**

10. Cross-Claimant fully incorporates all of the foregoing paragraphs by reference as though fully set forth herein.

11. Cross-Claimant contends that it is in no way legally responsible for the damages alleged in the FAC.

12. However, if as a result of the matters alleged in the FAC, Cross-Claimant is held liable for all or any part of Plaintiff's alleged damages, Cross-Defendant, to the extent that his fault is determined by the Court, is obligated to fully reimburse and is liable to Cross-Claimant for all or any liability so assessed by way of contribution, and Cross-Claimant accordingly asserts herein such right to contribution.

## PRAYER FOR JUDGMENT

WHEREFORE, Cross-Claimant prays for relief against Cross-Defendant as follows:

1. That Cross-Claimant be fully indemnified by Cross-Defendant for any of the allegations of the FAC.

2. That Cross-Claimant be fully indemnified by Cross-Defendant for any damages that Cross-Claimant may become obligated to Plaintiff for by virtue of the FAC.

3. That in the event Cross-Claimant is found liable to Plaintiff for any damages, that Cross-Defendant be obligated to indemnify Cross-Claimant and fully reimburse Cross-Claimant for such monetary damages by way of contribution.

4. That Cross-Claimant be granted such other and further relief as the Court deems proper.

Respectfully Submitted,

Dated: 12/11/2015                        BEVERLY HILLS LAW CORP., PC

                                         By: _____
                                             Sagar Parikh, Esq.
                                             Attorneys for Cross-Claimant

5
CHARGEBACK ARMOR, INC.'S CROSS-CLAIM AGAINST ALON NOTTEA