# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>　　　　Defendants. | CASE NO. CV 15-4527-GW(PLAx)<br><br>**ORDER GRANTING MOTION TO SERVE DEFENDANT AMD FINANCIAL NETWORK, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE** |

Plaintiff Federal Trade Commission's Motion to Serve Defendant AMD Financial Network, Inc. through the California Secretary of State, having been considered and for good cause shown, is hereby **GRANTED**.

Accordingly, Plaintiff Federal Trade Commission is hereby granted the right to serve the Summons and Complaint on Defendant AMD Financial through the California Secretary of State.

**IT IS SO ORDERED.**

Dated: December 17, 2015

　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge

---

1

((PROPOSED) ORDER GRANTING MOTION TO SERVE DEFENDANT AMD FINANCIAL NETWORK, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE