Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>        Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>**RECEIVER'S NOTICE REGARDING SALE OF PERSONAL PROPERTY** |

In accordance with the Court's Order Stipulation to Enter Preliminary Injunction with Asset Freeze, Appointment of Permanent Receiver and Other Equitable Relief as to Doron Nottea and Motti Nottea (Docket No. 108), the Receiver intends to sell the contents of the Canby Locations utilized by the Defendants in conducting the business of the Receivership Defendants, which became Receivership Assets pursuant to the terms of the Court's various orders.  Vertex Holdings Group, Inc. is the Buyer. In recognition of the various costs that would be incurred by the estate in connection with a sale to any other buyer, the Receiver negotiated the sales price of $10,000 for the sale of all items of personal property listed in the Asset Purchase Agreement (the "**Agreement**") attached as **Exhibit A**.  No commissions are due as a result of the intended sale.  The property will be sold on an "As-Is" basis.

Any person desiring to purchase the personal property described in **Agreement** for at least ten percent (10%) more than the purchase price state above, must submit to the Receiver within fourteen (14) days from the date set forth below, a binding offer in writing.

The Receiver, her, agents, assigns, or employees are not related to any of the proposed purchasers for the personal property to be sold.

Dated: December 18, 2015

*/s/Charlene Koonce*

Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2015 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten / Randi R. Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
Costa Mesa, CA 92626
Counsel for Igor Latsanovski and CalEnergy, Inc.

Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Reid Tepfer / Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Sagar Parikh
Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc. and Secured Merchants, LLC*

      */s/ Charlene C. Koonce*
      CHARLENE C. KOONCE