# **EXHIBIT A**

CREDITORS MAILING MATRIX

| | |
|---|---|
| Lifescript, Inc.<br>4000 MacArthur Blvd., Suite 800<br>Newport Beach, CA 92660 | Internal Revenue Service<br>Attn: Neal Kakuske<br>300 N. Los Angeles St., Stop 5022<br>Los Angeles, CA 90012 |
| Dawn Goddard and Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>5900 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367 | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306 |
| Build Rehabilitation Industries<br>Matthew Lynch, President<br>12432 Foothill Blvd.<br>Sylmar, CA 91342-6004 | Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069 |
| David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326 |
| Franchise Tax Board<br>Tuan-An J Nguyen<br>BE Bankruptcy Advisor<br>PO Box 2952<br>Sacramento, CA 95812 | Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA 91335 |
| Web Apps LLC<br>c/o Mr. Mark Ellerbe<br>Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Road, Suite 500<br>Houston, TX 77057 | Mimonis<br>c/o Paul E. Paray, Esq.<br>Zimmerman Weiser & Paray LLP<br>226 St. Paul Street<br>Westfield, New Jersey 07090 |