UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | December 17, 2015 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | None Present |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO SERVE DEFENDANT AMD FINANCIAL NETWORK, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE [280]**

Court and counsel confer. For reasons stated on the record, Plaintiff's Motion is GRANTED. Order to issue.

: 01

Initials of Preparer   JG