ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br>v.<br><br>ALON NOTTEA, an individual,<br><br>Cross-Defendant. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>Hon. George H. Wu<br>Courtroom 10<br><br>**CROSS-DEFENDANT ALON NOTTEA'S ANSWER TO CROSS-CLAIMS OF ALAN ARGAMAN**<br><br>**DEMAND FOR JURY TRIAL** |

1
CROSS-DEFENDANT ALON NOTTEA'S ANSWER TO CROSS-CLAIMS OF ALAN ARGAMAN

## ANSWER TO CROSS-CLAIMS OF ALAN ARGAMAN

Cross-defendant Alon Nottea ("Nottea") answers the Cross-claims of Cross-claimant Alan Argaman ("Argaman") in this action as follows:

1. Nottea admits the allegations in Paragraph 1.
2. Nottea admits the allegations in Paragraph 2.
3. Nottea admits the allegations in Paragraph 3.
4. In answer to Paragraph 4, Nottea incorporates herein his previous answer to Paragraphs 1-3.
5. Nottea admits the allegations in Paragraph 5.
6. Nottea is without sufficient information and therefore denies each of the allegations in Paragraph 6.
7. Nottea denies specifically and generally the allegations in Paragraph 7.
8. Nottea denies specifically and generally the allegations in Paragraph 8.
9. Nottea denies specifically and generally the allegations in Paragraph 9.
10. In answer to Paragraph 10, Nottea incorporates herein his previous answer to Paragraphs 1-9.
11. The allegations in Paragraph 11 consist of conclusions of law as to which no responsive pleading is required.
12. Nottea denies specifically and generally the allegations in Paragraph 12.

**WHEREFORE**, Nottea prays for judgment as follows:

1. That Argaman take nothing by his Cross-claims;
2. That Nottea be awarded all of his costs; and
3. That the Court award such other and further relief as it deems just and proper.

**DEMAND FOR JURY TRIAL**

Nottea hereby demands a jury trial on all issues so triable as provided by Rule 38(a) of the Federal Rules of Civil Procedure and L.R. 38-1.

DATED: December 27, 2015

/s/ ROBERT M. UNGAR
ROBERT M. UNGAR
Attorney for Cross-defendant
Alon Nottea

CROSS-DEFENDANT ALON NOTTEA'S ANSWER TO CROSS-CLAIMS OF ALAN ARGAMAN