JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS** |

**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**

Plaintiff Federal Trade Commission and Defendants Doron Nottea, Motti Nottea, Alon Nottea, Roi Reuveni, Alan Argaman, Igor Latsanovski, CalEnergy, Inc., Secured Merchants, LLC, and Chargeback Armor, Inc. (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Order to Extend Discovery Cutoff Period by 30 days.

WHEREAS, on October 1, 2015, the court issued a scheduling Order [Docket No. 223] setting March 4, 2016 as the discovery cutoff date;

WHEREAS, the parties seek to extend the discovery cutoff date by 30 days;

WHEREAS, good cause exists for the Court to modify the scheduling order and extend the discovery cutoff from March 4, 2016 to April 4, 2016, pursuant to the parties stipulation for the following reasons:

1. Plaintiff has noticed several depositions during the next three weeks. Because of the number of defendants and attorneys representing them, it was very difficult to coordinate with each attorney, witness, and the attorneys for the other defendants to identify possible deposition dates. As a result, some attorneys have conflicts with the deposition dates.

2. Plaintiff has also sent requests for admissions, documents, and interrogatories. Some parties have requested extensions relating to Plaintiff's request for admissions, interrogatories, and document request.

3. The parties need more time to conduct discovery. The parties need to read and analyze new documents that may be produced, meet and confer and file motions to compel or motions for protective orders, if necessary, prepare witnesses for depositions, and take and defend depositions.

**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**

Page | 1

4. A one-month extension of the discovery cutoff would not affect any other dates or deadlines in the Court's Scheduling Order. Trial is not set to begin until June 21, 2016, more than two months after the parties' currently proposed discovery cutoff of April 4, 2016.

5. For all the reasons set forth above, counsel for the parties believe that extending the discovery cutoff date by one month will allow the parties sufficient time to complete all remaining discovery. The parties and their respective counsel are also confident that these new dealines will promote and encourage settlement discussions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the fact discovery cutoff in this matter is hereby extended from March 4, 2016 to April 4, 2016.

DATED: January 18, 2016   ___/s/ Robert Esensten_____
Robert Esensten
Attorney for Doron and Motti Nottea

DATED: January 18, 2016   __/s/ Robert Ungar_____
Robert M. Ungar
Attorney for Defendants
Alon Nottea and Roi Reuveni

DATED: January 18, 2016   __/s/ Sagar Parikh_____
Sagar Parikh
Attorney for Defendants
Paul Medina, Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.

**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**

Page | 2

DATED: January 18, 2016          __/s/ Jeffrey Benice_____
                                 Jeffrey Benice
                                 Attorney for Defendants
                                 Igor Latsanovski and CalEnergy, Inc.


DATED: January 18, 2016          _____/s/ Reid  Tepfer_____
                                 Reid Tepfer
                                 Attorney for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned certifies that on January 18, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

Randi R. Geffner

**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**

Page | 3

Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc.*

                                                  /S/ REID TEPFER
                                                   REID TEPFER

**STIPULATION TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**