1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

8

9

10

11

12

13

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**[proposed] ORDER TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS** |

14

15

    Pursuant to the stipulation of the parties and having found good cause, **IT IS ORDERED** that the discovery period is extended from March 4, 2016, until April 4, 2016.

16

17

Date:                                    _____
                                    GEORGE WU
                                    UNITED STATES DISTRICT JUDGE

18

19

20

**[proposed] ORDER TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**