# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.* <br><br> Defendants. | Case No. CV 15-4527-GW(PLAx) <br><br> **ORDER TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS** |

    Pursuant to the stipulation of the parties and having found good cause, **IT IS ORDERED** that the discovery period is extended from March 4, 2016, until April 4, 2016.

Date: January 22, 2016      _____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[proposed] ORDER TO EXTEND DISCOVERY CUTOFF PERIOD BY 30 DAYS**

Page | 1