UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | January 21, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Ingrid Valdes | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Robert M. Ungar - by telephone |
| Luis Gallegos | Jeffrey S. Benice |

**PROCEEDINGS:**   **POST- MEDIATION STATUS CONFERENCE**

Settlement is not reached. However, informal discussions are ongoing. For reasons stated on the record, parties will file a status report re depositions by noon on January 25, 2016.

The Court continues the status conference to February 29, 2016 at 8:30 a.m. Parties will file a joint status report re settlement by noon on February 24, 2016. Telephonic appearances are allowed provided that notice is given to the clerk two business days prior to the hearing.

:   08

Initials of Preparer   IV