ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 2:15-CV-04527-GW (PLAx)<br><br>**NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(b)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION**<br><br>DATE: January 27, 2016<br>TIME: 10:00 a.m.<br>PLACE: Esensten Law<br>12100 Wilshire Blvd.<br>Suite 1660<br>Los Angeles, CA 90025<br>(310) 273-3090 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Doron Nottea and Motti Nottea will take the oral deposition of Plaintiff FEDERAL TRADE COMMISSION's DESIGNEE pursuant to *Federal Rules of Civil Procedure* Rule 30(b)(6) at the Law Offices of Esensten law located at 12100 Wilshire Boulevard, Suite 1660, Los Angeles, California 90025 on January 27, 2016 at 10:00 a.m., and continuing from day to day thereafter until completion. The deposition will be taken before a certified

1

shorthand reporter authorized to administer oaths who will record the deposition stenographically.

**PLEASE TAKE FURTHER NOTICE THAT** the deposition will also be taken and recorded by videotape before a Certified Videotape Reporter pursuant to Rule 30(b)(3)(A) of the *Federal Rule of Civil Procedure*. The deposing party may make a videotape recording and/or audio recording of the proceeding and reserves the right to use said video tape recording at trial in lieu of live testimony from the deponent.

## DEFINITIONS

### General Definitions

1. **Communication.** The term "communication" means any statement, presentation, transmittal of information, in the form of facts, ideas, inquiries, or otherwise.

2. **Document.** The term "document" means any Communication in any recorded form and in any language, including without limitation electronic messages and data compilations. A draft or non-identical copy is a separate document within the meaning of this term. This term shall be construed in its broadest possible meaning consistent with Rule 34(a) of the Federal Rules of Civil Procedure and the local civil rules of this Court.

3. **Parties.** The terms "Plaintiff" and "Defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party as well as any principals, agents, representatives, or any other person or entity, including without limitation attorneys, employees, officers, directors, partners, parents or subsidiaries, or affiliates acting on its behalf.

4. **Person.** The term "person" means any natural person or any business, professional, social, legal, or governmental entity.

5. **Concerning.** The term "concerning" means relating to, referring to, describing, evidencing, embodying, or constituting.

6. **Each/Any/All.** Each of the terms "each" and "any" and "all" shall be construed inclusively to mean "each and any and all."

7. **And/Or.** The connectives "and" and "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construe to be outside of the its scope.

8. **Including.** The term "including" means "including without limitation."

9. **Number.** The use of a singular form of any word includes the plural and vice versa.

10. **Gender.** The use of a pronoun of any gender shall be construed as including, as applicable, every gender.

**Specific Definitions**

1. "Motti" means Defendant, Motti Nottea.

2. "Doron" means Defendant, Doron Nottea.

3. "FTC", "you" or "your" means Plaintiff Federal Trade Commission, as well as any corporate affiliates of same, and any person or entity, including attorneys, employees, and officers, acting on its behalf.

4. "Complaint" means the First Amended Complaint filed by FTC for Permanent Injunction and Other Equitable Relief on October 9, 2015, in the within action, Case No. 2:15-cv-04527-GW (Document No. 235).

5. "Litigation" means the pending lawsuit filed by the FTC for Permanent Injunction and Other Equitable Relief on October 9, 2015, Case No. 2:15-cv-04527-GW (Document No. 235).

6. The terms "and," "or," "each," "every," "any" and "all" and the plural or singular forms of a word shall be construed inclusively.

The individual(s) to be deposed will be the person(s) designated by Defendant under *Federal Rules of Civil Procedure* Rule 30(b)(6) to testify regarding the following subject matters:

3

## DEPOSITION CATEGORIES

1. The factual basis, supporting witness(es) and evidence for each allegation against Doron Nottea contained in the Complaint.

2. The factual basis, supporting witness(es) and evidence for each allegation against Motti Nottea contained in the Complaint.

3. Any investigations performed by the FTC of the conduct of Doron Nottea leading up to the filing of the Complaint.

4. Any investigations performed by the FTC of the conduct of Motti Nottea leading up to the filing of the Complaint.

5. Any investigations performed on behalf of the FTC of the conduct of Doron Nottea leading up to the filing of the Complaint.

6. Any investigations performed on behalf of the FTC of the conduct of Motti Nottea leading up to the filing of the Complaint.

7. The calculation of the amount of consumer harm sought by the FTC in the Complaint against Doron Nottea.

8. The calculation of the amount of consumer harm sought by the FTC in the Complaint against Motti Nottea.

9. Any damage claims sought by Plaintiff in the Litigation.

10. The factual basis, supporting witness(es) and evidence for each allegation against BunZai Media Group, Inc. contained in the Complaint.

11. The factual basis, supporting witness(es) and evidence for each allegation against Pinnacle Logistics, Inc. contained in the Complaint.

12. The factual basis, supporting witness(es) and evidence for each allegation against Secured Commerce, LLC contained in the Complaint.

13. The factual basis, supporting witness(es) and evidence for each allegation against Secured Merchants, LLC contained in the Complaint.

14. The factual basis, supporting witness(es) and evidence for each allegation against Chargeback Armor, Inc. contained in the Complaint.

15. The factual basis, supporting witness(es) and evidence for each allegation against Alon Nottea contained in the Complaint.

16. The factual basis, supporting witness(es) and evidence for each allegation against Igor Latsanvski contained in the Complaint.

17. The factual basis, supporting witness(es) and evidence for each allegation against Oz Mizrahi contained in the Complaint.

18. The factual basis, supporting witness(es) and evidence for each allegation against Roi Reuveni contained in the Complaint.

19. The factual basis, supporting witness(es) and evidence for each allegation against Alan Agaman contained in the Complaint.

20. The allegations contained within paragraph 2 of the Complaint.
21. The allegations contained within paragraph 3 of the Complaint.
22. The allegations contained within paragraph 42 of the Complaint.
23. The allegations contained within paragraph 43 of the Complaint.
24. The allegations contained within paragraph 45 of the Complaint.
25. The allegations contained within paragraph 46 of the Complaint.
26. The allegations contained within paragraph 47 of the Complaint.
27. The allegations contained within paragraph 48 of the Complaint.
28. The allegations contained within paragraph 49 of the Complaint.
29. The allegations contained within paragraph 50 of the Complaint.
30. The allegations contained within paragraph 51 of the Complaint.
31. The allegations contained within paragraph 52 of the Complaint.
32. The allegations contained within paragraph 53 of the Complaint.
33. The allegations contained within paragraph 54 of the Complaint.
34. The allegations contained within paragraph 55 of the Complaint.
35. The allegations contained within paragraph 56 of the Complaint.
36. The allegations contained within paragraph 57 of the Complaint.
37. The allegations contained within paragraph 58 of the Complaint.

38. The allegations contained within paragraph 59 of the Complaint.
39. The allegations contained within paragraph 60 of the Complaint.
40. The allegations contained within paragraph 61 of the Complaint.
41. The allegations contained within paragraph 62 of the Complaint.
42. The allegations contained within paragraph 63 of the Complaint.
43. The allegations contained within paragraph 64 of the Complaint.
44. The allegations contained within paragraph 65 of the Complaint.
45. The allegations contained within paragraph 66 of the Complain.
46. The allegations contained within paragraph 67 of the Complaint
47. The allegations contained within paragraph 70 of the Complaint.
48. The allegations contained within paragraph 71 of the Complaint.
49. The allegations contained within paragraph 74 of the Complaint.
50. The allegations contained within paragraph 76 of the Complaint.
51. The allegations contained within paragraph 79 of the Complaint.
52. The allegations contained within paragraph 87 of the Complaint.
53. The allegations contained within paragraph 93 of the Complaint.
54. The allegations contained within paragraph 94 of the Complaint.
55. The allegations contained within paragraph 97 of the Complaint.
56. The allegations contained within paragraph 98 of the Complaint.
57. The allegations contained within paragraph 99 of the Complaint.
58. The allegations contained within paragraph 100 of the Complaint.
59. The allegations contained within the Prayer for Relief, section "C" of the Complaint

    YOU ARE FURTHER NOTIFIED THAT the deponent is required to produce the following documents, records or materials at said deposition. This Document Request applies to documents that have not already been produced by Defendants:

///

///

6

NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION

## DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 1:**

All investigative reports prepared for or on behalf of the Receiver.

**REQUEST FOR PRODUCTION NO. 2:**

All investigative reports prepared on behalf of the FTC relating to the allegations contained with the Complaint.

**REQUEST FOR PRODUCTION NO. 3:**

The Brandlin Report, including all drafts and exhibits.

**REQUEST FOR PRODUCTION NO. 4:**

All documents that support the FTC's allegations that the "Defendants collectively market skincare products over the Internet using deceptive offers with hidden costs" as alleged in paragraph 2 of the complaint.

**REQUEST FOR PRODUCTION NO. 5:**

All documents that support the FTC's allegations that the "Defendants refused to honor the 'risk-free' trials" as alleged in paragraph 2 of the complaint.

**REQUEST FOR PRODUCTION NO. 6:**

All documents that support the FTC's allegation that "Defendants refuse to provide refunds for product returns unless consumers meet onerous conditions that are not disclosed" as alleged in paragraph 2 of the complaint.

**REQUEST FOR PRODUCTION NO. 7:**

All documents that support the FTC's allegation that "Defendants enroll consumers in a negative option continuity plan" as alleged in paragraph 2 of the complaint.

**REQUEST FOR PRODUCTION NO. 8:**

All documents that support the FTC's allegation that "Defendants scheme has deceived consumers nationwide out of millions of dollars" as alleged in paragraph 2 of the complaint.

///

7
NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION

7

NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION

**REQUEST FOR PRODUCTION NO. 9:**

All documents that support the FTC's allegations that the "Defendants operate a common enterprise" as alleged in paragraph 3 of the complaint.

**REQUEST FOR PRODUCTION NO. 10:**

Any document reviewed by deponent to prepare for this deposition.

DATED: December 29, 2015

**ESENSTEN LAW**
ROBERT L. ESENSTEN
RANDI R. GEFFNER

By: /s/ Robert L. Esensten
ROBERT L. ESENSTEN
Attorneys for Defendants, DORON NOTTEA and MOTTI NOTTEA

8

NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 12100 Wilshire Boulevard, Suite 1660, Los Angeles, California 90012. I am over the age of eighteen years and am not a party to the within action;

On December 29, 2015, I served the following document(s) entitled **NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(b)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Reid Tepfer, Esq.<br>Luis Gallegos, Esq.<br>FEDERAL TRADE COMMISSION<br>1999 Bryan Street, Suite 2150<br>Dallas, Texas 75201<br><br>Raymond E. McKown, Esq.<br>FEDERAL TRADE COMMISSION<br>10877 Wilshire Blvd., Suite 700<br>Los Angeles, California 90024 | Counsel for Plaintiff,<br>Federal Trade Commission |
| Erik S. Syverson, Esq.<br>Scott M. Lesowitz, Esq.<br>Steven T. Gebelin, Esq.<br>RAINES FELDMAN, LLP<br>9720 Wilshire Blvd., Fifth Floor<br>Beverly Hills, California 90212 | Counsel for Defendant Oz Mizrahi |
| Robert M. Ungar, Esq.<br>CROSSWIND LAW<br>14724 Ventura Blvd., Penthouse<br>Sherman Oaks, California 91403 | Counsel for Defendants,<br>Alon Nottea, Roi Ruevenu and Adageo, LLC |
| Benjamin A. Pettit, Esq.<br>20 East Pueblo Street<br>Santa Barbara, California 93105 | Counsel for Defendant,<br>Alon Nottea |
| Jeffrey S. Benice, Esq.<br>LAW OFFICES OF JEFFREY S. BENICE<br>3080 Bristol Street, Suite 630<br>Costa Mesa, California 92626 | Counsel for Defendants,<br>Igor Latsanovski and CalEnergy, Inc. |
| Sagar Parikh, Esq.<br>BEVERLY HILLS LAW CORP., PC<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, California 90210 | Counsel for Defendants<br>Paul Medin, Alan Argaman, Chargeback Armor, Inc. and Secured Merchants, LLC |

9

NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION

1     **BY U.S. MAIL:** By placing a true copy thereof in a sealed envelope addressed
2 as above, and placing it for and mailing following ordinary business practices. I am
readily familiar with the firm's practice of collection and processing correspondence,
3 pleadings and other matters for mailing with the United States Postal Service. The
correspondence, pleadings and other matters are deposited with the United States
4 Postal Service with postage thereon fully prepaid in Los Angeles, California, on the
same day in the ordinary course of business. I am aware that on motion of the party
5 served, service is presumed invalid if the postal cancellation date or postage meter
date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 29, 2015, at Los Angeles, California.

*/s/ Jennifer Holtan*
Jennifer Holtan

NOTICE OF TAKING DEPOSITION OF PLAINTIFF FEDERAL TRADE COMMISSION'S DESIGNEE
PURSUANT TO FRCP 30(B)(6) AND DEMAND FOR PRODUCTION OF DOCUMENTS AT DEPOSITION