JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**NOTICE OF PARTIES' AGREEMENT CONCERNING 30(b)(6) DEPOSITION** |

**NOTICE OF PARTIES' AGREEMENT**
**CONCERNING 30(b)(6) DEPOSITION**

Plaintiff Federal Trade Commission and Defendants Doron and Motti Nottea ("Defendants"), through their counsel, hereby submit notice of the following agreement regarding Defendants' 30(b)(6) deposition of the Federal Trade Commission as a supplement of the parties' Joint Statement Re 30(b)(6) Notice Served by Defendants Doron and Motti Nottea and Plaintiff Federal Trade Commission ("Joint Report") (Doc. No. 323):

The Parties request that this Court include with its Order the following:

1. Defendants' 30(b)(6) deposition of the FTC shall occur on February 16, 2016, at 10:00 a.m.
2. The deposition will take place on that date at the offices of Esensten Law in Los Angeles.
3. The FTC will produce the documents requested in Defendants' subpoena duces tecum on or before February 11, 2016.
4. The FTC will notify defense counsel of its designated witness(es) and their titles on or before February 11, 2016.
5. Notwithstanding this agreement, the FTC requests that this Court consider the request and opposition for a protective order for the reasons stated in its portion of the parties' Joint Report. (Doc. No. 323).

                                          Respectfully submitted,

DATED: January 25, 2016         ___*/s/ Robert Esensten*_____
                                         Robert Esensten
                                         Attorney for Doron and Motti Nottea

DATED: January 25, 2016         _____*/s/ Reid Tepfer*_____

**NOTICE OF PARTIES' AGREEMENT
CONCERNING 30(b)(6) DEPOSITION**
Page | 1

Reid Tepfer
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 25, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

**NOTICE OF PARTIES' AGREEMENT
CONCERNING 30(b)(6) DEPOSITION**

1  Jeffrey Benice
2  Law Offices of Jeffrey S. Benice
   A Professional Law Corporation
3  3080 Bristol Street
   Sixth Floor, Suite 630
4  Costa Mesa, CA 92626
   Telephone: (714) 641-3600 Ext. 214
5  *Counsel for Igor Latsanovski and*
   *CalEnergy, Inc.*
6
   Sagar Parikh
7  Beverly Hills Law Corp.
   433 N. Camden Dr., 6th Floor
8  Beverly Hills, CA 90210
   *Counsel for Chargeback Armor, Inc.*
9
                                    /S/ REID TEPFER
10                                    REID TEPFER

11

12

13

14

15

16

17

18

19

20

**NOTICE OF PARTIES' AGREEMENT**
**CONCERNING 30(b)(6) DEPOSITION**
Page | 3