JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.* <br><br> **Defendants.** | Case No.  CV 15-4527-GW(PLAx) <br><br> **NOTICE OF HEARING ON JOINT STATEMENT RE FRCP 30(b)(6) DEPOSITION NOTICE SERVED ON PLAINTIFF FEDERAL TRADE COMMISSION AND REQUEST FOR EXPEDITED DECISION** <br><br> Date: February 11, 2016 <br> Time: 8:30 a.m. |

**NOTICE OF HEARING**

1

|   |   |
|---|---|
| 1 | Ctrm: 10 |
| 2 | Judge: Hon. George Wu |

**PLEASE TAKE NOTICE** that on February 11, 2016, at 8:30 a.m. Courtroom 10 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, the Court will consider the Joint Statement Re FRCP 30(b)(6) Deposition Notice Served on Plaintiff Federal Trade Commission and Request for Expedited Decision. (Doc. No. 232). At the hearing, the Court will consider Plaintiff's request that the Defendants' 30(b)(6) deposition notice of the FTC be stricken or limited on the grounds that it is overly burdensome, the material is more suited for properly timed contention interrogatories, and that it impermissibly seeks material protected by the attorney work product privilege.

Respectfully submitted,

DATED: February 3, 2016            _____/s/ Reid Tepfer_____
                                   Reid Tepfer
                                   Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 3, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

2

**NOTICE OF HEARING**

1

2   Erik S Syverson
    Raines Feldman LLP
3   9720 Wilshire Boulevard Fifth Floor
    Beverly Hills, CA 90212
4   esyverson@raineslaw.com
    *Counsel for Oz Mizrahi*
5

6   Robert M. Ungar
    Crosswind Law
    14724 Ventura Blvd Penthouse
7   Sherman Oaks, CA 91403
    rmu@crosswindlaw.com
8   *Counsel for Alon Nottea and*
    *Roi Rueveni*
9

10  Randi R. Geffner
    Esensten Law
    12100 Wilshire Blvd.
11  Suite 1660
    Los Angeles, CA 90025
12  (310) 273-3090
    RGEFFNER@ESENSTEINLAW.COM
13  *Counsel for Doron Nottea and Motti Nottea*

14  Jeffrey Benice
    Law Offices of Jeffrey S. Benice
15  A Professional Law Corporation
    3080 Bristol Street
16  Sixth Floor, Suite 630
    Costa Mesa, CA 92626
17  Telephone: (714) 641-3600 Ext. 214
    *Counsel for Igor Latsanovski and*
18  *CalEnergy, Inc.*

19  Robert Esensten
    Esensten Law
20  12100 Wilshire Blvd., Suite 1660
    Los Angeles, CA 90025

**NOTICE OF HEARING**

1  resensten@esenstenlaw.com
   *Counsel for Doron Nottea and Motti Nottea*
2

3  Sagar Parikh
   Beverly Hills Law Corp.
4  433 N. Camden Dr., 6th Floor
   Beverly Hills, CA 90210
5  *Counsel for Chargeback Armor, Inc.,*
   *Secured Merchants LLC, and Alan*
6  *Argaman*

7                                              /S/ REID TEPFER
                                                  REID TEPFER
8

9

10

11

12

13

14

15

16

17

18

19

20

3

**NOTICE OF HEARING**