JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

1    It is hereby stipulated by and between Plaintiff Federal Trade Commission

2  and Defendants Alon Nottea, Roi Reuveni, Doron Nottea, Motti Nottea, Igor

3  Latsanovski, CalEnergy, Inc., Alan Argaman, Paul Medina, Secured Merchants

4  LLC, and Relief Defendant Chargeback Armor Inc., by and through their

5  respective counsel of record, that a protective order pursuant to Fed. R. Civ. P.

6  26(c) may be entered including the following terms:

7    1.    "Sensitive Personal Information" means any (a) Social Security

8  number; (b) sensitive health-related data including medical records; (c) biometric

9  identifier; or (d) any one or more of the following when combined with an

10  individual's name, address, or phone number: (i) date of birth, (ii) driver's license

11  or other state identification number, or a foreign equivalent, (iii) military

12  identification number, (iv) passport number, (v) an individual's financial

13  institution account number, or (vi) an individual's credit or debit card number.

14    2. SENSITIVE PERSONAL INFORMATION MAY ONLY BE DISCLOSED TO:

15      a.    the Court and court personnel;

16      b.    the parties' outside counsel and designated employees only to

17  the extent necessary to assist in the litigation;

18      c.    experts and contractors consulted or retained by the parties or

19  counsel, and their employees, provided that they agree in writing to abide

20

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

1   by this protective order or execute FTC Form X33-Nondisclosure

2   Agreement for Contractors;

3        d.      any person who had prior access to the Sensitive Personal

4   Information or participated in a communication that is the subject of the

5   Sensitive Personal Information;

6        e.      witnesses and their counsel, provided that they agree in writing

7   to abide by this protective order;

8        f.      the individual defendants.

9        3.      Disclosure of Sensitive Personal Information to any person described

10  in Paragraph 2 shall be only for the purposes of the preparation and hearing of this

11  proceeding, or any appeal, or any other matters in connection with these

12  proceedings, therefrom, and for no other purpose whatsoever.

13       8.      Sensitive Personal Information shall be redacted before filing or filed

14  with a motion to seal the material.

15       9.      At the conclusion of this case, any consultant or other person retained

16  to assist counsel in the preparation of this action shall destroy or return all

17  Sensitive Personal Information.  All Sensitive Personal Information held by the

18  parties shall be destroyed or returned to the designee, except that the FTC shall

19  retain, return, or destroy Sensitive Personal Information in accordance with Rule

20  4.12 of the FTC's Rules of Practice.

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

10. This Order continues to govern Sensitive Personal Information after conclusion of the case absent further order of the Court.

11. Nothing set forth herein shall change, amend, or modify the terms of any prior orders of this Court, including orders concerning Sensitive Personal Information.

Respectfully submitted,

DATED: February 5, 2016          _____/s/ Robert Esensten___
                                 Robert Esensten
                                 Attorney for Doron and Motti Nottea

DATED: February 5, 2016          ____/s/ Robert Ungar_____
                                 Robert M. Ungar
                                 Attorney for Defendants
                                 Alon Nottea and Roi Reuveni

DATED: February 5, 2016          _____/s/ Sagar Parikh_____
                                 Sagar Parikh
                                 Attorney for Defendants Paul Medina, Alan
                                 Argaman, Secured Merchants, LLC, and
                                 Chargeback Armor, Inc.

DATED: February 5, 2016          __ /s/ Jeffrey Benice_____
                                 Jeffrey Benice
                                 Attorney for Defendants
                                 Igor Latsanovski and CalEnergy, Inc.

DATED: February 5, 2016          __ /s/ Reid Tepfer_____
                                 Reid Tepfer
                                 Attorney for Plaintiff FTC

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and*
*Roi Rueveni*

Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**

1   Jeffrey Benice
    Law Offices of Jeffrey S. Benice
2   A Professional Law Corporation
    3080 Bristol Street
3   Sixth Floor, Suite 630
    Costa Mesa, CA 92626
4   Telephone: (714) 641-3600 Ext. 214
    *Counsel for Igor Latsanovski and*
5   *CalEnergy, Inc.*

6   Sagar Parikh
    Beverly Hills Law Corp.
7   433 N. Camden Dr., 6th Floor
    Beverly Hills, CA 90210
8   *Counsel for Chargeback Armor, Inc.,*
    *Secured Merchants LLC, Paul Medina,*
9   *and Alan Argman*

10  Charlene Cantrell Koonce
    Scheef & Stone
11  500 N. Akard, Suite 2700
    Dallas, Texas 75201
12  charlene.koonce@solidcounsel.com
    *Receiver*

13
                                    /S/ REID TEPFER
14                                    REID TEPFER

15

16

17

18

19

20

**STIPULATION FOR ENTRY OF PROTECTIVE ORDER**