# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW (PLAx) |
| **Plaintiff,** | |
| **v.** | **PROTECTIVE ORDER** |
| **BUNZAI MEDIA GROUP, INC.**, *et al.* | |
| **Defendants.** | |

Having considered Plaintiff Federal Trade Commission, Defendants Alon Nottea, Roi Reuveni, Doron Nottea, Motti Nottea, Igor Latsanovski, CalEnergy, Inc., Alan Argaman, Paul Medina, Secured Merchants LLC, and Relief Defendant Chargeback Armor Inc.'s stipulation for a protective order pursuant to Fed. R. Civ. P. 26(c), **IT IS HEREBY ORDERED**:

1. "Sensitive Personal Information" means any (a) Social Security number; (b) sensitive health-related data including medical records; (c) biometric

identifier; or (d) any one or more of the following when combined with an individual's name, address, or phone number: (i) date of birth, (ii) driver's license or other state identification number, or a foreign equivalent, (iii) military identification number, (iv) passport number, (v) an individual's financial institution account number, or (vi) an individual's credit or debit card number.

2. SENSITIVE PERSONAL INFORMATION MAY ONLY BE DISCLOSED TO:

    a. the Court and court personnel;

    b. the parties' outside counsel and designated employees only to the extent necessary to assist in the litigation;

    c. experts and contractors consulted or retained by the parties or counsel, and their employees, provided that they agree in writing to abide by this protective order or execute FTC Form X33-Nondisclosure Agreement for Contractors;

    d. any person who had prior access to the Sensitive Personal Information or participated in a communication that is the subject of the Sensitive Personal Information;

    e. witnesses and their counsel, provided that they agree in writing to abide by this protective order;

    f. the individual defendants.

3. Disclosure of Sensitive Personal Information to any person described in Paragraph 2 shall be only for the purposes of the preparation and hearing of this proceeding, or any appeal, or any other matters in connection with these proceedings, therefrom, and for no other purpose whatsoever.

8. Sensitive Personal Information shall be redacted before filing or filed with a motion to seal the material.

9. At the conclusion of this case, any consultant or other person retained to assist counsel in the preparation of this action shall destroy or return all Sensitive Personal Information. All Sensitive Personal Information held by the parties shall be destroyed or returned to the designee, except that the FTC shall retain, return, or destroy Sensitive Personal Information in accordance with Rule 4.12 of the FTC's Rules of Practice.

10. This Order continues to govern Sensitive Personal Information after conclusion of the case absent further order of the Court.

11. Nothing set forth herein shall change, amend, or modify the terms of any prior orders of this Court, including orders concerning Sensitive Personal Information.

**IT IS SO ORDERED.**

Dated: February 8, 2016

_____
The Honorable Paul L. Abrams
United States Magistrate Judge