Name and address:
Emily B. Robinson
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Federal Trade Commission

Plaintiff(s)

v.

BunZai Media Group, Inc., et al.

Defendant(s).

CASE NUMBER

2:15-cv-04527-GW-PLA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Robinson, Emily B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9386
*Telephone Number*

(214) 953-3079
*Fax Number*

erobinson@ftc.gov
*E-Mail Address*

of

Federal Trade Commission - Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission - Southwest Region

*Name(s) of Party(ies) Represented*

☒ Plaintiff   ☐ Defendant   ☐ Other:

and designating as Local Counsel

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975
*Designee's Cal. Bar Number*

(310) 824-4325
*Telephone Number*

(310) 824-4380
*Fax Number*

of

Federal Trade Commission - Western Region, Los Angeles Office
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024

*Firm Name & Address*

RMCKOWN@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED, for failure to pay the required fee.**

Dated _____

**U.S. District Judge/U.S. Magistrate Judge**