# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | February 11, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone<br>Luis Gallegos - by telephone | Robert L. Esentsten |

**PROCEEDINGS:** HEARING ON JOINT STATEMENT RE FRCP 30(B)(6) DEPOSITION NOTICE SERVED ON PLAINTIFF FEDERAL TRADE COMMISSION AND REQUEST FOR EXPEDITED DECISION

Court hears oral argument.  The Court, as stated on the record, will allow Defendants to submit new discovery requests to the Plaintiff by February 22, 2016.  Plaintiff FTC will respond to the requests by March 14, 2016.

|  | : | 11 |
|---|---|---|
| | Initials of Preparer | JG |