Robert L. Esensten (CA Bar No. 65728)
resensten@esenstenlaw.com
Randi R. Geffner (CA Bar No. 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

Robert M. Ungar (CA Bar No. 102007)
rmu@ungarlaw.com
2190 N Beverly Glen Blvd
Los Angeles, California 90077
Telephone: (310) 405-1884

Attorney for Defendants ALON NOTTEA and ROI REUVENI

Jonathan E. Nuechterlein
Dama J. Brown
Reid Tepfer (TX Bar No. 24079444)
rtepfer@ftc.gov
**FEDERAL TRADE COMMISSION**
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Telephone: (214) 979-9395
Facsimile: (214) 953-3079

Raymond McKown (CA Bar No. 150975)
rmckown@ftc.gov
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
Telephone: (310) 824-4325
Facsimile: (310) 824-4380

Attorneys for Plaintiff FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 2:15-CV-04527-GW (PLAx)<br><br>**JOINT STATEMENT RE SETTLEMENT**<br><br>Discovery Cut-Off: April 4, 2016<br>Pretrial Conference: June 9, 2016<br>TRIAL DATE: June 21, 2016 |

Plaintiff FEDERAL TRADE COMMISSION and Defendants DORON NOTTEA, MOTTI NOTTEA, ALON NOTTEA and ROI REUVENI submit the following Joint Statement regarding settlement as follows:

**MOTTI NOTTEA**

On January 21, 2016 Motti Nottea executed a Stipulated Order for Permanent Injunction and Monetary Judgment and has tendered same to the FTC.

The parties have requested that the Court stay all proceedings between the FTC and Motti Nottea as the terms of the settlement have been submitted to the Commission for approval.

**DORON NOTTEA**

The parties have not engaged in meaningful settlement discussions.

**ROI REUVENI**

Settlement discussions are ongoing and facilitated by the mediator, Diane Faber.

**ALON NOTTEA**

The parties have not engaged in meaningful settlement discussions.

**COUNSEL'S REQUEST TO APPEAR BY TELEPHONE**

Counsel for Doron and Motti Nottea, Robert L. Esensten requests that he appear by telephone.

Counsel for Alon Nottea and Roi Reuveni, Robert Ungar requests that he appear by telephone. (310) 405-1884.

**PLAINTIFF'S PORTION**

Plaintiff submits our portion of the Joint Statement Regarding Settlement:

1. Paul Medina, Oz Mizrahi, Motti Nottea – Plaintiff has reached a tentative settlement with Paul Medina, Oz Mizrahi, and Motti Nottea pending approval by the Commission. Plaintiff will file a motion to stay as to Paul Medina, Oz Mizrahi, and Motti Nottea while plaintiff seeks Commission approval.

2. Alan Argaman – Plaintiff has been contacted by settlement counsel for Mr. Argaman. Plaintiff is beginning settlement discussions with Mr. Argaman.

3. Roi Reuveni – Plaintiff is exploring settlement with Roi Reuveni but at this point has not reached any agreement with Roi Reuveni.

4. Alon Nottea, Doron Nottea, Igor Latsanovski, CalEnergy, Inc., Secured Merchants, Inc., Chargeback Armor, Inc. – Plaintiff has not reached any settlement with Alon Nottea, Doron Nottea, Igor Latsanovski, CalEnergy, Inc., Secured Merchants, Inc., Chargeback Armor, Inc.

DATED: February 24, 2016

**ESENSTEN LAW**
Robert L. Esensten
Randi R. Geffner

By: /s/ Robert L. Esensten
ROBERT L. ESENSTEN
Attorneys for Defendants, DORON NOTTEA and MOTTI NOTTEA

DATED: February 24, 2016

By: /s/ Robert M. Ungar
ROBERT M. UNGAR
Attorneys for Defendants, ALON NOTTEA and ROI REUVENI

DATED: February 24, 2016

**FEDERAL TRADE COMMISSION**
Jonathan E. Nuechterlein
Dama J. Brown
Reid Tepfer
Raymond McKown

By: /s/ *Reid Tepfer*
REID TEPFER
Attorneys for Plaintiff, FEDERAL TRADE COMMISSION

JOINT STATEMENT RE SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the document entitled **JOINT STATEMENT RE SETTLEMENT** with the Clerk of the Court by using the CM/ECF system.

Respectfully submitted,

By: ___*/s/ Robert L. Esensten*___
      Robert L. Esensten, Esq.

5
JOINT STATEMENT RE SETTLEMENT