JONATHAN E. NUECHTERLEIN
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**NOTICE OF MOTION AND JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS PAUL MEDINA, OZ MIZRAHI AND MOTTI NOTTEA PENDING FINAL ORDER** |

## JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS
## MEDINA, MIZRAHI AND NOTTEA

Plaintiff Federal Trade Commission ("FTC"), on behalf of the FTC and Defendants Paul Medina, Oz Mizrahi, and Motti Nottea, files this Joint Motion to Stay Proceedings Pending Final Order. The parties request that the Court stay all pending deadlines as to Defendants Paul Medina, Oz Mizrahi and Motti Nottea contained in the Scheduling Order in this matter (Doc. No. 223) until April 22, 2016, to provide the Commission with sufficient time to review and vote on the Stipulated Order. In support of this Agreed Motion, and to show good cause, the parties state:

1. Defendants Paul Medina, Oz Mizrahi and Motti Nottea have each signed a Stipulated Order for Permanent Injunction and Monetary Judgment ("Stipulated Orders"), which the undersigned counsel for the Plaintiff will recommend to the full Commission.

2. Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the five-member, presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Stipulated Orders can be submitted to the Court for approval and issuance, the Commissioners must vote to accept them.

In order to provide time for Commission approval, Plaintiff and Defendants Paul Medina, Oz Mizrahi, and Motti Nottea move to stay all discovery, dispositive

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS MEDINA, MIZRAHI AND NOTTEA**

1  motion, pretrial, and trial deadlines as to Defendants Paul Medina, Oz Mizrahi,

2  and Motti Nottea until April 22, 2016.

3       An appropriate proposed Order is attached.

4

5                Respectfully submitted,

6

**For Plaintiff FTC:**

7  Dated: 2/29/16                 */s/ Reid Tepfer*

8                                 REID A. TEPFER
      LUIS H. GALLEGOS

9         Attorneys for the Plaintiff
       Federal Trade Commission

10         1999 Bryan Street, Suite 2150
       Dallas, Texas 75201

11         (214) 979-9395 (Tepfer)
       (214) 979-9383 (Gallegos)

12         (214) 953-3079 (facsimile)
       rtepfer@ftc.gov

13         lgallegos@ftc.gov

14  **For Defendant Oz Mizrahi:**

15  Dated: 2/29/16                 */s/ Erik S. Syverson*
                               Erik S. Syverson

16         Raines Feldman LLP
       9720 Wilshire Boulevard Fifth Floor

17         Beverly Hills, CA 90212
       esyverson@raineslaw.com

18

19

20

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS
MEDINA, MIZRAHI AND NOTTEA**

**For Defendant Paul Medina:**

Dated: 2/29/16                          */s/ Sagar Parikh*
                                        Sagar Parikh
                                        Beverly Hills Law Corp.
                                        433 N. Camden Dr., 6th Floor
                                        Beverly Hills, CA 90210


**For Defendant Motti Nottea:**

Dated: 2/29/16                          *__/s/ Robert Esensten__*
                                        Robert Esensten
                                        Esensten Law
                                        12100 Wilshire Boulevard
                                        Suite #1660
                                        Los Angeles, CA 90025

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS
MEDINA, MIZRAHI AND NOTTEA**

1

## CERTIFICATE OF SERVICE

2

3          The undersigned certifies that on February 29, 2016, a true and correct copy
of the foregoing document was electronically filed with the clerk of the U.S.
District Court, Central District of California, using the electronic case filing
4    system of the court. The attorneys listed below were served by pursuant to the
ECF notice generated by the Court.

5

6    Erik S Syverson
Raines Feldman LLP
7    9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
8    *Counsel for Oz Mizrahi*

9    Robert M. Ungar
Crosswind Law
10   14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
11   rmu@crosswindlaw.com
*Counsel for Alon Nottea and*
12   *Roi Rueveni*

13   Randi R. Geffner
Esensten Law
14   12100 Wilshire Blvd.
Suite 1660
15   Los Angeles, CA 90025
(310) 273-3090
16   RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

17

18

19

20

## JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS
## MEDINA, MIZRAHI AND NOTTEA

1  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
2  A Professional Law Corporation
   3080 Bristol Street
3  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
4  Telephone: (714) 641-3600 Ext. 214
   *Counsel for Igor Latsanovski and*
5  *CalEnergy, Inc.*

6  Sagar Parikh
   Beverly Hills Law Corp.
7  433 N. Camden Dr., 6th Floor
   Beverly Hills, CA 90210
8  *Counsel for Chargeback Armor, Inc.,*
   *Secured Merchants LLC, Paul Medina,*
9  *and Alan Argman*

10                                          /S/ REID TEPFER
                                             REID TEPFER
11

12

13

14

15

16

17

18

19

20

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS**
**MEDINA, MIZRAHI AND NOTTEA**
Page | 6