# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUNZAI MEDIA GROUP INC., *et al.*, <br><br> Defendants. | CASE NO. CV 15-04527 GW (PLAx) <br><br> **(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS PAUL MEDINA, OZ MIZRAHI, AND MOTTI NOTTEA** |

Considering the Joint Motion to Stay Proceedings as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea Pending Final Order filed by Plaintiff Federal Trade Commission ("FTC");

The Joint Motion to Stay Proceedings as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea until April 22, 2016.

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable George Wu
Judge, United States District Court