Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California  92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF JEFFREY S. BENICE RE: NON-APPEARANCE AT FEBRUARY 29, 2016 POST-MEDIATION STATUS**<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>**First Amended Complaint Filed:** October 9, 2015 |

DECLARATION OF JEFFREY S. BENCIE

I, Jeffrey S. Benice, declare and state:

1. I, Jeffrey S. Benice am counsel of record for Defendants Igor Latsanovski and Calenergy, Inc. I have personal knowledge of the facts set forth. If called as a witness, I could and would competently testify to the following:

### A. *February 29, 2016 Post-Mediation Status Conference.*

2. A Post-Mediation Status Conference was set to be heard in Judge Wu's Courtroom at 8:30 A.M. on February 29, 2016.

3. On February 18, 2016, my office made arrangements with Courtroom Clerk, Javier Gonzalez, to appear at said hearing by telephone. A true and correct copy of the February 18, 2016 email communication confirming the telephonic appearance is attached hereto as Exhibit "A".

4. I understand that the arrangement was that Mr. Gonzalez would dial my cell phone, (949) 375-4284; or (714) 641-3600, Extension 221, for the 8:30 A.M. hearing. On February 29, 2016, at all times during the period 8:15 A.M. to 11:30 A.M., I had my cell phone in my hand awaiting a call. I did not receive a call from the Court on either my cell phone or office phone. I can only assume that there was an unanticipated problem with receiving calls from the Court on my office telephone system or faulty reception on my iphone.

5. To prevent this from happening in the future, I or my associate will make a personal appearance at all future hearings.

6. I apologize to the Court and counsel for this non-appearance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of February, 2016, at Costa Mesa, California.

_____
Jeffrey S. Benice
Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

1

DECLARATION OF ILIA KLYKOV
RE: JUNE 4, 2015 MASTER LOAN AGREEMENT

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 26, 2016, a true and correct copy of the foregoing document described as declaration of **DECLARATION OF JEFFREY S. BENICE RE: NON-APPEARANCE AT FEBRUARY 29, 2016 POST-MEDIATION STATUS,** was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

*Local Counsel For Receiver*

Tom Vidal

Michael Weiss

Nina Nahal Ameri

Abrams Garfinkle Margolis Bergson

5900 Wilshire Blvd., Suite 2250

Los Angeles, CA  90036

nameri@agmblaw.com


*Counsel For Oz Mizrahi*

Erik S. Syverson

Raines Feldman LLP

9720 Wilshire Boulevard, Fifth Floor

Beverly Hills, CA  90212

esyverson@raineslaw.com

**Counsel For Alon Nottea and Roi Rueveni**

Robert M. Ungar

Crosswind Law

14724 Ventura Blvd., Penthouse

Sherman Oaks, CA  91403

rmu@crosswindlaw.com

**Counsel For Doron Nottea and Motti Nottea**

Randi R. Geffner

Esensten Law

12100 Wilshire Blvd.

Suite 1660

Los Angeles, CA  90025

Telephone:  (310) 273-3090

RGEFFNER@ESENSTEINLAW.COM

**Counsel For Igor Latsanovski and Calenergy, Inc.**

Marc S. Harris

Scheper Kim & Harris, LLP

601 W. Fifth Street, 12th Floor

Los Angeles, CA  90071

mharris@scheperkim.com

*Receiver*

Charlene Cantrell Koonce

Receiver

Scheef & Stone

500 N. Akard, Suite 2700

Dallas, Texas 75201

charlene.koonce@solidcounsel.com

*Counsel To Receiver*

Kelly M. Crawford

Scheef & Stone

500 N. Akard, Suite 2700

Dallas, Texas 75201

kelly.crawford@solidcounsel.com

*Counsel For Alon Nottea*

Benjamin A. Pettit

20 East Pueblo Street

Santa Barbara, CA  93105

ben@benpettit.com

*Counsel For Chargeback Armor, Inc.*

Sagar Parikh

Beverly Hills Law Corp.

433 N. Camden Drive, 6th Floor

Beverly Hills, CA  90210

SP@BeverlyHillsLawCorp.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of February, 2016, in Costa Mesa, California 92626.

*Jeannette Merryman*
Jeannette Merryman, Declarant