Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF JEFFREY S. BENICE RE: NON-APPEARANCE AT FEBRUARY 29, 2016 POST-MEDIATION STATUS**<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>**First Amended Complaint Filed:** October 9, 2015 |

DECLARATION OF JEFFREY S. BENCIE

# EXHIBIT "A"

# Jeffrey S. Benice

| | |
|---|---|
| **From:** | Jeannette Merryman <ClientSupport@JeffreyBenice.com> |
| **Sent:** | Thursday, February 18, 2016 5:58 PM |
| **To:** | Javier_Gonzalez@cacd.uscourts.gov |
| **Subject:** | RE: FW: People v. Windle (2:14-CV-9643 PSG/JCx); and FTC v. Bunzai (15-4527) |

Thank you, Mr. Gonzalez.

I will contact Judge Gutierrez' Clerk regarding the *People v. Windle* hearing.

Thank you.

Jeannette Merryman
*Litigation Assistant*
Law Offices of Jeffrey S. Benice
*A Professional Law Corporation*
South Coast Corporate Center
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
(714) 641-3600 (Office Ext. 219)
(714) 641-3605 (Facsimile)
ClientSupport@JeffreyBenice.com
www.JeffreyBenice.com

**From:** Javier_Gonzalez@cacd.uscourts.gov [mailto:Javier_Gonzalez@cacd.uscourts.gov]
**Sent:** Thursday, February 18, 2016 2:17 PM
**To:** ClientSupport@JeffreyBenice.com
**Subject:** Re: FW: People v. Windle (2:14-CV-9643 PSG/JCx); and FTC v. Bunzai (15-4527)

I'll put him down for the FTC hearing. The request in the 9643 matter should be before Judge Gutierrez not Judge Wu.

Javier

| | |
|---|---|
| From: | "Jeannette Merryman" <ClientSupport@JeffreyBenice.com> |
| To: | <javier_gonzalez@cacd.uscourts.gov> |
| Date: | 02/18/2016 02:14 PM |
| Subject: | FW: People v. Windle (2:14-CV-9643 PSG/JCx); and FTC v. Bunzai (15-4527) |

---

Good Afternoon, Mr. Gonzalez:

Are we confirmed for Mr. Benice's telephonic appearance at the two hearings as requested below?

Thank you,

Jeannette Merryman

1

*Litigation Assistant*
Law Offices of Jeffrey S. Benice
*A Professional Law Corporation*
South Coast Corporate Center
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
(714) 641-3600 (Office Ext. 219)
(714) 641-3605 (Facsimile)
ClientSupport@JeffreyBenice.com
www.JeffreyBenice.com


**From:** Jeannette Merryman [mailto:ClientSupport@JeffreyBenice.com]
**Sent:** Wednesday, February 17, 2016 3:15 PM
**To:** javier_gonzalez@cacd.uscourts.gov
**Subject:** RE: People v. Windle (2:14-CV-9643 PSG/JCx); and FTC v. Bunzai (15-4527)

Good Afternoon, Mr. Gonzalez:

I hope this email finds you doing well.

Mr. Benice would like to appear by telephone at the below hearings. For the hearings, Mr. Benice may be reached at **(949) 375-4284**; or **(714) 641-3600, Extension 221**. Please confirm your approval by reply email.

| | |
|---|---|
| Matter: | ***People v. Windle*** (2:14-CV-9643 PSG/JCx) |
| Hearing: | Final Pretrial Conference HEARING |
| Date: | Monday, February 22, 2016 |
| Time: | 2:30 PM |
| Dept.: | USDC (Central/Western Division) – Judge @Wu, Courtroom 880 Roybal |

| | |
|---|---|
| Matter: | ***FTC v. Bunzai*** (15-4527) |
| Hearing: | Post-Mediation Conference HEARING |
| Date: | Monday, February 29, 2016 |
| Time: | 8:30 AM |
| Dept.: | USDC - 312 N. Spring Street, CTRM 10, LA (Honorable George Wu) |

Thank you,

Jeannette Merryman
*Litigation Assistant*
Law Offices of Jeffrey S. Benice
*A Professional Law Corporation*
South Coast Corporate Center
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
(714) 641-3600 (Office Ext. 219)
(714) 641-3605 (Facsimile)

ClientSupport@JeffreyBenice.com
www.JeffreyBenice.com

3