UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | February 29, 2016 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer - by telephone | Robert L. Esentsten - by telephone |
| Luis Gallegos - by telephone | Robert M. Ungar |

**PROCEEDINGS:** POST-MEDIATION STATUS CONFERENCE

Settlement is not reached. However, parties inform the Court that informal discussions are ongoing. The Court reminds the parties of pretrial and trial dates.

: 03

Initials of Preparer   JG