# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-4527-GW(PLAx)<br><br>**ORDER STAYING PROCEEDINGS AS TO DEFENDANTS PAUL MEDINA, OZ MIZRAHI, AND MOTTI NOTTEA** |

Considering the Joint Motion to Stay Proceedings as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea Pending Final Order filed by Plaintiff Federal Trade Commission ("FTC");

The Joint Motion to Stay Proceedings as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendants Paul Medina, Oz Mizrahi, and Motti Nottea until April 22, 2016.

**IT IS SO ORDERED.**

Dated: March 1, 2016

_____
GEORGE H. WU, U.S. District Judge

1
(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS MEDINA, MIZRAHI, and NOTTEA