Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al., <br><br> Defendants. | Case No. 2:15-CV-4527-GW(PLAx) <br><br> RECEIVER'S REPORT REGARDING FEES AND EXPENSES |

As required by the September 18, 2015 Order, Docket No. 211, the Receiver files this Report Regarding Fees and Expenses, and respectfully shows the Court:

During this reporting period, the following fees and expenses were incurred:

| | Fees | Expenses |
|---|---|---|
| Abrams Garfinkel Margolis Bergson, LLP | $ 0 | $ 0 |
| Brandlin & Associates | $ 0 | $ 0 |
| Elluma Discovery | $ 0 | $ 0 |
| Receiver | $870.00 | $ 0 |
| Scheef & Stone, LLP | $1,066.75 | $18.24 |
| **Total** | **$1,936.75** | **$18.24** |

The tasks which necessitated the fees reported above will be detailed in the Receiver's next motion seeking approval of fees and expenses and authorization to pay those fees and expenses. These tasks include but are not limited to ensuring compliance with certain provisions of the Sales Agreement for computers, communications regarding and evaluation of a potential third party claim, providing a release from a Non-Disclosure Agreement, requested by a former Bunzai employee who requested the release, and investigating ownership and the potential sale of assets stored at Build Rehabilitation.

Fees (excluding expenses) for all accrued time not yet submitted to the court for approval are $117,534.92.

Respectfully submitted,

*/s/Charlene Koonce*
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
Costa Mesa, CA 92626
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Reid Tepfer/ Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Sagar Parikh
Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc. and Secured Merchants, LLC*

*/s/ Charlene C. Koonce*
CHARLENE C. KOONCE