CLEAR FORM

Diane Faber/Diane Faber Mediation
9232 Airdrome St.
Los Angeles CA 90035
(310) 202-7272

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br><div align=center>Plaintiff(s)</div><br>v.<br><br>BUNZAI et al.<br><br><br><div align=center>Defendant(s).</div> | CASE NUMBER<br><br>2:15-cv-4527-GW (PLAx)<br><br>---<br><br>**MEDIATION REPORT** |

**_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._**

1.  ☑ A mediation was held on (date): December 18, 2015 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.
        ☐ Defendant or defendant's representative failed to appear.
        ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on Motti Nottea only (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?
    March 21, 2016 .

Dated: March 17, 2016

*Diane L. Faber*
Signature of Mediator

Diane Faber
Name of Mediator (print)

The Mediator is to electronically file original document.