JEFFREY S. BENICE, ESQ., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3604
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorney for Defendants
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>STIPULATION TO SET EXPERT DESIGNATION DATE AS APRIL 1, 2016, AND EXTEND EXPERT DISCOVERY CUTOFF TO MAY 1, 2016<br><br>[Assigned for All Purposes to Honorable George Wu. Ctrm. 10] |

///
///
///
///
///
///

## STIPULATION

Plaintiff Federal Trade Commission ("Plaintiff") and Defendants Doron Nottea, Motti Nottea, Alon Nottea, Roi Reuveni, Alan Argaman, Igor Latsanovsky, individually, and CalEnergy, Inc., Secured Merchants, LLC, and Chargeback Armor, Inc. (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Order to set the time period to designate experts and exchange expert reports on April 1, 2016, and extend the expert discovery cutoff period to May 1, 2016.

WHEREAS, on October 1, 2015, the court issued a scheduling Order [Docket No. 223] setting March 4, 2016 as the discovery cutoff date.

WHEREAS, by Stipulation, the parties extended the discovery cutoff to April 4, 2016.

WHEREAS, as a result of the extension of the discovery cutoff date to April 4, 2016, the parties further wish to set the time period to designate experts and exchange expert reports on April 1, 2016; a conflict exists between the parties as to exactly when expert designation should occur; and accordingly fix April 1, 2016, as the designation and exchange or expert reports date. Good cause exists for the Court to modify the scheduling order and set April 1, 2016 as the date for expert designation and exchange of expert reports and extend the expert discovery period to May 1, 2016, pursuant to the parties stipulation for the following reasons:

1. Setting the expert designation date and deadline for exchanging expert reports on April 1, 2016, and expert discovery cutoff date on May 1, 2016, will not affect any other dates or deadlines in the Court's Scheduling Order. Trial is not set to begin until June 21, 2016, more than two months after the parties' currently proposed discovery cutoff of April 4, 2016.

5. Counsel for the parties believe that setting the time to designate experts and exchange expert reports on April 1, 2016, and the extending the expert discovery cutoff to May 1, 2016, will allow the parties sufficient time to analyze discovery as it relates to designating experts. The parties and their respective counsel are also confident that these new deadlines will promote and encourage settlement discussions.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the time period to designate experts and exchange expert reports is hereby set on April 1, 2016, and the expert discovery period is extended to May 1, 2016.

IT IS SO STIPULATED.

Dated: March 17, 2016

_____
Jeffrey S. Benice, Esq.
Attorney for Defendants,
Igor Latsanovski and Calenergy, Inc.

Dated: March 17, 2016

_____
Reid Tepfer, Esq.
Attorneys for Plaintiff Federal Trade Commission

Dated: March 17, 2016

_____
Robert Esensten, Esq.
Attorney for Defendants,
Doron and Motti Nottea

Dated: March 17, 2016

_____
Robert M. Ungar, Esq.
Attorney for Defendants,
Alon Nottea and Roi Reuveni

Dated: March 17, 2016

_____
Sagar Parikh, Esq.
Attorney for Defendants,
Paul Medina, Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2016, a true and correct copy of the foregoing document described as STIPULATION TO SET EXPERT DESIGNATION DATE AS APRIL 1, 2016, AND EXTEND EXPERT DISCOVERY CUTOFF TO MAY 1, 2016 was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court.  The attorneys listed below were served by pursuant to the ECF notice generated by the Court:

**Local Counsel For Receiver**
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA  90036
nameri@agmblaw.com

**Counsel For Oz Mizrahi**
Erik S. Syverson
Raines Feldman LLP
9720 Wilshire Boulevard, Fifth Floor
Beverly Hills, CA  90212
esyverson@raineslaw.com

**Counsel For Alon Nottea and Roi Rueveni**
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA  91403
rmu@crosswindlaw.com

**Counsel For Doron Nottea and Motti Nottea**
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA  90025
Telephone:  (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

**Counsel For Igor Latsanovski and Calenergy, Inc.**
Marc S. Harris
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA  90071
mharris@scheperkim.com

**Counsel For Igor Latsanovski and Calenergy, Inc.**
Annah Kim
Scheper Kim & Harris, LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA  90071
akim@scheperkim.com

**_Receiver_**
Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com

**_Counsel To Receiver_**
Kelly M. Crawford
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
kelly.crawford@solidcounsel.com

**_Counsel For Alon Nottea_**
Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA  93105
ben@benpettit.com

**_Counsel For Chargeback Armor, Inc._**
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA  90210
SP@BeverlyHillsLawCorp.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 17th day of March, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant

---

**STIPULATION TO EXTEND EXPERT DESIGNATION PERIOD TO APRIL 1, 2016, AND EXPERT DISCOVERY PERIOD TO MAY 1, 2016**
-5-