# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>　　　　　　Defendants. | Case No. 15-04527 GW (PLAx)<br><br>[Proposed] Order to Joint Stipulation to Set Expert Designation Date as April 1, 2016 and Extend Expert Discovery Cutoff to May 1, 2016<br><br>[Assigned For All Purposes To Honorable George Wu, Courtroom 10] |

## ORDER

This Court, having duly considered the parties' stipulation set forth, and good cause appearing, hereby orders as follows:  The expert designation date will be set to April 1, 2016 and the expert discovery cutoff date will be extended to May 1, 2016.

DATED: _____       _____

　　　　　　　　　　　　　　　　　　　Honorable George Wu

[PROPOSED] ORDER TO SET EXPERT DESIGNATION DATE AND EXTEND EXPERT DISCOVERY