**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>                        Plaintiff,<br><br>    vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>                        Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**Order to Joint Stipulation to Set Expert Designation Date as April 1, 2016 and Extend Expert Discovery Cutoff to May 1, 2016**<br>_____<br><br>_____<br><br>**[Assigned For All Purposes To Honorable George Wu, Courtroom 10]** |

**ORDER**

This Court, having duly considered the parties' stipulation set forth, and good cause appearing, hereby orders as follows:  The expert designation date will be set to April 1, 2016 and the expert discovery cutoff date will be extended to May 1, 2016.

DATED: March 18, 2016                     ___/s/ George H. Wu_____

                                          GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER TO SET EXPERT DESIGNATION DATE AND EXTEND EXPERT DISCOVERY