Zachary A. Keller (TBN 24087838)
FEDERAL TRADE COMMISSION
1999 BRYAN ST. SUITE 2150
DALLAS, TEXAS 75201
EMAIL: zkeller@ftc.gov
TEL. 214-979-9382
FAX. 214-953-3079

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| | 2:15-cv-04527-GW-PLA |
| Plaintiff(s) | |
| v. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Bunzai Media Group, Inc., et al. | |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keller, Zachary A.     of     FEDERAL TRADE COMMISSION
_____          1999 BRYAN ST. SUITE 2150
*Applicant's Name (Last Name, First Name & Middle Initial)*    DALLAS, TEXAS 75201

214-979-9382          214-953-3079
_____        _____
*Telephone Number*        *Fax Number*

zkeller@ftc.gov
_____               _____
      *E-Mail Address*                  *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Federal Trade Commission
_____

_____

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*
                                                     _____

**and designating as Local Counsel**

McKown, Raymond E.     of     FEDERAL TRADE COMMISSION
_____          10877 WILSHRE BLVD., SUITE 700
*Designee's Name (Last Name, First Name & Middle Initial)*   LOS ANGELES, CALIFORNIA 90024

150975          310-824-4325
_____        _____
*Designee's Cal. Bar Number*    *Telephone Number*

          310-824-4380
          _____
          *Fax Number*                  _____
                                     *Firm Name & Address*

                                     rmckown@ftc.gov
                                     _____
                                        *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

                              _____
                              **U.S. District Judge/U.S. Magistrate Judge**