1  JEFFREY S. BENICE, ESQ., State Bar No. 81583
   LAW OFFICES OF JEFFREY S. BENICE
2  *A Professional Law Corporation*
   3080 Bristol Street
3  Sixth Floor, Suite 630
   Costa Mesa, California 92626
4  Telephone No.: (714) 641-3600
   Facsimile No.: (714) 641-3604
5  Website: www.JeffreyBenice.com
   E-Mail: JSB@JeffreyBenice.com
6

7  Attorney for Defendants
   Igor Latsanovski and Calenergy, Inc.
8

9              UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 | FEDERAL TRADE COMMISSION, | ) | CASE NO. CV 15-04527 GW (PLAx)
13 |            Plaintiff,      | ) | STIPULATION TO CONTINUE THE
                                      MOTION FILING CUTOFF DATE FROM
14 |            v.              | ) | APRIL 11, 2016 TO APRIL 18, 2016 AND
                                      CONTINUE THE MOTION HEARING
15 | BUNZAI MEDIA GROUP, INC., et al, | ) | CUTOFF DATE SET MAY 9, 2016 TO
                                            MAY 16, 2016; [PROPOSED] ORDER
16 |            Defendants.     | )
17 | _____ | )

18                                   **[Assigned for All Purposes to Honorable
                                     George Wu. Ctrm. 10]**
19

20

21

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

---

STIPULATION TO CONTINUE THE MOTION FILING CUTOFF DATE TO APRIL 18, 2016 AND
MOTION HEARING CUTOFF DATE TO MAY 16, 2016
-1-

# STIPULATION

Plaintiff Federal Trade Commission ("Plaintiff") and Defendants Doron Nottea, Motti Nottea, Alon Nottea, Roi Reuveni, Alan Argaman, Igor Latsanovsky, individually, and CalEnergy, Inc., Secured Merchants, LLC, and Chargeback Armor, Inc. (collectively "Defendants") through their respective counsel, hereby submit the following Stipulation and Order to extend the motion filing date from April 11, 2016 to April 18, 2016, and to continue the motion hearing cutoff date set as May 09, 2016 to May 16, 2016.

WHEREAS, on October 1, 2015, the court issued a scheduling Order [Docket No. 223] setting May 09, 2016 as the motion hearing cutoff date.

WHEREAS, by Stipulation, the parties hereby agree to extend the motion filing date from April 11, 2016 to April 18, 2016, and to continue the motion hearing cutoff date set as May 09, 2016 to May 16, 2016. The extension is required because Defendants' Igor Latsanovsky and CalEnergy's counsel Jeffrey S. Benice's secretary was unavailable for work because of a personal emergency for two weeks during the period March 17, 2016 through April 1, 2016.

Good cause accordingly exists for the Court to modify the scheduling order and set April 18, 2016 as the motion filing cutoff date and May 16, 2016 as the date for motion hearing cutoff, pursuant to the parties stipulation for the following reasons:

1. Continuing the motion filing date to April 18, 2016 and the motion hearing cutoff date to May 16, 2016, will not affect any other dates or deadlines in the Court's Scheduling Order. Trial is not set to begin until June 21, 2016.

///

///

///

STIPULATION TO CONTINUE THE MOTION FILING CUTOFF DATE TO APRIL 18, 2016 AND MOTION HEARING CUTOFF DATE TO MAY 16, 2016
-2-

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their
2 undersigned counsel, that the time period to file motions is set to April 18, 2016, and the motion hearing
3 cutoff date is extended to May 16, 2016.

5    IT IS SO STIPULATED.

7 Dated: April 1, 2016

_____
Jeffrey S. Benice, Esq.
Attorney for Defendants,
Igor Latsanovski and Calenergy, Inc.

10 Dated: April 8, 2016

_____
Reid Tepfer, Esq.
Attorneys for Plaintiff Federal Trade Commission

13 Dated: April 11, 2016

_____
Robert Esensten, Esq.
Attorney for Defendants,
Doron and Motti Nottea

16 Dated: April 8, 2016

_____
Robert M. Ungar, Esq.
Attorney for Defendants,
Alon Nottea and Roi Reuveni

19 Dated: April 8, 2016

_____
Sagar Parikh, Esq.
Attorney for Defendants,
Paul Medina, Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2016, a true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE THE MOTION FILING CUTOFF DATE FROM APRIL 11, 2016 TO APRIL 18, 2016 AND CONTINUE THE MOTION HEARING CUTOFF DATE SET MAY 9, 2016 TO MAY 16, 2016; [PROPOSED] ORDER** were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

**Local Counsel For Receiver**
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

**Counsel For Chargeback Armor, Inc.**
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

**Federal Trade Commission**
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

**Counsel For Alon Nottea and Roi Rueveni**
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

**Counsel For Doron and Motti Nottea**
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 11th day of April, 2016, in Costa Mesa, California 92626.

Javaise Escoto, Declarant