# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>    Plaintiff,<br><br>  vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>    Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**ORDER TO JOINT STIPULATION TO CONTINUE THE MOTION FILING CUTOFF DATE FROM APRIL 11, 2016 TO APRIL 18, 2016 AND CONTINUE THE MOTION HEARING CUTOFF DATE SET MAY 9, 2016 TO MAY 16, 2016**<br><br>[Assigned For All Purposes To Honorable George Wu, Courtroom 10] |

## ORDER

This Court, having duly considered the parties' stipulation set forth, and good cause appearing, hereby orders as follows: The motion filing cutoff date will be set to April 18, 2016 and the motion hearing cutoff date will be extended to May 16, 2016.

DATED: April 18, 2016          _____

                                GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER TO SET MOTION FILING CUTOFF DATE AND MOTION HEARING CUTOFF DATE