

EXHIBIT "B" - Page 1