Form 706 (Rev 8-02)

**Estate of:** JACOB BEKHOR                                           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

**Part 3 — Elections by the Executor**

Please check the 'Yes' or 'No' box for each question. (See instructions.)

| | | Yes | No |
|---|---|---|---|
| 1 | Do you elect alternate valuation? | | X |
| 2 | Do you elect special use valuation? If 'Yes,' you must complete and attach Schedule A-1. | | X |
| 3 | Do you elect to pay the taxes in installments as described in section 6166? If 'Yes,' you must attach the additional information described in the instructions. | | X |
| 4 | Do you elect to postpone the part of the taxes attributable to a reversionary or remainder interest as described in section 6163? | | X |

**Part 4 — General Information**  (Note: Please attach the necessary supplemental documents. You must attach the death certificate.) (See instructions.)

Authorization to receive confidential tax information under Regulations section 601.504(b)(2)(i); to act as the estate's representative before the IRS; and to make written or oral presentations on behalf of the estate if return prepared by an attorney, accountant, or enrolled agent for the executor:

| Name of representative (print or type) | State | Address (number, street, and room or suite number, city, state, and ZIP code) |
|---|---|---|
| STEVEN R. DORFMAN, C.P.A. | CA | 6100 WILSHIRE BLVD. STE. 350  LOS ANGELES, CA, 90048 |

I declare that I am the ☐ attorney/ ☒ certified public accountant/ ☐ enrolled agent (you must check the applicable box) for the executor and prepared this return for the executor. I am not under suspension or disbarment from practice before the Internal Revenue Service and am qualified to practice in the state shown above.

| Signature | CAF number | Date | Telephone number |
|---|---|---|---|
| | 8005-60024R | | (323) 934-1100 |

1  Death certificate number and issuing authority (attach a copy of the death certificate to this return).
LOS ANGELES COUNTY OF HEALTH SERVICES, #340054814

2  Decedent's business or occupation. If retired, check here ► ☒ and state decedent's former business or occupation.
COIN OPERATED LAUNDRIES

3  Marital status of the decedent at time of death:
☐ Married
☒ Widow or widower — Name, SSN, and date of death of deceased spouse ► VICTORIA BEKHOR, 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, 2/07/1990
☐ Single
☐ Legally separated
☐ Divorced — Date divorce decree became final ►

| 4a Surviving spouse's name | 4b Social security number | 4c Amount received (see instrs) |
|---|---|---|
| NONE | | |

5  Individuals (other than the surviving spouse), trusts, or other estates who receive benefits from the estate (do not include charitable beneficiaries shown in Schedule O) (see instructions). For Privacy Act Notice (applicable to individual beneficiaries only), see the Instructions for Form 1040.

| Name of individual, trust, or estate receiving $5,000 or more | Identifying number | Relationship to decedent | Amount (see instructions) |
|---|---|---|---|
| SHLOMO (SOLOMON) BEKHOR | ███-██-████ | SON | 273,143. |
| EZRA BEKHOR | ███-██-████ | SON | 273,143. |
| ILANA EAST | ███-██-████ | DAUGHTER | 273,143. |
| RON BEKHOR | ███-██-████ | GRANDSON | 136,571. |
| LORI NOTTEA | NOT AVAIL. | GRANDDAUGHTER | 136,571. |
| CAROLYN BEKHOR SCHLITT | ███-██-████ | GRANDDAUGHTER | 90,939. |
| ANGELA BEKHOR HOPF | ███-██-████ | GRANDDAUGHTER | 90,939. |
| BENJAMIN BEKHOR | ███-██-████ | GRANDSON | 90,939. |
| GILA DORI | ███-██-████ | DAUGHTER | 273,143. |

All unascertainable beneficiaries and those who receive less than $5,000 ►

**Total** ........................................................................................................................ 1,638,531.

Please check the 'Yes' or 'No' box for each question.

| | | Yes | No |
|---|---|---|---|
| 6 | Does the gross estate contain any Section 2044 property (qualified terminable interest property (QTIP) from a prior gift or estate) (see the instructions)? | | X |

BAA (continued on next page)           FORA0202L  09/24/02                                              Page 2

EXHIBIT "F" - Page 1