**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

443
Rachel Nottea

**Banking Statement**

Statement Period:   05/14/2009 to 06/08/2009
Customer Number:    ●●●●●6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### Flexible Real Estate Financing Options



We offer home financing programs to fit any need...whether it's your first home, or you're moving up, or remodeling what you have. If you're thinking of buying or refinancing to take cash out to pay off other loans, lines and more, call now to apply or find out more on our website!

**Free Checking**

Checking Summary
Rachel Nottea
  Account Number                                    ●●●●6600

Deposit Account Recap
Beginning Balance as of
  May 14, 2009                                         0.00
    1  Deposits (Plus)                          182,400.00
Ending Balance as of
  June 8, 2009                                   182,400.00

**Deposits and Other Credits**

| Date   | Amount     | Description     |
|--------|-----------:|-----------------|
| May 14 | 182,400.00 | Opening Deposit |

**Daily Balance Summary**

| Date   | Balance    |
|--------|-----------:|
| May 14 | 182,400.00 |







SANTA BARBARA BANK & TRUST SINCE 1960 | FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980



**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

3135
Rachel Nottea

**Banking Statement**

Statement Period: 06/09/2009 to 07/13/2009

Customer Number: ●●●●●●●6600

Page 1

**Customer Service Representative**
(888) 400-SBBT (400-7228)

**BANKLINE-24-HOUR AUTOMATED INFORMATION**
(800) 287-SBBT (287-7228)

www.sbbt.com

### FDIC Insurance Updates

- The temporary standard FDIC insurance coverage limit of $250,000 per owner has been extended through 2013. On 01/01/14, the standard coverage limit will return to $100,000.

- In addition to non-interest bearing accounts, the Temporary Liquidity Guarantee Program ("Program") includes the following low interest rate accounts at Pacific Capital Bank, N.A.: Direct Deposit Interest Checking, 50+ Interest Checking, Relationship Interest Checking and Business Interest Checking. PCB has committed to keep the rate on these accounts at or below 0.50% for the Program duration, making them all eligible for unlimited FDIC insurance coverage through 12/31/09.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ●●●●6600

**Deposit Account Recap**

| | |
|---|---|
| Beginning Balance as of June 9, 2009 | 182,400.00 |
| 3 Withdrawals (Minus) | 6,169.15 |
| Ending Balance as of July 13, 2009 | 176,230.85 |

### Account Checks by Check Number

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| Jun 29 | 101 | 400.00 | Jun 29 | 102 | 5,000.00 |

### Withdrawals and Other Debits

| Date | Amount | Description | |
|---|---|---|---|
| Jul 06 | 769.15 | ACH Payment | CHASE EPAY XXXXXXXXX |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jun 09 | 182,400.00 | Jun 29 | 177,000.00 | Jul 06 | 176,230.85 |

SANTA BARBARA BANK & TRUST SINCE 1960   FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984  SOUTH VALLEY NATIONAL BANK SINCE 1983   San Benito Bank SINCE 1984   FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

377
Rachel Nottea



**Banking Statement**

Statement Period: 07/14/2009 to 08/10/2009
Customer Number: ●●●●●●●●●●6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

**BANKLINE-24-HOUR AUTOMATED INFORMATION**
(800) 287-SBBT (287-7228)

www.sbbt.com

---

**FDIC Insurance Updates**

- The temporary standard FDIC insurance coverage limit of $250,000 per owner has been extended through 2013. On 01/01/14, the standard coverage limit will return to $100,000.

- In addition to non-interest bearing accounts, the Temporary Liquidity Guarantee Program ("Program") includes the following low interest rate accounts at Pacific Capital Bank, N.A.: Direct Deposit Interest Checking, 50+ Interest Checking, Relationship Interest Checking, Business Interest Checking, Non-Profit Interest Checking, and Public Interest Checking. PCB has committed to keep the rate on these accounts at or below 0.50% for the Program duration, making them all eligible for unlimited FDIC insurance coverage through 12/31/09.

**Free Checking**

**Checking Summary**
Rachel Nottea
Account Number ●●●●6600

**Deposit Account Recap**
Beginning Balance as of
  July 14, 2009                          176,230.85
There was no Deposit activity during this Statement Period.
Ending Balance as of
  August 10, 2009                        176,230.85

---

**Daily Balance Summary**

| Date | Balance |
|------|---------|
| Jul 14 | 176,230.85 |

---


SANTA BARBARA BANK & TRUST
SINCE 1960


FIRST NATIONAL BANK
OF CENTRAL CALIFORNIA
SINCE 1984


SOUTH VALLEY NATIONAL BANK
SINCE 1983


San Benito Bank
SINCE 1984


FIRST BANK
OF SAN LUIS OBISPO
SINCE 1980

EXHIBIT "H" - Page 3

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

4567
Rachel Nottea

**Banking Statement**

Statement Period:    09/15/2009 to 10/12/2009

Customer Number:    ██████████6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com



Visit Your Bank's Website & Sign Up Today!

www.sbbt.com — Santa Barbara Bank & Trust
www.1stnational.com — First National Bank of Central California
www.svnb.com — South Valley National Bank
www.sbbank.com — San Benito Bank
www.firstbankslo.com — First Bank of San Luis Obispo

**Free Checking**

Checking Summary
Rachel Nottea
  Account Number                                  ██████6600

Deposit Account Recap
Beginning Balance as of
  September 15, 2009                              176,230.85
    2  Withdrawals (Minus)                           810.00
Ending Balance as of
  October 12, 2009                                175,420.85

**Account Checks by Check Number**

| Date   | Check No | Amount |
|--------|----------|--------|
| Sep 25 | 103      | 310.00 |

**Withdrawals and Other Debits**

| Date   | Amount | Description  |                              |
|--------|--------|--------------|------------------------------|
| Oct 08 | 500.00 | ACH Payment  | AMERICAN EXPRESS ELEC REMIT  |

**Daily Balance Summary**

| Date   | Balance    | Date   | Balance    | Date   | Balance    |
|--------|------------|--------|------------|--------|------------|
| Sep 15 | 176,230.85 | Sep 25 | 175,920.85 | Oct 08 | 175,420.85 |

SANTA BARBARA BANK & TRUST SINCE 1960 |  FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 |  SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 |  FIRST BANK OF SAN LUIS OBISPO SINCE 1980

EXHIBIT "H" - Page 4

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

3167
Rachel Nottea

| Banking Statement | |
|---|---|
| Statement Period: | 10/13/2009 to 11/09/2009 |
| Customer Number: | 6600 |
| | Page 1 |

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com



Visit Your Bank's Website & Sign Up Today!

www.sbbt.com — Santa Barbara Bank & Trust
www.1stnational.com — First National Bank of Central California
www.svnb.com — South Valley National Bank
www.sbbank.com — San Benito Bank
www.firstbanksto.com — First Bank of San Luis Obispo

**Free Checking**

**Checking Summary**
Rachel Nottea
Account Number ................................................ 6600

Deposit Account Recap
Beginning Balance as of
October 13, 2009 .............................. 175,420.85
    3  Withdrawals (Minus) ................. 3,754.94
Ending Balance as of
November 9, 2009 ............................. 171,665.91

**Account Checks by Check Number**

| Date | Check No | Amount |
|---|---|---|
| Oct 26 | 105 | 166.24 |

**Withdrawals and Other Debits**

| Date | Amount | Description | | |
|---|---|---|---|---|
| Oct 13 | 3,155.00 | ACH Payment | CAPITAL ONE ARC CHECK PYMT 104 | 0000000104 |
| Oct 14 | 433.70 | ACH Payment | AMERICAN EXPRESS ELEC REMIT | |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Oct 13 | 172,265.85 | Oct 14 | 171,832.15 | Oct 26 | 171,665.91 |

SANTA BARBARA BANK & TRUST — SINCE 1960
FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA — SINCE 1984
 SOUTH VALLEY NATIONAL BANK — SINCE 1983
 San Benito Bank — SINCE 1984
 FIRST BANK OF SAN LUIS OBISPO — SINCE 1980

EXHIBIT "H" - Page 5

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

3479
Rachel Nottea

**Banking Statement**

Statement Period: 11/10/2009 to 12/14/2009

Customer Number: ●●●●●●●●6600

Page 1

**Customer Service Representative**
(888) 400-SBBT (400-7228)

**BANKLINE-24-HOUR AUTOMATED INFORMATION**
(800) 287-SBBT (287-7228)

www.sbbt.com



**ALLTIME** *Online*
Secure. Convenient. Easy.

Visit Your Bank's Website & Sign Up Today!

| www.sbbt.com | Santa Barbara Bank & Trust |
| www.1stnational.com | First National Bank of Central California |
| www.svnb.com | South Valley National Bank |
| www.sbbank.com | San Benito Bank |
| www.firstbankslo.com | First Bank of San Luis Obispo |

**Free Checking**

**Checking Summary**
Rachel Nottea
Account Number ●●●●6600

Deposit Account Recap
Beginning Balance as of
  November 10, 2009                171,665.91
  1   Withdrawals (Minus)              868.61
Ending Balance as of
  December 14, 2009                170,797.30



**Account Checks by Check Number**

| Date | Check No | Amount |
|------|----------|--------|
| Dec 10 | 106 | 868.61 |

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| Nov 10 | 171,665.91 | Dec 10 | 170,797.30 |




SANTA BARBARA BANK & TRUST SINCE 1960 | FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

## SANTA BARBARA BANK & TRUST

P.O. Box 60839, S.B., CA, 93160-0839

488
Rachel Nottea

### Banking Statement

Statement Period: 12/15/2009 to 01/11/2010

Customer Number: ██████6600

Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### FDIC INSURANCE NOTICE

Effective 01/01/2010, many banks have decided to opt out of the FDIC's Transaction Account Guarantee Program.

Pacific Capital Bank, N.A. has committed to remain a participant in the Program, and unlimited funds held in eligible transaction accounts will continue to be fully insured by the safety and security of the FDIC.

Please contact your local branch manager with any questions you may have.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ███6600

Deposit Account Recap
Beginning Balance as of
  December 15, 2009                    170,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
  January 11, 2010                     170,797.30

### Daily Balance Summary

| Date   | Balance    |
|--------|------------|
| Dec 15 | 170,797.30 |


SANTA BARBARA BANK & TRUST
SINCE 1960


FNB
FIRST NATIONAL BANK
OF CENTRAL CALIFORNIA
SINCE 1984


SOUTH VALLEY NATIONAL BANK
SINCE 1983


San Benito Bank
SINCE 1984


FIRST BANK
OF SAN LUIS OBISPO
SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

433
Rachel Nottea

**Banking Statement**

Statement Period: 01/12/2010 to 02/08/2010
Customer Number: ########6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

**NOTICE: FUNDS AVAILABILITY POLICY CHANGE**

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

**Free Checking**

Checking Summary
Rachel Nottea
Account Number                        ####6600

Deposit Account Recap
Beginning Balance as of
  January 12, 2010                    170,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
  February 8, 2010                    170,797.30

**Daily Balance Summary**

| Date | Balance |
|---|---|
| Jan 12 | 170,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 |  SOUTH VALLEY NATIONAL BANK SINCE 1983 |  San Benito Bank SINCE 1984 |  FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

411
Rachel Nottea

**Banking Statement**

Statement Period: 02/09/2010 to 03/08/2010

Customer Number: ██████6600

Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ██████6600

Deposit Account Recap
Beginning Balance as of
February 9, 2010 ........................ 170,797.30
  1  Withdrawals (Minus) ............... 10,000.00
Ending Balance as of
March 8, 2010 ........................... 160,797.30

### Withdrawals and Other Debits

| Date   | Amount    | Description  |         |
|--------|-----------|--------------|---------|
| Feb 22 | 10,000.00 | ACH Payment  | CITIBANK BILL PAYMT ATO BILLPAY |

### Daily Balance Summary

| Date   | Balance    | Date   | Balance    |
|--------|------------|--------|------------|
| Feb 09 | 170,797.30 | Feb 22 | 160,797.30 |

|                         | Total For This Period | Total Year-to-Date |
|-------------------------|-----------------------|--------------------|
| Total Overdraft Fees    | 0.00                  | 0.00               |
| Total Returned Item Fees| 0.00                  | 0.00               |

SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

389
Rachel Nottea

**Banking Statement**

Statement Period: 03/09/2010 to 04/12/2010
Customer Number: ████████6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

**NOTICE: FUNDS AVAILABILITY POLICY CHANGE**

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

**Free Checking**

Checking Summary
Rachel Nottea
Account Number                                ████6600

Deposit Account Recap
Beginning Balance as of
   March 9, 2010                              160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
   April 12, 2010                             160,797.30

**Daily Balance Summary**

| Date | Balance |
|---|---|
| Mar 09 | 160,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |



SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984  SOUTH VALLEY NATIONAL BANK SINCE 1983  San Benito Bank SINCE 1984  FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

422
Rachel Nottea

**Banking Statement**

Statement Period: 04/13/2010 to 05/10/2010

Customer Number: ●●●●●●●6600

Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

**Free Checking**

**Checking Summary**
Rachel Nottea
Account Number ●●●●6600

**Deposit Account Recap**
Beginning Balance as of
April 13, 2010                         160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
May 10, 2010                           160,797.30

**Daily Balance Summary**

| Date | Balance |
|---|---|
| Apr 13 | 160,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 |  FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 |  San Benito Bank SINCE 1984 |  FIRST BANK OF SAN LUIS OBISPO SINCE 1980

## SANTA BARBARA BANK & TRUST
P.O. Box 60839, S.B., CA, 93160-0839

393
Rachel Nottea

**Banking Statement**

| | |
|---|---|
| Statement Period: | 05/11/2010 to 06/14/2010 |
| Customer Number: | ●●●●●●●6600 |
| | Page 1 |

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ●●●●●6600

**Deposit Account Recap**
Beginning Balance as of
  May 11, 2010                         160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
  June 14, 2010                        160,797.30

### Daily Balance Summary

| Date | Balance |
|---|---|
| May 11 | 160,797.30 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | 0.00 | 0.00 |
| **Total Returned Item Fees** | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 |  |  |  | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

EXHIBIT "H" - Page 12

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

404
Rachel Nottea

**Banking Statement**

Statement Period: 06/15/2010 to 07/12/2010

Customer Number: ●●●●●●●●6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

**Free Checking**

Checking Summary
Rachel Nottea
 Account Number ●●●6600

Deposit Account Recap
Beginning Balance as of
 June 15, 2010                 160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
 July 12, 2010                 160,797.30

**Daily Balance Summary**

| Date | Balance |
|---|---|
| Jun 15 | 160,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60939, S.B., CA, 93160-0939

406
Rachel Nottea

**Banking Statement**

Statement Period: 07/13/2010 to 08/09/2010

Customer Number: ●●●●●●●●6600
Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

**NOTICE: FUNDS AVAILABILITY POLICY CHANGE**

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

**Free Checking**

Checking Summary
Rachel Nottea
Account Number ●●●●●6600

Deposit Account Recap
Beginning Balance as of
July 13, 2010                          160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
August 9, 2010                         160,797.30

**Daily Balance Summary**

| Date | Balance |
|---|---|
| Jul 13 | 160,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

368
Rachel Nottea

**Banking Statement**

Statement Period: 08/10/2010 to 09/13/2010

Customer Number: ▓▓▓▓▓▓6600

Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ▓▓▓▓▓6600

**Deposit Account Recap**
Beginning Balance as of
August 10, 2010 ......................... 160,797.30
There was no Deposit activity during this Statement Period.
Ending Balance as of
September 13, 2010 .................... 160,797.30

### Daily Balance Summary

| Date | Balance |
|---|---|
| Aug 10 | 160,797.30 |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

SANTA BARBARA BANK & TRUST SINCE 1960 | FNB FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984 | SOUTH VALLEY NATIONAL BANK SINCE 1983 | San Benito Bank SINCE 1984 | FIRST BANK OF SAN LUIS OBISPO SINCE 1980

EXHIBIT "H" - Page 15



**SANTA BARBARA BANK & TRUST**

P.O. Box 60839, S.B., CA, 93160-0839

3530

**Banking Statement**

Statement Period: 09/14/2010 to 10/11/2010

Customer Number: ████████6600

Page 1

Customer Service Representative
(888) 400-SBBT (400-7228)

BANKLINE-24-HOUR AUTOMATED INFORMATION
(800) 287-SBBT (287-7228)

www.sbbt.com

### NOTICE: FUNDS AVAILABILITY POLICY CHANGE

Effective immediately, Pacific Capital Bank, N.A. has amended its Funds Availability Policy. In some cases this will reduce the number of days the bank may place holds on your deposits. For more information, please contact your local branch or call a service representative at the number above.

### Free Checking

**Checking Summary**
Rachel Nottea
Account Number ████6600

**Deposit Account Recap**
Beginning Balance as of
September 14, 2010                           160,797.30
    1 Withdrawals (Minus)                   160,797.30
Ending Balance as of
October 11, 2010                                  0.00
Account Closed

### Withdrawals and Other Debits

| Date   | Amount     | Description        |           |
|--------|------------|--------------------|-----------|
| Oct 01 | 160,797.30 | Auto Close Withdrl | 0000099999 |

### Daily Balance Summary

| Date   | Balance    | Date   | Balance |
|--------|------------|--------|---------|
| Sep 14 | 160,797.30 | Oct 01 | 0.00    |

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | 0.00                  | 0.00               |
| Total Returned Item Fees | 0.00                  | 0.00               |

    

SANTA BARBARA BANK & TRUST SINCE 1960   |   FIRST NATIONAL BANK OF CENTRAL CALIFORNIA SINCE 1984   |   SOUTH VALLEY NATIONAL BANK SINCE 1983   |   San Benito Bank SINCE 1984   |   FIRST BANK OF SAN LUIS OBISPO SINCE 1980