# HSBC ◆ PREMIER

HSBC Premier
Statement of Account
Account Number ███████409-9

**March 1 , 2016 - March 31, 2016**
Page  1  of  2

DORON NOTTEA            32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 03/31/2016

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | .70 | 27,952.17 | 0.24 | 0.00 | 27,952.41 |
| TOTAL CHECKING | | | | | | $27,952.41 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 43.92 | 178,156.67 | 21.23 | 0.00 | 178,177.90 |
| TOTAL SAVINGS | | | | | | $178,177.90 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF MAR 31: | $206,130.31 |
|---|---|

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  FEB 29, 2016

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/31/16 | INTEREST EARNED AND PAID FROM 03/01/16 THROUGH 03/31/16 INCLUSIVE AVERAGE DAILY LEDGER BALANCE      $27,952.17 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .24 | 27,952.41 |

| HSBC PREMIER SAVINGS | ████585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 1

# HSBC ✕ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**March 1 , 2016 - March 31, 2016**
Page  2  of  2

| HSBC PREMIER SAVINGS | ⬛⬛585-5 | ENCINO OFFICE | (CONTINUED) |
| --- | --- | --- | --- |

ADD THIS AMOUNT TO YOUR RECORDS:   $21.23
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   FEB 29, 2016

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
| --- | --- | --- | --- | --- |
| 03/01/16 | INTEREST PAID FROM 02/02/16 THROUGH 03/01/16 INCLUSIVE | | 21.23 | 178,177.90 |
| | AVERAGE DAILY LEDGER BALANCE        $178,156.67 | | | |
| 03/31/16 | $22.69  INTEREST EARNED FROM 03/01/16 | | | 178,177.90 |
| | THROUGH 03/31/16 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY LEDGER BALANCE        $178,177.90 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 2

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**January 30, 2016 - February 29, 2016**
Page 1 of 2

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

DORON NOTTEA                    32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 2, 2015, HSBC Bank USA, N.A. no longer issues official bank checks in foreign currency (Foreign Currency Draft (DD Commission)). Foreign currency transfers can be made through internet banking or your branch. All other information within your Terms & Charges Disclosure remains in effect.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 02/29/2016

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | .46 | 27,951.93 | 0.24 | 0.00 | 27,952.17 |
| TOTAL CHECKING | | | | | | $27,952.17 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 22.69 | 178,133.98 | 22.69 | 0.00 | 178,156.67 |
| TOTAL SAVINGS | | | | | | $178,156.67 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF FEB 29: | | | | | | $206,108.84 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   JAN 29, 2016

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**January 30, 2016 - February 29, 2016**
Page  2  of  2

| **HSBC PREMIER** | ████409-9 | **ENCINO OFFICE** | **(CONTINUED)** |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/29/16 | INTEREST EARNED AND PAID FROM 01/30/16 THROUGH 02/29/16 INCLUSIVE AVERAGE DAILY LEDGER BALANCE     $27,951.93 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .24 | 27,952.17 |

| **HSBC PREMIER SAVINGS** | ████585-5 | **ENCINO OFFICE** |
|---|---|---|

DORON NOTTEA
RACHEL NOTTEA

**ADD THIS AMOUNT TO YOUR RECORDS:  $22.69**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS:   JAN 29, 2016**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/01/16 | INTEREST PAID FROM 01/02/16 THROUGH 02/01/16 INCLUSIVE AVERAGE DAILY LEDGER BALANCE     $178,133.98 | | 22.69 | 178,156.67 |
| 02/29/16 | $22.70  INTEREST EARNED FROM 01/30/16 THROUGH 02/29/16 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE     $178,155.21 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,156.67 |

EXHIBIT "I" - Page 4

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**January 1 , 2016 - January 29, 2016**
Page  1  of  2

DORON  NOTTEA
RACHEL  NOTTEA        32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 2, 2015, HSBC Bank USA, N.A. no longer issues official bank checks in foreign currency (Foreign Currency Draft (DD Commission)). Foreign currency transfers can be made through internet banking or your branch. All other information within your Terms & Charges Disclosure remains in effect.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 01/29/2016

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | .22 | 27,951.71 | 0.22 | 0.00 | 27,951.93 |
| TOTAL CHECKING | | | | | | $27,951.93 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | | 178,133.98 | 0.00 | 0.00 | 178,133.98 |
| TOTAL SAVINGS | | | | | | $178,133.98 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JAN 29: | $206,085.91 |
|---|---|

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.22
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   DEC 31, 2015

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch and give your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I"  Page 5

# HSBC ◆ PREMIER

DORON   NOTTEA
RACHEL   NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▨▨▨409-9

**January 1 , 2016 - January 29, 2016**
Page  2  of  2

---

| HSBC PREMIER | ▨▨409-9 | ENCINO OFFICE | (CONTINUED) |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/29/16 | INTEREST EARNED AND PAID FROM 01/01/16 THROUGH 01/29/16 INCLUSIVE AVERAGE DAILY LEDGER BALANCE      $27,951.71 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .22 | 27,951.93 |

---

| HSBC PREMIER SAVINGS | ▨▨585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |

DATE OF YOUR LAST STATEMENT WAS:   DEC 31, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/29/16 | $20.49  INTEREST EARNED FROM 01/02/16 THROUGH 01/29/16 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE      $178,133.98 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,133.98 |

EXHIBIT "I" - Page 6

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ●●●●●409-9

**December 1 , 2015 - December 31, 2015**
Page 1 of 2

|||||||||||||||||||||||||||||||||||||||||||||||

DORON NOTTEA                    32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 2, 2015, HSBC Bank USA, N.A. no longer issues official bank checks in foreign currency (Foreign Currency Draft (DD Commission)). Foreign currency transfers can be made through internet banking or your branch. All other information within your Terms & Charges Disclosure remains in effect.

Effective November 2, 2015, HSBC Bank USA, N.A. no longer issues official bank checks in foreign currency ( Foreign Currency Draft ( DD Commission)). Foreign currency transfers can be made through internet banking or your branch. All other information within your Terms & Charges Disclosure remains in effect.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 12/31/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ●●●●409-9 | 3.16 | 27,951.47 | 0.24 | 0.00 | 27,951.71 |
| TOTAL CHECKING | | | | | | $27,951.71 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ●●●●585-5 | 267.00 | 178,089.33 | 44.65 | 0.00 | 178,133.98 |
| TOTAL SAVINGS | | | | | | $178,133.98 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF DEC 31: | | | | | | $206,085.69 |

## ACCOUNT DETAIL

**HSBC PREMIER**          ●●●●409-9          **ENCINO OFFICE**
                         DORON NOTTEA
                         RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2015

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ███████409-9

**December 1 , 2015 - December 31, 2015**
Page  2  of  2

| HSBC PREMIER | ███████409-9 | ENCINO OFFICE | | | (CONTINUED) |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/31/15 | INTEREST EARNED AND PAID FROM 12/01/15 THROUGH 12/31/15 INCLUSIVE | | .24 | 27,951.71 |
| | AVERAGE DAILY LEDGER BALANCE          $27,951.47 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

| HSBC PREMIER SAVINGS | ███████585-5 | ENCINO OFFICE |
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

**ADD THIS AMOUNT TO YOUR RECORDS:  $44.65**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS:   NOV 30, 2015**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/01/15 | INTEREST PAID FROM 11/02/15 THROUGH 12/01/15 INCLUSIVE | | 21.96 | 178,111.29 |
| | AVERAGE DAILY LEDGER BALANCE          $178,089.33 | | | |
| 12/31/15 | INTEREST PAID FROM 12/02/15 THROUGH 01/01/16 INCLUSIVE | | 22.69 | |
| | AVERAGE DAILY LEDGER BALANCE          $178,111.29 | | | |
| 12/31/15 | $23.42  INTEREST EARNED FROM 12/01/15 THROUGH 01/01/16 INCLUSIVE | | | 178,133.98 |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE          $178,111.29 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 8

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**October 31, 2015 - November 30, 2015**
Page  1  of  2

DORON NOTTEA                    32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 22, your HSBC Premier Savings account statement frequency will change from monthly to quarterly. All other information in the HSBC Premier Savings Terms & Charges and EFT Facility Charges remains in effect.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 11/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ⬛⬛409-9 | 2.92 | 27,951.23 | 0.24 | 0.00 | 27,951.47 |
| TOTAL CHECKING | | | | | | $27,951.47 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ⬛⬛585-5 | 222.35 | 178,089.33 | 0.00 | 0.00 | 178,089.33 |
| TOTAL SAVINGS | | | | | | $178,089.33 |

TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF NOV 30:                                    $206,040.80

## ACCOUNT DETAIL

**HSBC PREMIER**            ⬛⬛409-9          **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS:   $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  OCT 30, 2015

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 9

# HSBC ⬧ PREMIER

DORON  NOTTEA
RACHEL   NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▆▆▆▆409-9

**October 31, 2015 - November 30, 2015**
Page  2  of  2

| **HSBC PREMIER** | ▆▆▆409-9 | **ENCINO OFFICE** | | **(CONTINUED)** |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/30/15 | INTEREST EARNED AND PAID FROM 10/31/15 THROUGH 11/30/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $27,951.23 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .24 | 27,951.47 |

| **HSBC PREMIER SAVINGS** | ▆▆▆▆585-5 | **ENCINO OFFICE** | | |
|---|---|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | | | |

DATE OF YOUR LAST STATEMENT WAS:   OCT 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/30/15 | $21.22  INTEREST EARNED FROM 11/02/15 THROUGH 11/30/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE        $178,089.33 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,089.33 |

# HSBC ◆X◆ PREMIER

|||lıılıılıdlıldılıılılıldılıldılıllllllllll

**DORON NOTTEA**
**RACHEL NOTTEA**

32-00166P

**HSBC Premier**
**Statement of Account**
Account Number ███████409-9

**October 1 , 2015 - October 30, 2015**
Page  1  of  2

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 22, your HSBC Premier Savings account statement frequency will change from monthly to quarterly. All other information in the HSBC Premier Savings Terms & Charges and EFT Facility Charges remains in effect.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 10/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ██████409-9 | 2.68 | 27,951.00 | 0.23 | 0.00 | 27,951.23 |
| TOTAL CHECKING | | | | | | $27,951.23 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | █████585-5 | 222.35 | 178,044.69 | 44.64 | 0.00 | 178,089.33 |
| TOTAL SAVINGS | | | | | | $178,089.33 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF OCT 30: | | | | | | $206,040.56 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $0.23
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  SEP 30, 2015

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 11

# HSBC ⬡ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▓▓▓▓409-9

**October 1 , 2015 - October 30, 2015**
Page  2  of  2

| HSBC PREMIER | ▓▓▓409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/30/15 | INTEREST EARNED AND PAID FROM 10/01/15 THROUGH 10/30/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE         $27,951.00 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .23 | 27,951.23 |

| HSBC PREMIER SAVINGS | ▓▓▓585-5 | ENCINO OFFICE |
|---|---|---|

DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS:  $44.64
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   SEP 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/15 | INTEREST PAID FROM 09/02/15 THROUGH 10/01/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE         $178,044.69 | | 21.95 | 178,066.64 |
| 10/30/15 | INTEREST PAID FROM 10/02/15 THROUGH 11/01/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE         $178,066.64 | | 22.69 | |
| 10/30/15 | $23.43  INTEREST EARNED FROM 10/01/15 THROUGH 11/01/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE         $178,066.64 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,089.33 |

# HSBC ◆X◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ▉▉▉409-9

**September 1, 2015 - September 30, 2015**
Page 1 of 2

DORON NOTTEA          32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective November 22, your HSBC Premier Savings account statement frequency will change from monthly to quarterly. All other information in the HSBC Premier Savings Terms & Charges and EFT Facility Charges remains in effect.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 09/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ▉▉▉409-9 | 2.45 | 27,950.77 | 0.23 | 0.00 | 27,951.00 |
| **TOTAL CHECKING** | | | | | | $27,951.00 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ▉▉▉585-5 | 177.71 | 178,022.01 | 22.68 | 0.00 | 178,044.69 |
| **TOTAL SAVINGS** | | | | | | $178,044.69 |
| **TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF SEP 30:** | | | | | | $205,995.69 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▉▉▉409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.23
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  AUG 31, 2015

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 13

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**September 1 , 2015 - September 30, 2015**
Page  2  of  2

| **HSBC PREMIER** | ████409-9 | **ENCINO OFFICE** | | | **(CONTINUED)** |
|---|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/30/15 | INTEREST EARNED AND PAID FROM 09/01/15 THROUGH 09/30/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $27,950.77 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .23 | 27,951.00 |

| **HSBC PREMIER SAVINGS** | ████585-5 | **ENCINO OFFICE** |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $22.68
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   AUG 31, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/01/15 | INTEREST PAID FROM 08/02/15 THROUGH 09/01/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $178,022.01 | | 22.68 | 178,044.69 |
| 09/30/15 | $21.95  INTEREST EARNED FROM 09/01/15 THROUGH 09/30/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE        $178,044.69 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,044.69 |

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**August 1 , 2015 - August 31, 2015**
Page  1  of  2

DORON  NOTTEA
RACHEL  NOTTEA                32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 08/31/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 2.22 | 27,950.53 | 0.24 | 0.00 | 27,950.77 |
| TOTAL CHECKING | | | | | | $27,950.77 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 155.03 | 178,022.01 | 0.00 | 0.00 | 178,022.01 |
| TOTAL SAVINGS | | | | | | $178,022.01 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF AUG 31: | | | | | | $205,972.78 |

## ACCOUNT DETAIL

**HSBC PREMIER**          ████409-9          **ENCINO OFFICE**
                         DORON NOTTEA
                         RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS:  $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUL 31, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/31/15 | INTEREST EARNED AND PAID FROM 08/01/15 THROUGH 08/31/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE     $27,950.53 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .24 | 27,950.77 |

**HSBC PREMIER SAVINGS**          ████585-5          **ENCINO OFFICE**
                                 DORON NOTTEA
                                 RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS:  JUL 31, 2015

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your*
*new address.  All deposited items are credited subject to final payment.*

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ●●●●409-9

**August 1 , 2015 - August 31, 2015**
Page  2  of  2

| HSBC PREMIER SAVINGS | ●●●585-5 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/31/15 | $21.94  INTEREST EARNED FROM 08/02/15 THROUGH 08/31/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE          $178,022.01 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 178,022.01 |

EXHIBIT "I" - Page 16

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**July 1, 2015 - July 31, 2015**
Page 1 of 2

|||||||||||||||||||||||||

DORON  NOTTEA          32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 07/31/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 1.98 | 27,950.29 | 0.24 | 0.00 | 27,950.53 |
| TOTAL CHECKING | | | | | | $27,950.53 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 155.03 | 177,977.39 | 44.62 | 0.00 | 178,022.01 |
| TOTAL SAVINGS | | | | | | $178,022.01 |

| | |
|---|---|
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JUL 31: | $205,972.54 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUN 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/31/15 | INTEREST EARNED AND PAID FROM 07/01/15 THROUGH 07/31/15 INCLUSIVE | | .24 | 27,950.53 |
| | AVERAGE DAILY LEDGER BALANCE        $27,950.29 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 17

# HSBC ◆◇ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬤⬤409-9

**July 1 , 2015 - July 31, 2015**
Page  2  of  2

| HSBC PREMIER SAVINGS | ⬤⬤585-5 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $44.62
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUN 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/01/15 | INTEREST PAID FROM 06/02/15 THROUGH 07/01/15 INCLUSIVE | | 21.94 | 177,999.33 |
| | AVERAGE DAILY LEDGER BALANCE        $177,977.39 | | | |
| 07/31/15 | INTEREST PAID FROM 07/02/15 THROUGH 08/01/15 INCLUSIVE | | 22.68 | |
| | AVERAGE DAILY LEDGER BALANCE        $177,999.33 | | | |
| 07/31/15 | $23.40  INTEREST EARNED FROM 07/01/15 | | | 178,022.01 |
| | THROUGH 08/01/15 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,999.33 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 18

# HSBC  PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**May 30, 2015 - June 30, 2015**
Page  1  of  2

|||||
|---|---|---|---|

IIIlIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 06/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ⬛⬛⬛409-9 | 1.74 | 27,950.04 | 0.25 | 0.00 | 27,950.29 |
| TOTAL CHECKING | | | | | | $27,950.29 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ⬛⬛⬛585-5 | 110.41 | 177,954.72 | 22.67 | 0.00 | 177,977.39 |
| TOTAL SAVINGS | | | | | | $177,977.39 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JUN 30: | $205,927.68 |
|---|---|

## ACCOUNT DETAIL

| HSBC PREMIER | ⬛⬛⬛409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $0.25
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   MAY 29, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/30/15 | INTEREST EARNED AND PAID FROM 05/30/15 THROUGH 06/30/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE     $27,950.04 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .25 | 27,950.29 |

| HSBC PREMIER SAVINGS | ⬛⬛⬛585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 19

# HSBC ◆❊◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number  ▇▇▇▇409-9

**May 30, 2015 - June 30, 2015**
Page  2  of  2

| HSBC PREMIER SAVINGS | ▇▇▇585-5 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $22.67
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   MAY 29, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/01/15 | INTEREST PAID FROM 05/02/15 THROUGH 06/01/15 INCLUSIVE | | 22.67 | 177,977.39 |
| | AVERAGE DAILY LEDGER BALANCE       $177,954.72 | | | |
| 06/30/15 | $23.41  INTEREST EARNED FROM 05/30/15 | | | 177,977.39 |
| | THROUGH 06/30/15 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE       $177,975.97 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆▶ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**May 1 , 2015 - May 29, 2015**
Page  1  of  2

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

---

Effective June 9, 2015 the ATM cash deposit limit will be $ 10,000 per day and the check deposit limit will be $99,999.99 per day.

---

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 05/29/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 1.49 | 31,949.81 | 0.23 | 4,000.00 | 27,950.04 |
| TOTAL CHECKING | | | | | | $27,950.04 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 87.74 | 177,932.78 | 21.94 | 0.00 | 177,954.72 |
| TOTAL SAVINGS | | | | | | $177,954.72 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF MAY 29: | | | | | | $205,904.76 |

---

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.23
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  APR 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/11/15 | ONLINE TRANSFER TO  CHECKING ████4145 ON 05/11 REFERENCE NO: IB160203 | 4,000.00 | | 27,949.81 |

---

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 21

# HSBC ◧⊠⊨ PREMIER

HSBC Premier
**Statement of Account**
Account Number ████409-9

**May 1 , 2015 - May 29, 2015**
Page  2  of  2

DORON  NOTTEA
RACHEL  NOTTEA

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/29/15 | INTEREST EARNED AND PAID FROM 05/01/15 THROUGH 05/29/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE       $29,329.12 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .23 | 27,950.04 |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

4,000.00

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $21.94
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   APR 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/01/15 | INTEREST PAID FROM 04/02/15 THROUGH 05/01/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE       $177,932.78 | | 21.94 | 177,954.72 |
| 05/29/15 | $21.21  INTEREST EARNED FROM 05/01/15 THROUGH 05/29/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE       $177,954.72 ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | 177,954.72 |

# HSBC ◀X▶ PREMIER

HSBC Premier
**Statement of Account**
Account Number ████409-9

**April 1 , 2015 - April 30, 2015**
Page  1  of  2



**DORON  NOTTEA**
**RACHEL  NOTTEA**          32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective  June  9,  2015  the  ATM  cash  deposit  limit  will  be  $ 10,000  per
day  and  the  check  deposit  limit  will  be  $99,999.99  per  day.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 04/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | 1.26 | 35,949.53 | 0.28 | 4,000.00 | 31,949.81 |
| TOTAL CHECKING | | | | | | $31,949.81 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 65.80 | 177,910.11 | 22.67 | 0.00 | 177,932.78 |
| TOTAL SAVINGS | | | | | | $177,932.78 |
| **TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF APR 30:** | | | | | | **$209,882.59** |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | **DORON NOTTEA** | |
| | **RACHEL NOTTEA** | |

ADD THIS AMOUNT TO YOUR RECORDS:  **$0.28**
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  **MAR 31, 2015**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/13/15 | ONLINE TRANSFER TO  CHECKING ████4145 ON 04/12 REFERENCE NO: IB203309 | 4,000.00 | | 31,949.53 |

*Please examine your statement at once.  For your convenience,
instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your
new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 23

# HSBC ◆X◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number ▓▓▓▓409-9

April 1 , 2015 - April 30, 2015
Page 2 of 2

| HSBC PREMIER | ▓▓▓409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/30/15 | INTEREST EARNED AND PAID FROM 04/01/15 THROUGH 04/30/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $33,549.53 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .28 | 31,949.81 |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,000.00

| HSBC PREMIER SAVINGS | ▓▓▓585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $22.67
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  MAR 31, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/01/15 | INTEREST PAID FROM 03/02/15 THROUGH 04/01/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $177,910.11 | | 22.67 | 177,932.78 |
| 04/30/15 | $21.94 INTEREST EARNED FROM 04/01/15 THROUGH 04/30/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $177,932.78 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 177,932.78 |

# HSBC ◼◻ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛⬛409-9

**February 28, 2015 - March 31, 2015**
Page  1  of  2

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Effective  June  9,  2015  the  ATM  cash  deposit  limit  will  be  $ 10,000  per
day  and  the  check  deposit  limit  will  be  $99,999.99  per  day.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 03/31/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ⬛⬛⬛409-9 | .98 | 37,949.21 | 0.32 | 2,000.00 | 35,949.53 |
| TOTAL CHECKING | | | | | | $35,949.53 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ⬛⬛⬛585-5 | 43.13 | 177,910.11 | 0.00 | 0.00 | 177,910.11 |
| TOTAL SAVINGS | | | | | | $177,910.11 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF MAR 31: | | | | | | $213,859.64 |

## ACCOUNT DETAIL

| HSBC PREMIER | ⬛⬛⬛409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.32
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   FEB 27, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/10/15 | ONLINE TRANSFER TO  CHECKING ⬛⬛⬛4145 ON 03/10 REFERENCE NO: IB075117 | 2,000.00 | | 35,949.21 |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 25

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ███████409-9

**February 28, 2015 - March 31, 2015**
Page  2  of  2

| **HSBC PREMIER** | ███409-9 | **ENCINO OFFICE** | | **(CONTINUED)** |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/31/15 | INTEREST EARNED AND PAID FROM 02/28/15 THROUGH 03/31/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE      $36,574.21 ANNUAL PERCENTAGE YIELD EARNED  0.01% | | .32 | 35,949.53 |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

    2,000.00

| **HSBC PREMIER SAVINGS** | ███585-5 | **ENCINO OFFICE** |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

DATE OF YOUR LAST STATEMENT WAS:   **FEB 27, 2015**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/31/15 | $21.93  INTEREST EARNED FROM 03/02/15 THROUGH 03/31/15 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE      $177,910.11 ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | 177,910.11 |

EXHIBIT "I" - Page 26

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**January 31, 2015 - February 27, 2015**
Page 1 of 2

DORON NOTTEA                    32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 02/27/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | .66 | 41,948.91 | 0.30 | 4,000.00 | 37,949.21 |
| TOTAL CHECKING | | | | | | $37,949.21 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 43.13 | 177,889.64 | 20.47 | 0.00 | 177,910.11 |
| TOTAL SAVINGS | | | | | | $177,910.11 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF FEB 27: | | | | | | $215,859.32 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.30
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JAN 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/09/15 | ONLINE TRANSFER TO  CHECKING ████4145 ON 02/09 REFERENCE NO: IB503649 | 4,000.00 | | 37,948.91 |
| 02/27/15 | INTEREST EARNED AND PAID FROM 01/31/15 THROUGH 02/27/15 INCLUSIVE AVERAGE DAILY LEDGER BALANCE       $39,234.62 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .30 | 37,949.21 |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 27

# HSBC ◆✕◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▬▬409-9

**January 31, 2015 - February 27, 2015**
Page 2 of 2

| HSBC PREMIER | ▬409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,000.00

| HSBC PREMIER SAVINGS | ▬585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $20.47
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   JAN 30, 2015

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/27/15 | INTEREST PAID FROM 02/02/15 THROUGH 03/01/15 INCLUSIVE | | 20.47 | |
| | AVERAGE DAILY LEDGER BALANCE        $177,889.64 | | | |
| 02/27/15 | $20.47  INTEREST EARNED FROM 02/02/15 | | | 177,910.11 |
| | THROUGH 03/01/15 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,889.64 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 28

# HSBC ◆◆ PREMIER

HSBC Premier
**Statement of Account**
Account Number ▓▓▓▓409-9

**January 1, 2015 - January 30, 2015**
Page 1 of 2

llllllllllllllllllllllllllllllllllllllllllllll

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

For your HSBC Premier checking account, the monthly cycle for qualifying deposit accounts is the 30 day period immediately preceding the date the monthly maintenance fee is assessed. Qualifying investment balances are determined on the day before your monthly maintenance fee is assessed. If you are using a stand-alone statement with a requested statement date then the monthly maintenance fee is assessed on the last business day of the month. All other customers are assessed on their statement date.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 01/30/2015

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ▓▓▓409-9 | .36 | 45,737.16 | 0.36 | 3,788.61 | 41,948.91 |
| TOTAL CHECKING | | | | | | $41,948.91 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ▓▓▓585-5 | 22.66 | 177,866.98 | 22.66 | 0.00 | 177,889.64 |
| TOTAL SAVINGS | | | | | | $177,889.64 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JAN 30: | | | | | | $219,838.55 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▓▓▓409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.36
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  DEC 31, 2014

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 29

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ███████409-9

January 1 , 2015 - January 30, 2015
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/13/15 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 41,948.55 |
| 01/30/15 | INTEREST EARNED AND PAID FROM 01/01/15 | | .36 | 41,948.91 |
| | THROUGH 01/30/15 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE          $43,463.99 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

    3,788.61

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE | |
| | DORON NOTTEA | | |
| | RACHEL NOTTEA | | |

ADD THIS AMOUNT TO YOUR RECORDS:  $22.66
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   DEC 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/30/15 | INTEREST PAID FROM 01/02/15 THROUGH 02/01/15 INCLUSIVE | | 22.66 | |
| | AVERAGE DAILY LEDGER BALANCE          $177,866.98 | | | |
| 01/30/15 | $22.66  INTEREST EARNED FROM 01/02/15 | | | 177,889.64 |
| | THROUGH 02/01/15 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE          $177,866.98 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | |

EXHIBIT "I" - Page 30

# HSBC ◆ PREMIER

Illllmlllmlllmllmllmllmllmllmllmllmll

DORON NOTTEA                          32-00166P
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**November 29, 2014 - December 31, 2014**
Page  1  of  2

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 12/31/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 3.54 | 44,505.21 | 5,020.56 | 3,788.61 | 45,737.16 |
| TOTAL CHECKING | | | | | | $45,737.16 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 251.91 | 177,836.12 | 2,530.86 | 2,500.00 | 177,866.98 |
| TOTAL SAVINGS | | | | | | $177,866.98 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF DEC 31: | | | | | | $223,604.14 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.42
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   NOV 28, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/02/14 | DEPOSIT FROM WFB DIRECTPAY-DEPOSIT | | 5,020.14 | 49,525.35 |
| 12/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 45,736.74 |
| 12/31/14 | INTEREST EARNED AND PAID FROM 11/29/14 | | .42 | 45,737.16 |
| | THROUGH 12/31/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE          $46,658.04 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED    0.01% | | | |

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your*
*new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 31

# HSBC ◆X◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**November 29, 2014 - December 31, 2014**
Page 2 of 2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

    3,788.61

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE | |
|---|---|---|---|

    DORON NOTTEA
    RACHEL NOTTEA

**ADD THIS AMOUNT TO YOUR RECORDS:  $44.58**
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
**DATE OF YOUR LAST STATEMENT WAS:   NOV 28, 2014**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/01/14 | INTEREST PAID FROM 11/02/14 THROUGH 12/01/14 INCLUSIVE | | 21.93 | 177,858.05 |
| | AVERAGE DAILY LEDGER BALANCE      $177,836.12 | | | |
| 12/02/14 | ONLINE TRANSFER TO  CHECKING ████4145 ON 12/02 | 2,500.00 | | 175,358.05 |
| | REFERENCE NO: IB264218 | | | |
| 12/03/14 | DEPOSIT | | 2,486.28 | 177,844.33 |
| 12/31/14 | INTEREST PAID FROM 12/02/14 THROUGH 01/01/15 INCLUSIVE | | 22.65 | |
| | AVERAGE DAILY LEDGER BALANCE      $177,764.12 | | | |
| 12/31/14 | $24.85 INTEREST EARNED FROM 11/29/14 | | | 177,866.98 |
| | THROUGH 01/01/15 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY LEDGER BALANCE      $177,771.12 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◻️ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ▇▇▇409-9

**November 1 , 2014 - November 28, 2014**
Page  1  of  2

|||||||||||||||||||||||||||||||||||||||

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 11/28/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ▇▇▇409-9 | 3.12 | 43,273.33 | 5,020.49 | 3,788.61 | 44,505.21 |
| TOTAL CHECKING | | | | | | $44,505.21 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ▇▇▇585-5 | 207.33 | 177,836.12 | 0.00 | 0.00 | 177,836.12 |
| TOTAL SAVINGS | | | | | | $177,836.12 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF NOV 28: | | | | | | $222,341.33 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▇▇▇409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:   $0.35
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  OCT 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/05/14 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 5,020.14 | 48,293.47 |
| 11/12/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 44,504.86 |
| 11/28/14 | INTEREST EARNED AND PAID FROM 11/01/14 | | .35 | 44,505.21 |
| | THROUGH 11/28/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE      $45,276.08 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  0.01% | | | |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 33

# HSBC ◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ●●●409-9

**November 1 , 2014 - November 28, 2014**
Page 2 of 2

| HSBC PREMIER | ●●●409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

3,788.61

| HSBC PREMIER SAVINGS | ●●●585-5 | ENCINO OFFICE | |
|---|---|---|---|
| | DORON NOTTEA<br>RACHEL NOTTEA | | |

DATE OF YOUR LAST STATEMENT WAS: **OCT 31, 2014**

| DATE<br>POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS<br>AND OTHER<br>SUBTRACTIONS | DEPOSITS<br>AND OTHER<br>ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/28/14 | $19.73 INTEREST EARNED FROM 11/02/14<br>THROUGH 11/28/14 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $177,836.12<br>ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 177,836.12 |

EXHIBIT "I" - Page 34

# HSBC ◆X◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**October 1 , 2014 - October 31, 2014**
Page 1 of 2

IlhInIlInIlInIlInIIInIlInIlInIIInIlInIlInIlInIlInIlInIIInIl

DORON NOTTEA          32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 10/31/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | 2.77 | 47,061.56 | 0.38 | 3,788.61 | 43,273.33 |
| TOTAL CHECKING | | | | | | $43,273.33 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 207.33 | 177,791.55 | 44.57 | 0.00 | 177,836.12 |
| TOTAL SAVINGS | | | | | | $177,836.12 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF OCT 31: | | | | | | $221,109.45 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.38
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  SEP 30, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/14/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 43,272.95 |
| 10/31/14 | INTEREST EARNED AND PAID FROM 10/01/14 | | .38 | 43,273.33 |
| | THROUGH 10/31/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $44,861.72 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

        3,788.61

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 35

# HSBC ◆X◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▓▓▓409-9

**October 1 , 2014 - October 31, 2014**
Page  2  of  2

| HSBC PREMIER SAVINGS | ▓▓▓585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $44.57
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   SEP 30, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/14 | INTEREST PAID FROM 09/02/14 THROUGH 10/01/14 INCLUSIVE | | 21.92 | 177,813.47 |
| | AVERAGE DAILY LEDGER BALANCE        $177,791.55 | | | |
| 10/31/14 | INTEREST PAID FROM 10/02/14 THROUGH 11/01/14 INCLUSIVE | | 22.65 | |
| | AVERAGE DAILY LEDGER BALANCE        $177,813.47 | | | |
| 10/31/14 | $23.38  INTEREST EARNED FROM 10/01/14 | | | 177,836.12 |
| | THROUGH 11/01/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,813.47 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 36

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**August 30, 2014 - September 30, 2014**
Page  1  of  2

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 09/30/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 2.39 | 50,849.74 | 0.43 | 3,788.61 | 47,061.56 |
| TOTAL CHECKING | | | | | | $47,061.56 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 162.76 | 177,791.55 | 0.00 | 0.00 | 177,791.55 |
| TOTAL SAVINGS | | | | | | $177,791.55 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF SEP 30: | | | | | | $224,853.11 |

## ACCOUNT DETAIL

**HSBC PREMIER**            ████409-9        **ENCINO OFFICE**
                           DORON NOTTEA
                           RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS:  $0.43
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  AUG 29, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 47,061.13 |
| 09/30/14 | INTEREST EARNED AND PAID FROM 08/30/14 | | .43 | 47,061.56 |
|  | THROUGH 09/30/14 INCLUSIVE | | | |
|  | AVERAGE DAILY LEDGER BALANCE        $48,481.86 | | | |
|  | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

        3,788.61

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office of our*
*new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 37

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**August 30, 2014 - September 30, 2014**
Page  2  of  2

| HSBC PREMIER SAVINGS | ⬛⬛585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

DATE OF YOUR LAST STATEMENT WAS:   **AUG 29, 2014**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/30/14 | $21.18  INTEREST EARNED FROM 09/02/14 | | | 177,791.55 |
| | THROUGH 09/30/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE          $177,791.55 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆❌ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ▒▒▒409-9

**August 1 , 2014 - August 29, 2014**
Page  1  of  2

DORON  NOTTEA          32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTS) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 08/29/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ▒▒▒409-9 | 1.96 | 54,637.93 | 0.42 | 3,788.61 | 50,849.74 |
| TOTAL CHECKING | | | | | | $50,849.74 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ▒▒▒585-5 | 162.76 | 177,746.26 | 45.29 | 0.00 | 177,791.55 |
| TOTAL SAVINGS | | | | | | $177,791.55 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF AUG 29: | | | | | | $228,641.29 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▒▒▒409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.42
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUL 31, 2014

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

# HSBC ✦ PREMIER

HSBC Premier
**Statement of Account**
Account Number ████████409-9

DORON  NOTTEA
RACHEL  NOTTEA

**August 1 , 2014 - August 29, 2014**
Page  2  of  2

| **HSBC PREMIER** | ████409-9 | **ENCINO OFFICE** | | **(CONTINUED)** |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/12/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 50,849.32 |
| 08/29/14 | INTEREST EARNED AND PAID FROM 08/01/14 | | .42 | 50,849.74 |
| | THROUGH 08/29/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE      $52,286.38 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

    3,788.61

| **HSBC PREMIER SAVINGS** | ████585-5 | **ENCINO OFFICE** |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $45.29
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   JUL 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/01/14 | INTEREST PAID FROM 07/02/14 THROUGH 08/01/14 INCLUSIVE | | 22.64 | 177,768.90 |
| | AVERAGE DAILY LEDGER BALANCE        $177,746.26 | | | |
| 08/29/14 | INTEREST PAID FROM 08/02/14 THROUGH 09/01/14 INCLUSIVE | | 22.65 | |
| | AVERAGE DAILY LEDGER BALANCE        $177,768.90 | | | |
| 08/29/14 | $23.38  INTEREST EARNED FROM 08/01/14 | | | 177,791.55 |
| | THROUGH 09/01/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,768.90 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆ PREMIER

|  | HSBC Premier |
|--|--|
|  | **Statement of Account** |
|  | Account Number ████409-9 |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII | **July 1, 2014 - July 31, 2014** |
|  | Page 1 of 2 |
| DORON NOTTEA             32-00166P | |
| RACHEL NOTTEA | **Questions?** |
|  | Call 1-888-662-HSBC or write: |
|  | HSBC |
|  | P.O. Box 9 |
|  | Buffalo, New York 14240 |
|  | **Your Relationship Manager** |
|  | Seda Rostomyan |
|  | 1-818-386-1568 |

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTS) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 07/31/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | 1.54 | 53,231.59 | 5,194.95 | 3,788.61 | 54,637.93 |
| TOTAL CHECKING | | | | | | $54,637.93 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 117.47 | 177,724.35 | 21.91 | 0.00 | 177,746.26 |
| TOTAL SAVINGS | | | | | | $177,746.26 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JUL 31: | | | | | | $232,384.19 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.46
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUN 30, 2014

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 41

# HSBC ◆◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ●●●●●409-9

**July 1 , 2014 - July 31, 2014**
Page  2  of  2

| HSBC PREMIER | ●●●409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/11/14 | DEPOSIT FROM WFB DIRECTPAY-DEPOSIT | | 5,194.49 | |
| 07/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 54,637.47 |
| 07/31/14 | INTEREST EARNED AND PAID FROM 07/01/14 | | .46 | 54,637.93 |
| | THROUGH 07/31/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE         $54,183.96 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

    3,788.61

| HSBC PREMIER SAVINGS | ●●●●585-5 | ENCINO OFFICE | | |
|---|---|---|---|---|
| | DORON NOTTEA | | | |
| | RACHEL NOTTEA | | | |

ADD THIS AMOUNT TO YOUR RECORDS:  $21.91
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   JUN 30, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/01/14 | INTEREST PAID FROM 06/02/14 THROUGH 07/01/14 INCLUSIVE | | 21.91 | 177,746.26 |
| | AVERAGE DAILY LEDGER BALANCE         $177,724.35 | | | |
| 07/31/14 | $22.64  INTEREST EARNED FROM 07/01/14 | | | 177,746.26 |
| | THROUGH 07/31/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE         $177,746.26 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | |

# HSBC ◆◼▷ PREMIER

|||ılılıı|ılıl|ılı|ıllıllıl|ılılı|lılıl|ıllıılıı|lıl|ıllı

**DORON NOTTEA**
**RACHEL NOTTEA**

32-00166P

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**May 31, 2014 - June 30, 2014**
Page  1  of  2

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTs) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

As a reminder, effective January 1, 2014, HSBC Bank USA, N.A. stopped accepting Travelers Cheques for deposit, payment or encashment.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 06/30/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ⬛⬛⬛409-9 | 1.08 | 57,019.74 | 0.46 | 3,788.61 | 53,231.59 |
| TOTAL CHECKING | | | | | | $53,231.59 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ⬛⬛⬛585-5 | 95.56 | 177,724.35 | 0.00 | 0.00 | 177,724.35 |
| TOTAL SAVINGS | | | | | | $177,724.35 |

TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JUN 30:               $230,955.94

## ACCOUNT DETAIL

| HSBC PREMIER | ⬛⬛⬛409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.46
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   MAY 30, 2014

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 43

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛409-9

**May 31, 2014 - June 30, 2014**
Page  2  of  2

| HSBC PREMIER | ⬛⬛409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 53,231.13 |
| 06/30/14 | INTEREST EARNED AND PAID FROM 05/31/14 | | .46 | 53,231.59 |
| | THROUGH 06/30/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $54,575.48 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  0.01% | | | |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

    3,788.61

| HSBC PREMIER SAVINGS | ⬛⬛585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

DATE OF YOUR LAST STATEMENT WAS:   MAY 30, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/30/14 | $21.18  INTEREST EARNED FROM 06/02/14 | | | 177,724.35 |
| | THROUGH 06/30/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,724.35 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**May 1 , 2014 - May 30, 2014**
Page  1  of  2



DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTs) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

As a reminder, effective January 1, 2014, HSBC Bank USA, N.A. stopped accepting Travelers Cheques for deposit, payment or encashment.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 05/30/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | .62 | 20,808.11 | 40,000.24 | 3,788.61 | 57,019.74 |
| TOTAL CHECKING | | | | | | $57,019.74 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 95.56 | 177,679.80 | 44.55 | 0.00 | 177,724.35 |
| TOTAL SAVINGS | | | | | | $177,724.35 |
| **TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF MAY 30:** | | | | | | **$234,744.09** |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.24
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  APR 30, 2014

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 45

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

HSBC Premier
Statement of Account
Account Number ████████409-9

May 1 , 2014 - May 30, 2014
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/13/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 17,019.50 |
| 05/23/14 | 53RECD FED WELLS FARGO BANK, N.A.*ORG:PIERRE TEBOUL,PASA DENA CA 91106410*OGB:WELLS FARGO ADVISORS, LLC,SAINT LOU IS MO 63103 US*BNF:DORON NOTTEA,VAN NUYS*OBI:PERSONAL LO AN TO FRIEND*STFEDSEQ:I1B7031R017702*TIME:1117*YRREF:12 7899542*MMB REF:143481838 | | 40,000.00 | 57,019.50 |
| 05/30/14 | INTEREST EARNED AND PAID FROM 05/01/14 THROUGH 05/30/14 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $29,201.61 ANNUAL PERCENTAGE YIELD EARNED   0.01% | | .24 | 57,019.74 |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

3,788.61

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $44.55
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   APR 30, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/01/14 | INTEREST PAID FROM 04/02/14 THROUGH 05/01/14 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $177,679.80 | | 21.91 | 177,701.71 |
| 05/30/14 | INTEREST PAID FROM 05/02/14 THROUGH 06/01/14 INCLUSIVE AVERAGE DAILY LEDGER BALANCE        $177,701.71 | | 22.64 | |
| 05/30/14 | $23.38  INTEREST EARNED FROM 05/01/14 THROUGH 06/01/14 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE        $177,701.71 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 177,724.35 |

# HSBC ◆ PREMIER



**HSBC Premier**
**Statement of Account**
Account Number ███409-9

April 1 , 2014 - April 30, 2014
Page  1  of  2

DORON  NOTTEA          32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTs) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 04/30/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ███409-9 | .38 | 7,096.64 | 17,500.08 | 3,788.61 | 20,808.11 |
| TOTAL CHECKING | | | | | | $20,808.11 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ███585-5 | 51.01 | 177,657.17 | 22.63 | 0.00 | 177,679.80 |
| TOTAL SAVINGS | | | | | | $177,679.80 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF APR 30: | | | | | | $198,487.91 |

## ACCOUNT DETAIL

| HSBC PREMIER | ███409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  MAR 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 3,308.03 |
| 04/18/14 | DEPOSIT FROM WFB DIRECTPAY-DEPOSIT | | 5,000.00 | 8,308.03 |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office or new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 47

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ██████409-9

**April 1 , 2014 - April 30, 2014**
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/23/14 | DEPOSIT FROM WFB DIRECTPAY-DEPOSIT | | 12,500.00 | 20,808.03 |
| 04/30/14 | INTEREST EARNED AND PAID FROM 04/01/14 | | .08 | 20,808.11 |
| | THROUGH 04/30/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $10,070.90 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

3,788.61

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE | |
|---|---|---|---|
| | DORON NOTTEA | | |
| | RACHEL NOTTEA | | |

ADD THIS AMOUNT TO YOUR RECORDS:  $22.63
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   MAR 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/01/14 | INTEREST PAID FROM 03/02/14 THROUGH 04/01/14 INCLUSIVE | | 22.63 | 177,679.80 |
| | AVERAGE DAILY LEDGER BALANCE        $177,657.17 | | | |
| 04/30/14 | $21.90  INTEREST EARNED FROM 04/01/14 | | | 177,679.80 |
| | THROUGH 04/30/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,679.80 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | |

# HSBC ◆X◆ PREMIER

**HSBC Premier
Statement of Account**
Account Number ████409-9

**March 1 , 2014 - March 31, 2014**
Page 1 of 2



DORON NOTTEA                 32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

---

Please note that in addition to your Telephone Access Code (TAC), you may now use your ATM/Debit Card Personal Identification Number (card PIN) to access your account information using our Automated Telephone Banking which features making electronic funds transfers (EFTs) between any eligible HSBC accounts. The Electronic Banking Services Information Statement will be updated to include this change.

---

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 03/31/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ████409-9 | .30 | 10,885.18 | 0.07 | 3,788.61 | 7,096.64 |
| TOTAL CHECKING | | | | | | $7,096.64 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 28.38 | 177,657.17 | 0.00 | 0.00 | 177,657.17 |
| TOTAL SAVINGS | | | | | | $177,657.17 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAR 31: | | | | | | $184,753.81 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  $0.07
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  FEB 28, 2014

---

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office or your new address. All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 49

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**March 1 , 2014 - March 31, 2014**
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 7,096.57 |
| 03/31/14 | INTEREST EARNED AND PAID FROM 03/01/14 | | .07 | 7,096.64 |
| | THROUGH 03/31/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $8,318.70 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

        3,788.61

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE | |
|---|---|---|---|

DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS:   **FEB 28, 2014**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/31/14 | $21.90  INTEREST EARNED FROM 03/02/14 | | | 177,657.17 |
| | THROUGH 03/31/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $177,657.17 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆ PREMIER



DORON  NOTTEA        32-00166P
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬤⬤409-9

**February 1 , 2014 - February 28, 2014**
Page  1  of  2

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Seda Rostomyan
1-818-386-1568

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 02/28/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | 409-9 | .23 | 14,673.70 | 0.09 | 3,788.61 | 10,885.18 |
| TOTAL CHECKING | | | | | | $10,885.18 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | 585-5 | 28.38 | 112,643.14 | 65,014.03 | 0.00 | 177,657.17 |
| TOTAL SAVINGS | | | | | | $177,657.17 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF FEB 28: | $188,542.35 |
|---|---|

## ACCOUNT DETAIL

| HSBC PREMIER | 409-9 | **ENCINO OFFICE** |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JAN 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/11/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,788.61 | | 10,885.09 |
| 02/28/14 | INTEREST EARNED AND PAID FROM 02/01/14 | | .09 | 10,885.18 |
| | THROUGH 02/28/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $12,238.17 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

       3,788.61

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your*
*new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 51

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ▬▬409-9

**February 1 , 2014 - February 28, 2014**
Page  2  of  2

---

| HSBC PREMIER SAVINGS | ▬▬585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $14.03
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   JAN 31, 2014

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/26/14 | DEPOSIT | | 65,000.00 | 177,643.14 |
| 02/28/14 | INTEREST PAID FROM 02/02/14 THROUGH 03/01/14 INCLUSIVE | | 14.03 | |
| | AVERAGE DAILY LEDGER BALANCE          $121,928.85 | | | |
| 02/28/14 | $14.03  INTEREST EARNED FROM 02/02/14 | | | 177,657.17 |
| | THROUGH 03/01/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE          $121,928.85 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ▓▓▓▓409-9

**January 1, 2014 - January 31, 2014**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA                    32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

---

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 01/31/2014

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ▓▓▓▓409-9 | .14 | 18,502.75 | 0.14 | 3,829.19 | 14,673.70 |
| TOTAL CHECKING | | | | | | $14,673.70 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ▓▓▓585-5 | 14.35 | 112,628.79 | 14.35 | 0.00 | 112,643.14 |
| TOTAL SAVINGS | | | | | | $112,643.14 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JAN 31: | $127,316.84 |
|---|---|

---

## ACCOUNT DETAIL

| HSBC PREMIER | ▓▓▓▓409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.14
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   DEC 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/13/14 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 14,673.56 |
| 01/31/14 | INTEREST EARNED AND PAID FROM 01/01/14 | | .14 | 14,673.70 |
| | THROUGH 01/31/14 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE        $16,155.83 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

   3,829.19

---

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 53

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ⬛⬛⬛409-9

**January 1 , 2014 - January 31, 2014**
Page  2  of  2

| HSBC PREMIER SAVINGS | ⬛⬛585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

**ADD THIS AMOUNT TO YOUR RECORDS:  $14.35**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS:  DEC 31, 2013**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/14 | INTEREST PAID FROM 01/02/14 THROUGH 02/01/14 INCLUSIVE | | 14.35 | |
| | AVERAGE DAILY LEDGER BALANCE        $112,628.79 | | | |
| 01/31/14 | $14.35  INTEREST EARNED FROM 01/02/14 | | | 112,643.14 |
| | THROUGH 02/01/14 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $112,628.79 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | |

EXHIBIT "I" - Page 54

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**November 30, 2013 - December 31, 2013**
Page  1  of  2

DORON  NOTTEA
RACHEL  NOTTEA                    32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

---

Effective  January  1,2014,HSBC  Bank  USA,NA  will  no  longer  accept  Travelers
Cheques  for  deposit,  payment  or  encashment.  Please  call  1 800 975 4722  if
you  have  any  questions.

---

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 12/31/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | 1.43 | 13,087.18 | 9,244.76 | 3,829.19 | 18,502.75 |
| TOTAL CHECKING | | | | | | $18,502.75 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 220.39 | 112,614.44 | 14.35 | 0.00 | 112,628.79 |
| TOTAL SAVINGS | | | | | | $112,628.79 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF DEC 31: | | | | | | $131,131.54 |

---

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.14
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  NOV 29, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/03/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 4,622.31 | 17,709.49 |
| 12/11/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 13,880.30 |
| 12/27/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 4,622.31 | 18,502.61 |

---

*Please examine your statement at once.  For your convenience,*
*instructions for balancing your account are included.*

*If you change your address, please notify your branch office or*
*new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 55

# HSBC �আ PREMIER

DORON NOTTEA
RACHEL NOTTEA

| HSBC PREMIER | ●●●409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/31/13 | INTEREST EARNED AND PAID FROM 11/30/13 THROUGH 12/31/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $15,485.48 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .14 | 18,502.75 |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

3,829.19

| HSBC PREMIER SAVINGS | ●●●585-5 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS: $14.35
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 29, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/31/13 | INTEREST PAID FROM 12/02/13 THROUGH 01/01/14 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,614.44 | | 14.35 | |
| 12/31/13 | $14.35 INTEREST EARNED FROM 12/02/13 THROUGH 01/01/14 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,614.44 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 112,628.79 |

# HSBC  PREMIER

**HSBC Premier**
**Statement of Account**
Account Number          409-9

**November 1 , 2013 - November 29, 2013**
Page  1  of  2

||||||||||||||||||||||||||||||||||||||||||||||||||

DORON  NOTTEA
RACHEL  NOTTEA                    32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

Effective October 20, the ability to perform outgoing wire transfers will be available for HSBC Premier Savings Accounts. There is a $30 fee for each "Funds Transfer-Out, per out going transfer." Federal Reserve Reg. D Transaction Limitations apply.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 11/29/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | 409-9 | 1.29 | 12,293.94 | 4,622.43 | 3,829.19 | 13,087.18 |
| TOTAL CHECKING | | | | | | $13,087.18 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | 585-5 | 206.04 | 112,586.22 | 28.22 | 0.00 | 112,614.44 |
| TOTAL SAVINGS | | | | | | $112,614.44 |

| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF NOV 29: | $125,701.62 |
|---|---|

## ACCOUNT DETAIL

| HSBC PREMIER | 409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  OCT 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/01/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 4,622.31 | 16,916.25 |
| 11/12/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 13,087.06 |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office or new address.  All deposited items are credited subject to final payment.*

# HSBC ⬨✕◆ PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████████409-9

**November 1 , 2013 - November 29, 2013**
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/29/13 | INTEREST EARNED AND PAID FROM 11/01/13 THROUGH 11/29/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $14,539.51 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .12 | 13,087.18 |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

3,829.19

| HSBC PREMIER SAVINGS | ████585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

**ADD THIS AMOUNT TO YOUR RECORDS:  $28.22**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS:  OCT 31, 2013**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/01/13 | INTEREST PAID FROM 10/02/13 THROUGH 11/01/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,586.22 | | 14.34 | 112,600.56 |
| 11/29/13 | INTEREST PAID FROM 11/02/13 THROUGH 12/01/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,600.56 | | 13.88 | |
| 11/29/13 | $14.34  INTEREST EARNED FROM 11/01/13 THROUGH 12/01/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE $112,600.56 ANNUAL PERCENTAGE YIELD EARNED 00.15 % | | | 112,614.44 |

# HSBC ◆ PREMIER



**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**October 1 , 2013 - October 31, 2013**
Page  1  of  2

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

Effective October 20, the ability to perform outgoing wire transfers will
be available for HSBC Premier Savings Accounts. There is a $30 fee for each
"Funds Transfer-Out, per out going transfer." Federal Reserve Reg. D
Transaction Limitations apply.

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 10/31/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | 1.17 | 12,786.45 | 3,336.68 | 3,829.19 | 12,293.94 |
| TOTAL CHECKING | | | | | | $12,293.94 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 177.82 | 112,569.57 | 16.65 | 0.00 | 112,586.22 |
| TOTAL SAVINGS | | | | | | $112,586.22 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF OCT 31: | | | | | | $124,880.16 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.11
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   SEP 30, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/10/13 | TEMP CREDIT FOR CHECK DEPOSIT ON 10/03 AT 16311 VENTUR BLVD ENCINO CA | | 3,336.57 | 16,123.02 |
| 10/11/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 12,293.83 |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 59

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████████409-9

**October 1, 2013 - October 31, 2013**
Page  2  of  2

| HSBC PREMIER | ███409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/31/13 | INTEREST EARNED AND PAID FROM 10/01/13 THROUGH 10/31/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE    $12,560.37 ANNUAL PERCENTAGE YIELD EARNED  0.01% | | .11 | 12,293.94 |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

3,829.19

| HSBC PREMIER SAVINGS | ███585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:  **$16.65**
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   **SEP 30, 2013**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/13 | INTEREST PAID FROM 09/02/13 THROUGH 10/01/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE       $112,569.57 | | 16.65 | 112,586.22 |
| 10/31/13 | $14.34  INTEREST EARNED FROM 10/01/13 THROUGH 10/31/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY  LEDGER BALANCE       $112,586.22 ANNUAL PERCENTAGE YIELD EARNED  00.15 % | | | 112,586.22 |

# HSBC ◆ PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ▓▓▓▓409-9

**August 31, 2013 - September 30, 2013**
Page 1 of 2

||ⅡⅡ||ⅡⅡ|ⅡⅡ|Ⅱ|ⅡⅡ|Ⅱ|ⅡⅡ|ⅡⅡ|Ⅱ|ⅡⅡ|Ⅱ|Ⅱ||Ⅱ

DORON NOTTEA                      32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 09/30/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ▓▓▓▓409-9 | 1.06 | 16,621.52 | 0.12 | 3,835.19 | 12,786.45 |
| TOTAL CHECKING | | | | | | $12,786.45 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ▓▓▓▓585-5 | 161.17 | 112,569.57 | 0.00 | 0.00 | 112,569.57 |
| TOTAL SAVINGS | | | | | | $112,569.57 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF SEP 30: | | | | | | $125,356.02 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▓▓▓▓409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:   $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:   AUG 30, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/11/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 12,792.33 |
| 09/12/13 | ONLINE PAYMENT TO   ACCOUNT ▓▓▓▓7129 ON 09/12 | 6.00 | | 12,786.33 |
| | REFERENCE NO: IB260127 | | | |
| 09/30/13 | INTEREST EARNED AND PAID FROM 08/31/13 | | .12 | 12,786.45 |
| | THROUGH 09/30/13 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE       $14,147.40 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED   0.01% | | | |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 61

# HSBC ◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ████409-9

**August 31, 2013 - September 30, 2013**
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

      3,829.19                  6.00

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE | |
|---|---|---|---|
| | DORON NOTTEA RACHEL NOTTEA | | |

DATE OF YOUR LAST STATEMENT WAS:  AUG 30, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/30/13 | $16.19  INTEREST EARNED FROM 09/02/13 THROUGH 09/30/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE        $112,569.57 ANNUAL PERCENTAGE YIELD EARNED 00.18 % | | | 112,569.57 |

# HSBC ◆ PREMIER

HSBC Premier
**Statement of Account**
Account Number ▆▆▆409-9

**August 1 , 2013 - August 30, 2013**
Page 1 of 2

DORON NOTTEA        32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 08/30/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ▆▆▆409-9 | .94 | 15,404.38 | 5,474.15 | 4,257.01 | 16,621.52 |
| TOTAL CHECKING | | | | | | $16,621.52 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | ▆▆▆585-5 | 161.17 | 112,531.34 | 38.23 | 0.00 | 112,569.57 |
| TOTAL SAVINGS | | | | | | $112,569.57 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF AUG 30: | | | | | | $129,191.09 |

## ACCOUNT DETAIL

| HSBC PREMIER | ▆▆▆409-9 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

ADD THIS AMOUNT TO YOUR RECORDS:   $0.15
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUL 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/01/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 5,474.00 | 20,878.38 |
| 08/13/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 17,049.19 |
| 08/16/13 | ONLINE PAYMENT TO   ACCOUNT ▆▆▆7129 ON 08/16 | 427.82 | | 16,621.37 |
| | REFERENCE NO: IB650804 | | | |
| 08/30/13 | INTEREST EARNED AND PAID FROM 08/01/13 | | .15 | 16,621.52 |
| | THROUGH 08/30/13 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE      $18,366.96 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED     0.01% | | | |

*Please examine your statement at once.  For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 63

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number  ▊▊▊▊409-9

**August 1 , 2013 - August 30, 2013**
Page  2  of  2

| HSBC PREMIER | ▊▊▊▊409-9 | ENCINO OFFICE | (CONTINUED) |
|---|---|---|---|

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

3,829.19                427.82

| HSBC PREMIER SAVINGS | ▊▊▊▊585-5 | ENCINO OFFICE | |
|---|---|---|---|

DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS:  $38.23
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUL 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/01/13 | INTEREST PAID FROM 07/02/13 THROUGH 08/01/13 INCLUSIVE | | 19.11 | 112,550.45 |
| | AVERAGE DAILY LEDGER BALANCE        $112,531.34 | | | |
| 08/30/13 | INTEREST PAID FROM 08/02/13 THROUGH 09/01/13 INCLUSIVE | | 19.12 | |
| | AVERAGE DAILY LEDGER BALANCE        $112,550.45 | | | |
| 08/30/13 | $19.73  INTEREST EARNED FROM 08/01/13 | | | 112,569.57 |
| | THROUGH 09/01/13 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $112,550.45 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | |

EXHIBIT "I" - Page 64

# HSBC ◆◀▶ PREMIER

HSBC Premier
**Statement of Account**
Account Number ████409-9

**June 29, 2013 – July 31, 2013**
Page  1  of  2

‖‖ll‖lll‖ll‖ll‖lll‖ll‖ll‖lll‖ll‖ll‖lll‖lll‖ll‖l

DORON  NOTTEA                    32-00166P
RACHEL  NOTTEA
████████████████████

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY  FOR PERIOD ENDING 07/31/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | ████409-9 | .79 | 14,759.31 | 4,474.26 | 3,829.19 | 15,404.38 |
| TOTAL CHECKING | | | | | | $15,404.38 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER SAVINGS | ████585-5 | 122.94 | 112,512.84 | 18.50 | 0.00 | 112,531.34 |
| TOTAL SAVINGS | | | | | | $112,531.34 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES  AS OF JUL 31: | | | | | | $127,935.72 |

## ACCOUNT DETAIL

| HSBC PREMIER | ████409-9 | ENCINO OFFICE |
|---|---|---|
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $0.15
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUN 28, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/02/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 4,474.11 | 19,233.42 |
| 07/11/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 15,404.23 |
| 07/31/13 | INTEREST EARNED AND PAID FROM 06/29/13 | | .15 | 15,404.38 |
| | THROUGH 07/31/13 INCLUSIVE | | | |
| | AVERAGE DAILY LEDGER BALANCE      $16,389.93 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED  0.01% | | | |

*Please examine your statement at once.  For your convenience,
instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your
new address.  All deposited items are credited subject to final payment.*

EXHIBIT "I" - Page 65

# HSBC ◆X◆ PREMIER

DORON  NOTTEA
RACHEL  NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number ██████409-9

**June 29, 2013 - July 31, 2013**
Page  2  of  2

| HSBC PREMIER | ████409-9 | ENCINO OFFICE | (CONTINUED) |
| --- | --- | --- | --- |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

3,829.19

| HSBC PREMIER SAVINGS | ████585-5 | ENCINO OFFICE |
| --- | --- | --- |
| | DORON NOTTEA | |
| | RACHEL NOTTEA | |

ADD THIS AMOUNT TO YOUR RECORDS:  $18.50
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS:  JUN 28, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
| --- | --- | --- | --- | --- |
| 07/01/13 | INTEREST PAID FROM 06/02/13 THROUGH 07/01/13 INCLUSIVE | | 18.50 | 112,531.34 |
| | AVERAGE DAILY LEDGER BALANCE        $112,512.84 | | | |
| 07/31/13 | $20.36  INTEREST EARNED FROM 06/29/13 | | | 112,531.34 |
| | THROUGH 07/31/13 INCLUSIVE | | | |
| | INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT | | | |
| | AVERAGE DAILY  LEDGER BALANCE        $112,530.22 | | | |
| | ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | |