HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**June 1 , 2013 - June 28, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 06/28/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .64 | 17,588.38 | 1,000.12 | 3,829.19 | 14,759.31 |
| TOTAL CHECKING | | | | | | $14,759.31 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 104.44 | 112,512.84 | 0.00 | 0.00 | 112,512.84 |
| TOTAL SAVINGS | | | | | | $112,512.84 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUN 28: | | | | | | $127,272.15 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/11/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 13,759.19 |
| 06/26/13 | DEPOSIT FROM WFB DIRECTPAY-DEPOSIT | | 1,000.00 | 14,759.19 |
| 06/28/13 | INTEREST EARNED AND PAID FROM 06/01/13 THROUGH 06/28/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $15,233.90<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .12 | 14,759.31 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

June 1 , 2013 - June 28, 2013
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,829.19

**HSBC PREMIER SAVINGS** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/28/13 | $16.63 INTEREST EARNED FROM 06/02/13 THROUGH 06/28/13 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,512.84<br>ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | 112,512.84 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**May 1 , 2013 - May 31, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 05/31/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .52 | 11,943.46 | 9,474.11 | 3,829.19 | 17,588.38 |
| TOTAL CHECKING | | | | | | $17,588.38 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 104.44 | 112,475.24 | 37.60 | 0.00 | 112,512.84 |
| TOTAL SAVINGS | | | | | | $112,512.84 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAY 31: | | | | | | $130,101.22 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.11
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: APR 30, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/03/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 4,000.00 | 15,943.46 |
| 05/13/13 | PAYMENT TO MORTGAGE SERV CT-MTG PAYMT | 3,829.19 | | 12,114.27 |
| 05/31/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 5,474.00 | |
| 05/31/13 | INTEREST EARNED AND PAID FROM 05/01/13 THROUGH 05/31/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $13,515.05<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .11 | 17,588.38 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

May 1, 2013 - May 31, 2013

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,829.19

**HSBC PREMIER SAVINGS** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $37.60
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: APR 30, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/01/13 | INTEREST PAID FROM 04/02/13 THROUGH 05/01/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,475.24 | | 18.49 | 112,493.73 |
| 05/31/13 | INTEREST PAID FROM 05/02/13 THROUGH 06/01/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,493.73 | | 19.11 | |
| 05/31/13 | $19.72 INTEREST EARNED FROM 05/01/13<br>THROUGH 06/01/13 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,493.73<br>ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | 112,512.84 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 30, 2013 - April 30, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 04/30/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .41 | 15,772.53 | 0.12 | 3,829.19 | 11,943.46 |
| TOTAL CHECKING | | | | | | $11,943.46 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 66.84 | 112,456.14 | 19.10 | 0.00 | 112,475.24 |
| TOTAL SAVINGS | | | | | | $112,475.24 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF APR 30: | | | | | | $124,418.70 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAR 29, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/10/13 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,829.19 | | 11,943.34 |
| 04/30/13 | INTEREST EARNED AND PAID FROM 03/30/13 THROUGH 04/30/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $13,259.62<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .12 | 11,943.46 |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

3,829.19

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 30, 2013 - April 30, 2013**
Page 2 of 2

**HSBC PREMIER SAVINGS** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $19.10
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAR 29, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/01/13 | INTEREST PAID FROM 03/02/13 THROUGH 04/01/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,456.14 | | 19.10 | 112,475.24 |
| 04/30/13 | $19.73 INTEREST EARNED FROM 03/30/13<br>THROUGH 04/30/13 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,474.05<br>ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | 112,475.24 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 1 , 2013 - March 29, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

Beginning April 7th, 2013, HSBC will be implementing a change to the daily limits on your HSBC Debit MasterCard. The maximum amount for ATM withdrawls will be $500 per day. The daily ATM limit represents the overall maximum amount of total withdrawals done on any accounts linked to your card. This change is inclusive of all HSBC and non-HSBC ATMs. The maximum amount of purchase or "purchase and cash back" transactions will be $3000 per day.
This change is only for HSBC Debit MasterCard, and is not applicable for: HSBC Premier Debit MasterCard, HSBC ATM Card, and HSBC Credit Card.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 03/29/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .29 | 12,401.62 | 7,400.10 | 4,029.19 | 15,772.53 |
| TOTAL CHECKING | | | | | | $15,772.53 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 47.74 | 112,437.66 | 18.48 | 0.00 | 112,456.14 |
| TOTAL SAVINGS | | | | | | $112,456.14 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAR 29: | | | | | | $128,228.67 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.10
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: FEB 28, 2013

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 1 , 2013 - March 29, 2013**
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/05/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 2,000.00 | 14,401.62 |
| 03/11/13 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,829.19 | | 10,572.43 |
| 03/14/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 2,000.00 | 12,572.43 |
| 03/22/13 | ONLINE PAYMENT TO ACCOUNT [redacted]7129 ON 03/22 REFERENCE NO: IB514454 | 200.00 | | 12,372.43 |
| 03/29/13 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 3,400.00 | |
| 03/29/13 | INTEREST EARNED AND PAID FROM 03/01/13 THROUGH 03/29/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $12,782.50 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .10 | 15,772.53 |

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,829.19 200.00

**HSBC PREMIER SAVINGS** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $18.48
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: FEB 28, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/01/13 | INTEREST PAID FROM 02/02/13 THROUGH 03/01/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,437.66 | | 18.48 | 112,456.14 |
| 03/29/13 | $17.86 INTEREST EARNED FROM 03/01/13 THROUGH 03/29/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,456.14 ANNUAL PERCENTAGE YIELD EARNED 00.20 % | | | 112,456.14 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**February 1 , 2013 - February 28, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

Beginning April 7th, 2013, HSBC will be implementing a change to the daily limits on your HSBC Debit MasterCard. The maximum amount for ATM withdrawls will be $500 per day. The daily ATM limit represents the overall maximum amount of total withdrawals done on any accounts linked to your card. This change is inclusive of all HSBC and non-HSBC ATMs. The maximum amount of purchase or "purchase and cash back" transactions will be $3000 per day.
This change is only for HSBC Debit MasterCard, and is not applicable for: HSBC Premier Debit MasterCard, HSBC ATM Card, and HSBC Credit Card.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 02/28/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .19 | 12,379.47 | 3,851.34 | 3,829.19 | 12,401.62 |
| TOTAL CHECKING | | | | | | $12,401.62 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 29.26 | 112,408.40 | 29.26 | 0.00 | 112,437.66 |
| TOTAL SAVINGS | | | | | | $112,437.66 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF FEB 28: | | | | | | $124,839.28 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2013

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

February 1 , 2013 - February 28, 2013
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/11/13 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,829.19 | | 8,550.28 |
| 02/14/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 3,851.25 | 12,401.53 |
| 02/28/13 | INTEREST EARNED AND PAID FROM 02/01/13 THROUGH 02/28/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $11,981.02 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 12,401.62 |

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,829.19

**HSBC PREMIER SAVINGS** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $29.26
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2013

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/01/13 | INTEREST PAID FROM 01/02/13 THROUGH 02/01/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,408.40 | | 29.26 | 112,437.66 |
| 02/28/13 | $18.79 INTEREST EARNED FROM 02/01/13 THROUGH 02/28/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,437.66 ANNUAL PERCENTAGE YIELD EARNED 00.22 % | | | 112,437.66 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**January 1, 2013 - January 31, 2013**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 01/31/2013

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .10 | 13,065.73 | 3,500.10 | 4,186.36 | 12,379.47 |
| TOTAL CHECKING | | | | | | $12,379.47 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | | 112,408.40 | 0.00 | 0.00 | 112,408.40 |
| TOTAL SAVINGS | | | | | | $112,408.40 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JAN 31: | | | | | | $124,787.87 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.10
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: DEC 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/10/13 | ONLINE PAYMENT TO ACCOUNT [redacted]7129 ON 01/10 REFERENCE NO: IB063431 | 25.00 | | |
| 01/10/13 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 8,879.37 |
| 01/14/13 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 500.00 | 9,379.37 |
| 01/17/13 | A CHECK LISTED FOR AN INCORRECT AMOUNT IN YOUR DEPOSIT OF $500.00 ON 01/14/2013. THE CHECK LISTED AS $500.00. IT SHOULD HAVE BEEN $3500.00. SEQ - 7818185072. REF#13017-127. | | 3,000.00 | 12,379.37 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

January 1, 2013 - January 31, 2013
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/13 | INTEREST EARNED AND PAID FROM 01/01/13 THROUGH 01/31/13 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $11,836.70 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .10 | 12,379.47 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

25.00 4,161.36

HSBC PREMIER SAVINGS [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS: DEC 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/13 | $28.33 INTEREST EARNED FROM 01/02/13 THROUGH 01/31/13 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,408.40 ANNUAL PERCENTAGE YIELD EARNED 00.31 % | | | 112,408.40 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 1 , 2012 - December 31, 2012**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 12/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.78 | 15,001.98 | 2,225.11 | 4,161.36 | 13,065.73 |
| TOTAL CHECKING | | | | | | $13,065.73 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 523.10 | 112,370.22 | 38.18 | 0.00 | 112,408.40 |
| TOTAL SAVINGS | | | | | | $112,408.40 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF DEC 31: | | | | | | $125,474.13 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.11
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 10,840.62 |
| 12/27/12 | DEPOSIT | | 2,225.00 | 13,065.62 |
| 12/31/12 | INTEREST EARNED AND PAID FROM 12/01/12 THROUGH 12/31/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $12,407.63<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .11 | 13,065.73 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 1 , 2012 - December 31, 2012**
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

4,161.36

**HSBC PREMIER SAVINGS** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

**ADD THIS AMOUNT TO YOUR RECORDS: $38.18**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2012**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/31/12 | INTEREST PAID FROM 12/02/12 THROUGH 01/01/13 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,370.22 | | 38.18 | |
| 12/31/12 | $38.18 INTEREST EARNED FROM 12/02/12<br>THROUGH 01/01/13 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,370.22<br>ANNUAL PERCENTAGE YIELD EARNED 00.40 % | | | 112,408.40 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**November 1 , 2012 - November 30, 2012**
Page 1 of 2

DORON NOTTEA 32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 11/30/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.67 | 12,163.20 | 7,000.14 | 4,161.36 | 15,001.98 |
| TOTAL CHECKING | | | | | | $15,001.98 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 484.92 | 112,295.14 | 75.08 | 0.00 | 112,370.22 |
| TOTAL SAVINGS | | | | | | $112,370.22 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF NOV 30: | | | | | | $127,372.20 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.14
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/02/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 7,000.00 | 19,163.20 |
| 11/13/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 15,001.84 |
| 11/30/12 | INTEREST EARNED AND PAID FROM 11/01/12 THROUGH 11/30/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $16,433.05<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .14 | 15,001.98 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

November 1 , 2012 - November 30, 2012

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

HSBC PREMIER SAVINGS [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $75.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/01/12 | INTEREST PAID FROM 10/02/12 THROUGH 11/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,295.14 | | 38.15 | 112,333.29 |
| 11/30/12 | INTEREST PAID FROM 11/02/12 THROUGH 12/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,333.29 | | 36.93 | |
| 11/30/12 | $38.16 INTEREST EARNED FROM 11/01/12<br>THROUGH 12/01/12 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,333.29<br>ANNUAL PERCENTAGE YIELD EARNED 00.40 % | | | 112,370.22 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

September 29, 2012 - October 31, 2012
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 10/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.53 | 16,324.44 | 0.12 | 4,161.36 | 12,163.20 |
| TOTAL CHECKING | | | | | | $12,163.20 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 409.84 | 112,258.23 | 36.91 | 0.00 | 112,295.14 |
| TOTAL SAVINGS | | | | | | $112,295.14 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF OCT 31: | | | | | | $124,458.34 |

## ACCOUNT DETAIL

HSBC PREMIER [redacted]409-9 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: SEP 28, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 12,163.08 |
| 10/31/12 | INTEREST EARNED AND PAID FROM 09/29/12 THROUGH 10/31/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $13,550.20 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .12 | 12,163.20 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**September 29, 2012 - October 31, 2012**
Page 2 of 2

**HSBC PREMIER SAVINGS** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $36.91
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: SEP 28, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/12 | INTEREST PAID FROM 09/02/12 THROUGH 10/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,258.23 | | 36.91 | 112,295.14 |
| 10/31/12 | $40.61 INTEREST EARNED FROM 09/29/12<br>THROUGH 10/31/12 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,292.90<br>ANNUAL PERCENTAGE YIELD EARNED 00.40 % | | | 112,295.14 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**September 1 , 2012 - September 28, 2012**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 09/28/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.41 | 20,485.66 | 0.14 | 4,161.36 | 16,324.44 |
| TOTAL CHECKING | | | | | | $16,324.44 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER SAVINGS | [redacted]585-5 | 372.93 | 112,258.23 | 0.00 | 0.00 | 112,258.23 |
| TOTAL SAVINGS | | | | | | $112,258.23 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF SEP 28: | | | | | | $128,582.67 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.14
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: AUG 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 16,324.30 |
| 09/28/12 | INTEREST EARNED AND PAID FROM 09/01/12 THROUGH 09/28/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $17,661.88 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .14 | 16,324.44 |

### ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**September 1 , 2012 - September 28, 2012**
Page 2 of 2

**HSBC PREMIER SAVINGS** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

DATE OF YOUR LAST STATEMENT WAS: AUG 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/28/12 | $33.21 INTEREST EARNED FROM 09/02/12 THROUGH 09/28/12 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,258.23<br>ANNUAL PERCENTAGE YIELD EARNED 00.40 % | | | 112,258.23 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

August 1 , 2012 - August 31, 2012
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Melisa Bahmanyar
1-818-386-1565

As of September 23, 2012, your HSBC Premier Investor account will be renamed HSBC Premier Savings. All other aspects of your account, including your account number, will remain the same. You will be able to continue to use the account without any disruption in service.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 08/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.27 | 19,646.87 | 5,000.15 | 4,161.36 | 20,485.66 |
| TOTAL CHECKING | | | | | | $20,485.66 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 372.93 | 112,177.54 | 80.69 | 0.00 | 112,258.23 |
| TOTAL SAVINGS | | | | | | $112,258.23 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF AUG 31: | | | | | | $132,743.89 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.15
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUL 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 15,485.51 |
| 08/24/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 5,000.00 | 20,485.51 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**August 1 , 2012 - August 31, 2012**

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/31/12 | INTEREST EARNED AND PAID FROM 08/01/12 THROUGH 08/31/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $17,983.97 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .15 | 20,485.66 |

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

4,161.36

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $80.69
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUL 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/01/12 | INTEREST PAID FROM 07/02/12 THROUGH 08/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,177.54 | | 42.57 | 112,220.11 |
| 08/31/12 | INTEREST PAID FROM 08/02/12 THROUGH 09/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,220.11 | | 38.12 | |
| 08/31/12 | $39.35 INTEREST EARNED FROM 08/01/12 THROUGH 09/01/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,220.11 ANNUAL PERCENTAGE YIELD EARNED 00.40 % | | | 112,258.23 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

June 30, 2012 - July 31, 2012
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Melisa Bahmanyar
1-818-386-1565

As of September 23, 2012, your HSBC Premier Investor account will be renamed HSBC Premier Savings. All other aspects of your account, including your account number, will remain the same. You will be able to continue to use the account without any disruption in service.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 07/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.12 | 24,004.75 | 0.19 | 4,358.07 | 19,646.87 |
| TOTAL CHECKING | | | | | | $19,646.87 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 292.24 | 112,177.54 | 0.00 | 0.00 | 112,177.54 |
| TOTAL SAVINGS | | | | | | $112,177.54 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUL 31: | | | | | | $131,824.41 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.19
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUN 29, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 19,843.39 |
| 07/26/12 | ONLINE PAYMENT TO ACCOUNT [redacted]7129 ON 07/25 REFERENCE NO: IB501929 | 196.71 | | 19,646.68 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

June 30, 2012 - July 31, 2012
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/31/12 | INTEREST EARNED AND PAID FROM 06/30/12 THROUGH 07/31/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $21,106.93 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .19 | 19,646.87 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36 196.71

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS: JUN 29, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/31/12 | $41.33 INTEREST EARNED FROM 07/02/12 THROUGH 07/31/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,177.54 ANNUAL PERCENTAGE YIELD EARNED 00.45 % | | | 112,177.54 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**June 1 , 2012 - June 29, 2012**
Page 1 of 2

DORON NOTTEA 32-00166P
RACHEL NOTTEA

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 06/29/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .93 | 21,164.66 | 7,001.45 | 4,161.36 | 24,004.75 |
| TOTAL CHECKING | | | | | | $24,004.75 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 292.24 | 112,093.23 | 84.31 | 0.00 | 112,177.54 |
| TOTAL SAVINGS | | | | | | $112,177.54 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUN 29: | | | | | | $136,182.29 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.20
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/01/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 6,500.00 | 27,664.66 |
| 06/11/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 23,503.30 |
| 06/29/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 501.25 | |
| 06/29/12 | INTEREST EARNED AND PAID FROM 06/01/12 THROUGH 06/29/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $24,955.54<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .20 | 24,004.75 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

June 1, 2012 - June 29, 2012
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $84.31
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/01/12 | INTEREST PAID FROM 05/02/12 THROUGH 06/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,093.23 | | 42.84 | 112,136.07 |
| 06/29/12 | INTEREST PAID FROM 06/02/12 THROUGH 07/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $112,136.07 | | 41.47 | |
| 06/29/12 | $42.86 INTEREST EARNED FROM 06/01/12<br>THROUGH 07/01/12 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $112,136.07<br>ANNUAL PERCENTAGE YIELD EARNED 00.45 % | | | 112,177.54 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

May 1 , 2012 - May 31, 2012
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 05/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .73 | 13,324.86 | 12,001.16 | 4,161.36 | 21,164.66 |
| TOTAL CHECKING | | | | | | $21,164.66 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 207.93 | 112,051.79 | 41.44 | 0.00 | 112,093.23 |
| TOTAL SAVINGS | | | | | | $112,093.23 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAY 31: | | | | | | $133,257.89 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.16
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: APR 30, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/01/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 5,000.00 | 18,324.86 |
| 05/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 14,163.50 |
| 05/18/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 7,001.00 | 21,164.50 |
| 05/31/12 | INTEREST EARNED AND PAID FROM 05/01/12 THROUGH 05/31/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $18,533.38<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .16 | 21,164.66 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

May 1 , 2012 - May 31, 2012
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $41.44
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: APR 30, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/01/12 | INTEREST PAID FROM 04/02/12 THROUGH 05/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $112,051.79 | | 41.44 | 112,093.23 |
| 05/31/12 | $42.83 INTEREST EARNED FROM 05/01/12 THROUGH 05/31/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,093.23 ANNUAL PERCENTAGE YIELD EARNED 00.45 % | | | 112,093.23 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 31, 2012 - April 30, 2012**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 04/30/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .57 | 17,486.10 | 0.12 | 4,161.36 | 13,324.86 |
| TOTAL CHECKING | | | | | | $13,324.86 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 166.49 | 112,051.79 | 0.00 | 0.00 | 112,051.79 |
| TOTAL SAVINGS | | | | | | $112,051.79 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF APR 30: | | | | | | $125,376.65 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.12
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAR 30, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 13,324.74 |
| 04/30/12 | INTEREST EARNED AND PAID FROM 03/31/12 THROUGH 04/30/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $14,667.11<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .12 | 13,324.86 |

## ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 31, 2012 - April 30, 2012**
Page 2 of 2

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

DATE OF YOUR LAST STATEMENT WAS: MAR 30, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/30/12 | $40.06 INTEREST EARNED FROM 04/02/12 THROUGH 04/30/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $112,051.79 ANNUAL PERCENTAGE YIELD EARNED 00.45 % | | | 112,051.79 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 1 , 2012 - March 30, 2012**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Melisa Bahmanyar
1-818-386-1565

As a result of the pending sale of Upstate New York branches, HSBC will not have any ATMs in this area once all sales are completed. Branch sales will begin on May 18 and will include selected Connecticut branches as well. For additional information on the branch sale please visit us.hsbc.com.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 03/30/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .45 | 15,644.78 | 64,002.68 | 62,161.36 | 17,486.10 |
| TOTAL CHECKING | | | | | | $17,486.10 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 166.49 | 146,947.68 | 25,104.11 | 60,000.00 | 112,051.79 |
| TOTAL SAVINGS | | | | | | $112,051.79 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAR 30: | | | | | | $129,537.89 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.18
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: FEB 29, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/01/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 2,001.25 | 17,646.03 |
| 03/12/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 13,484.67 |
| 03/13/12 | ONLINE TRANSFER FROM SAVINGS [redacted]5855 ON 03/13 REFERENCE NO: IB364708 | | 60,000.00 | 73,484.67 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

March 1 , 2012 - March 30, 2012
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/16/12 | CHECK #3001 | 58,000.00 | | 15,484.67 |
| 03/30/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 2,001.25 | |
| 03/30/12 | INTEREST EARNED AND PAID FROM 03/01/12 THROUGH 03/30/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $22,077.21 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .18 | 17,486.10 |

ITEMS PAID ON THIS STATEMENT:

NUMBERED CHECKS:

#3001 ........58,000.00

OTHER ITEMS:

4,161.36

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $104.11
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: FEB 29, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/01/12 | INTEREST PAID FROM 02/02/12 THROUGH 03/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $146,947.68 | | 56.56 | 147,004.24 |
| 03/13/12 | ONLINE TRANSFER FROM CHECKING [redacted]4145 ON 03/13 REFERENCE NO: IB354242 | | 25,000.00 | |
| 03/13/12 | ONLINE TRANSFER TO CHECKING [redacted]4099 ON 03/13 REFERENCE NO: IB364708 | 60,000.00 | | 112,004.24 |
| 03/30/12 | INTEREST PAID FROM 03/02/12 THROUGH 04/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $124,423.59 | | 47.55 | |
| 03/30/12 | $49.36 INTEREST EARNED FROM 03/01/12 THROUGH 04/01/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $125,129.24 ANNUAL PERCENTAGE YIELD EARNED 00.45 % | | | 112,051.79 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**February 1 , 2012 - February 29, 2012**
Page 1 of 2

DORON NOTTEA 32-00166P
RACHEL NOTTEA
[redacted]

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 02/29/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .27 | 20,006.00 | 0.14 | 4,361.36 | 15,644.78 |
| TOTAL CHECKING | | | | | | $15,644.78 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 62.38 | 146,885.30 | 62.38 | 0.00 | 146,947.68 |
| TOTAL SAVINGS | | | | | | $146,947.68 |

TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF FEB 29: **$162,592.46**

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.14
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,161.36 | | 15,844.64 |
| 02/15/12 | ONLINE PAYMENT TO ACCOUNT [redacted]7129 ON 02/15 REFERENCE NO: IB524653 | 200.00 | | 15,644.64 |
| 02/29/12 | INTEREST EARNED AND PAID FROM 02/01/12 THROUGH 02/29/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $17,032.65 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .14 | 15,644.78 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

February 1 , 2012 - February 29, 2012
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,161.36 200.00

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $62.38
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2012

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/01/12 | INTEREST PAID FROM 01/02/12 THROUGH 02/01/12 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $146,885.30 | | 62.38 | 146,947.68 |
| 02/29/12 | $56.77 INTEREST EARNED FROM 02/01/12<br>THROUGH 02/29/12 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $146,947.68<br>ANNUAL PERCENTAGE YIELD EARNED 00.49 % | | | 146,947.68 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

December 31, 2011 - January 31, 2012
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Geghetsik K Miller
1-818-386-1520

Effective February 10, 2012, the following changes will apply to the Rules for Deposit Accounts: The availability of Funds section (pages 10-17) will also now apply to Savings, Certificates of Deposit and Retirement Accounts with the exception of the $400 cash withdrawal limitation found on page 12 in the Cash Withdrawal Limitations section.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 01/31/2012

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .13 | 16,764.10 | 7,001.38 | 3,759.48 | 20,006.00 |
| TOTAL CHECKING | | | | | | $20,006.00 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | | 146,885.30 | 0.00 | 0.00 | 146,885.30 |
| TOTAL SAVINGS | | | | | | $146,885.30 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JAN 31: | | | | | | $166,891.30 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.13
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: DEC 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/10/12 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,759.48 | | 13,004.62 |
| 01/27/12 | DEPOSIT FROM NFT HOLDINGS INC-DIRECT DEP | | 7,001.25 | 20,005.87 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 31, 2011 - January 31, 2012**
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/12 | INTEREST EARNED AND PAID FROM 12/31/11 THROUGH 01/31/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $15,273.40 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .13 | 20,006.00 |

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,759.48

**HSBC PREMIER INVESTOR** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS: DEC 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/12 | $60.36 INTEREST EARNED FROM 01/02/12 THROUGH 01/31/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $146,885.30 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,885.30 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 1 , 2011 - December 30, 2011**

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

Effective February 10, 2012, the following changes will apply to the Rules for Deposit Accounts: The availability of Funds section (pages 10-17) will also now apply to Savings, Certificates of Deposit and Retirement Accounts with the exception of the $400 cash withdrawal limitation found on page 12 in the Cash Withdrawal Limitations section.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 12/30/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| **CHECKING ACCOUNTS** | | | | | | |
| HSBC PREMIER | [redacted]409-9 | 1.10 | 13,537.20 | 6,986.38 | 3,759.48 | 16,764.10 |
| TOTAL CHECKING | | | | | | $16,764.10 |
| **SAVINGS ACCOUNTS** | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 797.34 | 146,762.64 | 122.66 | 0.00 | 146,885.30 |
| TOTAL SAVINGS | | | | | | $146,885.30 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF DEC 30: | | | | | | $163,649.40 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.13
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/02/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 2,328.75 | |
| 12/02/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 2,328.75 | 18,194.70 |
| 12/12/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,759.48 | | 14,435.22 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

December 1 , 2011 - December 30, 2011

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/23/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 2,328.75 | 16,763.97 |
| 12/30/11 | INTEREST EARNED AND PAID FROM 12/01/11 THROUGH 12/30/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $16,279.45 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .13 | 16,764.10 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

3,759.48

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $122.66
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/01/11 | INTEREST PAID FROM 11/02/11 THROUGH 12/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $146,762.64 | | 60.31 | 146,822.95 |
| 12/30/11 | INTEREST PAID FROM 12/02/11 THROUGH 01/01/12 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $146,822.95 | | 62.35 | |
| 12/30/11 | $64.35 INTEREST EARNED FROM 12/01/11 THROUGH 01/01/12 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $146,822.95 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,885.30 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number ██████409-9

**November 1 , 2011 - November 30, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 11/30/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | ██████409-9 | .97 | 12,639.07 | 4,657.61 | 3,759.48 | 13,537.20 |
| TOTAL CHECKING | | | | | | $13,537.20 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | ██████585-5 | 674.68 | 146,700.34 | 62.30 | 0.00 | 146,762.64 |
| TOTAL SAVINGS | | | | | | $146,762.64 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF NOV 30: | | | | | | $160,299.84 |

## ACCOUNT DETAIL

**HSBC PREMIER** ██████409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.11
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/07/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 2,328.75 | 14,967.82 |
| 11/10/11 | DEPOSIT | | 2,328.75 | |
| 11/10/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 3,759.48 | | 13,537.09 |
| 11/30/11 | INTEREST EARNED AND PAID FROM 11/01/11 THROUGH 11/30/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $13,500.56<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .11 | 13,537.20 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**November 1 , 2011 - November 30, 2011**

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

**ITEMS PAID ON THIS STATEMENT:**

**OTHER ITEMS:**

3,759.48

**HSBC PREMIER INVESTOR** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $62.30
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/01/11 | INTEREST PAID FROM 10/02/11 THROUGH 11/01/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $146,700.34 | | 62.30 | 146,762.64 |
| 11/30/11 | $60.32 INTEREST EARNED FROM 11/01/11<br>THROUGH 11/30/11 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $146,762.64<br>ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,762.64 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**October 1 , 2011 - October 31, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

Effective November 30, 2011, the order in which debit items are processed from your checking account will change. As of this date, the "Payment of Your Items For Your Account" section on page four of the Rules for Deposit Accounts will be updated to: "The Bank generally pays the smallest debit items drawn on a depositor's account first."

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 10/31/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .86 | 14,416.08 | 2,328.85 | 4,105.86 | 12,639.07 |
| TOTAL CHECKING | | | | | | $12,639.07 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 612.38 | 146,700.34 | 0.00 | 0.00 | 146,700.34 |
| TOTAL SAVINGS | | | | | | $146,700.34 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF OCT 31: | | | | | | $159,339.41 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.10
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: SEP 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/07/11 | CHECK #3000 | 55.00 | | 14,361.08 |
| 10/11/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,050.86 | | 10,310.22 |
| 10/25/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 2,328.75 | 12,638.97 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

October 1 , 2011 - October 31, 2011
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/31/11 | INTEREST EARNED AND PAID FROM 10/01/11 THROUGH 10/31/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $12,153.44 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .10 | 12,639.07 |

**ITEMS PAID ON THIS STATEMENT:**

NUMBERED CHECKS:

#3000 ............55.00

OTHER ITEMS:

4,050.86

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

DATE OF YOUR LAST STATEMENT WAS: SEP 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/31/11 | $60.28 INTEREST EARNED FROM 10/02/11 THROUGH 10/31/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $146,700.34 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,700.34 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**September 1 , 2011 - September 30, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

Effective November 30, 2011, the order in which debit items are processed from your checking account will change. As of this date, the "Payment of Your Items For Your Account" section on page four of the Rules for Deposit Accounts will be updated to: "The Bank generally pays the smallest debit items drawn on a depositor's account first."

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 09/30/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .76 | 9,990.19 | 8,476.75 | 4,050.86 | 14,416.08 |
| TOTAL CHECKING | | | | | | $14,416.08 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 612.38 | 146,577.29 | 123.05 | 0.00 | 146,700.34 |
| TOTAL SAVINGS | | | | | | $146,700.34 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF SEP 30: | | | | | | $161,116.42 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: AUG 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/06/11 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 2,328.75 | 12,318.94 |
| 09/12/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,050.86 | | 8,268.08 |
| 09/19/11 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 2,328.75 | |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

September 1 , 2011 - September 30, 2011
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/19/11 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 1,490.40 | 12,087.23 |
| 09/30/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 1,164.38 | |
| 09/30/11 | DEPOSIT FROM XPOSED ENTERTAIN-PAYROLL | | 1,164.38 | |
| 09/30/11 | INTEREST EARNED AND PAID FROM 09/01/11 THROUGH 09/30/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,970.56 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 14,416.08 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,050.86

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $123.05
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: AUG 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 09/01/11 | INTEREST PAID FROM 08/02/11 THROUGH 09/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $147,867.61 | | 62.79 | 146,640.08 |
| 09/30/11 | INTEREST PAID FROM 09/02/11 THROUGH 10/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $146,640.08 | | 60.26 | |
| 09/30/11 | $62.26 INTEREST EARNED FROM 09/01/11 THROUGH 10/01/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $146,640.08 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,700.34 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**July 30, 2011 - August 31, 2011**

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

---

Effective July 21,2011, at least the first $200 from a deposit of one or more checks will be made available on the first business day after the business day of your deposit.

---

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 08/31/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .67 | 10,221.82 | 3,819.23 | 4,050.86 | 9,990.19 |
| TOTAL CHECKING | | | | | | $9,990.19 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 489.33 | 151,512.95 | 64.34 | 5,000.00 | 146,577.29 |
| TOTAL SAVINGS | | | | | | $146,577.29 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF AUG 31: | | | | | | $156,567.48 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUL 29, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/10/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,050.86 | | 6,170.96 |
| 08/18/11 | DEPOSIT | | 3,819.15 | 9,990.11 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

July 30, 2011 - August 31, 2011
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/31/11 | INTEREST EARNED AND PAID FROM 07/30/11 THROUGH 08/31/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $9,141.49 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .08 | 9,990.19 |

**ITEMS PAID ON THIS STATEMENT:**

OTHER ITEMS:

4,050.86

**HSBC PREMIER INVESTOR** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $64.34
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUL 29, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 08/01/11 | INTEREST PAID FROM 07/02/11 THROUGH 08/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,512.95 | | 64.34 | 151,577.29 |
| 08/10/11 | TELEPHONE TRANSFER TO [redacted]4145 | 5,000.00 | | 146,577.29 |
| 08/31/11 | $67.02 INTEREST EARNED FROM 07/30/11 THROUGH 08/31/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $148,240.06 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 146,577.29 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**July 1 , 2011 - July 29, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

---

Effective July 21,2011, at least the first $200 from a deposit of one or more checks will be made available on the first business day after the business day of your deposit.

Effective September 1, 2011, funds transfer (wire) instructions will no longer be accepted via telephone or fax. Transfers may be directly initiated via our automated service at (877) 472-2001 utilizing your Telephone Access Code, your Personal Internet Banking account or in person at a branch. Contact your local representative for more details.

---

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 07/29/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .59 | 9,676.45 | 4,596.23 | 4,050.86 | 10,221.82 |
| TOTAL CHECKING | | | | | | $10,221.82 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 424.99 | 151,445.53 | 67.42 | 0.00 | 151,512.95 |
| TOTAL SAVINGS | | | | | | $151,512.95 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUL 29: | | | | | | $161,734.77 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUN 30, 2011

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

July 1, 2011 - July 29, 2011
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/08/11 | DEPOSIT | | 3,105.75 | 12,782.20 |
| 07/11/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,050.86 | | 8,731.34 |
| 07/20/11 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 1,490.40 | 10,221.74 |
| 07/29/11 | INTEREST EARNED AND PAID FROM 07/01/11 THROUGH 07/29/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $9,892.46 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .08 | 10,221.82 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,050.86

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $67.42
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JUN 30, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 07/01/11 | INTEREST PAID FROM 06/02/11 THROUGH 07/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,445.53 | | 67.42 | 151,512.95 |
| 07/29/11 | $60.18 INTEREST EARNED FROM 07/01/11 THROUGH 07/29/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $151,512.95 ANNUAL PERCENTAGE YIELD EARNED 00.50 % | | | 151,512.95 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**June 1, 2011 - June 30, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Geghetsik K Miller
1-818-386-1520

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 06/30/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .51 | 10,282.70 | 3,819.23 | 4,425.48 | 9,676.45 |
| TOTAL CHECKING | | | | | | $9,676.45 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 357.57 | 151,374.82 | 70.71 | 0.00 | 151,445.53 |
| TOTAL SAVINGS | | | | | | $151,445.53 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JUN 30: | | | | | | $161,121.98 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/07/11 | DEPOSIT | | 3,819.15 | 14,101.85 |
| 06/10/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,425.48 | | 9,676.37 |
| 06/30/11 | INTEREST EARNED AND PAID FROM 06/01/11 THROUGH 06/30/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,240.18 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .08 | 9,676.45 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

June 1 , 2011 - June 30, 2011
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,425.48

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $70.71
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAY 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 06/01/11 | INTEREST PAID FROM 05/02/11 THROUGH 06/01/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $151,374.82 | | 70.71 | 151,445.53 |
| 06/30/11 | $67.63 INTEREST EARNED FROM 06/01/11<br>THROUGH 06/30/11 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $151,445.53<br>ANNUAL PERCENTAGE YIELD EARNED 00.54 % | | | 151,445.53 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**April 30, 2011 - May 31, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

Effective May 2, 2011, HSBC will be offering a new custom check design to HSBC Premier customers free of charge, and all other check designs will receive an HSBC Premier discount off Manufacturer's Suggested Retail Price (MSRP). Please call 888.662.HSBC (4722) for additional information.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 05/31/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .43 | 10,050.59 | 4,657.59 | 4,425.48 | 10,282.70 |
| TOTAL CHECKING | | | | | | $10,282.70 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 286.86 | 151,374.82 | 0.00 | 0.00 | 151,374.82 |
| TOTAL SAVINGS | | | | | | $151,374.82 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAY 31: | | | | | | $161,657.52 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: APR 29, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/02/11 | ATM OR OTHER ELECTRONIC BANKING TRANSACTION | | 2,328.75 | 12,379.34 |
| 05/10/11 | DEPOSIT | | 2,328.75 | |
| 05/10/11 | PAYMENT TO HSBC MORTGAGE ACCT NO 1481815 | 4,425.48 | | 10,282.61 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

April 30, 2011 - May 31, 2011
Page 2 of 2

| HSBC PREMIER | [redacted]409-9 | ENCINO OFFICE | | (CONTINUED) |
|---|---|---|---|---|

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/31/11 | INTEREST EARNED AND PAID FROM 04/30/11 THROUGH 05/31/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,792.29 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 10,282.70 |

ITEMS PAID ON THIS STATEMENT:

OTHER ITEMS:

4,425.48

| HSBC PREMIER INVESTOR | [redacted]585-5 DORON NOTTEA RACHEL NOTTEA | ENCINO OFFICE |
|---|---|---|

DATE OF YOUR LAST STATEMENT WAS: APR 29, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 05/31/11 | $68.42 INTEREST EARNED FROM 05/02/11 THROUGH 05/31/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $151,374.82 ANNUAL PERCENTAGE YIELD EARNED 00.55 % | | | 151,374.82 |

HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

April 1 , 2011 - April 29, 2011
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Yasaman Ghaznavi
1-818-386-1565

Effective May 2, 2011, HSBC will be offering a new custom check design to HSBC Premier customers free of charge, and all other check designs will receive an HSBC Premier discount off Manufacturer's Suggested Retail Price (MSRP). Please call 888.662.HSBC (4722) for additional information.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 04/29/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .34 | 10,050.51 | 0.08 | 0.00 | 10,050.59 |
| TOTAL CHECKING | | | | | | $10,050.59 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 286.86 | 151,234.53 | 140.29 | 0.00 | 151,374.82 |
| TOTAL SAVINGS | | | | | | $151,374.82 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF APR 29: | | | | | | $161,425.41 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAR 31, 2011

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

April 1, 2011 - April 29, 2011
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/29/11 | INTEREST EARNED AND PAID FROM 04/01/11 THROUGH 04/29/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,050.51 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .08 | 10,050.59 |

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $140.29
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: MAR 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 04/01/11 | INTEREST PAID FROM 03/02/11 THROUGH 04/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,234.53 | | 71.89 | 151,306.42 |
| 04/29/11 | INTEREST PAID FROM 04/02/11 THROUGH 05/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,306.42 | | 68.40 | |
| 04/29/11 | $70.69 INTEREST EARNED FROM 04/01/11 THROUGH 05/01/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $151,306.42 ANNUAL PERCENTAGE YIELD EARNED 00.55 % | | | 151,374.82 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**March 1 , 2011 - March 31, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

---

Effective May 2, 2011, HSBC will be offering a new custom check design to HSBC Premier customers free of charge, and all other check designs will receive an HSBC Premier discount off Manufacturer's Suggested Retail Price (MSRP). Please call 888.662.HSBC (4722) for additional information.

---

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 03/31/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .26 | 10,050.42 | 0.09 | 0.00 | 10,050.51 |
| TOTAL CHECKING | | | | | | $10,050.51 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 146.57 | 151,164.95 | 69.58 | 0.00 | 151,234.53 |
| TOTAL SAVINGS | | | | | | $151,234.53 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF MAR 31: | | | | | | $161,285.04 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

**ADD THIS AMOUNT TO YOUR RECORDS: $0.09**
**(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)**
**DATE OF YOUR LAST STATEMENT WAS: FEB 28, 2011**

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

March 1 , 2011 - March 31, 2011
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/31/11 | INTEREST EARNED AND PAID FROM 03/01/11 THROUGH 03/31/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,050.42 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 10,050.51 |

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $69.58
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: FEB 28, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 03/01/11 | INTEREST PAID FROM 02/02/11 THROUGH 03/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,164.95 | | 69.58 | 151,234.53 |
| 03/31/11 | $72.09 INTEREST EARNED FROM 03/01/11 THROUGH 03/31/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $151,234.53 ANNUAL PERCENTAGE YIELD EARNED 00.56 % | | | 151,234.53 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**February 1 , 2011 - February 28, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 02/28/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .17 | 10,050.34 | 0.08 | 0.00 | 10,050.42 |
| TOTAL CHECKING | | | | | | $10,050.42 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 76.99 | 151,087.96 | 76.99 | 0.00 | 151,164.95 |
| TOTAL SAVINGS | | | | | | $151,164.95 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF FEB 28 | | | | | | $161,215.37 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.08
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/28/11 | INTEREST EARNED AND PAID FROM 02/01/11 THROUGH 02/28/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $10,050.34<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .08 | 10,050.42 |

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**February 1 , 2011 - February 28, 2011**
Page 2 of 2

**HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE (CONTINUED)**

ADD THIS AMOUNT TO YOUR RECORDS: $76.99
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: JAN 31, 2011

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 02/01/11 | INTEREST PAID FROM 01/02/11 THROUGH 02/01/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $151,087.96 | | 76.99 | 151,164.95 |
| 02/28/11 | $69.58 INTEREST EARNED FROM 02/01/11<br>THROUGH 02/28/11 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $151,164.95<br>ANNUAL PERCENTAGE YIELD EARNED 00.60 % | | | 151,164.95 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**January 1, 2011 - January 31, 2011**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 01/31/2011

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .09 | 10,050.25 | 0.09 | 0.00 | 10,050.34 |
| TOTAL CHECKING | | | | | | $10,050.34 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | | 151,087.96 | 0.00 | 0.00 | 151,087.96 |
| TOTAL SAVINGS | | | | | | $151,087.96 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF JAN 31: | | | | | | $161,138.30 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: DEC 31, 2010

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/11 | INTEREST EARNED AND PAID FROM 01/01/11 THROUGH 01/31/11 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $10,050.25<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 10,050.34 |

**HSBC PREMIER INVESTOR** [redacted]585-5 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

DATE OF YOUR LAST STATEMENT WAS: DEC 31, 2010

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**January 1 , 2011 - January 31, 2011**
Page 2 of 2

**HSBC PREMIER INVESTOR** [redacted]585-5 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 01/31/11 | $74.50 INTEREST EARNED FROM 01/02/11 THROUGH 01/31/11 INCLUSIVE<br>INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT<br>AVERAGE DAILY LEDGER BALANCE $151,087.96<br>ANNUAL PERCENTAGE YIELD EARNED 00.60 % | | | 151,087.96 |

# HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 1 , 2010 - December 31, 2010**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

As a reminder: United States persons (including U.S. Citizens and residents) are subject to U.S. taxation on their worldwide income and may be subject to tax and other filing obligations with respect to their U.S. and non-U.S. accounts (including, for example, Form TD F 90-22.1 (Report of Foreign Bank and Financial Accounts (FBAR)). U.S. persons should consult a tax advisor for more information.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 12/31/2010

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .25 | 10,050.16 | 0.09 | 0.00 | 10,050.25 |
| TOTAL CHECKING | | | | | | $10,050.25 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 240.66 | 150,931.20 | 156.76 | 0.00 | 151,087.96 |
| TOTAL SAVINGS | | | | | | $151,087.96 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF DEC 31: | | | | | | $161,138.21 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2010

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**December 1 , 2010 - December 31, 2010**
Page 2 of 2

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE** **(CONTINUED)**

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/31/10 | INTEREST EARNED AND PAID FROM 12/01/10 THROUGH 12/31/10 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $10,050.16 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 10,050.25 |

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $156.76
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: NOV 30, 2010

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 12/01/10 | INTEREST PAID FROM 11/02/10 THROUGH 12/01/10 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $150,931.20 | | 79.81 | 151,011.01 |
| 12/31/10 | INTEREST PAID FROM 12/02/10 THROUGH 01/01/11 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $151,011.01 | | 76.95 | |
| 12/31/10 | $79.43 INTEREST EARNED FROM 12/01/10 THROUGH 01/01/11 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $151,011.01 ANNUAL PERCENTAGE YIELD EARNED 00.60 % | | | 151,087.96 |

HSBC PREMIER

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**October 30, 2010 - November 30, 2010**
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA
[redacted]

32-00166P

**Questions?**
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

**Your Relationship Manager**
Yasaman Ghaznavi
1-818-386-1565

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 11/30/2010

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .16 | 10,050.07 | 0.09 | 0.00 | 10,050.16 |
| TOTAL CHECKING | | | | | | $10,050.16 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | 83.90 | 150,847.30 | 83.90 | 0.00 | 150,931.20 |
| TOTAL SAVINGS | | | | | | $150,931.20 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF NOV 30: | | | | | | $160,981.36 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

ADD THIS AMOUNT TO YOUR RECORDS: $0.09
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 29, 2010

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/30/10 | INTEREST EARNED AND PAID FROM 10/30/10 THROUGH 11/30/10 INCLUSIVE<br>AVERAGE DAILY LEDGER BALANCE $10,050.07<br>ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .09 | 10,050.16 |

**HSBC PREMIER INVESTOR** [redacted]585-5 DORON NOTTEA RACHEL NOTTEA **ENCINO OFFICE**

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

**HSBC Premier**
**Statement of Account**
Account Number [redacted]409-9

**October 30, 2010 - November 30, 2010**
Page 2 of 2

**HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE (CONTINUED)**

ADD THIS AMOUNT TO YOUR RECORDS: $83.90
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)
DATE OF YOUR LAST STATEMENT WAS: OCT 29, 2010

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 11/01/10 | INTEREST PAID FROM 10/01/10 THROUGH 11/01/10 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $136,710.05 | | 83.90 | 150,931.20 |
| 11/30/10 | $86.01 INTEREST EARNED FROM 10/30/10 THROUGH 11/30/10 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $150,925.96 ANNUAL PERCENTAGE YIELD EARNED 00.65 % | | | 150,931.20 |

# HSBC PREMIER

HSBC Premier
Statement of Account
Account Number [redacted]409-9

Open - October 29, 2010
Page 1 of 2

DORON NOTTEA
RACHEL NOTTEA

32-00166P

Questions?
Call 1-888-662-HSBC or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

Your Relationship Manager
Yasaman Ghaznavi
1-818-386-1565

As a reminder: United States persons (including U.S. citizens and residents) are subject to U.S. taxation on their worldwide income and may be subject to tax and other filing obligations with respect to their U.S. and non-U.S. accounts (including, for example, Form TD F 90-22.1 (Report of Foreign Bank and Financial Accounts (FBAR)). U.S. persons should consult a tax adviser for more information.

## DEPOSIT ACCOUNT SUMMARY FOR PERIOD ENDING 10/29/2010

| ACCOUNT | ACCOUNT NUMBER | INTEREST CREDITED YEAR TO DATE | BEGINNING BALANCE | DEPOSITS AND OTHER ADDITIONS | CHECKS/ WITHDRAWALS AND OTHER SUBTRACTIONS | ENDING BALANCE |
|---|---|---|---|---|---|---|
| CHECKING ACCOUNTS | | | | | | |
| HSBC PREMIER | [redacted]409-9 | .07 | 0.00 | 10,050.07 | 0.00 | 10,050.07 |
| TOTAL CHECKING | | | | | | $10,050.07 |
| SAVINGS ACCOUNTS | | | | | | |
| HSBC PREMIER INVESTOR | [redacted]585-5 | | 0.00 | 150,847.30 | 0.00 | 150,847.30 |
| TOTAL SAVINGS | | | | | | $150,847.30 |
| TOTAL OF ALL REPORTED DEPOSIT BALANCES AS OF OCT 29: | | | | | | $160,897.37 |

## ACCOUNT DETAIL

**HSBC PREMIER** [redacted]409-9 **ENCINO OFFICE**
DORON NOTTEA
RACHEL NOTTEA

ADD THIS AMOUNT TO YOUR RECORDS: $0.07
(INTEREST POSTED TO YOUR ACCOUNT DURING THIS PERIOD)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/10 | OPENING DEPOSIT | | 50.00 | 50.00 |
| 10/04/10 | DEPOSIT | | 10,000.00 | 10,050.00 |

*Please examine your statement at once. For your convenience, instructions for balancing your account are included.*

*If you change your address, please notify your branch office of your new address. All deposited items are credited subject to final payment.*

HSBC PREMIER

DORON NOTTEA
RACHEL NOTTEA

HSBC Premier
Statement of Account
Account Number [redacted]409-9

Open - October 29, 2010
Page 2 of 2

HSBC PREMIER [redacted]409-9 ENCINO OFFICE (CONTINUED)

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | CHECKS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/29/10 | INTEREST EARNED AND PAID FROM 10/01/10 THROUGH 10/29/10 INCLUSIVE AVERAGE DAILY LEDGER BALANCE $9,015.52 ANNUAL PERCENTAGE YIELD EARNED 0.01% | | .07 | 10,050.07 |

HSBC PREMIER INVESTOR [redacted]585-5 ENCINO OFFICE
DORON NOTTEA
RACHEL NOTTEA

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | WITHDRAWALS AND OTHER SUBTRACTIONS | DEPOSITS AND OTHER ADDITIONS | BALANCE |
|---|---|---|---|---|
| 10/01/10 | OPENING DEPOSIT | | 50.00 | 50.00 |
| 10/04/10 | DEPOSIT | | 150,797.30 | 150,847.30 |
| 10/29/10 | $75.21 INTEREST EARNED FROM 10/01/10 THROUGH 10/29/10 INCLUSIVE INTEREST IS NOT AVAILABLE UNTIL CREDITED TO ACCOUNT AVERAGE DAILY LEDGER BALANCE $135,247.58 ANNUAL PERCENTAGE YIELD EARNED 00.70 % | | | 150,847.30 |