DAVID C. SHONKA
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES** |

Plaintiff Federal Trade Commission ("FTC") files this Motion for Leave to File Excess Pages and respectfully requests leave to file its Motion for Summary Judgment and Memoranda in Support ("Motion") in excess of the 25 page limit specified by Local Rule 11-6.

Under Local Rule 11-6, the Court can permit a party to exceed the 25 page limit set forth in that rule. The FTC has made every effort to be concise, yet thorough, in presenting the facts and law necessary for the Court to rule on the FTC's Motion. However, the Motion raises a number of factual and legal issues that must be addressed in the memoranda. Those issues include a discussion of the various activities of each defendant, the legal standards that are applicable when the Commission seeks such interim relief, and the need for the specific kinds of relief requested. Consequently, the legal and factual discussions needed to support the Commission's motion for summary judgment against five individuals, two businesses, and a relief defendant necessitates exceeding the Court's page limit rule.

Plaintiff respectfully requests that this Court issue an order allowing the filing of its Motion in excess of 25 pages.

PLAINTIFF'S MOTION
FOR LEAVE TO FILE EXCESS PAGES

| | |
|---|---|
| | Respectfully submitted, |
| Dated: 4/18/16 | /s/ *Reid A. Tepfer*_____<br>REID A. TEPFER<br>LUIS H. GALLEGOS<br>Attorneys for the Plaintiff<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, Texas 75077<br>(214) 979-9395 (Tepfer)<br>(214) 979-9383 (Gallegos)<br>(214) 953-3079 (facsimile)<br>rtepfer@ftc.gov<br>lgallegos@ftc.gov |

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

Robert Esensten
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RESENSTEN@ESENSTENLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc., Secured Merchants LLC, Paul Medina, and Alan Argman*

    /S/ REID TEPFER
    REID TEPFER

PLAINTIFF'S MOTION
FOR LEAVE TO FILE EXCESS PAGES