**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** | |
| *et al.*, | |
| Defendants. | |

The Court having considered Plaintiff's Motion for Leave to File Excess Pages ("Motion to Exceed Page Limit"),

**IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limit is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff is hereby permitted to file a brief in excess of the page limitation for Plaintiff's Motion for Summary Judgment and Memorandum in Support.

**IT IS SO ORDERED.**

**ENTERED**: this \_\_\_\_\_ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**