# EXHIBIT 2

**DECLARATION OF DONNA LIND
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Donna Lind declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Scotts Valley, California. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. Around May 2013, while visiting Facebook.com, I noticed an advertisement for a "free" trial of a skincare product. I clicked on the link and was redirected to AuraVie's website. The website stated that I could receive a "free" trial by paying a small shipping and handling fee. I provided my credit card information to pay the shipping and handling fee. I also provided my mailing information.

3. Sometime later, I received a shipment containing AuraVie's skincare products. **Attachment A** is a true and correct copy of a photo I took of the AuraVie skincare product I received. The shipment contained a card and a packing list. **Attachment B** is a true and correct copy of the packing list and discount card. The packing list shows a ship date of May 24, 2013. The packing list showed that I would get charged $3.02 for shipping and handling and $1.93 for processing. In total, the packing list showed I would be charged $4.95. The shipment did not contain any information about returning the skincare products with a certain period

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746



2-1

App. 000650
Exh. 2

of time to avoid getting charged for them or getting enrolled in a monthly program that would ship me additional skincare products and charge me $97.88. **Attachments B, C, D, E, G, H, and I** have been redacted to remove personal information.

4. Around July 10, 2013, I received a second shipment from AuraVie that I was surprised to receive since I had not ordered it. The second shipment also contained a packing list that shows a ship date of July 8, 2013. **Attachment C** is a true and correct copy of the packing list. When I looked at the packing list, I was shocked to see that it showed I would have to pay $97.88.

5. When I reviewed my credit card statement for the period of May 26, 2013, through June 25, 2013, I saw that I had been charged $97.88 on June 7, 2013. My credit card statement showed the "Merchant Name or Transaction Description" as "MYSKIN 877743700 OF 00 877-7437943 CA." My credit card statement also showed a charge of $3.02 with a "Merchant Name or Transaction Description" of "MYSKIN 8777437942 8777437942 CA." My credit card statement also showed a charge $1.93 with a "Merchant Name or Transaction Description" of "NUSKIN 855-589-1707 VAN NUYS CA." Both latter charges showed a transaction date of May 23rd. As shown on the packing list that I received with my first shipment, the $3.02 and $1.93 charges were the only fees

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746      Page | 2

AuraVie told me they would charge. **Attachment D** is a true and correct copy of my credit card statement.

6. I called AuraVie and spoke with a representative who informed me that, because I had not cancelled and returned the product within 2 weeks, I agreed to purchase the product and agreed to signed up for a program where I would receive a skincare package each month and be charged $97.88 for each shipment. I told the representative that I had not signed up for such a program and I offered to return the two shipments. The representative said I could not return the first shipment as the sample was for a 2 week trial and I was over 30 days to contest with my credit card. When I became upset about this, the representative became argumentative and demeaning. While I cannot remember the exact words used, the representative essentially called me a fool for not reading the fine print and told me to go back and look at the website. He said that he would waive the restocking fee for the second shipment but that I was stuck with the shipping cost and the full cost of the first shipment. The representative then gave me a number that I could use to return the second shipment.

7. Later that same day, AuraVie emailed me the number I could use to return the second shipment. The email is dated July 10, 2013. **Attachment E** is a true and correct copy of the AuraVie email I received. Although the email said I purchased the items on July 8, 2013, this statement was not true. I never purchased

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746　　　　　　Page | 3

1  the items. The items were automatically shipped to me since I did not know that I
2  had to return the first shipment within two weeks to prevent AuraVie from
3  automatically enrolling me in a monthly program.

4      8. That same day, I sent back the second shipment through the US Postal
5  Service. **Attachment F** is a true and correct copy of the US Postal Service receipt.

6      9. Later that same day, I sent complaints about AuraVie to various
7  organizations. **Attachment G** is a true and correct copy of one of my complaints.

8      10. I never authorized AuraVie to charge me $97.88 for the skincare
9  product. Moreover, I never agreed to allow AuraVie to enroll me in a monthly
10 program that would send me additional skincare products and charge $97.88 per
11 month. I did not see anything on the website or the first shipment I received that
12 indicated I had to cancel and return the skincare product within 2 weeks to avoid
13 being charged for the product and getting enrolled in a monthly skincare shipment
14 program. I never would have requested the "free" trial with AuraVie had I known
15 that I had to return the skincare product within a certain period of time to avoid
16 being charged for the "free" skincare product or that I would get signed up for a
17 monthly skincare shipment program that would charge me $97.88 per month.

18     11. After calling AuraVie, I again contacted my credit card provider,
19 Chase, and disputed the $97.88 charge. Chase sent me a declaration form to
20 dispute the charges in writing. **Attachment H** is a true and correct copy of the

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746      Page | 4



1  declaration form I submitted to Chase. After conducting an investigation, my
2  credit card provider refunded the charge.
3    12. After speaking with AuraVie, I filed a complaint with the Better
4  Business Bureau. **Attachment I** is a true and correct copy of the complaint I
5  submitted to the Better Business Bureau.
6    13. I understand that this declaration may be used by the Federal Trade
7  Commission in a law-enforcement proceeding.
8    I declare under penalty of perjury under the laws of the United States that
9  the foregoing is true and correct.
10   Executed on June 5, 2015, in Scotts Valley, California.

_____
DONNA LIND

Declaration of Donna Lind Pursuant to 28 U.S.C. § 1746                 Page | 5





ATTACHMENT B

*Called 3:30 7/09/13 Disputed - made Customer Service Rtd - postnc Annex -*

## AuraVie
*Aura of Youth*

**Packing List**
Order #2568714

**Ship From:**
AURAVIE SKINCARE
PO BOX 10465
VAN NUYS, CA 91410, US
(866) 216-9336
SUPPORT@AURAVIE.COM

**Ship To:**
DONNA LIND
SCOTTS VALLEY, CA   US

| SHIP DATE | SHIP VIA | PAYMENT | TOTAL WEIGHT |
|---|---|---|---|
| 07-08-2013 | USPS | master | 0.96 lbs |

| QTY | SKU | NAME | PRICE |
|---|---|---|---|
| 1 | AUR-9788-30-M1 | AuraVie Renew, Revive, Replenish M1 | $ 97.88 |

If you have any questions, please feel free to contact our Customer Service department from 7am to 4pm PST at 866-216-9336. Thank you!

Shipping & Handling: $ 0.00
Processing Fee: $ 0.00
Tax: $ 0.00
Discount: $ 0.00
Total: $ 97.88

ATTACHMENT C



From: "AuraVie" <support@auravie.com>
Subject: RMA Notification #2568714
Date: July 10, 2013 3:31:24 PM PDT
To: Donna Lind <███████████>

# AuraVie
The Aura of Youth

## RMA Notification

Order Number: 2568714                             Ordered on 07/08/2013 02:43am

Dear Donna Lind,

This email is to inform you that we have received your request to return your order of Auravie Renew, Revive, Replenish M2, which was originally purchased on 07/08/2013 02:43am for the total amount of $97.88. We have also issued you an RMA number: 25687143493705339 that you can use for future reference. Please write this number on the outside of the package being returned. We suggest you add a form of delivery confirmation and the package must be returned no later than thirty (30) days from your original order date to avoid being billed.

If you have any questions about this notification or if you feel you are receiving this in error, please feel free to contact our Customer Service team.

Customer Care: (866) 216-9336 Mon-Fri, 2 am TO 4 pm PST

Thank you again for your business!

Have a healthy day!

*Auravie Team*
Customer Care

PO Box #10465
Van Nuys, CA 91410

---

**ATTACHMENT E**



ATTACHMENT F

App. 000660

From: Donna Lind <
Subject: Compleint on AuraView - 7/10/13
Date: July 10, 2013 5:17:20 PM PDT



I recently saw an advertisement for a AuraView Skincare products. The offer listed an opportunity to try a sample of Auravie 3 in 1 products for the cost of mailing. I received the products just before leaving on vacation and when I returned, I received a 2nd shipment with a bill for $97+. I was shocked as I never intended to sign up for monthly shipments and hadn't even had time to try the first shipment. I called customer service and offered to return the sample and this 2nd shipment. I was told I couldn't return the 1st shipment as the sample was for only 2 weeks trial and I was beyond that and over 30 days to contest with my credit card. The person I spoke with said I should have read the fine print and what he'd do was waive the restocking fee for this shipment I received today but I was stuck with the shipping cost and the full cost of the 1st shipment. When I became upset at this, the person became argumentative and demeaning. I stayed on the phone to get the number that must be written on the box when returned and then hung up rather than continue arguing or more demeaning comments. In looking at the advertising material in the box, I felt the info was misleading and distorted. Their customer service involved no service. I had to remain on hold for approx. 10 minutes before speaking with someone and then was put on hold again after being asked for my order #. I have spent my career as a professional and if I could make this mistake, it could happen to anyone. I worry that many would crumble with the high pressure intimidating attitude that I endured with customer service. I found this business to be highly unprofessional.

ATTACHMENT G

Cardmember Name: Donna R Lind
Account Number: ▮▮▮▮▮▮▮▮

Type of Dispute: Credit Slip Not Posted to Account

I am disputing the following charges on my credit card account:

**Merchant**
MYSKIN 877743700 OF 00

**Posting Date / Amount**
June 10, 2013 / 97.88

Although I did engage in the transaction(s) with the merchant(s), I canceled/returned on 7/10/13 (date(s)).

What was purchased or returned/canceled? AURAVIE SKINCARE Products Renew, Revive, Replenish mi

What was the reason for the return or cancellation? Deceptive Marketing - I signed up for a sample. I didn't realize it was a continuing delivery & I had to return in 2 weeks or be billed

I was advised of the merchant's cancellation/return policy(s) at the time of the transaction(s):
Yes ___ No X

The merchant's cancellation/return policy(s) is: I was told that I had to try product & cancel (not w/in 2 wks. This was not clear. I received product just before leaving on vacation & had no time to try my sample

The merchant accepted the cancellation/return: Yes ___ No X
They refused to accept return of sample, I rtr'd 2nd shipment

If "Yes," please enclose any supporting documentation (copy of cancellation letter, phone bill, credit slip or return shipment confirmation, such as from Fed-Ex or UPS)

If "No," why did the merchant not accept the cancellation/return?

They refused to let me return "Sample" as it was past 2 wk time. I returned 2nd shipment same day received & called them - I hadn't even had time to try sample due to vacation. Their marketing was very deceptive.

Continued

See Attached -

**ATTACHMENT H**

If you contacted the merchant(s) to resolve this matter(s) after you were billed, what was the merchant's response(s)?

Refused to accept return of sample or refund $97⁸⁸ - They said they waive restocking fee & let me return 2nd package delivery.

Name of person(s) at merchant with whom you spoke: He declined to say - see his email attached

Contact Date(s): 7-10-13

Signature: [signature]   Date: 7/20/13

Best phone number to reach you:

Daytime phone number: ( [redacted] ) [redacted]

Evening phone number: ( [redacted] ) [redacted] cel

Best time to reach you:

_X_ 9am to 12pm ET

___ 12pm to 5pm ET

_X_ After 5pm ET   either

COMPLAINT # 20032560

COMPANY INFO
NAME: **AuraVie Skincare**

---

CONSUMER INFO
NAME: **Donna Rae Lind**
ADDRESS: [redacted]
Scotts Valley, CA
$ VALUE: $97.88

DAY PHONE: [redacted]
EVE PHONE: [redacted]
EMAIL: [redacted]
FAX:

---

DETAILS
CONCERNING: **Advertising Issues**
OPENED: 02 August 2013
CLOSED: 13 August 2013
ENTERED BY:
ASSIGNED TO: Marie Rueda

CLOSE CODE: 600 - Letter of Experience
CLOSED BY: OttOOtto

NATURE OF DISPUTE: 44FYI
I recently saw an advertisement for a AuraVie Skincare products. The offer listed an opportunity to try a sample of Auravie 3 in 1 products for the cost of mailing. I received the products just before leaving on vacation and when I returned, I received a 2nd shipment with a bill for $97+. I was shocked as I never intended to sign up for monthly shipments and hadn't even had time to try the first shipment. I called customer service and offered to return the sample and this 2nd shipment. I was told I couldn't return the 1st shipment as the sample was for only 2 weeks trial and I was beyond that and over 30 days to contest with my credit card. The person I spoke with said I should have read the fine print and what he'd do was waive the restocking fee for this shipment I received today but I was stuck with the shipping cost and the full cost of the 1st shipment. When I became upset at this, the person became argumentative and demeaning. I stayed on the phone to get the number that must be written on the box when returned and then hung up rather than continue arguing or more demeaning comments. In looking at the advertising material in the box, I felt the info was misleading and distorted. Their customer service involved no service. I had to remain on hold for approx. 10 minutes before speaking with someone and then was put on hold again after being asked for my order #. I have spent my career as a professional and if I could make this mistake, it could happen to anyone. I worry that many would crumble with the high pressure intimidating attitude that I endured with customer service. I found this business to be highly unprofessional. (I noticed that on my credit card billing, they use the name MYSKIN 8777437943 CA)
Product_Or_Service: AuraVie Renew, Revive & Replenish M2
Order_Number: [redacted]
Account_Number: [redacted]
Change advertising practices to make more clear. Products were listed as samples but weren't. Had to return within 2 weeks to avoid a billing of $97.88 which wasn't clear. I'd been on vacation at time. 2nd shipment sent 30 days after the 1st. Argued with me about returning that shipment. I wanted to return first shipment for a refund but was refused. I filed complaint with credit card co. immediately. Investigation upheld my complaint & I received refund.

DESIRED RESOLUTION:

BUSINESS RESPONSE:

DECISION:

**ATTACHMENT I**

2-15

App. 000664
Exh. 2

ACTIVITY

| Date | User | Type | Description |
|---|---|---|---|
| 08/02/2013 | web | BBB | Case Received by BBB |
| 08/02/2013 | DT | BBB | Case Determined to be INFO ONLY - Wait |
| 08/02/2013 | Otto | EMAIL | Inform Consumer - Case Closed INFO ONLY |
| 08/02/2013 | Otto | EMAIL | Inform Business of Case Closed INFO ONLY |
| 08/13/2013 | OttO | BBB | Case Closed INFO ONLY |