# EXHIBIT 3

**DECLARATION OF CAROL BIEHL**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Carol Biehl declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Plum, Pennsylvania. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. In March 2014, while visiting the AOL Daily Deals website, there was a popup advertisement for a "risk free trial" of a skincare cream called AuraVie. When I clicked on the advertisement, the link took me to another webpage. The webpage stated that I could receive a "risk free trial" by paying a $4.95 shipping and handling fee. Based on the advertising, my understanding was that the product was free except for a $4.95 shipping fee.

3. I received a package from AuraVie on around March 20, 2014. **Attachment A** is a true and correct redacted copy of the invoice included in the first package. Because the invoice lists the price for the product at "$0.00," I interpreted this to mean the product itself was free aside from the $4.95 shipping and handling fees.

4. About two days after receiving the package, I decided to check online reviews of the product. I was surprised by all the negative complaints I found when I searched for the company. Because many of the complaints mentioned unauthorized charges, the need to cancel within ten days, and the difficulty

cancelling a continuity membership, I decided to contact the company immediately to prevent any unauthorized charges.

5. I initially attempted to contact AuraVie customer service by phone. However, when I called, I was unable to speak with a live representative. I was on hold for about ten minutes before the line disconnected with an automated "goodbye" message. The line disconnected without giving me the option of leaving a voicemail.

6. After unsuccessfully attempting to reach AuraVie by phone, I went to AuraVie's website, auravie.com, and emailed AuraVie using the contact information listed under the "contact us" page of their website. In my message, I told AuraVie not to send any products or charge my Discover card without my approval.

7. Despite my attempts to prevent any additional charges, I discovered an unauthorized charge of $97.88 on my March Discover Card billing statement. The billing statement showed that the charge was made by "DMA 86698262168 TARZANA CA," which I later confirmed was for the AuraVie "risk free trial" package after speaking with an AuraVie representative. The charge was made by the same company that charged me $1.93 and $3.02 earlier in the month, which added up to the $4.95 shipping and handling fee I expected. After I saw the charge, I called Discover to dispute it.

8. I received another shipment from AuraVie and another $97.88 charge on around May 2, 2014, despite the fact I had disputed AuraVie's charge. The second charge was made by "ANTIAGE ENCINO CA," which I later learned was AuraVie after speaking with a representative from the company.

9. I called Discover card again about the unauthorized charges. Then, I attempted to contact AuraVie by telephone again, using three different phone numbers provided to me by the Discover card representative. However, I was still unable to get an AuraVie representative on the phone. Again, I could only get a recording stating that representatives were busy when I called these numbers. And as before, the line disconnected after about 10 minutes with an automated "goodbye" message, without giving me the option of leaving a voicemail.

10. **Attachment B** is a true and correct copy of my redacted bank statements, which show the two $97.88 charges from DMA 86698262168 TARZANA CA and ANTIAGE ENCINO CA.

11. I mailed back both packages, both containing all of the AuraVie products unopened and unused. I also mailed a letter by certified mail, demanding that they stop sending product and charging my Discover credit card. **Attachment C** is a true and correct redacted copy of the letter I sent to AuraVie by certified mail.

12. After mailing back the packages, I called Discover and asked that the

charges for AuraVie's products be reversed. I received two temporary credits from Discover; however, one of the charges was reinstated by Discover. **Attachment D** is a true and correct copy of my redacted billing statement, which shows a "reversal of temporary credit" by Discover for a $97.88 charge by AuraVie.

13. Sometime during this process, I was contacted by an AuraVie representative who wanted to "settle" with me about my complaint. The AuraVie representative told me that Discover would never credit my card and offered instead to reimburse me for a lesser amount. I refused this offer and told the representative that I had faith in Discover to pursue the charges.

14. I never authorized or agreed to pay $97.88 per month to receive products from AuraVie, and I did not see anything on the website or in the invoice that accompanied my "risk free trial" indicating I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this subscription plan or service. Had I known about these charges or the difficulty of cancelling the subscription, I never would have requested a "risk free trial" from AuraVie.

15. After my experience with AuraVie, I filed a complaint with the Better Business Bureau on about June 23, 2014, about my experience.

16. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 4, 2015, in Plum, Pennsylvania.

Carol Biehl

Carol Biehl




**Packing List**
Order #4843028

**Ship From:**

AURAVIE SKINCARE
PO BOX 10465
VAN NUYS, CA 91410, US
(866) 216-9336
SUPPORT@AURAVIE.COM

**Ship To:**

CAROL BIEHL
[redacted]
PITTSBURGH, PA [redacted] US
[redacted]
[redacted]@AOL.COM

| SHIP DATE | SHIP VIA | PAYMENT | TOTAL ITEMS | TOTAL WEIGHT |
|---|---|---|---|---|
| 03-17-2014 | USPS | discover | 1 | 0.8 lbs |

| QTY | SKU | NAME | PRICE |
|---|---|---|---|
| 1 | AUR-0-14-E | Auravie Renew, Revive, Replenish Risk Free Trial w/ Ebooks | $ 0.00 |

If you have any questions, please feel free to contact our Customer Service department from 7am to 4pm PST at 866-216-9336. Thank you!

**Shipping & Handling:** $ 3.02
**Processing Fee:** $ 1.93
**Tax:** $ 0.00
**Discount:** $ 0.00
**Total:** $ 4.95

Attachment A



Discover Card: Account Activity

Page 1 of 2

Text Size

Activity Period: Mar 17 - Apr 16, 2014

Minimum Payment Due

Statement Balance

Payment Due Date May 11, 2014

Account Summary

Previous Balance

Payments and Credits

Purchases

Fees Charged

Interest Charged

Statement Balance

Credit Line

Credit Line Available

Your Annual Percentage Rate (APR) is available on your

Detailed Rewards Activity

Opening Balance

New Cashback Bonus This Period

5% Cashback Bonus

ShopDiscover & Promotions

Everywhere Else

Redeemed This Period

Cashback Bonus Balance

$28.32

It's your account - pay it YOUR way. Choose the payment method that works best for you - online, by phone at 1(800)-DISCOVER, or by mobile app. To download the mobile app,

Expands/Collapses

Transactions – Click Column Headers to Sort

| | | | | Running Balance |
|---|---|---|---|---|
| | | | | |
| 02/09/14 | | | | |
| 03/17/14 | | Merchandise | $1.93 | |
| 03/17/14 | | Merchandise | $3.02 | |
| 03/24/14 | | | | |
| 03/25/14 | | | | |
| 04/01/14 | | Merchandise | $97.88 | |



Attachment B

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?date=20140416&way=actvt

February 26, 2015

Auravie Skincare
Po Box 10465
Van Nuys, CA
91410


Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here
Sent To AURAVIL SKINCARE
Street, Apt. No.; or PO Box No. PO Box 10465
City, State, ZIP+4 VAN NUYS, CA 91410
PS Form 3800, August 2006
See Reverse for Instructions
7012 2920 0000 6597

To whom it may concern:

Do not send any skin products to my home or charge my Discover Card.

I did not order anything except what is enclosed which is a copy of my packing slip.

Discover has been notified & all charges are being denied

Carol Biele

Pgh. PA

Discover
Billing Dept.
Po Box 30945
Salt Lake City, UT
84130-0945

Name - Case # Last four Cr Card

Attachment C



Discover Card: Account Activity

Text Size

Activity Period: May 17 - Jun 16, 2014
Minimum Payment Due
Statement Balance
Payment Due Date Jul 11, 2014

Account Summary

Previous Balance
Payments and Credits
Purchases
Fees Charged
Interest Charged
Statement Balance
Credit Line
Credit Line Available

Your Annual Percentage Rate (APR) is available on your

Detailed Rewards Activity

Opening Balance
New Cashback Bonus This Period
5% Cashback Bonus
ShopDiscover & Promotional
Everywhere Else
Redeemed This Period

Cashback Bonus Balance

Redeem Cashback Bonus for any amount.



eem any amount for a statement credit, direct deposit to
onate to charity.
+ -- Expands/Collapses

Transactions – Click Column Headers to Sort

| | | | | Running Balance |
|---|---|---|---|---|
| | Last Statement Balance as of May 17, 2014 | | | |
| 05/01/14 | | Merchandise | 397.88 | |
| 05/17/14 | | | | |
| 05/22/14 | | Payments and Credits | -307.88 | |
| 05/22/14 | | Payments and Credits | -$32.08 | |
| 06/13/14 | | Payments and Credits | -397.88 | |

Cr.

Attachment D

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?date=20140616&way=actvt

February 26, 2015

App. 000674



Exh. 3