# EXHIBIT 4

**DECLARATION OF MELISSA H. BEARNS
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Melissa H. Bearns declares that:

1.     I am over 21 years of age and competent to give this declaration. I live in Portland, Oregon. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.     On December 4, 2013, I received or saw a link or advertisement to a survey online asking for my opinion on topics related to my job. I filled out the survey, and at the end, I was offered a choice of products as a "gift" for taking the survey. I selected AuraVie Skincare product, which brought up another popup box for me to provide billing information to pay a $4.95 shipping and handling fee for the "gift." This popup box did not contain any terms and conditions or information about additional charges or subscription plans. I provided my debit card information to pay this $4.95 fee. The "gift" of AuraVie products arrived several days later in a box with no shipping label or return information. Nothing was in the box other than the products themselves.

3.     A few weeks later, my bookkeeper, who assists me with expenses and taxes relating to my business, brought to my attention a charge of $97.88 on my debit card billing statement and asked me what it was so that the expense could be classified. She also asked about the two separate shipping and handling charges for $3.02 and $1.93. Beside the charges was "HRSKIN 877-395-4510."

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746

The $97.88 charge was made on December 23, 2013.

4.      Because I did not recognize the charge, I called the toll-free number listed next to the charge on my billing statement. It was a customer service number, and the company was currently closed, but I was given the option to "cancel" my account by pressing 1 on the phone, which I did. After doing so, I was told by an automated message that an additional $97.88 had been charged to my account.

5.      Two days later, I called the customer service number again during business hours. First, a customer service representative who stated they were with AuraVie put me on hold for over 20 minutes when I asked to speak with a supervisor.

6.      I hung up because no one ever took me off hold, and I called back again to try and speak with a representative about the unauthorized charges. When I complained to the AuraVie representative, he told me I had to pay for the "gift" because I failed to return it within 30 days, even though I had not opened the product they shipped. He also claimed I had signed up for an ongoing subscription of AuraVie's skincare products on their website and had authorized the $97.88 charges when requesting the "gift."

7.      When I brought up the second charge, the AuraVie representative stated that I could return the second package at my own expense for a partial

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746
Page | 2

refund. He advised me that if I return the second package with a return merchandise authorization number, I would be refunded the $97.88 but would have to pay a 15% restocking fee. He also informed me that it would take weeks or possibly months to receive my refund. Alternatively, the AuraVie representative stated I could keep the second product shipment and receive a 50% discount of the $97.88 I was charged. To qualify for this refund, though, I would have to agree to a "settlement" with AuraVie. I did not choose either of these options; instead I decided to refuse the second product shipment. **Attachment A** is tracking information for the second product shipment.

8.     I never agreed to pay $97.88 to receive a "gift" from AuraVie. The popup windows offering me the "gift" and requesting my payment info did not contain any notice I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this product subscription. I made sure to look on the popup box for links to terms and conditions or any notice of additional charges; however, I did not see anything like that. Nor did I receive anything in the package with my "gift" to notifying me of a need to cancel, how to cancel, the amount I would be charged, or the terms and conditions of this subscription.

9.     The cancelation process was difficult and frustrating because the AuraVie representative would not agree to refund the charges fully. Instead, I had

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746

to file dispute with my bank. Included as **Attachment B** is a true and correct redacted copy of follow-up communication I received from the bank after disputing the charges.

10.   After that, I contacted several agencies regarding my frustrations with AuraVie. I filed complaints with the Internet Crime Complaint Center, the California Attorney General, the Better Business Bureau, the Oregon Department of Justice, and the California Department of Consumer Affairs.

11.   AuraVie responded to the California Attorney General stating I would receive a full refund for both unauthorized charges. A true and correct redacted copy of the communication between the California Attorney General, AuraVie, and me is attached to this declaration as **Attachment C**. After I received the refund from AuraVie, my bank rescinded the temporary credits because I had already received a refund before they came to a final decision about rescinding the charges.

12.   I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746

Page | 4

1    I declare under penalty of perjury under the laws of the United States that

2    the foregoing is true and correct.

3    Executed on _____, 2015, in Portland, Oregon.

4

5

6    _____
     **Melissa H. Bearns**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF MELISSA H. BEARNS PURSUANT TO 28 U.S.C. § 1746



English   Customer Service   USPS Mobile      Register / Sign In

**USPS.COM**      Search USPS.com or Track Packages

Quick Tools    Ship a Package   Send Mail   Manage Your Mail   Shop   Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 9400115901117641885474

Expected Delivery Day: Friday, January 24, 2014
Your item was refused by the addressee at 10:43 am on January 27, 2014 in PORTLAND, OR 97202 and is being returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

## Product & Tracking Information

Postal Product: First-Class Package Service
Features: USPS Tracking™

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 27, 2014 , 10:43 am | Refused | PORTLAND, OR 97202 |
| January 27, 2014 , 10:35 am | Refused | PORTLAND, OR 97202 |
| January 23, 2014 , 7:05 am | Out for Delivery | PORTLAND, OR 97202 |
| January 23, 2014 , 6:55 am | Sorting Complete | PORTLAND, OR 97202 |
| January 23, 2014 , 2:26 am | Arrival at Post Office | PORTLAND, OR 97202 |
| January 21, 2014 | Depart USPS Sort Facility | SANTA CLARITA, CA 91383 |
| January 21, 2014 , 6:40 pm | Processed at USPS Origin Sort Facility | SANTA CLARITA, CA 91383 |
| January 21, 2014 , 5:25 pm | Accepted at USPS Origin Sort Facility | VAN NUYS, CA 91410 |
| January 20, 2014 | Electronic Shipping Info Received | |

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL   ON USPS.COM   ON ABOUT.USPS.COM   OTHER USPS SITES
Privacy Policy ›   Government Services ›   About USPS Home ›   Business Customer Gateway ›
Terms of Use ›   Buy Stamps & Shop ›   Newsroom ›   Postal Inspectors ›

**Attachment A**

App. 000680
Exh. 4



UMPQUA
B·A·N·K

January 29, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

PORTLAND, OR 97202-5256

Re: Your account XXXX

**Hello from Umpqua,**

We received your quality of service/merchandise dispute for charges posted to your account, but are not able to resolve this with the merchant. Please work with the merchant to see if they can help you. If you are unable to resolve it you may file a new dispute and provide to us the information below.

Once you've contacted the merchant, we need the date you contacted them after the transaction posted to your account. Include any documentation, such as emails, chat logs, phone logs, who you spoke with and the date, or other correspondence. If you cancelled a membership we need the reason for cancellation, date of cancellation, and cancellation number (if provided). If you received any merchandise, you must return it and provide the tracking number information. The last date to re-dispute these charges is 2/12/14.

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2013 | HRSKIN 877-395-4510 | $97.88 |
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

*TANYA Booth @ umpquabank.com*

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

MEMBER FDIC   EQUAL HOUSING LENDER   SBA PREFERRED LENDER
www.umpquabank.com   1-866-4UMPQUA (1-866-486-7782)

Page 1 of 1

**Attachment B**

App. 000681
Exh. 4



February 12, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

███████████████

**PORTLAND, OR 97202-5256**

Re: Your account XXXX███████

**Hello from Umpqua,**

We received your dispute for charges posted to your account and are working hard to resolve it for you as quickly as possible. This quality of service issue with the merchant has been sent to the card processors for review.

A description of the disputed charges is listed below. We'll be in touch within the next 45 to 120 days with a letter letting you know the results of our investigation.

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/2013 | HRSKIN 877-395-4510 | $97.88 |
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

App. 000682
Exh. 4



February 27, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

▮▮▮▮▮▮▮▮▮

**PORTLAND, OR 97202-5256**

Re: Your account XXXX▮▮▮

**Hello from Umpqua,**

We received your dispute and have confirmed that no error occurred. The merchant issued a full credit to your account on 2/17/14. You have a right to request copies of the documentation that we used to make our decision.

| Date | Description | Amount |
|------|-------------|--------|
| **12/23/2013** | **HRSKIN 877-395-4510** | **$97.88** |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

**Attachment B**

4-9

App. 000683
Exh. 4



February 27, 2014

**CURRENT SHIFT LLC - MELISSA H BEARNS**

PORTLAND, OR 97202-5256

Re: Your account XXX⬛⬛

**Hello from Umpqua,**

We received your dispute and have confirmed that no error occurred. The merchant issued a full credit to your account on 2/17/14. You have a right to request copies of the documentation that we used to make our decision.

| Date | Description | Amount |
|------|-------------|--------|
| 01/20/2014 | HERSKIN 877-395-4510 | $97.88 |

If you have questions about this or anything else, please feel free to contact your local store or call us at 1-866-486-7782.

Thanks for banking with us,

Umpqua Bank
Dispute Department
560-1-CISC
PO Box 1820
Roseburg OR 97470

MEMBER FDIC  EQUAL HOUSING LENDER  SBA PREFERRED LENDER
www.umpquabank.com  1-866-4UMPQUA  (1-866-486-7782)

Page 1 of 1

**Attachment B**

App. 000684
Exh. 4

Consumer Complaint Against A Business/Company | State of California – Department of Justice – Kamala D. Harris Attorney General

1/29/14, 4:07 PM



State *of* California ⟶ Department *of* Justice

# OFFICE *of the* ATTORNEY GENERAL
### KAMALA D. HARRIS
# CONSUMER COMPLAINT AGAINST A BUSINESS/COMPANY

Thank you, your submission has been sent.

A copy of your submission is shown below. **Please use your browser Print function to print this page for your records.**

Please be advised that our office cannot represent individual citizens in legal matters, and cannot give individuals legal advice.

If you need legal assistance, we suggest that you contact a private attorney. You may obtain a referral to a certified lawyer referral service by contacting the State Bar at 866-442-2529 (toll-free in California) or 415-538-2250 (from outside California), or via the State Bar website.

If you cannot afford a private attorney, you may consider contacting your local legal aid office. For a referral, visit the Legal Services Corporation and click on the Find Legal Aid tab.

If you have information about a crime, please report the matter locally to the police department or sheriff's office. For contact information, visit the California Law Enforcement Agencies page and click on your city or county law enforcement agency.

If you are contacting our Office about the national mortgage servicing settlement with Citibank, JPMorgan Chase/Washington Mutual, Bank of America/Countrywide, Wells Fargo/Wachovia, and Ally Financial/GMAC, please visit our National Mortgage Settlement website for helpful information.

Although we do our best to respond to all e-mails as quickly as possible, due to high volume, it is possible to experience a delay. We thank you for your patience.

**PUBLIC INQUIRY UNIT**

**Data you submitted:**

Your Information

**First Name**
Melissa

**Middle Initial**

**Last Name**
Bearns

**Address Line**
████████████████

**Address Line 2**

**City**
Portland

**State**
Oregon

**Zip Code(+4)**
97202

**Attachment C**

**4-11**

Consumer Complaint Against A Business/Company | State of California – Department of Justice – Kamala D. Harris Attorney General    1/25



**Email Address**
[REDACTED] com

**Confirm Email Address**
[REDACTED] com

**Area Code Phone Number**
[REDACTED] [REDACTED]

## Business Information (Complaint Against):

**Company Name**
Aura Vie aka HRSKIN aka MYSKIN aka HERSKIN

**Company Address**
PO Box 10465

**Company Address 2**

**Company City**
Van Nuys

**Company State**
California

**Zip Code(+4)**
91410

**Area Code Phone Number**
866     2169336

## Your Comments

**Comment**
I filled out an online survey related to my work. At the end of the survey I was offered the choice of a free gift. I hadn't expected the free gift, but I selected a trial size of 3 Aura Via skin care products.

I was directed to a separate pop-up box to provide a card to pay for the 4.95 in shipping. There was no branding, logo or business name on the pop-up box , nor were there any "Terms & Conditions."

The box that contained the "free" product samples contained nothing but the product samples – no shipping form, return form, information on how to contact the company. There was no information telling me that I had a certain number of days to try out the product & return it for full refund. I was not made aware that if I did not return my "free" sample w/in a certain number of days of the date the order was supposedly placed, that I would be charged $97.88 every month.

The following are the charges made to my card by Aura Vie.

12/6/13 POS 12/06/13 00:10 2724 HRSKIN 877-395-HRSKIN 877 877-4786331 CA 987111 40021547 $3.02
12/9/13 POS 12/07/13 01:34 2724 MYSKIN 87774379MYSKIN 877 877-7437943 CA 400007 001 $1.93
12/23/13 Recur Pymnt 12/23/13 00:15 2724 HRSKIN 877-395-HRSKIN 877 877-4786331 CA 987143 $97.88
1/21/14 Recur Pymnt 01/20/14 23:27 2724 HERSKIN 877-395HERSKIN 87 877-3954510 CA 455343 $97.88

On 1/19/14 I noticed the charges & called the number listed on my bank statement. Customer Service was closed, but I was given the option to cancel my account by pressing #1. After doing so, I was told that an additional charge of $97.88 had been charged on 1/19/14 –my cancellation had possibly triggered another charge.

I called the number during business hours on 1/21/14 (1/20/14 was MLK day).

I spoke w/ a man named Brian, who put me on hold for 27 minutes when I requested to speak w/ a supervisor.

I hung up, called back, & spoke w/ a man name Emmanuel. He claimed that I had signed up for an ongoing trial offer of Aura Vie on the Aura Vie website & had authorized them to bill my account monthly for $97.88 monthly.

The popup box where I entered my card information for the shipping was not in any way identified as part of the Aura Vie website, nor

## Attachment C

statement, and identified both companies as related to Aura Vie - the "free" product samples I had received.

The charges are as follows:
12/06/13: $3.02 from HRSKIN
12/09/13: $1.93 from MySkin
12/23/13: $97.88 from HRSKIN

Although the customer service was closed at the time, I was given the option to cancel my account (they identified me based on my phone number), by pressing the #1 button on my phone. After pressing the #1 button, I was told that an additional charge of $97.88 had been charged to my card on 1/19/14. It seemed that my cancellation had possibly triggered another charge.

I had to wait until today, Tuesday, 1/21/14, because Monday, 1/20/14 was a holiday (Martin Luther King Day), to call the customer service during business hours.

I first spoke with a man named Brian, who put me on hold for 27 minutes when I requested to speak with a supervisor.

I hung up and called back and spoke with a man name Emmanuel. He claimed that I had signed up for a trial offer of Aura Vie and authorized them to bill my account monthly for $97.88 monthly. He claimed that there was no way I could have signed up for this trial offer without going to the Aura Vie website.

While it is true that I went to the Aura Vie website to research the company and the products on the day that I authorized the $4.95 in shipping, the separate pop-up box where I was being asked to fill in my credit card information was did not appear to be part of the Aura Vie site. If it was, it was not identified as such as there was no URL such as www.auravie.com, and no logo or company name.

As I already mentioned,  I was on the Aura Vie website and know what it looks like. The pop-up box had no company name listed, no logo, and no URL at the top. It was, what is called in web terms, a "light box". This is a separate box that pops up, from another webpage, in this case, the page on which was taking the survey, which was not the Aura Vie site. While it is possible that I was redirected in the pop up box to the Aura Vie site, it was not identified as such in any way.

When speaking with Emmanuel, I offered to return the unopened, unused product received as the "free" sample and requested that I be authorized to do so and receive a refund. He told me that the company has a strict 30-day return policy, and that the 30-day countdown begins from the day the order is placed - which would have been the day I filled out the survey, December 4, 2013, and authorized the $4.95 in shipping charges.

The only solution Emmanuel was able to offer me was that when the additional product that was ordered on 1/19/14 (apparently triggered by my cancellation) arrived, that I could call back and received a Return  Merchandise Authorization (RMA) number. He advised me that I could then return the product (at my own cost for shipping), and that I would be charged a 15% restocking fee. My refund would be $97.88 minus 15%, or $83.20; and I would be paying for shipping on top of that.

But...conveniently, Emmanuel had a second option for me! He advised me that receiving the RMA number, returning the product, and getting the refund (minus of course the 15% restocking fee and the money for shipping), could be very time consuming and could take weeks or maybe even months.

The second option was to keep the second order, instead of returning it. Instead of choosing to return the second order automatically placed by Aura Vie (and possibly triggered by my cancellation) I could keep the second order. If I decided to do that, Emmanuel told me that he could give me a 50% discount on the second order. Emmanuel advised me that if I chose the 50% discount option, that by choosing that option, I was agreeing to a "settlement" with Aura Vie.

I found that to be a very interesting choice of words, as settlement implies a legal and binding agreement in the case of a dispute.

I suggested to Emmanuel that I would mark the second shipment "Return to Sender" and that I would simply return the products I had already received in the first order (the supposedly "free" samples) to the address that the company lists online, and dispute the charge as they could not charge me for a product that was not in my possession. He told me that if I were to return the product for either order order without an RMA number, that the product would be sent back to me again, and that I would again be charged shipping.

Obviously this is an online scam. As a consumer I was not made aware that I was signing up for an ongoing billing. I was led to believe that I was simply authorizing a $4.95 shipping charge, and possibly directed to a section of the Aura Vie site that is possibly intentionally unidentified (the pop-up box).

In additiona, when I received the product, there was no information in the package telling me that I had a certain number of days to try out the product and return it for full refund if I was not satisfied with the product. I was not made aware that if I did not return my "free" sample within a certain number of days of the date the order was supposedly placed, that I would be charged $97.88, every month until I cancelled my account, an account I never created.

Finally, regarding my 1/19/14 cancellation, Emmanuel claimed that my cancellation call was received on January 20, 2014 and that the order was placed on 1/19/14 and was therefore in no way triggered by my cancellation. Aura Vie is located in California. I am located in Oregon. We are both on Pacific Time.  I made the call to Aura Vie at approximately 9:30 p.m. Pacific Time.

Emmanuel claims my call to cancel was received at 12:28 a.m. on 1/20/14 Eastern Time. Again clearly fraudulent, by using a manipulation of time zones.

## Attachment C

Last but not least, there's the bogus restocking charge, along with the suggestion that I accept a 50% off discount in exchange for a "settlement". This clearly indicates an effort to legally protect the company and cover up the defrauding of consumers.

Please note, that in the question following this section, "Did you conduct any research on the individual/business prior to the incident?" I have marked "Yes". I am referring to my research explained here where I visited the Aura Vie site to research the company and the products, as well as my search for online reviews to verify the legitimacy of the company. Clearly I made a mistake regarding the "legitimacy" of Aura Vie.

Thank you very much for your time

Sincerely,
Melissa Bearns

Date of Purchase/Incident: 12/06/13/12/09/13/12/23/12 and 1/19/14 Requested Resolution. Allow me to return the unopened, unused products at my own expense (I will pay for shipping) and receive a full refund.
Supporting Documents: Bank statements showing unauthorized charges Previous Complaint: Yes IC3 and the Oregon Department of Consumer Protection

............................

Complainant: Bearns, Melissa

City: Portland
State: OR
ZIP Code: 97202
Phone Number
Email Address:

**Attachment C**

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

January 29, 2014

PIU: 566009

Ms. Melissa Bearns

Portland, OR 97202

RE:   AuraVie Skincare

Dear Ms. Bearns:

   Thank you for bringing your consumer complaint to the attention of the Office of the Attorney General. Your complaint is valuable to us as it alerts our office to consumer problems that might not otherwise be brought to our attention.

   We will write to the company that you have a complaint against and request a response from them regarding your concerns. Whenever possible we attempt to establish better lines of communication between the two parties involved in a consumer dispute. This procedure is an attempt to resolve the dispute between you and the company. In many cases, the consumer and the company will reach a mutually satisfactory agreement as a result of our efforts.

   We do want to inform you, however, that our office is prohibited by law from representing individual citizens in legal matters. We do, within the limits of our resources, bring lawsuits for violations of California law in cases of statewide significance. However, our role in any legal action against a company is on behalf of all of the people of California.

   We will retain your consumer complaint in our files because at some future date, legal action could be taken against this company by our office. If legal action is taken against the company named in your letter, your complaint could be utilized as important evidence and provide vital documentation for our use on behalf of all California consumer's interests.

   Hopefully our correspondence to the company named in your complaint will lead to a satisfactory resolution of your problem. If not, you may wish to contact private legal counsel to advise you of other possible remedies.

   Again, thank you for writing the Office of the Attorney General.

                    Sincerely,

                    J. Salazar
                    Public Inquiry Unit

          For     KAMALA D. HARRIS
                    Attorney General

**Attachment C**

App. 000689
Exh. 4

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

March 25, 2014

PIU: 566009

Ms. Melissa Bearns

Portland, OR 97202

RE:   AuraVie Skincare

Dear Ms. Bearns:

The Public Inquiry Unit of the Office of the Attorney General recently notified you that your complaint had been forwarded to the above-named company.  A copy of their reply is enclosed.

We appreciate your contacting the Attorney General's Office about this matter.  We will retain your complaint in our files and may contact you again should it appear that further investigation would be in the public interest.

Again, thank you for contacting the Office of the Attorney General regarding your important consumer concerns.

Sincerely,

Paul Calderon
Public Inquiry Unit

For      KAMALA D. HARRIS
Attorney General

Enclosure

**Attachment C**

App. 000690
Exh. 4



February 28, 2014                                              **Personal & Confidential**

Attorney General's Office
        California Department of Justice
        Attn: Public Inquiry Unit
        P.O Box 944255
        Sacramento, CA 94244-2550
        AG Complaint Number: 566009

        Re:   Mrs. Melissa Bearns

              Portland, OR 97202
              AG Complaint Number: 566009

Dear Kamala D. Harris,

This is in response to your correspondence dated January 29, 2014.
2 Full refunds in the total amount of $195.76 have been credited to the customer's credit card account:

First Refund Transaction in the amount of $97.88 on 2/14/14 confirmation number 2099788059.
Along with a secondary refund Transaction in the amount of $97.88 on 2/14/14 with a confirmation number of 2132648973.

Statements made in the consumer complaint of Melissa Bearns
Portland, 97202 are factually inaccurate. In the essence of customer satisfaction our Executive Resolutions team has decided to make an exception and honor full refunds to consumer.

Please contact customer care if you require additional information regarding this consumer complaint.

Respectfully,

AuraVie Skincare
Executive Resolution Department
P.O Box 10465
Van Nuys, CA 91410

                AuraVie Skincare | Executive Resolution Department
                Tel: 866.261.0801 E-Mail: ERD@auravie.com

                        **Attachment C**

App. 000691
Exh. 4