# EXHIBIT 5

**DECLARATION OF CAROL SLAYTON**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Carol Slayton declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Las Vegas, Nevada. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around March 2012, while viewing a website, I noticed an advertisement for a "risk-free" trial.  I clicked on the advertisement and it led me to another site, auravietrialkit.com, which stated that I could receive a free trial of an anti-aging cream by paying a shipping fee of only $2.95 with the promo code I had.  The website stated that it was within the Federal Trade Commission (FTC) Guidelines.  I provided my credit card information to pay for the shipping fee.  I did not see anything on the website that discussed any terms and conditions of the offer.

3.      While reviewing my April 2012 Discover credit card statement, I noticed a charge of $97.88.  The transaction description showed "SKIN CREAM 8664393165 SHERMAN OAKS CA."  **Attachment A** is a true and correct copy of my credit card statement showing the AuraVie transactions.  Attachment A has been redacted to remove personal information.

Declaration of Carol Slayton Pursuant to 28 U.S.C. § 1746

4.     I contacted the phone number listed on the transaction description. The representative who answered stated they were with AuraVie.  I asked about the charge I saw on my credit card statement.  The representative informed me that since I had not returned the product within 10 days, I had agreed to purchase the product and agreed to enroll in a monthly program that would charge me $97.88 per month to receive anti-aging products.  I told the representative that I never agreed to purchase the product or enroll for such a monthly program.  The representative said that he would cancel my enrollment in the monthly program. However, the representative said I could no longer return the product since the 10-day period of the free trial had passed.  The representative did offer me a partial refund of $20 on condition that I agree not to file a complaint against AuraVie with my credit card company.  I declined this offer.

5.     I would never have placed the order if I had known that I had to return the product within 10 days to avoid getting charged for the product and getting automatically enrolled in a monthly program.  I did not see any terms and conditions on the website that indicated I was agreeing to purchase the product and agreeing to enroll in a monthly program to receive AuraVie's products.

6.     Further, I did not receive anything in the package with my "risk free" trial to notify me of the charge or the monthly program.

App. 000693
Exh. 5

7.   After calling AuraVie, I filed a complaint with my credit card provider, Discover.   After conducting an investigation, my credit card provider refunded me the full amount of the charge.

8.   While waiting on the results of my dispute with Discover, AuraVie contacted me again.   Once again, they offered me a partial refund in exchange for not filing any complaint against AuraVie with my credit card company.   This time they offered me $30.   Once again, I declined the offer.

9.   Around March 2012, I filed a complaint against AuraVie with the Federal Trade Commission.

10.   I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June ___, 2015, in Las Vegas, Nevada.


CAROL SLAYTON

Page | 3

App. 000694
Exh. 5

**DISC VER**

| | | New Balance | Minimum Payment Due | Account Number ending in ▮ |
|---|---|---|---|---|
| | | | | Enter Amount Enclosed Below |
| | | | Payment Due Date | $ |
| | | | April 20, 2012 | |

Pay online at www.Discover.com or make check
payable to Discover. Phone and internet
payments must be made by 5:00pm ET for same
day posting.

CAROL J SLAYTON

| Mar 13 | Mar 13 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
|---|---|---|---|
| Mar 13 | Mar 13 | SKIN CREAM 8664393165 SHERMAN OAKS CA | 97.88 |
| Mar 15 | Mar 15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| Mar 19 | Mar 13 | SKIN CREAM 8664393165 SHERMAN OAKS CA | -97.88 |
| | | TEMPORARY CREDIT PENDING INVESTIGATION | |

**Attachment A**

# EXHIBIT 6

# DECLARATION OF ANN MALETIC
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Ann Maletic declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Columbia, South Carolina. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around February 5, 2014, while visiting Amazon.com, a pop-up window appeared requesting that I take a survey about the quality of the service I received. I believed this was a survey from Amazon regarding my experience on their website.

3.      After I took the survey, I was offered a free "gift" for participating in the survey. The pop-up window prompted me to choose from three gifts. I selected an AuraVie Skincare product. When I selected the product, I was redirected to an AuraVie website where I was requested to input my billing information to pay a $2.95 shipping and handling fee to receive the gift. During this process, I was required to click through a few screens. I believe one of these screens said something regarding cancelling, but I did not believe that this applied to me because I was receiving a "gift."

4.      The pop-up window that took me to the page to pay the shipping and handling fee did not contain any information about a product subscription or similar program, any additional amount I would be charged, or any terms and

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746

App. 000696
Exh. 6

1    conditions or notices about a product subscription.

2        5.    After I had received the free "gift," and about 15 days after I had

3    taken the survey, I found an unauthorized charge while reviewing my credit card

4    statement. The unauthorized charge was for $97.88 and was described on my

5    billing statement as "MYSKIN 8777437943 SHERMAN OAKS CA." This

6    unauthorized charge was made on February 20, 2014. The billing statement also

7    shows two charges from "SKINCRE 866-894-6197 WEST HILLS CA," on

8    February 5, 2014 for $1.93 and $1.02, which appeared to be the shipping and

9    handling fees I anticipated. **Attachment A** is a true and correct copy of my

10   redacted credit card statements. These statements show charges from "SKINCRE

11   866-894-6197 WEST HILLS CA" and "MYSKIN 8777437943 SHERMAN

12   OAKS CA," which I later learned, after speaking with AuraVie customer service,

13   were charges made by AuraVie.

14       6.    It was a difficult and frustrating process requesting a refund. When I

15   called the number listed on the billing statement next to the unauthorized $97.88

16   charge, I found that the number was not to AuraVie customer service but to an

17   answering service that could not help me with my complaint. Nor could the person

18   answering the phone provide a number for me to call about my complaint.

19   However, I was able to locate AuraVie's customer service phone number by

20   searching on Google.com and reviewing the Better Business Bureau page.

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 2

7.     When I called the customer service number I found on AuraVie's the ^AMM

Better Business Bureau page, I spoke with a representative who stated they were with AuraVie. I was told that AuraVie would not refund the $97.88 charges or accept my return because I had opened the package. The representative further stated that I had agreed to join AuraVie's subscription service or plan.

8.     Eventually, after complaining, AuraVie offered me only a partial refund of $34.25. However, the refund was conditional: the representative stated that to receive this partial refund, I had to agree to give a statement that I will not file a complaint with any authority or take any action to further dispute the charge. After I provided this statement, I noticed, when I reviewed my credit card statement, that I was given the credit. If I had known that I would be charged $97.88 for the free gift or that I would not be able to receive a refund, I never would have requested the gift.

9.     In March 2014, I filed a complaint with the Better Business Bureau about the unauthorized charges from AuraVie.

10.    I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 3

App. 000698
Exh. 6

1    I declare under penalty of perjury under the laws of the United States that

2    the foregoing is true and correct.

3              Executed on ___June 2___, 2015, in Columbia, South

4    Carolina.

5

6                                    _Ann M Maletic_
                                        Ann Maletic

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF ANN MALETIC PURSUANT TO 28 U.S.C. § 1746 Page | 4

App. 000699
Exh. 6

Discover Card: Printable Account Activity                           https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...

**DISC VER**                                    ANN

## Activity Period: Jan 12 - Feb 11, 2014

| | | |
|---|---|---|
| Minimum Payment Due | $ | |
| Statement Balance | $ | |
| Payment Due Date | March 6, 2014 | |

### Account Summary

| | |
|---|---|
| Previous Balance | $ |
| Payments and Credits | – $ |
| Purchases | + $ |
| Cash Advances | + $ |
| Balance Transfers | + $ |
| Fees Charged | + $ |
| Interest Charged | + $ |
| Statement Balance ⓐ | = $ |
| Credit Line | $ |
| Credit Line Available | $ |
| Cash Advance Credit Line | $ |
| Cash Advance Credit Line Available | $ |

### Cashback Bonus Summary

| | | |
|---|---|---|
| Opening Balance | $ | |
| New Cashback Bonus This Period | | |
| 5% Cashback Bonus | + $ | |
| ShopDiscover & Promotional | + $ | |
| Everywhere Else | + $ | |
| Redeemed This Period ⓐ | – $ | |
| Cashback Bonus Balance ⓐ | = $ | |

### Transactions

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| ☐ 01/09/14 | 01/12/14 | COLUMBIA C COLUMBIA SC | $ | Travel/ Entertainment |
| ☐ 01/10/14 | 01/12/14 | COLUMBIA $ SC | 1 | Medical Services |
| ☐ 01/11/14 | 01/12/14 | | $ | Gasoline |
| ☐ 01/14/14 | 01/14/14 | SC | $ | Warehouse Clubs |
| ☐ 01/14/14 | 01/14/14 | | $ | Warehouse Clubs |
| ☐ 01/15/14 | 01/15/14 | COLUMBIA$ SC | | Merchandise |

Attachment A

| of 3                                                                3/27/2015 4:35 PM

App. 000700
Exh. 6

Discover Card: Printable Account Activity

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...



| | | | | | |
|---|---|---|---|---|---|
| 01/15/14 | 01/15/14 | | $ | | Services |
| 01/15/14 | 01/15/14 | COLUMBIA SC | $ | | Merchandise |
| 01/17/14 | 01/17/14 | | $ | | Merchandise |
| 01/17/14 | 01/17/14 | | $ | | Merchandise |
| 01/19/14 | 01/19/14 | ME | $ | | Merchandise |
| 01/20/14 | 01/20/14 | SC | $ | | Merchandise |
| 01/22/14 | 01/22/14 | COLUMBIA SC | $ | | Services |
| 01/22/14 | 01/22/14 | | $ | | Warehouse Clubs |
| 01/23/14 | 01/23/14 | COLUMBIA SC | $ | | Merchandise |
| 01/23/14 | 01/23/14 | | $ | | Merchandise |
| 01/24/14 | 01/24/14 | COLUMBIA SC | $ | | Merchandise |
| 01/25/14 | 01/25/14 | 95924666HQFWXN2Z | $ | | Restaurants |
| 01/27/14 | 01/27/14 | | $ | | Gasoline |
| 01/30/14 | 01/30/14 | | $ | | Warehouse Clubs |
| 01/31/14 | 01/31/14 | | $ | | Merchandise |
| 01/31/14 | 01/31/14 | | $ | | Merchandise |
| 02/03/14 | 02/03/14 | TX | $ | | Merchandise |
| 02/03/14 | 02/03/14 | COLUMBIA SC | $ | | Restaurants |
| 02/03/14 | 02/03/14 | 00357R | $ | | Restaurants |

Attachment A

3/27/2015 4:35 PM

**6-6**

App. 000701
Exh. 6



Discover Card: Printable Account Activity                    https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...



○ Statement Balance is the total of all transactions posted to your Account during this statement period. A few things to remember: Your Statement Balance may not reflect spending that occurred at the start or end of your statement period because some transactions take 1–3 days after the transaction date to post. Available Credit plus Statement Balance may not exactly equal your Credit Line because recent transactions can impact Available Credit (for example, some merchants— like hotels and car rental companies—may reserve part of your credit line until full payment has been calculated).

○ Redeemed This Period is the total amount of Rewards you redeemed during the statement period and includes Cashback Bonus partners, gift cards, account credits, electronic deposits and charitable donations.

○ Your Cashback Bonus is the amount of reward that you have accrued as of this statement. Account activity during your current billing period won't be available for redemption until your next statement.

©2014 Discover Bank. Member FDIC.

Attachment A

3 of 3                                                                                   3/27/2015 4:35 PM

App. 000702
Exh. 6

Discover Card: Printable Account Activity

https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...

## DISC•VER

ANN

### Activity Period: Feb 12 - Mar 11, 2014

| | |
|---|---|
| Minimum Payment Due | |
| Statement Balance | |
| Payment Due Date | April 6, 2014 |

#### Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | |
| Payments and Credits | - $ | |
| Purchases | + $ | |
| Cash Advances | + $ | |
| Balance Transfers | + $ | |
| Fees Charged | + $ | |
| Interest Charged | + $ | |
| Statement Balance ◔ | = $ | |
| Credit Line | $ | |
| Credit Line Available | $ | |
| Cash Advance Credit Line | $ | |
| Cash Advance Credit Line Available | $ | |

#### Cashback Bonus Summary

| | | |
|---|---|---|
| Opening Balance | $ | |
| New Cashback Bonus This Period | | |
| 5% Cashback Bonus | + $ | |
| ShopDiscover & Promotional | + $ | |
| Everywhere Else | + $ | |
| Redeemed This Period ◔ | - $ | |
| Cashback Bonus Balance ◔ | ≈ $ | |

### Transactions

| Trans. Date ⌄ Post Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 02/11/14 | 02/12/14 | | $ | Services |
| 02/18/14 | 02/18/14 | | $ | Services |
| 02/19/14 | 02/19/14 | | $ | Restaurants |
| 02/20/14 | 02/20/14 | 75059154 | | Services |
| 02/20/14 | 02/20/14 | MYSKIN 8777437943 SHERMAN OAKS $ CA | 97.88 | Services |

Attachment A

3/27/2015 4:37 PM

App. 000703
Exh. 6



Discover Card: Printable Account Activity                    https://www.discovercard.com/cardmembersvcs/statements/app/stmt?...



| | | | | | |
|---|---|---|---|---|---|
| 02/20/14 | 02/20/14 | | $ | | Services |
| 02/21/14 | 02/25/14 | MYSKIN 8777437943 SHERMAN OAKS CA | $ | -34.25 | Payments and Credits |
| 03/05/14 | 03/05/14 | COLUMBIA SC | $ | | Merchandise |
| 03/06/14 | 03/06/14 | INTERNET PAYMENT - THANK YOU | $ | | Payments and Credits |
| 03/07/14 | 03/07/14 | INTERNET PAYMENT - THANK YOU | $ | | Payments and Credits |
| 03/10/14 | 03/10/14 | | | | Services |

⚙ Statement Balance is the total of all transactions posted to your Account during this statement period. A few things to remember: Your Statement Balance may not reflect spending that occurred at the start or end of your statement period because some transactions take 1–3 days after the transaction date to post. Available Credit plus Statement Balance may not exactly equal your Credit Line because recent transactions can impact Available Credit (for example, some merchants—like hotels and car rental companies—may reserve part of your credit line until full payment has been calculated).

⚙ Redeemed This Period is the total amount of Rewards you redeemed during the statement period and includes Cashback Bonus partners, gift cards, account credits, electronic deposits and charitable donations.

⚙ Your Cashback Bonus is the amount of reward that you have accrued as of this statement. Account activity during your current billing period won't be available for redemption until your next statement.

©2014 Discover Bank, Member FDIC.

Attachment A

3/27/2015 4:37 PM

**6-9**

App. 000704
Exh. 6

# EXHIBIT 7

**DECLARATION OF JEANETTE BURRAGE**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Jeanette Burrage declares that:

1.       I am over 21 years of age and competent to give this declaration. I live in Des Moines, Washington. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.       Around August 2014, I was on a website that provides information about free samples. The website included an offer from AuraVie; I clicked on the link to visit the company's website to review the offer. The website stated that I could receive a "gift" of their skin cream product by paying a $4.95 shipping and handling fee.

3.       Several weeks later, while reviewing my credit card statement, I discovered an unauthorized charge of $97.88. This charge was in addition to the 4.95 shipping and handling charge I expected. Listed beside the unauthorized charge was "FACEMASK 888 807 1162 TARZANA CA" under "transaction description." I later learned this was an AuraVie charge after speaking with AuraVie customer service. Attached to my declaration as **Attachment A** is a true and correct copy of a redacted credit card statement from my credit card provider, which shows one of the three charges from AuraVie, as well as the three credits of $97.88 I received from my bank.

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746

App. 000705
Exh. 7

4.      I contacted my credit card company to contest the charge and request to have the charge reversed. Shortly after, I received a second shipment from AuraVie, which I did not expect. I took the package to the post office and had it returned to sender.

5.      After I had refused the package, I received a call from my credit card company informing me that I had a second charge from AuraVie and that I needed to call AuraVie to cancel the recurring charges.

6.      It was difficult to cancel the AuraVie product subscription or plan and to receive a refund. I called the phone number listed in the billing descriptor to contest the charges. The representative who answered stated they were with AuraVie. The AuraVie representative stated that I had agreed to sign up for AuraVie's product subscription or plan by requesting the gift or risk free trial and failing to return the product within 10 days. This was the first time I heard that the skincare product I received from AuraVie was a "trial" and not a gift. Furthermore, the AuraVie representative told me that they would not refund the charge for the shipment I refused. The representative stated AuraVie could not know if they received it. The representative cancelled my product subscription or plan but told me that AuraVie would be sending a third package because it was already scheduled to be sent. AuraVie would only offer me two partial refunds for these charges of $48.94 each; however, my bank eventually refunded me the amounts

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746          Page | 2

that AuraVie did not.

7.     I never authorized or agreed to pay $97.88 per month to receive skincare products from AuraVie. I did not see anything on the website that indicated I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this product subscription or plan. Further, I never received notice that I would be charged for a product subscription or plan. Nor did I receive anything in the package with my "gift" to notify me of this product subscription or program, the amount I would be charged, or the terms and conditions of this product subscription or plan. Despite this, I received three charges from AuraVie at $97.88 each, totaling $293.64 in unauthorized charges.

8.     After calling AuraVie, I again contacted my credit card provider to dispute the charges. My card provider refunded the three unauthorized charges of $97.88 each. However, after AuraVie refunded two partial charges of $48.94 each, my credits to my US Airways MasterCard were reduced by that amount. **Attachment B** is a letter I sent to my credit card company, and **Attachment C** is a redacted letter from my credit card company discussing these charges and the credits.

9.     I filed a complaint with the California Attorney General in October 2014. Attached to my declaration as **Attachment D** is the letter I received from the

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746                    Page | 3

California Attorney General's Office. Attached to my declaration as **Attachment E** is the letter AuraVie sent to the California Attorney General's Office, which was provided to me by the California Attorney General's Office.

10.   I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___June 6___, 2015, in Des Moines, WA.

Jeanette Burrage

Declaration of Jeannette Burrage Pursuant to 28 U.S.C. § 1746          Page | 4

App. 000708
Exh. 7

**≡ U·S AIRWAYS®** 
**DIVIDEND MILES**

## IMPROVING OUR TEXT ALERTS

To better serve your mobile text messaging needs, we have switched to a new platform. Pick and choose which text alerts you would like to receive. Log on to your account at usairwaysmastercard.com, verify your mobile number, click Edit my alerts, add your contact information to your profile and then choose which alerts are most useful for you. Once you select the alerts(s), you will receive one or more confirmation texts to your mobile phone which you will need to respond to activate the alert(s).

### Reward Summary

| | |
|---|---|
| Dividend Miles Number: | |
| Miles earned on US Airways and American Airlines purchases this period | |
| Dividend Miles earned on all other purchases this period | + |
| Bonus or promotional Dividend Miles earned this period | + |
| Barclaycard Rewards Boost | + |
| Adjustments | + |
| **Total Dividend Miles earned** | = |

#### YOUR WORLD JUST GOT BIGGER

Now enjoy more miles and more destinations than ever on US Airways and American Airlines You now earn Dividend Miles on both your US Airways and American Airlines purchases
More great changes are coming · keep an eye on your inbox and mailbox for details

### Activity for JEANETTE BURRAGE - card ending in

**Payments**

| Trans Date | Posting Date | Transaction Description | | Amount |
|---|---|---|---|---|
| 10/23 | 10/23 | ARC Payment Received | Thank You | -$161.74 |
| | | **Total Payment Activity** | | -$161.74 |

**Purchases**

| | | | | |
|---|---|---|---|---|
| 08/15 | 10/28 | CREDIT-FACEMASK 888 800 OF 00 | | -$97.88 |
| 09/14 | 10/29 | CREDIT-FACEMASK 888 800 OF 00 | | -$97.88 |
| 10/14 | 10/29 | CREDIT-FACEMASK 888 800 OF 00 | | -$97.88 |
| | | **Total Purchase Activity** | | -$293.64 |

### Activity for JEANETTE BURRAGE - card ending in

**Purchases**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14 | 10/17 | FACEMASK 888 800 OF 00 | 8556849486 | CA | | $97.88 |
| 10/16 | 10/21 | FACEMASK 888 807 1162 | TARZANA | CA | | -$48.94 |
| 10/21 | 10/24 | FACEMASK 888 807 1162 | TARZANA | CA | | -$48.94 |
| | | **Total Purchase Activity** | | | | $0.00 |

### Summary of Fees and Interest

**Fees Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| | | **Total Fees for this Period** | |

**Interest Charged**

| Trans Date | Posting Date | Transaction Description | Amount |
|---|---|---|---|
| | | **Total Interest for this Period** | |

### Year-to-Date Summary of Fees and Interest Charged*

| Total Fees charged in 2014 | Total Interest charged in 2014 |
|---|---|
| | |

*This Year-to-Date Summary reflects the Fees and Interest charged on billing statements with closing dates in 2014. The Summary does not reflect any fees or interest adjustments and/or credits that have been made.

### Interest Charge Calculation – 31 Days in Billing Cycle

| | Promotional Rate End Date | Balance Subject to Interest Rate | ANNUAL PERCENTAGE RATE (APR) | Interest Charge |
|---|---|---|---|---|
| **Purchases** | | | | |
| Current Purchases | -- | | | |

Attachment A

p.7



Jeanette Burrage

Card Services
P.O. Box 8823
Wilmington, DE  19899-8823

October 24, 2014

RE:  Card ending in ▆▆▆, Case IDs DP ▆▆▆ and DP ▆▆▆ and one more.

Dear Card Services:

I am disappointed that you appear to being perpetuating a fraudulent company and allowing your current and future customers to be scammed.

I ordered a free sample of face cream on-line. I read the offer very carefully. The offer was for free face cream for paying shipping charges of $4.95. There was nothing about charging for the free cream later or about sending and charging additional amounts.

I have looked on line and found many people have fallen for this scam and have written about it. At least one other person noted she checked the offer very carefully and there was nothing about additional charges.

For a valid contract there needs to be an offer and an acceptance. The offer was for a free sample for paying the $4.95 shipping. That was the offer I accepted. There was nothing to cancel, as there was never an acceptance to have additional shipments or to pay $97.88 for the "free" sample.

After talking with someone at your bank, who advised me to "cancel", I called the company and canceled. The woman there said my refused package given back to the U.S. Postal Service would not be used to credit my card because they don't keep track of returned packages. She also told me a third charge for $97.88 had gone in that day.

I called your bank the next day (I did not have time that day as my break was over at work) and they said no charge had gone through for October. Then, as I was talking with her, she said a charge was just approved for an additional $97.88. Now the total charged fraudulently to my account is $293.64. I gave your employee the cancellation number.

I do not know why you are supporting this scam, but I feel I need to let the Banking Commission know about it. Please let me know if you are going to credit my account the $293.64 or if I need to cancel this card. Thank you.

Sincerely,

Jeanette Burrage
Jeanette Burrage

Attachment B

App. 000710
Exh. 7

7-6

p.2

 barclaycard

P.O. Box 8885
Wilmington, DE 19899-8885

December 16, 2014

Jeanette Burrage

RE:     US Airways MasterCard account ending

Dear Ms. Burrage:

We are in receipt of your recent correspondence forwarded to Barclays Bank Delaware
("Barclaycard") from the Consumer Financial Protection Bureau. We understand your concerns
regarding the transactions from FACEMASK and would like to take this opportunity to respond
accordingly.

Thank you for your patience and taking the time to speak with me throughout our investigation. As
discussed, we issued credits of $293.64 for the disputed charges to FACEMASK to your account.
Please allow me to provide additional details concerning our investigation.

Our records indicate we received the information needed regarding your dispute with FACEMASK on
October 25, 2014. After reviewing the documentation you provided, we issued provisional credits for
the transactions in the amount of $97.88 on October 28, 2014 and $195.76 on October 29, 2014 while
we contacted the merchant's bank on your behalf. The merchant issued two credits of $48.94 each to
your account; these credits posted on October 16, 2014 and October 21, 2014. Since the merchant
issued two partial credits, we have reversed $48.94 on two of the credits that we issued.

Since then, we feel the merchant's bank has not provided documentation to substantiate the validity of
the transaction. As a result, the dispute has been found in your favor and the provisional credits
previously applied to the account will remain. These credits were reflected on your November 2014
billing statement.

Thank you for your continued patience as we investigated the matter. If you have any additional
questions regarding your account, please contact me directly at 866-750-6031, ext. 58785. Our hours
of operation are 8:00 a.m. to 8:00 p.m. ET., Monday through Friday.

Sincerely,

Daneen Tucker
Office of the President

CC:     Consumer Financial Protection Bureau

Barclays Bank Delaware • Wilmington, Delaware

Attachment C

App. 000711
Exh. 7

p.5

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

December 15, 2014

PIU: 605667

Ms. Jeanette Burrage

RE:   AuraVie Skincare

Dear Ms. Burrage:

The Public Inquiry Unit of the Office of the Attorney General recently notified you that your complaint had been forwarded to the above-named company. A copy of their reply is enclosed.

We appreciate your contacting the Attorney General's Office about this matter. We will retain your complaint in our files and may contact you again should it appear that further investigation would be in the public interest.

Again, thank you for contacting the Office of the Attorney General regarding your important consumer concerns.

Sincerely,

Walden

Cynthia Walden
Public Inquiry Unit

For      KAMALA D. HARRIS
Attorney General

Enclosure

Attachment D

7-8

App. 000712
Exh. 7

p.6





December 8, 2014                                      Personal & Confidential

State Of California
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550


Re:   Ms. Jeanette Burrage

Dear J. Salazar,

This is in response to your correspondence dated November 6, 2014.
A full refund in the amount of $293.64 has been credited to the customer's credit card account, confirmation number 242586539, on 12/9/2014.

Statements made in the consumer complaint of Ms. Jeanette Burrage,                    Des Moines, WA            are factually inaccurate. The customer had misunderstood the information provided at the time of the order. Despite the customer charging back 3 charges of $97.88 and the bank ruling in our favor, in the interest of good customer service, we have opted to credit the customer the charges mentioned above, in light of the misunderstanding.

Please contact customer care if you require additional information regarding this consumer complaint.



Respectfully,

AuraVie Skincare
Executive Resolution Department
P.O Box 10465
Van Nuys, CA 91410




AuraVie Skincare | Executive Resolution Department
Tel: 866.261.0801 E-Mail: ERD@auravie.com


Attachment E


7-9

App. 000713
Exh. 7