# EXHIBIT 8

**DECLARATION OF JULIE FINNERTY**
**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Julie Finnerty declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Medford, Massachusetts. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. On February 19, 2013, I was on the Nordstrom website reviewing my Nordstrom credit card account when a popup survey appeared asking about my experience with Nordstrom. Because I thought the survey was from Nordstrom, I responded. After I completed the survey, I was given a choice between two products as a "gift" as a "thank you." The product I selected was an AuraVie skincare product. The page stated that I only had to pay a shipping and handling fee of about $4.99 to receive my gift.

3. When I clicked on the AuraVie products to select them as my "gift," I was taken to a website that prompted me to input my credit card information to pay the shipping and handling. I have been a victim of online scams before, so I made sure to look for hidden text and fine print regarding any additional charges. However, I did not see any fine print or notices of additional charges or cancellation requirements, so I input my information to pay the shipping and handling fee.

Declaration of Julie Finnerty Pursuant to 28 U.S.C. § 1746

8-1

App. 000714
Exh. 8

4. After requesting my "gift," I received an order confirmation email from AuraVie on February 19, 2013. **Attachment A** is a true and correct copy of the redacted email I received from AuraVie about my "gift." This email made no mention of a return policy or subsequent charges. Sometime later, my "gift" of AuraVie skincare products arrived. About a month later, though, a second box of AuraVie skin care products arrived with an invoice inside the box for $97.88. Surprised, I checked my credit card bill and found I had two unauthorized charges of $97.88.

5. After seeing these unauthorized charges, I called the number on the confirmation email, (866) 216-9336, to request that the charge be rescinded. When I called, I had to wait several minutes to speak to a representative. Once I finally spoke to a live representative, I was told that I would have to continue to hold. When I finally spoke to a representative about the charge, I informed them that I did not order this second shipment of AuraVie skin care products and did not authorize the $97.88 charge. The representative, who stated they were with AuraVie, told me I had authorized both the shipment and the charge online when I visited their website. The representative further stated that they would not refund any of these charges. I was upset by this response and said I would file a complaint against them with both the Better Business Bureau and the California Attorney General.

6. Even though I had informed AuraVie's customer service representative that I had not authorized subsequent shipments and charges, I received a third box of AuraVie skincare products in April. Later, when reviewing my credit card statement, I found that, on April 6, 2013, I was charged $97.88 for this shipment as well. Frustrated and confused as to why I kept receiving shipments of skin care products, I contacted Nordstrom about the issue on April 15, 2013. I assumed since the popup survey appeared on their website, AuraVie was associated with Nordstrom. I also filed a complaint with the Better Business Bureau on April 18, 2013, which is attached to this declaration as **Attachment B**.

7. Sometime later, I received a phone call from an individual who stated they were with AuraVie's Executive Resolutions Department. After the phone call, on April 25, 2013, AuraVie sent me an email with instructions on how to return my third shipment of AuraVie products for a refund. This email is attached to my declaration as **Attachment C**.

8. I never agreed to pay $97.88 to receive any product from AuraVie. Further, I never saw any notice while requesting my "gift" of a product subscription, and nothing in the package I received with my "gift" explained how I could avoid these charges. The process of requesting a refund was frustrating. If I had known that I would be signed up for a subscription plan or that I would receive these charges, I never would have requested the "gift" from AuraVie.

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF Page | 3

9. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 3, 2015, in Medford, Massachusetts.

_____
Julie Finnerty

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 4

From: "Auravie" <support@auravie.com>
Date: February 19, 2013 at 5:57:41 PM EST
To: Julie Finnerty <███████@rocketmail.com>
Subject: Your Auravie Order Confirmation



The Aura of Youth

Dear Julie,

We would like to take this opportunity to welcome you to our AURAVIE family. Our company is made up of people just like you, and we make products we use ourselves, so you can rest assure that your product is of the highest quality and standards.

Your shipping information is as follows:

Customer Name: Julie Finnerty
Order #: 1911963
Shipping Address: ███████████ Medford, MA 02155 United States

Your order includes the following item(s):

- AuraVie SkinCare System Risk Free Trial - 30 day supply.
  - RENEW Facial Cleanser/Toner
  - REVIVE Anti-Aging Serum
  - REPLENISH Age Defying Day/Night Moisturizer

- 11 Lifestyle eBooks (see links below)

We are happy to inform you that your order has been placed in the processing queue and will be expedited shortly. Once we ship your order, well email you a shipping notification (with your tracking number).

If your shipping information above is incorrect or if you have any questions about your order please feel free to give one of our Customer Care Specialists a call so we may update your account immediately.

Customer Care: (866) 216-9336 Mon-Fri, 7 am TO 4 pm PST.

In order to ensure the security and confidentiality of our correspondence with our members, we do not accept inquiries via open email. Please DO NOT reply to this email.

As part of this exclusive offer you are receiving 11 top selling eBooks from AGOA Publishing Co. the leader in online lifestyle eBooks.

Just Click on the links below to access these great eBooks

Attachment A

We have also included two new additions to our AuraVie program:

<u>AuraVie 2 Day Skin Detox Regimen</u>

<u>AuraVie Face Yoga</u>

We strongly reccommend doing the 2 day detox BEFORE starting the AuraVie regimen. This will clear up your skin and make sure it really absorbs the amazing ingredients in the AuraVie 3-in-1 skin rejuvenation system.

Once you begin using it, follow up by trying the face yoga.

Thank you again for your business!

Have a healthy day!

Auravie

Customer Care

PO Box #10465
Van Nuys, CA 91410

Attachment A



# eBooks
### BY AGOA PUBLISHING CO.

- This exclusive offer is brought to you by AGOA Publishing Co. the leader in Online lifestyle eBooks.

- Each of these 11 eBooks are Written by a Celebrated Author

- Download and share them with your family and friends. You can find the links below.

- Enjoy them while you improve your life.

"These eBooks have enriched my life with tips for everything from making my apartment the home I want to live in, to the best way to care for my pet." -Maggie T., CA





### ★★★★★ #1 BEST SELLER

**Angela Swinton** is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty & Allure, and is a contributing editor to the Style Network. Her "50 Tips for the Most Beautiful Skin of Your Life" is a must have for every woman who wants to have softer, younger looking skin.

"I have been in the beauty business since I was 9, ever since my mom had me work at her hair salon after school. I have learned many tricks over the years, and the tips in this book cover them all, and then some. Brilliant!" - Connie S., GA

READ

Attachment A

| 50 Tips for a Happy Colon | 50 Stylish Tips for an A-list Wardrobe | 50 Puuurfect Pet Tips |
|---|---|---|
|  |  |  |
| ★ ★ ★ ★ ★ | ★ ★ ★ ★ | ★ ★ ★ ★ |
| By Christina Lee | By Isabelle Durbin | By Kevin Millani |
| A health, conscious chef (graduated from Westlake Culinary Institute) whose recipes have been published in major magazines and TV shows. She's educated private chefs on how to cook healthy (for nearly 10 years) and has written this eBook to educate a growing population on having a healthy, happy colon. "My colon has never looked so good since I started using Christina's amazing tips. I recently had a colonoscopy and was grateful that my results came back normal." - Lana D., AZ | She's written about the fashion industry for the last 15 years. She was most recently the writer of Fashion magazine, an online column about fashion and city life. She has written many books depicting the meaning of fashion in today's society. Durbin has interviewed many great designers such as Marc Jacobs, Stefano Gabbana and many more. "With these tips I am now the one whose closet all of my friends want to raid" - Shir A., CA | He's a Sicily-born professional dog trainer, pet psychologist with over fifteen years of experience, and a passionate pet activist who has founded several pet adoption centers throughout Italy. His clients range from common families to European Aristocrats and everyone in between. "I love my pets and I'm always looking for ways to spoil them. That's why I got this amazing book with latest pet trends and tips on how to keep my furry friends happy!" -Rita P., CA |
| READ | READ | READ |

Attachment A

### 50 Ways to Save the World!



★★★★☆

**By Stephen Gore**

Born November 17th, 1952 in Baltimore, Maryland. Stephen is a noted environmentalist, human rights activist, and an organizer of the humanitarian group, "Earth Children."

"I have always prided myself on being someone who cared about the planet earth. After reading this book, I am even more so prepared to fight the good fight, and do my part in keeping our world clean and healthy for my children, and yours. Thank you Stephen for sharing your wisdom and making a difference."
- Brad P., CA

READ

### 50 Things To Do Before You Turn 50



★★★★☆

**By Alon Dande**

An award-winning writer, editor and photographer specializing in travel and science. He is the author of four travel guidebooks, and his writing and photography have appeared in Smithsonian, Outside, Wired, National Geographic Traveler, The Los Angeles Times and The Washington Post.

"Alon Dande is one of my favorite lifestyle writers and photographers. His books have changed my life for the better, and this book has inspired me to go for it. It is never too late to start!"
- Mike D., PA

READ

### 50 Tips Just for Him



★★★★★

**By Diane Hafen & James Rowland**

A Psychologist and Marriage Counselor practicing in Southern California. In Diane's 20-year-long career, she has accumulated thousands of face-to-face hours with individuals and couples. James has inspired hundreds of people in his workshops and lectures to go beyond their limitations and create successful and happy relationships.

"Pleasing a man is a hard job, but this eBook got it all to perfection. Thanks Diane and James for this eBook!"
-Margaret B., FL

READ

6
Attachment A

| 50 Ways to Spruce Up Your Space | 50 Tips for a Great Love Life After 50 | 100 Ways to Have Fun With Your Kids for FREE! |
|---|---|---|
|  |  | |
| ★★★★★ | ★★★★ | ★★★★★ |
| By Candice Theodore | By Dr. Chelsea Bower | By Cynthia Marino |
| An American interior designer based in San Diego, CA. She graduated in 1988 from the Fashion Institute of Design and Merchandizing and has been decorating indoor and outdoor spaces ever since. She has owned and sold two successful furniture stores. "The hardest thing to do after buying a new home is to knowing how to decorate it. After reading this book and the great tips in it I knew exactly what I want my home to look like!" -Rachel R., NY | Dr. Chelsea Bower is the founder and director of the Bower Family Institute. A magna cum laude graduate with distinction from Harvard University who received her doctorate in philosophy with a major in psychology from Pacific Western, Dr. Bower is a world-renowned sexologist, best-selling author, award-winning filmmaker, radio and TV talk show host & columnist. "My husband and I had a good marrige but now we have a GREAT marriage!" -Susan L, TX | Best-selling author, internationally recognized lecturer and parent educator. Her books include "Raising Your Special Child" and "Kids, Parents, and Power Struggles." "I have 3 kids and I know how hard it is to make these angels happy. I got this book after my friend recommended it me and I was thrilled! These tips are wonderful and every weekend I try another tip from this book. Having 100 tips means no more bored children!" -Maria A, MI |
| READ | READ | READ |

Attachment A



The 50 Greatest Ways to Express Your Love

★ ★ ★ ★ ★

By Sherry Magee

Is a world renowned PHD better known as the " Love Guru. She is a rising multi-media presence with live radio and television shows. Magee has been featured in magazine columns, national speaking engagements and workshops.

"I got this book right before Valentine's Day. It inspired me to spice up my love life. These great tips helped restore our love spark from 10 years ago!"
-Janet K., AL

READ



11840
use this coupon code to get 40% OFF
EVERYTHING on our website

CLICK HERE

Attachment A

From: "Better Business Bureau" <[redacted]@bbb-email.org>
Date: April 19, 2013 at 8:05:14 AM EDT
To: "MRS JULIE FINNERTY" <[redacted]@rocketmail.com>
Subject: BBB Complaint Case#20007745(Ref#119-100089934-20007745-3-175)
Reply-To: "Better Business Bureau" <[redacted]@bbb-email.org>

Thank you for contacting your BBB regarding your complaint.

Your complaint was received by the BBB on April 18, 2013 and has been assigned case# 20007745 in our files. Please make a note of this number for future reference.

Your complaint has been applied to the following business:
**AuraVie Skincare**
PO Box 10465
Van Nuys, CA 91410

The case has been reviewed by one of our Dispute Resolution Specialists and has now been forwarded to the business for their response. Should you hear directly from the company and the complaint is resolved, please notify us immediately.

Please remember your complaint and response may be publicly posted on our BBB's Website. Please do not include any personally identifiable information in your response. Your BBB may edit your complaint and response to remove personally identifiable information and inappropriate language.

To view the ongoing status of this case, we encourage you to visit the following site on the Internet by clicking here.

Thank you for using the services of your BBB!

Sincerely,

[signature redacted]

BBB Dispute Resolutions
Tel: [redacted]
Fax: -
[redacted]@stlouisbbb.org

Attachment B

From: "AuraVie" <support@auravie.com>
Date: April 25, 2013 at 2:11:51 PM EDT
To: Julie Finnerty
Subject: RMA Notification #2075165


The Aura of Youth

## RMA Notification

Order Number: 2075165

Ordered on 04/06/2013 10:43pm

Dear Julie Finnerty,

This email is to inform you that we have received your request to return your order of Auravie Renew, Revive, Replenish M2, which was originally purchased on 04/06/2013 10:43pm for the total amount of $97.88. We have also issued you an RMA number: 20751653035503631 that you can use for future reference. Please write this number on the outside of the package being returned. We suggest you add a form of delivery confirmation and the package must be returned no later than thirty (30) days from your original order date to avoid being billed.

If you have any questions about this notification or if you feel you are receiving this in error, please feel free to contact our Customer Service team.

Customer Care: (866) 216-9336 Mon-Fri, 7 am TO 4 pm PST

Thank you again for your business!
Have a healthy day!

Customer Care

PO Box #10465
Van Nuys, CA 91410

Attachment C

App. 000726
Exh. 8

# EXHIBIT 9

# DECLARATION OF LORRAINE M. NIK
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Lorraine M. Nik declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Riverside, Rhode Island. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. Around January 2014, after visiting a website for a company that I trusted, a popup appeared on my computer screen. The popup asked me to complete a survey. Since the popup appeared after I visited the website for a company I trusted, I did not think that I would be taken advantage of and decided to take the survey. The survey consisted of about three yes/no questions that I can no longer remember. In appreciation for taking the survey, I was offered a free sample of some skincare product. I was told that all I had to pay was a small shipping and handling fee of $4.95. I paid the shipping and handling fee using my debit card.

3. About a week or so later, I received the skincare product. I do not recall the package containing any information about a charge or a monthly program. Since the product was free, I was not looking for any information about a charge or a monthly program.

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746

App. 000727
Exh. 9

4. Sometime later, while reviewing my bank statement, I noticed a charge of $97.88. Between speaking with my bank and searching the Internet, I was able to determine that the charge was associated with AuraVie.

5. I called AuraVie and spoke with a representative who told me that since I had not cancelled and returned the skincare product, I had agreed to purchase the product and enroll in a monthly program that would send me skincare products and charge me $97.88 each month. I told the representative that I never agreed to pay for the product or enter such a monthly program. The representative said that every customer that purchased AuraVie's products agreed to these terms. I told the representative that I never saw anything in their offer that indicated I was agreeing to pay for the product or sign up for such a monthly program. The representative offered to refund me half of the amount I paid. After I told the representative that I wanted all of my money back, he said that I would have to send back the sample product.

6. After returning the product, AuraVie refunded my money.

7. I never authorized AuraVie to charge my debit card for their skincare product. Moreover, I never agreed to enroll in a monthly program that would charge me $97.88 for additional skincare products. I would have never continued with the transaction for the "free" skincare product had I known that I had to return the product within a certain period of time to avoid being charged for the product

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746                Page | 2

and being enrolled in a monthly program that would charge me $97.88 per month.

8. **Attachment A** is a true and correct copy of information I pulled for different transactions associated with AuraVie's skincare products. **Attachment A** shows that on January 27, 2014, I was charged $3.02 and $1.93. The transaction description for these two charges showed "SERUM xxx-x85-1 LOS ANGELES CA" and "SKINREN xxx-611 LOS ANGELES AL." **Attachment A** also shows that on February 12, 2014, I was charged $97.88. The transaction description for this charge appears as "SKIN CREAM 866- SHERMAN OAKS CA." **Attachment A** also shows the refund transaction made on May 2, 2014.

9. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 8**, 2015, in Riverside, Rhode Island.

*[signature]*
**LORRAINE M. NIK**

Declaration of Lorraine M. Nik Pursuant to 28 U.S.C. § 1746    Page | 3

Account
USAA SECURE CHECKING
Original Description
SKIN CREAM 866- SHERMAN OAKS CA
Additional Details
DEBIT CARD PURCHASE
Posted Date
Feb 12, 2014
Amount
($97.88)

Account
USAA SECURE CHECKING
Original Description
SERUM xxx-x85-1 LOS ANGELES CA
Additional Details
DEBIT CARD PURCHASE
Posted Date
Jan 27, 2014
Amount
($3.02)

Account
USAA SECURE CHECKING
Original Description
SKINREN xxx-611 LOS ANGELES AL
Additional Details
DEBIT CARD PURCHASE
Posted Date
Jan 27, 2014
Amount
($1.93)

Account
USAA SECURE CHECKING
Original Description
SKIN CREAM SHERMAN OAKS CA
Additional Details
DEBIT CARD REFUND
Posted Date
May 2, 2014
Amount
$97.88

ATTACHMENT A