# EXHIBIT 10

# DECLARATION OF VIRGIN MARRY BETANCOURT PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Virgin Marry Betancourt declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Hollywood, Florida. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. In March or April of 2014, after I made a purchase on HomeDepot.com, a popup window appeared stating that I had "won" an offer by being one of the first 500 customers on the website that day. The advertisement stated that I could receive a "risk free trial" by paying a $4.95 shipping and handling fee. My understanding from the advertisement was that the product was free except for a $4.95 shipping and handling charge.

3. I never received my "risk free trial." I didn't think much of it; I just assumed that I had been scammed out of the $4.95 and moved on. Several months later, though, I received a notice from my credit card company that payment was due on my credit card. I hadn't used the card recently and was surprised that I had a payment due, so I looked up my statement to see what had happened. I had had a credit of around $300 on that account, so over the previous several months, I had not noticed that I was being charged $97.88 every month—for six months— because it deducted the money from my $300 credit without requiring that I pay a bill.

Declaration of Virgin Marry Betancourt Pursuant to 28 U.S.C. § 1746

4. I called the number listed next to the charges on my billing statement to ask about the unauthorized charges, as I had no idea what the charges were. The representative told me I had reached AuraVie. The representative told me that I had had 14 days to cancel and return the products—which I had never received—and that the 14 days had long passed.

5. After speaking with AuraVie and failing to resolve the issue, I called my credit card company. My credit card company called AuraVie with me on a three-way phone call. AuraVie agreed in the phone call not to charge any future charges but would not refund past purchases. My credit card company told me that they would reimburse charges from AuraVie in the last three months but not older than that, which they did.

6. After I had complained to AuraVie, I received a shipment from AuraVie, which I never opened. I called AuraVie back and offered to return to return the package, but was told that I did not need to do so.

7. I never authorized or agreed to pay $97.88 per month to receive products from AuraVie, and I did not see anything on the website that indicated I was signing up for a subscription to AuraVie's products, the amount that I would pay, or the terms and conditions associated with this subscription plan. If I had known that I would be charged $97.88 per month and signed up for a product subscription, I never would have requested a "risk free trial."

Declaration of Virgin Mary Betancourt Pursuant to 28 U.S.C. § 1746    Page | 2

8. After my experience with AuraVie, I filed a complaint with the Better Business Bureau about my experience.

9. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 2nd, 2015, in Hollywood, Florida.

*[signature]*
Virgin Marry Betancourt

# EXHIBIT 11

06-08-2015   01:44 PM   FAX24 PUBLIC FAX SERVICE   From:   To:   2149533879   Page 2
06/08/2015   11:02      0731                                              PAGE 02

# DECLARATION OF SCOTT BROWNELL
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Scott Brownell declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Fair Grove, Missouri. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. While visiting the website billoreilly.com on about March 5, 2014, a popup window appeared on my screen asking that I take a survey. I thought that this survey was associated with billoreilly.com, so I decided to take the survey. After completing the survey, I was offered several different products as a thank you for completing the survey. I chose a trial of skincare products from AuraVie. The offer stated that the trial would be "risk free" and I needed to only pay the shipping and handling. Based on that, I selected the AuraVie products and was redirected to another website where I filled in my billing information to pay the fee. Shortly after, I received a package from AuraVie with the skincare products.

3. Around late March of that year, I discovered an unauthorized charge for $97.88 on my billing statement; next to that charge was "Skin4u." I did not recognize the company name but later learned that this charge was for the AuraVie "risk free trial."

4. When I saw the charge, I called my bank and requested that they stop

Declaration of Andrew Stanley Pursuant to 28 U.S.C. § 1746

06-08-2015 01:44 PM FAX24 PUBLIC FAX SERVICE From: To: 2149533879 Page 3
06/08/2015 11:02 0731 PAGE 03

1 all future charges from this company. After calling my bank, I also contacted
2 billoreilly.com about the charge. The website representative was unaware of any
3 survey, however.
4
5     5.     I also contacted the number listed next to the charge on my billing
6 statement. I called many times and never got a response. After finding another
7 number online at which to contact the company, I was finally able to speak with a
8
9 representative who stated they were with AuraVie. The AuraVie representative
10 informed me that I had signed up for a "risk-free" trial, not a "free trial," and
11 accordingly I owed the $97.88 for the product. When I complained that I did not
12
13 agree to pay anything but the shipping for the product, he offered me a $50 refund,
14 which I refused, and then a $70.00 refund, which I also refused. I told him that I
15
16 would like a full refund and would like to simply return the unopened product. But
17 the representative told me that AuraVie would not permit me to return the package
18
19 because it had been longer than 10 days.
20     6.     After calling AuraVie, I again contacted my bank to complain about
21
22 the unauthorized charge. My bank eventually refunded my money.
23     7.     I never authorized or agreed to pay $97.88 to receive products from
24
25 AuraVie, and I did not see anything on the website regarding the amount that I
26 would pay. Nor did I see anything about a product subscription or plan. Despite
27 this, I received a charge from AuraVie for $97.88. This unauthorized charge, and
28

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF     Page | 2

06-08-2015 01:44 PM FAX24 PUBLIC FAX SERVICE From: To: 2149533073 Page 4
06/08/2015 11:02 0731 PAGE 04

the hassle of requesting a refund, was frustrating. If I had known that I would have this difficulty or would be charged $97.88 for the thank you "gift," I never would have requested it.

8. After speaking with AuraVie, I filed a complaint with the Better Business Bureau.

9. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on OB JUNE, 2015, in Fair Grove, Missouri.

_____
Scott Brownell

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF   Page | 3

# EXHIBIT 12

**DECLARATION OF RAY CUTSHAW PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Ray Cutshaw declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Madison, Tennessee. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. In late December of 2013 or early January 2014, I received an email offering a "gift" for being a loyal Comcast customer. I was given three options to choose from, and I selected AuraVie skincare products, which I had planned to give to my wife as a present. I clicked the link and visited the website, which stated that I could receive the AuraVie products by paying a small shipping and handling fee that was less than $5. I submitted my debit card billing information to pay the shipping and handling so I could receive the "gift." After I submitted my billing information, I received a confirmation email from AuraVie. In my recollection, I did not see that this email mentioned additional charges, a product subscription or how I would cancel it, or the need to return the products or how I would do so.

3. Several days later, I received the package from AuraVie. The package contained the products themselves—the "gift"—but in my recollection it did not included a return address, instructions for returning the product, or notice about any potential additional charges. My wife was skeptical of the product because she

Declaration of Ray Cutshaw Pursuant to 28 U.S.C. § 1746

1 had not heard of it, so I put away the product unopened and unused.

4. I decided to search for information online about the product and its safety to encourage my wife to use it. However, I was surprised to see numerous online complaints about the company where individuals stated that they had received numerous unauthorized charges.

5. After reading the online complaints, I checked my bank statement and discovered that I had also incurred an unauthorized charge for $97.88 on January 14, 2014, in addition to the small fee under $5 that I was expecting. Beside the charge on the billing statement was "MYSKIN." After I spoke with my bank, I learned that this charge was from AuraVie.

6. After discovering the unauthorized charge, I attempted to contact AuraVie. But I could not find a number for the company online to contact them about returning the product. After I unsuccessfully attempted to contact AuraVie, I contacted my bank to contest the charge. I also informed the bank that I wanted to get a new debit card to prevent further unauthorized charges. The bank contacted AuraVie regarding the unauthorized charge. In response, AuraVie sent my bank documents and terms and conditions that I did not remember ever viewing and did not believe I had ever seen, as supposed proof of my agreement to pay for their product. In the response they sent my bank, AuraVie stated that I had agreed to their subscription plan by clicking a box stating I agreed to their terms and

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 2

1 conditions. But I do not remember seeing that the website I visited had such a box.
2 Eventually, my bank refunded the money that AuraVie charged me.

3     7. I never authorized or agreed to pay $97.88 per month to receive
4 skincare products from AuraVie, and I do not remember seeing anything in any
5 email I received, on their website, or in the package AuraVie sent that indicated I
6 was signing up for a subscription to AuraVie's products, the amount that I would
7 pay, or the terms and conditions associated with this product subscription or plan.
8 Had I known about these charges, the subscription plan, or the difficulty in
9 receiving a refund, I never would have requested AuraVie's "gift."

10     8. After my experience, I filed complaints with numerous government
11 agencies, including the Federal Trade Commission, the Better Business Bureau,
12 and the California Attorney General.

13     9. I understand that this declaration may be used by the Federal Trade
14 Commission in a law-enforcement proceeding.

15     I declare under penalty of perjury under the laws of the United States that
16 the foregoing is true and correct.

17     Executed on June 4, 2015, in Madison,
18 Tennessee.

19
20

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 3

/s/ Ray Cutshaw

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF    Page | 4