# EXHIBIT 13

**DECLARATION OF ELYSIA MATHIAS
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Elysia Mathias declares that:

1.      I am over 21 years of age and competent to give this declaration. I live in Hagerstown, Maryland. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      Around July 2013, I went onto Amazon.com and made a purchase. After making my purchase, an advertisement appeared that offered various free products.  I selected the free skincare product from a company called AuraVie. The advertisement stated that I could receive a free trial of AuraVie's product by paying a small shipping fee of $2.95.  Since it was free and I only had to pay the shipping fee, I proceeded with the transaction.  I provided my contact information and my credit card information.

3.      Although I can no longer remember if I received it when I completed the online transaction or if I received it with the first skincare shipment I received, AuraVie provided me a receipt for my purchase.  **Attachment A** is a true and correct copy of the receipt.  **Attachments A, C, D, and E** have been redacted to remove my personal information.   The receipt showed that I would receive Auravie's "3 in 1 Skincare Trial Offer" and "11 Free Top Selling LifeStyle eBooks."  It also showed that I would pay a fee of $1.02 for shipping and handling

Declaration of Elysia Mathias Pursuant to 28 U.S.C. § 1746

1   and a fee of $1.93 for eBooks processing.  In total, it showed I would pay $2.95.

2   The receipt also showed that I had "authorized the two separate charges above" on

3   my credit card.

4           4.      Later, I received AuraVie's skincare products.  **Attachment B** is a

5   true and correct copy of two photos I took of the AuraVie skincare products I

6   received.

7           5.      Sometime later, I received a second shipment from AuraVie.  Since I

8   had not ordered this shipment, I declined to accept the shipment and marked it as

9   "return to sender."  I then called AuraVie and left a message.

10          6.      When I reviewed my August 2013 credit card statement, I saw a

11  charge of $97.88 that I did not recognize.  The charge appeared on my credit card

12  statement as coming from "BEAUTY 8883200196 VAN NUYS CA."

13  **Attachment C** is a true and correct copy of my August credit card statement.  I

14  called the telephone number, (888) 320-0196, that was associated with the charge

15  and left a message.  I then called my credit card company and disputed the charge.

16          7.      Sometime later, I received a return call from the company that

17  charged me $97.88.  The representative who returned my call stated they were

18  with AuraVie.  I told the representative about the charge on my credit card

19  statement.  The representative informed me that, since I had not cancelled within a

20  certain period after receiving the first shipment, I had signed up for a program.

Page **2** of 6

The representative said that under the program, AuraVie would send me a monthly skincare shipment and charge me a monthly fee of $97.88. I told the representative that I never agreed to enroll in such a program. The representative referred me to a website, www.getmyauravie.com/order1.php, which stated the terms of the free trial. I told the representative that I never saw this or any disclaimer prior to placing my order. In addition, I told the representative that no such disclaimer appeared on the receipt AuraVie sent me. It was during this call that I discovered that I had also been charged a fee of $97.88 for the first shipment. I disputed both charges with the representative. I told the representative that I never accepted the second shipment and returned the unopened package to AuraVie. The representative said he cancelled my entry into the monthly skincare program. The representative initially refused to refund my money for either charge. The representative claimed that AuraVie could not refund my money for the second shipment since I failed to return the shipment properly. Eventually, the representative agreed to refund my money for the second shipment but refused to refund my money for the first shipment since he argued that the charge was my fault for not cancelling the program within the required time.

8.      After learning about the charge for the first shipment, I looked at my July 2013 credit card statement. **Attachment D** is a true and correct copy of my

Page **3** of **6**

July 2013 credit card statement. The billing statement showed that I had been charged $97.88 on July 25.   The billing statement showed the following information associated with the charge: BEAUTY 8883200196 VAN NUYS CA. The July 2013 credit card statement also showed to additional charges associated the same billing information: BEAUTY 8883200196 VAN NUYS CA.   These additional transactions showed that on July 10, I had been charged $1.02 and $1.93.   As reflected in the receipt AuraVie provided me, these were the only charges I authorized AuraVie to charge to my credit card.   Since I had not authorized this $97.88 charge, I disputed the charge with my credit card company.

9.     I never agreed to sign up for AuraVie's program that would charge me $97.88 per month to receive skincare products.  I did not see anything on the website that stated I was signing up for such a program. Further, I did not receive anything in the package with my free skincare shipment to notify me of this program. Despite this, I received 2 charges from AuraVie at $97.88 each. I never authorized these charges, and the hassle of requesting a refund, has been frustrating.  I never would have requested AuraVie's free skincare product had I known that I had to return the product within a certain period to avoid being charged for the free skincare product or that I would get signed up for a monthly skincare shipment program that would charge me $97.88 per month.

Page **4** of **6**

App. 000744
Exh. 13

10.     After calling AuraVie, I again contacted my credit card provider, Discover, and disputed the second charge. In September 2013, Discover refunded both charges and blocked future charges from AuraVie.

11.     Around September 2013, I filed a complaint against AuraVie with the Better Business Bureau.   **Attachment E** is a true and correct copy of my complaint.   **Attachment E** also contains a copy of AuraVie's response to my complaint and my response to AuraVie's response.   In its response, AuraVie argued it to be a misunderstanding of their terms and conditions that I agreed to when I place my order.   However, this was not the case. AuraVie never disclosed, neither when I signed up on their website nor when received my first shipment, that I had a certain period of time to cancel before getting charged the cost of the product and getting signed up for a monthly skincare program where I would get charged $97.88 per month.   The first time I learned about AuraVie's monthly program was after I called them to dispute the $97.88 charge.

12.     I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

Page **5** of 6

App. 000745
Exh. 13

1   I declare under penalty of perjury under the laws of the United States that

2   the foregoing is true and correct.

3   Executed on June __7__, 2015, in Hagerstown, Maryland.

4

5

6   ELYSIA MATHIAS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Page **6** of **6**

App. 000746
Exh. 13



# Thank You for Your Order!

Order ID: 2589406
Customer Name: ELYSIA MATHIAS

**Shipping Address:**

HAGERSTOWN, MD 21740 , US

**Billing Address:**

HAGERSTOWN , MD 21740 , US

Items included in your order:

| | |
|---|---|
| Auravie 3 in 1 Skincare Trial Offer | $0.00 |
| 11 Free Top Selling LifeStyle eBooks | $0.00 |
| Shipping & Handling: | $1.02 |
| eBooks Processing Fee: | $1.93 |
| Total: | $2.95 |

Welcome to the getmyauravie.com family. We offer valuable products that enrich the lives of our customers and believe in giving it to them at a reasonable price (often at exceptional savings). A confirmation email with links to your 11 free eBooks has been sent to your inbox. Please check your spam folder if you don't see it there.

You have agreed to the Terms & Conditions of this offer and have authorized the two separate charges above on your credit card.
If you have any questions or changes to your order, please give us a call at 866.216.9336 Mon-Fri 7am-4pm PST.

Have a healthy Day!

Print this page for your records

© 2013 getmyauravie.com - All Rights Reserved

ATTACHMENT A



ATTACHMENT B





# DISCOVER

Discover More Card

Account number ending

Open Date: Aug 5, 2013 - Close Date: Sep 4, 2013

Page 3 of 6

## CONTACT US

| | Web<br>Access your<br>account securely<br>at Discover.com | | Mobile<br>Manage your<br>account anytime,<br>anywhere at<br>m.Discover.com | | Phone<br>1-800-DISCOVER<br>(1-800-347-2683)<br>TDD 1-800-347-7449 | | Inquiry<br>Discover<br>P.O. Box 30943<br>Salt Lake City<br>UT 84130 | | Mail Payments<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Payments and Credits | Aug 29 | Aug 29 | PAYMENT - THANK YOU | $ | |
| Merchandise | Aug 2 | Aug 5 | | $ | |
| | Sep 3 | Sep 3 | | | |
| Restaurants | Aug 8 | Aug 8 | | $ | |
| | Aug 11 | Aug 11 | | | |
| | Aug 13 | Aug 13 | | | |
| | Aug 21 | Aug 21 | | | |
| | Aug 25 | Aug 25 | | | |
| | Aug 28 | Aug 28 | | | |
| Gasoline | Aug 7 | Aug 7 | | $ | |
| | Aug 11 | Aug 11 | | | |
| | Aug 11 | Aug 11 | | | |
| | Aug 17 | Aug 17 | | | |
| | Aug 25 | Aug 25 | | | |
| | Aug 30 | Aug 30 | | | |
| | Sep 1 | Sep 1 | | | |
| | Sep 2 | Sep 2 | | | |
| Travel/Entertainment | Aug 15 | Aug 15 | | $ | |
| Services | Aug 17 | Aug 17 | | $ | |
| | Aug 24 | Aug 24 | BEAUTY 8883200196 VAN NUYS CA | | 97.88 |
| | Aug 26 | Aug 26 | | | |
| Supermarkets | Aug 22 | Aug 22 | | $ | |
| | Sep 1 | Sep 1 | | | |
| Fees | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| Interest Charged | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

## 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | | | |

ATTACHMENT C

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



# DISCOVER

**Discover More Card**
Account number ending in
Open Date: Jul 5, 2013 - Close Date: Aug 4, 2013
Page 3 of 6

## CONTACT US

| | | | | | |
|---|---|---|---|---|---|
| Web | Mobile | Phone | | Inquiry | Mail Payments |
| Access your account securely at Discover.com | Manage your account anytime, anywhere at m.Discover.com | 1-800-DISCOVER (1-800-347-2683) TDD 1-800-347-7449 | | Discover PO Box 30943 Salt Lake City UT 84130 | Discover PO Box 6103 Carol Stream IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Jul 25 | Jul 25 | | | $ |
| | Jul 30 | Jul 31 | | | |
| **Merchandise** | Jul 6 | Jul 6 | | | $ |
| | Jul 14 | Jul 14 | | | |
| | Jul 30 | Jul 30 | | | |
| | Jul 30 | Jul 30 | | | |
| | Aug 3 | Aug 3 | | | |
| **Restaurants** | Jul 8 | Jul 8 | | | $ |
| | Jul 14 | Jul 14 | | | |
| | Jul 19 | Jul 19 | | | |
| | Jul 23 | Jul 23 | | | |
| | Aug 3 | Aug 3 | | | |
| **Gasoline** | Jul 4 | Jul 5 | | | $ |
| | Jul 4 | Jul 5 | | | |
| | Jul 8 | Jul 8 | | | |
| | Jul 16 | Jul 16 | | | |
| | Jul 22 | Jul 22 | | | |
| | Jul 23 | Jul 23 | | | |
| | Jul 26 | Jul 26 | | | |
| | Jul 28 | Jul 28 | | | |
| **Travel/Entertainment** | Jul 15 | Jul 15 | | | $ |
| **Services** | Jul 10 | Jul 10 | BEAUTY 8883200196 VAN NUYS CA | | 1.02 |
| | Jul 10 | Jul 10 | BEAUTY 8883200196 VAN NUYS CA | | 1.93 |
| | Jul 11 | Jul 11 | | | |
| | Jul 19 | Jul 19 | | | |
| | Jul 22 | Jul 22 | | | |
| | Jul 25 | Jul 25 | BEAUTY 8883200196 VAN NUYS CA | | 97.88 |
| **Supermarkets** | Jul 11 | Jul 11 | | | $ |
| | Jul 21 | Jul 21 | | | |
| | Jul 31 | Jul 31 | | | |
| **Fees** | | | TOTAL FEES FOR THIS PERIOD | $ | 0.00 |
| **Interest Charged** | | | TOTAL INTEREST FOR THIS PERIOD | $ | 0.00 |

### 2013 Totals Year-to-Date

| | | |
|---|---|---|
| TOTAL FEES CHARGED IN 2013 | $ | 0.00 |
| TOTAL INTEREST CHARGED IN 2013 | $ | 0.00 |

ATTACHMENT D

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

App. 000751
Exh. 13

COMPLAINT # 20043064

COMPANY INFO
NAME:        **AuraVie Skincare**

------------------------

CONSUMER INFO
NAME:        **Elysia J Mathias**              DAY PHONE:
ADDRESS:                                        EVE PHONE:
             Hagerstown, MD
             21740-4564                         EMAIL:                    @gmail.com
$ VALUE:     $195.76                            FAX:

------------------------

DETAILS
CONCERNING:  **Advertising Issues**
OPENED       24 September 2013                  CLOSE CODE  110 - Resolved
CLOSED       10 October 2013                    CLOSED BY: OttOOtto
ENTERED BY:
ASSIGNED TO: Marie Rueda

NATURE OF DISPUTE: When I placed an order through Amazon, I was given a choice of some "free" offers. I was not really interested in any but thought I would go ahead and select the one for some "free" skin care products. I just had to pay the shipping fee of $4.95 for the 3-in-1 trial. Apparently, it was a trial membership and I was required to cancel after a short period or be charged $97.88. I did not realize that I would be receiving this inferior product monthly and charged the $97.88 each time. I rejected the second package through the mailman and returned it. I disputed the charges with my credit card and attempted to contact the company. They returned my call and I discovered that I had missed the first charge of $97.88 on my card for my "free" product. The representative referred me to a website http://www.getmyauravie.com/order1.php which stated at the bottom the terms of the free trial. I had not seen this disclaimer prior to placing the order.I felt that it was a lure in, bait-and-switch kind of offer and reeks of shady advertising practices. I have disputed all charges with my credit card and will not permit any future charges from them. This is an underhanded business practice to lure in new customers and hope that they, like myself, would not see the that this was truly not "free" at all.
Product_Or_Service: 3-in-1 trial

DESIRED RESOLUTION: I do not feel that I should have to pay more than the advertised $4.95. I do not think I should have to pay the $97.88 x 2 = $195.76 for a product that is hardly worth the $4.95.

BUSINESS RESPONSE: We appreciate that you have given us the opportunity to address this customer's concerns. After further research and also after listening to the last conversation the customer had with one of our customer service representatives on 6/21/2013, we feel this was a misunderstanding of our terms and conditions she agreed to when placing her order. The customer mentions she thought she was ordering free products in her complaint she also said this to the agent when she called in but, nowhere on our website does it state we are offering "Free Products". The terms and conditions clearly explain any and all future billing that will take place if the customer decides to continue receiving product and not cancel with our company and furthermore the terms to our trial offer explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. We also stress the importance of calling our company if a customer wants to return a qualifying package they do not want to keep, so that their can receive the proper return instructions from our company.  In our efforts to assist this customer we directed her back to the same website she ordered from to demonstrate the specific location of the terms and conditions also to validate what was explained to her. We certainly understand if this information was overlooked and after reviewing this customer's account we offered her the best possible resolution. The customer after

**ATTACHMENT E**

speaking to our customer service agent agreed to call us back, so that we could settle up her account and issue the appropriate credits. We regret to inform you that we have not heard back from the customer and her account is still pending credits but cannot proceed until our instructions are followed. If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance her.

DECISION:

ACTIVITY:

| 09/16/2013 | web | BBB | Case Received by BBB |
| 09/24/2013 | DT | BBB | Manually Inform Member of Case |
| 09/24/2013 | Otto | EMAIL | |
| 09/24/2013 | Otto | EMAIL | |
| 10/07/2013 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We appreciate that you have given us the |

opportunity to address this customer's concerns. After further research and also after listening to the last conversation the customer had with one of our customer service representatives on 6/21/2013, we feel this was a misunderstanding of our terms and conditions she agreed to when placing her order. The customer mentions she thought she was ordering free products in her complaint she also said this to the agent when she called in but, nowhere on our website does it state we are offering "Free Products". The terms and conditions clearly explain any and all future billing that will take place if the customer decides to continue receiving product and not cancel with our company and furthermore the terms to our trial offer explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. We also stress the importance of calling our company if a customer wants to return a qualifying package they do not want to keep, so that they can receive the proper return instructions from our company. In our efforts to assist this customer we directed her back to the same website she ordered from to demonstrate the specific location of the terms and conditions also to validate what was explained to her. We certainly understand if this information was overlooked and after reviewing this customer's account we offered her the best possible resolution. The customer after speaking to our customer service agent agreed to call us back, so that we could settle up her account and issue the appropriate credits. We regret to inform you that we have not heard back from the customer and her account is still pending credits but cannot proceed until our instructions are followed. If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance her.

| 10/08/2013 | DT | EMAIL | Forward Business response to Consumer |
| 10/09/2013 | WEB | BBB | DISPUTE RESOLVED- WITH LETTER : (The consumer indicated he/she |

ACCEPTED the response from the business.)

I cannot access the exact information that I was presented with at the time the "order" was placed. It was not clear that I was joining some kind of monthly club. The instructions were not clear. However, as I have no proof of my claims, I will reluctantly accept this BS explanation from the business.

However, I do feel that the BBB should keep on eye on them in the future because they are an unethical company and will continue along this line.

| 10/10/2013 | OttO | EMAIL | Inform Business - Case Closed RESOLVED |
| 10/10/2013 | OttO | BBB | Case Closed RESOLVED |

# EXHIBIT 14

1

2

### DECLARATION OF KRIS SHEETZ
### PURSUANT TO 28 U.S.C. § 1746

3       Pursuant to 28 U.S.C. § 1746, Kris Sheetz declares that:

4       1.      I am over 21 years of age and competent to give this declaration. I live

5   in Buford, Georgia. I have personal knowledge of all the facts stated in this

6   declaration, and, if called, I would testify to the same.

7       2.      Around August 2013, while visiting Home Depot's website,

8   www.homedepot.com, a popup window appeared requesting that I complete a

9   survey about my experience on the website.  After completing the survey, I was

10  offered a "free" gift.  According to the offer, I only needed to pay $2.95 for

11  shipping and handling and I would receive a "free" trial shipment of AuraVie's

12  anti-aging product.  I provided my debit card information to pay the $2.95 shipping

13  and handling fee.

14      3.      Sometime later, after completing the transaction, AuraVie sent me a

15  confirmation email.  Although I no longer have this email, I am certain that it did

16  not notify me of any charges aside from the $2.95 shipping and handling fee.

17  Moreover, AuraVie's email did not notify me that, if I failed to return the product

18  within 10 days, AuraVie would charge me $97.88 for the "free" anti-aging product

19  and automatically enroll me in a monthly program that would charge me $97.88

20

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746

1  per month.  The email only stated that if I liked the product, I could continue

2  ordering it.

3      4.     About 10 days after submitting my order, I received a package

4  containing the anti-aging product.  The package did not contain any information

5  notifying me that, if I failed to return the anti-aging product within 10 days,

6  AuraVie would charge me $97.88 for the product and automatically enroll me in a

7  monthly program that would send me additional anti-aging products and charge me

8  $97.88 per month.

9      5.     Sometime later, while reviewing my bank statement, I saw that

10  AuraVie had charged my account $97.88.  I called the number shown on the

11  transaction description.  I called several times before I was able to get a

12  representative on the phone.

13      6.     When I was finally able to speak with someone, the representative

14  informed me that I had agreed to pay for the anti-aging product and sign up for a

15  monthly program with AuraVie since I had not returned the product within 10

16  days.  I told the representative that I was supposed to receive a free gift for

17  completing the survey and that I never agreed to pay for the product or sign up for

18  a monthly program.   Although it had been less than 30 days since I ordered the

19  "free" gift, AuraVie's representative informed that I would not be able to return the

20  product for a refund.  The representative offered a partial refund and said that he

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746        Page | 2

would cancel my enrollment in the monthly program.

7.    I never authorized AuraVie to charge my debit card $97.88 for the "free" anti-aging product.  Moreover, I never agreed to allow AuraVie to automatically enroll me in a monthly program that would send me additional anti-aging products from AuraVie and charge me a fee of $97.88 per month.

8.    I never saw anything either on AuraVie's website, AuraVie's confirmation email, or in the package I received that indicated AuraVie would charge me $97.88  for the "free" anti-aging product and automatically enroll me in a monthly program if I failed to return the "free" gift within 10 days.  I would not have continued with the transaction for the "free" gift had AuraVie disclosed that I had 10 days to return the product to avoid getting charged for the product or automatically enrolling me in a monthly program that would allow AuraVie to charge me $97.88 per month.

9.    After speaking with AuraVie, I filed a complaint with the Better Business Bureau.  **Attachment A** is a true and correct copy of the complaint I filed with the Better Business Bureau.  **Attachment A** has been redacted to remove personal information.

10.    I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746          Page | 3

1    I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3  Executed on June ___, 2015, in Buford, Georgia.

4

5                                          _____
                                              KRIS SHEETZ
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Declaration of Kris Sheetz Pursuant to 28 U.S.C. § 1746                    Page | 4

COMPLAINT # 

<u>COMPANY INFO</u>

NAME: **AuraVie Skincare**

----------------------------------------------------------------------------------------------------
----------------------

<u>CONSUMER INFO</u>

NAME: **Kris L Sheetz**　　　　　　　DAY PHONE:

ADDRESS:　　　　　　　　　　　　　EVE PHONE:

　　　　　Buford, GA

　　　　　　　　　　　　　　　　　EMAIL: 　　　　　@gmail.com

$ VALUE: 　**$97.88**　　　　　　　　FAX:

----------------------------------------------------------------------------------------------------
----------------------

<u>DETAILS</u>

CONCERNING: **Refund or Exchange Issues**

OPENED　　　05 September 2013　　　　　CLOSE CODE: 121 - AJR
CLOSED　　　15 November 2013　　　　　CLOSED BY: Quynh Nguyen
ENTERED BY:
ASSIGNED TO: Marie Rueda


NATURE OF DISPUTE: From doing a Home Depot survey thru Online Survey Center, when you complete the survey, they offer a 'free' gift. One option was the Aura Vie anti-aging system. I only had to pay the shipping of $2.95 and my cost was FREE. Then two week later they charged my account $97.88 for this FREE product!!When I called the company, they would not take back this stuff and would not refund my money.This is false advertising by the survey outfit and this Aura Vie comp.
Product_Or_Service: Aura Vie anti age system


DESIRED RESOLUTION: DesiredSettlementID: Refund
I want the entire $97.88 returned to my account and them to never use my debit account again.

BUSINESS RESPONSE: Thank you for your correspondents in this matter. Below we have provided the customer with the refund amount and the transaction ID. We have also sent another email to the one listed on this complaint provided by the customer. At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.
A refund in the amount of $30 has been credited to the account holder's credit card, your refund confirmation - Transaction ID:

DECISION:

ACTIVITY:

| | | | |
|---|---|---|---|
| 09/04/2013 | web | BBB | Case Received by BBB |
| 09/05/2013 | KS | BBB | Manually Inform Member of Case |
| 09/05/2013 | Otto | EMAIL | |
| 09/05/2013 | Otto | EMAIL | |
| 09/23/2013 | OttO | BBB | |
| 09/23/2013 | OttO | EMAIL | |
| 09/23/2013 | WEB | BBB | RECEIVE BUSINESS RESPONSE : We appreciate that you have given us the |

opportunity to address this customer's concerns. We would like to state that we have evaluated this customer's account and as a courtesy an exception to our policies was already made. Because we felt this was a simple misunderstanding of the terms and conditions of our trial offer, which she had agreed to; a partial credit was reimbursed. Nowhere on our website does it state a "Free Product" being offered as this customer mentions in her

## Attachment A

complaint; furthermore the terms to our trial offer clearly explain that if the customer chooses to keep the products beyond their trial period the customer will be billed for the items in their possession. As per the terms and conditions that were accepted by this customer at the time of purchase her account was billed appropriately. If the customer was not satisfied with the product she was required to contact us within her trial period to cancel to avoid the initial charge. We feel the courtesy resolution that was provided to the customer is appropriate considering the customer has admitted fault in not reading the terms and conditions. After reviewing the customer's file and listening to all the call recordings, it is clear there was a misunderstanding to the terms and conditions of our trial offer. To ensure there is no confusion when placing an order through our trial website we provide the terms and conditions of the trial offer in 3 separate locations before the order is completed. At this time her account is considered resolved and closed.  If the customer has any questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department and we will be happy to re-evaluate her account for further assistance.

**09/27/2013   OttO   EMAIL**   Forward Business response to Consumer
**09/27/2013   WEB   BBB**   BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.)

They claim to have made a "partial Credit", but I have NOT seen a thing from them, which just further cements the underhanded practices with this company.   When I took the 'survey for Home Depot;,  it definitely stated this was a FREE gift for doing the survey and I was only responsible for shipping.  They just wanted to get a credit card to charge other charges to it!!!!

No,  I do not agree and the survey company needs to be investigated as well.
Thank-you for your help in this matter.  Still waiting to receive my "CREDIT"

**10/03/2013   OttO   EMAIL**   Forward Consumer Rebuttal to Business
**10/14/2013   WEB   BBB**   RECEIVED BUSINESS' REBUTTAL RESPONSE : With reference to the customers response dated 10/03/2013, we would like to state that our customers are only able to request a Risk Free Trial from our website; nowhere on our website do we advertise a free gift as this customer mentioned. At no point did we intend to mislead or misrepresent our trial offer and we regret any inconvenience the customer has experienced. We feel this was a simple oversight because our terms and conditions clearly explain the length of time the customer has to try the products also explaining to cancel to avoid being billed and be enrolled in our recurring program. We have emailed this customer the transaction ID number which validates the refund date and the amount that was applied to her account; we hope this will assist the customer match up the transaction with her records. We are sorry to hear that the customer was unsatisfied with the trial but feel that our resolution was adequate for the situation. At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.

**10/15/2013   djg   EMAIL**   Send Business' Rebuttal Response to Consumer
**10/17/2013   WEB   BBB**   CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)

I have NO idea where they are sending this supposed email validating any refund, but I have never seen one to date!

And, YES, on the survey for Home Depot your product is listed as a FREE gift for answering some questions, very general ones, about yourself.

All very suspicious that you are not aware and believe me I would never order some face product for $94+.  I want everyone to be aware of this scam.   Where is the $30 credit??  I have not seen that either.

**10/17/2013   KS   BBB**   BBB Reviews Consumer Rebuttal to Business Response
**10/17/2013   KS   EMAIL**   Forward Consumer Rebuttal to Business
**11/04/2013   OttO   BBB**   No Response from Business re: Consumer Rebuttal
**11/06/2013   KS   BBB**   RECEIVED BUSINESS' REBUTTAL RESPONSE : Thank you for your correspondents in this matter. Below we have provided the customer with the refund amount and the transaction ID. We have also sent another email to the one listed on this complaint provided by the customer.  At this time her account is considered resolved and closed. If the customer would like to discuss her account or has any additional questions we are more than willing to discuss that with her directly. We encourage her to contact our Executive Resolutions Department to further assistance.

A refund in the amount of $30 has been credited to the account holder's credit card, your refund confirmation - Transaction ID: ████████

**11/06/2013   KS   EMAIL**   Send Business' Rebuttal Response to Consumer
**11/07/2013   WEB   BBB**   CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.)

Just checked my acct. that they claim a credit has been given and I SEE NOTHING!!!!!   They are not honorable doing what they claim.

**11/15/2013   QN   BBB**   Bureau Judged Case AJR
**11/15/2013   Otto   EMAIL**   Inform Consumer - Case ADMINISTRATIVELY CLOSED
**11/15/2013   Otto   EMAIL**   Inform Business - Case ADMINISTRATIVELY CLOSED
**11/15/2013   Otto   BBB**   Case ADMINISTRATIVELY CLOSED

# Attachment A