# EXHIBIT 15

# DECLARATION OF ALANA MARKS
# PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Alana Marks declares that:

1. I am over 21 years of age and competent to give this declaration. I live in Fort Walton Beach, Florida. I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2. While browsing the internet sometime in November 2013, I saw a popup advertisement for a "risk free trial" of skincare products. The advertisement said I needed to pay only $4.95 shipping and handling to receive a trial of AuraVie skincare products. When I clicked on the advertisement, I was directed to input my billing information.

3. After I requested my "risk free trial," I received a confirmation email from AuraVie. **Attachment A** is a true and correct redacted copy of this email. The email made no mention of additional charges or a product subscription or plan. Shortly after, the expected charge appeared on my credit card statement, and I received the "risk free trial" shipment. The shipment contained an invoice or "packing list," as it was labeled, which listed the charge for the products as "0.00." Nothing in the package with my "risk free trial" mentioned future charges, product subscriptions, or terms and conditions. A true and correct redacted copy of the invoice or "packing list" included with my "risk free trial" shipment is attached to this declaration as **Attachment B**.

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746

4. In December, however, I discovered an unauthorized charge of $97.88 on my credit card bill. Listed next to the charge was "ZMM 888 609 8647." **Attachment C** is a true and correct copy of my redacted credit card statement, which shows the charge from ZMM, which I later learned was AuraVie when I called the number listed next to the charge.

5. After noticing the charges on my credit card statement, I contacted the phone number listed on my billing statement next to the charge. The person that answered stated they were with AuraVie. The AuraVie representative informed me that I had signed up for a subscription plan and had agreed to the terms of the offer on their website, but I did not recall seeing this information. The representative agreed to cancel my membership but offered me only a 50% refund because I had opened the product. I refused the partial refund and decided to instead ask my credit card provider for a refund.

6. After calling AuraVie, I contacted my credit card provider, Eglin Federal Credit Union, to dispute the charge. The dispute letter I sent to my bank is attached to this declaration as **Attachment D.** Eglin Federal Credit Union responded that they would investigate the unauthorized charge. **Attachment E** is a true and correct copy of Eglin Federal Credit Union's response to my letter. Sometime later, I was notified by Eglin Federal Credit Union that AuraVie had written a response to my complaint and included supplemental information. I

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746      Page | 2

received a copy of this letter from my bank. This information included a screenshot AuraVie stated was of its website, but it was not the popup I encountered when browsing online. It also included a copy of AuraVie's terms and conditions, which I never saw when I agreed to the free trial. I responded to Eglin Federal Credit Union that I still disputed the charge. **Attachment F** is a true and correct copy of the result of the bank's investigation, the information the bank received from AuraVie regarding my dispute, and my letter in response.

7. I never authorized or agreed to pay $97.88 per month to receive skin care products from AuraVie, and I did not see anything on the website that indicated I was signing up for a subscription for AuraVie's products, the amount that I would pay, or the terms and conditions associated with this continuity plan. Further, I never received notice that I would be charged for a continuity plan. Despite this, I have received a charge from AuraVie for $97.88. This unauthorized charge, and the hassle of requesting a refund, has been frustrating. If I had known that I would be charged this amount or the difficulty I would have getting a refund, I never would have requested AuraVie's "risk free trial."

8. After my experience with AuraVie, I filed a complaint with the Internet Crime Complaint Center.

9. I understand that this declaration may be used by the Federal Trade Commission in a law-enforcement proceeding.

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746    Page | 3

1  I declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct.
3              Executed on June 11, 2015, in Fort Walton Beach,
4
5       Florida.
6
7
8
9  _____
10                    Alana Marks

Declaration of Alana Marks Pursuant to 28 U.S.C. § 1746          Page | 4



Attachment A



**Attachment B**



Attachment C

## FIS Dispute Resolution Center
## Dispute/Fraud Cover Sheet

Dispute Information Form

Card #: [REDACTED]

Cardholder Name: (please print)

First: __Alana__   Last: __Marks__

Please check only one statement that pertains to the dispute or fraud claim being filed and provide the information requested. The templates below assume the cardholder's perspective.

☐ **Unrecognized** (I am not sure if I made this transaction)
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

☒ **Incorrect Amount** (I was billed the wrong amount)
What was the amount you should have been billed? _____ (Please provide a receipt if available)
What was purchased? _____
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.

☐ **Duplicate Charge** (I have been billed more than once for the same transaction)
What was purchased? _____
Please provide a copy of the statement and identify which charge is valid and which is a duplicate.

☐ **Paid by Other Means** (I paid for this transaction via another payment method or credit card)
What was purchased? _____
Paid by: (Check One) ☐ Check   ☐ Cash   ☐ Another Credit Card   ☐ Other _____
Please describe your attempt to resolve this dispute with the merchant in the space for additional information below.
Please provide a copy of your cash receipt, the front and back of your cancelled check or a copy of your statement if another credit card was used.

☐ **Cancelled** (I was charged for something I previously cancelled)
What was purchased? _____
Were you advised of the merchant's cancellation policy? _____
If so, how were you advised? _____
What was your method of cancellation? (Check One) ☐ Phone   ☐ Mail   ☐ Email   ☐ Other _____
Date of cancellation: _____
Cancellation number and/or name of person you spoke with: _____
Please describe your attempt to resolve this dispute with the merchant and your reasons for cancellation in the space for additional information below.
If you cancelled by phone, please provide a copy of the telephone bill reflecting the call if available. If you cancelled by email, please provide a copy of the email correspondence.

☐ **Merchandise not as Described** (The merchandise I received was damaged, defective, or not what I ordered)
What was purchased? _____
Date the merchandise was received: _____
Date you returned the merchandise or made it available for pickup: _____
Return authorization number or cancellation number if available: _____
Tracking number for returned merchandise: _____
Please describe your attempt to resolve this dispute with the merchant and how the merchandise you received was different from what was described in the space for additional information below.

FIS

3

**FIS Dispute Resolution Center**
**Dispute/Fraud Cover Sheet**

☒ **Service not as Described** (The service I received was not what I expected based on the description provided by the merchant)
What was purchased? __AuraVie skin care product__
Date the service was received: __end of Nov 2013__
Date you cancelled or attempted to cancel the service: __Jan 6, 2014__
Was merchandise received with the service? __Yes__
If yes, please provide the following:
   Date you returned the merchandise or made it available for pick up: __N/A__  They won't take it
   Return authorization number or cancellation number if available: _____  back because it
   Tracking number for returned merchandise: _____  was opened.
Please describe your attempt to resolve this dispute with the merchant and how the service you received was
different from what was described in the space for additional information below.  I accepted an offer to
receive the product for just S+H cost of $4.95. Then they billed me for

☐ **Credit not Processed** (I did not receive credit that was promised to me by the merchant)   the full price of
What was purchased? _____   the product
Expected date of credit: _____   ($97.88)
Date merchandise or service was received: _____   The company is
Date merchandise or service was returned or cancelled: _____   called ZMM on
If credit is for merchandise, please provide the following:   my invoice.
   Date you returned the merchandise or made it available for pick up: _____
   Return authorization number or cancellation number if available: _____
   Tracking number for returned merchandise: _____
Please describe your attempt to resolve this dispute with the merchant and your reasons for cancellation/return in the space for **additional information** below.

Please provide a copy of the return receipt or proof of return, such as a postal receipt if applicable. Please provide any documentation you have, such as a credit voucher, that supports your claim the merchant promised you a credit.

☐ **Non-Receipt of Merchandise or Service** (I did not receive the merchandise or service I ordered by the agreed upon date)
What was purchased? _____
Date you expected to receive the merchandise or service: _____
If merchandise, was it to be shipped or picked up? _____
Please describe your attempt to resolve this dispute with the merchant in the space for **additional information** below.

**Additional Information** (Please provide additional information required for the dispute type and a full description of your interaction with the merchant from purchase to your last contact. Attach additional pages if necessary.)

I called the company Jan 6, 2014 + asked them to credit my account for the $97.88. She said they would cancel my account so I would not receive any more products, but I couldn't return the product because it has been opened. She said she could refund 50% of the charge, but I refused because I should recieve a complete refund. This is a scam as evidenced by numerous complaints I found when I googled AuraVie skin care. Google it!

— Alora Thacker

Note: FIS has final responsibility to determine the correct reason code based on information provided and investigation results.

**FIS**

**EGLIN FEDERAL CREDIT UNION**
PO Box 30495
Tampa, FL 33630-3495
1-800-600-5249 FAX: 1-866-451-6263

Account Number: XXXX-XXXX-XXXX
2nd Account Number: XXXX-XXXX-XXXX
Case Number: 140160001113458

ATTN: TA-21 Fraud

January 23, 2014

ALANA R MARKS
FORT WALTON BEACH FL

RE: EGLIN FEDERAL CREDIT UNION Dispute

Dear ALANA R MARKS:

We received your inquiry concerning a possible error in connection with the transaction(s) listed below.

Our investigation of the possible error has not yet been concluded. In the mean time you are not required to pay on the disputed amount and it will not be included in your minimum payment or finance charge calculations.

If you do not recognize the transaction as valid, please sign (blue or black ink) the statement below.

| Transaction Date | Transaction Amount | Merchant Name | Case Number |
|---|---|---|---|
| 12/09/2013 | $97.88 | ZMM 888 609 8647 | 140160001113458 |

**READ THIS DISCLAIMER**
Please do not sign this letter if you have any doubt about whether you or another authorized user actually participated in the above listed transaction(s). To declare a transaction as unauthorized when you did participate in it can void your claim and forfeit your dispute rights. Please call our center at 1-800-600-5249 if you have any doubts about whether you should sign this letter.

Check One:
_✓_ My card was in my possession at all times.

OR

____ My card is lost or stolen.

I did not make or authorize the transactions(s) listed above and no one else was authorized to use my card.

Home Phone: [redacted]   Work Phone: None
Signature: Alana R Marks   Date: Feb 1, 2014

If this is a valid charge, please notify our office at the number listed above to confirm the charge.

Upon completion of our investigation, if we determine that no error in fact occurred, we will notify you in writing. The cardholder has the right to request a copy of any document(s) that we relied on in making this determination. Upon their request, we shall promptly provide a copy of the document(s).

1 of 2                029454 04

**Attachment E**

```
EGLIN FEDERAL CREDIT UNION
PO Box 30495
Tampa, Fl. 33630-3495
1-800-600-5249, FAX: 1-866-451-6263
```

Account Number: XXXX-XXXX-XXXX-▮
2nd Account Number: XXXX-XXXX-XXXX-▮
Case Number: 140160001113458

April 18, 2014

ALANA R MARKS
FORT WALTON BEACH FL ▮

RE: EGLIN FEDERAL CREDIT UNION Dispute

Dear ALANA R MARKS:

We received your inquiry concerning a possible error in connection with the transaction(s) listed below.

You were issued a credit for the below referenced transaction. In the course of handling this file, we have now received a rebuttal from the merchant. Please review the enclosed information and respond to us by the below referenced date.

If you do not recognize the transaction as valid, please sign (blue or black ink) the statement below.

| Transaction Date | Transaction Amount | Merchant Name | Case Number |
|---|---|---|---|
| 12/09/2013 | $97.88 | ZMM 888 609 8847 | 140160001113458 |

**READ THIS DISCLAIMER**
Please do not sign this letter if you have any doubt about whether you or another authorized user actually participated in the above listed transaction(s). To declare a transaction as unauthorized when you did participate in it can void your claim and forfeit your dispute rights. Please call our center at 800-215-6260 Ext. 72347 if you have any doubts about whether you should sign this letter.

Check One

___✓___ My card was in my possession at all times.

OR

_____ My card is lost or stolen.

I did not make or authorize the transactions(s) listed above and no one else was authorized to use my card.

Home Phone: ▮   Work Phone: _Retired_
Signature: _Alana R Marks_   Date: _Apr 24, 2014_

If this is a valid charge, please notify our office at the number listed above to confirm the charge.

1 of 9      029454 04

**Attachment F**

Please return this signed letter to our office by 04/28/2014 referencing your case number. You may also fax the documentation to 1-866-451-6263. If you have additional questions, please contact us and reference your case number. Thank you for the opportunity to be of service.

Sincerely,

Chargeback Services Department



I still dispute the charge of $97.88. I accepted an online offer to receive a trial sample for $4.95. I did not agree to pay full price for anything else.

You can look up the Auravie company on the Better Business Bureau website at: www.bbb.org/los-angeles/contact-us. The company went from an A rating to an F rating + are no longer accredited by the BBB because of their business practice.

2 of 9    029454 04

**Attachment F**