00333285

Case#2014049004852

## MERCHANT NOTES

As you can see on the previous page we have provided all necessary evidence to dispute this chargeback. Within this document you will find all the evidence to support the information provided on the first page. We strive to provide an expedient response to our customers and their card issuers.

### ORDER HISTORY

| Id | History |
|---|---|
| 1 | November 23, 2013 3:20 PM - Order Created |
| 2 | November 23, 2013 03:20 PM - LimeLight CRM - fraud explanation |
| 3 | November 23, 2013 03:20 PM - LimeLight CRM - This order passed the fraud screening check Fraud Id = WTBPJCF4 |
| 4 | November 23, 2013 03:20 PM - LimeLight CRM - Card on file billing succeeded Card On File Billed Successfully With New Order Id 3771936 |
| 5 | November 23, 2013 03:58 PM - LimeLight CRM - Changed recurring date from 12/03/2013 to 12/10/2013 |
| 6 | November 23, 2013 03:59 PM - LimeLight CRM - Order confirmed |
| 7 | November 23, 2013 04:00 PM - LimeLight CRM - Shipped |
| 8 | December 10, 2013 12:29 AM - LimeLight CRM - New recurring with new order ID: 3876066 |
| 9 | November 23, 2013 3:20 PM - Order Created |
| 10 | November 23, 2013 03:20 PM - LimeLight CRM - This order was derived from the card on file from order Id 3771934 |
| 11 | December 10, 2013 12:29 AM - Order Created |
| 12 | January 06, 2014 12:01 PM - Lauren Howard - Recurring turned OFF |
| 13 | January 06, 2014 12:01 PM - Lauren Howard - Main product Auravie Transitional 9788 6 month program was placed on HOLD |

### ORDER NOTES

| Id | Notes |
|---|---|
| 1 | November 23, 2013 03:59 PM - LimeLight CRM - Employee note: @Gregg has Performed recurring_date next_rebill_product action for these values 12%2F10%2F2013 |
| 2 | November 23, 2013 03:59 PM - LimeLight CRM - Employee note: @Gregg has Confirmed the order |
| 3 | January 06, 2014 11:56 AM - LimeLight CRM - Employee note: IVR has recognized a call from this customer. |
| 4 | January 06, 2014 12:19 PM - Lauren Howard - Employee note: CCI wanting full refund. Customer states that she never saw any type of trial offer and thought the product would be free. Advised the customer of the T&C. Customer states that she feels she is being scammed and wants a full refund. Offered 50% refund to settle. Customer declined. LRH374 |
| 5 | January 08, 2014 06:32 PM - LimeLight CRM - Employee note: @Patrick: Lana: Jan 6 (2 days ago) to support; support; Info; Info You are scammers. I accepted an offer online for a trial of Auravie skin care product for the price of $4.95 to cover shipping and handling. That\'s all! There was nothing said about charging me anything else. Now you have placed a charge on my credit card for $97.88 for your product. Again I say there was NO mention that I would be charged ANYTHING but the $4.95. There are numerous complaints online of other people being taken in by your scam. Most of them say there was no fine print or anything mentioning that they would be charged the full amount at any time. Cancel any account you have in my name immediately and issue a credit for the $97.88. Do not ship me any other products and do not bill me for anything else. I have reported this to my credit card company and will proceed with the fraud dispute claim. I\'ve also reported this to the Internet Crime Complaint Center (IC3); |
| 6 | January 08, 2014 06:32 PM - LimeLight CRM - Employee note: @Patrick has sent email Default: Unable to reach Customer Email to [redacted]@gmail.com |

Attachment F

Case#2014049004852

TERMS & CONDITIONS LAST UPDATED: July 20, 2013

INTRODUCTION





Attachment F

Chargeback ID 151754682 Page : 6 of 10

Case#2014049004852



029454 04

Attachment F



Attachment F



Chargeback ID 151754682 Page : 8 of 10

00333285

AuraVie Packing List

USPS FIRST-CLASS PKG

USPS TRACKING #

Page 7 of 9

7 of 9

029454 04

Attachment F

15-17

Exh. 15

App. 000776

Chargeback ID 151754682 Page : 9 of 10

10/03/2014 10:03 Page 8/9

Case#2014049004852

00353285

USPS.COM

Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 9400115901117641486275 | Priority Mail | Delivered | November 29, 2013 11:25 Am | Fort Walton Beach, FL | |

Check on Another Item

What's your label (or receipt) number?

Find

Page 8 of 9

8 of 9 029454 04

Attachment F

15-18 Exh. 15

App. 000777



Chargeback ID 151754682 Page : 10 of 10
10/02/2014 19:03 Page 9/9

Case#2014049004852

00333285

**Transaction Detail**

| | |
|---|---|
| Merchant: | ZMH 8886098647 |
| Date/Time: | 2013-11-23 15:20:10 |
| Transaction ID: | 2071603913 |
| Transaction Type: | cc |
| Status: | complete |

**Credit Card Information**

| | |
|---|---|
| CC Type: | master |
| CC Number: | XXXXXXXXXXXX |
| CC Expiration: | |
| Auth. Code: | |
| AVS Status: | Y |
| CVV Status: | M |
| Processor: | paymentech585 |
| Currency: | USD |

Authorizing Transaction

**Billing Information** / **Shipping Information**

Alana Marks — Alana Marks, Fort Walton Beach FL, US

Fort Walton Beach FL 32547, US

**Order Information**

Order ID: 3771934

**Transaction History**

| TYPE | STATUS | TRANSACTION TIME | AMOUNT |
|---|---|---|---|
| Sale | Success Approved | 23 Nov 2013 | 3.02 API [dsaholdings@98.170.204.140] |
| Settle | Success Approved | 24 Nov 2013 | 3.02 INTERNAL |

**Transaction Detail**

| | |
|---|---|
| Merchant: | ZMH 8886098647 |
| Date/Time: | 2013-12-10 00:29:10 |
| Transaction ID: | 2088754529 |
| Transaction Type: | cc |
| Status: | complete |

**Credit Card Information**

| | |
|---|---|
| CC Type: | master |
| CC Number: | XXXXXXXXXXXX |
| CC Expiration: | |
| Auth. Code: | |
| AVS Status: | |
| CVV Status: | NA |
| Processor: | paymentech585 |
| Currency: | USD |

Disputed Transaction

**Billing Information** / **Shipping Information**

Alana Marks — Alana Marks, Fort Walton Beach FL, US

Fort Walton Beach FL, 32547, US

**Order Information**

Order ID: 3876066

**Transaction History**

| TYPE | STATUS | TRANSACTION TIME | AMOUNT |
|---|---|---|---|
| Sale | Success Approved | 10 Dec 2013 | 97.88 API [dsaholdings@98.170.204.140] |
| Settle | Success Approved | 11 Dec 2013 | 97.88 INTERNAL |

Page 9 of 9

9 of 9

**Attachment F**