

TAKE MORE THAN 10 YEARS OFF YOUR SKIN WITH AURAVIE SKINCARE!

## HOW DOES AURAVIE WORK?

AuraVie SkinCare contains the advanced scientifically proven ingredient Acetyl Hexapeptide-3. It is a face firming peptide clinically proven to reduce the appearance of fine line and wrinkles. Derived directly from nature, Acetyl Hexapeptide-3 is clinically proven to turn back the natural effects of the aging process at the cellular level, changing the face of beauty skin care products forever.

Your skin will feel tighter, rejuvenated and nourished. In less than 2 days, you will see a tremendous increase in skin moisturization. And after just 30 days, you will see a decrease of fine lines and wrinkles up to 83%. AuraVie SkinCare combines many of the world's most potent anti-oxidant extracts such as:

AuraVie SkinCare is perfect for immediate relief of problem dry areas and perfect for daily use! AuraVie SkinCare will keep your skin healthy, moist, and hydrated. Daily use of AuraVie SkinCare will prevent dry skin, itching, peeling and cracking, and help maintain skin suppleness and elasticity.



BEFORE



AFTER

## THREE STEPS TO YOUTHFUL SKIN



**Renew** Purifying Cleansing Toner Gel
Cleanse your face with our gentle yet effective cleansing toner gel.



**Revive** Age Defying Serum
Apply serum to face, neck and decolletage to nourish and revive tired lusterless skin.



**Replenish** Day/Night Moisturizer
Lock in moisture with NANO Time Release Technology to give you 8 hours of protection & maximum moisturization.



BEFORE



AFTER

CLAIM YOUR RISK-FREE TRIAL NOW     ORDER NOW







EXHIBIT

16



## REAL PEOPLE. **REAL RESULTS.**

CLAIM YOUR TRIAL NOW ›



**I never have to worry about looking great!**

*The fine lines and wrinkles on my forehead and around my eyes have improved so much. The AuraVie system is easy to use and work into my daily routine. I will definitely keep using these products!*

- Leona, CA



**I am 50 now and no one believes I am that old!**

*The products go a long way and my skin thanks them for that! I am so glad that you are selling these products. I especially love that fact that I can order online and I have told all my friends about it. I recommend AuraVie skincare to ALL WOMEN.*

- Laurie, CA



**These products are so amazing!**

*After just a few days of use, my face is smoother, softer, firmer, completely breakout-free, my pores are smaller and clearer and the fine lines have almost totally disappeared! Try it right now. You will not be disappointed!*

- Nancy, CA





SAY NO TO **PAINFUL BOTOX INJECTIONS** AND **EXPENSIVE LASER TREATMENTS**   ORDER NOW



- ● Using AuraVie SkinCare Solution
- ● Using "Leading" Wrinkle Reducer

Wrinkle Reduction (%)

30

20

10

0

20%

14%

2.5%

6%

1   2   3   4   5   6

Week

AuraVie SkinCare contains a mix of clinically proven essential vitamins and peptides shown to reduce the signs of aging. By piping peptides onto your skin, it stimulates the skin to produce more collagen. And, by having protective antioxidants on the skin surface, it will help to prevent new wrinkles *from forming.*

✗ **NO** Painful Injections!

✗ **NO** Expensive Lasers!

✗ **NO** Invasive Surgery!

✗ **NO** Problem!

Still not convinced? Click here to claim your Trial Order

NOURISH, MOISTEN, AND PAMPER YOUR SKIN FOR A BEAUTIFUL NEW YOU!



**DISCOVER YOUR FOUNTAIN OF YOUTH**

**CLAIM YOUR RISK-FREE TRIAL**

ORDER NOW ›

CERTIFIED MERCHANT
Auravie SkinCare

**16-2**



T&C | Privacy Policy | Contact Us

© 2014 auravietrialkit.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.
*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included in the Shipping and Handling charge for your trial order.

Representations regarding the efficacy and safety of Auravie Skincare have been scientifically substantiated however these scientific substantiations have not been evaluated by the Food and Drug Administration.

Please Click here to find clinical studies for AuraVie Skincare products which describe the benefits of Auravie Skincare as well as list of our natural ingredients derived directly from nature.





FTC-AUR-S1-0000137

## BUNZAI MEDIA GROUP – PARTNERSHIP AGREEMENT

This Partnership Agreement dated herein is by and between Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") and Igor Latsanovski ("Igor") with respect to a Partnership in the existing company BunZai Media Group, Inc. ("Company").

Igor will invest $350K in exchange for 55% ownership of BunZai Media Group.
Ownership Shares in BunZai Media will be as follows:   55% Igor   22.5% Alon   22.5% Khristopher

If needed, Igor will provide additional investment to grow the company – these monies will be paid back by the company at fair market interest.

Alon & Khris will have total autonomy on how budget is spent, once approved by all shareholders every 6 months.  Anything above and beyond the budget must first be approved by the shareholders.

Alon & Khristopher shall both be signers on all accounts up to $10K – for all checks over $10K then either Alon and/or Khris and Igor's representative will need to sign $10K

After 18 months, the board will meet to see progress of company, at that time if Alon & Khris have not met company goals, without prejudice, then board may elect to remove them from their positions, without affecting their ownership percentage in the company.

Alon (C.E.O) & Khristopher (C.O.O) shall each earn the following:
$5K month 1 & month 2
5% of net profits from Month 3 onward

Upon signing this agreement, Igor shall invest $75K to run a continuity test for 30 days.  During this test, BunZai will purchase at least 1,000 orders (CPA of $45 to $50 each) within the first 15 days, and a conversion from Free Trial to Transitional stage (day 16 to day 30) of at least 75% of these orders.  If this goal is met and both parties agree to continue with the partnership, then Igor will immediately invest the remaining $275K to complete the financial requirements of this deal.  If Alon & Khristopher do not reasonably meet the goals outlined herein and Igor decides to not go forward with the deal, then Alon & Khristopher will have 90 days to repay the $75K.

If after the test period Alon & Khristopher meet the goals herein and Igor decides to not go forward with the deal, then Igor will forfeit 50% of the $75K invested thus far and Alon & Khristopher will have 90 days to repay the remaining balance.  If Alon and Khristopher decide after the test to not continue with the deal, then they will have 90 days to repay the $75K invested by Igor.

After month 2 of operations, the partners will divide 5% of the net profits of the company on a monthly basis.  The division of net profits will be revisited again every 6 months and the shareholders will agree to a division of net profits for the next 6 months.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the effective date. All signed copies of this Agreement shall be deemed originals.

_____
Alon Nottea (Partner)
7900 Gloria Avenue, Van Nuys CA 91406

_____
Khristopher Bond (Partner)
7900 Gloria Avenue, Van Nuys CA 91406

_____
Igor Latsanovski (Partner)
5514 Sylvia Avenue, Tarzana CA 91356

10-12-10
_____
Date

10-12-10
_____
Date

10-12-10
_____
Date

FTC-AUR-S1-0000139



FTC-AUR-S1-0000140

**BUNZAI MEDIA GROUP LOAN AGREEMENT**

This Agreement dated herein is by and between BunZai Media Group ("Company") represented by its principals Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") and Igor Latsanovski ("Igor") with respect to the loan of $175K to existing company.

It is understood that Igor has loaned the Company $175K
$75K received on 10-12-2010
$100K received on 12-06-2010

The Company will repay the loan baring interest of $25K to Igor as follows:

April 5th  –  $50,000
May 5th  –  $50,000
June 5th  –  $100,000

Or

Igor's $175K loan will become an investment that will represent a percentage of ownership in the Company that will determined the first week of January 2011.

Furthermore, this loan is guaranteed by the assets of the company as well as personally guaranteed by Alon & Khristopher and all their personal assets.

The terms herein are agreed to and accepted by all parties as of the date signed herein.  All signed copies of this Agreement shall be deemed originals.


Alon Nottea (CEO)
7900 Gloria Avenue, Van Nuys CA 91406


Khristopher Bond (COO)
7900 Gloria Avenue, Van Nuys CA 91406


Igor Latsanovski (LOANER)
5514 Sylvia Avenue, Tarzana CA 91356


16/12/2010
Date

FTC-AUR-S1-0000141

18-5

### BUNZAI MEDIA GROUP – PARTNERSHIP AGREEMENT

Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") & Igor Latsanovski ("Igor"), individually referred to as "Partner" "Party" and collectively "Parties" & "Partners"

### Explanatory Statement

The parties hereto desire to enter into a partnership agreement for the existing company named **Bunzai Media Group Inc.,** a company that manufactures, distributes & markets various products to the worldwide consumer via all mediums and medias.

NOW THEREFORE, in consideration of their mutual promises, covenants, and agreements, the parties hereto do hereby promise, covenant and agree as follows:

1. The name of the Company shall be "**Bunzai Media Group Inc./BunZai Media World**" and all worldwide subsidiaries and affiliates of the company and campaigns, domains, websites, intellectual properties and businesses including AuraVie Skincare.

2. The principal office and place of business of the Partnership (the "Office") shall be located at **7900 Gloria Avenue, Van Nuys, CA 91406**. The Partnership shall have such other or additional offices as the Partners may choose, from time to time.

3. The business and purposes of the Partnership is to manufacture, distribute and market various products in all mediums and media to the worldwide consumer.

4. Igor shall invest $500,000 into the company for Administration, Manufacturing and Marketing expenses.  It is understood that Alon & Khristopher has invested $500,000 into the company.  Both parties will receive their investment returned from 30% of net profits beginning July 2011.  Investment shall be returned as follows:

   Igor $300K
   Alon & Khristopher (to go to French Partners) $200K
   Igor $200K
   Alon & Khristopher $300K

   The partnership shares/ownership shall be as follows:

   Alon – 1/3 of 100% of the company
   Khristopher - 1/3 of 100% of the company
   Igor - 1/3 of 100% of the company

5. It is understood by all parties that this will be Alon Nottea & Khristopher Bond's primary business and they shall devote to the conduct of the business so much of their respective time as may be reasonably necessary for the efficient operation of the business.

BUNZAI MEDIA GROUP INC – PARTNERSHIP AGREEMENT

FTC-AUR-S1-0000142

**18-6**

6. It is understood by all parties that Alon & Khristopher shall receive a minimum salary of $15K per month each (starting January 1st, 2011) and Igor shall receive a minimum salary of $5K per month (starting April 1st, 2011). Executive salaries shall not exceed 5% of net proceeds during any given month, and bonuses of an additional 5% of net proceeds of any given year.

7. This agreement shall commence from October 12th, 2010.

8. Accounting shall be transparent to all parties.  All parties shall have signatory rights on all bank accounts.

IN WITNESS WHEREOF, the parties hereunto agree to the terms and conditions set forth above.

_____
Alon Nottea (Partner)

7900 Gloria Avenue, Van Nuys CA 91406

_____
Khristopher Bond (Partner)

7900 Gloria Avenue, Van Nuys CA 91406

_____
Igor Latsanovski (Partner)

5514 Sylvia Avenue, Tarzana CA 91356

03-23-11
_____
Date

FTC-AUR-S1-0000143

| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Wednesday, August 14, 2013 11:32 PM |
| **To:** | Alon N; Doron . |
| **Subject:** | opinion |

Hi Alon

I have after our conversation, there was a feeling of anxiety. I understand that you possess much more information about our company. But I very often when I do not have enough knowledge, based on the home feeling. And I feel (although it is not objectively) that we want to keep Pinicle . I'll tell you my reasons and point out the pros and cons. We want to grow and already we have Product company in the U.S. business-marketing, security-merchant, merchant-VastPay, and more will be opening: the Product company in England, Brazil, itc, merchant- Europe and so on. That is, we must focus all our resources on that. And what resources are needed? Money, knowledge and people. I'm talking about the Directors, the people who can not just perform, but also to make decisions and in addition whom we trust and know their capabilities. That is, these people have not a lot - this means our resources are limited! Who we have: You, Paul, Roy, Andre and David and me a little, that's all! Doron has his department. You have to be on top of all, we understand!, And despite the fact that you want to live in Israel. Paul likely will be responsible for marketing the relationship between Israel and America, to conduct reports and everything else that he now does. David is a good helper, but he has no power to make decisions and you always have to solve them for him, he's very good assistant, but assistant. Maybe with time and next to someone, he will be able to learn how to lead. I would recommend Roy as head of the Product company ,near him would have put David, and maybe next to Roy and under your leadership David will grow. Roy is Sergeant and will be able to perform your tasks well in the distance. Andre good helper, too, but we still have a lot of different directions. And I would not want to so we are constantly thinking about how to download the work of our factory -Pinicle . I want us to think, and concentrated our efforts on the opening of new businesses and the further management (without the presence of fixed assets) and thus used outsorsing. Do not tie their hands obligations to the large number of low-skilled workers. Let's work with fewer people, but with highly qualified people. Yes we lose in quality, but we'll take with a lot of things: 1- responsibility to the large number of people, and that's a lot. after all people is a problem, dividing the information can give us testimony in court, or just come up with these statements and show to us, and so on. 2 - we remove ourselves from the constant expenditure and translate these costs by the number of products sold. Let those who can not make Intelligent business, own and operate plants and Call-centers, and we will deal with intellectual labor. And we will not get nervous and worry about how to make money for the factory when we transition point occurs in the business. And we are in a quiet mode to create new products. And then as it is now in emergency mode are buying goods, and all for what, to support our factory -Call-center ! 3 - we have to use ours, unfortunately, are not big human resources for development, rather than plant control. 4 - remove some legal risk to other companies that will serve us.

Come to manage, rather than to produce goods and services! We will be much more flexible and freer. Of course, I'm talking personal opinion, I do not know much as you know it. I just want to give you a look at our entire company, with my eyes, maybe it will give you something. But in any case, you and your vision of the director - the main thing.

Sincerely Your sincere partner Igor

Ex. 21

**To:**           doron@doron.us[doron@doron.us]; alon@mediaurge.com[alon@mediaurge.com]
**From:**         Gary Bhasin
**Sent:**         Thur 10/3/2013 12:33:31 PM
**Importance:**   Normal
**Subject:**      Re: Management Consulting Proposal for Auravie
**MAIL_RECEIVED:**  Thur 10/3/2013 12:33:35 PM

Hi Alon and Doron,

Hope you guys are doing great.

Let me know if you want to move forward with my proposal .I am pretty confident that i can bring in the valuable information that you both need to run the business more effectively.

Looking forward to hear from you.

Thanks

Gaurav Bhasin


On 2013-09-27, at 11:11 AM, Gary Bhasin <gary@ctqtech.com> wrote:

> Hi Guys,
>
> Let me know your thoughts on the same.
>
> Thanks
>
> Gary Bhasin
>
>
> On 2013-09-24, at 2:29 PM, Gary Bhasin <gary@ctqtech.com> wrote:
>
>> Hi Alon and Doron,
>>
>> First of all thank you for giving me an opportunity to work for your business.
>>
>> As per my initial conversations with Doron and Paul Median ,i understand that there is some serious need of accurate projections ,accounting and profitability model for your business.
>> Continuity business is a risky business and it can only be profitable if you are on top of your numbers. You do see lot of money sitting in the bank which seems as profit but in actual that's the money from Cash Flow.The consequence of this is by year end you end up seeing losses in your QuickBooks.
>>
>> With my expertise, I think it would need me at least 3 months to streamline your business .Most important factor is to dig into past 9 months of data to establish all the data points needed for Projections and Profitability Model.After 3 months ,I anticipate about 1-2 hours of time needed for all your reporting and accounting needs.At that point either i can train one of your Management to carry forward with reporting or we can discuss if you would need my services.
>>
>> I would be taking up this project in 5 steps:
>>
>> Step 1 - Identify all accounting data feeds to consolidate.
>> Step 2 - Organize the P&L report along with other financial reports / metrics to identify bleeding in the company (Diagnostics)
>> Step 3 - Institutionalize KPIs ( Key Performance Indicators) for sustainable reporting and corrective actions (Fixing)
>> Step 4 - Embedd all KPIs  in your organization as means of measurement, reporting and for active performance improvements (Sustainable Business Operation)
>> Step 5 - Transfer "know how" as part of close out i.e. train one of your management to take over reporting.
>>
>> End goal is to provide you with :
>>
>> 1) Daily Staffing Reporting indicating Daily Profit/Loss number which will be in par with Quick Books.
>> 2) Accurate Business Financial Model.
>> 3) Monthly Profit and Loss Statements.
>> 4) Break Even Point Analysis
>> 5) Projections for year 2014.
>> 6) Income to expense ratio
>> 7) Chargeback Analysis
>> 7) Marketing Reports: Profitability by publisher,this is very important in order to identify trash publishers and cut them off.
>> 8) Marketing Reports based on chargebacks by publishers.

EXHIBIT 29

>>
>> As i mentioned to you, i would have spend all these 3 days with your team to understand your business model in detail i would like to
spend my time as:
>>
>> Day 1- Operations
>> Day 2 - Marketing
>> Day 3- Accounting
>>
>> My plan is to start from October 1st, 2013.I would like to come visit your office from October 2nd- 4th.
>>
>> With all that set below is what i deemed is appropirate for my services.As i anticipate the first 3 months to be crucial and taking lot of
my time to Analysis and Prepare all the reporting.
>>
>> October 2013 : $10,000 ( plus $2000 to cover my visit to your office which included Air Ticket,Hotel,food and car rental)
>> November 2013 : $10,000
>> December 2013: $10,000
>>
>> After 3 months if you are not satisfied with my services i guarantee you a refund of $10,000.I believe in myself and confident that i can
bring back the results that you are looking for.
>>
>> Also if you want me to carry on for daily reporting after 3 Months, depending on my time we can discuss the monthly fees at that time.
>>
>> Let me know if you have any questions.Looking forward to hear back from you.
>>
>> Regards
>>
>> Gary Bhasin
>>
>>
>>
>>
>>
>>
>

EXHIBIT 29

**To:** doron@doron.us[doron@doron.us]; Alon N[alon@bunzaimedia.com]
**From:** Paul Medina

**Sent:** Fri 6/1/2012 8:50:15 PM
**Importance:** Normal
**Subject:** Tal and Annsofie 1%
**MAIL_RECEIVED:** Fri 6/1/2012 8:50:57 PM

Doron and Alon,

I am finishing May still for the 1% but here is Tal and Annsofies #'s for May

Tal Heritage UMS
Processing $90,662.66
1% $906.63

Ann Sofie AMD UMS
Processing $91,111.71
1%  $911.12

Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Office)  818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient.
It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail
and delete this message. Thank you.

EXHIBIT 32

**To:** Doron[doron@doron.us]
**From:** Julia Reaves
**Sent:** Thur 7/10/2014 1:18:02 PM
**Importance:** High
**Subject:** question
**MAIL_RECEIVED:** Thur 7/10/2014 1:18:11 PM

Hello Doron,

today I had a phone-meeting with Orion.

The management has now taken the daughter
She did break new ground
For example, they want to sell cosmetics on your distribution channel.

because I immediately thought of you
perhaps I can build as a direct contact to you.

Would you please send me another 3 sample packages?
Then I can pass on the right, or I'm sending you the address and you send them there directly.
With perhaps some promotional material?
Its Mr. Michael Naue.

(when we were at the fair in Berlin
Alon and Pierre had a conversation with him) only to remember the person

the address

¬ion Versand GmbH & Co. KG
Herrn Michael Naue
SchÄferweg 14
24941 Flensburg

Tel.: 0049 461 5040191
e-mail: mnaue@orion.de

And he will speak and show all to the graet boss and then I hope you can make a deal with him.

Please let me know.

Thank you in advance

Jutta


Jutta Schilling

Julia Reaves Productions SCP
Av.Antoni Gaudi 6, 1°2ª
08840 Viladecans
España
**Tel.:0034 93 658 46 09**
¬obil: 0034 656 80 51 52
¬mail: julia_reaves@hotmail.com
e-mail: schilling@juliareaves.com


PLAINTIFF'S EXHIBIT
35

| | |
|---|---|
| **From:** | Leor Arazy <leor@pinlogistics.com> |
| **Sent:** | Friday, November 30, 2012 2:05 PM |
| **To:** | Alon | Mediaurge |
| **Cc:** | Doron .; Igorlats Igor; Nastassia Yalley; paul@mediaurge.com |
| **Subject:** | Salary Breakdown for May |
| **Attachments:** | May Salaries.xlsx |

Hey Everyone,

Attached you will find the May Salary Report broken down by departments. You will notice that this months salary is higher than usual because June 1st payroll came out on May 31st"

If you have any questions please free to contact Nastassia or myself.

Best,
Leor

## Human Resources Department
Pinnacle Logistics Inc.



This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received this message, please delete it immediately and notify the sender. The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects..

1

**EXHIBIT**
38
tabbies

| | |
|---|---|
| **From:** | David Davidian, CPA |
| **Sent:** | Friday, April 02, 2010 5:34 PM |
| **To:** | Xposed |
| **Cc:** | Alon | Bunzai Media |
| **Subject:** | Re: Hope you are well... |
| **Attachments:** | RESOLUTIONS ADOPTED BY INCORPORATOR.docx |

PLEASE SEE ATTACHED.

From: Xposed <xposedinc@gmail.com>
To: "David Davidian, CPA" <cpa@lacpa.com>
Sent: Fri, April 2, 2010 3:08:43 PM
Subject: Re: Hope you are well...

David just send me the word file I will fix.

Thanks,

Doron

----- Original Message -----
From: David Davidian, CPA
To: Alon | NWM
Cc: Doron Nottea
Sent: Friday, April 02, 2010 12:26 PM
Subject: Re: Hope you are well...

Please see attached.

From: Alon | NWM <vigorect@gmail.com>
To: "David Davidian, CPA" <cpa@lacpa.com>
Sent: Fri, April 2, 2010 11:42:24 AM
Subject: Re: Hope you are well...

i know Doron Sent you the 8335 Winnetka -

can you create a duplicate document with

1



Exhibit 41

>One commercial reference
>We discussed this.  Use one of your companies that create your product
>Financial statements, if available
>
>
>Delaware
>Corporate resolution - was signed, but not witnessed Photos of your
>office Voided check give me a check from DSA.  This is where we will
>deposit Internet PCI security documentation Ask your site company, I
>believe it's Lime Lite or something Copies of 2 years of financial
>statements or tax returns of owner
>
>
>
>Best Regards,
>
>Alon Nottea | CEO
>Bunzai Media Group, Inc.
>Skype: alonbaba | Aim: alonbaba
>Direct 818.785.6800 | Mobile 818.652.5454
>
>Individually, we are one drop. Together, we are an ocean | Ryunosuke
>Satoro
>

3

Exhibit 41

**To:**       Doron -[doron5000@gmail.com]
**From:**     Stephan Bauer
**Sent:**     Wed 5/7/2014 1:17:42 PM
**Importance:**        Normal
**Subject:**   SMB co details
**MAIL_RECEIVED:**    Wed 5/7/2014 1:17:45 PM
<u>SMB CONSULTING LTD.doc</u>

If you want to continue to use a co that is smart and cost effective you have it. If we are going to sell anything online and or at retail this is a management and card processor of our own.

Alon know and has done biz with Adam Alisa who can make us our own card clearing co. Specializing in hard core online trial and offers biz.

Anyway for now make the switch and be ready for fall.  You have the account and the biz, we just need to transition to the new whatever biz as the old wind down. happy to help make it happen. Bet you do it 99% online anyway.

Stephan



| | |
|---|---|
| From: | Paul Medina <paul@mediaurge.com> |
| Sent: | Thursday, March 20, 2014 1:56 PM |
| To: | Doron; Alon N |
| Subject: | Revised expenses |
| Attachments: | US Rebill Die Down.xlsx |

Please see attached 3-20-14

--

Paul B. Medina
Executive Vice President

Mobile:818-983-7202 | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:PMedina0331 | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.



| Fact Expense | April Projection Expense | May Projection Expense | June Projection Expense | July Projection Expense | August Projection Expense |
|---|---|---|---|---|---|
| Call center | $100,000.00 | $80,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| **Customer Service** | **$100,000.00** | **$80,000.00** | **$40,000.00** | **$40,000.00** | **$40,000.00** |
| | | | | | |
| IVR Logix .70 | | | | | |
| Rackspace Hosting | $1,855.00 | | | | |
| Rackspace Cloud | $200.00 | | | | |
| LTU Commnication | $9,820.00 | | | | |
| 1% Owner Commission | $10,000.00 | | | | |
| **SBM Per Sale** | **$21,875.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| 1&1 Internet (ABW Offers) | $44.58 | | | | |
| Adobe System | $49.99 | | | | |
| Regus (corporation locations) | $700.00 | | | | |
| BlueSnap | $84.00 | | | | |
| Asana | $150.00 | | | | |
| Basecamp | $150.00 | | | | |
| Costco/Food 4 Less/restaurant depot | $400.00 | | | | |
| Crown Disposal Co. Inc. | $216.42 | | | | |
| Domestic Uniform Rental | $150.00 | | | | |
| DWP & Utilities | $1,500.00 | | | | |
| Host Gator | $100.00 | | | | |
| Gas | $100.00 | | | | |
| Freeport Center (RENT) | $7,500.00 | | | | |

Attachme
**Exhibit 45**

| | | | | |
|---|---|---|---|---|
| Office Supplies (Office Depot/Staples/Fry's) | $350.00 | | | |
| Meals and Entertainment | $150.00 | | | |
| Culligan | $42.20 | | | |
| Adobe System | $49.99 | | | |
| HomeTech System | $35.00 | | | |
| Intuit.com | $600.00 | | | |
| iNet Method | $9,355.00 | | | |
| Compete/Storefront | $2,500.00 | | | |
| Discount Mountain Software | $79.99 | | | |
| Smartsheet | $0.00 | | | |
| Cto GoToMypc .Com | $9.95 | | | |
| Jango Mail | $300.00 | | | |
| Optizmo Technologies | $100.00 | | | |
| True Mktg Partner (Limelight) | $650.00 | | | |
| Hitpath | $1,500.00 | | | |
| CPA Detective | $1,000.00 | | | |
| Maxmind, Inc. | $300.00 | | | |
| Beyond Hosting, LLC | $205.98 | | | |
| AlertBot | $450.00 | | | |
| Cross Browser Testing | $29.95 | | | |
| GoDaddy.com | $750.00 | | | |
| Shutterstock | $224.00 | | | |
| Whatrunswhere (datadriven) | $229.00 | | | |
| Mouseflow | $400.00 | | | |
| Alexa Internet | $9.99 | | | |
| Workers Comp | $1,530.00 | | | |
| AT&T | $70.00 | | | |
| Ricoh USA Printer | $280.00 | | | |

Attachment A
**Exhibit 45**

| | | | | | |
|---|---|---|---|---|---|
| Time Warner Cable internet plus few lines | $1,600.00 | | | | |
| Google Apps/ svcsapps | $300.00 | | | | |
| USM - David Y | $2,500.00 | | | | |
| Google Apps/ Adws | $132.49 | | | | |
| Netdna LLC CDN | $118.00 | | | | |
| MyBiz writers | $100.00 | | | | |
| MISCELLANEOUS (Link Builders) | $1,000.00 | | | | |
| **SBM Fixed** | **$38,096.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| Tax and License | $1,000.00 | | | | |
| Payroll Taxes (Media Urge) | $1,000.00 | | | | |
| Alon Nottea | $15,000.00 | | | | |
| Stephan Salary | $2,600.00 | | | | |
| CFO | $10,000.00 | | | | |
| Attorney | $2,500.00 | | | | |
| Khris | $10,000.00 | | | | |
| David Migdal | $5,000.00 | | | | |
| Paul | $10,000.00 | | | | |
| Davidian and Associates | $1,000.00 | | | | |
| Adam | $3,500.00 | | | | |
| Charlie (Media Buyer) | $5,000.00 | | | | |
| Matan Reuveni (Load Balancing) | $650.00 | | | | |
| Philip (Accounting) | $2,500.00 | | | | |
| Tal Karasso | $5,000.00 | | | | |
| Victor Azal | $6,000.00 | | | | |
| Edmund Biro | $2,000.00 | | | | |
| Zackyullha Malal | $4,000.00 | | | | |

| Legal | $1,000.00 | | | | |
|---|---|---|---|---|---|
| **SBM Flexible** | **$87,750.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| | | | | | |
| Roi Rueveni | $0.00 | | | | |
| Greg Mazzy | $2,056.21 | | | | |
| Patrick Raffin QA Manager | $3,154.00 | | | | |
| Sandra Rubio Emails and BBB/ATTY | $3,692.00 | | | | |
| Andree Mansour | $4,384.00 | | | | |
| Leor | $500.00 | | | | |
| CS 6 agents for QA | $7,500.00 | | | | |
| Payroll Fees | $475.84 | | | | |
| Payroll Taxes (QA) | $2,000.00 | | | | |
| **Monthly Cost Per QA** | **$23,762.05** | | | | |
| | | | | | |
| MetroFax | $500.00 | | | | |
| Verified Credible | $99.98 | | | | |
| Robert Stayner | $3,000.00 | | | | |
| CB Armour $4 | $7,500.00 | | | | |
| **Auravie Monthly Cost Per Chargeback** | **$11,099.98** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| | | | | | |
| Feliberto Rivas | $1,655.91 | | | | |
| Geiner Samayoa | $2,256.84 | | | | |
| **Monthly Cost Per Return** | **$3,912.75** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| | | | | | |
| Grafipack/Hot Marketing Inc | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Better Pak | $250.00 | | | | |
| Endicia | $200.00 | | | | |
| Color on demand (Boxes) | $7,000.00 | | | | |
| Stamps.com | $32.00 | | | | |
| USPS | $5.19 | | | | |
| UPS | $0.00 | | | | |
| Andrew Alvarado | $2,714.22 | | | | |
| Jorge Magana | $3,178.00 | | | | |
| Jorge McDonald | $1,350.00 | | | | |
| **Monthly Cost Per Package Fulfillment** | **$14,729.41** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | |
| **Total Operation Expense** | **$301,225.72** | **$80,000.00** | **$40,000.00** | **$40,000.00** | **$40,000.00** |
| | **$10,040.86** | **$2,666.67** | **$1,333.33** | **$1,333.33** | **$1,333.33** |
| | | | | | |

Attachme

**Exhibit 45**

| Rebill Date | Projected Daily expenses | Shipping | $5.00 Monthly Other & CB fees | 14.00% Refunds | 15% Reserves | 5% Daily Discount Fees | 3% Projected MT Rebills | Projected Shippable Rebills | 70% | 60% | $97.88 | Date Processing | Total Processing | Total Expenses | Net Income | Step 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tuesday, April 01, 2014 | $10,041 | $1,175.00 | $20,116.27 | $22,219.74 | $7,184.38 | $4,443.95 | 1927 | 235 | 1513 | | $148,131.59 | 4/1/2014 | $148,131.59 | $65,180.20 | $82,951.40 | |
| Wednesday, April 02, 2014 | $10,041 | $820.00 | $7,490.10 | $8,273.31 | $2,675.04 | $1,654.66 | 641 | 164 | 564 | | $55,155.38 | 4/2/2014 | $55,155.38 | $30,953.96 | $24,201.42 | |
| Thursday, April 03, 2014 | $10,041 | $325.00 | $2,512.21 | $2,774.90 | $897.22 | $554.98 | 205 | 65 | 189 | | $18,499.32 | 4/3/2014 | $18,499.32 | $17,105.16 | $1,394.16 | |
| Friday, April 04, 2014 | $10,041 | $8,480.00 | $15,780.39 | $17,430.47 | $5,635.85 | $3,486.09 | | 1696 | 1187 | | $116,203.14 | 4/4/2014 | $116,203.14 | $60,853.66 | $55,349.48 | |
| Saturday, April 05, 2014 | $10,041 | $3,030.00 | $5,638.51 | $6,228.10 | $2,013.75 | $1,245.62 | | 606 | 424 | | $41,520.70 | 4/5/2014 | $41,520.70 | $28,196.85 | $13,323.85 | |
| Sunday, April 06, 2014 | $10,041 | $3,295.00 | $6,131.65 | $6,772.81 | $2,189.87 | $1,354.56 | | 659 | 461 | | $45,152.04 | 4/6/2014 | $45,152.04 | $29,784.75 | $15,367.30 | |
| Monday, April 07, 2014 | $10,041 | $2,425.00 | $4,512.67 | $4,984.54 | $1,611.67 | $996.91 | | 485 | 340 | | $33,230.26 | 4/7/2014 | $33,230.26 | $24,571.64 | $8,658.62 | |
| Tuesday, April 08, 2014 | $10,041 | $1,770.00 | $3,293.78 | $3,638.20 | $1,176.35 | $727.64 | | 354 | 248 | | $24,254.66 | 4/8/2014 | $24,254.66 | $20,646.83 | $3,607.83 | |
| Wednesday, April 09, 2014 | $10,041 | $1,435.00 | $2,670.38 | $2,949.61 | $953.71 | $589.92 | | 287 | 201 | | $19,664.09 | 4/9/2014 | $19,664.09 | $18,639.49 | $1,024.61 | |
| Thursday, April 10, 2014 | $10,041 | $4,370.00 | $8,132.11 | $8,982.45 | $2,904.32 | $1,796.49 | | 874 | 612 | | $59,882.98 | 4/10/2014 | $59,882.98 | $36,226.23 | $23,656.76 | |
| Friday, April 11, 2014 | $10,041 | $2,310.00 | $4,298.67 | $4,748.16 | $1,535.24 | $949.63 | | 462 | 323 | | $31,654.39 | 4/11/2014 | $31,654.39 | $23,882.55 | $7,771.84 | |
| Saturday, April 12, 2014 | $10,041 | $5,965.00 | $11,100.24 | $12,260.94 | $3,964.37 | $2,452.19 | | 1193 | 835 | | $81,739.59 | 4/12/2014 | $81,739.59 | $45,783.59 | $35,956.00 | |
| Sunday, April 13, 2014 | $10,041 | $4,640.00 | $8,634.55 | $9,537.43 | $3,083.77 | $1,907.49 | | 928 | 650 | | $63,582.85 | 4/13/2014 | $63,582.85 | $37,844.09 | $25,738.76 | |
| Monday, April 14, 2014 | $10,041 | $4,350.00 | $8,094.89 | $8,941.34 | $2,891.03 | $1,788.27 | | 870 | 609 | | $59,608.92 | 4/14/2013 | $59,608.92 | $36,106.39 | $23,502.53 | |
| Tuesday, April 15, 2014 | $10,041 | $2,450.00 | $4,559.19 | $5,035.93 | $1,628.28 | $1,007.19 | | 490 | 343 | | $33,572.84 | 4/15/2014 | $33,572.84 | $24,721.44 | $8,851.40 | |
| Wednesday, April 16, 2014 | $10,041 | $1,895.00 | $3,526.40 | $3,895.13 | $1,259.43 | $779.03 | | 379 | 265 | | $25,967.56 | 4/16/2014 | $25,967.56 | $21,395.84 | $4,571.72 | |
| Thursday, April 17, 2014 | $10,041 | $3,810.00 | $7,090.01 | $7,831.38 | $2,532.15 | $1,566.28 | | 762 | 533 | | $52,209.19 | 4/17/2014 | $52,209.19 | $32,870.67 | $19,338.53 | |
| Friday, April 18, 2014 | $10,041 | $58,100.00 | $108,117.97 | $119,423.39 | $38,613.56 | $23,884.68 | | 11620 | 8134 | | $796,155.92 | 4/18/2014 | $796,155.92 | $358,180.46 | $437,975.46 | |
| Saturday, April 19, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/19/2014 | $0.00 | $10,040.86 | -$10,040.86 | |
| Sunday, April 20, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/20/2014 | $0.00 | $10,040.86 | -$10,040.86 | |
| Monday, April 21, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/21/2014 | $0.00 | $10,040.86 | -$10,040.86 | |
| Tuesday, April 22, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/22/2014 | $0.00 | $10,040.86 | -$10,040.86 | -$700,000 |
| Wednesday, April 23, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/23/2014 | $0.00 | $10,040.86 | -$10,040.86 | -$700,000 |
| Thursday, April 24, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/24/2014 | $0.00 | $10,040.86 | -$10,040.86 | $250,000 |
| Friday, April 25, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/25/2014 | $0.00 | $10,040.86 | -$10,040.86 | $700,000 |
| Saturday, April 26, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/26/2014 | $0.00 | $10,040.86 | -$10,040.86 | $693,000 |
| Sunday, April 27, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/27/2014 | $0.00 | $10,040.86 | -$10,040.86 | $427,102 |
| Monday, April 28, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/28/2014 | $0.00 | $10,040.86 | -$10,040.86 | $672,751 EOM |
| Tuesday, April 29, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/29/2014 | $0.00 | $10,040.86 | -$10,040.86 | ######### |
| Wednesday, April 30, 2014 | $10,041 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 4/30/2014 | $0.00 | $10,040.86 | -$10,040.86 | |
| Thursday, May 01, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/1/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Friday, May 02, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/2/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Saturday, May 03, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/3/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Sunday, May 04, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/4/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Monday, May 05, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/5/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Tuesday, May 06, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/6/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Wednesday, May 07, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/7/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Thursday, May 08, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/8/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Friday, May 09, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/9/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Saturday, May 10, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/10/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Sunday, May 11, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/11/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Monday, May 12, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/12/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Tuesday, May 13, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/13/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Wednesday, May 14, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/14/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Thursday, May 15, 2014 | $2,667 | $57,270.00 | $91,348.66 | $100,900.58 | $32,624.52 | $20,180.12 | | 11454 | 6872 | | $672,670.51 | 5/15/2014 | $672,670.51 | $304,990.53 | $367,679.98 | |
| Friday, May 16, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/16/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Saturday, May 17, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/17/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Sunday, May 18, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/18/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Monday, May 19, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/19/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Tuesday, May 20, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/20/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Wednesday, May 21, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/21/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Thursday, May 22, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/22/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Friday, May 23, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/23/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Saturday, May 24, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/24/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Sunday, May 25, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/25/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Monday, May 26, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/26/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Tuesday, May 27, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/27/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Wednesday, May 28, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/28/2014 | $0.00 | $2,666.67 | -$2,666.67 | ######### Made |
| Thursday, May 29, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/29/2014 | $0.00 | $2,666.67 | -$2,666.67 | $287,680 Balance Left |
| Friday, May 30, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/30/2014 | $0.00 | $2,666.67 | -$2,666.67 | ######### |
| Saturday, May 31, 2014 | $2,667 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 5/31/2014 | $0.00 | $2,666.67 | -$2,666.67 | |
| Sunday, June 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 6/1/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, June 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 0 | | $0.00 | 6/2/2014 | $0.00 | $1,333.33 | -$1,333.33 | |

| Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tuesday, June 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/3/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, June 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/4/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, June 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/5/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, June 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/6/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, June 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/7/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, June 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/8/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, June 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/9/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, June 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/10/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, June 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/11/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, June 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/12/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, June 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/13/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, June 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/14/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, June 15, 2014 | $1,333 | $26,344.20 | $42,020.38 | $46,414.27 | $15,007.28 | $9,282.85 | 5269 | 3161 | $309,428.44 | 6/15/2014 | $309,428.44 | $140,402.31 | $169,026.12 | |
| Monday, June 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/16/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, June 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/17/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, June 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/18/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, June 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/19/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, June 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/20/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, June 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/21/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, June 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/22/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, June 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/23/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, June 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/24/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, June 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/25/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, June 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/26/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, June 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/27/2014 | $0.00 | $1,333.33 | -$1,333.33 | Made |
| Saturday, June 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/28/2014 | $0.00 | $1,333.33 | -$1,333.33 | $130,359 Balance Left |
| Sunday, June 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/29/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######### |
| Monday, June 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 6/30/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, July 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/1/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, July 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/2/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, July 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/3/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, July 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/4/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, July 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/5/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, July 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/6/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, July 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/7/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, July 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/8/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, July 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/9/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, July 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/10/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, July 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/11/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, July 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/12/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, July 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/13/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, July 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/14/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, July 15, 2014 | $1,333 | $12,118.33 | $19,329.38 | $21,350.56 | $6,903.35 | $4,270.11 | 2424 | 1454 | $142,337.08 | 7/15/2014 | $142,337.08 | $65,305.06 | $77,032.02 | |
| Wednesday, July 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/16/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, July 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/17/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, July 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/18/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, July 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/19/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, July 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/20/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, July 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/21/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, July 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/22/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, July 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/23/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, July 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/24/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, July 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/25/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, July 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/26/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, July 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/27/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, July 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/28/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######### Made |
| Tuesday, July 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/29/2014 | $0.00 | $1,333.33 | -$1,333.33 | $37,032 Balance Left |
| Wednesday, July 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/30/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######### |
| Thursday, July 31, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 7/31/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, August 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/1/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, August 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/2/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, August 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/3/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, August 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/4/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, August 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/5/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, August 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/6/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, August 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/7/2014 | $0.00 | $1,333.33 | -$1,333.33 | |

Attachm.

**Exhibit 45**

| Date | A | B | C | D | E | F | G | H | Date | I | J | K | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Friday, August 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/8/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, August 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/9/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, August 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/10/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, August 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/11/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, August 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/12/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, August 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/13/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, August 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/14/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, August 15, 2014 | $1,333 | $5,574.43 | $8,891.51 | $9,821.26 | $3,175.54 | $1,964.25 | 1115 | 669 | $65,475.06 | 8/15/2014 | $65,475.06 | $30,760.33 | $34,714.73 | |
| Saturday, August 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/16/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, August 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/17/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, August 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/18/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, August 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/19/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, August 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/20/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, August 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/21/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, August 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/22/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, August 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/23/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, August 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/24/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, August 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/25/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, August 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/26/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, August 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/27/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, August 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/28/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######## Made |
| Friday, August 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/29/2014 | $0.00 | $1,333.33 | -$1,333.33 | -$5,285 Balance Left |
| Saturday, August 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/30/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######## |
| Sunday, August 31, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 8/31/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, September 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/1/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, September 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/2/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, September 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/3/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, September 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/4/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, September 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/5/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, September 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/6/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, September 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/7/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, September 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/8/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, September 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/9/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, September 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/10/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, September 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/11/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, September 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/12/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, September 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/13/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, September 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/14/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, September 15, 2014 | $1,333 | $2,564.24 | $4,090.10 | $4,517.78 | $1,460.75 | $903.56 | 513 | 308 | $30,118.53 | 9/15/2014 | $30,118.53 | $14,869.75 | $14,248.77 | |
| Tuesday, September 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/16/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, September 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/17/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, September 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/18/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, September 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/19/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, September 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/20/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, September 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/21/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, September 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/22/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, September 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/23/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, September 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/24/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, September 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/25/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, September 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/26/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, September 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/27/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######## Made |
| Sunday, September 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/28/2014 | $0.00 | $1,333.33 | -$1,333.33 | -$23,418 Balance Left |
| Monday, September 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/29/2014 | $0.00 | $1,333.33 | -$1,333.33 | ######## |
| Tuesday, September 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 9/30/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, October 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/1/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, October 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/2/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, October 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/3/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, October 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/4/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, October 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/5/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Monday, October 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/6/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Tuesday, October 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/7/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Wednesday, October 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/8/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Thursday, October 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/9/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Friday, October 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/10/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Saturday, October 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/11/2014 | $0.00 | $1,333.33 | -$1,333.33 | |
| Sunday, October 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/12/2014 | $0.00 | $1,333.33 | -$1,333.33 | |

Attachment B
Exhibit 45

| Date | | | | | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monday, October 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/13/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, October 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/14/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, October 15, 2014 | $1,333 | $1,179.55 | $1,881.44 | $2,078.18 | $671.94 | $415.64 | 236 | 142 | $13,854.52 | 10/15/2014 | $13,854.52 | $7,560.09 | $6,294.44 |
| Thursday, October 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/16/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, October 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/17/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, October 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/18/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, October 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/19/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, October 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/20/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, October 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/21/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, October 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/22/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, October 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/23/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, October 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/24/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, October 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/25/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, October 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/26/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, October 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/27/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, October 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/28/2014 | $0.00 | $1,333.33 | -$1,333.33 ######### Made |
| Wednesday, October 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/29/2014 | $0.00 | $1,333.33 | -$1,333.33  -$33,706 Balance Left |
| Thursday, October 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/30/2014 | $0.00 | $1,333.33 | -$1,333.33 ######### |
| Friday, October 31, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 10/31/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, November 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/1/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, November 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/2/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, November 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/3/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, November 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/4/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, November 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/5/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, November 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/6/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, November 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/7/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, November 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/8/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, November 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/9/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, November 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/10/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, November 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/11/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, November 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/12/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, November 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/13/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, November 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/14/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, November 15, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/15/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, November 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/16/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, November 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/17/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, November 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/18/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, November 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/19/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, November 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/20/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, November 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/21/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, November 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/22/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, November 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/23/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, November 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/24/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, November 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/25/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, November 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/26/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, November 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/27/2014 | $0.00 | $1,333.33 | -$1,333.33 ######### Made |
| Friday, November 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/28/2014 | $0.00 | $1,333.33 | -$1,333.33  -$40,000 Balance Left |
| Saturday, November 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/29/2014 | $0.00 | $1,333.33 | -$1,333.33 ######### |
| Sunday, November 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 11/30/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, December 01, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/1/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, December 02, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/2/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, December 03, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/3/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, December 04, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/4/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, December 05, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/5/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, December 06, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/6/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, December 07, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/7/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, December 08, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/8/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, December 09, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/9/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, December 10, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/10/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, December 11, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/11/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, December 12, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/12/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, December 13, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/13/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, December 14, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/14/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, December 15, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/15/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, December 16, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/16/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, December 17, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 0 | $0.00 | 12/17/2014 | $0.00 | $1,333.33 | -$1,333.33 |

Attachme

Exhibit 45

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thursday, December 18, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/18/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, December 19, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/19/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, December 20, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/20/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, December 21, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/21/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Monday, December 22, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/22/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Tuesday, December 23, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/23/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Wednesday, December 24, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/24/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Thursday, December 25, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/25/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Friday, December 26, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/26/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Saturday, December 27, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/27/2014 | $0.00 | $1,333.33 | -$1,333.33 |
| Sunday, December 28, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/28/2014 | $0.00 | $1,333.33 | -$1,333.33  ######### Made |
| Monday, December 29, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/29/2014 | $0.00 | $1,333.33 | -$1,333.33   -$41,333 Balance Left |
| Tuesday, December 30, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/30/2014 | $0.00 | $1,333.33 | -$1,333.33  ######### |
| Wednesday, December 31, 2014 | $1,333 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | $0.00 | 12/31/2014 | $0.00 | $1,333.33 | -$1,333.33 |

Attachment B
**Exhibit 45**

| Fact Expense | Total Expense |  |
|---|---|---|
|  |  |  |
|  |  |  |
| Call center | $100,000.00 |  |
| **Customer Service** | **$100,000.00** |  |
|  |  |  |
| IVR Logix .70 |  |  |
| Rackspace Hosting | $1,855.00 |  |
| Rackspace Cloud | $200.00 |  |
| LTU Commnication | $9,820.00 |  |
| 1% Owner Commission | $10,000.00 |  |
| **SBM Per Sale** | **$21,875.00** |  |
|  |  |  |
| 1&1 Internet (ABW Offers) | $44.58 |  |
| Adobe System | $49.99 |  |
| Regus (corporation locations) | $700.00 |  |
| BlueSnap | $84.00 |  |
| Asana | $150.00 |  |
| Basecamp | $150.00 |  |
| Costco/Food 4 Less/restaurant depot | $400.00 |  |
| Crown Disposal Co. Inc. | $216.42 |  |
| Domestic Uniform Rental | $150.00 |  |
| DWP & Utilities | $1,500.00 |  |
| Host Gator | $100.00 |  |
| Gas | $100.00 |  |
| Freeport Center (RENT) | $7,500.00 |  |
| Office Supplies (Office Depot/Staples/Fry's) | $350.00 |  |
| Meals and Entertainment | $150.00 |  |
| Culligan | $42.20 |  |
| Adobe System | $49.99 |  |
| HomeTech System | $35.00 |  |
| Intuit.com | $600.00 |  |
| iNet Method | $9,355.00 |  |
| Compete/Storefront | $2,500.00 |  |
| Discount Mountain Software | $79.99 |  |
| Smartsheet | $0.00 |  |
| Cto GoToMypc .Com | $9.95 |  |
| Jango Mail | $300.00 |  |
| Optizmo Technologies | $100.00 |  |

Attachment C
**Exhibit 45**

| | |
|---|---|
| True Mktg Partner (Limelight) | $650.00 |
| Hitpath | $1,500.00 |
| CPA Detective | $1,000.00 |
| Maxmind, Inc. | $300.00 |
| Beyond Hosting, LLC | $205.98 |
| AlertBot | $450.00 |
| Cross Browser Testing | $29.95 |
| GoDaddy.com | $750.00 |
| Shutterstock | $224.00 |
| Whatrunswhere (datadriven) | $229.00 |
| Mouseflow | $400.00 |
| Alexa Internet | $9.99 |
| Workers Comp | $1,530.00 |
| AT&T | $70.00 |
| Ricoh USA Printer | $280.00 |
| Time Warner Cable internet plus few lines | $1,600.00 |
| Google Apps/ svcsapps | $300.00 |
| USM - David Y | $2,500.00 |
| Google Apps/ Adws | $132.49 |
| Netdna LLC CDN | $118.00 |
| MyBiz writers | $100.00 |
| MISCELLANEOUS (Link Builders) | $1,000.00 |
| **SBM Fixed** | **$38,096.53** |
| | |
| Tax and License | $1,000.00 |
| Payroll Taxes (Media Urge) | $1,000.00 |
| Alon Nottea | $15,000.00 |
| Stephan Salary | $2,600.00 |
| CFO | $10,000.00 |
| Attorney | $2,500.00 |
| Khris | $10,000.00 |
| David Migdal | $5,000.00 |
| Paul | $10,000.00 |
| Davidian and Associates | $1,000.00 |
| Adam | $3,500.00 |
| Charlie (Media Buyer) | $5,000.00 |
| Matan Reuveni (Load Balancing) | $650.00 |
| Philip (Accounting) | $2,500.00 |
| Tal Karasso | $5,000.00 |
| Victor Azal | $6,000.00 |

Attachment C
**Exhibit 45**

| | |
|---|---|
| Edmund Biro | $2,000.00 |
| Zackyullha Malal | $4,000.00 |
| Legal | $1,000.00 |
| **SBM Flexible** | **$87,750.00** |
| | |
| | |
| Roi Rueveni | $0.00 |
| Greg Mazzy | $2,056.21 |
| Patrick Raffin QA Manager | $3,154.00 |
| Sandra Rubio Emails and BBB/ATTY | $3,692.00 |
| Andree Mansour | $4,384.00 |
| Leor | $500.00 |
| CS 6 agents for QA | $7,500.00 |
| Payroll Fees | $475.84 |
| Payroll Taxes (QA) | $2,000.00 |
| **Monthly Cost Per QA** | **$23,762.05** |
| | |
| | |
| MetroFax | $500.00 |
| Verified Credible | $99.98 |
| Robert Stayner | $3,000.00 |
| CB Armour $4 | $7,500.00 |
| **Auravie Monthly Cost Per Chargeback** | **$11,099.98** |
| | |
| | |
| Feliberto Rivas | $1,655.91 |
| Geiner Samayoa | $2,256.84 |
| **Monthly Cost Per Return** | **$3,912.75** |
| | |
| Grafipack/Hot Marketing Inc | |
| Better Pak | $250.00 |
| Endicia | $200.00 |
| Color on demand (Boxes) | $7,000.00 |
| Stamps.com | $32.00 |
| USPS | $5.19 |
| UPS | $0.00 |
| Andrew Alvarado | $2,714.22 |
| Jorge Magana | $3,178.00 |
| Jorge McDonald | $1,350.00 |

Attachment C
Exhibit 45

| Monthly Cost Per Package Fulfillment | $14,729.41 |
|---|---|
| | |
| **Total Operation Expense** | $301,225.72 |
| | |
| | |

Attachment C
**Exhibit 45**

| | | |
|---|---|---|
| | | |

Attachment C
**Exhibit 45**

# Invoice

| Date | Number |
|------|--------|
| 4/8/2013 | 55003 |

**SECURED COMMERCE**
Integrated online partner

6925 Canby Ave. #105
Reseda, CA 91335-4860
Tel 747.222.3333 Fax 747.222.3350
accounting@securedcommerce.com

**Bill To**

Adageo, LLC.
16161 Ventura Blvd # 378
Encino, CA 91436

| Description | Amount |
|-------------|--------|
| Design, Creation, & Optimization of Auravie Landing Page Campaign Setup and integration to Lime Light CRM and Click Connector | 13,500.00 |
| **Total** | **$13,500.00** |

Thank you for your business.

EXHIBIT 46
FTC-AUR-S2-0003022

**To:**    Nastassia Yalley[nastassia@bunzaimedia.com]
**Cc:**    Alon Nottea[alon@bunzaimedia.com]; Paul Medina[paul@bunzaimedia.com]
**From:**  avico global
**Sent:**  Mon 1/24/2011 2:08:05 AM
**Subject:** Re: Phone Numbers
**MAIL_RECEIVED:**    Mon 1/24/2011 2:08:05 AM

Hi Nastassia,

I need to know what 818 numbers you need to port if any ?

As far as the toll free 800 numbers we will forward them to the new lines for now ...

Thanks

Avi

On Mon, Jan 10, 2011 at 10:47 AM, Nastassia Yalley <nastassia@bunzaimedia.com> wrote:

I spoke with Doron about this, and we're going to keep 10 numbers open. 5 of them are currently in
use, but the two most important ones to move are 866.216.9336 and 888.291.7385

10 numbers:
866.982.6218
866.982.8712
888.276.7261
888.320.0198
888.291.7385
888.324.9771
888.241.2619
866.216.9336
866.701.7706

-- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Operations
O: 818.785.6800
F: 818.647.0182



| | |
|---|---|
| **From:** | Alon \| Bunzai Media <alon@bunzaimedia.com> |
| **Sent:** | Monday, April 25, 2011 12:45 PM |
| **To:** | jose@gryphoninvestmentgroup.com |
| **Cc:** | igor; Khristopher Bond |
| **Subject:** | Merchant Processing |
| **Attachments:** | BMGI-Package-4EPS.zip |

Jose,

We were introduced through Micky and Igor.....

I hope you're well. I called you on Friday with regards to setting up a merchant processing relationship, you asked for an intro email so here goes.

I'm sending you a complete package in order to familiarize you with our company.

A small introduction to our company: bunzaimedia.com <http://bunzaimedia.com/> : We are in the business of running compliant online continuity offers in the Beauty/Skincare sector.  We manufacture our products, which are high end in quality and results.  Customers who take advantage of our online continuity offers purchase those products at considerably discounted membership prices.  We also sell our products (at retail prices) on our main website www.auravie.com <http://www.auravie.com/> , therefore validating the value of our products and continuity member discounts.

Over the last 24 months, we have really taken our time to perfect our business model.

In every department of our business, from Product Development, Manufacturing, Design & Optimization, Media Planning & Buying, Merchant Processing, Understanding Online Compliance, Affiliate Management & Fraud Prevention, to 'True, In-house" Customer Service, Call Center Management & Product Fulfillment. We understand consumer/publisher fraud and are extremely proactive with chargeback resolution. We have taken the time to understand and perfect these processes, while creating strong operating procedures in order to build our business to where we can expand order and processing volume with confidence.

We are one of the very few Fully-Complaint Skin care offers in the space.

Some of our top offers are:
Auravie:
http://myauravie.com <http://myauravie.com/> http://auraviegiveaway.com <http://auraviegiveaway.com/>
http://auraviebeauty.com <http://auraviebeauty.com/>

Miracle Face Kit:
http://newmiraclekit.com <http://newmiraclekit.com/> http://miraclekitfreetrial.com <http://miraclekitfreetrial.com/>
http://deadseamudmasque.com <http://deadseamudmasque.com/>

1

**EXHIBIT**

**48**

All of our offers are reviewed by and Include an FTC Attorney Compliance Review, Please take a look:

1. http://myauravie.com/Myauravie_FTC.pdf
2. http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf
<http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf%C2%A0>

With regards to Merchant Processing, Attached please find a compressed file which includes:

1. Financial Statements
2. Bank Statements
3. FTC-Compliance
4. Reference Letters
5. Model Releases

Please take the time to review the attached in detail.

We are looking forward to sharing our passion with you in hopes to inspire a mutual, profitable and sustainable business relationship.

Warm Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.
Skype: alonbaba | Aim: alonbaba
Direct 818.200.1045 | Mobile 818.652.5454

<http://www.bunzaimedia.com/>

2

**48-2**

**CALENERGY INC**
5514 SYVLIA ST
TARZANA, CA 91356

1253

DATE _____

16-86/1220
429

PAY
TO THE
ORDER OF _____ | $ _____

_____ DOLLARS 🔒 Security Features Details on Back.

**Bank of America** 〰️
Tarzana
18387 Ventura Blvd
Tarzana CA
818.994.8200

FOR _____                                    MP

⑈００１２５３⑈ ⑆１２２０００６６１⑆ ０４２９０ｍ２４９０８⑈

---

**CALENERGY INC**
5514 SYVLIA ST
TARZANA, CA 91356

1254

DATE _____

16-68/1220
429

PAY
TO THE
ORDER OF _____ | $ _____

_____ DOLLARS 🔒 Security Features Details on Back.

**Bank of America** 〰️
Tarzana
18387 Ventura Blvd
Tarzana CA
818.994.8200

FOR _____                                    MP

⑈００１２５４⑈ ⑆１２２０００６６１⑆ ０４２９０ｍ２４９０８⑈

---

**CALENERGY INC**
5514 SYVLIA ST
TARZANA, CA 91356

1255

DATE _____

16-86/1220
429

PAY
TO THE
ORDER OF _____ | $ _____

_____ DOLLARS 🔒 Security Features Details on Back.

**Bank of America** 〰️
Tarzana
18387 Ventura Blvd
Tarzana CA
818.994.8200

FOR _____                                    MP

⑈００１２５５⑈ ⑆１２２０００６６１⑆ ０４２９０ｍ２４９０８⑈


PLAINTIFF'S EXHIBIT

FTC-AUR-S2-0003081

**To:**         Alon[vigorect@gmail.com]
**From:**       Doron
**Sent:**       Mon 1/23/2012 12:58:15 AM
**Importance:**      Normal
**Subject:**    Do you know this
**MAIL_RECEIVED:**    Mon 1/23/2012 12:58:22 AM

http://www.totalbeautyanswers.com/auravie.html

iPad 2


PLAINTIFF'S
EXHIBIT

| | |
|---|---|
| **From:** | Alon \| MediaUrge <alon@mediaurge.com> |
| **Sent:** | Thursday, December 26, 2013 3:40 PM |
| **To:** | Paul Medina |
| **Cc:** | Xposed Inc |
| **Subject:** | Fwd: a short call |
| **Attachments:** | Skin Care Merchants Approved by EVO.xlsx; EVOCR_006_13 _RollingReserve_ADDENDUM(SECUSER).pdf |

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >
Date: Thu, Dec 26, 2013 at 1:37 PM
Subject: Re: a short call
To: Alon \| MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >


On 12/16/2013 3:37 PM, Alon \| MediaUrge wrote:

> Dear Joyce,

> Please let me know when you, Igor and I can jump on a short call.... I just want to make sure we're on the same road...


> thank you.


> Best Regards,


> Alon Nottea
> Rainmaker \| MediaUrge
> skype: alonbaba
> direct: 818.200.1035
> email: alon@mediaurge.com <mailto:alon@mediaurge.com>

> <http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality

1



**52-1**

protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


--


UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767 <tel:818-246-6767>
joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>

_____

**********************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.
**********************************************************************
***********************************

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Monday, July 18, 2011 7:19 PM |
| **To:** | Doron |
| **Cc:** | Alon | Bunzai Media |
| **Subject:** | Transactions |
| **Attachments:** | Transaction.pdf |

See attached.

Sincerely,

Z. David Davidian, CPA

Davidian & Associates

Certified Public Accountants

(888) 452-5577

(818) 242-7800

(888) 202-7757 Fax

www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

P Please consider the environment before printing this e-mail

1

Exhibit 53



EXHIBIT
53
Nottea
PENGAD 800-631-6989



① Bill customer for purchase of merchandise

② pay vendor for sale of merchandise & issue 1099.

Ⓐ No Sales tax on the wholesale — Bunzai ⟶ AGOA

Ⓑ there should 1099 from AGOA to Bunzai to push the income to bunzai.

Attachment A

**From:** Doron <doron@doron.us>
**Sent:** Friday, April 26, 2013 3:58 PM
**To:** Alon
**Subject:** Files for Pierre
**Attachments:** Adageo Invoice 55003.pdf; Adageo, LLC.pdf; Bank eStmt_2013-03-31.pdf; Dayo World Invoice.pdf; Jacem Invoice 5578.pdf; Pierre Proof Of Wire.pdf; Agageo Operating Agreement .pdf

1



Exhibit 54

54-1



**SECURED COMMERCE**
Integrated online partner

6925 Canby Ave. #105
Reseda, CA 91335-4360
Tel 747.222.3333 Fax 747.222.3350
accounting@securedcommerce.com

# Invoice

| Date | Number |
|------|--------|
| 4/8/2013 | 55003 |

| Bill To |
|---------|
| Adageo, LLC.<br>16161 Ventura Blvd # 378<br>Encino, CA 91436 |

| Description | Amount |
|-------------|--------|
| Design, Creation, & Optimization of Auravie Landing Page<br>Campaign Setup and integration to Lime Light CRM and Click Connector | 13,500.00 |
| Thank you for your business. | **Total**  $13,500.00 |

Attachment A

54-2



ADAGEO, LLC.
16161 VENTURA BLVD. #378
ENCINO, CA 91436

Bank of America
ACH R/T 121000358

5029

11-35/1210 CA
70418

04/12/2013

PAY TO THE
ORDER OF___ Secured Commerce                                        $  **13,500.00

Thirteen thousand five hundred and 00/100**************************************************************** DOLLARS

Secured Commerce

MEMO

AUTHORIZED SIGNATURE
Attachment A

⑈005029⑈ ⑆121000358⑆ 325004003733⑈

54-3

| LLC-1 | File # | 201226910399 |



**State of California**
**Secretary of State**

**Limited Liability Company**
**Articles of Organization**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

SEP 25 2012

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

ADAGEO, LLC.

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC,

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

CA

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

9/25/2012

DATE

SIGNATURE OF ORGANIZER

Alon Nottea

TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2010)

APPROVED BY SECRETARY OF STATE

Attachment B

54-4



I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 2 6 2012

Date:_____

DEBRA BOWEN, Secretary of State

54-5



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
03/01/13 through 03/31/13
E0  E PI  EI 67          0104548

Account Number [ ] 3733

H—

IIIunuIIIIuIuIIuIIuuII

30318 E01 SCM999          0

ADAGEO LLC
16161 VENTURA BLVD
STE 378
ENCINO, CA  91436-2588

Our Online Banking service allows you to check balances, track account activity and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:      Or you may write to:
☎  1.888.BUSINESS (1.888.287.4637)                         ✉  Bank of America, N.A.
                                                              P.O. Box 25118
                                                              Tampa, FL 33622-5118

## Deposit Accounts

### Business Economy Checking

#### ADAGEO LLC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 3733 | Statement Beginning Balance | $5,615.65 |
| Statement Period | 03/01/13 through 03/31/13 | Amount of Deposits/Credits | $9,000.00 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $9,806.85 |
| Number of Withdrawals/Debits | 19 | Statement Ending Balance | $4,808.80 |
| Number of Deposited Items | 2 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $4,503.87 |

#### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/08 | 5,500.00 | Deposit | |
| 03/22 | 3,500.00 | Deposit | ▮▮▮▮▮ |

Attachment C

54-6

H

ADAGEO LLC

Account Number ▮▮▮▮ 3733

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 5023 | 4,000.00 | 03/13 | | 5030* | 649.00 | 03/05 | |
| 5024 | 800.00 | 03/26 | | | | | |

* Gap in sequential check numbers.

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 03/01 | 1,010.19 | Bmw Financial Services Bill Payment | |
| 03/01 | 66.02 | AT&T Bill (Sbc-CA) Bill Payment | |
| 03/04 | 181.17 | Southern California Gas Company Bill Payment | |
| 03/25 | 463.91 | Toyota Financial Services Bill Payment | |
| **Card Account # 4815 8800 0102 0215:** | | | |
| 03/04 | 1,468.72 | CheckCard  0303 Ikea Burbank | |
| 03/04 | 95.00 | CheckCard  0303 Cookin With Lenny Smoke | |
| 03/04 | 38.20 | CheckCard  0302 Chatsworth Lakes Market | |
| 03/11 | 2.99 | CheckCard  0305 Skype Communicatio | |
| 03/11 | 0.09 | CheckCard  0305 Skype Communicatio International Transaction Fee | |
| 03/14 | 434.00 | Cashnet Fin bh  03/14 #000431500 Purchase | |
| 03/15 | 141.68 | CheckCard  0313 Autopay/Dish Ntwk | |
| 03/18 | 197.68 | CheckCard  0315 Safeco Insurance Co | |
| 03/18 | 145.28 | CheckCard  0316 Godaddy.Com | |
| 03/18 | 66.94 | CheckCard  0315 Tmc*time Warner Com | |
| 03/18 | 14.99 | CheckCard  0317 Bestbuy Gsp MT00015784 | |
| 03/20 | 30.99 | CheckCard  0319 Intuit *qb Online | |
| **Subtotal** | **2,636.56** | | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 4,539.44 | 03/13 | 3,604.27 | 03/22 | 6,072.71 |
| 03/04 | 2,756.35 | 03/14 | 3,170.27 | 03/25 | 5,608.80 |
| 03/05 | 2,107.35 | 03/15 | 3,028.59 | 03/26 | 4,808.80 |
| 03/08 | 7,607.35 | 03/18 | 2,603.70 | | |
| 03/11 | 7,604.27 | 03/20 | 2,572.71 | | |

Attachment C

54-7

H

Page 4 of 4

| Check Image |
|---|

Account Number: ███ 3733



Ref. No.: 813006192495785   Amount: 4,000.00



Ref. No.: 813008792315095   Amount: 649.00



Ref. No.: 813006460715267   Amount: 800.00

END OF CHECK IMAGE

Attachment C

54-8



# INVOICE

## DAYO WORLD INC.

5501 N. Honore Ave., #220
Sarasota, FL 34243
Voice: 941-483-4188
Fax: 941-296-8709

INV#: JL040513ABG
DATE: 4/5/2013

To: Adageo, LLC.
16161 Ventura Blvd # 378
Encino, CA 91436
818.652.5454

| P.O. NUMBER | SALESPERSON | TERMS |
|---|---|---|
| Adageo 1858 | Robert | Pre-Paid |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 500 | Auravie  online customer acquisition leads | $45.00 | $22,500.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL DUE | | $22,500.00 |

Please make all checks payable to Dayo World Inc..

**THANK YOU FOR YOUR BUSINESS!**

Attachment D

54-9



**ADAGEO, LLC.**
16161 VENTURA BLVD. #378
ENCINO, CA 91436

Bank of America
ACH R/T 121000358

5028

11-35/1210 CA
7041S

04/12/2013

PAY TO THE
ORDER OF___Dayo World Inc._____ $ **22,500.00

Twenty-two thousand five hundred and 00/100*************************************************************** DOLLARS

Dayo World Inc.

MEMO

AUTHORIZED SIGNATURE
Attachment D

⑈0050 28⑈ ⑆121000358⑆ 325004003733⑈

5440

**JACEM Healthy Products, Inc.**
21029 Itasca Street
Chatsworth, CA 91311 USA
Tel: 818-678-9348 Fax: 818-678-9633

# INVOICE

INVOICE #5578
DATE: APRIL 5, 2013

**TO:**
Adageo LLC
16161 Ventura Blvd #378
Encino, CA 91436
Contact: Alon Nottea
Tel: 818.652.5454

**SHIP TO:**
Pinnacle Logistics, Inc.
7900 Gloria Ave.
Van Nuys, CA 91406
Contact: Sean Innis
Tel: 818.785.7000

**COMMENTS OR SPECIAL INSTRUCTIONS:**

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Mario Salinas | 1855 | Alon | Delivery | Chatsworth | COD/Prepaid |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2000 | AuraVie Facial Moisturizer | $1.95 | $3900.00 |
| 2000 | AuraVie Facial Serum | $2.25 | $4500.00 |
| 2000 | AuraVie Facial Toner | $2.20 | $4400.00 |
| 2000 | AuraVie Facial Peel | $1.90 | $3800.00 |
| 2000 | AuraVie Masque | $2.05 | $4100.00 |
| 2000 | AuraVie Eye Cream | $2.25 | $4500.00 |
| | | | |
| | | | |
| | | SUBTOTAL | $25,200.00 |
| | | SALES TAX | |
| | | SHIPPING & HANDLING | |
| | | TOTAL DUE | $25,200.00 |

Make all checks payable to JACEM Healthy Products, Inc.
If you have any questions concerning this invoice, contact Mario Salinas

**THANK YOU FOR YOUR BUSINESS!**

Attachment E

54-18



ADAGEO, LLC.
16161 VENTURA BLVD. #378
ENCINO, CA 91436

Bank of America
ACH R/T 121000358

5031

11-35/1210 CA
70418

04/12/2013

PAY TO THE
ORDER OF___ Jacem Healthy Products Inc.                                    $ **25,200.00

Twenty-five thousand two hundred and 00/100********************************************************** DOLLARS

Jacem Healthy Products Inc.
21029 Itasca Street
Chatsworth, CA  91311

MEMO

Inventory

AUTHORIZED SIGNATURE
Attachment E

�semi005031⑂ ⑆121000358⑆ 325004003733⑈

54-12



**Bank of America**

H

PAGE 1 OF 1
BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

WX 0000          812 011208 #801 AT 0.384
ADAGEO LLC
16161 VENTURA BLVD
STE 378
ENCINO CA 91436-2588

DATE: 04/10/13
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: ▮▮▮▮▮▮▮

THE FOLLOWING WIRE WAS CREDITED TODAY:          USD AMOUNT $100,000.00

TRANSACTION REF:   ▮▮▮▮▮▮▮▮▮▮          SERVICE REF:   ▮▮▮▮▮▮
SENDER'S REF:                                    RELATED REF:
IMAD:
ORIGINATOR:        PIERRE TEBOUL               ID:
ORIGINATOR'S BANK: FIRST CLEARING LLC          ID:
SENDING BANK:      WELLS FARGO BANK, NA        ID:
BENEFICIARY:       ADAGEO LLC                  ID:

PAYMENT DETAIL:    RE: PIERRE TEBOULPURCHASE OF BUSINESS

Attachment F

54-13

OPERATING AGREEMENT

OF



ADAGEO LLC

Attachment G

54 - 14

OPERATING AGREEMENT
OF
ADAGEO LLC

This Operating Agreement (the "Agreement") is made and entered into as of the 15th day of March, 2013, by and between Alon Nottea ("Nottea") and Pierre Teboul ("Teboul"). Nottea and Teboul are collectively referred to herein as the "Members".

## RECITALS

A.      Nottea previously formed Adageo, LLC (the "**Company**") to market, sell and distribute cosmetic and other consumer products (the "Company Business").

B.      Teboul is desirous of investing in the Company and managing the Company Business.

C.      Nottea has previously contributed software, know-how, marketing strategies, and rights to the Company that enable the Company to engage in the Company Business.

D.      The Members desire to enter into this Agreement to set forth their agreement regarding the various economic and management interests of the Members in connection with the Company Business.

## AGREEMENT

NOW, THEREFORE, in consideration of the mutual covenants and conditions set forth herein and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Members hereby agree as follows:

## ARTICLE 1
### Definitions

Definitions.  The following terms used in the Agreement shall have the meanings specified below:

1.1      "Act" means the California Beverly-Killea Limited Liability Act (California Corporation Code §17000 *et seq.*), as amended from time to time.

1.2      "Adjusted Contribution Amount" with respect to each Member means the Capital Contributions, as reduced from time to time by distributions.

1.3      "Agreement" means this Operating Agreement of Adageo LLC, as it may be amended from time to time.

1.4      "Assignee" means a person who has acquired a Member's Interest in whole or part and has not become a Substitute Member.

-1-

AN

Attachment G

5-4-15

1.5     "Capital Account" means the account maintained for each Member in accordance with the Agreement. In the case of a transfer of an interest, the transferee shall succeed to the Capital Account of the transferor or, in the case of a partial transfer, a proportionate share thereof.

1.6     "Capital Contribution" means the total amount of capital contributed by a Member pursuant to the terms of the Agreement. Any reference to the Capital Contribution of a Member shall include the Capital Contribution made by a predecessor holder of the interest of such Member.

1.7     "Cash Available for Distribution" means all cash receipts of the Company, excluding cash available upon a liquidation of the Company, in excess of amounts reasonably required for payment of operating expenses, repayment of current liabilities, repayment of such amounts of Company indebtedness as the Members shall determine necessary or advisable, and the establishment of and additions to such cash reserves as the Members shall deem necessary or advisable, including, but not limited to reserves for capital expenditures, replacements, contingent or unforeseen liabilities or other obligations of the Company.

1.8     "Code" means the United States Internal Revenue Code of 1986, as amended. References to specific Code Sections shall be deemed to refer to such Code Sections as may be amended from time to time or to any successor Code Sections if the Code Section referred to is repealed.

1.9     "Company" means Adageo LLC as governed by the Agreement.

1.10    "Company Business" means the marketing, sale and distribution of cosmetics and other consumer products.

1.11    "Company Property" means all the real and personal property owned by the Company.

1.12    "Effective Date" means the first date on which all Members have executed this Agreement, subject to the conditions set forth herein.

1.13    "Member's Interest" or "Company Interest" means the ownership interest of a Member in the Company at any particular time, including the right of such Member to any and all benefits to which such Member may be entitled as provided in the Agreement and in the Act, together with the obligations of such Member to comply with all the terms and provisions of the Agreement and the Act.

1.14    "Member(s)" means those persons or entities identified above who execute a counterpart of this Agreement as Members. Such persons or entities are sometimes referred to herein as "Member" and collectively as "Members".

1.15    "Percentage Interest" means the following percentage interests of the Members, as the same may be adjusted as provided for in this Agreement:

| Member | Percentage Interest |
|--------|--------------------|
| Nottea | 50% |
| Teboul | 50% |

Attachment G
54-16

1.16   "Person" or "Persons" means any individual, partnership, corporation, limited liability company, joint venture, joint-stock company, unincorporated organization or association, trust (including the trustees thereof, in their capacity as such), government, governmental agency, political subdivision of any government or other entity.

1.17   "Regulations" means Treasury Regulations as they may be amended from time to time or to any successor Treasury Regulations if the Treasury Regulation referred to is repealed.

1.18   "Substitute Member" means an Assignee who has been admitted to all of the rights of membership.

## ARTICLE 2
### Formation

2.1   Formation.  The Members hereby agree to form and to operate the Company under the terms and conditions set forth herein. Except as otherwise provided herein, the rights, duties and liabilities of the Members shall be governed by the Act.

2.2   Defects as to Formalities.  A failure to observe any formalities or requirements of this Agreement, the articles of organization for the Company, or the Act shall not be grounds for imposing personal liability on the Members or Managers for liabilities of the Company.

2.3   No Partnership Intended for Nontax Purposes.  The Members have formed the Company under the Act, and expressly do not intend hereby to form a partnership. The Members do not intend to be partners one to another, or partners as to any third party. The Members hereto agree and acknowledge, however, that the Company is to be treated as a partnership for federal income tax purposes.

2.4   Rights of Creditors and Third Parties.  This Agreement is entered into among the Company and the Members for the exclusive benefit of the Company, its Members and their successors and assigns. The Agreement is expressly not intended for the benefit of any creditor of the Company or any other person. Except and only to the extent provided by applicable statute, no such creditor or third party shall have any rights under the Agreement or any agreement between the Company and any Member with respect to any Contribution or otherwise.

2.5   Title to Property.  All Company Property shall be owned by the Company as an entity and no Member shall have any ownership interest in such Company Property in the Member's individual name or right, and each Member's Interest in the Company shall be personal property for all purposes. Except as otherwise provided in this Agreement, Company shall hold all Company Property in the name of the Company and not in the name or names of any Member or Members.

2.6   Payments of Individual Obligations.  The Company's credit and assets shall be used solely for the benefit of the Company, and no asset of the Company shall be transferred or encumbered for or in payment of any individual obligation of any Member unless otherwise provided for herein.

## ARTICLE 3
### Name, Place of Business, Purpose and Term

-3-

Attachment G

3.1    Name.  The name of the Company shall be ADAGEO LLC. The Manager may from time to time change the name of the Company or adopt such trade or fictitious names as he may determine to be appropriate.

3.2    Office; Agent for Service of Process.  The principal office of the Company shall be at 14724 Ventura Blvd., Penthouse, Sherman Oaks, CA 91403. The Company may maintain such other offices at such other places as the Manager may determine to be appropriate. The agent for service of process for the Company shall be Robert M. Ungar at 14724 Ventura Blvd., Penthouse, Sherman Oaks, CA 91403. Notification of any change of the Company's principal place of business shall be given to the Members.

3.3    Purposes of the Company.  The purpose of the Company is to manage, operate, and market the Company Business.

3.4    Term.  The term of the Company shall commence as of the Effective Date and continue until the Company is dissolved in accordance with the provisions of this Agreement and the Act.

## ARTICLE 4
## Capital Contributions

4.1    Capital Contributions.  Upon execution of this Agreement by the Members, the Members shall have contributed the following amounts as their respective Capital Contribution to the Company:

| Member | Capital Contribution |
|--------|----------------------|
| Nottea | $100,000.00 Property |
| Teboul | $100,000.00 Cash |

4.2    No Interest on Capital.  No Member shall be entitled to receive interest on such Member's Capital Contributions or on such Member's Capital Account.

4.3    No Withdrawal of Capital.  Except as otherwise provided in this Agreement, no Member shall have the right to withdraw or demand a return of any or all of such Member's Capital Contribution.

4.4    Additional Capital.  Except as otherwise mutually agreed upon by the Members, no Member shall be obligated to make an additional Capital Contribution to the Company.

4.5    Loans to Company by Managers. Members may elect to lend funds to the Company for the Company's purposes. Such loans shall be made on commercially reasonable terms and conditions and the Members agree that such loans shall initially bear interest at a rate equal to the then existing Prime Rate plus two percent (2%) per annum and shall be adjusted prospectively thereafter as of the first day of each calendar year.  For purposes of the preceding sentence, the "Prime Rate" shall equal the rate published from time to time as the prime rate in the "Money Rates" section of *The Wall Street Journal*.  Such loans shall be an obligation of the Company as the case may be and shall be repaid before any distributions to Members.

AU

-4-

Attachment G

54-18

4.6    Capital Accounts.  The Company shall maintain a separate Capital Account for each Member.

## ARTICLE 5
### Allocations

5.1    Allocation of Profits and Losses.  Except as otherwise provided for herein, and subject to any different allocation that may be agreed upon by the Members, items of profit and loss shall be allocated to the Members in proportion to each Member's Percentage Interest.

5.2    Regulatory Allocations.  The Members acknowledge that the Code or Regulations may require allocations of Profits, Losses, or items thereof in a manner different from the general allocations set forth above. The Regulations, to the extent applicable, are incorporated by reference herein and shall apply to adjust the allocation of Profits and Losses under this Article to the extent provided for in the Regulations. If a special allocation is made to a Member as a result of the application of such Regulations, future allocations of Profits and Losses shall be adjusted to take into account such special allocation so that the net effect of such allocation is zero. A special allocation under Section 704(c) is solely for the purposes of taxation and shall not affect or in any way be taken into account in computing a Member's Capital Account or share of Profits, Losses, or other items of distributions pursuant to any provisions of this Agreement. For purposes of determining Profits, Losses, or any other items allocable to any period, Profits, Losses, and any such other items shall be determined on a daily, monthly or other basis as determined by the Tax Matters Partner, following consultation with the Members, using any permissible method(s) under the Code or Regulations.

5.3    Intention of Allocations.  The Members intend that the allocations in this Article will result in distributions upon dissolution of the Company to be the same as the manner of distributions in Article 7. To the extent the allocations set forth herein would result in different distributions to the Members, the Tax Matters Partner, following consultation with the Members, if applicable, shall modify the allocation provisions of this Article so that the intended distributions are achieved.

## ARTICLE 6
### Expenses

6.1    Company Expenses.  Company shall pay for all costs and expenses of the Company, which may include, but are not limited to:

(a)    All organizational expenses incurred in the formation of the Company;

(b)    All costs of personnel employed by Company;

(c)    All costs reasonably related to the conduct of Company's day-to-day business affairs, including, but without limitation, the cost of supplies, utilities, taxes, licenses, fees and services contracted from third parties;

(d)    All costs of borrowed money, taxes and assessments on Company Property, and other taxes applicable to the Company;

AN
Attachment G

54-19

(e)     Legal, audit, accounting, brokerage and other fees;

(f)     Costs, fees, expenses and taxes incurred in connection with the issuance, distribution, transfer, registration and recording of documents evidencing ownership of an interest in the Company, or in connection with the business of the Company;

(g)     Fees and expenses paid to contractors, mortgage bankers, brokers and services, leasing agents, consultants, onsite managers, real estate brokers, insurance brokers and other agents;

(h)     Expenses in connection with the acquisition, preparation, design, planning, construction, development, disposition, replacement, alteration, repair, remodeling, refurbishment, leasing, financing and refinancing and operation of the Company Property or Company Business (including the costs and expenses of legal and accounting fees, insurance premiums, real estate brokerage and leasing commissions and of maintenance of such property);

(i)     The cost of insurance obtained in connection with the Company Business and Company Property;

(j)     Expenses of revising, amending, converting, modifying or terminating the Company;

(k)     Expenses in connection with distributions made by Company to Members, including accounting, bookkeeping and clerical work;

(l)     Expenses in connection with preparing and mailing reports required to be furnished to Members for tax reporting or other purposes that the Members deem appropriate;

(m)     Costs incurred in connection with any litigation, including any examinations or audits by regulatory agencies; and

(n)     Costs of preparation and dissemination of informational material and documentation relating to the Company Business and Company Property.

Company shall reimburse Manager and Members for any Company expense paid or advanced by Manager or any other Member for the Company's benefit.

**ARTICLE 7**
**Distributions**

7.1     <u>Distributions of Cash Available for Distribution</u>. At such times and in such amounts as the Manager in his discretion determines appropriate, Cash Available for Distribution shall be distributed in the following order of priority:

-6-

AN

Attachment G

5-4-20

(a)   First, among the Members in proportion to their Adjusted Contribution Amounts until such balances are reduced to zero (in no event less than the return of 100% of the Members' Capital Contributions);

(b)   Second, after the Members have received 100% of their Capital Contributions, the remaining Cash Available for Distribution shall be distributed to the Members according to their Percentage Interests.

7.2   <u>Tax Distributions</u>. Prior to dissolution of the Company, the Members may agree to distribute in cash, no later than 90 days after the close of the fiscal year of the Company or other relevant period, amounts for Member payment of income taxes due upon the Member's portion of net taxable income of the Company during such year as shown on the federal income tax return of the Company. Distributions under this Article may not be made to the extent that they would render the Company insolvent. Any distributions made under this Article shall be applied against distributions otherwise payable under this Article.

## ARTICLE 8
## Status of Members

8.1   <u>Participation in Management</u>. The Members shall control the Company's business and management of the Company, and shall have the right and authority to act for or on the behalf of, or otherwise bind, the Company.

8.2   <u>Limitation of Liability</u>. No Member shall have, solely by virtue of such Member's status as a Member in the Company, any personal liability whatever, whether to the Company, to any Members or to the creditors of the Company, for the debts or obligations of the Company or any of its losses beyond the amount committed by such Member to the capital of the Company, except as otherwise required by the Act.

8.3   <u>Recourse of Members</u>. Each Member shall look solely to the assets of the Company for all distributions with respect to the Company and such Member's Capital Contribution thereto and share of Net Income and Net Loss thereof and shall have no recourse therefore, upon dissolution or otherwise, to any other Member.

8.4   <u>No Right to Property</u>. No Member, regardless of the nature of such Member's contributions to the capital of the Company, shall have any right to demand or receive any distribution from the Company in any form other than cash, upon dissolution or otherwise.

## ARTICLE 9
## Books and Records, Accounting, Reports and Statements and Tax Matters

9.1   <u>Books and Records</u>. Members shall, at the expense of the Company, keep and maintain, or cause to be kept and maintained, the books and records of the Company on the same method of accounting as utilized for federal income tax purposes.

9.2   <u>Annual Accounting Period</u>. All books and records of the Company shall be kept on the basis of an annual accounting period ending December 31 of each year, except for the final accounting period which shall end on the date of termination of the Company. All references herein to the "fiscal

Attachment G

54-21

year of the Company" are to the annual accounting period described in the preceding sentence, whether the same shall consist of twelve months or less.

9.3     Tax Matters Partner.  Should there be any controversy with the Internal Revenue Service or any other taxing authority involving the Company, the Company may expend such funds as he deems necessary and advisable in the interest of the Company to resolve such controversy satisfactorily, including, without being limited thereto, attorneys' and accounting fees.  Alon Nottea is hereby designated as the "Tax Matters Partner" as referred to in Section 6231(a)(7)(A) of the Code, and is specially authorized to exercise all of the rights and powers now or hereafter granted to the Tax Matters Partner under the Code.

## ARTICLE 10
### Transfers of Member's Interest and Member's Limited Partnership Interest

10.1     General Prohibition.  No Member may voluntarily or involuntarily, directly or indirectly, sell, transfer, assign, pledge or otherwise dispose of, or mortgage, pledge, hypothecate or otherwise encumber, or permit or suffer any encumbrance of, all or any part of such Member's Interest in the Company or the Member's Limited Partnership Interest, except as provided in this Article.  Any transfer by any Member in violation of this Section 10.1 shall be null and void and of no effect.

10.2     Transfer Defined.  As used in this Agreement, the term "transfer" shall include any sale, assignment, gift, pledge, or other disposition or encumbrance of all or a portion of a Member's Interest in the Company, whether voluntary or involuntary.

10.3     Exempt Transfers.  Any Member may transfer any of his or her Member's Interest to other Members, any immediate family member of lineal descent, a revocable trust established for the primary benefit of the Member and his or her spouse and issue, provided that the Member is the settlor and a trustee of the trust.  Any exempt transferee shall hold the Member's Interest subject to all the provisions of this Article 10 and shall make no further transfers.  A transfer shall not be exempt, permitted or effective until the transferee has executed a written acknowledgment and agreement to be and remain bound by the provisions of this Article 10.  Failure or refusal to sign such an acknowledgment and agreement shall not relieve any transferee from any restrictions under this Article 10.  Any transfer by any Member in violation of this Section 10.3 shall be null and void and of no effect.  A transferee of a Member's Percentage Interest will not be admitted to the Company as a Substitute Member.

10.4     Withdrawal of Member.  A Member shall have no power to withdraw voluntarily from the Company.

## ARTICLE 11
### Dissolution, Winding Up and Termination

11.1     Events Causing Dissolution.  The Company shall be dissolved and its affairs shall be wound up upon the happening of the first to occur of any of the following events:

        (a)     Entry of a decree of administrative or judicial dissolution pursuant to the Act;

-8-

Attachment G

54-22

(b)     The sale or other disposition of all or substantially all of the assets of the Company; or.

(c)     The written approval of all the Members.

11.2    <u>Winding Up</u>.  Upon dissolution of the Company for any reason, the Members shall commence to wind up the affairs of the Company and to liquidate its assets. A reasonable time shall be allowed for the orderly winding up of the business of the Company and the liquidation of its assets and the discharge of its liabilities to creditors so as to enable the Members to minimize the normal losses attendant upon a liquidation, having due regard to the activity and condition of the relevant markets for the Company properties and general financial and economic conditions. Any Member may be a purchaser of any properties of the Company, including the Company Business, upon liquidation of the Company's assets, including, without limitation, any liquidation conducted pursuant to a judicial dissolution or otherwise under judicial supervision; provided, however, that the purchase price and terms of sale are fair and reasonable to the Company.

11.3    <u>Distributions</u>.  Prior to making distributions in dissolution, the Members shall first pay or make provision for all debts and liabilities of the Company, including repayment of loans to Members and their affiliates, and all expenses of liquidation.  Subject to any cash reserves deemed reasonably necessary for any contingent or unforeseen liabilities or obligations of the Company, the proceeds of liquidation and any other funds of the Company shall be distributed to the Members according to their Percentage Interests.

11.4    <u>Certificate of Cancellation; Report; Termination</u>.  Upon the dissolution and commencement of winding up of the Company, the Members shall execute and file articles of dissolution for the Company.  Within a reasonable time following the completion of the liquidation of the Company's assets, the Members shall prepare, at the expense of the Company, a statement which shall set forth the assets and liabilities of the Company as of the date of complete liquidation and the amount of each Member's distribution. Upon completion of the liquidation and distribution of all Company funds, the Members shall execute and file all documents required to effectuate the termination of the Company.

## ARTICLE 12
### Miscellaneous

12.1    <u>Notices</u>. Any notice, offer, consent or other communication required or permitted to be given or made hereunder shall be in writing and shall be deemed to have been sufficiently given or made when delivered personally to the party (or an officer of the party) to whom the same is directed, or (except in the event of a mail strike) five days after being mailed by first class mail, postage prepaid, if to the Company, to the office described in this Agreement, or if to a Member, to such Member's last known address. Any Member may change such Member's address by giving notice of such change to the Company, such change to become effective on the tenth day after such notice is given.

12.2    <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement among the parties and supersedes any prior agreement or understandings among them, oral or written, all of which are hereby cancelled.  This Agreement may not be modified or amended other than provided for herein. Any amendment, change or modification of this Agreement shall be effective only if it is in writing and signed by the required parties.

Attachment G

12.3    Amendments.  Except as otherwise provided by law, this Agreement may be amended in any respect by the unanimous consent of the Members.

12.4    Captions; Pronouns.  The paragraph and article titles or captions contained in this Agreement are inserted only as a matter of convenience of reference.  Such titles and captions in no way define, limit, extend or describe the scope of this Agreement nor the intent of any provision hereof.  All pronouns and any variation thereof shall be deemed to refer to the masculine, feminine or neuter, singular or plural, as the identity of the person or persons may require.

12.5    Counterparts.  This Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which when taken together shall constitute one and the same agreement. Delivery of any executed counterpart of a signature page to this Agreement by facsimile shall be effective as delivery of an executed original counterpart of this Agreement.

12.6    Governing Law.  This Agreement shall be governed by and construed in accordance with the laws of the state of California.

12.7    Dispute Resolution.  If a dispute arises from or relates to this Agreement or the subject matter of this Agreement, the Members and Company agree that the exclusive forum for adjudication of any such dispute shall be the courts of the state of California for the County of Los Angeles located at Van Nuys, California. The prevailing party, if any, shall be awarded its reasonable attorney's fees and litigation costs.

IN WITNESS WHEREOF the parties have executed this Agreement as of the date first hereinabove written.


MEMBERS:

_____
        Alon Nottea


_____
        Pierre Teboul

Attachment G

54-24

| From: | igor <igorlats@gmail.com> |
|---|---|
| Sent: | Thursday, March 31, 2011 8:36 AM |
| To: | Alon |
| Subject: | Fwd: FW: FBMECS E-commerce Acquiring |
| Attachments: | image001.gif; E-commerce Merchant Application v2.02.doc |

hello
this is another march acc

this is one of good friend who has bank en Cyprus -he ask me for fill up this application -company just from Europa will use our from Estonia my part about company and director -your part another if need translate same world ask Rita sorry for my English -its what its igor

Игорь, добрый день

Для более корректного ответа на Твои вопросы заполни, пожалуйста, прилагаемую форму и вышли в мой адрес.

С уважением,

FBME BANK LTD

Vladimir Kondakov

Senior Vice President

Group Head of CIS Business Development

Web:   www.fbme.com <http://www.fbme.com/>

DISCLAIMER:

1

EXHIBIT

55

This email and any attachments are confidential. They may contain privileged information and are intended for named addressee(s) only. Any review, transmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. FBME Bank Ltd is neither liable for the proper and complete transmission of the information contained in the communication nor for any delay in its receipt. Although this email and any attachments have been checked for the presence of computer viruses, we believe, but do not warrant, that this email and any attachments are virus free. You must therefore take full responsibility of checking for viruses. FBME Bank Ltd reserves the right to monitor all email communications.

**55-2**

| From: | iqor <igorlats@gmail.com> |
|---|---|
| Sent: | Tuesday, January 03, 2012 3:22 PM |
| To: | Alon | Bunzai Media |
| Subject: | Fwd: FW: Visa and MasterCard Excessive chargebak program |

---------- Forwarded message ----------
From: Roman Balanko <Roman@nationalmerchant.com>
Date: Fri, Dec 23, 2011 at 2:34 PM
Subject: FW: Visa and MasterCard Excessive chargebak program
To: igorlats@gmail.com

Chargeback Monitoring

Global Merchant Chargeback Monitoring Program Overview

Effective 1 June 2010, Visa monitors Merchant Outlets and Acquirers that generate an excessive

level of international Chargebacks through the Global Merchant Chargeback Monitoring Program as

noted below. Disputes related to Chargeback Reason Code 93, "Merchant Fraud Performance

Program," are excluded from program monitoring.

A Merchant Outlet is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

• 200 international Chargebacks

• 200 International Transactions

• 2% ratio of international Chargebacks to International Transactions

An Acquirer is identified in the Global Merchant Chargeback Monitoring Program if it meets or

exceeds all of the following monthly performance activity levels:

1


EXHIBIT
58
tabbies

- 500 international Chargebacks

- 500 International Transactions

- 1.5% ratio of international Chargebacks to International Transactions

- One or more Merchants in the program during the reporting month

Visa may modify or create new monthly performance levels to respond to different Chargeback and

fraud trends that emerge.

Additional operational details regarding the program are specified in the Visa Global Merchant

Chargeback Monitoring Program (GMCMP) Program Guide.

**************************************************************************

FYI- MasterCard's Chargeback thresholds are the same in every country.  The program is identified below.

8.3 Excessive Chargeback Program

MasterCard designed the Excessive Chargeback Program (ECP) to encourage

each Acquirer to closely monitor, on an ongoing basis, its chargeback

performance at the Merchant level and to determine promptly when a Merchant

has exceeded or is likely to exceed monthly chargeback thresholds.

2

8.3.1 Definitions

The following terms used in the ECP have the meanings set forth below.

• A Merchant is defined as any distinct Merchant location, whether a Merchant's physical location or a Merchant's Internet site or uniform resource locator (URL) that is uniquely identified by the Acquirer in the Transaction record.

• The Chargeback-to-Transaction Ratio (CTR) is the number of MasterCard chargebacks received by the Acquirer for a Merchant in a calendar month divided by the number of the Merchant's MasterCard sales Transactions in the preceding month acquired by that Acquirer. (A CTR of 1% equals 100 basis points.)

• A Chargeback-Monitored Merchant (CMM) is a Merchant that has a CTR in excess of 50 basis points and at least 50 chargebacks in a calendar month.

• A Merchant is an Excessive Chargeback Merchant (ECM) if in each of two consecutive calendar months (the "trigger months"), the Merchant has a minimum CTR of 100 basis points and at least 50 chargebacks in each month. This designation is maintained until the ECM's CTR is below 100 basis points for two consecutive months.

8.3.2 Reporting Requirements

It is the Acquirer's responsibility on an ongoing basis to monitor each of its Merchants in accordance with the Standards, including but not limited to sections 6.2.2, 7.2, and 7.2.3 of this manual.

The ECP requires an Acquirer to calculate, for each calendar month, the CTR in basis points for each of its Merchants and report to MasterCard any Merchant that is a CMM or ECM as defined in section 8.3.1.

MasterCard will assess an Acquirer of a CMM or ECM the reporting fees set

3

forth in sections 8.3.2.1.2 and 8.3.2.2.2.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-12 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

8.3.2.1 Chargeback-Monitored Merchant Reporting Requirements

Each calendar month, an Acquirer must submit to MasterCard a separate CMM report for each of its Merchant(s) that qualifies as a CMM for the previous calendar month. For the purpose of determining if an Acquirer is obligated to submit a CMM report, the Acquirer must calculate the CTR as set forth in section 8.3.1. The Acquirer must submit this report no later than 45 days from the end of the calendar month.

The Acquirer must submit the CMM report in a form and manner required by MasterCard. The Acquirer also must provide a copy of the CMM report and these ECP Standards to the specific CMM Merchant. MasterCard will assess the Acquirer a reporting fee of USD 50 for each CMM report submitted.

8.3.2.1.1 CMM Report Contents

The CMM report must include all of the following information:

• The name and location of the CMM

• The calendar month of CMM qualification being reported

• The CTR of the CMM for the reported calendar month

• The Card acceptor business code/Merchant category code (MCC) assigned to the CMM and a description of the nature of the CMM's business

• The number and gross dollar volume (GDV) of the CMM's MasterCard sales Transactions in the reported calendar month and in the preceding month

• The number and GDV of chargebacks of the CMM's MasterCard sales

4

Transactions for the reported calendar month

• Any additional information as MasterCard may require

8.3.2.1.2 Late CMM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is a CMM and the Acquirer fails to submit a timely CMM report to MasterCard for that Merchant, MasterCard may assess the Acquirer up to USD 5,000 per month for each month that a specific monthly CMM report is overdue.

8.3.2.2 Excessive Chargeback Merchant Reporting Requirements

Within 30 days of the end of the second trigger month, and on a monthly basis thereafter, the Acquirer must submit a separate ECM report for each of its ECMs (in lieu of a CMM report) until that ECM's CTR is below 100 basis points for two consecutive months. The Acquirer also must provide a copy of the ECM report and these ECP Standards to the specific ECM Merchant. MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM report submitted.

8.3.2.2.1 ECM Report Contents

The ECM report must include all of the information required for the CMM report, and the following additional information:

• A description of the Acquirer's chargeback controls in place to monitor the ECM's activities

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-13

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

• An evaluation of the practices that caused the ECM to exceed the ECP Standard

• An Acquirer action plan to reduce the ECM's CTR

5

• An electronic file that contains chargeback Transaction detail for each chargeback received by the Acquirer for the ECM in the calendar month

• Any additional information as MasterCard may require from time to time

MasterCard will assess the Acquirer a reporting fee of USD 300 for each ECM report submitted.

8.3.2.2.2 Late ECM Report Submission Assessment

If the Acquirer or MasterCard determines that a Merchant is an ECM and the Acquirer fails to submit a timely ECM report to MasterCard for that ECM, MasterCard may assess the Acquirer up to USD 500 per day for each of the first 15 days that the ECM report for that ECM is overdue and up to USD 1,000 per day thereafter until the delinquent ECM report is submitted.

8.3.3 Assessments

In addition to any applicable assessments for CMM reports, ECM reports, or late report submissions, MasterCard may assess the Acquirer for Issuer reimbursement fees and violation assessments for excessive chargebacks arising from an ECM. MasterCard calculates the Issuer reimbursement fees and assessments as described in section 8.3.3.1 and they apply in each calendar month that the ECM exceeds a CTR of 100 basis points after the first trigger month. For the purposes of calculating Issuer reimbursement fees and assessments only (and not for the purpose of satisfying the reporting requirements contained herein), an Acquirer may offer an alternative CTR calculation that more accurately "maps back" or links the chargebacks to the relevant sales Transactions.

8.3.3.1 ECP Assessment Calculation

MasterCard determines an Acquirer's liability for the monthly Issuer reimbursement fees and assessments for each ECM as set forth below.

6

MasterCard calculates the Issuer reimbursement fees in the following steps 1, 2, and 3, and calculates the violation assessment in step 4.

1. Calculate the CTR for each calendar month that the ECM exceeded a CTR of 100 basis points (which may also be expressed as 1% or 0.01).

2. From the total number of chargebacks in the above CTR calculation, subtract the number of chargebacks that account for the first 100 basis points of the CTR. (This amount is equivalent to one percent of the number of monthly sales Transactions used to calculate the CTR.) The result is the number of chargebacks above the threshold of 100 basis points.

3. Multiply the result from step 2 by USD 25. This is the Issuer reimbursement.

4. Adjust the result in step 3 to reflect the extent that the Acquirer has exceeded the 100 basis points threshold by multiplying the value in step 3 by the CTR (expressed as basis points). Divide this result by 100. This amount is the violation assessment.

©1991–2011 MasterCard. Proprietary. All rights reserved.

8-14 29 July 2011 • Security Rules and Procedures Merchant Edition

Merchant Fraud Control Programs

8.3 Excessive Chargeback Program

Repeat steps 1–4 for each calendar month (other than the first trigger month) that the ECM exceeded a CTR of 100 basis points or one percent.

Example: The Acquirer for Merchant ABC acquired MasterCard sales Transactions and chargebacks over a six-month period as follows:

Month January February March April May June July

Sales Transaction 95,665 95,460 95,561 95,867 95,255 95,889 95,758

Chargebacks 720 1003 1301 1256 1175 923 824

CTR in basis points — 105 136 131 123 97 86

7

February and March are the trigger months, as these are two consecutive months where the CTR exceeded 100 basis points. At the end of July, Merchant ABC was no longer an ECM as its CTR was below 100 basis points for two consecutive months. MasterCard calculates assessments and Issuer reimbursements for each of the months March through July.

For example, the assessment for April (using March sales Transactions and April chargeback volumes) is calculated as follows:

• The CTR = April chargebacks/March sales Transactions = 1,256/95,561 = 0.01314 or 131 basis points (rounded)

• The number of chargebacks in excess of the 100 basis points is determined by subtracting one percent of the March sales Transactions from the number of April chargebacks. One percent of the March sales Transactions (95,561 x 0.01) is 956. 1256 – 956 = 300 chargebacks

• The Issuer reimbursement for April is 300 x USD 25 = USD 7,500

• The violation assessment is (USD 7,500 x 131)/100 or 982,500/100 = USD 9,825

Using this methodology, the Issuer reimbursement fees and assessments for the Acquirer for Merchant ABC are as follows:

Month

Issuer

Reimbursement Assessment Total

February (first

trigger month)

0 0 0

March (second

trigger month)

8

USD 8,650 USD 11,764 USD 20,414

April USD 7,500 USD 9,825 USD 17,325

May USD 5,400 USD 6,642 USD 12,042

June 0 0 0

July 0 0 0

Total USD 21,550 USD 28,231 USD 49,781

©1991–2011 MasterCard. Proprietary. All rights reserved.

Security Rules and Procedures Merchant Edition • 29 July 2011 8-15

Merchant Fraud Control Programs

8.4 Cardholder-Merchant Collusion (CMC) Program

8.3.4 Issuer Reimbursement

MasterCard will remit Issuer reimbursement fees to Issuers through the MCBS.

Actual reimbursements will vary depending on the extent and duration of the

violation and the number of chargebacks processed by each Issuer, and will be

paid out of the amounts collected for the Issuer reimbursement fees described

in section 8.3.3.1 on a pro rata basis.


John Thompson

Risk/Underwriting Manager
NATIONAL MERCHANT CENTER
Phone: 1(800)662-8448 ext.713 <tel:1%28800%29662-8448%20ext.713>

(949)419-8400 ext 713 <tel:%28949%29419-8400%20ext%20713>

Fax: 1(949)313-1299 <tel:1%28949%29313-1299> JFThompson@nationalmerchant.com

www.nationalmerchant.com <http://www.nationalmerchant.com/>

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

10