**To:**    Doron[doron@doron.us]; Avico Global[avicoglobal@gmail.com]; Alon N[alon@mediaurge.com]
**From:**    Paul Medina
**Sent:**    Mon 12/30/2013 7:48:45 PM
**Importance:**    Normal
**Subject:**    Moving 2nd LL account over to secured merchants
**MAIL_RECEIVED:**    Mon 12/30/2013 7:49:06 PM

Doron and Avi,

I need to move the 2nd limelight account expense over too secured merchants

https://www.mucbo.com/admin/login.php

I can contact them and give them the new CC # if you provide me.

Regards,

--
Paul B. Medina
Executive Vice President

Mobile:818-983-7202 | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:PMedina0331 | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/


Further, this message is intended only for the designated recipient.
It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail
and delete this message. Thank you.



Exhibit 59

| | |
|---|---|
| **From:** | Alon \| Mediaurge <alon@mediaurge.com> |
| **Sent:** | Monday, April 14, 2014 4:00 PM |
| **To:** | Paul Medina; Doron; Igor Lats |
| **Subject:** | Fwd: EVO remaining processing reports |
| **Attachments:** | Reserves and releases 4-2014.xls; Untitled attachment 00028.htm; Alon EVO res 4-11.xls; Untitled attachment 00031.htm |

Paul,

**Pls see attached**
**Pls update UMS reserve after this release (where are we now) Pls keep track of EVO reserve from now....**

Thank you!

Begin forwarded message:

> From: Bob Sarkisyan <bob.sarkisyan@umsbanking.com <mailto:bob.sarkisyan@umsbanking.com> >
> Date: April 14, 2014 at 1:43:49 PM PDT
> To: Alon \| MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >
> Cc: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >, "jacki.cass" <Jacki.Cass@umsbanking.com <mailto:Jacki.Cass@umsbanking.com> >
> Subject: Re: Fwd: EVO remaining processing reports

Dear Alon,

Please see attached for reserve release details on Global side, you should see the funds in 2 business days. Also, your current EVO reserve is $236,930.15 (details also attached).

Let me know if you have any questions.

Thank you.



On 4/14/2014 10:40 AM, Joyce Gaines wrote:

Dear Alon and Team,

Thank you for this data. It will help and for sure EVO needs to know about the layered decrease in volume so they do not freak on CB increases.

This is to confirm that my team will inform Global to release $ 250,000 from reserves.

Thank you, we too have enjoyed your partnership and I totally understand your new direction.

1

Ex. 21
Attachment O

Very Best,

Joyce

On 4/14/2014 10:28 AM, Alon | MediaUrge wrote:

Dearest UMS Team,

Happy Monday! I know you guys have had a crazy couple of months, and i just wanted to thank you for efforts that went into keeping out accounts alive. You guys are amazing and I couldn't of hoped to have a more supportive team... Thank you!

As promised, Attached, please find a total volume processing slowdown report for each of our Re-Sellers showing exactly how much volume will occur all the way to the end.

PLEASE NOTE: I ALSO ADDED A COMBINED VERSION FOR YOUR EYES ONLY... (NOT TO BE FORWARDED TO EVO)

I wanted to inform you all about the latest executive decisions that have been made, I mentioned it to Dylan and Geoff, but they said keep everyone in loop so we can keep EVO informed.

Due to new compliance regulations that are coming out soon (FTC, VISA, MC), and due to the aggressive marketing nature of these external affiliates/marketers which we have to monitor and police daily. We have decided to 'stop' new Auravie, Dellure, and Miracle face kit, new customer acquisitions. This means that we will quickly see new transactions fading away and over the next few months, we are just going to go thru the existing subscriptions / re-bills we have in our system.

The reason this is important to you is because we have to notify EVO of our decision and that they should expect:
      1. total processing volume to reduce by 50% respectfully for the next 3-4 months consistently example: 1.0M in April, 500K in May, 250K in June and so on...
      2. Chargebacks percentages will increase a bit due to lack of new transactions, but Chargeback counts will dramatically reduce due to much lower volume.
      3. That we are grateful for their understanding and appreciate them supporting our 'slow down' process.

Of course, as always, we will never leave any loose ends or unmanaged issues... We will support every last customer till their last subscription shipment and thereafter to make sure there are no further customer service inquires. Customer service, refunds and any inquiries will be managed and followed through to the end. As always, Not to worry, we will never make UMS or EVO tap into any reserve account as a result of our internal error or business process.

Last but not least:

      1. If you can please find out how much EVO is currently holding in reserves as beside processing, the majority of out Chargeback winnings (about 50K per month) are also going into the reserve accounts and we need to know where we stand there.

      2. Dylan confirmed (through Joyce) that USM will release 250K from the current Global Reserves today... please confirm...

**Ex. 21**
**Attachment O**

Please let mw know if there are any questions... Again, thank you all!!!!!

Best Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com

<mailto:alon@mediaurge.com>


<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.




--



UMS Banking


Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>


<http://www.umsbanking.com>


3

**Ex. 21**
**Attachment O**

*************************************************************************
*********************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately. Thank you.

*************************************************************************
*********************************

--

UMS Banking

Bob Sarkisyan
Risk Management
Phone: (818) 246-6767
Fax: (818) 246-3631
bob.sarkisyan@umsbanking.com <mailto:bob.sarkisyan@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>

_____

*************************************************************************
*********************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately. Thank you.

Ex. 21
Attachment O

*******************************************************************************
***********************************

Ex. 21
Attachment O

**To:** Igor[igorlats@gmail.com]
**From:** Alon | Bunzai Media
**Sent:** Fri 7/27/2012 5:18:31 PM
**Importance:** Normal
**Subject:** Fwd: Chargeback intercept program
**MAIL_RECEIVED:** Fri 7/27/2012 5:18:31 PM

EXHIBIT 62

**From: Greg Augustine** <GAugustine@bppacific.com>
Date: Wed, Jul 25, 2012 at 6:18 PM
Subject: Chargeback intercept program
To: "alon@bunzaimedia.com" <alon@bunzaimedia.com>, "paul@bunzaimedia.com" <paul@bunzaimedia.com>
Cc: "Raul Orue (raul@impmerchantsolutions.com)" <raul@impmerchantsolutions.com>


Hi Alon and Paul,


Nice meeting with all of you on Monday. We are really looking forward to working with you guys. Raul and I really like the dynamic of our two firms working together on perfecting this extremely valuable process. I really think the sky is the limit and the market is really poised to jump at this opportunity. VERY EXCITING!


First things first- Raul and I have already identified a couple of ISOs for you. I spoke to one earlier today who is very interested and Raul will be reaching out to another by the end of the week. We will get back to you by Friday or Monday at the latest…


Secondly, the link below will take you to the chargeback intercept agreement: If you would like to test the process out on a couple of your own MIDS we can get you up and going ASAP. (Maybe shoot for August 1.)  Forget the deposit on the schedule D but there is a $250 set-up fee that we can't waive unfortunately.

http://www.westlakepayments.com/sales/ak_posniak_jacob/midflex_chargeback_intercept/MidFlex_consult_schedule_d_config_v_120725_3875_editable.pdf

Here is a general overview of the system and some of its advantages:


The MidFlex Chargeback Intercept program is a groundbreaking way to reduce chargebacks that is both cost effective and easy to implement.  The process is simple.

- *Midflex has established relationships with a growing network of card issuing banks*
- *Participating banks send all qualified Fraud chargebacks to MidFlex for review as step one in their dispute process. This transfer happens almost instantaneously.*
- *Midflex queries their database of merchants to match any inbound chargeback alerts to their customers.  If there is a match then the merchant receives an alert for that transaction in their daily report.*
- *The merchant is responsible to refund the customer right away and notify MidFlex of the refunds that have occurred or any problems locating specific transactions*
- *The card-issuing bank checks to make sure that the card has been refunded and MidFlex has been notified.*
- *No chargeback is issued.*

The cost of each chargeback intercept is only $38.75.  This represents a significant operational savings against traditional chargeback adjudication and has shown to reduce the typical card-not-present merchant's chargeback rate by 15-20%.

Getting started is easy.  Just provide MidFlex with the retail descriptors and MIDs for the merchant accounts that they would like to include in the program along with an email address where the daily chargeback intercept reports should be sent.

*dvantages over other chargeback mitigation solutions include:*

- *no proprietary gateway requirement*
- *no technical implementation process*
- *no long term contract*
- *no tiered pricing that jack the price up to ridiculous levels when merchant exceeds 1% cbs*
- *no secondary underwriting and approval process.*

We are poised to have a big impact on the preservation of thousands of merchants who are in danger of breaching the strict Visa / MC chargeback thresholds, getting fined and / or losing their merchant accounts.  Proliferation of the MidFlex chargeback intercept system provides a real value and cost savings for Merchants, card-issuing banks and card-holders alike.

We look forward to working with you to really take this program to the next level…  Call me anytime.

Greg Augustine

Bridgepoint Pacific Group, Inc.

IP Merchant Solutions

3563 Old Conejo Rd.

Newbury Park, CA 91320

(805) 498-7085 (Office)

(805) 906-1616( Cell)

(805) 465-6305 (Fax)




NOTICE:

e information in this e-mail message is confidential and legally privileged information intended only for use of the intended recipient(s) listed above. if you, the reader(s) are not the intended recipient(s) listed above, you are hereby notified that you should NOT further disseminate, forward, or distribute this e-mail message. If you have received this message in error, please notify the e-mail sender.  Furthermore,  any use, dissemination, forwarding, printing, or copying of this message is strictly prohibited.

WARRANTIES & REPRESENTATIONS:

Bridgepoint Pacific Group, Inc. , including its subsidiaries, owners, employees and affiliates, collectively Bridgepoint, make no warranties or representations as to the accuracy and completeness of the information contained in this e-mail, including any attachment(s) thereto.  The information contained herein is provided for the convenience of the recipient without any warranty of any kind, express or implied, and are not intended to provide specific advice or recommendations for any individual or entity. Bridgepoint recommends that the intended recipient always consult their own attorney, accountant or tax advisor with regard to their individual situation.

IRS CIRCULAR 230 DISCLOSURE:

Tax advice contained in this communication (including any attachments) is neither intended, nor written to be used, and cannot be used, to avoid penalties under the Internal Revenue Code or to promote, market or recommend to anyone a transaction or matter addressed in this communication.

| From: | Igor <iqorlats@gmail.com> |
|---|---|
| Sent: | Tuesday, November 25, 2014 9:09 AM |
| To: | Doron |
| Subject: | Fwd: Hi |

Hello,Doron

The account number is :

BANK NAME: LEUMMI LE ISRAEL BM (978)

ACCOUNT No: ▓▓▓▓▓

Swift code: LUMIILITTLV

IBAN: ▓▓▓▓▓▓▓▓▓

$ 38,892

**make payment please from SBM**

**thank you**

1



**From:**          Nastassia Yalley <nastassia@bunzaimedia.com>
**Sent:**          Monday, December 12, 2011 10:58 AM
**To:**            Doron | Bunzai Media
**Subject:**       Re: Merchant Accts
**Attachments:**   Merchant Account Information.xls

See attached. Un-hide the rows to see the closed merchant accounts.


On Sun, Dec 11, 2011 at 8:26 PM, Doron | Bunzai Media <doron@bunzaimedia.com> wrote:


    Hello,

    I need a list please of all our merchant accounts active and not and the names that they are under so we can fix the tax ID.

    Thanks,

    Doron


--
-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

**EXHIBIT 78**

| Merchant Account Name | Website | Corporation | CEO/OWNER | Address | Phone | FAX | Bank/Processor | Merchant Number | Descriptor | Approved Processing Amount | Bank Account/Name | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MiracleFacekit | Miraclefacekit.com | DSA HOLDINGS, INC | Motti Nottea | 8335 Winnetka Ave #112, Winnetka CA 91306 | 818-785-6800 | 818-647-0182 | Tinocurse | 4670500000000126 | MiracleFacekit 8667169336 | $75,000.00 | 9619/Dead Sea | **CLOSED, pending our reserves |
| Auravie | Myauravie.com | DSA HOLDINGS, INC | Myra Nottea | 8335 Winnetka Ave #112, Winnetka CA 91306 | 818-785-6800 | 818-647-0182 | Tinocurse | 4670000000000125 | Auravie8882171365 | $75,000.00 | 9619/Dead Sea | **CLOSED, pending our reserves |
| Deadseamasque.com | Deadseamasque.com | DSA HOLDINGS, INC | Motti Nottea | 8335 Winnetka Ave #112, Winnetka CA 91306 | 818-785-6800 | 818-647-0182 | Incheck/Merrick Bank | 461074270102080 | YOURFACEKIT.COM | $800,000.00 | 9619/Dead Sea | Only processing refunds |
| MyAuravie.com | MyAuravie.com | DSA HOLDINGS, INC | Motti Nottea | 8335 Winnetka Ave #112, Winnetka CA 91306 | 818-785-6800 | 818-647-0182 | Incheck/Merrick Bank | 461074270102072 0 | YOURFACEKIT.COM | $800,000.00 | 9619/Dead Sea | Only processing refunds |
| MyAuravie.com | MyAuravie.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-647-0182 | SignaPay/ Cynergy | 3899000001761236 | YOURFACEKIT.COM | $300,000.00 | 9619/Dead Sea | |
| DMA 1 | N/A | DMA MEDIA HOLDINGS, INC | Rachel Nottea | 19528 Ventura Blvd Suite 224, Tarzana, CA 91356 | 866-982-6218 | 818-785-1555 | SignaPay/ Cynergy | 3899-1930336 | DMA 866-982-6218 | $200,000.00 | 2296/DMA | |
| DMA 2 | N/A | DMA MEDIA HOLDINGS, INC | Rachel Nottea | 19528 Ventura Blvd Suite 224, Tarzana, CA 91356 | 866-982-6218 | 818-785-1555 | SignaPay/ Cynergy | 3899-1930369 | DMA 866-982-6218 | $200,000.00 | 2296/DMA | |
| Lifestyle 1 | N/A | LIFESTYLE MEDIA BRANDS, INC | Lori Bekhor | 8335 Winnetka Ave #118, Winnetka CA 91306 | 888-276-7261 | 818-994-8999 | SignaPay/ Cynergy | 3899-1931243 | LIFESTYLE 888-276-7261 | $200,000.00 | 2320/Lifestyle | |
| Lifestyle 2 | N/A | LIFESTYLE MEDIA BRANDS, INC | Lori Bekhor | 8335 Winnetka Ave #118, Winnetka CA 91306 | 888-276-7261 | 818-994-8999 | SignaPay/ Cynergy | 3899-1931284 | LIFESTYLE 888-276-7261 | $200,000.00 | 2320/Lifestyle | |
| AGOA 1 | Miraclefacekit.com | AGOA HOLDINGS, INC | Roi Reuveni | 7900 Gloria Ave, Van Nuys, CA 91406 | 888-320-0196 | 888-320-0196 | SignaPay/ Cynergy | 3899-1946001 | BEAUTY 88833200196 | $200,000.00 | 2288/Agoa | |
| AGOA 2 | Auraviebeauty.com | AGOA HOLDINGS, INC | Roi Reuveni | 7900 Gloria Ave, Van Nuys, CA 91406 | 888-320-0196 | 888-320-0196 | SignaPay/ Cynergy | 3899-1951811 | SKIN 88832200196 | $200,000.00 | 2288/Agoa | |
| ZEN 1 | N/A | ZEN MOBILE MEDIA, INC | Igor Latsanovski | 4335 Van Nuys Blvd #167, Sherman Oaks CA 91403 | 888-609-8647 | 818-994-8999 | SignaPay/ Cynergy | 3899-2061743 | ZMM 8886098647 | $100,000.00 | 5422/Zen | |
| ZEN 2 | N/A | ZEN MOBILE MEDIA, INC | Igor Latsanovski | 4335 Van Nuys Blvd #167, Sherman Oaks CA 91403 | 888-609-8647 | 818-994-8999 | SignaPay/ Cynergy | 3899-2069373 | ZMM 8886098647 | $100,000.00 | 5422/Zen | |
| SAFEHAVEN 1 | N/A | SAFEHAVEN VENTURES, INC | Tomer Amsalem | 548 S Spring St #406, Los Angeles, CA 90013 | 888-341-4183 | 818-474-7373 | SignaPay/ Cynergy | 3899-2072039 | SV 8883414183 | $100,000.00 | 5844/Safehaven | |
| SAFEHAVEN 2 | N/A | SAFEHAVEN VENTURES, INC | Tomer Amsalem | 548 S Spring St #406, Los Angeles, CA 90013 | 888-341-4183 | 818-474-7373 | SignaPay/ Cynergy | 3899-2078572 | SV 8883414183 | $100,000.00 | 5844/Safehaven | |
| HSBC | Auraviemiracle.com | BUNZAI MEDIA GROUP, INC | Bahm Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 866-716-9336 | 818-647-0182 | HSBC | 825883300013 70 | | $500,000.00 | 8767/Auravie | CLOSED |
| HSBC | AuravieGiveaway.com | DMA MEDIA HOLDINGS, INC | Rachel Nottea | 19528 Ventura Blvd Suite 224, Tarzana, CA 91436 | 866-982-6214 | 818-785-1555 | HSBC | 8788300001774 | DMA 8669826218 | $75,000.00 | 2296/DMA | CLOSED |
| HSBC | Miraclefreetrial.com | LIFESTYLE MEDIA BRANDS, INC | Lori Bekhor | 8335 Winnetka Ave #118, Winnetka CA 91306 | 888-276-7261 | 818-994-8999 | HSBC | 6782200001776 | LMB*8882767061 | $50,000.00 | 2320/Lifestyle | CLOSED |
| HSBC | Myauravie.com | LIFESTYLE MEDIA BRANDS, INC | Lori Bekhor | 8335 Winnetka Ave #117, Winnetka CA 91306 | 888-276-7261 | 818-994-8999 | HSBC | 5700830001774 | LMB*8882767061 | $50,000.00 | 2320/Lifestyle | CLOSED |
| WAB | Miraclefreetrial.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 866-216-9336 | 818-647-0182 | West America Bank | | | $200,000.00 | 9528/Bunzai | |
| Miracle Face Kit - Single | Miraclefacekit.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-989-2002 | Wellsfargo/National Merchant Center | 510159011201811 | MIRACLEFACEKIT8662169336 | $50,000.00 | 9536/MFK | |
| Miracle Face Kit - Continuity | Ammiraclekit.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-989-2002 | National Merchant Center | 510159011201845 | MIRACLEFACEKIT8663719336 | $50,000.00 | 9536/MFK | **CLOSED, pending our reserves |
| Auravie - Single | Auravie.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-989-2002 | Wellsfargo/National Merchant Center | 510159011201746 | AURAVIE 888-291-7385 | $50,000.00 | 9544/Aura | Processing Auravie.com |
| M3D | M3dtv.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-989-2002 | Wellsfargo/National Merchant Center | 510159011201944 | M3D Kids 8882412619 | $20,000.00 | 9627/M3D | Not processing |
| Salt Souffle | Saltsouffle.com | BUNZAI MEDIA GROUP, INC | Motti Nottea | 16161 Ventura Blvd #378, Encino, CA 91436 | 818-785-6800 | 818-989-2002 | Wellsfargo/National Merchant Center | 510159011201936 | SALT SOUFFLE 8662169336 | $50,000.00 | 9619/Dead Sea | |

**EXHIBIT 78**

**From:**          Nastassia Yalley <nastassia@bunzaimedia.com>
**Sent:**          Monday, August 27, 2012 3:04 PM
**To:**            Doron .
**Subject:**       June breakdown
**Attachments:**   June 2012 Breakdown.xlsx; Personal Expenses June 2012.xls; Khris Statement June.xlsx

working on july now...yes I know I'm behind

--
-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
C: 818.687.0366
F: 818.647.0182

**LIFESTYLE ACCOUNTS**

| Beginning on 6/1/12 | $ | 54,790.11 |
|---|---|---|

**Deposits**

| | | |
|---|---|---|
| Sales from Lifestyle Signapay | $ | 58,661.93 |
| Chargeback Reversals Signapay | $ | 194.65 |
| **Total Deposits** | **$** | **58,856.58** |

**Withdrawals**

| | | |
|---|---|---|
| LMB Signapay Account Fees | $ | (1,898.57) |
| LMB Signapay Chargebacks | $ | (2,080.68) |
| LMB Signapay Discount Fees | $ | (438.54) |
| Transfer to Savings | $ | (2,000.00) |
| Gateway Fee | $ | (20.39) |
| Matrix Marketing (Lawyer Fees) | $ | (13,465.00) |
| Clickbooth | $ | (24,345.00) |
| Jacem | $ | (32,725.00) |
| Office Expenses | $ | (2,159.55) |
| **TOTAL WITHDRAWALS** | **$** | **(79,132.73)** |

| **Ending Balance on 6/30/12** | **$** | **34,513.96** |
|---|---|---|

| **Office Expenses** | | |
|---|---|---|
| Quickbooks | $ | (32.99) |
| Apple Store | $ | (690.04) |
| EDD | $ | (242.52) |
| IRS | $ | (1,194.00) |

| **LMB SAVINGS ACCOUNT** | | |
|---|---|---|
| Beginning on 6/1/12 | $ | 352.11 |

**Deposits**

| | | |
|---|---|---|
| Transfer from LMB Main | $ | 2,000.00 |

**Withdrawals**

| | | |
|---|---|---|
| Metrofax | $ | (14.95) |
| Bank Fee | $ | (14.97) |
| **Ending Balance on 6/30/12** | **$** | **2,322.19** |

**EXHIBIT 82**

**ZEN MOBILE MEDIA ACCOUNTS**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | $ | 78,264.25 |

| **Deposits** | | | |
|---|---|---|---|
| Chargeback Reversal | $ | 1,392.02 | Signapay= 706.86 |
| Sales from Zen UMS | $ | 105,441.58 | |
| Sales from Zen Signapay | $ | 82,109.27 | |
| **Total Deposits** | $ | 188,942.87 | |

| **Withdrawals** | | | |
|---|---|---|---|
| Zen Signapay Merchant Acct Fees | $ | (7,427.07) | |
| Zen Signapay Merchant Discount Fees | $ | (1,623.13) | |
| Zen UMS Merchant Acct Fees | $ | (7,687.62) | |
| Zen UMS Merchant Discount Fees | $ | (624.37) | |
| Zen Signapay Chargebacks | $ | (13,665.70) | **OFFICE EXPENSES** |
| Zen UMS Chargebacks | $ | (7,168.23) | 6/11/2012 MetroFax    -25.45 |
| CalEnergy (Return) | $ | (80,000.00) | |
| Bank Fees | $ | (37.50) | |
| Amex Payment | $ | (3,799.88) | |
| Office Expenses (Metrofax) | $ | (25.45) | |
| Transfer to Zen Main | $ | (130,000.00) | |
| **TOTAL WITHDRAWALS** | $ | (252,058.95) | |

| **Ending Balance on 6/30/12** | $ | 15,148.17 |
|---|---|---|

| **ZEN SAVINGS ACCOUNT** | | |
|---|---|---|
| **Beginning on 6/1/12** | $ | 19,030.10 |

| **Deposits** | | | |
|---|---|---|---|
| Transfer from Zen Main | $ | 130,000.00 | |
| **Total Deposits** | $ | 130,000.00 | **OFFICE EXPENSES** |

| **Withdrawals** | | | |
|---|---|---|---|
| | | | 6/4/2012 Quickbooks    -29.99 |
| Checks to Bunzai | $ | (112,000.00) | 6/14/2012 Metrofax    -14.95 |
| Alon Salary (Kape Property) | $ | (3,550.00) | |
| CalEnergy (Return) | $ | (20,000.00) | |
| Salary (Sean) | $ | (3,000.00) | |
| Office Expenses | $ | (44.94) | |
| Bank Fee | $ | (15.31) | |
| **TOTAL WITHDRAWALS** | $ | (138,610.25) | |

| **Ending Balance on 6/30/12** | $ | 10,419.85 |
|---|---|---|

**SAFEHAVEN VENTURES ACCOUNTS**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$** | **86,870.49** |

**Deposits**

| | | |
|---|---|---|
| Sales from UMS | | 65,486.76 |
| UMS CB Reversal | | 97.88 |
| Signapay CB Reversal | | 391.52 |
| Sales from Safe Signapay | | 78,148.69 |
| **Total Deposits** | **$** | **144,124.85** |

**Withdrawals**

| | | | | | |
|---|---|---|---|---|---|
| Safe Merchant Acct Fees | $ | (6,747.35) | | | |
| Safe Signapay Chargebacks | $ | (10,217.52) | | | |
| Safe Signapay Discount Fees | $ | (2,476.19) | | | |
| UMS Chargebacks | $ | (9,199.06) | | | |
| UMS Account Fees | $ | (9,722.42) | | **OFFICE EXPENSES** | |
| UMS Discount Fees | $ | (1,943.34) | 6/11/2012 MetroFax | -14.95 |
| Bank Charges | $ | (18.50) | 6/14/2012 MetroFax | -18.7 |
| Jacem | $ | (15,000.00) | 6/4/2012 Quickbooks | -29.99 |
| CPA (Big Ads Media) | $ | (21,650.00) | | |
| Transfer to Bunzai | $ | (40,000.00) | | |
| Office Expenses | $ | (63.64) | | |
| Transfer to Safe Main | $ | (90,000.00) | | |
| **TOTAL WITHDRAWALS** | **$** | **(207,038.02)** | | |

| | | |
|---|---|---|
| **Ending Balance on 6/30/12** | **$** | **23,957.32** |

---

**SAFE SAVINGS ACCOUNT**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$** | **11,210.49** |

**Deposits**

| | | |
|---|---|---|
| Transfer from Safe Main | $ | 90,000.00 |

**Withdrawals**

| | | |
|---|---|---|
| Checks to Bunzai | $ | (80,000.00) |
| Payroll Expenses and Taxes | $ | (11,333.18) |
| Bank Fee | $ | (14.78) |
| **Ending Balance on 6/30/12** | **$** | **9,862.53** |

**EXHIBIT 82**

**AMD ACCOUNTS**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$ 81,436.71** | |
| | | |
| **Deposits** | | |
| Sales | **$ 139,537.18** | |
| Interest from Bank | **$ 0.65** | |
| | | |
| **Withdrawals** | | |
| Transfer to AMD Savings | $ (512.00) | k |
| Transfer to SBM | $ (9,500.00) | k |
| Bank Fees | $ (48.22) | k |
| Best World Ranking (Return) | $ (112,500.00) | |
| CPA Expenses | $ (42,185.00) | k |
| Quickbooks (Office Expense) | $ (39.95) | |
| UMS Chargeback | $ (4,403.72) | |
| UMS  Discount Fees | $ (600.36) | |
| UMS Account Fees | $ (4,276.86) | |
| **TOTAL Withdrawals** | **$ (174,066.11)** | |
| | | |
| **Ending Balance on 6/30/12** | **$ 46,908.43** | |

**EXHIBIT 82**

**HERITAGE ACCOUNTS**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$** | **84,870.21** |
| | | |
| **Deposits** | | |
| Sales from UMS | **$** | **206,034.53** |
| Sales from Micamp | **$** | **42,789.43** |
| | | |
| **Withdrawals** | | |
| Transfer to SBM | $ | (15,000.00) k |
| Best World Ranking (Return) | $ | (183,500.00) |
| Latin Media, Inc (Delivery Van) | $ | (3,200.00) |
| Bank Fees | $ | (28.31) |
| Howard Gold (Legal Alon Salary) | $ | (10,000.00) |
| Quickbooks | $ | (39.95) |
| CPA Expense (C2M) | $ | (65,468.00) |
| UMS Chargeback | $ | (6,518.78) |
| UMS Account Fees | $ | (5,528.99) |
| UMS Discount Fees | $ | (3,113.27) |
| Micamp Account Fees | $ | (69.90) |
| **TOTAL Withdrawals** | **$** | **(292,467.20)** |
| | | |
| **Ending Balance on 6/30/12** | **$** | **41,296.87** |

**EXHIBIT 82**

**DORON AMEX ACCOUNT**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$ (5,142.91)** owed | |
| | | |
| Payments made from Bunzai | $ 117,424.00 | |
| **Total Payments** | **$ 117,424.00** | |
| | | |
| **Withdrawals** | | |
| Express One Shipping | $ (30,250.00) | |
| Internal Marketing | $ (74,687.22) | |
| Khris Salary (Verizon) | $ (1,010.65) | |
| Office Expenses | $ (6,853.78) | |
| **TOTAL WITHDRAWALS** | **$ (112,801.65)** | |
| | | |
| **Ending Balance on 6/30/12** | **$ (520.56)** Owed | |

**INTERNAL MARKETING**

| | |
|---|---|
| Adknowledge | $ 200.21 |
| Adside | $ 599.69 |
| Advertise.com | $ 1,000.00 |
| Burst Media | $ 5,000.00 |
| Clickbooth CPC | $ 16,291.32 |
| Congoo, LLC. | $ 22,500.00 |
| Data Driven Marketing, Inc. | $ 229.00 |
| Luxury Life and Style | $ 2,750.00 |
| SiteScout | $ 5,000.00 |
| ValueClick Inc. | $ 5,000.00 |
| Vertical Search Works Inc. | $ 6,117.00 |
| Yabuka Media | $ 10,000.00 |

**OFFICE EXPENSES**

| | |
|---|---|
| AlertBot | $ 359.90 |
| ClickTale | $ 242.13 |
| Crossbrowsertesting | $ 29.95 |
| Dell Inc. | $ 852.82 |
| Discount Mountain Software | $ 223.99 |
| GoDaddy.com | $ 258.12 |
| Google Apps | $ 322.57 |
| HostGator | $ 622.50 |
| Jangomail | $ 1,080.00 |
| LinkTrust | $ 1,500.00 |
| Maxmind, Inc. | $ 225.00 |
| MSN | $ 89.95 |
| Newegg.com | $ 692.45 |
| Rackspace | $ 234.52 |
| SmartSheet | $ 79.95 |
| Stamps.com | $ 15.99 |
| TrueShip | $ 19.95 |
| WidgetBox | $ 3.99 |

**EXHIBIT 82**

**DORON AMEX ACCOUNT 2**

| | |
|---|---|
| **Beginning on 6/1/12** | **$          -** |
| | |
| **Payments made from Bunzai** | **$ 103,344.54** |
| | |
| **Withdrawals** | |
| Express one Shipping | $  (92,275.00) |
| Pulse360 | $  (35,503.00) |
| Adblade | $   (3,000.00) |
| Office Expenses | $  (11,069.54) |
| | |
| **Ending Balance on 6/30/12** | **$  (38,503.00)** |

| Office Expenses | |
|---|---|
| True Mktg Partner (Limelight) | $       624.54 |
| Live Media Pro Inc. | $     8,445.00 |
| Time Warner Cable | $     2,000.00 |
| **Grand Total** | **$   11,069.54** |

**EXHIBIT 82**

**ALON AMEX ACCOUNT**

| | | |
|---|---|---|
| **Beginning on 6/1/12** | **$** | **(18.69)** owed |

| | | |
|---|---|---|
| **Payments made from Bunzai** | **$** | **1,500.00** |
| **Payments made from Dead Sea** | **$** | **8,798.00** |

**Withdrawals**

| | | |
|---|---|---|
| Office Expenses | $ | (4,428.35) |
| Adside | $ | (849.74) |
| WAM Network | $ | (5,000.00) |

| | | |
|---|---|---|
| **Ending Balance on 6/30/12** | **$** | **1.22** |

| Office Expenses | | |
|---|---|---|
| Craigslist | $ | 25.00 |
| Donation | $ | 600.00 |
| GoDaddy.com | $ | 898.72 |
| Image Locations | $ | 1,500.00 |
| MetroFax | $ | 23.94 |
| Mobil | $ | 408.26 |
| Office Depot | $ | 83.79 |
| Shutterstock.com | $ | 224.00 |
| Staples | $ | 664.64 |
| Grand Total | $ | 4,428.35 |

**EXHIBIT 82**

| TOTALS | Gateway Fees | Merchant account fees | Merchant Discount Fees | Bank Fees | Chargebacks | CPA / Marketing Cost | Salaries | Product Expenses | Office Expenses | Shipping Cost | Misc and Payback | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M3D | $ (19.99) | $ (63.91) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| MFK | $ (20.89) | $ (63.93) | $ - | $ - | $ - | $ (4,500.00) | $ - | $ - | $ - | $ - | $ - | |
| AURAVIE | $ (46.18) | $ (275.44) | $ (457.08) | $ (3.00) | $ - | $ - | $ (370.00) | $ - | $ (4,501.07) | $ - | $ - | |
| BUNZAI | $ (54.70) | $ (12,756.03) | $ (1,496.75) | $ (698.25) | $ (9,094.37) | $ (147,643.13) | $ (192,931.36) | $ (30,609.00) | $ (35,983.29) | $ (105.99) | $ (54,000.00) | Alon/Khris |
| DEADSEA | $ (5,886.91) | $ (5,097.00) | $ (1,132.91) | $ (54.42) | $ (6,439.93) | $ - | $ (5,000.00) | $ (7,500.00) | $ (4,407.46) | $ - | $ - | |
| AGOA | $ - | $ (15,432.41) | $ (1,021.90) | $ (14.76) | $ (20,937.47) | $ - | $ (17,715.26) | $ - | $ (2,078.37) | $ - | $ - | |
| DMA | $ (19.99) | $ (5,473.32) | $ (3,127.73) | $ (14.88) | $ (5,881.73) | $ (53,112.00) | $ (3,801.20) | $ (10,400.00) | $ (488.94) | $ - | $ - | |
| LIFESTYLE | $ (20.39) | $ (1,898.57) | $ (438.54) | $ (14.97) | $ (2,080.68) | $ (24,345.00) | $ - | $ (32,725.00) | $ (15,639.50) | $ - | $ - | |
| ZEN | $ - | $ (15,114.69) | $ (2,247.50) | $ (52.81) | $ (20,833.93) | $ - | $ (6,550.00) | $ - | $ (70.39) | $ - | $ (100,000.00) | Cal energy |
| SAFE | $ - | $ (16,469.77) | $ (4,419.53) | $ (33.28) | $ (19,416.58) | $ (21,650.00) | $ (11,333.18) | $ (15,000.00) | $ (63.64) | $ - | $ (112,500.00) | Alon/Khris |
| AMD | $ - | $ (4,276.86) | $ (600.36) | $ (48.22) | $ (4,403.72) | $ (42,185.00) | $ - | $ - | $ (39.95) | $ - | $ (183,500.00) | Alon/Khris |
| HERITAGE | $ - | $ (5,598.89) | $ (3,113.27) | $ (28.31) | $ (6,518.78) | $ (65,468.00) | $ (10,000.00) | $ - | $ (3,239.95) | $ - | $ - | |
| DORON AMEX | $ - | $ - | $ - | $ - | $ - | $ (74,687.22) | $ (1,010.65) | $ - | $ (11,476.13) | $ (30,250.00) | $ - | |
| DORON AMEX 2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (11,069.54) | $ (92,275.00) | $ - | |
| ALON | $ - | $ - | $ - | $ - | $ - | $ (5,849.74) | $ - | $ - | $ (4,448.26) | $ - | $ - | |
| **TOTAL** | **$ (6,069.05)** | **$ (82,520.82)** | **$ (18,055.57)** | **$ (962.90)** | **$ (95,607.19)** | **$ (439,440.09)** | **$ (248,711.65)** | **$ (96,234.00)** | **$ (93,506.49)** | **$ (122,630.99)** | **$ (450,000.00)** | **$ (1,653,738.75)** |

| BREAKDOWN | Percentage of expense |
|---|---|
| Merchant Fees | $ (202,252.63) | 12.23% |
| CPA and Marketing | $ (439,440.09) | 26.57% |
| Overhead | $ (343,181.04) | 20.75% |
| Shipping | $ (122,630.99) | 7.42% |
| Product | $ (96,234.00) | 5.82% |
| Misc (Payback) | $ (450,000.00) | 27.21% |

| Income | $ 1,315,487.52 |
|---|---|
| TOTAL LEFTOVER | $ (338,251.23) |

EXHIBIT 82

# Bunzai Media Group, Inc.
## Expenses by Vendor Summary
### June 2012

| | Total | | Alon | | Khris | |
|---|---|---|---|---|---|---|
| **Alon Nottea** | $ | 5,000.00 | $ | 5,000.00 | $ | - |
| **Cerenade Marketing International, Inc.** | $ | 46,500.00 | | | $ | 33,238.13 |
| **Howard Gold** | $ | 10,000.00 | $ | 10,000.00 | | |
| **IndieGogo** | $ | 1,818.00 | | | $ | 1,818.00 |
| **Kape Property** | $ | 1,730.00 | $ | 1,730.00 | | |
| **Khristopher Bond** | $ | 4,000.00 | | | $ | 7,700.00 |
| **Rami Ohana** | $ | 4,850.00 | $ | 4,850.00 | | |
| **Tony Garcia** | $ | 350.00 | $ | 350.00 | | |
| **Verizon Wireless** | $ | 1,010.65 | | | $ | 1,010.65 |
| **TOTAL JUNE** | **$** | **75,258.65** | **$** | **21,930.00** | **$** | **43,766.78** |
| | | | | | | |
| **TOTAL EXPENSES 2012** | | | $ | 72,397.98 | $ | 74,032.83 |
| **TOTAL EXPENSES 2012 including JUNE** | | | $ | 94,327.98 | $ | 117,799.61 |
| | | | | | | |
| **TOTAL Owed 2012** | | | $ | 53,630.60 | $ | 113,213.80 |
| | | | | | | |
| **TOTAL LEFT OVER** | | | **$** | **(40,697.38)** | **$** | **(4,585.81)** |

> $13,261.87 if this amount were bunzai/auravie related business expenses

> $36,369.40 is what Alon has earned so far this year.

**EXHIBIT 82**

| Row Labels | Sum of Amount |
|---|---|
| BANK FEE | $ (129.00) |
| BELL SERVICE | $ (431.00) |
| BRACELETS | $ (158.74) |
| CELINE DIONE | $ (2,120.00) |
| CLOTHING | $ (1,986.12) |
| CONTRACTUAL SERVICES | $ (200.00) |
| DEPOSIT | $ 46,700.00 |
| DERMATOLOGIST | $ (7,795.00) |
| FOOD | $ (166.36) |
| GAS | $ (62.74) |
| HOTEL | $ (9,125.76) |
| INDIEGOGO | $ (1,020.00) |
| KITKRAFT | $ (124.14) |
| LETICIA | $ (3,000.00) |
| LOEHMANNS | $ (101.76) |
| LOOPMASTER | $ (32.17) |
| OFFICE LUNCH | $ (124.72) |
| PHOTOGRAPHER | $ (500.00) |
| TESTIMONIAL | $ (4,052.41) |
| TRANSFER TO SAVINGS | $ (1,000.00) |
| WITHDRAWAL | $ (140.00) |
| **Grand Total** | **$ 14,430.08** |

EXHIBIT 82

| Date | Description |
|------|-------------|
| 6/7/2012 | DEPOSIT |
| 6/8/2012 | DEPOSIT |
| 6/8/2012 | BANK FEE |
| 6/11/2012 | DEPOSIT |
| 6/11/2012 | TESTIMONIAL |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | TESTIMONIAL |
| 6/11/2012 | TESTIMONIAL |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | LOEHMANNS |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | CONTRACTUAL SERVICES |
| 6/11/2012 | CONTRACTUAL SERVICES |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | INDIEGOGO |
| 6/11/2012 | BANK FEE |
| 6/12/2012 | DEPOSIT |
| 6/12/2012 | TESTIMONIAL |
| 6/12/2012 | KITKRAFT |
| 6/12/2012 | WITHDRAWAL |
| 6/12/2012 | WITHDRAWAL |
| 6/12/2012 | BANK FEE |
| 6/13/2012 | DERMATOLOGIST |
| 6/13/2012 | TESTIMONIAL |
| 6/13/2012 | TESTIMONIAL |
| 6/15/2012 | FOOD |
| 6/18/2012 | BRACELETS |
| 6/18/2012 | LOOPMASTER |
| 6/18/2012 | LOOPMASTER |
| 6/19/2012 | DEPOSIT |
| 6/19/2012 | LETICIA |
| 6/19/2012 | TRANSFER TO SAVINGS |
| 6/19/2012 | GAS |
| 6/19/2012 | BANK FEE |
| 6/20/2012 | HOTEL |
| 6/21/2012 | CELINE DIONE |
| 6/21/2012 | OFFICE LUNCH |
| 6/21/2012 | CLOTHING |
| 6/21/2012 | BANK FEE |
| 6/22/2012 | CLOTHING |
| 6/22/2012 | CLOTHING |
| 6/22/2012 | CLOTHING |
| 6/25/2012 | DEPOSIT |

                    EXHIBIT 82

| | |
|---|---|
| 6/25/2012 | CLOTHING |
| 6/25/2012 | TESTIMONIAL |
| 6/25/2012 | PHOTOGRAPHER |
| 6/25/2012 | CLOTHING |
| 6/25/2012 | FOOD |
| 6/25/2012 | FOOD |
| 6/25/2012 | BANK FEE |
| 6/26/2012 | CLOTHING |
| 6/26/2012 | CLOTHING |
| 6/27/2012 | WITHDRAWAL |
| 6/27/2012 | TESTIMONIAL |
| 6/29/2012 | BELL SERVICE |
| 6/29/2012 | BELL SERVICE |

EXHIBIT 82

| Amount | Notes | |
|---|---|---|
| $ 200.00 | Starting Equity from Khris | |
| $ 9,975.00 | Bunzai Deposit | |
| $ (12.00) | Bank Fee | |
| $ 7,000.00 | Bunzai Deposit | |
| $ (1,000.00) | Brittany Heald | |
| $ (500.00) | LUENELLE | |
| $ (500.00) | Diana Hernandez | |
| $ (500.00) | Erin Calhoun | |
| $ (250.00) | | |
| $ (101.76) | Shopping | |
| $ (100.00) | | |
| $ (100.00) | | |
| $ (100.00) | Amory Shaw | |
| $ (100.00) | Nastassia Yalley | |
| $ (50.00) | | |
| $ (10.00) | | |
| $ (5.00) | | |
| $ (5.00) | | |
| $ (12.00) | Bank Fee | |
| $ 10,000.00 | Bunzai Deposit | |
| $ (500.00) | Inez Drummond | |
| $ (124.14) | Arts and Crafts | |
| $ (20.00) | CASH | |
| $ (20.00) | CASH | |
| $ (12.00) | Bank Fee | |
| $ (7,795.00) | Dermatologist for Angels | |
| $ (500.00) | Eliza Benisty | |
| $ (500.00) | Jacqueline Carroll | |
| $ (71.35) | | |
| $ (158.74) | Beads for Bracelets | ? |
| $ (31.23) | DJ Mixes | |
| $ (0.94) | DJ Mixes | |
| $ 10,000.00 | Bunzai Deposit | |
| $ (3,000.00) | Leticia Garcia | ? |
| $ (1,000.00) | Transfer to Savings | |
| $ (62.74) | Gas | |
| $ (12.00) | Bank Fee | |
| $ (9,125.76) | Hotel | |
| $ (2,120.00) | Celine Dion Show | |
| $ (124.72) | Office Lunch | |
| $ (100.00) | Shopping | |
| $ (69.00) | Bank Fee (For checkbook) | |
| $ (200.00) | Dance Classes | |
| $ (152.04) | Shopping | |
| $ (67.21) | Shopping | |
| $ 9,525.00 | Bunzai Deposit | |

**EXHIBIT 82**

| $ | (797.54) | Shopping |
|---|---|---|
| $ | (500.00) | Avear Carey |
| $ | (500.00) | Zackary Grant (Photog) |
| $ | (233.75) | Shopping |
| $ | (70.00) | Office Lunch |
| $ | (25.01) | ?? |
| $ | (12.00) | Bank Fee |
| $ | (323.52) | Shopping |
| $ | (112.06) | Shopping |
| $ | (100.00) | CASH |
| $ | (52.41) | Patty Swan Reimbursement |
| $ | (355.00) | Vegas Bell Service |
| $ | (76.00) | Vegas Bell Service |

**EXHIBIT 82**

| | |
|---|---|
| **From:** | Leor Arazy <leor@pinlogistics.com> |
| **Sent:** | Friday, September 14, 2012 3:07 PM |
| **To:** | Doron . |
| **Cc:** | Nastassia Yalley |
| **Subject:** | Loan Policy |
| **Attachments:** | Pinnacle Loan Policy.docx |

Attached you will find the new loan policy.

Please let me know if you want me to change or add anything.

Best,
Leor

**EXHIBIT 84**

## PINNACLE LOGISTICS ADVANCE POLICY

1. If an employee needs a paycheck early, a request needs to be emailed to the HR Director Leor@pinlogistics.com at least **ONE WEEK** prior to when the check is needed.

2. If an employee needs an advance of all or part of their next paycheck for important financial reasons, the full amount given will be deducted on the next paycheck:

   a. Their immediate supervisor needs to send the request with their approval to the HR Director.
   b. The HR Director needs to forward the request with their approval to the CFO.
   c. Advance checks will be processed within 1 working day of receipt.
   d. Advance request needs to be submitted with at **LEAST** 48-hour notice, if not the request will be denied.

3. If an employee requests a loan for financial reasons and wishes to repay the loan over more than one pay period:

   a. Their immediate supervisor needs to send their approval to the HR director at **LEAST** 48 hours before they need the check.
   b. The HR Director needs to then send their approval and request the advance to be approved to the CFO.
      * Payroll will not process this advance request without the CFO's approval.
   c. All advances will have a cap based on your paycheck,
   d. When the employee picks up the check, they will be required to sign a Repayment Agreement.
   e. Employee will be required to show proof that they are using the advance for the financial reasons mentioned.
   f. Employee will be required to give payroll a signed blank check in the event the employee does not payback the advance.
   g. All repayments must be made within 3 months and will be deducted from your paycheck automatically.
   h. No advance will be given if an earlier advance is not fully repaid.
   i. Advance checks will be processed within 1 working day of receipt.
   j. If an employee leaves the company whether being voluntary or involuntary and the loan has not been repaid, the company has the right to deduct the total amount owed from their paycheck.
   k. Loans can be denied for any reasons



7900 Gloria Ave, Van Nuys, CA 91406 Phone: 818.200.1035 Fax: 818.647.0182

Last Updated 9/2012

**From:**                 Nastassia Yalley <nastassia@bunzaimedia.com>
**Sent:**                Tuesday, May 01, 2012 11:45 AM
**To:**                   Alon N; Paul Medina; Roi | Bunzai
**Subject:**           Notes from 4/26/12 meeting
**Attachments:**     Notes from Alon meeting.docx; Untitled2.wma

Hey guys,

Attached are the notes from last week's meeting. I also attached the audio file (although it's a little hard to hear).

Let me know your availability this week so we can meet again and see where everybody is with their tasks.

ROI and PAUL - send Alon your 5 chargeback reasons!


-- -- -- -- -- -- -- -- --
*Nastassia Yalley*
Director of Marketing
O: 818.200.1035
F: 818.647.0182

         **EXHIBIT 86**

Notes from Alon meeting:

1. We need to write our SOPs so other people can do pieces of our jobs – ALL OF US
   a. Write an SOP for load balancing – PAUL
2. Alon wants to focus on design and optimization - ALON
3. We need to call a meeting once a week (with just Alon) so we don't get out of the zone and everybody stays on track.  – ALL OF US
4. Curiously fed is a placeholder for H-BEING
   a. We need these people for adding articles
   b. Khris might have to go through 20 people to find the right ones :/  Let the winners rise and the losers go
   c. This is going to be its own EHOW.com site
   d. We need DIRECTION though!!!
5. Trashing the chargebacks that are not entered into the system? Alon wants to see them first. - ROI
6. Average hold time report is the main report Alon wants to see. Before revguard and AFTER so we have something to compare it to.  - ROI
7. Retention reports guy – camp heroes. Couldn't do it because of the e-books were getting in his way.  - PAUL
8. Daily/Weekly reports – ROI/PAUL
   a. CHARGEBACK (same day you do load balancing)
   b. OPERATIONS
9. ~~Staffing report, per each employee/per each department - LEOR~~
10. Media buying reports – spending reports that Nick can pull and Paul can analyze - PAUL
11. Estimated monthly expenses report - NAS
12. Alon wants to bring Josh in to be here in this office with Roi?? - ALON
13. How many people in rebills are on Month 1, 2, 3, 4, 5, 6? We want to give them a free gift each month.  - PAUL
14. Calling back chargebacks. 3rd party company will ask chargebacks why they charged back.
    a. Maybe we can create an online survey that we e-mail them and give them a free $5 gift card and actually follow through.  - NAS
    b. This will make us look extremely compliant and proactive.
    c. Pull all the limelight emails of our chargebacks - PAUL
    d. Also try the phone too…maybe call 100 and contact 7 of them, at least we will have that information.
    e. We will make a mock-up of some questions  - NAS
15. Bunzai media agent review report – ROI/PAUL
    a. Call Excalibur and see if we can get the agent's chargeback information (an excel with order numbers and have Gaby and Andrew go through each one?)
    b. We need to have a chargeback meeting whenever we have time. (Supposed to have had it April 27th at 10:30 am)
    c. How often does this report have to be done? Every week? Every 30 days?

    d.  Automate this report? So they can gauge a person by the report and see if they want to keep them. (Maybe do it manually for a month straight, and then we can send this information to India and have them do it – we will pay for it)

16. Referral program  -  call every woman on their second month and beyond and give them a gift in order to refer their friend. – ALL OF US

    a.  5 reasons/what would be the best referral program (check, product)  -ALL OF US

17. Top 5 opinions to drop chargebacks (from Andree, Sandra,  Paul, Roi, and Nas) – ALL OF US

18. Auravie.com – ALON/NAS

    a.  Alon is going to solidify a deal in Israel and chose the top 90 products to white label

    b.  Better styling, better design concepts – Alon will work out the design with Victor

19. Let's try 500 – 1000 orders with the terms and conditions on the actual invoice - PAUL

    a.  ~~Order a nuescience product and see how Rappaport does it - NAS~~

    b.  How do we print out specific labels? (can't be mixed with other customers)

    c.  How do we track these customers? (Separate campaign?!)

    d.  Separate commercepack login?

    e.  Maybe instead of the full terms, we can put a link to the terms and conditions?

    f.  This would help with chargebacks (making the invoice look like a sales receipt possibly?)

    g.  This will help us stay compliant

20. Pull a report from limelight of the orders that haven't rebilled tonight that ALREADY have NOTES. - ROI/PAUL

    a.  We could call these people and see if they REALLY want the product BEFORE they get charged. (problem children)

    b.  We have to go through these notes, and call these customers and see if they need to be canceled out before we charge them anything.

    c.  We might be able to save the sale, or at the least not have a chargeback.

21. Rev-guard option too  - NAS/PAUL

    a.  We need to approve the script

    b.  They have down sell options

22. **HOW DO WE GET BETTER?!!**

EXHIBIT 86

**To:**       Doron[doron@doron.us]
**From:**     Nastassia Yalley
**Sent:**     Mon 4/7/2013 11:50:27 PM
**Importance:**       Normal
**Subject:**  Paypal payments from auravie.com
**MAIL_RECEIVED:**   Mon 4/7/2013 11:50:28 PM

http://paypal.com
accounting@sbmmgmt.com
█████████

**first pet:** ████████
**best friend:** ████████

We charged $1.95 USD or equivalent to your American Express X-1116 card to make sure it's yours. The charge creates a unique 4-digit code that will show up on your card statement within a few days.

Login and enter in that 4 digit code and that way you can transfer more than $500 a month.

You need to grab the API variables and then put them into into commercepack so any payments that go through will be emailed to you.

--
Sincerely,

Nastassia Yalley
VP of Affiliate Marketing and Client Services | MediaUrge
skype: nastassia.yalley
direct: 818.200.1035
email: Nastassia@mediaurge.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**EXHIBIT 88-1**                    **EXHIBIT 88**

| To: | Roi | Bunzai[roi@bunzaimedia.com] |
|---|---|
| Cc: | Alon | Bunzai Media[alon@bunzaimedia.com]; Justin McKinnon[justin@bunzaimedia.com]; Paul Medina[paul@bunzaimedia.com]; Khristopher Bond[khristopher@bunzaimedia.com] |
| From: | Nastassia Yalley |
| Sent: | Tue 5/22/2012 7:28:08 PM |
| Importance: | Normal |
| Subject: | Re: do we know about this??? |
| MAIL_RECEIVED: | Tue 5/22/2012 7:28:11 PM |

You can find these links by doing searches for our products and including the word "scam" or "rip off"...etc./

Leor and I did go through a whole list of these sites, and unfortunately there isn't much we can do to take it down. Even huge companies receive these complaints...

On Tue, May 22, 2012 at 3:40 PM, Roi | Bunzai <roi@bunzaimedia.com> wrote:

How did you get to it?   Laura just showed it to me yesterday for the fist time.

Best Regards,

*Roi Reuveni*

IT Manager.
Bunzai Media Group, Inc.
Skype: roi.reuveni | E-Mail: Roi@Bunzaimedia.com
Direct 818.200.1045 | Mobile 818.430.3879

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Bunzai Media Group is unable to exercise control or ensure or guarantee the integrity of/over the contants of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Bunzai Media Group before opening any attachments please check them for viruses and defects.

On Mon, May 21, 2012 at 10:41 PM, Alon | Bunzai Media <alon@bunzaimedia.com> wrote:

http://www.ripoffreport.com/misc-health-specialists/auravie-continuity/auravie-continuity-myauravie-c-e0d43.htm

Best Regards,

Alon Nottea
Executive Director | CEO
Bunzai Media Group, Inc.
Skype: alonbaba
Office: 818.200.1035
Mobile: 818.652.5454
Mail: Alon@BunzaiMedia.com

Confidentiality Notice: this message is intended only for the designated recipient. It may contain

**EXHIBIT 93**

confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

--
-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
C: 818.687.0366
F: 818.647.0182

**To:**      Paul Medina[paul@bunzaimedia.com]
**Cc:**      Alon N[alon@bunzaimedia.com]
**From:**  Nastassia Yalley
**Sent:**   Tue 1/17/2012 11:09:37 PM
**Importance:**    Normal
**Subject:**  Re: Load balancing very urgent
**MAIL_RECEIVED:**   Tue 1/17/2012 11:09:44 PM

Load balancing has been updated. Let's keep
an eye on tonight's re-bills since we also switched over
to sticky processing today.

On Tue, Jan 17, 2012 at 2:42 PM, Paul Medina <paul@bunzaimedia.com> wrote:

Hey Nas,
Please change the load balancing no later than today, we really need the new %'s up.

Alon confirmed we need 400k more in processing for Jan, at the moment I cannot surpass 150k per merchant account
based on our charge back trending for the month. Which means we need 3 additional mids from UMS.

Thank you,

| | | |
|---|---|---|
| Signa AGOA ████████6001 Roi Reuveni | $150,000.00 | |
| Processed Already | $66,102.53 | |
| Processing Available | $83,897.47 | 8.40% |
| Signa AGOA ██████████1811 Roi Reuveni | $150,000.00 | |
| Processed Already | $67,902.67 | |
| Processing Available | $82,097.33 | 8.22% |
| Signa DMA Media ██████0336 DMA holdings Rachel Nottea | $150,000.00 | |
| Processed Already | $65,352.90 | |
| Processing Available | $84,647.10 | 8.48% |
| Signa DMA Media ██████0369 DMA holdings Rachel Nottea | $150,000.00 | |
| Processed Already | $61,454.14 | |
| Processing Available | $88,545.86 | 8.87% |
| Signa Lifestyle Media ██████1243  Lauri Lifestyle Media Brands Inc | $150,000.00 | |
| Processed Already | $58,742.92 | |
| Processing Available | $91,257.08 | 9.14% |
| Signa Lifestyle Media -██████1284 Lauri Lifestyle Media Brands Inc | $150,000.00 | |
| Processed Already | $65,375.16 | |
| Processing Available | $84,624.84 | 8.48% |
| Signapay██████1236 Bunzai Media Motti | $150,000.00 | |
| Processed Already | $66,497.68 | |
| Processing Available | $83,502.32 | 8.36% |
| Signapay██████9373 Zen Mobile Media Igor | $150,000.00 | |
| Processed Already | $68,422.78 | |
| Processing Available | $81,577.22 | 8.17% |
| Signapay██████1743 Zen Mobile Media Igor | $150,000.00 | |
| Processed Already | $55,634.62 | |

EXHIBIT 94

| | | |
|---|---|---|
| Processing Available | $94,365.38 | 9.45% |
| Signapay SafeHaven Tomar ████████2039 | $150,000.00 | |
| Processed Already | | $20,294.46 |
| Processing Available | $129,705.54 | 12.99% |
| Signapay SafeHaven Tomar ████████8572 | $150,000.00 | |
| Processed Already | | $55,851.21 |
| Processing Available | $94,148.79 | 9.43% |

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Office)  818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.



--
-- -- -- -- -- -- -- -- --

**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

   EXHIBIT 94

| | |
|---|---|
| **From:** | dons@inchek.net |
| **Sent:** | Friday, June 10, 2011 2:28 PM |
| **To:** | Alon | Bunzai Media |
| **Subject:** | Fwd: S***! |
| **Attachments:** | Myauravie Visa Fine Assess.pdf |

Sent from my occasionally smart phone. Please forgive short messages and spelling errors.

Don Siclari
Inchek LLC
917.546.0965

----- Forwarded message -----
From: "Anthony Sinagra" <asinagra@signaturecard.com>
To: <SamA@inchek.net>
Cc: "Don Siclari, Jr." <dons@inchek.net>
Subject: S***!
Date: Fri, Jun 10, 2011 12:25 pm

<<Myauravie Visa Fine Assess.pdf>>

Tony Sinagra

Vice President, Operations

Phone: 323-966-0050

Fax: 323-966-0056

www.merchantinfo.com <http://www.merchantinfo.com>

www.sigagents.com <http://www.sigagents.com>

Signature Card Services offers competitive credit and debit card processing solutions to merchants worldwide. Established in 1997, Signature Card Services is a technologically advanced, innovative and experienced payment processing company, servicing retail, ecommerce, mail/telephone order, and home-based businesses.

1

**102 - 1**                                                              **EXHIBIT 102**



May 31, 2011

Ms. Lisa Kenny
Assistant Vice President
Merrick Bank
101 Crossways Park West
Woodbury, NY 11797

Re: Notification of Determination Visa High Risk Chargeback Monitoring Program Fee Assessment

Dear Ms. Kenny:

This letter serves as Notification of Determination per *Visa International Operating Regulations* ID#: 050411-010410-0001053.

Visa has reviewed the materials you provided in response to the letter dated May 7, 2011.  Visa has determined that a fee assessment is appropriate for this situation based upon the materials you provided and the performance of the acquirer and the merchant.  As a result, a fee will be assessed for the violation of the High Risk Chargeback Monitoring Program, *Visa International Operating Regulations* ID#: 050411-010410-0008976.

| Merchant Name | Acquirer BIN | Merchant Status | CB Count | Chargeback Fee | Review Fee | Total Fee |
|---|---|---|---|---|---|---|
| SKINCAREUSA8662169336 | 461074 | HRCMP, Month 1 | 215 | $ 21,500 | $ 5,000 | $ 26,500 |

Merrick Bank has 30 days from the date of this Notification of Determination to appeal the decision of the Acceptance Risk Fee Working Group, under *Visa International Operating Regulations* ID#: 050411-150211-0025975.  Should Merrick Bank choose to appeal, the Member's appeal letter with any new or additional information necessary to substantiate the request for an appeal, must be received by Visa within 30 days of this Notification of Determination. A fee of US $5,000 will be assessed to the Member upon receipt of the appeal.

For more information or other questions, please contact 

Sincerely,

US Payment System Risk

Visa Confidential

**EXHIBIT 102**

# High Risk Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | SKINCAREUSA8662169336 | Current Status: | Month 1 |
|---|---|---|---|
| Acquirer: | MERRICK BANK | Questionnaire Received: | |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| 461074 | SKINCAREUSA8662169336 | 866-2169336 | CA | 5999 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| Apr-2011 | Processed | $5,000 |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| Apr-2011 | Processed | $21,500 |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Apr-2011 | 461074 | MERRICK BANK | HR1 | 9,880 | 215 | 2.18 |

**102 - 3**                                    **EXHIBIT 102**

*Joec Garcia*

### Answering Calls: Hold Etiquitte:

- When answering a call and placing a customer on hold, please wait for their response before placing call on hold: "Good afternoon, thank you for calling Auravie Customer Care, my name is _____. Please hold for one moment while I finish my notes on the previous account, and I'll be right back to assist you." *wait for customer to acknowledge you* Then place call on hold.
- Please see attached Opening Script on opening the call to assist customer.

### ~~Please Follow Up On Your Custom Shipments Daily to Ensure They Shipped!!~~

- When you follow up on the shipment, please initial and date the "Rep Notes" column and the status of the shipment.

### ~~Always ask your customer for their opinion on the product. This will help you gauge what sort of resolutions to provide, and whether they fall under any return policies or not.

### For Customer's Threatening Dispute:

- If a customer threatens a dispute, please do NOT say "That's Fine, ma'am". Remember to advise customer of FTC Compliance and Please see attached Dispute Protocol for appropriate rebuttal.

#### Return Policy/Refunds:

- Ensure customer is advised of Return Date, Delivery Confirmation, SEALS ON EACH BOTTLE MUST BE INTACT (if outside trial period), and refund amount.
- DO NOT offer return if customer does not request it.
- **PLEASE DO NOT** offer refunds as your first resolution to the account.  Gauge the customer's feelings on product:

1. Offer replacement product (MFK) and if they decline that,
2. Offer rebill discounts
3. **AS A LAST RESORT** - Offer partial refunds, but DO NOT start high; refund as little as you have to.  ONLY refund in full if you ABSOLUTELY have to, resolving a dispute.

- **If customer requests to return the product:**

1. **Provide all return information (RMA, Return Date, DC, Refund Amount, advise they are now cancelled), then:**
2. Advise customer that "If it's easier on you and it saves you a trip to the post office, you can keep that package you have, and I can:
3. **A)** Send you our other main product valued at $220, it's called the Miracle Face Kit, as a complimentary gift, to replace the product you have." OR
4. **B)** Issue a courtesy refund of $25 directly back to your card, and you can keep the product you currently have"
5. If they decline both of those, then proceed with the return.
6. If customer is within their trial period, you may use discounts up to the Save Sale Price, so they may keep the product, but don't jump straight to the $38.29 price

FTC-AUR-S1-0000001

**EXHIBIT 103**

*Anytime you refund a customer, do not do so until the end of the call.  Advise the customer you have applied the refund, and if they respond positively, apply it and provide confirmation number; if they threaten dispute or request a sup at the last minute, advise them the refund has been rescinded and address their concerns.*
*Please remember to follow the above protocols and hierarchy in resolving any accounts you work on.* Focus on adding product value by briefly explaining retail price and quality of ingredients*

Call Escalation:
When Escalating a call:

1. Do not advise customer "the supervisor will tell you the exact same thing" - this is highly unprofessional and doesn't answer any customer's question.  Instead, please advise the customer that "I will happily escalate the call for you ma'am/sir.  My supervisor will review your account and this call recording, and contact you within 24-48 business hours.  I would however, prefer not to have you wait and resolve it today.  What I can do to assist you is_____"
2. When presenting a resolution to the customer, please place them on hold and let them know you are checking with your supervisor to get approval.  Wait for customer to acknowledge that you are putting them on hold before doing so. Come back on the line and present resolution.
3. Do not refund the customer and then escalate the call.  If customer refuses your courtesy offer, advise them "My courtesy offer is rescinded pending your conversation with the supervisor, and they will contact you within 24-48 business hours to assist you.  May I have the best contact number to reach you at?"

Please manage your Televantage Status usage appropriately.  The status "In A Meeting"  should only be used with authorization from a Supervisor and for when you are actually in a meeting.  It is not to be used to enter notes on an account, go to the restroom, get coffee, etc.  Remain available at all times, if a call comes in to you, place that incoming customer on hold using the Proper Hold Etiquette above.
This is a general guide for the above scenarios and appropriate resolution paths.  There is an updated Customer Service Manual being written, as well as a retraining session for us all in the near future.

I acknowledge receipt and understanding of the above protocols

_____     _____     9/24/12

Name                  Signature             Date
                      Reviewed By: _____ 9/24/12

PINNACLE
L O G I S T I C S I N C

# *AuraVie Inbound Call Script:*

### *Opening:*

Thank you for calling AuraVie Customer Care this is (CSR Name) speaking, may I please have an order number so that I may pull up your account for you today? (If Customer is unable to provide an order number then you may ask for their last name and zip code)

Thank you very much, please bear with me one moment while I locate your account. (Confirm the Customer has heard you, then, place them on hold if needed)

Okay (Customer Name), I have located your file, may I please have you verify your E-mail address on file for security purposes.

Thank you again (Customer Name), now let's go ahead and walk through the orders and charges we have here on file and then I'll be more than happy to help you in any way that I can.

IF NO: I'm sorry (Customer Name), but I will need to review the account history with you as it is required of me to ensure I have covered all charges with you.

IF YES: I see here that on (Date) you visited our website (Website Name) and placed an order for our AuraVie 10 day risk free trial. On that date you were billed the Shipping and Handling charge of (Price) and you were shipped one full 30-day supply of all 3 of our products. According to the United States Postal Service Delivery Confirmation that package was delivered to the address you provided us on (Date) and on (Date) you were billed the remaining balance of $97.88 for the package in your possession when the trial period you had agreed to expired. (Go through all shipments and charges) Your next shipment is set to be charged and shipped in (Days until next rebill). What have you thought of the products so far?

IF NO: I'm very sorry to hear that (Customer Name), but we understand, that's the purpose of these trials

IF YES: I'm Glad to hear you have been enjoying the products!

How may I assist you today?

FTC-AUR-S1-0000003

EXHIBIT 104

### *Returns:*

To generate RMA # I need to input a reason for cancellation, why may I ask do you want to cancel today?

Thank you very much; you may want to grab a pen to write this down. Your RMA # is \_\_\_\_\_, please make sure to have this clearly written on the outside of the package or the returns department may not process it.

You will need to ship the products back to 7900 Gloria Ave.; Van Nuys CA, 91496 and it will need to be returned into our warehouse no later than (Date).

I also highly suggest that you pay a little extra and add a delivery confirmation when you go to pay for shipping, that way you can assure yourself that the package was delivered successfully.

IF WITHIN TRIAL: Lastly, you are entitled to a 10 day portion of the product, so please do not send back any empty containers. Once we receive the products your cancellation will be finalized.

IN TRIAL SAVE SALE IF APPLICABLE: However, if you would like, I can save you the hassle and inconvenience of dealing with the post office by offering you a discounted rate of (Price) as a onetime purchase and still cancel you out of future shipments.

OR

Since you were unsatisfied with the product I would be able to offer you a 25% discount and charge you for this order, feel free to pass it on as a gift and we would love to send you a full 30 day supply of our Miracle Face Kit which is an authentic Dead Sea Mud Masque that can be used on your face and body.

IF OUTSIDE OF TRIAL BUT ELIGIBLE FOR RETURN: Lastly, please ensure that all products are unopened and unused with the seals still intact. Once we process your package you will be refunded $83.20, which is the $97.88 minus the 15% restocking fee.

OUT OF TRIAL SAVE SALE IF APPLICABLE: If you would like, I may be able to help make this a little more convenient  by offering you a partial refund of $25 so you can keep this package and still cancel out of future shipments

### _Unauthorized Charge Rebuttal:_

Let's look into this together and I'll try and help you out wherever I can.  I see here that on
(Date) you visited our website (Website Name) and placed an order for our AuraVie Risk
Free Trial.  When you placed this order did you take the opportunity to read over the Offer
Terms and Conditions that were listed to the left of the credit card screen before submitting
your order?

IF YES:  Wonderful, so you read that we shipped you a full 30 day supply of the AuraVie 3 in
1 skincare treatment and that you had a 10 day trial period with the products before being
billed the discounted membership rate of $97.88 for all three products which we sell at
malls and spas nationwide for over $220.

You also agreed to our VIP membership program, meaning that every 30 days after your
trial expires you would receive a fresh supply of all three products for the same discounted
rate of $97.88 including Shipping and Handling and your 6th and last shipment would be
free, all you pay for is the Shipping and Handling.

IF NO:  Okay, that explains the misunderstanding, but let's go through this together and I'll
help you out in any way that I can. Do you have internet access available where you are
right now?

IF YES: Walk customer back to website to view Offer Terms and Conditions)

IF NO:  The paragraph to the left of where you entered your credit card information stated,
and I'm going to read this verbatim from our website: (Read Offer Terms and Conditions
from website then continue below)

Now I see here that your next shipment is set to be charged and shipped in (Amount of
Days), let's go ahead and cancel that so you don't receive any more products, but while I'm
doing that, what did you think of the products themselves?

### *Disputes Rebuttal:*

I understand you're upset ma'am/sir and I want to help you. I want to assist you in understanding that disputing a charge is something every cardholder has the right to do, however it does not mean the charge will be reversed. What it means is the bank may temporarily credit your account, but then will contact us to verify the information. We will provide them with the website you signed up to, where the Terms and Conditions you agreed to were located, the I.P. address of the computer that placed the order and the delivery confirmation(s) for the products. After what could take up to six months, the bank accepts our verification of the information 90% of the time, meaning if they did temporarily credit your account, they will take those funds out again and at that point as much as I may like to, I wouldn't be able to apply any courtesy credit to your account. I would much rather come to a resolution for you today and save you the time and effort of the dispute process with your credit card company, but the choice is yours.

FTC-AUR-S1-0000006

**EXHIBIT 104**

### _Never Received Package Rebuttal:_

(First look up information using USPS Tracking # then have the customer verify their e-mail address and shipping address.)

Not a problem ma'am/sir, let's take a look into this and figure out what's going on. I see here you placed the order on (Date) at which point we gave you an estimated date of delivery, I then see that on (Date) we shipped the full 30 day supply and also e-mailed you the tracking information so that you could keep track of the package. According to the United States Postal Service Delivery Confirmation, that package was confirmed delivered to you on (Date and Time).

CUSTOMER: I don't care what it says I didn't get it!

Unfortunately, since the package is confirmed delivered I wouldn't be able to offer a refund on this package but let me place you on a brief hold and see what I can do for you. (Place customer on hold for about a minute and a half)

Okay ma'am/sir, I explained your situation to my supervisor, and as a courtesy, I was authorized to send you a replacement package free of charge despite the fact that we do have a delivery confirmation on the package. Is there a more secure address we can ship the package to? Please take into consideration that if we do get another delivery confirmation showing this package was delivered, we will not be able to send out any more replacement packages.

CUSTOMER: I don't want a replacement package I want a refund now!

I understand your upset and I'm only trying to help you, but the post office has given us documentation showing the package was delivered to the address you provided. However if you're adamant that the post office made a mistake and didn't deliver it, the option available to you is to file a claim with the post office and if they are willing to send us documentation that they never delivered your package we will be more than happy to refund you in full. But, rather than have you deal with the post office, I'm still willing to honor a replacement package and would be more than happy to send it to a more secure address if you would like.

FTC-AUR-S1-0000007

**EXHIBIT 104**

### _Bank Calls:_

BANK REP:  Hello, this is (Name) from (Bank) and I have a mutual customer on the line with questions about the charge, may I conference him/her in.

Hello (Name), how are you today?

BANK REP:  Wonderful, and yourself?

Great, thank you for asking!  Before we continue, may I have a contact number just in case this call gets disconnected and your employee ID number or last name please?

IF NO:  I'm required to ask for this information to validate you are calling from and actual bank.  I'm sure you can understand there are fraudulent individuals out there and we want to ensure we are protecting our customers and our company

IF YES:  Thank you very much!  Also, do you have internet access where you are located (Name)?

IF YES:  (Get customer's information from the bank rep, then walk the bank rep back to the website and show them where the Terms and Conditions are located)

IF NO:  (Get the customer's information from the bank rep, then read the Terms and Conditions verbatim off the website)

(Then bring the customer on the line and go through the order with the bank rep exactly the same as the opening script)

**\*\*\*\*\*MAKE SURE TO RESOLVE THE DISPUTE AND TO CONFIRM WITH THE BANK REP THAT NO DISPUTES HAVE OR WILL BE FILED ON THE EXISTING CHARGES BASED UPON THE RESOLUTIONS OFFERED\*\*\*\*\***

FTC-AUR-S1-0000008

**EXHIBIT 104**

**Criteria:**

**Identify bank**

**In Account Code-** Input Bank, Bank Name legend *( Legend listed below), customer number.

**Rep Name**

**Employee ID #**

**Contact #**

    1. Ask bank rep what the nature of the call is?

    2. Address bank rep before addressing or connecting with customer. Guide bank representative to the order page of our website and show them the terms and conditions the customer agreed to.

    3. Walk bank rep to the website and show bank rep we are compliant by all FTC regulations

(Insert)

At that point conference call with customer. Walk customer through order step by step and explain we track each order by IP addresses. Check email and find Facebook account.

*Only in this situation can you call out customer on having the correct email address that matches the Facebook.

Walk customer through order.

- Review the date order was created, the website they enrolled, the date of MT charge, explain initial order is not a sample or trial size.
- Address customers concerns and offer a resolution
- After offering resolution explain this is as a courtesy in an attempt to settle the dispute so one will be filed.
- If bank rep insists on filing dispute, request to speak to their supervisor. (Get name: name and ID number) If supervisor gets on the line explain terms and conditions and compliance to supervisor and inform them they are blackmailing us into a refund
- If supervisor still insist on dispute...tell supervisor we will be keeping a record of the call recording and are building a file on any bank who is blackmailing small businesses into refunds. After we provided you with all poof that the customer did in fact place this order agreed to our terms and conditions and that we have provided the customer with the services they requested from us.
- After you have settled, ensure while on call with employee and bank rep that no dispute will be filed before you refund

    **Do not escalate bank rep calls unless the bank rep is on the line – Do not disconnect call without resolution**

FTC-AUR-S1-0000024

**EXHIBIT 105**

We also have a letter of approval from a former FTC Attorney who has reviewed and approved each and every one of our sites.

**Bank Name Legend**
1. Bank of America - BA
2. Chase- CH
3. Capital One- C1
4. HSBC- HSBC
5. Wells Fargo- WF
6. Wachovia- WV
7. City National- CN
8. Citi Bank- CB
9. Cal National- CALN
10. Any other banks that are not listed- Misc

FTC-AUR-S1-0000025

EXHIBIT 105



# STANDARD OPERATING PROCEDURE | PINNACLE LOGISTIC INC.
# AURAVIE SKINCARE – BETTER BUSINESS BUREAU COMPLIANTS

EXECUTIVE RESOLUTION DPT. (UPDATED: MARCH 18, 2013)

## PURPOSE

Establish uniform procedure in order to provide resolution regarding customers who filed complaints with the Better Business Bureau in the various states while maintaining exceptional customer service, as well as providing an internal resolution by analyzing each individual case / complaint to determine root cause and recommend a corrective action to operational and senior management.

## SCOPE

Executive Resolution Department, Administrative Team, Customer Service Department, Quality Assurance Department, Director of Operations and company controller.

## PREREQUISITES

- *General Working knowledge of CRM Software.*
- *General Working knowledge of Smartsheet.*
- *General Working knowledge of Call Recorder.*
- *General Working Knowledge of Google Drive.*
- *General Working Knowledge of the BBB web site and Process.*
- *General Working Knowledge of QA Process.*

## PROCEDURE

### CHECKING FOR CUSTOMERS BBB COMPLAINTS

In order to prevent mishandle and to insure delivery ERD agents must check for customer's complints on a daily and weekly basis:

- **Complaint Email** – The ERD agent will log into the e-mail address provided to the BBB in order to check if new complaints had been logged on a daily basis.
- **BBB Website** – In order to insure delivery the ERD agent will log into the applicable BBB account in order to see if new complaints were filed on a weekly basis.

**E-Mail & Better Business Bureau Account Credentials Will Be Provided by The ERD Manager**

### RECEIVING & DOCUMENTING COMPLAINTS

1. **Enter Complaint Info To Complaint Log** - Once the complaint e-mail has been received, the ERD agent will enter all applicable information in to the "Complaints Log" in smartsheet. Please make sure to enter the following information:

   - **Status** – ¼ Full – Received, ½ Full – 1st response, ¾ Full – 2nd Response, Full – Completed.
   - **Received On:** Date the complaint was received.
   - **Due On:** The BBB allows 10 business days for 1st response, 7 days for 2nd response. – EMAIL GIVES DUE DATE
   - **Handled By:** The ERD agent handling the case.
   - **Internal/ERD Complaint ID:** Internal complaint ID given by ERD dept.
   - **BBB Complaint ID:** The Better Business Bureau assigned complaint ID. – BBB CASE #

## PINNACLE LOGISTIC INC. | WWW.PINLOGISTIC.COM

FTC-AUR-S2-0000002

**EXHIBIT 109**

- Customer ID: CRM Customer ID.
- Order ID: An order ID is given by the company's CRM.
- Customer Name: Input customers first and last name.
- Phone Number: Customers phone number.
- Amount: Amount being disputed.
- Retailer/Processor ID: The retailer ID of the retailer who processed the customer's sale/transaction.
- Affiliate ID: Located in the customer's information page on the company CRM.
- Sub Affiliate: Located in the customer's information page on the company CRM.
- Stage: Received, Pending 1st Reply, Pending 2nd Reply, Pending Legal, Completed.— *PENDING CS MANAGER/ERM*
- Completed On: Date the complaint was completed (the date the BBB closed the complaint).
- CS Agent: The CSR agent who handled the case.
- Closing Code: Given by the BBB when they are finished reviewing the complaint before they post it to the public.
- ERD Notes: To include QA notes pertaining to the case, other customer information that is not on file i.e. other phone numbers, e-mail addresses, mailing addresses etc.

2. **Downloading/Saving The Complaint** - Once the complaint has been reviewed; the ERD agent will save the applicable documents (By logging in to the BBB website through the link provided in the e-mail) into a single PDF format file (Please refer to "Saving a doc as PDF" protocol for assistance). *DL COPY SAVE AS WORD DOC – CUSTOMER NAME – CASE #*

3. **Upload to Smart Sheet** – Once the complaint documents are downloaded the ERD agent will upload the same into the applicable smartsheet row as an attachment:

- In smartsheet look for the column with the paperclip symbol.
- In the applicable row click on the paperclip symbol.
- Once clicked a pop up window with file upload options will appear. Select the "upload" option and select the file you would like to upload from your applicable PC folder.



4. **Complaint Status** – Once the complaint documents were scanned and the ERD agent uploaded the same into the applicable smartsheet row mark/dispose the complaint as "Received" from a dropdown menu in the status column.

5. **ERD NOTE** - Customers who reached the extent of filing a complaint with the Better Business Bureau are senstive and must be handled with the utmost care and compassion. In order to prevent further escalation of the case and to insure proper customer care we must route further communications with the customer through ERD department. Therefore the ERD agent will paste the following note into the CRM system on the applicable customers account:

**\*\*\*CUSTOMER FILED COMPLAINT WITH BETTER BUSINESS BUREAU. PLEASE DIRECT FURTHER COMMUNICATION TO ERD\*\*\***

FTC-AUR-S2-0000003

EXHIBIT 109

## RETRIEVE APPLICABLE RECORDS

Once the complaint is logged the ERD agent will compile any applicable information pertaining to the customer complaint such as related call recordings and CRM notes in order to provide senior management with a complete and informative breakdown of the case handled.

### Customer CRM Records

6. **Retrieving CRM Customer Files** – Once the ERD has logged into Lime Light, they will search for the customer's files and open all applicable order pages in separate tabs. ~~SCROLLING TO THE BOTTOM OF THE PAGE AND SELECTING PRINT ORDER DETAILS~~

7. **Taking Screen Shots of the Orders**-The ERD will then take individual screen shots of each page in Lime Light by pressing "Alt + 4/3/08 Print Screen" to capture the page to the clipboard. Once the image has been saved to the clipboard the manager will then open Microsoft Paint and press "Control + V" to paste the image into a new document.

   **When using Google Chrome you may click "Print" and saving the screen as a PDF file**

8. **Saving the Files**-The ERD agent will then select "Save As" and name the file with the customer's name and the order number for the specific page in Lime Light while saving the file in ".PDF" format to the appropriate folder. (Label Format:  Name – Order # - CRM).

### Customers Call Records

9. **Retrieving Customer Call Recordings** – The ERD will then refer to the instruction on how to use call recorder on call recorder access protocol to pull all applicable call recordings pertaining to the customer's account and export them to the correct file folder. (Label Format:  Name – Phone # - Date info)

10. **Scoring Customers Calls Against QA Scoring Sheet** – The ERD agent will then score all applicable call recordings against the QA scoring sheet provided by the QA manager. (Label Format: Name – Phone # - QA Doc) ~~# Month~~

11. **Uploading Customer Call Recordings & Scoring Sheets to Smartsheet**- Once all recordings have been exported from the call recorder the ERD will then follow the above "Upload to Smartsheet" protocol to ensure the call recordings and the scoring sheets pertaining to the customer's account will be correctly attached to the corresponding row in Smartsheet.

   SENDING LOW SCORES TO QA MANAGER ?

### Non-Verbal Records

12. **Retrieving Customer Emails**- Although, all emails should be handled by our email department and correctly copied and pasted into the corresponding Lime Light account pages, in these extenuating circumstances it is important to double check by searching for the customer's on file email address within our support email. (Label Format:  Name – Customer ID – E-mail) ~~#~~

13. **Uploading Customer Emails**- If a missed email is found, copy and paste the email into Lime Light and attach the email to the corresponding Smartsheet row following the above "Upload to Smartsheet" protocol.

14. **Retrieving Customer Letters**- The ERD will then open the Letters Log and search for the customer to determine if any other correspondence from the customer has been received by mail. (Label Format: Name – Customer ID – Letter)

15. **Uploading Customer Letters**- If any previous letters are located, the scanned copy of the letter will then be uploaded to the applicable row in Smartsheet following the "Upload to Smartsheet" protocol listed above.

16. **Uploading Screen Shots To Smartsheet** – Once the screen shots have been saved and labeled in the correct format the ERD agent will then follow the "Upload to Smartsheet" protocol to ensure the order pages have been attached to the proper row in Smartsheet. (Label – Name – Customer ID – ~~Screen Shot~~ CRM

### Transaction Information

2. **Gateway Access** – In some cases the ERD agent will be required to provide transaction information that is only available via the client's gateway system.  In such cases the ERD agent will submit a request to the company controller. The company controller will access the gateway system and provide the ERD agent will the required documentation. (Label Format: Name – Customer ID – Gateway)

FTC-AUR-S2-0000004

## CREATING A COMPLAINT SUMMARY

Once all applicable / pertaining information was retrieved, the ERD agent will proceed to review and analyze the same in order to provide senior management and our legal department (if need be) with a detailed report of the circumstances and facts of the case.

- ERD agent will listen and review the calls retrieved
- ERD agent will listen and score the calls on the recent scoring sheet proved by the QA manager.
- ERD agent will search the customer e-mail address to insure no further communications were made with the customer.
- ERD agent will inquire about letters or non-verbal communications with the customer.

The complaint summery will be presented in the following format:

- Better Business Bureau Complaint Breakdown – The ERD agent will note the points the customer is complaining about.
- Customers CRM breakdown – The ERD agent will provide every instance of communication /action for the applicable customer that was made and documented in the company CRM
- Call Recordings Highlights – Once all calls were listened and scored the ERD agent will list any valuable /applicable information pertaining to the customer's account.

**Submitting the Complaint Summery**

A. The ERD agent will initiate the process be logging into ~~smartsheet~~ and selecting the "Better Business Bureau Log"
B. The ERD agent will right click on the applicable row for the customer and choose "send row" from the options presented.
C. The ERD will write the complaint summery into the "Message" box and send the same to the applicable personal/senior management.




FTC-AUR-S2-0000005

**109 - 4**          **EXHIBIT 109**

**Complaint Summery Format Sample:**



## PROVING THE BBB OFFICE WITH A REPLY

Once the customer's complaint was logged, all applicable documents and records were retrieved and a case summery has been prepared, the call center manager will decide on how to proceed with the case based on the information obtained.

1. **In case Of Refund** – In case the call center manager ordered a refund to take place, the ERD agent will log in to the company CRM and issue the customer with the applicable refund amount (Depending on the customers balance).

4. **Gateway Access** – In some cases the ERD agent will be required to provide transaction information that is only available via the client's gateway system.  In such cases the ERD agent will submit a request to the company controller. The company controller will access the gateway system and provide the ERD agent with the required documentation.

2. **Custom Reply** – In some cases the complaint might require further escalation and legal department intervention. Once escalated the call center manager will provide the ERD agent with the proper reply.

## POSTING INITIAL REBUTTAL

Once prepared ERD agent will provide the BBB office with a generated reply and will post it to the BBB web site under the applicable account.

## DELIVERY CONFIRMATION

when posting rebuttals to the BBB site the ERD agent must ensure the reply was properly uploaded.  Please make sure to pay attention to the popup message generated.

## PINNACLE LOGISTIC INC. | WWW.PINLOGISTIC.COM

FTC-AUR-S2-0000006

EXHIBIT 109

## PROVING SECONDARY REBUTTAL

A customer has the right to provide the BBB with a secondary reply to the rebuttal provided if he feels his complaint was not properly addressed or if he was not satisfied with the resolution offered.

In such cases the BBB require us to provide a second rebuttal to the customers reply. Therefore the ERD agent will present the customers *[handwritten: IN ORDER TO THE CUSTOMERS WHAT?]*

## GENERATING INTERNAL RESOLUTION

Since the ERD agent and the call center manager reviewed every applicable record of the case, they are able to point faults or misconducts committed by our agents/company. In cases where an internal resolution has been made the ERD agent along with the call center manager will compose an "Internal Resolution Summery" and provide senior management and every applicable agent with their findings, In order to optimize our process and prevent future Better Business Bureau complaints.

## REBUTTALS TEMPLATES

## REFERENCES

1. *Company CRM - Lime Light (www.nwmbo.com) / Click Connector ().*
2. *Call Recorder Archiving Browser – Installed on every pc. (Refer to the instruction on how to use call recorder on call recorder access protocol).*
3. *Pinnacle Logistics Google Drive.*
4. *QA Scoring Sheet (Located On Pinnacle Google Drive - Please Refer to QA protocols or submit a request to QA Manger)*
5. *QA Scoring Form (Located on Google Drive – Please Refer to QA protocols or submit a request to QA Manger)*

FTC-AUR-S2-0000007

EXHIBIT 109

## DEFINITIONS

***ERD*** – Executive Resolutions Department
***BBB*** – Better Business Bureau Office

## REVISION HISTORY

| Date | Name | Revision Notes |
|------|------|----------------|
| 10/30/2012 | Roi R | Created |
| 1/17/2013 | Jacqueline C | Revised |
| 3/1/2013 | Roi R | Revised to Final Version |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |

FTC-AUR-S2-0000008

**EXHIBIT 109**