

Patrick Raffin <praffin@pinlogistics.com>

## Clarification on procedures

Patrick Raffin <praffin@pinlogistics.com>                                Mon, Feb 18, 2013 at 9:23 AM
To: Shermaine Jackson <sjackson@pinlogistics.com>

Shon,

Thanks for emailing your questions.
1: If a customer calls in within their trial, stating they did not receive their package, these are the steps you will take:

A) advise the customer the package is confirmed delivered, and that she should contact her post office to see if they have it, because sometimes, this will be the case. Also advise them you can extend her trial to compensate for the delay in her receiving the product, but on our end you will place the account on hold, and set a reminder to follow up with them in a few days.
B) if they decline that option, let the customer know that even though the package is confirmed delivered, and we are already out one package, we are willing to ship them a replacement package, however,we would have to receive payment on the account, and there would be no trial period nor return of the replacement package. If the customer declines that, advise you would be willing to apply a slight discount, not more than 25%, and reship the package to them.
C) If the customer refuses those options, politely advise them we are trying to work with them and assist them to the best of our ability, and advise them we would require our package returned within 30 days to resolve their account, or we could resolve it with a payment of $38.29, with no reshipment. If those are also refused, stop recurring on the account, and advise them that we reserve the right to take further action on the account.

2: If a customer calls in regarding a refused package and associated refund, I ask the customer for their RMA number. If they provide one, it indicates a previous rep did not notate or modify the account correctly, and you would check the Archived Recordings for a call recording to our company, so you can validate the return. If the customer is unable to provide an RMA, and there is not one on their account:

A) Advise the customer that because the package didn't have an RMA number, it wouldn't be processed by the returns department, due to the sheer volume of orders going in and out each day, we only process packages with return numbers on them.
B) Advise her not to worry though, because she's a valued customer, we would be willing to ship her a replacement package at no additional cost to her, as a courtesy. If she declines that, you can advise that as an added courtesy, you will include the other two products in the Auravie line ( clay masque and peel) in the reshipment. If they decline that, you can apply a refund, following the refund hierarchy we've explained in training, in addition to the reshipment.
C) If e customer declines that as well, and continues to press you for a refund or the call begins to escalate or dispute is mentioned, advise them we will treat the return as though it was authorized, and with any authorized return there is a 15% restocking fee, so their total refund equals $83.20. If they press harder for a full refund or become irate, you may waive the restocking fee as a courtesy or to resolve a dispute.

3) In all circumstances you should review the orders and charges on the customer's account. The only time you wouldn't is if the customer had called in that same day and already had their account reviewed by another agent, in which case you would advise her "I see here that you called in earlier today and spoke with (agent) who reviewed your account with you, and (recap actions taken on account; cancellation, refund, return info, etc). How can I help you further?"

4) If the customer's order was declined, this is the perfect opportunity for you to up sell her while assisting her with an order. If placing a trial order for her, You would explain the trial program to her in detail, advise her of our contact info, read the terms to her verbatim off the website, and verify that the customer is over 18 years of age and an authorized user of the card. You may also offer a one time purchase of the product for $89.95 or $79.95 if she is attempting to use a prepaid credit card, or if she's more comfortable with one time orders than recurring memberships. With either one, you can up sell her other products of ours by asking what her target Areas or skin care goals are.

If you have further questions, feel free ask! My door is always open.

FTC-AUR-S2-0000033

**111 - 1**                                                          **EXHIBIT 111**

**Step by Step Call Guide**

1. Copy and Paste Customer ID into **Televantage**- Right click on your active call in the Televantage call queue, select enter account code, and paste the customer ID.

**Scenarios: Limelight**

*Steps that have * need to be saved in LimeLight for the changes to take effect.*

*[handwritten: order confirmation]*

1. Customer calls to cancel **before** risk free trial is shipped. *[handwritten: order confirmation]*
   a. Set order to not confirmed*
   b. Explain auto-ship program, that shipping and handling charge is non-refundable.
   c. Stop the recurring on the file by making sure the box is checked in the upper-left hand corner, and select stop recurring.
   d. Mark the order as fraud by checking the fraud box above the order confirmation field*
   e. Leave detailed notes on the account as to the reason the customer did not move forward with the risk free trial as well as your response to the customer's objection.*
   f. Paste your notes into the Bunzai customer service room in Skype, copy them into the Bunzai fraud mf's room, take the order id paste it into the Bunzai shipping room and type DO NOT SHIP after the number.

   *[handwritten: Before order to shipped only initiators]*

2. Customer calls to cancel **within** the 10-day trial period.
   a. Extend the customer 40 days from original order date until their next recurring date* *[handwritten: but then cancelation]*
   b. Select YES stop recurring after next successful billing* *[handwritten: CNX after next bill]*
   c. Issue RMA number-save RMA number* Explain that the product must be received by us 30 days from the initial order date.
   d. Explain return process to customer: RMA needs to be clearly visible on the outside of the package, and the date that the package needs to be received by us. Also suggest a delivery confirmation for the package.
   e. Leave detailed notes on the account as to the reason the customer wants to cancel and return the system as well as your response to the customer's objection.*
   f. Paste your notes into the Bunzai customer service room in Skype.

3. Customer calls to cancel **after** the 10-day trial period.
   a. Explain to the customer the risk free trial system, pull up USPS tracking information to confirm receipt of the package, walk the customer through the website terms where he/she enrolled.
   b. If the customer has not been charged and is past his/her trial period in the next recurring date field select FORCE BILL NOW.
   c. Determine whether the shipment is within thirty days of the initial order date, and whether or not it is unopened or unused.

   *[handwritten: factory seals to be intact no need to be refund will Creturned be processed]*

FTC-AUR-S2-0000053

**112 - 1**                    **EXHIBIT 112**

FTC-AUR-S2-0000054

112 - 2

**EXHIBIT 112**

   d.  If you determine that this package is within thirty days, and that it is unopened and unused.
- i. Make sure account is selected in the upper left hand corner, and select stop recurring at the top of the account page.
- ii. Issue an RMA number-Save RMA number
- iii. Explain return process to customer: RMA needs to be clearly visible on the outside of the package, and the date that the package needs to be received by us.   give
- iv. Leave detailed notes on the account as to the reason the customer wants to cancel and return the unused system as well as your response to the customer's objection.*
- v. Paste your notes into Bunzai customer service room.

   e.  If you determine that the package is either not within thirty days, or that it has been opened or used.
- i. Stop the recurring at the top of the order page
- ii. Leave detailed notes on the account showing that the customer has been walked through the terms and conditions, and that they understand our policy*
- iii. Paste your notes into the Bunzai customer service room in Skype.

Customer is not satisfied with the solution you have for their concern and escalates to supervisor.
- f. Leave detailed notes on the customer's account starting with the order number a dash and the BEST number to reach the customer within 48 hours. 12345- 8189911919*
- g. Note should include the customer's issue, your resolution to the issue, and what the customer is asking the supervisor to do.
- h. Paste your notes into the Bunzai customer service room in Skype.
- i. Paste your notes into the supervisor calls room document

4.  Customer enjoys the product but pricing is a concern.
- a. Educate customer on **Rebill Discount**   25 /30% off
- b. Select Rebill Discount in the most recent order and select discount amount up to 25%*
  *Customer Verification Program can be used in conjunction with this option.

5.  Customer  enjoys the product but does not want to be in a **recurring program**( **subscription**)
- a. Educate customer about **CVP(Customer Verification Program)**
- b. In the notes section of the customer's most recent account type "cvp"*
- c. Open Bunzai media mail>select calendar> Use left/right arrows to scroll to the appropriate date and click>in the pop up window under (what) paste the order id of the cvp customer> click edit even details>In the description field type appropriate notes about the conversation and key things to remember>under reminders select email

FTC-AUR-S2-0000055

**EXHIBIT 112**

reminder and ten minutes which should be the default setting>at the bottom of this page click save.

*Difficult call / force self to be calm*

Customer calls to inquire about or dispute transitional $97.88 charge

   a. Click on Customer ID in limelight
   b. Determine the website the product was ordered on and open it in a separate tab
   c. Open first and most recent order id side by side
   d. Pull tracking number out of risk free trial order and open a new tab and Google the tracking number.
   e. Determine whether the customer is within the thirty day window to return unopened/unused product.
   f. Explain the order to the customer including the date he/she signed up for the risk free trial>~~The date the USPS tracking number states the package was delivered~~.
   g. Explain the terms of the trial on the website the customer signed up on, if possible walk the customer through the website's offer terms (www.mymiraclekit.com/order.php)
   h. Be clear that this charge is for the original skincare system that was received, and not a second package.
   i. If customer is not satisfied with the solution that you have for their account escalate the file to the supervisor queue. *Refer to Scenario 4*

Customer calls in with Bank Representative on the line, or Bank Rep calls on behalf of the customer

   a. Ask the bank rep for their full name, and their employee number
   b. Click on Customer ID in limelight
   c. Determine the website the product was ordered on and open it in a separate tab
   d. Open first and most recent order id side by side
   e. Pull tracking number out of risk free trial order and open a new tab and Google the tracking number.
   f. Explain the terms of the trial on the website the customer signed up on (*offer to walk the bank rep and the customer to the website that the trial was signed up on.*)
      i. Explain that we are compliant by all FTC rules and regulations
   g. Explain the order to the customer including the date he/she signed up for the risk free trial>~~The date the USPS tracking number states the package was delivered~~.
   h. If the representative and customer are not satisfied at this point, offer a discount to settle the file. If the discount does not satisfy the customer escalate to a supervisor. *Refer to scenario 4*
   i. Leave detailed notes on the account as to the result of the conversation. Be sure to note the bank representatives' name and employee number, what resolution was agreed to, and whether or not the dispute has been resolved.*
   j. Paste your notes into the Bunzai customer service room in Skype.

FTC-AUR-S2-0000056

EXHIBIT 112

k.  Paste your notes into the supervisor calls room( If applicable)    document

* Reference Disputes & Bank Call Scripts

FTC-AUR-S2-0000057

112 - 5                                    EXHIBIT 112



**Miracle Face Kit**
7900 Gloria Avenue
Van Nuys, CA 91406
**6/20/2011**

7/5/11

# 35643

Amy Lasker
1566 Emery rd.
East Aurora, NY 14052

**RE: Order Number: 35643**

Dear Amy Lasker:

You are receiving this Notice in reference to your account with AuraVie Skincare. According to our records, you signed up to receive a 10-day trial of our skincare products on **3/4/2011** and were sent a full **30 day supply** of the skincare system. Although you called us and canceled within the 10-day trial period, the products we received back were empty. Therefore, your account has an **outstanding balance of $97.88**.

Based on the Terms and Conditions of the offer you accepted, you received, in good faith, a full **30 day supply** of our products and you had **10 days** in which to try them. In accordance with our terms and conditions, you decided to cancel your membership and were supposed to return the unused portion of the products we sent you.

As stated in our terms and conditions, the products you received contained a full **30 day supply**, sent to you in good faith, and we anticipated that you would act accordingly. Since you chose to not keep the system and cancel out of the program, you had only **10 days** in which to try our products, and were free to use it for the full 10 days; all you had to do was return the unused portion of the full product back to us. However, you returned **empty containers** of the month-long supply we sent you, which is a potential case of fraudulent use of our product offer and/or theft of product. Therefore, you have an **outstanding balance of $97.88** for the products.

We value our customers and make every attempt to work with them. However, when a customer acts in bad faith and takes advantage of our generous offers, we regretfully seek outside collection assistance. We do hope to avoid such action by receiving payment on your account.

Please call us today at **888.324.9771** to arrange for payment. You may also remit a check to the address below.

We thank you for cooperation in this matter and hope that you resolve this outstanding balance immediately.

Sincerely,
Justin Fields

**Miracle Face Kit**
Collections Department
7900 Gloria Avenue
Van Nuys, CA 91406

Will never do business
with you again!

FTC-AUR-S2-0000504

**EXHIBIT 114**

Disputes script

I understand your upset mam and **I'm only here to help you**.

I want to assist you in understanding that disputing a charge is something every card holder has the right to do, but it doesn't mean the charges will be reversed.

What it means is the bank may temporarily credit your account but then have to contact us to verify the information, we then provide them with the website you signed up to, where the T+C you agreed to were located, the IP address of the computer that placed the order and the delivery confirmation(s) for the products.

After what could take up to 6 months the bank sides with us 90% of the time meaning if they did credit your account they will take those funds out again and at that point as much as I would like to I wouldn't be able to apply any courtesy credits to your account.

I would much rather come to a resolution for you today and save you the time and effort of a dispute but the choice is yours.

FTC-AUR-S2-0000966

**117 - 1**          **EXHIBIT 117**

**From:** Robert M. Ungar <rmu@ungarlaw.com>
**Sent:** Thursday, April 26, 2012 1:41 PM
**To:** Alon | Bunzai Media
**Subject:** Re: IP Business Plan
**Attachments:** File Memo IP Business Plan 042512.2.docx; Untitled attachment 03998.htm; File Memo IP Business Plan rev.042512.docx; Untitled attachment 04001.htm

1

EXHIBIT 119

## MEMORANDUM

To:         File
Date:       04-25-12
Re:         IP Business Plan

Hong Kong Trading Company ("HKTC") will transfer its intellectual property assets, trademark rights, formulas, brand(s), artwork, copyrights, trade secrets ("IP Assets") to a Cyprus Corporation ("CC") as Trustee for a Cyprus International Trust ("CT"). HKTC is not a shareholder, director or officer of CC, nor a trustee or beneficiary of CT.

CC, as Trustee, will issue a license to HKTC granting two (2) principal rights: (1) exclusive right to source and supply components and ingredients ("CPPI") for brand name products ("BNP"); and (2) exclusive right to license US manufacturers ("USM") to manufacture BNP. HKTC will sell to its licensed USM all the CPPI that USM requires, and USM will remit payment to HKTC for invoiced CPPI.

HKTC will account to CC for all sales to its licensed USM and pay agreed upon licensing royalties. A withholding tax of 4.95% should apply on remitted royalty payments and licensing fees to CC, as Trustee for CT. CC retains a management / trustee fee (on which it pays Cyprus corporate income tax, subject to a proportionate credit for HK withholding tax} and the balance is deposited for CT (for which no Cyprus income tax is due on non-territorial income to a Cyprus International Trust). CT's discretionary beneficiaries are unrelated to HKTC, USM, or CC's shareholders and directors and receive tax-free distributions at the discretion of CC, as Trustee.

CC will indemnify and defend HKTC from any claim or liability due to the IP Assets, and all licensing agreements (excepting for a breach by HKTC). HKTC may set-off the cost of CC's indemnity obligation from all amounts due to CC.

**EXHIBIT 119**

**MEMORANDUM**

To:        File
Date:      04-25-12
Re:        IP Business Plan



File Memo
4-25-12
Page Two

- Hong Kong trading company ("HKTC") will transfer Intellectual Property rights including brands, formulas, and trade secrets (the "IP") to a Cyprus Corporation ("CC") as Trustee of a Cyprus Trust ("CT").

- CC fbo CT grants to HKTC (1) the exclusive right and license to source (outside the US) and supply components, parts, packaging and ingredients ("CPPI") used in the manufacture, assembly, formulating, and packaging of IP protected brand name products ("BNP"); and (2) the exclusive right to grant manufacturing and distribution licenses to manufacture BNP for US sales.

- HKTC grants an exclusive license to US Manufacturer ("USM") to produce and distribute BNP in the US.

- USM agrees to purchase from HKTC all USM's requirements for CPPI.

- HKTC invoices USM for CPPI.

- USM remits CPPI invoice payments to HKTC .

- HKTC remits royalty/licensing payments to CC fbo CT.

- CC will indemnify, defend and hold HKTC harmless for any claims arising from or attributable to the IP, royalties, and fees (HKTC having the right to set-off any unperformed indemnity obligation from amounts due to CC).

- Each US "retail merchant corporation" ("RMC") is owned 100% by an Investor/merchant account guarantor ("IG").

- The IG is the signer on the RMC merchant account, and authorizes assignment of payments to RMC operating account ("RMCOA").

- The RMC contracts with a professional manager ("CM") for corporate and operational management services.

- The CM's designated officers are the authorized signer on the RMCOA.

- The CM will indemnify RMC for any claims or liability arising in connection with the operation and management of RMC's business (including defense and costs).

- RMC will indemnify IG for all claims or liability (including defense and costs).

**EXHIBIT 119**

File Memo
4-25-12
Page Three

- The RMC, through CM, will contract for all necessary services.

- Through the RMCOA, CM will pay all invoices issued to RMC and all operating and management expenses.

- RMC will pay a monthly management fee to CM for its professional management services.

- The RMC relies upon CM to contract for marketing services that successfully promote the brand being sold by the RMC.

- CM employs a marketing compliance officer ("MCO") who reviews and approves marketing materials to be used by the RMC.

- The RMC "model" can be used across all brands to execute an online merchant business and marketing plan.

- Media buys are contracted for and approved by CM for the benefit of each RMC managed by the CM.

- The CM addresses legal, administrative and public relations matters, including customer or consumer agency complaints. This can be performed internally or "jobbed out" to a service bureau.

- The RMC, CM and IG are exposed to all business risks normally associated with negative option marketing and online retailing, including claims of false and/or misleading advertising, violation of negative option marketing statutes, and FTC rules.

**To:**         Xposed Inc[xposedinc@gmail.com]
**From:**       Alon | MediaUrge
**Sent:**       Sun 2/17/2013 1:14:19 AM
**Importance:**         Normal
**Subject:**    pls buy asap private
**MAIL_RECEIVED:**      Sun 2/17/2013 1:15:05 AM

leorskincare.com
liorskincare.com
leorskin.com
liorskin.com

Best Regards,

Alon **Nottea**
Rainmaker | MediaUrge
skype: **alonbaba**
direct: 818.200.1035
email: alon@mediaurge.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**To:**      Paul Medina[paul@bunzaimedia.com]; Alon N[alon@bunzaimedia.com]; Nastassia Yalley[nastassia@bunzaimedia.com]; Khristopher Bond[khristopher@bunzaimedia.com]
**From:**    Sam Ibrahim
**Sent:**    Wed 12/28/2011 1:59:20 PM
**Importance:**        Normal
**Subject:**   RE: Current merchant account status
**MAIL_RECEIVED:**     Wed 12/28/2011 1:59:32 PM

Paul,

Sorry for the late response. I was out of the office yesterday.

I appreciate all your work. I think from CB ratio pint of you view, we are on the right track. The only concern that I have is what I discussed with Alon before regarding the Websites which we continue to discuss. The best scenario is to make each account have a Website selling the same product of course, but with a different look.

Regarding the deposits Nastassia; the schedule should be as follows:

Transaction Date:        Monday, December 5

Batch Date:              Tuesday, December 6

Deposit Date:            Wednesday, December 7  ( no credits in the batch)

Deposit Date:            Thursday, December 8 ( if there is credits in the batch)

What makes it more confusing is that extra day delay depends on a) refund amount and b) the time of the day you batched out.

Now, I have been trying to get specific answers as of how much refunds will cause that extra day delay and what time to batch, but I have been getting different answers.

It seems that any batch with total refunds of $500.00 or more, will be delayed an extra day if batched out after 11 AM PT.

You can go back to the old deposit schedule if we change the front end to TSYS instead of Paymentech. It could be a little messy ( technically at least) , but it is a solution if we absolutely have to do it.

**From:** Paul Medina [mailto:paul@bunzaimedia.com]
**Sent:** Tuesday, December 27, 2011 2:06 PM
**To:** Alon N; Sam Ibrahim; Nastassia Yalley; Khristopher Bond
**Subject:** Current merchant account status

**EXHIBIT 122**

Hi Sam,

Hope you are well, I know you will see these stats soon but I just wanted to give you an update on how we are ending up for the month of December up to 12/27/2011.

As you can see below you will notice if we take an average for all our merchant accounts we are at 44 for Visa and 15 for MC. My limit is 75 Visa and 25 MC per merchant account, each CB in processing accumulates to $2,327.94 and if we multiply * 75 that's $174,595.50.

That means each merchant account should not surpass $174,595.50 . For the last 3 months not including Dec the processing per CB was $2,449.24. That's a decrease of $121.30 processing per CB, we are currently improving our phone system to insure we have 0 downtime and this should increase our current processing per CB.

| Current Month Processing | Visa CB | MC CB | Processing Per Charge Back | |
|---|---|---|---|---|
| $1,131,379.00 | 486 | 162 | Visa | MC |
| Total Chargeback Per Merchant account | 44 | 15 | $2,327.94 | $6,983.82 |
| Transactions | 20188 | 8605 | | |
| Total Trans per each MA (11) | 1835 | 782 | | |
| Trans per day each MA  (30 days) | 61.18 | 26.08 | | |
| CB Per day each MA (30 days) | 1.47 | 0.49 | | |
| Total Merchant Account Ratio | 2.41% | 1.88% | | |

Also any updates for us on deposit schedule?

Regards and Thanks,

Paul B. Medina
Director of Business Development
Bunzai Media Group

(Mobile) 818-983-7202

(Office)  818-200-1035 ext 7004
(Skype) PMedina0331

Email: Paul@BunzaiMedia.com

Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

EXHIBIT 122

**Tepfer, Reid A.**

---

| From: | Charlene Koonce <charlene.koonce@solidcounsel.com> |
|-------|---------|
| Sent: | Wednesday, February 10, 2016 8:53 AM |
| To: | Tepfer, Reid A. |
| Cc: | Gallegos, Luis |
| Subject: | RE: Possible privilege |

Reid-  If the email was sent to Bunzai as the email suggests by using a Bunzai account (and because the business plan tracks the manner in which Bunzai was operated), there is no privilege.  Bunzai is dissolved.  Even if there was a privilege, I would agree to waive it on behalf of Bunzai.   A multitude of other reasons exists why, even if there was an existing privilege, it was waived but I think Bunzai's dissolution is dispositive.

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Wednesday, February 10, 2016 8:46 AM
**To:** Charlene Koonce
**Cc:** Gallegos, Luis
**Subject:** RE: Possible privilege

Hi Charlene,

Sorry for the delay in finding this information for you. I found the memo attached to this email from Robert Ungar to Alon at his BunZai account (attached), which is where I'm assuming it originated from. I hope this helps. Thanks for the help.

Reid

---

**From:** Charlene Koonce [mailto:charlene.koonce@solidcounsel.com]
**Sent:** Wednesday, February 03, 2016 2:15 PM
**To:** Tepfer, Reid A.
**Cc:** Gallegos, Luis
**Subject:** RE: Possible privilege

Can you identify the location of the computer from which this document was pulled?  Was it in the large Mac in the open area across from the kitchen, or a different computer?

---

**From:** Tepfer, Reid A. [mailto:rtepfer@ftc.gov]
**Sent:** Wednesday, February 03, 2016 12:05 PM
**To:** Charlene Koonce
**Cc:** Gallegos, Luis
**Subject:** Possible privilege

Charlene,

Attached is an electronic document recovered at the immediate access. Although the document doesn't reference any of the companies by name, based on the corporate structure, it appears about the BMG companies. Because the document indicates (in the metadata) that Robert Ungar was the author, I wanted to see if you believed the document to be privileged, and, if so, if you would be willing to waive this privilege. Thank you.

Reid

1

EXHIBIT 123

Chargeback Rebuttal:

(Date)

(Mid-Name)                                                                                    Merchant #:

(Mid address and phone)                                                            Case #:

Dear Chargeback Department,

Thank you very much for your correspondence on this matter.  At Auravie, we take pride in providing 100% customer satisfaction along with the highest quality skincare products available on the market today.  As a BBB accredited business, our customers can be sure they are being provided with the upmost in quality and customer service, as we strive to resolve all requests in an efficient and timely manner.  Our products contain only the highest quality, clinically proven ingredients and are manufactured in the U.S.A. to ensure excellence and consistency.

As such, we are so confident in the efficacy of our products, we offer them on a 10 day risk-free trial basis (See attachments 1, 2 & 3 Order Screen, Offer Terms and Conditions & FTC Compliance Letter), allowing our customers the opportunity to try our spa quality products for the shipping and handling cost of just ($Price). Per the "Terms and Conditions" listed in the center of the credit card order screen and affirmed by the customer using a check box below the order submission button, we ship out a full one month supply of products, a retail price of $219.99, via United States Postal Service Priority Mail with Delivery Confirmation (See attachment 4 USPS Delivery Confirmation/s) to the address provided by the customer at the time the order was placed (See attachment 5 & 6 CRM Screenshot & Gateway Authorization Receipt with CVV2 & AVS results).  Our customers then have 10 full days, or 20 applications of the twice daily use products, once they are confirmed delivered by the USPS, to discover the benefits.  If for any reason the products are not satisfactory, the customer can cancel via a 7 days a week, 24 hour toll-free automated phone system, an e-mail, or a letter, anytime within their 10 day trial period and receive a Return Merchandise Authorization number to return the unused portion of the products within 30 days of the order date to finalize cancellation and avoid any and all future billings or charges.  If the products are satisfactory, the customer need do nothing, and at the end of their 10 day trial period they agree that their card will be charged $97.88, the discounted membership rate for our spa quality product, and become enrolled in our 6 month VIP membership program, where they will receive a fresh supply at the same discounted rate every 30 days, so that they may continue the use of our product and achieve the maximum results.  The 6th and final shipment is mailed out free as a thank you for the clients continued support; the customer only pays the shipping and handling fee of $14.95.  Our friendly customer service agents are available to handle all non-standard requests Monday thru Friday 7:00am PST to 4:00pm PST and reply to all e-mail, letter and voicemail correspondence a total of 3 times on 3 consecutive days before determining a customer to be unreachable to assure all customer needs are met to the best of our ability.  We make every effort to ensure proper resolutions to all cases within our terms, conditions, and policies by offering several different options to all customers calling in, up to and including, partial refunds, full refunds, replacement products and free gifts depending on the circumstances.

The specific customer in question (Text Box).  It is with our sincerest apologies that our mutual customer in question felt it necessary to remedy the situation through a chargeback, however we believe the documentation provided shows that we have made every effort to provide the customer with top quality products and customer service.

Regards,
Executive Resolution Department

- Attachment 1 Order Screen Snapshot
- Attachment 2 Full Offer Terms & Conditions
- Attachment 3 FTC Compliance Letter
- Attachment 4 USPS Delivery Confirmation/s
- Attachment 5 CRM Snapshots of all Order Pages
- Attachment 6 Gateway Receipts With AVS and CVV2 Results

# STANDARD OPERATING PROCEDURE | CHARGE-BACK DEPARTMENT
# CHARGEBACK PROTOCOL

## CHARGE-BACK DEPARTMENT (UPDATED: SEPTEMBER 23, 2011)

### PURPOSE

Establish uniform procedure In order to provide an official reply to customer who filed a "charge-back" dispute with our company.

### SCOPE

To Chargeback Department, Quality Assurance Department, Customer Service Department, Administrative Team and Director of Operations.

### PREREQUISITES

#### VIEW POINT

- *General Working knowledge of Lime Light.*
- *General Working knowledge of Smart Sheets.*
- *General Working knowledge of Call Recorder.*
- *General Working Knowledge of a PDF Scanner.*
- *General Working Knowledge of Adobe X Pro.*
- *General Working knowledge of Snag it.*

### PROCEDURE

## RECEIVING & FILING CHARGE-BACKS

Chargeback Agent receives the applicable paperwork.

1. <u>**Sorting & Dividing the Chargebacks**</u> – Once the agent receives the chargebacks he will sort and divide them to the applicable merchant accounts.

2. <u>**Searching For Customers On CRM**</u> – The chargeback agent will search for the customer on our CRM (Please refer to "Searching a Customer On Lime-Light" Protocol).

3. <u>*Filing Applicable Information*</u> – The agent will enter the following information to the smart-sheet form for every charge-back:

- **Charge-Back Type** – *The agent must note if it is a chargeback, retrieval request or credit to our account.*
- **Received Date** – *The date the charge-back was received by "Merchant" chargeback dpt.*
- **Transaction Information** – *Transaction date.*
- **Case Number**
- **Customer information** – *Customer ID and phone number.*
- **CC Information** – *Last 4 digits of credit card (Due to PCI compliance requirements we are only able to see the last 4. The full cc number is stored with our CRM).*
- **Order Information** – *Order ID, product name, and shipment status.*
- **Bank information** – *Bank Name, merchant information.*

## REVIEWING THE CUSTOMERS ACCOUNT

4.  In order to provide a proper reply to the customer and the merchant chargeback department, as well as providing an internal resolution for QA and training purposes, the chargeback agent must refer to our CRM (Lime Light) to review the Following Information:

- **Related orders** – Please make sure to look for additional orders for that particular customer in order to prevent future billing/chargebacks.

- **Chargebacks** – The agent must look for further orders that came after the customer filed a dispute to see if there are further disputes for the same customer.
    o   If necessary, blacklist the customer and stop any recurring transactions.
    o   Please place a note in the CRM on the order the customer filed a chargeback on stating "The customer filed a cb, sending docs to MI."
    o   In the case that the recurring has not been stopped, and the customer filed a chargeback on the previous order, stop the recurring. Please place a note on the account stating "The customer filed a CB on the previous order, stopped recurring".

- **Account Notes** – The agent must review the account notes in order to determine both the Banks "external" and inter-Company resolution. The agent must look for:
    o   **Handling Agents** – The agent who originally spoke with the customer and the name of the supervisor that the call was escalated to (If applicable).
    o   **T&C Protocols** – The agent must insure that the customer dispute is valid by looking to see if the customer followed the offers terms and conditions (Including the correct cancellation methods, and the proper return procedures for said products).
    o   **CSR instructions** – Review the account to see if the customer service agent provided the customer with the proper instructions that are covered by the terms and conditions, or did the agent give the customer an extended period of time or was there a custom modification the terms for that particular customer/order.

- **Accounts E-Mails** – The agent must check if the customer contacted us vie e-mail and if needed, refer to the customer's e-mail.

- **Refund Issued** – The chargeback agent must note if the customer was issued a refund.  If a refund was issued please note the following in the Smartsheet:
    o   **Refund Date** – The agent must note whether the customer was issued a refund prior to filing a dispute (chargeback) or after.
    o   **Refund amount** – Note the amount the customer was refunded for.

5.  <u>**In Case Of No Resolution**</u> - If no resolution is determinable from the note section, the agent will proceed to pull and listen to the applicable call recording(s) (Please refer to "Call recorder Access" protocol for call recorder information).

6.  <u>**Charge-Back Reason Codes**</u>:
- *Official Reason Code – Please note the reason code stated on the charge-back documents.*
- *Visa/MC Reason codes – All official reason codes must fall into one of Visa/MC reason code categories.  Therefore the agent must look for the Visa/MC reason on the chargeback document and place call if the information was not provided!*

# REPLYING TO THE CHARGEBACK

Based on the **resolution** that was acquired while reviewing the account notes and depending on the **merchant account** and the **reason code provided**.  The chargeback agent will generate the proper reply packet that consists of the applicable paperwork for every case.  He will ten send the packet to the "Merchant Charge-Back Department" via fax.

1. *Generating Reply Letter* - Open the Chargeback Introduction Letter that corresponds with the proper merchant account and website that the order was generated from.

2. *Modifying the Letter* - Within the letter insert/change the following:
   - Date
   - Case Number
   - Original Order Date
   - If applicable: add notation to the letter that the customer never called to cancel.

3. *Print the following items*:
   - FTC Attachment letter
   - USPS Package Tracking Information
   - Screen Shot of top and bottom of the Order in the CRM
   - Screen Shot of the Website the customer ordered from
   - FTC Compliance Letter that coincides with the website that the customer ordered the product from.

4. *Fax all Documents to the merchant*
   Please refer to reference section for the applicable phone number for each chargeback dpt.

## REFERENCES

1. *Lime Light – www.nwmbo.com*
2. *Call Recorder – Installed on every pc. (Refer to the instruction on how to use call recorder on call recorder access protocol)*
3. *Smart Sheets – www.smartsheet.com:*
4. *Smart Sheet form:*



## DEFINITIONS

## REVISION HISTORY

| Date | Name | Revision Notes |
|------|------|----------------|
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |

# STANDARD OPERATING PROCEDURE | CHARGE-BACK DEPARTMENT
# CHARGEBACK PROTOCOL

**CHARGE-BACK DEPARTMENT (UPDATED: SEPTEMBER 23, 2011)**

## PURPOSE
Establish uniform procedure In order to provide an official reply to customer who filed a "charge-back" dispute with our company.

## SCOPE

To Chargeback Department, Quality Assurance Department, Customer Service Department, Administrative Team and Director of Operations.

## PREREQUISITES

### VIEW POINT

- ***General Working knowledge of Lime Light.***
- ***General Working knowledge of Smart Sheets.***
- ***General Working knowledge of Call Recorder.***
- ***General Working Knowledge of a PDF Scanner.***
- ***General Working Knowledge of Adobe X Pro.***
- ***General Working knowledge of Snag it.***

## PROCEDURE

## RECEIVING & FILING CHARGE-BACKS

Chargeback Agent receives the applicable paperwork.

1.  ***Sorting & Dividing the Chargebacks*** – Once the agent receives the chargebacks he will sort and divide them to the applicable merchant accounts.

2.  ***Searching For Customers On CRM*** – The chargeback agent will search for the customer on our CRM (Please refer to "Searching a Customer On Lime-Light" Protocol).

3.  ***Filing Applicable Information*** – The agent will enter the following information to the smart-sheet form for every charge-back:

    - ***Charge-Back Type*** – *The agent must note if it is a chargeback, retrieval request or credit to our account.*
    - ***Received Date*** – *The date the charge-back was received by "Merchant" chargeback dpt.*
    - ***Transaction Information*** – *Transaction date.*
    - ***Case Number***
    - ***Customer information*** – *Customer ID and phone number.*
    - ***CC Information*** – *Last 4 digits of credit card (Due to PCI compliance requirements we are only able to see the last 4. The full cc number is stored with our CRM).*
    - ***Order Information*** – *Order ID, product name, and shipment status.*
    - ***Bank information*** – *Bank Name, merchant information.*



EXHIBIT 128
WIT: Stankey
DATE: 2-20-16
Jeanine Curcione, CSR, RPR

# REVIWING THE CUSTOMERS ACCOUNT

4.  In order to provide a proper reply to the customer and the merchant chargeback department, as well as providing an internal resolution for QA and training purposes, the chargeback agent must refer to our CRM (Lime Light) to review the Following Information:

    - **Related orders** – Please make sure to look for additional orders for that particular customer in order to prevent future billing/chargebacks.

    - **Chargebacks** – The agent must look for further orders that came after the customer filed a dispute to see if there are further disputes for the same customer.
        o   If necessary, blacklist the customer and stop any recurring transactions.
        o   Please place a note in the CRM on the order the customer filed a chargeback on stating "The customer filed a cb, sending docs to MI."
        o   In the case that the recurring has not been stopped, and the customer filed a chargeback on the previous order, stop the recurring. Please place a note on the account stating "The customer filed a CB on the previous order, stopped recurring".

    - **Account Notes** – The agent must review the account notes in order to determine both the Banks "external" and inter-Company resolution. The agent must look for:
        o   **Handling Agents** – The agent who originally spoke with the customer and the name of the supervisor that the call was escaladed to (If applicable).
        o   **T&C Protocols** – The agent must insure that the customer dispute is valid by looking to see if the customer followed the offers terms and conditions (Including the correct cancellation methods, and the proper return procedures for said products).
        o   **CSR instructions** – Review the account to see if the customer service agent provided the customer with the proper instructions that are covered by the terms and conditions, or did the agent give the customer an extended period of time or was there a custom modification the terms for that particular customer/order.

    - **Accounts E-Mails** – The agent must check if the customer contacted us vie e-mail and if needed, refer to the customer's e-mail.

    - **Refund Issued** – The chargeback agent must note if the customer was issued a refund.  If a refund was issued please note the following in the Smartsheet:
        o   **Refund Date** – The agent must note whether the customer was issued a refund prior to filing a dispute (chargeback) or after.
        o   **Refund amount** – Note the amount the customer was refunded for.

5.  **In Case Of No Resolution** - If no resolution is determinable from the note section, the agent will proceed to pull and listen to the applicable call recording(s) (Please refer to "Call recorder Access" protocol for call recorder information).

6.  **Charge-Back Reason Codes**:
    - **Official Reason Code – Please note the reason code stated on the charge-back documents.**
    - **Visa/MC Reason codes – All official reason codes must fall into one of Visa/MC reason code categories.  Therefore the agent must look for the Visa/MC reason on the chargeback document and place call if the information was not provided!**

# REPLYING TO THE CHARGEBACK

Based on the **resolution** that was acquired while reviewing the account notes and depending on the **merchant account** and the **reason code provided**.  The chargeback agent will generate the proper reply packet that consists of the applicable paperwork for every case.  He will ten send the packet to the "Merchant Charge-Back Department" via fax.

1.  *Generating Reply Letter* - Open the Chargeback Introduction Letter that corresponds with the proper merchant account and website that the order was generated from.

2.  *Modifying the Letter* - Within the letter insert/change the following:
    - Date
    - Case Number
    - Original Order Date
    - If applicable: add notation to the letter that the customer never called to cancel.

3.  *Print the following items*:
    - FTC Attachment letter
    - USPS Package Tracking Information
    - Screen Shot of top and bottom of the Order in the CRM
    - Screen Shot of the Website the customer ordered from
    - FTC Compliance Letter that coincides with the website that the customer ordered the product from.

4.  *Fax all Documents to the merchant*
    Please refer to reference section for the applicable phone number for each chargeback dpt.

# REFERENCES

1.  *Lime Light – www.nwmbo.com*
2.  *Call Recorder – Installed on every pc. (Refer to the instruction on how to use call recorder on call recorder access protocol)*
3.  *Smart Sheets – www.smartsheet.com:*
4.  *Smart Sheet form:*



## DEFINITIONS

## REVISION HISTORY

| Date | Name | Revision Notes |
|------|------|----------------|
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |

| | |
|---|---|
| **From:** | Andrew Stanley <andrew@bunzaimedia.com> |
| **Sent:** | Thursday, December 15, 2011 9:19 AM |
| **To:** | Roi \| Bunzai |
| **Cc:** | Leor Arazy; Alon N |
| **Subject:** | Hours |

Hey Roi, I worked from 6:05 to 7:50 yesterday. I'm trying to input and fax the chargebacks as soon as possible because the deadlines are coming up. Once I finish them up, I'll be able to start sending you daily and weekly reports.

1

EXHIBIT 129
WIT: STAnley
DATE: 2-20-16
Jeanine Curcione, CSR, RPR

## Gallegos, Luis

| | |
|---|---|
| **From:** | Andrew Stanley <andrew@bunzaimedia.com> |
| **Sent:** | Wednesday, January 25, 2012 4:47 PM |
| **To:** | Roi | Bunzai; Alon N; Cristina Moreno; Gaby Galeano |
| **Subject:** | Retrieval Request Report |
| **Attachments:** | Retrieval Request that were refunded.xls |

There are a total of 202 chargebacks in Smartsheet and only 19 of the Retrieval Request have become chargebacks. However this is not an accurate number because the customer has 60 days to reply to a Retrieval Request, and we have over 200 chargebacks that have not been entered into Smartsheet. Attached is a document showing the Retrieval Request that were refunded.



| Type | Status | CB Agent | Todays Date | Transaction Date | Received Date | Date of Contact | CX Filed Prior to Conta |
|------|--------|----------|-------------|------------------|---------------|-----------------|-------------------------|
| RR | Faxed | Gaby | 11/29/11 | 11/05/11 | 11/17/11 | | |
| RR | Faxed | Andrew S | 12/12/11 | 11/23/11 | 11/30/11 | | |
| RR | Faxed | Gaby | 12/12/11 | 11/18/11 | 11/20/11 | | |
| RR | Faxed | Gaby | 12/20/11 | 10/07/11 | 10/09/11 | | |
| RR | Faxed | Gaby | 12/27/11 | 10/30/11 | 12/15/11 | | |
| RR | Faxed | Andrew S | 01/04/12 | 11/21/11 | 12/16/11 | | |
| RR | Faxed | Andrew S | 01/16/12 | 11/21/11 | 12/30/11 | | |
| RR | Faxed | Andrew S | 01/16/12 | 12/21/11 | 12/30/11 | | |
| RR | Faxed | Andrew S | 01/16/12 | 12/15/11 | 01/03/12 | | |
| RR | Faxed | Andrew S | 01/16/12 | 12/25/11 | 01/09/12 | | |
| RR | Faxed | Gaby | 01/20/12 | 12/02/11 | 01/09/12 | | 12/05/12 |
| RR | Faxed | Gaby | 01/20/12 | 12/31/11 | 01/10/12 | N/A | |
| RR | Faxed | Gaby | 01/20/12 | 12/12/11 | 12/14/11 | | 12/12/11 |
| RR | Faxed | Gaby | 01/20/12 | 12/07/11 | 01/03/12 | | 12/13/11 |
| RR | Faxed | Andrew S | 01/23/12 | 12/12/11 | 01/05/12 | | 01/03/12 |
| RR | Faxed | Andrew S | 01/23/12 | 11/25/11 | 01/09/12 | | 01/04/12 |
| RR | Pending | Andrew S | 01/23/12 | 12/02/11 | 12/08/11 | | 12/05/12 |
| RR | Faxed | Andrew S | 01/23/12 | 01/03/12 | 01/12/12 | | 01/11/12 |

| Case # | Customer ID | Order Number | Last 4 CC # | Phone # | Merchant Account |
|--------|-------------|--------------|-------------|---------|------------------|
| 2.01133E+12 | 67527 | 313377 | 1633 | 5162952904 | Signapay DSA Holdings 1236 |
| 2.01133E+12 | 70556 | 337035 | 7991 | 2813310909 | Signapay DMA MEDIA 0336 |
| 2.01134E+12 | 68001 | 321909 | 1515 | 5167980820 | Signapay DMA MEDIA 0336 |
| 2.01135E+12 | 45488 | 252395 | 6892 | 8505844008 | Signapay DSA Holdings 1236 |
| 2.01135E+12 | 60634 | 269937 | 9682 | 4129631080 | Signapay AGOA 1811 |
| 2.01136E+12 | 68532 | 330363 | 5768 | 4082529325 | Signapay LIFESTYLE MEDIA 1284 |
| 2.01136E+12 | 68834 | 330576 | 9141 | 4233223774 | Signapay LIFESTYLE MEDIA 1243 |
| 2.01136E+12 | 68834 | 414264 | 9141 | 4233223774 | Signapay LIFESTYLE MEDIA 1243 |
| 2.012E+12 | 64704 | 64704 | 3456 | 6025314649 | Signapay DSA Holdings 1236 |
| 2.01201E+12 | 60068 | 423422 | "0488 | 7032160769 | Signapay DMA MEDIA 0336 |
| 2.01201E+12 | 75187 | 365235 | 3385 | 9182994613 | Signapay Zen Mobile Media 9373 |
| 2.01201E+12 | 60847 | 442129 | "0911 | 5409811333 | Signapay Zen Mobile Media 9373 |
| 2.012E+12 | 79382 | 388255 | 5270 | 8473371960 | Signapay LIFESTYLE MEDIA 1284 |
| 2.012E+12 | 64118 | 377357 | 8373 | 6148488628 | Signapay DMA MEDIA 0369 |
| 2.01201E+12 | 78027 | 389436 | 7251 | 4796317766 | Signapay Zen Mobile Media 9373 |
| 2.01201E+12 | 60068 | 342730 | "0488 | 7032160769 | Signapay LIFESTYLE MEDIA 1243 |
| 2.01134E+12 | 75187 | 365235 | 3385 | 9182994613 | Signapay Zen Mobile Media 9373 |
| 2.01201E+12 | 62608 | 451702 | 4376 | 7654535967 | Signapay DMA MEDIA 0369 |

**Exhibit 131**

| Bank Name | Product Name | # of Shipm | Shipment Status | Refund Issu |
|---|---|---|---|---|
| N/A | Auravie Transitional 9788 3 month program (174) | | MT | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | | MT | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | | MT | Yes |
| N/A | Auravie Risk Free 30 Days (71) | | 3rd Month | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | | MT | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | | MT | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | 2 | 1st Month | Yes |
| N/A | Auravie Risk Free 30 Days Month 2 (175) | 2 | 1st Month | Yes |
| N/A | Auravie Risk Free 30 Days Month 2 (175) | 2 | 1st Month | Yes |
| N/A | Auravie Risk Free 30 Days Month 3 (176) | 3 | 2nd Month | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | 1 | MT | Yes |
| N/A | Auravie Risk Free 30 Days Month 3 (176) | 3 | 1st Month | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | 1 | MT | Yes |
| N/A | Auravie Risk Free 30 Days Month 2 (175) | 2 | 1st Month | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | 1 | MT | Yes |
| N/A | Auravie Risk Free 30 Days Month 2 (175) | 3 | 1st Month | Yes |
| N/A | Auravie Transitional 9788 6 month program (174) | 1 | MT | Yes |
| N/A | Auravie Risk Free 30 Days Month 3 (176) | 3 | 2nd Month | Yes |

**Exhibit 131**

| Refund Am | Refund Date | Rep Issue | Duplicate | Rep | Rep (1) |
|---|---|---|---|---|---|
| $30.00 | 11/16/11 | Sandra Rubio | | Sandra | |
| 20 | 01/04/12 | Patrick | | N/A | |
| $30.00 | 12/07/11 | Avear Carey | | Avear | |
| $97.88 | 11/18/11 | Geiner Samayo | | Avear | |
| $73.41 | ########## | Geiner Samayo | | Chadne | |
| 83.20 | 12/28/11 | ict Returns Ass | | Moses | |
| 97.88 | 01/11/12 | Patrick | | Patrick | |
| 97.88 | 01/10/12 | Geiner | | Patrick | |
| 97.88 | 01/04/12 | ict Returns Ass | | Jamey Youngblood | |
| 97.88 | 01/12/12 | ict Returns Ass | | Shant | |
| $83.20 | 12/15/11 | ict Returns Ass | | Alan | |
| $97.88 | 01/04/12 | Gaby Galeano | | N/A | |
| $97.88 | 12/12/01 | Patrick Raffin | | Patrick | |
| $97.88 | 12/28/11 | ict Returns Ass | | Moses | |
| 30 | 01/06/12 | Victor | | Avear | |
| 40 | 01/05/12 | Shant | | N/A | |
| $83.20 | 12/15/11 | ict Returns Ass | | Alan | |
| 97.88 | 01/20/12 | Geiner | | Chadne | |

Exhibit 131

**Chargeback official reason**

CH Disputes Quality Of MDSE
This is a non-financial request for information
Cardholder Does Not Recognize Transaction
This is a non-financial request for information
Credit Not Processed
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
Potential Chargeback/Compliance
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information
This is a non-financial request for information

Exhibit 131

**V/M/D Official Reason:**        **RR to CB**

D 4553 -Quality of Goods or Services

M 4863 - Cardholder does not recognize- Possible Fraud
D - RN2 Credit not processd
D - RN2 Credit not processd

M 6342 - Potential Chargeback
D 6023 - Retrieval
D 6023 - Retrieval

Exhibit 131

| Agent Chargeback Reason | Results |
|---|---|
| 5. No reason for the CB, customer understood and agreed to charges. | Pending |
| 1. No notes on file, customer never called in to cancel or inquire on charges | Pending |
| 11. Conference call with bank rep & customer file settled, yet disputed charges | Pending |
| 8. Customer did not folow protocol | Pending |
| 10.Costumer already filed a dispute. | Reversed/Won |
| 2. Customer agreed to settle but filed dispute | Pending |
| 2. Customer agreed to settle but filed dispute | Pending |
| 2. Customer agreed to settle but filed dispute | Pending |
| 2. Customer agreed to settle but filed dispute | Pending |
| 2. Customer agreed to settle but filed dispute | Pending |
| 10.Costumer already filed a dispute. | Pending |
| 1. No notes on file, customer never called in to cancel or inquire on charges | Pending |
| 9. Misc | Pending |
| 8. Customer did not folow protocol/ Returned the product w/o an RMA | Pending |
| 9. Misc | Pending |
| 1. No notes on file, customer never called in to cancel or inquire on charges | Pending |
| 10.Costumer already filed a dispute. | Pending |
| 10.Costumer already filed a dispute. | Pending |

**Exhibit 131**

| CB Denial Reason | Responsibility | CB Agent Responsible | CB Dpt. Action Taken: |
|---|---|---|---|
| | Customer | | |
| | Call Center | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |
| | Customer | | |

 Exhibit 131

**Notes**

Customer clearly at fault, called in on 11/16/2011 to cancel agreed to a 30% refund and understood the charges but then filled a dispute.

No reason for this chargeback, customer called in with bank rep agreed to settle accepted a $30.00 refund, but yet disputed the charge anyway.
Customer called in about charges, Avear tolled the customer she was only eligible to return last package to get refund with she did but still filled a
Customer called in but had already filed dispute.

Customer called after she/he filled the chargeback.
Customer never called Or emailed to cancel the order

Customer called after she/he filled the chargeback.
Chadne handled this call correctly even gave a $30 discount on the 2nd shipment which was past all return policies(the client still sent back the p

**Amount Charged Back**



0



**From:**        Cristina Moreno <cristina@bunzaimedia.com>
**Sent:**        Monday, March 05, 2012 8:52 PM
**To:**        Alon N; roi@bunzaimedia.com
**Subject:**        CB Smartsheet Process

Here is the information for the Smartsheet process. Each Merchant account has its own Smart sheet for the appropriate information. Most look the same with the exception of the Lavio Pago Smartsheet which is identical to the paperwork they send us. Only I work on those for right now till We can catch up with what we currently have and I can teach and explain it to someone else.

Smart Sheet/Entering Process

·     Type - What type of paperwork did we receive

o  CB

o  RR

o  2nd Chargeback

·     Status – What part of the process is the fine in

o  Pending – Data is being Entered

o  Call Recordings – Calls need to be Pulled/Listened To

o  Resolving w/ CX/Bank – Mainly for RRs, when we try to resolve it with the bank/customer

o  Paperwork/Rebuttal - Packet needs to be created, Rebuttal Letter needs to be written

o  Need 2B Faxed – Ready to be faxed

o  Faxed – Packet has been faxed to the Merchant Services Dept

o  Waiting for Response – Waiting on Response letter, Rarely updated to this

o  Complete – We have received a Response

·     File is With – Who is working on or has the Document/Who's responsibility

o  Chargeback Agent Name

o  Call Center – When a Call Center Agent is assisting

·     CB Dpt. Action Taken – What we are doing with the file

**Exhibit 132**

§  Please note that all packages unless past time frame should have a response sent to the Merchant Services Dept, even if it is a simple reply that we are not refuting the chargeback for whatever reason.

o   None/Not Replying – If CB is 100% our fault due to refund not being processed or package not being shipped out or because we find it to be fraudulent

o   Faxed Rebuttal – We have faxed off the packet. Should be updated upon faxing

o   Disputing Response – We received a response and don't agree with it

o   Resolved w/ CX/Bank – We have resolved the issue.

·     Today's Date – Date Entered

·     Needs to be Faxed By – The last day we have to respond. This is automatically updated by the system based off the merchant services received date.

·     Due Date – The date Merchant Services provides as a respond by date.

·     Transaction Date – The date that we processed the Transaction

·     Received Date – The date that the Merchant Services has provided as Day 1. Each Merchant Services has their own Received date.

·     Date of Initial Contact – The Date the customer first contacts us. If customer never called or emailed input N/A.

·     CX Filed Prior to Contacting Us – Will be updated to a formula so no entry will be needed it will auto enter

o   Yes – If the Received date is before the Date of Initial Contact or 5 days after, or if the Customer States in a call recording they already filled and paperwork confirms/shows prior to contact.

o   No – If the Initial contact Date is prior to the Received Date

o   Possibly – if the Received date is 5-12 days after the Date of Initial Contact.

·     Other Chargebacks – In constant Update mode.

o   Yes – If the customer has filed a CB or RR and was entered previously.

§  This is also updated if we receive another Chargeback for the same customer on another order.

o   No – If there has been no other CB/RR

·     Other CB – The row/order number of other CB/RR.

§  This information is very important and both rows need to be updated on both the new entry and the previous entry. This will assist in fighting the CBs and faxing so that its noted and can be faxed together for easy fighting and faster response time

o   If the other CB is entered in the 2012 document, then enter the row

o   If the other CB is entered in one of the old Smart sheets then enter the order number.

Exhibit 132

·    CX Contacted us on Different Order

o   Yes – If customer contacted us on or in regards to an order different than the one in dispute, such as an order before or after.

o   No – If customer contacted us on this order specifically or not at all

·    Case # - The Case Number provided by Merchant Services

·    Customer ID – The Clients Cust ID in LimeLight

·    Order Number – The Order ID in LimeLight and which was provided as a reference number from Merchant Services

·    Last 4 CC# - The last 4 of the Credit Card Number

·    Phone Number – Customer's Phone Number

·    Merchant Account – The Merchant Name and Last 4 of the Merchant Number

o   Signapay DSA Holdings 1236

o   HSBC LIFESTYLE MEDIA 1774

o   HSBC Bunzai MFK 1676

o   HSBC DMA Holdings 1773

o   HSBC LIFESTYLE MEDIA 1774

o   HSBC LIFESTYLE MEDIA 1776

o   Merrick DSMM 0800

o   Merrick MYAURAVIE 0720

o   Signapay DMA MEDIA 0336

o   Signapay DMA MEDIA 0369

o   Signapay LIFESTYLE MEDIA 1243

o   Signapay LIFESTYLE MEDIA 1284

o   Signapay AGOA 6001

o   Signapay AGOA 1811

o   Signapay AGOA 1811

o   Signapay Zen Mobile Media 9373

**Exhibit 132**

- o Signapay Zen Mobile Media 1743

- o Signapay SafeHaven 2039

- o Signapay SafeHaven 8572

- · Bank Name – If provided the name of the Clients Bank or the CC's Bank.

- · Amount of Dispute – The amount the customer is disputing

- · Product Name – The name of the product correlated with the Order

- o 3 Lemon Soufflé Body Scrubs + Lotion Including Shipping (38)

- o API DeadSeaMudMasque.com RISK FREE TRIAL (72)

- o Auravie Risk Free Trial with Ebooks 3 month program (179)

- o Auravie Risk Free Trial with Ebooks 6 month program (179)

- o Auravie Transitional 9788 3 month program (174)

- o Auravie Transitional 9788 6 month program (174)

- o Auravie Risk Free 30 Days (71)

- o Auravie Risk Free Trial (117)

- o Auravie Set Special Offer (115)

- o Auravie Transitional 9788 (118)

- o Auravie Transitional 9788 3 month program (174)

- o Auravie Trial Offer with Ebooks (156)

- o AuravieGiveaway.com RISK FREE TRIAL (55)

- o Auravie Risk Free 30 Days Month 1 (175)

- o Auravie Risk Free 30 Days Month 2 (175)

- o Auravie Risk Free 30 Days Month 3 (176)

- o Miracle Face Kit Introductory Offer (63)

- o Miracle Face Kit Moisture Serum Risk Free 45 Days (140)

- o Miracle Face Kit Moisture Serum Risk Free 45 Days (141)

- o Miracle Face Kit Moisture Serum Risk Free Trial (139)

Exhibit 132

o   Miracle Face Kit Moisture Serum Risk Free Trial with Ebooks (155)

o   Miracle Face Kit Moisture Serum Transitional (141)

o   Miracle Face Kit Moisturizer Risk Free 45 Days (130)

o   Miracle Face Kit Moisture Serum 30 Day Risk Free Trial (180)

o   Miracle Face Kit Moisture Serum 30 Day Transitional (181)

o   Miracle Face Kit Moisture Serum Risk Free 60 Days (182)

o   Miracle Face Kit Moisture Serum 90 Day Transitional (183)

o   Miracle Face Kit Moisture Serum 120 Day Transitional (184)

o   Miracle Face Kit Moisturizer Risk Free Trial (128)

o   Miracle Face Kit Moisturizer Transitional (129)

o   Miracle Face Kit Month 1 (6)

o   Miracle Face Kit Month 3 (60)

o   Miracle Face Kit Mud and Moisture Serum SINGLE (143)

o   Miracle Face Kit Risk Free 45 days (122)

o   Miracle Face Kit Risk Free Trial (120)

o   Miracle Face Kit Single (23)

o   Miracle Face Kit Transitional 7993 (64)

o   Miracle Face Kit Transitional 9788 (121)

o   MiracleKitFreeTrial.com RISK FREE TRIAL (52)

o   MyAuravie.com RISK FREE TRIAL (23)

o   Mymiraclekit.com RISK FREE TRIAL (6)

o   NewMiracleKit.com RISK FREE TRAL (59)

o   OTT Transitional 9788 (108)

o   Restocking fee

o   Set of 11 Ebooks (152)

o   Set of 11 Ebooks (152)

- · # Of Shipments – How many shipments the customer has been sent. 1-8

- · Shipment Status – The Shipment that the client is disputing.

- o 1st Month

- o 2nd Month

- o 3rd Month

- o 4th Month

- o 5th Month

- o 6th Month

- o Collections one time 78.30 payment (148)

- o MT

- o Partial

- o Restocking fee

- o Shipping & Handling

- o Single order

- o Ebooks

- · RR to CB – Mark Yes if a RR was originally received and has turned into a CB

- · Refund Issued – Was there a refund Issued?

- · Refund Amount – How much was refunded

- · Refund Date – Date that refund was issued

- · Rep Issued Refund – Which call center rep issued refund, if someone in Product returns issued Refund, enter which Rep authorized or left directions to issue refund.

- · Order Refunded – Which order was refunded

- · Duplicate

- · Rep & Rep (1) – The Call Center Rep that spoke/emailed the client.

- · Chargeback Official Reason – The Reason that was provided for the Chargeback, and reason account was debited

- · V/M/D Official Reason – The reason that is given for the Chargeback

- o V 28 - Cardholder requests copy bearing signature.

**Exhibit 132**

o  V 30 - Services Not Provided or Merchandise Not Received

o  V 33 - Legal Process or fraud analysis

o  V 41 - Canceled Recurring Transaction

o  V 53 - Not as Described or Defective

o  V 57 - Fraudulent Multiple Transactions

o  V 60 - Requested Copy Illegible

o  V 62 - Counterfeit Transaction

o  V 70 - Card Recovery Bulletin or Exception File

o  V 71 - Declined Authorization

o  V 72 - Transaction Exceeds Floor Limit

o  V 73 - Expired Card

o  V 74 - Late Presentment

o  V 75 - Transaction Not Recognized

o  V 76 - Incorrect Curr or Tran Code or Dom Proc Violation

o  V 77 - Non-Matching Account Number

o  V 78 - Service Code Violation

o  V 79 - Requested Transaction Receipt Not Received

o  V 80 - Incorrect Transaction Amount or Account Number

o  V 81 - Fraud-Card Present Environment

o  V 83 - Fraud-Card Absent Environment

o  V 85 - Credit Not Processed

o  V 86 - Paid by Other Means

o  V 90 - Non-Receipt of Cash or Load Tran Value at ATM/Load

o  V 93 - Risk Identification Services

o  V 96 - Transaction Exceed Limited Amount

o  V 97 - PreArbitration/Arbitration

Exhibit 132

- o  V 98 - Good Faith Collection
- o  V 99 - Pre-Compliance
- o  M 4802 - Requested/Required Item Illegible or Missing
- o  M 4803 - Documentation received was invalid/incomplete
- o  M 4804 - Duplicate Processing
- o  M 4807 - Warning Bulletin File
- o  M 4808 - Requested/Required Authorization Not Obtained
- o  M 4812 - Account Number Not on File
- o  M 4831 - Transaction Amount?
- o  M 4834 - Duplicate Processing
- o  M 4835 - Card Not Valid or Expired
- o  M 4837 - No Cardholder Authorization
- o  M 4840 - Fraudulent Processing of Transactions
- o  M 4841 - Canceled Recurring Transaction
- o  M 4842 - Late Presentment
- o  M 4846 - Correct Transaction
- o  M 4847 - Unauthorized transaction exceed floor limit
- o  M 4849 - Questionable Merchant Activates
- o  M 4850 - Credit Posted as a Purchase
- o  M 4853 - Cardholder Dispute Defective/ Not as Described
- o  M 4854 - Cardholder Dispute-Not Elsewhere Classified
- o  M 4855 - Non-Receipt of Merchandise or Services
- o  M 4857 - Card-Activated Telephone Transaction
- o  M 4859 - Services Not Rendered
- o  M 4860 - Product Returned Credit Not Processed
- o  M 4862 - Counterfeit Transaction Magnetic Stripe POS Fraud

- o  M 4863 - Cardholder does not recognize- Possible Fraud

- o  M 4903 - Documentation received was invalid/incomplete

- o  MASTERCARD 4905 Invalid Acq Ref Data on Second Presentment

- o  M 98 - Good Faith Collection

- o  M 99 - Pre-Compliance

- o  M 6342 - Potential Chargeback

- o  D 4502 - Illegible Sales Data Request for Information

- o  D 4534 - Duplicate Processing

- o  D 4540 - Unauthorized Purchase

- o  D 4541 - Automatic Payment

- o  D 4550 - Credit Posted as a Debit

- o  D 4553 -Quality of Goods or Services

- o  D 4554 - Not Classified

- o  D 4555 - Additional Request/Non-Receipt of Credit

- o  D 4586 -Altered Amount

- o  D 4594 - Cancelled Reservation

- o  D 4751 - Cash Advance Deposit

- o  D 4752 - Declined Authorization

- o  D 4753 - Invalid Cardholder Number

- o  D 4754 -  No Authorization

- o  D 4755 - Non-Receipt of Goods or Services

- o  D 4756 - Stored Value Dispute

- o  D 6023 - Retrieval

- o  D 7032 - Unauthorized/AVS not obtained

- o  D 7020 - Keyed Card

- o  D 8002 - No Credit Issued

- o  D 7030 - Card not present

- o  D - RN2 Credit not processed

- o  D - RM - Cardholder does not recognize

- o  D - RG - Services Not Rendered

- o  D - NC - Provide cardholder being aware of the refund policy

- ·  Listened to By – Who listened to the Call Recordings if any

- o  Chargeback Agent Name

- ·  Responsibility – Who is responsible for the Chargeback

- o  Call Center

- o  Product Returns

- o  Shipping Dpt.

- o  Outside Issue

- o  Customer

- o  Other

- o  Split Cust/Us

- ·  Agent Responsible – If we are responsible then which representative is responsible.

- ·  Agent Chargeback Reason – Why the chargeback came to be.

- o  Customer - Never returned product as advised for refund

- o  Customer - Conference call with bank rep & customer file settled, yet disputed charges

- o  Customer - No notes on file, customer never called in to cancel or inquire on charges

- o  Customer - Customer agreed to settle but filed dispute

- o  Customer - No reason for the CB, customer understood and agreed to charges.

- o  Customer - Customer didn't follow up.

- o  Customer - Returned Product w/o RMA

- o  Customer - Returned Product after Advised Return Date

- o  Customer - Filed a dispute prior to contacting us (proven by paperwork/Bank Call)

**Exhibit 132**

- o Customer - Returned product used/empty

- o Customer - sent back wrong product

- o Customer - Misc - Please see notes

- o Customer Service - Escalated call with no resolution

- o Customer Service - Escalated call with no follow up

- o Customer Service - Refund Never Processed

- o Customer Service - Agent didn't handle call appropriately

- o Customer Service - Agent didn't stop recurring

- o Customer Service - Agent didn't try to resolve issues

- o Customer Service - Agent didn't explain all account details

- o Customer Service - Agent didn't go over Terms and Conditions

- o Customer Service - Didn't notate the account appropriately

- o Customer Service - Agent was overly argumentative

- o Customer Service - Agent was

- o Customer Service - Misc - Please see notes

- o Product Returns - Didn't issue refund

- o Product Returns - product was returned undeliverable and no one contacted client

- o Product Returns - Didn't follow instructions provided by customer service

- o Product Returns - Misc - Please see notes

- o Shipping - Product Never Shipped

- o Shipping - Sent wrong product

- o Shipping - Misc - Please see notes

- ·  Notes – Notes from Call recording for quality purposes and further explanation of recording including important details from recording for the Rebuttal Letter

- ·  CB Response Letter Rebuttal – The paragraph that is included in the Rebuttal Letter refuting the customers' claims giving specific details dates and order information.

- ·  Results – What the Outcome of the CB is

o   Pre-Arbitration

o   Reversed/Won

o   Settled/Denied

o   2nd Response - Settled/Denied

o   2nd Response - Reversed/Won

·      Amount Charged Back – The amount of funds taken from the account. Will automatically update based off the results and amount entered in amount charged back.

--

Best Regards,

Cristina Moreno | Charge-Back Dept.
Bunzai Media Group, Inc.
E-Mail: cristina@bunzaimedia.com
Direct 818.200.1036 | Mobile 323.822.6883

<http://abwoffers.com/bunzai_email_logo/logo-bunzai-emailsignature.JPG>

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Bunzai Media Group is unable to exercise control or ensure or guarantee the integrity of/over the contants of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Bunzai Media Group before opening any attachments please check them for viruses and defects.

## Call Center — Call Dispositions

### General:

1. ***Info/Sales***: New customers or customers calling for info.
   ***Actions:*** if sales call Place New order dropdown, select proper campaign, select S+H Charge, fill out fields for customer information and cc# then bill customer.
   If info calls for existing customer notate account then save.
2. ***Customizing Order***: Customer is calling to customize an order:
   ***Actions:*** Edit subscription cycle, change rebill product, save notes
3. ***Bank Call***: Bank representative on calling on behalf of a customer.
4. ***Escalated Call***: Call Was escalated to a supervisor/manager.

### Within 10 Days:

5. ***Cancel within 10 Days – Return***:  Customer is within the 10 day trial period and would like to cancel out of the program. We asked him to return the product in order to get charged.
   Actions: Extend charge date, yes to stop recurring after next successful billing, generate RMA from dropdown menu, save notes and changes.
6. ***Cancel within 10 days – Save Single Sale***: Customer is within the 10 day trial period and would like to cancel out of the program but the agent convinced him to take the product as a single sale for a discounted rate.
   Actions:  Apply discount percentage, save change, force bill account, and stop recurring, save notes.
7. ***Cancel within 10 days – Save Continuity Sale***: Customer is within the 10 day trial period and would like to cancel out of the program but the agent convinced him to stay on the program with an extra gift or discounted rate.
   ***Actions***: Apply discount percentage, save change, force bill account, and save notes

### Post 10 Days:

8. ***Cancel Post 10 Days – Eligible Return – Return for Refund***: Customer has passed the trial period and was billed the full amount yet he is still eligible to return the product.  We will generate an RMA and ask the customer to return the package for a full refund.
   ***Actions***: Stop recurring, generate RMA from dropdown menu, save notes
9. ***Cancel Post 10 Days – Eligible Return – Save (P Refund):*** Customer has passed the trial period and was billed the full amount yet he is still eligible to return the product however our agent advised him to keep the package for a partial refund.
   ***Actions:*** Stop recurring, input refund amount then refund, save notes.
10. ***Cancel Post 10 Days – Ineligible Return – Partial Credit***: Customer has passed the trial period and was billed the full amount and he is **not** eligible to return the product however the agent offers a partial refund to avoid dispute.
    ***Actions:*** Stop recurring, input refund amount then refund, save notes.
11. ***Cancel Post 10 Days – Ineligible Return – Full Credit:*** Customer has passed the trial period and was billed the full amount and he is **not** eligible to return the product however the agent offers


EXHIBIT AD
WIT: 3-3-16
DATE: Stanley
Jeanine Curcione, CSR, RPR

## Call Center — Call Dispositions

a full refund to avoid dispute.

***Actions:*** Stop recurring, input refund amount then refund, save notes.

| | |
|---|---|
| Filename: | Call%20Dispositions.docx |
| Directory: | C:\Users\LGALLE~1\AppData\Local\Temp\1 |
| Template: | |
| | C:\Users\LGALLEGOS\AppData\Roaming\Microsoft\Templates\Normal. dotm |
| Title: | |
| Subject: | |
| Author: | Roi |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/6/2012 3:19:00 PM |
| Change Number: | 2 |
| Last Saved On: | 8/6/2012 3:19:00 PM |
| Last Saved By: | AMansour |
| Total Editing Time: | 1 Minute |
| Last Printed On: | 2/12/2016 3:42:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 1 (approx.) |
|    Number of Words: | 469 |
|    Number of Characters: | 2,492 (approx.) |



Exhibit 142

| | |
|---|---|
| Filename: | Disposition%20Chart.docx |
| Directory: | C:\Users\LGALLEGOS\Documents |
| Template: | |
| | C:\Users\LGALLEGOS\AppData\Roaming\Microsoft\Templates\Normal. |
| dotm | |
| Title: | |
| Subject: | |
| Author: | Roi |
| Keywords: | |
| Comments: | |
| Creation Date: | 8/13/2012 1:22:00 PM |
| Change Number: | 1 |
| Last Saved On: | 8/13/2012 2:10:00 PM |
| Last Saved By: | Roi |
| Total Editing Time: | 17 Minutes |
| Last Printed On: | 2/12/2016 3:36:00 PM |
| As of Last Complete Printing | |
| Number of Pages: | 1 (approx.) |
| Number of Words: | 0 |
| Number of Characters: | 1 (approx.) |

142-2                                                     **Exhibit 142**

**From:**       Andree Mansour <andree@bunzaimedia.com>
**Sent:**       Monday, August 27, 2012 1:00 PM
**To:**         Alon N; Roi | Bunzai
**Subject:**    Rebuttals Q&A for review and feedback
**Attachments:** Rebuttal Q+A.docx

Hello Team,

Please review this list of rebuttals for approval, the highlighted questions are the ones we were discussing that need the proper responses added.

Thank You

--

Best Regards

Andree Mansour.
Bunzai Media Group, Inc.
Skype: andree.mansour | E-Mail: andree@Bunzaimedia.com

<http://abwoffers.com/bunzai_email_logo/logo-bunzai-emailsignature.JPG>

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Bunzai Media Group is unable to exercise control or ensure or guarantee the integrity of/over the contants of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Bunzai Media Group before opening any attachments please check them for viruses and defects.

**Rebuttal Q & A** *\*\*\*YOUR ATTITUDE AND TONE OF VOICE WILL DETERMINE THE SUCCESS OF THESE REBUTTALS REMEMBER TO HAVE COMPASSION\*\*\**

Q. "Why is it such a big deal for you guys to just include the terms and conditions with the product even if you provided it before we order?"

A.  We do also e-mail you an order confirmation as soon as you place the order with our contact number just in case you have any questions we also have an automated system that will assist you with your order 24 hours a day 7 days a week.

Q.  Why Do I see 2 charges for S+H?

A. It's because we take a $1.93 out of the S+H charge and purchase the e-books and send them to u as a free gift. Either way you are paying the same S+H charge.

Q. Why do you have different names next to the charge?

A. We have a 3rd party that handles the S+H for us and that is their charge which is why it's under a different name. But if you notice the phone number next to the charge will still direct you to our customer service department.

Q. Joint adverting (why we offer joint trials with other companies)?

A. Well mam they aren't joint trials, they are trials from separate companies and we have such faith In our products that we don't mind a customer putting our product up against another companies product.

Q.  Where are our product(s) made?

A. Made in the USA.

Q. Customer calls stating she did not place the order. None of the info on file adds up and we can tell the customer did not place the order. Customer has already filed the dispute. You inform customer you are going to get her a full refund once the dispute is dropped. Customer is not willing to call with bank and is not willing to drop dispute.

A. This is a rare situation and is taken as case by case scenarios bring it to the attention of a supervisor.

Q. What's the best way to handle a customer who is within their trial period but flat out refuses to ship it back.

A. Unfortunately I don't have the power to authorize you to keep that package for free but since it seems that you would like to keep the product I would be more than willing to assist you with a discounted price, otherwise the account will be billed for the full amount once your return period has expired. *\*\*\*If customer still refused to return package tell them we reserve the right to take further action in regards to this package if they do not return the products.\*\*\**

Q. When experiencing a customer that is not allowing you to walk them through the orders and charges charge the proper response is listed below.

A. I understand you're upset mam and there seems to be some sort of misunderstanding  I just want to ensure you are aware of all charges and that we are on the same page in regards to those charges before we continue.

Q. When a customer is advised that they will be contacted by a supervisor within 24-48 business hours and the customer get very upset and demands a supervisor now.

A. Unfortunately our supervisor is unavailable at the moment but I will make sure you are on the top of their to do list and they will contact you within the next 24 to 48 business hours after reviewing your account and listening to this call recording, what number would be best for you to have our supervisor reach you.

**Q.** If the ad states you will see a decrease in wrinkles in 30 days why do you only offer a 10 day trial?

**A.** Our products are spa quality treatments that sell at malls and spas nationwide for approximately $220, the first time you use the product you should know if it agrees with you and how your skin feels with our product. We give you the opportunity to try our products and apply it to your skin before being billed the discounted rate of $97.88. That's less than $33 per product which contain some of the most expensive ingredients in the industry such as Collagen, Omegas 3, 6, & 9, Resveratrol and Vitamin D. Honestly mam you couldn't even get an over the counter product such as "Oil of Olay" for that price let alone the chance to apply it to your skin first.

| | |
|---|---|
| **From:** | Emily Springmann <emily@revguard.net> |
| **Sent:** | Wednesday, September 05, 2012 7:10 PM |
| **To:** | Alon; amansour@pinlogistics.com; Paul Medina; Roi |
| **Cc:** | Jonathan Bishoff |
| **Subject:** | RevGuard Overview Reporting |
| **Attachments:** | Overview Report BunzaiMedia 090512.xls |

Current OCO Profitability Stats Snapshot:

OCO Profitability Increase for the Week

Projected Monthly

Projected Annual

$                          11,273.59

$                     48,852.20

$      586,226.45

OCO Save Sale Revenue

$             4,656.06

OCO Refund Savings

$             6,928.22

OCO Customer Service Profit

$             4,356.00

OCO Cost (Current Price)

$             (4,666.70)

OCO Profitability Increase for the Week

$                           11,273.59

Hi Everyone,

        I've attached the overview report for your program last week.  We would like to have a quick call this week to discuss adding in an additional option, which Jonathan mentions in his comments below.  Please let me know what is a good time for you either Thursday or Friday afternoon and I will send out a conference bridge.

OCO Profitability Snapshot:  As of 9/4, OCO is currently increasing your profitability by $11,273.59 per week based on the calculation you see above.  This number is variable, and should continue to improve over time as we test and optimize your program, and is only based on the actions we have taken on customer calls thus far.

Comments from Jonathan:

·       The campaign order volume increased significantly from the previous week to 4,058 orders for the week.  The only issue with the campaign is an elevated amount of callers leaving the In-Trial group to transfer to a CSR.  I have had success using what I refer to as "CSR interrupts" to interrupt the caller prior to being connected to a CSR and offer them the ability to cancel, etc.  Are you available for a quick analytics call so I can share with you how it would be implemented, the caller experience, and the expected results / savings?  The work is entirely on our side, so no development needed on your end.

·       The top line metrics for the week are:

o   Total Calls: 3,076

o   OCO Recognition: 53%

o   Optimal Handling: 30%

o   Save Sale Conversion Rate: 18%

o   Clean Cancel Rate: 62%

·       Please let me know when you are available for the call.  Look forward to speaking with you.  Thanks.

**Exhibit 144**

Thanks!


Emily


Emily McEvoy

Account Manager

RevGuard


6260 Lookout Rd.  Boulder, CO 80301  w: 303-218-6630  c: 303-905-4988

**Exhibit 144**

| OCO Profitability Increase for the Week | Projected Monthly | Projected Annual |
|---|---|---|
| $ 11,273.59 | $ 48,852.20 | $ 586,226.45 |

| | | |
|---|---|---|
| OCO Save Sale Revenue | $ | 4,656.06 |
| OCO Refund Savings | $ | 6,928.22 |
| OCO Customer Service Profit | $ | 4,356.00 |
| OCO Cost (Current Price) | $ | (4,666.70) |
| OCO Profitability Increase for the Week | $ | 11,273.59 |

**Program Goal:** Generate IT Save Sale Conversion Rate in excess of 17%; Keep Chargeback risk activities low; Increase Profitability

**Program Methods:** Cross Referencing Chargeback Data with OCO activities to gauge CB effect; use multivariate testing to determine optimal price point.

**Program Measurement:** Chargebacks from OCO activities within program less than the program without OCO; compared by reviewing CB rate prior to OCO with CB rate of all OCO processed orders; Price deteremined by highest value relative to conversion rate, decline rate, CSR transfer costs, and abandons

Exhibit 144

| | AuraVie Skin Care | | | |
|---|---|---|---|---|
| **8/29 - 9/4** | | | | |
| | **All Calls** | **Rate** | **Unique Customers** | **Rate** |
| **OVERVIEW** | | | | |
| Total Calls | 3,076 | | | |
| OCO Recognized Calls | 2,221 | 72.20% | | |
| OCO Unrecognized Calls | 855 | | | |
| Bypassed OCO / Straight Sales | 31 | | 25 | |
| Calls Sent to Call Center | 1,624 | 52.80% | | |
| | | | | |
| OCO Directed | 2,311 | | | |
|    Optimal Handling (Save Sale & Clean Cancel) | 702 | 30.38% | 702 | 35.76% |
|    Transfer to CSR | 1,329 | 57.51% | 1,069 | 54.46% |
|    Hang Ups | 219 | 9.48% | 131 | 6.67% |
|    Other (Non-Optimal Cancels) | 61 | 2.64% | 61 | 3.11% |
| OCO Unidentified | | | | |
|    Transfer to CSR | 529 | 61.87% | | |
|    Hang Ups | 326 | 38.13% | | |
| **Totals** | **2,311** | | **1,963** | |
| **Repeat Callers** | 348 | 11.31% | | |
| | **All Calls** | **Rate** | **Unique Customers** | **Rate** |
| **OCO SUCCESS METRICS BY STATUS - RECOGNIZED CALLS** | | | | |
| **IN-TRIAL STATUS** | | | | |
| Early Cancel Save Sale - $38.29 | 160 | 18.43% | 160 | 22.19% |
| RMA Issued | 61 | 7.03% | 61 | 8.46% |
| Transfer to Rep | 567 | 65.32% | 455 | 63.11% |
| No Action/Hangup | 80 | 9.22% | 45 | 6.24% |
| **In-Trial Status Total** | **868** | | **721** | |
| | | | | |
| **POST-TRIAL STATUS** | | | | |
| Clean Cancel | 542 | 62.01% | 542 | 66.75% |
| Transfer to Rep | 315 | 36.04% | 260 | 32.02% |
| No Action/Hangup | 17 | 1.95% | 10 | 1.23% |
| **Post-trial Status Total** | **874** | | **812** | |
| | | | | |
| **ALREADY BEEN CANCELLED** | | | | |
| Transfer to Rep | 447 | 78.56% | 354 | 82.33% |
| No Action/Hangup | 122 | 21.44% | 76 | 17.67% |
| **Already Been Cancelled Total** | **569** | | **430** | |

**Exhibit 144**

| | 9/4/2012 | 8/28/2012 | 8/21/2012 | 8/14/2012 | 8/7/2012 | 7/31/2012 | 7/24/2012 |
|---|---|---|---|---|---|---|---|
| Total Calls | | | | | | | |
| OCO Recognized Calls | 72.20% | 70.85% | 71.35% | 75.16% | 75.35% | 73.69% | 74.16% |
| OCO Unrecognized Calls | | | | | | | |
| Bypassed OCO | | | | | | | |
| Calls Sent to Call Center | 52.80% | 53.57% | 48.66% | 50.66% | 46.28% | 50.68% | 50.57% |
| | | | | | | | |
| OCO Directed | | | | | | | |
| Optimal Handling (Clean Cancels and In-Trial Saves) | 30.38% | 31.75% | 35.82% | 34.20% | 32.41% | 33.26% | 32.12% |
| Transfer to CSR | 57.51% | 57.27% | 53.01% | 54.63% | 48.43% | 53.87% | 54.07% |
| Hang Ups | 9.48% | 9.49% | 9.47% | 9.14% | 15.47% | 9.41% | 9.63% |
| Other | 2.64% | 1.49% | 1.71% | 2.04% | 3.70% | 3.46% | 4.18% |
| OCO Unidentified | | | | | | | |
| Transfer to CSR | 61.87% | 61.86% | 59.25% | 62.28% | 61.49% | 63.37% | 60.80% |
| Hang Ups | 38.13% | 38.14% | 40.75% | 37.72% | 38.51% | 36.63% | 39.20% |
| **Totals** | | | | | | | |
| **Repeat Callers** | 11.31% | 9.80% | 10.86% | 10.00% | 10.68% | 9.83% | 10.04% |
| | | | | | | | |
| **OCO SUCCESS METRICS BY STATUS - RECOGNIZED CALLS** | | | | | | | |
| **IN-TRIAL STATUS** | | | | | | | |
| Early Cancel Save Sale | 18.43% | 16.35% | 21.27% | 20.79% | 25.41% | 22.95% | 21.84% |
| RMA Issued | 7.03% | 6.30% | 10.13% | 9.86% | 12.71% | 11.11% | 11.52% |
| Transfer to Rep | 65.32% | 65.59% | 57.97% | 59.32% | 45.65% | 56.70% | 56.73% |
| No Action/Hangup | 9.22% | 11.75% | 10.63% | 10.04% | 16.24% | 9.24% | 9.91% |
| **In-Trial Status Total** | | | | | | | |
| | | | | | | | |
| **POST-TRIAL STATUS** | | | | | | | |
| Clean Cancel | 62.01% | 61.42% | 61.97% | 60.48% | 61.79% | 64.56% | 64.11% |
| Transfer to Rep | 36.04% | 36.28% | 35.08% | 37.13% | 30.94% | 33.20% | 34.11% |
| No Action/Hangup | 1.95% | 2.30% | 2.95% | 2.40% | 7.27% | 2.24% | 1.78% |
| **Post-trial Status Total** | | | | | | | |

| ALREADY BEEN CANCELLED | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transfer to Rep | 78.56% | 81.71% | 80.27% | 80.32% | 74.35% | 80.18% | 79.37% |
| No Action/Hangup | 21.44% | 18.29% | 19.73% | 19.68% | 25.65% | 19.82% | 20.63% |
| **Already Been Cancelled Total** | | | | | | | |
| OCO VALUE | | | | | | | |
| OCO Save Sale Revenue | 41.30% | 21.56% | 15.73% | 19.36% | 28.71% | 31.71% | 38.34% |
| OCO Refund Savings | 61.46% | 67.59% | 61.27% | 58.29% | 48.56% | 50.61% | 51.09% |
| OCO Customer Service Profit | 38.64% | 36.83% | 31.40% | 29.63% | 28.46% | 29.97% | 32.03% |
| OCO Cost (Current Price) | -41.39% | -25.98% | -8.40% | -7.27% | -5.74% | -12.28% | -21.46% |
| **OCO Value Add:** | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

**Exhibit 144**

| 7/17/2012 | 7/10/2012 | 7/3/2012 | 6/26/2012 | 6/19/2012 | 6/12/2012 | 6/5/2012 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| 75.53% | 76.06% | 74.22% | 72.80% | 76.42% | 73.64% | 74.54% |
| | | | | | | |
| 50.82% | 53.99% | 51.00% | 51.53% | 49.58% | 46.56% | 46.42% |
| | | | | | | |
| 29.67% | 25.73% | 29.96% | 30.69% | 34.76% | 33.48% | 34.65% |
| 53.34% | 57.81% | 56.11% | 57.26% | 52.34% | 53.31% | 49.52% |
| 14.30% | 11.85% | 9.93% | 8.41% | 8.86% | 9.02% | 10.04% |
| 2.69% | 4.61% | 4.01% | 3.63% | 4.03% | 4.19% | 5.79% |
| | | | | | | |
| 61.69% | 65.42% | 58.53% | 60.00% | 64.95% | 53.19% | 55.09% |
| 38.31% | 34.58% | 41.47% | 40.00% | 35.05% | 46.81% | 44.91% |
| | | | | | | |
| 11.14% | 11.09% | 10.95% | 10.36% | 9.94% | 10.86% | 11.44% |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 23.42% | 20.40% | 18.87% | 14.62% | 19.27% | 19.95% | 18.06% |
| 9.51% | 10.72% | 11.04% | 12.06% | 15.20% | 14.39% | 20.68% |
| 56.44% | 58.02% | 61.23% | 63.46% | 56.04% | 56.15% | 50.79% |
| 10.63% | 10.86% | 8.87% | 9.86% | 9.50% | 9.51% | 10.47% |
| | | | | | | |
| | | | | | | |
| 61.51% | 58.36% | 63.38% | 62.85% | 61.46% | 61.90% | 61.31% |
| 34.08% | 38.36% | 34.74% | 35.06% | 36.45% | 35.60% | 34.75% |
| 4.40% | 3.28% | 1.88% | 2.09% | 2.09% | 2.49% | 3.95% |
| | | | | | | |
| | | | | | | |

Exhibit 144

| | | | | | | |
|---|---|---|---|---|---|---|
| 71.85% | 77.73% | 77.89% | 83.71% | 78.86% | 80.39% | 78.09% |
| 28.15% | 22.27% | 22.11% | 16.29% | 21.14% | 19.61% | 21.91% |
| | | | | | | |
| | | | | | | |
| 30.75% | 45.93% | 38.66% | 31.76% | 29.04% | 30.81% | 30.00% |
| 55.68% | 44.22% | 58.86% | 62.42% | 54.56% | 48.45% | 76.91% |
| 31.66% | 32.51% | 37.08% | 37.52% | 28.68% | 29.40% | 32.29% |
| -18.08% | -22.66% | -34.59% | -31.71% | -12.29% | -8.66% | -39.20% |
| 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

Exhibit 144

| | Total | 9/4/2012 | 8/28/2012 | 8/21/2012 | 8/14/2012 | 8/7/2012 |
|---|---|---|---|---|---|---|
| **Total Orders** | **38,379** | **4,058** | **2,928** | **1,135** | **1,103** | **1,093** |
| | | | | | | |
| Total Calls | 51,142 | 3,076 | 3,427 | 3,169 | 3,490 | 3,866 |
| OCO Recognized Calls | 37,884 | 2,221 | 2,428 | 2,261 | 2,623 | 2,913 |
| OCO Unrecognized Calls | 13,258 | 855 | 999 | 908 | 867 | 953 |
| Bypassed OCO | 624 | 31 | 67 | 38 | 36 | 33 |
| Calls Sent to Call Center | 25,757 | 1,624 | 1,836 | 1,542 | 1,768 | 1,789 |
| | | | | | | |
| OCO Directed | 38,766 | 2,311 | 2,488 | 2,345 | 2,702 | 2,922 |
| Optimal Handling (Clean Cancels and In-Trial Saves) | 12,347 | 702 | 790 | 840 | 924 | 947 |
| Transfer to CSR | 21,050 | 1,329 | 1,425 | 1,243 | 1,476 | 1,415 |
| Hang Ups | 4,044 | 219 | 236 | 222 | 247 | 452 |
| Other | 1,325 | 61 | 37 | 40 | 55 | 108 |
| OCO Unidentified | | | | | | |
| Transfer to CSR | 8,070 | 529 | 618 | 538 | 540 | 586 |
| Hang Ups | 5,188 | 326 | 381 | 370 | 327 | 367 |
| **Totals** | **38,766** | **2,311** | **2,488** | **2,345** | **2,702** | **2,922** |
| **Repeat Callers** | **5,401** | **348** | **336** | **344** | **349** | **413** |
| | | | | | | |
| **IN-TRIAL STATUS** | | | | | | |
| Early Cancel Save Sale | 2,378 | 160 | 96 | 84 | 116 | 216 |
| RMA Issued | 1,325 | 61 | 37 | 40 | 55 | 108 |
| Transfer to Rep | 6,774 | 567 | 385 | 229 | 331 | 388 |
| No Action/Hangup | 1,219 | 80 | 69 | 42 | 56 | 138 |
| **In-Trial Status Total** | **11,696** | **868** | **587** | **395** | **558** | **850** |
| | | | | | | |
| **POST-TRIAL STATUS** | | | | | | |
| Clean Cancel | 9,969 | 542 | 694 | 756 | 808 | 731 |
| Transfer to Rep | 5,640 | 315 | 410 | 428 | 496 | 366 |
| No Action/Hangup | 467 | 17 | 26 | 36 | 32 | 86 |

**Exhibit 144**

| Post-trial Status Total | 16,076 | 874 | 1,130 | 1,220 | 1,336 | 1,183 |
|---|---|---|---|---|---|---|
| | | | | | | |
| **ALREADY BEEN CANCELLED** | | | | | | |
| Transfer to Rep | 8,636 | 447 | 630 | 586 | 649 | 661 |
| No Action/Hangup | 2,358 | 122 | 141 | 144 | 159 | 228 |
| **Already Been Cancelled Total** | **10,994** | **569** | **771** | **730** | **808** | **889** |
| OCO VALUE | | | | | | |
| OCO Save Sale Revenue | $73,650 | $4,656 | $2,794 | $2,444 | $3,376 | $6,286 |
| OCO Refund Savings | $131,860 | $6,928 | $8,759 | $9,522 | $10,163 | $10,631 |
| OCO Customer Service Profit | $76,155 | $4,356 | $4,773 | $4,881 | $5,166 | $6,231 |
| OCO Cost (Current Price) | ($44,136) | ($4,667) | ($3,367) | ($1,305) | ($1,268) | ($1,257) |
| **OCO Value Add:** | **$237,529** | **$11,274** | **$12,959** | **$15,543** | **$17,437** | **$21,891** |

**Exhibit 144**

| 7/31/2012 | 7/24/2012 | 7/17/2012 | 7/10/2012 | 7/3/2012 | 6/26/2012 | 6/19/2012 | 6/12/2012 | 6/5/2012 |
|---|---|---|---|---|---|---|---|---|
| **2,166** | **3,838** | **3,408** | **3,446** | **4,529** | **4,085** | **1,990** | **1,588** | **3,012** |
| | | | | | | | | |
| 4,108 | 4,443 | 4,650 | 4,119 | 3,798 | 3,823 | 3,532 | 3,866 | 1,775 |
| 3,027 | 3,295 | 3,512 | 3,133 | 2,819 | 2,783 | 2,699 | 2,847 | 1,323 |
| 1,081 | 1,148 | 1,138 | 986 | 979 | 1,040 | 833 | 1,019 | 452 |
| 41 | 41 | 55 | 112 | 46 | 34 | 41 | 26 | 23 |
| 2,082 | 2,247 | 2,363 | 2,224 | 1,937 | 1,970 | 1,751 | 1,800 | 824 |
| | | | | | | | | |
| 3,091 | 3,418 | 3,455 | 3,148 | 2,921 | 2,864 | 2,776 | 2,960 | 1,365 |
| 1,028 | 1,098 | 1,025 | 810 | 875 | 879 | 965 | 991 | 473 |
| 1,665 | 1,848 | 1,843 | 1,820 | 1,639 | 1,640 | 1,453 | 1,578 | 676 |
| 291 | 329 | 494 | 373 | 290 | 241 | 246 | 267 | 137 |
| 107 | 143 | 93 | 145 | 117 | 104 | 112 | 124 | 79 |
| | | | | | | | | |
| 685 | 698 | 702 | 645 | 573 | 624 | 541 | 542 | 249 |
| 396 | 450 | 436 | 341 | 406 | 416 | 292 | 477 | 203 |
| **3,091** | **3,418** | **3,455** | **3,148** | **2,921** | **2,864** | **2,776** | **2,960** | **1,365** |
| **404** | **446** | **518** | **457** | 416 | 396 | 351 | 420 | **203** |
| | | | | | | | | |
| | | | | | | | | |
| 221 | 271 | 229 | 276 | 200 | 126 | 142 | 172 | 69 |
| 107 | 143 | 93 | 145 | 117 | 104 | 112 | 124 | 79 |
| 546 | 704 | 552 | 785 | 649 | 547 | 413 | 484 | 194 |
| 89 | 123 | 104 | 147 | 94 | 85 | 70 | 82 | 40 |
| **963** | **1,241** | **978** | **1,353** | 1,060 | 862 | 737 | 862 | **382** |
| | | | | | | | | |
| 807 | 827 | 796 | 534 | 675 | 753 | 823 | 819 | 404 |
| 415 | 440 | 441 | 351 | 370 | 420 | 488 | 471 | 229 |
| 28 | 23 | 57 | 30 | 20 | 25 | 28 | 33 | 26 |

Exhibit 144

| 1,250 | 1,290 | 1,294 | 915 | 1,065 | 1,198 | 1,339 | 1,323 | 659 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| 704 | 704 | 850 | 684 | 620 | 673 | 552 | 623 | 253 |
| 174 | 183 | 333 | 196 | 176 | 131 | 148 | 152 | 71 |
| 878 | 887 | 1,183 | 880 | 796 | 804 | 700 | 775 | 324 |
| | | | | | | | | |
| $6,431 | $7,886 | $6,664 | $8,032 | $5,820 | $4,706 | $5,409 | $6,496 | $2,651 |
| $10,265 | $10,509 | $12,066 | $7,732 | $8,861 | $9,248 | $10,163 | $10,214 | $6,796 |
| $6,078 | $6,588 | $6,861 | $5,685 | $5,583 | $5,559 | $5,343 | $6,198 | $2,853 |
| ($2,491) | ($4,414) | ($3,919) | ($3,963) | ($5,208) | ($4,698) | ($2,289) | ($1,826) | ($3,464) |
| $20,283 | $20,570 | $21,672 | $17,486 | $15,056 | $14,815 | $18,627 | $21,082 | $8,836 |

Exhibit 144

| OCO Value Metrics | | |
|---|---|---|
| Cost Per CSR Call | $ | 3.00 |
| Cost for all Calls no-OCO | $ | 9,228.00 |
| Cost for CSR Calls with OCO | $ | 4,872.00 |
| OCO CSR Savings | $ | 4,356.00 |
| | | |
| | | |
| | | |
| OCO Cost per Order | $ | (1.15) |
| Orders | | 4058 |
| OCO Cost | $ | (4,666.70) |

| Save Sale Information | | |
|---|---|---|
| Saves Issued - $38.29 | | 160 |
| Billable Rate | | 76.00% |
| Saved First Bills | | 121.6 |
| Bills per Order | | 1 |
| Total Additional Bills | | 121.6 |
| Bill amount | $ | 38.29 |
| Additional Revenue | $ | 4,656.06 |

| Anticipated Effects of Clean Cancels - Current | |
|---|---|
| | Current |
| Refund eligible Identified callers | 1443 |
| Callers Clean Cancelled by System | 542 |
| CSR Transfers of eligible callers | 762 |
| Refund Rate of Eligible Callers at CSRs | 12.00% |
| Refunds Without OCO from this group | 173 |
| Refunds with OCO | 91 |
| | |
| Typical Refund Amount | $84.78 |
| Pre OCO Refund Expense | $14,680.50 |
| OCO Refund Expense | $7,752.28 |
| Savings | $6,928.22 |
| Percent of ID'd callers Refund Eligible | 64.97% |
| Refund Eligible Unidentified Callers | 555 |
| Refunds Issued on Unidentified Callers | 67 |
| Refund Cost Unidentified Callers | $5,651.43 |
| Total Pre OCO Refund Cost | $20,331.94 |
| Total OCO Refund Expense | $13,403.72 |
| Improvement | $6,928.22 |
| Refunds per Caller Non-OCO | 6.609862584 |
| Refunds per Caller OCO | 4.35751486 |
| Improvement | $2.25 |

| | AuraVie Skin Care | |
|---|---|---|
| 8/1 - 8/31 | | |
| | **All Calls** | **Rate** |
| **OVERVIEW** | | |
| Total Calls | 15,530 | |
| OCO Recognized Calls | 11,373 | 73.23% |
| OCO Unrecognized Calls | 4,157 | |
| Bypassed OCO / Straight Sales | 192 | |
| Calls Sent to Call Center | 7,741 | 49.85% |
| | | |
| OCO Directed | 11,645 | |
|    Optimal Handling (Save Sale & Clean Cancel) | 3,875 | 33.28% |
|    Transfer to CSR | 6,230 | 53.50% |
|    Hang Ups | 1,276 | 10.96% |
|    Other (Non-Optimal Cancels) | 264 | 2.27% |
| OCO Unidentified | | |
|    Transfer to CSR | 2,537 | 61.03% |
|    Hang Ups | 1,620 | 38.97% |
| **Totals** | **11,645** | |
| | | |
| | | |
| OCO SUCCESS METRICS BY STATUS - RECOGNIZED CALLS | | |
| **IN-TRIAL STATUS** | | |
| Early Cancel Save Sale | 583 | 20.96% |
| RMA Issued | 264 | 9.49% |
| Transfer to Rep | 1,595 | 57.35% |
| No Action/Hangup | 339 | 12.19% |
| **In-Trial Status Total** | **2,781** | |
| | | |
| **POST-TRIAL STATUS** | | |
| Clean Cancel | 3,292 | 61.30% |
| Transfer to Rep | 1,884 | 35.08% |
| No Action/Hangup | 194 | 3.61% |
| **Post-trial Status Total** | **5,370** | |
| | | |
| **ALREADY BEEN CANCELLED** | | |
| Transfer to Rep | 2,751 | 78.73% |
| No Action/Hangup | 743 | 21.27% |
| **Already Been Cancelled Total** | **3,494** | |

**Exhibit 144**

| Monthly OCO Value Impact | | |
|---|---|---|
| OCO Save Sale Revenue | $ | 17,858 |
| OCO Refund Savings | $ | 43,024 |
| OCO Customer Service Profit | $ | 27,262 |
| OCO Cost (Current Price) | $ | (9,044) |
| OCO Value Add (Monthly): | $ | 79,101 |

| OCO Cost | | |
|---|---|---|
| OCO Monthly Minimum | $ | (2,500.00) |
| OCO Cost per Order | $ | (1.15) |
| Orders | | 7,864 |
| OCO Cost | $ | (9,043.60) |

| Anticipated Effects of Save Sales | | |
|---|---|---|
| Save Sale - $38.29 | | 583 |
| Success Rate on Saves | | 80.00% |
| Total Revenue | $ | 17,858.46 |

| Anticipated Effects of Refund Savings | |
|---|---|
| | Current |
| Refund eligible Identified callers | 8864 |
| CSR Transfers of eligible callers | 4635 |
| Refund Rate of Eligible Callers at CSRs | 12.00% |
| Refunds Without OCO from this group | 1064 |
| Refunds with OCO | 556 |
| | |
| Typical Refund Amount | $84.78 |
| Pre OCO Refund Expense | $90,178.79 |
| OCO Refund Expense | $47,154.64 |
| Total Refund Savings: | $43,024.15 |

| Anticipated Effects of Customer Service Savings | | |
|---|---|---|
| Total Calls Available to CSR's | | 15,530 |
| Total Calls Sent to Call Center | | 7,741 |
| OCO Saved CSR Calls | | 7,789 |
| CSR Cost Per Call | $ | 3.50 |
| Total CSR Savings: | $ | 27,261.50 |

Exhibit 144

| | Aug-12 | | Jul-12 | | Jun-12 | |
|---|---|---|---|---|---|---|
| **Total Orders** | 7,864 | | 14,826 | | 11,671 | |
| | All Calls | Rate | All Calls | Rate | All Calls | Rate |
| **OVERVIEW** | | | | | | |
| Total Calls | 15,530 | | 19,010 | | 15,080 | |
| OCO Recognized Calls | 11,373 | 73.23% | 14,211 | 74.76% | 11,210 | 74.34% |
| OCO Unrecognized Calls | 4,157 | | 4,799 | | 3,870 | |
| Bypassed OCO / Straight Sales | 192 | | 267 | | 178 | |
| Calls Sent to Call Center | 7,741 | 49.85% | 9,795 | 51.53% | 7,403 | 49.09% |
| | | | | | | |
| OCO Directed | 11,645 | | 14,291 | | 11,170 | |
|   Optimal Handling (Save Sale & Clean Cancel) | 3,875 | 33.28% | 4,298 | 30.07% | 3,356 | 30.04% |
|   Transfer to CSR | 6,230 | 53.50% | 7,836 | 54.83% | 6,251 | 55.96% |
|   Hang Ups | 1,276 | 10.96% | 1,610 | 11.27% | 1,045 | 9.36% |
|   Other (Non-Optimal Cancels) | 264 | 2.27% | 547 | 3.83% | 518 | 4.64% |
| OCO Unidentified | | | | | | |
|   Transfer to CSR | 2,537 | 61.03% | 3,006 | 62.64% | 2,249 | 58.11% |
|   Hang Ups | 1,620 | 38.97% | 1,793 | 37.36% | 1,621 | 41.89% |
| **Totals** | 11,645 | | 14,291 | | 11,170 | |
| | | | | | | |
| | | | | | | |
| **OCO SUCCESS METRICS BY STATUS - RECOGNIZED CALLS** | | | | | | |
| **IN-TRIAL STATUS** | | | | | | |
| Early Cancel Save Sale | 583 | 20.96% | 1,103 | 21.84% | 596 | 17.44% |
| RMA Issued | 264 | 9.49% | 547 | 10.83% | 518 | 15.16% |
| Transfer to Rep | 1,595 | 57.35% | 2,888 | 57.19% | 1,980 | 57.95% |
| No Action/Hangup | 339 | 12.19% | 512 | 10.14% | 323 | 9.45% |
| **In-Trial Status Total** | 2,781 | | 5,050 | | 3,417 | |
| | | | | | | |
| **POST-TRIAL STATUS** | | | | | | |

**Exhibit 144**

| | | | | | | |
|---|---|---|---|---|---|---|
| Clean Cancel | 3,292 | 61.30% | 3,195 | 62.55% | 3,204 | 62.08% |
| Transfer to Rep | 1,884 | 35.08% | 1,768 | 34.61% | 1,832 | 35.50% |
| No Action/Hangup | 194 | 3.61% | 145 | 2.84% | 125 | 2.42% |
| **Post-trial Status Total** | **5,370** | | **5,108** | | **5,161** | |
| | | | | | | |
| **ALREADY BEEN CANCELLED** | | | | | | |
| Transfer to Rep | 2,751 | 78.73% | 3,180 | 76.94% | 2,439 | 80.34% |
| No Action/Hangup | 743 | 21.27% | 953 | 23.06% | 597 | 19.66% |
| **Already Been Cancelled Total** | **3,494** | | **4,133** | | **3,036** | |
| **OCO VALUE METRICS** | | | | | | |
| OCO Save Sale Revenue | $ 17,858 | | $ 33,787 | | $ 22,928 | |
| OCO Refund Savings | $ 43,024 | | $ 43,675 | | $ 39,942 | |
| OCO Customer Service Profit | $ 27,262 | | $ 32,253 | | $ 26,870 | |
| OCO Cost (Current Price) | $ (9,044) | | $ (17,050) | | $ (13,422) | |
| **OCO Value Add (Monthly):** | **$ 79,101** | | **$ 92,665** | | **$ 76,318** | |

**Exhibit 144**

| | | Completed | | | |
|---|---|---|---|---|---|
| | Early Cancel Save Sale Price | $59.95 | $49.95 | $39.95 | **Total** |
| **T** | Percent of Split Test | 33% | 33% | 34% | |
| **E** | Total Offers Presented | 191 | 185 | 184 | 560 |
| **S** | Total Offers Accepted | 29 | 32 | 55 | 116 |
| **T** | Total Offers Accepted after RMA | 2 | 4 | 4 | 10 |
| **D** | Total RMA Requests | 39 | 35 | 30 | 104 |
| **A** | Total CSR Transfers at Offer | 37 | 26 | 26 | 89 |
| **T** | Total CSR Transfers at Offer Acceptance | 3 | 6 | 1 | 10 |
| **A** | Total CSR Transfers at RMA | 64 | 62 | 48 | 174 |
| | Total CSR Transfers at RMA Acceptance | 1 | 1 | 1 | 3 |
| | | | | | |
| | | $59.95 | $49.95 | $39.95 | **Total** |
| **C** | Conversion Rate | 16.23% | 19.46% | 32.07% | 20.71% |
| **O** | CSR Transfer Rate | 54.97% | 51.35% | 41.30% | 49.29% |
| **N** | RMA Rate | 20.42% | 18.92% | 16.30% | 18.57% |
| **C** | | | | | |
| **L** | Early Cancel Save Sale Revenue | $1,858.45 | $1,798.20 | $2,357.05 | $6,013.70 |
| **U** | Early Cancel Return Cost | -$68.25 | -$61.25 | -$52.50 | -$182.00 |
| **S** | CSR Expenses | -$315.00 | -$285.00 | -$228.00 | -$828.00 |
| **I** | | | | | |
| **O** | | | | | |
| **N** | **Net Value by Save Sale** | $1,475.20 | $1,451.95 | $2,076.55 | $5,003.70 |

| | | Cumulative | | | |
|---|---|---|---|---|---|
| | Early Cancel Save Sale Price | $59.95 | $49.95 | $39.95 | **Total** |
| **T** | Percent of Split Test | 33% | 33% | 34% | |
| **E** | Total Offers Presented | 641 | 688 | 622 | 1951 |
| **S** | Total Offers Accepted | 128 | 146 | 199 | 473 |
| **T** | Total Offers Accepted after RMA | 7 | 19 | 10 | 36 |
| **D** | Total RMA Requests | 144 | 151 | 124 | 419 |
| **A** | Total CSR Transfers at Offer | 111 | 105 | 82 | 298 |

**Exhibit 144**

| | | $59.95 | $49.95 | $39.95 | Total |
|---|---|---|---|---|---|
| T A | Total CSR Transfers at Offer Acceptance | 11 | 14 | 7 | 32 |
| | Total CSR Transfers at RMA | 182 | 184 | 153 | 519 |
| | Total CSR Transfers at RMA Acceptance | 4 | 5 | 4 | 13 |
| | | | | | |
| | | $59.95 | $49.95 | $39.95 | Total |
| C O N C L U S I O N | Conversion Rate | 21.06% | 23.98% | 33.60% | 24.24% |
| | CSR Transfer Rate | 48.05% | 44.77% | 39.55% | 44.18% |
| | RMA Rate | 22.46% | 21.95% | 19.94% | 21.48% |
| | | | | | |
| | Early Cancel Save Sale Revenue | $8,093.25 | $8,241.75 | $8,349.55 | $24,684.55 |
| | Early Cancel Return Cost | -$252.00 | -$264.25 | -$217.00 | -$733.25 |
| | CSR Expenses | -$924.00 | -$924.00 | -$738.00 | -$2,586.00 |
| | | | | | |
| | Net Value by Save Sale | $6,917.25 | $7,053.50 | $7,394.55 | $21,365.30 |

| | Comparison Table: Net Value Per Price Point | | | | |
|---|---|---|---|---|---|
| V a l u e | Price Point | Save Sale Revenue | CSR Cost | RMA Cost | Net Value |
| | $59.95 | $24,633.28 | $ 3,515.45 | $ 438.29 | $20,679.53 |
| | $49.95 | $23,371.59 | $ 3,275.30 | $ 428.20 | $19,668.09 |
| | $39.95 | $26,189.67 | $ 2,893.57 | $ 388.95 | $22,907.16 |

Exhibit 144

**Gallegos, Luis**

| | |
|---|---|
| **From:** | Sabina Keil <skeil@xcaliber-solutions.com> |
| **Sent:** | Wednesday, September 05, 2012 5:26 PM |
| **To:** | 'Paul Medina'; 'Alon | Bunzai Media'; 'Roi | Bunzai Media' |
| **Subject:** | August 15th – Sept 1st 2012 Report |
| **Attachments:** | 38992078572 2012.xlsx; 38992072039 2012.xlsx; 8788140021055 2012.xlsx; 8788140021058 2012.xlsx; 389000001761236 2012.xlsx; 8788140021128 2012.xlsx; 8788140021125 2012.xlsx |

8572

Call Center     33%

Fulfillment     5%

Descriptor      24%

Fraud           33%


2039

Call Center     36%

Fulfillment     10%

Descriptor      24%

Fraud           30%


1055

Call Center     47%

Fulfillment     8%

Descriptor      16%

Fraud           31%


1058

**Exhibit 146**

Call Center     38%

Fulfillment     14%

Descriptor      12%

Fraud           36%


1236

Call Center     50%

Fulfillment     9%

Descriptor      18%

Fraud           23%


1128

Call Center     50%

Fulfillment     7%

Descriptor      21%

Fraud           21%


1125

Call Center     50%

Fulfillment     0%

Descriptor      25%

Fraud           25%

**Exhibit 146**

| Notice Date: | Transaction Date: | First Name: | Last Name: | Last 4 Digits CC: | Amount: | Status: | Code: | Reason: | Case Number |
|---|---|---|---|---|---|---|---|---|---|
| MERCHANT ID# 389900002078572 | | START DATE: 7/01-END DATE: 7/31/2012 | | | | | | | |
| 5/1/2012 | 4/10/2012 | mary | picardi | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/2/2012 | 2/16/2012 | Marilyn | Vander werf | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/2/2012 | 2/13/2012 | Mary | George | | 97.88 | Disputed | 28 | Request Copy | |
| 5/2/2012 | 4/5/2012 | BONNY | WALSH | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/2/2012 | 1/10/2012 | Linda | DeBlois | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/2/2012 | 1/12/2012 | Tracy | Belusko | | 97.88 | Disputed | 28 | Request Copy | |
| 5/2/2012 | 4/4/2012 | robert r | mitchell | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/3/2012 | 2/20/2012 | tracy | shoup | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/3/2012 | 3/24/2012 | Amy | Hernandez | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/4/2012 | 4/12/2012 | Susan | Briggs | | 1.93 | Disputed | 75 | Does not Recognize | |
| 5/4/2012 | 4/12/2012 | Susan | Briggs | | 3.02 | Disputed | 75 | Does not Recognize | |
| 5/7/2012 | 3/6/2012 | Cathy | Boosinger | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/7/2012 | 4/13/2012 | Janie | daniels | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/7/2012 | 4/17/2012 | Majackilyn | Weinberg | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/8/2012 | 3/30/2012 | Shirley | Ratliff | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/8/2012 | 4/3/2012 | Roberta | Moore | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/8/2012 | 4/14/2012 | Marsha | Lyons | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/8/2012 | 4/16/2012 | Brad | Alani | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/8/2012 | 4/13/2012 | Elizabeth | Johnson | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/8/2012 | 4/15/2012 | Carolyn | Roman | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/9/2012 | 2/10/2012 | June | Lamphere | | 97.88 | Disputed | 28 | Request Copy | |
| 5/9/2012 | 4/13/2012 | Leah | Gidney | | 97.88 | Disputed | 53 | Not as Described | |
| 5/9/2012 | 2/17/2012 | susan | hill | | 97.88 | Disputed | 28 | Request Copy | |
| 5/9/2012 | 3/12/2012 | linda | goorin | | 97.88 | Disputed | 53 | Not as Described | |
| 5/9/2012 | 3/2/2012 | Vanessa | woith | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/10/2012 | 3/15/2012 | Nasim | jadoon | | 97.88 | Disputed | 41 | Cancelled Recurring | |

**Exhibit 146**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2012 | 4/12/2012 | Andy | Cervantes | | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/10/2012 | 3/24/2012 | ALBA M | GALEANO | | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/10/2012 | 3/12/2012 | Bonnie | Hahn | | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/11/2012 | 3/14/2012 | Mrs. Leslie | Dawley | | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/11/2012 | 3/2/2012 | maria | karas | | | 97.88 | Disputed | 28 | Request Copy | |
| 5/14/2012 | 4/19/2012 | Trinidad | Garcia | | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/14/2012 | 4/25/2012 | Marilyn | Marko | | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/15/2012 | 3/20/2012 | MARY | JACOBS | | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/15/2012 | 3/23/2012 | Sharon Y | Martin | | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/15/2012 | 4/28/2012 | Dawn | Zablocki | | | 97.88 | Disputed | 4837 | Unauthorized | |
| 5/15/2012 | 3/8/2012 | Gary | Gearhart | | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/15/2012 | 1/19/2012 | Marilyn | Bedsworth | | | 73.41 | Disputed | 83 | Card Absent Enviornment | |
| 5/15/2012 | 3/29/2012 | Dawn | Zablocki | | | 97.88 | Disputed | 4837 | Unauthorized | |

Exhibit 146

| Notice Date: | Transaction Date: | First Name: | Last Name: | Last 4 Digits CC: | Amount: | Status: | Code: | Reason: | Case Number |
|---|---|---|---|---|---|---|---|---|---|
| MERCHANT ID# 3899000020785 | START DATE: 8/01-END DATE: 8/31/2012 | | | | | | | | |
| 5/16/2012 | 4/20/2012 | jeanette | burke | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/16/2012 | 2/9/2012 | ruth | dillard | | 97.88 | Disputed | 28 | Request Copy | |
| 5/16/2012 | 2/27/2012 | ray | wyatt | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/16/2012 | 3/5/2012 | Trellis | Tucker | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/16/2012 | 4/10/2012 | candy | hollandsworth | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/17/2012 | 4/13/2012 | Roberta | Hodgdon | | 97.88 | Disputed | 4837 | Unauthorized | |
| 5/17/2012 | 3/22/2012 | Judy | Logan | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/17/2012 | 2/26/2012 | Debby | Wade | | 97.88 | Disputed | 4837 | Unauthorized | |
| 5/17/2012 | 2/20/2012 | Linda | Fitzpatrick | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/17/2012 | 3/19/2012 | IRIS | DECOCK | | 3.02 | Disputed | 83 | Card Absent Enviornment | |
| 5/17/2012 | 4/3/2012 | patricia | winfrey | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/18/2012 | 3/3/2012 | PATRICIA | BRAGER | | 97.88 | Disputed | 28 | Request Copy | |
| 5/18/2012 | 4/14/2012 | debra | dillon | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/18/2012 | 4/13/2012 | Mary | Hudson | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/18/2012 | 3/19/2012 | Elaine | Benton | | 97.88 | Disputed | 30 | Merch not Received | |
| 5/18/2012 | 4/27/2012 | ALICE | FISHER | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/18/2012 | 4/23/2012 | priscilla | velez | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/21/2012 | 3/22/2012 | Caroline | Cantrell | | 97.88 | Disputed | 75 | Does not Recognize | |
| 5/21/2012 | 2/23/2012 | janice | vanhogezand | | 97.88 | Disputed | 4837 | Unauthorized | |
| 5/21/2012 | 4/12/2012 | patricia | stempf | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/21/2012 | 1/18/2012 | jennifer | woodward | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/21/2012 | 4/19/2012 | Angela | Dinkel | | 97.88 | Disputed | 53 | Not as Described | |
| 5/22/2012 | 5/1/2012 | Amanda | Mackinnon | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/22/2012 | 3/11/2012 | Bettina | Eutsler | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/22/2012 | 4/16/2012 | Roberta | Lee | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/22/2012 | 4/21/2012 | florentina | delcey | | 97.88 | Disputed | 41 | Cancelled Recurring | |
| 5/22/2012 | 3/5/2012 | Mercury | Bleu | | 97.88 | Disputed | 85 | Credit not Processed | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/22/2012 | 4/24/2012 | Minerva | Hinojosa | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/22/2012 | 3/19/2012 | gwen | heckler | | 97.88 | Disputed | 75 | Does not Recognize |
| 5/22/2012 | 3/22/2012 | florentina | delcey | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/22/2012 | 2/19/2012 | Debra | Winterick | | 97.88 | Disputed | 85 | Credit not Processed |
| 5/23/2012 | 4/2/2012 | Amie | Brown | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 4/30/2012 | Fran | Stricker | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 1/25/2012 | Bettty | Garner | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 4/25/2012 | Pat | Weber | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 3/20/2012 | Mary | DaRos | | 97.88 | Disputed | 75 | Does not Recognize |
| 5/23/2012 | 4/2/2012 | Cathy | Loper | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 5/2/2012 | Arnie | Brown | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 5/5/2012 | Barbara | Spoto | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 4/30/2012 | Joanne | Nelson | | 54.95 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 4/28/2012 | Nahed | Youssef | | 97.88 | Disputed | 41 | Cancelled Recurring |
| 5/23/2012 | 3/6/2012 | Palmira | Balderama | | 97.88 | Disputed | 4837 | Unauthorized |
| 5/24/2012 | 2/3/2012 | charlene | breitlow | | 97.88 | Disputed | 28 | Request Copy |
| 5/24/2012 | 3/29/2102 | Vickie | Henderson | | 97.88 | Disputed | 28 | Request Copy |
| 5/24/2012 | 4/10/2012 | borislav | krivitsky | | 97.88 | Disputed | 75 | Does not Recognize |
| 5/24/2012 | 4/3/2012 | mayra | espinoza | | 97.88 | Disputed | 85 | Credit not Processed |
| 5/24/2012 | 4/4/2012 | Pamela | Young | | 97.88 | Disputed | 83 | Card Absent Enviornment |
| 5/24/2012 | 3/30/2012 | zaragoza | villarreal | | 97.88 | Disputed | 28 | Request Copy |
| 5/24/2012 | 3/21/2012 | ellen | waggoner | | 97.88 | Disputed | 83 | Card Absent Enviornment |
| 5/24/2012 | 4/15/2012 | vickie | lassiter | | 97.88 | Disputed | 53 | Not as Described |
| 5/24/2012 | 4/15/2012 | Brie | Moon | | 3.02 | Disputed | 4837 | Unauthorized |
| 5/24/2012 | 4/15/2012 | Brie | Moon | | 1.93 | Disputed | 4837 | Unauthorized |
| 5/24/2012 | 4/15/2012 | Brie | Moon | | 97.88 | Disputed | 4837 | Unauthorized |
| 5/25/2012 | 4/5/2012 | Jackie | Freitag | | 97.88 | Disputed | 85 | Credit not Processed |
| 5/25/2012 | 4/13/2012 | Wanda | Sisk | | 1.93 | Disputed | 75 | Does not Recognize |
| 5/25/2012 | 4/13/2012 | Wanda | Sisk | | 3.02 | Disputed | 75 | Does not Recognize |
| 5/25/2012 | 4/30/2012 | Wanda | Sisk | | 97.88 | Disputed | 75 | Does not Recognize |
| 5/29/2012 | 3/22/2012 | DINA | KNAPP | | 97.88 | Disputed | 85 | Credit not Processed |
| 5/30/2012 | 2/14/2012 | angel | allison | | 3.02 | Disputed | 83 | Card Absent Enviornment |
| 5/30/2012 | 5/8/2012 | Lori | Knox | | 97.88 | Disputed | 4837 | Unauthorized |
| 5/30/2012 | 3/17/2012 | Bess | Bartash | | 97.88 | Disputed | 85 | Credit not Processed |
| 5/30/2012 | 4/16/2012 | PAT | HART | | 97.88 | Disputed | 75 | Does not Recognize |

| 5/30/2012 | 2/9/2012 | Ellen | Leyh | | 97.88 | Disputed | 85 | Credit not Processed | |
| 5/30/2012 | 2/24/2012 | Fannie | Owings | | 97.88 | Disputed | 83 | Card Absent Enviornment | |
| 5/31/2012 | 4/18/2012 | Traci | Zavodny | | 97.88 | Disputed | 30 | Merch not Received | |
| 5/31/2012 | 4/27/2012 | Lucine | Nelson | | 97.88 | Disputed | 75 | Does not Recognize | |
| 6/1/2012 | 4/18/2012 | Judy | Rozicki | | 97.88 | Disputed | 4837 | Unauthorized | |
| 6/1/2012 | 3/20/2012 | Irene | Miller | | 97.88 | Disputed | 75 | Does not Recognize | |
| 6/1/2012 | 5/1/2012 | Deborah | Noe | | 97.88 | Disputed | 75 | Does not Recognize | |
| 6/4/2012 | 5/16/2012 | elaine | glick | | 97.88 | Disputed | 41 | Cancelled Recurring | |

**Exhibit 146**

**Gallegos, Luis**

| | |
|---|---|
| **From:** | Avico Global <avicoglobal@gmail.com> |
| **Sent:** | Monday, July 01, 2013 12:01 PM |
| **To:** | Alon N; Roi | Pinnacle; Paul Medina; Doron . |
| **Subject:** | Projects updates |

Hi Team ..

Here is a short update in regards to running projects ...

ClickConnector.com

Live with next major release done by 7-2-13

StoreFrontAdmin
Soft launch demo Scheduled for anytime after 7-1-13 + (ready to test for inhouse usage)

Beta launch scheduled for 7-15-13
Commercial Launch 8-15-13

ChargeBackArmor.com or ChargebackStars.com or ChargebackPro.com

Soft launch demo Scheduled for anytime after 7-1-13 + (ready to test for inhouse usage) Beta Launch scheduled for 8-1-13

Commercial Launch 9-1-13

IVRLogix.com

Soft Launch 7-1-13 (waiting on voices.com recordings) + (ready to test for inhouse usage) Beta Launch scheduled for 8-1-13 Commercial Launch 9-1-13

IVRSwitch.com
Soft Launch 7-20-13 (ready to test for inhouse usage) Beta Launch scheduled for 8-15-13 Commercial Launch 9-15-13

LinkMyChat.com or ChatAPI.com
Soft Launch 7-25-13 (ready to test for inhouse usage) Beta Launch scheduled for 8-15-13 Commercial Launch 9-15-13

MediaCRM.com

In the initial stages – will update ETA later

**Exhibit 149**

Call Center
In the initial stages - will update ETA later

**Exhibit 149**

| | |
|---|---|
| **From:** | Tyler R <tyler@securedmerchants.com> |
| **Sent:** | Tuesday, February 17, 2015 5:44 PM |
| **To:** | Alon N; Mike Costache; Avico Global; Doron@doron.us; Roi R |
| **Subject:** | ChargeBack Armor Jan + Feb figures |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

As per Mike's request, below are the numbers of chargebacks we processed for each active client from Jan 1st, 2015 till today:

1. Auravie  (Jan 244 + Feb 190) x $6 = $2,604

2. PureVision Marketing  (Jan 38 + Feb 18) x $10 = $560

3. Creative Ventures (Jan 86 + Feb 17) x $10 = $1,030

4. Jersey Consolidated Feb 130 x $10 = $1,300 (free trial so we will not be billing for these chargebacks)

Total to be billed to 3 clients for Jan and Feb (so far) is $4,194

The following clients are onboarding @ $10/chargeback:

1. CHH Capital - approx 300/ month

2. 98 Interactive - approx 450/ month

3. Apex Ads Group - approx 1000/ month

Cheers,


Tyler Reitenbach


<http://i.imgur.com/0k3Qxnm.png?1>


IT Shaman - Secured Merchants LLC
Phone: (800) 976-7027     |   Email: Tyler@SecuredMerchants.com
<mailto:Tyler@SecuredMerchants.com>
Skype: Tyler.Reitenbach   |   Website: www.SecuredMerchants.com
<http://www.securedmerchants.com/>

**Exhibit 151**

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient. If you have erroneously received this message, please delete it immediately and notify the sender. The recipient acknowledges that Secured Merchants LLC. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall not be implied or assumed unless the sender does so expressly with due authority of Secured Merchants LLC. Before opening any attachments please check them for viruses and defects.
<https://mail.google.com/mail/u/0/images/cleardot.gif>

**Exhibit 151**

**To:** Doron .[doron@doron.us]
**From:** Paul@ADLifestyleNetwork.com
**Sent:** Tue 3/5/2013 3:30:55 PM
**Importance:** Normal
**Subject:** 1% commission for Feb 2013
**MAIL_RECEIVED:** Tue 3/5/2013 3:31:39 PM
1% until Feb 2013.xlsx

Doron,
Attached please find Feb 1% commission.

Regards,

--

Paul B. Medina
CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com



Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**Exhibit 166**

**To:** Paul Medina[paul@bunzaimedia.com]; Alon N[alon@bunzaimedia.com]; Doron N[doron@bunzaimedia.com]
**From:** Nastassia Yalley
**Sent:** Wed 6/27/2012 9:29:23 PM
**Importance:** Normal
**Subject:** accounting 6/27/12
**MAIL_RECEIVED:** Wed 6/27/2012 9:40:28 PM

Accounting Worksheet.xls

END OF JUNE                    $
                              308,450.41

-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
C: 818.687.0366
F: 818.647.0182

| | | |
|---|---|---|
| Just in the Bunzai Accounts | $ 216,125.46 | **2/21/2016** |
| **In bank today (All accounts combined)** | **$ 429,045.09** | |
| | $ - | |
| TOTAL IN OUR ACCOUNTS minus Heritage and AMD | $ 362,151.06 | |

**Upcoming Expenses**

| | | |
|---|---|---|
| Adsonar for **May** | $ 5,590.97 | |
| Pulse360 for **May** | $ 30,003.71 | |
| Big Ads Media 7/3/12 | $ 1,786.00 | |
| Joe Cucurillo 6/28/12 | $ 1,380.00 | up to 6/24/12 |
| Convert2media 7/3/12 | $ 13,360.00 | |
| Bungo Media 7/3/12 | $ 7,785.00 | |
| MediaCrowd 7/3/12 | $ 3,036.00 | |
| N&A Consulting 7/3/12 | $ - | |
| Frank Cut 7/31/12 | $ - | |
| Belal Cut 7/31/12 | $ - | |
| Clickbooth 7/3/12 | $ 20,656.00 | |
| Guru Media 7/3/12 | $ 77,786.00 | |
| Jacem | $ - | ???? |
| Grafipak 7/3/12 | $ 3,000.00 | |
| PAYROLL 6/29/12 | $ 55,000.00 | |
| Doron's Amex (ESTIMATE) | $ 30,000.00 | |
| **TOTAL EXPENSES** | **$ 249,383.68** | |

| | |
|---|---|
| **LEFTOVER AFTER EXPENSES** | **$ 112,767.38** |

| | |
|---|---|
| **END OF JUNE** | **$ 308,450.41** |

7

**To:**    Alon | Bunzai Media[alon@bunzaimedia.com]; Paul#6464[paul@bunzaimedia.com]
**Cc:**    Derek Brosseau[derek@cparesponse.com]; Jonathan Moysich[jonathan@cparesponse.com]; Cameron Gordon[cameron@cparesponse.com]
**From:**    Michael Moysich
**Sent:**    Mon 3/25/2012 10:27:05 PM
**Importance:**    Normal
**Subject:**    compliant partials script
**MAIL_RECEIVED:**    Mon 3/25/2012 10:27:09 PM
Auravie Partials Script.doc

Alon,

It looks like I had already implemented the more conservative approach listing everything as risk free vs a free supply.

Please send back any additional thoughts you might have with redline so I can see the changes.

Thanks,
Michael

PS - send back the discounted pricepoint you'd like to do the other test on and what the rebill price will be if any and I will draft that one and send it back as well.

Exhibit 169

**To:**       xposedinc[xposedinc@gmail.com]
**From:**     Paul Medina
**Sent:**      Mon 8/6/2012 12:57:12 PM
**Importance:**    Normal
**Subject:**    Fwd: 1% report up until July 2012
**MAIL_RECEIVED:**    Mon 8/6/2012 12:58:09 PM
1% until July 2012.xlsx

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website: http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

---------- Forwarded message ----------
From: **Paul Medina** <paul@bunzaimedia.com>
Date: Fri, Aug 3, 2012 at 5:45 PM
Subject: 1% report up until July 2012
To: doron@xposedinc.com

Doron,

Attached is the 1% report up to July 2012.

Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website: http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

|  | | Apr-12 | May-12 | Jun-12 | Jul-12 |
|---|---|---|---|---|---|
| **Roi Total Processing Agoa Signa & Ums** | | $493,119.33 | $276,931.57 | $108,799.79 | $197,775.53 |
| | **1.00%** | $4,931.19 | $2,769.32 | $1,088.00 | $1,977.76 |
| **Rachel Total Processing DMA Signa & UMS** | | $0.00 | $90,651.00 | $237,898.49 | $181,685.85 |
| | **1.00%** | $0.00 | $906.51 | $2,378.98 | $1,816.86 |
| **Lori Total Processing Lifestyle Signa** | | $0.00 | $73,890.47 | $59,624.18 | $80,970.54 |
| | **1.00%** | $0.00 | $738.90 | $596.24 | $809.71 |
| **Igor Total Processing Zen Signa & UMS** | | $403,117.55 | $332,396.09 | $192,719.60 | $257,304.60 |
| | **1.00%** | $4,031.18 | $3,323.96 | $1,927.20 | $2,573.05 |
| **Tomar/Doron  Safe Signa & UMS** | | $459,833.92 | $346,757.13 | $144,811.93 | $230,077.06 |
| | **1.00%** | $4,598.34 | $3,467.57 | $1,448.12 | $2,300.77 |
| **Motti Total Processing OG Signa & UMS** | | $292,893.39 | $327,009.38 | $196,195.86 | $264,713.51 |
| | **1.00%** | $2,928.93 | $3,270.09 | $1,961.96 | $2,647.14 |
| **Tal Heritage UMS** | | | $90,662.66 | $301,534.05 | $129,189.11 |
| | **1.00%** | | $906.63 | $3,015.34 | $1,291.89 |
| **Ann Sofie AMD UMS** | | | $91,111.71 | $150,143.49 | $190,947.70 |
| | **1.00%** | | $911.12 | $1,501.43 | $1,909.48 |

Grand Total 1%

**Total**

**$3,368,879.52**
**$33,688.80**

**$2,025,289.52**
**$20,252.90**

**$1,742,983.59**
**$17,429.84**

**$2,585,461.71**
**$25,854.62**

**$2,492,000.62**
**$24,920.01**

**$7,078,331.24**
**$114,213.92**

**$521,385.82**
**$5,213.86**

**$432,202.90**
**$4,322.03**

**$245,895.95**

**To:** Doron .[doron@doron.us]
**From:** Paul@adlifestylenetwork.com
**Sent:** Mon 12/3/2012 5:03:31 PM
**Importance:** Normal
**Subject:** Fwd: Payment
**MAIL_RECEIVED:** Mon 12/3/2012 5:04:16 PM

---------- Forwarded message ----------
From: **Sean Brennecke** <sean.brennecke@gmail.com>
Date: Mon, Dec 3, 2012 at 10:44 AM
Subject: Payment
To: Paul@adlifestylenetwork.com

Hey Paul,

Sorry to bother you, I wanted to check as I have not recieved last months payment as of yet and I just wanted to find out if that would be occuring today.

Thanks for your help.

Sincerely,

Sean Brennecke


--

Paul B. Medina
CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com



Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**Exhibit 172**

**To:**        Paul[paul@adlifestylenetwork.com]; Doron[doron@doron.us]
**From:**      Eugene Shampansky
**Sent:**      Wed 6/5/2013 12:15:44 PM
**Importance:**    Normal
**Subject:**   Reserve Release
**MAIL_RECEIVED:**    Wed 6/5/2013 12:15:46 PM

Paul,

Here is the response I received back form Risk regarding the reserve release.

Miracle face can be release in a month, and Auravie in 3 months.

Miracle Face Kit [Redacted] 1811 has $7,965.18 and Auravie [Redacted] 1746 has $8,921.80.


Thanks
Eugene Shampansky
eugene@shampansky.com
(323) 333-8459

**Exhibit 173**

**To:** Avi Argaman[avicoglobal@gmail.com]; Xposed Inc[xposedinc@gmail.com]
**Cc:** Paul Medina[paul@MediaUrge.com]
**From:** Alon | MediaUrge
**Sent:** Mon 12/10/2012 6:02:52 PM
**Importance:** Normal
**Subject:** USPS Canada rates
**MAIL_RECEIVED:** Mon 12/10/2012 6:03:37 PM

TEAM,

These are the rates that Paul received from Sean our contact at USPS, our goal is to beat this price by at least 15 to 20% while not affecting the days of delivery, we also have to see if we can potentially add a tracking number......

If we cannot find a carrier that will provide tracking numbers, we could live without the tracking number...

Let's all get involved and find the best possible rate as we would like to launch Canada the second week of January...

These are the rates Sean at USPS gave us for shipping at 1lb to Canada.

1st class international 5-7 days no tracking # $5.75
Priority International 3-5 days partial tracking #'s $23.25
Express mail International 2-3 days 100% tracking #'s $32.90

Regards,

--
Paul B. Medina
Executive Vice President

Mobile: 818-983-7202 | Office: 855-717-5656
Direct: 818-200-1035 ext 7004 | Fax: 818-647-0182
Skype:PMedina0331 | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/



Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**Exhibit 174**

**To:**       Avi Argaman[avicoglobal@gmail.com]
**Cc:**       Tal Karasso[talkarasso@gmail.com]; Roi R[roireuveni@gmail.com]
**From:**     Alon | MediaUrge
**Sent:**     Sat 9/20/2014 5:20:06 PM
**Importance:**   Normal
**Subject:**  Moving forward...
**MAIL_RECEIVED:**  Sat 9/20/2014 5:20:29 PM
hatch.pdf

Avile,

Good meeting regarding call center yesterday, let's make sure to get our hands around everything we discussed in order to push forward correctly and be able to increase volume without having to worry too much... Thank you for stepping up and getting directly involved ... I'm sure that we will take this to the next level.

I had a good call with Kashlinski and his daughter with regards to understanding of the tech-support model, why we feel it is the best possible option for them at this time... They were very receptive and I believe that we have a real viable serious interest with them...
We need to meet in order to discuss how we'd like the final touch ups of this deal organized, and figure out if we are sure that we prefer to work with Alex and not Igor as at this point, I believe that we can get the same deal from both of them...  If you can, let's have a call with Roi in order to review the final details of the PNL so I can send it to them for their review questions...
I just want to make sure we don't send a document prior to our review, that's going to arise questions that a correct document will avoid...
Let's make sure that we have a clear description of our previous investment, in order to show that their current investment to simply going to match ours and is not going to be booked as a loan...

Also, Paully and Charlie are gearing up to start running somebody else's tech-support offer in order to learn insights as well as to optimize an internal campaign for us... I'm sure we're going to get some amazing insights over the next few business days... And I am confident that we will be able to generate a consistent influx of inbound calls...

On a completely separate note,

Attached, I'm sending you a 'private' investment deck that I was able to get my hands on... It encompasses most of what we want to build with respect to our social media advertising platform... [PS] #PRANA @SOCIAL

... But we want all the pic/video content from the platforms (Vine, Instagram, YouTube and others) managed through one centralized content distribution system called trublog... I will send more on the architecture of our intended CMS platform soon....

Can you share this with our TechTeam and get some feedback on what kind of information they need in order to 1. price out and 2. build this for ourselves... Is it time-consuming? Let's get an estimated time line of such a build out? We also have the option to white label two different platforms that manage influencers... And we need to figure out if developing our own technology is worth the wait?

I think using somebody else's technology is going to be easy in the beginning, but is going to hurt the exit strategy since there's always somebody else that owns the platform... And intellectual property is always a very big part of the exit...

On another front: Also very excited about Tyler's sales call and the boarding of the first customer for chargeback armor ☐ ☐☐ ☐ as you mentioned, we need to have a meeting in order to discuss a few points with respect to the launch of these companies... How we are billing the customers, through which entity are we signing the agreements under and so on.... Let's meet, decide and push!
If you can, we need to complete both P&L's of the two other sides of India in order to figure out our breakeven analysis and know how many customers we need there in order to start being profitable... Dylan mentioned he has two call center customers doing straight sale diet ... That want to leave John monarch ... Are we interested ?

Lets talk.....

--

Best Regards,

Alon Nottea
Rainmaker | MediaUrge
skype: **alonbaba**
email: alon@mediaurge.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

Redacted

| | |
|---|---|
| **From:** | Avico Global <avicoglobal@gmail.com> |
| **Sent:** | Thursday, July 26, 2012 1:58 AM |
| **To:** | Alon | Bunzai Media |
| **Subject:** | FINAL ANGEL SCOPE |
| **Attachments:** | PastedGraphic-2.png; BeautyRegimen-SkinDetox.pdf; BeautyBuzz - AuraVie FACE YOGA.pdf |

Alon - Check out below as final bullet point of what you will get on the Angel Project.
Last we spoke SMS is on hold and Kevin should be working on this only.

I will call you in the morning to confirm ... Avi


Auravie Angels - Final Development Schedule & Budget

Below are the first two of many additions and modifications to auravie.  We want to get the balling rolling on these aspects before we take on the other requests.

Auravie Angels Blog
Timeline 1.5 - 2 months
Setup Cost : $10,000

This is to create the groundwork for the Angels platform and create the platform for additional build-outs.
Additional Requests/Modifications may create fluctuation in scope/schedule/budget, or be held off for PHASE 2.


1. Auravie.com <http://auravie.com/>  Homepage will contain links to
- Beauty Buzz (static html page - see pdf below - face yoga)
- Beauty Regimen (static html page - see pdf below)
- 2 Angel Links
- See More (Shows main angel portal and angel links)


2. Main Wordpress Portal will be at angels.auravie.com <http://angels.auravie.com/>
- Slideshow
- Links to each angel
- Text
- Additional Pages (About, Signup to be an Angel, Contact, FAQ, Shop)


3. Each Wordpress Angel will have their own blog : angels.auravie.com/sandra <http://angels.auravie.com/sandra>
,angels.auravie.com/lunelle <http://angels.auravie.com/lunelle> , ...etc
- Angel Banner (Using photo from photoshoot)
- Links to other angels
- Blog content (videos, images, etc)
- Facebook, Twitter, Contact Options

1

*(Angels will each be given a Basecamp email address to email their content, so that the content can be moderated as Basecamp tasks by Auravie staff.)

STEPS:

*      Create subdomains & url structure
*      Design & creation of a main portal (angels.auravie.com <http://angels.auravie.com/> ) showing each angel (Wordpress)
*      Design & creation of an individual blog site (ie - angels.auravie.com/sandra) for each angel (Wordpress)
*      Customized images will be added
*      Create multiple user logins and setups for each individual blog
*      Additional wordpress modules wil be installed for social media integration and seo
*      A protocol will be setup for content management via basecamp email addresses
*      In-house tutorial for amarie, victor, nastassia, and khris
*      Create signup form to become an auravie angel
*      Edit links on auravie.com <http://auravie.com/> to include a link to the Auravie Angel site and additional content seen below.
*      Slice below static content and integrate into commercepak
*      Create the links shown in the above screenshot for auravie.com <http://auravie.com/> homepage
*      Include additional link to angels main portal in auravie.com top nav



**Exhibit 185**

# AuraVie SkinCare
## 2-DAY SKIN DETOX REGIMEN



**OUR** skin reflects our diet and lifestyle choices: it's the mirror to internal health. In order to experience the maximum benefits of your **AuraVie SkinCare Treatments,** it is important to first **DETOX** your skin of harmful, aging toxins and pollutants. While **AuraVie SkinCare Treatments are scientifically formulated to care for your skin from the outside in,** it's just as essential to cleanse your skin from the inside out; by reducing internal impurities, you can have clearer, glowing skin. That's why we designed this easy-to-do, homemade, **ALL NATURAL 2-DAY SKIN DETOX REGIMEN** to promote and support your healthy skin by shedding these skin-aging impurities.

Our bodies are built to detoxify potential carcinogens or repair genetic damages at rates sufficient to neutralize the low doses of toxicity in our everyday environment. Anything that supports our body's elimination of waste can be said to help us to detox naturally. **The human body is designed to detox quite well, if given enough pure water and fiber.**

**BEWARE: FASTING and COLON CLEANSES are not required for detoxification or even recommended for a healthy lifestyle.**

# AuraVie SkinCare
## 2-DAY SKIN DETOX REGIMEN

**STEP 1: FREE YOUR FACE.** Most women start wearing make-up on a daily basis in their early teens.  Rarely, do they give their face a chance to BREATHE.  Now add to that, the harmful toxins found in everything from our environment to our foods and it is no wonder our skin is suffering and we don't get the results we yearn for from our skincare treatments.  **Therefore, it is vital that during your 2-Day Skin Detox, that you DO NOT wear a stitch of make-up.**

Also, during your 2-Day Skin Detox, you will **ONLY wash your face with water, and a small amount of our gentle yet extremely effective AuraVie RENEW Purifying Cleansing Toner**.  DO NOT use any moisturizers or serums, or any other products on your face during these 2 days.  The point is to let your skin comeback to its natural balance, and prepare it for your **AuraVie Skin Rejuvenation Daily Regimen.**



**92% of our customers,** who completed our 2-Day Skin Detox Regimen before beginning their **AuraVie SkinCare Treatments,** reported a dramatic improvement in their results.

### YOU deserve these results too!

**HINT:**  Most of our customers found it easiest to do their 2-Day Skin Detox Regimen on the weekend!

**185-5**                                                **Exhibit 185**



**STEP 2: WATER** is the important detoxifying agent in your body. It helps clean us through our skin and kidneys, and it improves our sweating with exercise. Simply **increasing liquids** and **decreasing fats and proteins** in our diets **will shift the balance strongly toward improved detoxification, elimination, and less toxin buildup.**

During your **2-DAY SKIN DETOX REGIMEN** you will be required **each day**, to **drink 8 ounces** of clean, filtered **water**, **every 2 hours**, **starting within 30 minutes of waking**. *If you are lucky enough to get the recommended 8 hours of delicious sleep, then you will consume 8 glasses of water during your waking hours. If you sleep only 6 hours, then you will consume 10 glasses of water during your waking hours, and so forth, and so on.*

Drinking a glass of water every 2 hours you are awake, sounds easy, but many of us find this very challenging.

So, to insure your successful results, I'm including these helpful tips submitted by our faithful customers on ***how to drink water?***

- Set your Alarm to remind you.

- Leave bottles of water in strategic places, such as next to your bed, computer, and television.

- You will drink more, if you keep your water cold.

 

**STEP 3** in our **AuraVie 2-DAY SKIN DETOX REGIMEN** is a **nutrient-rich diet** to boost your complexion's intrinsic beauty and revive your youthful appearance.  It is important to eliminate foods that that can trigger problems for your skin. **The worst offenders include:**

- **Hydrogenated Vegetable Oils (Trans Fats)**
- **Sugar**
- **Caffeine**
- **Alcohol**
- **Red Meat**
- **Excess Dairy**
- **Processed Foods**
- **Refined Carbohydrates**

Along with getting rid of the bad stuff listed above, you **must consume more vital nutrients so your digestive system can handle the heavy lifting and sifting of toxins.** Without plenty of antioxidants and other vitamins, your body can't break down these toxins, and they continue to work their poison.

In order to add the maximum nutrients back into your body, we suggest:

- Ramping Up Your Daily Dose Of **Fruits** And **Vegetables**

- Substituting **Whole Grains** For Refined Carbs

- Replacing Fatty Red Meat with **Omega-3-Rich Fish**

- Cooking with **Olive** or **Sesame Oil** Instead of Hydrogenated Vegetable Oil

- Consuming **Nuts** and **Seeds** and **Foods With High Levels Of Antioxidants** (Acai Berries, Red Wine Grapes, Blueberries, etc.)

- Eat foods rich in the "skin" nutrients **Vitamin A** and **Zinc**. Butter and cod liver oil contain ample amounts of vitamin A, while eggs and pumpkin seeds are packed with Zinc.

- And you should probably consider taking these "beauty" supplements: **Vitamin B Complex**, which **helps your body cope with the skin-taxing stress** of daily life; **Vitamin C**, which **aids in collagen building**; and **Vitamin E**, which rejuvenates. Both C and E are strong antioxidants that break

down toxins and help the skin rebound from sun damage and other assaults.



**STEP 4** in our **AuraVie 2-DAY SKIN DETOX REGIMEN** is **therapeutic sweating**, which promotes profuse perspiration to eliminate unhealthy toxins from your skin.  So whether you enjoy a sauna, working out, dancing, or fast walking, you need to pump up your heartbeat until you break a sweat. (Then 10 minutes more…please.)

After completing your **AuraVie 2-DAY SKIN DETOX REGIMEN** your skin is now ready to receive the maximum benefits of using your **AuraVie SkinCare Treatments.**

**When NOT To Detox:**

- During pregnancy
- If you suffer from major heart disease
- If you are over seventy-five or under twelve
- When you are on prescribed medication (check with your doctor)
- If you are under extreme pressure emotionally or physically (training for sports competition, or if you are recovering from the loss of a loved one

- If you are significantly underweight

- It is necessary to consult your local doctor or physician if you plan to embark on the detox journey to ensure you receive relevant advice and suggestions that are specific to your needs.

The most important reason for skin detoxification is a better quality of life. Your skin will feel and look better than it did when you allowed toxins to build up in it.

You will feel more energized to take on the challenges of life, and your skin will regain its natural balance in preparation for you to receive the maximum benefits of your AuraVie SkinCare Treatments.

Happy Healthy Day!



***Copyright © 2012 AuraVie Marketing CO.***
***All rights reserved. No part of this Article may be used or reproduced***
***without written permission of the publisher.***

**185-10**                                    **Exhibit 185**

# AuraVie SkinCare
## FACE YOGA

Along with a healthy diet, regular exercise, and using your **AuraVie SkinCare Treatments** as directed, incorporating **FACE YOGA** will **motivate muscles and keeping your skin in place**, returning your face to its smooth, youthful prime, without a scalpel in sight.

The main benefit of **FACE YOGA** is that it works on your mind as much as your muscles and all organs, putting right imbalances and helping your body work with peak efficiency. Practice it regularly to **improve the circulation of blood to all organs and detoxify the system.** FACE YOGA emphasizes postures that direct attention to the face, jawline and neck. **FACE YOGA** can stimulate oxygen flow to the muscles of the face, jawline and neck to help smooth and tighten the skin.

FACE YOGA are **8 EASY-TO-DO** EXERCISES that take just minutes!

### 5 LASTING BENEFITS of FACE YOGA:

**FOREHEAD:** Erase furrow lines and release your worries. This leads to a more relaxed Body, Mind & Soul.

**EYES:** Improve your vision; relax the muscles that allow you to move your eyes around. Dry eyes, blurry vision and headaches can be eased away

**CHEEKS, MOUTH & LIPS**: Smooth skin texture and decrease lines around MOUTH while firming and pumping lips.

**CHIN**: Get rid of the double chin and get a sharper jawline

**THROAT, NECK & SHOULDERS**: Lift, Firm, Tighten & Tone while preventing drooped posture and wrinkles on the neck



*Copyright © 2012 AuraVie Marketing CO.*
*All rights reserved. No part of this Article may be used or reproduced*
*without written permission of the publisher.*

**AuraVie SkinCare - FACE YOGA**



## THE SPHINX SMILE
- **Decrease Smile Lines**
- **Smooth Cheeks**
- **Decrease Lines Around Mouth**

**DIRECTIONS:**
Smile by lifting the corners of your mouth up and across, but keep your eyes staring in neutral, as if you know a secret. Hold for 10 seconds.

Keep relaxed as you do this 5 times.

The idea is to eradicate those smiling creases and the habits that cause them.



## THE SATCHMO
- **Smooth Cheeks & Mouth Lines**
- **Plump Lips**
- **Lift & Tone Throat and Neck**

**DIRECTIONS**
This exercise mimics the facial position of a trumpet player. Begin by sitting or standing in good posture, with your head in neutral alignment.

Close your mouth and visualize zipping your lips shut. Puff up both cheeks with air.  Hold 5 seconds and then transfer air from cheek to cheek until you are out of breath.

Repeat this exercise 10 to 12 times.

**AuraVie SkinCare - FACE YOGA**



## SMILING FISH FACE
- **Firm & Tone Cheeks and Lips**
- **Lift & Tighten Throat and Neck**

**DIRECTIONS:**

It is important to maintain proper breathing and upright posture when executing this pose.

Relax your neck and sit upright with your shoulders square to your hips. Inhale and smile as big as you can. Holding the smile, exhale and pucker your lips together, while sucking your cheeks in.

Take caution not to bite your cheeks. Repeat the sequence 10 to 12 times.



## SURPRISE ME
- **Smooth Forehead Lines**
- **Lift Sagging Eyebrows**
- **Lower Eyelids Firmed**

**DIRECTIONS:**

Sit in a comfortable position. Inhale while widening your eyes as if you are surprised. Be careful not to wrinkle your brow.

Stare with a gentle, steady gaze at a single point in front of you. Hold for 5 seconds. Exhale and release the pose.

Repeat the exercise 5 times.

**AuraVie SkinCare - FACE YOGA**



### MARILYN
- **Plump & Firm Lips**
- **Smooth Out Furrow Lines**

**DIRECTIONS:**
This facial yoga exercise is named after the famous Marilyn Monroe pout. It keeps your lips strong and full and your brow smooth and wrinkle-free.

Keep your brow smooth and blow kisses, extending your lips out as you kiss.

Repeat 4 times, and then press your first two fingers to your lips.

Relax and repeat 3 times.



### FREE YOUR TONGUE
- **Firm Jaw Line, Throat & Neck**
- **Improve Vision**
- **Decrease Headaches**
- **Get Rid of Double Chin**

**DIRECTIONS:**
Sit up straight, tilt your head back, and keep your lips closed but relaxed.

Open your lips and stick out your tongue and try to touch your chin with the tip of your tongue. Keep your tongue out in this position for 10 seconds.

Repeat the exercise 5 Times

**AuraVie SkinCare - FACE YOGA**



## BABY BIRD

- **Firm & Tighten Jaw, Throat, Neck and shoulders**
- **Stimulate blood circulation**

**DIRECTIONS:**

This exercise helps firm your cheeks, chin and neck and helps prevent the formation of sagging jowls, as well as reducing existing jowls.

Tilt your head up, look at the ceiling and relax.

Swallow while you firmly press the tip of your tongue to the roof of your mouth.

Now swallow while tilting your head slightly to the right. Then tilt your head to the left and swallow.

Perform 4 repetitions

**AuraVie SkinCare - FACE YOGA**



## LION FACE

- **Total Face, Neck, Shoulders tightening & firming**
- **Stimulate overall blood circulation**

## DIRECTIONS:

This exercise is a basic jaw stretch that eases tension in the face. It tones the Platysma muscle that controls the front of the throat. This pose works the corners of the mouth down and prevents wrinkly throat skin.

**Step 1:** Inhale through nose, make fists and squeeze all your facial muscles as if you've bit into a lemon.

**Step 2:** exhale through and open up mouth wide, then stick out your tongue, and stretch tongue tip toward chin, roll your eyes up, and open your hands.

Repeat 4 times.



Exhibit 187

# STANDARD OPERATING PROCEDURE | PINNACLE LOGISTIC INC.
# QUALITY ASSURANCE CHARGEBACK PROTOCOL

## CHARGE-BACK DEPARTMENT (UPDATED: SEPTEMBER 23, 2011)

### PURPOSE

Establish uniform procedure In order to provide an official reply to customer who filed a "charge-back" dispute with our company.

### SCOPE

To Chargeback Department, Quality Assurance Department, Customer Service Department, Administrative Team and Director of Operations.

### PREREQUISITES

- ***General Working knowledge of Lime Light.***
- ***General Working knowledge of Smart Sheets.***
- ***General Working knowledge of Call Recorder.***
- ***General Working Knowledge of a PDF Scanner.***
- ***General Working Knowledge of Adobe X Pro.***
- ***General Working knowledge of Snag it.***

### PROCEDURE

## RECEIVING & FILING CHARGE-BACKS

Chargeback Agent receives the applicable paperwork.

1. ***Sorting & Dividing the Chargebacks*** – Once the agent receives the chargebacks he will sort and divide them to the applicable merchant accounts.

2. ***Searching For Customers On CRM*** – The chargeback agent will search for the customer on our CRM (Please refer to "Searching a Customer On Lime-Light" Protocol).

3. ***Filing Applicable Information*** – The agent will enter the following information to the smart-sheet form for every charge-back:

- ***Charge-Back Type –*** *The agent must note if it is a chargeback, retrieval request or credit to our account.*
- ***Received Date –*** *The date the charge-back was received by "Merchant" chargeback dpt.*
- ***Transaction Information –*** *Transaction date.*
- ***Case Number***
- ***Customer information –*** *Customer ID and phone number.*
- ***CC Information –*** *Last 4 digits of credit card (Due to PCI compliance requirements we are only able to see the last 4. The full cc number is stored with our CRM).*
- ***Order Information –*** *Order ID, product name, and shipment status.*
- ***Bank information –*** *Bank Name, merchant information.*

## REVIWING THE CUSTOMERS ACCOUNT

4.  In order to provide a proper reply to the customer and the merchant chargeback department, as well as providing an internal resolution for QA and training purposes, the chargeback agent must refer to our CRM (Lime Light) to review the Following Information:

- *Related orders* – Please make sure to look for additional orders for that particular customer in order to prevent future billing/chargebacks.

- *Chargebacks* – The agent must look for further orders that came after the customer filed a dispute to see if there are further disputes for the same customer.
    - If necessary, blacklist the customer and stop any recurring transactions.
    - Please place a note in the CRM on the order the customer filed a chargeback on stating "The customer filed a cb, sending docs to MI."
    - In the case that the recurring has not been stopped, and the customer filed a chargeback on the previous order, stop the recurring. Please place a note on the account stating "The customer filed a CB on the previous order, stopped recurring".

- *Account Notes* – The agent must review the account notes in order to determine both the Banks "external" and inter-Company resolution. The agent must look for:
    - *Handling Agents* – The agent who originally spoke with the customer and the name of the supervisor that the call was escalated to (If applicable).
    - *T&C Protocols* – The agent must insure that the customer dispute is valid by looking to see if the customer followed the offers terms and conditions (Including the correct cancellation methods, and the proper return procedures for said products).
    - *CSR instructions* – Review the account to see if the customer service agent provided the customer with the proper instructions that are covered by the terms and conditions, or did the agent give the customer an extended period of time or was there a custom modification the terms for that particular customer/order.

- *Accounts E-Mails* – The agent must check if the customer contacted us vie e-mail and if needed, refer to the customer's e-mail.

- *Refund Issued* – The chargeback agent must note if the customer was issued a refund.  If a refund was issued please note the following in the Smartsheet:
    - *Refund Date* – The agent must note whether the customer was issued a refund prior to filing a dispute (chargeback) or after.
    - *Refund amount* – Note the amount the customer was refunded for.

5.  *In Case Of No Resolution* - If no resolution is determinable from the note section, the agent will proceed to pull and listen to the applicable call recording(s) (Please refer to "Call recorder Access" protocol for call recorder information).

6.  *Charge-Back Reason Codes*:
    - *Official Reason Code – Please note the reason code stated on the charge-back documents.*
    - *Visa/MC Reason codes – All official reason codes must fall into one of Visa/MC reason code categories.  Therefore the agent must look for the Visa/MC reason on the chargeback document and place call if the information was not provided!*

194 - 2

## REPLYING TO THE CHARGEBACK

Based on the **resolution** that was acquired while reviewing the account notes and depending on the **merchant account** and the **reason code provided**.  The chargeback agent will generate the proper reply packet that consists of the applicable paperwork for every case.  He will ten send the packet to the "Merchant Charge-Back Department" via fax.

1.  _Generating Reply Letter_ - Open the Chargeback Introduction Letter that corresponds with the proper merchant account and website that the order was generated from.

2.  _Modifying the Letter_ - Within the letter insert/change the following:
    - Date
    - Case Number
    - Original Order Date
    - If applicable: add notation to the letter that the customer never called to cancel.

3.  _Print the following items_:
    - FTC Attachment letter
    - USPS Package Tracking Information
    - Screen Shot of top and bottom of the Order in the CRM
    - Screen Shot of the Website the customer ordered from
    - FTC Compliance Letter that coincides with the website that the customer ordered the product from.

4.  _Fax all Documents to the merchant_
    Please refer to reference section for the applicable phone number for each chargeback dpt.

## REFERENCES

1.  _Lime Light – www.nwmbo.com_
2.  _Call Recorder – Installed on every pc. (Refer to the instruction on how to use call recorder on call recorder access protocol)_
3.  _Smart Sheets – www.smartsheet.com:_
4.  _Smart Sheet form:_



## DEFINITIONS

## REVISION HISTORY

| Date | Name | Revision Notes |
|------|------|----------------|
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |
| Click here to enter a date. | | |



EXHIBIT 202



EXHIBIT 203

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

```
CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011    PAGE:  1 OF   8
CODES: N    FORM: 9      80001457
MERCHANT:            1676
DBA: MIRACLE FACE KIT
```

HSBC BANK USA, N.A.

```
BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436
```

*- INFORMATION ADVICE -

```
*--------------------------- CHARGEBACKS/REJECTS ---------------------------*
DAY   REF NO.    ITEMS $--- AMOUNT ---$ $ CREDITS$ $- DISC -$  $--- AMOUNT ----
01 01124311257      1         97.88        .00        .00            97.88
01 01124311307      1         97.88        .00        .00            97.88
01 01124411076      1         97.88        .00        .00            97.88
01 01124411680      1         97.88        .00        .00            97.88
01 02124210272      1         97.88        .00        .00            97.88
01 02124310099      1         97.88        .00        .00            97.88
02 01124412748      1         97.88        .00        .00            97.88
02 01124510739      1         97.88        .00        .00            97.88
02 02124211727      1         97.88        .00        .00            97.88
02 02124311236      1         97.88        .00        .00            97.88
05 01124512329      1         97.88        .00        .00            97.88
05 01124610927      1         97.88        .00        .00            97.88
05 01124710935      1         97.88        .00        .00            97.88
05 02124510222      1         97.88        .00        .00            97.88
05 02124511101      1         97.88        .00        .00            97.88
05 02124511136      1         97.88        .00        .00            97.88
06 01123811343      1         97.88        .00        .00            97.88
08 01124011253      1         97.88        .00        .00            97.88
08 01125010783      1         97.88        .00        .00            97.88
08 05121500057      1         97.88        .00        .00            97.88
09 01125110421      1         97.88        .00        .00            97.88
09 01125111993      1         97.88        .00        .00            97.88
12 01125211397      1         97.88        .00        .00            97.88
12 01125212255      1         97.88        .00        .00            97.88
12 02124910290      1         97.88        .00        .00            97.88
12 05125110163      1         97.88        .00        .00            97.88
13 01122612192      1         57.88        .00        .00            57.88
13 01123011118      1         97.88        .00        .00            97.88
14 01120510466      1         97.88        .00        .00            97.88
14 01122201160      1         97.88        .00        .00            97.88
14 01125710963      1         97.88        .00        .00            97.88
14 05122100038      1         97.88        .00        .00            97.88
15 01122401732      1         97.88        .00        .00            97.88
15 01125710920      1         97.88        .00        .00            97.88
15 01125711182      1         97.88        .00        .00            97.88
15 01125711531      1         97.88        .00        .00            97.88
15 05122200142      1         97.88        .00        .00            97.88
```

FTC-AUR-S2-0000653

EXHIBIT 232

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011    PAGE:  2 OF   8
CODES: N    FORM: 9    80001457
MERCHANT: ███████████1676
DBA: MIRACLE FACE KIT

████████████████

HSBC .BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

*- INFORMATION ADVICE -

```
*---------------------------- CHARGEBACKS/REJECTS ----------------------------*
DAY   REF NO.     ITEMS $--- AMOUNT ---$ $ CREDITS$ $- DISC -$ $--- AMOUNT ----
16 01125710688      1          97.88        .00        .00           97.88
16 01125810965      1          97.88        .00        .00           97.88
16 01125911991      1          97.88        .00        .00           97.88
19 01120510416      1          97.88        .00        .00           97.88
19 01121701412      1          97.88        .00        .00           97.88
19 01122211612      1          97.88        .00        .00           97.88
19 01122410489      1          97.88        .00        .00           97.88
19 01126111261      1          97.88        .00        .00           97.88
19 02126210738      1          97.88        .00        .00           97.88
19 02126210739      1          97.88        .00        .00           97.88
19 05122400036      1          97.88        .00        .00           97.88
19 05122400073      1          97.88        .00        .00           97.88
19 05122500068      1          97.88        .00        .00           97.88
21 02126410603      1          97.88        .00        .00           97.88
21 05122800014      1          97.88        .00        .00           97.88
22 01121512468      1          97.88        .00        .00           97.88
22 01122611251      1          97.88        .00        .00           97.88
22 01122910484      1          97.88        .00        .00           97.88
22 01125312278      1          97.88        .00        .00           97.88
22 01126410393      1          97.88        .00        .00           97.88
22 01126410976      1          97.88        .00        .00           97.88
22 01126411431      1          97.88        .00        .00           97.88
23 01126610342      1          97.88        .00        .00           97.88
23 01126610523      1          97.88        .00        .00           97.88
23 02126510205      1          97.88        .00        .00           97.88
26 01121610525      1          97.88        .00        .00           97.88
26 01121811115      1          97.88        .00        .00           97.88
26 01121812462      1          97.88        .00        .00           97.88
26 01121911940      1          97.88        .00        .00           97.88
26 01124411076      1          97.88        .00        .00           97.88
26 01126710256      1          15.00        .00        .00           15.00
26 01126810770      1          97.88        .00        .00           97.88
27 01126811033      1          97.88        .00        .00           97.88
27 01126910137      1          97.88        .00        .00           97.88
27 01126910232      1          97.88        .00        .00           97.88
27 01127010587      1          97.88        .00        .00           97.88
27 02123800549      1          97.88        .00        .00           97.88
```

FTC-AUR-S2-0000654

**EXHIBIT 232**

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

```
                                    CREDIT CARD MERCHANT STATEMENT
                                    DATE:  09/30/2011    PAGE:  3 OF   8
                                    CODES: N    FORM: 9      80001457
                                    MERCHANT:          1676
                            01457   DBA: MIRACLE FACE KIT
```

HSBC BANK USA, N.A.

```
BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436
```

*- INFORMATION ADVICE -

```
*---------------------------- CHARGEBACKS/REJECTS ---------------------------*
DAY   REF NO.    ITEMS $--- AMOUNT ---$ $ CREDITS$ $- DISC -$  $--- AMOUNT ----
28 02127010861      1         97.88        .00        .00            97.88
28 02127110658      1         97.88        .00        .00            97.88
29 01121210949      1         97.88        .00        .00            97.88
29 01122311768      1         97.88        .00        .00            97.88
29 01122612131      1         97.88        .00        .00            97.88
29 01124610927      1         97.88        .00        .00            97.88
29 01127111782      1         97.88        .00        .00            97.88
29 01127210498      1         97.88        .00        .00            97.88
29 05121500057      1           .00      97.88        .00            97.88-
30 01122211569      1         97.88        .00        .00            97.88
30 01123310844      1         97.88        .00        .00            97.88

CHBK/REJ TOTALS:   85       8,099.04     97.88        .00         8,001.16
```

```
*-------------------------------- DEPOSITS -------------------------------*
POST   DEP  REF NO. TICKETS $--- AMOUNT --$ $- ADJUST -$ NON-SETTLED $  $ DISCOUNT $ $ SETTLED AMT $
09/01 08/31 24408994    61     1,888.37      942.73        .00        47.37         898.27
09/02 09/01 24511604    61     1,545.44      666.21        .00        42.57         834.66
09/06 09/02 24647390    34     1,314.79      749.71        .00        27.35         537.73
09/06 09/03 24738340    44     1,533.90         .00        .00        71.21       1,462.69
09/06 09/04 24835841    65       806.25         .00        .00        37.48         768.77
09/06 09/05 24974600    59     1,337.45         .00        .00        63.14       1,274.31
09/07 09/06 25047229   109     3,449.31      534.97        .00       139.14       2,775.20
09/08 09/07 25163420    64       750.63    1,142.59        .00        15.72-        376.24-
09/09 09/08 25283852    38       622.47      942.85        .00        12.39-        307.99-
09/12 09/09 25368121    51     1,610.26    1,013.60        .00        31.84         564.82
09/12 09/10 25416683    42     2,080.80         .00        .00        96.37       1,984.43
09/12 09/11 25564495    34       936.13         .00        .00        46.13         890.00
09/13 09/12 25696480    46     1,452.68      756.89        .00        34.99         660.80
09/14 09/13 25783896    88     2,154.13      350.50        .00        85.17       1,718.46
09/15 09/14 25826508    64     2,137.89      532.91        .00        78.24       1,526.74
09/16 09/15 25983692    61     3,479.38      117.24        .00       165.84       3,196.30
09/20 09/16 26043086    33     1,556.52      423.52        .00        90.70       1,042.30
09/19 09/17 26154623    49     2,503.51         .00        .00       117.64       2,385.87
09/19 09/18 26271205    67     2,202.93         .00        .00       102.21       2,100.72
09/20 09/19 26367733    56     2,205.74      234.76        .00       112.78       1,858.20
09/21 09/20 26456783    80     1,578.84      589.21        .00       101.66         887.97
```

FTC-AUR-S2-0000655

EXHIBIT 232

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

```
CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011     PAGE:  4 OF   8
CODES: N   FORM: 9      80001457
MERCHANT:            1676
DBA: MIRACLE FACE KIT
```

HSBC BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

## ✳- INFORMATION ADVICE -

✳---------------------------------- DEPOSITS -------------------------------✳

| POST | DEP | REF NO. | TICKETS | $--- AMOUNT --$ | $- ADJUST -$ | NON-SETTLED $ | $ DISCOUNT $ | $ SETTLED AMT $ |
|------|-----|---------|---------|-----------------|--------------|---------------|--------------|-----------------|
| 09/22 | 09/21 | 26530428 | 128 | 5,355.09 | 390.36 | .00 | 267.77 | 4,696.96 |
| 09/23 | 09/22 | 26652374 | 57 | 2,370.40 | 291.36 | .00 | 123.60 | 1,955.44 |
| 09/26 | 09/23 | 26770617 | 92 | 2,289.52 | 856.94 | .00 | 146.75 | 1,285.83 |
| 09/26 | 09/24 | 26858855 | 61 | 2,432.92 | .00 | .00 | 119.57 | 2,313.35 |
| 09/26 | 09/25 | 26923414 | 38 | 1,901.11 | .00 | .00 | 88.54 | 1,812.57 |
| 09/27 | 09/26 | 27013119 | 84 | 2,430.55 | 404.52 | .00 | 133.64 | 1,892.39 |
| 09/28 | 09/27 | 27174898 | 101 | 3,129.86 | 608.37 | .00 | 178.23 | 2,343.26 |
| 09/29 | 09/28 | 27282449 | 84 | 2,906.09 | 928.62 | .00 | 176.75 | 1,800.72 |
| DEPOSIT TOTALS: | | 29 | | 59,960.96 | 12,477.86 | .00 | 2,698.57 | 44,784.53 |

```
        ✳--------✳ DEPOSIT ITEM SUMMARY ✳--------✳
SALES  :    1,611      59,960.96    DB ADJ :        0           .00
CREDITS:      240      12,477.86    CR ADJ :        0           .00
TOTAL  :    1,851      47,483.10    TOTAL  :        0           .00
```

✳---------------------------------- CARD SUMMARY -------------------------------✳

| DATE REF | MASTERCARD | VISA | DINERS | DISCOVER | AMEX | OTHERS |
|----------|-----------|------|--------|----------|------|--------|
| 09/01 01 | 167.85 | 789.41 | .00 | 11.62- | .00 | .00 |
| 09/02 01 | 305.98 | 462.54 | .00 | 108.71 | .00 | .00 |
| 09/06 01 | 129.35 | 362.85 | .00 | 72.88 | .00 | .00 |
| 09/06 02 | 314.75 | 1,216.20 | .00 | 2.95 | .00 | .00 |
| 09/06 03 | 228.11 | 369.53 | .00 | 208.61 | .00 | .00 |
| 09/06 04 | 509.48 | 730.09 | .00 | 97.88 | .00 | .00 |
| 09/07 01 | 691.78 | 2,014.09 | .00 | 208.47 | .00 | .00 |
| 09/08 01 | 401.69 | 704.67- | .00 | 88.98- | .00 | .00 |
| 09/09 01 | 48.04- | 217.16- | .00 | 55.18- | .00 | .00 |
| 09/12 01 | 350.05 | 146.80 | .00 | 99.81 | .00 | .00 |
| 09/12 02 | 408.55 | 1,476.49 | .00 | 195.76 | .00 | .00 |
| 09/12 03 | 510.24 | 422.94 | .00 | 2.95 | .00 | .00 |
| 09/13 01 | 380.39 | 398.60 | .00 | 83.20- | .00 | .00 |
| 09/14 01 | 423.66 | 1,375.02 | .00 | 4.95 | .00 | .00 |
| 09/15 01 | 430.60 | 767.06 | .00 | 407.32 | .00 | .00 |
| 09/16 01 | 1,105.21 | 1,986.32 | .00 | 270.61 | .00 | .00 |
| 09/19 01 | 501.34 | 1,899.34 | .00 | 102.83 | .00 | .00 |
| 09/19 02 | 609.09 | 1,397.06 | .00 | 196.78 | .00 | .00 |
| 09/20 01 | 470.96 | 594.16 | .00 | 67.88 | .00 | .00 |

FTC-AUR-S2-0000656

**EXHIBIT 232**

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

CREDIT CARD MERCHANT STATEMENT
DATE: 09/30/2011    PAGE: 5 OF   8
CODES: N    FORM: 9    80001457
MERCHANT: ▇▇▇▇▇▇▇1676
DBA: MIRACLE FACE KIT

▇▇▇▇▇▇▇

HSBC BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

## *- INFORMATION ADVICE -

### *--------------------------------=- CARD SUMMARY ----------------------------*

| DATE REF | MASTERCARD | VISA | DINERS | DISCOVER | AMEX | OTHERS |
|---|---|---|---|---|---|---|
| 09/20 02 | 307.83 | 1,653.25 | .00 | 9.90 | .00 | .00 |
| 09/21 01 | 295.59 | 596.16 | .00 | 97.88 | .00 | .00 |
| 09/22 01 | 1,216.64 | 3,339.77 | .00 | 408.32 | .00 | .00 |
| 09/23 01 | 724.55 | 1,354.49 | .00 | .00 | .00 | .00 |
| 09/26 01 | 472.49 | 754.43 | .00 | 205.66 | .00 | .00 |
| 09/26 02 | 722.96 | 1,416.32 | .00 | 293.64 | .00 | .00 |
| 09/26 03 | 704.64 | 1,098.59 | .00 | 97.88 | .00 | .00 |
| 09/27 01 | 473.38 | 1,396.89 | .00 | 155.76 | .00 | .00 |
| 09/28 01 | 1,006.64 | 1,416.97 | .00 | 97.88 | .00 | .00 |
| 09/29 01 | 102.63 | 1,768.06 | .00 | 106.78 | .00 | .00 |
| CARD TOTAL | 13,918.39 | 30,281.60 | .00 | 3,283.11 | .00 | .00 |

### *--------* SETTLEMENT/DISCOUNT *--------*

| *-------* DESCRIPTION *------* | ITEMS | $--- AMOUNT ---$ | AVG TICKET | DISC RATE | ITEM RATE | FEE AMOUNT |
|---|---|---|---|---|---|---|
| DISC | 73 | 2,942.25 | 40.30 | 4.5000 | .0000 | 132.40 |
| DISC | 6 | 402.16 | 67.03 | 4.5000 | .0000 | 18.10 |
| DSBS | 13 | 217.53 | 16.73 | 5.5000 | .0000 | 11.96 |
| DSBS | 3 | 225.76 | 75.25 | 4.5000 | .0000 | 10.16 |
| DSPH | 16 | 683.37 | 42.71 | 5.5000 | .0000 | 37.59 |
| DCOR | 1 | 97.88 | 97.88 | 4.5000 | .0000 | 4.40 |
| DCOR | 1 | 30.00 | 30.00 | 4.5000 | .0000 | 1.35 |
| VISA | 4 | 6.88 | 1.72 | 5.5000 | .0000 | .38 |
| VISA | 1 | 3.02 | 3.02 | 5.5000 | .0000 | .17 |
| VISA | 418 | 15,351.20 | 36.73 | 4.5000 | .0000 | 690.81 |
| VISA | 72 | 4,135.32 | 57.44 | 4.5000 | .0000 | 186.09 |
| VIBS | 37 | 1,941.06 | 52.46 | 5.5000 | .0000 | 106.76 |
| VIBS | 7 | 463.06 | 66.15 | 4.5000 | .0000 | 20.84 |
| VDBT | 523 | 19,020.07 | 36.37 | 4.5000 | .0000 | 855.90 |
| VDBT | 74 | 3,172.10 | 42.87 | 4.5000 | .0000 | 142.74 |
| VISP | 30 | 1,735.89 | 57.86 | 5.5000 | .0000 | 95.47 |
| MCEB | 2 | 195.76 | 97.88 | 5.5000 | .0000 | 10.77 |
| MCHV | 1 | 97.88 | 97.88 | 5.5000 | .0000 | 5.38 |
| MC | 2 | 195.76 | 97.88 | 5.5000 | .0000 | 10.76 |
| MC | 126 | 4,441.94 | 35.25 | 4.5000 | .0000 | 199.89 |

FTC-AUR-S2-0000657

EXHIBIT 232

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

```
CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011     PAGE:  6 OF   8
CODES: N    FORM: 9      80001457
MERCHANT:          1676
DBA: MIRACLE FACE KIT
```

HSBC BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

## *- INFORMATION ADVICE -

### *--------* SETTLEMENT/DISCOUNT  *--------*

| *-------* DESCRIPTION *------* | ITEMS | $--- AMOUNT ---$ | AVG TICKET | DISC RATE | ITEM RATE | FEE AMOUNT |
|---|---|---|---|---|---|---|
| MC | 56 | 2,893.03 | 51.66 | 4.5000 | .0000 | 130.19 |
| MCBS | 13 | 311.32 | 23.95 | 5.5000 | .0000 | 17.12 |
| MCBS | 1 | 1.93 | 1.93 | 5.5000 | .0000 | .11 |
| MDBT | 152 | 5,404.06 | 35.55 | 4.5000 | .0000 | 243.18 |
| MDBT | 19 | 1,151.48 | 60.60 | 4.5000 | .0000 | 51.82 |
| MCMC | 95 | 2,782.79 | 29.29 | 5.5000 | .0000 | 153.05 |
| MMEL | 34 | 1,693.10 | 49.80 | 5.5000 | .0000 | 93.12 |
| MCEC | 72 | 2,842.22 | 39.48 | 5.5000 | .0000 | 156.32 |
| DISC NETWORK ACCESS FEE | 113 | .00 | .00 | .0000 | .0390 | 4.41 |
| VISA NETWORK ACCESS FEE | 1,165 | .00 | .00 | .0000 | .0390 | 45.44 |
| MC NETWORK ACCESS FEE | 573 | .00 | .00 | .0000 | .0390 | 22.35 |
| ASSESS DISC | 113 | 3,941.03 | 34.88 | .1100 | .0000 | 4.34 |
| ASSESS VS | 1,165 | 38,055.10 | 32.67 | .1100 | .0000 | 41.86 |
| VISA INTL SVC ASSESS | 3 | 6.88 | 2.29 | .4000 | .0000 | .03 |
| VISA INTL ACQ FEE | 3 | 6.88 | 2.29 | .4500 | .0000 | .03 |
| ASSESS MC | 573 | 17,964.83 | 31.35 | .1100 | .0000 | 19.76 |
| CROSS BORDER | 2 | 195.76 | 97.88 | .4000 | .0000 | .78 |
| MC ACQ SUPPORT FEE | 2 | 195.76 | 97.88 | .5500 | .0000 | 1.08 |
| DISCOUNT COLLECTED | | | | | | 2,698.57- |
| VARIANCE | | | | | | 828.34 |

| *----------* | .. OTHER FEES | *---------* | |
|---|---|---|---|
| CARD CHARGE DESCRIPTION | | NUMBER | RATE | FEES |
| FOR OUTLET 00000 | | | | |
| DISC | PER ITEM | 130 | .3000 | 39.00 |
| VISA | PER ITEM | 1,345 | .3000 | 403.50 |
| MC | PER ITEM | 647 | .3000 | 194.10 |
| CHGB 2964 | VISA APF | 1,345 | .0195 | 26.23 |
| 3007 | ONLINE DE | 85 | .5000 | 42.50 |
| 3009 | GLOBAL ATL | 29 | .5000 | 14.50 |
| 6089 | MCHNT SVCS | 0 | .0000 | 10.00 |
| 6231 | GAA ACCESS | 0 | .0000 | 10.00 |
| 6929 | IC RETRVLS | 13 | 25.0000 | 325.00 |
| 6930 | IC CHGBCK | 62 | 35.0000 | 2,170.00 |

FTC-AUR-S2-0000658

**EXHIBIT 232**

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011    PAGE:  7 OF   8
CODES: N    FORM: 9    80001457
MERCHANT: ▮▮▮▮▮▮1676
DBA: MIRACLE FACE KIT

HSBC BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

*- INFORMATION ADVICE -

|  | *---------* | OTHER FEES | *---------* |  |  |
|---|---|---|---|---|---|
| CARD CHARGE DESCRIPTION |  | NUMBER |  | RATE | FEES |
|  |  | TOTAL OTHER FEES : |  |  | 3,234.83 |

YOUR ACCOUNT HAS BEEN DEBITED :        4,063.17

*----- MESSAGES -----*

N

EFFECTIVE WITH THE SEPTEMBER 2011 MERCHANT STATEMENT, MERCHANTS
MAY BEGIN SEEING A SEPARATE BILLING LINE ITEM FOR MASTERCARD
MISUSE OF AUTHORIZATION SYSTEM FEES, WHICH WILL BE PASSED THROUGH
AT COST. THE MISUSE OF AUTHORIZATION SYSTEM FEE IS AN
AUTHORIZATION PENALTY ASSESSED BY MASTERCARD ON ANY APPROVED
AUTHORIZATION THAT WAS NOT SETTLED FOR PAYMENT WITHIN 120 DAYS OR
WAS NOT PROPERLY REVERSED.

UNDER RECENTLY EFFECTIVE FEDERAL LAW, PAYMENT CARD NETWORKS ARE
REQUIRED TO SUBMIT GROSS SALES INFORMATION REPORTING (IRS FORM
1099-K) TO THE IRS FOR EACH MERCHANT. THE FIRST INFORMATION
REPORTS WILL TAKE PLACE IN JANUARY 2012 FOR SALES IN 2011. IF
THERE IS A DISCREPANCY BETWEEN THE MERCHANT'S TAX IDENTIFICATION
NUMBER AND THE BUSINESS LEGAL NAME PROVIDED TO TRUST ONE PAYMENT
SERVICES AND THE INFORMATION MAINTAINED BY THE IRS, AS THE
MERCHANT ACQUIRER GLOBAL PAYMENTS DIRECT WILL BE REQUIRED TO
WITHHOLD 28% OF THE MERCHANT'S FUTURE PAYMENT CARD TRANSACTIONS
STARTING IN 2012 AND REMIT THESE FUNDS TO THE IRS. ANY BACKUP
WITHHOLDING PAYMENTS COLLECTED AND REMITTED TO THE IRS MAY BE
OFFSET AGAINST THE MERCHANT'S TAX LIABILITY FOR 2012. TO MITIGATE
THE RISK TO OUR MERCHANTS, GLOBAL PAYMENTS COMPARED MERCHANT TAX
INFORMATION IN OUR FILES WITH IRS RECORDS. MERCHANTS IDENTIFIED AS
MISSING TIN INFORMATION OR AS HAVING TAX INFORMATION THAT DID NOT
MATCH WERE CONTACTED AND GIVEN THE OPPORTUNITY TO PROVIDE UPDATED
INFORMATION.

PLEASE BE ADVISED THAT THE ASSOCIATIONS HAVE ANNOUNCED CERTAIN

FTC-AUR-S2-0000659

EXHIBIT 232

Trust One Payment Services, Inc
160 Manchester Lane, Suite G
Villa Rica, GA 30180
(770)947-6000
Trustoneps.com

01457

```
CREDIT CARD MERCHANT STATEMENT
DATE:  09/30/2011    PAGE:  8 OF   8
CODES: N   FORM: 9      80001457
MERCHANT:           1676
DBA: MIRACLE FACE KIT
```

HSBC BANK USA, N.A.

BUNZAI MEDIA GROUP INC
MOTTI NOTTEA
16161 VENTURA BLVD 378
ENCINO, CA 91436

*- INFORMATION ADVICE -

RATE CHANGES AS WELL AS SEVERAL NEW INTERCHANGE CATEGORIES TO BE
EFFECTIVE OCTOBER 2011. FOLLOWING SUCH CHANGES, EFFECTIVE AS OF
THE SAME DATE, SOME MERCHANTS MAY SEE A REDUCTION OF INTERCHANGE
OR DISCOUNT RATES APPLIED TO THE MAJORITY OF SIGNATURE DEBIT
AND PREPAID TRANSACTIONS. MERCHANTS MAY ALSO BE AFFECTED BY
CHANGES IN SURCHARGE QUALIFICATION AND APPLICABLE SURCHARGE RATE
INCREASES.

FTC-AUR-S2-0000660

EXHIBIT 232

## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding ("MOU") is entered into by Igor Lasanovski ("Igor"), and Rick Lee, ("Rick") on the other hand, collectively referred to herein as "the Parties". This MOU is effective on this 17th day of December, 2012. This MOU outlines the understanding of the Parties relating the introduction and sponsorship of an Acquirer Bank with a designated Igor's company "Company".

**RECITALS:**

1. Time is of the essence as the Parties desire to have the sponsoring Bank registration completed and open for business on or before March 2013.

2. Each Party represents and warrants that they have the sole control and capacity to enter into this MOU and subsequent agreements.

3. Rick Lee's company is Ace Processing ("Ace").

4. The following Schedule is an outline of our memorandum of understanding:

<u>Schedule</u>

1.0   A $50,000 commission is paid to Rick only after "Company" has the contract with Acquirer Bank and has registered with Visa and MasterCard with a new, independent BIN.

1.1   Company is still liable to pay any commissions if declined by Card Association. This is still due to Ace because that is entirely their fault and not any fault of Ace.

2.0   Ace will be given an option to bring 80% low risk and 20% high-risk accounts to Company, where 90% will be paid out on low risk accounts and 80% will be paid out on high-risk accounts. On high-risk accounts the payout will be 80% with a 20% hold back for risk. The 20% will be held for 6 months after the life of the release. Ace understands that Company will have the right to decline an account if Company does not feel comfortable due to credit or financial strength, or unmanageable risk. Ace agrees not to "OVER LOAD" Company's BIN with High Risk deals but will balance out what Ace brings to Company.

3.0   Schedule of Fees. Costs/Fees will be pass-through to Ace per Banks Fees/Costs, and/or any 3rd Party Fees/Costs for only the new BIN relationship.

4.0   The Parties agree that they will be obligated when the foregoing material terms are incorporated into a formal contract ("Contract") to be signed by the Parties.

5.0   Along with the Contract, the Parties will execute a Non-Disclosure Agreement and an Independent Contractor Agreement.

6.0   If there is any breach of the non-disclosure and/or non circumvent Agreement, it will result in escalated payment of commission to be due in full upon demand. Any litigation will be subject to Clark County, Nevada as venue of jurisdiction

7.0   Counterparts: This MOU may be signed in counterparts and facsimile signatures shall be valid as originals

Each of the undersigned has read and understands each of the foregoing Recitals and Terms and Conditions.

| | | |
|---|---|---|
| Dated | Signed | Print Name |

| | | |
|---|---|---|
| Dated | Signed | Print Name |

FTC-AUR-S2-0000995

**EXHIBIT 235**

"Okay, what was the reason for cancellation today?" (**PLEASE MAKE SURE TO LISTEN TO THE CUSTOMER AND USE THE DOWNSELLS TO ADDRESS THEIR CONCERN WHILE KEEPING THE ACCOUNT ACTIVE**).

1. Too Much Product/Not Using It Quick Enough: "If you really like the product, but just don't want it shipped every month, we can customize the auto-ship to suit your specific needs. Would you like it to be shipped every 45 days or shipped every 60 days?( *will be applied once media crm is available)
2. Cost/Pricing: "Here's what I can do for you. I've been authorized to discount your future shipments by 50%(refer to Alon). We want you to keep using the product so you can get the results you are looking for. Consistent use creates the best results."
3. Health Reasons: I'm sorry to hear that. I can go ahead and cancel your account right away. You will not receive any further billings or future product. (**CANCEL ACCOUNT AND PROVIDE CANCELLATION NUMBER**).
4. Cancel- No Refund: "Ok, let me cancel your account to stop any additional charges. We do suggest you finish the full supply for optimum results. Feel free to call us back if you'd like to re-activate the auto-shipments

# **Non-Escalated Refund Request**

## **NON ESCALATED REFUND REQUEST:**

If you believe it is possible, attempt to down sell the customer. Choose the appropriate option below.

"Okay, what was the reason for cancellation today?" (**PLEASE MAKE SURE TO LISTEN TO THE CUSTOMER AND USE THE DOWNSELLS TO ADDRESS THEIR CONCERN WHILE KEEPING THE ACCOUNT ACTIVE**).

1. Too Much Product/Not Using It Quick Enough: "If you really like the product, but just don't want it shipped every month, we can customize the auto-ship to suit your specific needs. Would you like it to be shipped every 45 days or shipped every 60 days?
2. Cost/Pricing: "Here's what I can do for you. I've been authorized to discount your future shipments by 50%. We want you to keep using the product so you can get the results you are looking for. Consistent use creates the best results."
3. Health Reasons: I'm sorry to hear that. I can go ahead and cancel your account right away. You will not receive any further billings or future product. (**CANCEL ACCOUNT AND PROVIDE CANCELLATION NUMBER THEN NAVIGATE TO RETURN PROCEDURES**).

**FTC-AUR-S2-0001073**

240 - 1                                    **EXHIBIT 240**



**A.** "Unfortunately, because the package doesn't qualify for a return here, the next best thing I can do is cancel your membership and assure you that all future charges and shipments are cancelled"

### Return Save

**B. If customer declines, insists on alt. resolution:** "I understand your position miss/sir, and as a courtesy I'd be happy to send you a full 30 day supply any one of our wonderful other products (ALON NEEDS TO DECIDE WHAT HE WOULD LIKE US TO OFFER), free of charge, due to the inconvenience you've expressed here today"

### Cancel & Return

**C. If customer refuses that courtesy and product seals are intact:** "Okay, miss/sir, because I genuinely care about your situation, I'll authorize a return of the package for you as an extreme courtesy. *Follow Returns Script Below"



**D. If customer still declines, threatens dispute, extremely irate:** "Upon further review of your account and considering the factors you've explained here today, even though the products don't qualify for return at all, in an effort to assist you I'll go ahead and refund the charge in full for you today to help resolve your account in your favor.

# Product Not Received

(First look up information using USPS Tracking # then have the customer verify their e-mail address and shipping address.)

"Not a problem ma'am/sir, let's take a look into this and figure out what's going on. I see here you placed the order on (Date) at which point we gave you an estimated date of delivery, I then see that on (Date) we shipped the full 30 day supply and also e-mailed you the tracking information so that you could keep track of the package. According to the United States Postal Service Delivery Confirmation, that package was confirmed delivered to you on (Date and Time)."

**CUSTOMER:** I don't care what it says I didn't get it!

"Unfortunately, since the package is confirmed delivered I wouldn't be able to offer a refund on this package but let me place you on a brief hold and see what I can do for you."

"Okay ma'am/sir, I explained your situation to my supervisor, and as a courtesy, I was authorized to send you a replacement package free of charge despite the fact that we do have a delivery confirmation on the package. Is there a more secure address we can ship the package to? Please take into consideration that if we do get another delivery confirmation showing this package was delivered, we will not be able to send out any more replacement packages."

**CUSTOMER:** I don't want a replacement package I want a refund now!

"I understand your upset and I'm only trying to help you, but the post office has given us documentation showing the package was delivered to the address you provided. However if you're adamant that the post office made a mistake and didn't deliver it, the option available to you is to file a claim with the post office and if they are willing to send us documentation that they never delivered your package we will be more than happy to refund you in full. But, rather than have you deal with the post office, I'm still willing to honor a replacement package and would be more than happy to send it to a more secure address if you would like."

*It is important to note that if customer is within trial and claims to not have received a package which is confirmed delivered, they must pay for the product to have a replacement shipped out, they will no longer receive a trial period on the product, and it must be specified that if this one shows delivery confirmation and they claim to not receive it, there will not be any additional courtesies honored on the account as we've already honored great courtesies on the account."*

**If Customer Declines:** "Despite the delivery confirmation for the product miss/sir, and if you don't want a replacement package, then I'd be willing to go so far as to share the responsibility of the charge with you and refund 50% of it as a courtesy."

**If customer still declines:** additional partial refunds or a full refund can be applied to resolve the account.

# RMA PROCESS

**\*Important\* Avoid Returns as much as possible.  Never offer a return unless the customer requests ir or is extremely irate.  Customers should initially be advised that the best we can do is cancel their membership and prevent any future charges or shipments.  If they request a return, follow the below script and resolution tiers:**

**Agent:** "To generate an RMA number, I need to input a reason for your cancellation; why, may I ask, do you want to cancel today?"

"Thank you very much; you may want to grab a pen to write this down.  Your RMA number is _____, please make sure to have this clearly written on the outside of the package or the returns department may not process it.  You will need to ship the products back to Caller Box 10465 Van Nuys, CA, 91410 and it will need to be returned into our warehouse no later than (Return Date):"

*Establishing Return Policy:*

- If cancellation is within the 10 day trial period, return date is **30 days from the date of the call**.
- If cancellation is for the initial package and past the 10 day trial, the return date is **30 days from the order date**, no restocking fee charged on the initial package when returned.
- If cancellation is for a 2nd or later shipment, the return date is **30 days from the ship date** for that package.
- If return request doesn't meet any of the above criteria, package is ineligible for return.

"I also highly suggest that you pay a little extra and add a delivery confirmation when you pay for shipping, that way you can assure yourself that the package was delivered successfully. Lastly, please ensure that all products are unopened and unused with the seals still intact. Once we process your package, you will be refunded $_____ and your cancellation will be finalized."

# RESOLUTIONS

## Cancellation – Within 10 days

A. **IF WITHIN TRIAL:** "Lastly, you are entitled to the under eye samples but you must return the remaining masks unused and unopend. Once we receive the products your cancellation will be finalized."

### *Saving the Sale:*

### Save Sale

   a) **IN TRIAL SAVE SALE IF APPLICABLE:**



     i) *If cancellation relates to quality of product/continuity:* "However, since you were unsatisfied with the product I would be able to offer you a 25% discount and charge you for this order, feel free to pass it on as a gift and we would love to send you (ASK ALON WHAT PRODUCTS), free of charge as a replacement for the products you currently have. All future charges and shipments have been cancelled and you would be able to call as needed at your convenience if you wanted to order more!"



     ii) *If Cancellation relates to cost of product:* "If cost of the product is the concern here miss/sir, we'd love for you to enjoy the continued benefits of the product, and to ensure this for you we can apply a lifetime discount of _____% off all orders in your membership.

### Single Sale

   b) **If Initial save is declined:** "As an added courtesy, if you would like, I can save you the hassle and inconvenience of dealing with the post office by offering you a discounted rate of _____ as a onetime purchase and still cancel you out of future shipments."

## Cancellation – Post 10 days



Initial Package:

B. **IF OUTSIDE OF TRIAL BUT ELIGIBLE FOR RETURN:**



**FTC-AUR-S2-0001076**

**EXHIBIT 240**

    **i)**  \*if customer hasn't already requested a return\* "We've cancelled your membership with
Dellure, and you won't receive any further charges or shipments from us.  Your cancellation
confirmation number is_____.  Is there anything else I can assist you with today?"

**If customer then asks to return the package and after providing all return info above:**

## Return Save

    **i)**   **If Clean Cancel is declined**: "As an added courtesy, if you would like, I can save you the
hassle and inconvenience of dealing with the post office by honoring a discounted rate  by
refunding $_____, you can keep the package currently in your possession and still cancel
you out of future shipments."



    **ii)**  **If Return Save is declined:** "To review here, please ensure all product seals are intact on
each individual bottle and the package is returned no later than (return date) to qualify for
your refund of (entire charge or  the charge minus 15% restocking fee, depending on if the
Restocking Fee was waived)"

# I have already contacted my bank

### I have already called my bank to get my money back:

(CUSTOMER NAME) let me make sure I understand the situation fully. Have you formally
initiated a dispute with your bank already (find out if they filled out and submitted the form to
the bank)?

# Disputes Rebuttal

"I understand you're upset ma'am/sir and I want to help you. I want to assist you in
understanding that disputing a charge is something every cardholder has the right to do,
however it does not mean the charge will be reversed. What it means is the bank may
temporarily credit your account, but then will contact us to verify the information. We
will provide them with the website you signed up to, where the Terms and Conditions you
agreed to were located, the I.P. address of the computer that placed the order and the
delivery confirmation(s) for the products. After what could take up to six months, the bank
accepts our verification of the information the majority of the time, meaning if they did temporarily
credit your account , they will take those funds out again and at that point as much as I may
like to, I wouldn't be able to apply any courtesy credit to your account. I would much rather
come to a resolution for you today and save you the time and effort of the dispute process
with your credit card company, but the choice is yours.  Despite the information we reviewed, the
courtesy exception I can make to our policies is (present resolution)"

# Bank Rep on the Phone

<u>A Conference/3rd party Caller/ Bank Call Comes In</u>

These calls are really like any other call. It is important to give the facts to the Bank Representative. Detail the date of order, confirmed shipment/tracking # and if we have talked to the customer in the past. Often times when explained, the bank rep will work with the customer directly. Make it clear that we can issue refunds if they send back the product. Feel free to give out the order URL if there is a dispute of the terms of sale. Always make it clear that we want the customer to be satisfied but they did agree to terms of sale on the initial purchase date. Bottom line, refund customers to avoid any "disputes" or chargeback's if the bank rep does not seem to agree with the terms of sale. Make sure that any discounts or refunds given with the bank rep are acceptable to the bank and satisfies the dispute.

Note: Our experience is that Chase Bank calls end up in chargeback's more than any other bank. It is best to just issue refunds if that is what is being requested. Other banks are not so hard to deal with and just going through the terms of sale and offering our standard refund procedures are more than sufficient.

# CLIENT DOESN'T UNDERSTAND CHARGE(S) or "I ONLY AGREED TO PAY $4.95"

**First isolate the primary issue(s) being that the customer did not read the terms and needs to understand their actions and accept responsibility. Prior to offering any refunds you must follow the script below.**

**CSR:** "OK **(CUSTOMER FIRST NAME),** allow me to provide excellent customer service today and review this account for you. I see here that on **(ORDER DATE)** you signed up for a 10-day trial of Dellure collagen masks."

"I understand your concern. We require every online order to agree to be billed in 10 days if the trial order is not cancelled and to be enrolled in our auto ship program which means you get a fresh supply every 30 days. Did you read the purchase terms when you ordered the product from our website?"

<u>Yes: "I understand this was an oversight and we would like to keep you a satisfied customer"</u> (Go to <u>Out of Trial Sequence)</u>

<u>NO/I Don't Recall/There were none:</u>

"I understand it's easy to skip through the terms when ordering online..."

**(You can use the examples below IF needed)**

**FTC-AUR-S2-0001078**

**EXHIBIT 240**

1. Website clearly states the trial order can result in charges if not cancelled by day 10.

2. Order terms clearly disclose that the remaining masks are non-refundable unless cancelled within trial and then returned within 30 days.

3. Website states it is a "10-Day" trial in several locations.

Although the trial purchase is non-refundable you will be able to keep the product and experience the wonderful benefits. If for some reason you decide it's not working simply call us to cancel before (**NEXT BILLING DATE**), OK? (**USE UP TONES- MUST GET OK**) **If they are within 30 days please refer to** RMA PROCEDURES.

# Escalated Refund Request (BBB/Bank Threat)

1. **1.** 50% refund and Cancel: "Alright, Mr/Ms/Mrs (name), let me cancel your account right away AND even though our records show you agreed to the terms we want all of our customers to be satisfied, so we are going to provide you a courtesy 50% refund of $48.94 on your last charge. That way you can keep the product. If you decide you like the product you can always call back to re-activate. Ok?

IF RESOLVED, GO TO RE-CAP.

IF THE CLIENT CONTINUES TO BE IRATE AND CONTINUES WITH THE SAME OR NEW THREATS INDICATING ESCALATED OR HIGHLY ESCALATED, GO TO STEP 2

1. **2.** 100% refund and Cancel: "Alright, Mr/Ms/Mrs (name), let me cancel your account right away AND even though our records show you agreed to the terms we want all of our customers to be satisfied, so we will refund you $97.88 on your last charge. We'll also let you keep the product. If you decide you like the product you can always call back to re-activate. Ok?

ONCE RESOLVED, GO TO RE-CAP

IF STILL A CHARGEBACK THREAT DEMANDING MORE THAN MOST RECENT CHARGE TO BE REFUNDED – GO TO CONTINUED CHARGEBACK THREAT

**FTC-AUR-S2-0001079**

**EXHIBIT 240**

**MOST CHARGEBACKS OCCUR BECAUSE CUSTOMERS BELIEVE THEY CANCLLED THEIR BILLING WHICH TO THEM MEANS REFUND SO YOU MUST USE RE-CAP TO DISCLOSE CHARGES THAT WILL REMIAN OR "OUTSTANDING CHARGES"** Most refund situations arise from customers not reading the terms of sale and not expecting a charge and/or the customer support rep not persuading the customer to accept responsibility.  It is important to get the customer to agree that they did order the product online, agreed to the terms (knowingly or unknowingly) and have received the product OR at least our tracking shows received.

**If customer is a chargeback threat and demanding for more than most recent charge to be refunded:**

Mam/Sir you could have cancelled on your first billing <date>, why are you waiting until now to request a refund for "oct/nov/dec/"?  We are willing to refund your most recent charge as a courtesy to you and stop all future billing.

If you dispute the older charges the corporate office will automatically challenge the dispute and you won't receive any credit back long-term for any of these charges, including the one I'm willing to credit right now.

IF CLIENT ACCEPTS – GO TO RECAP

IF CLIENT PERSISTS IN CHARGEBACK THREAT OF OLDER MONTHLY CHARGES – OFFER 50% REFUND ON 2ND MOST RECENT CHARGE –

-        IF CLIENT ACCEPTS – GO TO RECAP

-        IF CLIENT CONTINUES TO PERSIST IN CHARGEBACK THREAT, OFFER FULL REFUND OF 2nd MOST RECENT CHARGE.

- IF CLIENT ACCEPTS – GO TO RECAP
- IF CLIENT CONTINUES TO THREATEN CHARGEBACK, INFORM THEM THAT ANYTHING FURTHER MUST BE CLEARED BY MANAGEMENT, you need to request (send to CS Manager) approval to refund past this charge and call customer back with result.  DO NOT just deny customer or threaten customer if they chargeback.  Explain it needs to be sent to supervisor and you will call back shortly with result.

**FTC-AUR-S2-0001080**

240 - 8                                    **EXHIBIT 240**

# Highly Escalated Refund Request (FTC, AG, IC3)

For a client to be considered highly escalated they will have made threats of one or more of the following: AG, FTC, IC3. These are to be taken very seriously and refunded in full of most recent charge. If the customer does not accept this resolution, you may proceed with refunding the SECOND most recent charge. Continue until you've either (a) refunded all of the COMPLETION BILLINGS ONLY or (b) customer accepts charges.

Step #3: Identify Issue/Understand the reason for the call:

How can I help you today?

After they state their issue, we need to repeat the issue back to the customer so they know we know they understand their issue. Also, show some empathy to the customer letting them know that we care about their concern. The idea is that we let the customer know why they called and then we use policy to find the proper resolution. The customer may not always like the resolution, but it's important the customer understands you are doing what you can to resolve the complaint or concern.

**Step #4: Summarize Call and Notate (Brief Summary)**
Explain any actions you took on the call.

1. Is the account supposed to be left Active (recurring) or Inactive (not recurring)?

2. Were there any new products shipped?

3. Were there any refunds issued? Always explain refunds are issued immediately, but it takes some banks longer than others to post the funds.

4. RECAP and END CALL properly.

ALWAYS NOTATE EVERY ACCOUNT WITH THE INFORMATION ABOVE. IF THERE ARE MORE THAN ONE MONTH OF CHARGES, MAKE SURE TO REFERENCE WHAT ORDER IDs ARE BEING MODIFIED.

# CALL SCENARIOS
Cancel in Trial
Cancel Out of Trial
Refund Request (Non-Escalated)
Escalated Refund Request (Bank/BBB/CC Threat)
Highly Escalated Refund Request (FTC/AG/IC3 Threat)
Product Not Received
RMA Request
Already Contacted Bank

FTC-AUR-S2-0001082

EXHIBIT 240

# DELLURE CUSTOMER SUPPORT SCRIPT

### Step #1: Call Intro:

Thank you for calling Dellure Customer Support, my name is (YOUR NAME) let's get started with your Last Name and in case we get disconnected what is the best number to reach you at? (If call gets disconnected, initiate an outbound callback)

If last name pulls up more than one order, ask for the first name and zip code.

If last name does not pull up an account, ask for more information: Email Address, Shipping or Billing Address, Last 4 digits of the card.

### Step #2: Identify Caller:

"For security purposes, please verify the email address located on the account"
It is important to understand the situation by taking a minute to review the notes on the account. It is 100% ok to let the customer know that you need a moment to review the notes on the account. Try NOT to place them on hold unless you need to talk to a supervisor about something. If there are a lot of orders and a lot of notes, just tell the customer that you are still reviewing the account.

IMPORTANT THINGS TO TAKE NOTE OF:

1. Has the customer been billed for the product already? Multiple months?
2. Has the customer called support already? What was the outcome of that call?
3. Are there any refunds/RMAs/Chargebacks on the account?

1) *Account History Review*
   a) "Now let's go ahead and walk through the orders and charges we have on file for you and then I'll be more than happy to help you in any way that I can.
      i) **Negative Response:** "I'm sorry (Customer Name), but I will need to review the account history with you as it is required of me to ensure I have covered all charges with you.
   b) IF YES: I see here that on (Date) you visited our website (Website Name) and placed an order for our Dellure 10 day risk free trial. On that date you were billed the Shipping and Handling charge of (Price) and you were shipped your sample of the Dellure under-eye mask and a full 30-day supply of the Dellure masks which included 2 face masks, 2 nose masks & 1 under eye mask.. According to the United States Postal Service Delivery Confirmation that package
      was delivered to the address you provided us on (Date) and on (Date) you were billed the remaining balance of $97.88 for the package in your possession when the trial period you had agreed to expired. (Go through all shipments and charges) Your next shipment is set to be charged and shipped in (Days until next rebill).

FTC-AUR-S2-0001083

240 - 11          **EXHIBIT 240**



| | | | | | | |
|---|---|---|---|---|---|---|
| 119 | Yes | CONSOLIDATED CAMPAIGNS | API | Disabled | admin | 5/08/2013 | reuveni |
| 117 | Yes | API TryAuravieKit.com RISK FRE... | API | Disabled | admin | 6/14/2013 | Paul |
| 114 | No | AURAVIE SINGLE TONER 29.95 CALL... | Webform (Two Page) | Yes | admin | 7/09/2012 | Nastassia |
| 113 | Yes | CS SAVE SALE | API | No | Nastassia | 7/18/2013 | Paul |
| 111 | Yes | AURAVIE CA Customers RISK FREE | API | Disabled | admin | 5/08/2013 | reuveni |
| 110 | Yes | API AuravieTrials.com RISK FRE... | API | Disabled | admin | 6/14/2013 | Paul |
| 107 | No | Pete Rose DVD Offer | Webform (One Page) | Yes | admin | 4/24/2012 | Nastassia |
| 105 | No | CPA RESPONSE AURAVIE RISK FREE | Webform (Two Page) | Disabled | admin | 7/09/2012 | Nastassia |
| 104 | Yes | API AuravieFreeTrial.com RISK ... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |
| 103 | Yes | API GetMyAuravie.com RISK FREE... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |
| 95 | Yes | API MyAuravieTrial.com TRIAL T... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |
| 93 | Yes | API TryAuravieSkincare.com RIS... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |
| 88 | Yes | API FeelAuravie.com RISK FREE... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |
| 84 | Yes | API AuravieTrialKit.com RISK F... | Webform (Two Page) | Disabled | admin | 6/14/2013 | Paul |

EXHIBIT 247

Fwd: how to get list of processors via API - ridhu@ri7solutions.com - S|S IT Seven Solutions Private Limited Mail - Google Chrome

https://mail.google.com/mail/u/0/?ui=2&view=btop&ver=1pxvfta3uo81z&search=inbox&th=140a9fbac1fd7aef&cvid=2

Paul I know you are busy, but please ask Roi for help as he has time ... If its a huge task let me know ... the problem is we need it in order to launch the new LL

On Thu, Aug 22, 2013 at 12:04 PM, Avico Global <avicoglobal@gmail.com> wrote:
Hi Paul,

No Problem ...Just please send it today...

AA

Avi,

Sorry for the delay, Ive been staying at the office till 11pm every night since Monday finalizing our operations report for the last 6 months. I cannot go any further tonight and you will have it tomorrow morning

On Wednesday, August 21, 2013, Avico Global wrote:
Hi Roi,

Not sure if Paul is busy but I do need this asap as team is idle and waiting on this .. please help

On Wed, Aug 21, 2013 at 1:09 PM, Avico Global <avicoglobal@gmail.com> wrote:
paul help me out ... time light has a place in the subscription where you can switch processors/mids. where does this info come from ?

---------- Forwarded message ----------
From: NMI Support <support@nmi.com>
Date: Wed, Aug 21, 2013 at 8:54 AM
Subject: Re: how to get list of processors via API
To: avicoglobal@gmail.com

Hello,

We have no such API for you to access a Merchant's MID via API. If you are referring to the Merchant themselves accessing multiple MIDS on a Gateway via API, it is just our standard API available via the link in my signature (https://www.nmi.com/integration/.) A merchant can access multiple processor IDs (MIDs) via the Three-Step API, Direct Post, and QuickClick.

Please take note of the processor ID variables, although if internal load balancing is needed, they may not need to use that feature. Else, they can use advanced routing via merchant defined fields, and those variables are also available in all three options. I have attached more information on our ATRI feature.

248 - 1                                    EXHIBIT 248