| | |
|---|---|
| **From:** | Alon | MediaUrge <alon@mediaurge.com> |
| **Sent:** | Thursday, December 26, 2013 3:40 PM |
| **To:** | Paul Medina |
| **Cc:** | Xposed Inc |
| **Subject:** | Fwd: a short call |
| **Attachments:** | Skin Care Merchants Approved by EVO.xlsx; EVOCR_006_13 _RollingReserve_ADDENDUM(SECUSER).pdf |

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >
Date: Thu, Dec 26, 2013 at 1:37 PM
Subject: Re: a short call
To: Alon | MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >

On 12/16/2013 3:37 PM, Alon | MediaUrge wrote:

Dear Joyce,

Please let me know when you, Igor and I can jump on a short call.... I just want to make sure we're on the same road...

thank you.

Best Regards,

Alon Nottea
Rainmaker | MediaUrge
skype: ██████
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality

1

EXHIBIT 329

protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

--

UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767 <tel:818-246-6767>
joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>

_____

*********************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.
*********************************************************************
***********************************

**EXHIBIT 329**

Skin Care Merchants Approved by PVO.xlsx

| DBA Name | | Contractual Monthly Volume | Contractual Average Ticket | Total Contractual Risk | Actual Avg Monthly Volume | Actual Avg Ticket | Total Actual Risk | Current Global Reserve % | Current Global Reserve $ | Exe Decision Approve, Decline, Reserve | Add Existing Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10U LM 4 (866) 485-1646 | 3055 | $16 664.67 | $100.00 | $16 664.66 | $5.00 | $5.21 | $26 150.40 | 5.00% | $40 416.66 | Approve w/5% RR + Total Actual Risk | |
| SHANTI SKIN CARE, INC. | 3065 | $150 000.00 | $46.00 | $170 000.00 | $64.01 | $48.10 | $17 677.00 | 5.00% | $10 367.35 | Approve w/5% RR + Total Actual Risk | |
| Skin Cream 8 (866) 659-3165 | 3059 | $12 500.00 | $5 100.00 | $12 500.00 | $18.79 | $49.06 | $49 065.00 | 5.00% | | Approve w/5% RR + Total Actual Risk | Recent underwriting package |
| SKIN 877-884-8771-1313 | 3053 | $125 000.00 | $100.00 | $125 000.00 | $34.77 | $46.40 | $100 860.00 | 5.00% | $37 081.50 | Approve w/5% RR + Total Actual Risk | |
| ANTIAGE 4 866-651-1835 | 3056 | $12 500.00 | $100.00 | $14 100.00 | $19.01 | $18.51 | $50 561.00 | 5.00% | $53 398.81 | Approve w/5% RR + Total Actual Risk | |
| BEAUPRO 877-245-8534 | 2378 | $100 000.00 | $46.00 | $100 000.00 | $58.39 | $18.38 | $42 303.82 | 5.00% | $40 177.95 | Approve w/5% RR + Total Actual Risk | |
| ELEASON 855-535-9026 | 2817 | $4 366.67 | $100.00 | $4 46.00 | $38.77 | $38.77 | $47 749.83 | 5.00% | $17 772.72 | Approve w/5% RR + Total Actual Risk | |
| BETSON 866-360-1511 | 3080 | $125 000.00 | $100.00 | $125 000.00 | $57 583.21 | $38.55 | $51 593.94 | 5.00% | $39 134.12 | Approve w/5% RR + Total Actual Risk | |
| YORN 866-208-6848 | 3665 | $46.00 | $4 47.00 | $4 47.00 | $108 486.47 | $37.71 | $494 762.00 | 0.00% | | Approve w/5% RR + Total Actual Risk | |
| FAM C4 855-007-0475 (Naturl/SUNPRO 855-6000471) | 3669 | $4 366.00 | $100.00 | $4 861.50 | $14 584.95 | $38.55 | $360 883.00 | 5.00% | | Approve w/5% RR + Total Actual Risk | Merchant's name changed to FamC4 855-007-0475 from SUNPRO 855-6000471 |
| FACIAL 888-586-1229 | 3648 | $4 367.00 | $100.00 | $4 861.00 | $128 579.31 | $38.45 | $49 981.00 | 0.00% | $19 423.37 | Approve w/5% RR + Total Actual Risk | |
| VORN 872-230-9199 | 3652 | $4 366.00 | $100.00 | $4 46.66 | $181 969.74 | $38.41 | $360 883.00 | 5.00% | $38 406.00 | Approve w/5% RR + Total Actual Risk | Merchant's name changed to FamC4 855-007-0475 from SUNPRO 855-6000471 |
| SYCARN 855-217-9276 | 2959 | $4 366.00 | $100.00 | $4 46.66 | $161 966.32 | $27.37 | $49 888.00 | 5.00% | $18 242.06 | Approve w/5% RR + Total Actual Risk | |
| Skin C4 855074-4188 (Sign to Nut ACT 866-007-1066) | 2956 | $4 366.00 | $100.00 | $4 46.66 | $343 989.32 | $39.52 | $55 992.00 | 0.00% | | Approve w/5% RR + Total Actual Risk | Merchant's name changed to Skin C4 855074-4188 from Nut ACT 866-007-1066 |
| SKINCARE 866-864-6197 | 3671 | $4 366.00 | $100.00 | $347 803.00 | $34.36 | $40 575.13 | | 5.00% | $51 764.66 | Approve w/5% RR + Total Actual Risk | |
| SKINAL 877-479-631 | 3545 | $12 500.00 | $100.00 | $12 500.00 | $197 919.06 | $18.28 | $38 871.50 | 5.00% | $56 228.89 | Approve w/5% RR + Total Actual Risk | |
| SKIN RENEW 877-411-4188 | 3058 | $16 666.66 | $100.00 | $16 666.66 | $195 996.90 | $14.46 | $365 863.21 | 5.00% | $30 738.80 | Approve w/5% RR + Total Actual Risk | |
| REFRESH 405777-55 3414 | 3057 | $12 500.00 | $100.00 | $12 500.00 | $165 100.67 | $38.33 | $361 464.26 | 5.00% | $55 770.00 | Approve w/5% RR + Total Actual Risk | |
| KELYA 877-821-8 68 | 3145 | $125 000.00 | $100.00 | $125 000.00 | $156 756.99 | $38.68 | $345 078.00 | 5.00% | $66 889.80 | Approve w/5% RR + Total Actual Risk | |
| REFLEKSION 866-495-0621 | 3126 | $12 500.00 | $100.00 | $12 500.00 | $168 808.21 | $38.81 | $300 930.00 | 5.00% | $540 402.50 | Approve w/5% RR + Total Actual Risk | |
| REVEAL 866-829-2771 | 3060 | $125 000.00 | $100.00 | $125 000.00 | $320 807.98 | $37.62 | $387 404.00 | 0.00% | $30 124.86 | Approve w/5% RR + Total Actual Risk | |
| NOURA 855-080-8707 | 3855 | $4 366.67 | $4 47.00 | $4 46.67 | $266 815.95 | $42.17 | $361 983.00 | 5.00% | $56 100.77 | Approve w/5% RR + Total Actual Risk | |
| (DB) skin 877-975-1378 | 3327 | $12 500.00 | $100.00 | $16 500.00 | $262 902.28 | $40.31 | $332 921.00 | 5.00% | $55 108.76 | Approve w/5% RR + Total Actual Risk | |
| HEXUALE 877-356-4510 | 3347 | $12 500.00 | $100.00 | $14 500.00 | $56 816.95 | $48.02 | $52 746.58 | 5.00% | $53 796.46 | Approve w/5% RR + Total Actual Risk | |
| ALL SKIN 888-320-0398 | 2670 | $4 366.66 | $100.00 | $4 890.00 | $108 879.91 | $43.73 | $332 663.38 | 5.00% | $56 507.29 | Approve w/5% RR + Total Actual Risk | |
| HYALURONIC 256-707-3496 | 2853 | $11 000.00 | $100.00 | $11 000.00 | $36 795.72 | $47.98 | $347 301.18 | 5.00% | $31 268.60 | Approve w/5% RR + Total Actual Risk | |
| NEWSKIN 866-072-3254 | 2277 | $46.00 | $46.00 | $500 000.00 | $56.47 | $58.67 | $61 187.62 | 0.00% | $56 206.90 | Approve w/5% RR + Total Actual Risk | |
| PALFACE 5 SKIN CARE INC | 3804 | $100 000.00 | $100.00 | $100 000.00 | $37 010.71 | $42.03 | $52 673.73 | 0.00% | $82 970.80 | Approve w/5% RR + Total Actual Risk | |
| AMID 866-765-1786 | 3344 | $125 000.00 | $100.00 | $125 000.00 | $196 563.56 | $39.34 | $196 563.56 | 5.00% | $45 126.37 | Approve w/5% RR + Total Actual Risk | |

EXHIBIT 329



## MERCHANT AGREEMENT ROLLING RESERVE ADDENDUM

Pursuant to and in furtherance of the Merchant Processing Agreement between EVO Merchant Services, LLC ("EVO") and _____ ("Merchant") dated _____ ("Processing Agreement"), Merchant agrees to the following additional terms and conditions:

1.  Merchant agrees that EVO will establish a cumulative, rolling reserve balance (herein referred to as the "Secured Amount") equal to _____% of all Visa/MasterCard sale transactions processed through Merchant's bankcard processing account (the "Account") until the Secured Amount reaches $ _____. The secured amount will be held at EVO for a period of not less than 270 days after termination date of the Processing Agreement, or until the liability period for chargebacks has expired.

2.  Merchant's bankcard processing volume shall not exceed $ _____ in any 30-day period ("Processing Volume Restriction"). Merchant understands that it is Merchant's responsibility to monitor and adhere to Processing Volume Restriction. In the event Merchant exceeds the Processing Volume Restriction, EVO may, in its sole discretion and without notice to Merchant, interrupt Merchant's processing service, withhold funds, conduct a security review, and or terminate the Processing Agreement.

3.  Merchant acknowledges that EVO will not consider any modification to the Processing Volume Restriction set forth above until EVO determines, in its sole discretion, that the Merchant's Account is in good standing.

4.  Merchant acknowledges that any increase in Merchant's Processing Volume Restriction must be evidenced by a writing signed by EVO, and that any increase may also result in an increase in Merchant's secured deposit.

5.  Merchant agrees to immediately inform EVO in writing of any changes and/or occurrences that may result in an increased risk of loss to Merchant's Account. These changes include, but are not limited to the following: a) any change in location of the Merchant's business, b) any change in the Merchant's banking information, c) any change in Merchant's product type, d) new or additional services provided by Merchant, e) any change in business ownership, or f) any other change that EVO, in its sole discretion, deems significant. Merchant's failure to promptly provide such information or failure to accurately provide such information may, at EVO's discretion, result in termination of the Processing Agreement.

6.  Merchant represents and covenants to EVO that Merchant is solvent (as that term is understood in generally accepted business and accounting practice), and neither Merchant nor any of its principals have been advised to, nor have contemplated, the filing of any action seeking the protection of bankruptcy laws of the United States or any jurisdiction.

7.  EVO may, in satisfaction of any Merchant's obligations pursuant to this Agreement, the Processing Agreement or any agreements executed pursuant thereto, without notice to Merchant, take any or all of the following actions:
    *   Resort to the Secured Amount for the payment of any of the Merchant's liabilities, whether or not EVO shall have first resorted to any other property securing the Merchant's liabilities, and whether or not EVO shall have first proceeded against any party primarily or secondarily liable on any of the Merchant's liabilities;
    *   Apply the Secured Amount, or any portion thereof, as a set-off against any all liabilities owing from Merchant to EVO.

8.  Merchant hereby waives notice of the existence or creation of all or any liabilities, and agrees that no action of EVO permitted hereunder, or in the Processing Agreement, shall impair or affect the rights of EVO in and to the Secured Amount.

9.  This Agreement is to be read in conjunction with and in addition to the terms and conditions contained in the Processing Agreement. Nothing contained herein shall be deemed to be a waiver of any of the terms of the Processing Agreement, or act to exclude Merchant from account monitoring.

**Merchant Business Name:** _____   **Date:** _____

**Print Name:** _____   **Date:** _____

*(must be a signer on owner or officer)*

**Signature:** _____   **Title:** _____

**EVOCR-006-13**

**To:**      xposedinc@gmail.com[xposedinc@gmail.com]
**From:**   8182629999@mms.att.net
**Sent:**    Tue 4/23/2013 4:21:41 PM
**Importance:**    Normal
**MAIL_RECEIVED:**   Tue 4/23/2013 4:21:45 PM

Our volume is down to about 350 (100 from lifescript + 250 from un-compliant survey traffic per day...) And even that is a miracle since we can no longer use advertorials for now ... As the lady (pam bondi) in the Florida Atty. Gen. is reviewing every single continuity skincare and diet advertisers in the industry... We are waiting for some more industry news to be released in order to make an executive decision on whether or not to run blogs again... Nevertheless, dawn's and Nancy's attorney is pushing hard ... threatening to file against all corporations and people involved, this creates a very big exposure and risk to our entire entities... Especially now that Nastassia is gone, they will have access to much more personal, private and sensitive information. This is very concerning, and very risky... If you are not willing to let your attorney speak to their attorney, I will half to engage in a non-formal potential settlement meeting in order to avoid the exposure... This also creates additional exposure for pinnacle logistics as Dawn and Nancy are probably still in touch with some current and former employees... Thereby moving the exposure to pinnacle employees as well ... We don't want the word out that every single employee Can go after us because we are in the business of settling false demands ... Additionally, Joyce Gaines from UMS contacted me With respect to the level of reserves they are holding, they have had a few merchants funds frozen by the FTC previously... And she is concerned due to the high-risk nature of our business model, she would like to hold additional reserves which means more of a lack of income to the company...

          **EXHIBIT 330**

**From:**          David M <david@mediaurge.com>
**Sent:**          Monday, October 14, 2013 10:52 AM
**To:**            globalmediausa@gmail.com
**Subject:**       PO BOX & Employment Verify
**Attachments:**   134624.PDF


Hi Doron,

Good morning.

Please let me know what you want me to do on item 1 below.

Post Office near Van Nuys.
Need to go there and open a new PO Box (address) for Dellure.

Service we are getting:
CALLER SERVICE

Cost:
$1,200/year
Can be paid bi-yearly at $600

Need to fill out form:
http://about.usps.com/forms/ps1093.pdf


Can be filled out & submitted online. Even paid online.
To pick up the PO Box keys however, two forms of ID (matching credit card to be used) & some form of supporting documentation for the address you want to use are required. Both for the person purchasing the box - Business Card or other form of documentation connecting to business.
-and-
General Business supporting documentation - Utility bill etc....


-AND-


Need to send the attached file to my bank.
Nothing for you to do but to look at and confirm.
Employment verification.
No need to sign. Just confirm it is ok please.

Thank you,

David

1

# SBM Management Inc.
## 655 N. Central Ave. Suite 1700 - Glendale, CA 91203

October 4, 2013

RE: Employment and Income Verification

Dear Sir or Madam:

We verify that Mr. David Migdal has been employed as a New Business Development Manager at SBM Management Inc. since July 2013.

Mr. David Migdal's annual salary is $60,000. His salary is paid via direct deposit to his bank account. In addition to his salary, Mr. Migdal will also be entitled to receive an additional bonus, which will be based on his performance in certain tasks.

For the year to date period starting on July 11, 2013, Mr. David Migdal has been paid a total of **$14,000**. Monthly breakdown is included below:

| Year 2013 | Salary ($) |
|---|---|
| July | 3,750.00 |
| August | 5,250.00 |
| September | 5,000.00 |

| YTD Total | 14,000.00 |
|---|---|

Should you have any questions or need further information, please contact me.

Sincerely,


Stephan Bauer
SBM Management Inc.
Office: 818.200.1035
Email: accounting@sbmmgmt.com

**From:**          David M <david@mediaurge.com>
**Sent:**          Thursday, February 20, 2014 12:06 PM
**To:**            globalmediausa@gmail.com; accounting818@gmail.com
**Subject:**       Fwd:
**Attachments:**   IMAG0096.jpg


Around the middle of April, 2014, we need to renew Dellure PO Box.
Purchased on Oct. 30, 2013.


---------- Forwarded message ----------
From: David M <david@mediaurge.com <mailto:david@mediaurge.com> >
Date: Wed, Oct 30, 2013 at 11:51 AM
Subject: Fwd:
To: globalmediausa@gmail.com <mailto:globalmediausa@gmail.com> , accounting818@gmail.com <mailto:accounting818@gmail.com>


PLEASE FILE

New PO Box Receipt/Application attached.
Purchased 6 month term. Need to re-new in 6 months.

Dellure
PO BOX 10099
Van Nuys, CA 91409

1

**EXHIBIT 333**

*Wishing on 2nd F/A*

Box Number(s) # 10094

DELWRE
DVCR
PO BOX 10099, VAN NUYS, CA 91409

## Application for Post Office Box™ Service
*Fill out all non-shaded fields, and take this application to the Post Office.™*

1. This service is for *(Required selection)* ☒ Business/Organization Use   ☐ Residential/Personal Use

2. Name of Business/Organization *(if applicable)*   SBM MANAGEMENT INC.

3. Name of Person Applying *(Last, First, MI — include title if representing a business/organization)*   BAUER, STEPHAN

4. Address: Number, Street, Suite   655   N. CENTRAL AVE., SUITE 1700   | Verify initials

   City   GLENDALE   State CA   ZIP+4® 91203 - 1439

5. Telephone Number *(Include Area Code)*   818.200.1035

6. Email Address   ACCOUNTING@ SBMMGMT.COM

7. Box Size(s) *(Required) See page 1 for details*   ☐ Size 1   ☐ Size 2   ☐ Size 3   ☐ Size 4   ☒ Size 5

8. Applicant must select and enter the ID Number for two items of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

   **Select one photo ID:**
   ☒ Valid driver's license or state non-driver's ID card
   ☐ Armed forces, government, university, or recognized corporate ID
   ☐ Passport, passport card, alien registration card, or certificate of naturalization

   **Select one non-photo ID:**
   ☐ Current lease, mortgage, or deed of trust
   ☐ Voter or vehicle registration card
   ☐ Home or vehicle insurance policy   ☒ CITY OF LA BUSINESS TAX REGISTRATION CERTIF.

   Photo ID Number: AZ LICENSE - [redacted] 1462   12-10.16   Non-Photo ID Number: Acct # [redacted] 5459-

   Verify initials (For Post Office Use Only) ☒

9. On the *back* of this form, list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).

10. On the *back* of this form, list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**
By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the online Application/payment process is complete during the business hours of the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. If there are any changes to my credit card number, billing address, or expiration date, I agree to notify the Post Office where my box is located of these changes. I understand that this agreement will remain in effect until I or USPS terminates the PO Box service. The USPS may receive updated credit card account information from the institution that issued the card identified for payment. If I decide to close my PO Box, I must visit the Post Office where my box is located during business hours. (See the PO Box refund policy for information on refunds.) The USPS may terminate my participation under this automatic payment agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** _____   **Billing Address** *(if different from address in 4 above)*

Number, Street, Suite _____

City _____   State _____   ZIP+4®

**Application Date**   OCT. 24. 2013   | Number of Keys Issued | Customer Eligible for No-Fee Service   ☐ Yes   ☐ No

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

Post Office Date Stamp

PS Form 1093, January 2012 (Page 3 of 4)  7530-02-000-7165. See our Privacy Act Statement on page 4 of this form.

**EXHIBIT 333**

**From:**       Alon | MediaUrge <alon@mediaurge.com>
**Sent:**       Tuesday, October 08, 2013 11:21 PM
**To:**         Global Media
**Subject:**    Re: Invoice
**Attachments:** SKY-USM-PackingList.pdf; SKY-USM-PackingList.docx; SKY-USM-Invoice-5578.pdf;
                SKY-USM-Invoice.docx; SKY Trading Sales Invoice.docx

for their records

Best Regards,

> Alon Nottea
> Rainmaker | MediaUrge
> skype: ▮▮▮▮▮
> direct: 818.200.1035
> email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Tue, Oct 8, 2013 at 7:04 PM, Global Media <globalmediausa@gmail.com <mailto:globalmediausa@gmail.com> >
wrote:



**SKY Image Trading, LTD.**
RMS 05-15, 13A/F South Tower
World Finance CTR. Harbour City
17 Canton RD. TST KLN - Hong Kong
Tel: +852.8192.9241
Email: skyimagetradingltd@gmail.com

# PACKING LIST

DATE: 10.8.13

**BILL TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

**SHIP TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

| Mark & No | Item | Description | CTN | Quantity (box) | TTLN.W. (KG) | TTL G.W. (KG) | CBM |
|---|---|---|---|---|---|---|---|
| SKY Image Trading LTD | Mask Box with Masks | 1 Dellure Box containing: 2 eye masks 2 nose masks 2 face masks 1 paper catalog 1 white cpe bag  2  48 boxes  in one carton 3  carton size 56.5*46*28cm | 209 | 10032 | | 4493.5 | 15.2 |
| | CPE bag | white color with logo | 1 | 2736PCS | | 27.36 | 0.56 |
| TOTAL: | | | **210** | | | **4520.86** | **15.76** |



# INVOICE

**SKY Image Trading, LTD.**
RMS 05-15, 13A/F South Tower
World Finance CTR. Harbour City
17 Canton RD. TST KLN - Hong Kong
Tel: +852.8192.9241
Email: skyimagetradingltd@gmail.com

INVOICE# 5578
DATE: 08.20.13

**BILL TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

**SHIP TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| IC | 1855 | JM | AIR Freight | Hong Kong | Net 30/60/90 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 10032 | Dellure Collagen Masks DEL30D222PAC | $11.00 | $110,352.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL DUE** | $110,352.00 |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**THANK YOU FOR YOUR BUSINESS!**

**EXHIBIT 335**



**SKY Image Trading, LTD.**
RMS 05-15, 13A/F South Tower
World Finance CTR. Harbour City
17 Canton RD. TST KLN - Hong Kong
Tel: +852.8192.9241
Email: skyimagetradingltd@gmail.com

# INVOICE

INVOICE# 5578
DATE: 08.20.13

**BILL TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

**SHIP TO:**
USM Products, Inc.
7225 Canoga Ave.
Canoga Park, CA 91303 USA
Tel: 818.277.1969

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| IC | 1855 | JM | AIR Freight | Hong Kong | Net 30/60/90 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 10032 | Dellure Collagen Masks – 30 Day Supply | $11.00 | $110,352.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL DUE** | $110,352.00 |

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**THANK YOU FOR YOUR BUSINESS!**

**From:**          Paul Medina <paul@mediaurge.com>
**Sent:**          Friday, July 25, 2014 5:41 PM
**To:**            Doron; Avico Global; Roi; Alon N
**Subject:**       Monthly fees
**Attachments:**   Monthly fees.xlsx

Attached please find the last 8 month of processing fees too deposits.

The last 4 months has has been coming in at 40% avg which is 25% higher then avg or where our KPI needs too be which is 15%.

Regards,


--

Paul B. Medina
CEO

Mobile█████████ | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype█████████ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

1

EXHIBIT 337

| Date | Negative Batch | Total Gateway | Total Other | CB Fees | Total Bank | Total $ Deposited | Total Fees Expenses | Monthly Fees |
|------|----------------|---------------|-------------|---------|------------|-------------------|---------------------|--------------|
| | Negative batch fees are more refunds being issued then deposits and the refunds are taken directly from bank account | $0.10 gateway fees per transaction | Total other fees are CB fees, transaction fees, retrieval request fees and non qualified fees (rewards cards) | CB fees per each CB from processor | Total bank fees | Deposited income post refunds | Sum of all fees | Monthly fees ratio |
| 14-Jul | $23,016.18 | $4,819.28 | $78,591.02 | $118,504.52 | $3,362.38 | $561,595.92 | $228,293.38 | 40.65% Extremely high |
| 14-Jun | $27,030.79 | $4,146.11 | $103,700.66 | $161,165.37 | $1,803.78 | $700,238.00 | $297,846.71 | 42.54% Extremely high |
| 14-May | No data for May as we transitioned too Igors new report | | | | | | | |
| 14-Apr | $105,474.55 | $6,911.84 | $170,135.35 | $272,245.76 | $2,973.99 | $1,395,392.15 | $557,741.49 | 39.97% Extremely high |
| 14-Mar | $24,491.52 | $10,620.98 | $145,613.45 | $281,114.73 | $2,122.18 | $2,064,767.41 | $463,962.86 | 22.47% High |
| 14-Feb | $33,299.79 | $10,052.43 | $107,255.33 | $192,154.26 | $2,342.89 | $1,929,141.10 | $345,104.70 | 17.89% Moderate |
| 14-Jan | $46,436.34 | $11,804.76 | $49,858.37 | $139,364.56 | $1,997.24 | $1,736,819.89 | $249,461.27 | 14.36% Good |
| 13-Dec | $45,167.50 | $8,114.88 | $41,904.05 | $57,475.97 | $1,176.60 | $1,402,736.80 | $153,839.00 | 10.97% Good |
| 13-Nov | $32,446.92 | $5,738.15 | $37,913.03 | $54,150.26 | $1,674.96 | $969,271.01 | $131,923.32 | 13.61% Good |

**EXHIBIT 337**

**To:** globalmediausa@gmail.com[globalmediausa@gmail.com]
**Cc:** David Davidian[cpa@lacpa.com]
**From:** Davidian and Associates
**Sent:** Wed 1/14/2015 2:13:06 PM
**Importance:** Normal
**Subject:** W2 2014
**MAIL_RECEIVED:** Wed 1/14/2015 2:13:17 PM

Agoa Holdings_W2_2014.pdf
DMA_W2_2014.pdf
Lifestyle Media_W2_2014.pdf
Zen Mobile_W2_2014.pdf
Heritage_W2_2014.pdf
AMD_W2_2014.pdf
All Star Beauty_W2_2014.pdf
SBM_W2_2014.pdf
Media Urge_W2_2014.pdf
Insight Media_W2_2014.pdf
Kai Media_W2_2014.pdf
Shalita Holdings_W2_2014.pdf
Secured Merchants_W2_2014..pdf

Attached please find the W2 for all companies.
Hard copies are in the mail.


Sincerely,

Davidian & Associates
**Certified Public Accountants**
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**EXHIBIT 338**

| | |
|---|---|
| **From:** | Paul Medina <paul@mediaurge.com> |
| **Sent:** | Thursday, December 26, 2013 4:12 PM |
| **To:** | Alon | MediaUrge |
| **Cc:** | Xposed Inc |
| **Subject:** | Re: a short call |
| **Attachments:** | Aug 12th 2013 email from Bob.PDF; Aug 29th 2013 email from Bob.PDF; Skin Care Merchants Approved by EVO.xlsx |

Alon,

Please find attached the email thread I had with Bob at UMS confirming the total amount of reserves we had as of August 12th, 2013, the 2nd email thread shows Bob confirming the reserves % was removed on August 28th, 2013. I also noticed in the excel "skincare merchants approved"
that 3 skincare mids do not belong to us (see attached).

I also noticed majority of our mids was still showing a 5% reserves on.
On Thu, Dec 26, 2013 at 1:40 PM, Alon | MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> > wrote:


---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >
Date: Thu, Dec 26, 2013 at 1:37 PM
Subject: Re: a short call
To: Alon | MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >



On 12/16/2013 3:37 PM, Alon | MediaUrge wrote:

Dear Joyce,

Please let me know when you, Igor and I can jump on a short call.... I just want to make sure we're on the same road...


thank you.


Best Regards,


Alon Nottea
Rainmaker | MediaUrge

direct: 818.200.1035

1

**EXHIBIT 339**

email: alon@mediaurge.com <mailto:alon@mediaurge.com>


<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.



--


UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767 <tel:818-246-6767>
joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com>
www.umsbanking.com <http://www.umsbanking.com>

<http://www.umsbanking.com>



_____

************************************************************************
************************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended
for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law.
You are hereby notified that any dissemination, distribution, duplication or
retaining of this transmission by someone other than the intended addressee or
addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.

**EXHIBIT 339**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
Paul B. Medina
Executive Vice President

Mobile:818-983-7202 | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype ███████████ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary
information and may be subject to the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

EXHIBIT 339



Paul Medina <paulmedina0331@gmail.com>

## Fwd: Notice

**Bob Sarkisyan** <bob.sarkisyan@umsbanking.com>
To: Paul Medina <paulmedina0331@gmail.com>

Mon, Aug 12, 2013 at 1:05 PM

+
Aug 13ᵗʰ – Aug 28ᵗʰ,
2013

Hi Paul,

Reserves below

| MID# | RESERVE AMOUNT |
|------|----------------|
| 055 | $49,261.43 |
| 056 | $52,350.04 |
| 057 | $63,919.60 |
| 058 | $61,073.88 |
| 059 | $61,712.76 |
| 060 | $55,395.12 |
| 126 | $24,790.24 |
| 127 | $42,225.30 |
| 504 | $17,859.59 |
| 544 | $43,980.65 |
| 545 | $39,779.61 |
| 546 | $41,120.50 |
| 547 | $34,060.71 |
| 603 | $16,666.82 |
| 604 | $28,668.67 |
| 605 | $30,558.57 |
| 277 | $38,336.52 |
| 278 | $38,878.24 |
| 668 | $18,851.84 |
| 669 | $26,071.81 |
| 670 | $26,127.55 |
| 671 | $29,851.69 |
| 852 | $17,507.18 |
| 853 | $17,853.49 |
| 855 | $15,043.31 |
| 856 | $22,687.93 |
| 857 | $16,109.04 |
| 858 | $4,191.70 |
| 859 | $16,471.14 |
| 860 | $17,295.10 |
| 865 | $20,615.04 |
| | $989,315.07 |

[Quoted text hidden]
[Quoted text hidden]

EXHIBIT 339



Paul Medina <paulmedina0331@gmail.com>

## Fwd: Notice

**Bob Sarkisyan** <bob.sarkisyan@umsbanking.com>
To: Paul Medina <paulmedina0331@gmail.com>

Thu, Aug 29, 2013 at 11:41 AM

Hi Paul,

Yes for both and it starts from yesterdays batches.

[Quoted text hidden]
[Quoted text hidden]

| DBA Name | Contractual Monthly Volume | Contractual Average Ticket | Total Contractual Risk | Actual Avg Monthly Volume | Actual Avg Ticket | Total Actual Risk | Current Global Reserve % | Current Global $ Reserve | Ext Decision: Approve, Decline, Reserve | UMS Banking Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| SERUM AT 866) 485-1646 | $16,666.67 | $100.00 | $16,666.66 | $29,655.24 | $38.31 | $385,085.00 | 5.00% | $49,616.61 | Approve w/5% RR  Total Actual Risk | |
| SKIN KIT 888-673-1113 | $125,000.00 | $100.00 | $125,000.00 | $62,470.41 | $41.40 | $340,016.60 | 5.00% | $17,001.50 | Approve w/5% RR  Total Actual Risk | |
| SHAKTI SKIN CARE INC | $150,000.00 | $60.00 | $175,000.00 | $58,311.61 | $40.00 | $513,727.00 | 5.00% | $31,267.31 | Approve w/5% RR  Total Actual Risk | |
| Skin Cream at (866) 493-3165 | $12,500.00 | $3,500.00 | $12,500.00 | $40,617.82 | $39.79 | $49,005.00 | 0.00% | | Approve w/5% RR  Total Actual Risk | |
| ANTI-AGE at 866-613-1885 | $12,500.00 | $100.00 | $14,583.00 | $40,832.02 | $38.51 | $54,141.00 | 0.00% | | Approve w/5% RR  Total Actual Risk | |
| BEAUPRO 877-245-8534 | $100,000.00 | $85.00 | $110,000.00 | $16,958.45 | $38.28 | $43,283.82 | 0.00% | | Approve w/5% RR  Total Actual Risk | |
| ELIASON 855-335-9826 | $4,166.67 | $100.00 | $4,166.00 | $40,215.20 | $36.77 | $47,743.07 | 5.00% | $17,772.72 | Approve w/5% RR  Total Actual Risk | |
| BESTSKIN 866-260-2111 | $100,000.00 | $100.00 | $125,000.00 | $59,538.23 | $38.55 | $51,396.55 | 5.00% | $19,314.12 | Approve w/5% RR  Total Actual Risk | |
| BSKIN 866-208-8848 | $4,167.00 | $85.00 | $4,167.00 | $46,009.67 | $27.71 | $54,512.03 | 0.00% | | Approve w/5% RR  Total Actual Risk | |
| FaceCrm 855-607-0471 (App list SKINPRO 855-607-0471) | $4,166.00 | $100.00 | $4,863.50 | $43,595.79 | $38.54 | $40,391.03 | 0.00% | | Approve w/5% RR  Total Actual Risk | Merchant's name changed to FaceCrm 855-607-0471 from SKINPRO 855-607-0471 |
| FACIAL 888-596-2329 | $4,166.00 | $100.00 | $4,863.00 | $35,079.10 | $35.41 | $40,981.00 | 5.00% | $19,429.17 | Approve w/5% RR  Total Actual Risk | |
| USKIN 855-320-9339 | $12,500.00 | $100.00 | $14,166.66 | $41,120.07 | $38.57 | $49,202.27 | 5.00% | $18,606.00 | Approve w/5% RR  Total Actual Risk | |
| SYSKIN 866-207-5676 | $4,166.00 | $100.00 | $4,166.66 | $41,084.03 | $37.77 | $49,890.92 | 5.00% | $18,242.66 | Approve w/5% RR  Total Actual Risk | |
| SkinSH 855674-6188 (App list NUFACE 866-407-1686) | $4,166.00 | $100.00 | $4,166.66 | $41,928.22 | $36.42 | $51,062.60 | 0.00% | | Approve w/5% RR  Total Actual Risk | Merchant's name changed to SkinSH 855674-6188 from NUFACE 866-407-1686 |
| SKINFACE 866-894-6197 | $4,166.00 | $100.00 | $4,166.66 | $47,833.00 | $41.29 | $46,475.11 | 5.00% | $23,764.66 | Approve w/5% RR  Total Actual Risk | |
| REVEAL 866-670-2751 | $12,500.00 | $100.00 | $12,500.00 | $39,533.04 | $34.29 | $53,342.09 | 5.00% | $32,229.89 | Approve w/5% RR  Total Actual Risk | |
| NUSKIN 855-589-3107 | $4,166.67 | $100.00 | $4,166.67 | $42,391.28 | $39.51 | $13,572.06 | 5.00% | $15,580.90 | Approve w/5% RR  Total Actual Risk | |
| SKIN RENEW 877-611-4188 | $16,666.66 | $100.00 | $16,666.66 | $41,995.90 | $34.66 | $61,738.80 | 5.00% | $61,738.80 | Approve w/5% RR  Total Actual Risk | |
| REFRESH 887-745-3614 | $12,500.00 | $100.00 | $12,500.00 | $35,565.90 | $35.06 | $64,079.00 | 5.00% | $33,176.44 | Approve w/5% RR  Total Actual Risk | |
| RUAY 877-821-8368 | $125,000.00 | $125.00 | $125,000.00 | $56,236.59 | $28.90 | $50,139.00 | 5.00% | $64,839.88 | Approve w/5% RR  Total Actual Risk | |
| REPLENISH 866-495-0631 | $12,500.00 | $100.00 | $12,500.00 | $38,877.53 | $36.84 | $57,368.44 | 5.00% | $40,402.50 | Approve w/5% RR  Total Actual Risk | |
| good skin 877-971-1276 | $12,500.00 | $100.00 | $14,500.00 | $41,873.87 | $40.20 | $513,039.15 | 0.00% | $43,053.76 | Approve w/5% RR  Total Actual Risk | |
| HERSKIN 877-595-4510 | $12,500.00 | $100.00 | $14,500.00 | $512,744.13 | $40.62 | $512,744.13 | 5.00% | $33,176.44 | Approve w/5% RR  Total Actual Risk | |
| KALSKIN 888-320-1098 | $4,166.66 | $100.00 | $4,800.00 | $539,022.51 | $43.57 | $51,401.58 | 5.00% | $26,557.29 | Approve w/5% RR  Total Actual Risk | |
| INSKIN 866-208-2665 | $4,166.66 | $100.00 | $4,166.66 | $38,537.53 | $47.99 | $47,081.00 | 5.00% | $19,208.60 | Approve w/5% RR  Total Actual Risk | |
| NEWSKIN 866-673-3254 | $100,000.00 | $100.00 | $100,000.00 | $18,061.41 | $43.67 | $11,097.62 | 0.00% | | Approve w/5% RR  Total Actual Risk | |
| PALISADES SKIN CARE INC | $100,000.00 | $60.00 | $100,000.00 | $72,088.98 | $34.85 | $524,515.38 | 5.00% | $62,570.80 | Approve w/5% RR  Total Actual Risk | |
| AMD 866-785-3786 | $125,000.00 | $135.00 | $125,000.00 | $41,286.32 | $34.89 | $556,515.30 | 5.00% | $45,126.37 | Approve w/5% RR  Total Actual Risk | |

**From:**          David Davidian, CPA <cpa@lacpa.com>
**Sent:**          Monday, December 15, 2014 8:09 PM
**To:**            Global Media
**Subject:**       Invoice
**Attachments:**   Invoice 14-15137_Agoa.pdf; Invoice 14-15141_Pinnacle.pdf; Invoice 14-15142
                   _DMA.pdf; Invoice 14-15143_Lifestyle.pdf; Invoice 14-15144_Zen.pdf


Attached please find invoices for 5 companies for dissolution.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please
destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice
contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the
purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to
another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**340 - 1**                                                                          **EXHIBIT 340**

# DAVIDIAN & ASSOCIATES, APAC
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**AGOA HOLDINGS, INC.**
18034 VENTURA BLVD # 234
ENCINO, CA 91316

## STATEMENT OF ACCOUNT

Invoice # 14-015137
December 13, 2014

For Professional Services Rendered including:

| | |
|---|---:|
| Dissolution of corporation | $ 40.00 |
| **Total Current Charges** | **$ 40.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 40.00 |

All invoices due on presentation.

**EXHIBIT 340**

**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**PINNACLE LOGISTICS, INC**
7900 GLORIA AVE
VAN NUYS, CA 91406

## STATEMENT OF ACCOUNT

Invoice # 14-015141
December 15, 2014

For Professional Services Rendered including:

| | |
|---|---:|
| Dissolution of corporation | $ 35.00 |
| **Total Current Charges** | **$ 35.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 35.00 |

All invoices due on presentation.

**EXHIBIT 340**

**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**DMA MEDIA HOLDINGS, INC.**
19528 VENTURA BLVD STE 224
TARZANA, CA 91356

## STATEMENT OF ACCOUNT

Invoice # 14-015142
December 15, 2014

For Professional Services Rendered including:

| | |
|---|---|
| Dissolution of corporation | $ 35.00 |
| **Total Current Charges** | **$ 35.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 35.00 |

All invoices due on presentation.

**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**LIFESTYLE MEDIA BRANDS, INC.**
8335 WINNETKA AVE # 118
WINNETKA, CA 91306

### STATEMENT OF ACCOUNT

Invoice # 14-015143
December 15, 2014

For Professional Services Rendered including:

| | |
|---|---|
| Dissolution of corporation | $ 35.00 |
| **Total Current Charges** | **$ 35.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 35.00 |

All invoices due on presentation.

**340 - 5**                                          **EXHIBIT 340**

# DAVIDIAN & ASSOCIATES, APAC
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**ZEN MOBILE MEDIA, INC.**
4335 VAN NUYS BLVD. # 167
SHERMAN OAKS, CA 91403

## STATEMENT OF ACCOUNT

Invoice # 14-015144
December 15, 2014

For Professional Services Rendered including:

| | |
|---|---:|
| Dissolution of corporation | $ 35.00 |
| **Total Current Charges** | **$ 35.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 35.00 |

All invoices due on presentation.

**EXHIBIT 340**

| | |
|---|---|
| **To:** | Alon \| MediaUrge[alon@mediaurge.com] |
| **Cc:** | Global Media[globalmediausa@gmail.com] |
| **From:** | David Davidian, CPA |
| **Sent:** | Tue 6/3/2014 8:14:17 PM |
| **Importance:** | Normal |
| **Subject:** | BUNZAI MEDIA GROUP |
| **MAIL_RECEIVED:** | Tue 6/3/2014 8:14:23 PM |

Articles of Incorporation.pdf
Bylaws - Bunzai Media Group_Inc.doc
Bylaws - Bunzai Media Group Inc.pdf
MINUTES OF ANNUAL MEETING_2011.docx
MINUTES OF ANNUAL MEETING_2012.docx
MINUTES OF ANNUAL MEETING_2013.docx
MINUTES OF SPECIAL MEETING_2013.docx
Stock Certificate.pdf
Stock Ledger.pdf
Waiver directors ANNUAL meeting_2011.doc
Waiver directors ANNUAL meeting_2012.doc
Waiver directors ANNUAL meeting_2013.doc
Waiver directors Special meeting_2013.doc
Minutes_Bunzai Media Group Inc_INITIAL.doc

Attached please find the documents for Bunzai.
Please check all documents for any changes that is necessary, and you may want to consult with your attorney.

Sincerely,
*Z. David Davidian, CPA*
**Davidian & Associates**
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**From:** Alon \| MediaUrge <alon@mediaurge.com>
**To:** David Davidian CPA <cpa@lacpa.com>
**Cc:** Global Media <globalmediausa@gmail.com>
**Sent:** Tuesday, June 3, 2014 5:08 PM
**Subject:** docs

david,
I understand everything you mentioned on our call!

Nothing to do with what you are doing with khirs and BMG.... on behalf of the case:

just to confirm... we are still waiting on annual minutes for PIN and MU...

We are also waiting on BMGI docs:

1. articles
2. by laws
3. minutes and (annual min) 2011 2013

**EXHIBIT 343**

4. around the summer of 2012 consent from shareholders that they agreed to dissolve BMG

call me with any questions please - thanks

Best Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: ███████
direct: 818.200.1035
email: alon@mediaurge.com


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or
proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you
are not a designated recipient, you may not review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**To:**      Global Media[globalmediausa@gmail.com]
**Cc:**      David Davidian[cpa@lacpa.com]
**From:**   Davidian and Associates
**Sent:**    Thur 1/22/2015 6:50:23 PM
**Importance:**    Normal
**Subject:**  AMD FINANCIAL PAYROLL REPORTS 01.23.2015
**MAIL_RECEIVED:**  Thur 1/22/2015 6:50:28 PM
<u>Payroll_Reports.pdf</u>

Attached please find the payroll reports.

Sincerely,
# Davidian & Associates
**Certified Public Accountants**
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**EXHIBIT 345**

**To:**　　　Global Media[globalmediausa@gmail.com]
**Cc:**　　　David Davidian[cpa@lacpa.com]
**From:**　　Davidian and Associates
**Sent:**　　Wed 2/4/2015 5:40:09 PM
**Importance:**　　Normal
**Subject:**　　AMD FINANCIAL NETWORK INC PAYROLL 02.06.2015
**MAIL_RECEIVED:**　　Wed 2/4/2015 5:40:13 PM
Payroll_Reports.pdf
Paystubs.pdf

Attached please find the paystubs and payroll reports.
Total tax deduction is $1811.39.

Sincerely,
**Davidian & Associates**
**Certified Public Accountants**
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**From:**          Secured Merchants, LLC. <donotreply@intuit.com>
**Sent:**          Friday, January 02, 2015 4:38 PM
**To:**            accounting@sbmmgmt.com
**Subject:**       Invoice from Secured Merchants
**Attachments:**   Invoice_11278_from_Secured_Merchants_LLC.pdf

**Follow Up Flag:**   Follow up
**Flag Status:**      Flagged


Secured Merchants, LLC.


Invoice   Due: 01/01/2015
11278   Amount:

$3,663.30


To: SBM Management Inc.

Here's your invoice!

We appreciate your prompt payment.

Thanks for your business!
Secured Merchants


View Invoice Now
<https://connect.intuit.com/portal/app/CommerceNetwork/?cta=viewinvoicen
ow&locale=en_US#view/e1a41503-838e-4d49-845f-24da04c9bfae>


Send message to your invoicer
<https://connect.intuit.com/portal/app/CommerceNetwork/?cta=sendmessage&
locale=en_US#view/e1a41503-838e-4d49-845f-24da04c9bfae>


<https://prod-qbo.intuitcdn.net/c27/v81.323/images/email_quickbooks_logo
.gif>
© Intuit, Inc. All rights reserved.   Privacy

1

**EXHIBIT 348**

<http://smallbusiness.intuit.com/small-business/privacy/index.jsp>  | Terms of Service
<https://connect.intuit.com/portal/app/CommerceNetwork/#termsOfService>

2



Secured Merchants, LLC.
23679 Calabasas Rd. #531
Calabasas, CA 91302

(747)222-3333
securedmerchantsllc@gmail.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 01/01/2015 | 11278 |
| TERMS | DUE DATE |
| Due on receipt | 01/01/2015 |

| BILL TO |
|---|
| SBM Management Inc.<br>655 N. Central Ave. Suite 1700<br>Glendale, CA 91203 |

| QUANTITY | SERVICE | ACTIVITY | RATE | AMOUNT |
|---|---|---|---|---|
| 88 | CBA | CBA<br>• ChargeBack resolution automated services ($4 per record) (12-15-14 to 12-31-14) | 4.00 | 352.00 |
| 1159 | IVR | IVR<br>• IVR PBX solution per record charge of 0.70  (12-15-14 to 12-31-14) | 0.70 | 811.30 |
| 1 | CC | CC<br>• Click Connector | 2,500.00 | 2,500.00 |

| | TOTAL | $3,663.30 |
|---|---|---|

     **EXHIBIT 348**

| From: | Alon | MediaUrge <alon@mediaurge.com> |
| Sent: | Tuesday, June 17, 2014 3:09 PM |
| To: | Global Media |
| Subject: | Fwd: Reserve release |
| Attachments: | UMSbanking.jpg; ALON RESERVE RELEASE 6-18-2014.xls |

---------- Forwarded message ----------
From: Jacki Cass <jacki.cass@umsbanking.com <mailto:jacki.cass@umsbanking.com> >
Date: Tuesday, June 17, 2014
Subject: Reserve release
To: Alon | MediaUrge <alon@mediaurge.com <mailto:alon@mediaurge.com> >
Cc: Joyce Gaines <joyce.gaines@umsbanking.com <mailto:joyce.gaines@umsbanking.com> >, Dylan Gaines
<dylan.gaines@umsbanking.com <mailto:dylan.gaines@umsbanking.com> >

Hello Alon -

The attached spread shows how much money is in each merchant account at Global payments.

Bob has sent emails to Global requesting the release of $349,874.09 today, leaving only $75,000.00 left in the reserves at Global.

Please note, although he has sent the request today, the funds will not go out until tomorrow or Thursday at the latest.

Thanks

Jacki

--
Jacki Cass
VP Portfolio Control / EVP Risk Management
Phone: (800) 324-8323 ext. 146
Fax: (818) 246-3631
www.umsbanking.com <http://www.umsbanking.com>

--

EXHIBIT 349

Best Regards,

Alon Nottea
Rainmaker | MediaUrge
skype: ███████
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>

Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

2

**EXHIBIT 349**

| MID # | Current Balance | release amount - 6-18-2014 | remaining balance |
|---|---|---|---|
| 1055 | $18,954.63 | $13,954.63 | $5,000.00 |
| 1056 | $23,198.81 | $18,198.81 | $5,000.00 |
| 1057 | $24,937.76 | $19,937.76 | $5,000.00 |
| 1058 | $26,649.30 | $21,649.30 | $5,000.00 |
| 1059 | $27,970.80 | $22,970.80 | $5,000.00 |
| 1060 | $26,296.53 | $21,296.53 | $5,000.00 |
| 1126 | $11,104.86 | $10,104.86 | $1,000.00 |
| 1127 | $23,053.76 | $18,053.76 | $5,000.00 |
| 1544 | $20,126.37 | $15,126.37 | $5,000.00 |
| 1545 | $20,402.50 | $15,402.50 | $5,000.00 |
| 1546 | $22,229.89 | $17,229.89 | $5,000.00 |
| 1547 | $20,554.06 | $15,554.06 | $5,000.00 |
| 2277 | $19,066.49 | $14,066.49 | $5,000.00 |
| 2278 | $15,117.65 | $12,617.65 | $2,500.00 |
| 2668 | $9,429.17 | $8,429.17 | $1,000.00 |
| 2669 | $12,840.41 | $11,840.41 | $1,000.00 |
| 2670 | $11,557.29 | $10,557.29 | $1,000.00 |
| 2671 | $16,764.66 | $15,764.66 | $1,000.00 |
| 2852 | $8,406.41 | $7,406.41 | $1,000.00 |
| 2853 | $9,298.60 | $8,298.60 | $1,000.00 |
| 2855 | $5,580.90 | $5,080.90 | $500.00 |
| 2856 | $10,963.59 | $9,963.59 | $1,000.00 |
| 2857 | $7,772.72 | $6,772.72 | $1,000.00 |
| 2858 | $3,665.02 | $3,165.02 | $500.00 |
| 2859 | $8,242.66 | $7,742.66 | $500.00 |
| 2860 | $9,134.12 | $8,134.12 | $1,000.00 |
| 2865 | $11,555.13 | $10,555.13 | $1,000.00 |
| **Total Global Reserve** | **$424,874.09** | **$349,874.09** | **$75,000.00** |

ALON RESERVE RELEASE 6-18-2014.xls

**EXHIBIT 349**

**To:**      Global Media[globalmediausa@gmail.com]
**From:**   David Davidian, CPA
**Sent:**    Mon 10/20/2014 12:39:55 PM
**Importance:**      Normal
**Subject:**  Bunzai
**MAIL_RECEIVED:**    Mon 10/20/2014 12:40:04 PM
Bunzai Media Group Inc.pdf

Please save attached letter in your records. It is the final letter from the IRS stating the completion of the audit with no changes.

Sincerely,
*Z. David Davidian, CPA*
## Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

           **EXHIBIT 350**

| | |
|---|---|
| **From:** | Alon \| MediaUrge <alon@mediaurge.com> |
| **Sent:** | Wednesday, April 17, 2013 11:44 PM |
| **To:** | Igor; Paul Medina |
| **Subject:** | Fwd: New Business \| Reserves \| Thank you! |
| **Attachments:** | Aura Vie Quarterly Exposure.xls |

And the final answer is - A BIG FAT NO!!!!!!!! NEVERTHELESS, I AM still grateful and thankful !!!!!!

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com>
Date: Wed, Apr 17, 2013 at 5:24 PM
Subject: Re: New Business \| Reserves \| Thank you!
To: Alon \| MediaUrge <alon@mediaurge.com>
Cc: Chris Gaines <chris.gaines@umsbanking.com>, Dylan Gaines <dylan.gaines@umsbanking.com>, Jacki Cass <jacki.cass@umsbanking.com>

Alon,

After going over everything regarding your accounts with us today here is our agreed upon stance. We will not be releasing any of the existing reserve we currently hold. We will cap this reserve once it hits $ 1 million.  The reserve requirement will be reviewed quarterly.

The math on this is as follows:

1. Our minimum quarterly exposure, which you will see in the spreadsheet attached is  $ 900,000.00. This is our potential exposure in the event that your accounts close for any reason -- You leave us; we close you; you go out of business, etc.  This is how much will come in through chargebacks, refunds and fees to us  unequivocally for the next 3 months.

2. If for some reason the FTC would close your accounts, you can add immediately another $ 1million plus of chargebacks because you will have billed fees to clients and you will not be able to ship product.

3. In the event of an FTC closure they will freeze our reserves on your accounts immediately.  We have had this happen in the past with Mortgage modification accounts on our books. So our exposure over the ensuing 18 months could be as high as $ 18 million dollars or as low as $ 6 million.

4. We have no personal guarantees of any net worth close to this and the agreed upon cross guarantee never materialized and will not be forth coming.

I have to protect UMS based on the nature and risk of the business in front of us, the current nature of the industry and the regulatory scrutiny and the current chargeback/return ratios. One of your accounts is already on the Excessive Chargeback Program.

No matter how much I may like you, personally, I can not allow that to influence good business judgement.

I hope you understand.

1

**EXHIBIT 351**

Very Best,

Joyce


On 4/12/2013 5:46 PM, Alon | MediaUrge wrote:

Dearest (UMS) Team,

We are anxiously waiting for your decision, please let us know how you feel about our request.

Wishing you all a relaxing weekend!


Best Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: ██████
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


On Wed, Apr 10, 2013 at 10:56 AM, Joyce Gaines <joyce.gaines@umsbanking.com> wrote:

Dear All,

I met with Jacki on this yesterday. She is running some numbers and doing one research pull.  We will have an answer by Friday.

Thank you,

Joyce


On 4/8/2013 9:03 PM, Alon | MediaUrge wrote:


Dearest Chris, Dylan & Joyce,

I miss you guys! We need to get together.

Chris, It was a pleasure speaking with you today... I'm still working on the 'example agreement doc' we spoke about, I am reviewing by phone with my attorney tomorrow morning to make sure I provide fully accurate information.

As discussed, 4 new RMCs (Retail Merchant Corps) have signed up to become retailers of the new Adagio, LeOR, and EllastiQ product brands. We agree to board these new MIDS though UMS/EVO/Deutsche Bank.


Team, as volume stays pretty consistent for the original UMS MIDs, attached, I have shared an internal document we use to analyze reserve amounts as well as measure (worst case scenario) exposure for the current processing volume. Please take a look and feel free to ask if anything is unclear. It shows exactly what would occur, even if our business stopped overnight (god-forbid).

Nevertheless, as volume starts to increase with EVO, it will take some time for us to build rapport and the right trust and comfort level with EVO, it will be a while before we can negotiate a lower 'reserve' rates and/or a quicker release as we're going to have to build another 'Reserve Chest with EVO'.

Our Request: Based on our analysis, there is over $700K in current UMS reserves. We are growing by the day, our cash flow is consistently invested back into hiring, inventory and advertising in order to support the growth, we need your support. We kindly ask that UMS releases, all reserves above or over $500K totaling an approximate release of around $200K with an understanding that we will not increase our current volume with these MIDs. Therefore, as long as we preform up to par... UMS will hold 500K in reserve for volume up to 2MM per month, and will not hold more as long as volume stays consistent. Reserves will increase by $125K for every 500K of volume we increase. Example: If volume goes to 2.5MM than UMS will hold an additional $125K totaling $625K, if we go to 3MM, then $750K would be the reserves held. Basically, we must have at least 25% in cash reserves based on our monthly volume.


We sincerely thank you for working with us and I hope I've provided enough data in order for Joyce to make an executive decision with respect to the releases and hold backs from now on as well as how we approach reserves from an upper view in general. It is with the out most respect that I thank you in advance for supporting our growth and being such a blessing in our success.

Warm Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: ████████

EXHIBIT 351

direct: 818.200.1035
email: alon@mediaurge.com

<mailto:alon@mediaurge.com>


<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.




--



UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>



_____


**********************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or

**EXHIBIT 351**

retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.

If you have received this communication in error, please notify us by return (reply) e-mail immediately.

Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--

UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.

This e-mail may contain information that is confidential and exempt from disclosure under applicable law.

You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.

If you have received this communication in error, please notify us by return (reply) e-mail immediately.

Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EXHIBIT 351**

| MID# | RESERVE AMOUNT | Jan Fees | Feb Fees | March Fees | chargeback vol from jan through march | refunds for 2 months | TOTALS |
|---|---|---|---|---|---|---|---|
| 1055 | $42,476.27 | $1,340.06 | $1,352.51 | $1,245.66 | 8185.48 | 13434.47 | $25,558.18 |
| 1056 | $45,507.33 | $1,208.53 | $1,153.90 | $1,367.75 | 7885.55 | 12388.71 | $24,004.44 |
| 1057 | $47,297.82 | $1,645.95 | $1,251.02 | $1,607.81 | 10586.22 | 11801.48 | $26,892.08 |
| 1058 | $51,478.13 | $2,562.53 | $1,952.76 | $1,558.60 | 14842.05 | 13871.53 | $34,787.47 |
| 1059 | $50,027.89 | $4,937.53 | $1,719.77 | $1,065.55 | 15087.51 | 15136.44 | $37,946.80 |
| 1060 | $44,853.57 | $3,397.21 | $1,343.61 | $1,118.23 | 11577.61 | 13059.67 | $30,496.33 |
| 1126 | $13,318.24 | $5,439.68 | $4,951.22 | $1,754.31 | 12910.42 | 25211.98 | $50,267.61 |
| 1127 | $34,502.94 | $2,574.06 | $1,781.06 | $1,533.56 | 8692.94 | 15276.37 | $29,857.99 |
| 1336 | $34,887.16 | $1,676.06 | $2,563.28 | $6,944.14 | 31943.57 | 16616.52 | $59,743.57 |
| 1504 | $14,330.56 | $1,596.91 | $2,056.27 | $1,605.37 | 2258.22 | 11205.42 | $18,722.19 |
| 1544 | $33,565.86 | $4,459.75 | $3,402.43 | $1,567.60 | 16557.81 | 5613.34 | $31,600.93 |
| 1545 | $33,741.61 | $3,997.67 | $3,954.94 | $1,800.30 | 8163.27 | 15462.67 | $33,378.85 |
| 1546 | $32,464.20 | $4,679.04 | $4,650.45 | $1,878.50 | 22191.03 | 17839.97 | $51,238.99 |
| 1547 | $25,255.39 | $4,167.29 | $2,792.97 | $1,217.59 | 14726.32 | 8030.55 | $30,934.72 |
| 1603 | $12,788.07 | $1,611.51 | $2,624.53 | $1,641.97 | 4367.41 | 18869.39 | $29,114.81 |
| 1604 | $22,600.72 | $1,259.70 | $2,147.34 | $1,467.73 | 2803.97 | 15290.10 | $22,968.84 |
| 1605 | $23,936.96 | $1,201.25 | $1,804.16 | $1,940.72 | 4377.17 | 14137.28 | $23,460.58 |
| 2277 | $32,038.40 | $3,699.35 | $3,215.73 | $2,501.76 | 14536.16 | 17972.52 | $41,925.52 |
| 2278 | $33,365.00 | $4,999.78 | $4,486.13 | $3,561.43 | 14155.34 | 29023.62 | $56,176.30 |
| 2668 | $14,234.41 | $4,316.64 | $2,556.70 | $2,328.01 | 14456.57 | 13796.26 | $37,454.18 |
| 2669 | $15,331.95 | $4,969.69 | $3,128.10 | $2,208.18 | 15077.05 | 15988.02 | $41,371.04 |
| 2670 | $17,147.55 | $5,053.54 | $4,093.71 | $2,670.07 | 20909.65 | 23345.59 | $56,072.16 |
| 2671 | $18,861.57 | $6,251.65 | $3,099.67 | $1,260.39 | 18572.55 | 16429.86 | $45,614.12 |
| 2852 | $8,313.25 | $756.12 | $3,186.70 | $4,469.19 | 5861.12 | 15638.55 | $29,911.68 |
| 2853 | $8,739.53 | $766.47 | $3,140.16 | $4,835.38 | 5409.34 | 15276.66 | $29,428.01 |
| 2855 | $6,637.52 | $799.66 | $3,355.34 | $2,571.94 | 4698.57 | 8177.96 | $19,603.47 |
| 2856 | $12,032.01 | $729.82 | $3,052.52 | $7,741.34 | 8264.04 | 23261.47 | $43,049.19 |
| 2857 | $7,949.93 | $760.84 | $3,142.85 | $4,263.82 | 5105.74 | 15794.55 | $29,067.80 |
| 2858 | $1,521.53 | $669.71 | $640.83 | $163.09 | 7.9 | 36.04 | $1,517.57 |
| 2859 | $6,901.53 | $686.82 | $1,372.70 | $1,397.63 | 4597.01 | 12830.99 | $20,885.75 |
| 2860 | $7,375.89 | $759.19 | $2,974.67 | $747.08 | 4328.38 | 14040.04 | $22,845.25 |
| 2865 | $8,055.08 | $759.19 | $3,158.28 | $759.19 | 4311.78 | 13756.65 | $22,745.29 |
| **Total** | **$742,537.87** | **$83,720.69** | **$85,628.57** | **$73,271.63** | **$344,697.32** | **$471,364.99** | **$1,056,683.20** |

Average of 1 Month Fees $85,000.00

$344,697.32        $471,364.99

$901,062.31     Quarterly exposure

Aura Vie Quarterly Exposure.xls

**From:**          Davidian and Associates CPA s <Lucy@lacpa.com>
**Sent:**          Thursday, August 15, 2013 5:11 PM
**To:**            Global Media; David Davidian, CPA
**Subject:**       Re:  Calenergy Payroll
**Attachments:**   stub.pdf


Please see attached pay stub. Total liability for this payroll is $ 1687.51, and will come off from your account on Monday.

Sincerely,
Lucy Balyan
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

_____

From: Global Media <globalmediausa@gmail.com>
To: "David Davidian, CPA" <cpa@lacpa.com>; Davidian & Associates <Lucy@lacpa.com>
Sent: Thursday, August 15, 2013 2:00 PM
Subject: Re: Calenergy Payroll


Please make check stubs for

Roi Reuveni and Philip

8/1 - 8/15 Check date 8/16 same amounts as before

The additional we will make at end of month.

I also need the amounts for last month as I discussed with you.

Thanks !

CALENERGY INC
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302

PHILIP CAMERINO



PONARAMA CITY, CA

| **Employee Pay Stub** | Check number: | | | | Pay Period: 08/01/2013 - 08/15/2013 | | Pay Date: 08/16/2013 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| PHILIP CAMERINO, | | | PONARAMA CITY, CA | | ***-**-3223 | Married/Married (one income) | Fed-2/0/CA-2 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,250.00 | 3,750.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -58.00 | -174.00 |
| Social Security Employee | | | -77.50 | -232.50 |
| Medicare Employee | | | -18.13 | -54.38 |
| CA - Withholding | | | -4.09 | -12.27 |
| CA - Disability | | | -12.50 | -37.50 |
| | | | -170.22 | -510.65 |

| **Net Pay** | | | **1,079.78** | **3,239.35** |
|---|---|---|---|---|

CALENERGY INC
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302

ROI REUVENI

RESEDA, CA 

---

**Employee Pay Stub**   Check number:   Pay Period: 08/01/2013 - 08/15/2013   Pay Date: 08/16/2013

**Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra**
ROI REUVENI, [redacted], RESEDA, CA [redacted] | | | | ***-**-3638 | Married/Married (one income) | Fed-3/0/CA-3/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 4,250.00 | 12,750.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -515.00 | -1,545.00 |
| Social Security Employee | | | -263.50 | -790.50 |
| Medicare Employee | | | -61.63 | -184.88 |
| CA - Withholding | | | -170.15 | -510.45 |
| CA - Disability | | | -42.50 | -127.50 |
| | | | -1,052.78 | -3,158.33 |

| Net Pay | | | 3,197.22 | 9,591.67 |
|---|---|---|---|---|

**To:**         Secured Merchants[globalmediausa@gmail.com]
**From:**      Gmail Team
**Sent:**      Mon 7/22/2013 4:32:00 PM
**Importance:**         Normal
**Subject:**   Your Gmail address, securedmerchantsllc@gmail.com, has been created
**MAIL_RECEIVED:**    Mon 7/22/2013 4:32:01 PM

**Welcome to Gmail!** You can login to your account at http://mail.google.com/.

Here are a couple of tips to help you get started:

- **Use Gmail's import tools** to move mail and contacts from your other email accounts to your new Gmail address.
- **Download the mobile app** for Android or iPhone and iPad to stay connected on the go.

Should you ever encounter problems with your account or forget your password we will contact you at this address.

Enjoy!

The Gmail Team

---

If you didn't create this Gmail address and don't recognize this email, please visit:
https://accounts.google.com/AccountDisavow?adt=AOX8kiqUr_L_5A2v5GzlSxWbEb9j43GlDLNExC6sNHYGn_oQjeCd3E hS76c7hw to unlink this account.

**EXHIBIT 357**

**From:** ImagisMedia Webgraphics <imagismediainc@gmail.com>
**Sent:** Thursday, July 25, 2013 6:58 PM
**To:** alon@mediaurge.com; Tal Karasso; Avi Argaman; Oren Ohayon; doron5000@gmail.com
**Subject:** NEW DESIGN LeELLE TUBES AND BOX
**Attachments:** leElle-1.jpg; leElle-2.jpg; leElle-3.jpg

Hi Guys take a look

Feedbacks welcome ;)

--

Thanks

--

Best Regards,
Ygal Edy

IMAGIS MEDIA INC.
www.imagismedia.com

T. (818) 528.5172
18653 Ventura Blvd. #268
Tarzana, CA 91356

<http://www.imagismedia.com/logo.gif>

PRIVACY | CONFIDENTIALITY NOTICE:
This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.



EXHIBIT 360





EXHIBIT 360

**To:**      Doron .[doron@doron.us]
**From:**    Avico Global
**Sent:**     Wed 7/24/2013 11:44:18 AM
**Importance:**    Normal
**Subject:**  Fwd: LeElle New Presentation
**MAIL_RECEIVED:**   Wed 7/24/2013 11:44:32 AM
presentation-leelle new.pdf

fyi

---------- Forwarded message ----------
From: **Avico Global** <avicoglobal@gmail.com>
Date: Tue, Jul 23, 2013 at 11:07 PM
Subject: Fwd: LeElle New Presentation
To: Roi | Pinnacle <roi@pinlogistics.com>


fyi

---------- Forwarded message ----------
From: **ImagisMedia Webgraphics** <imagismediainc@gmail.com>
Date: Tue, Jul 23, 2013 at 10:55 PM
Subject: Fwd: LeElle New Presentation
To: Avi Argaman <avicoglobal@gmail.com>



--
**Thanks**

--

Best Regards,
Ygal Edy
IMAGIS MEDIA INC.
www.imagismedia.com

T. (818) 528.5172
18653 Ventura Blvd. #268
Tarzana, CA 91356



PRIVACY | CONFIDENTIALITY NOTICE:
This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential
information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY
PROHIBITED.

          **EXHIBIT 361**

**To:**        Doron .[doron@doron.us]; Alon N[vigorect@gmail.com]
**From:**      Avico Global
**Sent:**      Tue 8/20/2013 3:49:45 PM
**Importance:**        Normal
**Subject:**   oren / lelle
**MAIL_RECEIVED:**     Tue 8/20/2013 3:49:46 PM

Hi Doron,

As we all know working with Oren can lead to unnecessary headache,

Yesterday I spoke to Alon regarding Lelle and we agreed that Alon/Igor will own 100 percent of the new line and Alon/Igor will be able to use the line as they wish etc...

We Also agreed that I will be the one to tell Oren that we are no longer partners and that he can continue to do business with Alon and the Lelle product by purchasing the product from Alon.

Avi

**EXHIBIT 362**

**From:**            David Davidian, CPA <cpa@lacpa.com>
**Sent:**            Thursday, February 26, 2015 7:11 PM
**To:**              Global Media
**Subject:**         IVR LOGIX INC
**Attachments:**     Articles of Incorporation_IVR Logix Inc.pdf; EIN_IVR LOGIX_CP575.pdf; Statement of Information_Client.pdf

Attached please find the documents for the new corporation, IVR LOGIX INC.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

| | |
|---|---|
| **From:** | Roi \| CBA <roi@chargebackarmor.com> |
| **Sent:** | Friday, February 27, 2015 4:49 PM |
| **To:** | Doron |
| **Subject:** | Fwd: Calabasas Executive Suites- Welcome Packet and Fully Executed Service agreement |
| **Attachments:** | Welcome Packet.pdf; Chargebackarmorinc.CesServ.Mailonly.12mths3.1.15(fully Executed).pdf |

Roi Reuveni

<https://sites.google.com/a/securedmerchants.com/logos/home/cba-logo/CBA Logo.png?attredirects=0>

Phone: (800) 976-7027   |   E-Mail: Roi@ChargeBackArmor.com
Skype: ▮▮▮▮▮▮▮   |   Web: www.ChargeBackArmor.com
<http://www.ChargeBackArmor.com>

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Chargeback Armor Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Chargeback Armor Inc. before opening any attachments please check them for viruses and defects.

---------- Forwarded message ----------
From: Assal Kamal <akamal@tvpasset.com <mailto:akamal@tvpasset.com> >
Date: Fri, Feb 27, 2015 at 1:16 PM
Subject: Calabasas Executive Suites- Welcome Packet and Fully Executed Service agreement
To: roi@chargebackarmor.com <mailto:roi@chargebackarmor.com>

Good Morning Roi,

Once again I wanted to congratulate you on your new office solution!
Attached you will find a fully executed copy of the service agreement and a Welcome Packet to get you familiar with the building!

Going forward our front desk Concierge will email you with any mail or packages that arrive for you.

If you have any questions during your agreement with us please feel free to contact us !

Warm Regards

DENISHA

Assal Kamal

Calabasas Executive Suites

5023 N. Parkway Calabasas

Calabasas, CA  91302

818-876-9696 <tel:818-876-9696>  TEL

818-876-8501 <tel:818-876-8501>  FAX

CA DRE # 01905030

akamal@tvpasset.com <mailto:akamal@tvpasset.com>

  --

EXHIBIT 365

# *Welcome Kit*
# *Table of Contents*

Welcoming Letter……………………………………………………..………2

We're At Your Service……………………………………………………….3

Building Access……………………………………………………….……4

Prices for Additional Services…………………………………………5

1

**EXHIBIT 365**

Dear Chargeback Armor, Inc

On behalf of Calabasas Executive Suites, I would like to personally thank you for choosing 5023 North Parkway Calabasas as your office solutions partner.  You will find that our dedicated and highly trained staff will constantly strive to provide the exceptional service that you will come to expect from Calabasas Executive Suites.  Our goal is to take care of all your workplace needs, allowing you to focus on what is most important to you…your business.

Please feel free to call me at (818) 876-9696 whenever I can be of assistance to you or your company.  I always welcome feedback (positive or negative) about our services, facilities, staff, or any other facet of Calabasas Executive Suites organization.  That is the best way for us to continually improve the quality of our service.

Enclosed you will find our new client welcome packet filled with information to get you acquainted with our location.  Our staff is available to assist you with any administrative needs you may have.

Once again, we are happy to have you as a client.  Please let any of our staff members know if you need anything or have any questions.  We are here to help.

Sincerely,

Assal Kamal
Suite Manager
akamal@tvpasset.com

Enclosures

2

**EXHIBIT 365**

**We Are At Your Service**

**Here is your Calabasas Executive Suites support team. We are at your service Monday through Friday (except when closed for holiday observances) from 8:30 AM until 5:00 PM.**

*Staff Listing:*
Suite Manager, Assal Kamal akamal@tvpasset.com
Front Desk Concierge- Denisha Bolanos concierge@tvpasset.com

*Mailing Address:*
5023 N. Parkway Calabasas
Calabasas, CA 91302

*Telephone & Fax Numbers:*
Main telephone number:          (818) 876-9696
Fax number:                            (818) 876-8501

*Access Codes:*

Copier Access Code: Please ask Suite Manager

*Reception:*
The Concierge will sort your mail and packages for you daily and email you when anything has arrived. Please notify Suite Manager with correct email.

*Mail & Package Handling:*
Mail will be ready for pick up no later then 2:30 PM., subject to our local post office. You will need to come in during regular business hours to retrieve your mail. Mail will be picked up from the front desk no later then 1:00 PM.  Your company name must appear on all outgoing mail in order for it to be stamped. Federal Express and UPS deliver to our office every day. You will be notified of deliveries, which will be available for immediate pick-up. You must sign for all deliveries which we accept on your behalf that require a signature.  This includes (but is not limited to) DHL, UPS and Federal Express parcels.

3

**EXHIBIT 365**

# Building Access

*Fire and Emergency Systems:*

Call 911 for emergencies.   If the emergency alarm sounds, please take any valuables with you as you proceed to the nearest stairwell and calmly exit the building.   You will be notified by building management when it is safe to re-enter the building.  The building does conduct mandatory fire alarm testing and building evacuation.  You will be required to take part in this 'fire drill' if you are in the building.

*Building Hours of Operation:*

Normal operating hours for the building are 8:30 Am to 5:00 PM, Monday-Friday.

*Holiday Closings (2015):*

New Year's Day –Tuesday January 2nd

Martin Luther King Jr. Day - Monday, January 19th

President's Day - Monday, February 16th

Memorial Day - Monday, May 25th

Independence Day –Friday July 3rd

Labor Day - Monday, September 7th

Thanksgiving Day – Thursday November 26th

Day after Thanksgiving - Friday, November 27th

Christmas Eve- Thursday December 24th

Christmas Day –Friday December 25th

New Years Eve- Thursday December 31st

New Years Day- Friday January 1st

*Parking:*

Parking is located in front of the building.   Please do not park in any spaces that are marked reserved.

*Security:*

Security is provided after hours via patrol walk through after hours.

*Smoking:*

Smoking is prohibited in this building.

There is a smoking area located on the north side of the building adjacent to the Parkway Calabasas Parking lot.

4

# PRICES FOR ADDITIONAL SERVICES

| Service | Price |
|---|---|
| Small Conference Room | *$35/ Per Hour ( $245) Per Day |
| Large Conference Room | *$50/ Per Hour ( $350) Per Day |
| Coffee Service/One Time User | $5.00 |
| Bottled Water & Soda Service/One Time User Conference Room | $1 per drink |
| Breakfast Lunch Ordering/One Time User Conference Room | Price plus 15% surcharge |
| Internet Access/ One Time User Conference Room | $15 per hour |
| Black & White Copy/Prints | $0.14/Per Page |
| Scanning Black&White/ Color | $0.10/Per Page |
| Color Prints | $0.25/ Per Page |
| Projector Rental | $15 per hour ( $80 per day) |
| Notary | $25 |
| Postage | Price plus 30% surcharge |
| Fax | $1 per page ( cover page free) |
| Typewriter Rental | $10 a day |
| Voice Mail to Email Transcribe | $25/Month |
| Patching for local calls | $1 a call or $25 per month up to 50 calls |
| Binding | $10 |
| IT Service | $75 for every 15 minutes |
| General Office Service | $25 for every 15 minutes |
| Fed Ex | Price plus 30% surcharge |
| 11x17 Printing Black & White | $0.25 |
| 11 x 17 Printing Color | $0.50 |

**\* Please note, the conference room fees are for any usage over your allotted time per month.**

5

**EXHIBIT 365**

*Calabasas Executive Suites*
5023 North Parkway Calabasas, LLC

5023 N. Parkway Calabasas, LLC
Calabasas, CA  91302
Tel. (818) 876-9696
Fax (818) 876-8501
www.calabasasexecutive-suites.com

## MAIL SERVICE AGREEMENT

**DATE:  February 27, 2015**

Lessee: **Chargeback Armor, Inc**

| | |
|---|---|
| Name of Building: | Calabasas Executive Suites |
| Address: | 5023 North Parkway Calabasas |
| City and State: | Calabasas, California  91302 |

This Mail Service Agreement is entered into as of the date above between **Chargeback Armor, Inc** ("Lessee") and 5023 North Parkway Calabasas, LLC, a California limited liability company ("Lessor") commencing on **March 1, 2015**, and ending **March 31, 2016** (the "Initial Term"). Thereafter, this Agreement shall continue on a month to month basis as per section 6 below.  Lessee agrees to pay Lessor the amount of **$100.00** per month for the following services (payment must be in the form of a check, cashier's check, credit card, or money order):

1. RECEPTIONIST AND MAIL SERVICE.  Your incoming mail will be held at the front desk or in an assigned mailbox located at the suite.  Access to the building or your mailbox will only be allowed Monday through Friday from 8:30 am to 5:00 pm.  You will not be given a key to the mailroom or the building. In the event that you require your mail to be forwarded to you, you will be charged for the postage or courier bill with an additional 30% surcharge, which will be added to your monthly service charge. This surcharge also applies to outgoing mail or packages that you want Lessor to send out for you.  Lessor's staff will not read your mail to you over the phone. Should you have a visitor come to the suite and ask to see you, our receptionist will tell your visitors that you are "not presently in the office" (unless you are at the suite, in which case you will be notified).

2. OUTGOING CALLS. There will be no outgoing line for you to make calls unless you receive an authorization code from your Suite Manager or you rent an office or a desk so that you can have one of Lessor's phone instruments and a line installed.

3. ADDITIONAL SERVICES.  You will have access to all common areas, other than gym, during normal business hours, including but not limited to the kitchen (free), photocopier, scanner,

    **EXHIBIT 365**

● Page 2                                                          February 27, 2015

postage machine, and fax service, all which shall be billed to you on an "as used" basis at Lessor's current prevailing rates.

4.  DIRECTORY LISTING. Upon request and approval, you may have your name or company name listed on lobby directory at a one time cost of $100.00 as well as an ongoing monthly fee of $35.00.

5.  LATE PAYMENT. If you do not pay your service charge by the 5th business day of the month, you agree that Lessor may refuse to provide mail services, conference room or any additional service to you until the service charge is paid, in which case your service charge still accrues, and you waive any rights to damages against us by reason of the termination of service.  In addition, if the service charge is not paid by the 5th day of the month, a 10% late charge will apply.  Additionally, Lessor may terminate this agreement upon five (5) days written notice to you if the service charge is not received by the 10th of month.  In the event of such termination, you waive your right to any refund of your security deposit, additional fees collected and agree that you continue to be liable for all service charges and late fees due through the Initial Term or as extended per section 6.  A service charge of Fifty Dollars ($50.00) for each of Lessee's dishonored checks returned by the institution on which said checks are drawn.  If at any time during the term of this Service Agreement Lessee has tendered payment by check and Lessee's bank returns more than one such payment for any reason including insufficient funds, Lessor may, at its option, require all future payments be made by cashier's check.

6.  Term:  The Initial Term of this Agreement is twelve (12) months as indicated herein and shall not be terminated sooner.  At the end of the Initial Term, if neither party has rendered Termination Notice as required in section 7, this Agreement shall automatically extend on a month to month basis, unless either party notifies the other in writing to the contrary at lease (1) One full calendar month prior to the expiration date of this Agreement.

7.  NOTICE TO TERMINATE.  One full calendar month prior to the end of the Initial Term, either party may send written notice terminating this Agreement ("Termination Notice"), unless terminated sooner by Lessor as specified in section 5.  If this Agreement is renewed on a month to month basis, either party may terminate this agreement by providing one full calendar month written notice terminating this Agreement, unless terminated sooner by Lessor as specified in section 5. <u>IF WRITTEN TERMINATION NOTICE IS RECEIVED BY EITHER PARTY ON THE 1ST OF THE MONTH OR ANY DATE LATER THAN THE 1ST OF THE MONTH, ANY SUCH NOTICE SHALL NOT BE EFFECTIVE UNTIL TWO (2) FULL CALENDAR MONTHS STARTING FROM THE END OF THE MONTH IN WHICH THE NOTICE WAS RECEIVED.</u>  For example, if written notice of termination is received by either party on May 1st or later, any such notice shall be effective June 30th.  If written notice of termination is received by either party by April 30th, any such notice shall be effective May 31st.

Notice to Lessor must be mailed via certified U.S. mail or by hand delivery, only when given directly to the Suite Manager, when accompanied by a written acknowledgement from the Suite Manager to:

**5023 North Parkway Calabasas, LLC**
**5023 N. Parkway Calabasas**
**Calabasas, CA  91302**
**Attn:  Assal Kamal, Suite Manager**

8.  MAIL HANDLING. Lessee is permitted to receive mail for three (3) companies OR individuals per "Service Agreement".  Any additional company OR individual name(s) added to "Service Agreement" will be charged an additional $25.00 each per month. Any substitutions to names as listed on "Exhibit B" shall require one (1) full calendar month written notice to Lessor.

Mail Service Agreement

**365 - 9**                                          **EXHIBIT 365**

● Page 3                                                    February 27, 2015

9.   MAIL HANDLING AFTER TERMINATION. Upon termination of this agreement, LESSOR shall stamp all of your mail "Return to Sender". LESSOR shall not hold or store mail, nor place a forwarding address on it, unless you pay LESSOR charge for this service. Our current charge for this service is $150.00 per month, NOT INCLUDING POSTAGE. Lessee is prohibited from filing a change of address form with the U.S. Post Office due to the executive suite nature of this Agreement, as per the Application for Delivery of Mail Through Agent form, which is incorporated herein.

10.  LIABILITY. Lessor liability for any and all alleged breaches under this agreement shall be limited to the obligation to refund the prorated current monthly service charge if we should cease to provide service at any time. Prorated amounts shall be calculated on a 30-day month basis. Lessor is not liable for any loss of business or damages of any sort occurring from, or in connection with, or incidental to the furnishing of, or failure to furnish, telephone or reception service, or for authorizing or permitting the disconnection of your telephone service if you have not paid your telephone bill.

11.  ACCESSIBILITY. In compliance with California State Legislation SB 1186, as of the date of this Lease, the Premises have not been inspected by a Certified Access Specialist ("CASp"). The office building was built in 1981 with an addition and renovation made in 1990. While no major construction has occurred since that time, Lessor has made physical changes within the building to allow for better accessibility. Any specific reasonable accommodation request should be made to Lessor.

12.  . HIRING LESSOR EMPLOYEES. Lessor spends a great deal of time to hire and train employees for the operation of the suite. Each client derives the benefit of our experience in operating the suite and of such hiring and training procedures. You are not to offer or accept for hire any of our employees at any time during this service agreement and for a period of one hundred eighty (180) days thereafter the termination of this agreement. In the event you breach this provision and offer or accept for hire any of Lessor employees, at any time during this service agreement, or within one hundred eighty (180) days after this service is terminated by either party, you will pay Lessor the sum of Twenty Thousand dollars ($20,000.00) for the employee so hired to compensate us for the loss in hiring and training said employee

13.  SECURITY DEPOSIT. You will maintain, at all times, a security deposit with us in an amount equal to one times the monthly service charge ~~plus a service retainer of $50.00~~ for a total security deposit of 100.00. We will bill you for any such additional security deposit as required

14.  Please sign this agreement and return it to the Suite Manager, together with payment, made payable to *5023 North Parkway Calabasas, LLC*:

         $100.00            First month's service charge (March)

         $100.00            Security deposit

         $100.00            Set up fee


         $300.00            **Total amount due**

Mail Service Agreement

- Page 4                                                    February 27, 2015

15.    EXHIBITS A – C ARE ATTACHED HERETO AND MADE A PART HEREOF

| LESSEE | LESSOR |
|---|---|
| Chargeback Armor, Inc | 5023 North Parkway Calabasas, LLC<br>A California limited liability company |

X:_____

Signature

X: _____

By:  TVP ASSET, INC., a California Corporation,
As Managing Agent for Lessor

X: _____

Print Name

Title:_____

_____2/27/15_____

Date

_____2/27/2015_____

Date

Mail Service Agreement

● Page 5                                                        February 27, 2015

## EXHIBIT A

### *Calabasas Executive Suites*
### *5023 North Parkway Calabasas, LLC*

Lessee Name: **Chargeback Armor, Inc**

#### EMERGENCY CONTACT INFORMATION

In case of emergency, please contact:

Boi Deuveni          818-667-0555          818 262 9999
Name                 Phone Number          Alternate Number

Relationship: _____

My residence phone and/or business phone (cell phone):

_____

My e-mail address:

Boi G chargebackarmor .com

* Lessee Signature: _____          date _____

## EXHIBIT B

Mail Service Agreement

● Page 6                                                February 27, 2015

## *Calabasas Executive Suites*
## *5023 North Parkway Calabasas, LLC*

### BILLING ADDRESS INSTRUCTIONS

Lessee Name: <u>Chargeback Armor, Inc</u>

Please use the following as my billing address for all rent payments and notices:

The suite address_____

Email Address: *Accounting G Chargebackarmor.com*

Other (as listed below);

_____

_____

### MAIL HANDLING INSTRUCTIONS
<u>Please list up to three (3) name(s) of company or individual for which mail will be accepted:</u>

1. *IVA rogix*

2. *Secured merchants*

3. *Alan Argoman (Avi), Doron Notted, michael costache*

*NOTE: Additional name(s) of company /individual are $25.00 each per month.*

Please accept the following types of items:

| | |
|---|---|
| ✓ Special Delivery | ✓ Registered Mail |
| ✓ Certified Mail | ✓ Federal Express |
| ✓ Postage Due | (or similar) |
| ✓ United Parcel Service | ✓ Messenger Delivery |

### ***PLEASE NOTE THAT WE <u>DO NOT</u> ACCEPT ANY C.O.D. ' S***

Special instructions not covered above: _____

_____

* Lessee Signature: _____          date _____

Mail Service Agreement

● Page 7

EXHIBIT C

*Calabasas Executive Suites*
*5023 North Parkway Calabasas, LLC*

## LOBBY DIRECTORY LISTING

To request a Lobby Directory Strip listing, please complete below.  Allow 2-3 weeks for delivery and installation.  Lobby Directory Strips Listings are $100.00 each.

Not to exceed 40 characters.

I understand that there is a $35.00 per month fee for the lobby listing to remain on the Directory.

Signature:

Date:

Mail Service Agreement

**EXHIBIT 365**

**To:**      Doron .[doron@doron.us]
**From:**    Avico Global
**Sent:**    Wed 8/7/2013 3:38:16 PM
**Importance:**     Normal
**Subject:**  Fwd: [US > Auravie Skincare ] Shipping - Potential Cost Savings
**MAIL_RECEIVED:**   Wed 8/7/2013 3:38:17 PM

Fyi

---------- Forwarded message ----------
From: "Alon | H.Being" <vigorect@gmail.com>
Date: Aug 7, 2013 10:35 PM
Subject: Fwd: [US > Auravie Skincare ] Shipping - Potential Cost Savings
To: "Xposed Inc" <xposedinc@gmail.com>, "Avi Argaman" <avicoglobal@gmail.com>
Cc:


From: **David Migdal** <reply-9b63895a668402e7c7b1c1d693308f0f@asana.com>
Date: Wed, Aug 7, 2013 at 10:31 AM
Subject: [US > Auravie Skincare ] Shipping - Potential Cost Savings
To: Alon N <vigorect@gmail.com>


                    **David Migdal added Alon N as a follower** 10:27AM on August 7



         **David Migdal**
         **General:**
         **First Class Mail - Average is 3.1 days to arrive.**
         **Priority Mail - Average is 2.7 days to arrive.**

         **Priority Mail has a 15oz limitation.**
         **If a First Class mailer is above 13oz's, it automatically gets bumped to Priority Mail Status.**
         **Our goal - Under 13 oz.**
    »
         **Once under 13oz.**
         **Out of the 8 zones the US postal service divides the country into. We could reach zones 1 through**
         **under 3 days. Pay $3.38 per order which includes Tracking.**
         **75% of customers would receive in 2 days.**
         **25% of customers would receive in 3 days.**

         **Further - Zones 5 & 6.**
         **For Zone 5 - 90% of customers would receive in 4 days.**


         9:58AM on August 7

                         **David Migdal added the description** 9:54AM on August 7

                **David Migdal added the name "Shipping - Potential Cost Savings"** 9:54AM on August 7

                    **David Migdal added to US > Auravie Skincare** 4:06PM on July 31



**Shipping - Potential Cost Savings**
Description
Evaluating if possible to go to First Class Mail for some customers, thereby paying only $3.38 per order as opposed to $5.50.

                         **367 - 1**                              **EXHIBIT 367**

| | |
|---|---|
| Projects | **US > Auravie Skincare** |
| Followers | **Alon N David Migdal Paul Medina Roi R** |

**Reply to this email to comment,** [view and edit](#) **(as Alon N) in Asana, or** [unfollow](#). You can also reply with "complete" to mark this task complete, or add a teammate to the "to" field to assign it to them.

**EXHIBIT 367**