| From: | Avico Global <avicoglobal@gmail.com> |
|---|---|
| Sent: | Wednesday, June 19, 2013 7:28 PM |
| To: | doron@securedcommerce.com |
| Subject: | Fwd: purchase order |
| Attachments: | OR-Purchase Order 7.docx; final presentation.pdf; OR-Purchase Order 10.docx; OR-Purchase Order.docx; OR-Purchase Order 4.docx; OR-Purchase Order 8.docx; OR-Purchase Order 9.docx |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Flagged |

PO from Oren


---------- Forwarded message ----------
From: Luzette Juliano <luzette@attitudeline.com>
Date: Tue, Jun 18, 2013 at 1:22 PM
Subject: purchase order
To: Avico Global <avicoglobal@gmail.com>
Cc: oren@attitudeline.com



Hi Avi,
How are you and good afternoon. Please see the attached purchase orders for Infini Skincare line.Please be informed that i will be sending you 3 more purchase orders later or tomorrow morning. Just waiting for the invoices: They
are as follows:
    Oded - collagen mask(no mud) and  hand renewal kit
    Shanghai Champion- cosmetic bag for nail kit
    China supplier   - wooden nail box for Hand Renewal
    China supplier   - magnet for the mask
    China supplier   - lip plummer bottle

Thank you. Avi, you can start the process. My clients are waiting since yesterday. I will look funny because they are asking when they can buy the INFINI products.



Luzette Juliano
Business Development Manager
Beauty Beyond Time Enterprises
www.attitudeline.com
Telephone N0.18187178852

**EXHIBIT 368**

# PURCHASE ORDER

*From : OR BEAUTY,225 Flamingo St. Woodland Hills Ca,*
*91364 USA*

*To    :  Bio AntiAging ltd./Dr. M. Burstein Ltd.*
*Genin Oded*
*Hataasia St.North Industrial Zone*
*Askelon 78109 P.O.Box 1043 ISRAEL*

| PURCHASE ORDER | PAYMENT TERM | DELIVERY/SHIPPING |
|---|---|---|
| IB-101 | Bank T/T | By OCEAN |

| QTY | ITEM # | DESCRIPTION | JOB # | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 200 liters | IBBRC-01 | BREAST CONTOUR | 101 | $95.87/liter | 19,180.00 |
| 250 liters | IBCL- 02 | CELLU LIGHT | 101 | $9.14/liter | 2,285.00 |
| 300 liters | IBBDC-03 | BODY CONTOUR | 101 | $3.21/liter | 963.00 |
| 20 liters | IBT   - 04 | TULIP | 101 | $184.03/liter | 3,680.00 |
| 200 liters | IBSM- 05 | STRETCH MARK | 101 | $15.35/liter | 3,070.00 |
| 500 liters | IBSCRM-06 | SILKY CREAM MASK HAIR REMOVAL( three different kinds) | 101 | $14.00/liter | 7,000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

|  |  |
|---|---|
| SUBTOTAL | $36,178.00 |
| SALES TAX | 0.00 |
| TOTAL | $36,178.00 |

Note : The minimum order of Breast Contour is 200 liters.
Breakdown – Or Beauty = 100 liters
Alon        = 100 liters

# PURCHASE ORDER

From: OR BEAUTY, 225 Flamingo St. Woodland
        Hills Ca, 91364 USA

To    : Grafipack
        Contact Person- Martin Ceballos

| PURCHASE ORDER# | PAYMENT TERM | DELIVERY /SHIPPING |
|---|---|---|
| IB-104 | CHECK | OFFICE ADDRESS |

| QTY | ITEM # | DESCRIPTION | JOB | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 15,000 pcs. | IB-104A | 75ml Tube  box | 104 | 0.28/pc. | 4,200.00 |
| 10,000 pcs. | IB-104B | 100 ml. Jar box | 104 | 0.50/pc. | 2,800.00 |
| 5,000 pcs. | IB-104C | 100  ml. Jar box | 104 | 0.28/pc. | 1,400.00 |
| 2,500 pcs. | IB-104D | 6 ml. box for lip plumper | 104 | 0.18/pc. | 450.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | SUBTOTAL | 8,850.00 |
|  |  |  |  | SALES TAX | 0.00 |
|  |  |  |  | TOTAL | 8,850.00 |

**EXHIBIT 368**

# PURCHASE ORDER

From: OR BEAUTY,225 Flamingo St. Woodland Hils
     Ca, 91364 USA

To  : Rise Cosmetic Packaging Co., Ltd.

NO.68 XiTou Lu,LuDong Industrial Zone,Shangyu City,Zhejiang Prov.
312300,China
Tel:+86-575-8212-1689,8208-2698 Fax: +86-575-8202-6036
Email:sales2@risepack.com,rise@vip.sohu.com

| PURCHASE ORDER # | PAYMENT TERM | DELIVERY /SHIPPING |
|---|---|---|
| IB-107 | Bank Transfer | By Ocean |

| QTY | ITEM # | DESCRIPTION | JOB# | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 3,000 pcs. | IB- 107 A | Acrylic Ball RH-65 2-in-1 jar | 107 | $ 1.38/pc. | 4,140.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | 4,140.00 |
| | | | | SALES TAX | 0.00 |
| | | | | TOTAL | 4,140.00 |

**EXHIBIT 368**

# PURCHASE ORDER

**From: OR BEAUTY,225 Flamingo St. Woodland Hils**
**Ca, 91364 USA**

**To   : Beauty Channel Korea**

**36-1,Samjung-Dong,Ojing-Gu,Bucheon-City,**

**Kyunggi Province, Korea**

**TEL : 82 32-624-0985**

**FAX : 82 32-624-0976**

| PURCHASE ORDER # | PAYMENT TERM | DELIVERY /SHIPPING |
|---|---|---|
| IB-108 | Bank Transfer | By Ocean |

| QTY | ITEM # | DESCRIPTION | JOB# | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 1,000 pcs. | IB- 108 A | Eye Lash Grower | 108 | $ 3.90 | 3,900.00 |
| 1,000 pcs. | IB- 108 B | Eye Brow Enhancer | 108 | $ 3.90 | 3,900.00 |
| | | with box | | $300.00 | 300.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | 8,100.00 |
| | | | | SALES TAX | 0.00 |
| | | | | TOTAL | 8,100.00 |

**EXHIBIT 368**

# PURCHASE ORDER

From: OR BEAUTY,225 Flamingo St. Woodland Hils
Ca, 91364 USA

To   : Xiamen Kangjlamei Cosmetic Packing Co.
Ltd.
6F, Water Building , No. 157 Lian Qian
West Road, Xiamen, China 361008
Contact Person -Linna

| PURCHASE ORDER # | PAYMENT TERM | DELIVERY /SHIPPING |
|---|---|---|
| IB-103 | Bank Transfer | By Ocean |

| QTY | ITEM # | DESCRIPTION | JOB# | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 15,000 pcs. | IB- 103 A | Plastic Glossy/Shinny look Flat Tube with flip top (75 ml/Stretch Mark/Silky Cream Mask Bikini & underarm/ Silky Cream Mask for face) | 103 | 0.25/pc. | 3,750.00 |
| 10,000  pcs. | IB-103 B | Plastic Glossy/Shinny look  Flat Tube with flip top (100 ml/Cellulight and Silky Cream Mask Body & Legs) | 103 | 0.25/pc. | 2,500.00 |
| 10,000 pcs. | IB-103 C | Plastic Glossy/Shinny look  Flat Tube with flip cap(( 50 ml./hand renewal) | 103 | 0.23/pc. | 2,300.00 |
| 10,000 pcs. | IB 103- D | Plastic Glossy/Shinny look Flat tube with flip cap(100ml /hand renewal) | 103 | 0.25/pc. | 2,500.00 |
| 10,000 pcs. | IB 103- E | Plastic Glossy/Shinny look Round Tube | 103 | 0.09/pc. | 900.00 |
| | | With screw cap( 4 ml./hand renewal) | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | SUBTOTAL | 11,950.00 |
| | | | | SALES TAX | 0.00 |
| | | | | TOTAL | 11,950.00 |

**EXHIBIT 368**

# PURCHASE ORDER

**From :** OR BEAUTY,225 Flamingo St. Woodland Hills Ca
91364 USA

*To     : Ningbo Ningyi Import Export Ningbo China
Room 423. No. 132 Renmin Road Ningbo
China
Contact Person- Julian Zhao*

| PURCHASE ORDER | PAYMENT TERM | DELIVERY/SHIPPING |
|---|---|---|
| IIB-102 | Bank T/T | By Ocean |

| QTY | ITEM # | DESCRIPTION | JOB# | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 5,000 pcs. | IB- 102A | 30ml glass jar with cap | 102 | $0.58/pc. | 2,900.00 |
| 5,000 pcs. | Ib-102 B | 50ml glass jar with cap | 102 | $0.64/pc. | 3,200.00 |
| 5,000 pcs. | IB-102 C | 40ml.glass bottle with cap | 102 | $0.76/pc. | 3,800.00 |
| 5,000 pcs. | IB-102 D | 120ml. glass bottle with cap | 102 | $0.68/pc. | 3,400.00 |
| 5,000 pcs. | IB-102 E | 100ml. glass jar  with cap | 102 | $0.76/pc. | 3,800.00 |
| 5,000 pcs. | IB-102 F | Plastic Jar w/ Cap/Body Butter 200 ml. | 102 | $0.46/pc. | 2,300.00 |
| 10,000 pcs. | IB-102 G | Plastic Jar with Cap /Salt Scrubs 200 ml. | 102 | $0.46/pc. | 4,600.00 |
| | | | | | |
| | | | | | |
| | | | | | |

|  | SUBTOTAL | 24,000.00 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | TOTAL | 24,000.00 |

**EXHIBIT 368**





# 3 DIMENSION BODY TREATMENT

**EXHIBIT 368**



"INFINI BEAUTY" Collagen infused products of non-surgical cosmetic and body contouring are today's life-changing body sculpting treatments.

The story begins with the new image of change in the industry, starting with clinically–proven, medically accepted ingredients and technologies overseen by scientist for proven result.

"INFINI BEAUTY" Age Intensive Face and Body Skincare products infused with "Collagen concentrate" designed to help keep skin at an optimal level of fitness. Innovative formulas are easily absorbed, repairing and rejuvenating skin, encouraging skin's own reparative abilities and optimizing vital defense from the inside out. INFINI BEAUTY' advance technology begin to work dramatically, replenishing moisture, smoothing skin and revealing a healthier, more radiant appearance. Each product is formulated with concentrated Collagen to address specific skin concerns due to natural aging and environmental factors, offering benefits to nourish, firm and elastic skin.

"INFINI BEAUTY" speaks to the heart of the brand with science –based skincare to deliver clinically- proven results.

**EXHIBIT 368**



## OUR CREATOR

Dr. Burstein is one of the leading scientists in natural personal care industry for over 30 years. Mostly for famous cosmetic brands in the world;  specialized in molecular chemistry and bio-technology, creating top high-end cosmetics; professional cosmetics and innovation of several patents in this field.

In the past 5 years, Dr. Burstein combined resources to create a new line of Non-surgical cosmetic and body contouring treatments, which will highly benefit customers alike all over the world. This is the first experiment of its kind, tested and approved by all international health authorities, and the results are presented to you, in our Infini Beauty a skincare product line, based on the secrets of ocean treasures - based exclusively on the rich rejuvenating minerals resources magical place.

The will to use non-surgical body treatments effectively in skincare products, taking advantage of the vast treasures of the ocean natural healing powers, we have found that the combination of selected plant collagen and the ocean benefits are the perfect solution to achieve the goal.

This combination led to the new approach in skincare "Infini Beauty ". A new concept that Dr. Burstein created is not only nourishing and moisturizing, but actually renewing, firming, tightening, protecting from environmental aggression, true anti aging, enrich the tissues with all the necessary fatty acids, essential fatty acids, minerals, vitamins and all the secrets that come from the ocean and combined natural ingredients.

Dr. Burstein's team is always ready to help and answer your questions about the products, and welcome your contact information.

EXHIBIT 368

# WHAT IS "INFINI BEAUTY"

Infini Beauty, is the secret to a life changing body sculpting treatments. Clinically tested for optimal benefits using proven active ingredients to deliver visible results without cosmetic surgery. Each product is science base - FDA approved, designed to treat specific skin condition. Dramatically Increase blood circulation and cellular metabolism while eliminating inflammation and toxic cellular wastes.

Infini Beauty Intensive Body Therapy, is known to be the best non-invasive treatment to a healthy and ageless skin.

## 3 "Infini Beauty" Intensive Body Therapy:

### ExStretch
**INTENSIVE STRETCH MARK REDUCTION THERAPY**
- Remove Stretch Marks
- Boost Collagen Production
- Restore Skin Elasticity
- Fade Purple & Red Discoloration
- Even Skin Tone
- Smoothe Deep Furrows & Stations

### 3D Body Contour
- Smooth Bumpy  Ueven Skin
- Improve Firmness & Texture
- Relieve Minor Muscle Aches & Pains
- Reshape Buttocks, Thighs & Abdomen
- Reshape Body after Pregnancy & Dieting
- Reduce Circumference of Problem Body Areas

### CelluLight
**CELLULITE REDUCTION THERAPY**
- Hydrate & Moisturizes
- Even Skin Tone
- Enhance Softness
- Improve Skin Firmness
- Improve Skin Texture
- Smooth Appearance of Fat & Cellulite



# ExStretch
### INTENSIVE STRETCH MARK REDUCTION THERAPY



## Delivers Visible-to-the-Naked- Eye Results!

INFINI BEAUTY **ExStretch** Intensive Stretch Mark Therapy is formulated with a series of clinically proven active ingredients that boost natural production of collagen and elastin where applied, thus improving skin's firmness, elasticity, texture and appearance and bringing balance to the dermal matrix, which in turn allows akin to begin healing, until stretch marks begin to visibly fade! The natural ingredients unique combination, protects the skin structure and activates the repairing process resulting in the reduction of the skin's inflammation. Leaving skin moisturized, nourished, soft and vivid.

**Uses:** Beginning & After Pregnancy. During & After Dieting.

**Directions:** Apply thin layer to desired area and massage in circular upward motion until fully absorbed. For best results use once or twice daily.





*"I used Infini Beauty ExStretch during and after my pregnancy and it truly helped keep me from many stretch marks and to smooth away the ones I did get!!! Plus it works awesome on my dry feet. I know crazy thought but it does!"*

**Sherry M., CA**

**EXHIBIT 368**

# GETTING RID OF STRETCH MARKS… ISN'T SUCH A STRETCH!

**INFINI**
B E A U T Y

The appearance of stretch marks depends on the color of your skin, they can start out pink, reddish brown, brown, or dark brown, and fade over time to a more silvery color. When they show up, it's best to treat them as early as possible. It is crucial to moisture. Skin becomes more pliant, more plasticized, and better able to Stretch when it's well hydrated.

Following is list of ingredients we've found that work to fight stretch marks:

**Wheat Germ Oil:** One recent study did find it helped improve stretch marks in their early phase.

**Glycolic Acid:** Glycolic Acid is an alpha hydroxy acid. It most likely works on stretch marks by boosting collagen production.

**Vitamin C:** Certain formulators of Vitamin C may also increase collagen production and help early -stage stretch marks. For maximum effect, combine with Glycolic Acid.

**Retinoids:** Retinoids have been shown to be fairly effective in increasing collagen and elastic production during the early stages. But you must avoid them if you're pregnant or nursing.

**Laser Treatment:** This very expensive treatment option is used by dermatologists.

*Most people are resigned to the fact that stretch marks are permanent and can't be fixed, but there are ways to treat them. Using INFINI BEAUTY ExStretch Intensive Stretch Mark Therapy daily will help to dramatically reduce these skin care concerns.*



**EXHIBIT 368**

# 3D BODY CONTOUR
**BODY FIRMING & TIGHTENING THERAPY**

**It Does a Body Beautiful!**

**INFINI BEAUTY Body Contour's** clinically proven formula is perfect at slimming and contouring problem areas. It is made with natural ingredients which help to stimulate collagen production, an important component for rebuilding and firming skin. Made with bio-technologically derived Micro Algae (Nannochloropsis-Oculata) this breakthrough therapy strengthens the Endo-Dermal system for immediate and long term improvement of skin firmness, texture and overall skin radiance. Legs, thighs, and buttocks are smooth and tight after just one use!

**Directions:** Apply thin layer on clean skin and massage in upward circular motion until full absorbance. For best results use once or twice daily.





*"I was a skeptic as I have tried too many creams that don't work. But, I was truly amazed how Infini Beauty Body Contour really made a noticeable improvement. It keeps my skin hydrated all day long and my legs have never look better or gotten more compliments. I recommend it. Thanks Infini Beauty "*

**Diana F. ,NJ**

**EXHIBIT 368**

# The Art of BODY SHAPING

**INFINI**
**B E A U T Y**

Body Contouring & Sculpting products that fight stretch marks, cellulite and offer slimming effects have significantly improved the appearance of problem skin and body contour issues. Many times , cellulite or body contour creams did not perform well for some women, only because the preparation and after care recommendations were not met. In order for you to receive the maximum results from using our Infini Beauty Body ConfidenceTreatments. It is important to understand how to use them and when to use them.

*STEP ONE - PREPARATION*
Before using our products, you must exfoliate. This way, we are closer to the skin's surface where the ingredients from the products can penetrate the skin. Dry body brushing is one of the cheapest and most effective methods of stimulating circulation, which Is essential for normal body function. If your circulation is impaired, insufficient oxygen and nutrients are delivered to the cell, toxins are not removed efficiently and lymph fluid is not drained correctly. All this encourages fat and toxin build-up. When body brushing, brush firmly towards the heart, but be careful if you have any problem open wounds or other skin abrasions.

*STEP TWO - AFTERCARE*
Slimming and body contour products need time to soak in and allow the ingredients to penetrate the skin. Apply them when you can block out a time period of 5-10 minutes, where you don't put on clothes afterwards, so the clothing will not soak up the cream or lotion applied. Now that you have what you need to know about preparation and aftercare, you can jump in and indulge with our recommended body contour and slimming products.



INFINI
B E A U T Y

3D BODY
COUNTOUR
BODY FIRMING
AND TIGHTENING
THERAPY

ALL SKIN TYPES

4oz. 120ml

**EXHIBIT 368**

# CELLULIGHT
## CELLULITE REDUCTION THERAPY



- Significantly improves the skin texture and appearance
- Improves all visible aesthetic signs of cellulite
- Reduces the "Orange Peel" texture
- Promotes reduction of the fat mass while helping thin mass development.
- Improves sport performance.
- Cellulite reduction increases gradually during the treatment periods.

For best results read the attached Anti Aging & Life Style brochure.

**Instructions for use:** Apply a thin layer with firmed circle motions until fully absorbed.

**Formulated without:** Formalin, Formaldehyde, Paraben, Phthalates, Petro-chemicals, GMO, Triclosan



BEFORE    AFTER



*"I have used countless anti-cellulite products, many of which were very costly and none produced results significant enough to talk about. Infini Beauty CelluLight is the only product that I have used that really works.*
*I used it for a week and it showed significant result. Now, I use it daily to maintain my skin in elastic condition."*

**Anna D., NY**

# CELLULIGHT



We can take control of cellulite with a few lifestyle changes. If you are devoted to making changes, you should see a dramatic transformation in your skin condition, especially cellulite prone areas after using our therapies for just a few weeks. Following are our expert tips to help you on your way!

*VITAMINS:* Recent studies have proven that our skin needs daily vitamins, whether you take it orally or use it topically. Dr. Karen Burke, a New York dermatologist, recommends taking 1 to 6g of Vitamin C daily and 400 IU of natural Vitamin E.

*FOODS:* Eat plenty of fresh foods such as fruits, vegetables, nuts, seeds, whole grains, fish, olive oil, yogurt, eggs and fresh herbs and spices. Avoid sugar and processed foods. Eliminate margarines, TV dinners and canned foods from your diet.

*LEMON DETOX RECIPE:* I recommend drinking this healthy mixture in the morning one hour before breakfast (2-3 weekly). Just combine 2 tablespoons of freshly squeezed lemon, 2 tablespoons of natural maple syrup, and one-tenth of a teaspoon of cayenne pepper. Mix in 8 ounce of fresh spring water and drink up. By drinking this recipe you will be getting vitamins and spices known to target cellulite and other skin conditions.





EXHIBIT 368

# 3D BREAST CONTOUR
FULL CURVE BREAST FIRMING & FORMING

**INFINI**
B E A U T Y

This unique active sculpting, reconstructing and firming cream; scientifically works on the skin's layers; creating firmness and volume. Powerful Anti Wrinkle activity while enhancing swelling and volume of the Epidermis layer to diminish wrinkles.

**Totally safe and user friendly.**

**Contains the best nourishing oils:** Apricot, Shea butter, Jojoba, Evening Primrose, Borage, Oblipicha, Fennel, orange. Rich with Vitamin E, Aloe Vera and plant extracts: Green Tea, Beet, Orange and Rice.

**Target customers:** Genetic predisposition (small bust), Yo – Yo dieting, Post – pregnancy, Post – breastfeeding, Aging.

Strong firming activity – Keep-fit for fibroblasts and creates matrix meshing and healthy extra-cellular matrix, by restoring the contractile bio-mechanical of fibroplasts it guarantees collagen construction.

**Creates elasticity**: Works on every level of the skin and creates faster cells renewal.

**Increases volume:** Restoration of pre-adlpocyte differentiation; limiting their degeneration and therefore increases significantly the 3Dimension of the dermal tissues and increases plumping.

**Instructions:** Apply a thin layer on the breast with circle motions and wait for full absorbance. To be applied twice daily. It is recommended to use the product for minimum 60 days.

**Formulated without:**
Formalin, Formaldehyde, Parabens, Phthalates, Petro-chemicals, GMO, Hormones, Triclosan, Colors



**EXHIBIT 368**



# 3D BREAST CONTOUR
**FULL CURVE BREAST FIRMING & FORMING**

Clinical results – The trial (Double blind with placebo controlled) was conducted on 40 women (average age of 26). The product was applied for 48 days – twice daily.

On 79% of the participants; 3D Infini Beauty Breast Contour cream significantly increased breast size/volume versus placebo as much as 1 cup size – i.e 15% (from A to B).

On 93% of the participants 3D Infini Beauty Breast Contour cream significantly increased firming and elasticity plus the Epidermal + Dermal layer was thickened more than 5%.





**EXHIBIT 368**

# SILKY MUD MASK HAIR REMOVAL



### Facial Hair Removal



Silky Mud Mask has been especially developed for the removal of unwanted facial hair. The facial skin requires a product with mild effects and needs to be treated with extremely soft and deeply nourishing ingredients. Silky Mud Mask 'Facial Hair Removal has been specifically tailored to this need and can depilate effectively and quickly, is nourishing and will give the skin a healthy glow, full of vitality.

**Directions:** To achieve the best results when using Silky Mud Mask Facial Hair Removal, only use the product on the face. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.

### Bikini Line Hair Removal



A beneficial silky mud with well balanced ingredients, especially intended for underarms and bikini lines. An easy and relaxing way of completely looking after those intimate areas. The rich in mineral mud will remove all the unwanted hair in a matter of minutes and will give you carefree freedom in return!

**Direction:** To achieve the best results when using Silky Mud Mask, only use the product on the underarms and bikini line. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.

### Body & Legs Hair Removal



The Silky Mud Mask is suitable for hair removal from stubborn focus zones like the arms, back, chest and legs. It is gentle and suitable for men and women. Silky mud mask doesn't just depilate, but the moisturizing mud also pampers the mind, nourishes your skin and will also make your skin feel silky soft.

To achieve the best results when using Silky Mud Mask, only use the product on the arms, back, chest and legs. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.

**EXHIBIT 368**

# TULIP

LIP PLUMPER



## For a Better Kiss

- Redesigns & Reshapes your lips within 15 days of use.
- Increases hydration up to 30%
- Reduces lip wrinkles & furrows by 30%
- Enhances and plumps
- Restores your total lip volume
- Long lasting activity
- Clinically Approved

**Instructions:** Apply a thin layer to your lips; do not use the product more than 3 times daily.

**Formulated without:**
- Formalin
- Formaldehyde
- Paraben
- Phthalates
- Petro-chemicals
- GMO
- Triclosan
- Colors





**EXHIBIT 368**

# EYE LASHES MAXIMIZER



Clinically tested, non-irritating lash enlarger completely transforms your lashes. If you desire a lash line that looks thick, long and full. Infini Beauty is the formula for you. Free from side effects for contact lenses and sensitive eyes. Optimal results seen in 30 days when used as directed,  with some reporting results in as little as 7 days.

Apply once per day in the evening to the upper lash line. Keep in mind that only a small amount of  product is necessary for each application, so please use sparingly.

Apply with applicator brush, in a thin line, along upper lash line only at the root area (as though you are applying eyeliner).

**Formulated without:**
• Formalin
• Formaldehyde
• Parabens
• Phthalates
• Petro-chemicals
• GMO
• Triclosan
• Colors





**EXHIBIT 368**

# EYEBROW ENHANCER

**THICKER AND FULLER BROWS**



Clinically tested, non-irritating eyebrow enhancer completely transforms your brows. If you desire a brow that looks thick, and full Infini Beauty eyebrow enhancer is the formula for you. Optimal results seen in 30 days when used as directed, with some reporting results in as little as 7 days.

Apply once per day in the evening to the brow line. Keep in mind that only a small amount of product is necessary for each application, so please use sparingly. Apply with applicator brush, in a thin line, along upper brow line only at the root area.

**Formulated without:**
- Formalin
- Formaldehyde
- Parabens
- Phthalates
- Petro-chemicals
- GMO
- Triclosan
- Colors





# HANDS RENEWAL

**IT'S WITHIN YOUR REACH!**



With Hands Renewal you will finally look at your hands and feel young again. Hands Renewal is dedicated to renew your back hand's skin. Completely new skin Powerful tightening and firming Diminishes Age and Sun Spots (Photo-Aging). All it takes is to follow the instructions; and your hands will have beautiful, smooth, young skin again.

**The Kit Contains**
1. Hands Renewal Peeling
2. Age and Sun Spot Peeling
3. Ultima White; a Powerful Whitening Cream
4. Restorative Hand Cream
5. Sun Screen Cream SPF 35

**Formulated without:**
• Formalin
• Formaldehyde
• Paraben
• Phthalates
• Petro-chemicals
• GMO
• Triclosan
• Colors



**EXHIBIT 368**



# INTENSIVE ANTI-AGING TREATMENT



INTENSIVE ANTI-AGING
MOISTURIZER

3 DIMENSION BODY TREATMENT

1.75oz. 50ml



REFINING COMPLEX
FACIAL PEEL

3 DIMENSION BODY TREATMENT

1.75oz. 50ml



BIO-COLLAGEN
EYE CREAM

3 DIMENSION BODY TREATMENT

1.75oz. 50ml



BIO-COLLAGEN
FACE MASK

3 DIMENSION BODY TREATMENT

1.75oz. 50ml

**EXHIBIT 368**





Ecological cosmetics laboratory;
conducts research & development;
founded by Dr. Burstein.

    

   

ISO 9001:2000 GUIDE  •  REACH SAFETY OF CHEMICALS • EUROPEAN DIRECTIVES FOR COSMETICS • DR. DUKE'S PHYTOCHEMICAL

**EXHIBIT 368**