**To:**       Paul Medina[paul@mediaurge.com]
**Cc:**       Alon N[alon@mediaurge.com]; Roi R[roi@pinlogistics.com]; Tyler Reitenbach[treitenbach@pinlogistics.com]
**From:**     Avico Global
**Sent:**     Thur 10/24/2013 5:14:07 PM
**Importance:**        Normal
**Subject:**  Re: Shipping weight changed to 13 Ounces for Auravie only
**MAIL_RECEIVED:**  Thur 10/24/2013 5:39:58 PM

OK
Thanks for info .. I will make sure it works and get back to you ...

AA

On Thu, Oct 24, 2013 at 2:12 PM, Paul Medina <paul@mediaurge.com> wrote:

Avi,
I have made the changes to all product ids to 13 ounces, please verify on your end this is done and shipping labels are at the new lower costs.

Also let me know what is an avg cost for these 13 ounces so we can have an idea for cost projections on shipping.

Thanks,

--
Paul B. Medina
Executive Vice President

Mobile:▮▮▮▮ | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:▮▮▮▮ Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/



Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**To:**        Alon | Mediaurge[alon@mediaurge.com]
**Cc:**        Global Media[globalmediausa@gmail.com]
**From:**    David Davidian, CPA
**Sent:**    Tue 5/27/2014 1:07:40 PM
**Importance:**    Normal
**Subject:**    Media Urge Inc
**MAIL_RECEIVED:**    Tue 5/27/2014 1:07:50 PM

Articles of Incorporation-MEDIAURGE.pdf
Bylaws - Media Urge Inc.doc
Bylaws - Media Urge Inc.pdf
Stock Cer_1_R Ohana.pdf
Stock Cert_2_IPOINT VISION LLC.pdf
Stock Transfer Ledger.pdf

Alon,

Attached please find the corporate documents for Media Urge, Inc.

Sincerely,
*Z. David Davidian, CPA*
## Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

        **EXHIBIT 374**

**To:**      Global Media[globalmediausa@gmail.com]
**From:**   Leor Arazy
**Sent:**    Mon 11/18/2013 4:59:28 PM
**Importance:**      Normal
**Subject:**  Fwd: Workers Compensation Premium Audit
**MAIL_RECEIVED:**   Mon 11/18/2013 4:59:33 PM
W.C. premium audit request.pdf

Hey,
Attached is the workers comp premium audit that i have to cooperate with. Its a final audit and all policy holders have to do it.

I asked about the cash disbursement journal, he said to not worry about that.

But I do need to send in the payroll registers, DE9's and 1099's. Please see the list attached,

Lets discuss when you have a chance.

Thanks,
Leor

---------- Forwarded message ----------
From: **Leor Arazy** <leor@pinlogistics.com>
Date: Mon, Nov 18, 2013 at 12:33 PM
Subject: Re: Workers Compensation Premium Audit
To: Douglas Flanagan <douglas@eichbergassociates.com>


Attached is the request I received in the mail from BHHC insurances
Thank you for your help
Leor


On Mon, Nov 18, 2013 at 12:28 PM, Leor Arazy <leor@pinlogistics.com> wrote:

  ok.


On Mon, Nov 18, 2013 at 12:30 PM, Douglas Flanagan <douglas@eichbergassociates.com> wrote:

  Hi Leor, please send me the request?



                                 **EXHIBIT 376**

**From:** Leor Arazy [mailto:leor@pinlogistics.com]
**Sent:** Monday, November 18, 2013 12:19 PM
**To:** Douglas Flanagan
**Subject:** Workers Compensation Premium Audit


Hello Douglas,


I received a request for a cash disbursement journals for the workers compensation premium audit, what does that mean exactly??


Thanks,

Leor




**Human Resources Department - Pinnacle Logistics Inc.**

**Direct:** 866 216-9336 **| E-Mail:** HR@pinlogistics.com

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects.




**Human Resources Department - Pinnacle Logistics Inc.**
**Direct:** 866 216-9336 **| E-Mail:** HR@pinlogistics.com

This e-mail message may contain confidential, proprietary or legally privileged information. It should not be used by anyone who is not the original intended recipient.  If you have erroneously received this message, please delete it immediately and notify the sender.  The recipient acknowledges that Pinnacle Logistics Inc. is unable to exercise control or ensure or guarantee the integrity of/over the contents of the information contained in e-mail transmission and further acknowledges that any views expressed in this message shall be implied or assumed unless the sender does so expressly with due authority of Pinnacle Logistics Inc. before opening any attachments please check them for viruses and defects.

**To:**       Doron[xposedinc@gmail.com]
**From:**     Alon | Mediaurge
**Sent:**     Fri 3/29/2013 3:53:43 PM
**Importance:**          Normal
**Subject:**   Fwd: Upping Our Cap...
**MAIL_RECEIVED:**    Fri 3/29/2013 3:53:54 PM


Alon.MediaUrge.Mobile


Begin forwarded message:


**From:** chris pink <chris@w4.com>
**Date:** March 29, 2013, 12:27:56 PM PDT
**To:** Joseph Cucurillo <joe@mediaurge.com>, jared klein <jared@w4.com>
**Cc:** nastassia@mediaurge.com, paul@mediaurge.com, "Alon | MediaUrge" <alon@mediaurge.com>, adam@w4.com
**Subject: RE: Upping Our Cap...**


Hey Joe – Thanks for the intro.


Per our conversation, I am trying to get your cap raised for Auravie.  My acct dept said that the refs were good but the bank balance was a little too low to give more than 25k.


With that being said, I can raise it two possible ways:


1)     Signed PG

2)     Higher bank balance


Is a PG possible?  If not, then is there another bank acct we can check with a higher balance?  As of now, we cant really work with a credit card.


Please let me know if there is anything we can do.  Thanks!


. . .

**Chris Pink**

business development director

(213) 908-2191: direct

310.496.2012 : fax

 : aim

: skype

**w4** [www.W4.com](http://www.W4.com)



---

**From:** Joseph Cucurillo [mailto:joe@mediaurge.com]
**Sent:** Friday, March 29, 2013 11:37 AM
**To:** chris@w4.com; jared@w4.com
**Cc:** nastassia@mediaurge.com; paul@mediaurge.com; Alon | MediaUrge
**Subject:** Upping Our Cap...


Hey Chris,


I just wanted to loop everyone in on this….. We definitely love working with W4 and want as much traffic as you can provide. As I mentioned on the phone we can pay faster via CC no problem.


I am also open to any other ideas as well…. Let's get you guys doing 100 a day consistently….. If you can bump it to at least 50K that would cover 100 sales a day @ Weekly Net 5 perfectly…


Joseph Cucurillo
Director of Media | MediaUrge
skype:
direct: 619.251.5219
email: joe@mediaurge.com

**To:**      Doron[doron@doron.us]
**From:**    Paul Medina
**Sent:**    Thur 10/17/2013 1:34:11 PM
**Importance:**      Normal
**Subject:**   Fwd: Current Merchant account info
**MAIL_RECEIVED:**   Thur 10/17/2013 1:34:33 PM
Merchant Account Information.xls

--------- Forwarded message ----------
From: Paul Medina <paul@mediaurge.com>
Date: Wed, Oct 16, 2013 at 11:52 AM
Subject: Current Merchant account info
To: Alon N <vigorect@gmail.com>


Alon,

Please see attached, you will see 3 tabs at the bottom.

Regards,

--
Paul B. Medina
Executive Vice President

Mobile███████████| Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:███████████ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/



Further, this message is intended only for the designated recipient.
It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail
and delete this message. Thank you.



--
Paul B. Medina
Executive Vice President

Mobile███████████| Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype:███████████ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/



Further, this message is intended only for the designated recipient.
It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail
and delete this message. Thank you.

| | |
|---|---|
| **Cc:** | doron@doron.us[doron@doron.us] |
| **To:** | Alon | MediaUrge[alon@mediaurge.com] |
| **From:** | Gary Bhasin |
| **Sent:** | Thur 9/4/2014 11:33:54 AM |
| **Importance:** | Normal |
| **Subject:** | Re: Hi |
| **MAIL_RECEIVED:** | Thur 9/4/2014 11:33:58 AM |

Alon,
Thanks for the details.I am sure you both are very smart and have been measuring results. My point was High Risk business should have high profit margins and if there's a thin line between profit and loss,it has to be monitored tediously .

Well, glad to know that we are on same page on working together.I have certain hours of a day that i can devote towards your business.I am not only bringing in reporting but along with that comes my C-Suite executive experience, handling all aspects of the business from call center management to online campaign management, Financial reporting and optimization of the entire process .I can bring an outside prospective which will strengthen your business model.

Now, regarding compensation let me know what number you guys are comfortable with and if reasonable ,i will consider that you sure.

Looking forward to working with you.

Regards
Gary Bhasin

On Sep 3, 2014, at 3:31 PM, Alon | MediaUrge <alon@mediaurge.com> wrote:

> Thanks for your mail.
> We have been measuring detailed metrics for the last three years with a very deep level of reporting.
>
> Actually, we have completely automated our internal CRM, and other proprietary intellectual software in order to monetize and measure on an hourly refresh basis.
>
> I would love to share with you the technology that we have spent a long time building derived directly out of the need from the call center, fulfillment center, and marketing side.
>
> There were many other reasons for shutting down the US model, but I would love to share some financial insight with you and see how you can help me forecast better...
>
> I really need your help, the problem is is that the quotation you gave me in order to review and analyze our financials was too high for what I can afford... Is there anyway that we can get together and come up with a part-time position for you as anyway you don't live locally and you're going to be working remotely ... all I need is a few hours a day from you not a full-time position...
> Please communicate with me so we can have further discussions on how we can reconnect and help each other...  I look forward to working with you...
>
> C u soon
>
> On Tuesday, August 26, 2014, Gary Bhasin <gary@ctqtech.com> wrote:
>
>> Hi Doron,
>>
>> It was pleasure meeting you last week . Missed connecting with Alon but it was nice talking with him on the phone :)
>>
>> It's unfortunate that you are closing down the operations of Auravie.I saw that coming as the profitability margin was very very thin about 7%(that too based on the numbers that were given).If chargebacks hit 5-10% more ,business is in Red .I assume that's what happened.Because of cash coming in frequently ,business saw money sitting

385 - 1                                                                                   **EXHIBIT 385**

in bank which seems profit but after you amount the chargebacks,the business is actual loss.

During my work experience i have learnt one thing that if you cannot measure all aspects of your business don't run it.If you are going to start any new project please do measure the results and monitor them on daily ,weekly,monthly and quarterly basis.

Just wanted to let you know that I am here for friends and if i can be of any assistance ,do let me know.

Thanks

Gary Bhasin

--

Best Regards,

Alon **Nottea**
Rainmaker | MediaUrge
skype: ▮▮▮▮▮
email: alon@mediaurge.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**To:**        doron@securedcommerce.com[doron@securedcommerce.com]
**From:**    Avico Global
**Sent:**      Tue 3/25/2014 5:48:26 PM
**Importance:**    Normal
**Subject:**   Wire Information TeleStar
**MAIL_RECEIVED:**   Tue 3/25/2014 5:48:32 PM
Wire_Telestar_Current.docx

Doron please check with bank about delay ... below info might help you
>
> Please find attachment for the updated wire transfer.
>
> the difference in the wire transfer is as follows as in first half the bank address is changed
>
> Bank Account Type
>
> Current
>
> Bank Country
>
> India
>
> SWIFT Code
>
> HDFCINBB
>
> IFSC Code
>
> HDFC0001307
>
> Bank Address
>
> SCO 55 Phase 7
>
> Bank Address 2
>
>
> Bank City
>
> Mohali
>
> Bank Province
>
> Punjab
>
> Bank Postal Code
>
> 160055
>
>
> previously it was like this as shown below
>
> Bank Account Type
>
> Current
>
> Bank Country

**EXHIBIT 386**

>
> India
>
> SWIFT Code
>
> HDFCINBB
>
> IFSC Code
>
> HDFC0000161
>
> Bank Address
>
> HDFC Bank House 1st FL
>
> Bank Address 2
>
> Senapati Bapat Marg Lower Parel
>
> Bank City
>
> Mumbai
>
> Bank Province
>
> Maharastra
>
> Bank Postal Code
>
> 400001
>
>
>
> rest everything is same ..  and in the attachment

**EXHIBIT 386**

| | |
|---|---|
| **From:** | Davidian and Associates <Suzie@lacpa.com> |
| **Sent:** | Thursday, February 13, 2014 7:00 PM |
| **To:** | globalmediausa@gmail.com |
| **Cc:** | David Davidian |
| **Subject:** | SBM payroll 02.14.2014 |
| **Attachments:** | _Payroll_Rpt1.pdf; pay-stub.pdf |

Sincerely,
Suzie J.
Davidian & Associates
Certified Public Accountants
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**EXHIBIT 391**

# Payroll Register

**SBM MANAGEMENT, INC**
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

Feb 14 - Feb 14, 2014

## Payroll Details

| Employee | | Check Info | | | | | Payroll Details | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | SDI | Direct Deposit | Net Pay |
| ROBERT W STAYNER | ****-**-4400 | 02/01/14 | 02/14/14 | 02/14/14 | | - | 1,583.00 | -155.00 | -98.15 | -22.95 | - | -38.06 | -15.83 | -1,253.01 | - |
| **Company Totals** | | | | | | - | **1,583.00** | **-155.00** | **-98.15** | **-22.95** | **-** | **-38.06** | **-15.83** | **-1,253.01** | **-** |

**Payroll Register**
**391 - 2**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

# Paycheck Detail Report

## Paychecks Dated Feb 14, 2014

**ROBERT W STAYNER**  ****-**-4400  Pay Period: Feb 1 - Feb 14, 2014

### Earnings

| Earnings Item | Hours | Current | YTD |
|---|---|---|---|
| Salary | - | 1,583.00 | 4,749.00 |
| **Total Earnings** | **-** | **1,583.00** | **4,749.00** |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Withholding | -155.00 | -465.00 |
| Social Security Employee | -98.15 | -294.44 |
| Medicare Employee | -22.95 | -68.86 |
| Medicare Employee Addl Tax | - | - |
| CA - Withholding | -38.06 | -114.18 |
| CA - Disability | -15.83 | -47.49 |
| **Total Taxes** | **-329.99** | **-989.97** |

### Other Additions/Deductions — Chk # (none)

| Item | Current | YTD |
|---|---|---|
| Direct Deposit | -1,253.01 | -3,759.03 |
| **Total Other** | **-1,253.01** | **-3,759.03** |
| **Net Pay** | **-** | |

### Company Taxes & Contributions

| Item | Current | YTD |
|---|---|---|
| Social Security Company | 98.15 | 294.44 |
| Medicare Company | 22.95 | 68.86 |
| Federal Unemployment | 9.49 | 28.49 |
| CA - Unemployment | 53.83 | 161.47 |
| CA - Employment Training Tax | 1.58 | 4.75 |
| **Total Company** | **186.00** | **558.01** |

## Company Totals Feb 14, 2014

Employee Count: 1  Check Count: 1

| Earnings Item | Hours | Current | YTD |
|---|---|---|---|
| Salary | - | 1,583.00 | 9,749.00 |
| **Total Earnings** | **-** | **1,583.00** | **9,749.00** |

| Tax | Current | YTD |
|---|---|---|
| Federal Withholding | -155.00 | -465.00 |
| Social Security Employee | -98.15 | -604.44 |
| Medicare Employee | -22.95 | -141.36 |
| Medicare Employee Addl Tax | - | - |
| CA - Withholding | -38.06 | -114.18 |
| CA - Disability | -15.83 | -97.49 |
| **Total Taxes** | **-329.99** | **-1,422.47** |

| Item | Current | YTD |
|---|---|---|
| Direct Deposit | -1,253.01 | -3,759.03 |
| **Total Other** | **-1,253.01** | **-3,759.03** |
| **Net Pay** | **-** | **4,567.50** |

| Item | Current | YTD |
|---|---|---|
| Social Security Company | 98.15 | 604.44 |
| Medicare Company | 22.95 | 141.36 |
| Federal Unemployment | 9.49 | 58.49 |
| CA - Unemployment | 53.83 | 331.47 |
| CA - Employment Training Tax | 1.58 | 9.75 |
| **Total Company** | **186.00** | **1,145.51** |

**Paycheck Detail Report**

391 - 3

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

# Payroll Expense Summary

Feb 14 - Feb 14, 2014

| Summary | | % Earn |
|---|---|---|
| Earnings Expense | 1,583 | 100% |
| Company Tax Expense | 186 | 12% |
| Benefit Expense | - | 0% |
| **Total Expenses** | **1,769** | **112%** |

| Earnings Details | | % |
|---|---|---|
| Salary | 1,583 | 100% |
| **Total Earnings** | **1,583** | **100%** |

| Company Tax Details | | % |
|---|---|---|
| Social Security Company | 98 | 53% |
| CA - Unemployment | 54 | 29% |
| Medicare Company | 23 | 12% |
| Federal Unemployment | 9 | 5% |
| CA - Employment Training Tax | 2 | 1% |
| **Total Company Taxes** | **186** | **100%** |

| Benefit Details | |
|---|---|
| **Total Benefits** | **-** |

| Employee Details | | | | | | |
|---|---|---|---|---|---|---|
| Name | Earnings | % | Co Taxes | % | Benefits | % | Ttl Exp | % |
| ROBERT W STAYNER | 1,583 | 100% | 186 | 100% | - | 0% | 1,769 | 100% |
| **Totals** | **1,583** | | **186** | | **-** | | **1,769** | |

Payroll Expense Summary
391 - 4

Feb 14 - Feb 14, 2014
**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## Employee YTD Summary

### Feb 14 - Feb 14, 2014 (last pay on Feb 14)

| Employee | Period | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | SDI | Other | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROBERT W STAYNER** | MTD | - | 1,583.00 | -155.00 | -98.15 | -22.95 | - | -38.06 | -15.83 | -1,253.01 | - |
| ***-**-4400 | QTD | - | 4,749.00 | -465.00 | -294.44 | -68.86 | - | -114.18 | -47.49 | -3,759.03 | - |
| | YTD | - | 4,749.00 | -465.00 | -294.44 | -68.86 | - | -114.18 | -47.49 | -3,759.03 | - |
| **STEPHAN BAUER** | MTD | - | 2,500.00 | - | -155.00 | -36.25 | - | - | -25.00 | - | 2,283.75 |
| ***-**-1320 | QTD | - | 5,000.00 | - | -310.00 | -72.50 | - | - | -50.00 | - | 4,567.50 |
| | YTD | - | 5,000.00 | - | -310.00 | -72.50 | - | - | -50.00 | - | 4,567.50 |
| **Company Totals** | MTD | - | 4,083.00 | -155.00 | -253.15 | -59.20 | - | -38.06 | -40.83 | -1,253.01 | 2,283.75 |
| | QTD | - | 9,749.00 | -465.00 | -604.44 | -141.36 | - | -114.18 | -97.49 | -3,759.03 | 4,567.50 |
| | YTD | - | 9,749.00 | -465.00 | -604.44 | -141.36 | - | -114.18 | -97.49 | -3,759.03 | 4,567.50 |

**Employee YTD Summary**
**391 - 5**

Feb 14 - Feb 14, 2014
**EXHIBIT 391**

# Employee Cost Comparison

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

**ROBERT W STAYNER**   ****-**-4400

| | Prior Period<br>Feb 14 - Feb 14, 2013 | | | This Period<br>Feb 14 - Feb 14, 2014 | | | Period/Period Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Earnings | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| Salary | - | - | - | | 1,583.00 | | - | | 1,583.00 | | - |
| *Employer Tax Expenses* | | | | | | | | | | |
| Social Security Company | | - | | | 98.15 | | | | 98.15 | |
| Medicare Company | | - | | | 22.95 | | | | 22.95 | |
| Federal Unemployment | | - | | | 9.49 | | | | 9.49 | |
| CA - Unemployment | | - | | | 53.83 | | | | 53.83 | |
| CA - Employment Training Tax | | - | | | 1.58 | | | | 1.58 | |
| | | | | | **186.00** | | | | **186.00** | |
| **Total Employer Expense** | | **-** | | | **1,769.00** | | | | **1,769.00** | |

**Employee Cost Comparison**
391 - 6

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## Employee Cost Comparison

| | Prior Period Feb 14 - Feb 14, 2013 | | | This Period Feb 14 - Feb 14, 2014 | | | Period/Period Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| **Company Totals** | | | | | | | | | | |
| *Earnings* | | | | | | | | | | |
| Salary | - | - | - | - | 1,583.00 | | - | | 1,583.00 | | - |
| *Employer Tax Expenses* | | | | | | | | | | |
| Social Security Company | | - | | | 98.15 | | | | 98.15 | |
| Medicare Company | | - | | | 22.95 | | | | 22.95 | |
| Federal Unemployment | | - | | | 9.49 | | | | 9.49 | |
| CA - Unemployment | | - | | | 53.83 | | | | 53.83 | |
| CA - Employment Training Tax | | - | | | 1.58 | | | | 1.58 | |
| | | - | | | **186.00** | | | | **186.00** | |
| **Total Employer Expense** | | - | | | 1,769.00 | | | | 1,769.00 | |

Employee Cost Comparison
391 - 7

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014
**EXHIBIT 391**

**SBM MANAGEMENT, INC**
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## 941 Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

| Wages & Accrued Taxes | | Federal W/H | | AEIC | | Social Security | | Medicare | | Medicare Addl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payroll Date | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Total Tax |
| | 02/14/2014 | 1,583.00 | 155.00 | - | - | 1,583.00 | 196.30 | 1,583.00 | 45.90 | - | - | 397.20 |
| **Total Wages & Accrued Taxes** | | **1,583.00** | **155.00** | **-** | **-** | **1,583.00** | **196.30** | **1,583.00** | **45.90** | **-** | **-** | **397.20** |

| Tax Payments | | Federal W/H | AEIC | Social Security | Medicare | Medicare Addl | |
|---|---|---|---|---|---|---|---|
| Paid to | Check Date   Payroll Date | Amount | Amount | Amount | Amount | Amount | Total Tax |
| **Total Tax Payments** | | | | | | | |

| Unpaid Tax Liability | 155.00 | - | 196.30 | 45.90 | - | 397.20 |
|---|---|---|---|---|---|---|

**Federal 941 Tax Summary** | **45-5471765**
---|---
Payment Amount Due | 397.20
001 Social Security | 196.30
002 Medicare & Medicare Addl | 45.90
003 Tax Withholding | 155.00

**Payroll Liabilities and Payments**
**391 - 8**

Feb 14 - Feb 14, 2014
**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## 940 Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

**Wages & Accrued Taxes**

| | Payroll Date | FUTA Wagebase | Amount |
|---|---|---|---|
| | 02/14/2014 | 1,583.00 | 9.49 |
| **Total Wages & Accrued Taxes** | | **1,583.00** | **9.49** |

**Tax Payments**

| Paid to | Check Date | Payroll Date | FUTA Amount |
|---|---|---|---|
| **Total Tax Payments** | | | |
| **Unpaid Tax Liability** | | | **9.49** |

Page 8 of 9

**Payroll Liabilities and Payments**

**391 - 9**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## State Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

| Wages & Accrued Taxes | | | State W/H | | State UI | | State Disability | | Other Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payroll Date | State | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Total Tax |
| | 02/14/2014 | CA | 1,583.00 | 38.06 | 1,583.00 | 53.83 | 1,583.00 | 15.83 | 1,583.00 | 1.58 | 109.30 |
| **Total Wages & Accrued Taxes** | | | **1,583.00** | **38.06** | **1,583.00** | **53.83** | **1,583.00** | **15.83** | **1,583.00** | **1.58** | **109.30** |

| Tax Payments | | | State W/H | State UI | State Disability | Other Taxes | |
|---|---|---|---|---|---|---|---|
| Paid to | Check Date | Payroll Date | Amount | Amount | Amount | Amount | Total Tax |
| **Total Tax Payments** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unpaid Tax Liability** | | | **38.06** | **53.83** | **15.83** | **1.58** | **109.30** |

## Payroll Liabilities and Payments

391 - 10

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700
GLENDALE, CA 91203

ROBERT W STAYNER



Direct Deposit

---

| **Employee Pay Stub** | Check number: | | | | **Pay Period: 02/01/2014 - 02/14/2014** | | **Pay Date: 02/14/2014** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| ROBERT W STAYNER, | | | | | ***-**-4400 | Single/Single | Fed-2/0/CA-2/0 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | **Amount** |
|---|---|---|---|---|---|---|
| Salary | 0:00 | | 1,583.00 | 4,749.00 | Checking - ********9718 | 1,253.01 |

| **Taxes** | | | Current | YTD Amount | **Memo** |
|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit |
| Federal Withholding | | | -155.00 | -465.00 | |
| Social Security Employee | | | -98.15 | -294.44 | |
| Medicare Employee | | | -22.95 | -68.86 | |
| CA - Withholding | | | -38.06 | -114.18 | |
| CA - Disability | | | -15.83 | -47.49 | |
| | | | -329.99 | -989.97 | |

| **Net Pay** | | | **1,253.01** | **3,759.03** | |
|---|---|---|---|---|---|

**To:** globalmediausa@gmail.com[globalmediausa@gmail.com]
**From:** David Davidian, CPA
**Sent:** Wed 6/26/2013 1:48:04 PM
**Importance:** Normal
**Subject:** EIN for Secured Merchants LLC
**MAIL_RECEIVED:** Wed 6/26/2013 1:48:09 PM
EIN_SECURED MERCHANTS LLC.pdf

Attached please find the EIN for Secured Merchants LLC.

Sincerely,
*Z. David Davidian, CPA*
## Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**McPeek, Brent**

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Tuesday, March 25, 2014 6:26 PM |
| **To:** | Global Media |
| **Subject:** | AMD Financial Network Inc |
| **Attachments:** | Balance sheet_P&L_02.28.2014_AMD.pdf |

Attached please find the balance sheet and P&L as of 2/28/2014 and for the two months ended 2/28/2014.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

# AMD Financial Network, Inc.
# Balance Sheet
### As of February 28, 2014

ASSETS
  Current Assets
    Bank Accounts

| | | |
|---|---|---|
| CK1 ████████ 6553) | $ | 11,612.03 |
| Total Bank Accounts | | 11,612.03 |
| | | |
| Accounts Receivable | | 79,375.00 |
| Total Current Assets | | 90,987.03 |
| | | |
| Fixed assets | | 2,899.00 |
| Total Assets Assets | | 2,899.00 |
| TOTAL ASSETS | $ | 93,886.03 |

LIABILITIES AND EQUITY
  Liabilities
    Current Liabilities
      Accounts Payable

| | | |
|---|---|---|
| Accounts Payable | $ | 11,730.00 |
| Total Accounts Payable | | 11,730.00 |
| | | |
| Credit Cards | | |
| Amex | | 599.00 |
| Total Credit Cards | | 599.00 |
| Total Current Liabilities | | 12,329.00 |
| Total Liabilities | | 12,329.00 |
| | | |
| Equity | | |
| Common Stock | | 100.00 |
| Additional Paid-in Capital | | 11,400.00 |
| Retained Earnings | | 32,906.90 |
| Net Income | | 37,150.13 |
| Total Equity | | 81,557.03 |
| TOTAL LIABILITIES AND EQUITY | $ | 93,886.03 |

**EXHIBIT 393**

# AMD Financial Network, Inc.
## Profit and Loss
### January - February, 2014

| | | |
|---|---|---:|
| **Income** | | |
| Chargeback Reversal | $ | 7,111.26 |
| Interest Earned | | 0.21 |
| Refunds Received | | 1,000.00 |
| Reserve Release | | 25,000.00 |
| Sales | | 421,635.39 |
| Total Income | $ | 454,746.86 |
| **Expenses** | | |
| Bank Charges | | 217.23 |
| Chargeback | | 33,661.55 |
| COGS | | 3,287.25 |
| Dues and Subscriptions | | 61.98 |
| Fulfillment | | 40,040.00 |
| Marketing | | 320,670.00 |
| Merchant Account Fees | | 16,402.30 |
| Merchant Discount Fees | | 482.07 |
| Payroll Expenses | | 1,976.61 |
| Payroll Taxes | | 116.81 |
| Taxes and Licenses | | 680.93 |
| Total Expenses | $ | 417,596.73 |
| Net Income | $ | 37,150.13 |

**EXHIBIT 393**

| | |
|---|---|
| **From:** | Global Media <globalmediausa@gmail.com> |
| **Sent:** | Tuesday, February 25, 2014 4:19 PM |
| **To:** | David Davidian CPA |
| **Subject:** | Companies Revised |
| **Attachments:** | Bunzai Companies Revised 2014.xlsx |

Davidian & Associates

**BUNZAI COMPANIES**

| No. | Entity Name | Notes - ref | Structure | Date Inqtd. | Shareholder(s) & % | Officers | Director(s) | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | Bunzai Media Group, Inc | G | C | 1/1/2010 | UD-Alon, Igor, Chris | Alon Nottea CEO/CFO / Motti Nottea Sec. | Alon Nottea | 16161 Ventura Blvd # 378 Encino, CA 91436 |
| 2 | Agoa Holdings, Inc. | A | C | 6/15/2011 | UD-Roi Reuveni | Roi Reuveni | Roi Reuveni | 18034 VENTURA BLVD # 234, ENCINO CA 91316 |
| 3 | DMA Media Holdings, Inc. | A | S | 6/15/2011 | Roi Reuveni (100%) | Roi Reuveni | Roi Reuveni | 19528 VENTURA BLVD # 224, TARZANA CA 91356 |
| 4 | Lifestyle Media Brands, Inc. | A | C | 6/15/2011 | Rachel Nottea (100%) | Rachel Nottea | Rachel Nottea | 8335 Winnetka Ave # 118 Winnetka, CA 91306 |
| 5 | Zen Mobile Media, Inc. | A | C | 11/3/2011 | Igor Latsanovski | Igor Latsanovski | | 4335 Van Nuys Blvd #167 Sherman Oaks, CA 91403 |
| 6 | Safehaven Ventures, Inc. | A | C | 11/10/2011 | UD-Tomer Amsalem | Tomer Amsalem | Tomer Amsalem | 6433 Topanga Canyon Blvd #499 Canoga Park, CA 91303-2621 |
| 7 | Merchant Leverage Group Inc. | | C | 2/10/2010 | Stephan Bauer | Stephan Bauer | Stephan Bauer | 100 E VERDUGO AVE, BURBANK CA 91502 |
| 8 | Heritage Alliance Group, Inc | AB | | 3/29/2012 | Tal Togel | Tal Togel | Tal Togel | 18653 VENTURA BLVD # 322, TARZANA CA 91356 |
| 9 | AMD Financial Network Inc | A | C | 3/29/2012 | Annsofie Algarp | Annsofie Algarp | Annsofie Algarp | 9820 Owensmouth Ave, # 15, Chatsworth, CA 91311 |
| 10 | Pinnacle Logistics Inc | D | C | 6/6/2012 | Oz Mizrahi | Oz Mizrahi | Oz Mizrahi | 7900 Gloria Ave, Van Nuys, CA 91406 |
| 11 | All-Star Beauty Products Inc | A | C | 6/8/2012 | Sean Brennecke | Sean Brennecke | Sean Brennecke | 13636 VENTURA BLVD #160, SHERMAN OAKS CA 91423 |
| 12 | SBM Management Inc | C | | 6/8/2012 | Stephan Bauer | Stephan Bauer | Stephan Bauer | 655 N. Central Avenue, Suite 1700, Glendale, CA 91203 |
| 13 | Trigen, LLC | | LLC | 9/25/2012 | Roi Reuveni (100%) | Roi Reuveni (100%) | Roi Reuveni (100%) | 200 N Maryland Suite 300, Glendale CA 91206 |
| 14 | Adageo, LLC (Alon) | F | LLC | 9/25/2012 | Alon Nottea | Alon Nottea | Alon Nottea | 16161 Ventura Blvd #378 Encino, CA 91436 |
| 15 | Netsites, LLC | | LLC | 6/26/2012 | Roi Reuveni (100%) | Roi Reuveni (100%) | Roi Reuveni (100%) | 200 N Maryland Suite 300, Glendale CA 91206 |
| 16 | Apogee Network, LLC | | LLC | 9/25/2012 | Alon Nottea | Alon Nottea | | 200 N Maryland Suite 300, Glendale CA 91206 |
| 17 | Media Urge, Inc | | C | 9/21/2012 | R. Ohana | R. Ohana | | 18757 Burbank Blvd # 205 Tarzana, CA 91356 |
| 18 | Kai Media Inc | A | C | 7/26/2012 | David Yosafian | David Yosafian | David Yosafian | 14320 Ventura Blvd #250 Sherman Oaks, Ca 91423-2717 |
| 19 | Insight Media Inc | A | C | 7/26/2012 | Gilad Miron | Gilad Miron | Gilad Miron | 23371 Mulholland Dr. #355 Woodland Hills, CA 91364-2734 |
| 20 | Shalita Holdings, Inc | | C | 11/27/2012 | MatMeron | Eran Link | | 23961 Craftsman Road Suite C Calabasas, CA 91302 |
| 21 | Secured Merchants, LLC | A | C | 6/25/2013 | Avi Argaman | Avi Argaman | Avi Argaman | 23679 Calabasas Rd # 531, Calabasas,CA 91302 |
| 22 | Dynamic Media, Inc | | LLC | 1/2/2014 | | | | TBD |
| 23 | Intensive Media, Inc | | | 1/2/2014 | | | | TBD |
| 24 | Impulse Media Group, Inc | | | 1/2/2014 | | | | TBD |
| 25 | Jpoint Vision LLC | | LLC | 6/25/2013 | TAL KARASSO | TAL KARASSO | TAL KARASSO | 1713 Burnell Drive Los Angeles, CA 90065 |
| 26 | USM Products Inc | | C | 4/22/2009 | David Yosafian | David Yosafian | David Yosafian | 7225 Canoga Ave.  Canoga Park, CA 91303 |

A  RMC - buy and sell their own merchandise
B  RMC - sales in CA
C  marketing company for RMC'S, no sales
D  fulfillment center handels phone calls+shipping+customer service+pays rent
E  for guarantee purposes on credit card marchant accts
F  Alone's service company
G  not in use, to be dissolved

Bunzai CompaniesAlon Nottea

**To:**      Global Media[globalmediausa@gmail.com]
**From:**   David Davidian, CPA
**Sent:**    Tue 1/7/2014 9:38:41 PM
**Importance:**    Normal
**Subject:**  Invoice
**MAIL_RECEIVED:**  Tue 1/7/2014 9:39:22 PM

Invoice 14-014541_Dynamic.pdf
Invoice 14-014542_Impulse.pdf
Invoice 14-014543_Intensive.pdf
Invoice 14-014546_SBM.pdf
Invoice 14-014548_CalEnergy.pdf

Attached please find the invoices for December and the new corporations.
We will not bill Calenergy starting January, unless there is payroll to be processed.

Sincerely,
*Z. David Davidian, CPA*
## Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

        **EXHIBIT 397**

**From:**      Davidian and Associates <office@lacpa.com>
**Sent:**      Wednesday, July 30, 2014 11:21 AM
**To:**        Global Media
**Cc:**        David Davidian
**Subject:**   Shalita Holdings, Inc payroll for 08.01.2014
**Attachments:** 08.01.2014.pdf

Attached please find the pay-stub.
Tax deduction is for $ 285.51

Sincerely,
Davidian & Associates

Certified Public Accountants
(818) 242-7800

(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**399 - 1**                                                          **EXHIBIT 399**

SHALITA HOLDINGS, INC.
23961 CRAFTSMAN ROAD SUITE C
CALABASAS, CA 91203

PHILIP CAMERINO

PONARAMA CITY, CA

Direct Deposit

---

| Employee Pay Stub | Check number: | | Pay Period: 07/16/2014 - 07/31/2014 | Pay Date: 08/01/2014 |
|---|---|---|---|---|

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| PHILIP CAMERINO, | PONARAMA CITY, CA | | ***-**-3223 | Married/Married (one income) | Fed-2/0/CA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| SALARY | | | 1,300.00 | 12,900.00 | Checking - ******4512 | 1,113.94 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Federal Withholding | -67.00 | -660.00 | Direct Deposit |
| Social Security Employee | -80.60 | -799.80 | |
| Medicare Employee | -18.85 | -187.05 | |
| CA - Withholding | -6.61 | -63.90 | |
| CA - Disability | -13.00 | -129.00 | |
| | -186.06 | -1,839.75 | |
| **Net Pay** | **1,113.94** | **11,060.25** | |

---

**From:**          Global Media <globalmediausa@gmail.com>
**Sent:**          Tuesday, October 08, 2013 8:37 PM
**To:**            David Davidian CPA
**Subject:**       BUNZAI W2 2012
**Attachments:**   82484W212ER.pdf


PASSWORD

MPO2012

1

## Form 1 (Top Left)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | 0862 | 1 Wages, tips, other comp. 12874.46 | 2 Federal income tax withheld 125.24 |
|---|---|---|---|
| b Employer ID number 27-1642514 | | 3 Social security wages 12874.46 | 4 Social security tax withheld 540.73 |
| | | 5 Medicare wages and tips 12874.46 | 6 Medicare tax withheld 186.68 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 1            Aguilar Ingrid  1

e Employee's first name and initial    Last name
Ingrid    Aguilar

Granada Hills, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  128.74 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. #  CA  001-0341 6 | 16 State wages, tips, etc. 12874.46 | 17 State income tax 20.76 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form 2 (Top Right)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | 1010 | 1 Wages, tips, other comp. 15053.88 | 2 Federal income tax withheld 1433.88 |
|---|---|---|---|
| b Employer ID number 27-1642514 | | 3 Social security wages 15053.88 | 4 Social security tax withheld 632.26 |
| | | 5 Medicare wages and tips 15053.88 | 6 Medicare tax withheld 218.28 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 2            Alvarado Andrew  2

e Employee's first name and initial    Last name
Andrew    Alvarado

Sun Valley, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  150.54 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. #  CA  001-0341 6 | 16 State wages, tips, etc. 15053.88 | 17 State income tax 299.93 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form 3 (Bottom Left)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | 9738 | 1 Wages, tips, other comp. 4354.97 | 2 Federal income tax withheld 218.16 |
|---|---|---|---|
| b Employer ID number 27-1642514 | | 3 Social security wages 4354.97 | 4 Social security tax withheld 182.91 |
| | | 5 Medicare wages and tips 4354.97 | 6 Medicare tax withheld 63.15 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 45            ARAZY LEOR  45

e Employee's first name and initial    Last name
LEOR    ARAZY

WOODLAND HILLS, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  43.55 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. #  CA  001-0341 6 | 16 State wages, tips, etc. 4354.97 | 17 State income tax 6.58 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form 4 (Bottom Right)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | 5075 | 1 Wages, tips, other comp. 5736.58 | 2 Federal income tax withheld 495.57 |
|---|---|---|---|
| b Employer ID number 27-1642514 | | 3 Social security wages 5736.58 | 4 Social security tax withheld 240.94 |
| | | 5 Medicare wages and tips 5736.58 | 6 Medicare tax withheld 83.18 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 53            Becker Beau  53

e Employee's first name and initial    Last name
Beau    Becker

Van Nuys, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  57.37 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. #  CA  001-0341 6 | 16 State wages, tips, etc. 5736.58 | 17 State income tax 92.61 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

**EXHIBIT 402**

## W-2 Form 1 (Top Left)

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 14190.41 | 2 Federal income tax withheld 1179.79 |
|---|---|---|
| XXX-2736 | 3 Social security wages 14190.41 | 4 Social security tax withheld 596.00 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 14190.41 | 6 Medicare tax withheld 205.76 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 5       Blanco Mynor  5

e Employee's first name and initial   Last name

Mynor   Blanco

North Hills, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  141.90 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 14190.41 | 149.99 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 2 (Top Right)

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 13722.65 | 2 Federal income tax withheld 1117.33 |
|---|---|---|
| XXX-5249 | 3 Social security wages 13722.65 | 4 Social security tax withheld 576.35 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 13722.65 | 6 Medicare tax withheld 198.98 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 6       Carey Avear  6

e Employee's first name and initial   Last name

Avear   Carey

North Hollywood, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  137.23 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 13722.65 | 193.38 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 3 (Bottom Left)

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 14527.84 | 2 Federal income tax withheld 1230.42 |
|---|---|---|
| XXX-3427 | 3 Social security wages 14527.84 | 4 Social security tax withheld 610.17 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 14527.84 | 6 Medicare tax withheld 210.65 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 7       Carroll Jacqueline

e Employee's first name and initial   Last name

Jacqueline   Carroll

Agoura, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  145.28 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 14527.84 | 230.61 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 4 (Bottom Right)

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. 10619.76 | 2 Federal income tax withheld 936.69 |
|---|---|---|
| XXX-3985 | 3 Social security wages 10619.76 | 4 Social security tax withheld 446.03 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 10619.76 | 6 Medicare tax withheld 153.99 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 8       Castillo Gabriel  8

e Employee's first name and initial   Last name

Gabriel   Castillo

Reseda, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  106.20 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 10619.76 | 184.80 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

**EXHIBIT 402**

## Form W-2 — Top Left

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | 2292 |
| 1 | Wages, tips, other comp. | 5208.84 |
| 2 | Federal income tax withheld | 139.54 |
| b | Employer ID number | 27-1642514 |
| 3 | Social security wages | 5208.84 |
| 4 | Social security tax withheld | 218.77 |
| 5 | Medicare wages and tips | 5208.84 |
| 6 | Medicare tax withheld | 75.53 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number 82484 47      Castro Iris B 47

e Employee's first name and initial    Last name

Iris B    Castro

Winnetka, CA

f Employee's address, and ZIP code

| 14 Other | CASDI | 52.09 |
|---|---|---|

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 5208.84 | 2.67 |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

## Form W-2 — Top Right

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | -1593 |
| 1 | Wages, tips, other comp. | 9300.64 |
| 2 | Federal income tax withheld | 800.43 |
| b | Employer ID number | 27-1642514 |
| 3 | Social security wages | 9300.64 |
| 4 | Social security tax withheld | 390.63 |
| 5 | Medicare wages and tips | 9300.64 |
| 6 | Medicare tax withheld | 134.86 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number 82484 9      Chaidez Beatriz 9

e Employee's first name and initial    Last name

Beatriz    Chaidez

North Hollywood, CA

f Employee's address, and ZIP code

| 14 Other | CASDI | 93.01 |
|---|---|---|

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 9300.64 | 188.44 |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

## Form W-2 — Bottom Left

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | 8819 |
| 1 | Wages, tips, other comp. | 5302.59 |
| 2 | Federal income tax withheld | 419.69 |
| b | Employer ID number | 27-1642514 |
| 3 | Social security wages | 5302.59 |
| 4 | Social security tax withheld | 222.71 |
| 5 | Medicare wages and tips | 5302.59 |
| 6 | Medicare tax withheld | 76.89 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number 82484 50      Chalfin Roger 50

e Employee's first name and initial    Last name

Roger    Chalfin

Agoura Hills, CA

f Employee's address, and ZIP code

| 14 Other | CASDI | 53.03 |
|---|---|---|

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 5302.59 | 67.17 |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

## Form W-2 — Bottom Right

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | -4902 |
| 1 | Wages, tips, other comp. | 12625.56 |
| 2 | Federal income tax withheld | 948.64 |
| b | Employer ID number | 27-1642514 |
| 3 | Social security wages | 12625.56 |
| 4 | Social security tax withheld | 530.27 |
| 5 | Medicare wages and tips | 12625.56 |
| 6 | Medicare tax withheld | 183.07 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number 82484 10      Collier Andre 10

e Employee's first name and initial    Last name

Andre    Collier

Burbank, CA

f Employee's address, and ZIP code

| 14 Other | CASDI | 126.26 |
|---|---|---|

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 12625.56 | 134.32 |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

**EXHIBIT 402**

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number 3526 | 1 Wages, tips, other comp. 1241.58 | 2 Federal income tax withheld 29.17 |

| a Employee's social security number 3526 | | |
|---|---|---|
| | 1 Wages, tips, other comp. 1241.58 | 2 Federal income tax withheld 29.17 |
| b Employer ID number 27-1642514 | 3 Social security wages 1241.58 | 4 Social security tax withheld 52.15 |
| | 5 Medicare wages and tips 1241.58 | 6 Medicare tax withheld 18.00 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 56          DeLeon Katherine  56

e Employee's first name and initial    Last name

Katherine    DeLeon

Los Angeles, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  12.42 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 1241.58 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| a Employee's social security number 1703 | | |
|---|---|---|
| | 1 Wages, tips, other comp. 3273.30 | 2 Federal income tax withheld 180.48 |
| b Employer ID number 27-1642514 | 3 Social security wages 3273.30 | 4 Social security tax withheld 137.48 |
| | 5 Medicare wages and tips 3273.30 | 6 Medicare tax withheld 47.46 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 48          Flores Edith  48

e Employee's first name and initial    Last name

Edith    Flores

Winnetka, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  32.73 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 3273.30 | 15.24 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| a Employee's social security number 9111 | | |
|---|---|---|
| | 1 Wages, tips, other comp. 5687.83 | 2 Federal income tax withheld 193.79 |
| b Employer ID number 27-1642514 | 3 Social security wages 5687.83 | 4 Social security tax withheld 238.89 |
| | 5 Medicare wages and tips 5687.83 | 6 Medicare tax withheld 82.47 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 55          Garcia Joel Frank 55

e Employee's first name and initial    Last name

Joel F    Garcia

Van Nuys, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  56.88 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 5687.83 | 2.91 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER** — **2012** — OMB No. 1545-0008

| a Employee's social security number 1215 | | |
|---|---|---|
| | 1 Wages, tips, other comp. 12997.81 | 2 Federal income tax withheld 1000.93 |
| b Employer ID number 27-1642514 | 3 Social security wages 12997.81 | 4 Social security tax withheld 545.91 |
| | 5 Medicare wages and tips 12997.81 | 6 Medicare tax withheld 188.47 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 11          Garcia Moses  11

e Employee's first name and initial    Last name

Moses    Garcia

Sun Valley, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  129.98 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 12997.81 | 146.57 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## Form 1 (top-left)

**Copy D for EMPLOYER**

**2012**  OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number: 8176 | 1 Wages, tips, other comp. 7796.52 |
| | 2 Federal income tax withheld 96.87 |
| | 3 Social security wages 7796.52 |
| | 4 Social security tax withheld 327.45 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 7796.52 |
| | 6 Medicare tax withheld 113.05 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 12          Gatbonton Patrick  1

e Employee's first name and initial    Last name

Patrick    Gatbonton

North Hills, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  77.97 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 7796.52 | 9.25 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## Form 2 (top-right)

**Copy D for EMPLOYER**

**2012**  OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number: -8024 | 1 Wages, tips, other comp. 9228.38 |
| | 2 Federal income tax withheld 305.43 |
| | 3 Social security wages 9228.38 |
| | 4 Social security tax withheld 387.59 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 9228.38 |
| | 6 Medicare tax withheld 133.81 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 13          Getten Laura  13

e Employee's first name and initial    Last name

Laura    Getten

Tarzana, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  92.28 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 9228.38 | 85.15 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## Form 3 (bottom-left)

**Copy D for EMPLOYER**

**2012**  OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number: 9678 | 1 Wages, tips, other comp. 17218.87 |
| | 2 Federal income tax withheld 1640.62 |
| | 3 Social security wages 17218.87 |
| | 4 Social security tax withheld 723.19 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 17218.87 |
| | 6 Medicare tax withheld 249.67 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 14          Godoy Victor  14

e Employee's first name and initial    Last name

Victor    Godoy

North Hollywood, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  172.19 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 17218.87 | 380.21 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## Form 4 (bottom-right)

**Copy D for EMPLOYER**

**2012**  OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number: -9824 | 1 Wages, tips, other comp. 9490.60 |
| | 2 Federal income tax withheld 813.47 |
| | 3 Social security wages 9490.60 |
| | 4 Social security tax withheld 398.61 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 9490.60 |
| | 6 Medicare tax withheld 137.61 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 15          Hernandez Diana  15

e Employee's first name and initial    Last name

Diana    Hernandez

Winnetka, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  94.91 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 9490.60 | 154.32 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 Form 1 (Top Left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | 6075 |
| 1 | Wages, tips, other comp. | 256.08 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 256.08 |
| 4 | Social security tax withheld | 10.76 |
| 5 | Medicare wages and tips | 256.08 |
| 6 | Medicare tax withheld | 3.71 |
| b | Employer ID number | 27-1642514 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 54       Houston Larence Darn

e Employee's first name and initial   Last name

Larence D   Houston

North Hollywood, CA ███

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  2.56 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 256.08 | |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 2 (Top Right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | -7819 |
| 1 | Wages, tips, other comp. | 7321.70 |
| 2 | Federal income tax withheld | 542.01 |
| 3 | Social security wages | 7321.70 |
| 4 | Social security tax withheld | 307.51 |
| 5 | Medicare wages and tips | 7321.70 |
| 6 | Medicare tax withheld | 106.16 |
| b | Employer ID number | 27-1642514 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 16       Jones Nicholas  16

e Employee's first name and initial   Last name

Nicholas   Jones

Woodland Hills, CA ███

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  73.22 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 7321.70 | 82.30 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 3 (Bottom Left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | 9221 |
| 1 | Wages, tips, other comp. | 11793.28 |
| 2 | Federal income tax withheld | 833.89 |
| 3 | Social security wages | 11793.28 |
| 4 | Social security tax withheld | 495.32 |
| 5 | Medicare wages and tips | 11793.28 |
| 6 | Medicare tax withheld | 171.00 |
| b | Employer ID number | 27-1642514 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 17       Kidd Chadne  17

e Employee's first name and initial   Last name

Chadne   Kidd

Los Angeles, CA ███

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  117.93 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 11793.28 | 112.65 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 Form 4 (Bottom Right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| a | Employee's social security number | 7472 |
| 1 | Wages, tips, other comp. | 1836.00 |
| 2 | Federal income tax withheld | 162.48 |
| 3 | Social security wages | 1836.00 |
| 4 | Social security tax withheld | 77.11 |
| 5 | Medicare wages and tips | 1836.00 |
| 6 | Medicare tax withheld | 26.62 |
| b | Employer ID number | 27-1642514 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 18       KNIGHT LA'JUANDA  18

e Employee's first name and initial   Last name

LA'JUANDA   KNIGHT

North Hollywood, CA ███

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI  18.36 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 1836.00 | 25.34 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

**Form W-2 Wage and Tax Statement** — Dept. of the Treasury - IRS

## W-2 (Top Left)

Copy D for EMPLOYER

**2012** OMB No. 1545-0008

| a Employee's social security number | **0713** | 1 Wages, tips, other comp. 592.40 | 2 Federal income tax withheld 21.74 |
|---|---|---|---|
| | | 3 Social security wages 592.40 | 4 Social security tax withheld 24.88 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 592.40 | 6 Medicare tax withheld 8.59 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 46          KONYALIAN SHANT  46

e Employee's first name and initial     Last name

SHANT    KONYALIAN

STUDIO CITY, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  **CASDI**  5.92 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # CA 001-0341 6 | 16 State wages, tips, etc. 592.40 | 17 State income tax 2.43 |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 (Top Right)

Copy D for EMPLOYER

**2012** OMB No. 1545-0008

| a Employee's social security number | **-4983** | 1 Wages, tips, other comp. 110.00 | 2 Federal income tax withheld |
|---|---|---|---|
| | | 3 Social security wages 110.00 | 4 Social security tax withheld 4.62 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 110.00 | 6 Medicare tax withheld 1.60 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 40          LATSANOVSKI IGOR  40

e Employee's first name and initial     Last name

IGOR    LATSANOVSKI

CALABASAS, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  **CASDI**  1.10 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # CA 001-0341 6 | 16 State wages, tips, etc. 110.00 | 17 State income tax |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 (Bottom Left)

Copy D for EMPLOYER

**2012** OMB No. 1545-0008

| a Employee's social security number | **-2296** | 1 Wages, tips, other comp. 17803.68 | 2 Federal income tax withheld 1131.43 |
|---|---|---|---|
| | | 3 Social security wages 17803.68 | 4 Social security tax withheld 747.75 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 17803.68 | 6 Medicare tax withheld 258.15 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 19          Magana Jorge  19

e Employee's first name and initial     Last name

Jorge    Magana

Los Angeles, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  **CASDI**  178.04 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # CA 001-0341 6 | 16 State wages, tips, etc. 17803.68 | 17 State income tax 136.72 |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 (Bottom Right)

Copy D for EMPLOYER

**2012** OMB No. 1545-0008

| a Employee's social security number | **-2422** | 1 Wages, tips, other comp. 1961.47 | 2 Federal income tax withheld 160.66 |
|---|---|---|---|
| | | 3 Social security wages 1961.47 | 4 Social security tax withheld 82.38 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 1961.47 | 6 Medicare tax withheld 28.44 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 63          Malal Ahmad Haress  6

e Employee's first name and initial     Last name

Ahmad H    Malal

Winnetla, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  **CASDI**  19.61 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # CA 001-0341 6 | 16 State wages, tips, etc. 1961.47 | 17 State income tax 39.86 |
|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## Form 1 (Top Left)

Copy D for EMPLOYER

**2012** | OMB No. 1545-0008

| a Employee's social security number | 8658 | 1 Wages, tips, other comp. 23102.78 | 2 Federal income tax withheld 2698.32 |

3 Social security wages 23102.78 | 4 Social security tax withheld 970.32

b Employer ID number 27-1642514 | 5 Medicare wages and tips 23102.78 | 6 Medicare tax withheld 334.99

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 20 | Mansour Andree  20

e Employee's first name and initial   Last name

Andree   Mansour

Canoga, CA

f Employee's address, and ZIP code

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12

13 Statutory employee | 14 Other  CASDI  231.03 | 12b Code

Retirement plan | | 12c Code

Third-party sick pay | | 12d Code

CA 001-0341 6 | 23102.78 | 838.68

15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

**Form W-2 Wage and Tax Statement** | Dept. of the Treasury - IRS

## Form 2 (Top Right)

Copy D for EMPLOYER

**2012** | OMB No. 1545-0008

| a Employee's social security number | 3003 | 1 Wages, tips, other comp. 2565.00 | 2 Federal income tax withheld |

3 Social security wages 2565.00 | 4 Social security tax withheld 107.73

b Employer ID number 27-1642514 | 5 Medicare wages and tips 2565.00 | 6 Medicare tax withheld 37.19

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 57 | Mazzy Gregg  57

e Employee's first name and initial   Last name

Gregg   Mazzy

North Hollywood, CA

f Employee's address, and ZIP code

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12

13 Statutory employee | 14 Other  CASDI  25.65 | 12b Code

Retirement plan | | 12c Code

Third-party sick pay | | 12d Code

CA 001-0341 6 | 2565.00 |

15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

**Form W-2 Wage and Tax Statement** | Dept. of the Treasury - IRS

## Form 3 (Bottom Left)

Copy D for EMPLOYER

**2012** | OMB No. 1545-0008

| a Employee's social security number | -6768 | 1 Wages, tips, other comp. 14734.53 | 2 Federal income tax withheld 1407.39 |

3 Social security wages 14734.53 | 4 Social security tax withheld 618.85

b Employer ID number 27-1642514 | 5 Medicare wages and tips 14734.53 | 6 Medicare tax withheld 213.65

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 21 | McKinnon Justin  21

e Employee's first name and initial   Last name

Justin   McKinnon

Tarzana, CA

f Employee's address, and ZIP code

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12

13 Statutory employee | 14 Other  CASDI  147.35 | 12b Code

Retirement plan | | 12c Code

Third-party sick pay | | 12d Code

CA 001-0341 6 | 14734.53 | 333.20

15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

**Form W-2 Wage and Tax Statement** | Dept. of the Treasury - IRS

## Form 4 (Bottom Right)

Copy D for EMPLOYER

**2012** | OMB No. 1545-0008

| a Employee's social security number | -9556 | 1 Wages, tips, other comp. 11397.33 | 2 Federal income tax withheld 1001.30 |

3 Social security wages 11397.33 | 4 Social security tax withheld 478.69

b Employer ID number 27-1642514 | 5 Medicare wages and tips 11397.33 | 6 Medicare tax withheld 165.26

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 23 | Moreno Cristina  23

e Employee's first name and initial   Last name

Cristina   Moreno

Simi Valley, CA

f Employee's address, and ZIP code

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12

13 Statutory employee | 14 Other  CASDI  113.97 | 12b Code

Retirement plan | | 12c Code

Third-party sick pay | | 12d Code

CA 001-0341 6 | 11397.33 | 219.39

15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

**Form W-2 Wage and Tax Statement** | Dept. of the Treasury - IRS

**EXHIBIT 402**

## Form W-2 (Top Left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| a | Employee's social security number | ...-5819 |
| 1 | Wages, tips, other comp. | 65.00 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 65.00 |
| 4 | Social security tax withheld | 2.73 |
| b | Employer ID number | 27-1642514 |
| 5 | Medicare wages and tips | 65.00 |
| 6 | Medicare tax withheld | 0.94 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 39       MYERS SIOBHAN L 39

e Employee's first name and initial   Last name
SIOBHAN L   MYERS

GRANADA HILLS, CA ███

f Employee's address, and ZIP code

| Box | Description | Amount |
|-----|-------------|--------|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other CASDI 0.65 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|----------|----------------------|---------------------------|---------------------|
| CA | 001-0341 6 | 65.00 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form W-2 (Top Right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| a | Employee's social security number | ...-9485 |
| 1 | Wages, tips, other comp. | 5905.39 |
| 2 | Federal income tax withheld | 411.28 |
| 3 | Social security wages | 5905.39 |
| 4 | Social security tax withheld | 248.03 |
| b | Employer ID number | 27-1642514 |
| 5 | Medicare wages and tips | 5905.39 |
| 6 | Medicare tax withheld | 85.63 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 51       Nolasco Carlo 51

e Employee's first name and initial   Last name
Carlo   Nolasco

Tarzana, CA ███

f Employee's address, and ZIP code

| Box | Description | Amount |
|-----|-------------|--------|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other CASDI 59.05 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|----------|----------------------|---------------------------|---------------------|
| CA | 001-0341 6 | 5905.39 | 8.99 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form W-2 (Bottom Left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| a | Employee's social security number | ...5082 |
| 1 | Wages, tips, other comp. | 36369.40 |
| 2 | Federal income tax withheld | 3570.96 |
| 3 | Social security wages | 36369.40 |
| 4 | Social security tax withheld | 1527.51 |
| b | Employer ID number | 27-1642514 |
| 5 | Medicare wages and tips | 36369.40 |
| 6 | Medicare tax withheld | 527.36 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 24       Nottea Alon 24

e Employee's first name and initial   Last name
Alon   Nottea

Winnetka, CA ███

f Employee's address, and ZIP code

| Box | Description | Amount |
|-----|-------------|--------|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other CASDI 363.69 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|----------|----------------------|---------------------------|---------------------|
| CA | 001-0341 6 | 36369.40 | 929.36 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form W-2 (Bottom Right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| a | Employee's social security number | ...-1113 |
| 1 | Wages, tips, other comp. | 8149.44 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 8149.44 |
| 4 | Social security tax withheld | 342.28 |
| b | Employer ID number | 27-1642514 |
| 5 | Medicare wages and tips | 8149.44 |
| 6 | Medicare tax withheld | 118.17 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 25       Osman Luam 25

e Employee's first name and initial   Last name
Luam   Osman

Van Nuys, CA ███

f Employee's address, and ZIP code

| Box | Description | Amount |
|-----|-------------|--------|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other CASDI 81.49 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|----------|----------------------|---------------------------|---------------------|
| CA | 001-0341 6 | 8149.44 | 93.41 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**   Dept. of the Treasury - IRS

## Form 1 (top left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| —5910 | 15971.32 | 1453.49 |
| b Employer ID number | 3 Social security wages | 4 Social security tax withheld |
| 27-1642514 | 15971.32 | 670.80 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 15971.32 | 231.58 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 26          Raffin Patrick  26

e Employee's first name and initial    Last name

Patrick    Raffin

Van Nuys, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI   159.71 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 15971.32 | 310.52 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        Dept. of the Treasury - IRS

## Form 2 (top right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| —4693 | 5759.92 | 499.08 |
| b Employer ID number | 3 Social security wages | 4 Social security tax withheld |
| 27-1642514 | 5759.92 | 241.92 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 5759.92 | 83.52 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 52          Reitenbach William T

e Employee's first name and initial    Last name

William T    Reitenbach

Agoura Hills, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI   57.60 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 5759.92 | 95.07 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        Dept. of the Treasury - IRS

## Form 3 (bottom left)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| —7028 | 8297.90 | 589.70 |
| b Employer ID number | 3 Social security wages | 4 Social security tax withheld |
| 27-1642514 | 8297.90 | 348.51 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 8297.90 | 120.32 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 27          Rivas Feliberto  27

e Employee's first name and initial    Last name

Feliberto    Rivas

Sun Valley, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI   82.98 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 8297.90 | 73.25 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        Dept. of the Treasury - IRS

## Form 4 (bottom right)

Copy D for EMPLOYER

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 0716 | 20530.29 | 1467.03 |
| b Employer ID number | 3 Social security wages | 4 Social security tax withheld |
| 27-1642514 | 20530.29 | 862.27 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 20530.29 | 297.69 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 28          Rubio Sandra  28

e Employee's first name and initial    Last name

Sandra    Rubio

Glendale, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other  CASDI   205.30 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| CA | 001-0341 6 | 20530.29 | 602.07 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement        Dept. of the Treasury - IRS

**Copy D for EMPLOYER**

**2012**    OMB No. 1545-0008

| | |
|---|---|
| a Employee's social security number   -2358 | 1 Wages, tips, other comp.   9862.67 | 2 Federal income tax withheld   502.80 |

| a Employee's social security number -2358 | 1 Wages, tips, other comp. 9862.67 | 2 Federal income tax withheld 502.80 |
|---|---|---|
| | 3 Social security wages 9862.67 | 4 Social security tax withheld 414.23 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 9862.67 | 6 Medicare tax withheld 143.01 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 29     Rutiaga Erik  29

e Employee's first name and initial    Last name

Erik    Rutiaga

Sylmar, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**    98.63 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State   Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA   001-0341 6 | 9862.67 | 55.64 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER**

**2012**    OMB No. 1545-0008

| a Employee's social security number -9382 | 1 Wages, tips, other comp. 14087.39 | 2 Federal income tax withheld 1164.34 |
|---|---|---|
| | 3 Social security wages 14087.39 | 4 Social security tax withheld 591.67 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 14087.39 | 6 Medicare tax withheld 204.27 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 30     Rutiaga Jorge  30

e Employee's first name and initial    Last name

Jorge    Rutiaga

Sylmar, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**    140.87 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State   Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA   001-0341 6 | 14087.39 | 199.91 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER**

**2012**    OMB No. 1545-0008

| a Employee's social security number -6954 | 1 Wages, tips, other comp. 14913.60 | 2 Federal income tax withheld 1485.60 |
|---|---|---|
| | 3 Social security wages 14913.60 | 4 Social security tax withheld 626.37 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 14913.60 | 6 Medicare tax withheld 216.25 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 31     Samayoa Geiner  31

e Employee's first name and initial    Last name

Geiner    Samayoa

Van Nuys, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**    149.14 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State   Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA   001-0341 6 | 14913.60 | 280.85 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

---

**Copy D for EMPLOYER**

**2012**    OMB No. 1545-0008

| a Employee's social security number -1235 | 1 Wages, tips, other comp. 4239.22 | 2 Federal income tax withheld 357.12 |
|---|---|---|
| | 3 Social security wages 4239.22 | 4 Social security tax withheld 178.05 |
| b Employer ID number 27-1642514 | 5 Medicare wages and tips 4239.22 | 6 Medicare tax withheld 61.47 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 60     Shaw Amory  60

e Employee's first name and initial    Last name

Amory    Shaw

Hollywood, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**    42.39 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State   Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA   001-0341 6 | 4239.22 | 75.11 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

    **EXHIBIT 402**

## Form W-2 — Top Left

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| ▮▮-7722 | 4384.41 | 301.99 |
| **b Employer ID number** 27-1642514 | 3 Social security wages 4384.41 | 4 Social security tax withheld 184.15 |
| | 5 Medicare wages and tips 4384.41 | 6 Medicare tax withheld 63.57 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 44          SHIVHON ALON A 44

e Employee's first name and initial    Last name

ALON A     SHIVHON

CANOGA PARK, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 43.84 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 4384.41 | 38.69 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

## Form W-2 — Top Right

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| ▮▮-9783 | 13322.51 | 548.21 |
| **b Employer ID number** 27-1642514 | 3 Social security wages 13322.51 | 4 Social security tax withheld 559.55 |
| | 5 Medicare wages and tips 13322.51 | 6 Medicare tax withheld 193.18 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 32          Smith Derek  32

e Employee's first name and initial    Last name

Derek     Smith

North Hollywood, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 133.23 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 13322.51 | 30.47 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

## Form W-2 — Bottom Left

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| ▮▮-1873 | 855.00 | |
| **b Employer ID number** 27-1642514 | 3 Social security wages 855.00 | 4 Social security tax withheld 35.91 |
| | 5 Medicare wages and tips 855.00 | 6 Medicare tax withheld 12.40 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 59          Smith Patricia  59

e Employee's first name and initial    Last name

Patricia     Smith

North Hollywood, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 8.55 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 855.00 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

## Form W-2 — Bottom Right

**Copy D for EMPLOYER**

**2012** — OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| ▮▮-5537 | 14592.47 | 1240.12 |
| **b Employer ID number** 27-1642514 | 3 Social security wages 14592.47 | 4 Social security tax withheld 612.88 |
| | 5 Medicare wages and tips 14592.47 | 6 Medicare tax withheld 211.59 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 34          Solano Daisy  34

e Employee's first name and initial    Last name

Daisy     Solano

Pacoima, CA ▮▮▮

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 145.92 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 14592.47 | 228.57 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**     Dept. of the Treasury - IRS

## W-2 Form (Top Left)

**Copy D for EMPLOYER**

**2012** OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 4741 | 13737.51 | 13.99 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 13737.51 | 576.98 |
| b Employer ID number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 27-1642514 | 13737.51 | 199.19 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 33        Stanley Andrew  33

e Employee's first name and initial   Last name

Andrew    Stanley

Reseda, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**   137.38 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 13737.51 | 12.16 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 Form (Top Right)

**Copy D for EMPLOYER**

**2012** OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 3356 | 3677.74 | 229.89 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 3677.74 | 154.47 |
| b Employer ID number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 27-1642514 | 3677.74 | 53.33 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 43        STEINBERG ZACK M 43

e Employee's first name and initial   Last name

ZACK M    STEINBERG

WOODLAND HILLS, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**   36.78 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 3677.74 | 23.54 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 Form (Bottom Left)

**Copy D for EMPLOYER**

**2012** OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| -0909 | 8905.25 | 916.54 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 8905.25 | 374.02 |
| b Employer ID number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 27-1642514 | 8905.25 | 129.13 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 35        Taira Ashley  35

e Employee's first name and initial   Last name

Ashley    Taira

Los Angeles, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**   89.05 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 8905.25 | 169.56 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

## W-2 Form (Bottom Right)

**Copy D for EMPLOYER**

**2012** OMB No. 1545-0008

| a Employee's social security number | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| -9776 | 3218.24 | 80.29 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 3218.24 | 135.17 |
| b Employer ID number | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 27-1642514 | 3218.24 | 46.66 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 42        THORNTON GLORIA J 42

e Employee's first name and initial   Last name

GLORIA J    THORNTON

RANCHO CUCAMONGA, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code   See inst. for box 12 |
| 13 Statutory employee | 14 Other   **CASDI**   32.18 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State  Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|
| CA  001-0341 6 | 3218.24 | 0.31 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement**          Dept. of the Treasury - IRS

**EXHIBIT 402**

## Form 1 (Tiffany Williams)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | 9017 | 1 Wages, tips, other comp. 7749.41 | 2 Federal income tax withheld |
| --- | --- | --- | --- |
| | | 3 Social security wages 7749.41 | 4 Social security tax withheld 325.48 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 7749.41 | 6 Medicare tax withheld 112.37 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 36          Williams Tiffany  36

e Employee's first name and initial    Last name

Tiffany     Williams

Van Nuys, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| --- | --- | --- |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 77.49 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| --- | --- | --- | --- |
| CA | 001-0341 6 | 7749.41 | |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**        Dept. of the Treasury - IRS

## Form 2 (Jamey L Youngblood)

Copy D for EMPLOYER

**2012**  OMB No. 1545-0008

| a Employee's social security number | -4313 | 1 Wages, tips, other comp. 3395.66 | 2 Federal income tax withheld 225.24 |
| --- | --- | --- | --- |
| | | 3 Social security wages 3395.66 | 4 Social security tax withheld 142.62 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 3395.66 | 6 Medicare tax withheld 49.24 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
82484 41          YOUNGBLOOD JAMEY L 4

e Employee's first name and initial    Last name

JAMEY L     YOUNGBLOOD

SIMI VALLEY, CA

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| --- | --- | --- |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 33.96 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| --- | --- | --- | --- |
| CA | 001-0341 6 | 3395.66 | 26.71 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**        Dept. of the Treasury - IRS

## Form 3 (Company Totals)

COMPANY TOTALS - (82484)

**2012**  OMB No. 1545-0008

| a Employee's social security number | TOTALS | 1 Wages, tips, other comp. 501917.06 | 2 Federal income tax withheld 36323.03 |
| --- | --- | --- | --- |
| | | 3 Social security wages 501917.06 | 4 Social security tax withheld 21080.56 |
| b Employer ID number 27-1642514 | | 5 Medicare wages and tips 501917.06 | 6 Medicare tax withheld 7277.79 |

c Employer's name, address, and ZIP code

BUNZAI MEDIA GROUP INC
16161 Ventura Blvd. #378
Encino, CA 91436

d Control Number
COMPANY TOTALS(82484)

e Employee's first name and initial    Last name

Total Number of W2's 54
CA W2 count = 54

f Employee's address, and ZIP code

| 7 Social security tips | 8 Allocated tips | 9 |
| --- | --- | --- |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 |
| 13 Statutory employee | 14 Other **CASDI** 5019.18 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| --- | --- | --- | --- |
| CA | | 501917.06 | 7409.67 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

**Form W-2 Wage and Tax Statement**        Dept. of the Treasury - IRS

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Thursday, February 19, 2015 5:54 PM |
| **To:** | Avico Global |
| **Cc:** | Global Media |
| **Subject:** | Chargeback Armor Inc |
| **Attachments:** | Articles of Incorporation_Chargeback Armor Inc.pdf; EIN_Chargeback Armor Inc_CP575.pdf; Statement of Information_Client.pdf |

Hi Avi,

Attached please find the documents for the corporation.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

---

From: Avico Global <avicoglobal@gmail.com>
To: "David Davidian, CPA" <cpa@lacpa.com>
Sent: Tuesday, February 17, 2015 10:02 AM
Subject: Re: Form New Company

Hi David,

I will get the CC form back to you with in a couple of days .. I am
waiting for Doron to return ..

1

**EXHIBIT 404**

Please proceed with the expedited formation of the company.


Let me know if you need my help ..

Avi



On Fri, Feb 13, 2015 at 12:53 PM, David Davidian, CPA <cpa@lacpa.com <mailto:cpa@lacpa.com> > wrote:


       Hi Avi,

       Since Monday is a holiday, we will have it on Tuesday.
       Please fill out the attached credit card payment slip and return it to me, $790.


       Sincerely,
       Z. David Davidian, CPA
       Davidian & Associates
       Certified Public Accountants
       (888) 452-5577
       (818) 242-7800
       (888) 202-7757 Fax
       www.LACPA.com <http://www.lacpa.com/>

       This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

       To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
       P Please consider the environment before printing this e-mail

_____

**404 - 2**                                                   **EXHIBIT 404**

From: Avico Global <avicoglobal@gmail.com <mailto:avicoglobal@gmail.com> >
To: "David Davidian, CPA" <cpa@lacpa.com <mailto:cpa@lacpa.com> >
Cc: Mike Costache <mike@leoleo.biz <mailto:mike@leoleo.biz> >; Alon N <vigorect@gmail.com <mailto:vigorect@gmail.com> >
Sent: Friday, February 13, 2015 12:44 PM
Subject: Form New Company


Hi David,


Please open (EXPEDITED 1 DAY FORMATION) a new CA C-Corp named:


ChargeBack Armor, Inc.


The CEO and only representative for now will be Michael Costache (████-9798). We intend to issue shares to Alon and I and possibly one or more investors.


We are looking for office space for his new company so until we have our own address, please use your address since you are the incorporator.


If you require additional information form Michael, please email him and cc me or feel free to call him at 310.753.9292.


Thanks,


Avi

3756956

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

– A $100 filing fee.

– A separate, non-refundable $15 service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

FEB 18 2015

*ICC*

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is CHARGEBACK ARMOR, INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. MICHAEL COSTACHE
   *Agent's Name*

   b. 200 N MARYLAND AVENUE, SUITE 300     GLENDALE     CA  91206
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*     *City (no abbreviations)*     *State*   *Zip*

**Corporate Addresses**

④ a. 200 N MARYLAND AVENUE, SUITE 300     GLENDALE     CA   91206
   *Initial Street Address of Corporation - Do not list a P.O. Box*     *City (no abbreviations)*     *State*   *Zip*

   b. _____
   *Initial Mailing Address of Corporation, if different from 4a*     *City (no abbreviations)*     *State*   *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 1000 _____ .

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *Michael Costache*
   Incorporator - Sign here

   MICHAEL COSTACHE
   *Print your name here*

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | *By Mail* Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | *Drop-Off* Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**EXHIBIT 404**

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  02-19-2015

Employer Identification Number:
47-3181016

Form:  SS-4

Number of this notice:  CP 575 A

CHARGEBACK ARMOR INC
200 N MARYLAND AVE STE 300
GLENDALE, CA  91206

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 47-3181016.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 941                  07/31/2015
                    Form 940                  01/31/2016
                    Form 1120                 03/15/2016

     If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

     We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

     **IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

     If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY)     575A                02-19-2015  CHAR  B  9999999999  SS-4

     If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

     The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

     To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

     *  Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

     *  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

     *  Refer to this EIN on your tax-related correspondence and documents.

     If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

     Your name control associated with this EIN is CHAR.  You will need to provide this information, along with your EIN, if you file your returns electronically.

     Thank you for your cooperation.

(IRS USE ONLY)     575A          02-19-2015   CHAR   B   9999999999   SS-4

Keep this part for your records.        CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please          CP 575 A
correct any errors in your name or address.

                                                  9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE: 02-19-2015
( )     -                                 EMPLOYER IDENTIFICATION NUMBER: 47-3181016
_____  _____   FORM: SS-4              NOBOD


INTERNAL REVENUE SERVICE                  CHARGEBACK ARMOR INC
CINCINNATI  OH   45999-0023               200 N MARYLAND AVE STE 300
                                          GLENDALE, CA  91206

**404 - 7**                              **EXHIBIT 404**

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

CHARGEBACK ARMOR, INC.

2. **CALIFORNIA CORPORATE NUMBER**

3756956

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 8. SECRETARY MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 9. CHIEF FINANCIAL OFFICER/ MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
MICHAEL COSTACHE

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|
| 200 N MARYLAND AVE SUITE 300 | GLENDALE | | CA | 91206 |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
BUSINESS SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/19/2015 | MICHAEL COSTACHE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

**EXHIBIT 404**

**To:** Global Media[globalmediausa@gmail.com]
**From:** David Davidian, CPA
**Sent:** Tue 1/21/2014 3:23:51 PM
**Importance:** Normal
**Subject:** W-2's mailed
**MAIL_RECEIVED:** Tue 1/21/2014 3:23:55 PM

The W-2's for the following companies were mailed to the employees today.

MEDIA URGE
SBM
CALENERGY
KAI
INSIGHT
AMD
ALL-STAR
HERITAGE

Sincerely,
*Z. David Davidian, CPA*
**Davidian & Associates**
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

| | |
|---|---|
| **From:** | Davidian and Associates <Suzie@lacpa.com> |
| **Sent:** | Thursday, February 13, 2014 7:10 PM |
| **To:** | globalmediausa@gmail.com |
| **Cc:** | David Davidian |
| **Subject:** | Media Urge, Inc payroll 02.14.2014 |
| **Attachments:** | _Payroll_Rpt1.pdf; paystub.pdf |

Sincerely,
Suzie J.
Davidian & Associates
Certified Public Accountants
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**406 - 1**                                                                        **EXHIBIT 406**

# Payroll Register

MEDIA URGE, INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

Feb 14 - Feb 14, 2014

| Employee | | | Check Info | | | | Payroll Details | | | | | Med Care | | | |
| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed W/H | Soc Sec | Med Care | Addl | State W/H | SDI | Net Pay |
| ZACKYULLHA MALAL... | ***-**-1724 | 02/01/14 | 02/14/14 | 02/14/14 | - | - | 1,989.19 | -240.00 | -123.33 | -28.85 | - | -77.11 | -19.90 | 1,500.00 |
| Company Totals | | | | | | - | 1,989.19 | -240.00 | -123.33 | -28.85 | - | -77.11 | -19.90 | 1,500.00 |

**Payroll Register**

Feb 14 - Feb 14, 2014

EXHIBIT 406

# Paycheck Detail Report

**MEDIA URGE, INC**
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

## Paychecks Dated Feb 14, 2014

### ZACKYULLHA MALAL    \*\*\*-\*\*-1724    Pay Period: Feb 1 - Feb 14, 2014    Chk # (none)

| Earnings | | | Taxes | | | Other Additions/Deductions | | | Company Taxes & Contributions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Item | Hours | Current | YTD | Tax | Current | YTD | Item | Current | YTD | Item | Current | YTD |
| Salary | - | 1,989.19 | 5,335.59 | Federal Withholding | -240.00 | -538.00 | | | | Social Security Company | 123.33 | 330.81 |
| | | | | Social Security Employee | -123.33 | -330.81 | | | | Medicare Company | 28.85 | 77.37 |
| | | | | Medicare Employee | -28.85 | -77.37 | | | | Federal Unemployment | 11.93 | 32.01 |
| | | | | Medicare Employee Add'l Tax | - | - | | | | CA - Unemployment | 67.63 | 181.41 |
| | | | | CA - Withholding | -77.11 | -152.49 | | | | CA - Employment Training Tax | 1.99 | 5.34 |
| | | | | CA - Disability | -19.90 | -53.36 | | | | | | |
| **Total Earnings** | **-** | **1,989.19** | **5,335.59** | **Total Taxes** | **-489.19** | **-1,152.03** | **Total Other** | **-** | **-** | **Total Company** | **233.73** | **626.94** |

Net Pay    1,500.00    4,183.56

## Company Totals Feb 14, 2014

### Employee Count: 1    Check Count: 1

| Earnings | | | Taxes | | | Other Additions/Deductions | | | Company Taxes & Contributions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Item | Hours | Current | YTD | Tax | Current | YTD | Item | Current | YTD | Item | Current | YTD |
| Salary | - | 1,989.19 | 5,335.59 | Federal Withholding | -240.00 | -538.00 | | | | Social Security Company | 123.33 | 330.81 |
| | | | | Social Security Employee | -123.33 | -330.81 | | | | Medicare Company | 28.85 | 77.37 |
| | | | | Medicare Employee | -28.85 | -77.37 | | | | Federal Unemployment | 11.93 | 32.01 |
| | | | | Medicare Employee Add'l Tax | - | - | | | | CA - Unemployment | 67.63 | 181.41 |
| | | | | CA - Withholding | -77.11 | -152.49 | | | | CA - Employment Training Tax | 1.99 | 5.34 |
| | | | | CA - Disability | -19.90 | -53.36 | | | | | | |
| **Total Earnings** | **-** | **1,989.19** | **5,335.59** | **Total Taxes** | **-489.19** | **-1,152.03** | **Total Other** | **-** | **-** | **Total Company** | **233.73** | **626.94** |

Net Pay    1,500.00    4,183.56

**Paycheck Detail Report**

EXHIBIT 406

# Payroll Expense Summary

MEDIA URGE, INC.
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

## Feb 14 - Feb 14, 2014

| Summary | | % Earn |
|---|---|---|
| Earnings Expense | 1,989 | 100% |
| Company Tax Expense | 234 | 12% |
| Benefit Expense | - | 0% |
| **Total Expenses** | **2,223** | **112%** |

| Earnings Details | | % |
|---|---|---|
| Salary | 1,989 | 100% |
| **Total Earnings** | **1,989** | |

| Company Tax Details | Co Taxes | % |
|---|---|---|
| Social Security Company | 123 | 53% |
| CA - Unemployment | 68 | 29% |
| Medicare Company | 29 | 12% |
| Federal Unemployment | 12 | 5% |
| CA - Employment Training Tax | 2 | 1% |
| **Total Company Taxes** | **234** | |

| Benefit Details | | |
|---|---|---|
| **Total Benefits** | **-** | |

| Employee Details | Earnings | % | Co Taxes | % | Benefits | % | Ttl Exp | % |
|---|---|---|---|---|---|---|---|---|
| Name | | | | | | | | |
| ZACKYULLHA MALAL | 1,989 | 100% | 234 | 100% | - | 0% | 2,223 | 100% |
| **Totals** | **1,989** | | **234** | | **-** | | **2,223** | |

**Payroll Expense Summary**

Feb 14 - Feb 14, 2014

**406 - 4**

**EXHIBIT 406**

# Employee YTD Summary

MEDIA URGE, INC.
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

## Feb 14 - Feb 14, 2014 (last pay on Feb 14)

| Employee | Period | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | SDI | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| **ZACKYULLHA MALAL** | MTD | - | 1,989.19 | -240.00 | -123.33 | -28.85 | - | -77.11 | -19.90 | 1,500.00 |
| **\*\*\*-\*\*-1724** | QTD | - | 5,335.59 | -538.00 | -330.81 | -77.37 | - | -152.49 | -53.36 | 4,183.56 |
| | YTD | - | 5,335.59 | -538.00 | -330.81 | -77.37 | - | -152.49 | -53.36 | 4,183.56 |
| **Company Totals** | MTD | - | 1,989.19 | -240.00 | -123.33 | -28.85 | - | -77.11 | -19.90 | 1,500.00 |
| | QTD | - | 5,335.59 | -538.00 | -330.81 | -77.37 | - | -152.49 | -53.36 | 4,183.56 |
| | YTD | - | 5,335.59 | -538.00 | -330.81 | -77.37 | - | -152.49 | -53.36 | 4,183.56 |

**Employee YTD Summary**

Feb 14 - Feb 14, 2014

**EXHIBIT 406**

# Employee Cost Comparison

MEDIA URGE, INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

| | | Prior Period Feb 14 - Feb 14, 2013 | | | This Period Feb 14 - Feb 14, 2014 | | | Period/Period Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ZACKYULLHA MALAL** | ***-**-1724 | | | | | | | | | | |
| Earnings | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| Salary | - | - | - | - | 1,989.19 | - | - | | 1,989.19 | | - | |
| Employer Tax Expenses | | | | | | | | | | | | |
| Social Security Company | | | | | 123.33 | | | | 123.33 | | | |
| Medicare Company | | | | | 28.85 | | | | 28.85 | | | |
| Federal Unemployment | | | | | 11.93 | | | | 11.93 | | | |
| CA - Unemployment | | | | | 67.63 | | | | 67.63 | | | |
| CA - Employment Training Tax | | | | | 1.99 | | | | 1.99 | | | |
| | | | | | 233.73 | | | | 233.73 | | | |
| **Total Employer Expense** | - | - | | - | 2,222.92 | | | | 2,222.92 | | | |

# Employee Cost Comparison

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014

**EXHIBIT 406**

# Employee Cost Comparison

MEDIA URGE, INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

| | Prior Period Feb 14 - Feb 14, 2013 | | | This Period Feb 14 - Feb 14, 2014 | | | Period/Period Change | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company Totals** | | | | | | | | | | |
| *Earnings* | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| Salary | - | - | - | - | 1,989.19 | - | - | | 1,989.19 | | - |
| *Employer Tax Expenses* | | | | | | | | | | |
| Social Security Company | | | | | 123.33 | | | | 123.33 | |
| Medicare Company | | | | | 28.85 | | | | 28.85 | |
| Federal Unemployment | | | | | 11.93 | | | | 11.93 | |
| CA - Unemployment | | | | | 67.63 | | | | 67.63 | |
| CA - Employment Training Tax | | | | | 1.99 | | | | 1.99 | |
| | | | | | 233.73 | | | | 233.73 | |
| **Total Employer Expense** | - | - | | | 2,222.92 | | | | 2,222.92 | |

# Employee Cost Comparison

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014

**406 - 7**                                    **EXHIBIT 406**

MEDIA URGE, INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

Feb 14 - Feb 14, 2014

## 941 Payroll Liabilities and Payments

| Wages & Accrued Taxes | Payroll Date | Federal W/H Wagebase | Federal W/H Amount | AEIC Wagebase | AEIC Amount | Social Security Wagebase | Social Security Amount | Medicare Wagebase | Medicare Amount | Medicare Addl Wagebase | Medicare Addl Amount | Total Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/14/2014 | 1,989.19 | 240.00 | - | - | 1,989.19 | 246.66 | 1,989.19 | 57.70 | - | - | 544.36 |
| Total Wages & Accrued Taxes | | 1,989.19 | 240.00 | - | - | 1,989.19 | 246.66 | 1,989.19 | 57.70 | - | - | 544.36 |
| Tax Payments | | | | | | | | | | | | |
| Paid to | Check Date   Payroll Date | | | | | | | | | | | |
| Total Tax Payments | | | | | | | | | | | | |
| Unpaid Tax Liability | | | 240.00 | | - | | 246.66 | | 57.70 | | - | 544.36 |

| Federal 941 Tax Summary | 46-1049746 |
|---|---|
| Payment Amount Due | 544.36 |
| 001 Social Security | 246.66 |
| 002 Medicare & Medicare Addl | 57.70 |
| 003 Tax Withholding | 240.00 |

Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

EXHIBIT 406

# 940 Payroll Liabilities and Payments

MEDIA URGE., INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

Feb 14 - Feb 14, 2014

| Wages & Accrued Taxes | | Payroll Date | FUTA Wagebase | Amount |
|---|---|---|---|---|
| | | 02/14/2014 | 1,989.19 | 11.93 |
| Total Wages & Accrued Taxes | | | 1,989.19 | 11.93 |

| Tax Payments Paid to | Check Date | Payroll Date | FUTA Amount | |
|---|---|---|---|---|
| Total Tax Payments | | | | |
| Unpaid Tax Liability | | | 11.93 | |

**Payroll Liabilities and Payments**

Feb 14 - Feb 14, 2014

**EXHIBIT 406**

MEDIA URGE, INC
6900 CANBY AVE STE 105 | RESEDA, CA 91335
EIN: 46-1049746

## State Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

| Wages & Accrued Taxes | Payroll Date | State | State W/H Wagebase | Amount | State UI Wagebase | Amount | State Disability Wagebase | Amount | Other Taxes Wagebase | Amount | Total Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/14/2014 | CA | 1,989.19 | 77.11 | 1,989.19 | 67.63 | 1,989.19 | 19.90 | 1,989.19 | 1.99 | 166.63 |
| Total Wages & Accrued Taxes | | | 1,989.19 | 77.11 | 1,989.19 | 67.63 | 1,989.19 | 19.90 | 1,989.19 | 1.99 | 166.63 |

| Tax Payments Paid to | Check Date | Payroll Date | State W/H Amount | State UI Amount | State Disability Amount | Other Taxes Amount | Total Tax |
|---|---|---|---|---|---|---|---|
| Total Tax Payments | | | | | | | |
| Unpaid Tax Liability | | | 77.11 | 67.63 | 19.90 | 1.99 | 166.63 |

**Payroll Liabilities and Payments**

Feb 14 - Feb 14, 2014

EXHIBIT 406

MEDIA URGE, INC
6900 CANBY AVE STE 105
RESEDA, CA 91335

ZACKYULLHA MALAL



WINNETKA, CA

---

| Employee Pay Stub | Check number: | | | Pay Period: 02/01/2014 - 02/14/2014 | | Pay Date: 02/14/2014 |
|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| ZACKYULLHA MALAL, ____ WINNETKA, CA ____ | | | | ***-**-1724 | Single/Single | Fed-2/0/CA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,989.19 | 5,335.59 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -240.00 | -538.00 |
| Social Security Employee | | | -123.33 | -330.81 |
| Medicare Employee | | | -28.85 | -77.37 |
| CA - Withholding | | | -77.11 | -152.49 |
| CA - Disability | | | -19.90 | -53.36 |
| | | | -489.19 | -1,152.03 |

| Net Pay | | | 1,500.00 | 4,183.56 |
|---|---|---|---|---|

406 - 11                                                    EXHIBIT 406

**To:**      Global Media[globalmediausa@gmail.com]
**From:**   David Davidian, CPA
**Sent:**    Wed 2/26/2014 5:38:23 PM
**Importance:**   Normal
**Subject:**  Agoa
**MAIL_RECEIVED:**   Wed 2/26/2014 5:38:27 PM

Please check the bank account for Agoa:

Wells Fargo
███████2288

You have not done any payroll for this company since October 2013.

Sincerely,
*Z. David Davidian, CPA*
**Davidian & Associates**
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**From:**          Davidian and Associates <Suzie@lacpa.com>
**Sent:**          Friday, April 11, 2014 4:22 PM
**To:**            Global Media
**Cc:**            David Davidian
**Subject:**       Secured Merchants, Inc payroll 04.15.2014
**Attachments:**   04.15.2014_Tyler.pdf


 Please see attached.


Sincerely,
Suzie J.
Davidian & Associates
Certified Public Accountants
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.


To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**4081**                                          **EXHIBIT 408**

SECURED MERCHANTS LLC
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302

WILLIAM TYLER REITENBACH

AGOURA HILLS, CA

Direct Deposit

| Employee Pay Stub | Check number: | | | | Pay Period: 04/01/2014 - 04/15/2014 | | Pay Date: 04/15/2014 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| WILLIAM TYLER REITENBACH, | | | , AGOURA HILLS, CA | | ***-**-4693 | Single/Single | Fed-2/0/CA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| Salary | 0:00 | | 2,367.81 | 15,074.67 | Checking - *****5800 | | 1,744.86 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Federal Withholding | -314.00 | -1,882.00 | |
| Social Security Employee | -146.80 | -934.63 | |
| Medicare Employee | -34.33 | -218.58 | |
| CA - Withholding | -104.14 | -596.23 | |
| CA - Disability Employee | -23.68 | -150.75 | |
| | -622.95 | -3,782.19 | |
| **Net Pay** | **1,744.86** | **11,292.48** | |

**EXHIBIT 408**

**From:**        Davidian and Associates <Suzie@lacpa.com>
**Sent:**        Friday, April 11, 2014 4:22 PM
**To:**          Global Media
**Cc:**          David Davidian
**Subject:**     Secured Merchants, Inc payroll 04.15.2014
**Attachments:** 04.15.2014_Tyler.pdf

 Please see attached.


Sincerely,
Suzie J.
Davidian & Associates
Certified Public Accountants
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com


This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

**4081**                                                    **EXHIBIT 408**

SECURED MERCHANTS LLC
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302

WILLIAM TYLER REITENBACH

AGOURA HILLS, CA

Direct Deposit

---

| **Employee Pay Stub** | Check number: | | | | **Pay Period: 04/01/2014 - 04/15/2014** | | **Pay Date: 04/15/2014** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| WILLIAM TYLER REITENBACH, ████████, AGOURA HILLS, CA | | | | | ' | Single/Single | Fed-2/0/CA-2/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | **Amount** |
|---|---|---|---|---|---|---|---|
| Salary | 0:00 | | 2,367.81 | 15,074.67 | Checking - | | 1,744.86 |

| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | |
|---|---|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | |
| Federal Withholding | | | -314.00 | -1,882.00 | | | |
| Social Security Employee | | | -146.80 | -934.63 | | | |
| Medicare Employee | | | -34.33 | -218.58 | | | |
| CA - Withholding | | | -104.14 | -596.23 | | | |
| CA - Disability Employee | | | -23.68 | -150.75 | | | |
| | | | -622.95 | -3,782.19 | | | |

| **Net Pay** | | | **1,744.86** | **11,292.48** | | | |

EXHIBIT 408

**To:**         zenmobilemedia@gmail.com[zenmobilemedia@gmail.com]
**Cc:**         globalmediausa@gmail.com[globalmediausa@gmail.com]; David Davidian CPA[cpa@lacpa.com]
**From:**    Davidian and Associates CPA s
**Sent:**     Wed 7/31/2013 3:30:39 PM
**Importance:**     Normal
**Subject:**  Zen Payroll
**MAIL_RECEIVED:**  Wed 7/31/2013 3:30:46 PM
check.pdf
dd check.pdf
Payroll Detail.pdf
Payroll Liability.pdf
Payroll Summary.pdf

Please see attached files.

Sincerely,

*Lucy Balyan*
## Davidian & Associates
**Certified Public Accountants**
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

 *Please consider the environment before printing this e-mail*

**EXHIBIT 409**

# Standard Service Agreement

This Standard Service Agreement ("Agreement") is entered into by and between:

> Secured Merchant LLC, a California Limited Liability Company ("SM"), and
> **Creative Ventures Media** ("Client") a Limited Liability Company
> as of this 25th day of September, 2014.

Based upon the mutual covenants set forth in this Agreement, SM and Client agree to the following terms and conditions for use of the Software and the provision of a subscription service to be used by Client for the Services. The Software is made available to you and the Service is owned, operated, and provided to you by SM through the CHARGEBACKARMOR.COM Site.

By signing this Agreement, each party agrees to be bound by these Terms and Conditions, and Policies in effect from time to time. Each party's representatives, employees, or any person or entity acting on its behalf with respect to the provision of or use of the Service, shall be bound by, and shall abide by, these Terms and Conditions, and the Policies. Client further agrees that you are bound by these Terms and Conditions and the Policies whether you are acting on your own behalf or on behalf of a third party. If Client is using the Service on behalf of a business, that business accepts the Terms and Conditions and the Policies.

Client represents warrants and agrees that all information Client has provided or will provide to SM in connection with its use of the Service is and will be true, accurate, current and complete in all material respects, and will be maintained and updated to keep it true, accurate, current and complete in all material respects. If any information provided by Client is untrue, inaccurate, not current or incomplete in any material respect, SM has the right to terminate Client's account and refuse any and all current or future use of the Service.

DEFINITIONS: The following terms are defined for the purposes of this Agreement as follows:

"Account Charges" shall mean all fees, costs, and amounts ever kind and description that are charged or may be charged to Client's account pursuant to the Terms and Conditions and the Policies.
"Bandwidth" shall mean the amount of data transferred out from the SM CRM servers where Client's usage of SM CRM is hosted.
"CAN-SPAM Act" shall mean the federal CAN-SPAM Act of 2003, as amended from time to time.
"Client Data" shall mean (i) information input into the Software interface by Client, and (ii) user behavior on Client's web site captured by the Software on the Client's behalf, all of which shall be stored on SM CRM's servers.
"CRM" shall mean chargebackarmor.com Chargeback relationship management.
"Policies" shall mean all payment terms, policies, practices, rules, standards and guidelines provided to Client in writing.
"Service(s)" or "SM CRM Service(s)" shall mean the SM CRM, campaign management and reporting, including associated materials, and written documentation.
"Site" shall mean the web site located at www.chargebackarmor.com.
"SM Data" shall mean all data that is not Client Data.
"Software" shall mean the SM CRM software.
"Terms and Conditions" shall mean all of the terms and conditions set forth in this Agreement.
"You", "your", and "Client" refers to the entity subscribing to the Services hereunder.

1. USE LICENSE. Subject to the Terms and Conditions and the Policies, SM hereby grants Client a non-exclusive license to use the Software and the Service in accordance with the Terms and Conditions and Policies. Client agrees that it shall not at any time: (1) modify, translate, or create derivative works based on the Service or the Software, or permit other individuals to do so on its behalf; (2) rent, lease, transfer or otherwise transfer rights to the Service or the Software; (3) use a single account for multiple business entities; (4) provide third parties with access to Client account; and/or (5) reverse engineer or disassemble the Service or the Software. SM reserves the right to terminate this Agreement immediately, without liability, if Client violates any prohibition set forth in this Section 1.

2. FEES AND CHARGES. Fees shall be due and payable by Client to SM pursuant to Exhibit A attached hereto and incorporated by reference into this Agreement. Client agrees to pay SM all applicable charges to its account, in United States dollars, in accordance with the payment Policies in effect at the time those charges become due. Client's account will be debited with corresponding fees in accordance with the then-current rates. Client agrees to not charge back any of the related fees associated with this account, and any charge backs will result in Client paying associated charge back fees. Client authorizes SM to charge Client's credit card, charge card, or debit card for any and all Account Charges associated with Client's account hereunder. If payment cannot be charged to Client's credit/charge/debit card, for whatever reason, or if there is a charge-back for any reason, SM reserves the right to either suspend or terminate Client's account with SM and the associated Services until the payment is received. If Client provides SM with a credit card, charge card, or debit card that expires during the term of this Agreement, SM reserves the right to charge any renewal card issued to Client as a replacement without any additional Client consent. In the event of any failure by Client to make payment, or upon any Client charge-back, Client will be responsible for all reasonable expenses (including reasonable attorneys' fees)



incurred by SM in collecting such amounts plus interest at the rate of the lesser of one and one-half percent (1.5%) per month or the highest rate permissible under applicable law for the actual number of days elapsed. All paid fees, costs, charges and other amounts are NON-REFUNDABLE.

3. INTELLECTUAL PROPERTY. Client represents and warrants to SM that it owns or otherwise has the right to use Client Data as contemplated by this Agreement. Except as otherwise provided in this Agreement, SM shall acquire no right, title or interest in Client Data as a consequence of this Agreement. All final data produced as a result of the input by SM of Client Data into the Software in connection with the provision of the Services (the "IP Rights") shall be the sole and exclusive property of Client. Client shall be the sole owner of all the rights to such IP Rights in any form and in all fields of use known or hereafter existing. Client may transfer such IP Rights or use the IP Rights for any purpose without further payment to SM. Notwithstanding anything set forth herein, Client shall not, as a result of this Agreement, acquire any property or other right, claim or interest, including any patent right or copyright interest in any data, information or technology which is proprietary to or has been licensed to SM which is used to deliver the Services, the Software or other technology used to deliver the Services, any interim data created there from or any of the information, systems, processors, equipment, computer software, derivative works, service marks or trademarks of SM, whether created before, during or after the performance of this Agreement. Using the Services does not give Client ownership of any intellectual property rights in the Service. Client shall not reverse engineer, decompile, disassemble or otherwise attempt to determine the source code for computer programs or other trade secrets from the Software and/or Services.

4. LEGAL AND POLICY COMPLIANCE. To use the Service, Client must at all times comply with the following:

a.   No activity in violation of applicable federal, State or local law, statute, rule or regulation.
b.   No Software pirating or hacking.
c.   No use of SM CRM URLs in emails.
d.   No violations of the CAN-SPAM Act.
e.   No pornographic, adult only, sexually oriented or related web sites / creative as reasonably determined by SM.
f.   No racial, ethnic, political, hate-mongering or otherwise objectionable content.
g.   You must follow any policies made available to you within the Service.
h.   You can not misuse the Service. For example, don't interfere with the Service or try to access the Service using a method other than the interface and the instructions as provided.
i.   You may use the Service only as permitted by law, including applicable export and re-export control laws and regulations.
j.   You may not use any branding or logos used in the Service. You may not remove, obscure, or alter any legal notices displayed in or along with the Service.
k.   SM may review content to determine whether it is illegal or violates the Terms and Conditions or the Policies, and SM has the right to remove or refuse to display content that SM reasonably believes to violate the Terms and Conditions, the Policies, or the law.
l.   To the extent the Service is available on mobile devices, you may not use the Service in a way that distracts you and prevents you from obeying traffic or safety laws.

Client is solely responsible for compliance with all laws and Policies. SM may suspend or stop providing the Service to you if you do not comply with the Terms and Conditions or the Policies or if we are investigating suspected misconduct. SM reserves the right to terminate this Agreement immediately, without liability, if Client does not comply with the requirements of this Section 4.

5. REPRESENTATIONS AND WARRANTIES. SM represents and warrants that it has full power and authority to enter into this Agreement. Client represents and warrants (i) that it has sufficient authority to enter into the Agreement; (ii) that it will perform its rights, duties and obligations under the Agreement and at all times be in compliance with all applicable federal, state and local laws, rules and regulations; (iii) that it shall not be in violation of any obligation, contract or agreement by entering into this Agreement, by performing its obligations under the Agreement, or by authorizing and permitting SM to perform the Services hereunder; (iv) that it shall comply with all Terms and Conditions and the Policies; and (v) that all information provided by Client to SM is truthful, accurate, and complete, and is not misleading in any material respect.

6. INDEMNIFICATION. Client will hold harmless and indemnify SM and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Service or violation of the Terms and Conditions and Policies, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees. The provisions of this Section shall survive the termination of the Agreement.

7. TERM. The initial term of this Agreement shall be one month, and shall automatically renew on a month-to-month basis thereafter.

8. TERMINATION. Except as otherwise expressly provided in this Agreement, this Agreement may be terminated by either party at any time and for any reason (or no reason at all) by providing the other party with at least ten (10) days prior written notice; provided that, regardless which party terminated this Agreement, Client shall pay in full all Account Charges and any other amounts due through the date of termination, including the unexpired term. Notwithstanding anything to the contrary, SM



**EXHIBIT 412**

may immediately terminate your account at any time during the term of the Agreement, and discontinue your participation in the Service, if SM reasonably believes that your conduct may be harmful to its business. Reasons for such termination may include, but are not limited to, failure to make payment when due; violation of Terms and Conditions and the Policies; or conduct harmful to others who participate in the Service. Upon any termination of the Agreement, Client shall have thirty (30) days from the date of termination in which to request the return of any and all Client Data in a form reasonably requested by Client. In the event that Client does not request the Client Data within such period of time, SM may delete the Client Data from Client's account. Upon termination of this Agreement, Client will no longer be able to access its account. However, at the request of Client, 30 day access to recoup Client Data will be granted. Upon any termination of this Agreement, SM reserves the right to delete any and all information in Client's account, at SM's discretion at any time after the date that is thirty (30) days after the termination of the Agreement; provided that, if requested by Client, SM will return to Client any such information during such thirty (30) day period in a form reasonably requested by Client and at Client's expense.

9. MODIFICATIONS. This Agreement may be modified by the parties only through a written agreement signed by both parties; excepting that, SM may modify the Terms and Conditions and/or the Policies, and add additional terms or Policies that apply to the Service, for example, to reflect changes to the law or changes to the Service. You should look at the terms regularly. SM will post notice of modifications and additions to the Terms and Conditions and/or the Policies on the Site. Changes will not apply retroactively and will become effective no sooner than thirty (30) days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If there is a conflict between the Terms and Conditions and any subsequently modified or additional terms, the subsequently modified or additional terms will control for that conflict. SM may add or remove functionalities or features, and may suspend or stop the Service, or a portion thereof, altogether. If you do not agree to the modified or additional terms or Policies, you should discontinue your use of the Service.

10. MARKETING. Client hereby grants to SM a non-exclusive license to use, reproduce, publicly and digitally display and perform, transmit and broadcast Client's name, logos, trademarks, trade names, service marks, URLs and slogans to advertise, market, promote and publicize the Service and the Software, including the inclusion of Client in SM's marketing materials and on SM's website.

11. SERVICE LEVEL AGREEMENT. SM will supply advanced technical support, at Client's expense, via phone and email as it pertains to the Service. In the event of unscheduled monthly downtime exceeding one hour twice during the term of this Agreement, SM will promptly credit Client five percent (5%) of the next monthly fee. If there is unscheduled monthly downtime exceeding one hour three times during the term of this Agreement, SM will promptly credit Client an additional five percent (5%) of the next monthly fee.

12. DATA.

a. Data Storage. The Software and Client Data will be hosted on SM servers. SM does not warrant that Client's use of the Service will be error-free. Client acknowledges and agrees that Client is solely responsible to determine whether the Service sufficiently meets Client's requirements. Except as may otherwise be expressly provided for in this Agreement, SM is not responsible for Client Data residing on SM servers.

b. Client Data. "Client Data" consists of the following: (i) information input into the SM CRM interface by Client, and (ii) user behavior on Client's web site captured by the SM CRM Service system on the Client's behalf. SM agrees that you will own all Client Data. SM shall not use the Client Data except directly in furtherance of the purposes of this Agreement. SM shall not disclose the Client Data to any third party unless directed by you, unless (a) such disclosure is made by SM in response to a court order, and provided that SM has given you reasonable notice of such court order, or (b) is in the aggregate in non-personally identifiable form. Upon Client's request, Client is entitled to, and SM will provide Client, at Client's expense, all Client Data, in a format reasonably determined by SM.

c. SM Data. Client Data does not include any information and/or campaign methodologies generated by SM, regardless of whether or not the information or campaign methodology was generated as a result of Client's use of the SM CRM system. Client agrees that SM owns all SM Data. Client shall have a nonexclusive license to use SM Data during the term of this Agreement only as necessary to use the Services.

d. Use of Client Data. Notwithstanding anything to the contrary, Client grants SM the limited right and worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with the Service), communicate, publish, publicly perform, publicly display and distribute such Client Data. The rights you grant in this license are for the limited purpose of operating, promoting, and improving the Service, and to develop new functionality and Software for the Service. This license continues even if you stop using the Service and following the termination of this Agreement.



**412 - 3**                                                                                                 **EXHIBIT 412**

13. DISCLAIMER OF WARRANTIES. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND/OR SERVICE IS AT YOUR OWN RISK. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, THE SITE AND/OR SERVICES ARE AVAILABLE ON AN "AS IS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ACCURACY, OR IMPLIED WARRANTIES ARISING FROM COURSE OF PERFORMANCE OR COURSE OF CONDUCT AND WE DISCLAIM ANY WARRANTY REGARDING THE AVAILABILITY, ACCURACY OR CONTENT OF THE SITE, SERVICES, AND/ OR INFORMATION, PRODUCTS OR SERVICES AVAILABLE THROUGH THE SITE AND/OR SERVICES, OR ANY ECONOMIC BENEFIT YOU MAY GAIN FROM USE OF THE SITE AND/OR SERVICES. SOME STATES DO NOT ALLOW EXCLUSION OF AN IMPLIED WARRANTY, SO THIS DISCLAIMER MAY NOT APPLY TO YOU. SM MAKES NO GUARANTEES, REPRESENTATIONS OR WARRANTIES AS TO THE MARKETING PERFORMANCE, OR LEVEL OF LEADS OR SIGN-UPS GENERATED THAT CLIENT CAN EXPECT BY ENTERING INTO THIS AGREEMENT AND SUBSCRIBING TO THE SERVICE.

14. APPLICABLE LAW. The validity, interpretation, construction, and performance of this Agreement shall be governed by and construed in accordance with the laws of the state of California, without giving effect to its principles of choice of law or conflicts of law thereunder. Any action or proceeding arising from, or seeking to enforce any provision of, or based on any right arising out of, this Agreement may be brought against either of the parties only in the state courts of the state of California in and for the county of Los Angeles at Los Angeles, California, and each of the parties consents to the jurisdiction of such courts (and of the appropriate appellate courts) in any such action or proceeding and waives any objection to venue laid therein. Process in any action or proceeding referred to in the preceding sentence may be served on either party anywhere in the world. In the event it shall become necessary for either party to take action of any type whatsoever to enforce the terms of this Agreement, the prevailing party shall be entitled to recover all attorneys' fees, costs, and expenses, including all out of pocket expenses that are not taxable as costs, incurred in connection with any such action, including any negotiations, mediation, arbitration, litigation, and appeals.

15. LIMITATION ON LIABILITY. CLIENT ACKNOWLEDGES AND AGREES THAT SM SHALL NOT BE LIABLE HEREUNDER FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY LOSS OF USE, LOSS OF BUSINESS, OR LOSS OF PROFIT OR REVENUE, ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE), EVEN IF SM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. SM'S TOTAL CUMULATIVE LIABILITY HEREUNDER, REGARDLESS OF THE FORM OF ACTION, WILL NOT EXCEED AN AMOUNT EQUAL TO ALL AMOUNTS ACTUALLY RECEIVED BY SM FROM CLIENT DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE INCURRENCE OF ANY SUCH LIABILITY. THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF SM ARISING OUT OF THIS AGREEMENT. THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION 15 ARE REASONABLE AND ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH CLIENT'S USE OF THE SOFTWARE AND SERVICES PROVIDED BY SM HEREUNDER, AND THAT, WERE SM TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER.

16. NO ASSIGNMENT OR RESALE. Neither party hereto may resell, assign, or transfer any of its rights under this Agreement. If either party attempts to resell, assign, or transfer its rights, the other party may immediately terminate the Agreement without liability to such other party. Notwithstanding the foregoing, either party may assign this Agreement in connection with a sale of all or substantially all of its assets or a stock sale, merger or other corporate reorganization resulting in a change of control of such party, in each case without the consent of the other party.

17. CONFIDENTIALITY. Each party hereto may have access to confidential, proprietary or trade secret information disclosed by the other party, including, without limitation, its ideas, trade secrets, procedures, methods, systems, and concepts, whether disclosed orally or in writing through any media ("Confidential Information"). SM's Confidential Information includes the SM CRM Services, the Software and information related thereto, and the underlying software, hardware, and other technology used by SM to provide the SM CRM Service and Software. Each party acknowledges that the Confidential Information of the other party contains valuable trade secrets and other proprietary information of such other party and remains the sole and exclusive property of such other party. Each party will restrict disclosure of Confidential Information of the other party to its officers, directors, employees, affiliates and agents with a need to know, will not disclose Confidential Information of the other party to any other party, in the case of Client, will not pass out login's to anyone for purposes of evaluating or examining the Software or the Services, and will otherwise protect Confidential Information of the other party as it protects its own proprietary information (but will in no case take less than reasonable measures). No information will be deemed "Confidential Information" of a party to the extent that the other party can show that it: (a) was in the public domain when communicated to such other party; (b) is communicated to such other party by another party free of any confidentiality obligation; or (c) was in such other party's possession free of any obligation of confidence when first communicated to such other party. Neither party will be in violation of this Section by making a disclosure in response to a valid order



EXHIBIT 412

by a court or other governmental body, provided that, if permitted by law, such party provides the other party prompt notice of such impending disclosure to permit such other party to seek confidential treatment thereof. Any provision herein to the contrary notwithstanding, SM's total cumulative liability under this Section 17, regardless of the form of action, will not exceed an amount equal to all amounts actually received by SM from Client during the twelve (12) month period immediately preceding any allegation by Client of disclosure of Confidential Information.

18. NON-COMPETE. Client agrees that during the term of the Agreement and for one year thereafter, Client will not develop, offer, sell or distribute a competing service to the SM Service. A competing service is defined as a service that seeks to acquire clients for the purpose of offering a CRM or campaign management software system. Notwithstanding anything to the contrary in this Section 18, Client shall be permitted to develop and utilize a service similar to the SM CRM Service solely for use by Client in connection with its own marketing activities. Client understands that violation of this clause is grounds for immediate termination of this Agreement by SM with no liability on the part of SM. Client understands and agrees that SM may seek equitable relief to stop the violation and competing activity as well as any other relief available under the law.

19. DUTY TO DISCLOSE CHANGE OF OWNERSHIP. If Client's ownership changes whereby any entity acquires a majority ownership or other controlling interest in Client during the term of this Agreement, then Client shall immediately disclose to SM the name of such entity.

20. HEADINGS AND REFERENCES. Headings of sections are for the convenience of reference only. Words indicated in quotes and/or capitalized signify an abbreviation or defined term for indicated words or terms, including those definitions contained in this Agreement.

21. ENTIRE AGREEMENT. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements or understandings between the parties with respect to such subject matter.

22. SURVIVAL. The terms set forth in Sections 2, 3, 5, 6, 8, 12, 13, 14, 15, 17, and 18 of this Agreement shall survive the termination or expiration of this Agreement.

23. NOTICES. All notices or other communications required or permitted to be given hereunder must be (as elected by the party giving such notice) (a) personally delivered at the address set forth on the signature page hereof, or (b) transmitted by postage prepaid mail to the address set forth on the signature page hereof. Except as otherwise specified herein, all notices and other communications will be deemed to have been given on (x) the date of receipt if delivered personally, or (y) the date that is five (5) days after posting if transmitted by mail. A party may change its address for purposes of this Section by written notice to the other party in accordance with this Section.

24. RELATIONSHIP OF THE PARTIES. Nothing contained herein will be construed to create a partnership relationship between the parties or the relationship of employer and employee between the parties or between a party or any of such party's employees or agents and any of the other party's employees or agents. It is the express intent of the parties that no party is an employee of the other party for any purpose, but is an independent contractor for all purposes and in all situations. Each party and its directors, officers, employees and agents may not represent that they are employees of the other party, nor may they in any manner hold themselves out to be employees of the other party.

25. SEVERABILITY. If any provision of the Agreement is determined by a court of competent jurisdiction to be invalid or unenforceable, such provision will, to such extent as it is determined to be invalid or unenforceable, be reformed without further action by the parties to the extent necessary to make the provision valid and enforceable and no other provision will be affected or impaired thereby.

26. COUNTERPARTS. This Agreement may be executed in separate counterparts (each of which is an original and all of which will be deemed one and the same instrument) and will be fully effective as of the date executed copies are exchanged between the parties. Counterparts may be executed either in original or facsimiled form and the parties adopt any signatures received by a receiving device as original signatures of the parties.

Secured Merchant LLC
A California Limited Liability Company
Operating (chargebackarmor.com)

By: _Roi Reuveni_ Roi Reuveni (Sep 26, 2014)
Name: Roi Reuveni
Its: Managing Member

Address: 23679 Calabasas Rd. #531, Calabasas, CA, 91302

Creative Ventures Media, LLC

By: _JJ Alan Huapaya_ JJ Alan Huapaya (Sep 26, 2014)
Name: JJ Alan Huapaya
Its: Managing Member

Address: 2901 Hunters Glen Dr. Plainsboro, NJ 08536

EXHIBIT A
Standard License Fees

1. SM CRM Standard License Fees. In consideration for payment of the fees due and compliance with the Agreement, SM shall provide you with access to the SM CRM Services, which include the features listed on the Site. Upon the parties' acceptance of this Agreement, the initial license and setup fees are due and are nonrefundable. Capitalized terms used in this Exhibit A, but not defined in this Exhibit A, are used herein as defined in the Agreement to which this Exhibit A is attached. The license and set-up fees are as follows:

| Setup Fee: | $ Waived |
|---|---|
| Service Fee (Due Monthly): | $10.00 Per Re-presentment |
| Custom Programming: | $95.00 Per Hour |

2. Custom Development (as required and agreed). Custom development is billed by SM to Client at $95.00/hour, plus travel and related expenses, if necessary, with a 4 hour minimum. If such custom development is identified by SM to be beneficial to all Clients of the SM CRM Service, then SM will not charge for completion of the custom development request.

3. Term/Billing Cycle:

| | |
|---|---|
| License: | Standard License |
| Initial Term: | 30 Day Free Trial, Paid Service Renews Monthly if Not Cancelled. |
| Term Start Date: | October 1st, 2014 |
| Next Renewal Term Date: | November 1st, 2014 |
| Due Date: | Payments are due by the 5th of the month for the previous term of service |

At the end of the initial term of this Agreement, the Agreement shall automatically renew on a month-to-month term.

4. Support. SM will provide incident-based help desk phone and email support for all technical issues/questions in connection with the Agreement that arise during the term of the Agreement. Administrative tasks to the software or general configuration of the SM CRM Services system in each case by SM on behalf of Client that are not tied directly to technical issues in connection with the Services will be billed to Client at $95.00/hour (1 hour minimum).

Client Signature: _JJ Alan Huapaya_
Alan Huapaya (Sep 26, 2014)
Name: JJ Alan Huapaya
Date: September 25th, 2014

ساسا

## Appendix B

## Recurring Payment Authorization Form

Schedule your payments to be automatically deducted from your bank account, or charged to your Visa, MasterCard, American Express or Discover Card. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**

- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges
-

**Here's How Recurring Payments Work:**

You authorize regularly scheduled charges to your checking/savings account or credit card.  You will be charged each billing period for the total amount due for that period. A receipt will be emailed to you and the charge will appear on your bank or credit card statement.  You agree that no prior-notification will be provided unless the payments date changes, you will receive notice from us at least 10 days prior to the payment being collected.

**Please complete the information below:**

I __JJ Alan Huapaya__ authorize Secured Merchants to charge/debit my account indicated below on the 1ˢᵗ of each Month for payment of my Chargeback Services.  I understand that I will only receive advance notice of the charge if the payments date changes.

Billing Address __2901 Hunters Glen Dr__          Phone# __6098583901__

City, State, Zip __Plainsboro, NJ 08536__          Email __alan@creativeventuresmedia.com__

| **Checking/ Savings Account** | **Credit Card** |
|---|---|
| ☐ Checking    ☐ Savings | ☑ Visa    ☐ MasterCard |
| Name on Acct _____ | ☐ Amex    ☐ Discover |
| Bank Name _____ | Cardholder Name  JJ Alan |
| Account Number ▓▓▓▓3943 | Account Number ▓▓▓▓3943 |
| Bank Routing # _____ | Exp. Date ▓▓▓▓ |
| Bank City/State _____ | CVV (3 digit number on back of card) ▓▓ |

SIGNATURE __JJ Alan Huapaya__          DATE __9/26/2014__
JJ Alan Huapaya (Sep 26, 2014)

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Secured Merchants in writing of any changes in my account information or termination of this authorization at least 10 days prior to the next billing date. If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates. In the case of an ACH Transaction being rejected for Non-Sufficient Funds (NSF) I understand that Secured Merchants may at its discretion attempt to process the charge again within 30 days, and agree to an additional $25.00 charge for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law. I certify that I am an authorized user of this credit card/bank account and will not dispute the scheduled transactions with my bank or credit Company; provided the transactions correspond to the terms indicated in this authorization form.

# Standard Service Agreement

This Standard Service Agreement ("Agreement") is entered into by and between:

> Secured Merchant LLC, a California Limited Liability Company ("SM"), and
> Vitaeque S.A. ("Client") a Société Anonyme Company
> as of this 12[th] day of January, 2015.

Based upon the mutual covenants set forth in this Agreement, SM and Client agree to the following terms and conditions for use of the Software and the provision of a subscription service to be used by Client for the Services. The Software is made available to you and the Service is owned, operated, and provided to you by SM through the CHARGEBACKARMOR.COM Site.

By signing this Agreement, each party agrees to be bound by these Terms and Conditions, and Policies in effect from time to time. Each party's representatives, employees, or any person or entity acting on its behalf with respect to the provision of or use of the Service, shall be bound by, and shall abide by, these Terms and Conditions, and the Policies. Client further agrees that you are bound by these Terms and Conditions and the Policies whether you are acting on your own behalf or on behalf of a third party. If Client is using the Service on behalf of a business, that business accepts the Terms and Conditions and the Policies.

Client represents warrants and agrees that all information Client has provided or will provide to SM in connection with its use of the Service is and will be true, accurate, current and complete in all material respects, and will be maintained and updated to keep it true, accurate, current and complete in all material respects. If any information provided by Client is untrue, inaccurate, not current or incomplete in any material respect, SM has the right to terminate Client's account and refuse any and all current or future use of the Service.

DEFINITIONS:  The following terms are defined for the purposes of this Agreement as follows:

"Account Charges" shall mean all fees, costs, and amounts ever kind and description that are charged or may be charged to Client's account pursuant to the Terms and Conditions and the Policies.
"Bandwidth" shall mean the amount of data transferred out from the SM CRM servers where Client's usage of SM CRM is hosted.
"CAN-SPAM Act" shall mean the federal CAN-SPAM Act of 2003, as amended from time to time.
"Client Data" shall mean (i) information input into the Software interface by Client, and (ii) user behavior on Client's web site captured by the Software on the Client's behalf, all of which shall be stored on SM CRM's servers.
"CRM" shall mean chargebackarmor.com Chargeback relationship management.
"Policies" shall mean all payment terms, policies, practices, rules, standards and guidelines provided to Client in writing.
"Service(s)" or "SM CRM Service(s)" shall mean the SM CRM, campaign management and reporting, including associated materials, and written documentation.
"Site" shall mean the web site located at www.chargebackarmor.com.
"SM Data" shall mean all data that is not Client Data.
"Software" shall mean the SM CRM software.
"Terms and Conditions" shall mean all of the terms and conditions set forth in this Agreement.
"You", "your", and "Client" refers to the entity subscribing to the Services hereunder.

1. USE LICENSE. Subject to the Terms and Conditions and the Policies, SM hereby grants Client a non-exclusive license to use the Software and the Service in accordance with the Terms and Conditions and Policies. Client agrees that it shall not at any time: (1) modify, translate, or create derivative works based on the Service or the Software, or permit other individuals to do so on its behalf; (2) rent, lease, transfer or otherwise transfer rights to the Service or the Software; (3) use a single account for multiple business entities; (4) provide third parties with access to Client account; and/or (5) reverse engineer or disassemble the Service or the Software. SM reserves the right to terminate this Agreement immediately, without liability, if Client violates any prohibition set forth in this Section 1.

2. FEES AND CHARGES.  Fees shall be due and payable by Client to SM pursuant to Exhibit A attached hereto and incorporated by reference into this Agreement. Client agrees to pay SM all applicable charges to its account, in United States dollars, in accordance with the payment Policies in effect at the time those charges become due. Client's account will be debited with corresponding fees in accordance with the then-current rates. Client agrees to not charge back any of the related fees associated with this account, and any charge backs will result in Client paying associated charge back fees. Client authorizes SM to charge Client's credit card, charge card, or debit card for any and all Account Charges associated with Client's account hereunder. If payment cannot be charged to Client's credit/charge/debit card, for whatever reason, or if there is a charge-back for any reason, SM reserves the right to either suspend or terminate Client's account with SM and the associated Services until the payment is received. If Client provides SM with a credit card, charge card, or debit card that expires during the term of this Agreement, SM reserves the right to charge any renewal card issued to Client as a replacement without any additional Client consent. In the event of any failure by Client to make payment, or upon any Client charge-back, Client will be responsible for all reasonable expenses (including reasonable attorneys' fees)

incurred by SM in collecting such amounts plus interest at the rate of the lesser of one and one-half percent (1.5%) per month or the highest rate permissible under applicable law for the actual number of days elapsed. All paid fees, costs, charges and other amounts are NON-REFUNDABLE.

3. INTELLECTUAL PROPERTY. Client represents and warrants to SM that it owns or otherwise has the right to use Client Data as contemplated by this Agreement. Except as otherwise provided in this Agreement, SM shall acquire no right, title or interest in Client Data as a consequence of this Agreement. All final data produced as a result of the input by SM of Client Data into the Software in connection with the provision of the Services (the "IP Rights") shall be the sole and exclusive property of Client. Client shall be the sole owner of all the rights to such IP Rights in any form and in all fields of use known or hereafter existing. Client may transfer such IP Rights or use the IP Rights for any purpose without further payment to SM. Notwithstanding anything set forth herein, Client shall not, as a result of this Agreement, acquire any property or other right, claim or interest, including any patent right or copyright interest in any data, information or technology which is proprietary to or has been licensed to SM which is used to deliver the Services, the Software or other technology used to deliver the Services, any interim data created there from or any of the information, systems, processors, equipment, computer software, derivative works, service marks or trademarks of SM, whether created before, during or after the performance of this Agreement. Using the Services does not give Client ownership of any intellectual property rights in the Service. Client shall not reverse engineer, decompile, disassemble or otherwise attempt to determine the source code for computer programs or other trade secrets from the Software and/or Services.

4. LEGAL AND POLICY COMPLIANCE. To use the Service, Client must at all times comply with the following:

a.  No activity in violation of applicable federal, State or local law, statute, rule or regulation.
b.  No Software pirating or hacking.
c.  No use of SM CRM URLs in emails.
d.  No violations of the CAN-SPAM Act.
e.  No pornographic, adult only, sexually oriented or related web sites / creative as reasonably determined by SM.
f.  No racial, ethnic, political, hate-mongering or otherwise objectionable content.
g.  You must follow any policies made available to you within the Service.
h.  You can not misuse the Service. For example, don't interfere with the Service or try to access the Service using a method other than the interface and the instructions as provided.
i.  You may use the Service only as permitted by law, including applicable export and re-export control laws and regulations.
j.  You may not use any branding or logos used in the Service. You may not remove, obscure, or alter any legal notices displayed in or along with the Service.
k.  SM may review content to determine whether it is illegal or violates the Terms and Conditions or the Policies, and SM has the right to remove or refuse to display content that SM reasonably believes to violate the Terms and Conditions, the Policies, or the law.
l.  To the extent the Service is available on mobile devices, you may not use the Service in a way that distracts you and prevents you from obeying traffic or safety laws.

Client is solely responsible for compliance with all laws and Policies. SM may suspend or stop providing the Service to you if you do not comply with the Terms and Conditions or the Policies or if we are investigating suspected misconduct. SM reserves the right to terminate this Agreement immediately, without liability, if Client does not comply with the requirements of this Section 4.

5. REPRESENTATIONS AND WARRANTIES. SM represents and warrants that it has full power and authority to enter into this Agreement. Client represents and warrants (i) that it has sufficient authority to enter into the Agreement; (ii) that it will perform its rights, duties and obligations under the Agreement and at all times be in compliance with all applicable federal, state and local laws, rules and regulations; (iii) that it shall not be in violation of any obligation, contract or agreement by entering into this Agreement, by performing its obligations under the Agreement, or by authorizing and permitting SM to perform the Services hereunder; (iv) that it shall comply with all Terms and Conditions and the Policies; and (v) that all information provided by Client to SM is truthful, accurate, and complete, and is not misleading in any material respect.

6. INDEMNIFICATION. Client will hold harmless and indemnify SM and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Service or violation of the Terms and Conditions and Policies, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees. The provisions of this Section shall survive the termination of the Agreement.

7. TERM. The initial term of this Agreement shall be one month, and shall automatically renew on a month-to-month basis thereafter.

8. TERMINATION. Except as otherwise expressly provided in this Agreement, this Agreement may be terminated by either party at any time and for any reason (or no reason at all) by providing the other party with at least ten (10) days prior written notice; provided that, regardless which party terminated this Agreement, Client shall pay in full all Account Charges and any other amounts due through the date of termination, including the unexpired term. Notwithstanding anything to the contrary, SM

                                    EXHIBIT 413

may immediately terminate your account at any time during the term of the Agreement, and discontinue your participation in the Service, if SM reasonably believes that your conduct may be harmful to its business. Reasons for such termination may include, but are not limited to, failure to make payment when due; violation of Terms and Conditions and the Policies; or conduct harmful to others who participate in the Service. Upon any termination of the Agreement, Client shall have thirty (30) days from the date of termination in which to request the return of any and all Client Data in a form reasonably requested by Client. In the event that Client does not request the Client Data within such period of time, SM may delete the Client Data from Client's account. Upon termination of this Agreement, Client will no longer be able to access its account. However, at the request of Client, 30 day access to recoup Client Data will be granted. Upon any termination of this Agreement, SM reserves the right to delete any and all information in Client's account, at SM's discretion at any time after the date that is thirty (30) days after the termination of the Agreement; provided that, if requested by Client, SM will return to Client any such information during such thirty (30) day period in a form reasonably requested by Client and at Client's expense.

9. MODIFICATIONS. This Agreement may be modified by the parties only through a written agreement signed by both parties; excepting that, SM may modify the Terms and Conditions and/or the Policies, and add additional terms or Policies that apply to the Service, for example, to reflect changes to the law or changes to the Service. You should look at the terms regularly. SM will post notice of modifications and additions to the Terms and Conditions and/or the Policies on the Site. Changes will not apply retroactively and will become effective no sooner than thirty (30) days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If there is a conflict between the Terms and Conditions and any subsequently modified or additional terms, the subsequently modified or additional terms will control for that conflict. SM may add or remove functionalities or features, and may suspend or stop the Service, or a portion thereof, altogether. If you do not agree to the modified or additional terms or Policies, you should discontinue your use of the Service.

10. MARKETING. Client hereby grants to SM a non-exclusive license to use, reproduce, publicly and digitally display and perform, transmit and broadcast Client's name, logos, trademarks, trade names, service marks, URLs and slogans to advertise, market, promote and publicize the Service and the Software, including the inclusion of Client in SM's marketing materials and on SM's website.

11. SERVICE LEVEL AGREEMENT. SM will supply advanced technical support, at Client's expense, via phone and email as it pertains to the Service. In the event of unscheduled monthly downtime exceeding one hour twice during the term of this Agreement, SM will promptly credit Client five percent (5%) of the next monthly fee. If there is unscheduled monthly downtime exceeding one hour three times during the term of this Agreement, SM will promptly credit Client an additional five percent (5%) of the next monthly fee.

12. DATA.

a. Data Storage. The Software and Client Data will be hosted on SM servers. SM does not warrant that Client's use of the Service will be error-free. Client acknowledges and agrees that Client is solely responsible to determine whether the Service sufficiently meets Client's requirements. Except as may otherwise be expressly provided for in this Agreement, SM is not responsible for Client Data residing on SM servers.

b. Client Data. "Client Data" consists of the following: (i) information input into the SM CRM interface by Client, and (ii) user behavior on Client's web site captured by the SM CRM Service system on the Client's behalf. SM agrees that you will own all Client Data. SM shall not use the Client Data except directly in furtherance of the purposes of this Agreement. SM shall not disclose the Client Data to any third party unless directed by you, unless (a) such disclosure is made by SM in response to a court order, and provided that SM has given you reasonable notice of such court order, or (b) is in the aggregate in non-personally identifiable form. Upon Client's request, Client is entitled to, and SM will provide Client, at Client's expense, all Client Data, in a format reasonably determined by SM.

c. SM Data. Client Data does not include any information and/or campaign methodologies generated by SM, regardless of whether or not the information or campaign methodology was generated as a result of Client's use of the SM CRM system. Client agrees that SM owns all SM Data. Client shall have a nonexclusive license to use SM Data during the term of this Agreement only as necessary to use the Services.

d. Use of Client Data. Notwithstanding anything to the contrary, Client grants SM the limited right and worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with the Service), communicate, publish, publicly perform, publicly display and distribute such Client Data. The rights you grant in this license are for the limited purpose of operating, promoting, and improving the Service, and to develop new functionality and Software for the Service. This license continues even if you stop using the Service and following the termination of this Agreement.

**EXHIBIT 413**

13. DISCLAIMER OF WARRANTIES. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND/OR SERVICE IS AT YOUR OWN RISK. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, THE SITE AND/OR SERVICES ARE AVAILABLE ON AN "AS IS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ACCURACY, OR IMPLIED WARRANTIES ARISING FROM COURSE OF PERFORMANCE OR COURSE OF CONDUCT AND WE DISCLAIM ANY WARRANTY REGARDING THE AVAILABILITY, ACCURACY OR CONTENT OF THE SITE, SERVICES, AND/ OR INFORMATION, PRODUCTS OR SERVICES AVAILABLE THROUGH THE SITE AND/OR SERVICES, OR ANY ECONOMIC BENEFIT YOU MAY GAIN FROM USE OF THE SITE AND/OR SERVICES. SOME STATES DO NOT ALLOW EXCLUSION OF AN IMPLIED WARRANTY, SO THIS DISCLAIMER MAY NOT APPLY TO YOU. SM MAKES NO GUARANTEES, REPRESENTATIONS OR WARRANTIES AS TO THE MARKETING PERFORMANCE, OR LEVEL OF LEADS OR SIGN-UPS GENERATED THAT CLIENT CAN EXPECT BY ENTERING INTO THIS AGREEMENT AND SUBSCRIBING TO THE SERVICE.

14. APPLICABLE LAW. The validity, interpretation, construction, and performance of this Agreement shall be governed by and construed in accordance with the laws of the state of California, without giving effect to its principles of choice of law or conflicts of law thereunder. Any action or proceeding arising from, or seeking to enforce any provision of, or based on any right arising out of, this Agreement may be brought against either of the parties only in the state courts of the state of California in and for the county of Los Angeles at Los Angeles, California, and each of the parties consents to the jurisdiction of such courts (and of the appropriate appellate courts) in any such action or proceeding and waives any objection to venue laid therein. Process in any action or proceeding referred to in the preceding sentence may be served on either party anywhere in the world. In the event it shall become necessary for either party to take action of any type whatsoever to enforce the terms of this Agreement, the prevailing party shall be entitled to recover all attorneys' fees, costs, and expenses, including all out of pocket expenses that are not taxable as costs, incurred in connection with any such action, including any negotiations, mediation, arbitration, litigation, and appeals.

15. LIMITATION ON LIABILITY. CLIENT ACKNOWLEDGES AND AGREES THAT SM SHALL NOT BE LIABLE HEREUNDER FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY LOSS OF USE, LOSS OF BUSINESS, OR LOSS OF PROFIT OR REVENUE, ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE), EVEN IF SM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. SM'S TOTAL CUMULATIVE LIABILITY HEREUNDER, REGARDLESS OF THE FORM OF ACTION, WILL NOT EXCEED AN AMOUNT EQUAL TO ALL AMOUNTS ACTUALLY RECEIVED BY SM FROM CLIENT DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE INCURRENCE OF ANY SUCH LIABILITY. THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF SM ARISING OUT OF THIS AGREEMENT. THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION 15 ARE REASONABLE AND ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH CLIENT'S USE OF THE SOFTWARE AND SERVICES PROVIDED BY SM HEREUNDER, AND THAT, WERE SM TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER.

16. NO ASSIGNMENT OR RESALE. Neither party hereto may resell, assign, or transfer any of its rights under this Agreement. If either party attempts to resell, assign, or transfer its rights, the other party may immediately terminate the Agreement without liability to such other party. Notwithstanding the foregoing, either party may assign this Agreement in connection with a sale of all or substantially all of its assets or a stock sale, merger or other corporate reorganization resulting in a change of control of such party, in each case without the consent of the other party.

17. CONFIDENTIALITY. Each party hereto may have access to confidential, proprietary or trade secret information disclosed by the other party, including, without limitation, its ideas, trade secrets, procedures, methods, systems, and concepts, whether disclosed orally or in writing through any media ("Confidential Information"). SM's Confidential Information includes the SM CRM Services, the Software and information related thereto, and the underlying software, hardware, and other technology used by SM to provide the SM CRM Service and Software. Each party acknowledges that the Confidential Information of the other party contains valuable trade secrets and other proprietary information of such other party and remains the sole and exclusive property of such other party. Each party will restrict disclosure of Confidential Information of the other party to its officers, directors, employees, affiliates and agents with a need to know, will not disclose Confidential Information of the other party to any other party, in the case of Client, will not pass out login's to anyone for purposes of evaluating or examining the Software or the Services, and will otherwise protect Confidential Information of the other party as it protects its own proprietary information (but will in no case take less than reasonable measures). No information will be deemed "Confidential Information" of a party to the extent that the other party can show that it: (a) was in the public domain when communicated to such other party; (b) is communicated to such other party by another party free of any confidentiality obligation; or (c) was in such other party's possession free of any obligation of confidence when first communicated to such other party. Neither party will be in violation of this Section by making a disclosure in response to a valid order

EXHIBIT 413

by a court or other governmental body, provided that, if permitted by law, such party provides the other party prompt notice of such impending disclosure to permit such other party to seek confidential treatment thereof. Any provision herein to the contrary notwithstanding, SM's total cumulative liability under this Section 17, regardless of the form of action, will not exceed an amount equal to all amounts actually received by SM from Client during the twelve (12) month period immediately preceding any allegation by Client of disclosure of Confidential Information.

18. NON-COMPETE. Client agrees that during the term of the Agreement and for one year thereafter, Client will not develop, offer, sell or distribute a competing service to the SM Service. A competing service is defined as a service that seeks to acquire clients for the purpose of offering a CRM or campaign management software system. Notwithstanding anything to the contrary in this Section 18, Client shall be permitted to develop and utilize a service similar to the SM CRM Service solely for use by Client in connection with its own marketing activities. Client understands that violation of this clause is grounds for immediate termination of this Agreement by SM with no liability on the part of SM. Client understands and agrees that SM may seek equitable relief to stop the violation and competing activity as well as any other relief available under the law.

19. DUTY TO DISCLOSE CHANGE OF OWNERSHIP. If Client's ownership changes whereby any entity acquires a majority ownership or other controlling interest in Client during the term of this Agreement, then Client shall immediately disclose to SM the name of such entity.

20. HEADINGS AND REFERENCES. Headings of sections are for the convenience of reference only. Words indicated in quotes and/or capitalized signify an abbreviation or defined term for indicated words or terms, including those definitions contained in this Agreement.

21. ENTIRE AGREEMENT. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements or understandings between the parties with respect to such subject matter.

22. SURVIVAL. The terms set forth in Sections 2, 3, 5, 6, 8, 12, 13, 14, 15, 17, and 18 of this Agreement shall survive the termination or expiration of this Agreement.

23. NOTICES. All notices or other communications required or permitted to be given hereunder must be (as elected by the party giving such notice) (a) personally delivered at the address set forth on the signature page hereof, or (b) transmitted by postage prepaid mail to the address set forth on the signature page hereof. Except as otherwise specified herein, all notices and other communications will be deemed to have been given on (x) the date of receipt if delivered personally, or (y) the date that is five (5) days after posting if transmitted by mail. A party may change its address for purposes of this Section by written notice to the other party in accordance with this Section.

24. RELATIONSHIP OF THE PARTIES. Nothing contained herein will be construed to create a partnership relationship between the parties or the relationship of employer and employee between the parties or between a party or any of such party's employees or agents and any of the other party's employees or agents. It is the express intent of the parties that no party is an employee of the other party for any purpose, but is an independent contractor for all purposes and in all situations. Each party and its directors, officers, employees and agents may not represent that they are employees of the other party, nor may they in any manner hold themselves out to be employees of the other party.

25. SEVERABILITY. If any provision of the Agreement is be determined by a court of competent jurisdiction to be invalid or unenforceable, such provision will, to such extent as it is determined to be invalid or unenforceable, be reformed without further action by the parties to the extent necessary to make the provision valid and enforceable and no other provision will be affected or impaired thereby.

26. COUNTERPARTS. This Agreement may be executed in separate counterparts (each of which is an original and all of which will be deemed one and the same instrument) and will be fully effective as of the date executed copies are exchanged between the parties. Counterparts may be executed either in original or facsimiled form and the parties adopt any signatures received by a receiving device as original signatures of the parties.

Secured Merchant LLC
A California Limited Liability Company
Operating (chargebackarmor.com)

By:_____
Name: Roi Reuveni
Its: Managing Member

Address: 23679 Calabasas Rd. #531, Calabasas, CA, 91302

Vitaeque S.A.
_____

By:_____
Name:     Jamie Nolte
Its: Managing Member

Address: _____ San Francisco CA

EXHIBIT 413

## EXHIBIT A
## Standard License Fees

1. **SM CRM** Standard **License Fees.** In consideration for payment of the fees due and compliance with the Agreement, SM shall provide you with access to the SM CRM Services, which include the features listed on the Site. Upon the parties' acceptance of this Agreement, the initial license and setup fees are due and are **nonrefundable.** Capitalized terms used in this Exhibit A, but not defined in this Exhibit A, are used herein as defined in the Agreement to which this Exhibit A is attached. The license and set-up fees are as follows:

| Setup Fee: | $ Waived |
|---|---|
| **Service Fee (Due Monthly):** | $7.00 Per Re-presentment 30% Referral discount |
| **Custom Programming:** | $95.00 Per Hour |

2. **Custom Development (as required** and agreed). Custom development is billed by SM to Client at $95.00/hour, plus travel and related expenses, if necessary, with a 4 **hour** minimum. If such custom development **is** identified by SM to be beneficial to all Clients of the SM CRM Service, then SM will not charge for completion of the custom development request.

3. Term/Billing **Cycle:**

| | |
|---|---|
| License: | Standard License |
| Initial Term: | 30 Day Free Trial, Paid Service Renews Monthly if Not Cancelled. |
| Term Start Date: | January 1st, 2015 |
| Next Renewal **Term** Date: | February 1st, 2015 |
| Due Date: | **Payments** are due by the 5th of the **month** for the **previous term of** service |

At the end of the initial term of this Agreement, the Agreement shall automatically renew on a month-to-month term.

4. **Support.** SM will provide incident-based help desk phone and email support for all technical issues/questions in connection with the Agreement that arise during the term of the Agreement. Administrative tasks **to the** software or general configuration of **the SM** CRM Services system in each case by SM on behalf of Client that are not tied directly to technical issues **in** connection with the Services will be billed to Client at $95.00/hour (1 hour minimum).

Client Signature: _____

Name: _____ Jamie Nolte _____

Date: January 12th, 2014

**EXHIBIT 413**

## Appendix B

## Recurring Payment Authorization Form

Schedule your payments to be automatically deducted from your bank account, or charged to your Visa, MasterCard, American Express or Discover Card. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**

- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges
- 

**Here's How Recurring Payments Work:**

You authorize regularly scheduled charges to your checking/savings account or credit card. You will be charged each billing period for the total amount due for that period. A receipt will be emailed to you and the charge will appear on your bank or credit card statement. You agree that no prior-notification will be provided unless the payments date changes, you will receive notice from us at least 10 days prior to the payment being collected.

**Please complete the information below:**

I Jamie Nolte authorize Secured Merchants to charge/debit my account

indicated below on the 1st of each Month for payment of my Chargeback Services. I understand that I will only receive advance notice of the charge if the payments date changes.

| Billing Address | | Phone# | 4582 |
|---|---|---|---|
| City, State, Zip Easton, CT | | Email | Jamie@vitaeque.nl |

| **Checking/ Savings Account** | | **Credit Card** | |
|---|---|---|---|
| ☒ Checking ☐ Savings | | ☐ Visa ☐ MasterCard | |
| Name on Acct | SKC Consultants Pro LLC | ☐ Amex ☐ Discover | |
| Bank Name | Wells Fargo | Cardholder Name | _____ |
| Account Number | 2834 | Account Number | _____ |
| Bank Routing # | 021101108 | Exp. Date | _____ |
| Bank City/State | San Francisco CA | CVV (3 digit number on back of card) _____ | |

Routing Number   Account Number
⟨22222222⟩ ⟨000  111  555⟩ 4027

SIGNATURE _____    DATE _1/12/2015_____

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Secured Merchants in writing of any changes in my account information or termination of this authorization at least 10 days prior to the next billing date. If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates. In the case of an ACH Transaction being rejected for Non-Sufficient Funds (NSF) I understand that Secured Merchants may at its discretion attempt to process the charge again within 30 days, and agree to an additional $25.00 charge for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law. I certify that I am an authorized user of this credit card/bank account and will not dispute the scheduled transactions with my bank or credit card Company; provided the transactions correspond to the terms indicated in this authorization form.

**EXHIBIT 413**

Invoice: Avi Argaman

https://nova8media.freshbooks.com/showInvoice?invoiceid=531857&_...

NOVA 8 MEDIA LLC
18653 VENTURA BLVD
STE 268
TARZANA CA  91356



| | | |
|---|---|---|
| Secured Merchants | Invoice # | 0000344 |
| Avi Argaman | Invoice Date | March 6, 2015 |
| 23679 Calabasas Rd #531 | **Amount Due** | **$680.00 USD** |
| Calabasas CA  91302 | | |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Design Services | ChargeBack Armor (March 5) | 40.00 | 9.5 | 380.00 |
| Design Services | ChargeBack Armor (March 6) | 40.00 | 7.5 | 300.00 |

| | |
|---|---|
| **Total** | **680.00** |
| Amount Paid | -0.00 |
| **Amount Due** | **$680.00 USD** |

**Terms**
Due on receipt



1 of 1

3/6/2015 4:35 PM

**From:** Drew Padnick <drew.padnick@cardready.com>
**Sent:** Monday, June 06, 2011 4:14 PM
**To:** Alon | Bunzai Media
**Subject:** RE: Bunzai | Moving Forward
**Attachments:** image001.gif; website.checklist.extended.pdf

_____

From: Alon | Bunzai Media [mailto:alon@bunzaimedia.com]
Sent: Monday, June 06, 2011 1:39 PM
To: Drew Padnick
Subject: Re: Bunzai | Moving Forward

thank you... just got your message - calling you in a few - thanks again...

Best Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.

Mobile

Direct 818.200.1045 Ext.7001

Skype:            | Aim:

<http://www.bunzaimedia.com>

On Mon, Jun 6, 2011 at 1:37 PM, Drew Padnick <drew.padnick@cardready.com> wrote:

1

**428 – 1**                                                    **EXHIBIT 428**

Alon:

I just left word for you on your cell.

Please give me a ring at the office at your convenience.

Thanks.

Drew

_____

From: Alon | Bunzai Media [mailto:alon@bunzaimedia.com]
Sent: Monday, June 06, 2011 1:31 PM
To: Drew Padnick; melissa@cardready.com
Cc: Brandon Becker; Khristopher Bond; Nastassia Yalley; Paul Medina
Subject: Bunzai | Moving Forward

Drew & Melissa,

I hope your Monday has started beautifully...

Tomorrow 12:30 it is! I need to move as quickly as possible, time, is most definitely of the essence here.

We have an operational cost of $4500 per day (without Marketing) so i have no choice but to fly. I have the traffic, I have the infrastructure in place, I have trained customer service reps, I have the Inventory, I am although, short in MIDs :) and the ones that I have currently are in jeopardy, so I'm sorry (really) if i seem a little pushy.

EXHIBIT 428

Attached, please find the new short-form T&Cs - The 3 Month Treatment Program, please review and let me know your thoughts. Does it make any difference for you guys, if we continue to re-bill or stop after 3 month?

Please also notice, that our T&Cs were approved prior to the New 3 months terms...

For now: can you please send me a sample url and log in credentials (if possible) to the "Anti Aging | Wellness" Portal so that we may review and start the conceptualizing the IT and Marketing integration of the Portal. During our meeting, you showed me a few offers that have already incorporated the portal, can you share a couple with me

We are putting together your Merchant Corp Package, please, let's put together a checklist of what you are expecting from our end...

BTW, should I keep CCing Brandon on this stuff?

Looking forward to working with you!

Best Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.

Mobile ████████

Direct 818.200.1045 Ext.7001 <tel:818.200.1045%20Ext.7001>

Skype: ████ | Aim: ████

<http://www.bunzaimedia.com>

On Mon, Jun 6, 2011 at 11:01 AM, Drew Padnick <drew.padnick@cardready.com> wrote:

Of course.  Let's do it tomorrow anytime after 12:30PM.  Let me know what's good for you.

<https://mail.google.com/mail/u/0/?ui=2&ik=46eab9b5ea&view=att&th=13066814c0fec957&attid=0.0.1&disp=emb&realattid=3d0f5905a98a1843_0.1&zw>

_____

**EXHIBIT 428**

From: Alon | Bunzai Media [mailto:alon@bunzaimedia.com]
Sent: Monday, June 06, 2011 10:47 AM
To: Drew Padnick
Cc: Roy Ferman; Brandon Becker; melissa@cardready.com; Steven Breier; Khristopher Bond


Subject: Re: Our Meeting today


Thanks Drew. When do you have time for a call ?




Best Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.

Mobile ████████

Direct 818.200.1045 Ext.7001 <tel:818.200.1045%20Ext.7001>

Skype: █████ | Aim: ██████


<http://www.bunzaimedia.com>


On Mon, Jun 6, 2011 at 10:45 AM, Drew Padnick <drew.padnick@cardready.com> wrote:

No. Ssn is not a technical requirement.    But we will need to pull Canadian credit or receive a copy their Canadian credit report

Drew Padnick

Director of Marketing

Cardready

888-398-6001

www.cardready.com

EXHIBIT 428

On Jun 6, 2011, at 9:58 AM, "Roy Ferman" <Roy.Ferman@encoreads.com> wrote:

Hi Drew,


Correct me if I'm wrong, but they also need a SSN for a merchant account, is this correct?


Roy


Roy Ferman
CEO
encore I ads

O: 323-944-0000 x223 <tel:323-944-0000%20x223>
C ███████████
F: 310-388-8388
E: roy.ferman@encoreads.com

AIM: encoreadsRoy

<F5E0F55A-F3E3-42D6-930F-2A67486CACAA[171].png>


From: Drew Padnick < <mailto:drew.padnick@cardready.com> drew.padnick@cardready.com>
Date: Mon, 6 Jun 2011 09:54:12 -0700
To: Alon Nottea < <mailto:alon@bunzaimedia.com> alon@bunzaimedia.com>, Brandon Becker < <mailto:brandon.becker@cardready.com> brandon.becker@cardready.com>, " <mailto:melissa@cardready.com> melissa@cardready.com" < <mailto:melissa@cardready.com> melissa@cardready.com>, Steven Breier < <mailto:steven@evolutionint.com> steven@evolutionint.com>
Cc: Microsoft Office User < <mailto:roy.ferman@encoreads.com> roy.ferman@encoreads.com>, Khristopher Bond < <mailto:khristopher@bunzaimedia.com> khristopher@bunzaimedia.com>
Subject: RE: Our Meeting today


Yes.  Non US citizens can own C corps or LLC's.  Remember the following strict caveat:


The business must have a legitimate US presence including physical US address and US bank account.

EXHIBIT 428

_____

From: Alon | Bunzai Media [ <mailto:alon@bunzaimedia.com> mailto:alon@bunzaimedia.com]
Sent: Monday, June 06, 2011 9:17 AM
To: Brandon Becker; Drew Padnick; <mailto:melissa@cardready.com> melissa@cardready.com; Steven Breier
Cc: Roy Ferman; Khristopher Bond
Subject: Re: Our Meeting today

Team:

Question: Is it OK to have Canadian Citizen Signers for US Corps?

On Fri, Jun 3, 2011 at 5:25 PM, Alon | Bunzai Media < <mailto:alon@bunzaimedia.com> alon@bunzaimedia.com> wrote:

Dear Friends,

I just wanted to reach out and say Thank You for taking the time to discuss our merchant processing opportunities.

Khristopher can't wait to meet you as well :)

Obviously, we have many questions. We'll will be working closely with Drew and Melissa next week.

If you can, please send me a sample url and login credentials to the portal so that we may review.

I think both sides should create a master list of questions and tasks.

**EXHIBIT 428**

I look forward to establishing a mutually profitable & sustainable relationship. Cheers! & A great weekend to you all.


Best Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.

Mobile █████████

Direct 818.200.1045 Ext.7001 <tel:818.200.1045%20Ext.7001>

Skype: ████████ | Aim: ████████


<http://www.bunzaimedia.com>

EXHIBIT 428

## *Website and Billing Model Compliance Checklist:*

- ☐ 100% FUNCTIONAL – ALL LINKS & PAGES!
- ☐ Privacy Policy – explicitly states no sharing of customer card data
- ☐ Secure / SSL (https://www.example.com)
- ☐ Customer service # functional & easily visible throughout entire site – including hours of operation
- ☐ Domain registration is unlocked / registrant must match corp. on application
- ☐ Ownership information visible on footer
- ☐ Trial lengths meet best practices (14 days physical product / 5 days e-product)
- ☐ Trial periods consistent throughout website & Terms & Conditions
- ☐ No use of "Free" verbiage anywhere on site
- ☐ Terms of offer/billing are adjacent to order button
- ☐ Price of offer and text of enrollment are clear
- ☐ Clearly defined billing cycles (no approximations of when customer is billed – specific dates required)
- ☐ No false urgency – No counters, clocks, etc. ticking down
- ☐ No false product claims or qualifications
- ☐ Endorsements must reflect honest opinions of endorsee
- ☐ Correct billing descriptor displayed on payment page (Note – 22 characters maximum for Meridian)
- ☐ Shipping time clearly defined in Terms & Conditions
- ☐ E-Products – clear explanation of how customer receives access to product
- ☐ Refund terms clearly defined in Terms & Conditions
- ☐ Legal name and address of business within Terms & Conditions MUST match account application
- ☐ NO GUARANTEES
- ☐ No pre-checked check boxes
- ☐ Pricing matches throughout website and ALL PRICE POINTS explained specifically in billing terms
- ☐ Multiple cancellation options (phone, email, snail mail)
- ☐ Guarantee of refund in Terms & Conditions
- ☐ No celebrity images without endorsement
- ☐ No publisher (CNN, ABC, etc.) images used to falsely convey a sense of "legitimacy"
- ☐ Order execution within 48 hours; Delivery confirmation email
- ☐ NO upsells into recurring memberships
- ☐ Cancellation/refund policy & instructions (CS #) included with the product/email confirmation

| | | |
|---|---|---|
| **To:** | Xposed Inc[xposedinc@gmail.com] | |
| **From:** | Alon \| H.Being | |
| **Sent:** | Fri 1/18/2013 2:45:57 PM | |
| **Importance:** | Normal | |
| **Subject:** | Fwd: Release of Funds | |
| **MAIL_RECEIVED:** | Fri 1/18/2013 2:46:42 PM | |

**Dylan -**

**Here are the MID#s and the amounts requested to go out - totaling $130K**

**Please remember the requests can take up to 3 days**

| LEGAL | Signer | MID# | Release amount |
|---|---|---|---|
| Safehaven Ventures Inc | Tomer Amsalem | 1055 | $8,918.70 |
| Agoa Holdings Inc | Roi Reuveni | 1056 | $9,579.46 |
| Agoa Holdings Inc | Roi Reuveni | 1057 | $9,944.96 |
| Safehaven Ventures Inc | Tomer Amsalem | 1058 | $10,554.00 |
| Zen Mobile Media Inc | Igor Latsanovski | 1059 | $10,803.50 |
| Zen Mobile Media Inc | Igor Latsanovski | 1060 | $9,811.50 |
| Bunzai Media Group Inc | Motti Nottea | 1125 | $16,540.59 |
| DMA Media Holdings Inc | Lori Bekhor | 1127 | $6,470.70 |
| Bunzai Media Group Inc | Motti Nottea | 1128 | $20,557.76 |
| AMD Financial Network | Annsofie Algarp | 1544 | $10,843.50 |
| AMD Financial Network | Annsofie Algarp | 1545 | $10,298.38 |
| Heritage Alliance Group Inc | Tal Topel | 1547 | $5,676.95 |

--

**Jacki Cass**
EVP Risk Management
750 Fairmont Ave
Glendale, CA 91203
Office: 818-246-6767 ext. 146
Fax: 818-246-3631
jacki@umsbanking.com
www.umsbanking.com

*********************************************************************************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended
for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law.
You are hereby notified that any dissemination, distribution, duplication or
retaining of this transmission by someone other than the intended addressee or
addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*

**To:**     Nastassia Yalley[nastassianwm@gmail.com]
**Cc:**     Alon Nottea[alon@bunzaimedia.com]; Paul Medina[paul@bunzaimedia.com]
**From:**   avico global
**Sent:**   Mon 1/24/2011 1:44:07 PM
**Importance:**     Normal
**Subject:**    Re: Phone Numbers
**MAIL_RECEIVED:**  Mon 1/24/2011 1:44:16 PM

ok so we will need to port 8187856800 number and i need the following info:
name of company that owns the number  ?
account number on the bill ?
address of company on the bill ?

Also call the carrier (Time Warner) and ask them how much it will cost to forward 8187856800 to another local 818 number ?

let me know if you need help ....

Avi


On Mon, Jan 24, 2011 at 9:15 AM, Nastassia Yalley <nastassianwm@gmail.com> wrote:

   The only number we currently use is 818.785.6800


   On Sun, Jan 23, 2011 at 10:08 PM, avico global <avicoglobal@gmail.com> wrote:

      Hi Nastassia,

      I need to know what 818 numbers you need to port if any ?

      As far as the toll free 800 numbers we will forward them to the new lines for now ...

      Thanks

      Avi

      On Mon, Jan 10, 2011 at 10:47 AM, Nastassia Yalley <nastassia@bunzaimedia.com> wrote:

         I spoke with Doron about this, and we're going to keep 10 numbers open. 5 of them are currently in use, but the two most important ones to move are 866.216.9336 and 888.291.7385


         10 numbers:
         866.982.6218
         866.982.8712
         888.276.7261
         888.320.0198
         888.291.7385
         888.324.9771
         888.241.2619
         866.216.9336
         866.701.7706

EXHIBIT 432

-- -- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Operations
O: 818.785.6800
F: 818.647.0182

--
-- -- -- -- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Operations
O:818.785.6800
F: 818.647.0182

**To:**      'David Davidian, CPA'[cpa@lacpa.com]
**From:**    Doron
**Sent:**    Thur 1/12/2012 5:54:33 PM
**Importance:**      Normal
**Subject:**   New Employees
**MAIL_RECEIVED:**   Thur 1/12/2012 5:54:00 PM
w4 nas paul.pdf

For ZEN MOBILE

Paul Medina



For Safehaven Ventures, Inc.

Nastassia Yalley



**To:**       Doron Nottea[doron@doron.us]
**From:**     Stephan Bauer
**Sent:**     Mon 12/10/2012 5:26:05 PM
**Importance:**         Normal
**Subject:**   Anything you need?
**MAIL_RECEIVED:**   Mon 12/10/2012 5:26:11 PM

I am away from 12/18 to 1/8 so lets make sure you are OK till then.

Do i need to sign any docs or checks etc.

Stephan

**EXHIBIT 437**

**McPeek, Brent**

| | |
|---|---|
| **From:** | Avico Global <avicoglobal@gmail.com> |
| **Sent:** | Sunday, May 31, 2015 10:40 PM |
| **To:** | Alon N; Tal Karasso; Doron |
| **Subject:** | Re: See attached and let me know what to remove |
| **Attachments:** | US-UK hosting.xlsx; Number list - For deletion.xls; UK Numbers.xls |

Hi Team

See attached and let me know what to remove

See attached 3 sheets

US Numbers

UK Numbers

UK Hosting / US Hosing

Need to Discuss

Call Center Reps .. How many or maybe none

CompeteCRM / Developement and maintenance  .. There are tasks to be performed such as new gateways integration etc...

storefront / programming is it be needed .. such as current buydellure.com <http://buydellure.com>  etc... There are ongoing and pending tasks

Suggestion:
check all your gmaill accounts I think you are over paying check all ssl cert and make a plan for moving forward check all domains and remove unneeded ones

Need this info ASAP otherwise we will incur a cost for June

AA

**440 - 1**                                                                      **EXHIBIT 440**

| UK Hosting | US Hosting |
|---|---|
| getleor.com | auravieantiaging.com |
| getmyleor.com | auraviebeauty.com |
| leorkit.com | auraviecares.com |
| leoroffer.com | auraviecosmetics.com |
| leorskincare.com | auravieday.com |
| leorsystem.com | auravieface.com |
| leortoday.com | auraviefreetrial.com |
| leoryouth.com | auravienow.com |
| myleorkit.com | auravieoffer.com |
| orderleor.com | auraviestore.com |
| storelocaldatabase.com | auraviesystem.com |
| thedailylivingtips.co.uk | auravietrialkit.com |
| yourdailyhealth.org | auraviewrinklereducer.com |
| yourleor.com | auravieyouth.com |
| getmyleor.com | buyauravie.com |
| leoroffer.com | buydellure.com |
| leorskincare.com | buydelluremask.com |
| leortoday.com | buydellurenow.com |
| paincreamcare.com | buyinlyte.com |
| storelocaldatabase.com | buymiraclefacekit.com |
| yourdailyhealth.org | consumerlifestyledeals.com |
| | deadseamasque.com |
| | deadseamudmasque.com |
| | dellure.es |
| | dellureantiaging.com |
| | dellurebeauty.com |
| | dellurecosmetics.com |
| | dellureface.com |
| | delluremasks.com |
| | dellurenow.com |
| | dellureskin.com |
| | dellureskincare.com |
| | dellurestore.com |
| | delluresystem.com |
| | delluretrial.com |
| | dellurewrinklereducer.com |
| | enjoyinlite.com |
| | enjoyinlyte.com |
| | enjoynicotrim.com |
| | feelauravie.com |
| | feeldellure.com |
| | getauravieantiaging.com |
| | getauravieskin.com |
| | getauravietoday.com |
| | getdellure.com |
| | getdellurenow.com |
| | getdelluretoday.com |
| | getleortoday.com |
| | getmyauravie.com |
| | getyourdellure.com |
| | healthlifestyletoday.com |

**EXHIBIT 440**

| UK Hosting | US Hosting |
|---|---|
| | inlyteecig.com |
| | inlyteforyou.com |
| | inlyteme.com |
| | inlytemovement.com |
| | inlyteplease.com |
| | inlytesystem.com |
| | inlyteworks.com |
| | joininlyte.com |
| | joinnicotrim.com |
| | keepinlyte.com |
| | leorantiaging.com |
| | leorantiwrinkle.com |
| | leorbeauty.com |
| | leorsolution.com |
| | lifestylebeautytips.com |
| | miraclefacegift.com |
| | miraclefacekit.com |
| | miraclefaceskin.com |
| | myauravie.com |
| | myauraviekit.com |
| | myauravieonline.com |
| | myauraviesecret.com |
| | myauraviesolution.com |
| | myauraviesystem.com |
| | myauravietreatment.com |
| | myauravietrial.com |
| | mydellure.com |
| | mydelluretrial.com |
| | myleoronline.com |
| | myleorskincare.com |
| | myleorsolution.com |
| | myleorsystem.com |
| | myleortreatment.com |
| | mymiracleface.com |
| | nicotrimforyou.com |
| | nicotrimisit.com |
| | nicotrimit.com |
| | nicotrimmovement.com |
| | nicotrimplus.com |
| | nicotrimproject.com |
| | nicotrimsystem.com |
| | nicotrimworks.com |
| | orderauravie.com |
| | orderdellure.com |
| | shopauravie.com |
| | shopdellure.com |
| | storelocaldatabase.com |
| | theauraviesystem.com |
| | theauravietreatment.com |
| | thedailylivingtips.com |
| | thefinalphasesolution.com |

EXHIBIT 440

| UK Hosting | US Hosting |
|---|---|
| | theleortreatment.com |
| | themiracleface.com |
| | themiraclefacekit.com |
| | thenicotrimsystem.com |
| | truelifestyletips.com |
| | tryauravie.com |
| | tryauravienow.com |
| | tryauravieskincare.com |
| | trydellure.com |
| | trymiraclefacekit.com |
| | useinlyte.com |
| | usenicotrim.com |
| | victor.com |
| | yourauravie.com |
| | yourauraviekit.com |
| | yourdailyhealth.today |
| | yourdellure.com |
| | zenmobilemediainc.com |

**EXHIBIT 440**

**To:** Alon N[alon@mediaurge.com]; Tal Karasso[talkarasso@gmail.com]; Doron[doron@doron.us]
**From:** Avico Global
**Sent:** Mon 6/1/2015 4:29:04 PM
**Importance:** Normal
**Subject:** Re: See attached and let me know what to remove
**MAIL_RECEIVED:** Mon 6/1/2015 4:29:06 PM
number list.xlsx
numberlist uk.xlsx
US-UK hosting.xlsx

Hi Team

# Resending Attachments ..

Hi Team

See attached and let me know what to remove

**See attached 3 sheets**
US Numbers
UK Numbers
UK Hosting / US Hosing

**Need to Discuss**
Call Center Reps .. How many or maybe none
CompeteCRM / Developement and maintenance  .. There are tasks to be performed such as new gateways integration etc...
storefront / programming is it be needed .. such as current  buydellure.com etc... There are ongoing and pending tasks

**Suggestion:**
check all your gmaill accounts I think you are over paying
check all ssl cert and make a plan for moving forward
check all domains and remove unneeded ones

Need this info ASAP otherwise we will incur a cost for June

AA

On Sun, May 31, 2015 at 8:40 PM, Avico Global <avicoglobal@gmail.com> wrote:

Hi Team

See attached and let me know what to remove

**See attached 3 sheets**
US Numbers
UK Numbers
UK Hosting / US Hosing

**Need to Discuss**
Call Center Reps .. How many or maybe none
CompeteCRM / Developement and maintenance  .. There are tasks to be performed such as new gateways integration etc...
storefront / programming is it be needed .. such as current  buydellure.com etc... There are ongoing and pending tasks

**Suggestion:**
check all your gmaill accounts I think you are over paying
check all ssl cert and make a plan for moving forward
check all domains and remove unneeded ones

EXHIBIT 441

Need this info ASAP otherwise we will incur a cost for June

AA

          EXHIBIT 441

| **From:** | igor <igorlats@gmail.com> |
| **Sent:** | Friday, May 11, 2012 9:59 PM |
| **To:** | Alon N; khristopher bond |
| **Subject:** | Fwd: Projections we reviewed yesterday |
| **Attachments:** | New Sales Budget-v2.xlsx; New Portfolio Acquisition.xlsx; New Direct Sales-v4.xlsx |

---------- Forwarded message ----------
From: Eugene Shampansky <Eugene@nationalmerchant.com>
Date: Fri, May 11, 2012 at 2:22 PM
Subject: Projections we reviewed yesterday
To: igorlats@gmail.com
Cc: Roman Balanko <Roman@nationalmerchant.com>

Hello Igor,

Attached are the projections we discussed yesterday. Also I am working on getting detailed information regarding the IPO and should have some information to discuss sometime next week.

Thanks

Eugene Shampansky
NATIONAL MERCHANT CENTER
Phone:   1(855) 282-6510 ext: 301 <tel:1%28855%29%20282-6510%20ext%3A%20301>
Direct:  1(818) 732-4231 <tel:1%28818%29%20732-4231>
Fax:     1(877) 429-7809 <tel:1%28877%29%20429-7809>
eugene@nationalmerchant.com
www.nationalmerchant.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 444**

**Payment World Budget**

| | | | Up Front | 1 Jan-12 | 2 Feb-12 | 3 Mar-12 | 4 Apr-12 | 5 May-12 | 6 Jun-12 | 7 Jul-12 | 8 Aug-12 | 9 Sep-12 | 10 Oct-12 | 11 Nov-12 | 12 Dec-12 | 1st year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Office:** | | | | | | | | | | | | | | | | |
| Office Space | | | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $240,000 |
| Telecom | 120 | | | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $144,000 |
| Misc Office Sup/Exp | | | $10,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| Leads | | | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $720,000 |
| Furniture | 120 | | $50,000 | | | | | | | | | | | | | |
| Computer Equipment | 120 | | $150,000 | | | | | | | | | | | | | |
| **Total:** | | | **$290,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$1,140,000** |
| **Employees:** | | | | | | | | | | | | | | | | |
| Telemarketers - Base | 100 reps | $10 /hr | | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $2,112,000 |
| Tele Commission | 25 /$/mt | $20 /$/mt | | $5,500 | $8,250 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $8,250 | $5,500 | $115,500 |
| Cost for paying Emp. | 30% | | | $56,100 | $55,275 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $55,275 | $54,450 | $669,900 |
| Bonus/Incentives | $100 | | | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Closer Residual | 5 Cls | 20% Com | | $50 | $770 | $1,925 | $3,465 | $5,005 | $6,545 | $8,085 | $9,625 | $11,165 | $12,705 | $14,245 | $15,400 | $88,935 |
| Support Staff (inc Closer S | 15 reps | $2,500 /mon | | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $450,000 |
| **Total:** | | | **$285,100** | **$285,100** | **$287,795** | **$292,525** | **$294,065** | **$295,605** | **$297,145** | **$298,685** | **$300,225** | **$301,765** | **$303,305** | **$301,270** | **$298,650** | **$3,556,335** |
| **Total Expense:** | | | **$290,000** | **$380,100** | **$382,795** | **$387,525** | **$389,065** | **$390,605** | **$392,145** | **$393,685** | **$395,235** | **$396,765** | **$398,305** | **$396,270** | **$393,650** | **$4,696,335** |
| **Sales Projections:** | | | | | | | | | | | | | | | | |
| Leads | 5000 day | | | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 1,320,000 |
| Statements @ .5% | 25 day | | | 275 | 413 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 413 | 275 | 5775 |
| Closing @ 40% | 40% | | | 110 | 165 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 165 | 110 | 2310 |
| Projected New Revenue | $35 | | | $50 | $3,850 | $5,775 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $5,775 | $5,775 | $77,000 |
| **Total Projected Revenue** | | | | **$50** | **$3,850** | **$9,625** | **$17,325** | **$25,025** | **$32,725** | **$40,425** | **$48,125** | **$55,825** | **$63,525** | **$71,225** | **$77,000** | **$444,675** |
| High Risk Volume | $3,000 | | | $330,000 | $495,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $495,000 | $330,000 | $6,600,000 |
| Projected New Revenue | 3.50% | | | $11,550 | $17,325 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $17,325 | $11,550 | $231,000 |
| **Total Projected Revenue** | | | | | **$11,550** | **$28,875** | **$51,975** | **$75,075** | **$98,175** | **$121,275** | **$144,375** | **$167,475** | **$190,575** | **$213,675** | **$231,000** | **$1,334,025** |
| [Low Risk Average $3k in Volume] - (Risk Rates : 3-4.8% yields margin of 3.5%) | | | | | | | | | | | | | | | | |
| **Total Revenue:** | | | | **$15,400** | **$38,500** | **$69,300** | **$100,100** | **$130,900** | **$161,700** | **$192,500** | **$223,300** | **$254,100** | **$284,900** | **$308,000** | | **$1,778,700** |
| **Rolling Monthly Cash Flow** | | | ($290,000) | ($380,100) | ($367,395) | ($349,025) | ($319,765) | ($290,505) | ($261,245) | ($231,985) | ($202,735) | ($173,465) | ($144,205) | ($111,370) | ($85,650) | |
| **Break Even/Net Cash Flow** | | | ($290,000) | ($670,100) | ($1,037,495) | ($1,386,520) | ($1,706,285) | ($1,996,790) | ($2,258,035) | ($2,490,020) | ($2,692,745) | ($2,866,210) | ($3,010,415) | ($3,121,785) | ($3,207,435) | |

**EXHIBIT 444**

New Sales Budget v2.xlsx

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 2nd year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | |
| | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $240,000 |
| | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $144,000 |
| | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $720,000 |
| | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$95,000** | **$1,140,000** |
| | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $2,112,000 |
| | $5,500 | $8,250 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $8,250 | $5,500 | $115,500 |
| | $54,450 | $55,275 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $55,275 | $54,450 | $668,250 |
| | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| | $16,170 | $16,940 | $18,095 | $19,635 | $21,175 | $22,715 | $24,255 | $25,795 | $27,335 | $28,875 | $30,415 | $31,570 | $282,975 |
| | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $450,000 |
| | **$299,620** | **$303,965** | **$308,695** | **$310,235** | **$311,775** | **$313,315** | **$314,855** | **$316,395** | **$317,935** | **$319,475** | **$317,440** | **$315,020** | **$3,748,725** |
| | **$394,620** | **$398,965** | **$403,695** | **$405,235** | **$406,775** | **$408,315** | **$409,855** | **$411,395** | **$412,935** | **$414,475** | **$412,440** | **$410,020** | **$4,888,725** |
| | $330,000 | $495,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $495,000 | $330,000 | $6,930,000 |
| | $11,550 | $17,325 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $17,325 | $11,550 | $242,550 |
| | $3,850 | $5,775 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $5,775 | $3,850 | $80,850 |
| | $80,850 | $84,700 | $90,475 | $98,175 | $105,875 | $113,575 | $121,275 | $128,975 | $136,675 | $144,375 | $152,075 | $157,850 | $1,414,875 |
| | $242,550 | $254,100 | $271,425 | $294,525 | $317,625 | $340,725 | $363,825 | $386,925 | $410,025 | $433,125 | $456,225 | $473,550 | $4,244,625 |
| | $323,400 | $338,800 | $361,900 | $392,700 | $423,500 | $454,300 | $485,100 | $515,900 | $546,700 | $577,500 | $608,300 | $631,400 | $5,659,500 |
| | ($71,220) | ($60,165) | ($41,795) | ($12,535) | $16,725 | $45,985 | $75,245 | $104,505 | $133,765 | $163,025 | $195,860 | $221,380 | |
| | ($3,278,855) | ($3,339,020) | ($3,380,815) | ($3,393,350) | ($3,376,625) | ($3,330,640) | ($3,255,395) | ($3,150,890) | ($3,017,125) | ($2,854,100) | ($2,658,240) | ($2,436,860) | |

| | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 3rd year | Total | Valuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | | | |
| | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 1320000 | 3960000 | 3960000 |
| | 275 | 413 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 413 | 275 | 5775 | 17325 | 17325 |
| | 110 | 165 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 165 | 110 | 2310 | 6930 | 80 times Monthly |
| | $3,850 | $3,850 | $5,775 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $7,700 | $5,775 | $5,775 | $80,850 | $238,700 | $19,096,000 |
| | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $2,112,000 | $6,336,000 | |
| | $5,500 | $8,250 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $8,250 | $5,500 | $5,500 | $115,500 | $346,500 | |
| | $54,450 | $55,275 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $56,100 | $55,275 | $54,450 | $54,450 | $668,250 | $2,006,400 | |
| | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 | $360,000 | |
| | $32,340 | $34,265 | $35,805 | $37,345 | $38,885 | $40,425 | $41,965 | $43,505 | $45,045 | $46,585 | $47,740 | $47,740 | $477,015 | $848,925 | |
| | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $37,500 | $450,000 | $1,350,000 | |
| | $315,790 | $320,135 | $324,605 | $326,405 | $327,945 | $329,485 | $331,025 | $332,565 | $334,105 | $335,645 | $335,610 | $331,190 | $3,942,765 | $11,247,825 | |
| | $410,790 | $415,135 | $419,865 | $421,405 | $422,945 | $424,485 | $426,025 | $427,565 | $429,105 | $430,645 | $428,610 | $426,190 | $5,082,765 | $14,667,825 | |
| | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $595,000 | $1,140,000 | $3,420,000 | |
| | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $176,000 | $240,000 | $720,000 | $720,000 |
| | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $144,000 | $432,000 | $144,000 |
| | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $144,000 | $108,000 | $432,000 |
| | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 | $108,000 | $144,000 |
| | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $60,000 | $720,000 | $2,160,000 | $108,000 |
| | $330,000 | $495,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $660,000 | $495,000 | $330,000 | $330,000 | $6,930,000 | $20,460,000 | $6,336,000 |
| | $11,550 | $17,325 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $23,100 | $17,325 | $11,550 | $17,325 | $242,550 | $716,100 | $346,500 |
| | $485,100 | $496,650 | $513,975 | $537,075 | $560,175 | $583,275 | $606,375 | $629,475 | $652,575 | $675,675 | $698,775 | $716,100 | $7,155,225 | $12,733,875 | $2,006,400 |
| | $485,100 | $513,100 | | | | | | | | | | | | | $360,000 |
| | $646,800 | $662,200 | $685,300 | $716,100 | $746,900 | $777,700 | $808,500 | $839,300 | $870,100 | $900,900 | $931,700 | $954,800 | $9,540,300 | $16,978,500 | $848,925 |
| | $236,010 | $247,065 | $265,435 | $294,695 | $323,955 | $353,215 | $382,475 | $411,735 | $440,995 | $470,255 | $509,090 | $528,610 | | $2,000,675 | $1,350,000 |
| | | | | | | | | | $518,720 | | | | | $57,288,000 | $11,247,825 |
| | ($2,200,850) | ($1,953,785) | ($1,688,350) | ($1,393,655) | ($1,069,700) | ($716,485) | ($334,010) | $77,725 | | | | | | | $14,667,825 |
| | | | | | | | | | | $988,975 | $1,492,065 | $2,000,675 | | $76,384,000 | |
| | | | | | | | | | | | | | | $57,288,000 | $76,384,000 |

$2,310,675

New Sales Budget v2.xlsx

# Portfolio Acquisition

We can Utilize this marketing platform to increase our low risk merchant volume.

We would seek out existing ISO/Agents within our industry and offer them either of the following marketing options:

1. Upfront Signing bonus for new merchant accounts
2. Upfront account acquisition

The buyout of the residuals would be paid in accordance with the following schedule:

1. When an account is activated and the first transaction is processed we will advance the agent 5 X residuals from previous processor
2. Once we have a full month of processing and residuals which would be at about 45-60 we would give them another 5 X actual residuals
3. After 3 full months of processing which would be at about 90-120 days we would calculate another 5 X actual residuals and adjust from the first 5 X payment

We will pay a 2 X multiple as a commission for anyone that can reffer us agents

On this Portfolio Acquisition approach we woul start earning revenue on month 18. In addition we would also capture high risk account equal to the volume generated by the acquisition

Portfolio earnings would be calculated at a rate of 1% off of volume

| | Buyout (15' Commission (2 X) | Marketing (1 X) | Total ACQ Cost | Valutation | Profitability |
|---|---|---|---|---|---|
| Monthly Residual | $1,000 | | | | |
| Profit Margin | 1.00% | | | | |
| Est. Volume | $100,000 | | | | |
| | **$15,000** | **$2,000** | **$1,000** | **$18,000** | $36,000 | $18,000 (Based on 36 month Contract Term) |

| | Buyout | Commission (2 X) | Marketing (1 X) | Total ACQ Cost | Valutation | Profitability |
|---|---|---|---|---|---|---|
| High Rick Revenue | 3.50% | $3,500 | | | | | $105,000 (Earned over 30 months) |

| | | | | | | |
| Monthly Residual | $5,000 | | | | | |
| Profit Margin | 1.00% | | | | | |
| Est. Volume | $500,000 | | | | | |
| | | **$75,000** | **$10,000** | **$5,000** | **$90,000** | $180,000 | $90,000 (Based on 36 month Contract Term) |

| | | | | | | |
| High Rick Revenue | 3.50% | $17,500 | | | | | $525,000 (Earned over 30 months) |

| | | | | | | |
| Monthly Residual | $10,000 | | | | | |
| Profit Margin | 1.00% | | | | | |
| Est. Volume | $1,000,000 | | | | | |
| | Buyout | Commission (2 X) | Marketing (1 X) | Total ACQ Cost | Valutation | Profitability |
| | **$150,000** | **$20,000** | **$10,000** | **$180,000** | $360,000 | $180,000 (Based on 36 month Contract Term) |

| | | | | | | |
| High Risk Revenue | 3.50% | $35,000 | | | | | $1,050,000 (Earned over 30 months) |

| | | Total ACQ Cost | Valutation | Profitability | |
|---|---|---|---|---|---|
| Total Low Risk Portfolio Acquisition | | | | **$288,000** | (Based on 36 month Contract Term) |
| Total Profit from Low Risk Portfolio Acquisition | | | | **$1,680,000** | (Earned over 30 months) |
| Total from High Risk Accounts to offset Low Risk | | | $576,000 | | |

**$1,968,000**

**EXHIBIT 444**

## Direct Sales

Experienced and Seasoned Industry individuals that can be recruited from other merchant organizations to bring their merchants over to our Company

These Agents have worked for 10-25 years in the industry and usually as large banking institutions where they had specific quotas on productivity and profitability

| Employment Agreement Terms | Monthly | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1st year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Monthly Volume | $1,000,000 | $200,000 | $500,000 | $750,000 | $1,200,000 | $1,500,000 | $1,750,000 | $2,200,000 | $2,500,000 | $2,750,000 | $3,000,000 | $3,000,000 | $3,000,000 | $22,350,000 |
| Cummulative Volume/ Mon | | $200,000 | $700,000 | $1,450,000 | $2,650,000 | $4,150,000 | $5,900,000 | $8,100,000 | $10,600,000 | $13,350,000 | $16,350,000 | $19,350,000 | $22,350,000 | $22,350,000 |
| Current Pricing and Profit | 0.50% $5,000 | | | | | | | | | | | | | |
| (merchants were priced at Interchange + 50 basis points) | | | | | | | | | | | | | | |
| New Pricing and Profit | 0.35% $3,500 | $700 | $1,750 | $2,625 | $4,200 | $5,250 | $6,125 | $7,700 | $8,750 | $9,625 | $10,500 | $10,500 | $10,500 | $67,725 |
| (merchants are priced at Interchange + 35 basis points) | | $700 | $2,450 | $5,075 | $9,275 | $14,525 | $20,650 | $28,350 | $37,100 | $46,725 | $57,225 | $67,725 | | $289,800 |
| Base Salary (Sales People) | $4,167   30% | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | |
| Plus 30% costs to pay w2 | 30% $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $10,833 | $10,833 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $140,833 |
| Expense Accounts | $1,000 | $1,000 | $1,000 | $1,000 | $2,000 | $2,000 | $3,000 | $6,000 | $6,000 | $6,000 | $6,000 | $9,000 | $18,000 | $57,000 |
| Residuals | 25% $875 | $175 | $438 | $656 | $1,050 | $1,313 | $1,531 | $1,925 | $2,188 | $2,406 | $2,625 | $2,625 | $2,625 | $16,931 |
| (Residuals - 25% yr 1, 15% yr 2, 10% after) | | $5,417 | $5,592 | $6,854 | $13,490 | $13,883 | $14,146 | $20,781 | $24,175 | $24,437 | $24,656 | $27,875 | $36,875 | $214,764 |

| High Risk Volume | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1st year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| High Risk Volume | | $200,000 | $500,000 | $750,000 | $1,200,000 | $1,500,000 | $1,750,000 | $2,200,000 | $2,500,000 | $2,750,000 | $3,000,000 | $3,000,000 | $3,000,000 | $19,350,000 |
| Cummulative Volume/ Mon | | $200,000 | $700,000 | $1,450,000 | $2,650,000 | $4,150,000 | $5,900,000 | $8,100,000 | $10,600,000 | $13,350,000 | $16,350,000 | $19,350,000 | | $19,350,000 |
| Projected Revenue | 3.50% | $7,000 | $17,500 | $26,250 | $42,000 | $52,500 | $61,250 | $77,000 | $87,500 | $96,250 | $105,000 | $105,000 | $105,000 | $572,250 |
| Total Projected Revenue | | $7,000 | $24,500 | $50,750 | $92,750 | $145,250 | $206,500 | $283,500 | $371,000 | $467,250 | $572,250 | $572,250 | $572,250 | $2,220,750 |
| (Risk Rates - 3-4.8% yields margin of 3.5%) | | | | | | | | | | | | | | |
| **Break Even Analysis** | **$6,417** | **$5,892** | **$2,596** | **$16,085** | **$46,142** | **$93,129** | **$145,119** | **$210,675** | **$296,163** | **$393,069** | **$496,600** | **$603,100** | | **$2,295,786** |

Employment Agreement Term
New Monthly Volume
Cummulative Volume/ Mon
Current Pricing and Profit
(merchants were priced at Interchange +
New Pricing and Profit
(merchants are priced at Interchange + 3
(Residuals - 25% yr 1, 15% yr
Base Salary (Sales People)
Plus 30% costs to pay w2
Expense Account
Residuals
(Residuals - 25% yr 1, 15% yr
High Risk Volume
Cummulative Volume/ Mon
Projected Revenue
Total Projected Revenue
(Risk Rates - 3-4.8% yields ma
Break Even Analysis

New Direct Sales-v4.xlsx

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 2nd year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Monthly Volume** | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $36,000,000 |
| **Cummulative Volume/ Mon** | $25,350,000 | $28,350,000 | $31,350,000 | $34,350,000 | $37,350,000 | $40,350,000 | $43,350,000 | $46,350,000 | $49,350,000 | $52,350,000 | $55,350,000 | $58,350,000 | $55,350,000 |
| **Current Pricing and Profit** 0.35% | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $126,000 |
| 0.50% | | | | | | | | | | | | $58,350,000 | $703,500 |
| **New Pricing and Profit** | $10,500 | $10,500 | $21,000 | $31,500 | $42,000 | $52,500 | $63,000 | $73,500 | $84,000 | $94,500 | $105,000 | $115,500 | |
| **Base Salary (Sales People)** $4,167 | $16,250 | $16,250 | $16,250 | $16,250 | $48,750 | $48,750 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $243,750 |
| **Plus 30% costs to pay w2** $5,417 | $1,000 | $1,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $9,000 | $9,000 | $9,000 | $9,000 | $27,000 | $78,000 |
| **Expense Accounts** $1,000 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $1,575 | $18,900 |
| **Residuals** $525 | $18,825 | $18,825 | $18,825 | $20,825 | $53,325 | $53,325 | $20,825 | $26,825 | $26,825 | $26,825 | $26,825 | $44,825 | $340,650 |
| **Total Projected Revenue** | $668,925 | $773,925 | $889,425 | $1,002,925 | $1,085,925 | $1,201,425 | $1,349,425 | $1,458,925 | $1,574,425 | $1,689,925 | $1,805,425 | $1,902,925 | $14,742,600 |
| **High Risk Volume** | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $36,000,000 |
| **Cummulative Volume/ Mon** | $22,350,000 | $25,350,000 | $28,350,000 | $31,350,000 | $34,350,000 | $37,350,000 | $40,350,000 | $43,350,000 | $46,350,000 | $49,350,000 | $52,350,000 | $55,350,000 | $55,350,000 |
| **Projected Revenue** 3.50% | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $1,260,000 |
| **Total Projected Revenue** | $677,250 | $782,250 | $887,250 | $992,250 | $1,097,250 | $1,202,250 | $1,307,250 | $1,412,250 | $1,517,250 | $1,622,250 | $1,727,250 | $1,832,250 | $14,379,750 |

Employment Agreement Term

(merchants were priced at interchange *)

(merchants are priced at interchange + 3)

(Residuals - 25% yr 1, 15% yr)

(Risk Rates - 3-4.8% yields mu...)

Break Even Analysis

(Margin of 3.5%)

New Direct Sales-v4.xlsx

New Direct Sales-v4.xlsx

| | Monthly | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 3rd year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ns | $1,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $36,000,000 |
| | | $61,350,000 | $64,350,000 | $67,350,000 | $70,350,000 | $73,350,000 | $76,350,000 | $79,350,000 | $82,350,000 | $85,350,000 | $88,350,000 | $91,350,000 | $94,350,000 | $91,350,000 |
| | | | | | | | | | | | | | $94,350,000 | $36,000,000 |
| 5 basis points | 0.35% | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $10,500 | $126,000 |
| :50 basis points | 0.50% | $10,500 | $10,500 | $21,000 | $31,500 | $42,000 | $52,500 | $63,000 | $73,500 | $84,000 | $94,500 | $105,000 | $115,500 | $703,500 |
| | $4,167 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| | 30% | $16,250 | $16,250 | $16,250 | $16,250 | $48,750 | $48,750 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $16,250 | $243,750 |
| | $5,417 | $1,000 | $1,000 | $1,000 | $3,000 | $3,000 | $3,000 | $3,000 | $9,000 | $9,000 | $9,000 | $9,000 | $27,000 | $78,000 |
| | $1,000 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $12,600 |
| | $350 | $18,300 | $18,300 | $18,300 | $20,300 | $52,800 | $52,800 | $20,300 | $26,300 | $26,300 | $26,300 | $26,300 | $44,300 | $334,350 |
| 2, 10% after) | 10% | | | | | | | | | | | | | |
| rgin of 3.5%) | 3.50% | $1,929,450 | $2,034,450 | $2,149,950 | $2,263,450 | $2,346,450 | $2,461,950 | $2,609,950 | $2,719,450 | $2,834,950 | $2,950,450 | $3,065,950 | $3,163,450 | $30,546,150 |
| | | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $105,000 | $1,260,000 |
| | | $1,897,250 | $2,042,250 | $2,147,250 | $2,252,250 | $2,357,250 | $2,462,250 | $2,567,250 | $2,672,250 | $2,777,250 | $2,882,250 | $2,987,250 | $3,092,250 | $30,177,000 |

**444 - 8**                    **EXHIBIT 444**

**To:**    'Nastassia Yalley'[nastassia@bunzaimedia.com]
**Cc:**    'Alon Nottea'[alon@bunzaimedia.com]; 'igor'[igorlats@gmail.com]
**From:**  Kristina PEREZ
**Sent:**  Wed 3/28/2012 4:26:19 PM
**Importance:**    Normal
**Subject:**  RE: Skincare OU processing statements till March 15, 2012.xls
**MAIL_RECEIVED:**  Wed 3/28/2012 4:26:36 PM
Copy of Skincare OU processing statements till March 15 2012.xls

Hi, Nastassia

You are correct, right now there is a negative balance due to refunds and incoming chargbacks. We received an invoice for you to wire the funds as this is European processor that does not ACH your account but issue an invoice

When wiring the fund, please make a note: Skincare OU for the st. SKI_TR_329_3.2012,

**Total Amount for Payment**        **-1653.09 USD**

In regards USD 900.00- this is one time fee, you are not charged this fee for the second time, it has 0 in the corresponding field.

Let me know if you have any questions.

Regards,

*Kristina Perez, COO*

*Managing Partner at Transact PRO USA*

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free +1(866)508-9363

Fax +1( 866) 843 0701

Skype: ▮▮▮▮▮▮▮▮▮

www.pagotechnology.com



**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.   If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. Please notify the sender immediately to arrange for the return or destruction of these misdirected documents. This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

        **EXHIBIT 445**

**From:** Nastassia Yalley [mailto:nastassia@bunzaimedia.com]
**Sent:** Tuesday, March 27, 2012 4:28 PM
**To:** Kristina PEREZ
**Cc:** Alon Nottea; igor
**Subject:** Re: Skincare OU processing statements till March 15, 2012.xls

Hi Kristina,

Again, can you please clarify what this means for us? Do we owe money?

Is this being taken out of our bank account?

Also we aren't really processing on these any more, why is the $900

set up fee still there?

Please let me know, thank you!

On Mon, Mar 26, 2012 at 7:26 PM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

Hi, Nastassia

Please see attached report from the gateway, below notes just in case. Let me know if you have any questions

Regards,

Kristina

Hi Kristina,

Can you explain what we're looking at here?

On Fri, Mar 23, 2012 at 6:49 AM, Kristina PEREZ <kristina@pagotechnology.com> wrote:

**EXHIBIT 445**

2012.03.
22.

# Processing statement nr. SKI_TR_329_3.2012

Period from                                    9/3/2012              until 15/3/2012

|  |  |  |
|---|---:|---|
|  | **USD** |  |
| **Turnover** | **293.64** | 3 transactions ( approved) |
| **Turnover rate** | **5.00%** |  |
| **Turnover fee** | **14.68** |  |
| **Turnover fee(from min)** | **0.00** |  |
|  |  |  |
| **Trx** | **11** |  |
| **Trx rate** | **0.40** |  |
| **Trx fee** | **4.40** |  |
| **Trx fee correction** | **0.00** |  |
|  |  |  |
| **Refunds #** | **3** |  |
| **Refunds fee - per each** | **1** |  |
| **Refunds fee** | **3** |  |
| **Ref fee correction** | **0** |  |
| **Refund turn (till 15/3/2012)** | **293.64** | 3 refunds |
|  |  |  |
| **MID Setup fee - per each:** | **900.00** |  |
| **Number :** | **0** |  |
| **MID Setup fee:** | **0.00** |  |
|  |  |  |
| **Chargebacks#** | **22** | chbs |
| **Chargebacks Fee** | **80** |  |
| **Chargebacks turnover** | **195.76** |  |
|  |  |  |
| **Hold rate** | **10.00%** |  |
| **Holdback** | **29.36** |  |
|  |  |  |
| **BankWire Fee (1)** | **0.00** |  |
|  |  |  |
| **For payout** | **-327.21** | Negative balance for the week 9-15/march |
| **Holdback return ( from  - till)** | **0.00** |  |
| **Balance st. SKI_TR_294_3.2012** | **-1325.88** | Negative balance from previous week(s) |
| **Paid** | **-1653.09** | Both( sum) balances |

Regards,

*Kristina Perez, COO*

*Managing Partner at Transact PRO USA*

1200 Brickel Ave. Suite 1950

Miami, FL 33131

Toll Free +1(866)508-9363

Fax +1 (866) 843 0701

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.   If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain Confidential material.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without authorization or as permitted by law is prohibited. by federal law, 45 CFR Parts 160 et sequitur.

--
-- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Marketing
O: 818.200.1035
F: 818.647.0182

**To:** Alon N[alon@bunzaimedia.com]; Khristopher Bond[khristopher@bunzaimedia.com]; Nastassia Yalley[nastassia@bunzaimedia.com]; alan@netcohosting.com[avicoglobal@gmail.com]
**From:** Paul Medina
**Sent:** Thur 1/26/2012 4:38:43 PM
**Importance:** Normal
**Subject:** CA Taxes
**MAIL_RECEIVED:** Thur 1/26/2012 4:39:26 PM

Team,

This is a new project that has now become priority. Our CA customers are currently being load balanced between multiple merchant accounts and corporations.

This is not the best practice, I spoke with Limelight and found a solution. Next week Limelight is launching a new feature which load balances gateways and not just merchant accounts. Currently our product ID is 179 for Auravie, this product ID passes through our API and lands on 1 NMI gateway which load balances all our merchant account.

What we will be doing is when a customer selects CA and selects "send me my trial" the API should switch the product ID to the ID we assigned for CA only. Limelight will know based on this product ID which gateway to process on. We will have 1 gateway for CA customers and 1 gateway with all non-CA.

Avi lets find a solution when customer selects "CA" the API changes the API product ID.

Regards and Thanks,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile)
(Office) 818-200-1035 ext 7004
(Skype)
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**EXHIBIT 449**

**To:**      vigorect@gmail.com[vigorect@gmail.com]
**From:**   igor
**Sent:**    Wed 1/11/2012 6:03:07 PM
**Importance:**     Normal
**MAIL_RECEIVED:**   Wed 1/11/2012 6:03:12 PM

## *"WERLY LIMITED"*

represented by its Director, I. Ursu,

Mitropoleos 2, Evrychou. P.C. 2831 Nicosia, Cyprus

**(for US dollars)**

-

-

IBAN ███████████████████ in FBME Bank Ltd, 90 Arch. Makarios III Avenue,

P.O. Box 25566, 1391 Nicosia, Cyprus

SWIFT: ████████ correspondent bank: Deutsche Bank Trust Company Americas, SWIFT: ███████

acc. ████ 3863

          **EXHIBIT 450**

**To:**  'Edmund Biro'[edmund@0efbh.com]
**From:** Doron
**Sent:** Tue 10/2/2012 1:22:05 PM
**Importance:**  Normal
**Subject:** RE:
**MAIL_RECEIVED:** Tue 10/2/2012 1:22:05 PM


Ed


All invoices only to accounting@pinlogistics.com never to me !


**From:** Edmund Biro [mailto:edmund@0efbh.com]
**Sent:** Monday, October 01, 2012 3:43 PM
**To:** Roi @ PinLogistics
**Cc:** Nastassia @ BunZai; Doron Nottea
**Subject:**


invoices

--

-e
Edmund F. Biro 0efbH Consulting www.0efbH.com mailto:Edmund@0efbH.com
http://www.linkedin.com/in/0efbhconsulting
(818) 709-7715 voice (818) ████████████████████

       **EXHIBIT 466**

**To:**       'Teny.Minas@wellsfargo.com'[Teny.Minas@wellsfargo.com]
**From:**     Doron
**Sent:**     Mon 6/20/2011 2:26:00 PM
**Importance:**      Normal
**Subject:**   DMA Media Holdings - 9972872296
**MAIL_RECEIVED:**   Mon 6/20/2011 2:26:00 PM
DMA Holdings Articles.pdf
Igor.JPG

Open Acct under Igor he already has WF Relationship

SS 

After its open we will add Alon

**EXHIBIT 467**