

*Next Generation Bank Card Solutions*

January 23, 2015

James E. Elliott/Brent McPeek
Custodian of Records
Federal Trade Commission – Southwest Region
1999 Bryan Street, Suite 2150
Dallas, TX 75201

Re:   Civil Investigative Demand
      File No. 082-3247

Dear Mr. Elliott and Mr. McPeek:

Please see the attached documents in response to the Civil Investigative Demand which was sent to Moneris Solutions, Inc. There are two (2) attached logs and documents are in response to the document request and interrogatories. Please note that we are not in possession of documents prior to the beginning of the Merchant's Contract Date which was December 13, 2010 and November 9, 2011 respectively. We do not have any responsive documents beginning from August 1, 2009 through December 12, 2010 as no documents were found for that time period for any of the Business Owners, Entities or Description Names.

Please also find attached a fully executed Form of Certificate of Compliance and the Certificate of Records of Regularly Conducted Activity on behalf of Cynergy Data.

### DEFINITIONS

"BMG" shall mean Ben Zai Media Group in this document and for bates stamping purposes as well.

"ZMM" shall mean Zen Mobile Media who is doing business as MySkin8777437943 in this document and for bates stamping purposes as well.

### RESPONSE TO DOCUMENTARY MATERIALS

(1) All Documents relating to the underwriting file for each Corporate Account, including but not limited to, any Documents received or reviewed by the bank in connection with the merchant's applications and supporting documentation, financial statements, contracts and agreements between the merchant and the Bank or banks, due diligence materials provided to the Bank by third parties (such as Dunn & Bradstreet reports, background inquiries, or Member Alert to Control High-Risk ("MATCH") and Terminated Merchant File ("TMF") inquiry results),

PRIORITY PAYMENT SYSTEMS, LLC  2001 WESTSIDE PARKWAY SUITE 155 ALPHARETTA GA 30004   PHONE 800 935 5961  WWW.PRIORITYPAYMENTSYSTEMS.COM

ATTACHMENT F                    APP. 000246
600-1                           Exh. 600



*Next Generation Bank Card Solutions*

past chargeback rates, estimated future chargeback rates, descriptions of goods or services marketed, sales or customer service scripts, and all materials provided by the merchant to the Bank;

**Response to Request No 1: Please see the attached documents Bates Stamped BMG0235-0260; BMG0001-0173 and documents ZMM0328-ZMM0350 and ZMM0001-0146 respectively.**

(2) All Correspondence relating to each Corporate Account, including but not limited to, all correspondence between the Bank and any banks, VISA, MasterCard, or any other entity involved in Payment Processing for any Corporate Account;

**Response to Request No. 2:  Please see the attached Merchant Statements for BMG and ZMM.  The documents are attached as Bates Stamped Documents BMG0147-0234 AND ZMM0174-0327.**

(3) All Documents relating to complaints or inquiries referring or relating to the Corporate Account received by the Bank from consumers, financial institutions, government agencies (law enforcement agencies, regulatory agencies, or other), Better Business Bureaus, or other third parties including, but not limited to, (a) written complaints, (b) notes of telephone conversations between the Bank and the consumer or other third party, and (c) any reply or response; and

**Response to Request No. 3:  There are no responsive documents.**

(4) All Documents relating to any occasion in which the Bank suspended or terminated any of the Corporate Account(s), or suspended or terminated any Payment Processing service(s) to any of the Corporate Accounts.

**Response to Request No. 4: There are no responsive documents for BMG.  Please see the attached documents that are Bates Stamped ZMM0350 for ZMM.**

<u>**Response to Written Interrogatories**</u>

(1) The date the account was opened and, for any account that was closed, the date and reason the account was closed;

**Response to Interrogatory No. 1: The account for BMG was opened on December 13, 2010 in relation to BMG.  The account was closed by the Merchant on January 3, 2013.  Please see bates stamped documents BMG0235-0239 and BMG0260.  The account for ZMM was opened on November 9, 2011.  The account was closed by the Merchant on December 30, 2014. Please see bates stamped documents ZMM0328-0332 AND ZMM0349.**



**PRIORITY**
**PAYMENT SYSTEMS**

*Next Generation Bank Card Solutions*

(2) The amount or percent of each transaction held by the Bank in reserve, if any, and the current balance of any such reserve fund or account;

**Response to Interrogatory No. 2: There are no rolling reserves for BMG. The amount in reserves for ZMM is $30,001.45. Please see documents bate stamped ZMM0340-0345.**

(3) For each month, the total number and dollar amount of all transactions the Bank processed through the account, including any transactions indirectly processed through another third party service provider;

**Response to Interrogatory No.3: Please see the Merchant Statements for both BMG and ZMM bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

(4) For each month, the total number of and dollar amount of Refunds, and the percentage of Refunds (compared against total transactions);

**Response to Interrogatory No. 4: Please see the Merchant Statements for both BMG and ZMM bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

(5) For each month, the total number and dollar amount of Chargebacks, and the percentage of Chargebacks (compared against total transactions);

**Response to Interrogatory No. 5: Please see the attached Chargeback reports bate stamped as BMG0001-BMG00146 and ZMM0001-ZMM0173.**

(6) For each month, the total number of Chargebacks organized by Chargeback Reason (include the Chargeback Reason Code);

**Response to Interrogatory No. 6: Please see the attached Chargeback reports sorted by chargeback reason code bate stamped as BMG0001-BMG0147 and ZMM0001-ZMM0173.**

(7) For each month, the total number and dollar amount of Declined Transactions, and the percentage of Declined Transactions (compared against total attempted transactions);

**Response to Interrogatory No. 7: There are no responsive documents. We do not keep records of declined transactions.**

PRIORITY PAYMENT SYSTEMS, LLC  2001 WESTSIDE PARKWAY SUITE 155 ALPHARETTA GA 30004   PHONE 800 935 5961  WWW.PRIORITYPAYMENTSYSTEMS.COM

ATTACHMENT F                                    APP. 000248
600-3                                           Exh. 600



*Next Generation Bank Card Solutions*

(8) For each month, the total number of Declined Transactions organized by the Declined Transaction Reason (include the Declined Transaction Reason Code);

**Response to Interrogatory No. 8: There are no responsive documents. We do not keep records of declined transactions.**

(9) The bank routing and account numbers, as well as the name, address, telephone number, and contact person at each financial institution, ISO, or other third party to and from which the Bank transmitted, forwarded, or received funds or information about the Corporate Account;

**Response to Interrogatory No. 9: For transactions for BMG the bank was Wells Fargo. Routing No. ▮▮▮ Account No. ▮▮▮ The name on the account is Bunzai Media Group Inc. The contact person is Teny Minas, Assistant Manager. Please see bate stamped documents BMG0240-BMG0242 and BMB0258-BMG0259. For transactions for ZMM the bank was Wells Fargo. Routing No. ▮▮▮ Account No. ▮▮▮ The name on the account is Zen Mobile Media, Inc. The contact person for the account is Teny Minas, Assistant Branch Manager. Please see bate stamped document ZMM0333.**

(10) Whether the Bank has provided Payment Processing, authorization, clearing, settlement, or transmission of payments other than credit or debit card transactions, including but not limited to Automated Clearinghouse ("ACH") payments, Remotely Created Checks ("RCCs"), or Remotely Created Payment Orders ("RCPOs'").

**Response to Interrogatory No. 10: There are no other responsive documents outside of the Merchant Statements which have been provided as bate stamped documents BMG0147-BMG0234 and ZMM0174-ZMM0327.**

Sincerely,

Shamika J. Spence
Paralegal

SJS/mw
Enclosures

## Form of Certificate of Compliance*

I/We do certify that all of the documents and information required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to such interrogatory or uncompleted portion and the reasons for the objections have been stated.

Signature _____

Title _____General Counsel - Priority Payment Systems + Cynergy Data_____

Sworn to before me this day

23rd day of January, 2015

_____
Notary Public

Shamika J. Spence

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible. In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form 144-Back (rev. 2/08)

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.   I, *Christopher Prince*, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.   I have authority to certify the authenticity of the records produced by **Cynergy Data, LLC**, and attached hereto.

3.   The documents produced and attached hereto by **Cynergy Data, LLC**, are originals or true copies of records of regularly conducted activity that:

   a)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)   Were kept in the course of the regularly conducted activity of **Cynergy Data, LLC**; and

   c)   Were made by the regularly conducted activity as a regular practice of **Cynergy Data, LLC**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on *January 23*, 2015.

_____
Signature

| Documents Responsive to Written Interrogatories | Document Reference |
|---|---|
| 1 | BMG 0235-0239; BMG 0260; ZMM0328-0332; ZMM0349 |
| 2 | No responsive documents for BMG.  Please see ZMM0340-0345 |
| 3 | BMG0147-BMG 0234 and ZMM 0174- ZMM 0327 |
| 4 | BMG0147-BMG 0234 and ZMM 0174- ZMM 0327 |
| 5 | BMG 0001-0146; ZMM0001-0173 |
| 6 | BMG 0001-0146; ZMM0001-0173 |
| 7 | NO RESPONSIVE DOCUMENTS |
| 8 | NO RESPONSIVE DOCUMENTS |
| 9 | BMG0240-242; BMG0258-0259; ZMM0333 |
| 10 | No responsive documents for either entitites besides the Merchant Statements which have been produced as BMG0147-BMG0234 and ZMM0174-ZMM0327. |

ATTACHMENT F

APP. 000262

Exh. 600

| Document Request | Document Bate-Stamped No. |
|---|---|
| 1 | BMG 0235-0260; BMG 0001- 0173 and ZMM 0328-0350; ZMM 0001-0146 |
| 2 | BMG 0147 - 0234 and ZMM 0174-ZMM0327 |
| 3 | NO RESPONSIVE DOCUMENTS |
| 4 | NO RESPONSIVE DOCUMENTS FOR BMG; PLEASE SEE ZMM0350 |
| | |
| | |
| | |
| | |

ATTACHMENT F

APP. 000253

NOV-29-2007 17:10 From:

To:12036432080

Page:1/5

## MERCHANT APPLICATION

**SignaPay**

Merchant # 3899000017012236

☐ New Location   ☐ Additional Location

105 Decker Court • Suite 650 • Irving, TX 76062

Tel: 800-844-1399 • Fax: 214-260-9320 • www.signapay.net

ISO #:

▶ **Business Information**   Note: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Terms and Conditions for further information)

| Legal Name (as it appears on your income tax return): **BUNZAI MEDIA GROUP, INC** | Name of Account (Doing Business As): My Aurivie |
|---|---|
| Legal Address: **16161 VENTURA BLVD #378** | Physical Street Address (No P.O. Box): **7900 GLORIA AVE** |

| City: **ENCINO** | State: **CA** | Zip: **91436** | City: **van nuys** | State: **CA** | Zip: **91406** |
|---|---|---|---|---|---|

| Phone #: ( 818 ) 7856800 | Contact: **Nastassia** | DBA Phone #: ( 818 ) 7856800 | Fax #: ( 818 ) 6470182 |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: accounting@bunzaimeda.com | Website Address: WWW. BUNZAIMEDIA.COM   Myaurivie.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return) | # of Locations **1** | Years in Business **1** | Years Owned Business **1** |
|---|---|---|---|

| Place of Legal Formation: **CA** | Country of Primary Business Operations: **USA** |
|---|---|

| Bank Reference: **WELLS FARGO** | Contact: **TENY MINAS** | Phone #: ( 818 ) 509-3480 |
|---|---|---|

▶ **Owners or Officers • Individual Ownership Must be Equal to or Greater than 50%**

| Name: **1.Motti Nottea** | Title: **CEO/Owner** | Date of Birth: | Applicant's SS #: | % Equity Ownership: **100** |
|---|---|---|---|---|
| Residence Address: | City: | | State: | Zip: | # Years: **4** |

| US Government Issued ID#: | Type of ID: **Drivers License** | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|

| Name: **Z** | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership |
|---|---|---|---|---|
| Residence Address: | City: | | State: | Zip: | # Years: |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

▶ **Business Profile**

Type of Ownership: ☐ Sole Proprietor   ☐ Assoc/Estates/Trusts   ☐ Joint Venture   ☐ Government
☑ Corporation (Privately Traded)   ☐ Corporation (Publicly Traded)   ☐ Medical or Legal Corp
☐ Partnership   ☐ Tax Exempt Org   ☐ Single Member LLC   ☐ Multi Member LLC   ☐ Civic Assoc
☐ Limited Partnership   ☐ Political Org   ☐ Other:

| Type of Goods or Services Sold: beauty and skincare products | SIC Code: |
|---|---|

Do you currently accept Discover ®/Visa/Mastercard?   ☑ Yes ☐ No
(if yes, you should spend 3 sample merchant statements.)

| Name of Current Processor: **Signature Card Services** |
|---|

Has Merchant or any associated principal disclosed below filed ☐ Yes   Date: _____  bankruptcy or been subject to involuntary bankruptcy?   ☑ No

▶ **Sales Profile**

| Merchant Type: | Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
|---|---|---|
| ☐ Retail | Card Swipe | 0% % |
| ☐ Restaurant | | |
| ☐ Lodging | Manual Key Entry with Imprint, Card Present | 0% % |
| ☐ Service | | |
| ☑ Internet | Mail Order/Telephone | 10 % |
| ☐ Home Based | Internet | 90 % |
| ☐ Other | Total = | 100% |

▶ **Business Trade Suppliers • List Two**

| Name: **Critical Media Inc** | Address: **winnetka, ca** | Contact: **Ron Swartz** | Phone #: ( 818 )517-5000 |
|---|---|---|---|
| Name: **Ceranade Marketing** | Address: **North Hollywood, ca** | Contact: **Khris Bond** | Phone #: ( 323 )8106755 |

▶ **Merchant Site Survey Report • To Be Completed by Sales Representative**

Merchant Location: ☐ Retail Location with Store Front   ☐ Office Building   ☑ Internet   ☐ Residence   ☐ Other_____
Area Zoned: ☑ Commercial   ☐ Industrial   ☐ Residential   Square Footage: ☐ 0-250   ☐ 251-500   ☐ 501-2,000   ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?   ☑ Yes   ☐ No
If No, explain:

The Merchant: ☑ Owns   ☐ Leases the Business Premises   Landlord Name & Phone #:

Further Comments by Inspector (Must Complete)
N/A

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: X | Officer #: | Representative #: | Representative Signature: X | Date: **12/13/2010** |
|---|---|---|---|---|

White Copy - Bank • Pink Copy - Merchant
SignaPay is a registered ISO/MSP of Harris, N.A., Chicago, IL.

08/01/10

BMG 0235

APP. 000254
Exh. 600

NOV-29-2007 17:10 From:                                    To:12036432080                        Page:2/5

| ▶ Discover / Visa / Mastercard Standard Retail / High Rct. Retail Rates | | ▶ Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| Merchant Chooses to accept the following: ☑Tiered | ☐Interchange + Pricing | Merchant Chooses to accept the following: ☐Tiered | ☐Interchange + Pricing |
| DISCOVER/SMC (Other Cards) Discount Rate: | % | DISCV/SMC (Other Cards) Discount Rate: | 3.95 % |
| VISMC Discount Rate for Debit Cards | % | VISMC Debit Card Discount Rate: | $7.95 MONTH |
| AMEX Discount Rate: | % | AMEX Rate | Nembvul G.15 |

| ▶ Fees | | ▶ Fees | |
|---|---|---|---|
| DISCV/SMC Transaction Fee: | Per Item | DISCV/SMC Transaction Fee: | .040 Per Item |
| Non-Bankcard Transaction Fee: | Per Item | Non-Bankcard Transaction Fee: | Per Item |
| Statement Fee: | Monthly | Statement Fee: | Monthly |
| VIMAS Online Service: | Monthly | VIMAS Online Service: | Monthly |
| Monthly Minimum: | Monthly | Monthly Minimum | Monthly |
| Annual Fee: | Per Year | Annual Fee: | Per Year |
| Debit Transaction Fee Plus Network Fees | Per Item | MOTO/Internet Surcharge | Per Item |
| EBT Transaction Fee: | Per Item | AVS Surcharge: | .10 Per Item |
| EBT Statement Fee | Monthly | Batch Fee: | Per Batch |
| Batch Fee | Per Batch | Manual Imprintor: QTY____ | One Fund |
| Manual Imprintor: QTY____ | One Time | Chargeback Fee | Per Item |
| Chargeback Fee: | Per Item | ACH Reject Fee | 75 $25.00 Per Item |
| Chargeback Reject Fee: | $25.00 Per Item | Reboot Fee | 75 $5.00 Per Item |
| Renewal Fee: | $5.00 Per Item | Voice Authorization Fee: | $0.95 Per Call |
| Voice Authorization Fee: | $0.95 Per Call | Gateway Access Fee: | Monthly |
| Gateway Access Fee: | Monthly | Early Termination Fee | $495.00 One Time |
| AVS Surcharge | Per Item | Others (please specify)* | |
| Early Termination Fee | $495.00 One Time | | |
| Others (please specify): | | | |

1) I/We understand and agree to the following: that my/our discount rate as stated above will be charged on all electronically authorized payment card transactions that are in batches closed daily (qualified rate). 2) and that all payment card transactions that do not meet the requirements stated in number 1 above may be charged up to 4.61% higher than my/our discount rate. Discover/Visa/Mastercard business transactions may be charged up to 4.61% above qualified rate

3) Pass-through Association fees include Visa Acquirer Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA) Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit our website for further details.

Do you use a third party to process or transmit Cardholder data? ☐ Yes ☐ No. Give name/address (example: include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture) Please identify any Software used for storing transmitting or processing Card Transactions or Authorization requests ____ limelight.com

### ▶ Merchant Benefits Club

☐ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.99 per terminal/peripheral per month.   Initials: X

### ▶ American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement ("Agreement"). and that all information provided herein is true, complete and accurate I authorize Cynergy Data, LLC and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC and American Express and American Express's agents and Affiliates to inform me directly or through the entity above, of reports obtained for If they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the report to track consumer reporting purposes and to administrative purposes. I understand that upon American Express's approval of the application, the entity will be sent the Agreement.

CHECK ONE: ☑ Retail - $9.10 Trans Fee + 0.30% CNP Downgrade      ☐ Service, Wholesale & All Other - $0.15 Trans Fee

Signature X _____      Date _____

### ▶ Debit/Credit Authorization - Include a voided check or bank letter verifying bank account information.

Merchant authorizes Processor or Bank to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account of which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entities in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. The Automated Clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation

DDA: ____9819                      ABA Routing: 122000247

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested

AVERAGE TICKET SIZE: [100.00]        AVERAGE MONTHLY VOLUME: [5000]

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 4c and 13c of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant  Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or Harris, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this merchant application, on the reverse side of this Merchant Agreement and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

| ▶ Individual Guaranty - No Titles | ▶ For All Businesses - Business Resolution |
|---|---|
| As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is predicated on the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) is/are terminated benefit from the guaranty. | The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business  MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED. BUNZAI MEDIA GROUP, INC. |
| | Print Legal Name of Merchant Business |
| AGREED AND ACCEPTED                         12/13/2010 | _____          12/13/2010 |
| X | #1 From Application - Signature         Date |
| #1 From Application - Signature         Date | X |
| X | #2 From Application - Signature         Date |
| #2 From Application - Signature         Date | Accepted by Processor                    Date |
| | X |
| | Accepted by Harris, N.A., Chicago, IL    Date |

SignaPay is a registered ISO/MSP of Harris, N.A., Chicago, IL.                                    ▶ ▶ 09/01/10

BMG 0236

APP. 000255
Exh. 600

CD Initials: X

BMG 9237

[redacted] MN CD Initials: X

## DISCLOSURE PAGE

### Member Bank (Acquirer) Information

Acquirer Name: Harris, N.A.

Acquirer Address: 150 N. Martingale Road, Suite 900, Schaumburg, IL 60173

Acquirer Phone: 847-240-8800

### Important Member Bank (Acquirer) Responsibilities

1. A Discover / Visa / MasterCard Member is the only entity approved to extend acceptance of Discover / Visa / MasterCard products directly to a Merchant.
2. A Discover / Visa / MasterCard Member must be a principal (signer) to the Merchant Agreement.
3. The Discover / Visa / MasterCard Member is responsible for educating Merchant on pertinent Discover / Visa / MasterCard Operating Regulations with which Merchant must comply.
4. The Discover / Visa / MasterCard Member is responsible for and must provide settlement funds to the Merchant.
5. The Discover / Visa / MasterCard Member is responsible for all funds held in reserve that are derived from settlement.

### Merchant Information

Merchant Name: **BUNZAI MEDIA GROUP, INC**

Merchant Address: **16161 VENTURA BLVD #378, ENCINO CA 91436**

Merchant Phone: **8187856800**

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Discover / Visa / MasterCard Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Discover / Visa / MasterCard Member (Acquirer) is the ultimate authority should the Merchant have any problems.

_____                    **12/13/2010**
Merchant Signature                          Date

**MOTTI NOTTEA - CEO/OWNER**
Merchant's Printed Name and Title

BMG 0239

APP. 000258
Exh. 600



BMG 0240

APP. 000259
Exh. 600

 **SignaPay**

105 Decker Ct.
Suite 630
Irving, TX 75062
Tel: 800-944-1399
Fax: 214-260-9320

## CHANGE OF BANK ACCOUNT REQUEST

This document must be accompanied by a voided check from the new bank account

Date: 2/3/2011

To: **SignaPay – Account Services**

From:

MOTTI NOTTEA
Owner's Name

WELLS FARGO
Bank Name:

BUNZAI MEDIA GROUP, INC
Business Name

Acct. Number:

Merchant Number

Routing Number:

I (Merchant) agree, by my signature below, to the above changes and I further agree to these changes with regards to programming. I have enclosed a voided pre-printed check from the new bank account.

X _____
Merchant Signature

**NOTE:** Temporary Checks are not acceptable. A Voided Pre-Printed Check for the new account must be attached (if mailed) or faxed to: (214) 614.4623

**If you have changed Corporate Name, Ownership, Partners, or changed from Sole proprietor to Corporation, you MUST fill out a new application.

For American Express, Discover and/or Diners Club, please contact them directly at:
AMERICAN EXPRESS                          (800) 528 - 5200
DISCOVER                                            (800) 347 - 2000
DINERS CLUB                                       (800) 525 – 7376

New Bank/DDA/Routing Information

### PLACE VOIDED CHECK HERE

SignaPay is a registered ISO/MSP of Harris N.A., Chicago, IL.

Version 10.20.08                          www.signapay.com

BMG 0241

APP. 000260
Exh. 600



02/03/2011

To Whom It May Concern:

This letter is to state Bunzai Media Group Inc. with Wells Fargo Bank. Account information is as follows:

Routing Number for all accounts: 

Do not hesitate to contact me if you should have any further questions.

Thank You,

Teny Minas
Assistant Manager

**BMG 0242**

APP. 000261
Exh. 600

AuraVie SkinCare                                                    Page 1 of 3



## TAKE MORE THAN 10 YEARS OFF YOUR SKIN WITH AURAVIE SKINCARE!

### HOW DOES **AURAVIE** WORK?

AuraVie SkinCare contains the advanced scientifically proven ingredient **Acetyl Hexapeptide-3.** It is a face firming peptide clinically proven to reduce the appearance of fine line and wrinkles. Derived directly from nature, Acetyl Hexapeptide-3 is clinically proven to turn back the natural effects of the aging process at the cellular level, changing the face of beauty skin care products forever.

Your skin will feel tighter, rejuvenated and nourished. In less than 2 days, you will see a tremendos increase in skin moisturization. And after just 30 days, you will see a decrease of fine lines and wrinkles up to 83%. AuraVie SkinCare combines many of the world's most potent anti-oxidant extracts such as:

AuraVie SkinCare is perfect for immediate relief of problem dry areas and perfect for daily use! AuraVie SkinCare will keep your skin healthy, moist, and hydrated. Daily use of AuraVie SkinCare will prevent dry skin, itching, peeling and cracking, and help maintain skin suppleness and elasticity.

BEFORE


AFTER


### THREE STEPS TO YOUTHFUL SKIN


**Renew Purifying Cleansing Toner Gel**
Cleanse your face with our gentle yet effective cleansing toner gel.


**Revive Age Defying Serum**
Apply serum to face, neck and décolletage to nourish and revive tired lusterless skin




**Replenish Day/Night Moisturizer**
Lock in moisture with NANO* Time Release Technology* to give you 8 hours of protection & maximum moisturization.


BEFORE


AFTER

## CLAIM YOUR RISK-FREE TRIAL NOW   [ORDER NOW]


BEFORE


AFTER

AuraVie SkinCare

Page 2 of 3



## REAL PEOPLE. **REAL RESULTS.**   CLAIM YOUR TRIAL NOW



**I never have to worry about looking great!**

The fine lines and wrinkles on my forehead and around my eyes have improved so much. The AuraVie system is easy to use and work into my daily routine. I will definitely keep using these products!

- Leona, CA



**I am 50 now and no one believes I am that old!**

The products go a long way and my skin thanks them for that! I am so glad that you are selling these products. I especially love that fact that I can order online and I have told all my friends about it. I recommend AuraVie skincare to ALL WOMEN.

- Laurie, CA



**These products are so amazing!**

After just a few days of use, my face is smoother, softer, firmer, completely breakout-free, and the fine lines have almost totally disappeared! Try it right now. You will not be disappointed!

- Nancy, CA





SAY NO TO **PAINFUL BOTOX INJECTIONS** AND **EXPENSIVE LASER TREATMENTS**   ORDER NOW



AuraVie SkinCare contains a mix of clinically proven essential vitamins and peptides shown to reduce the signs of aging. By placing peptides onto your skin, it stimulates the skin to produce more collagen. And, by having protective antioxidants on the skin surface, it will help to *prevent new wrinkles from forming.*

✗ **NO** Painful Injections!

✗ **NO** Expensive Lasers!

✗ **NO** Invasive Surgery!

✗ **NO** Problem!

Still not convinced? Click here to claim your Trial Order

NOURISH, MOISTEN, AND PAMPER YOUR SKIN FOR A BEAUTIFUL NEW YOU!



**DISCOVER YOUR FOUNTAIN OF YOUTH**

ATTACHMENT F
600-18

APP. 000263
Exh. 600

AuraVie SkinCare

Page 3 of 3



T&C | Privacy Policy | Contact Us

© 2015 myauravie.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.
*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included
in the Shipping and Handling charge for your trial order.

Representations regarding the efficacy and safety of Auravie Skincare have been scientifically substantiated however these scientific substantiations have not
been evaluated by the Food and Drug Administration.

Please Click here to find clinical studies for AuraVie Skincare products which describe the benefits of Auravie Skincare as well as list of our natural ingredients
derived directly from nature.

http://myauravie.com/

1/14/2015

BMG 0250

ATTACHMENT F
600-19

APP. 000264

Exh. 600



**TERMS & CONDITIONS**
LAST UPDATED: March 7th, 2013

ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You"
"Your" or "Customer"), and myauravie.com ("Our" or "Company") the owner and administrator of this Website and all content and
functionality contained herein. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE
ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.

INTRODUCTION
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this
document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-
pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National
Commerce Act. You manifest Your agreement to the terms in this document by any act demonstrating Your assent thereto, including
clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these
terms or not. It is suggested that You print this form for Your personal records.

myauravie.com reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at
any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of
these Terms.

If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this
Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You
have read this Agreement and understand, agree and consent to all Terms contained herein.

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this
page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been
made since the "last modified" date. A changed "last modified" dates indicates that this document has been updated or edited, and the
updated or edited version supersedes any prior versions immediately upon posting.

ORDERING PRODUCTS THROUGH THE WEBSITE: POLICIES
NOTE: Some products come with a ten (10) day trial period (Risk Free Trial) as described in this Agreement. If You have any questions
about our Risk Free Trial, please contact Our Customer Service Department toll-free at 866-216-9336 . Our Customer Service Department
is open Monday through Friday, from 7am to 4pm Pacific Standard Time (PST).

RISK FREE TRIAL: Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for
You to know, are as follows:
OFFER TERMS: By placing your trial order today you'll be shipped a 30 day supply of AuraVie SkinCare for $4.95 S&H. Try it for 10 days to
experience the benefits and if for any reason this system is not for you, call our Customer Care toll-free at 866-216-9336 within your 10-
day trial period to cancel. If you are satisfied, do nothing and you agree to be charged $97.88. Plus you agree to be enrolled in our 6
Month VIP Membership Program and 45 days from your initial order date and every 30 days thereafter for a maximum of 165 days (5
cycles), you will receive a fresh supply of your system for the same low price (Free Shipping). Your last shipment (6th cycle) is absolutely
free, just pay $14.95 S&H, and an email will be sent to you for your confirmation to continue in the program. Cancel your VIP Membership
at anytime. Please read our terms and conditions for more details. Offer available while supplies last.

Regardless of whether You cancel Your Risk Free Trial in a timely fashion or not, You will be responsible to pay the shipping and handling
charges associated with Your Product (currently ranging between $2.95 and $9.95, depending on the Product ordered). You agree that we
can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a
timely fashion or not. No refunds will be issued for shipping and handling charges.

Risk Free Trial is limited to 1 offer per household.

All California orders are subject to applicable sales tax.

YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR
PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP
SUPPLYING THE PRODUCT TO YOU.
CANCELATION OF ORDER. If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call
AuraVie SkinCare Customer Care toll-free at 866-216-9336 within your 10-day trial period to cancel. We will issue you an RMA number and
you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless
you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then
You must call Our Customer Service Department toll-free at 866-216-9336 and request that such future shipments be terminated.
Alternatively, you can send an email requesting cancellation to support@auravie.com. When emailing us, please include your full name and
address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be
processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that
has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

BMG 0251

Terms and Conditions                                                                                          Page 2 of 4

RETURNS AND REFUNDS. We believe in complete customer satisfaction. This is reflected in our 30-day satisfaction guaranteed return policy. For all unused trial orders that are past their 10 day trial period and have been billed under the terms herein, you may return the unopened package within 30 days from the order date and you will be refunded for that order. Used trial orders are not eligible for return once the trial period has expired. For all recurring orders, if you are unsatisfied with the product, you may return the unopened package within 30 days from the shipped date and you will be refunded for that order. If you wish to return your order, please obtain a Return Merchandise Authorization (RMA) number first. The fastest way to obtain an RMA number is to contact our customer service representatives to request an RMA number.
Please note the following terms:
• Risk Free Trials are subject to billing for the balance of purchase price of the product after the specified trial period (10, 14, 21, 30 or 60 days as applicable). To prevent this billing, you must first obtain your RMA number within the time frame of your trial period and return the unused product within 30 days from the order date, as stipulated in Cancellation of Orders section above.
• Packages marked "Return To Sender" will NOT be processed or refunded. Returned packages will only be refunded with an RMA number that was provided by Customer Service. Call Customer Service at 866-216-9336 for your RMA number. RMA numbers are good for 30 days.
• All returned products may be subject to a 15% restocking fee. Restocking fee does not apply to Trial shipments.
• Refunds will only be issued to the same credit card to which they were charged.
• Customer is responsible for return shipping charges.
• After the warehouse receives your return, it generally takes 2 business days to process your return. Please keep in mind that your bank typically posts credit in the billing cycle in which it was received. Therefore, the number of days it takes for credit to post to your account may vary, depending on your bank's billing and credit schedule.
DAMAGED PRODUCTS. Product(s) damaged during shipping will be replaced at no charge. Save the package and all contents, and contact our Customer Service for further instructions. Should you experience any problems with your order, please contact our Customer Service Support at 866-216-9336 immediately, so that we may correct it in a timely matter.

Refer a friend and get 20% off your next shipment. For every person you refer that successfully enrolls into the program, you will receive 20% off your next shipment of the AuraVie SkinCare. Just have your referral sign up for their Risk Free Trial of the AuraVie SkinCare at myauravie.com. Once they have done so, just give us a call at 866-216-9336 with the following information: name, address or email of your referral. Upon verifying your referral, we will give you 20% off your next shipment. It's that simple! Please note that only one referral can be credited to each shipment.

CHARGEBACKS AND REVERSALS. We handle all chargebacks as potential cases of fraudulent use of our product offer and/or theft of product. In cases where we have provided a product and we have verified that a client has received a product and/or refused or returned product(s), whether or not they have used the product in any way, possible actions taken by the company may include filing a complaint with the Internet Crimes Bureau and/or local authorities, or reporting the incident to the appropriate authorities in your state to investigate theft of product and possible mail fraud which is a Federal Crime. All cases of chargeback requests will be vigorously fought by the Company. BE AWARE that if you choose to claim your online transaction was fraudulent that all activity and IP address information is captured. This digital proof of whom and where the order was placed will be submitted to the proper authorities. This information may be used in a civil and criminal case against a customer if there is fraudulent use or theft of product(s).

CREDIT CARD DESCRIPTOR. By ordering Products from myauravie.com, You authorize myauravie.com to charge Your credit card accordingly. This authority shall remain in effect until and unless You have canceled future orders of the Products as described in this Agreement, above. In the event the agreed upon amount is declined, you authorize myauravie.com to charge Your credit card lesser amounts until the agreed upon amount has been paid in full. Please be aware that the descriptor (or subject line) that appears on Your credit card may be the name of the seller of the Products, and/or may refer to the type of Product ordered (e.g. "AuraVie SkinCare"). If You have any questions about the descriptor on Your credit card statement, You should call Our Customer Service Department toll-free at 866-216-9336.

PRICE MODIFICATIONS. We reserve the right to modify the prices charged for the Products, or to add or remove any Products, from the Website at any time without prior notice to You. Price quotes provided to You prior to any price modification shall be honored.

BILLING ERRORS. If You believe that You have been erroneously billed, please notify Our Customer Service Department toll-free at 866-216-9336 immediately of such error. If We do not hear from You within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by You for all purposes, including resolution of inquiries made by Your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to Us within thirty (30) days of its publication.

REPRESENTATIONS; DISCLAIMERS
It is Our intention to provide You with the finest skincare products available, and we believe in the efficacy of every Product we sell. You understand, however, that Our Products have not been evaluated by the FDA, and Our Products are not intended to diagnose, treat, cure or prevent any disease. Individual results will vary, and are dependent on factors including age, weight, diet, and exercise regimen. You agree that You either have consulted, or will consult, with a physician before taking any of Our Products, and You will cease immediately taking Our Products if You experience any ill effects or unintended side effects of any Product.

We endeavor to provide You with accurate information about Our Products. You understand and agree that the information we convey about or Products and/or the efficacy of Our Products, is obtained from independent third parties such as news agencies, scientific reports, and scientific / research entities (Third Parties). We do not warrant or represent that such information is error-free, and we do not represent or endorse any Third Parties or the methods that they use to arrive at their conclusions.

All Product specifications, performance data and other information on the Website is for informational and illustrative purposes only, and do not constitute a guarantee or representation that the Products will conform to such specifications or performance data. We do not warrant or represent that Our Products will provide You with any particular benefits, or that Your results will match those of others who consume Our Products. Individual results will vary from person to person.

OWNERSHIP; INTELLECTUAL PROPERTY
The Website, and all images and content at the Website (collectively, "Materials"), are the sole and exclusive property of myauravie.com or its licensors. No license or ownership rights in or to any of the Materials are conveyed to You by virtue of this Agreement or by Your purchase of any Product from the Website. The Materials are protected by the copyright and trademark laws of the United States. Unless otherwise permitted by law, none of the Materials may be reproduced by You without myauravie.com's prior written permission.