```
 1                  OFFICIAL TRANSCRIPT PROCEEDING

 2                    FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7    MATTER NO.      1423137

 8

 9

10    TITLE               AURAVIE

11

12

13    DATE          RECORDED:  SEPTEMBER 26, 2014

14

15                  TRANSCRIBED:  JUNE 5, 2015

16

17

18    PAGES         1 THROUGH 18

19

20

21

22

23

24        AUTOMATED MESSAGE LEFT BY DOTAUTHORITY.COM

25             MCPEEK - AURAVIE CALL 1    9-26-14
```

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4    RECORDING:                        PAGE:

5    Telephone conversation with Matt         4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:            )

4     AuraVie                      )  Matter No. 1423137

5                                  )

6     ------------------------------)

7                                  September 26, 2015

8

9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

APP. 000289

Exh. 901

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3             MR. MCPEEK:  Today is Friday, September 26th,

 4    2014.  The time is 12:56 p.m.  My name is Brent McPeek.

 5    I am a Federal Trade investigator assigned to the

 6    Southwest Region of the Federal Trade Commission.  My

 7    business address is 1999 Bryan Street, Suite 2150,

 8    Dallas, Texas, 75201.  My telephone number is (214)979-

 9    9350.  I will be recording a telephone conversation

10    between myself and a representative of AuraVie Skin care.

11    The company conducts business from P.O. Box 10465, Van

12    Nuys, California, 91419.  The telephone number associated

13    with the company is 866-216-9336.  For the purposes of

14    this call, I have assume the name of ██████████.  I will

15    now place the call.

16

17                    TELEPHONE CALL TO AURAVIE

18             RECORDING:  Thank you for calling customer

19    care.  Please listen to the following prompts in their

20    entirety as they have changed.  For AuraVie Skin Care,

21    press one.  For Dellure Collagen Masks, press two.

22             MR. MCPEEK:  I'm now going to press one.

23             (Number pressed.)

24             RECORDING:  Please hold while we attempt to

25    locate your account.
```

1                (On hold.)

2                RECORDING:  Thank you for calling AuraVie Skin

3        Care.  You can use our automated phone system 24 hours a

4        day, 7 days a week to manage, customize or cancel your

5        account.  If you wish to cancel your account, press one

6        now.  For all other inquiries, such as sales, support,

7        modifying the frequency of your shipments and more,

8        please press zero at any time to be transferred to a

9        customer service specialist.

10               MR. MCPEEK:  I'm going to press zero to speak

11       to a customer service specialist.

12               (Number pressed.)

13               RECORDING:  -- cannot locate your account.

14       Please hold while we're connecting you with our call

15       center representative.

16               MR. MCPEEK:  Oh, they hung up.  I'm going to

17       redial the number.

18

19               TELEPHONE CONVERSATION WITH MATT

20               RECORDING:  Thank you for calling customer

21       care.  Please listen to the following prompts in their

22       entirety as they have changed.  For AuraVie Skin Care,

23       press one.  For Dellure Collagen Masks, press two.

24               MR. MCPEEK:  I'm going to press one.

25               (Number pressed.)

1          RECORDING:  Please hold while we attempt to

2     locate your account.

3          (On hold.)

4          RECORDING:  Thank you for calling AuraVie Skin

5     Care.  You can use our automated phone system 24 hours a

6     day, 7 days a week to manage, customize or cancel your

7     account.  If you wish to cancel your account, press one

8     now.  For all other inquiries, such as sales, support,

9     modifying the frequency of your shipments and more,

10    please press zero at any time to be transferred to a

11    customer service specialist.

12          (Number pressed.)

13          MR. MCPEEK:  I pressed zero.

14          (On hold.)

15          MATT:  Thank you for calling customer support.

16    My name is Matt.  May I have please have a last name and

17    a zip code?

18          MR. MCPEEK:  Hi, my last name is ███.  My zip

19    code is 75052.

20          MATT:  Thank you very much for the information,

21    sir.  Just bear with me one moment.

22          (Brief pause.)

23          MATT:  (Inaudible) may I please have the email

24    address, the one that you have listed with us for

25    security reasons we well as (inaudible).

1          MR. MCPEEK:  I'm sorry, I'm having a hard time

2     understanding you.  Can you repeat that?

3          MATT:  Sure.  Your email address, the one that

4     you listed with us for security reasons.

5          MR. MCPEEK:  Oh, okay, it's ███████,

6     L-Y-O-N-S --

7          MATT:  Mm-hmm.

8          MR. MCPEEK:  -- ████████████.

9          MATT:  Thank you so very much for the

10    information.  Sir, I have the account located.  So, now

11    let's just walk through what is in the charges --

12         MR. MCPEEK:  Yes.

13         MATT:  -- that we have here on file.

14         MR. MCPEEK:  Yeah.  So, I was going through my

15    credit card statements and my wife apparently has made a

16    purchase or she thought she was just ordering a free

17    trial.

18         MATT:  Mm-hmm.

19         MR. MCPEEK:  and -- and I found these -- this

20    product that came in from AuraVie Skin Care that has

21    three little, you know, I guess creams for your face.

22    And she --

23         MATT:  Yes, sir, that's right.

24         MR. MCPEEK:  -- she's out of town right now and

25    she -- I asked her about it and she said it was only

1    supposed to be about $3, but there's a charge on her

2    credit card for almost $100, but she thought it was

3    supposed to be a free trial.

4             MATT:  Mm-hmm.

5             MR. MCPEEK:  And, you know, we haven't -- she

6    hasn't opened any of the product or anything, and I'm --

7    you know, I just want to return the product so that I can

8    get our money back because she wasn't aware there was

9    going to be a large, you know, charge like that on our

10   credit card.

11            MATT:  All right.  So (inaudible) let me just

12   go ahead and cancel the future orders.

13            MR. MCPEEK:  Okay.

14            MATT:  All right.  There will be no more future

15   shipments and no more charges after this.  And, secondly,

16   you know, I want to indicate it's just a simple

17   misunderstanding.  Somehow, you know, she didn't take the

18   opportunity to read the terms and the conditions because,

19   you know what, we explain on the website (inaudible) with

20   that.  We are so confident in our products, right, and

21   so, you would enjoy if we sent you a three-day supply

22   that you can try before you buy.

23            So, it was a free 14-day from (inaudible) days,

24   and all we ask during that time period, if you're unhappy

25   with any of these, then you just need to go look at, you

1    know (inaudible) and cancel and return the product.

2    Either way, the trial expired, the account we charged for

3    the product (inaudible) enrolled in the premium autoship

4    program.  So -- so, the (inaudible) people I think

5    (inaudible) just a misunderstanding.  So, however I've

6    gotten through all the future orders.  So, there will be

7    no more time to send our more packages after this.

8            And, secondly, so what I can see (inaudible)

9    for the products.  (Inaudible).

10           MR. MCPEEK:  Well --

11           MATT:  Hello, sir?

12           MR. MCPEEK:  I'm right here.  So, you're

13   telling me that you'll cancel future orders, but I'm

14   going to have to stay -- I can't reverse the charge for

15   the -- for the (inaudible) --

16           MATT:  (Inaudible) what I'm -- what I mean,

17   sir, you know, there's a 30-day return (inaudible) for

18   the products, right.  So, let me just see what the best I

19   can do, is there any partial refund I can credit you back

20   so that you can keep the product (inaudible) all right?

21   Let me just explain the situation over here, you know.

22   (Inaudible).  (Inaudible) sir, you know, I can

23   (inaudible) understand (inaudible) the issue and the

24   frustration because (inaudible).  (Inaudible) however

25   (inaudible) and I'll assure you I'll provide you with the

1    best resolution to your satisfaction.  Just give me a

2    minute.  Let me just have a discussion on that, right.

3    Let me just explain (inaudible) and I'll be back with the

4    best solution.

5              MR. MCPEEK:  Okay.

6              MATT:  All right?  Or the best possible refund

7    I can give you back on this charge that you have made.

8              MR. MCPEEK:  Okay.

9              MATT:  All right?  So, allow me a minute to do

10   (inaudible) all right.  So, may I place this call on hold

11   for two minutes (inaudible)?

12             MR. MCPEEK:  Okay, sure.

13             MATT:  Thank you so very much.

14             (On hold.)

15             MATT:  Thank you for being on hold, sir.

16             MR. MCPEEK:  Yes.

17             MATT:  Thank you for being on hold, sir.  I

18   appreciate your patience.  All right.  So, you know, I

19   just explained the (inaudible) and what -- the best they

20   can (inaudible) a partial refund of $35 right now and it

21   will be back in your account in one to five business

22   days.  And, however, I have to cancel all the future

23   orders and I have provided you with the cancellation

24   email on your provided email address and this $35 would

25   be credited back as I informed you in the next one to

1    five business days on your Visa card, which ends up in

2    ███ .

3              MR. MCPEEK:  Okay.  So, you're going to give me

4    a partial refund of $35 and then you want me to keep what

5    I have now of the product?

6              MATT:  That's right, sir.

7              MR. MCPEEK:  Well, I haven't -- none of the

8    product has been opened.  Is there any way for me to, you

9    know, just ship it back to you and get a full refund?

10             MATT:  Sir, as I informed you, sir, there is a

11   30-day return policy for the product.  This package is

12   after the 30-day return policy.  So, at this point in

13   time, sir, if you sent that, I won't be able to take the

14   package back.

15             MR. MCPEEK:  Oh.

16             MATT:  Okay?

17             MR. MCPEEK:  But you're --

18             MATT:  So, what I -- the best I could do --

19   what I can do, sir, you know, as I informed you that

20   (inaudible) all right?  And I (inaudible) in order to

21   resolve this issue to your satisfaction, you know, make

22   it as a one-time courtesy, as a one-time exception to

23   give you back $35.

24             MR. MCPEEK:  Okay, all right.  So -- but it

25   hasn't been 30 days yet.  It was shipped on the 28th and,

1    so, I guess that would make today the 29 days, right?

2              MATT:  Sir, you ordered this on August 28th,

3    sir.

4              MR. MCPEEK:  Right.  So, that would be -- today

5    would be day 29, right?

6              MATT:  Yes, sir.  Because it has to be

7    (inaudible).

8              MR. MCPEEK:  So, I mean, it hasn't been 30 days

9    and there's no way I can return it within 30 days without

10   having the product being opened?

11             MATT:  I'm (inaudible) the product has to be

12   there in the warehouse in (inaudible) 30 days.

13             MR. MCPEEK:  Oh, it has to be back in your

14   warehouse --

15             MATT:  (Inaudible).

16             MR. MCPEEK:  It has to be back in your

17   warehouse within 30 days?

18             MATT:  Yes, sir.

19             MR. MCPEEK:  Is -- well, if tomorrow is the

20   30th day, is there any way -- is there any way I can ship

21   it overnight to you?

22             MATT:  Just give me a minute (inaudible) if

23   they'll take the package back, all right.

24             MR. MCPEEK:  So, you -- okay.  So, you won't

25   take the package back and you'll just give me a refund of

1    $35 then?

2            MATT:  I beg your pardon?

3            MR. MCPEEK:  So -- so, it's just going to be I

4    keep the product and you'll give me a partial refund of

5    $35?

6            MATT:  That's right, sir.

7            MR. MCPEEK:  Okay.  And what was your name

8    again?  I'm having a real hard time understanding you

9    because of the reception.  And what was your name again?

10   You said it when we first --

11           MATT:  Sir, my name is Matt.  My name is Matt,

12   sir.  It's M-A-T-T.

13           MR. MCPEEK:  Okay.  I'm sorry.  Say that again.

14           MATT:  M-A-T-T.

15           MR. MCPEEK:  M-A-T-T, Matt, okay.

16           MATT:  Yes.

17           MR. MCPEEK:  Okay, I'm sorry.  It's just hard

18   to understand you.  I think my cell phone reception is

19   really bad where I'm at.  Okay.

20           MATT:  Sir (inaudible).

21           MR. MCPEEK:  All right.  So, no future charges

22   and you'll give me a $35 refund that should be back on my

23   card within five business days?

24           MATT:  Yes, sir, that's right.  In one to five

25   business days.

1           MR. MCPEEK:  Okay.  So, and even though I

2    haven't opened the product and you're not going to let me

3    return it because --

4           MATT:  Sir, I --

5           MR. MCPEEK:  Just because it has --

6           MATT:  As I informed you, sir --

7           MR. MCPEEK:  Okay.

8           MATT:  Sir, as I'm informing you, sir, there is

9    a 30-day return policy for the product, right?

10          MR. MCPEEK:  Right.

11          MATT:  Just give me a minute, let me see if

12   it's possible to make it a one-time exception, you know.

13          MR. MCPEEK:  Okay.

14          MATT:  If it's possible for us to take the

15   package (inaudible) or either, you know, I can make a few

16   more -- you know, a few more dollars to your partial

17   refund which was (inaudible) let me just explain that

18   again, all right?

19          MR. MCPEEK:  Okay.

20          MATT:  Please allow me one moment for this,

21   please.

22          MR. MCPEEK:  Sure.

23          (On hold.)

24          MATT:  Thank you for being on hold, sir.

25          MR. MCPEEK:  Yes.

```
1            MATT:  All right, sir, so, you know, I just

2    have one (inaudible) you know, on this thing again, and

3    what I can do, you know, as a one-time exception, I can

4    go ahead and provide you with a partial refund of $45,

5    right.  All right?  Now, I -- you can keep the package

6    there and there's no need of returning the package, you

7    know (inaudible) canceled.

8            MR. MCPEEK:  Okay.

9            MATT:  And you can avoid that and you can keep

10   the package with you, if you allow me -- if you allow me,

11   I can go ahead and provide you with a partial refund

12   right now and the next one to five business days it will

13   be reflected back on your account.

14           MR. MCPEEK:  Okay.

15           MATT:  (Inaudible).

16           MR. MCPEEK:  Okay.  And how much -- how much

17   (inaudible)?

18           MATT:  May I go ahead and do this?

19           MR. MCPEEK:  Yes.  How much is the refund going

20   to be?

21           MATT:  Sir?

22           MR. MCPEEK:  How much is the refund?

23           MATT:  $45.

24           MR. MCPEEK:  $35?

25           MATT:  $45, sir.
```

1              MR. MCPEEK:  Oh, $45.  So, you're going to --

2              MATT:  $45.

3              MR. MCPEEK:  Okay, then it's $45 now.

4              MATT:  I have (inaudible) dollars back.

5              MR. MCPEEK:  Okay.

6              MATT:  Partial refund.

7              MR. MCPEEK:  Okay.  Well, my wife was under the

8    impression that this was a free trial.  We didn't know

9    there was going to be --

10             MATT:  Yeah, I -- (inaudible) you know, sir, I

11   have sent you a (inaudible) cancellation email as well as

12   the terms and the conditions.

13             MR. MCPEEK:  Right.

14             MATT:  She can personally read that, you know,

15   read the terms and the conditions, and, however, there

16   will be, you know (inaudible) where she signed up on that

17   very day.  The next day it was there.

18             MR. MCPEEK:  Okay.

19             MATT:  All right?

20             MR. MCPEEK:  All right.

21             MATT:  The terms and conditions (inaudible).

22             MR. MCPEEK:  All right.

23             MATT:  And the $45, as I told you, make sure

24   that this is put back on your account.

25             MR. MCPEEK:  Okay, all right.

1              MATT:  All right?

2              MR. MCPEEK:  So, $45 back on my account in one

3    to five business days.

4              MATT:  (Inaudible).

5              MR. MCPEEK:  And you're saying that the policy

6    was in the terms and conditions and that she probably

7    didn't read that or she didn't see that?

8              MATT:  (Inaudible).

9              MR. MCPEEK:  Okay.

10             MATT:  Certainly, sir.

11             MR. MCPEEK:  Okay, all right.  Well, I

12   certainly appreciate your time and thank you for at least

13   giving me a partial refund.

14             MATT:  Thank you very much for (inaudible),

15   sir.  (Inaudible) have a great evening and bye-bye.

16             MR. MCPEEK:  All right.

17             MATT:  And a great afternoon.

18             MR. MCPEEK:  All right, thank you.

19             MATT:  Bye-bye.  Thank you so very much.

20             (The call was concluded.)

21             MS. MCPEEK:  All right, the call just ended.

22   It is now 1:14 p.m.

23             (The recording was concluded.)

24

25

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423137

4    CASE TITLE: AURAVIE

5    TAPING DATE:  SEPTEMBER 26, 2015

6    TRANSCRIPTION DATE:  JUNE 5, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                       DATED:  JUNE 5, 2015

14

15

16                       ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                       SARA J. VANCE

```
 1                    OFFICIAL TRANSCRIPT PROCEEDING

 2                      FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7    MATTER NO.      1423137

 8

 9

10    TITLE                AURAVIE

11

12

13    DATE           RECORDED:   FEBRUARY 12, 2015

14

15                   TRANSCRIBED:  JUNE 5, 2015

16

17

18    PAGES          1 THROUGH 17

19

20

21

22

23

24            TELEPHONE CONVERSATION WITH MATT

25            MCPEEK - AURAVIE CALL 2    2-12-15
```

1                     FEDERAL TRADE COMMISSION

2                          I N D E X

3

4    RECORDING:                          PAGE:

5    Telephone conversation with Matt            4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    AuraVie                      )  Matter No. 1423137

5                                 )

6    ------------------------------)

7                                February 12, 2015

8

9

10

11          The following transcript was produced from a

12   digital recording provided to For The Record, Inc. on

13   June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3          MR. MCPEEK:  Today is Thursday, February 12th,

 4    2015.  The time is 3:40 p.m. Central time.  My name is

 5    Brent McPeek.  I am a Federal Trade investigator assigned

 6    to the Southwest Region Office of the Federal Trade

 7    Commission.  My business address is 1999 Bryan Street,

 8    Suite 2150, Dallas, Texas, 75201.  My telephone number is

 9    (214)979-9350.  I will be recording a telephone

10    conversation between myself and a representative of

11    AuraVie Skin Care.  The company conducts business from

12    P.O. Box 10465, Van Nuys, California, 91419.  The

13    telephone number associated with the company is 866-216-

14    9336.  For the purpose of this call, I assumed the name

15    of ██████████.

16

17              TELEPHONE CONVERSATION WITH MATT

18          RECORDING:  Thank you for calling customer

19    care.  Please listen to the following prompts in their

20    entirety as they have changed.  For AuraVie Skin Care,

21    press one.  For Dellure Collagen Masks, press two.

22          (Number pressed.)

23          MR. MCPEEK:  I'm pressing one.

24          RECORDING:  All calls are monitored or recorded

25    for quality assurance purposes.  Please stay on the line
```

1   and a customer service specialist will be with you

2   shortly.  We look forward to assisting you.

3           (On hold.)

4           MATT:  Thank you for calling customer support.

5   My name is Matt.  May I please have the last name

6   (inaudible) and the zip code, please?

7           MR. MCPEEK:  Hi, the last name is ██████████-

8   ████  and the zip code is ██████.

9           MATT:  ██████.  Thank you so very much for all

10  this information, sir.

11          MR. MCPEEK:  Uh-huh.

12          MATT:  Just bear with me one moment, please.

13          MR. MCPEEK:  Okay.

14          MATT:  This last name you provided me, it's ████

15  ██████, right?

16          MR. MCPEEK:  That's correct.

17          MATT:  Thank you so very much for this.  So,

18  bear with me one moment, please.

19          MR. MCPEEK:  Sure.

20          MATT:  I'm just working on it.  And in the

21  meanwhile, may I have the best (inaudible) number if

22  somehow the call drops and disconnects you, I would be

23  able to call you back.  So, can you help me with that

24  number?

25          MR. MCPEEK:  Sure.  Give me just a second.

1          (Brief pause.)

2          MR. MCPEEK:  The number is ████████.

3          MATT:  Okay.  Thank you so very much for this.

4     (Inaudible) I have your account located.  So -- and

5     before we can proceed, may I have you verify the email

6     address for security reasons before we can proceed,

7     please?

8          MR. MCPEEK:  Oh, gosh, I don't -- I'm not sure

9     which email address my wife used.  Let me check right

10    quick.

11         MATT:  Either you can verify with the shipping

12    address, sir.

13         MR. MCPEEK:  Oh, well, the shipping address was

14    ██████████████████████████, Grand

15    Prairie, Texas, ████.

16         MATT:  Yes.  Thank you so very much for this.

17    And may I have you verify the last four numbers of the

18    card as well, please, just for security reasons?

19         MR. MCPEEK:  Yeah, it's -- it's ████.

20         MATT:  Thanks so very much for this again.

21    And, so, yes, I will walk you through the orders and the

22    charges now and then I will be more than happy to assist

23    you further, all right.

24         MR. MCPEEK:  Okay.

25         MATT:  So, what I can see back, on August 28th,

1    she was looking at our website which is AuraViefreetrial.

2    com, and on that day, she was billed $2.95 for the

3    (inaudible) and the packing for the 14-day risk-free

4    trial.

5            MR. MCPEEK:  Right.

6            MATT:  And after the four -- after the 10 trial

7    days expired, we billed her with the remaining balance

8    for the package which she had in her possession, which is

9    $97.88 on September the 11th.  And, yes, this account has

10   already been discounting (inaudible).  And we have sent

11   out a cancellation email and on the -- and we have

12   reimbursed $45.

13           MR. MCPEEK:  Yeah.

14           MATT:  And this account has been closed.

15           MR. MCPEEK:  Right.

16           MATT:  So, how may I assist you now, Mr. ███ ?

17           MR. MCPEEK:  Right.  I guess what I'm curious

18   about is because when we -- when we spoke to someone last

19   time, we were having a hard time understanding --

20           MATT:  Uh-huh.

21           MR. MCPEEK:  -- because there was a bad

22   connection, I think.  And, basically, what it ended up as

23   -- we would get like a partial refund of the $45, but

24   what we really want to do is to get a full refund.

25           MATT:  Right.

1          MR. MCPEEK:  You know, I wanted to send all --

2          MATT:  Uh-huh.

3          MR. MCPEEK:  -- because we've never used the

4     products.  We've never even opened the products.

5          MATT:  Right.

6          MR. MCPEEK:  Because my wife was overseas at

7     the time and we weren't able to use the products and she

8     just decided she didn't want it.  And I wanted to send it

9     back for a full refund.  And the person I spoke to

10    wouldn't let me send it back.  He just said we'll give

11    you half your money back.  And at the time, it was a

12    really bad connection --

13         MATT:  Right.

14         MR. MCPEEK:  -- and I -- it was just difficult,

15    I couldn't argue with him over it because I couldn't

16    understand him very well.  So, I guess what I'm trying to

17    do is see if I can get, you know, the balance refunded,

18    and I'll even -- I'll still send the stuff back.  We've

19    never used it.  It's completely unopened.  It's just, you

20    know, the $45 --

21         MATT:  Right, so, yes, I -- all right, sir, I

22    understand the concern very well and -- and I can see

23    that now you're informing about a -- the past

24    conversation, you know.  You are not satisfied with the -

25    - so, with all due regards, Mr. ▮▮▮▮▮▮, that -- we have

1    already stopped -- you know, the account has already been

2    closed, right.  And on (inaudible) you agreed to do a

3    resolution the -- you know.  I'm the one with whom you

4    had a word in the past.

5            MR. MCPEEK:  Oh, okay.

6            MATT:  I am the only one.

7            MR. MCPEEK:  Okay.  Well, yeah, I thought your

8    name --

9            MATT:  Yeah, so I was the one --

10           MR. MCPEEK:  -- I thought you sounded familiar.

11           MATT:  -- and -- right.  So, yes this account

12   has already been closed and the -- on this

13   misunderstanding, which happened in the past, that you

14   evidently missed all the terms and the conditions and you

15   were unaware at that whole time on that -- on that

16   particular day, you know.  I'm just going above and

17   beyond what I'm supposed to do and provided you with that

18   partial refund of 45 pounds.

19           MR. MCPEEK:  Okay.

20           MATT:  And, so, I understand, you know, and

21   (inaudible) that it was just a misunderstanding, the

22   reason why I did that.  Because I really do care for my

23   customers.  So, at this point of time, I'm sorry to say

24   that because I informed you in the past (inaudible) that

25   there is a 30-day return policy for the products and --

1    you know, at that point of time, the products are out

2    until they're done as (inaudible) the trial (inaudible)

3    as well.

4           So, this -- knowing the situation and the

5    circumstances, I provided the partial refund on that

6    package to that -- on that day.

7           MR. MCPEEK:  Right.

8           MATT:  So -- right.  So, you can understand

9    this very well.

10          MR. MCPEEK:  But when we called --

11          MATT:  So, we can't take the package back.

12          MR. MCPEEK:  Right, but when we called the

13   first time, it was still within 30 days, and there was a

14   30-day return policy and it was still within 30 days.

15   And, I mean, I don't -- I don't remember when we spoke.

16          MATT:  All right.  Sir, let me explain.

17          MR. MCPEEK:  It was difficult to hear you.  I

18   mean, it sounded like there was just a really bad

19   connection.  I mean, I don't know if you remember that,

20   but that's the -- I do remember that.  So, it was hard to

21   communicate with you back and forth and I just finally

22   got, you know, I guess frustrated enough that I couldn't

23   carry on the conversation with you because it was hard --

24   difficult to understand you and even to hear you at a lot

25   of points in the call -- in the call.

```
 1              So -- and I'm not saying that's a reason you

 2    should go back on your decision before.  All I'm saying

 3    is that when we did try to -- when I was calling you the

 4    last time, it was within the 30-day period and I was

 5    willing to send the product overnight at my own expense.

 6    And you said not to and that you would refund my money.

 7    Not all of it, but you would refund, you know, the $45.

 8    And I just -- at that point, I couldn't deal with arguing

 9    with you any more over the issue.

10              I mean, do you recall that you had

11    difficulty --

12              MATT:  Right (inaudible).

13              MR. MCPEEK:  -- to hear me?  I don't know if

14    you recall that.  Yeah, and I guess the issue, too, is

15    that --

16              MATT:  (Inaudible) I understand this very well,

17    sir, what you're trying to tell me now, right.  But be

18    aware, you know, everything on the call has been recorded

19    for quality and training purposes, right?

20              MR. MCPEEK:  Mm-hmm.

21              MATT:  And at that -- and that day, you know, I

22    did this -- I informed you something which I'm really not

23    supposed to do, but still I am willing to do that for you

24    in the past, right?

25              MR. MCPEEK:  Mm-hmm.
```

1          MATT:  And the reason why I did that, because I

2     really don't want you to be fully responsible for the

3     whole charge because of this minor misunderstanding.

4          MR. MCPEEK:  Okay.

5          MATT:  Right.  And -- which can happen with

6     anyone.  So, that day I made an exception on your account

7     and -- you know, I did this, just going -- from going

8     above and beyond, which I'm allowed to do.  So, at this

9     point of time, you know, sorry to say that, sir, I want

10    be able to help you after this with any partial refund on

11    this now and won't be able to take the package as well.

12    Because, yes, I can see that on August 28th, you placed

13    the order, and I informed you that there is a 30-day

14    return policy.  And you called me on September 26th, so

15    you just had one day for you because it probably will

16    take two days for a priority mail to deliver the package.

17         MR. MCPEEK:  Right.  But I was --

18         MATT:  So, evidently --

19         MR. MCPEEK:  -- willing to -- I was willing to

20    spend it --

21         MATT:  -- you have (inaudible) --

22         MR. MCPEEK:  I was willing to spend the money

23    on (inaudible).

24         MATT:  You were willing to do that, but it's

25    just that I just provided you with the possibility of it

1    may not reach the warehouse at that point of time, you

2    know.

3              MR. MCPEEK:  Right.

4              MATT:  So, it wouldn't be possible to -- the

5    reason why I provided you with this resolution.

6              MR. MCPEEK:  Okay, all right.

7              MATT:  All right.

8              MR. MCPEEK:  Well, it's -- I guess since I'm

9    still --

10             MATT:  You can go in and, you know --

11             MR. MCPEEK:  Okay.

12             MATT:  You were saying something, go ahead,

13   please.

14             MR. MCPEEK:  Oh, yeah.  I was just going to

15   say, well, because I'm still completely -- I'm not

16   completely satisfied, I want to probably -- I mean, I

17   haven't decided if I'm going to yet, but I'm still

18   considering probably filing a complaint with the Better

19   Business Bureau.  And I wondered if -- you know, if that

20   would make a difference in your decision.

21             MATT:  All right.  You know, so the company is

22   being monitored by the Federal Trade Commission and

23   according to the law, every single information is listed

24   on that page.  I do have the IP address.  I do have the

25   terms and the conditions and, moreover, I have the past

1    conversation that we had in the past and where you agreed

2    to that resolution there, right.

3              MR. MCPEEK:  Uh-huh.

4              MATT:  So, but still, you know --

5              MR. MCPEEK:  What do you mean "Federal Trade

6    Commission?"

7              MATT:  Therefore -- what?

8              MR. MCPEEK:  What do you mean the "Federal

9    Trade Commission?"

10             MATT:  Beg your pardon?

11             MR. MCPEEK:  You said the Federal Trade

12   Commission.

13             MATT:  Sure, it's --

14             MR. MCPEEK:  I was just wondering what you

15   meant.

16             MATT:  Sure.  It's Federal Trade, FTC@ -- it's

17   in -- under which the company needs to go and how it

18   needs to have every single thing that -- because it's an

19   online order.

20             MR. MCPEEK:  Oh.

21             MATT:  We need to go through that Federal Trade

22   Commission Act under which the company needs to have

23   every single information listed for the customers.

24   Otherwise, you know --

25             MR. MCPEEK:  Oh, okay, all right.

1          MATT:  Right.

2          MR. MCPEEK:  Okay.  So --

3          MR. MCPEEK:  All right.  Well, so you're saying

4    that's your defense is that you're -- you're within the

5    laws of the Federal Trade Commission so that you don't

6    care if I file a BBB complaint.

7          MATT:  I really -- no, sir.  I -- I really want

8    to help you, sir, but at this point of time, you know,

9    the account has been closed and I can't go and take any

10   further action from this and I can't take the packages

11   right on top of that.  And, therefore, I informed you

12   that, you know, the account has been closed, the

13   resolution has been provided and you agreed to that

14   resolution in the past.

15         MR. MCPEEK:  Okay.

16         MATT:  So, as much as I'd like to, but I -- at

17   this point in time, I won't be able to help you with the

18   return of the package and with the refund.

19         MR. MCPEEK:  Okay.

20         MATT:  So, I can understand -- you know, I can

21   -- you know, I can feel like you can understand what I'm

22   trying to tell you.

23         MR. MCPEEK:  Okay.  And what was your name

24   again?

25         MATT:  My name is Matt, M-A-T-T.

1          MR. MCPEEK:  M-A-T-T, okay, all right.

2          MATT:  All right.

3          MR. MCPEEK:  Well, thank you, Matt.  I

4    appreciate your time.  You've at least gone to, you know,

5    a great extent to at least try to explain it to me.  So,

6    I do appreciate your time.

7          MATT:  Right, sir.

8          MR. MCPEEK:  All right, bye.

9          MATT:  Thank you, sir, very much.  For this, it

10   means a very -- it means a lot to me and thank you very

11   much for calling customer support.  It's really an honor

12   talking to you.  Have a great evening and bye-bye for

13   now.

14         MR. MCPEEK:  All right, thank you.

15         MATT:  Thank you very much again.

16         (The call was concluded.)

17         MR. MCPEEK:  All right, the time is now 3:53

18   p.m., and the call with AuraVie customer support has just

19   ended.

20         (The recording was concluded.)

21

22

23

24

25

1    C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423137

4    CASE TITLE: AURAVIE

5    TAPING DATE:  FEBRUARY 12, 2015

6    TRANSCRIPTION DATE:  JUNE 5, 2015

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JUNE 5, 2015

14

15

16                        ELIZABETH M. FARRELL

17

18    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        SARA J. VANCE

```
 1                 OFFICIAL TRANSCRIPT PROCEEDING

 2                   FEDERAL TRADE COMMISSION

 3

 4

 5

 6

 7    MATTER NO.     1423137

 8

 9

10    TITLE              AURAVIE

11

12

13    DATE         RECORDED:  APRIL 6, 2015

14

15                 TRANSCRIBED:  JUNE 5, 2015

16

17

18    PAGES        1 THROUGH 19

19

20

21

22

23

24         TELEPHONE CONVERSATION WITH MATT

25             MCPEEK - NER CALL 4-6-15
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4      RECORDING:                           PAGE:

 5      Telephone conversation with Matt        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     AuraVie                        )  Matter No. 1423137

5                                    )

6     ------------------------------)

7                                    April 6, 2015

8

9

10

11          The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     June 5, 2015.

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3            MR. MCPEEK:  Today is Monday, April 6th, 2015.

4    The time is 1:55 p.m. Central Daylight time.  My name is

5    Brent McPeek.  I'm a Federal Trade investigator assigned

6    to the Southwest Region Office of the Federal Trade

7    Commission.  My business address is 1999 Bryan Street,

8    Suite 2150, Dallas, Texas, 75201.  My telephone number is

9    (214)979-9350.  I will be recording a telephone

10   conversation between myself and a representative of

11   AuraVie Skin Care, related to a purchase under the

12   product name "My Miracle Face Kit."  The company conducts

13   business from P.O. Box 10465, Van Nuys, California,

14   91419.  The telephone number associated with the company

15   is 866-216-9336.  For the purpose of this call, I have

16   assumed the name of ███████████.

17

18            TELEPHONE CONVERSATION WITH MATT

19            RECORDING:  Thank you for calling customer

20   care.  Please listen to the following prompts in their

21   entirety as they have changed.  For AuraVie Skin Care,

22   press one.  For Dellure Collagen Masks, press two.

23            MR. MCPEEK:  I'm going to press one.

24            (Number pressed.)

25            RECORDING:  All calls are monitored or recorded
```

1      for quality assurance purposes.  Please stay on the line

2      and a customer service specialist will be with you

3      shortly.  We look forward to assisting you.

4              (On hold.)

5              MATT:  Thank you for calling customer support.

6      My name is Matt.  May I please have the last name, the

7      (inaudible) code or the zip code, please?

8              MR. MCPEEK:  ███    and the zip code is ███.

9              MATT:  Thank you so much for the information,

10     sir.  Just bear with me one moment, please.  May you

11     please help me with the zip code again?  I beg your

12     pardon on that.

13             MR. MCPEEK:  Sure, ███.

14             MATT:  Thank you so much for the information.

15     Just bear with me one moment, please.  Just working on

16     it.

17             It's ███, correct?

18             MR. MCPEEK:  Yes.

19             MATT:  And the last name on the account is

20     ███, right?

21             MR. MCPEEK:  That's right.

22             MATT:  And can you help me with the first name

23     on the account as well?

24             MR. MCPEEK:  ███.

25             MATT:  Thank you so much for all this

1    information.  Just bear with me one moment, please.  Just

2    working on it.

3              (Brief pause.)

4              MATT:  All right, yes.  And, sir, how are you

5    doing today, sir?

6              MR. MCPEEK:  I'm fine.  I was calling about my

7    wife ordered some face cream from My Miracle Face Kit is

8    what she said it was.  And --

9              MATT:  Yes, sir.

10             MR. MCPEEK:  -- I guess a few weeks ago, we

11   received some -- a package of stuff from AuraVie and I

12   guess we didn't -- is that supposed to be the same stuff?

13             MATT:  Yes, sir.  It's the merchant name and,

14   yes, the company name is AuraVie and she ordered the

15   products from AuraVie, right.

16             MR. MCPEEK:  Oh, okay.  So, My Miracle Face Kit

17   is the company and AuraVie is the product?

18             MATT:  Yes, sir.

19             MR. MCPEEK:  Okay.

20             MATT:  AuraVie is the company name, but the

21   merchant name might be on your statement as showing the

22   My Face Miracle Kit, right?

23             MR. MCPEEK:  Oh, well, actually, like the

24   packing list that came with the product said AuraVie Skin

25   Care, and that's the number I called, too.

1          MATT:  Yes, sir.

2          MR. MCPEEK:  Okay.

3          MATT:  Yes, sir.

4          MR. MCPEEK:  Okay.

5          MATT:  Yes, sir.

6          MR. MCPEEK:  So, I guess I was just confused

7    and she was confused because she didn't realize she

8    received the right stuff, I guess, was the issue.

9          MATT:  Uh-huh.

10         MR. MCPEEK:  Good.

11         MATT:  All right.

12         MR. MCPEEK:  We have that and I guess -- we

13   just got back into town and I haven't picked up our mail

14   yet, but apparently I was looking at our credit card

15   charges from the trip and I noticed that there was

16   another charge from the Face Kit.  It said Face Cream,

17   and then a phone number, and then another $97.88 charge,

18   I guess.

19         MATT:  Mm-hmm.  Yes?

20         MR. MCPEEK:  So, I guess you're saying that you

21   sent some more?

22         MATT:  All right.  Let me just, you know, help

23   you with this.  Just a moment.  So, yes, I have your

24   account located and may you please help me with the phone

25   numbers (inaudible) call drop in between?

1          MR. MCPEEK:  Sure, ████████████.  That's not

2    the number I'm calling from, but that's the number I can

3    get called back from.

4          MATT:  So -- all right, no problem.  So, thank

5    you.  And maybe help me with the email address, the one

6    registered with us.

7          MR. MCPEEK:  Sure, it's ████████████

8    ██████████.

9          MATT:  Thank you so much.  And maybe help me

10   with the last four numbers of the card just for security

11   reasons.

12         MR. MCPEEK:  Sure.  That would be ██████.

13         MATT:  All right, thank you so much.  And -- I

14   beg your pardon, the last numbers again?

15         MR. MCPEEK:  My card number?

16         MATT:  Yes, sir, the last numbers of card which

17   is registered with us.

18         MR. MCPEEK:  Sure, ████.

19         MATT:  Brilliant, sir.  Thank you so much.

20   And, so, may I have your first name, please, so that I

21   can address you by your first name?

22         MR. MCPEEK:  Sure.  It's ██████.

23         MATT:  For the (inaudible) of the call is

24   (inaudible).

25         MR. MCPEEK:  ██████████.

1          MATT:   ███ .

2          MR. MCPEEK:  Yeah, you asked me all that

3     already.

4          MATT:  All right, that's your first name,

5     right?

6          MR. MCPEEK:  Yeah, my wife's name is ███ .

7          MATT:  All right, sorry.  I didn't get that.

8     So, I will walk you through the orders and the charges

9     which you have here on your file and I will be glad to

10    offer you assistance regarding your concern today, all

11    right.

12         MR. MCPEEK:  Okay, thank you.

13         MATT:  Okay.  Then I would be answering every

14    question you have.  So, what I can see back, you placed

15    an order with us on -- now, just a moment.

16         MR. MCPEEK:  Yeah, there were some issues,

17    apparently, when she first made the order because it --

18    it got canceled and then --

19         MATT:  Yeah, it was February -- yeah, the order

20    is placed on February 10th, right?  And you have -- for

21    that one -- for the shipping and handling, we billed you

22    $3.95, right.  Then there was a charge on February 24th,

23    2015, of $97.88, right?

24         MR. MCPEEK:  Mm-hmm, yeah.

25         MATT:  And after the -- so, then again there

1      was a charge of $97.88 on March 26th.

2              MR. MCPEEK:  Mm-hmm.

3              MATT:  For the package.

4              MR. MCPEEK:  That's correct.

5              MATT:  Right.

6              MR. MCPEEK:  Yeah.  And, so, I guess we didn't

7      realize there was going to be another shipment because we

8      hadn't even used the first stuff yet.  And -- or she

9      hasn't used the first package yet because she didn't know

10     it was from you because it's -- it said AuraVie on it and

11     it was -- she thought it was supposed to be from another

12     company and she didn't even pay attention to it.  So,

13     that's -- I guess that's an issue.  And we're trying to

14     figure out, I guess, can we -- can we like send the

15     second order back and get a refund on it because we don't

16     want it, just because she never even tried the trial

17     period and I don't want to -- I don't want to keep paying

18     for something that she may not use.

19             MATT:  All right, just (inaudible) right.

20             MR. MCPEEK:  Mm-hmm.

21             MATT:  Just allow me a minute or two for this

22     and let me just get back to you.

23             MR. MCPEEK:  Okay.

24             MATT:  Okay, let me just see what all happened

25     on this account.  I will take another minute or two and

1    let me just get back to you with the best resolution, all

2    right?  And I do regret for all this inconvenience

3    happening.

4            MR. MCPEEK:  Okay, thank you.

5            MATT:  All right.  So, for this may I place the

6    call on hold for a minute or two, please?

7            MR. MCPEEK:  Sure, thank you.

8            MATT:  Thank you so much.

9            (On hold.)

10           MR. MCPEEK:  Hello?

11           Hello?

12           (On hold.)

13           MATT:  Thank you for being on hold.  I

14   appreciate your patience, Terry.

15           MR. MCPEEK:  Yes, yes, thank you.

16           MATT:  Thank you for being on hold.  I

17   appreciate the patience.  Yes, sir.  You know, I just

18   reviewed the account again.  And, so, I (inaudible) that

19   she haven't used the (inaudible) so far, right?

20           MR. MCPEEK:  Yeah, we haven't used any of it.

21   I mean, it's -- the first package is -- all the bottles

22   are unopened and the second package, we haven't even

23   picked it up.

24           MATT:  Mm-hmm.  All right.  So (inaudible) you

25   know, you may or you can return the product back because

1    we have a 30-day return policy and you may -- can return

2    the product back and because it's an order refill

3    program, the reason why you receive a second order.  It's

4    an after every 30 days we ship our customers (inaudible)

5    package.  You know, it's every -- after every month.

6    It's a monthly autoship program, the reason why you were

7    issued a second product.

8            MR. MCPEEK:  Oh, okay.  I thought we had to

9    order it when we ran out of the first batch.

10           MATT:  No.  But I think, you know, just a

11   misunderstanding and if you want me I can go ahead and,

12   you know, I can stop the future orders and either -- if

13   you want me, I can go ahead and customize your billing

14   dates, your future billing dates, whenever you want it

15   after 30 days, 60 days, 90 days, we can go ahead and

16   customize the order.  No need of you to call (inaudible)

17   if you want (inaudible) you can call us again whenever

18   you're out.

19           MR. MCPEEK:  Okay, yeah, that's -- you know,

20   let's just cancel any future orders until we decide if we

21   want some more.  How about that?

22           MATT:  But -- all right, sir, sorry, I will go

23   ahead and do this, right.  I will go ahead and discount

24   any future subscriptions, right, and you will not receive

25   normal future orders and charges after this and

1    (inaudible) discounted any future orders, and if you have

2    a pen and a piece of paper, you may write down the

3    cancellation number or reference number.

4              MR. MCPEEK:  Okay, thank you.  Go ahead.

5              MATT:  All right.  The number is 5017830.

6              MR. MCPEEK:  Okay.  That's the cancellation

7    reference number?

8              MATT:  Yes, sir.  Yes, sir.

9              MR. MCPEEK:  Okay.

10             MATT:  And I will also send you a cancellation

11   email as well at the provided email address.

12             MR. MCPEEK:  Okay, great.  And whenever you're

13   out with the products, give us a call back, right, 'til

14   the time this account has been on hold, okay?

15             MR. MCPEEK:  Okay.

16             MATT:  This account has been discontinued and

17   in future there will be 25 percent discount as well on

18   your future orders.

19             MR. MCPEEK:  Okay.

20             MATT:  If you made up your mind calling us

21   again.  I can assure you you would love the products

22   because normally (inaudible) love the products because

23   these products are really good and contains all the

24   natural ingredients like collagen, Vitamin E (inaudible)

25   extract and -- you know (inaudible).

1          MR. MCPEEK:  Okay.

2          MATT:  So, anything else apart from this that I

3     can help you today?

4          MR. MCPEEK:  No.  So, are we going to get a

5     refund on the second order or what do we do about that?

6          MATT:  Because you have a package, you know, if

7     you want to return it, you can return it, okay?  And

8     there is a 15 percent restocking fee when you will send

9     it back to us, right.  And on top of that, you need to

10    pay a couple of dollars in order to -- and it's a whole

11    long procedure, you know.  You send it -- you will take a

12    package and you will send it -- there is a 15 percent

13    restocking fee, the reimburse amount is $83.20, right?

14          So, what I can do is an encryption on your

15    account (inaudible) returning it just add it in

16    (inaudible) customer (inaudible).  I can go ahead and

17    provide you a $20 partial refund.

18          MR. MCPEEK:  Oh, okay.

19          MATT:  As a one-time exception.

20          MR. MCPEEK:  Okay.

21          MATT:  Or either way I can do, I can go ahead

22    and ship you one complimentary gift from AuraVie.

23          MR. MCPEEK:  Okay.

24          MATT:  Like the facial peel, you know, which is

25    worth more than $40, nationwide.  I can go ahead and ship

1   you one product extra, right, as a complimentary gift on

2   this misunderstanding and -- you know, and we really

3   don't want you to be held responsible for the old charge

4   because of this.  So, if you want me, I can ship you

5   another package, it is the facial peel.

6            MR. MCPEEK:  Okay.

7            MATT:  You know, which it's a really good

8   product and it helps deep -- making the skin deep cleanse

9   -- it helps the skin, you know, deep cleansing and

10   penetrating and it also promotes cell renewal and

11   hydration and it will also diminish wrinkles and fine

12   lines, and it's very different from the other facial

13   peels we have, you know, in the market.  You need to

14   apply a small facial peel to a washed dry face and within

15   seconds, you will feel a cooling sensation.  And wait for

16   five to ten seconds and massage gently in a circular

17   motion to remove the dry skin cells and then you can wash

18   your face with your own tap water and then (inaudible)

19   before applying the replenished (inaudible) moisturizer.

20            MR. MCPEEK:  Okay.

21            MATT:  So, I can go ahead and send you this $40

22   top product just free on this -- you know, just a

23   customer (inaudible) going on and you're a very good

24   customer.

25            MR. MCPEEK:  Okay.  So --

```
1              MATT:  So, I can go ahead and --

2              MR. MCPEEK:  And there's no auto renewal on

3    that and it's free and I don't have to pay shipping or

4    anything on that either?

5              MATT:  That's -- true, sir.

6              MR. MCPEEK:  Okay, okay, great.  Sure.  I'll

7    take the facial peel.  She'll probably like that.

8              MATT:  All right, absolutely.  Seriously, I

9    will send you one replacement package and will you please

10   reaffirm the address again.

11             MR. MCPEEK:  Yes, that is -- yeah, that is ███

12   █████████ .

13             MATT:  Yes.

14             MR. MCPEEK:  ████████ .

15             MATT:  Yes.

16             MR. MCPEEK:  Seattle, Washington, ██████ .

17             MATT:  Yes.  Brilliant.  So, in the next three

18   to five business days, you will receive a package, right,

19   and I will -- just give me a few more seconds, I will

20   provide you with the order number for this, and I will

21   also send you a tracking info, your tracking number for

22   the -- tracking email for the package so that you can

23   personally track your package.

24             MR. MCPEEK:  Okay, great.

25             MATT:  All right, just a second more.  The
```

1    system is running a bit slow today.

2              MR. MCPEEK:  But my other orders are still

3    canceled until I call and reactivate it, right?

4              MATT:  Yes, sir.

5              MR. MCPEEK:  Okay.

6              MATT:  Right, sir.

7              MR. MCPEEK:  I want to make sure I don't get

8    any more of this.  We've got to find out if it even works

9    first.

10             MATT:  No, no, no.  No, no, no, sure.  I assure

11   you this account has been closed.  You have a

12   cancellation number with you and you will also receive an

13   email as well --

14             MR. MCPEEK:  Okay, great.

15             MATT:  -- stating this account has been closed,

16   and whenever you're out, you can call it.

17             MR. MCPEEK:  Okay.

18             MATT:  So, write the number for -- the new

19   order -- the order number is ▮▮▮▮▮

20             MR. MCPEEK:  Okay, ▮▮▮▮▮   That's for the

21   facial peel, okay.

22             MATT:  That's right.

23             MR. MCPEEK:  All right, great.  Well, thank you

24   very much.

25             MATT:  Yes, sir.  Thank you for (inaudible)

1   sir.  And anything else apart from this may I help you

2   with today?

3             MR. MCPEEK:  No, I think that covers

4   everything.

5             MATT:  Thank you so much, sir.  It's been

6   really good talking to you.  Have a great day.

7             MR. MCPEEK:  All right, all right.  Thank you,

8   bye-bye.

9             MATT:  Bye-bye.

10            (The call was concluded.)

11            MR. MCPEEK:  All right, that concludes the

12  phone conversation with AuraVie.  The time is now 2:14

13  p.m. Central Daylight time.

14            (The recording was concluded.)

15

16

17

18

19

20

21

22

23

24

25

```
1           C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 1423137

4    CASE TITLE: AURAVIE

5    TAPING DATE:  APRIL 6, 2015

6    TRANSCRIPTION DATE:  JUNE 5, 2015

7

8         I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  JUNE 5, 2015

14

15

16                        ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20         I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24

25                        SARA J. VANCE
```

Thank You                                      http://auraviefreetrial.com/thanks.php?data=1409257634.0553.do



# Thank You for Your Order!

**Order ID:** 4993588
**Customer Name:** ████████

**Shipping Address:**
████████████████████
Grand Priarie, TX 7███ , US
4434160004

**Billing Address:**
████████████████████
Grand Priarie , TX ███ 2 , US
4434160004

Items included in your order:

| | |
|---|---|
| **Auravie 3 in 1 Skincare Trial Offer** | $0.00 |
| **11 Free Top Selling LifeStyle eBooks** | $0.00 |

| | |
|---|---|
| **Shipping & Handling:** | $1.02 |
| **eBooks Processing Fee:** | $1.93 |
| **Total:** | $2.95 |

Welcome to the auraviefreetrial.com family. We offer valuable products that enrich the lives of our customers and believe in giving it to them at a reasonable price (often at exceptional savings). A confirmation email with links to your 11 free eBooks has been sent to your inbox. Please check your spam folder if you don't see it there.

You have agreed to the Terms & Conditions of this offer and have authorized the two separate charges above on your credit card.
If you have any questions or changes to your order, please give us a call at 866.216.9336 Mon-Fri 7am-4pm PST.

**Have a healthy Day!**

Print this page for your records

© 2014 auraviefreetrial.com - All Rights Reserved

1 of 1                                                                        8/28/2014 3:20 PM
                                                                              APP. 000341

Outlook.com Print Message                                                                    Page 1 of 7

Print                                                                                        Close

# Your Auravie Order Confirmation

From: **Auravie** (support@auravie.com)
Sent: Thu 8/28/14 2:19 PM
To:  ▓▓▓▓▓ (▓▓▓▓@hotmail.com)



Dear ▓▓▓

We would like to take this opportunity to welcome you to our AURAVIE family. Our company is made up of people just like you, and we make products we use ourselves, so you can rest assure that your product is of the highest quality and standards.

Your shipping information is as follows:

Customer Name: ▓▓▓▓▓▓
Order #: ▓▓▓▓
Shipping Address: ▓▓▓▓▓▓▓▓▓▓▓▓
United States

Your order includes the following item(s):

• AuraVie SkinCare System Risk Free Trial - 30 day supply.

   • RENEW Facial Cleanser/Toner
   • REVIVE Anti-Aging Serum
   • REPLENISH Age Defying Day/Night Moisturizer

• 11 Lifestyle eBooks (see links below)

We are happy to inform you that your order has been placed in the processing queue and will be expedited shortly. Once we ship your order, well email you a shipping notification (with your tracking number).

APP. 000342
ATTACHMENT H
902-2
Exh. 902

If your shipping information above is incorrect or if you have any questions about your order please feel free to give one of our Customer Care Specialists a call so we may update your account immediately.

Customer Care: (866) 216-9336 Mon-Fri, 7 am to 4 pm PST.

In order to ensure the security and confidentiality of our correspondence with our members, we do not accept inquiries via open email. Please DO NOT reply to this email. The email to send your correspondence is support@auravie.com.

As part of this exclusive offer you are receiving 11 top selling eBooks from AGOA Publishing Co. the leader in online lifestyle eBooks.

Just Click on the links below to access these great eBooks

We have also included two new additions to our AuraVie program:

AuraVie 2 Day Skin Detox Regimen

AuraVie Face Yoga

We strongly reccommend doing the 2 day detox  BEFORE starting the AuraVie regimen. This will clear up your skin and make sure it really absorbs the amazing ingredients in the AuraVie skin rejuvenation system.

Once you begin using it, follow up by trying the face yoga.

Thank you again for your business!

Have a healthy day!

Auravie


Customer Care


PO Box #10465
Van Nuys, CA 91410

ATTACHMENT H

APP. 000343

**902-3**

**Exh. 902**



# eBooks
### BY AGOA PUBLISHING CO.

- This exclusive offer is brought to you by AGOA Publishing Co. the leader in Online lifestyle eBooks.

- Each of these 11 eBooks are Written by a Celebrated Author

- Download and share them with your family and friends. You can find the links below.

- Enjoy them while you improve your life.

*"These eBooks have enriched my life with tips for everything from making my apartment the home I want to live in, to the best way to care for my pet."* -Maggie T., CA





★★★★★ **#1 BEST SELLER**

**Angela Swinton** is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty & Allure, and is a contributing editor to the Style Network. Her **"50 Tips for the Most Beautiful Skin of Your Life"** is a must have for every woman who wants to have softer, younger looking skin.

*"I have been in the beauty business since I was 8, ever since my mom had me work at her hair salon after school. I have learned many tricks over the years, and the tips in this book cover them all, and then some. Brilliant!"* - Connie S., GA

ATTACHMENT H                                          APP. 000344
902-4                                          Exh. 902



https://blu171.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-us

6/8/2015

ATTACHMENT H

APP. 000345

902-5

Exh. 902



https://blu171.mail.live.com/ol/mail.mvc/PrintMessages?mkt=en-us
ATTACHMENT H

902-6

6/8/2015
APP. 000346

Exh. 902

## 50 Ways to Spruce Up Your Space



★★★★★

By Candice Theodore

An American interior designer based in San Diego, CA. She graduated in 1988 from the Fashion Institute of Design and Merchandizing and has been decorating indoor and outdoor spaces ever since. She has owned and sold two successful furniture stores.

"The hardest thing to do after buying a new home is to knowing how to decorate it!. After reading this book and the great tips in it I knew exactly what I want my home to look like!"
-Rachel R., NY

READ

## 50 Tips for a Great Love Life After 50



★★★★

By Dr. Chelsea Bower

Dr. Chelsea Bower is the founder and director of the Bower Family Institute. A magna cum laude graduate with distinction from Harvard University who received her doctorate in philosophy with a major in psychology from Pacific Western, Dr. Bower is a world-renowned sexologist, best-selling author, award-winning filmmaker, radio and TV talk show host & columnist.
"My husband and I had a good marrige but now we have a GREAT marriage!"
-Susan L., TX

READ

## 100 Ways to Have Fun With Your Kids for FREE!



★★★★★

By Cynthia Marino

Best-selling author, internationally recognized lecturer and parent educator. Her books include "Raising Your Special Child" and "Kids, Parents, and Power Struggles."

"I have 3 kids and I know how hard it is to make these angels happy. I got this book after my friend recommended it me and I was thrilled! These tips are wonderful and every weekend I try another tip from this book. Having 100 tips means no more bored children!"
-Maria A., MI

READ

ATTACHMENT H          APP. 000347
902-7          Exh. 902



ATTACHMENT H
APP. 000348
902-8
Exh. 902

Outlook.com Print Message                                                  Page 1 of 1

<u>Print</u>                                                                   <u>Close</u>

# Janis, your order was shipped!

From: **Auravie** (support@auravie.com)
Sent:  Fri 8/29/14 12:45 AM
To:    ██████  (████████@hotmail.com)



████████,

Your package was shipped today to the address below.

████████████████████
Grand Priarie, TX ████
United States

Here is your tracking number you may use to track
your package at www.usps.com

Tracking Number: ████████████████

If you should have any questions or concerns about
your package sent please reference your order id
number id ████████.

Sincerely,

AuraVie Customer Care

888-291-7385

P.O.Box 10465

Van Nuys, CA 91410

Print                                                                                                                                Close

# Auravie Customer Care

From:  **support@auravie.com**
Sent:  Fri 9/26/14 1:22 PM
To:      ██████████@hotmail.com

**Dear** ████████████,

Thank you for taking the time to review the Terms & Conditions. In reference to your AuraVie which was ordered on 08/28/14 3:19 pm PDT the following information was provided on the credit card screen when submitting your information online.

Offer terms read:

We take great pride in the quality of our products & are confident that you will achieve phenomenal results. By submitting your order, you agree to both the terms of this offer (click link below) & to pay $4.95 S&H for your 10 day trial. If you find this product is not for you, cancel within the 10 day trial period to avoid being billed. After your 10 day trial expires, you will be billed $97.88 for your trial product & enrolled in our monthly autoship program for the same discounted price. Cancel anytime by calling 866.216.9336. Returned shipments are at customer's expense. This trial is limited to 1 offer per household.

http://AuravieFreeTrial.com/order1.php
If you have any more questions please call our Customer Care department.

Thank you and have a great day.

AuraVie
Customer Care
866.216.9336
Monday-Friday
7am-4pm PST

ATTACHMENT H                                                                               APP. 000350
**902-10**                                                                                      **Exh. 902**

Outlook.com Print Message                                                                    Page 1 of 1

Print                                                                                        _Close_

# Auravie Customer Care

From: **support@auravie.com**
Sent: Fri 9/26/14 1:23 PM
To:    ████████@hotmail.com

### Dear ,

Thank you for your correspondence in this matter. Your request to cancel your AuraVie account has been fulfilled. We are sorry to learn of your request as we strive for exceptional customer satisfaction.
This email confirms that your account has been cancelled and you will no longer receive any further shipments or charges to your account.
Although, we regret losing you as a valued customer, please feel free to contact our customer care department with any questions, comments or requests.
Thank you and have a great day.

AuraVie Skincare
Customer Care Department
866-216-9336
Monday-Friday
7am-4pm PST

Outlook.com Print Message                                                                 Page 1 of 1

Print                                                                                          Close

# Auravie Customer Care

From: **support@auravie.com**
Sent:  Fri 9/26/14 1:24 PM
To:      ███████ @hotmail.com

**Dear** ███████ **,**

This is in response to your AuraVie account.

A total refund of $45 has been applied to the account holder credit card. Please allow 1-5 business days for this credit to post to your account.

Your refund confirmation - **Transaction ID:** 

If you have any questions regarding this notification or if you feel you are receiving this correspondence in error, please feel free to contact our Customer Service team.

AuraVie Skincare
Customer Care Department
866.216.9336
Monday-Friday
7am-4pm PST

APP. 000352
ATTACHMENT H
902-12                                                                              Exh. 902