Internet Archive Wayback Machine



| http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=amazon | BROWSE HISTORY |
|---|---|

## http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=amazon
### Saved **31 times** between February 14, 2013 and October 1, 2013.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 **2013** 2014 2015

### JAN
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    | 1  | 2  | 3  | 4  | 5  |    |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

### FEB
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    |    |    |    | 1  | 2  |
| 3  | 4  | 5  | 6  | 7  | 8  | 9  |
| 10 | 11 | 12 | 13 | **14** | 15 | 16 |
| **17** | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | **25** | 26 | 27 | 28 |    |    |

### MAR
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    |    |    | **1** | 2 |    |
| **3** | 4 | **5** | 6 | **7** | 8 | 9 |
| **10** | 11 | **12** | **13** | 14 | 15 | **16** |
| 17 | **18** | 19 | **20** | 21 | 22 | **23** |
| 24 | 25 | **26** | 27 | **28** | 29 | 30 |
| **31** |    |    |    |    |    |    |

### APR
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 1 | **2** | 3 | 4 | 5 | 6 |    |
| **7** | 8 | 9 | **10** | 11 | 12 | 13 |
| 14 | **15** | 16 | 17 | 18 | 19 | **20** |
| 21 | 22 | 23 | 24 | 25 | **26** | 27 |
| 28 | 29 | 30 |    |    |    |    |

### MAY
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    | 1 | **2** | 3 | 4 |    |
| 5 | 6 | 7 | **8** | 9 | 10 | 11 |
| 12 | 13 | 14 | **15** | 16 | 17 | 18 |
| 19 | 20 | 21 | **22** | 23 | 24 | 25 |
| 26 | 27 | 28 | **29** | 30 | 31 |    |

### JUN
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    |    |    |    |    | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | **28** | 29 |
| 30 |    |    |    |    |    |    |

### JUL
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | **29** | 30 | 31 |    |    |    |

### AUG
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    |    |    | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | **31** |

### SEP
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |    |    |    |    |    |

### OCT
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    | **1** | 2 | 3 | 4 | 5 |    |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |    |    |

### NOV
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|    |    |    |    |    | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### DEC
|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |    |    |    |    |

## Note
This calendar view maps the number of times http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=amazon was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

 The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in

APP_000525
Exh. 903

Internet Archive Wayback Machine

digital form.
Other **projects** include **Open Library** & **archive-it.org**.

Your use of the Wayback Machine is subject to the Internet Archive's **Terms of Use**.

Amazon-Survey 2013



Visitor Survey:

# Amazon

You've been selected to take part in an anonymous survey for visitors in the **San Francisco, California** area. Tell us what you think of **Amazon** in this 30 second questionnaire, and to say "thank you", we'll offer you a few exclusive giveaways. Available Today Only: **Thursday, May 28, 2015**

**Question 1 of 4: What is your Gender?**

O Female
O Male

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon    Go

INTERNET ARCHIVE
WayBackMachine
31 captures
14 Feb 13 – 1 Oct 13

CONSUMER SURVEY™

**Visitor Survey:**

# Amazon

### Question 2 of 4: How often do you visit Amazon.com?

○ Once a week or more
○ Less than once a week
○ Not Very Often.

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

INTERNET ARCHIVE
WayBack Machine
31 captures
14 Feb 13 - 1 Oct 13

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon   Go

CONSUMER™
SURVEY

Visitor Survey:

# Amazon

## Question 3 of 4: How old are you?

○ 18-25
○ 25-35
○ 35-45
○ 45-55
○ 55+

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

INTERNET ARCHIVE
wayback machine
31 captures
14 Feb 13 - 1 Oct 13

http://consumers-research.com/survey/TV.c1.php?t202id=71048&t202kw=Amazon

CONSUMER SURVEY

Visitor Survey:

# Amazon

**Question 4 of 4: Do you plan to purchase anything from Amazon.com in the future?**

○ Yes
○ No
○ Not sure

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013



## Visitor Survey:
# Amazon

**That's it, all done! Thank you for your participation.**

As we submit the answers to your questions, we are checking our inventory to see if your we can offer you a gift as a way of saying thank you for answering our survey questions.

Submitting your answers:

---

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013



## Visitor Survey:
# Amazon

**We have the following special offers for your participation.** You may choose only **(1)** prize from the list below for participating in our survey! Available today only: **Thursday, May 28, 2015**



**Fujifilm- Camera**
**FINEPIX AX500**
Regular Price $129.98
Your price today: **$1**
Quantity Left: **(2)**

*Select Reward*

Coupon **"Amazon"**
applied for reduced shipping price

**iPod Shuffle-**
Regular Price $89.98
Your Price today: **$1**
Quantity Left: **(2)**

*Select Reward*

Coupon **"Amazon"**
applied for reduced shipping price

**Auravie © Anti-Aging System**
Regular Price $98.97
Yours:**Risk FREE trial***
Pay Shipping Only: **$4.99**
Quantity Left: **(1)**

*Select Reward*

Use Coupon **"Amazon"**
for reduced shipping price

**Green Coffee Bean © Diet**
**Burn Fat Without Diet or Exercise!**
Regular Price $69.98
Yours: **Risk FREE trial***
Pay Shipping Only: **$1.95**
Quantity Left:**(2)**

*Select Reward*

Use Coupon **"Amazon"**
for reduced shipping price

**Electronic Cigarettes Kit-**
**Tastes Like a Real Cigarette!**
Regular Price $98.97
Yours:**Risk FREE trial***
Pay Shipping Only: **$4.95**
Quantity Left: **(1)**

*Select Reward*

Use Coupon **"Amazon"**
for reduced shipping price

**page 1 |**

Copyright 2011-2012 All rights reserved. We are not affiliated nor partnered, with Amazon. Amazon has not authored, participated in, or in any way reviewed this advertisement or authorized it. The trial products offered on the last page pay this website for orders placed. See important terms and conditions regarding this ad here.

Amazon-Survey 2013

* S&H charges do apply. See manufacturer's website for full terms and conditions before ordering your free trial as these vary by product. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically.

3239863

## ARTICLES OF INCORPORATION

**FILED**
In the office of the Secretary of State
of the State of California

JAN 0 1 2010

OF

### BUNZAI MEDIA GROUP, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### BUNZAI MEDIA GROUP, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Z. David Davidian, 200 N. Maryland Avenue, Glendale, California 91106.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 100,000 shares.

V

The liability of the directors and officers of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 1st day of January, 2010.

Z. DAVID DAVIDIAN, INCORPORATOR



# State of California
# Secretary of State



**E-A40393**

**FILED**

In the office of the Secretary of State of the State of California

**Apr - 26 2010**

This Space For Filing Use Only

### STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C3239863

BUNZAI MEDIA GROUP, INC.

**S**

DUE DATE:

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 16161 VENTURA BLVD #378   ENCINO  CA 91436 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 16161 VENTURA BLVD #378   ENCINO  CA 91436 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| ALON   NOTTEA  16161 VENTURA BLVD #378   ENCINO, CA 91436 | | | | |
| 6. SECRETARY/ | | | | |
| ALON   NOTTEA  16161 VENTURA BLVD #378   ENCINO, CA 91436 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| ALON   NOTTEA  16161 VENTURA BLVD #378   ENCINO  CA 91436 | | | | |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| ALON NOTTEA   16161 VENTURA BLVD #378   ENCINO, CA 91436 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

Z DAVID DAVIDIAN

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 16161 VENTURA BLVD #378   ENCINO, CA 91436 | | | |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

MARKETING

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/26/2010 | Z DAVID DAVIDIAN | CPA | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)

APPROVED BY SECRETARY OF STATE



| | | |
|---|---|---|
| **State of California**<br>**Secretary of State**<br>**Statement of Information**<br>(Domestic Stock and Agricultural Cooperative Corporations)<br>FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.<br>IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM | **S** | **E-Q55195**<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br>**Jan - 28 2013**<br>This Space For Filing Use Only |

**1.  CORPORATE NAME**

C3239863
BUNZAI MEDIA GROUP, INC.

16161 VENTURA BLVD #378
ENCINO, CA 91436

**Due Date:**

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2 ☒  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16.**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 4.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CA | |
| 5.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6.  CHIEF EXECUTIVE OFFICER/ | | | | |
| 7.  SECRETARY | | | | |
| 8.  CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9.  NAME | | | | |
| 10.  NAME | | | | |
| 11.  NAME | | | | |

12.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

13.  NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14.  ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | CA | |

**Type of Business**

15.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

16.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/28/2013 | D DAVIDIAN | CPA | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 N/C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

DISS STK

D 190709

## State of California
## Secretary of State

3239863

**Domestic Stock Corporation
Certificate of Dissolution**

FILED
Secretary of State
State of California

JUN 0 6 2013

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   BUNZAI MEDIA GROUP INC

**Required Statements**   (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**   (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____ .

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets**   (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election**   (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   [✓] YES   [ ] NO

**Verification & Execution**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office.  I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

05/30/2013
Date

_Alon Nottea_ (signature)
Signature of Director

ALON NOTTEA
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)

APPROVED BY SECRETARY OF STATE

3477467

**ARTICLES OF INCORPORATION**

OF

**PINNACLE LOGISTICS, INC.**

FILED
In the Office of the Secretary of State
of the State of California

JUN ~ 6 2012

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is:

**PINNACLE LOGISTICS, INC.**

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Oz Mizrahi, 7900 Gloria Avenue, Van Nuys, CA 91406.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 6th day of June, 2012.

_____
OZ MIZRAHI, INCORPORATOR

APP. 000559
Exh. 904



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-N56787
## FILED
In the office of the Secretary of State of the State of California

**Sep - 10 2012**

This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C3477467 |
| PINNACLE LOGISTICS, INC. |

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 7900 GLORIA AVENUE   VAN NUYS  CA 91406 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 7900 GLORIA AVENUE   VAN NUYS  CA 91406 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| O S MIZRAHI  7900 GLORIA AVENUE   VAN NUYS, CA 91406 | | | | |
| 6. SECRETARY | | | | |
| O S MIZRAHI  7900 GLORIA AVENUE   VAN NUYS, CA 91406 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| O S MIZRAHI  7900 GLORIA AVENUE   VAN NUYS, CA 91406 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| O S MIZRAHI    7900 GLORIA AVENUE   VAN NUYS, CA 91406 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| O S MIZRAHI |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | | |
| 7900 GLORIA AVE   VAN NUYS, CA 91406 | | | |

**Type of Business**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| CUSOMER SERVICE |

**15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.**

| 09/10/2012 | O S MIZRAHI | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

| | State of California | | **S** |
|---|---|---|---|
| | **Secretary of State** | | |

## Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F031408**

# FILED

In the office of the Secretary of State of the State of California

**JUL-09 2014**

1. **CORPORATE NAME**
PINNACLE LOGISTICS, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3477467

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE <br> 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY <br> 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ <br> TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 8. | SECRETARY <br> TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ <br> TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | TAL KARASSO | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/09/2014 | TAL KARASSO | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP_ 000561
Exh. 904

| | DISS STK | D I 268523 |
|---|---|---|

**State of California**
**Secretary of State**

3477467

**Domestic Stock Corporation**
**Certificate of Dissolution**

**FILED**
Secretary of State
State of California

DEC 1 6 2014

| There is no fee for filing a Certificate of Dissolution. | |
|---|---|
| **IMPORTANT** – Read instructions before completing this form. | This Space For Filing Use Only |

**Corporate Name**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   PINNACLE LOGISTICS, INC

**Required Statements**   (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**   (Check the applicable statement.  Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets**   (Check the applicable statement.  Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election**   (Check the "YES" or "NO" box, as applicable.  Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**Verification & Execution**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate.  Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office.  I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

_____   TAL KARASSO, DIRECTOR
Signature of Director   Type or Print Name of Director

_____   _____
Signature of Director   Type or Print Name of Director

_____   _____
Signature of Director   Type or Print Name of Director

| DISS STK  (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

2823933

FILED
in the office of the Secretary of State
of the State of California

JAN 1 0 2006

# ARTICLES OF INCORPORATION
# OF
# DSA HOLDINGS, INC.

The undersigned, being over the age of eighteen years, in order to form a corporation pursuant to the provisions of the California Corporations Code, hereby certifies as follows:

## I.  NAME

The name of the corporation, hereinafter referred to as the "Corporation" is **DSA HOLDINGS, INC.**

## II.  PURPOSE

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## III.  INITIAL AGENT

The name and address of the initial agent for service of process is Jason M. Menin, 16060 Ventura Blvd #180, Encino, CA 91436.

## IV.  SHARES

The corporation is authorized to issue only one class of shares, having a total number of 1000 shares.  All or any part of said shares may be issued by the corporation from time to time and for such consideration as may be determined upon or fixed by the Board of Directors, as provided by law.

## V.  DIRECTORS

The liability of directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

1

APP. 000563
Exh. 904

VI.    NO PREFERENCES, PRIVILEGES, RESTRICTIONS

No distinction shall exist between the shares of the corporation or the holders thereof.

EXECUTION

**IN WITNESS WHEREOF**, the undersigned, who is the incorporator has executed these Articles of Incorporation on _____ 12/29/05 _____

Jason M. Menin

2



# State of California
## Secretary of State

**S**

**STATEMENT OF INFORMATION**
(Domestic Stock Corporation)

**E-272917**

# FILED

In the office of the Secretary of State
of the State of California

**Jun - 24 2006**

| FEES (Filing and Disclosure): $25.00.  If amendment, see instructions. |
|---|
| **IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** |

1. CORPORATE NAME  (Please do not alter if name is preprinted.)

C2823933

DSA HOLDINGS, INC.

8335 WINNETKA AVE. #112
WINNETKA, CA 91306

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year.  Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 4. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON M MENIN  8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

| 5. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON M MENIN 8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

| 6. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON M MENIN 8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON M MENIN   8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:  2

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.

11. NAME OF AGENT FOR SERVICE OF PROCESS

JASON M MENIN

| 12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8335 WINNETKA AVE. #112   WINNETKA, CA 91306 | | | |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

ENTERTAINMENT

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| JASON M MENIN | | SECRETARY | 06/24/2006 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| SI-200 C (REV 03/2005) | APPROVED BY SECRETARY OF STATE |
|---|---|



## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

# E-J43368

# FILED
In the office of the Secretary of State
of the State of California

**Jan - 31 2012**

This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C2823933 |
| DSA HOLDINGS, INC. |
| |
| 8335 WINNETKA AVE. #112 |
| WINNETKA, CA 91306 |

| Due Date: |
|---|

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☒ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16.**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 5. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.
A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | ADDRESS | | | |
| 7. SECRETARY | ADDRESS | | | |
| 8. CHIEF FINANCIAL OFFICER/ | ADDRESS | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME | ADDRESS | | | |
| 10. NAME | ADDRESS | | | |
| 11. NAME | ADDRESS | | | |

| 12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: |
|---|

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

| 13. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | CA | |

**Type of Business**

| 15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| |

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/31/2012 | J MENIN | SEC | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 N/C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

APP. 000566
Exh. 904

| | |
|---|---|
| **State of California** | **DISS STK** |
| **Secretary of State** | **D I I 5 0 I 9 0** |
| 2 8 2 3 9 3 3 | |

**DOMESTIC STOCK CORPORATION**
**CERTIFICATE OF DISSOLUTION**

**FILED** MHE

In the office of the Secretary of State of the State of California

**SEP 19 2012**

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**CORPORATE NAME**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   DSA HOLDINGS, INC.

**REQUIRED STATEMENTS**   (The following statements are required by statute and should not be altered.)

2. a) A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

   b) The corporation has completely wound up.

   c) The corporation is dissolved.

**DEBTS & LIABILITIES**   (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**ASSETS**   (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**ELECTION**   (Check the "YES" or "NO" box, as applicable.  Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**VERIFICATION & EXECUTION**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

09/14/2012
Date

Signature of Director

JASON MENIN
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

DISS STK  (REV 03/2007)

APPROVED BY SECRETARY OF STATE

APP. 000567
Exh. 904