3386082

**FILED**
In the Office of the Secretary of State
of the State of California

JUN 1 5 2011

## ARTICLES OF INCORPORATION

### OF

### LIFESTYLE MEDIA BRANDS, INC.

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### LIFESTYLE MEDIA BRANDS, INC.
II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is David Davidian, 200 N. Maryland Avenue, Suite 300, Glendale, California 91206.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 2,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 15th day of June, 2011.

_____
DAVID DAVIDIAN, INCORPORATOR

APP 000568
Exh. 904



# State of California
# Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-G37665

# FILED

In the office of the Secretary of State of the State of California

## Aug - 15 2011

This Space For Filing Use Only

---

1. CORPORATE NAME

C3386082

LIFESTYLE MEDIA BRANDS, INC.

---

Due Date:

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 8335 WINNETKA AVE NUM 118   WINNETKA  CA 91306 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 8335 WINNETKA AVE NUM 118   WINNETKA  CA 91306 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| RACHEL   NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA, CA 91306 | | | | |
| 6. SECRETARY | | | | |
| RACHEL   NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA, CA 91306 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| RACHEL   NOTTEA  8335 WINNETKA AVE NUM 118   WINNETKA  CA 91306 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| RACHEL NOTTEA   7900 GLORIA AVE   VAN NUYS, CA 91406 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
| DAVID  DAVIDIAN | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | | | |
| 200 N MARYLAND AVE STE 300   GLENDALE, CA 91206 | | | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

FULFILLMENT COMPANY

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/15/2011 | RACHEL NOTTEA | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

APP. 000569
Exh. 904

## State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**F208824**

# FILED

In the office of the Secretary of State of the State of California

**OCT-24 2014**

1. **CORPORATE NAME**

LIFESTYLE MEDIA BRANDS, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3386082

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/24/2014 | R N | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE



| | DISS STK | |
|---|---|---|

**State of California**
**Secretary of State**

3386082

**Domestic Stock Corporation**
**Certificate of Dissolution**

D1268434

**FILED**
Secretary of State
State of California



DEC 1 6 2014

| There is no fee for filing a Certificate of Dissolution. | |
|---|---|
| IMPORTANT – Read instructions before completing this form. | This Space For Filing Use Only |

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   LIFESTYLE MEDIA BRANDS, INC

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.  ☑ YES  ☐ NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate.  Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office.  I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

_Rachel Nottea_
Signature of Director

RACHEL NOTTEA , DIRECTOR
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

| DISS STK  (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

APP. 000571
Exh. 904

3386084

## ARTICLES OF INCORPORATION

OF

## AGOA HOLDINGS, INC.

**FILED**
In the Office of the Secretary of State
of the State of California

JUN 1 5 2011

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

## AGOA HOLDINGS, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is David Davidian, 200 N. Maryland Avenue, Suite 300, Glendale, California 91206.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 2,000,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 15th day of June, 2011.

_____
DAVID DAVIDIAN, INCORPORATOR



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-U16428
## FILED

In the office of the Secretary of State of the State of California

**Sep - 15 2013**

This Space For Filing Use Only

---

1. CORPORATE NAME

AGOA HOLDINGS, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER   C3386084

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | 16830 VENTURA BLVD, SUITE 360  ENCINO  CA 91436 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA  91316 | | | |
| 8. SECRETARY | ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA 91316 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | ROI  REUVENI 18034 VENTURA BLVD SUITE 234  ENCINO  CA  91316 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 09/15/2013 | ROI REUVENI | CEO | | |
|---|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | | TITLE | SIGNATURE |

| SI-200 (REV 01/2012) | | | APPROVED BY SECRETARY OF STATE |
|---|---|---|---|

APP. 000573
Exh. 904

| | RA-100 | Ḁ0071502 |
|---|---|---|

**State of California**
**Secretary of State**

**Resignation of Agent**
**Upon Whom Process May Be Served**

**FILED**
Secretary of State
State of California

**JUL 0 7 2014**

| There is no fee for filing this form. | |
|---|---|
| IMPORTANT – Read instructions before completing this form. | This Space For Filing Use Only |

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. [✓] Corporation (domestic or qualified foreign)

[ ] Limited Liability Company (domestic or registered foreign)

[ ] Limited Partnership (domestic or registered foreign)

[ ] Limited Liability Partnership (domestic or registered foreign)

[ ] Registered General Partnership

[ ] Unincorporated Association

[ ] Foreign Partnership (other than a foreign limited partnership)

[ ] Foreign Association

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. AGOA HOLDINGS, INC.

| **Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.) | **Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.) |
|---|---|
| 3.  C3386084 | 4.  CALIFORNIA |

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. The undersigned hereby resigns as agent upon whom process may be served in California for the above-named entity.

**Execution**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

CALIFORNIA CORPORATE AGENTS, INC.

Type or Print Name of declarant (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

Secretary

| Signature of Declarant or Signature of Authorized Representative of Declarant (if declarant is a corporation) | Title of Office of Authorized Representative of Declarant (if declarant is a corporation) |
|---|---|

| RA-100 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

APP. 000574
Exh. 904

## State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F177038**

# FILED

In the office of the Secretary of State
of the State of California

**OCT-06 2014**

1. **CORPORATE NAME**
AGOA HOLDINGS, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3386084

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added, however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |
| 8. SECRETARY ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |
| 9. CHIEF FINANCIAL OFFICER/ ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91436 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME ROI REUVENI | 18034 VENTURA BLVD #234, ENCINO, CA 91316 | | | |
| 11. NAME | ADDRESS | | | |
| 12. NAME | ADDRESS | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
CALIFORNIA CORPORATE AGENTS, INC.

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL. CITY    STATE    ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/06/2014 | R. REUVENI | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP_000575
Exh. 904

| | DISS STK | D1268524 |
|---|---|---|

**State of California**
**Secretary of State**

338 6084

**Domestic Stock Corporation**
**Certificate of Dissolution**

**FILED**
Secretary of State
State of California

DEC 1 6 2014

There is no fee for filing a Certificate of Dissolution.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

AGOA HOLDINGS, INC

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.

(Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

☑ The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

☐ The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

Signature of Director

ROI REUVENI , DIRECTOR
Type or Print Name of Director

Signature of Director

Type or Print Name of Director

Signature of Director

Type or Print Name of Director

DISS STK  (REV 01/2013)

APPROVED BY SECRETARY OF STATE

³⁴3422301

**FILED**
In the Office of the Secretary of State
of the State of California

**NOV 0 3 2011**

ARTICLES OF INCORPORATION

OF

ZEN MOBILE MEDIA, INC.

The undersigned, desiring to form a corporation under the laws of the State of California,
declares:

I

The name of the corporation is

ZEN MOBILE MEDIA, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which
a corporation may be organized under the General Corporation Law of California other
than the banking business, the trust company business or the practice of a profession
permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of
process is Igor Latsanovski, 4335 Dickens Street, # 167, Sherman Oaks, CA 91403.

IV

This corporation is authorized to issue only one class of shares, which shall be
designated "common" shares. The total number of such shares authorized to be issued is
1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be
eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation
this 3rd day of November, 2011.

IGOR LATSANOVSKI, INCORPORATOR



# State of California
# Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## E-T22748
## FILED

In the office of the Secretary of State of the State of California

**1. CORPORATE NAME**
ZEN MOBILE MEDIA, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

## Jul - 08  2013

**2. CALIFORNIA CORPORATE NUMBER**   C3422301

This Space For Filing Use Only

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA  91436 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE CA 91206 | | | | |
| 8. SECRETARY | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE CA 91206 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| SEAN  INNISS 200 NORTH MARYLAND AVE STE 300  GLENDALE CA 91206 | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:        3

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**
CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/08/2013 | SEAN  INNISS | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2012)                                                                                APPROVED BY SECRETARY OF STATE

APP. 000578
Exh. 904

| | RA-100 | R0072432 |
|---|---|---|

**State of California**
**Secretary of State**

**Resignation of Agent**
**Upon Whom Process May Be Served**

**FILED**
Secretary of State
State of California

SEP 2 2 2014

There is no fee for filing this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. [✓] Corporation (domestic or qualified foreign)

[ ] Limited Liability Company (domestic or registered foreign)

[ ] Limited Partnership (domestic or registered foreign)

[ ] Limited Liability Partnership (domestic or registered foreign)

[ ] Registered General Partnership

[ ] Unincorporated Association

[ ] Foreign Partnership (other than a foreign limited partnership)

[ ] Foreign Association

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. ZEN MOBILE MEDIA, INC.

**Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.)

3. C3422301

**Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.)

4. CALIFORNIA

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. The undersigned hereby resigns as agent upon whom process may be served in California for the above-named entity.

**Execution**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

CALIFORNIA CORPORATE AGENTS, INC.

Type or Print Name of declarant (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

Secretary

Signature of Declarant or Signature of Authorized Representative of Declarant (if declarant is a corporation)

Title of Office of Authorized Representative of Declarant (if declarant is a corporation)

RA-100 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

### State of California
### Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**F209171**

# FILED

In the office of the Secretary of State
of the State of California

**OCT-24 2014**

| 1. CORPORATE NAME |
|---|
| ZEN MOBILE MEDIA, INC. |

| 2. CALIFORNIA CORPORATE NUMBER | This Space for Filing Use Only |
|---|---|
| C3422301 | |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | 16830 VENTURA BLVD, SUITE #360, ENCINO, CA 91436 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | IGOR LATS   4335 VAN NUYS BLVD #187, SHERMAN OAKS, CA 91403 | | | |
| 8. SECRETARY | IGOR LATS   4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | IGOR LATS   4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | IGOR LATS   4335 VAN NUYS BLVD #167, SHERMAN OAKS, CA 91403 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS : |
|---|
| CALIFORNIA CORPORATE AGENTS, INC. |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| MANAGEMENT |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/24/2014 | IGOR LATS | SEC | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP. 000580
Exh. 904



**DISS STK**

# State of California
## Secretary of State

3422301

### Domestic Stock Corporation
### Certificate of Dissolution

D I 268435

**FILED**
Secretary of State
State of California



**DEC 1 6 2014**

| There is no fee for filing a Certificate of Dissolution. | |
| --- | --- |
| IMPORTANT – Read instructions before completing this form. | This Space For Filing Use Only |

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   ZEN MOBILE MEDIA, INC.

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note. Only one box may be checked.)

3. ☐ The corporation's known debts and liabilities have been actually paid.

   ☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

   ☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   ☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.

   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   ☑ The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

   ☐ The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable.  Note:  If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.  ☑ YES   ☐ NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/12/2014
Date

Signature of Director

Signature of Director

Signature of Director

IGOR LATSANOVSKI , DIRECTOR
Type or Print Name of Director

Type or Print Name of Director

Type or Print Name of Director

DISS STK  (REV 01/2013)                                              APPROVED BY SECRETARY OF STATE

APP. 000581
Exh. 904

3423934

## ARTICLES OF INCORPORATION

### OF

### SAFEHAVEN VENTURES, INC.

**FILED**

In the office of the Secretary of State
of the State of California

NOV 10 2011

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### SAFEHAVEN VENTURES, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Tomer Amsalem, 548 S. Spring Street, Unit 406, Los Angeles, CA 90013.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 10th day of November, 2011.

TOMER AMSALEM, INCORPORATOR



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-J87168
# FILED
In the office of the Secretary of State of the State of California

### Feb - 29 2012
This Space For Filing Use Only

| 1. CORPORATE NAME | | | | |
|---|---|---|---|---|
| C3423934 | | | | |
| SAFEHAVEN VENTURES, INC. | | | | |
| 200 NORTH MARYLAND AVE STE 300 | | | | |
| GLENDALE   CA 91206 | | | | |

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 548 S SPRING ST UNIT 406   LOS ANGELES   CA 90013 | | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 548 S SPRING ST UNIT 406   LOS ANGELES CA 90013 | | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |
| 200 NORTH MARYLAND AVE STE 300   GLENDALE CA 91206 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| TOMER   AMSALEM  548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 6. SECRETARY | | | | |
| TOMER   AMSALEM  548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| TOMER   AMSALEM  548 S SPRING ST UNIT 406   LOS ANGELES CA 90013 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| TOMER  AMSALEM    548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  3

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| TOMER AMSALEM | | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE | |
| 548 S SPRING ST UNIT 406   LOS ANGELES, CA 90013 | | | | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
  SALES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/29/2012 | TOMER  AMSALEM | SEC | | |
|---|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE | |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

# E-T21536
# FILED

In the office of the Secretary of State of the State of California

## Jul - 08 2013

This Space For Filing Use Only

1. CORPORATE NAME

SAFEHAVEN VENTURES, INC.

16830 VENTURA BLVD, SUITE 360
ENCINO CA 91436

2. CALIFORNIA CORPORATE NUMBER   C3423934

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | | |

| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | | |

| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 16830 VENTURA BLVD, SUITE 360   ENCINO  CA 91436 | | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | | |

| 8. SECRETARY | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | | |

| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300  GLENDALE  CA 91206 | | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 10. NAME | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| TOMER  AMSALEM 200 NORTH MARYLAND AVE STE 300   GLENDALE  CA 91206 | | | | | |

| 11. NAME | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | | | | |

| 12. NAME | ADDRESS | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:      2

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/08/2013 | TOMER  AMSALEM | SEC | | |
|---|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | | TITLE | SIGNATURE |

| SI-200 (REV 01/2012) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

APP. 000584
Exh. 904

**DISS STK**

D1220379

| | |
|---|---|
| **State of California**<br>**Secretary of State**<br>3423934<br>**Domestic Stock Corporation**<br>**Certificate of Dissolution** | **FILED**<br>Secretary of State<br>State of California<br>ICC   **JAN 02 2014** |

| |
|---|
| There is no fee for filing a Certificate of Dissolution. |
| IMPORTANT – Read instructions before completing this form. |

This Space For Filing Use Only

**Corporate Name**   (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   SAFEHAVEN VENTURES, INC.

**Required Statements**   (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**   (Check the applicable statement. Note: Only one box may be checked.)

3. ☑ The corporation's known debts and liabilities have been actually paid.

☐ The corporation's known debts and liabilities have been paid as far as its assets permitted.

☐ The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

☐ The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.

(Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depository with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

☐ The corporation never incurred any known debts or liabilities.

**Assets**   (Check the applicable statement. Note: Only one box may be checked.)

4. ☑ The known assets have been distributed to the persons entitled thereto.

☐ The corporation never acquired any known assets.

**Election**   (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   ☑ YES   ☐ NO

**Verification & Execution**   (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/27/2013
Date

_____
Signature of Director

TOMER AMSALEM
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

DISS STK (REV 01/2013)                                                                 APPROVED BY SECRETARY OF STATE

APP. 000585
Exh. 904

3454782

FILED
In the Office of the Secretary of State
of the State of California

MAR 2 9 2012

## ARTICLES OF INCORPORATION

### OF

### HERITAGE ALLIANCE GROUP, INC

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

### HERITAGE ALLIANCE GROUP, INC

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Tal Topel, 21113 Osborne Street, Canoga Park, CA 91304.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 1,000 shares.

V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 29th day of March, 2012.

TAL TOPEL, INCORPORATOR



# State of California
# Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
|---|

# E-R22981
# FILED

In the office of the Secretary of State of the State of California

## Mar - 06 2013

This Space For Filing Use Only

**1. CORPORATE NAME**

HERITAGE ALLIANCE GROUP, INC

16830 VENTURA BLVD, SUITE 360

ENCINO CA 91436

**2. CALIFORNIA CORPORATE NUMBER** C3454782

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
| 16830 VENTURA BLVD, SUITE 360  ENCINO  CA  91436 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| TAL  TOPEL 21113 OSBORNE STREET  CANOGA PARK CA 91304 | | | | |
| 8. SECRETARY | | | | |
| TAL  TOPEL 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |
| TAL  TOPEL 21113 OSBORNE STREET  CANOGA PARK  CA 91304 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| TAL  TOPEL 21113 OSBORNE STREET  CHATSWORTH CA 91311 | | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O.Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

CALIFORNIA CORPORATE AGENTS, INC.

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

WHOLESALER

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/06/2013 | T TOPEL | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2012) | APPROVED BY SECRETARY OF STATE |
|---|---|

APP. 000587
Exh. 904

**State of California**
**Secretary of State**

| S |

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**EX03510**

**FILED**

In the office of the Secretary of State
of the State of California

**FEB-28 2014**

1. **CORPORATE NAME**
HERITAGE ALLIANCE GROUP, INC

2. **CALIFORNIA CORPORATE NUMBER**
C3454782

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** CITY _____ STATE ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/28/2014 | TAL TOPEL | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | | APPROVED BY SECRETARY OF STATE |

APP_000588
Exh. 904



**DISS STK**

## State of California
### Secretary of State

3454782

**Domestic Stock Corporation
Certificate of Dissolution**

D F270521

**FILED** DM
Secretary of State
State of California NA

**DEC 2 2 2014**

This Space For Filing Use Only

| | |
|---|---|
| There is no fee for filing a Certificate of Dissolution. | |
| IMPORTANT – Read instructions before completing this form. | |

**Corporate Name** *(Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)*

1. Name of corporation

   HERITAGE ALLIANCE GROUP, INC.

**Required Statements** *(The following statements are required by statute and should not be altered.)*

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** *(Check the applicable statement. Note: Only one box may be checked.)*

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   *(Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)*

   [ ] The corporation never incurred any known debts or liabilities.

**Assets** *(Check the applicable statement. Note: Only one box may be checked.)*

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election** *(Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)*

5. The election to dissolve was made by the vote of all the outstanding shares. [✓] YES [ ] NO

**Verification & Execution** *(If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)*

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/19/2014
Date

_____
Signature of Director

TAL TOPEL , DIRECTOR
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

_____
Signature of Director

_____
Type or Print Name of Director

| | |
|---|---|
| DISS STK (REV 01/2013) | APPROVED BY SECRETARY OF STATE |