Bunzai Media Group





✦Home  ✦About Us  ✦What We Do  ✦Careers  ✦Contact Us



Like  Share  Sign Up to see what your friends like.

## WHO WE ARE:

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us. What We Do . Contact Us .Careers . Affiliate Login

http://204.232.201.236/[5/13/2014 11:59:58 AM]

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us







Like  Share  Sign Up to see what your friends like.

## WHO WE ARE:

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home · About Us· What We Do · Contact Us ·Careers · Affiliate Login

APP. 000354
Exh. 909

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**DEVELOPING** THE **PRODUCTS**…**DESIGNING** THE **CAMPAIGNS**…**DELIVERING** THE **FUTURE**!

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

Specifically, we will build global brands in the health and beauty, and lifestyle categories —with an unrelenting focus on innovation, quality products, customer service and retention.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us. What We Do . Contact Us .Careers . Affiliate Login

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



## MANUFACTURING

**The first rule of BunZai: QUALITY IS KING!**  Manufacturing high end cosmetics (or any other quality product, for that matter) is a mix of art and science.  With trusted manufacturing partners from Paris to China, and the United States, we have access to the latest and greatest ingredients, processes, technologies and packaging from around the world.  Our manufacturing division is the heart of our company, as every success we achieve is firmly rooted in our lifestyle products.

## MARKETING

**The second rule of BunZai:  SELL WITH INTEGRITY!** We market products that do what they are supposed to: Convert and Retain!  We understand our customers inside and out.  We believe in branding and expanding through organic growth. Our AuraVie SkinCare is just the first brand in what will become a bonanza of lifestyle products manufactured and marketed by BunZai to everyday consumers worldwide.

- **Affiliate Marketing:**
- **PPC: Facebook and Google**
- **Social Media Marketing**
- **Offline Marketing**
- **Branding**

## CUSTOMER RELATIONSHIP MANAGEMENT

**The third rule of BunZai: CUSTOMERS ARE PEOPLE TOO!** Any business that wants to rise to the top, and stay there, has to do as much as it can to please its customers. In response to this, consumers know their power and expect ever increasing service excellence.  Because the aim of most of our competitors in the continuity arena, is to hit and run customers' credit cards with hidden fees and recurring bills, they would rather hide behind confusion and misleading practices, than to communicate with their customers.  Our philosophy is the total opposite. We want to speak with our customers, and form a relationship that will not only improve retention, but support our branding efforts and retain loyal customers.

## SHIPPING AND FULFILLMENT

**The fourth rule of BunZai: KEEP IT IN THE FAMILY!** Fulfilling orders can be very costly and kill profits very quickly if not carefully managed.  Because we have years of experience fulfilling orders from our 10,000 sq ft warehouse and shipping facility in Sunny, California, where we handle every facet of fulfillment including; **inventory**, **shipping**, **receiving and returns**, we not only save thousands of dollars daily, but we can easily react to the ever changing demands of our customers.  Our orders are delivered within 3-5 business days max, which guarantees that our trial customers receive their products in plenty of time to "try them" before they "buy them."

©2011 All Rights Reserved for BunZai Media Group, Inc.

Home . About Us . What We Do . Contact Us .Careers . Affiliate Login

ATTACHMENT I

909-4

APP. 000356

Exh. 909

Bunzai Media Group



   

◆ Home  ◆ About Us  ◆ What We Do  ◆ Careers  ◆ Contact Us



Welcome to Bunzai Media where amazing work and a great environment collide! Everything about us from the people to the way we work makes us unique. We carefully hand pick future employees coming on-board because at the end of the day, they are what keeps this company going strong.

If you think you have what it takes to be part of something special, send us an e-mail. careers@bunzaimedia.com
And if something is not available, keep checking!

Job Openings:

Customer Service Agents

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



Name

Email

Company

Phone

Comments

Send

Monday-Friday 9 am - 5 pm PST

Bun**Z**ai Media Group, Inc
16161 Ventura Blvd. #378
Encino, CA 91436

Direct: 818.200.1035
Fax: 818.647.0182

All Rights Reserved for Bun**Z**ai Media Group, Inc© 2011

Home • About Us • Portfolio • What We Do • Contact Us • Affiliate Login

ATTACHMENT I

909-6

APP. 000358

Exh. 909

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



Bunzai Media Group Inc. is a full service entertainment marketing agency which specializes in creating brand partnerships within Hollywood and the International entertainment community.

We align products and services with celebrities and entertainment properties to reach targeted consumers through Television, Film, Print, Social Networks, and Events.

Our management team's 40 years of industry experience has led to our solid reputation with production companies, agencies and corporations in researching, strategizing and executing branded entertainment marketing campaigns for the worldwide audience.

We develop, design and execute campaigns within all budget ranges and work on either a yearly retainer or single scope project basis. Our staff becomes thoroughly educated on your brand's marketing objectives in order to create seamless, organic and targeted campaigns.

BunZai Branded Integration enables you to become proactive instead of reactive-marketing your brand to the entertainment community with a focus on education and highlighting your marketing objectives versus market perception, while delivering a comprehensive Return On Investment (ROI).

For more information about these services
please contact Justin at 1.818.200.1045 #7002

**CLIENTS**:

**BRANDS**:



## SERVICES

• Brand Intergration

• Public Relations

• Product Representation

• Celebrity Endorsement

• Promotions & Licensing

## 2011 UPCOMING PROJECTS

• Television
• Movies
• Videos
• Events

**American Horror Story** (Drama, FX) Plot details are still scarce for this new project from "Glee" creators Ryan Murphy and Brad Falchuk. Starring Connie Britton. Casting: Eric Dawson, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607. Shoots in May.

**Powers** (**Chicago**) (Drama, FX) A detective works to solve murders in a world filled with superheroes and villains. Based on the graphic novel of the same name. Casting: Junie Lowry-Johnson Casting, 1041 N. Formosa Ave., Formosa Bldg., Rm. 94, L.A., CA 90046. Shoots in the summer.

**Touch** (Drama, Fox) An autistic child's ability to recognize patterns gives him predictive powers. Starring Kiefer Sutherland. Casting: Jason la Padura and Natalie Hart, La Padura & Hart Casting, 1438 N. Gower St., Box 57, L.A., CA 90028. Shoots in June.

ATTACHMENT I
909-7

APP. 000359
Exh. 909

Bunzai Media Group



**Underemployed** (Comedy, MTV) Five recent college grads had plans to take the world by storm, but one year later they still, uh, haven't. Casting: Mary Jo Slater and Steve Brooksbank, Slater-Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Shoots in May.

**Untitled Aaron Sorkin Project** (Comedy, HBO) A show set behind the scenes at a cable news network. Starring Jeff Daniels. Casting: Francine Maisler, Francine Maisler Casting, c/o Sony Pictures, 10202 W. Washington Blvd., Poitier Bldg., Ste. 3200, Culver City, CA 90232. Shoots in July.

**NEW TV SERIES**

**Against the Wall** (Toronto) (Drama, Lifetime) A policewoman draws the disdain of her three brothers—also cops—when she joins Internal Affairs. Starring Rachel Carpani, Kathy Baker, and Steven Byers. Casting; Casting: Eric Dawson, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607. Premiere TBA.

**Allen Gregory** (Animation, Fox) A child prodigy has trouble fitting in due to his remarkably adult sensibilities. Starring Jonah Hill and French Stewart. Casting: Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028. Premiere TBA.

**Alphas** (Toronto) (Drama, Syfy) A team of humans with enhanced genetic abilities tries to solve the case of a federal witness who was murdered while in a locked room. Casting Jeanie Bacharach and Gillian O'Neill, 800 S. Main St., 2nd Fl., Burbank, CA 91506. Shoots in May. Premiere TBA.

**Ant Farm** (Comedy, Disney) A musical prodigy and her fellow gifted students in the Advanced Natural Talents program struggle to fit in. Casting: Brandi Brice and Dana Gergely, Brice/Gergely Casting, 1040 N. Las Palmas Ave., Bldg. 33, 2nd Fl., L.A., CA 90038. Premiere TBA.

**Boss** (Drama, Starz) The mayor of Chicago struggles to maintain appearances as his mental acuity deteriorates. Kelsey Grammer and Connie Nielsen star. Casting: Lauren Grey Casting, 12233 W. Olympic,

Bunzai Media Group



**TV NETWORKS:**

**MOVIE STUDIOS:**

Bldg. 3, Ste. 134, L.A., CA 90064. Shoots in May. Premiere TBA.

**Breakout Kings** (Toronto) (Drama, A&E) A group of convicts who excel at breaking out of prison is recruited by a team of bounty hunters tasked with tracking down escaped fugitives. Starring Domenick Lombardozzi and Laz Alonso. Casting: Scott Genkinger, Junie Lowry-Johnson Casting, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608. Premiered March 6.

**Chaos** (Drama, CBS) CIA agents in the ODS (Office of Disruptive Services) struggle with political influence, bureaucratic gridlock, and incompetent co-workers. Casting: Mary Jo Slater and Steve Brooksbank. Slater/Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Premiered April 1.

**Death Valley** (Drama, MTV) When the San Fernando valley is overrun by zombies, the LAPD forms the Undead Task Force (UTF) to police the chaos. Casting: Kelly Wagner and Dominika Posseren, 8615 Tamarack Ave., Sun Valley, CA 91352. Premiere TBA.

**Enlightened** (Comedy, HBO) A self-destructive woman has a revelatory experience at a treatment center and becomes determined to live an enlightened life. Casting: Cami Patton and Jennifer Lare, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Premiere TBA.

**For Better or Worse** (Atlanta) (Comedy, TBS) A TV show based on the characters from Tyler Perry's "Why Did I Get Married?" Starring Michael Jai White and Tasha Smith. Casting: Kim Williams, 5225 Wilshire Blvd., Ste. 526, L.A., CA 90036. Shoots in June. Premiere TBA.

**Franklin & Bash** (Comedy, TNT). A pair of street-savvy longtime friends, who are also attorneys, are recruited by a high-profile law firm. Mark-Paul Gosselaar and Breckin Meyer star. Casting: Rick Pagano, Pagano/Manwiller Casting, 25135 Anza Drive, Stage 5, Santa Clarita, CA 91355. Premieres June 1.

**Friends With Benefits** (Comedy, NBC) A group of five single friends

Bunzai Media Group



**MUSIC LABELS & PROMOTERS:**



try to navigate the complicated world of romantic relationships in search of love and whatever else they can find. Casting: Alexis Koczara and Christine Shevchenko, Koczara/Shevchenko Casting, 10201 W. Pico Blvd., Bldg. 310, Rm. 213, L.A., CA 90064. Premiere TBA.

**The Great State of Georgia** (Comedy, ABC Family) A plus-sized actress and her nerdy best friend make the move from the South to the Big Apple. Starring Raven-Symone and Loretta Devine. Casting: Bonnie Zane and Gayle Pillsbury, Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004. Premieres June 29.

**Happily Divorced** (Comedy, TV Land) A woman's husband comes out of the closet, so she re-enters the dating scene. Starring Tichina Arnold and Fran Drescher. Casting: Marc Hirschfeld and Blyth Nailling, 4024 Radford Ave., Bungalow 7, Studio City, CA 91604. Premieres June 15.

**Happy Endings** (Comedy, ABC) When a woman leaves her groom at the altar, it creates complications for the couple's group of friends, who must now choose sides. Casting: Susan Vash, 5555 Melrose Ave., Bldg. 213, Ste. 360, L.A., CA 90038. Premiered April 13.

**Hell on Wheels** (Calgary) (Drama, AMC) After the war ends, a Confederate soldier tracks the Union soldiers who murdered his wife to the mobile community of laborers constructing the transcontinental railroad. Casting: Jennifer Lare and

Bunzai Media Group

Cami Patton, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Shoots in May. Premiere TBA.

**The Killing** (Drama, AMC) Follows the police investigation of a young girl's murder in the Pacific Northwest, tying together three interlocking stories as investigators chase a variety of leads. Casting: Junie Lowry-Johnson and Libby Goldstein, 1041 N. Formosa Ave., Santa Monica East Building, Rm. 94, West Hollywood, CA 90046. Premiered April 3.

**Love Bites** (Drama, NBC) Two single girlfriends, the last of their group that remain unmarried, anchor a vignette-based show that examines love and dating. Starring Becki Newton. Casting: Marc Hirschfeld, 4024 Radford Ave., Bungalow 7, Studio City, CA 91604. Premieres June 2.

**Luck** (Drama, HBO) A drama that follows the various characters whose livelihoods depend on a horse-racing track. Dennis Farina, Dustin Hoffman, and Richard Kind star. Casting: Rebecca Mangieri and Wendy Weidman, Creative Casting, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068. Premiere TBA.

**The Lying Game** (Drama, ABC Family) Two adopted twins, separated at birth and now living very different lives, run into trouble when they try to find their birth mother. Casting: Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064. Premieres Aug. 15.

**Magic City** (Miami) (Drama, Starz) A period drama set in a Miami hotel shortly after Castro's coup in Cuba. Casting: Cathy Sandrich Gelfond, Mackey/Sandrich Casting, 3000 W. Olympic Blvd., Bldg. 3, Rm. 2323, Santa Monica, CA 90404. Shoots in June. Premiere TBA.

**Missing** (Drama, ABC) When her son disappears in Italy while completing a summer internship, a spy will stop at nothing to find him. Ashley Judd stars. Casting: Deborah Aquila and Tricia Wood, Aquila/Wood Casting, 1680 Vine St., Ste. 806, L.A., CA 90028. Premiere TBA.

**Napoleon Dynamite** (Animation, Fox) An animated series based on Jared Hess' 2004 Sundance hit. Starring Jon Heder, Jon Gries, and

Bunzai Media Group

Aaron Ruell. Casting: Scott Muller Casting, 10201 W. Pico Blvd., Bldg. 795, L.A., CA 90035. Premiere TBA.

**Necessary Roughness** (Drama, USA) After a woman becomes the therapist for a professional football team, word of her success spreads and she is sought out by all types of deeply damaged famous people. Casting: Donna Rosenstein, 800 S. Main St., Ste. 202, Burbank, CA 91506. Shoots in May in Atlanta. Premiere TBA.

**The Nine Lives of Chloe King** (Drama, ABC Family) With her 16th birthday approaching, a girl starts developing super powers and finds out her life is in danger. Starring Skyler Samuels. Casting: Alyson Silverberg Casting, 4024 Radford Ave., Tucker House, Studio City, CA 91604. Premieres June 14.

**Perception** (Drama, TNT) A neuroscientist uses his intimate knowledge of the human psyche to help the FBI crack difficult cases. Eric McCormack and Rachael Leigh Cook star. Casting: Mary Jo Slater and Steve Brooksbank, Slater-Brooksbank Casting, 3003 W. Olive Ave., 2nd Fl., Burbank, CA 91505. Premiere TBA.

**The Protector** (**fka Exit 19**) (Drama, Lifetime) A single mom juggles raising her two kids and solving murders as an NYPD homicide detective. Starring Tisha Campbell-Martin and Miguel Ferrer. Casting: Tammara Billik and Jason Wood, Billik/Wood Casting, 14044 Ventura Blvd., Ste. 309, Sherman Oaks, CA 91423. Shoots in April. Premiere TBA.

**Reed Between the Lines** (Comedy, BET) A psychologist and her English-professor husband experience the typical struggles of raising three children. Casting: Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025. Premiere TBA.

**Suits** (**fka A Legal Mind**) (Drama, USA) A brilliant but perpetually stoned college dropout lands a gig at a top Manhattan law firm after impressing a recruiter with his intellect. Casting: Bonnie Zane, Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004. Shoots in April. Premieres June 23.

**Supah Ninjas** (Action,

Bunzai Media Group

Nickelodeon) After finding out he's the descendant of a line of ninja warriors, a high school kid enlists two of his friends into a secret crime-fighting ninja team. Casting: Lisa London and Catherine Stroud, London/Stroud Casting, 5555 Melrose Ave., Von Sternberg Bldg., Rms. 103, 104, L.A., CA 90038. Premieres June 16.

**Switched at Birth** (Drama, ABC Family) The families of two teenage girls, one wealthy, one poor, discover their daughters were switched at birth. Starring Katie LeClerc and Vanessa Marano. Casting: Deedee Bradley, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068. Premieres June 6.

**Teen Wolf** (Atlanta) (Drama/Sci-Fi, MTV) A re-imagining of the 1980s film and TV series as more dramatic thriller than lighthearted comedy. Casting: Wendy O'Brien, Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064. Premieres June 5.

**Terra Nova** (Drama, Fox) In the future, when the human race has used up all the resources on Earth, a team of scientists opens a portal to prehistoric Earth and sends groups of settlers back in time to give humanity a second chance. Casting: Christal Karge and Cami Patton, Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602. Premiere TBA.

**This Is Awkward** (**fka That Girl**) (Drama, MTV) A shy high school girl suddenly becomes the center of attention after an accident is misconstrued as a suicide attempt. Ashley Rickards and Nikki Deloach star. Casting: Barbara Fiorentino and Danielle Aufiero, 5225 Wilshire Blvd., Ste. 678, L.A., CA 90036. Premiere TBA.

**Torchwood** (Drama, Starz) The alien investigative team at the Torchwood Institute and their immortal leader move from Wales to Los Angeles. A co-production with the BBC. Casting: John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522. Premieres July 8.

**Veep** (Drama, HBO) After a female senator is elected vice president, she finds out it's not at all what she bargained for. Julia Louis-Dreyfus

Bunzai Media Group

stars. Casting: Allison Jones Casting, 601 N. Larchmont Blvd., L.A., CA 90004. Premiere TBA.

**Wasabi Warriors** (fka Kickin' It) (Comedy, Disney XD) The owner of an unsuccessful dojo hires a pro skateboarder to help teach his students. Casting: Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028. Premiere TBA.

**Wilfred** (Comedy, FX) Follows the day-to-day life of an alcoholic talking dog. Jason Gann and Elijah Wood star. Casting: Lorna Johnson and Dori Zuckerman, Johnson/Zuckerman Casting, 1901 S. Bundy Drive, Los Angeles, CA 90064. Premieres June 23.

**Workaholics** (Comedy, Comedy Central) Friends fresh out of college try to navigate the world of gainful employment. Casting: Alyssa Weisberg, 5555 Melrose Avenue Hope Bldg., Ste. 100, L.A., CA 90038. Premiered April 6.

**TV SERIES**

**90210** David Rapaport, 1600 Rosecrans Ave., Bldg. 6B, Rooms 8 and 9, Manhattan Beach, CA 90266.

**American Dad** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90035.

**Being Human** (Montreal) Deedee Bradley, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068.

**The Big Bang Theory** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Blue Mountain State** Sheryl Levine, 1040 N. Las Palmas, Bldg. 2, Ste. 205, L.A., CA 90038.

**Bob's Burgers** Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028.

**The Bold and the Beautiful** Christy Dooley, CBS, 7800 Beverly Blvd., Ste. 3371, L.A., CA 90036.

**Bones** Rick Millikan Casting, 10201 W. Pico Blvd., Bldg. 71, L.A., CA 90035.

**Breaking Bad** Bialy/Thomas Casting, 3151 Cahuenga Blvd. West, Ste. 200, L.A., CA 90068.

APP. 000366
Exh. 909

Bunzai Media Group

**Burn Notice** Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Californication** Felicia Fasano Casting, 8621 Hayden Place, Culver City, CA 90232.

**Castle** Donna Rosenstein, 800 S. Main St., Ste. 202, Burbank, CA 91506.

**Children's Hospital** Anya Colloff, 4322 Wilshire Blvd., Ste. 220, L.A., CA 90010.

**Chuck** Patrick J. Rush Casting, 3808 W. Riverside Drive, Ste. 201, Burbank, CA 91505.

**The Cleveland Show** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90035.

**The Closer** Bruce H. Newberg Casting, 606 N. Larchmont Blvd., #311, L.A., CA 90004.

**Community** Dava Waite Peaslee Casting, c/o Paramount Studios, 5555 Melrose Ave., Cooper Building, Ste. 116, L.A., CA 90038.

**Cougar Town** Debby Romano and Brett Benner, 4060 Ince Blvd., Culver City, CA 90232.

**Covert Affairs** (Toronto) Susie Farris, 12233 W. Olympic Blvd., Ste. 116, Rooms 18-20, L.A., CA 90064.

**Criminal Minds** April Webster & Associates, c/o Quixote Studios, 4585 Electronics Place, L.A., CA 90039.

**CSI** Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**CSI: Miami** Nan Dutton Casting, 16161 Ventura Blvd., Ste. 212, Encino, CA 91436.

**CSI: NY** Jennifer Cooper, 4024 Radford Ave., Bldg. 1, Ste. 100, Studio City, CA 91604.

**Curb Your Enthusiasm** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Days of Our Lives** Marnie Saitta, The Pinnacle Building, 3400 W. Olive Ave., Ste. 315, Burbank, CA 91505.

**Desperate Housewives** Junie Lowry Johnson/Scott Genkinger,

APP. 000367

Exh. 909

Bunzai Media Group

Universal Studios, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608.

**Dexter** Shawn Dawson, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Drop Dead Diva** Carol Kritzer, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Eagleheart** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Eastbound and Down** Carla Hool, 5355 Cartwright Ave., Ste. 100, North Hollywood, CA 91601.

**Entourage** Susan Paley Abramson and Sheila Jaffe, 6330 San Vicente Blvd., 5th Fl., L.A., CA 90048.

**Episodes** Amy Britt, c/o Showtime Networks Talent & Casting, 10880 Wilshire Blvd., Ste. 1600, L.A., CA 90024.

**Eureka** Barnes/Bronson Casting, 1438 N. Gower St., Bldg. 5, Rm. 408, L.A., CA 90028.

**Fairly Legal** (Vancouver) Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Family Guy** Linda Lamontagne, 5700 Wilshire Blvd., Ste. 325, L.A., CA 90036.

**Femme Fatales** Sherman/Knight Casting, 4221 Wilshire Blvd., Ste. 155, L.A., CA 90010.

**The Fresh Beat Band** Steve Maisel, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**Fringe** April Webster, 4000 Warner Blvd., Bldg. 228, Burbank, CA 91505.

**The Game** Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025.

**General Hospital** Mark Teschner, ABC, The Prospect Studios, 4151 Prospect Ave., Stage 4, 5th Fl., L.A., CA 90027.

**Gigantic** Scott Genkinger and Deborah George, Junie Lowry-Johnson Casting, 100 Universal City Plaza, Bungalow 5165, Universal City, CA 91608.

APP. 000368
Exh. 909

Bunzai Media Group

**The Glades** (Miami) Susan Edelman Casting, 13273 Ventura Blvd., Ste. 210, Studio City, CA 91604.

**Glee** Robert Ulrich, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**Good Luck Charlie** Sally Stiner and Barbie Block, 1201 W. 5th St., M120, L.A., CA 90017.

**Grey's Anatomy** Linda Lowy/John Brace, 4151 Prospect Ave., Cottages, Rm. 105, L.A., CA 90027.

**The Hard Times of RJ Berger** David Rapaport, "Hard Times" Casting, c/o MTV Networks, 2600 Colorado Ave., Rm. 32, Santa Monica, CA 90404.

**Harry's Law** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Hawaii Five-O** (Hawaii) Jennifer Cooper Casting, 4024 Radford Ave., Bldg. 1, Ste. 100, Studio City, CA 91604.

**Hawthorne** Branman/Brander Casting, 14533 Gault St., Van Nuys, CA 91405.

**Hot in Cleveland** Collin Daniel and Brett Greenstein, Greenstein/Daniel Casting, 6671 Sunset Blvd., Ste. 1527, L.A., CA 90028.

**How I Met Your Mother** Marisa Ross Casting, 10201 W. Pico Blvd., Bldg. 104, 2nd Fl., L.A., CA 90064.

**House** Amy Lippens and Stephanie Laffin, 10201 W. Pico Blvd., Bldg. 1, Rm. 136, L.A., CA 90035.

**House of Anubis** London/Stroud Casting, 5555 Melrose Ave., Von Sternberg Bldg., Rms. 103, 104, L.A., CA 90038.

**Hung** Anya Colloff, 4322 Wilshire Blvd., Ste. 220, L.A., CA 90010.

**iCarly** Krisha Bullock, 6230 Sunset Blvd., L.A., CA 90028.

**In Plain Sight** Eric Dawson, Ulrich/Dawson/Kritzer, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**It's Always Sunny in Philadelphia** Wendy O'Brien, 2233 Barry Ave., 2nd Fl., L.A., CA

Bunzai Media Group

90064.

**Justified** Cami Patton Casting, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602.

**The League** Jeanne McCarthy Casting, 1750 Ocean Park Blvd., Ste. 208, Santa Monica, CA 90405.

**Let's Stay Together** Casting: Robi Reed, BET Talent, 10635 Santa Monica Blvd., 2nd Fl., L.A., CA 90025.

**Leverage** April Webster/Scott David, Quixote Studios, 4585 Electronics Place, L.A., CA 90039.

**Mad Men** Schiff/Audino Casting, 1201 W. Fifth St., Ste. F25, L.A., CA 90017.

**Make It or Break It** Shaner/Testa Casting, 4000 Warner Blvd., Bldg. 261, Burbank, CA 91522.

**Melissa & Joey** Rick Millikan, 10201 W. Pico Blvd., Bldg. 1, Rm. 142, L.A., CA 90035.

**Memphis Beat** (New Orleans) Cathy Sandrich Gelfond, Mackey/Sandrich Casting, 3000 W. Olympic Blvd., Bldg. 3, Rm. 2323, Santa Monica, CA 90404.

**Men of a Certain Age** Wendy O'Brien, Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064.

**The Mentalist** Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**The Middle** G. Charles Wright, 411 N. Hollywood Way, Bldg. 29-R, Burbank, CA 91505.

**Mike & Molly** Nikki Valko and Ken Miller, Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Modern Family** Jeff Greenberg Casting, 10201 W. Pico Blvd., Bldg. 226, Rm. 115, L.A., CA 90035.

**NCIS** Susan Bluestein Casting, 5555 Melrose Ave., Bldg. 213, Ste. 210, L.A., CA 90038.

**NCIS: Los Angeles** Susan Bluestein Casting, 5555 Melrose Ave., Bldg. 213, Ste. 210, L.A., CA 90038.

Bunzai Media Group

**Nikita** (Toronto) Rebecca Mangieri and Wendy Weidman, Creative Casting, 6767 Forest Lawn Drive, Ste. 100, L.A., CA 90068.

**The Office** Allison Jones, 601 N. Larchmont Blvd., L.A., CA 90004.

**One Tree Hill** Romano/Benner Casting, 4060 Ince Blvd., Culver City, CA 90232.

**Outsourced** Artz & Ginsberg Casting, 100 Universal City Plaza, Trailer 6139, Universal City, CA 91608.

**Parenthood** Cami Patton/Jennifer Lare, 4640 Lankershim Blvd., Ste. 511, North Hollywood, CA 91602.

**Parks and Recreation** Dorian Frankel, 1617 N. El Centro, Ste. 14, L.A., CA 90028.

**Pretty Little Liars** Zane/Pillsbury Casting, 585 N. Larchmont Blvd., L.A., CA 90004.

**Private Practice** Linda Lowy/John Brace, 4151 Prospect Ave., Cottages, Rm. 105, L.A., CA 90027.

**Psych** Julie Ashton Casting, 6253 Hollywood Blvd., Ste. 505, L.A., CA 90028.

**Raising Hope** Dava Waite Peaslee, Dava Waite Peaslee Casting, c/o Paramount Studios, 5555 Melrose Ave., Cooper Building, Ste. 116, L.A., CA 90038.

**Retired at 35** Koczara/Shevchenko Casting, 10201 W. Pico Blvd., Bldg. 310, Rm. 213, L.A., CA 90064.

**Rizzoli & Isles** Gary Zuckerbrod, 6735 Forrest Lawn Dr., 4th Fl., L.A., CA 90068.

**Rules of Engagement** Leslie Litt Casting, 10202 W. Washington Blvd., Gable Bldg., Rm. 209, Culver City, CA 90232.

**The Secret Life of the American Teenager** Valko/Miller Casting, 3500 W. Olive Ave., Ste. 780, Burbank, CA 91505.

**Shameless** John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522.

**Shake It Up** Suzanne Goddard-Smythe, 1202 W. Fifth St., Ste.

Bunzai Media Group

M160, L.A., CA 90017.

**The Simpsons** Bonita Pietila, 10201 W. Pico Blvd., Trailer 730, L.A., CA 90035.

**Sonny With a Chance: So Random** Sheryl Levine, 1040 N. Las Palmas, Bldg. 2, Ste. 205, L.A., CA 90038.

**Sons of Anarchy** Wendy O'Brien Casting, 2233 Barry Ave., 2nd Fl., L.A., CA 90064.

**SouthLAnd** John Frank Levey/Melanie Burgess Casting, 4000 Warner Blvd., Bldg. 17, Rm. 106, Burbank, CA 91522.

**Spartacus: Blood and Sand** Lauren Bass, Bass Casting, 8284 Santa Monica Blvd., West Hollywood, CA 90046.

**Supernatural** Robert J. Ulrich, Ulrich/Dawson/Kritzer Casting, 4705 Laurel Canyon Blvd., Ste. 301, Valley Village, CA 91607.

**True Blood** Junie Lowry Johnson/Libby Goldstein, The Lot, 1041 N. Formosa Ave., Rm. 94, L.A., CA 90046.

**True Jackson, VP** Harriet Greenspan, 5555 Melrose Ave., Hans Dreier Building 106, L.A., CA 90038.

**Two and a Half Men** Nikki Valko/Ken Miller, 3500 W. Olive, Ste. 780, Burbank, CA 91505.

**Unfabulous** Harriet Greenspan, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**Vampire Diaries** GO Casting, 6464 Sunset Blvd., Ste. 970, L.A., CA 90028.

**Victorious** Krisha Bullock, c/o Nickelodeon, 6230 Sunset Blvd., L.A., CA 90028.

**The Walking Dead** Bialy/Thomas Casting, 10201 W. Pico Blvd., Bldg. 310, Ste. B, L.A., CA 90035.

**Warehouse 13** (Toronto) Suzanne Goddard-Smythe, 100 Universal City Plaza, Bldg. 2128, Ste. D, Universal City, CA 91608.

**Weeds** Dava Waite Peaslee Casting, 846 N. Cahuenga Blvd., Bldg. B, Rm. 117, L.A., CA 90038.

Bunzai Media Group

**Wizards of Waverly Place** Lambert/McGee Casting, Hollywood Center Studios, 1040 N. Las Palmas Ave., Bldg. 26, Rm. 202, L.A., CA 90038.

**The Young and the Restless** Karen Rea, CBS, 7800 Beverly Blvd., Ste. 3305, L.A., CA 90036.

**Zeke and Luther** Sally Stiner and Barbie Block, 1201 W. 5th St., M120, L.A., CA 90017.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us . What We Do . Contact Us . Careers . Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



## THE COMPANY

BunZai Media Group is in the business of building global lifestyle brands. From Manufacturing to Marketing, Shipping to Customer Service, BunZai is geared up to carry out our agenda from our 10,000 sq foot headquarters in Van Nuys, California. We are currently developing several high quality consumer products in the beauty, skincare, wellness and novelty categories. Our team is made up of talented, innovative, seasoned and successful professionals whose passions are in sync to make BunZai's brands leading global success stories for years and decades to come.

BunZai's strategy is tightly linked to our purpose: "To improve the lives of consumers worldwide through building brands that inspire retention and long term customer loyalty." Our motto is, "Give us 1% of your confidence, and we will earn the other 99%!"

Specifically, we will build global brands in the health and beauty, and lifestyle categories —with an unrelenting focus on innovation, quality products, customer service and retention.

## THE POSITION

BunZai Media is hiring TOP TIER customer service agents to add to our growing team! We specialize in continuity (think Proactiv or Meaningful Beauty), so experience in that industry is a BIG PLUS.
The perfect candidate has strong interpersonal skills, thick skin, a can-do attitude, and a friendly disposition.

**Requirements:**

• At least 2 years of customer service CALL CENTER experience (beauty industry and continuity space preferred)
• Outstanding verbal and written communication skills
• Ability to thrive in a fast paced environment
• Strong Microsoft Office and typing skills
• Organized and detail-oriented
• High School Diploma
• Reliable transportation

**Responsibilities:**

• Taking and Verifying orders
• Typing detailed notes about inquiries, complaints, and all actions taken
• Returns, refunds, cancellations and adjustments

If you're smart, experienced, responsible, hardworking and you think you've got what it takes to thrive in a fun, yet fast-paced environment, please email us your resume and cover letter with the words "BunZai CS Agent" in the subject line to careers@bunzaimedia.com.

©2011 BunZai Media Group, Inc. All Rights Reserved.

Home . About Us . What We Do . Contact Us . Careers . Affiliate Login

ATTACHMENT I
909-22

APP. 000374
Exh. 909

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



BunZai is focused on growing market share profitably across Various revenue verticals from **Beauty** and **Health** to **Multimedia**. Though our initial marketing focus is targeted towards E-commerce (more specifically the online continuity model) we are quickly extending our distribution channels to reach more consumers through traditional and more under-served mediums – RETAIL, WHOLESALE, PRIVATE LABLE, EXPORTING,LICENSING, TELEVISION, DIRECT RESPONSE, PRINT, VIRAL, etc..

BunZai will create abundant growth opportunities for **AuraVie SkinCare** as well as our other brands, in each of these areas.

## BEAUTY

**AuraVie SkinCare**                              **Miracle Face Kit**

                              

**Organic Target Treatment**                     **Soufflé Body Scrub**

                              

**Organic Nail Kit**

ATTACHMENT I

909-23

APP. 000375

Exh. 909

Bunzai Media Group



## HEALTH

**Acai Berry Science**



**ResVall**



**Cleanse***Clear*



**Sci-Cleanse**



**Uniqué Cleanse**

ATTACHMENT I

APP. 000376

909-24

Exh. 909

Bunzai Media Group



## MULTIMEDIA

### Planet M3D



## BRANDS

### AuraVie Brand Website



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us• What We Do • Contact Us •Careers • Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Careers  ◆Contact Us



**AuraVie SkinCare** Rejuvenation System is a 3 Step solution made with only the finest natural ingredients. Using this revolutionary system will restore vitality to your skin and reduce the appearance of aging.

AuraVie SkinCare Rejuvenation System contains the potent benefits of Omega 3, 6 & 9 and Vitamin D, which promote healthy skin renewal, as well as, Acai Berry, resulting in products that **REFRESH**, **REVIVE** & **REPLENISH** your skin for lasting beauty.

**Forget Botox - Colored Smoke Theme**



**Turn Back Time - Blue Version**



**My AuraVie**



**AuraVie $1,000,000 Giveaway**



**AuraVie Intro**

http://204.232.201.236/auravie.html[5/13/2014 12:01:04 PM]

Bunzai Media Group



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

909-27

APP. 000379

Exh. 909

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



From the Dead Sea (one of the most nutrient-rich sources on Earth) to your front door, the **MIRACLE FACE KIT** (Dead Sea Mud Masque & Moisturizer with **DMAE + Ester C**) is the beauty regime used by the world's most beautiful women.

These **two Spa Quality Treatments** are made with authentic ingredients that will unmask your true beauty.The Miracle Face Kit is made with proven ingredients, pushing the boundaries for **amazing, ageless skin!**

View Assets:  Banners  |  Creatives  |  Yahoo! Banners  |  MSN Banners  |  Blog Banners  |  Blogs

**Miracle Face Kit**



**Dead Sea Mud Masque - Risk Free Trial**



**Miracle Face Kit $1,000,000 Giveaway**



**The Miracle Face**



**Dead Sea Masque**

**New Miracle Kit**

ATTACHMENT I

909-28

APP. 000380

Exh. 909

Bunzai Media Group





**Miracle Face Kit**

**Miracle face kit Holiday Campaign**





©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

909-29

APP. 000381

Exh. 909

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Beautiful Skin with the Stroke of a Pen.** Customize your own Organic Target Treatment Kit. Each kit includes a 30 day supply of our Organic Moisturizer (which is a highly concentrated natural formula designed to lock precious moisture into our skin to keep it soft, supple and looking moist and dewy), PLUS your choice of any one of our **4 Revolutionary Organic Target Treatment Pens.**

**They are compact, easy to use and most importantly, they work!**

**Organic Target Treatment**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Soufflé Body Scrub** with DEAD SEA SALT & NUTRIENTS is one of the most **LAVISH, LUSCIOUS ALL NATURAL BODY SCRUBS IN THE WORLD** and will make your skin silky smooth with a beautiful glow.

The scrubbing routine will rub away the dead skin cells on your body (particularly your feet, knees, buttocks, and other dry areas), and the process will also give your skin the ability to absorb self tanners and moisturizer.

View Assets: Banners | Creatives |

**Body Scrub Soufflé - Single Offer**



**Body Scrub Soufflé - Holiday Offer**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I
909-31

APP. 000383
Exh. 909

Bunzai Media Group



   

◆Home   ◆About Us   ◆What We Do   ◆Careers   ◆Contact Us



**Salon Quality Nail Care System for healthy, beautiful hands & feet from the comfort of your home!**

Our ORGANIC NAIL CARE SYSTEM is used in the finest Spas and Salons around the world. From 5 Star Hotels to Celebrity clientele this incredible product is giving women (and men) the hands they desire.

View Assets: Banners | Creatives |

**Organic Nail Kit - Holiday offer #1**



**Organic Nail Kit - Holiday offer #2**



**Organic Nail Kit - Holiday offer #3**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



**Acai Berry Science** is a powerful formula created by a team of experts in diet and nutrition. Our mission is to give you a product that truly works to help you lose weight, increase energy and function at your peak performance.

Our proprietary blend of Acai & Green Tea makes Acai Berry Science **the preferred supplement** for people who are serious about flushing the pounds away and living their best life

**Acai Berry Science**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us▪ What We Do ▪ Contact Us ▪Careers ▪ Affiliate Login

Bunzai Media Group



   

◆Home  ◆About Us  ◆What We Do  ◆Portfolio  ◆Branding  ◆Careers  ◆Contact Us



**ResVall** is a complete diet and wellness nutritional supplement for Adults. With the proven potency of Resveratrol as the foundation of our unique formula, and literally thousands of phytonutrients and antioxidants found in Acai Berry and Pomegranates, and the weight loss benefits of genuine Hoodia & Green Tea Extract.

Our **revolutionary formula** is the **perfect balance of Science & Nature**, and can help you lose weight and achieve better overall health and wellness.

View Assets: Banners | Creatives |

**ResVall**



**ResVall**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

http://204.232.201.236/resvall.html[5/13/2014 12:02:44 PM]

APP. 000386
Exh. 909

Bunzai Media Group



   

◆ Home    ◆ About Us    ◆ What We Do    ◆ Careers    ◆ Contact Us



*Cleanse**Clear* is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using **Cleanse**Clear **helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Cleanse Clear**



All Rights Reserved for Bunzai Media Group INC. ©2011

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

APP. 000387

Exh. 909

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Portfolio   ◆ Branding   ◆ Careers   ◆ Contact Us



SCI-**Cleanse** is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using SCI-**Cleanse helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Sci-Cleanse**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home ▪ About Us ▪ What We Do ▪ Contact Us ▪ Careers ▪ Affiliate Login

ATTACHMENT I

909-36

APP. 000388

Exh. 909

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



Uniqué **Cleanse** is the culmination of years of science and ingenuity. Our team of Scientists and Nutritionists searched the world over to find **9 Super Cleansing Ingredients** that we combined to help you cleanse safely and effectively, from the inside out.

Regularly using Uniqué **Cleanse helps to remove undigested waste as well as the hardened fecal matter that blocks the passageway of the colon**; thus preventing or alleviating the development of constipation and/or other more serious concerns.

**Uniqué Cleanse**



©2011 Bun**Z**ai Media Group, Inc. All Rights Reserved.

Home • About Us • Portfolio • What We Do • Contact Us • branding • Careers • Affiliate Login

Bunzai Media Group



   

◆ Home   ◆ About Us   ◆ What We Do   ◆ Careers   ◆ Contact Us



From parenting magazines to child advocacy groups, experts have long known the benefits of educating your children to the simple lessons that are depicted in the DVD's developed by Planet M3D. Children between the ages of 2 to 6 are like sponges; the earlier you start teaching them good habits, the better life they will have.

**Approved and Endorsed by**...Child Safety Network, Harvard University, Yale University, Brown University and Cornell University

• Enhance language & problem solving skills • Encourage imaginative play through music • Celebrate everyday experiences • Increase self-esteem and social skills

View Assets: Banners | Creatives |

**Planet M3D**



**M3D Holiday**



©2011 BunZai Media Group, Inc. All Rights Reserved.

Home • About Us • What We Do • Contact Us • Careers • Affiliate Login

ATTACHMENT I

909-38

APP. 000390

Exh. 909

AuraVie - The Aura of Youth | AuraVie.com



Copyright ©2014 AuraVie.com, All rights reserved.

Login | AuraVie.com



Login

Email Address:

Password:

Forgot Password?

Login

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**Customer Care**
Contact Us          Return Policy
Privacy Policy      About Us
FAQ                 Terms & Conditions

**Account Information**
Login     Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

Copyright ©2014 AuraVie.com, All rights reserved.

ATTACHMENT I
909-40

APP_000392
Exh. 909

Contact | AuraVie.com



ATTACHMENT I
909-41

APP. 000393
Exh. 909

About Us | AuraVie.com



## About Us

### Thank you for visiting AuraVie.com

AuraVie.com has been providing quality goods and support to hundreds of thousands of customers for many years. We are constantly updating our products, almost every week, in order to provide the most up-to-date merchandise to our customers. Our goal is to provide high quality products with excellent customer support in order to give our customers a great online shopping experience!

We are strong believers in excellent customer service and strive to provide 100% customer satisfaction. We offer dedicated technical support and customer service via email to better serve you and we normally respond to emails within 24 hours. We also have a toll-free customer support number to better assist you. For all of our contact information, click here.

**Customer Care**
Contact Us          Return Policy
Privacy Policy     About Us
FAQ                    Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Copyright ©2014 AuraVie.com, All rights reserved.

Newsletter Sign Up | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]    Call: 1 (866)-216-9336

Home | AuraVie                                    Search  [Go]

Home › Newsletter Sign Up          Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

AURAVIE
FACIAL CARE

## Newsletter Sign Up

Email Address*:  [                    ]

[Subscribe]

**RETURNING CUSTOMERS**

USERNAME

[Login]

**RECENTLY VIEWED**

## Featured Products                    View All Items »

---

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login        Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ]  [Submit]

PayPal  [Mastercard] [VISA] [DISCOVER] [Authorize.Net]

Copyright ©2014 AuraVie.com, All rights reserved.

Frequently Asked Questions | AuraVie.com



### FAQs - Frequently Asked Questions

How long does my order take to ship?
What forms of payment do you accept?
How do you ship the orders?
Will my credit card informa ion be secure?
Can I get my order any faster?
Can I ship my order to a different state or address from my billing address?
I paid for next day air service and my order didn't arrive the next day after I placed the order, why?
What if my item does not func ion upon receiving it?
The status of my order states pending for he past 3-4 days, why?
The status of my order is "Ready To Ship." What does that mean?
Can I make a change on my order, add an item or make an address correc ion?
How can I cancel my order?
What is your exchange/return policy?
Do you ship to Canada?
Do you ship outside the U.S.? How much does it cost?
Will I be emailed my tracking number once my order ships out?

**How long does my order take to ship?**

AuraVie.com's shipping staff is dedicated to processing and shipping your order as quickly and efficiently as possible. Our general turnaround time is 1-3 Business days after your order has been placed. However, as with most online businesses, we ask hat you allow up to 2-9 business days for delivery. We do not ship orders placed on the same day. Please be aware: Orders that consist of 3 or more items can take up 4-5 business days to ship after it has been placed. These orders take longer to prepare for shipment.

**What forms of payment do you accept?**

We accept all major credit cards such as Visa, MasterCard and American Express.

**How do you ship the orders?**

This is our standard shipping method:

Orders shipped to street addresses in the con inental U.S.: Shipped By FedEx, UPS or DHL
Orders shipped to P.O. boxes and rural routes in the continental US: USPS Priority Mail
Orders shipped to Hawaii, Alaska, and Puerto Rico: These orders must ship using Air service.

We cannot ship using the standard ground method as it is not offered by any of the carriers we use. Air service must be selected to have the order ship out. P.O BOX Orders shipping to these States will ship by USPS Priority Mail.

**Will my credit card information be secure?**

Rest assured; **you are visiting a secure site**. All information submitted will be kept private and will not be released or sold.

**Can I get my order any faster?**

Have your order shipped to the billing address, make sure all information is accurate at check out and select one of the following expedited shipping me hods at check out. For orders shipped to street addresses in the con inental United States, we offer FedEx/UPS/DHL 3 Day 2 Day Air Service and/or Next Day Air Service. For PO boxes, rural routes and shipments to Hawaii, Alaska and Puerto Rico, we offer USPS priority mail which can take up to 5 business days for the order to arrive once it has been shipped.If you would like to use any of these me hods, please indicate your choice in the Shipping Options sec ion during Checkout.

*Please be aware that we cannot ship orders the same day that we receive them, so plan accordingly. Please also be aware that FedEx/UPS/DHL does not deliver on Saturday and Sunday. For this reason, a Next Day Air package shipped on Friday will arrive on Monday, and a 3 Day Select package shipped on Friday will arrive the following Wednesday. Again, please plan accordingly!*

**Can I ship my order to a different state or address from my billing address?**

Sure, you certainly may ship to any address you wish. Please note if you ship to an alternative address, we may require addi ional identity verification. You may be contacted by our verification team - emails will be sent from AuraVie.com. To expedite he processing of your order,

ATTACHMENT I
909-44

APP. 000396
Exh. 909

please be available at the phone number or email address  hat you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you,  his could cause delays in the processing of your order or lead to cancellation of your order. We at AuraVie.com apologize if this causes any inconvenience.

**I paid for next day air service and my order didn't arrive the next day after I placed the order, why?**

Next Day Air Service means your order will be shipped by that shipping method 1-3 days after the order has been placed. If your order happens to ship on a Friday, it will be delivered on Monday as we do not have FedEx/UPS/DHL deliver on weekends due to extra costs. If it ships on a Tuesday it should arrive the next business day, once the package is picked up by our carrier they are responsible for the package.

**What if my item does not function upon receiving it?**

All of our items are protected by a 30 Day Warranty. If your item arrives defective please contact one of our friendly Customer Service Representatives immediately in order to obtain further instructions. You can also visit our return policy page for fur her instructions.

**The status of my order states pending for the past 3-4 days, why?**

It can mean  he following: There was a problem with your order when it was processed, your address did not match with what's on file with your credit card company or you did not type in  he correct 3 digit Card ID on the back of your credit card.

Due to the high amount of fraudulent orders originating from different billing and ship to addresses your order will need to be approved to ship by our verification process. All orders consisting of two different addresses will be delayed until they are verified by our staff. Our verification department will get in contact wi h you to verify  he order.

*Please note that we may require additional identity verification. If further validation is needed you may be contacted by our verification team - emails will be sent from our customer service department. To expedite the processing of your order, please be available at the phone number or email address that you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you, this could cause delays in the processing of your order.*

**The status of my order is "Ready To Ship." What does that mean?**

This status means  hat your order has been processed and is being prepared to ship.

**Can I make a change on my order, add an item or make an address correction?**

Due to our high volume, all orders  hat are processed successfully go directly to  he shipping floor within hours after the order is placed to get it shipped to you as quickly as possible. We are unable to modify or cancel your order once it has been placed and handed over to our warehouse. Please make sure all informa ion is correct before processing your order.

**How can I cancel my order?**

Please contact customer service as soon as possible. Please be aware that once your item has shipped, the order cannot be canceled, so please try to be as sure as possible of the item you are ordering at the time of purchase.

**What is your exchange/return policy?**

Please click here to read our policy and instruc ions to know what you need to do in order to have your items exchanged or if you are returning your order for a refund or a store credit.

**Do you ship to Canada?**

Yes we do ship/offer shipping services to Canada. Please follow the instructions at check out and read our international shipping policy.

You can place  he order directly on AuraVie.com using Pay Pal or Google Check out Option.
All Canada Orders are shipped by FedEx/UPS/DHL International Economy or Priority Air Service (You will have to select the shipping method at check out). Canada shipping rates will be estimated at check out, the shipping rate that is quoted by the website is what will be charged and we are unable to refund any shipping charges or make excep ions.
"Due to the High Shipping Costs, All International SALES ARE FINAL." This means we do not offer exchanges or refunds and our 30 Day Exchange or Return Policy does not apply to your order.
**Do you ship outside the U.S.? How much does it cost?**

AuraVie.com ships all over the world.

Due to our agreement wi h Pay Pal and Google Check out we are able to ship to most Countries as long as you place the order using any of these two checkout methods. The customer is responsible for all taxes, duties, and other fees  hat may apply upon delivery of order. Please

Frequently Asked Questions | AuraVie.com

check before you order.

**Will I be emailed my tracking number once my order ships out?**

Yes, you are emailed a tracking # once the order has been approved to ship, assigned a tracking # and handed over to the warehouse for shipment.

**Please Note: although your order has been marked shipped and you receive this email confirmation, please allow up to 48-72 hours for tracking activity to follow. There will be movement within that time frame.**

| **Customer Care** | | **Account Information** | | **Join our Coupons List** |
| --- | --- | --- | --- | --- |
| Contact Us | Return Policy | Login | Wholesale | Get the latest products info and special offers. |
| Privacy Policy | About Us | Register | | |
| FAQ | Terms & Conditions | | | Submit |

Copyright ®2014 AuraVie.com, All rights reserved.

http://www.auravie.com/site/faq[3/25/2014 9:48:31 AM]

Create an Account | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us:    Call: 1 (866)-216-9336

Home | AuraVie      Search   Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty.

**AURAVIE**
FACIAL CARE

## Register

### Create a New Account

**RETURNING CUSTOMERS**

USERNAME

Login

**RECENTLY VIEWED**

Email Address: _____

First Name: _____

Last Name: _____

Password: _____

Repeat Password: _____

Create Account

| **Customer Care** | | **Account Information** | | **Join our Coupons List** |
|---|---|---|---|---|
| Contact Us | Return Policy | Login | Wholesale | Get the latest products info and special offers. |
| Privacy Policy | About Us | Register | | |
| FAQ | Terms & Conditions | | | Submit |

PayPal   MasterCard   VISA   DISCOVER   Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

ATTACHMENT I
909-47

APP. 000399
Exh. 909

Login | AuraVie.com



Login

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

Login

**RECENTLY VIEWED**

Email Address:

Password:

Forgot Password?

Login

Featured | AuraVie.com



AURAVIE
FACIAL CARE

**Featured Products**

No products were found.

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**Customer Care**
Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**
Login    Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

Copyright ©2014 AuraVie.com, All rights reserved.

APP. 000401
Exh. 909

AuraVie | AuraVie.com



AuraVie - Facial Care | AuraVie.com



ATTACHMENT I
909-51

APP. 000403
Exh. 909

Returns Policy | AuraVie.com



## Return Policy

Please contact us if you need to return an item within 14 days from when he shipment is received. We cannot process any return or refund after his ime frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

---

**Customer Care**
Contact Us     Return Policy
Privacy Policy  About Us
FAQ           Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

[                    ] Submit

Copyright ©2014 AuraVie.com, All rights reserved.

ATTACHMENT I
909-52

APP_ 000404
Exh. 909

Privacy Policy | AuraVie.com



# Privacy Policy

## Welcome to AuraVie.com.

By using his site, you **AGREE** to AuraVie.com's Privacy Policy.

AuraVie.com uses an order form for customers to request information, products, and services. We collect visitor's contact information (like their email address) and financial information (like their account or credit card numbers). Contact information from the order form is used to send orders to our customers.

Customer Privacy is very important to us. We absolutely do not sell, rent, or share your personal information including email address with any third party, entity, or company.

AuraVie.com takes seriously he issue of safeguarding your privacy online. Every transaction conducted at our store is encrypted for your protec ion. Customer order information, i.e. Bill To and Ship To addresses, credit card information and phone numbers, are used to process he order only; Customer e-mail addresses are used to send shipment updates.

If you are under ages 13, you must have your parent or guardian's assistance or permission in using this site. AuraVie.com is not responsible for he actions of any one using his site.

Please note: Prices & specifications subject to change without notice. Please contact us for any question regarding the privacy policy. AuraVie.com is not responsible for injuries incurred from misassembly, user errors, crazy stunts without adult supervision, or stupidity.

Informa ion that you submit about yourself may be used by AuraVie.com to provide you requested services, communicate with you about AuraVie.com products, improve your online experience, or support our con inuing efforts to offer you the information and services you want most. Currently, we do not share your specific information with non-affiliated companies or organiza ions outside of AuraVie.com without your permission. We reserve he right to do so in the future, however. AuraVie.com does provide aggregate statis ics and information about our sales, traffic patterns and related site informa ion to hird parties. We also reserve the right to share aggregate sta istical data of which your personal information is a part, as well as your specific personal information some ime in the future. You are responsible for checking his Policy periodically to monitor any changes to our data sharing practices. In addition, AuraVie.com may, and you hereby authorize us to, disclose your personal information when required to do so by law, when AuraVie.com, in its sole discretion believes that you are in violation of our Terms of Service Agreement, or when you violate any state or federal laws, or AuraVie.com in its sole discretion deems it necessary or appropriate to protect the personal safety of other users of AuraVie.com services or to protect the rights or property of AuraVie.com.

Please contact us if you have any question about our Privacy Policy:

AuraVie.com
PO Box 10465,
Van Nuys, CA 91410
USA

Email: support@auravie.com

Copyright ©2014 AuraVie.com, All rights reserved.

Terms of Use | AuraVie.com



## Terms Of Use

AuraVie.com, together with its subsidiaries and affiliates provides you access and use of this site subject to your compliance with these terms and conditions of use. By accessing, browsing and using this site (http://www.auravie.com/), you agree to be bound by the site terms and all applicable law. If you do not agree to be bound by the site terms and applicable law each time you use this site or you do not have the authority to agree to or accept these site terms, you may not use the site.

Additional policies and terms apply to use of specific portions of this Site and to the purchase of certain Merchandise or Services and are included as part of the Site Terms. The Site Terms and Conditions apply exclusively to your access to, and use of, this Site and do not alter in any way the terms or conditions of any other agreement you may have with AuraVie.com for products, services, or otherwise.

AuraVie.com reserves the right to modify these Site Terms in our sole discretion from time to time and only AuraVie.com has the right to do so. If the Site Terms are changed, we will post the new terms on the Site and note the date they were last updated. Any changes or modifications will be effective upon posting of the Site Terms as revised, and your use of the Site following the posting will constitute your acceptance of the new Site Terms.

This Site is operated by a U.S. entity and is governed by the state and federal laws of the United States. The laws of your jurisdiction may be more or less strict than the laws that apply to this Site. If you access this Site from outside the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction.

Subject to applicable law, we: (a) reserve the right to change the goods and services advertised or offered for sale through this Site, the prices or specifications of such goods and services, and any promotional offers and any other Site Materials at any time and from time to time without any notice or liability to you or any other person; (b) cannot guarantee that goods or services advertised or offered for sale on this Site will be available when ordered or hereafter; (c) reserve the right to limit quantities sold or made available for sale; (d) do not warrant that the Site Materials (including without limitation product descriptions or photographs) are accurate, complete, reliable, current or error-free; and (e) reserve the right to cancel, to terminate or not to process orders (including accepted orders) where the price or other material information on this site is inaccurate or when we recognize abuse of our policies. If we do not process an order for such reason, we will advise you that the order has been cancelled and will either not charge you or will apply credit to the payment type used in the order. Some jurisdictions may not allow the exclusions and disclaimers of certain implied warranties, so some of the provisions of this section may not apply to you.

If we are legally required to collect sales tax on merchandise you order, the tax amount will be added automatically to your purchase price. On rare occasions an error in our state sales tax database may cause the sales tax charge to be incorrect. If this happens, at any time up to two years from your date of purchase you may contact us for a refund of tax overcharges. This right to a refund is your exclusive remedy for sales tax errors.

By using the Site, you agree not to do any of the following:

1. Upload to, distribute or otherwise publish through this Site any message, information, text or other material ("Content") that is unlawful, libelous, defamatory, obscene, pornographic, indecent, lewd, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory or otherwise objectionable;

2. Upload or transmit any Content that would constitute or encourage a criminal offense, violate the rights of any party, or that would otherwise create liability or violate any local, state, national, or international law, including without limitation, the regulations of the U.S. Securities and Exchange Commission, any rules of any securities exchange such as the New York Stock Exchange, the American Stock Exchange, or the Nasdaq Stock Market;

3. Upload or transmit any Content that may infringe any patent, trademark, trade secret, copyright, or other intellectual or proprietary right of any party. By posting any Content, you represent and warrant that you have the lawful right to distribute and reproduce such Content;

4. Impersonate any person or entity or otherwise misrepresent your affiliation with a person or entity;

5. Upload to, distribute or otherwise publish through this Site any Content such as charity requests, petitions for signatures, chain letters or

ATTACHMENT I
909-54

APP. 000406
Exh. 909

Terms of Use | AuraVie.com

letters rela ing to pyramid schemes, advertising or solicita ions for funds, political campaigning, mass mailings, any form of unsolicited commercial email or "spam," (regardless of whether the email itself complies with  he requirements of federal or state law for sending commercial email) or offering or disseminating fraudulent goods, services, schemes or promotions; and

6. Disseminate any harmful content of any kind, including without limitation, viruses, Trojan horses, worms, time bombs, zombies, cancel bots or any other computer programming routines  hat may damage, interfere with, surreptitiously intercept or expropriate any system, program, data or personal information.

AuraVie.com makes no claim or representation regarding, and accepts no responsibility for the quality, content, nature or reliability of web sites accessible by hyperlink from this Site, or web sites linking to  his Site.

You remain solely liable for the Content of any messages or o her information you upload or transmit to the discussion forums or interactive areas of this Site. You agree to indemnify and hold harmless AuraVie.com and its parents, subsidiaries, affiliates, employees, agents and representatives from any claim, action, demand, loss, or damages (including attorneys' fees) made or incurred by any third party arising out of or relating to your conduct, your viola ion of these terms and conditions, or your violation of any rights of a third party. Indirect or attempted viola ions of these Site Terms or any policy, and actual or attempted violations by a third party on behalf of a user of this Site will be considered violations of these Site Terms by such user.

This website is designed for and intended for use by adults. If you are under 18, you may use this Site only wi h involvement of a parent or guardian. If you are a parent or legal guardian, you must monitor and supervise the use of this site by children, minors and others under your care. You agree to be responsible for their use of  his website.

### DISCLAIMER

THIS SITE AND THE MATERIALS PROVIDED HEREIN ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. AuraVie.com DISCLA MS ALL WARRANTIES, EXPRESS OR  MPLIED, INCLUDING, BUT NOT LIMITED TO,  MPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT WITH RESPECT TO THE SITE AND MATERIALS, CONTENT, SERVICES AND PRODUCT ON THIS SITE. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT MATERIALS IN THIS SITE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE. AuraVie.com IS NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO PRICING, TEXT OR PHOTOGRAPHY. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT THIS SITE OR ITS SERVER(S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, EVEN IF AuraVie.com OR IT'S AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU EXPRESSLY AGREE THAT USE OF THIS SITE, INCLUDING ALL CONTENT, DATA OR SOFTWARE DISTRIBUTED BY, DOWNLOADED OR ACCESSED FROM OR THROUGH THIS SITE IS AT YOUR SOLE RISK.

Reference to any products, services, processes, or o her information, by trade name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship or recommendation  hereof by AuraVie.com.

---

**Customer Care**

Contact Us
Privacy Policy
FAQ

**Account Information**

Return Policy
About Us
Terms & Conditions

Login          Wholesale
Register

**Join our Coupons List**

Get the latest products info and special offers.

[                    ] [Submit]

Copyright ©2014 AuraVie.com, All rights reserved.

ATTACHMENT I                                          APP. 000407

909-55                                               Exh. 909

Wholesale Dealer Application | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]     Call: 1 (866)-216-9336

| Home | AuraVie | | Search | Go |

Home › Wholesale        Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

[ Login ]

RECENTLY VIEWED

## Wholesale Dealer Application

### Contact Info
*required field

First Name:*

Last Name:*

Title:

Contact Phone:*

Email:*

### Billing Address

Address 1:*

Address 2:

City:*

State:   Alabama

Country:   United States

Zipcode:*

### Shipping Address ☐ Same as billing address

Address 1:*

Address 2:

City:*

State:   Alabama

Country:   United States

Zipcode:*

### Company Info

Company Name:*

Company Type:   Individual

Tax ID:

Company Website:

Phone:*

Fax:

# Employees:

# Physical Locations:

Annual Revenue:

Company Description:

http://www.auravie.com/site/wholesale[3/25/2014 9:53:24 AM]

Wholesale Dealer Application | AuraVie.com

| Distribution Types: | ☐ Catalog |
| | ☐ Direct Sales |
| | ☐ Flea Markets |
| | ☐ Internet Sales |
| | ☐ Retail Sales |
| | ☐ Vending Carts |
| | ☐ Wholesale |

Other Distribution Type: [                    ]

Preferred Payment Method: [ Cashier Check        ]

Message: [                    ]

☐ I have read and agree to the Terms and Conditions. *

**Sign Up**

---

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login          Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ] [Submit]

   

Copyright ®2014 AuraVie.com, All rights reserved.

Auravie REVIVE Age-Defying Serum | AuraVie.com



# AURAVIE REVIVE AGE-DEFYING SERUM

**AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum that lifts and firms the eye area, face and neck; improving elasticity and hydrating the skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

**Retail: $159.99**

## Price: $129.99

Qty: [ 1 ]   **Add to Cart**

- Lift, tone & tighten tired skin
- Improves elasticity and hydration
- Diminish Wrinkles and Fine Lines
- 1.0 FL. OZ/30ml, 30 day Supply

**Item ID:** AS-01-RFS
**Availability:** IN STOCK
**Free Shipping on all orders over $99.00**

## Description

AuraVie REVIVE Age-Defying Serum contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea fruit oil( Acai Berries), Aloe Barbadensis leaf, Glycerin, Camellia Sinensis leaf extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Helianthus Annuus(Sunflower) seed oil Unsaponifiables, lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, CM-Glucan(Yeast Extract) Xantan, Hyaluronic Acid, Cholcaiciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potasium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REVIVE Age-Defying Serum** by gently dabbing it around the eye area, face and neck. Massage gently until it is almost absorbed into the skin. Let skin rest for 1 to 2 minutes then apply **AuraVie REPLENISH Day/Night Moisturizer**. For best results use twice daily.



Auravie REVIVE Age-Defying Serum | AuraVie.com

**Customer Care**

Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**

Login
Register

Wholesale

**Join our Coupons List**

Get the latest products info and special offers.

Submit

   

Copyright ®2014 AuraVie.com, All rights reserved.

http://www.auravie.com/products/auravie-revive-age-defying-serum_as-01-rfs[3/25/2014 9:53:55 AM]

APP. 000411

Exh. 909

AuraVie 3-IN-1 Skincare System | AuraVie.com



# AURAVIE 3-IN-1 SKINCARE SYSTEM

**AuraVie 3-IN-1 Skin Rejuvenation Treatment** is a 3 Step solution made with only the **finest natural ingredients**. Using this revolu ionary system as directed will **restore vitality to your skin** and **reduce the appearance of aging**.

Retail: $329.99

## Price: $219.99

Qty: 1   **Add To Cart**

- Lift, tone & tighten tired skin
- Promotes Cell Renewal
- Improves elasticity and hydration
- Diminish Wrinkles and Fine Lines

Item ID: AS-01-3IN1
Availability: IN STOCK
**Free Shipping on all orders over $99.00**

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

**Login**

**RECENTLY VIEWED**

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART

REVIVE
Age-Defying Serum
**Our Price: $129.99**
ADD TO CART

View Larger   Email a Friend

## Description

AuraVie 3-IN-1Skin Rejuvenation System contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D which promote healthy skin renewal, as well as, nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in treatments that **RENEW, REVIVE & REPLENISH** your skin for lasting beauty.

**Step 1: AuraVie RENEW Facial Toner/Cleanser** is a refreshing and revitalizing treatment designed to gently remove skin impurities including make-up, dirt and surface oils, without stripping precious lipids. Leaves skin clean, toned, radiant and primed for the day or night ahead. Defying gravity has never been so easy!

**Step 2: AuraVie REVIVE Age-Defying Serum** is an ALL-IN-ONE serum that lifts and firms the eye area, face and neck; improving elasticity and hydrating the skin, while diminishing dark circles, fine lines and wrinkles. **REPAIRING, CONDITIONING & RENEWING**; you can see it working to revive your skin, giving you a more smooth and velvety complexion.

**Step 3: AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration**. REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

**Ingredients:** Please see individual products for ingredients list.

**Directions:** Please see individual products for Directions for use.



REAL PEOPLE... REAL RESULTS

"I've used every product under the sun to help turn back time. My esthe ician gave me the AuraVie 3-IN-1 Skincare System and from the first day, I was blown away by the results. My husband actually complimented me on my "beautiful complexion," and believe me he never notices anything. Now I finally love he skin I'm in!" - ███, NV

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...

ATTACHMENT I
909-60

APP. 000412
Exh. 909

AuraVie 3-IN-1 Skincare System | AuraVie.com



**REPLENISH**
Day/Night
**Our Price:**
**$139.99**

**REVIVE**
Age-Defying Serum
**Our Price:**
**$129.99**

**REFRESH**
Facial Peel
**Our Price:**
**$119.99**

**Customer Care**

Contact Us         Return Policy
Privacy Policy     About Us
FAQ                Terms & Conditions

**Account Information**

Login              Wholesale
Register

**Join our Coupons List**

Get the latest products info and special offers.

Submit

  

Copyright ®2014 AuraVie.com, All rights reserved.

ATTACHMENT I

909-61

APP. 000413

Exh. 909

Auravie REFRESH Facial Peel | AuraVie.com



ATTACHMENT I
909-62
APP. 000414
Exh. 909

Auravie REFRESH Facial Peel | AuraVie.com

**Customer Care**
Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**
Login                Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.

Submit

  

Copyright ©2014 AuraVie.com, All rights reserved.

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com



# AURAVIE REPLENISH DAY/NIGHT MOISTURIZER

**AuraVie REPLENISH Day/Night Moisturizer** is a protective, all purpose face & neck moisturizer **formulated to increase moisture retention, smooth skin texture and encourage natural cell regeneration.** REVITALIZING, NOURISHING & HYDRATING without any oily residue, leaving your skin feeling soft and looking years younger.

**Retail: $159.99**

## Price: $139.99

Qty: [ 1 ]    **Add to Cart**

- Lift, tone & tighten tired skin
- Improves skin texture and cell regeneration
- Diminish Wrinkles and Fine Lines
- 1.75 FL. OZ/50ml, 30 day Supply

**Item ID: AS-01-DNM**
**Availability: IN STOCK**
**Free Shipping on all orders over $99.00**

**AURAVIE**
FACIAL CARE

**RETURNING CUSTOMERS**

USERNAME

**Login**

**RECENTLY VIEWED**

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
ADD TO CART

**REFRESH**
**Facial Peel**
**Our Price: $119.99**
ADD TO CART

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
ADD TO CART

View Larger    Email a Friend

## Description

**AuraVie REPLENISH Day/Night Moisturizer** contains the potent benefits of Omega 3, 6 & 9 and Vitamin A, E, C & D, which promote healthy skin renewal, as well as nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in a premium skincare treatment that will **REFRESH, REVIVE & REPLENISH** your skin for long lasting beauty.

**Ingredients:** Water(Aqua), Euterpe Oleracea Fruit Oil(Acai Berries)Aloe Barbadensis Leaf Extract, Caprylic/Capric Triglycerides, Helianthus annuus(Sunflower Oil), Glycerin, Cetyl Alcohol, Glyceryl Stearate,Butyrosperum Parkii(Shea Butter), Simmonsia Chinensis(Jojoba Oil) Leaf Extract, Resveratrol, Vitis Vinifera(Red Wine Extract), Lecithin(Phospholipids) Glycine Soja(Soybean) Unsaponifiables, Xanthan, Sorbitol Stearate, Hyaluronic Acid, Cholcalciferol(Vitamin D3), Tocopherol Acetate, Phenoxyethanol, Potasium Sorbate.

**Directions:** Wash face and pat dry. Apply a small amount of **AuraVie REPLENISH Day/Night Moisturizer** to soothe and smooth your skin and return it to a healthy balance. For best results use twice daily.



REAL PEOPLE... REAL RESULTS

"I have very sensitive skin and I break out very easily, but with AuraVie Replenish moisturizer, I never have to worry about that again. This is by far the best moisturizer I have ever used. It is incredibly light and non greasy and actually lifts my mood. I don't know how it works exactly, I'm just glad it does." –█████, TX

YOU MAY ALSO BE INTERESTED IN THESE PRODUCTS...

**AuraVie 3-IN-1**
**Skincare System**
**Our Price:**
**$219.99**

**REVIVE**
**Age-Defying Serum**
**Our Price:**
**$129.99**

**REFRESH**
**Facial Peel**
**Our Price:**
**$119.99**

ATTACHMENT I
909-64
APP. 000416
Exh. 909

Auravie REPLENISH Day/Night Moisturizer | AuraVie.com

**Customer Care**

Contact Us        Return Policy
Privacy Policy    About Us
FAQ               Terms & Conditions

**Account Information**

Login       Wholesale
Register

**Join our Coupons List**

Get the latest products info and special offers.

Submit

   

Copyright ®2014 AuraVie.com, All rights reserved.

http://www.auravie.com/products/auravie-replenish-daynight-moisturizer_as-01-dnm[3/25/2014 9:55:32 AM]

ATTACHMENT I

909-65

APP. 000417

Exh. 909

AuraVie – The Aura of Youth | AuraVie.com



ATTACHMENT I
909-66

APP. 000418
Exh. 909

Contact | AuraVie.com



If you have a comment, question or concern, we recommend that you first try our FAQ, where many of the most common questions are thoroughly discussed, as you may find an immediate answer. If your question is not answered by our FAQ, please contact us via any of the below methods and we'll be more than happy to assist you with any question or concern you may have.

Due to the high volume of phone calls we receive each day, we highly recommend that you submit your question via he contact form. Please include as many details as possible such as order number, product model, name and contact phone number. This way we can forward your concern to he proper support representative and hey will normally respond to your question within 24 hours.

Or you may contact us by emailing us at: support@auravie.com

**Our Location**
AuraVie.com
PO Box 10465
Van Nuys CA 91410
USA

**Office Hours:**
7:00 AM-4:00 PM, Monday-Friday, Pacific Time. Closed on U.S. Holidays

**Customer Service:**
Phone: (866)-216-9336

ATTACHMENT I
909-67

APP. 000419
Exh. 909

About Us | AuraVie.com



Newsletter Sign Up | AuraVie.com

# AuraVie

My Account    Contact Us    Follow us: [f] [t]    Call: 1 (866)-216-9336

Home | AuraVie    Search [ Go ]

Home › Newsletter Sign Up    Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Newsletter Sign Up

Email Address*:  [                    ]

[ Subscribe ]

### RETURNING CUSTOMERS

[ USERNAME ]

[                    ]

[ Login ]

### Featured Products                                    View All Items ››

### RECENTLY VIEWED

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
[ ADD TO CART ]

**REFRESH**
**Facial Peel**
**Our Price: $119.99**
[ ADD TO CART ]

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
[ ADD TO CART ]

---

**Customer Care**          **Account Information**       **Join our Coupons List**
Contact Us    Return Policy   Login      Wholesale      Get the latest products info and special offers.
Privacy Policy  About Us       Register
FAQ          Terms & Conditions                          [                    ] [ Submit ]

[PayPal] [MasterCard] [VISA] [DISCOVER] [Authorize.Net]

Copyright ©2014 AuraVie.com, All rights reserved.

Frequently Asked Questions | AuraVie.com



https://www.auravie.com/site/faq[3/25/2014 9:58:42 AM]

Frequently Asked Questions | AuraVie.com

please be available at the phone number or email address  hat you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you,  his could cause delays in the processing of your order or lead to cancellation of your order. We at AuraVie.com apologize if this causes any inconvenience.

**I paid for next day air service and my order didn't arrive the next day after I placed the order, why?**

Next Day Air Service means your order will be shipped by that shipping method 1-3 days after the order has been placed. If your order happens to ship on a Friday, it will be delivered on Monday as we do not have FedEx/UPS/DHL deliver on weekends due to extra costs. If it ships on a Tuesday it should arrive the next business day, once the package is picked up by our carrier they are responsible for the package.

**What if my item does not function upon receiving it?**

All of our items are protected by a 30 Day Warranty. If your item arrives defective please contact one of our friendly Customer Service Representatives immediately in order to obtain further instructions. You can also visit our return policy page for fur her instructions.

**The status of my order states pending for the past 3-4 days, why?**

It can mean  he following: There was a problem with your order when it was processed, your address did not match with what's on file with your credit card company or you did not type in  he correct 3 digit Card ID on the back of your credit card.

Due to the high amount of fraudulent orders originating from different billing and ship to addresses your order will need to be approved to ship by our verification process. All orders consisting of two different addresses will be delayed until they are verified by our staff. Our verification department will get in contact wi h you to verify  he order.

*Please note that we may require additional identity verification. If further validation is needed you may be contacted by our verification team - emails will be sent from our customer service department. To expedite the processing of your order, please be available at the phone number or email address that you provide so that we are able to contact you if need be. Please note that if our verification team is unable to contact you, this could cause delays in the processing of your order.*

**The status of my order is "Ready To Ship." What does that mean?**

This status means  hat your order has been processed and is being prepared to ship.

**Can I make a change on my order, add an item or make an address correction?**

Due to our high volume, all orders  hat are processed successfully go directly to  he shipping floor within hours after the order is placed to get it shipped to you as quickly as possible. We are unable to modify or cancel your order once it has been placed and handed over to our warehouse. Please make sure all informa ion is correct before processing your order.

**How can I cancel my order?**

Please contact customer service as soon as possible. Please be aware that once your item has shipped, the order cannot be canceled, so please try to be as sure as possible of the item you are ordering at the time of purchase.

**What is your exchange/return policy?**

Please click here to read our policy and instruc ions to know what you need to do in order to have your items exchanged or if you are returning your order for a refund or a store credit.

**Do you ship to Canada?**

Yes we do ship/offer shipping services to Canada. Please follow the instructions at check out and read our international shipping policy.

You can place  he order directly on AuraVie.com using Pay Pal or Google Check out Option.
All Canada Orders are shipped by FedEx/UPS/DHL International Economy or Priority Air Service (You will have to select the shipping method at check out). Canada shipping rates will be estimated at check out, the shipping rate that is quoted by the website is what will be charged and we are unable to refund any shipping charges or make excep ions.
"Due to the High Shipping Costs, All International SALES ARE FINAL." This means we do not offer exchanges or refunds and our 30 Day Exchange or Return Policy does not apply to your order.
**Do you ship outside the U.S.? How much does it cost?**

AuraVie.com ships all over the world.

Due to our agreement wi h Pay Pal and Google Check out we are able to ship to most Countries as long as you place the order using any of these two checkout methods. The customer is responsible for all taxes, duties, and other fees  hat may apply upon delivery of order. Please

ATTACHMENT I

909-71

APP. 000423

Exh. 909

Frequently Asked Questions | AuraVie.com

check before you order.

**Will I be emailed my tracking number once my order ships out?**

Yes, you are emailed a tracking # once the order has been approved to ship, assigned a tracking # and handed over to the warehouse for shipment.

**Please Note: although your order has been marked shipped and you receive this email confirmation, please allow up to 48-72 hours for tracking activity to follow. There will be movement within that time frame.**

| Customer Care | | Account Information | | Join our Coupons List |
|---|---|---|---|---|
| Contact Us | Return Policy | Login | Wholesale | Get the latest products info and special offers. |
| Privacy Policy | About Us | Register | | |
| FAQ | Terms & Conditions | | | |

Submit

Copyright ®2014 AuraVie.com, All rights reserved.

https://www.auravie.com/site/faq[3/25/2014 9:58:42 AM]

APP. 000424
Exh. 909

Create an Account | AuraVie.com



ATTACHMENT I
909-73

APP_000425
Exh. 909

Recover Password | AuraVie.com

# AuraVie

My Account   Contact Us   Follow us: [f] [t]   Call: 1 (866)-216-9336

Home | AuraVie                                          Search   [Go]

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Recover Account Password

Email Address:  [                    ]

[ Recover Password ]

### RETURNING CUSTOMERS

[ USERNAME ]

[                    ]

[ Login ]

### RECENTLY VIEWED

**REPLENISH**
**Day/Night Moisturizer**
**Our Price: $139.99**
[ ADD TO CART ]

**REFRESH**
**Facial Peel**
**Our Price: $119.99**
[ ADD TO CART ]

**AuraVie 3-IN-1**
**Skincare System**
**Our Price: $219.99**
[ ADD TO CART ]

---

**Customer Care**           **Account Information**      **Join our Coupons List**
Contact Us   Return Policy   Login      Wholesale       Get the latest products info and special offers.
Privacy Policy   About Us    Register
FAQ          Terms & Conditions                          [            ]  [ Submit ]

PayPal  [MasterCard] [VISA] [DISCOVER] [Authorize.Net]

Copyright ©2014 AuraVie.com, All rights reserved.

https://www.auravie.com/account/password-recovery/[3/25/2014 10:00:45 AM]

APP. 000426
Exh. 909

AuraVie | AuraVie.com



ATTACHMENT I
909-75

APP. 000427
Exh. 909

AuraVie - Facial Care | AuraVie.com



Returns Policy | AuraVie.com



## Return Policy

Please contact us if you need to return an item within 14 days from when he shipment is received. We cannot process any return or refund after his ime frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

Copyright ©2014 AuraVie.com, All rights reserved.

Privacy Policy | AuraVie.com



## Privacy Policy

### Welcome to AuraVie.com.

By using his site, you **AGREE** to AuraVie.com's Privacy Policy.

AuraVie.com uses an order form for customers to request information, products, and services. We collect visitor's contact information (like their email address) and financial information (like their account or credit card numbers). Contact information from the order form is used to send orders to our customers.

Customer Privacy is very important to us. We absolutely do not sell, rent, or share your personal information including email address with any third party, entity, or company.

AuraVie.com takes seriously he issue of safeguarding your privacy online. Every transaction conducted at our store is encrypted for your protec ion. Customer order information, i.e. Bill To and Ship To addresses, credit card information and phone numbers, are used to process he order only; Customer e-mail addresses are used to send shipment updates.

If you are under ages 13, you must have your parent or guardian's assistance or permission in using this site. AuraVie.com is not responsible for he actions of any one using his site.

Please note: Prices & specifications subject to change without notice. Please contact us for any question regarding the privacy policy. AuraVie.com is not responsible for injuries incurred from misassembly, user errors, crazy stunts without adult supervision, or stupidity.

Informa ion that you submit about yourself may be used by AuraVie.com to provide you requested services, communicate with you about AuraVie.com products, improve your online experience, or support our con inuing efforts to offer you the information and services you want most. Currently, we do not share your specific information with non-affiliated companies or organiza ions outside of AuraVie.com without your permission. We reserve he right to do so in the future, however. AuraVie.com does provide aggregate statis ics and information about our sales, traffic patterns and related site informa ion to hird parties. We also reserve the right to share aggregate sta istical data of which your personal information is a part, as well as your specific personal information some ime in the future. You are responsible for checking his Policy periodically to monitor any changes to our data sharing practices. In addition, AuraVie.com may, and you hereby authorize us to, disclose your personal information when required to do so by law, when AuraVie.com, in its sole discretion believes that you are in violation of our Terms of Service Agreement, or when you violate any state or federal laws, or AuraVie.com in its sole discretion deems it necessary or appropriate to protect the personal safety of other users of AuraVie.com services or to protect the rights or property of AuraVie.com.

Please contact us if you have any question about our Privacy Policy:

AuraVie.com
PO Box 10465,
Van Nuys, CA 91410
USA

Email: support@auravie.com

Copyright @2014 AuraVie.com, All rights reserved.

Terms of Use | AuraVie.com



Home  ›  Terms of Use

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty



**AURAVIE**
FACIAL CARE

RETURNING CUSTOMERS

USERNAME

Login

RECENTLY VIEWED

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

**REFRESH**
Facial Peel
**Our Price: $119.99**
ADD TO CART

**AuraVie 3-IN-1**
Skincare System
**Our Price: $219.99**
ADD TO CART

## Terms Of Use

AuraVie.com, together with its subsidiaries and affiliates provides you access and use of this site subject to your compliance with these terms and conditions of use. By accessing, browsing and using this site (http://www.auravie.com/), you agree to be bound by the site terms and all applicable law. If you do not agree to be bound by the site terms and applicable law each  ime you use  his site or you do not have he au hority to agree to or accept these site terms, you may not use  he site.

Addi ional policies and terms apply to use of specific portions of this Site and to  he purchase of certain Merchandise or Services and are included as part of the Site Terms. The Site Terms and Conditions apply exclusively to your access to, and use of, this Site and do not alter in any way  he terms or conditions of any other agreement you may have with AuraVie.com for products, services, or otherwise.

AuraVie.com reserves  he right to modify these Site Terms in our sole discretion from time to  ime and only AuraVie.com has the right to do so. If the Site Terms are changed, we will post the new terms on the Site and note the date they were last updated. Any changes or modifications will be effective upon pos ing of the Site Terms as revised, and your use of  he Site following  he posting will constitute your acceptance of the new Site Terms.

This Site is operated by a U.S. entity and is governed by the state and federal laws of the United States. The laws of your jurisdiction may be more or less strict than the laws that apply to this Site. If you access this Site from outside the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction.

Subject to applicable law, we: (a) reserve  he right to change the goods and services adver ised or offered for sale through this Site, the prices or specifications of such goods and services, and any promotional offers and any other Site Materials at any time and from time to  ime without any notice or liability to you or any other person; (b) cannot guarantee that goods or services advertised or offered for sale on his Site will be available when ordered or  hereafter; (c) reserve the right to limit quantities sold or made available for sale; (d) do not warrant that the Site Materials (including without limitation product descrip ions or photographs) are accurate, complete, reliable, current or error-free; and (e) reserve  he right to cancel, to terminate or not to process orders (including accepted orders) where the price or o her material information on this site is inaccurate or when we recognize abuse of our policies. If we do not process an order for such reason, we will advise you that the order has been cancelled and will ei her not charge you or will apply credit to the payment type used in the order. Some jurisdictions may not allow the exclusions and disclaimers of certain implied warranties, so some of the provisions of this section may not apply to you.

If we are legally required to collect sales tax on merchandise you order, the tax amount will be added automatically to your purchase price. On rare occasions an error in our state sales tax database may cause the sales tax charge to be incorrect. If this happens, at any  ime up to two years from your date of purchase you may contact us for a refund of tax overcharges. This right to a refund is your exclusive remedy for sales tax errors.

By using  he Site, you agree not to do any of the following:

1. Upload to, distribute or o herwise publish  hrough this Site any message, information, text or o her material ("Content") that is unlawful, libelous, defamatory, obscene, pornographic, indecent, lewd, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory or otherwise objec ionable;

2. Upload or transmit any Content that would cons itute or encourage a criminal offense, violate the rights of any party, or that would otherwise create liability or violate any local, state, national, or international law, including without limitation, the regulations of the U.S. Securities and Exchange Commission, any rules of any securi ies exchange such as the New York Stock Exchange, the American Stock Exchange, or  he Nasdaq Stock Market;

3. Upload or transmit any Content that may infringe any patent, trademark, trade secret, copyright, or o her intellectual or proprietary right of any party. By pos ing any Content, you represent and warrant  hat you have the lawful right to distribute and reproduce such Content;

4. Impersonate any person or entity or otherwise misrepresent your affiliation wi h a person or entity;

5. Upload to, distribute or o herwise publish  hrough this Site any Content such as charity requests, peti ions for signatures, chain letters or

Terms of Use | AuraVie.com

letters rela ing to pyramid schemes, advertising or solicita ions for funds, political campaigning, mass mailings, any form of unsolicited commercial email or "spam," (regardless of whether the email itself complies with he requirements of federal or state law for sending commercial email) or offering or disseminating fraudulent goods, services, schemes or promotions; and

6. Disseminate any harmful content of any kind, including without limitation, viruses, Trojan horses, worms, time bombs, zombies, cancel bots or any other computer programming routines hat may damage, interfere with, surreptitiously intercept or expropriate any system, program, data or personal information.

AuraVie.com makes no claim or representation regarding, and accepts no responsibility for the quality, content, nature or reliability of web sites accessible by hyperlink from this Site, or web sites linking to his Site.

You remain solely liable for the Content of any messages or o her information you upload or transmit to the discussion forums or interactive areas of this Site. You agree to indemnify and hold harmless AuraVie.com and its parents, subsidiaries, affiliates, employees, agents and representatives from any claim, action, demand, loss, or damages (including attorneys' fees) made or incurred by any third party arising out of or relating to your conduct, your viola ion of these terms and conditions, or your violation of any rights of a third party. Indirect or attempted viola ions of these Site Terms or any policy, and actual or attempted violations by a third party on behalf of a user of this Site will be considered violations of these Site Terms by such user.

This website is designed for and intended for use by adults. If you are under 18, you may use this Site only wi h involvement of a parent or guardian. If you are a parent or legal guardian, you must monitor and supervise the use of this site by children, minors and others under your care. You agree to be responsible for their use of his website.

**DISCLAIMER**

THIS SITE AND THE MATERIALS PROVIDED HEREIN ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. AuraVie.com DISCLA MS ALL WARRANTIES, EXPRESS OR MPLIED, INCLUDING, BUT NOT LIMITED TO, MPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT WITH RESPECT TO THE SITE AND MATERIALS, CONTENT, SERVICES AND PRODUCT ON THIS SITE. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT MATERIALS IN THIS SITE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT, OR ERROR-FREE. AuraVie.com IS NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO PRICING, TEXT OR PHOTOGRAPHY. AuraVie.com DOES NOT REPRESENT OR WARRANT THAT THIS SITE OR ITS SERVER(S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, EVEN IF AuraVie.com OR IT'S AUTHORIZED REPRESENTATIVES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU EXPRESSLY AGREE THAT USE OF THIS SITE, INCLUDING ALL CONTENT, DATA OR SOFTWARE DISTRIBUTED BY, DOWNLOADED OR ACCESSED FROM OR THROUGH THIS SITE IS AT YOUR SOLE RISK.

Reference to any products, services, processes, or o her information, by trade name, trademark, manufacturer, supplier, or otherwise does not constitute or imply endorsement, sponsorship or recommendation hereof by AuraVie.com.

---

**Customer Care**

Contact Us
Privacy Policy
FAQ

Return Policy
About Us
Terms & Conditions

**Account Information**

Login
Register

Wholesale

**Join our Coupons List**

Get the latest products info and special offers.

[                    ] [Submit]

   

Copyright ©2014 AuraVie.com, All rights reserved.

Wholesale Dealer Application | AuraVie.com



ATTACHMENT I
909-81

APP_ 000433
Exh. 909

Wholesale Dealer Application | AuraVie.com

Distribution Types:
- ☐ Catalog
- ☐ Direct Sales
- ☐ Flea Markets
- ☐ Internet Sales
- ☐ Retail Sales
- ☐ Vending Carts
- ☐ Wholesale

Other Distribution Type: [                    ]

Preferred Payment Method: [ Cashier Check ]

Message: [                    ]

☐ I have read and agree to the Terms and Conditions. *

[ Sign Up ]

**Customer Care**
Contact Us
Privacy Policy
FAQ

**Account Information**
Login                     Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
[                    ] [ Submit ]

Return Policy
About Us
Terms & Conditions

   

Copyright ®2014 AuraVie.com, All rights reserved.

https://www.auravie.com/site/wholesale[3/25/2014 10:05:15 AM]

ATTACHMENT I
909-82

APP. 000434
Exh. 909

AuraVie - The Aura of Youth | AuraVie.com



Copyright ©2014 AuraVie.com, All rights reserved.

Return Policy | AuraVie.com



## Return Policy

Please contact us if you need to return an item within 14 days from when he shipment is received. We cannot process any return or refund after his ime frame. Please be sure to include your order number, name, and reason for return. You will then receive an e-mail with a return authorization to include with your return.

### Return Requirement:

All returns products must be in a NEW or Unopened condition.

Any Apparel returned must be in new, unworn, unwash condition with all original tags attached.

15% Restocking fee will be applied.

Shipping and handling charged to your order is NON-REFUNDABLE.

RMA# Required; To return an item to us, please contact us first and describe the problem. We will not accept return if there is no RMA#.

### Refund or Exchange:

When we have received your return item and accepted your return, will notify you by email. Refund will issue to your Paypal account or Credit Card or the payment method you have used.

If you need to exchange, please contact us first. We may issue refund to you first and you can simply place another order.

### Receiving Wrong Product or Defective Products?

If you receive the wrong item or an item you receive is defective, you may return the item for a replacement or refund.

We will credit you the return postage fees if the error is ours. We ship the correct item(s) with no extra charge to you.

If this page did not answer your question about returns, fill out our Orders Help Form and we will be happy to help you.

Copyright ©2014 AuraVie.com, All rights reserved.

Recover Password | AuraVie.com

# AuraVie

My Account  Contact Us  Follow us: f t  Call: 1 (866)-216-9336

Home | AuraVie  Search  Go

Home | About Us | Newsletter | FAQ | Contact Us | Register | Login | Your cart is empty

**AURAVIE**
FACIAL CARE

## Recover Account Password

Email Address:

**Recover Password**

### RETURNING CUSTOMERS

USERNAME

Login

### RECENTLY VIEWED

**REPLENISH**
Day/Night Moisturizer
**Our Price: $139.99**
ADD TO CART

**REFRESH**
Facial Peel
**Our Price: $119.99**
ADD TO CART

AuraVie 3-IN-1
Skincare System
**Our Price: $219.99**
ADD TO CART

---

**Customer Care**
Contact Us
Privacy Policy
FAQ
Return Policy
About Us
Terms & Conditions

**Account Information**
Login      Wholesale
Register

**Join our Coupons List**
Get the latest products info and special offers.
Submit

PayPal  MasterCard  VISA  DISCOVER  Authorize.Net

Copyright ©2014 AuraVie.com, All rights reserved.

Auravie REVEAL Facial Masque | AuraVie.com



ATTACHMENT I

909-86

APP. 000438

Exh. 909

AuraVie RENEW Toner/Cleanser | AuraVie.com



Auravie REVIVE Age-Defying Serum | AuraVie.com



APP. 000440
Exh. 909

AuraVie 3-IN-1 Skincare System | AuraVie.com



ATTACHMENT I
909-89

APP. 000441
Exh. 909

Auravie REFRESH Facial Peel | AuraVie.com

