**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:   (310) 887-1338
Facsimile:   (310) 982-2603
Email:       SP@BeverlyHillsLawCorp.com

Attorneys for Alan Argaman, Secured Merchants, LLC
and Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, | **DECLARATION OF MIKE COSTACHE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | Hearing Date:  May 16, 2016 |
| | Time: 8:30 am |
| | Location:  Courtroom 10 – Spring St. |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | Judge: Hon. George H. Wu |
| Cross-Claimants | |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

I, Mike Costache, declare:

I have personal knowledge of the following facts and, if called upon to testify, I could and would so competently and truthfully testify to these facts:

- 1 -

DECLARATION OF MIKE COSTACHE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1. I am the founder, and sole director, officer, and shareholder of Chargeback Armor, Inc. ("CBA"), a California corporation.

2. I have always been the only shareholder, director, and officer of CBA. Other various individuals, including Doron Nottea, Alon Nottea, Roi Reuveni, and Alan Argaman were listed as officers in an executive summary before CBA officially began operating because I was preparing business plans/executive summaries in order to obtain funding and thus had to list a full board and list of officers to attract investors. Thus, while I had discussions with the aforementioned parties about being officers and directors, ultimately, I remained the only officer. Doron Nottea, Alon Nottea, and Alan Argaman received no monies from CBA and did not ever have any decision making authority.

3. Doron Nottea was made a signatory on the CBA bank account because I travel internationally often and I wanted to ability to have Mr. Nottea (directly pursuant to my orders) write checks on behalf of CBA. He never had the authority to write checks on his own volition, nor did he ever write any such checks on his own volition.

DECLARATION OF MIKE COSTACHE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

4. CBA has never received monies from the sale of AuraVie. CBA has never done chargebacks on behalf of CBA, as it was not incorporated by me until February 18, 2015. Please see Exhibit 811.

5. CBA has received $250,000 as working capital from Secured Merchants, LLC (SM) and thus did not receive any monies from the AuraVie Defendants. SM had a bank balance of just $200 as of February 28, 2015. On March 1, 2015, SM signed three new clients to develop various technology platforms and thus had received revenues of $120,000, $120,000 and $10,000 from these respective new clients. This is evidenced by the contracts attached to the Declaration of Alan Argaman filed concurrently. Attached as Exhibit 838 is a true and correct copy of CBA's bank statement from March 2015 after the money from SM was deposited.

6. SM chose to provide this new income to CBA in order to have operating expenses and build the business for a period of 4 months at which point CBA was planning to return the money to SM or provide equity in CBA. Attached as Exhibit 837 is a true and correct copy of this agreement with SM that I signed on behalf of CBA. It was an arms-length business transaction completely unrelated to AuraVie or skincare. This granting of equity ownership interest to SM never came to fruition because just three months into this contrct, in June

DECLARATION OF MIKE COSTACHE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

2016, the FTC froze the CBA bank account and filed the instant lawsuit, hampering CBA from conducting any business.

7. I, on behalf of CBA, have never executed any shareholders agreement with any third-party.

8. Alan Argaman was never given any role in the business operations of CBA at any time.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 18, 2016        By:    *Mike Costache*
                                    _____
                                    Mike Costache