**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603
Email:        SP@BeverlyHillsLawCorp.com

Attorneys for Alan Argaman, Secured Merchants, LLC
and Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br><br>v.<br><br>ALON NOTTEA, an individual,<br><br>Cross-Defendant | Case No.: 2:15-cv-04527-GW (PLAx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND CHARGEBACK ARMOR, INC.'S AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  May 16, 2016<br>Time: 8:30 am<br>Location:  Courtroom 10 – Spring St.<br>Judge: Hon. George H. Wu |

1

[PROPOSED] JUDGMENT IN FAVOR OF ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND CHARGEBACK ARMOR, INC.'S  AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT

The Motion of Defendants Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc. for summary judgment came for hearing on May 16, 2016 at 8:30 a.m., in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu, U.S. District Judge, presiding.

Having reviewed the moving, opposing, and reply papers, and hearing oral argument, the Court grants summary judgment in favor of Defendants Alan Argaman, Secured Merchants, LLC and Chargeback Armor, Inc.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Defendants Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc. and against Plaintiff Federal Trade Commission.
2. Defendants Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc. are entitled to their costs of suit.
3. Any monies frozen by the FTC and the Receiver that belong to Argaman, SM, or CBA shall be unfrozen and released to each Defendant respectively. The monies shall be unfrozen and released within _____ ___of this Order.

It is so ORDERED.

Dated: _____
The Honorable George H. Wu, United States District Court Judge

[PROPOSED] JUDGMENT IN FAVOR OF ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND CHARGEBACK ARMOR, INC.'S AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT