Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>  Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DECLARATION OF JEFFREY S. BENICE IN SUPPORT OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56 OR, ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date:        May 16, 2016<br>Time:       8:30 A.M.<br>Courtroom: 10<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>[First Amended Complaint Filed: October 9, 2015] |

DECLARATION OF JEFFREY S. BENICE IN SUPPORT

I, Jeffrey S. Benice, declare and state:

1. I, Jeffrey S. Benice am counsel of record for Defendants Igor Latsanovski and Calenergy, Inc. I have personal knowledge of the facts set forth. If called as a witness, I could and would competently testify to the following:

**A.   *July 2, 2015 Deposition Transcript of Igor Latsanovski.***

2. Attached hereto as Exhibit "A" and incorporated herein by reference are true copies of the following identified pages of the July 2, 2015 Deposition Transcript of Igor Latsanovski:

R.T. 1-10; 16-19; 21; 24; 26; 28; 29; 30; 35-40; 43; 49; 53; 72; 73; 75; 79; 80; 81; 84; 85; 91; 92; 93; 97; 114; 116; 117; 125; 127; 128; 134; 142; 146; 156; 159; 160; 166; 174; 177; 180; 181; 188; 195; 196; 197; 212; 222; 230; 235; 248; 249; 251; 269; 270; 271.

**B.   *January 28, 2016 Deposition of Igor Latsanovski.***

3. Attached hereto as Exhibit "B" and incorporated herein by reference are true copies of the following identified pages of the January 28, 2016 Deposition Transcript of Igor Latsanovski:

R.T. 27-28; 41; 60; 66-68; 76; 80; 104; 105; 111.

**C.   *February 18, 2016 Deposition of Alon Nottea.***

4. Attached hereto as Exhibit "C" and incorporated herein by reference are true copies of the following identified pages of the February 18, 2016 Deposition Transcript of Alon Nottea:

R.T. 1-2; 43-47; 54-55; 77-80; 81-84; 87-88; 93-95; 99-100; 110; 122-124; 129-131; 163.

**D.   *January 20, 2016 Deposition of Doron Nottea.***

5. Attached hereto as Exhibit "D" and incorporated herein by reference are true copies of the following identified pages of the January 20, 2016 Deposition Transcript of Doron Nottea:

R.T. 1-4; 29-31; 51; 55-56.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2016, at Costa Mesa, California.



_____
Jeffrey S. Benice

1

DECLARATION OF JEFFREY S. BENICE IN SUPPORT

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 18 2016, a true and correct copy of the foregoing document described as declaration of **DECLARATION OF JEFFREY S. BENICE IN SUPPORT OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56 OR, ALTERNATIVELY PARTIAL SUMMARY JUDGMENT** was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

*Local Counsel For Receiver*
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

*Counsel For Alon Nottea and Roi Rueveni*
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

*Federal Trade Commission*
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

*Counsel For Doron Nottea and Motti Nottea*
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

*Counsel For Chargeback Armor, Inc.*
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant

3
DECLARATION OF JEFFREY S. BENICE IN SUPPORT