# EXHIBIT "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


FEDERAL TRADE COMMISSION,        )
                                 )
            Plaintiff,           )
                                 )
     vs.                         )   CASE NO. CV 15-4527-
                                 )            GW(PLAx)
BUNZAI MEDIA GROUP, INC., a      )
California corporation, also     )
doing business as Aura Vie and)
Miracle Face Kit; et al.,        )
                                 )
            Defendants.          )
_____ )



VIDEOTAPED

DEPOSITION OF IGOR LATSANOVSKI

Thursday, July 2, 2015

Los Angeles, California




REPORTED BY:  GAIL T. BERARDINO, C.S.R. NO. 4045

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4      FEDERAL TRADE COMMISSION,        )
                                        )
5                     Plaintiff,        )
                                        )
6             vs.                       )   CASE NO. CV 15-4527-
                                        )            GW(PLAx)
7      BUNZAI MEDIA GROUP, INC., a      )
       California corporation, also     )
8      doing business as Aura Vie and   )
       Miracle Face Kit; et al.,        )
9                                       )
                      Defendants.       )
10     _____)

11

12

13            Videotaped deposition of IGOR LATSANOVSKI,

14      taken on behalf of the Receiver, at 5900 Wilshire

15      Boulevard, Suite 2250, Los Angeles, California

16      90036, commencing at the hour of 8:50 a.m.,

17      Thursday, July 2, 2015, before Gail T. Berardino,

18      CSR No. 4045, pursuant to Notice of Taking

19      Deposition.

20

21

22

23

24

25

Federal Trade Commission vs. Bunzai Media Group, Inc.     Igor Latsanovski

```
 1    APPEARANCES:

 2    For Receiver Charlene C. Koonce:

 3              SCHEEF & STONE, LLP
              BY:  J. MITCHELL LITTLE
 4                 Attorney at Law
              2600 Network Boulevard
 5            Suite 400
              Frisco, Texas 75034
 6            214-706-4200
              Mitch.little@solidcounsel.com
 7
      For Federal Trade Commission:
 8
              FEDERAL TRADE COMMISSION
 9            BY:  REID TEPFER
                 Attorney at Law
10            (Appearing by telephone)
              1999 Bryan Street
11            Suite 2150
              Dallas, Texas 75201
12            214-979-9395

13
      For Witness Igor Latsanovski:
14
              SCHEPER KIM & HARRIS, LLP
15            BY:  MARC S. HARRIS
                 Attorney at Law
16            601 West 5th Street
              12th Floor
17            Los Angeles, California 90071
              213-613-4690
18            Mharris@scheperkim.com
                   and
19            GUROVICH, BERK & ASSOCIATES
              BY:  ELON BERK
20                 Attorney at Law
              15250 Ventura Boulevard
21            Suite PH-1220
              Sherman Oaks, California 91403
22            818-205-1555
              gba_law@yahoo.com
23
      Also Present:
24
              Charlene C. Koonce
25            Chuck Perry, Videographer
```

Kusar Court Reporters & Legal Services, Inc.      3

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 1 | | I N D E X | |
| 2 | DEPONENT | EXAMINATION | PAGE |
| 3 | IGOR LATSANOVSKI | MR. LITTLE | 14 |
| 4 | | | |
| 5 | | EXHIBITS FOR IDENTIFICATION | |
| 6 | Receiver's 1 | Articles of Incorporation of Zen Mobile Media, Inc.; 2 pages | 11 |
| 7 | | | |
| 8 | Receiver's 2 | IRS e-file Signature Authorization for Form 1120 for Zen Mobile Media, Inc., for 2011; 8 pages | 11 |
| 9 | | | |
| 10 | Receiver's 3 | Gmail from accounting818@gmail.com to Risk@gomidsource.com dated 12/27/13; 3 pages | 11 |
| 11 | | | |
| 12 | Receiver's 4 | IRS Form W-3 Transmittal of Wage and Tax Statements 2011 for Zen Mobile Media, Inc.; 2 pages | 11 |
| 13 | | | |
| 14 | Receiver's 5 | W-2 Wage and Tax Statement 2012 for Zen Mobile Media, Inc.; 2 pages | 11 |
| 15 | Receiver's 6 | W-2 Wage and Tax Statement 2013 for Zen Mobile Media, Inc.; 2 pages | 11 |
| 16 | | | |
| 17 | Receiver's 7 | W-2 Wage and Tax Statement 2014 for Zen Mobile Media, Inc.; 2 pages | 11 |
| 18 | Receiver's 8 | Voided check from Zen Mobile Media Inc., check 7074, account No. 122000247, Wells Fargo; 1 page | 11 |
| 19 | | | |
| 20 | Receiver's 9 | Merchant Application for Reveal dated 12/23/13; 5 pages | 11 |
| 21 | | | |
| 22 | Receiver's 10 | Merchant Application for Skincare dated 12/23/13; 5 pages | 11 |
| 23 | Receiver's 11 | Blank checks, No. 7127 on account of Zen Mobile Media, No. 6278 on account of Igor Latsanovski and Tatiana Stamburg, No. 1136 on account of CalEnergy, Inc.; 1 page | 11 |
| 24 | | | |
| 25 | | | |

Kusar Court Reporters & Legal Services, Inc.          4

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

1                           I N D E X

2    (Continued)

3                   EXHIBITS FOR IDENTIFICATION

4    Receiver's 12   Documents from Bunzai Media Group,
                     Inc.'s employee file for Igor
5                    Latsanovski; 5 pages              11

6    Receiver's 13   Information from LinkedIn for
                     Igor Latsanovski; 2 pages         11
7
     Receiver's 14   Form I-9, Employment Eligibility
8                    Verification for Igor Latsanovski,
                     photocopy of visa and California
9                    driver's license; 3 pages         11

10   Receiver's 15   Check Nos. 6003, 6004 and 6005
                     and register page for Zen Mobile
11                   Media, Inc., account at Wells
                     Fargo; 1 page                     11
12
     Receiver's 16   Blank check 7127 on account of
13                   Zen Mobile Media, Inc., at Wells
                     Fargo; 1 page                     11
14
     Receiver's 17   Employee Information List for
15                   Bunzai Media Group, Inc.; 3 pages 11

16   Receiver's 18   Davidian & Associates' List of
                     all companies; 1 page             11
17
     Receiver's 19   Check 7088 to Wells Fargo on
18                   account of Zen Mobile Media,
                     Inc., dated 2/19/14; 1 page       11
19
     Receiver's 20   Check 7107 to Bank of America
20                   on account of Zen Mobile Media,
                     Inc., dated 9/6/14; 1 page        11
21
     Receiver's 21   Check 7112 to Chase on account
22                   of Zen Mobile Media, Inc.,
                     dated 10/14/14; 1 page            11
23
     Receiver's 22   Check 7117 to Chase on account
24                   of Zen Mobile Media, Inc.,
                     dated 4/1/15; 1 page              11
25

Kusar Court Reporters & Legal Services, Inc.                      5

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 1 | | I N D E X | |
|---|---|---|---|
| 2 | (Continued) | | |
| 3 | | EXHIBITS FOR IDENTIFICATION | |
| 4 | Receiver's 23 | Check 7103 to Wells Fargo on | |
| | | account of Zen Mobile Media, | |
| 5 | | Inc., dated 8/8/14; 1 page | 11 |
| 6 | Receiver's 24 | Merchant account information; | |
| | | 3 page | 11 |
| 7 | | | |
| | Receiver's 25 | 2014-2015 Amount Received From, | |
| 8 | | 2014-2015 Amount Paid To, | |
| | | Amount Paid to Cal Energy | |
| 9 | | 2014-2015; 3 pages | 11 |
| 10 | Receiver's 26 | Amount Paid 2014-2015; 1 page | 11 |
| 11 | Receiver's 27 | Blank checks 2028, 2029 and 2030 | |
| | | on account of CalEnergy, Inc., | |
| 12 | | and check stubs for checks 2022, | |
| | | 2023 and 2034; 1 page | 11 |
| 13 | | | |
| | Receiver's 28 | Blank checks, No. 1136 on account | |
| 14 | | of CalEnergy, Inc., No. 6278 on | |
| | | account of Igor Latsanovski and | |
| 15 | | Tatiana Stamburg; 1 page | 11 |
| 16 | Receiver's 29 | Reserves Release; 1 page | 11 |
| 17 | Receiver's 30 | 2011 Form 1120 U.S. Corporation | |
| | | Income Tax Return for Zen Mobile | |
| 18 | | Media, Inc.; 15 pages | 11 |
| 19 | Receiver's 31 | 2012 Form 1120 U.S. Corporation | |
| | | Income Tax Return for Zen Mobile | |
| 20 | | Media, Inc.; 17 pages | 11 |
| 21 | Receiver's 32 | 2013 Form 1120 U.S. Corporation | |
| | | Income Tax Return for Zen Mobile | |
| 22 | | Media, Inc.; 22 pages | 11 |
| 23 | Receiver's 33 | 2014 IRS e-file Signature | |
| | | Authorization for Form 1120 for | |
| 24 | | Zen Mobile Media, Inc.; 32 pages | 11 |
| 25 | | | |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

I N D E X

(Continued)

EXHIBITS FOR IDENTIFICATION

Receiver's 34   Various "pay to the order of"
stamps; 1 page                          11

Receiver's 35   Letter dated 9/9/11 from
Khristopher Bond; 1 page                11

Receiver's 36   Various check stubs from Bunzai
Media Group, Inc., to CalEnergy,
Inc.; 1 pages                           11

Receiver's 37   Igor's Investment; 1 page       11

Receiver's 38   Cashier's check dated 3/23/11
Payable to Bunzai Media Group,
Inc.; 1 page                            11

Receiver's 39   Various "pay to the order of"
stamps; 1 page                          11

Receiver's 40   Check No. 1107 to Wells Fargo
Bank on account of CalEnergy
dated 11/18/14; 1 page                  11

Receiver's 41   Check No. 1135 to Focus Media
Solutions on account of CalEnergy
dated 6/17/15; 1 page                   11

Receiver's 42   Check No. 2500 to Bank of
America on account of Focus
Media Solutions, Inc., dated
11/26/14; 1 page                        11

Receiver's 43   Check No. 2504 to Chase Bank
on account of Focus Media
Solutions, Inc., dated
12/30/14; 1 page                        11

Receiver's 44   Check No. 2509 to Focus Media
Solutions on account of Focus
Media Solutions, Inc., dated
1/15/15; 1 page                         11

007

Federal Trade Commission vs. Bunzai Media Group, Inc.     Igor Latsanovski

1                    I N D E X

2   (Continued)

3              EXHIBITS FOR IDENTIFICATION

4   Receiver's 45   Check No. 2520 to Chase Bank
                    on account of Focus Media
5                   Solutions, Inc., dated
                    2/26/15; 1 page                      11
6
    Receiver's 46   Check No. 2523 to Chase Bank
7                   on account of Focus Media
                    Solutions, Inc., dated 3/13/15;
8                   1 page                               11

9   Receiver's 47   Check No. 2522 to Wells Fargo
                    on account of Focus Media
10                  Solutions, Inc., dated 3/13/15;
                    1 page                               11
11
    Receiver's 48   Focus CPA Analysis by Campaign;
12                  5 pages                              11

13  Receiver's 49   Wells Fargo Bank Activity for
                    CalEnergy, Inc., from 12/2/13
14                  through 6/29/15; 21 pages            11

15  Receiver's 50   Wells Fargo Bank Activity for
                    Sunset Holdings from 1/21/15
16                  through 6/29/15; 11 pages            11

17  Receiver's 51   Email from Sagi Gal to
                    Accounting818@gmail.com dated
18                  8/5/13; 1 page                       11

19  Receiver's 52   Above All Offer; 1 page              11

20  Receiver's 53   Bills and Expenses; 5 pages          11

21  Receiver's 54   CalEnergy, Inc., Quarterly
                    Payroll 7/15/13; 7 pages             11
22
    Receiver's 55   Weekly Report Accounting
23                  Worksheet; 1 page                    11

24  Receiver's 56   M3D Account Beginning on
                    4/1/13; 21 pages                     11
25

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

```
 1                         I N D E X

 2         (Continued)

 3                   EXHIBITS FOR IDENTIFICATION

 4         Receiver's 57   SBM Management, Inc., Transaction
 5                         Detail by Account dated February,
                           2013; 5 pages                       11
 6
           Receiver's 58   Direct Pay; 3 pages                 11
 7
           Receiver's 59   Complaint for Permanent
 8                         Injunction and Other Equitable
                           Relief; 39 pages                    11
 9
           Receiver's 60   Company Details for Bavaria Inter
10                         LP; 5 pages                         11

11         Receiver's 61   Application for Registration of
                           a Limited Partnership for Bavaria
12                         Inter LP; 3 pages                   11

13         Receiver's 62   One-page handwritten document;
                           1 page                              140
14

15

16

17                     INFORMATION REQUESTED

18               PAGE          LINE

19                97            7

20                97            16

21

22

23

24

25
```

**009**

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

```
 1                      I N D E X

 2     (Continued)

 3

 4           WITNESS INSTRUCTED NOT TO ANSWER

 5                  PAGE       LINE

 6                  166         10

 7                  203          3

 8                  241         20

 9                  242          7

10                  243         19

11                  243         25

12                  244          3

13

14

15

16

17

18

19

20

21

22

23

24

25
```

010

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 08:55:35 | 1 | what age? |
| | 2 | A    I live there before I go to military, Army. |
| 08:55:49 | 3 | I was in Army two years.  It's obligation there. |
| | 4 | Q    Yes.  And what -- in what branch of the |
| 08:55:56 | 5 | Soviet military did you do your service? |
| | 6 | A    What means "branch"? |
| 08:55:59 | 7 | Q    Army? |
| | 8 | A    Yeah. |
| 08:56:00 | 9 | Q    Okay. |
| | 10 | A    Regular Army. |
| 08:56:02 | 11 | Q    What did you do in the Army? |
| | 12 | A    Like, soldier. |
| 08:56:06 | 13 | Q    You were infantry? |
| | 14 | A    "In-" -- |
| 08:56:08 | 15 | Q    Yes. |
| | 16 | A    Like, normal soldier. |
| 08:56:10 | 17 | Q    Carried a rifle? |
| | 18 | A    Yeah. |
| 08:56:13 | 19 | Q    Okay.  Were you deployed anywhere? |
| | 20 | A    No, just regular -- the regular Army. |
| 08:56:18 | 21 | Q    What period of time? |
| | 22 | A    Two years. |
| 08:56:23 | 23 | Q    And was that in the 1980's? |
| | 24 | A    1994-1996.  Before, I finish college. |
| 08:56:34 | 25 | Q    What college? |

Kusar Court Reporters & Legal Services, Inc.                    16

Federal Trade Commission vs. Bunzai Media Group, Inc.

Igor Latsanovski

| 08:56:39 | 1 | A    Construction, four years, before I go.  It |
| | 2 | means I finish high school, and college is the same |
| 08:56:44 | 3 | place. |
| | 4 | MR. HARRIS:  Did you mean '94 or '84? |
| 08:56:51 | 5 | THE WITNESS:  No, sorry, '84.  Sorry.  It's, yeah, |
| | 6 | '84. |
| 08:56:52 | 7 | BY MR. LITTLE: |
| | 8 | Q    You finished college in 1984? |
| 08:56:59 | 9 | A    No; no; no.  19- -- 1984, and I leave for |
| | 10 | military 1986.  Sorry. |
| 08:57:05 | 11 | Q    Were you deployed in Afghanistan? |
| | 12 | A    No. |
| 08:57:09 | 13 | Q    "No," okay.  So after you got out of the |
| | 14 | Army, what did you do professionally? |
| 08:57:15 | 15 | A    Professionally, I go to study at university. |
| | 16 | Q    Okay.  And what did you study there? |
| 08:57:22 | 17 | A    In Moscow. |
| | 18 | Q    And what did you study? |
| 08:57:31 | 19 | A    The same, construction. |
| | 20 | Q    And when did you get out of college? |
| 08:57:39 | 21 | A    I didn't -- I finished, like, four years ago, |
| | 22 | already, external, because 19- -- yeah, 1992 I leave to |
| 08:57:51 | 23 | Canada. |
| | 24 | Q    What did you -- why did you leave to Canada |
| 08:57:55 | 25 | in 1992? |

Kusar Court Reporters & Legal Services, Inc.

17

012

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 08:58:03 | 1 | A    I was young.  I feel some -- have more |
| | 2 | opportunity, not like I didn't have in Soviet Union |
| 08:58:12 | 3 | (sic).  I thought I have more possibility, like |
| | 4 | American dream. |
| 08:58:21 | 5 | Q    As a Soviet citizen, how did you obtain a |
| | 6 | visa to come to Canada? |
| 08:58:27 | 7 | A    I applied to Canadian citi- -- Canadian |
| | 8 | embassy.  They interview me, and that's it.  I was |
| 08:58:33 | 9 | young. |
| | 10 | Q    How old were you? |
| 08:58:45 | 11 | A    1992, it's twenty- -- calculated, it's |
| | 12 | like -- before 30, yeah?  It's twenty- -- |
| 08:58:51 | 13 | Q    Yeah, so my calculation is you were 28 years |
| | 14 | old. |
| 08:58:52 | 15 | A    Yeah. |
| | 16 | Q    Okay.  Are you a citizen of any other country |
| 08:58:58 | 17 | besides what used to be the Soviet Union? |
| | 18 | A    Yeah, Russia. |
| 08:59:02 | 19 | Q    Russia.  You are a Russian citizen? |
| | 20 | A    Yes. |
| 08:59:04 | 21 | Q    Okay. |
| | 22 | A    Automatically, yeah? |
| 08:59:07 | 23 | Q    Yes. |
| | 24 | A    I -- when I live in Canada, yeah? |
| 08:59:13 | 25 | Q    Yes. |

013

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 08:59:15 | 1 | A    I'm embassy as Soviet citizen.  I live in |
| | 2 | Canada like Russia citizen, to ship to. |
| 08:59:22 | 3 | Q    And what did you do for work in Canada? |
| | 4 | A    Okay.  First I'm working in factory for |
| 08:59:30 | 5 | produce furniture. |
| | 6 | Q    Yes?  And after that? |
| 08:59:42 | 7 | A    After that I leave to live with my family to |
| | 8 | Barcelona. |
| 08:59:49 | 9 | Q    What year was that? |
| | 10 | A    '9 -- okay.  It's around 19- -- 1996. |
| 09:00:06 | 11 | Q    Okay.  So between 1992 and 1996, did you have |
| | 12 | any other jobs besides working as a -- working in the |
| 09:00:11 | 13 | factory to make furniture? |
| | 14 | A    No, I make some -- I try to make some |
| 09:00:15 | 15 | different businesses. |
| | 16 | Q    Okay.  And what are those? |
| 09:00:22 | 17 | A    Most of them, it's real estate. |
| | 18 | Q    And what were those businesses called? |
| 09:00:28 | 19 | A    "Difference" entity. |
| | 20 | Q    Can you tell me what they were? |
| 09:00:35 | 21 | A    A lot of "difference" names.  Some of them |
| | 22 | in -- After Deck in Spain. |
| 09:00:42 | 23 | Q    After Deck Promotions? |
| | 24 | A    Yeah.  Some of them, really I don't remember |
| 09:00:51 | 25 | exactly, what else name (sic). |

014

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:02:01 | 1 | I think -- |
| | 2 | MR. LITTLE:  Okay. |
| 09:02:02 | 3 | MR. HARRIS:  -- we do need -- at some point need |
| | 4 | to get to what the -- the discovery -- |
| 09:02:04 | 5 | MR. LITTLE:  We're going to. |
| | 6 | MR. HARRIS:  -- that you're entitled to. |
| 09:02:06 | 7 | MR. LITTLE:  We're going to.  I'm going to move |
| | 8 | on. |
| 09:02:08 | 9 | Q    So were your parents wealthy? |
| | 10 | A    No. |
| 09:02:12 | 11 | Q    Okay.  That's all I wanted to know. |
| | 12 | A    They -- they left. |
| 09:02:15 | 13 | Q    Okay.  So the family that you're talking |
| | 14 | about in Barcelona, who does that include? |
| 09:02:20 | 15 | A    My wife and my children. |
| | 16 | Q    And what are their names? |
| 09:02:28 | 17 | A    My wife Tatiana, my children, Mihail, my |
| | 18 | daughter Anna. |
| 09:02:33 | 19 | Q    And how long did you live in Barcelona? |
| | 20 | A    15 years, around that. |
| 09:02:41 | 21 | Q    And so what did you do in Barcelona for work? |
| | 22 | A    Real estate.  Not just in Barcelona.  It's |
| 09:02:49 | 23 | all Europe. |
| | 24 | Q    All over Europe? |
| 09:02:51 | 25 | A    (Nods head up and down.) |

Kusar Court Reporters & Legal Services, Inc.                    21

Federal Trade Commission vs. Bunzai Media Group, Inc.

Igor Latsanovski

| | | | |
|---|---|---|---|
| 09:05:04 | 1 | Q | Okay.  Are you sure? |
| | 2 | A | I have salary from CalEnergy. |
| 09:05:12 | 3 | Q | Okay.  And I -- this is probably a good time |
| | 4 | | for me to explain one of the other rules of the |
| 09:05:15 | 5 | | deposition. |
| | 6 | | When you give your deposition, |
| 09:05:20 | 7 | | Mr. Latsanovski, it's under oath, and it's subject to |
| | 8 | | the same penalties of perjury as if you were in court. |
| 09:05:24 | 9 | | Do you understand that? |
| | 10 | A | Yeah. |
| 09:05:27 | 11 | Q | Okay.  So if you lie -- |
| | 12 | A | No; no; no; no. |
| 09:05:30 | 13 | Q | -- some bad things could happen, right? |
| | 14 | A | Maybe I don't understand you -- your |
| 09:05:34 | 15 | | questions, because you're asking maybe -- |
| | 16 | Q | Okay. |
| 09:05:35 | 17 | A | -- technically. |
| | 18 | Q | Right, okay.  So let me -- let me try to do a |
| 09:05:39 | 19 | | more specific job -- |
| | 20 | A | Yes. |
| 09:05:42 | 21 | Q | -- of asking the questions. |
| | 22 | | Have you received any type of employment |
| 09:05:50 | 23 | | benefits, salary, bonus, from any other company besides |
| | 24 | | CalEnergy in the United States? |
| 09:05:54 | 25 | A | Okay, you're talking about bonus, like |

Kusar Court Reporters & Legal Services, Inc.

24

Federal Trade Commission vs. Bunzai Media Group, Inc.      Igor Latsanovski

| | | |
|---|---|---|
| 09:06:52 | 1 | BY MR. LITTLE: |
| | 2 | Q    R-i-l-e-n-d? |
| 09:06:56 | 3 | A    Yes. |
| | 4 | Q    Incorporated. |
| 09:07:02 | 5 | What other companies? |
| | 6 | A    Temporarily, ComicsFix. |
| 09:07:12 | 7 | Q    ComicsFix? |
| | 8 | A    Yes. |
| 09:07:18 | 9 | Q    Okay.  What other companies? |
| | 10 | A    Temporarily, Sunset. |
| 09:07:24 | 11 | Q    Sunset Holdings Partners? |
| | 12 | A    Yeah. |
| 09:07:29 | 13 | Q    What else? |
| | 14 | A    CalEnergy -- VastPay. |
| 09:07:36 | 15 | Q    VastPay? |
| | 16 | A    Yeah, NexiPay. |
| 09:07:41 | 17 | Q    "Next Pay"? |
| | 18 | A    NexiPay. |
| 09:07:45 | 19 | Q    NexiPay?  Any other companies? |
| | 20 | A    I don't remember another one. |
| 09:07:49 | 21 | Q    Okay.  Are you sure? |
| | 22 | MR. HARRIS:  You don't have to keep asking him |
| 09:07:55 | 23 | that, Counsel.  He gave you his answer.  Ask another |
| | 24 | question. |
| 09:07:55 | 25 | MR. LITTLE:  Okay. |

Kusar Court Reporters & Legal Services, Inc.                    26

**017**

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 09:09:13 | 1 | Aura Vie that you were associated with? |
| | 2 | A    Yes. |
| 09:09:15 | 3 | Q    What are those? |
| | 4 | A    Zen Mobile. |
| 09:09:25 | 5 | Q    Zen Mobile Media? |
| | 6 | A    Yes. |
| 09:09:28 | 7 | Q    And how were you associated with Zen Mobile |
| | 8 | Media? |
| 09:09:36 | 9 | A    Alon, who managed this business, asked me for |
| | 10 | open merchant account for use my name (sic).  I give |
| 09:09:46 | 11 | him "permitted." |
| | 12 | Q    Okay, I want to come back and touch on that |
| 09:09:52 | 13 | and make sure that I understand, okay? |
| | 14 | Alon Nottea asked you to open an account for |
| 09:09:58 | 15 | Zen Mobile Media? |
| | 16 | A    Yes. |
| 09:10:00 | 17 | Q    Okay.  And put your name or associate your |
| | 18 | name to it? |
| 09:10:02 | 19 | A    Yes. |
| | 20 | Q    Okay.  Why did you do that? |
| 09:10:12 | 21 | A    Because he "explained" me business grow up. |
| | 22 | And for grow up this business, like, I give this money |
| 09:10:22 | 23 | to this business "need" help, need additional merchant |
| | 24 | account, because each of merchant has limit, and I have |
| 09:10:30 | 25 | a good credit score. |

Kusar Court Reporters & Legal Services, Inc.                    28

**018**

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:10:35 | 1 | He opened for his dad for everything.  For |
| | 2 | me, I didn't have, like, if he opened for his family. |
| 09:10:43 | 3 | I say, "Okay, if you need, do it."  I trust him.  If I |
| | 4 | trust you money (sic), I trust you open for grow up |
| 09:10:52 | 5 | your business. |
| | 6 | Q    Okay.  I'm going to -- I'm going to go back |
| 09:10:59 | 7 | and -- and sort through that just a little bit, okay? |
| | 8 | Alon Nottea asked you to open an account for |
| 09:11:06 | 9 | Zen Mobile Media, correct? |
| | 10 | A    Yes. |
| 09:11:08 | 11 | Q    And the reason that he asked you to open that |
| | 12 | account was because he needed more merchant accounts to |
| 09:11:13 | 13 | grow the business? |
| | 14 | A    He say, "For business purpose, need merchant |
| 09:11:18 | 15 | account." |
| | 16 | Q    Okay.  And did you help him create those |
| 09:11:23 | 17 | merchant accounts, too? |
| | 18 | A    No, I -- I just only sign paper when he ask |
| 09:11:29 | 19 | me.  That's it. |
| | 20 | Q    Did you do anything else for Zen Mobile Media |
| 09:11:43 | 21 | besides help -- hold on a second.  Let me finish my |
| | 22 | question. |
| 09:11:46 | 23 | Did you do anything else for Zen Mobile Media |
| | 24 | besides open an account for Zen Mobile Media?  Anything |
| 09:11:52 | 25 | at all? |

019

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | | |
|---|---|---|---|
| 09:11:54 | 1 | A | Not. |
| | 2 | Q | Did you ever assist Zen Mobile Media in |
| 09:12:04 | 3 | filing federal income tax returns? |
| | 4 | A | Not. I give "permit" do it from my -- to |
| 09:12:17 | 5 | him. |
| | 6 | Q | Tell the court if you were ever the chief |
| 09:12:24 | 7 | financial officer of Bunzai. |
| | 8 | A | On the paper or physically? |
| 09:12:29 | 9 | Q | Either. Were you ever the chief financial |
| | 10 | officer of Bunzai? |
| 09:12:37 | 11 | A | If on the paper I was it, legally, I -- I |
| | 12 | don't know. |
| 09:12:39 | 13 | Q | You don't know? |
| | 14 | A | (Shakes head from side to side.) |
| 09:12:48 | 15 | Q | Tell the court if you were ever an employee |
| | 16 | of Bunzai. |
| 09:12:51 | 17 | A | No. |
| | 18 | Q | Tell the court if you ever received a salary |
| 09:12:56 | 19 | from Bunzai. |
| | 20 | A | Not. |
| 09:13:08 | 21 | Q | Tell the court if you ever received a |
| | 22 | $15,000-a-month salary from Bunzai. |
| 09:13:13 | 23 | A | Not. |
| | 24 | Q | Tell the court if you incorporated or created |
| 09:13:22 | 25 | Zen Mobile Media. |

Kusar Court Reporters & Legal Services, Inc.                                30

020

| | | |
|---|---|---|
| 09:17:41 | 1 | MR. LITTLE:  Sure. |
| | 2 | Q    Mr. Latsanovski, how much money did you put |
| 09:17:50 | 3 | into Mr. Bond and Mr. Nottea's companies? |
| | 4 | A    First time, $175,000. |
| 09:17:59 | 5 | Q    Was it a loan? |
| | 6 | A    Long story. |
| 09:18:02 | 7 | Q    I've got all day. |
| | 8 | A    Okay. |
| 09:18:07 | 9 | MR. HARRIS:  That's a yes-or-no question. |
| | 10 | THE WITNESS:  This is -- was investment. |
| 09:18:09 | 11 | BY MR. LITTLE: |
| | 12 | Q    It was an investment? |
| 09:18:11 | 13 | A    Yeah. |
| | 14 | Q    Okay.  Did you have any documents, any paper |
| 09:18:17 | 15 | that substantiated the investment? |
| | 16 | A    During our relationship, we signed a lot of |
| 09:18:26 | 17 | "difference" documents, papers.  They changed, between |
| | 18 | us, a lot of times terms.  Maybe some of them, we |
| 09:18:31 | 19 | signed it. |
| | 20 | Q    Okay.  Do you have in your possession any |
| 09:18:37 | 21 | writings that you can turn over to the receiver to show |
| | 22 | the terms of your investment with Mr. Nottea and |
| 09:18:43 | 23 | Mr. Bond? |
| | 24 | A    I don't have these terms for myself. |
| 09:18:52 | 25 | Q    You don't -- you don't know what the terms |

Federal Trade Commission vs. Bunzai Media Group, Inc.            Igor Latsanovski

| | | |
|---|---|---|
| 09:18:52 | 1 | were? |
| | 2 | A      They "change" a lot of times. |
| 09:18:58 | 3 | Q      How did they change? |
| | 4 | A      When we met, we signed agreement.  I give |
| 09:19:12 | 5 | them money.  From profit, they will give me 55 percent. |
| | 6 | Q      Okay. |
| 09:19:14 | 7 | A      After that -- |
| | 8 | Q      Can I -- can I pause there? |
| 09:19:17 | 9 | A      Pardon? |
| | 10 | Q      Can I -- can I stop there for a second and |
| 09:19:19 | 11 | ask you a question? |
| | 12 | A      Yes. |
| 09:19:23 | 13 | Q      So if the businesses selling Aura Vie that |
| | 14 | Mr. Nottea and Mr. Bond invested -- or that you |
| 09:19:31 | 15 | invested with them on made money, you would get 55 |
| | 16 | percent of the profit?  Did I understand that? |
| 09:19:39 | 17 | A      Not -- not completely. |
| | 18 | Q      Okay, explain. |
| 09:19:46 | 19 | A      This is period of time for me -- |
| | 20 | THE REPORTER:  I'm sorry, start that again? |
| 09:19:46 | 21 | "This" -- |
| | 22 | THE WITNESS:  During this period of time, they |
| 09:19:55 | 23 | renegotiated and they changed their position a lot of |
| | 24 | time.  How -- I don't know how they "looking" myself. |
| 09:20:07 | 25 | In the end I feel myself like person who give them |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:20:11 | 1 | loan, and they hope they will return me. |
| | 2 | BY MR. LITTLE: |
| 09:20:12 | 3 |    Q   Okay. |
| | 4 |    A   Because terms, every times a lot of time |
| 09:20:16 | 5 | changes (sic). |
| | 6 |    Q   Okay.  Let me -- let me make sure I |
| 09:20:21 | 7 | understand. |
| | 8 |      So did you put money in with Mr. Nottea and |
| 09:20:28 | 9 | Mr. Bond with the expectation that you were going to |
| | 10 | get 55 percent of the profits? |
| 09:20:35 | 11 |    A   This is one part of our negotiation side |
| | 12 | which doesn't work, because after they renegotiate -- |
| 09:20:46 | 13 | they change they -- our agreement, and we sign a lot of |
| | 14 | times "difference" -- |
| 09:20:48 | 15 |    Q   Yeah. |
| | 16 |    A   -- because I didn't have choice. |
| 09:20:54 | 17 |    Q   So in America, we call that "retrading the |
| | 18 | deal." |
| 09:20:56 | 19 |    A   Yes. |
| | 20 |    Q   He was retrading the deal with you? |
| 09:21:01 | 21 |    A   Yeah.  And I'm -- personally be happy return |
| | 22 | my money (sic). |
| 09:21:05 | 23 |    Q   Okay.  So it was not a good investment, is |
| | 24 | that what you're saying? |
| 09:21:10 | 25 |    A   If I'm here, not. |

Kusar Court Reporters & Legal Services, Inc.                    37

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:21:12 | 1 | Q    I think I understand what you're saying. |
| | 2 | Tell the court why -- well, let me back up. |
| 09:21:21 | 3 | Is CalEnergy your company? |
| | 4 | A    Yes. |
| 09:21:24 | 5 | Q    Okay.  And you created it? |
| | 6 | A    Yes. |
| 09:21:27 | 7 | Q    Okay.  And when you created it, did you own |
| | 8 | all the stock in it? |
| 09:21:30 | 9 | A    Yes. |
| | 10 | Q    Okay.  Tell the court why CalEnergy received |
| 09:21:36 | 11 | hundreds of thousands of dollars from companies that |
| | 12 | sold Aura Vie. |
| 09:21:45 | 13 | A    These return my investment.  This my |
| | 14 | financial which I give to Bunzai Group.  I sound just |
| 09:21:56 | 15 | like Bunzai Group, all of it.  I give money.  They |
| | 16 | return me piece by piece, piece by piece, enough to |
| 09:22:06 | 17 | say, "Igor, we need additional investment, because we |
| | 18 | grow up and we have to hire people." |
| 09:22:13 | 19 | I give them again, and after they again me |
| | 20 | return piece by piece, piece by piece (sic). |
| 09:22:21 | 21 | Q    Did you receive -- did CalEnergy receive |
| | 22 | money from any company that sold Aura Vie besides |
| 09:22:26 | 23 | Bunzai? |
| | 24 | A    Really?  I don't know. |
| 09:22:29 | 25 | Q    Okay. |

Kusar Court Reporters & Legal Services, Inc.                    38

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:22:32 | 1 | A     For me -- what means, I don't know.  For me, |
| | 2 | it's -- all these accounts which Alon manage it, for me |
| 09:22:41 | 3 | it was like Bunzai.  When they wire money for me, I |
| | 4 | "be" happy.  Doesn't matter from where. |
| 09:22:46 | 5 | Q     I see.  So it didn't matter to you where the |
| | 6 | money was coming from as long as it was coming back? |
| 09:22:49 | 7 | A     Yeah. |
| | 8 | Q     Okay.  Have you ever dissolved a business |
| 09:22:56 | 9 | entity that sold Aura Vie? |
| | 10 | A     Dissolved? |
| 09:23:00 | 11 | Q     Yes. |
| | 12 | A     What it -- what it means? |
| 09:23:03 | 13 | Q     Yeah. |
| | 14 | A     My English isn't perfect. |
| 09:23:06 | 15 | Q     Sure.  It means closed down. |
| | 16 | Have you ever closed down a company that sold |
| 09:23:09 | 17 | Aura Vie? |
| | 18 | A     Yes.  Alon said he closed Zen Media, yeah? |
| 09:23:18 | 19 | Q     "Yes"?  Did he ask you to sign anything to |
| | 20 | dissolve that company? |
| 09:23:29 | 21 | A     I give per- -- I don't remember exactly. |
| | 22 | Q     Have you ever pre-signed checks for Zen |
| 09:23:37 | 23 | Mobile Media and left them with the Nottea family? |
| | 24 | A     Yes. |
| 09:23:39 | 25 | Q     For what purpose? |

Kusar Court Reporters & Legal Services, Inc.                          39

025

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 09:23:48 | 1 | A    If they have my money, I sign checks which I |
| | 2 | don't -- which company with, I don't use it.  It's not |
| 09:23:56 | 3 | my business.  They ask me.  I come and sign checks, and |
| | 4 | that's it. |
| 09:24:00 | 5 | Q    Tell the court why you had -- why you left |
| | 6 | pre-signed personal checks with the Nottea family. |
| 09:24:12 | 7 | A    Because Doron, he good book- -- like good |
| | 8 | support guy, and he help me "for" pay something my |
| 09:24:21 | 9 | personal, like tickets, like -- like man- -- help from |
| | 10 | manage personal purpose (sic). |
| 09:24:26 | 11 | Q    Let me make sure I understand that. |
| | 12 | Doron Nottea helped you manage your personal |
| 09:24:30 | 13 | finances; is that correct? |
| | 14 | A    Yeah, a little bit.  Some parts of it. |
| 09:24:35 | 15 | Q    What did you pay him to do that? |
| | 16 | A    Nothing. |
| 09:24:41 | 17 | Q    Did you pay him to manage Zen Mobile Media? |
| | 18 | A    No. |
| 09:24:46 | 19 | Q    Do you have any explanation for the court as |
| | 20 | to why Doron Nottea would help manage your personal |
| 09:24:52 | 21 | finances for free? |
| | 22 | A    For personal purpose.  He good guy.  For help |
| 09:24:55 | 23 | me. |
| | 24 | Q    He's a good guy? |
| 09:25:00 | 25 | A    Yeah, because I'm -- didn't have nobody in |

Kusar Court Reporters & Legal Services, Inc.                                    40

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:27:18 | 1 | Camerino was working in suite No. 105 when the -- when |
| | 2 | the receiver made her initial entry? |
| 09:27:24 | 3 | A    When?  You're talking about what period of |
| | 4 | time? |
| 09:27:26 | 5 | MR. LITTLE:  What date was that? |
| | 6 | MS. KOONCE:  It was June 18th. |
| 09:27:28 | 7 | MR. LITTLE:  18th? |
| | 8 | MR. HARRIS:  This month he's talking about. |
| 09:27:30 | 9 | BY MR. LITTLE: |
| | 10 | Q    June, yes. |
| 09:27:32 | 11 | A    No. |
| | 12 | Q    June 18, do you know why Philip Camerino -- |
| 09:27:35 | 13 | A    No. |
| | 14 | Q    -- would be working in there?  "No"? |
| 09:27:40 | 15 | A    No. |
| | 16 | Q    Okay.  I want to go back to this meeting that |
| 09:27:47 | 17 | you had with Alon Nottea and Khristopher Bond, okay? |
| | 18 | Did they make an initial request of you for money? |
| 09:27:56 | 19 | A    Yes.  I give them $175,000. |
| | 20 | Q    Okay.  How much money, total, did you give to |
| 09:28:03 | 21 | their business that sold Aura Vie? |
| | 22 | A    Okay, because I give them, they start to |
| 09:28:14 | 23 | return, I give them again, maximum amount of money |
| | 24 | which my money working there -- |
| 09:28:17 | 25 | Q    Uh-huh. |

Kusar Court Reporters & Legal Services, Inc.                    43

Federal Trade Commission vs. Bunzai Media Group, Inc.         Igor Latsanovski

| 09:34:10 | 1 | Look behind tab 1 in the book in front of you, okay? |
| | 2 | A   This one (indicating)? |
| 09:34:15 | 3 | Q   No, tab 1.  There are tabs.  Look behind that |
| | 4 | at tab 1. |
| 09:34:18 | 5 | Right now I am showing you what has been |
| | 6 | marked as Receiver's Exhibit 1 to your deposition. |
| 09:34:23 | 7 | A   Uh-huh. |
| | 8 | Q   Okay?  And I'm going to ask you, have you |
| 09:34:29 | 9 | ever seen Receiver's Exhibit 1 before? |
| | 10 | A   What questions? |
| 09:34:38 | 11 | Q   Have you ever seen this document before, |
| | 12 | Receiver's Exhibit 1? |
| 09:34:42 | 13 | A   If I sign it, yes. |
| | 14 | Q   Okay.  Is that your signature on Receiver's |
| 09:34:45 | 15 | Exhibit 1? |
| | 16 | A   Yes. |
| 09:34:49 | 17 | Q   Okay.  Did you incorporate Zen Mobile Media, |
| | 18 | Incorporated? |
| 09:34:53 | 19 | A   If I sign it. |
| | 20 | Q   Okay.  I want you to look at paragraph Roman |
| 09:35:01 | 21 | numeral IV.  It's in the middle of the page. |
| | 22 | Do you see it? |
| 09:35:03 | 23 | A   Yes. |
| | 24 | Q   It reads, "This corporation is authorized |
| 09:35:06 | 25 | to issue only one class of shares which shall |

Kusar Court Reporters & Legal Services, Inc.                            49

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 09:38:50 | 1 | Said, "Well, some person." |
| | 2 | He said, "You know, I recommend this guy. |
| 09:38:54 | 3 | He's smart guy."  That's it. |
| | 4 | Q     Okay. |
| 09:38:57 | 5 | A     Said, "Okay."  And don't care. |
| | 6 | Q     Has David Davidian always done the accounting |
| 09:39:02 | 7 | work for CalEnergy? |
| | 8 | A     No, just only for the last two years. |
| 09:39:06 | 9 | Q     Okay.  Who was doing it before David |
| | 10 | Davidian? |
| 09:39:10 | 11 | A     It was a company.  I apply an application.  I |
| | 12 | don't remember exactly name. |
| 09:39:15 | 13 | Q     That's fine.  Why did you set up CalEnergy? |
| | 14 | A     Why? |
| 09:39:17 | 15 | Q     Why did you create it? |
| | 16 | A     For my business. |
| 09:39:27 | 17 | Q     What is CalEnergy's business? |
| | 18 | A     Investment.  Investment, management its |
| 09:39:38 | 19 | investment (sic). |
| | 20 | Q     Any other business besides managing |
| 09:39:41 | 21 | investments? |
| | 22 | A     Right now?  (Shakes head from side to side.) |
| 09:39:47 | 23 | Q     Has it ever had any business besides managing |
| | 24 | investments? |
| 09:39:56 | 25 | A     I'm starting business for produce gas and |

Kusar Court Reporters & Legal Services, Inc.                          53

029

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | | |
|---|---|---|---|
| 09:59:32 | 1 | A | Uh-huh. |
| | 2 | Q | Yes, you do? |
| 09:59:35 | 3 | A | See. |
| | 4 | Q | Okay.  Do you know what a DBA is? |
| 09:59:40 | 5 | A | Yeah, it's like additional name under |

company.

| | | | |
|---|---|---|---|
| 09:59:44 | 7 | Q | Right.  So I understand this to mean Zen |

Mobile Media, Inc., was doing business as Reveal

866-670-2751, okay?

So did you understand that Zen Mobile Media

was setting up merchant accounts?

| | | | |
|---|---|---|---|
| | 12 | A | If this -- |
| 10:00:04 | 13 | | MR. HARRIS:  Objection, vague. |

BY MR. LITTLE:

| | | | |
|---|---|---|---|
| 10:00:08 | 15 | Q | Okay.  Earlier your testimony was, |

Mr. Latsanovski, that you created Zen Mobile Media

because Alon told you he needed to set up merchant

accounts.

| | | | |
|---|---|---|---|
| 10:00:15 | 19 | A | Yes. |
| | 20 | Q | Okay.  So you knew it was setting up merchant |

accounts --

| | | | |
|---|---|---|---|
| | 22 | A | Yes. |
| 10:00:19 | 23 | Q | -- correct? |
| | 24 | A | Yes. |
| 10:00:22 | 25 | Q | Did you know it set up this merchant account? |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 10:00:23 | 1 | A | Exactly this one? |
|---|---|---|---|

          2          Q    Yes.

10:00:24  3          A    No.

          4          Q    Okay.  What did you know about any of the

10:00:30  5    merchant accounts that were set up by Zen?

          6          A    Nothing.

10:00:34  7          Q    Did you ever ask Alon to explain to you what

          8    merchant accounts were set up by Zen?

10:00:38  9          A    Not.

          10         Q    Why not?

10:00:45  11         A    He run business (sic).  I trust him because

          12    I'm invest to people (sic).

10:00:48  13         Q    Okay.  You trusted him?

          14         A    Yes.

10:00:52  15         Q    Okay.  Just explain to me, if you would, how

          16    you came to trust Alon Nottea.

10:00:57  17         A    Okay.

          18         MR. HARRIS:  Objection, vague.

10:00:59  19    BY MR. LITTLE:

          20         Q    You can answer, if you understand me.

10:01:03  21         A    Yeah, I understand.

          22         Q    Okay.

10:01:09  23         A    My method of make investment, for trust

          24    people (sic).

10:01:11  25         Q    Okay.

Kusar Court Reporters & Legal Services, Inc.                          73

031

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 10:02:30 | 1 | A    In my mind, I decided, "Okay, I can lose this |
| | 2 | money, or maybe I can find good team who can help me, |
| 10:02:41 | 3 | yeah, for make some profit here in United States." |
| | 4 | Q    Okay.  Looking back at Receiver's Exhibit 9 |
| 10:02:51 | 5 | here, did you understand that Zen Mobile Media was |
| | 6 | selling Aura Vie? |
| 10:02:54 | 7 | A    Where does it show it? |
| | 8 | Q    Well, lists -- further down the page on the |
| 10:03:02 | 9 | left side there is a -- a line item for a |
| | 10 | "Product/Service Sold."  Do you see that?  And it says, |
| 10:03:07 | 11 | "Facial Creams." |
| | 12 | MR. HARRIS:  Yeah (indicating). |
| 10:03:09 | 13 | THE WITNESS:  Okay. |
| | 14 | BY MR. LITTLE: |
| 10:03:10 | 15 | Q    Do you see that? |
| | 16 | A    Yes. |
| 10:03:13 | 17 | Q    Did you understand that the facial creams |
| | 18 | that Zen Mobile Media was selling included Aura Vie? |
| 10:03:18 | 19 | A    Maybe. |
| | 20 | Q    Maybe? |
| 10:03:20 | 21 | A    I don't know, because I -- I don't use this |
| | 22 | company personally. |
| 10:03:28 | 23 | Q    Okay.  Looking at the right side of the page, |
| | 24 | there is a box for "Bank" -- "Bank Information." |
| 10:03:33 | 25 | Do you see that? |

Kusar Court Reporters & Legal Services, Inc.                          75

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 10:06:55 | 1 | A    It means you sell product online.  If you |
| | 2 | sell product online -- |
| 10:06:58 | 3 |          (Telephone ringing.) |
| | 4 |      THE WITNESS:  Apologize.  I turn off. |
| 10:07:00 | 5 | BY MR. LITTLE: |
| | 6 |      Q   It's okay.  Don't worry. |
| 10:07:02 | 7 |      MR. HARRIS:  Can you silence it? |
| | 8 |      THE WITNESS:  Yeah, sorry. |
| 10:07:03 | 9 | BY MR. LITTLE: |
| | 10 |      Q    That's okay. |
| 10:07:06 | 11 |      A    Okay. |
| | 12 |          If you sell online product -- |
| 10:07:10 | 13 |      Q    Uh-huh. |
| | 14 |      A    -- and sell product with, like, free trial -- |
| 10:07:15 | 15 |      Q    Yes. |
| | 16 |      A    -- it means it's negative option. |
| 10:07:21 | 17 |      Q    Free trial, and then a consumer has an |
| | 18 | opportunity -- they have to cancel within a certain |
| 10:07:27 | 19 | period of time, right? |
| | 20 |      A    It's already details. |
| 10:07:30 | 21 |      Q    I'm sorry? |
| | 22 |      A    I don't know these details already what you |
| 10:07:32 | 23 | explain to me -- |
| | 24 |      Q    Okay. |
| 10:07:34 | 25 |      A    -- because I have my personal experience -- |

Kusar Court Reporters & Legal Services, Inc.                               79

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 10:07:34 | 1 | Q    Okay. |
| | 2 | A    -- yeah?  Because a lot of times online I try |
| 10:07:40 | 3 | to buy something, and the same, free trial, everything, |
| | 4 | it's okay. |
| 10:07:44 | 5 | Sometimes I don't like it.  Like, last time |
| | 6 | somebody charged me for a sport, it's like for -- so I |
| 10:07:53 | 7 | say, "I don't like it."  I online tried return money, |
| | 8 | yeah. |
| 10:07:54 | 9 | Q    Okay. |
| | 10 | A    So it means -- this, it means negative |
| 10:07:57 | 11 | options, yeah? |
| | 12 | Q    So my understanding is, and I'm sure the FTC |
| 10:08:04 | 13 | could clarify this for you at some point -- |
| | 14 | A    Yeah. |
| 10:08:06 | 15 | Q    -- and much more eloquently than I could, but |
| | 16 | my understanding is you sign up for a free trial, you |
| 10:08:11 | 17 | give them your credit card information, and the |
| | 18 | consumer has to do -- take some affirmative action to |
| 10:08:18 | 19 | cancel the free trial before their credit card gets |
| | 20 | charged. |
| 10:08:20 | 21 | Do you understand that? |
| | 22 | A    Too long and "complicate" for me right now. |
| 10:08:26 | 23 | Q    Okay.  Did you understand that the companies |
| | 24 | that Alon was running were engaged in negative option |
| 10:08:33 | 25 | marketing? |

034

Case 2:15-cv-04527-GW-PLA   Document 355-1   Filed 04/18/16   Page 36 of 73   Page ID #:8710

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 10:08:41 | 1 | A    I understand Alon did everything for sell |
| | 2 | product, good quality, because Khristopher create |
| 10:08:45 | 3 | good-quality product. |
| | 4 | Q    Okay. |
| 10:08:51 | 5 | A    I give present to my friends, this product. |
| | 6 | All of them like it, and all the time when I travel, |
| 10:08:58 | 7 | they say, "Igor, please bring more.  It's good, really |
| | 8 | quality product." |
| 10:09:01 | 9 | Q    Uh-huh.  My question was different, |
| | 10 | Mr. Latsanovski, and I want to -- I want to make sure |
| 10:09:05 | 11 | you understand my question. |
| | 12 | A    Okay. |
| 10:09:08 | 13 | Q    Did you understand that the businesses that |
| | 14 | Alon Nottea was running, including Bunzai and Zen |
| 10:09:17 | 15 | Mobile Media, were offering products over the Internet |
| | 16 | via free trial -- |
| 10:09:21 | 17 | A    I know -- I know -- |
| | 18 | Q    Hold on a second.  Let me finish. |
| 10:09:23 | 19 | A    Okay. |
| | 20 | Q    Okay?  Did you understand that Alon's |
| 10:09:27 | 21 | companies were offering products over the Internet |
| | 22 | through something called negative option marketing? |
| 10:09:35 | 23 | MR. HARRIS:  Your definition or his of that term? |
| | 24 | MR. LITTLE:  Let me ask a more specific question. |
| 10:09:41 | 25 | MR. BERK:  I think we need to restate that |



| 10:11:29 | 1 | Q    There were pre-signed checks -- does your |
| | 2 | signature appear on each of these checks on Receiver's |
| 10:11:33 | 3 | Exhibit 11, sir? |
| | 4 | A    Yes. |
| 10:11:37 | 5 | Q    Okay.  Why did you pre-sign checks for |
| | 6 | CalEnergy and leave them with Doron Nottea? |
| 10:11:42 | 7 | MR. BERK:  Objection, asked and answered. |
| | 8 | BY MR. LITTLE: |
| 10:11:44 | 9 | Q    You can answer. |
| | 10 | THE WITNESS:  I have to answer? |
| 10:11:46 | 11 | MR. BERK:  Yes. |
| | 12 | THE WITNESS:  Because he help me for, if I not |
| 10:11:56 | 13 | here, I authorize him for help me pay some (sic) -- for |
| | 14 | personal or business purpose. |
| 10:11:59 | 15 | BY MR. LITTLE: |
| | 16 | Q    And just to make sure I understand, you |
| 10:12:04 | 17 | allowed Doron Nottea to do that -- |
| | 18 | A    What is "allowed"? |
| 10:12:08 | 19 | Q    You permitted Alon -- Doron Nottea to do |
| | 20 | that? |
| 10:12:10 | 21 | A    Yes. |
| | 22 | Q    He was not an employee of CalEnergy, right? |
| 10:12:15 | 23 | A    Not. |
| | 24 | Q    Was Doron Nottea a signer on the bank account |
| 10:12:18 | 25 | of CalEnergy? |

035

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | | |
|---|---|---|---|
| 10:12:20 | 1 | A | Not. |
| | 2 | Q | Did you pay him anything -- |
| 10:12:22 | 3 | A | No. |
| | 4 | Q | -- to help you? |
| 10:12:25 | 5 | A | Nothing. |
| | 6 | Q | And as I understand your testimony, your |

answer is the same with regard to your personal checks

that appear -- or your personal check that appears on

this page, "yes"?

| | | | |
|---|---|---|---|
| | 10 | A | Yes, the same, like -- |
| 10:12:40 | 11 | Q | Okay.  Do you leave pre-signed checks with |

anyone else besides Doron Nottea when you travel?

| | | | |
|---|---|---|---|
| 10:12:45 | 13 | A | Yes. |
| | 14 | Q | Who? |
| 10:12:49 | 15 | A | My wife. |
| | 16 | Q | Have you left any pre-signed checks with |

David Davidian?

| | | | |
|---|---|---|---|
| | 18 | A | Not. |
| 10:13:05 | 19 | Q | Do you leave your wife pre-signed checks for |

any other account than your personal account?

| | | | |
|---|---|---|---|
| 10:13:10 | 21 | A | I don't remember.  I trust her. |
| | 22 | Q | I understand. |
| 10:13:17 | 23 | A | For this reason, I live with her already 25 |

years.

| | | | |
|---|---|---|---|
| 10:13:20 | 25 | Q | And just to make sure I understand your |

Kusar Court Reporters & Legal Services, Inc.                    85

036

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 10:17:50 | 1 | Q    Either.  Do you know if Leor Arazy worked for |
| | 2 | Bunzai? |
| 10:17:52 | 3 | A    I don't remember. |
| | 4 | Q    Okay.  Turn to Receiver Exhibit 13.  This is |
| 10:18:01 | 5 | just a printout of your LinkedIn page. |
| | 6 | A    Uh-huh. |
| 10:18:02 | 7 | Q    Do you see that? |
| | 8 | A    Yes. |
| 10:18:05 | 9 | Q    Okay.  And one of the companies -- I asked |
| | 10 | you earlier in your deposition for all the companies |
| 10:18:13 | 11 | that you've owned or worked for, and one that you did |
| | 12 | not mention was a company called Guayas Limited. |
| 10:18:17 | 13 | A    Yes. |
| | 14 | Q    What is that company? |
| 10:18:20 | 15 | A    This is European company. |
| | 16 | Q    Okay.  Where in Europe? |
| 10:18:25 | 17 | A    Estonia. |
| | 18 | Q    In Tallinn? |
| 10:18:29 | 19 | A    Yes. |
| | 20 | Q    What does it do? |
| 10:18:33 | 21 | A    They do business. |
| | 22 | Q    You say, "They do business."  You're listed |
| 10:18:41 | 23 | as the CEO of that company.  What does it do? |
| | 24 | A    Okay, I'm shareholder this company (sic). |
| 10:18:44 | 25 | Q    You're a shareholder? |

Kusar Court Reporters & Legal Services, Inc.

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | | |
|---|---|---|---|
| 10:18:45 | 1 | A | (Nods head up and down.) |
| | 2 | Q | Are you the CEO? |
| 10:18:48 | 3 | A | I'm shareholder. |
| | 4 | Q | Well -- |
| 10:18:51 | 5 | A | I was COO some short period of time. |
| | 6 | Q | Do you -- is this your LinkedIn page? |
| 10:18:56 | 7 | A | If you print it, yes. |
| | 8 | Q | Yeah, so did you fill in all the information |
| 10:18:59 | 9 | | here? |
| | 10 | A | No. |
| 10:19:02 | 11 | Q | Who filled in the information? |
| | 12 | A | I sometimes ask somebody "for" help me, for |
| 10:19:06 | 13 | | create information about me. |
| | 14 | Q | Okay. |
| 10:19:09 | 15 | A | Personally, I didn't. |
| | 16 | Q | Have you ever been the CEO of Guayas Limited? |
| 10:19:16 | 17 | A | CO (sic)?  Never. |
| | 18 | Q | "Never."  What does it do? |
| 10:19:20 | 19 | A | What? |
| | 20 | Q | What does the company do? |
| 10:19:22 | 21 | A | Do? |
| | 22 | Q | (Nods head up and down.) |
| 10:19:25 | 23 | A | They make business. |
| | 24 | Q | What kind of business? |
| 10:19:30 | 25 | A | Investment in real estate. |

Kusar Court Reporters & Legal Services, Inc.                              92

038

| | | | |
|---|---|---|---|
| 10:19:33 | 1 | Q | And where does the money come from? |
| | 2 | A | You talking about which company? |
| 10:19:39 | 3 | Q | Guayas Limited, where does the money come |
| | 4 | | from? |
| 10:19:43 | 5 | A | They working themselves money (sic).  They |
| | 6 | | have cash flow. |
| 10:19:47 | 7 | Q | Okay.  Who is "they" that you're talking |
| | 8 | | about.  Who else is -- who else participates in that |
| 10:19:50 | 9 | | company? |
| | 10 | A | Okay.  Oleg is the CO (sic) of company for |
| 10:19:55 | 11 | | run this business. |
| | 12 | Q | Oleg?  And what is his last name? |
| 10:19:57 | 13 | A | Trushla. |
| | 14 | Q | Trushla? |
| 10:20:00 | 15 | A | Yeah, Trushla. |
| | 16 | Q | How would you spell it? |
| 10:20:06 | 17 | A | T-R-U-S-H-L-A, Trushla. |
| | 18 | Q | He lives in Estonia? |
| 10:20:09 | 19 | A | No. |
| | 20 | Q | Where does he live? |
| 10:20:14 | 21 | A | He "live" in Russia. |
| | 22 | Q | And who else works for Guayas Limited besides |
| 10:20:21 | 23 | | Oleg Trushla? |
| | 24 | A | Irina. |
| 10:20:23 | 25 | Q | Irina? |

039

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

```
10:23:37   1         A    I give you.

           2         Q    What I'll do is I'll leave a -- ask the court

10:23:41   3    reporter to leave a blank in your deposition so you can

           4    tell me what his phone number is later.

10:23:44   5         A    I give you.

           6         Q    Okay?

10:23:45   7         (Information requested:_____

           8    _____.)

10:23:45   9    BY MR. LITTLE:

          10         Q    And is -- the same question for Irina

10:23:51  11    Stamburg, you can do that as well?

          12         A    Yes.

10:23:53  13         Q    You can provide me the phone number?

          14         A    No problem.

10:23:55  15         Q    Okay.

          16         (Information requested:_____

10:23:55  17    _____.)

          18    BY MR. LITTLE:

10:23:59  19         Q    All right.  What does VastPay do?

          20         A    VastPay?

10:24:02  21         Q    Yes.

          22         A    This is a merchant processing company.

10:24:07  23         Q    Merchant processing company?

          24         A    Uh-huh.

10:24:12  25         Q    Has it ever done any business with any of the
```

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 10:52:58 | 1 | Q    Okay.  Debt -- |
| 10:53:03 | 2 | A    But -- no, but I can use another "words" |
| | 3 | which I understand it. |
| 10:53:12 | 4 | Q    Sure, all right.  Did you buy shares of |
| | 5 | anything, any companies that Alon was owning? |
| 10:53:15 | 6 | A    No. |
| | 7 | Q    Okay.  Did you loan money to those entities |
| | 8 | that Alon owns? |
| 10:53:19 | 9 | A    Yes. |
| | 10 | Q    Okay.  Do you have any written loan |
| 10:53:27 | 11 | agreements of any kind with any of Alon's companies? |
| | 12 | A    Bunzai and some other, maybe, companies. |
| 10:53:31 | 13 | Q    You think you have written agreements with |
| | 14 | Bunzai? |
| 10:53:33 | 15 | A    Yeah.  I don't remember exactly. |
| | 16 | Q    Okay. |
| 10:53:38 | 17 | A    We -- like, we sign a lot of agreements |
| | 18 | and -- |
| 10:53:41 | 19 | Q    You said you signed a lot of agreements with |
| | 20 | Alon? |
| 10:53:43 | 21 | A    No, some of papers.  Yeah, I don't |
| | 22 | remember -- |
| 10:53:45 | 23 | Q    Where are they? |
| | 24 | A    I don't know. |
| 10:53:50 | 25 | Q    Okay. |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 10:54:47 | 1 | A    Around -- because all the time say, "Give |
| | 2 | money," then return money, then I give them money. |
| 10:54:53 | 3 | Maximum, I don't remember exactly, and CPA can say |
| | 4 | exactly, maximum I think so one period of time was like |
| 10:54:59 | 5 | half a million. |
| | 6 | Q    Half a million dollars? |
| 10:55:02 | 7 | A    Right.  I said, maybe.  I'm not sure.  'Cause |
| | 8 | all this money, like -- like, again, back -- |
| 10:55:08 | 9 | Q    And you did it purely off of a verbal |
| | 10 | agreement? |
| 10:55:09 | 11 | A    Yes. |
| | 12 | Q    What was the verbal agreement? |
| 10:55:13 | 13 | MR. HARRIS:  Objection, asked and answered. |
| | 14 | You can -- you can answer. |
| 10:55:17 | 15 | THE WITNESS:  Huh? |
| | 16 | MR. HARRIS:  You can answer.  He asked you this |
| 10:55:21 | 17 | earlier, and you gave this answer, but you can answer |
| | 18 | his question again. |
| 10:55:23 | 19 | THE WITNESS:  Okay. |
| | 20 | Terms changed a lot of times. |
| 10:55:25 | 21 | BY MR. LITTLE: |
| | 22 | Q    I know you said that, so -- |
| 10:55:29 | 23 | A    Okay.  For me -- |
| | 24 | Q    Yes. |
| 10:55:31 | 25 | A    -- I'm calculating how much I give them, how |

Kusar Court Reporters & Legal Services, Inc.                    116

| | | |
|---|---|---|
| 10:55:35 | 1 | they return.  In my mind, I have profit from this |
| | 2 | company, like interest.  Maybe we change it, like, |
| 10:55:44 | 3 | shares, dividends.  We sound this money like difference |
| | 4 | pronunciation (sic).  For physically, in my mind, I |
| 10:55:51 | 5 | give them money.  I have some part of interest, my |
| | 6 | money (sic). |
| 10:55:54 | 7 | Q    How much interest did you charge them on the |
| | 8 | loan? |
| 10:56:01 | 9 | A    Generally, I have profit for during these |
| | 10 | five years, yeah, from them around 300 -- I don't |
| 10:56:11 | 11 | remember exactly.  Like, around 300 -- like 3, 320, |
| | 12 | like this one, profit. |
| 10:56:15 | 13 | It means how much I give them.  They return |
| | 14 | me an additional money, which, like, for me for -- for |
| 10:56:23 | 15 | "difference" names, like, percent.  Doesn't matter for |
| | 16 | me, yeah?  Like, money which I receive. |
| 10:56:28 | 17 | Q    I want to unpack that and go back to what you |
| | 18 | talked about. |
| 10:56:31 | 19 | You said you think you received 300 to |
| | 20 | $320,000 in profit? |
| 10:56:35 | 21 | A    Yes. |
| | 22 | Q    Okay.  Who paid you the profit? |
| 10:56:40 | 23 | A    Alon from this -- his entities. |
| | 24 | Q    From his entities? |
| 10:56:42 | 25 | A    Yes. |

| | | |
|---|---|---|
| 11:04:33 | 1 | BY MR. LITTLE: |
| | 2 | Q    You can answer. |
| 11:04:36 | 3 | A    Okay.  Alon. |
| | 4 | Q    Alon.  Anyone else? |
| 11:04:39 | 5 | MR. HARRIS:  Same objections. |
| | 6 | BY MR. LITTLE: |
| 11:04:41 | 7 | Q    You can answer. |
| | 8 | A    Alon. |
| 11:04:46 | 9 | Q    Okay.  Is there anyone else that you're aware |
| | 10 | of as you sit here today that control the companies |
| 11:04:51 | 11 | that you circled on Receiver's Exhibit 18? |
| | 12 | A    How I know, Alon (sic). |
| 11:04:54 | 13 | Q    Okay.  That's fine. |
| | 14 | All right.  I want you to take this -- sorry, |
| 11:05:00 | 15 | just one second. |
| | 16 | Okay.  As you sit here today, are you aware |
| 11:05:07 | 17 | of what Doron Nottea's role is with any of the |
| | 18 | companies that you circled on Receiver's Exhibit 18? |
| 11:05:10 | 19 | A    No. |
| | 20 | MR. BERK:  Objection, calls for speculation. |
| 11:05:13 | 21 | MR. LITTLE:  Can we have one person making |
| | 22 | objections?  Is that okay? |
| 11:05:15 | 23 | MR. BERK:  We can do that. |
| | 24 | MR. LITTLE:  Thanks. |
| 11:05:18 | 25 | Q    All right.  So what I'd like you to do is |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:06:23 | 1 | that the Federal Trade Commission was investigating the |
| | 2 | Bunzai group of companies? |
| 11:06:28 | 3 | A  Again? |
| | 4 | Q  At any point in time did Alon Nottea tell you |
| 11:06:34 | 5 | that the FTC, the Federal Trade Commission, was |
| | 6 | investigating the Bunzai group of companies? |
| 11:06:43 | 7 | A  Yeah, when I -- this is to receive -- this is |
| | 8 | information.  They close bank and everything, he call |
| 11:06:48 | 9 | me. |
| | 10 | Q  Okay.  So I want to make sure I understand |
| 11:06:52 | 11 | the timing, okay? |
| | 12 | A  Yeah. |
| 11:06:55 | 13 | Q  At any point in time before June of this |
| | 14 | year -- |
| 11:06:56 | 15 | A  Okay. |
| | 16 | Q  -- did you know that the Federal Trade |
| 11:06:59 | 17 | Commission was investigating -- |
| | 18 | A  Not. |
| 11:07:01 | 19 | Q  -- Alon's company? |
| | 20 | A  Not. |
| 11:07:05 | 21 | Q  "No," okay.  Do you know why Zen Mobile Media |
| | 22 | was dissolved, was legally dissolved? |
| 11:07:11 | 23 | A  (Shakes head from side to side.) |
| | 24 | Q  "No"? |
| 11:07:12 | 25 | MR. HARRIS:  You have to answer. |

Kusar Court Reporters & Legal Services, Inc.                          127

**045**

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| 11:07:12 | 1 | BY MR. LITTLE: |
| | 2 | Q    You have to answer audibly. |
| 11:07:16 | 3 | A    I don't know, no. |
| | 4 | Q    Okay.  Do you know why Lifestyle Media Brands |
| 11:07:19 | 5 | was legally dissolved? |
| | 6 | A    Not. |
| 11:07:23 | 7 | Q    Do you know why Pinnacle Logistics was |
| | 8 | legally dissolved? |
| 11:07:25 | 9 | A    Not. |
| | 10 | Q    Do you know why Agoa Holdings was legally |
| 11:07:28 | 11 | dissolved? |
| | 12 | A    Not. |
| 11:07:32 | 13 | Q    Do you know why Bunzai Media Group was |
| | 14 | legally dissolved? |
| 11:07:35 | 15 | A    Not. |
| | 16 | Q    Okay. |
| 11:07:36 | 17 | A    May I ask water? |
| | 18 | Q    Water?  Yeah, sure. |
| 11:07:43 | 19 | A    Yeah, because I -- |
| | 20 | Q    You're paying him.  We'll let him get it. |
| 11:07:48 | 21 | MR. BERK:  Anybody else? |
| | 22 | MS. KOONCE:  I'll take some. |
| 11:07:50 | 23 | MR. LITTLE:  No, thank you. |
| | 24 | THE WITNESS:  Thank you. |
| 11:07:51 | 25 | /// |

Kusar Court Reporters & Legal Services, Inc.                          128

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:12:52 | 1 | company. |
| | 2 | Q    Okay.  What was the European company from -- |
| 11:12:58 | 3 | that it took the loan from? |
| | 4 | A    CalEnergy take loans from European company |
| 11:13:03 | 5 | for interest, yeah? |
| | 6 | Q    And -- and what was the company in Europe |
| 11:13:08 | 7 | that it borrowed the money from? |
| | 8 | A    They own the -- this company, they own this |
| 11:13:12 | 9 | money. |
| | 10 | Q    Yes.  What was the name of the European |
| 11:13:16 | 11 | company? |
| | 12 | A    Okay, Guayas. |
| 11:13:22 | 13 | Q    Guayas.  And you are the 100 percent |
| | 14 | shareholder of Guayas, correct? |
| 11:13:26 | 15 | A    Yes. |
| | 16 | Q    Where did Guayas get the money that it loaned |
| 11:13:34 | 17 | to CalEnergy that CalEnergy loaned to Zen -- Bunzai? |
| | 18 | A    Okay, Guayas "have" profit. |
| 11:13:39 | 19 | Q    From what? |
| | 20 | A    From their business purpose.  They make |
| 11:13:47 | 21 | profit, declare this profit, pay taxes and everything, |
| | 22 | and make assets like money, and this money, they give |
| 11:13:52 | 23 | loan to CalEnergy. |
| | 24 | Q    Sure.  So what business purposes generated |
| 11:13:59 | 25 | the money for Guayas? |

Kusar Court Reporters & Legal Services, Inc.                    134

047

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:22:26 | 1 | CEO\owner of those companies. |
| | 2 | Is that true? |
| 11:22:27 | 3 | A    Not. |
| | 4 | Q    Not true, okay. |
| 11:22:36 | 5 | Have you ever heard of a company called |
| | 6 | Chargeback Armor? |
| 11:22:40 | 7 | A    Yes. |
| | 8 | Q    Okay.  What does that company do? |
| 11:22:51 | 9 | A    Alon start in technology directions.  He |
| | 10 | invite me if I could be investor.  I say, "No." |
| 11:22:59 | 11 | Q    Do you know anything else about it? |
| | 12 | A    Not. |
| 11:23:03 | 13 | Q    Okay.  Do you know -- have you ever heard of |
| | 14 | a company called IVR Logics? |
| 11:23:08 | 15 | A    Yes. |
| | 16 | Q    What do you know about IVR Logics? |
| 11:23:17 | 17 | A    I'm not sure, but I'm -- I'm "hear" this |
| | 18 | name. |
| 11:23:21 | 19 | Q    Okay.  Alon invited you to invest in |
| | 20 | Chargeback Armor, but you did not want to, correct? |
| 11:23:25 | 21 | A    (Nods head up and down.) |
| | 22 | Q    Did he ask you for a certain amount of money? |
| 11:23:29 | 23 | A    Yeah, but I don't remember the details. |
| | 24 | Q    Okay. |
| 11:23:31 | 25 | A    We start negotiate and negotiate, but in the |

Kusar Court Reporters & Legal Services, Inc.                    142

**048**

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:27:45 | 1 | ending with Zen Mobile Media. |
| | 2 | Do you see that? |
| 11:27:48 | 3 | A    Uh-huh. |
| | 4 | Q    When you made your investment -- I'm sorry. |
| 11:27:52 | 5 | Let me back up. |
| | 6 | Did you understand that the Bunzai group of |
| 11:28:01 | 7 | companies was funneling money to SBM Management? |
| | 8 | A    Don't know how the structure working. |
| 11:28:05 | 9 | Q    You don't know that? |
| | 10 | A    (Shakes head from side to side.) |
| 11:28:11 | 11 | Q    Okay.  I want you to turn with me to |
| | 12 | Receiver's Exhibit 26. |
| 11:28:14 | 13 | A    Uh-huh. |
| | 14 | Q    Okay?  Receiver's Exhibit 26 is -- hold on a |
| 11:28:37 | 15 | sec. |
| | 16 | Receiver's Exhibit 26, Mr. Latsanovski, is a |
| 11:28:43 | 17 | summary that the forensic accountant employed by the |
| | 18 | receiver made of all the money that was paid to |
| 11:28:50 | 19 | CalEnergy by these companies. |
| | 20 | A    Uh-huh. |
| 11:28:52 | 21 | Q    Do you see that? |
| | 22 | A    Yes. |
| 11:28:58 | 23 | Q    All right.  I want to go one by one, okay? |
| | 24 | At the time CalEnergy received $75,000 from |
| 11:29:05 | 25 | Agoa Holdings, did you know that it was making money by |

049

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:38:20 | 1 | BY MR. LITTLE: |
| | 2 | Q   Have you ever known who owned Zen Mobile |
| 11:38:23 | 3 | Media? |
| | 4 | A   Physically, no. |
| 11:38:39 | 5 | Q   Yes.  Do you know what is located at 4335 Van |
| | 6 | Nuys Boulevard, No. 167, in Sherman Oaks? |
| 11:38:48 | 7 | A   This page, right? |
| | 8 | Q   Any page, yeah.  I mean, it's the address |
| 11:38:53 | 9 | that appears throughout Receiver's Exhibit 30.  Do you |
| | 10 | know what's at that location? |
| 11:38:55 | 11 | A   Not. |
| | 12 | Q   Okay.  Have you ever picked up mail for Zen |
| 11:38:59 | 13 | Mobile Media? |
| | 14 | A   From this address, not. |
| 11:39:04 | 15 | Q   Did you -- all right.  So here's what I want |
| | 16 | to understand.  Our belief is that this is a mailbox, |
| 11:39:13 | 17 | just like the mailbox you pick up your stuff for |
| | 18 | CalEnergy -- |
| 11:39:15 | 19 | A   Yeah; yeah. |
| | 20 | Q   -- in Calabasas. |
| 11:39:16 | 21 | A   Yeah. |
| | 22 | Q   Did you ever provide your ID to anyone at |
| 11:39:22 | 23 | this mailbox to pick up the mail? |
| | 24 | A   From Zen Mobile? |
| 11:39:24 | 25 | Q   Yes. |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:41:38 | 1 | A      (Shakes head from side to side.) |
| | 2 | MR. HARRIS:  You have to answer audibly. |
| 11:41:39 | 3 | BY MR. LITTLE: |
| | 4 | Q      You have to answer. |
| 11:41:42 | 5 | A      Oh, okay.  Not. |
| | 6 | Q      Okay. |
| 11:41:43 | 7 | A      I don't remember exactly. |
| | 8 | Q      All right.  Take a look at Receiver's Exhibit |
| 11:41:47 | 9 | 31, if you would. |
| | 10 | Did you provide any information to David |
| 11:41:57 | 11 | Davidian to prepare the 2012 tax return for Zen Mobile |
| | 12 | Media? |
| 11:42:01 | 13 | A      If Alon asked me, I did. |
| | 14 | Q      Okay. |
| 11:42:06 | 15 | A      But exactly, I don't remember. |
| | 16 | Q      All right.  I want you to turn in this book |
| 11:42:20 | 17 | to Receiver's Exhibit 35, if you would. |
| | 18 | Mr. Latsanovski, earlier in your deposition |
| 11:42:26 | 19 | you testified under oath that you were neither an |
| | 20 | employee nor an officer of Bunzai Media Group. |
| 11:42:30 | 21 | A      Uh-huh. |
| | 22 | Q      This letter reads, "To whom it may concern, |
| 11:42:35 | 23 | "Mr. Igor Latsanovski holds the position |
| | 24 | of Chief Financial Officer of Bunzai Media |
| 11:42:39 | 25 | Group and currently earns a salary of $15,000 |

Kusar Court Reporters & Legal Services, Inc.                        159

Federal Trade Commission vs. Bunzai Media Group, Inc.      Igor Latsanovski

| | | |
|---|---|---|
| 11:42:44 | 1 | per month as compensation for his services. |
| | 2 | Mr. Latsanovski has held this key position |
| 11:42:48 | 3 | at Bunzai Media Group since February, 2011." |
| | 4 | You see that? |
| 11:42:50 | 5 | A    Yes. |
| | 6 | Q    Is that true? |
| 11:42:52 | 7 | A    Not. |
| | 8 | Q    It's not true? |
| 11:42:54 | 9 | A    (Shakes head from side to side.) |
| | 10 | Q    Okay.  Do you understand that this document |
| 11:42:59 | 11 | was used by you to obtain financing to purchase a car |
| | 12 | or lease a car? |
| 11:43:05 | 13 | A    Yeah, I didn't know it. |
| | 14 | Q    No, you didn't know that? |
| 11:43:07 | 15 | A    (Shakes head from side to side.) |
| | 16 | Q    Okay.  Have you ever seen this document |
| 11:43:10 | 17 | before? |
| | 18 | A    I don't remember. |
| 11:43:15 | 19 | Q    You don't remember?  Okay.  Take a look at |
| | 20 | Receiver's Exhibit 36, please. |
| 11:43:19 | 21 | A    36? |
| | 22 | Q    36. |
| 11:43:21 | 23 | A    Okay. |
| | 24 | Q    Do you see that there's a pay stub here for |
| 11:43:29 | 25 | "Igor's salary" from April 1 to April 16? |

Kusar Court Reporters & Legal Services, Inc.                         160

052

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 11:48:25 | 1 | MR. LITTLE:  Potential receivership asset. |
| | 2 | Q    What's his name? |
| 11:48:28 | 3 | MR. HARRIS:  Well, how is it a potential |
| | 4 | receivership asset? |
| 11:48:29 | 5 | MR. BERK:  The lease? |
| | 6 | MR. HARRIS:  How is this a potential, a 2011 car? |
| 11:48:31 | 7 | MR. LITTLE:  If there's a leasehold in a car |
| | 8 | that's still maintained by him, I need to know what it |
| 11:48:34 | 9 | is. |
| | 10 | Q    So who is it leased by? |
| 11:48:36 | 11 | MR. HARRIS:  No, you don't.  I'm going to instruct |
| | 12 | him not to answer. |
| 11:48:39 | 13 | MR. LITTLE:  You're going to instruct him not to |
| | 14 | answer whose -- whose lease he signed for? |
| 11:48:41 | 15 | MR. HARRIS:  Unless you tell me what receivership |
| | 16 | asset you're talking about, how it relates to what your |
| 11:48:45 | 17 | job is here, I'm not going to let him answer. |
| | 18 | MR. LITTLE:  Yeah. |
| 11:48:48 | 19 | Q    So, Mr. Latsanovski, did you obtain a lease |
| | 20 | with a letter from Mr. Bond saying that you were CFO, |
| 11:48:53 | 21 | "yes" or "no"? |
| | 22 | A    I don't understand question. |
| 11:48:56 | 23 | Q    Okay.  Did you provide this letter to someone |
| | 24 | so you could obtain a lease on a car for someone, |
| 11:49:02 | 25 | anyone? |

053

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 12:04:29 | 1 | Q    Yes. |
| | 2 | A    -- we make some, in my mind, in my mind, some |
| 12:04:35 | 3 | deal. |
| | 4 | Q    Okay. |
| 12:04:41 | 5 | A    But after, this deal quickly change, and |
| | 6 | after -- |
| 12:04:43 | 7 | Q    Alon changed it? |
| | 8 | A    No.  Most time -- most time, initially was |
| 12:04:50 | 9 | Khristopher. |
| | 10 | Q    Khristopher would change the deal? |
| 12:04:57 | 11 | A    Yeah.  He is amazing, really creative guy. |
| | 12 | In my life -- |
| 12:04:59 | 13 | Q    Uh-huh. |
| | 14 | A    -- like him, first time I met. |
| 12:05:04 | 15 | Q    That's not his real name, is it? |
| | 16 | A    Okay, yeah, but -- |
| 12:05:07 | 17 | Q    What's his real name? |
| | 18 | A    I don't know. |
| 12:05:09 | 19 | MR. HARRIS:  You have to let him finish his |
| | 20 | "questions." |
| 12:05:12 | 21 | MR. LITTLE:  I'm going to; I'm going to. |
| | 22 | MR. HARRIS:  Well, not -- not once in a while. |
| 12:05:16 | 23 | Every time you have to let him finish his "questions" |
| | 24 | -- his answers. |
| 12:05:16 | 25 | MR. LITTLE:  Okay. |

Kusar Court Reporters & Legal Services, Inc.                              174

054

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 12:07:34 | 1 | 100,000, 25,000, 175,000 -- |
| | 2 | A    Some checks, if CalEnergy -- some checks, if |
| 12:07:42 | 3 | these checks to CalEnergy, it's, like, to return my |
| | 4 | investment. |
| 12:07:46 | 5 | Q    Okay.  Let's turn the page, if you would.  I |
| | 6 | recovered this document from the office of Focus Media |
| 12:07:50 | 7 | Solutions. |
| | 8 | A    Uh-huh. |
| 12:07:57 | 9 | Q    Okay?  This is -- somebody maintained a |
| | 10 | record of your investment -- |
| 12:08:00 | 11 | A    Yeah. |
| | 12 | Q    -- okay, it looks like to me.  It looks |
| 12:08:03 | 13 | like -- |
| | 14 | A    It's true. |
| 12:08:06 | 15 | Q    Okay.  Hold on a second.  It looks like you |
| | 16 | invested 486,692 in Bunzai.  Is that right? |
| 12:08:13 | 17 | A    I don't remember, beside of accounting (sic). |
| | 18 | Q    Okay.  And your testimony was that the checks |
| 12:08:20 | 19 | on Exhibit 36 were checks returning your investment, |
| | 20 | right? |
| 12:08:22 | 21 | A    Yeah. |
| | 22 | Q    Okay.  Tell the court why there are no checks |
| 12:08:34 | 23 | in the amount of $2,500 or $7,500 on this repayment |
| | 24 | ledger. |
| 12:08:40 | 25 | A    I don't know.  I don't know who did it.  For |

Kusar Court Reporters & Legal Services, Inc.                    177

055

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 12:10:55 | 1 | Q     Did you ever put more than half a million |
| | 2 | dollars in Bunzai? |
| 12:11:02 | 3 | A     For one shot?  No. |
| | 4 | Q     No, not for one shot, total.  Did you ever |
| 12:11:10 | 5 | put more than half a million dollars total into Bunzai? |
| | 6 | A     I -- more than half -- I think so.  Okay, |
| 12:11:14 | 7 | maybe. |
| | 8 | Q     "Maybe"? |
| 12:11:17 | 9 | A     Maybe. |
| | 10 | Q     Okay. |
| 12:11:20 | 11 | A     I explain why.  Because I receive some money, |
| | 12 | because I -- I never cross-balance between how much I |
| 12:11:28 | 13 | give them and how much they return me. |
| | 14 | Q     You never checked? |
| 12:11:32 | 15 | A     Yes.  For this reason, maybe some period of |
| | 16 | time, yeah, I give -- they ask, "We need pay salary. |
| 12:11:40 | 17 | Igor, we need additional $200,000." |
| | 18 | I say, "Listen, guys, you don't" -- "didn't |
| 12:11:45 | 19 | return previously (sic) investments." |
| | 20 | Say, "Igor, people, we have to pay salary. |
| 12:11:49 | 21 | We have 50 people." |
| | 22 | "What do I have to do?" |
| 12:11:53 | 23 | They say, "We have to close otherwise." |
| | 24 | I say, "Okay." |
| 12:11:57 | 25 | And which balance, what you ask me right now, |

Kusar Court Reporters & Legal Services, Inc.                          180

| | | |
|---|---|---|
| 12:12:01 | 1 | I -- too hard me say sure (sic). |
| | 2 | Q    I understand.  All right. |
| 12:12:07 | 3 | So at the end of the day, though, Bunzai paid |
| | 4 | back 3 -- as I understand your testimony -- |
| 12:12:12 | 5 | A    Yes. |
| | 6 | Q    -- Bunzai paid back 300 to $320,000 more than |
| 12:12:16 | 7 | you put in, right? |
| | 8 | A    Exactly. |
| 12:12:20 | 9 | Q    Okay.  Hold on a sec. |
| | 10 | Would you turn back to Receiver's Exhibit 26. |
| 12:12:25 | 11 | A    Uh-huh. |
| | 12 | Q    Bunzai is not on the list here in Receiver's |
| 12:12:36 | 13 | Exhibit 26. |
| | 14 | A    Uh-huh. |
| 12:12:40 | 15 | Q    These companies paid your company, CalEnergy, |
| | 16 | almost 1.3 million dollars in the last 18 months. |
| 12:12:45 | 17 | A    Okay. |
| | 18 | Q    Why? |
| 12:12:49 | 19 | A    Because during this period of time they |
| | 20 | receive more than this period of time money (sic). |
| 12:12:54 | 21 | Q    They received more than 1.3 million from you? |
| | 22 | A    Yeah. |
| 12:12:56 | 23 | Q    Okay. |
| | 24 | A    Because they show right now how much they |
| 12:13:00 | 25 | pay, but they didn't show how much they received. |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 13:16:22 | 1 | MR. HARRIS:  Okay, not interested. |
| | 2 | THE WITNESS:  39? |
| 13:16:23 | 3 | BY MR. LITTLE: |
| | 4 | Q    39, please. |
| 13:16:30 | 5 | A    Okay. |
| | 6 | Q    Okay.  Can you tell the court why a deposit |
| 13:16:39 | 7 | stamp for CalEnergy was present in Mr. Doron Nottea's |
| | 8 | office. |
| 13:16:43 | 9 | A    What?  Why what? |
| | 10 | Q    Can you tell me why a deposit stamp for |
| 13:16:49 | 11 | CalEnergy was present in Doron Nottea's office? |
| | 12 | A    Because he -- yeah; yeah. |
| 13:16:51 | 13 | MR. HARRIS:  Right here. |
| | 14 | THE WITNESS:  Because he helped me.  I authorized |
| 13:16:58 | 15 | him for help me some -- because when I travel, if some |
| | 16 | needed, he can help me. |
| 13:16:59 | 17 | BY MR. LITTLE: |
| | 18 | Q    Did he use it? |
| 13:17:01 | 19 | A    Who, him? |
| | 20 | Q    Yes. |
| 13:17:03 | 21 | A    I think so sometimes, yeah. |
| | 22 | Q    Okay.  What checks did he deposit for you, do |
| 13:17:06 | 23 | you know? |
| | 24 | A    I don't remember. |
| 13:17:08 | 25 | Q    Did he -- |

Kusar Court Reporters & Legal Services, Inc.                    188

058

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 13:23:07 | 1 | invest -- because this is -- it's, like, the same |
| | 2 | money.  I give them, they return me.  It's around, |
| 13:23:15 | 3 | maximum, how my money, they use -- not maximum, around, |
| | 4 | I don't exactly, like a half million dollars. |
| 13:23:18 | 5 | BY MR. LITTLE: |
| | 6 | Q    Like what? |
| 13:23:21 | 7 | A    Half-million dollars, $500,000.  This money |
| | 8 | come in.  I give them check for $200,000.  They return |
| 13:23:29 | 9 | me 20, 50.  Again give -- this is cash flow 1.6 million |
| | 10 | dollars. |
| 13:23:31 | 11 | Q    Yeah. |
| | 12 | A    But physically, my money working there, |
| 13:23:34 | 13 | around $500,000. |
| | 14 | Q    That makes no sense, Mr. Latsanovski, and let |
| 13:23:41 | 15 | me explain why.  The total amount of withdrawals from |
| | 16 | CalEnergy's accounts was 1,611,000 of your money. |
| 13:23:48 | 17 | A    No, this is the same money coming in and out. |
| | 18 | MR. BERK:  Can I -- can I -- |
| 13:23:51 | 19 | MR. LITTLE:  No, you can't. |
| | 20 | Q    So I have a question here.  Mr. Latsanovski, |
| 13:23:56 | 21 | it appears as though CalEnergy is simply circulating |
| | 22 | money through the accounts of the Bunzai group |
| 13:24:00 | 23 | companies. |
| | 24 | Is that true? |
| 13:24:05 | 25 | MR. BERK:  Objection, calls for, I think, a legal |

Kusar Court Reporters & Legal Services, Inc.                          195

Federal Trade Commission vs. Bunzai Media Group, Inc.       Igor Latsanovski

| | | |
|---|---|---|
| 13:24:06 | 1 | conclusion.  I don't even know. |
| | 2 | BY MR. LITTLE: |
| 13:24:08 | 3 | Q    You can answer the question. |
| | 4 | A    Okay.  Ask me slowly, please. |
| 13:24:16 | 5 | Q    Okay.  It appears to me, Mr. Latsanovski -- |
| | 6 | A    Uh-huh. |
| 13:24:18 | 7 | Q    -- that you -- that CalEnergy is simply |
| | 8 | circulating money through the Bunzai group of companies |
| 13:24:23 | 9 | and making nothing. |
| | 10 | Is that true? |
| 13:24:27 | 11 | A    Yes. |
| | 12 | Q    So -- |
| 13:24:31 | 13 | A    For this reason.  For this reason.  Okay, it |
| | 14 | is what it is, fact. |
| 13:24:36 | 15 | Q    Explain to the court why, if you could make |
| | 16 | 20 percent as a hard money lender, you would circulate |
| 13:24:42 | 17 | money through the Bunzai group of companies for five |
| | 18 | years and make |
| 13:24:45 | 19 | MR. BERK:  Objection; assumes facts -- |
| | 20 | BY MR. LITTLE: |
| 13:24:45 | 21 | Q    -- nothing. |
| | 22 | MR. BERK:  -- not in evidence, calls for |
| 13:24:47 | 23 | speculation. |
| | 24 | THE WITNESS:  I live with dream.  Alon is all time |
| 13:24:59 | 25 | promise me, "Igor, we learn.  We have some mistakes." |

Kusar Court Reporters & Legal Services, Inc.                         196

060

| | | |
|---|---|---|
| 13:25:05 | 1 | He open call center, hire lot of people, have expenses. |
| | 2 | Okay, it is what it is. |
| 13:25:12 | 3 | And every times, his phrase was, "Igor, I |
| | 4 | don't steal no (sic) one penny from you.  Did you see? |
| 13:25:18 | 5 | I try do maximum what I do." |
| | 6 | BY MR. LITTLE: |
| 13:25:19 | 7 | Q    Uh-huh. |
| | 8 | A    "Sure I don't give you lot of profit, but you |
| 13:25:26 | 9 | return your money.  You have some profit.  And give me |
| | 10 | one additional chance.  Yeah, I will show you." |
| 13:25:32 | 11 | In America here, don't have a lot of people |
| | 12 | to whom I have to invest who real (sic).  Because I'm |
| 13:25:38 | 13 | person, I cannot working myself.  I under- -- I |
| | 14 | understand I have to -- you know some -- |
| 13:25:44 | 15 | I don't know some, like -- this is -- you |
| | 16 | know some problem with guys, but you know already this |
| 13:25:50 | 17 | is already -- you already his problems (sic), but I |
| | 18 | believe in his energy, and in my mind, I decided to |
| 13:26:00 | 19 | give him second chance.  Maybe I'm stupid. |
| | 20 | Q    Hey, I don't think you're stupid at all, but |
| 13:26:05 | 21 | what I'm trying to understand is, when you finally got |
| | 22 | over $300,000 to the good and you had made a return on |
| 13:26:14 | 23 | your money, you dropped another $325,000 into it. |
| | 24 | Help me understand on what level that would |
| 13:26:19 | 25 | make sense as an investor. |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 13:42:06 | 1 | A    Okay.  The -- all money which I receive, I |
| | 2 | receive from a loan agreement from Guayas. |
| 13:42:28 | 3 | Q    Okay.  Hold on a sec.  Just a moment. |
| | 4 | Okay.  The transfers of over four million |
| 13:42:49 | 5 | dollars came from Guayas which you own a hundred |
| | 6 | percent of, correct? |
| 13:42:55 | 7 | A    Yeah, but I am not COO.  I ask COO for give |
| | 8 | me a loan. |
| 13:42:59 | 9 | Q    I understand.  So you asked the COO if he |
| | 10 | would give you a loan? |
| 13:43:01 | 11 | A    Yes. |
| | 12 | Q    The COO being Oleg? |
| 13:43:03 | 13 | A    Yes. |
| | 14 | Q    Okay.  Does Oleg have a lot of money? |
| 13:43:06 | 15 | A    He personally? |
| | 16 | Q    Yes. |
| 13:43:08 | 17 | A    He manage this company.  This is his cash |
| | 18 | flow, his -- "he" responsible for it.  I cannot -- I |
| 13:43:12 | 19 | shareholder. |
| | 20 | Q    Yes. |
| 13:43:17 | 21 | A    I can ask him, but I cannot say, "You have to |
| | 22 | do it," because if I will say, I "have" responsible. |
| 13:43:24 | 23 | Q    Sure.  So as the hundred percent shareholder, |
| | 24 | you can show us the balance sheet of Guayas Limited, |
| 13:43:28 | 25 | right? |

Kusar Court Reporters & Legal Services, Inc.                                    212

062

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| 13:52:54 | 1 | purpose, better have one account where I receive "this" |
| | 2 | all loan, and after already if some businesses ask me, |
| 13:53:00 | 3 | I give them money faster.  And it's here, I can make by |
| | 4 | phone wire. |
| 13:53:04 | 5 | Q    Okay.  So -- |
| | 6 | A    It's for management purpose. |
| 13:53:08 | 7 | Q    Yes.  Looking back on the first page of |
| | 8 | Exhibit 49, it appears to me that you've received about |
| 13:53:18 | 9 | seven million dollars -- a little over seven million |
| | 10 | dollars in loans from Danske Bank and from -- from |
| 13:53:23 | 11 | Bavaria -- |
| | 12 | A    Guayas. |
| 13:53:28 | 13 | Q    -- Bavaria -- Guayas and Bavaria Inter LP, |
| | 14 | okay? |
| 13:53:30 | 15 | A    Uh-huh. |
| | 16 | Q    Out of that money, a little over 4.5 million |
| 13:53:35 | 17 | dollars was transferred to Sunset. |
| | 18 | A    Uh-huh. |
| 13:53:37 | 19 | Q    What did you do with the rest of the money? |
| | 20 | What was it intended for? |
| 13:53:42 | 21 | A    I invest to some businesses, like -- for |
| | 22 | example, like, and I use myself.  The balance, you can |
| 13:53:50 | 23 | see everything.  This is -- this is not cash/cash, |
| | 24 | yeah?  You can see from balance everything. |
| 13:53:55 | 25 | Ask David.  He can show you to where money |

Kusar Court Reporters & Legal Services, Inc.                           222

063

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 14:12:38 | 1 | A    Sure.   In this case, not.   But before we meet |
| | 2 | together.   She -- |
| 14:12:42 | 3 | Q    You had met her before? |
| | 4 | A    Yes. |
| 14:12:44 | 5 | Q    Where does she live? |
| | 6 | A    She live in Moscow. |
| 14:12:48 | 7 | Q    Okay.   Do you know where she made this money? |
| | 8 | A    Sure.   "She" working for some huge, big |
| 14:12:54 | 9 | private company, yeah. |
| | 10 | Q    Okay. |
| 14:12:57 | 11 | A    She -- her bonus, like, a couple of million |
| | 12 | dollars per year, just only bonus. |
| 14:13:03 | 13 | Q    Okay.   What kind of company are we talking |
| | 14 | about here? |
| 14:13:06 | 15 | A    I don't remember.   Some high -- huge company. |
| | 16 | Q    And this man Lawrence Rubin who sent you |
| 14:13:13 | 17 | $985,000, who is that? |
| | 18 | A    No, this hard money. |
| 14:13:15 | 19 | Q    It's hard money? |
| | 20 | A    Yeah.   This is -- this is Mike.   You have to |
| 14:13:19 | 21 | ask COO.   He -- |
| | 22 | Q    Mike found this person? |
| 14:13:20 | 23 | A    Yeah. |
| | 24 | Q    Okay.   Tell me, what is the contact |
| 14:13:23 | 25 | information for Mike? |

Kusar Court Reporters & Legal Services, Inc.                          230

**064**

| | | |
|---|---|---|
| 14:18:17 | 1 | A     Except of Bunzai Group?  No.  Really, no. |
| | 2 | Q     And the reason I ask this, it appears to me |
| 14:18:23 | 3 | from the bank records that -- and the transfers from |
| | 4 | CalEnergy to you personally, that you are mostly living |
| 14:18:31 | 5 | off of money that's coming from overseas. |
| | 6 |        Is that true? |
| 14:18:33 | 7 | A     Yeah. |
| | 8 | Q     That is true? |
| 14:18:38 | 9 | A     Yeah.  I sell house.  I -- in Barcelona, we |
| | 10 | have house. |
| 14:18:40 | 11 | Q     Yes. |
| | 12 | A     House, it's condominium. |
| 14:18:42 | 13 | Q     Yeah. |
| | 14 | A     We sell it.  It's around two million dollars. |
| 14:18:50 | 15 | And I go, I call to Oleg.  I say, "Listen, you have" -- |
| | 16 | "what you do.  You give hard money loan.  Take my |
| 14:18:55 | 17 | money, pay me some interest."  Say, "Okay." |
| | 18 |        And I eat this, my money, really.  Between |
| 14:19:02 | 19 | us, it's, like, really I eat my money.  And all these |
| | 20 | years I look for -- you can see I open a lot of these |
| 14:19:12 | 21 | directions, yeah, and try find something, and this is |
| | 22 | not -- because if I will have enough income here, maybe |
| 14:19:19 | 23 | I never give to Alon additional opportunity. |
| | 24 | Q     Sure. |
| 14:19:23 | 25 | A     It's, like, maybe, maybe, maybe this one, |

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 14:35:38 | 1 | Do you know why or did Alon ever tell you why |
| | 2 | his companies needed your money? |
| 14:35:49 | 3 | A    Because he "need" additional cash flow.  This |
| | 4 | is main reason.  He have to pay salary, didn't have |
| 14:35:53 | 5 | money and -- |
| | 6 | Q    You don't think he had money? |
| 14:35:56 | 7 | A    Well, I believe him. |
| | 8 | Q    You believed him when he said he didn't have |
| 14:35:59 | 9 | money? |
| | 10 | A    Yes. |
| 14:36:17 | 11 | Q    Okay.  I want you to turn to Receiver's |
| | 12 | Exhibit 59.  This is a copy of the Complaint. |
| 14:36:32 | 13 | Do you understand that you were sued by the |
| | 14 | Federal Trade Commission? |
| 14:36:35 | 15 | A    Yes. |
| | 16 | Q    Okay.  I want you to take a look at paragraph |
| 14:36:52 | 17 | 28 on Page 14.  Are you there? |
| | 18 | A    Uh-huh. |
| 14:36:58 | 19 | Q    This reads, "Defendant Igor Latsanovski is or |
| | 20 | was an owner of Bunzai Media Group, Incorporated." |
| 14:37:05 | 21 | Is that true? |
| | 22 | A    We -- when I met with them, we signed |
| 14:37:16 | 23 | agreement, like, I partner (sic), but after, we change |
| | 24 | a lot of times. |
| 14:37:22 | 25 | Physically, I "am" never been partner of this |

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 14:37:28 | 1 | company, but we sign a lot of papers, like, I'm for -- |
| | 2 | like, "Igor, for protect your money, we give you all |
| 14:37:34 | 3 | the paper like shareholder." Say "Okay." |
| | 4 | But one term starts. Second term say, in my |
| 14:37:42 | 5 | mind, I give them money like loan, and they return me. |
| | 6 | What they think about it is another story. |
| 14:37:46 | 7 | Q    Where are the papers that will show whether |
| | 8 | you are a partner in Bunzai? |
| 14:37:52 | 9 | A    We -- we signed some papers, create new ones. |
| | 10 | It's, like, during this life was a lot of changes. |
| 14:38:06 | 11 | Q    The sentence continues on "and CEO of Zen |
| | 12 | Mobile Media Group, Incorporated." |
| 14:38:10 | 13 | Were you the CEO of Zen Mobile Media Group, |
| | 14 | Incorporated? |
| 14:38:15 | 15 | A    Alon asked me. I signed all papers. |
| | 16 | MR. LITTLE: I'm going to object as being |
| 14:38:21 | 17 | nonresponsive. |
| | 18 | Q    I want to make sure that I get a complete |
| 14:38:27 | 19 | answer to this question. Were you or were you not the |
| | 20 | chief executive officer of Zen Mobile Media Group, |
| 14:38:32 | 21 | Incorporated? |
| | 22 | A    Physically, not. |
| 14:38:37 | 23 | Q    On paper, were you the CEO of Zen Mobile |
| | 24 | Media Group, Incorporated? |
| 14:38:43 | 25 | A    Yeah. If he asked me, I signed papers. |

067

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 14:39:54 | 1 | Zen Mobile Media Group, could you have walked into |
| | 2 | Alon's office and said, "Take me off all the papers"? |
| 14:40:00 | 3 | A    I "said" him. |
| | 4 | Q    You told him that? |
| 14:40:01 | 5 | A    Yes. |
| | 6 | Q    When did you do that? |
| 14:40:10 | 7 | A    I don't remember.  Not one time, a lot of |
| | 8 | times.  "Can you" -- because sometimes when I go to |
| 14:40:20 | 9 | bank, because on bank, yeah, I have -- Wells Fargo Bank |
| | 10 | has -- when you have your accounts, yeah, you can |
| 14:40:28 | 11 | "sees" all your accounts, and my -- when I opened my |
| | 12 | log-in, yeah, I didn't see just this is Zen.  Why I |
| 14:40:33 | 13 | don't know. |
| | 14 | And sometimes when they make some |
| 14:40:37 | 15 | transactions, some wire, they ask me from which |
| | 16 | account, and they send me from Zen.  And then this is |
| 14:40:45 | 17 | when they remind me exist some account for my name |
| | 18 | which I don't control, do nothing. |
| 14:40:51 | 19 | And then period of time say, "Listen, Alon, |
| | 20 | remember you ask me about open for my name Zen (sic)? |
| 14:40:56 | 21 | Please can you cancel this." |
| | 22 | "Okay, yeah.  I will; I will."  It's, like, |
| 14:40:59 | 23 | repeat sometimes. |
| | 24 | Q    Alon told you that? |
| 14:41:01 | 25 | A    What means "told"? |

Kusar Court Reporters & Legal Services, Inc.                          251

068

Federal Trade Commission vs. Bunzai Media Group, Inc.       Igor Latsanovski

| | | |
|---|---|---|
| 15:12:03 | 1 | Q    Right.  Is there anything you can tell me |
| | 2 | about any of the Bunzai group of companies? |
| 15:12:07 | 3 | A    Sorry. |
| | 4 | Q    It's fine.  Is there anything that you can |
| 15:12:11 | 5 | tell me about the Bunzai group of companies that would |
| | 6 | assist the receiver in either seizing assets or |
| 15:12:21 | 7 | preparing her report? |
| | 8 | A    Okay, again, because I'm a little bit -- |
| 15:12:28 | 9 | Q    Yeah, let me ask it -- let me ask it in |
| | 10 | pieces. |
| 15:12:31 | 11 | Is there anything else that you can tell me |
| | 12 | about the Bunzai group of companies -- |
| 15:12:33 | 13 | A    Okay. |
| | 14 | Q    -- that would help us understand how they |
| 15:12:37 | 15 | operate? |
| | 16 | A    Alon can do it.  He can explain everything. |
| 15:12:41 | 17 | Q    Okay. |
| | 18 | A    He is running it. |
| 15:12:45 | 19 | Q    Okay.  Is there anything else that you can |
| | 20 | tell me about the Bunzai group of companies that might |
| 15:12:52 | 21 | help us understand more about how Alon runs the |
| | 22 | companies? |
| 15:12:58 | 23 | A    I think so best -- better that he can |
| | 24 | explain?  Nobody can. |
| 15:13:00 | 25 | Q    Okay. |

Kusar Court Reporters & Legal Services, Inc.                      269

Federal Trade Commission vs. Bunzai Media Group, Inc.        Igor Latsanovski

| | | |
|---|---|---|
| 15:13:04 | 1 | A    Because without his "permit"..... |
| | 2 | Q    Do you know whether these companies can |
| 15:13:08 | 3 | continue to operate without your loans? |
| | 4 | A    They -- they close it one "years" ago. |
| 15:13:14 | 5 | Q    What do you mean? |
| | 6 | A    They Alon said, "Igor, that's it.  It's |
| 15:13:19 | 7 | finished as a business." |
| | 8 | Say, "Wow." |
| 15:13:21 | 9 | "It's done." |
| | 10 | I say, "Well, okay." |
| 15:13:26 | 11 | And say, "Okay, Igor, done." |
| | 12 | For this reason he request me for this loan |
| 15:13:32 | 13 | for open new entity for cover his -- he "said" me, |
| | 14 | "Igor, this is new directions which can make profit." |
| 15:13:38 | 15 | I said, "Okay." |
| | 16 | Q    Did Alon ever tell you that he was closing |
| 15:13:42 | 17 | down that Bunzai group of companies? |
| | 18 | A    Yes. |
| 15:13:43 | 19 | Q    He did? |
| | 20 | A    Yes. |
| 15:13:45 | 21 | Q    When did he tell you that? |
| | 22 | A    One year ago, around. |
| 15:13:48 | 23 | Q    A year ago? |
| | 24 | A    Yeah, around. |
| 15:13:51 | 25 | Q    Did he tell you that he was closing those |

Kusar Court Reporters & Legal Services, Inc.                         270

Federal Trade Commission vs. Bunzai Media Group, Inc.          Igor Latsanovski

| | | |
|---|---|---|
| 15:13:54 | 1 | companies down because those companies were being |
| | 2 | investigated by the Federal Trade Commission? |
| 15:14:00 | 3 | A    No; no.  He said, "Because overhead expenses |
| | 4 | eats all profit, economically not reasonable continue |
| 15:14:06 | 5 | this business." |
| | 6 | I said, "Okay.  It is what it is." |
| 15:14:18 | 7 | Q    I want to go back and talk about David |
| | 8 | Davidian for a couple more minutes, okay? |
| 15:14:21 | 9 | A    Okay. |
| | 10 | Q    Okay?  Did Alon -- I understood your |
| 15:14:36 | 11 | testimony that Alon referred you to David -- |
| | 12 | A    Yes. |
| 15:14:37 | 13 | Q    -- is that right? |
| | 14 | A    Yes. |
| 15:14:44 | 15 | Q    When you talked to David, did he explain to |
| | 16 | you that he was doing the accounting work for this |
| 15:14:49 | 17 | Bunzai group of companies? |
| | 18 | A    No.  He professionally (sic).  If "he" |
| 15:14:54 | 19 | talking about this direction, it's only about this |
| | 20 | direction. |
| 15:15:06 | 21 | Q    Okay.  Here's where I'm getting hung up, |
| | 22 | okay, and maybe you can help me understand this.  You |
| 15:15:14 | 23 | have a relationship with David on -- he does your |
| | 24 | personal accounting, and he does CalEnergy's |
| 15:15:18 | 25 | accounting, "yes"? |

Kusar Court Reporters & Legal Services, Inc.                              271

071