# EXHIBIT "D"

# In the Matter of:

# FTC v. Bunzai Media Group, Inc., et al.

*January 20, 2016*
*Doron Nottea*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## Page 1

```
              UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

  FEDERAL TRADE COMMISSION    )
                              )
         Plaintiff            )
                              )
    v.                        )  No. CV 15-4527-GW(PLAx)
                              )
  BUNZAI MEDIA GROUP, INC.,   )
  et al.,                     )
                              )
         Defendants.          )
  _____)



              Wednesday, January 20, 2016

              10877 Wilshire Boulevard
              Suite 700
              Los Angeles, California


         The above-entitled matter came on for
  deposition, pursuant to Notice, at 10:04 a.m.
```

## Page 2

```
              UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

  FEDERAL TRADE COMMISSION    )
                              )
         Plaintiff            )
                              )
    v.                        )  No. CV 15-4527-GW(PLAx)
                              )
  BUNZAI MEDIA GROUP, INC.,   )
  et al.,                     )
                              )
         Defendants.          )
  _____)



         DEPOSITION OF DORON NOTTEA, taken on
  behalf of the Federal Trade Commission, at
  10877 Wilshire Boulevard, Suite 700, Los Angeles,
  California, commencing at 10:04 a.m., and concluding
  at 6:15 p.m., on Wednesday, January 20, 2016,
  pursuant to Notice, before CHRISTINA KIM-CAMPOS,
  CSR No. 12598, a Certified Shorthand Reporter, in
  and for the State of California.

                        ***
```

## Page 3

```
APPEARANCES

For the Federal       U.S. FEDERAL TRADE COMMISSION
Trade Commission:     REID TEPFER, ESQ.
                      1999 Bryan Street
                      Suite 2150
                      Dallas, Texas  75201-6808
                      (214) 979-9383
                      rtepfer@ftc.gov

                      U.S. FEDERAL TRADE COMMISSION
                      LUIS H. GALLEGOS, ESQ.
                      1999 Bryan Street
                      Suite 2150
                      Dallas, Texas  76201-6808
                      (214) 979-9383
                      lgallegos@ftc.gov

For the Witness:      ESENSTEN LAW
                      ROBERT L. ESENSTEN, ESQ.
                      12100 Wilshire Boulevard
                      Suite 1660
                      Los Angeles, California  90025
                      (310) 273-3090
                      resensten@esenstenlaw.com

For the               CROSSWIND
Defendants            ROBERT M. UNGAR, ESQ.
Alon Nottea and       2190 North Beverly Glen Blvd.
Roi Reuveni:          Los Angeles, California  90077
                      (818) 646-4750
                      rmu@crosswindlaw.com

Also Present:         Alon Nottea
```

## Page 4

```
                        I N D E X

 WITNESS             EXAMINATION               PAGE
 Doron Nottea        By Mr. Tepfer                6
 Afternoon Session                              107


 DEPOSITION EXHIBITS                  INITIAL REFERENCE
 Nottea Deposition Exhibit No.  26         28
 Nottea Deposition Exhibit No.  46         39
 Nottea Deposition Exhibit No.  49         55
 Nottea Deposition Exhibit No.  43         70
 Nottea Deposition Exhibit No.  29         83
 Nottea Deposition Exhibit No.  45         89
 Nottea Deposition Exhibit No.  41        108
 Nottea Deposition Exhibit No.  44        114
 Nottea Deposition Exhibit No.  21        115
 Nottea Deposition Exhibit No.  30        118
 Nottea Deposition Exhibit No.  47        121
 Nottea Deposition Exhibit No.  37        123
 Nottea Deposition Exhibit No.  35        129
 Nottea Deposition Exhibit No.  32        132
 Nottea Deposition Exhibit No.  51        134
 Nottea Deposition Exhibit No.  53        136
 Nottea Deposition Exhibit No.  54        144
```

|  | 29 |
|---|---|
| 1 | What's the rule, citation? |
| 2 | MR. GALLEGOS: Well, Mr. Esensten represents |
| 3 | Mr. Nottea. We were expecting him to be here. In |
| 4 | other words, as a matter of courteousness, it would |
| 5 | have been nice to know if you were coming, so we |
| 6 | would know whether to make copies. |
| 7 | MR. UNGAR: So you have no authority for |
| 8 | what you've just stated; is that right? |
| 9 | MR. GALLEGOS: Once again -- |
| 10 | MR. ESENSTEN: Maybe it would be easier, why |
| 11 | don't we just copy it right now. |
| 12 | MR. UNGAR: I'd like a copy. |
| 13 | MR. ESENSTEN: Why don't we just copy one |
| 14 | right now, and this will save some time. |
| 15 | MR. TEPFER: Can we go off the record real |
| 16 | quick? |
| 17 | (A discussion was held off the record.) |
| 18 | (Mr. Gallegos leaves the room.) |
| 19 | (Recess) |
| 20 | MR. TEPFER: Back on the record. |
| 21 | BY MR. TEPFER: |
| 22 | Q. Mr. Nottea, do you recognize this document? |
| 23 | A. No. |
| 24 | Q. Have you ever spoken with anyone about |
| 25 | BunZai Media Group's business plan before? |

|  | 30 |
|---|---|
| 1 | A. Never. |
| 2 | Q. Do you know who Khristopher Bond is? |
| 3 | A. Yes. |
| 4 | Q. Who is he? |
| 5 | A. He's Alon's ex-partner. |
| 6 | Q. And he was his ex-partner in what business? |
| 7 | A. In BunZai. |
| 8 | MR. ESENSTEN: Can I ask a favor of you |
| 9 | guys? There's some pictures of some women in this |
| 10 | thing. Can you guys depose them, please? |
| 11 | MR. GALLEGOS: I assume that's off the |
| 12 | record there, Bob? |
| 13 | MR. ESENSTEN: No. It's a reasonable |
| 14 | request. I think that would be a fun deposition. |
| 15 | BY MR. TEPFER: |
| 16 | Q. Do you know what period Khristopher Bond was |
| 17 | your brother Alon's business partner? |
| 18 | A. I think probably in maybe 2010 to 2013. |
| 19 | MR. ESENSTEN: Is that your best estimate? |
| 20 | THE WITNESS: Best estimate. |
| 21 | MR. ESENSTEN: Okay. When you have best |
| 22 | estimates like that, just tell him "My best estimate |
| 23 | is". |
| 24 | THE WITNESS: Okay. |
| 25 | /// |



|  | 31 |
|---|---|
| 1 | BY MR. TEPFER: |
| 2 | Q. And do you know if your brother had any |
| 3 | other business partners in BunZai Media Group? |
| 4 | A. Partners, no. No. |
| 5 | Q. Do you know if BunZai Media Group had any |
| 6 | other investors? |
| 7 | A. Yes. |
| 8 | Q. Who were they? |
| 9 | A. From what I know, it's Igor Latsanovski. |
| 10 | Q. And were there any other investors, aside |
| 11 | from Igor Latsanovski? |
| 12 | A. Not that I know of. |
| 13 | Q. If you would, please turn to page 22 of |
| 14 | Plaintiff's Exhibit 26. |
| 15 | MR. UNGAR: Could you give the Bates number, |
| 16 | please? |
| 17 | MR. TEPFER: Sure. It ends in 576. |
| 18 | MR. UNGAR: 576. |
| 19 | BY MR. TEPFER: |
| 20 | Q. Are you on that page? |
| 21 | A. Yes. |
| 22 | Q. Could you read there on the bottom, there's |
| 23 | a highlighted position beginning "Doron"? |
| 24 | A. It says, "Doron (CFO/Controller): For every |
| 25 | customer that successfully passes through the Day 15 |

|  | 32 |
|---|---|
| 1 | transitional billing stage, the company will make a |
| 2 | gross profit of $40 per order, if they were to |
| 3 | cancel after this stage (Day 1: 9.95 plus 7.95 |
| 4 | shipping and handling equals $17.90, plus day 15: |
| 5 | 80 equals $97.90 minus 18 COG slash S and H, minus |
| 6 | 40 CPA equals 39.90)." |
| 7 | BY MR. TEPFER: |
| 8 | Q. Did you write -- |
| 9 | A. No. |
| 10 | Q. -- this passage? |
| 11 | Did anyone ask your permission to write -- |
| 12 | MR. ESENSTEN: Wait. He answered before you |
| 13 | finished the question. Can we make sure we have the |
| 14 | question and the answer? |
| 15 | BY MR. TEPFER: |
| 16 | Q. Did you write this passage? |
| 17 | A. No. |
| 18 | Q. Do you know who wrote this passage? |
| 19 | A. No. |
| 20 | Q. Did anyone ask your permission to write this |
| 21 | passage? |
| 22 | A. No. |
| 23 | Q. Were you ever CFO of BunZai Media Group? |
| 24 | A. No. |
| 25 | MR. UNGAR: Objection as to the form of the |

8 (Pages 29 to 32)

Case 2:15-cv-04527-GW-PLA   Document 355-4   Filed 04/18/16   Page 5 of 6   Page ID #:8776

FTC v. Bunzai Media Group, Inc., et al.                    Nottea                              1/20/2016

Page 49

1   Q. So by bookkeeping, you paid the vendors?
2   A. Exactly.
3   Q. Okay. Did you ever do any bookkeeping for
4   Agoa Holdings, Inc.?
5       MR. UNGAR: Objection to the form of the
6   question, it's vague and ambiguous.
7       THE WITNESS: Yes.
8   BY MR. TEPFER:
9   Q. Do you know -- could you tell me the time
10  period?
11  A. Again, probably March, April 2013.
12  Q. And do you know what Agoa Holdings, Inc.'s,
13  business was?
14  A. Skin care as well.
15  Q. Do you know what brand of skin care Agoa
16  Holdings sold?
17  A. I think it's a product called AuraVie.
18  Q. And do you know who the owner of Agoa
19  Holdings, Inc., was?
20  A. Yes.
21  Q. And who was it?
22  A. Roi Reuveni.
23      MR. ESENSTEN: Do you need spellings of some
24  of these names?
25      MR. TEPFER: Oh, can you spell them as we

Page 50

1   go?
2       MR. ESENSTEN: Sure.
3       MR. TEPFER: And Agoa is A-g-o-a Holdings,
4   Inc.
5   BY MR. TEPFER:
6   Q. Did you ever do --
7       MR. ESENSTEN: Wait. Do you want to spell
8   Roi's name?
9       MR. TEPFER: I think it's R-o-i
10  R-e-u-v-e-n-i.
11      MR. ALON NOTTEA: Correct.
12      MR. ESENSTEN: And you used Igor's name. Do
13  you know how to spell his last name? It's --
14      MR. TEPFER: It's like a spelling bee. I
15  think it's L-a-t-s-a-n-o-v-s-k-i.
16  BY MR. TEPFER:
17  Q. Mr. Nottea, did you ever do bookkeeping for
18  Zen Mobile Media, Inc.?
19  A. Yes.
20  Q. And from what time period?
21  A. About the same. April 2013 and on.
22  Q. And do you know what that company's business
23  was?
24  A. Skin care as well.
25  Q. And do you know which brand of product it

Page 51

1   sold?
2   A. AuraVie.
3   Q. Do you know how Zen Mobile Media sold
4   AuraVie?
5       MR. UNGAR: Objection as to the form of the
6   question, vague and ambiguous.
7       THE WITNESS: I know it was done -- from
8   what I know, it was done online.
9   BY MR. TEPFER:
10  Q. And who hired you to do bookkeeping for Zen
11  Mobile Media, Inc.?
12  A. Igor Latsanovski.
13  Q. And so Igor was the owner of Zen Mobile
14  Media, Inc.?
15  A. Yes.
16  Q. And did you ever do bookkeeping for
17  Safehaven Ventures, Inc?
18      MR. UNGAR: Objection as to the form of the
19  question, it's vague and ambiguous.
20      THE WITNESS: Safehaven, yes.
21  BY MR. TEPFER:
22  Q. What period of time did you do bookkeeping
23  for Safehaven Ventures, Inc.?
24  A. Same time. April 2013.
25  Q. Do you know what Safehaven Ventures, Inc.'s,

Page 52

1   business was?
2   A. Skin care.
3   Q. And do you know which product it sold?
4   A. AuraVie.
5       MR. GALLEGOS: I had a hard time
6   understanding what year you're saying, if it's 2013
7   or 2015.
8       THE WITNESS: 2013.
9       MR. GALLEGOS: '13. Sorry.
10      THE WITNESS: No problem.
11  BY MR. TEPFER:
12  Q. And did you ever do bookkeeping for Heritage
13  Alliance Group, Inc.?
14  A. Yes.
15  Q. And who hired you to do bookkeeping for
16  Heritage Alliance Group?
17  A. The guy's name is Tal Topel. T-o-p-e-l.
18  Q. And when did he hire you to do this?
19  A. I don't exactly know the dates. I mean, I
20  think that -- I think it might be also in the same
21  time that Nastassia -- I can't recall the exact
22  date.
23  Q. And do you know what Heritage Alliance
24  Group's business was?
25  A. Skin care as well.

13 (Pages 49 to 52)

Page 53

1  Q. And do you know which brand of skin care it
2  sold?
3  A. AuraVie.
4  Q. Sorry.
5     To go back to Safehaven Ventures, do you
6  know what Safehaven Ventures' business was?
7  A. Skin care. AuraVie as well.
8  Q. And thank you.
9     I'm going to ask about SBM Management, Inc.
10 Did you ever do management for SBM Management?
11 A. Yes.
12    MR. UNGAR: Objection as to the form of the
13 question, vague and ambiguous.
14    THE WITNESS: Yes.
15 BY MR. TEPFER:
16 Q. Do you know who owned SBM Management, Inc.?
17 A. Yes.
18 Q. Who was that?
19 A. Stephan Bauer.
20 Q. And is he the one that hired you?
21 A. Yes.
22 Q. And what period of time did you do
23 bookkeeping for them?
24 A. I guess from the same time. April 2013 to
25 present.

Page 54

1  Q. And what was SBM Management's business, if
2  you know?
3  A. It was a management company that paid bills
4  on behalf of the other corporations.
5  Q. Do you recall any of the corporations that
6  SBM Management paid bills for?
7  A. I believe Agoa, Agoa Holdings, Lifestyle,
8  the companies who I mentioned before, and Heritage,
9  and I think DMA, a few more. I don't remember the
10 exact names, but some of the ones that you mentioned
11 before.
12 Q. Did you ever do bookkeeping for Media Urge,
13 Inc.?
14 A. No.
15 Q. Did you ever do bookkeeping for Adageo, LLC?
16 A. No.
17 Q. Did you ever do bookkeeping for CalEnergy,
18 Inc.?
19 A. No.
20 Q. And on SBM Management, when you say that you
21 paid bills on their behalf, what do you mean by
22 that?
23 A. They gave me bills, told me to pay it from
24 certain companies, and that's what I did.
25 Q. Okay. And when you say "they," are you

Page 55

1  referring to?
2  A. Stephan.
3  Q. Okay.
4     (Plaintiff's Exhibit 49 was marked
5     for identification by the court
6     reporter and is attached hereto.)
7     MR. TEPFER: I'm handing the witness what's
8  been previously been marked as Plaintiff's
9  Exhibit 49.
10    MR. UNGAR: Thank you.
11 BY MR. TEPFER:
12 Q. Do you recognize this document?
13 A. Sure.
14 Q. What do you recognize it from?
15 A. I think it's checks that were in my office.
16 Q. And they're checks from CalEnergy, Inc.;
17 correct?
18 A. Right.
19 Q. And do you recognize the signature on them?
20 A. Yes.
21 Q. Whose signature is that?
22 A. Igor.
23 Q. Did you put these checks in your office?
24 A. No. He did.
25 Q. Do you know why he put these checks in your

Page 56

1  office?
2  A. Because a lot of the time he was traveling,
3  and he had bills to pay, so he -- he told me, for
4  instance, "I want to tell you to pay a bill, and
5  that's the certain date. Take a check, send him a
6  check."
7     I just helped him with, you know, actually
8  filling out the check because he doesn't know
9  English, and mailing them.
10 Q. And so you would pay bills, on occasion, for
11 CalEnergy Inc.?
12 A. Yes.
13 Q. But you did not do bookkeeping for them?
14 A. No.
15    MR. ESENSTEN: Again, we have a double
16 negative.
17    Did you do bookkeeping for them?
18    THE WITNESS: No.
19    MR. ESENSTEN: Okay.
20 BY MR. TEPFER:
21 Q. Did you ever do bookkeeping for Kai Media,
22 Inc.?
23 A. Yes.
24    MR. ESENSTEN: Can you spell that for the
25 reporter, please.