# EXHIBIT "A"

# Exhibit A

| Date | No. | Description | RECEIVED | | PAID |
|---|---|---|---|---|---|
| 2010 | | | $ | (327,883.00) | $ 175,000.00 |
| 2011 | | | $ | (229,117.00) | $ 172,883.00 |
| 2012 | | | | | |
| 1/25/13 | | | $ | (13,500.00) | |
| 2/20/13 | | | $ | (1,712.97) | |
| 2/27/13 | | | $ | (10,000.00) | |
| 2/28/13 | | | $ | (10,111.71) | |
| 2/21/13 | | | $ | (10,000.00) | |
| 3/15/13 | | | $ | (3,170.45) | |
| 4/10/13 | | | $ | (10,000.00) | |
| 4/12/13 | | | $ | (20,000.00) | |
| 4/24/13 | | | $ | (1,313.36) | |
| 5/9/13 | | | $ | (10,000.00) | |
| 5/15/13 | | | | | |
| 5/13/13 | 1055 | | $ | (8,924.65) | $ 200,000.00 |
| 6/26/14 | | | $ | (20,352.00) | |
| 7/3/13 | | | $ | (6,500.00) | |
| 7/15/13 | | | $ | 10,912.34 | |
| 7/9/13 | | | $ | (10,000.00) | |
| 7/18/13 | | | $ | (10,000.00) | |
| 7/25/13 | | | $ | (10,000.00) | |
| 7/31/13 | | | $ | (7,500.00) | |
| 8/1/13 | | | $ | (16,500.00) | |
| 8/1/13 | | | $ | (10,000.00) | |
| 8/14/13 | | | $ | (10,000.00) | |
| 8/19/13 | | | $ | (10,000.00) | |
| 8/29/13 | | | $ | (10,000.00) | |
| 9/3/13 | | | $ | (9,000.00) | |
| 9/27/13 | | | | | |
| 9/27/13 | 1032 | Cal to SBM | | | $ 375,000.00 |
| 9/27/13 | 1033 | Cal to SBM | | | 25,000.00 |
| 10/1/13 | | | $ | (10,000.00) | |
| 10/2/13 | | | $ | (12,000.00) | |

Case 2:15-cv-04527-GW-PLA   Document 90-2   Filed 07/15/15   Page 3 of 4   Page ID #:1572

| Date | Ref | Description | Amount | Amount 2 |
|---|---|---|---|---|
| 10/2/13 | | | $ (3,806.25) | |
| 10/10/13 | | | $ (10,000.00) | |
| 10/22/13 | | | $ (10,000.00) | |
| 10/29/13 | | | $ (10,000.00) | |
| 11/7/13 | | | $ (15,000.00) | |
| 11/8/13 | | | $ (10,000.00) | |
| 11/21/13 | | | $ (15,000.00) | |
| 11/29/13 | | | $ (10,000.00) | |
| 11/7/13 | 1078 | Cal to SBM | | |
| 11/7/13 | 1079 | Cal to SBM | | |
| 11/1/13 | 1080 | Cal to SBM | | |
| 12/1/13 | | SBM | $ (55,000.00) | |
| 12/6/13 | | | $ (10,000.00) | |
| 1/1/14 | | December Interest | $ (5,000.00) | |
| 1/21/14 | SBM | December Int PMT | $ (7,500.00) | $ 200,000.00 |
| 1/21/14 | ZEN | Payment To WF | $ (20,000.00) | $ 50,000.00 |
| 1/27-1/28/14 | | Payment To WF | $ (150,000.00) | $ 125,000.00 |
| 1/31/14 | | Jan Interest | $ (7,500.00) | |
| 2/18/14 | | | $ (6,750.00) | |
| 1/27/14 | | | $ (25,000.00) | |
| 2/21/14 | | Payment To WF | $ (25,000.00) | |
| 2/21/14 | | Jan Int | $ (7,500.00) | |
| 3/31/14 | | Feb Int | $ (5,500.00) | |
| 4/8/14 | | Mar Int | $ (5,500.00) | |
| 4/10/14 | | SBM | $ (55,000.00) | |
| 4/10/14 | | SBM | $ (15,000.00) | |
| 4/17/14 | ACH | SBM PMT | $ (150,000.00) | |
| 4/17/14 | ACH | ZEN PMT | $ (15,000.00) | |
| 4/18/14 | ACH | SBM PMT | $ (55,000.00) | |
| 4/15/14 | | SBM | $ (30,000.00) | |
| 4/28/14 | | | $ (10,000.00) | |
| 5/21/14 | | Apr Interest | $ (2,940.00) | |

Case 2:15-cv-04527-GW-PLA   Document 90-2   Filed 07/15/15   Page 4 of 4   Page ID #:1573

| Date | Description | Amount | Total |
|---|---|---|---|
| 6/25/14 | May Interest | $ (2,940.00) | |
| 7/1/14 | Princpal Payment | $ (4,000.00) | |
| 7/1/14 | June Interest | $ (2,940.00) | |
| 8/21/14 | July Interest | $ (2,940.00) | |
| 8/31/14 | August Interest | $ (2,900.00) | |
| 9/18/14 | Cal to SBM | | 1081 |
| 9/19/14 | | $ | 50,000.00 |
| 9/19/14 | | $ | 50,000.00 |
| 9/23/14 | | $ | 20,000.00 |
| 9/23/14 | August Interest | $ (2,940.00) | |
| 9/30/14 | Sep Interest | $ (2,900.00) | |
| 10/17/14 | SBM Loan Ret | $ (15,000.00) | |
| 10/20/14 | SBM Loan Ret | $ (20,000.00) | |
| 10/22/14 | SBM Loan Ret | $ (15,000.00) | |
| 10/31/14 | October Interest | $ (2,250.00) | |
| 11/26/14 | | $ | 130,000.00 |
| 11/30/14 | Nov Interest | $ (2,250.00) | |
| 12/3/14 | AMD Loan Return | $ (35,000.00) | |
| 12/3/14 | Heritage Loan Ret | $ (20,000.00) | |
| 12/4/14 | Zen Loan Return t | $ (10,000.00) | |
| 12/4/14 | Insight Loan Retur | $ (20,000.00) | |
| 12/4/14 | DMA Loan Return | $ (15,000.00) | |
| 12/5/14 | Sep - Nov Interest | $ (7,400.00) | |
| 12/31/14 | Dec Interest | $ (1,250.00) | |
| 1/12/15 | | $ | 39,000.00 |
| 1/21/15 | Dec Interest | $ (2,500.00) | |
| 1/31/15 | Jan Interest | $ (1,250.00) | |
| 2/25/15 | Jan Interest | $ (1,250.00) | |
| 2/27/15 | Feb Int | $ (1,250.00) | |
| 3/4/15 | Princpal Payment | $ (125,000.00) | |
| 3/5/15 | Feb Int | $ (1,250.00) | |
| 4/3/15 | | $ (35,000.00) | |
| 4/3/15 | | $ (15,000.00) | |
| | | $ (1,929,629.05) | $ 1,611,883.00 |
| | | | Difference ($317,746.05) |