# EXHIBIT

# "D"

## BUNZAI MEDIA GROUP LOAN AGREEMENT

This Agreement dated herein is by and between BunZai Media Group ("Company") represented by its principals Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") and Igor Latsanovski ("Igor") with respect to the loan of $175K to existing company.

It is understood that Igor has loaned the Company $175K
$75K received on 10-12-2010
$100K received on 12-06-2010

The Company will repay the loan baring interest of $25K to Igor as follows:

April 5th – $50,000
May 5th – $50,000
June 5th – $100,000

Or

Igor's $175K loan will become an investment that will represent a percentage of ownership in the Company that will determined the first week of January 2011.

Furthermore, this loan is guaranteed by the assets of the company as well as personally guaranteed by Alon & Khristopher and all their personal assets.

The terms herein are agreed to and accepted by all parties as of the date signed herein. All signed copies of this Agreement shall be deemed originals.

_____
Alon Nottea (CEO)
7900 Gloria Avenue, Van Nuys CA 91406

_____
Igor Latsanovski (LOANER)
e, Tarzana CA

_____
Khristopher Bond (COO)
7900 Gloria Avenue, Van Nuys CA 91406

10/12/2010
Date