# EXHIBIT "E"

## BUNZAI MEDIA GROUP – PARTNERSHIP AGREEMENT

Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") & Igor Latsanovski ("Igor"), individually referred to as "Partner" "Party" and collectively "Parties" & "Partners"

### Explanatory Statement

The parties hereto desire to enter into a partnership agreement for the existing company named **Bunzai Media Group Inc.**, a company that manufactures, distributes & markets various products to the worldwide consumer via all mediums and medias.

NOW THEREFORE, in consideration of their mutual promises, covenants, and agreements, the parties hereto do hereby promise, covenant and agree as follows:

1. The name of the Company shall be "**Bunzai Media Group Inc./BunZai Media World**" and all worldwide subsidiaries and affiliates of the company and campaigns, domains, websites, intellectual properties and businesses including AuraVie Skincare.

2. The principal office and place of business of the Partnership (the "Office") shall be located at **7900 Gloria Avenue, Van Nuys, CA 91406**. The Partnership shall have such other or additional offices as the Partners may choose, from time to time.

3. The business and purposes of the Partnership is to manufacture, distribute and market various products in all mediums and media to the worldwide consumer.

4. Igor shall invest $500,000 into the company for Administration, Manufacturing and Marketing expenses. It is understood that Alon & Khristopher has invested $500,000 into the company. Both parties will receive their investment returned from 30% of net profits beginning July 2011. Investment shall be returned as follows:

Igor $300K
Alon & Khristopher (to go to French Partners) $200K
Igor $200K
Alon & Khristopher $300K

The partnership shares/ownership shall be as follows:

Alon – 1/3 of 100% of the company
Khristopher - 1/3 of 100% of the company
Igor - 1/3 of 100% of the company

5. It is understood by all parties that this will be Alon Nottea & Khristopher Bond's primary business and they shall devote to the conduct of the business so much of their respective time as may be reasonably necessary for the efficient operation of the business.

BUNZAI MEDIA GROUP INC – PARTNERSHIP AGREEMENT

FTC-AUR-S1-0000142

Ex. 19

179

6. It is understood by all parties that Alon & Khristopher shall receive a minimum salary of $15K per month each (starting January 1st, 2011) and Igor shall receive a minimum salary of $5K per month (starting April 1st, 2011). Executive salaries shall not exceed 5% of net proceeds during any given month, and bonuses of an additional 5% of net proceeds of any given year.

7. This agreement shall commence from October 12th, 2010.

8. Accounting shall be transparent to all parties. All parties shall have signatory rights on all bank accounts.

IN WITNESS WHEREOF, the parties hereunto agree to the terms and conditions set forth above.

_____
Alon Nottea (Partner)
7900 Gloria Avenue, Van Nuys CA 91406

_____
Khristopher Bond (Partner)
7900 Gloria Avenue, Van Nuys CA 91406

_____
Igor Latsanovski (Partner)
▊▊▊, Tarzana CA ▊▊▊

03-23-11
Date

BUNZAI MEDIA GROUP INC – PARTNERSHIP AGREEMENT

FTC-AUR-S1-0000143

Ex. 19

180

# BUNZAI MEDIA GROUP – PARTNERSHIP AGREEMENT

Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") & Igor Latsanovski ("Igor"), individually referred to as "Partner" "Party" and collectively "Parties" & "Partners"

## Explanatory Statement

The parties hereto desire to enter into a partnership agreement for the existing company named Bunzai Media Group Inc., a company that manufactures, distributes & markets various products to the worldwide consumer via all mediums and medias.

NOW THEREFORE, in consideration of their mutual promises, covenants, and agreements, the parties hereto do hereby promise, covenant and agree as follows:

1. The name of the Company shall be "**Bunzai Media Group Inc./BunZai Media World**" and all worldwide subsidiaries and affiliates of the company and campaigns, domains, websites, intellectual properties and businesses including AuraVie Skincare.

2. The principal office and place of business of the Partnership (the "Office") shall be located at **7900 Gloria Avenue, Van Nuys, CA 91406**. The Partnership shall have such other or additional offices as the Partners may choose, from time to time.

3. The business and purposes of the Partnership is to manufacture, distribute and market various products in all mediums and media to the worldwide consumer.

4. Igor shall invest $500,000 into the company for Administration, Manufacturing and Marketing expenses. It is understood that Alon & Khristopher has invested $500,000 into the company. Both parties will receive their investment returned from 30% of net profits beginning July 2011. Investment shall be returned as follows:

   Igor $300K
   Alon & Khristopher (to go to French Partners) $200K
   Igor $200K
   Alon & Khristopher $300K

   The partnership shares/ownership shall be as follows:

   Alon – 1/3 of 100% of the company
   Khristopher - 1/3 of 100% of the company
   Igor - 1/3 of 100% of the company

5. It is understood by all parties that this will be Alon Nottea & Khristopher Bond's primary business and they shall devote to the conduct of the business so much of their respective time as may be reasonably necessary for the efficient operation of the business.

BUNZAI MEDIA GROUP INC – PARTNERSHIP AGREEMENT

6. It is understood by all parties that Alon & Khristopher shall receive a minimum salary of $15K per month each (starting January 1st, 2011) and Igor shall receive a minimum salary of $5K per month (starting April 1st, 2011). Executive salaries shall not exceed 5% of net proceeds during any given month, and bonuses of an additional 5% of net proceeds of any given year.

7. This agreement shall commence from October 12th, 2010.

8. Accounting shall be transparent to all parties. All parties shall have signatory rights on all bank accounts.

IN WITNESS WHEREOF, the parties hereunto agree to the terms and conditions set forth above.

_____
Alon Nottea (Partner)

7900 Gloria Avenue, Van Nuys CA 91406

_____
Khristopher Bond (Partner)

7900 Gloria Avenue, Van Nuys CA 91406

_____
Igor Latsanovski (Partner)

███████, Tarzana CA ███

03-23-11
Date

BUNZAI MEDIA GROUP INC – PARTNERSHIP AGREEMENT

FTC-AUR-S1-0000145

Ex. 19