# EXHIBIT "A"

| FIDUCIARY MANAGEMENT AGREEMENT | СОГЛАШЕНИЕ ОБ ДОВЕРИТЕЛЬНОМ УПРАВЛЕНИИ |
|---|---|

Agreement entered into today the 6th day of November of the year 2009 between

**Igor Latsanovski**, date of birth 14.07.1964, hereinafter known as the "fiduciary": and
**Ilia Klykov**, date of birth 20.02.1971, hereinafter known as the "client";

Whereas

- The client intends to acquire 100 per cent share capital of Estonian legal entity OU Guayas, legal entity code 11084313 (hereinafter – Estonian company);

- Due to personal reasons the client is not disposed to become the official Member (owner) of Estonian company, however he is disposed to be the effective beneficial owner of Estonian company and make decisions related to the control of the company;

- In the future the client intends to establish a holding company in Malta or any other country with common law system and the fiduciary undertakes to transfer the shares of Estonian company to the client (or his holding company);

- The client is entrusting the fiduciary to acquire shares in an Estonian Company;

Therefore the parties have come to the following agreement:

1. The client is engaging the fiduciary to become the mandate shareholder in the company incorporated under the name of **OU Guayas** within three business days after signing this agreement and the fiduciary will have one hundred per cent (100%) membership (ownership) in his company.

2. The client is also engaging the fiduciary to be its legal representative.

3. The parties specifically agree that the membership (ownership) in the company is the sole and exclusive property of the client and any benefits derived thereon is to the sole benefits of the client.

4. The Client undertakes to cover all fiduciary's

Соглашение подписано 6 ноября 2009 года между

**Игорь Лацановский**, дата рождения 14.07.1964, далее по тексту именуемый «Поверенный»; и
**Илья Клыков**, дата рождения 20.02.1971, далее по тексту именуемый «Клиент»;

Принимая во внимание, что

- Клиент намерен приобрести 100 процентов уставного капитала эстонского юридического лица ОУ Гуанас (OU Guayas), код юридического лица 11084313 (в дальнейшем – эстонская компания);

- Из-за личных мотивов клиент не желает стать официальным пайщиком (собственником) эстонской компании, однако он желает быть эффективным бенефициарным собственником эстонской компании и принимать решения, связанные с контролем компании;

- В будущем клиент намерен основать холдинговую компанию в Мальте или любом другом государстве с системой общего английского права, а Поверенный обязуется передать акции эстонской компании для клиента (или его холдинга);

- Клиент поручает Поверенному приобрести акции эстонской компании;

Стороны пришли к следующему соглашению:

1. Клиент поручает Поверенному стать акционером компании **ОУ Гуанас (OU Guayas)** в течение трех рабочих дней после подписания этого соглашения, и у Поверенного будет (100%) его процентов паев (собственности) этой компании.

2. Клиент также поручает Поверенному быть его законным представителем.

3. Стороны определенно соглашаются, что пакет паев (собственности) компании - единственная и исключительная собственность клиента, и любые преимущества, полученные вслед за ними, являются единственной выгодой клиента.

4. Клиент обязуется покрыть все расходы

costs related to the performance of this Agreement, as well as pay 100 US dollars per hour for the services rendered as per this Agreement.

5. The client undertakes to carry out his business in the most legitimate manner and within the law.

6. The client undertakes to respect the fiduciary and not to prejudice or duties of the said fiduciary.

7. The client is hereby giving his consent to the fiduciary to disclose files, documentation and information only to the authorities of Estonia when he is officially requested. The fiduciary binds itself to inform the client if any such information is requested and provided to any authority.

8. During the course of any engagement the fiduciary might collect documents and information from the client or those who act on his behalf. Any original documents will be returned when this agreement is concluded. The fiduciary is obliged by law to keep certain documents for a certain period of time after which time the fiduciary reserves the right to destroy such documentation unless instructed otherwise by the client in writing.

9. During the course of our engagement communication is to be carried out wither by registered mail or by electronic mail or telephone bearing or internet communication. In case of electronic mail being used as a means of communication and to pass instructions, the fiduciary takes every reasonable step to make sure that electronic mails sent are virus free, you recognize and accept the risks associated with electronic mail which include but are not limited to messages being intercepted, corrupted, lost, destroyed, arriving late or incomplete. The fiduciary cannot be liable to any damage caused by usage of electronic mail.

10. Notwithstanding responsibilities as specified in this document the client will be responsible and accountable for:
   • promptly providing the fiduciary with all the relevant information and documentation

Поверенного, связанные с исполнением этого соглашения, а также платить 100 долларов США в час за услуги, предоставленные согласно этому соглашению.

5. Клиент обязуется выполнять свой бизнес самым законным способом и в рамках закона.

6. Клиент обязуется проявлять уважение к Поверенному и не препятствовать выполнению оговоренных обязанностей вышеупомянутого Поверенного.

7. Клиент дает свое согласие Поверенному, чтобы раскрыть файлы, документацию и информацию только властям Эстонии, когда это требуется официально. Поверенный обязывается сообщать клиенту, если запрашивается информация и он ее предоставляет какому-либо учреждению.

8. В течение срока выполнения своих обязательств Поверенный может собирать и хранить документы и информацию Клиента или лиц, действующих от его имени. Все оригинальные документы должны быть возвращены, когда заключается данное Соглашение. Поверенный обязан в соответствии с законом хранить определенные документы определенный период времени, после истечения которого Поверенный оставляет за собой право на уничтожение документации, если только не будут даны другие распоряжения в письменной форме.

9. В течение срока выполнения обязательств связь должна осуществляться до определенной степени при помощи заказной почтовой корреспонденции или электронной почты, Интернет телефонной связи. В случае применения электронной почты в качестве средства связи или передачи распоряжений Поверенный должен принять все возможные меры, чтобы убедиться, что посылаемые письма свободны от вирусов. Признаются и принимаются связанные с электронной почтой риски, включая, но не ограничиваясь, что сообщения могут быть перехвачены, искажены, утеряны, уничтожены, прийти с опозданием или оказаться неполными. Поверенный не несет ответственности за любой ущерб, вызванный использованием электронной почты.

10. Помимо ответственности, указанной в данном документе, Клиент несет ответственность и отчитывается по:
   • своевременному предоставлению Поверенному всей соответствующей

- furnishing the fiduciary with any information or changes in circumstances that might affect the engagement;

11. The fiduciary is subject to a number of regulations in addition to its obligations under the general law of Malta. The client, accordingly acknowledge that the fiduciary duties and obligations under this agreement are to be performed and interpreted in the light of all such laws and requirements. Any dispute, controversy or claim arising out of this Agreement or relating to it, that cannot be resolved through discussion and consultation among the representatives of the Parties, shall be referred to the final settlement to the State court of the Malta on basis of laws of Malta.

12. In case a holding company is established the parties have the right to choose to apply the law of another country by signing addendum to this Agreement.

13. In order to render its services, the fiduciary has the client's consent to process, store and manipulate his personal data. The fiduciary will be taking reasonable organizational and technical precautions against unlawful access, manipulation, loss or damage of the client's personal data. The fiduciary shall also honour the client's reasonable requests regarding his personal data including that of access by himself or his appointed representative to the fiduciary files in order for him to ascertain the extent of data held regarding him.

14. In case that contact with a client is lost by the fiduciary and after having made at least three formal attempts to contact him by means of a letter to his authorized addresses, the client is giving the fiduciary the authority to transfer the shares and/or any other title which the fiduciary is holding on the client's behalf to the client's own personal name within three months from the date of the last formal notice;

информации и документации, необходимой для выполнения данных обязательств;

- снабжению Поверенного информацией, об обстоятельствах, которые могут повлиять на выполнение данных обязательств или об изменениях таких обстоятельств;

11. Поверенный подчиняется правилам к его обязательствам в соответствии с законами Мальты. Клиент, соответственно признает, что фидуциарные обязанности и обязательства в соответствии с этим соглашением состоят в том, чтобы выполнялись и интерпретировались на основании законов и требований. Любой спор, противоречие или требование, вытекающие из настоящего Договора или относящиеся к настоящему Договору, в случае невозможности разрешения путем переговоров и консультаций между представителями Сторон, подлежит передаче для окончательного урегулирования на рассмотрение государственного судебного органа Мальты на основе законов Мальты.

12. В случае, если холдинговая компания основана, стороны имеют право принять решение применить законы другой страны, подписывая приложение к этому Соглашению.

13. Для оказания своих услуг, Поверенный обрабатывает, хранит и использует в своих целях персональные данные Клиента. Поверенный должен предпринять разумные организационные и технические меры предосторожности, чтобы не допустить незаконного доступа, использования в своих целях, утраты или нанесения ущерба персональным данным Клиента. Поверенный также обязан удовлетворить разумные требования Клиента, касающиеся его персональных данных, включая обеспечение доступа Клиента или назначенного им представителя к делам Поверенного для установления объема данных, касающихся Клиента, которые находятся в распоряжении у Поверенного.

14. В случае, если контакт с Клиентом будет утрачен Поверенным и после трех попыток, как минимум, связаться с ним способом заказного письма по официальному адресу, Клиент дает для Поверенного право для передачи собственности паев и/или любой другой собственности, которую Поверенный хранит по поручению Клиента на собственное имя Клиента в течение трех месяцев от даты последнего формального

0100

15.   The Fiduciary have no right to disclose information about rights and obligations of parties settled in this document without written Client consent.

16.   This Fiduciary Management Agreement shall be valid from 6th day of November, 2009 until the 6th day of November 2019 unless earlier revoked by either written notification of any and/or all the undersigned parties forfeiture of Good Standing or dissolution of the Company.

Furthermore the client is confirming that:
   a) The fiduciary is acting as a nominee owner for the beneficial owner (the client)

   b) The beneficial owner (the client) has declared that he has never been convicted of any offences (except for minor traffic offences) or adjudged bankrupt or has been subject to an investigation by a government or regulatory body.

The present document is made and signed in two copies, one of them shall be shall be given to the Client, and the second copy shall be given to the Fiduciary.
In case of differences between the Russian and English texts, the Russian text shall prevail.

---

15.   Поверенный не имеет право раскрыть информацию о правах и обязательствах сторон по этому документу без письменно соглашения Клиента.

16.   Настоящее Соглашение об доверительном управлении вступает в силу с 6 ноября 2009 года и действительно до 6 ноября 2019 года, если ранее не будет расторгнут письменным уведомлением любой из и / или всеми нижеподписавшимися сторонами по поводу потери статуса Хорошего Положения (Good Standing) или ликвидации Компании.

Кроме того, клиент подтверждает, что:
   a) Поверенный действует как номинальный собственник для фактического бенифициарного собственника (клиента)

   b) собственник-бенефициарий (клиент) заявил, что он никогда не привлекался к ответственности за совершение любых правонарушений (за исключением мелких правонарушений) и не был объявлен банкротом, никогда не подвергался расследованию со стороны правительственных профессиональных учреждений или органов надзора и контроля.

Настоящий документ составлен и подписан в двух экземплярах, один из которых остается Клиенту, а второй экземпляр передается Поверенному.
В случае разночтения между русским и английским текстом, преимуществом обладает текст, составленный на русском языке.

## THE CLIENT/КЛИЕНТ

Signed / Подписано:

Mr. Ilia Klykov / Илья Клыков

## THE FIDUCIARY/ПОВЕРЕННЫЙ

I Accept        Я подтверждаю

Mr. Igor Latsanovski   Игорь Лацановский

the 6th day of November, 2009   6 ноября 2009 г.

0101