# EXHIBIT "B"

# AGREEMENT

This **Agreement** has been executed on this 12th day of January in 2015 and signed by mail, by and between:

**GUAYAS Ltd,** incorporated in Estonia as a Private Limited Company on 16 th of November 2004, Reg. Code 11084313, address: Ahtri Str. 10a Tallinn 10151 Estonia, represented by Oleg Trushlya, who is acting as Member of the Board (hereinafter referred to as the "Guayas"),

and

**CALENERGY LLC,** a limited company duly registered and operating under the laws of California, Registration number 27 No 0991945, address 23679 Calabasas Rd. office 531 Los Angeles 91302, represented by Igor Latsanovski, who is acting as CEO (hereinafter referred to as the "**Calenergy**"),
all parties to the Agreement jointly or separately from time to time referred to as a **Party** or the **Parties,**
**have agreed to cooperate with the objective to invest the funds of Guayas into real estate objects within the territory of the USA, as follows:**

## 1. Obligations of Calenergy

For the purposes of this Agreement Calenergy shall bear obligations towards Guayas to perform the following:
1.1 Establish a Company, whose field of business is to find, purchase, develop, sell, renovate and reconstruct the real estate objects suitable for investment;
1.2 Ensure that the Company being established is under the supervision of Igor Latsanovski with participation of not less than 51 percent;
1.3 Where a real estate object suitable for investment is found, transfer to the Company monetary funds received from Guayas in an amount sufficient to purchase, renovate and reconstruct the object;
1.4 Transfer to Guayas all claims of Calenergy to the Company connected with the performance of this Agreement;
1.5 Secure the purchased real estate by mortgaging it in favor of Guayas;
1.6 Abovementioned activities shall be performed within 1 (one) year.

## 2. Terms of provision and investment of funds

2.1 Guayas hereby agrees to provide funds to Calenergy, and Calenergy agrees to accept those funds and use them to meet the Agreement's objectives described in art.1 on the terms and conditions as set forth or referred to in this Agreement.
2.2 The maximum amount of funds Guayas plans to invest into real estate is $US 10,000,000.00 (ten million $US).
2.3 The funds shall be provided in several tranches where Calenergy needs those funds and those funds are available to Guayas.
2.4 The funds shall be provided with the objective to invest into real estate objects within the territory of the United States of America.
2.5 The funds shall be allocated into real estate at annual interest of 11%.
2.6 The funds shall be allocated under the condition that those funds are payable to Guayas in whole or in parts by the 20th of January 2018 at the latest.
2.7 Every time a real estate object is sold, the Company shall return to Guayas payment 3.1

0102

principal debt in amount of funds spent by the Company on the purchase, renovation and reconstruction of the real estate object and annual interest of the respective debt at 11%.

2.8     The outstanding principal amount of the fund provided under this Agreement, interest thereon and any charge or other payment connected thereto shall be paid in $US or in EUR on the due date to such account(s) as Guayas shall have specified.

## 3. Remuneration

3.1     In case if all conditions mentioned in art. 1 are fulfilled, Calenergy has the right to receive bonus fee in amount of 5% from the funds invested in the Company.

3.2     The final calculation of bonus fee shall take place at the end of the period of the Agreement and will be fixed at the Act, signed by both parties.

## 4. Expenses

4.1 Calenergy shall bear any charges, costs or expenses on or in connection with the provision of funds. The cost for international wire transfer from Guayas' account to Calenergy's account will be added to the principal amount that must be returned by Calenergy with the funds provided under this Agreement.

4.2 Calenergy and the Company shall pay any costs, charges or expenses incurred in connection with any returns of funds made to Guayas under this Agreement.

4.3     All returns of funds made under this Agreement refer to net amounts free of and without deduction for any taxes imposed by or in Estonia. Where Calenergy and/or the Company are compelled by any law or regulation to withhold taxes, and the result thereof is that Guayas would not receive return in full as contemplated in this Agreement, Calenergy and/or the Company shall effect return in such higher amount as may be necessary to ensure that the net amount received by Guayas will be equal to the amount provided for in this Agreement.

4.4     All returned funds by shall be applied first in redemption of any expenses, costs, charges or penalties, then interest, and finally in redemption of the principal amount of funds provided under this Agreement.

## 5. Responsibility

5.1 Where any part of the funds provided under this Agreement will not be transferred to the Company for the purpose of investment into real estate objects or other purposes connected thereto, Calenergy shall be responsible to return those funds within the time limits and on the terms specified in art. 2.

5.2 Where at least one of conditions mentioned in art. 1 will not be fulfilled by Calenergy, the funds transferred to Calenergy for the purpose of investment into real estate objects shall be deemed as its debt. In such case the interest shall be calculated from the total amount of funds provided under this Agreement, and Calenergy shall be responsible to return those interests.

5.3     Where the fund provided under this Agreement and interest payable and due in the date and amount specified according to article 2. are not returned to Guayas, the late payment penalty shall be charged in the amount of 11 % (eleven per cent) per annum from the amount of funds not returned in time. Late payment penalty shall be calculated upon a 365 days' year and paid for the actual number of days elapsed.

5.4     The late payment penalty will be accounted from the day following the date indicated for return and the accounting of late payment penalty will be finished in the day of return of the amount provided under this Agreement.

## 6. Representations and Warranties

Calenergy hereby represents and warrants that:
a) it is authorised to own its properties, to execute and deliver this Agreement and to perform all of its obligations hereunder and thereunder;
b) it has taken all necessary steps, currently required to authorise the execution and delivery of, and performance under, this Agreement and such document constitutes legal, valid and binding obligations of Calenergy enforceable against Calenergy in accordance with its terms, and such authorisations are in full force and effect.

## 7.    Dispute Resolution

7.1    This agreement shall be governed by the Laws of the Republic of Estonia.
7.2    In the case of any dispute between the Parties, such dispute shall be submitted to the Tallinn City Court.
7.3    Furthermore, Guayas may at any time take any legal action available under Estonian law before any competent court in order to guard their respective interest under this Agreement.

## 8.    Miscellaneous

8.1    Calenergy may not assign or transfer any of its rights, benefits or obligations hereunder without the prior written consent of Guayas.
8.2    No delay in exercising, or omission to exercise any right, power or remedy accruing to any Party under this Agreement upon any default shall impair any such right, power or remedy or be construed to be a waiver thereof, nor shall any action of such Party in respect of any default affect or impair any right, power or remedy of such Party in respect of any other or subsequent default.
8.3    Any notice or request required or permitted to be given or made under this Agreement shall be made in writing and may be delivered by hand or by mail, telegram, or telefax to the Party to which it is required or permitted to be given or made, at such Party's address specified above at the beginning of this Agreement.
8.4      This Agreement has been executed on four pages in two (2) counterparts in the English language.

IN WITNESS WHEREOF the Parties acting through their duly authorised representatives have caused this Agreement to be signed with their respective names as of the day and year first above written.

Guayas Ltd
Oleg Trushin

Calenergy LLC
Igor Latsanovski

0104