# EXHIBIT "C"

# Wells Fargo Combined Statement of Accounts

Primary account number: **1433608997** ■ January 1, 2015 - January 31, 2015 ■ Page 1 of 6



CALENERGY, INC.
23679 CALABASAS RD # 531
CALABASAS CA 91302-1502

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 1433608997 | 321,299.66 | 60,925.84 |
| Business Market Rate Savings | 4 | 5994291838 | 535.58 | 535.59 |
| **Total deposit accounts** | | | **$321,835.24** | **$61,461.43** |

(114)
Sheet Seq = 0202215
Sheet 00001 of 00003

0105

Primary account number:   1433608997   ■ January 1, 2015 - January 31, 2015   ■ Page 2 of 6



## Advantage Business Package Checking

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | $321,299.66 |
| Deposits/Credits | 1,601,250.00 |
| Withdrawals/Debits | - 1,861,623.82 |
| **Ending balance on 1/31** | **$60,925.84** |
| Average ledger balance this period | $391,788.83 |

Account number: 1433608997
CALENERGY, INC.
California account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
Your account is linked to the following for Overdraft Protection:
■ Savings - 000005994291838

### Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/2 | | Recurring Payment authorized on 01/01 Intuit *Qb Online 800-286-6800 CA S585001562358165 Card 4481 | | 20.99 | |
| 1/2 | 1132 | Check | | 25.00 | |
| 1/2 | 1134 | Check | | 5,000.00 | 316,253.67 |
| 1/5 | | Purchase authorized on 01/01 350 Degree Pho Canoga Park CA S585001784491653 Card 4481 | | 21.95 | |
| 1/5 | | Purchase authorized on 01/02 Freedom Voice Syst 800-477-1477 CA S465002562777297 Card 4481 | | 20.45 | |
| 1/5 | | Chrysler Capital Payment 150105 0427069 Igor Latsanovski | | 500.00 | 315,711.27 |
| 1/7 | | Waste Management 8668342080 150106 100212799245 Calenergy | | 92.80 | 315,618.47 |
| 1/9 | | Direct Pay Nonwf Bus Pymt Trans | | 3.00 | |
| 1/9 | | Online Dep Detail & Images | | 3.00 | |
| 1/9 | | Direct Pay Monthly Base | | 10.00 | 315,602.47 |
| 1/12 | 1133 | Check | | 748.00 | 314,854.47 |
| 1/16 | | Withdrawal Made In A Branch/Store | | 30,000.00 | 284,854.47 |
| 1/20 | | Wire Trans Svc Charge - Sequence: 150120109576 Srf# 0000044018190588 Trn#150120109576 Rfb# | | 30.00 | |
| 1/20 | | Purchase authorized on 01/15 350 Degree Pho Canoga Park CA S585018002177874 Card 4481 | | 8.15 | |
| 1/20 | | WT Fed#06929 East-West Bank /Ftr/Bnf=Pristine Escrow Inc Srf# 0000044018190588 Trn#150120109576 Rfb# | | 100,000.00 | 184,816.32 |
| 1/21 | | WT Seq150563 WF Return Wires IN Proc /Org= Srf# 20150121001148867 Trn#150121150563 Rfb# | 100,000.00 | | |
| 1/21 | | WF Direct Pay Deposit- Dec Int-Tran ID Dp057592558 | 1,250.00 | | |
| 1/21 | | Online Transfer to Sunset Holding Partners Ref #Ibcdybr8 Business Checking Via Mobile | | 115,000.00 | |
| 1/21 | | Bill Pay Mercedes-Benz Fi Recurring xxxxx16119 on 01-21 | | 2,125.48 | |
| 1/21 | 1139 | Check | | 5,000.00 | 162,940.84 |
| 1/27 | | WT Fed#02859 Danske Bank A/S, E /Org=1/Ou Guayas Srf# 0127871948002742 Trn#150127022501 Rfb# | 1,500,000.00 | | |
| 1/27 | | Wire Trans Svc Charge - Sequence: 150127022501 Srf# 0127871948002742 Trn#150127022501 Rfb# | | 15.00 | |
| 1/27 | 1138 | Check | | 2,000.00 | 1,660,925.84 |
| 1/30 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Iben46F4Yn on 01/30/15 | | 500,000.00 | |

0106

Primary account number:  1433608997   ■ January 1, 2015 - January 31, 2015   ■ Page 3 of 6



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/30 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibe8Hyfrht on 01/30/15 | | 800,000.00 | |
| 1/30 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibetw9E4Q7 on 01/30/15 | | 500,000.00 | 50,925.84 |
| Ending balance on 1/31 | | | | | 50,925.84 |
| Totals | | | $1,801,250.00 | $1,851,623.82 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1132 | 1/2 | 25.00 | 1134 | 1/2 | 5,000.00 | 1139 | 1/21 | 5,000.00 |
| 1133 | 1/12 | 748.00 | 1138 * | 1/27 | 2,000.00 | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/01/2015 - 01/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $391,789.00 ☑ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $0.00 ☐ ^ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine* line of credit, Secured BusinessLine* line of credit, Wells Fargo Express Equity* line of credit, and Wells Fargo BusinessLoan* term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity* loan, Wells Fargo Express Refi* loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage* line of credit, Equipment Express* loan, and Equipment Express* Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
^Zero is displayed because you did not meet the minimum amount required for a single transaction of this type.
WO/WO

Sheet Seq = 0202216
Sheet 00002 of 00003

# Wells Fargo Combined Statement of Accounts

Primary account number: **1433608997**   ■   March 1, 2015 - March 31, 2015   ■   Page 1 of 6



CALENERGY, INC.
23679 CALABASAS RD # 531
CALABASAS CA 91302-1502

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

### Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 1433608997 | 24,228.47 | 75,732.26 |
| Business Market Rate Savings | 4 | 5994291838 | 535.61 | 535.62 |
| **Total deposit accounts** | | | **$24,764.08** | **$76,267.88** |

(114)
Sheet Seq = 0181611
Sheet 00001 of 00003

0108

Primary account number:  1433608997   ■ March 1, 2015 - March 31, 2015   ■ Page 2 of 6



## Advantage Business Package Checking

### Activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $24,228.47 |
| Deposits/Credits | 1,127,571.73 |
| Withdrawals/Debits | - 1,076,067.94 |
| **Ending balance on 3/31** | **$75,732.26** |
| Average ledger balance this period | $202,828.17 |

Account number: 1433608997
CALENERGY, INC.
California account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
Your account is linked to the following for Overdraft Protection:
■ Savings - 000005994291838

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 3/2 | | Employment Devel Edd Eftpmt 022715 1807366912 Calenergy Inc | | 96.00 | |
| 3/2 | | So Calif Edison Payments 150302 2340315589 Latsanouski, Igor | | 239.21 | |
| 3/2 | | Employment Devel Edd Eftpmt 022715 1419401984 Calenergy Inc | | 284.22 | 23,609.04 |
| 3/3 | | Recurring Payment authorized on 03/02 Intuit *Qb Online 800-286-6800 CA S305060583751464 Card 4481 | | 20.99 | 23,588.05 |
| 3/4 | | ATM Check Deposit on 03/04 18400 Sherman Way Reseda CA 0007290 ATM ID 0299A Card 4481 | 110,000.00 | | |
| 3/4 | | Deposit Made In A Branch/Store | 1,321.73 | | |
| 3/4 | | WF Direct Pay Deposit- Loan Return-Tran ID Dp059403176 | 15,000.00 | | 149,909.78 |
| 3/5 | | WF Direct Pay Deposit- Feb Int-Tran ID Dp059446154 | 1,250.00 | | |
| 3/5 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibetwmcgjz on 03/05/15 | | 135,000.00 | |
| 3/5 | | Waste Management 8668342080 150304 100220865246 Calenergy | | 92.80 | |
| 3/5 | | Chrysler Capital Payment 150305 0427060 Igor Latsanouski | | 500.00 | 15,566.98 |
| 3/6 | | Recurring Payment authorized on 03/05 Tu *Transunion 800-493-3292 CA S465060034870605 Card 4481 | | 1.00 | 15,565.98 |
| 3/9 | | Direct Pay Monthly Base | | 10.00 | 15,555.98 |
| 3/11 | | WT Fed#02103 Danske Bank A/S, E /Org=1/Ou Guayas Srf# 0311500097002191 Trn#150311023674 Rfb# | 1,000,000.00 | | |
| 3/11 | | Wire Trans Svc Charge - Sequence: 150311023674 Srf# 0311500097002191 Trn#150311023674 Rfb# | | 15.00 | |
| 3/11 | | Online Transfer to Latsanouski I Complete Advantage(Bm) xxxxxx3540 Ref #Ibetwntnjq on 03/11/15 | | 20,000.00 | |
| 3/11 | | American Express ACH Pmt 150311 W9876 Calenergy Inc | | 5,000.00 | |
| 3/11 | 1143 | Check | | 50,000.00 | 940,540.98 |
| 3/13 | | Recurring Payment authorized on 03/12 Tu *Transunion 800-493-3292 CA S385071294558804 Card 4481 | | 17.95 | |
| 3/13 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibexsqtmvc on 03/12/15 | | 600,000.00 | 340,523.03 |
| 3/19 | | Bill Pay Mercedes-Benz Fl Recurringxxxxx16119 on 03-18 | | 2,125.48 | 338,397.55 |
| 3/20 | | Purchase Intl authorized on 03/19 Restaurant Robin P Chisinau Mf S585078513285944 Card 4481 | | 45.51 | |
| 3/20 | | International Purchase Transaction Fee | | 1.36 | 338,350.68 |
| 3/23 | | Purchase Intl authorized on 03/20 Malb Wellness Spa Chisinau Mf S585079593854595 Card 4481 | | 117.17 | |

Primary account number: 1433608997 ■ March 1, 2015 - March 31, 2015 ■ Page 3 of 6



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/23 | | International Purchase Transaction Fee | | 3.51 | |
| 3/23 | | Purchase Intl authorized on 03/21 Maib Restaurant LA Chisinau Mf S395090662295169 Card 4481 | | 98.23 | |
| 3/23 | | International Purchase Transaction Fee | | 2.94 | |
| 3/23 | | Purchase Intl authorized on 03/22 Maib Hotel Prezide Chisinau Mf S395081023956885 Card 4481 | | 176.57 | |
| 3/23 | | International Purchase Transaction Fee | | 5.29 | |
| 3/23 | | Purchase Intl authorized on 03/22 Maib Hotel Prezide Chisinau Mf S585091025154523 Card 4481 | | 229.26 | |
| 3/23 | | International Purchase Transaction Fee | | 6.87 | |
| 3/23 | | Online Transfer to Latsanovski I Complete Advantage(Bm) xxxxxx3540 Ref #Ibexsts8Tq on 03/23/15 | | 10,000.00 | |
| 3/23 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibe8Jh9D66 on 03/23/15 | | 250,000.00 | 77,710.84 |
| 3/27 | | Purchase authorized on 03/26 LA City Parking ME Los Angeles CA S305095810638763 Card 4481 | | 0.50 | 77,710.34 |
| 3/31 | | So Calif Edison Payments 150331 2340315589 Latsanovski, Igor | | 201.86 | |
| 3/31 | | IRS Usataxpymt 033115 220549073294541 Calenergy Inc | | 1,492.00 | |
| 3/31 | | Employment Devel Edd Eftpmt 033015 xxxxx5408 Calenergy Inc | | 284.22 | 75,732.26 |
| Ending balance on 3/31 | | | | | 75,732.26 |
| Totals | | | $1,127,571.73 | $1,076,057.94 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1143 | 3/11 | 50,000.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2015 - 03/31/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $202,828.00 ☑ |
| · Monthly automatic transfer to a Wells Fargo savings account | $100.00 | $0.00 ☐ ^ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine* line of credit, Secured BusinessLine* line of credit, Wells Fargo Express Equity* line of credit, and Wells Fargo BusinessLoan* term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity* loan, Wells Fargo Express Refi* loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage* line of credit, Equipment Express* loan, and Equipment Express* Single Event loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

# Wells Fargo Combined Statement of Accounts

Primary account number: **1433608997** ■ April 1, 2015 - April 30, 2015 ■ Page 1 of 7



CALENERGY, INC.
23679 CALABASAS RD # 531
CALABASAS CA 91302-1502

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 1433608997 | 75,732.26 | 596,000.83 |
| Business Market Rate Savings | 5 | 5994291838 | 535.62 | 535.63 |
| **Total deposit accounts** | | | **$76,267.88** | **$596,536.46** |

Primary account number: 1433608997 ■ April 1, 2015 - April 30, 2015 ■ Page 2 of 7



## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $75,732.26 |
| Deposits/Credits | 3,418,000.00 |
| Withdrawals/Debits | - 2,897,731.43 |
| **Ending balance on 4/30** | **$596,000.83** |
| Average ledger balance this period | $418,376.72 |

Account number: 1433608997
**CALENERGY, INC.**
California account terms and conditions apply
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■ Savings - 000005994291838

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | American Express ACH Pmt 150401 W0590 Calenergy Inc | | 10,000.00 | 65,732.26 |
| 4/2 | | WT Fed#02486 Danske Bank A/S, E /Org=1/Ou Guayas Srf# 0402268645002762 Trn#150402025624 Rfb# | 680,000.00 | | |
| 4/2 | | Wire Trans Svc Charge - Sequence: 150402025624 Srf# 0402268645002762 Trn#150402025624 Rfb# | | 15.00 | |
| 4/2 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibek7Qnb5G on 04/02/15 | | 700,000.00 | 45,717.26 |
| 4/3 | | Deposit Made In A Branch/Store | 35,000.00 | | |
| 4/3 | | WF Direct Pay Deposit- Tran ID Dp060765708 | 15,000.00 | | |
| 4/3 | | Online Transfer to Latsanovski I Complete Advantage(Rm) xxxxxx3540 Ref #Ibegbpnmwd on 04/03/15 | | 15,000.00 | |
| 4/3 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibek7R6Xhx on 04/03/15 | | 10,000.00 | 70,717.26 |
| 4/6 | | Recurring Payment authorized on 04/04 Intuit *Qb Online 800-286-6800 CA S585091448491640 Card 4481 | | 20.99 | |
| 4/6 | | Online Transfer to Sunset Holding Partners Ref #Ibe2Qhvlpc Business Checking Via Mobile | | 50,000.00 | |
| 4/6 | | Chrysler Capital Payment 150405 0427069 Calenergy Inc. | | 502.75 | 20,193.52 |
| 4/8 | | Online Dep Detail & Images | | 3.00 | |
| 4/8 | | Direct Pay Monthly Base | | 10.00 | 20,180.52 |
| 4/9 | | WT Fed#03565 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0409194901003347 Trn#150409023919 Rfb# | 298,500.00 | | |
| 4/9 | | Wire Trans Svc Charge - Sequence: 150409023919 Srf# 0409194901003347 Trn#150409023919 Rfb# | | 15.00 | 318,665.52 |
| 4/10 | | WT Fed#03582 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0410286436003544 Trn#150410025465 Rfb# | 298,500.00 | | |
| 4/10 | | Wire Trans Svc Charge - Sequence: 150410025465 Srf# 0410286436003544 Trn#150410025465 Rfb# | | 15.00 | 617,150.52 |
| 4/13 | | WT Fed#09940 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0413382258010074 Trn#150413030584 Rfb# | 298,500.00 | | |
| 4/13 | | WT Fed#00703 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0413405950010839 Trn#150413030762 Rfb# | 298,500.00 | | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 150413030584 Srf# 0413382258010074 Trn#150413030584 Rfb# | | 15.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 150413030762 Srf# 0413405950010839 Trn#150413030762 Rfb# | | 15.00 | |
| 4/13 | | Recurring Payment authorized on 04/12 Tu *Transunion 800-493-3292 CA S465102291035070 Card 4481 | | 17.95 | |

0112

Primary account number:  **1433608997**   ■   April 1, 2015 - April 30, 2015   ■   Page 3 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/13 | | Online Transfer to Latsanovski I Savings xxxxxx9287 Ref #Ibetwyxwlt on 04/13/15 | | 600,000.00 | |
| 4/13 | | Online Transfer to Latsanovski I Savings xxxxxx9287 Ref #Ibetwyxwq7 on 04/13/15 | | 500,000.00 | |
| 4/13 | | American Express ACH Pmt 150413 W1034 Calenergy Inc | | 10,000.00 | 104,102.57 |
| 4/14 | | WT Fed#03891 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0414480548003970 Trn#150414024389 Rfb# | 298,500.00 | | |
| 4/14 | | WT Fed#05027 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0414506487004945 Trn#150414024780 Rfb# | 199,000.00 | | |
| 4/14 | | Wire Trans Svc Charge - Sequence: 150414024389 Srf# 0414480548003970 Trn#150414024389 Rfb# | | 15.00 | |
| 4/14 | | Wire Trans Svc Charge - Sequence: 150414024780 Srf# 0414506487004945 Trn#150414024780 Rfb# | | 15.00 | |
| 4/14 | | Purchase authorized on 04/13 Dnh*Godaddy.Com 480-5058855 AZ S305103737771147 Card 4481 | | 1.17 | |
| 4/14 | | Online Transfer to Sunset Holding Partners Business Checking xxxxxx9222 Ref #Ibetwz9F6R on 04/14/15 | | 500,000.00 | |
| 4/14 | 1144 | Check | | 3,000.00 | 98,571.40 |
| 4/15 | | WT Fed#04690 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0415585844004822 Trn#150415028375 Rfb# | 298,500.00 | | |
| 4/15 | | Wire Trans Svc Charge - Sequence: 150415028375 Srf# 0415585844004822 Trn#150415028375 Rfb# | | 15.00 | 397,056.40 |
| 4/17 | | WT Fed#02304 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0417129456002414 Trn#150417025282 Rfb# | 200,000.00 | | |
| 4/17 | | WT Fed#03025 Trasta Komercbanka /Org=1/Bavaria Inter Lp Srf# 0417149463003092 Trn#150417025530 Rfb# | 198,000.00 | | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 150417025282 Srf# 0417129456002414 Trn#150417025282 Rfb# | | 15.00 | |
| 4/17 | | Wire Trans Svc Charge - Sequence: 150417025530 Srf# 0417149463003092 Trn#150417025530 Rfb# | | 15.00 | |
| 4/17 | 1150 | Cashed Check | | 36,000.00 | 759,026.40 |
| 4/20 | | Bill Pay Mercedes-Benz Fl Recurring xxxxx16110 on 04-20 | | 2,125.48 | 756,900.92 |
| 4/21 | | Online Transfer to Sunset Holding Partners Ref #Ibe5Mq376R Business Checking Via Mobile | | 300,000.00 | 456,900.92 |
| 4/22 | | Online Transfer to Latsanovski I Ref #Ibexl57B2Z Complete Advantage(Rm) Via Mobile | | 20,000.00 | 436,900.92 |
| 4/24 | | WT Fed#02686 Danske Bank A/S, E /Org=1/Ou Guayas Srf# 0424533451002699 Trn#150424024656 Rfb# | 300,000.00 | | |
| 4/24 | | Wire Trans Svc Charge - Sequence: 150424024656 Srf# 0424533451002699 Trn#150424024656 Rfb# | | 15.00 | 736,885.92 |
| 4/27 | | Online Transfer to Latsanovski I Complete Advantage(Rm) xxxxxx3540 Ref #Ibe8Jsnn4P on 04/26/15 | | 20,000.00 | |
| 4/27 | | Online Transfer to Sunset Holding Partners Ref #Ibe2Qpypvz Business Checking Via Mobile | | 100,000.00 | 616,885.92 |
| 4/28 | | Purchase Intl authorized on 04/27 WWWW.Airmoldova.MD Chisinau MI S465116808231463 Card 4481 | | 304.72 | |
| 4/28 | | International Purchase Transaction Fee | | 9.14 | |
| 4/28 | | Mbfs.Com Auto Pay Apr 15 07004179765 Latsanovski, Igor | | 571.23 | 616,000.83 |
| 4/29 | | Online Transfer to Latsanovski I Complete Advantage(Rm) xxxxxx3540 Ref #Ibetx5D3Kf on 04/29/15 | | 20,000.00 | 596,000.83 |
| Ending balance on 4/30 | | | | | 596,000.83 |
| **Totals** | | | **$3,418,000.00** | **$2,897,731.43** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*