# EXHIBIT "D"

| | Wells Fargo Bank statem | | | | | |
|---|---|---|---|---|---|---|
| | incom | exp | Guayas( Cal/Igor) | Maria | Rubin | |
| 2/8/16 | | -14.95 | | | | QUICKBOOKS BANKING |
| 1/29/16 | | 7.96 | | | | INTEREST PAYMENT |
| 1/11/16 | | -14.95 | | | | QUICKBOOKS BANKING |
| 12/31/15 | | 7.96 | | | | INTEREST PAYMENT |
| 12/8/15 | | -14.95 | | | | QUICKBOOKS BANKING |
| 11/30/15 | | 7.71 | | | | INTEREST PAYMENT |
| 11/9/15 | | -14.95 | | | | QUICKBOOKS BANKING |
| 10/30/15 | | 7.96 | | | | INTEREST PAYMENT |
| 10/8/15 | | -14.95 | | | | QUICKBOOKS BANKING |
| 9/30/15 | | 7.71 | | | | INTEREST PAYMENT |
| 9/9/15 | | -14.95 | | | | QUICKBOOKS BANKING |
| 8/31/15 | | 7.96 | | | | INTEREST PAYMENT |
| 8/10/15 | | -3 | | | | ONLINE DEP DETAIL & IMAGES |
| 7/31/15 | | 7.97 | | | | INTEREST PAYMENT |
| 7/15/15 | | -130.25 | | | | FARMERS INS EXCH INSPAYMENT 07151 |
| 7/15/15 | | -129.08 | | | | FARMERS INS EXCH INSPAYMENT 07151 |
| 7/13/15 | | -424.57 | | | | FOREMOST EPM PYMT 071315 381009C |
| 7/8/15 | | -3 | | | | ONLINE DEP DETAIL & IMAGES |
| 7/3/15 | | -243.77 | | | | FOREMOST EPM PYMT 070315 381009C |
| 7/3/15 | | -190.9 | | | | FOREMOST EPM PYMT 070315 381009C |
| 7/3/15 | | 1947.95 | | | | BANK ORIGINATED CREDIT |
| 7/1/15 | | 1958.1 | | | | OVERDRAFT XFER FROM CREDIT CARD C |
| 7/1/15 | | -1947.95 | | | | WF LOAN/LINE AUTO PAY 150630 1717( |
| 7/1/15 | | -900000 | | | | WT FED#00560 CITIZENS BUSINESS /FTF |
| 7/1/15 | | -706000 | | | | WT FED#00118 CITY NATIONAL BANK /F |
| 7/1/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 7/1/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 6/30/15 | | 49.85 | | | | INTEREST PAYMENT |
| 6/17/15 | | -50000 | | | | ONLINE TRANSFER TO CALENERGY, INC. |
| 6/17/15 | | -10000 | | | | WT FED#04280 JPMORGAN CHASE BAN |
| 6/17/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 6/16/15 | | -574.36 | | | | FOREMOST EPM PYMT 061615 381009C |
| 6/16/15 | | -107.36 | | | | FARMERS INS EXCH INSPAYMENT 06161 |
| 6/16/15 | | -98 | | | | FARMERS INS EXCH INSPAYMENT 06161 |
| 6/16/15 | | -200000 | | | | ONLINE TRANSFER TO CALENERGY, INC. |
| 6/15/15 | | -4469.15 | | | | ONLINE TRANSFER REF #IBEN5J3HKJ TO |
| 6/12/15 | 985000 | | | | 985000 | WT FED#00761 CITIBANK NA NYBD C /O |
| 6/11/15 | | -50000 | | | | WT FED#09757 BANK OF AMERICA, N /F |
| 6/11/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 6/11/15 | 1100000 | | | 1100000 | | WT FED#09327 NK BANK /ORG=1/ZOLO |
| 6/10/15 | | -10000 | | | | CHECK # 1058 |
| 6/10/15 | | -100000 | | | | WT FED#01722 CITY NATIONAL BANK /F |
| 6/10/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 6/9/15 | 150000 | | 150000 | | | ONLINE TRANSFER FROM LATSANOVSKI |
| 6/9/15 | | 5850 | | | | DEPOSIT MADE IN A BRANCH/STORE #9 |
| 6/8/15 | | -3 | | | | ONLINE DEP DETAIL & IMAGES |
| 6/5/15 | | -16000 | | | | WITHDRAWAL MADE IN A BRANCH/STO |
| 6/5/15 | 5000 | | 5000 | | | ONLINE TRANSFER FROM LATSANOVSKI |
| 6/3/15 | | -3850 | | | | CHECK # 1051 |
| 6/3/15 | | -243.77 | | | | FOREMOST EPM PYMT 060315 381009C |
| 6/3/15 | | -190.9 | | | | FOREMOST EPM PYMT 060315 381009C |
| 6/3/15 | | -148.78 | | | | FOREMOST EPM PYMT 060315 381009C |
| 6/3/15 | | -121.8 | | | | FOREMOST EPM PYMT 060315 381009C |
| 6/3/15 | 5000 | | 5000 | | | ONLINE TRANSFER FROM LATSANOVSKI |
| 6/3/15 | | -35 | | | | NSF RETURN ITEM FEE FOR A TRANSAC1 |
| 6/3/15 | | 16000 | | | | CHECK REVERSAL # 1029 |
| 6/2/15 | | -16000 | | | | CHECK # 1029 |
| 6/1/15 | | -1000 | | | | AMERICAN EXPRESS ACH PMT 150601 V |
| 6/1/15 | | -8500 | | | | CHECK # 1028 |
| 6/1/15 | | -221.91 | | | | WF LOAN/LINE AUTO PAY 150529 1717( |
| 6/1/15 | | -574.36 | | | | FOREMOST EPM PYMT 060115 381009C |

0114

| Date | incom | exp | Guayas( Cal/Igor) | Maria | Rubin | Description |
|---|---|---|---|---|---|---|
| 5/29/15 | | 2.26 | | | | INTEREST PAYMENT |
| 5/29/15 | | -1231.57 | | | | CHECK # 1050 |
| 5/28/15 | | -6000 | | | | CHECK # 1052 |
| 5/28/15 | | -6000 | | | | CHECK # 1053 |
| 5/28/15 | | -4684.35 | | | | CHECK # 1054 |
| 5/27/15 | | -142.93 | | | | FOREMOST EPM PYMT 052715 381009C |
| 5/27/15 | 20000 | | 20000 | | | ONLINE TRANSFER FROM LATSANOVSKI |
| 5/26/15 | | -213.64 | | | | FOREMOST EPM PYMT 052615 381009C |
| 5/19/15 | | -302.02 | | | | FOREMOST EPM PYMT 051915 381009C |
| 5/15/15 | | -300000 | | | | WT FED#00177 CITIZENS BUSINESS /FTR |
| 5/15/15 | | -35000 | | | | WT FED#08176 BANK OF AMERICA, N /F |
| 5/15/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 5/15/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 5/15/15 | 200000 | | 200000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 5/14/15 | | -2800 | | | | CHECK # 1023 |
| 5/14/15 | | -50000 | | | | CHECK # 1047 |
| 5/14/15 | | -20000 | | | | CHECK # 1022 |
| 5/14/15 | | -35000 | | | | CHECK # 1048 |
| 5/14/15 | 130000 | | 130000 | | | ONLINE TRANSFER FROM LATSANOVSKI |
| 5/14/15 | | 25.34 | | | | eDeposit in Branch/Store 05/14/15 05:3 |
| 5/13/15 | 6000 | | 6000 | | | eDeposit in Branch/Store 05/13/15 11:1 |
| 5/12/15 | | -1500 | | | | CHECK # 1021 |
| 5/12/15 | 100000 | | 100000 | | | ONLINE TRANSFER REF #IBE5MWV6TZ F |
| 5/12/15 | 30000 | | 30000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 5/11/15 | | 4399.74 | | | | OVERDRAFT XFER FROM CREDIT CARD C |
| 5/11/15 | | -255.53 | | | | FOREMOST EPM PYMT 051115 381009C |
| 5/11/15 | | -7600 | | | | CHECK # 1019 |
| 5/8/15 | | -3 | | | | ONLINE DEP DETAIL & IMAGES |
| 5/5/15 | | -190.9 | | | | FOREMOST EPM PYMT 050515 381009C |
| 5/5/15 | | -1029153.1 | | | | WT FED#03596 COMERICA BANK /FTR/E |
| 5/5/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 5/5/15 | 10000 | | 10000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 5/4/15 | 900000 | | 900000 | | | ONLINE TRANSFER REF #IBER25TGXL FR |
| 4/30/15 | | 16.56 | | | | INTEREST PAYMENT |
| 4/28/15 | | -1754.43 | | | | AMERICAN EXPRESS ACH PMT 150428 V |
| 4/27/15 | | -33000 | | | | CHECK # 1046 |
| 4/27/15 | 100000 | | 100000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 4/27/15 | | 300 | | | | CARD PROVISIONAL CREDIT 304241505? |
| 4/24/15 | | -300 | | | | ATM WITHDRAWAL AUTHORIZED ON 04 |
| 4/23/15 | | -565.72 | | | | FOREMOST EPM PYMT 042315 381009C |
| 4/22/15 | | -15000 | | | | CHECK # 1006 |
| 4/22/15 | | -14000 | | | | CHECK # 1005 |
| 4/22/15 | | -8000 | | | | CHECK # 1004 |
| 4/22/15 | | -6000 | | | | CHECK # 1003 |
| 4/22/15 | | -6000 | | | | CHECK # 1002 |
| 4/22/15 | | -6000 | | | | CHECK # 1001 |
| 4/22/15 | | -702351.61 | | | | WT FED#09887 MUFG UNION BANK, N / |
| 4/21/15 | | -107.82 | | | | FOREMOST EPM PYMT 042115 381009C |
| 4/21/15 | 300000 | | 300000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 4/17/15 | | -10000 | | | | CHECK # 1020 |
| 4/16/15 | | -2103.56 | | | | WT FED#00128 BANK OF THE WEST ( /F |
| 4/16/15 | | -200000 | | | | WT FED#02879 COMERICA BANK /FTR/E |
| 4/16/15 | | 766.51 | | | | eDeposit in Branch/Store 04/16/15 11:0 |
| 4/15/15 | | -1648.63 | | | | CHECK # 1008 |
| 4/15/15 | | -1500 | | | | CHECK # 1013 |
| 4/14/15 | | -40000 | | | | CHECK # 1011 |
| 4/14/15 | | -25000 | | | | CHECK # 1010 |
| 4/14/15 | | -98.44 | | | | FOREMOST EPM PYMT 041415 381009C |
| 4/14/15 | 500000 | | 500000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 4/13/15 | | 6286.14 | | | | DEPOSIT MADE IN A BRANCH/STORE #9 |
| 4/10/15 | | -35000 | | | | CHECK # 1007 |
| 4/10/15 | | -200.1 | | | | FOREMOST EPM PYMT 041015 381009C |
| 4/7/15 | | -682972.68 | | | | WT FED#03599 BANK OF THE WEST ( /F |
| 4/7/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 4/6/15 | 50000 | | 50000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 4/3/15 | | -86.67 | | | | PURCHASE AUTHORIZED ON 04/01 LE P/ |
| 4/3/15 | 10000 | | 10000 | | | ONLINE TRANSFER FROM CALENERGY, I |
| 4/2/15 | 700000 | | 700000 | | | ONLINE TRANSFER FROM CALENERGY, I |

| | Wells Fargo Bank statem | | Guayas( Cal/Igor) | Maria | Rubin | |
|---|---|---|---|---|---|---|
| | incom | exp | | | | |
| 3/31/15 | | 17.9 | | | | INTEREST PAYMENT |
| 3/25/15 | | -216631.17 | | | | WT FED#03405 CITY NATIONAL BANK /F |
| 3/25/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 3/23/15 | | -21570 | | | | WT FED#05259 CITY NATIONAL BANK /F |
| 3/23/15 | | -5000 | | | | WT SEQ#81317 CASTLEHEAD INC. ESCRC |
| 3/23/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 3/23/15 | 250000 | | 250000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 3/20/15 | | -40000 | | | | CHECK # 1013 |
| 3/20/15 | | -10000 | | | | CHECK # 1016 |
| 3/18/15 | | -103.16 | | | | FOREMOST EPM PYMT 031815 381009C |
| 3/13/15 | | -796367.16 | | | | WT FED#01499 BANK OF AMERICA, N /F |
| 3/13/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 3/13/15 | 600000 | | 600000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 3/12/15 | | -4000 | | | | CHECK # 1020 |
| 3/12/15 | | -237.52 | | | | FOREMOST EPM PYMT 031215 381009C |
| 3/12/15 | | -262858.56 | | | | WT FED#09287 CITY NATIONAL BANK /F |
| 3/12/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 3/11/15 | | -10000 | | | | CHECK # 1021 |
| 3/11/15 | | -3300 | | | | CHECK # 1019 |
| 3/9/15 | | -1900 | | | | CHECK # 1004 |
| 3/6/15 | | -5000 | | | | WT FED#01067 CALIFORNIA UNITED /FT |
| 3/6/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 3/5/15 | 135000 | | 135000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 3/4/15 | | 1932.66 | | | | DEPOSIT MADE IN A BRANCH/STORE #9! |
| 3/3/15 | | -285.62 | | | | FOREMOST EPM PYMT 030315 381009C |
| 3/2/15 | | -25000 | | | | CHECK # 1005 |
| 3/2/15 | | -50.37 | | | | PURCHASE AUTHORIZED ON 02/28 MAR |
| 3/2/15 | | -48.88 | | | | PURCHASE AUTHORIZED ON 02/27 JERR |
| 2/27/15 | | 41.27 | | | | INTEREST PAYMENT |
| 2/27/15 | | -20000 | | | | CHECK # 1006 |
| 2/27/15 | | -351127.09 | | | | WT FED#03195 EAST-WEST BANK /FTR/I |
| 2/27/15 | | -6000 | | | | WT FED#01064 CITY NATIONAL BANK /F |
| 2/27/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 2/27/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 2/25/15 | -50000 | | -50000 | | | ONLINE TRANSFER TO CALENERGY, INC. |
| 2/24/15 | | -112.98 | | | | FOREMOST EPM PYMT 022415 381009C |
| 2/23/15 | | -5300 | | | | WT FED#06295 CITY NATIONAL BANK /F |
| 2/23/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 2/18/15 | | -800 | | | | CHECK # 1022 |
| 2/13/15 | | -12000 | | | | CHECK # 1023 |
| 2/13/15 | | -35000 | | | | WT FED#06780 EAST-WEST BANK /FTR/I |
| 2/13/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 2/11/15 | | -4000 | | | | CHECK # 1003 |
| 2/11/15 | | -8500 | | | | CHECK # 1024 |
| 2/2/15 | | -450160.58 | | | | WT FED#04019 CITY NATIONAL BANK /F |
| 2/2/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 1/30/15 | | 4.45 | | | | INTEREST PAYMENT |
| 1/30/15 | 500000 | | 500000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 1/30/15 | 600000 | | 600000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 1/30/15 | 500000 | | 500000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| 1/23/15 | | -10000 | | | | WT FED#00306 CITY NATIONAL BANK /F |
| 1/23/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 1/22/15 | | -100000 | | | | WT FED#04753 BANK OF AMERICA, N /F |
| 1/22/15 | | -30 | | | | WIRE TRANS SVC CHARGE - SEQUENCE: |
| 1/21/15 | | -100 | | | | ONLINE TRANSFER TO SUNSET HOLDINC |
| 1/21/15 | 116000 | | 116000 | | | ONLINE TRANSFER FROM CALENERGY, II |
| | | | | | | |
| | $7,952,000 | -$7,739,496 | | | | |
| | Bank Balance | $212,504 | $5,867,000 | $1,100,000 | $985,000 | |

Total incom  verifecation

$7,952,000   0

100% mach

# Wells Fargo Combined Statement of Accounts

Primary account number:   **2869829222**   ■   January 21, 2015 - January 31, 2015   ■   Page 1 of 5



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Services Package | 2 | 2869829222 | 0.00 | 1,605,844.45 |
| Business High Yield Savings | 3 | 2593253319 | 0.00 | 100.00 |
| **Total deposit accounts** | | | $0.00 | $1,605,944.45 |

Sheet Seq = 0007862

Primary account number:  2869829222  ■  January 21, 2015 - January 31, 2015  ■  Page 2 of 5



**WELLS FARGO**

## Platinum Business Services Package

### Activity summary

| | |
|---|---:|
| Beginning balance on 1/21 | $0.00 |
| Deposits/Credits | 1,716,004.45 |
| Withdrawals/Debits | - 110,160.00 |
| **Ending balance on 1/31** | **$1,605,844.45** |
| Average ledger balance this period | $307,666.36 |

Account number:  2869829222

**SUNSET HOLDING PARTNERS LLC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
■   Credit Card - XXXX-XXXX-XXXX-0606

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $4.45 |
| Average collected balance | $307,666.36 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $4.45 |
| Interest paid this year | $4.45 |
| Total interest paid in 2014 | $0.00 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/21 | | Online Transfer From Calenergy, Inc. Ref #Ibecdxtxr8 Business Checking Via Mobile | 116,000.00 | | |
| 1/21 | | Online Transfer to Sunset Holding Partners Ref #Ibecdxtxcd Business High Yield Saving Via Mobile | | 100.00 | 115,900.00 |
| 1/22 | | Wire Trans Svc Charge - Sequence: 150122069086 Srf# 00000440215142327 Trn#150122069086 Rfb# | | 30.00 | |
| 1/22 | | WT Fed#04753 Bank of America, N./Ft/Bnf=Fidelity National Title Company Srf# 00000440215142327 Trn#150122069086 Rfb# | | 100,000.00 | 15,870.00 |
| 1/23 | | Wire Trans Svc Charge - Sequence: 150123159022 Srf# 00000440237774757 Trn#150123159022 Rfb# | | 30.00 | |
| 1/23 | | WT Fed#00306 City National Bank /Ft/Bnf=Unique Escrow Inc Srf# 00000440237774757 Trn#150123159022 Rfb# | | 10,000.00 | 5,840.00 |
| 1/30 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Iben46F4Yn on 01/30/15 | 500,000.00 | | |
| 1/30 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibe8Hyfrht on 01/30/15 | 600,000.00 | | |
| 1/30 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibetw9F4Q7 on 01/30/15 | 500,000.00 | | |
| 1/30 | | Interest Payment | .45 | | 1,605,844.45 |
| | | Ending balance on 1/31 | | | 1,605,844.45 |
| | | **Totals** | **$1,716,004.45** | **$110,160.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

0118

# Wells Fargo Combined Statement of Accounts

Primary account number: **2869829222** ■ March 1, 2015 - March 31, 2015 ■ Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502

**Questions?**

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Services Package | 2 | 2869829222 | 662,735.07 | 247,183.19 |
| Business High Yield Savings | 4 | 2593253319 | 80.00 | 60.00 |
| **Total deposit accounts** | | | **$662,815.07** | **$247,243.19** |

(114)
Sheet Seq = 0380035

Primary account number:   2869829222   ■   March 1, 2015 - March 31, 2015   ■   Page 2 of 6



## Platinum Business Services Package

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $662,735.07 |
| Deposits/Credits | 986,950.56 |
| Withdrawals/Debits | - 1,402,502.44 |
| **Ending balance on 3/31** | **$247,183.19** |
| Average ledger balance this period | $446,687.77 |

Account number:  2869829222

SUNSET HOLDING PARTNERS LLC

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
■   Credit Card - XXXX-XXXX-XXXX-0606

### Interest summary

| | |
|---|---|
| Interest paid this statement | $17.90 |
| Average collected balance | $446,625.45 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $17.90 |
| Interest paid this year | $63.62 |
| Total interest paid in 2014 | $0.00 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Purchase authorized on 02/27 Jerrys Studio Cit Studio City CA S465059734558437 Card 6058 | | 49.68 | |
| 3/2 | | Purchase authorized on 02/28 Marmalade Cafe #14 Westlake Vill CA S305050702981005 Card 6058 | | 50.37 | |
| 3/2 | 1005 | Check | | 25,000.00 | 637,635.02 |
| 3/3 | | Foremost Ppm Pymt 030315 381009073910 0 Sunset Holding Partner | | 285.82 | 637,350.20 |
| 3/4 | | Deposit Made In A Branch/Store | | | 639,282.65 |
| 3/5 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibetwmcqjz on 03/05/15 | 135,000.00 | | 774,282.66 |
| 3/6 | | Wire Trans Svc Charge - Sequence: 150306071621 Srf# 0000944084340172 Trn#150306071621 Rfb# | | 30.00 | |
| 3/6 | | WT Fed#01067 California United /Ftr/Bnf-Inter Valley Escrow Srf# 0000944084340172 Trn#150306071621 Rfb# | | 5,000.00 | |
| | | | | 11,900.00 | |
| | | | | 3,300.00 | |
| | | | | 10,000.00 | |
| | | | | 30.00 | |
| | | | | 262,858.56 | |
| | | | | 23.00 | |
| 3/12 | 1020 | Check | | 4,000.00 | 489,996.78 |

0120

Primary account number:   **2869829222**   ■   March 1, 2015 - March 31, 2015   ■   Page 3 of 6



**WELLS FARGO**

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/13 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibexsqlmvc on 03/12/15 | 600,000.00 | | |
| 3/13 | | Wire Trans Svc Charge - Sequence:150313156639 Srf# 0000044072932073 Trn#150313156639 Rfb# | | 30.00 | |
| 3/18 | | WT Fed#01499 Bank of America, N.Fl/Bnf-Fidelity National Title Company Srf#0000944072932073 Trn#150313156639 Rfb# | | 708,367.18 | 290,529.82 |
| 3/18 | | Foremost Epm Pymt 031815 381009075074 Sunset Holding Partner | | 103.18 | 290,426.45 |
| 3/20 | 1018 | Check | | 10,000.00 | |
| 3/20 | 1013 | Check | | 40,000.00 | 240,426.45 |
| 3/23 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibe8Jh8D86 on 03/23/15 | 250,000.00 | | |
| 3/23 | | Wire Trans Svc Charge - Sequence:150323081378 Srf# 0000944079310874 Trn#150323081378 Rfb# | | 30.00 | |
| 3/23 | | WT Seq#91317 Castlehead Inc Escrow /Bnf=Castlehead, Inc Escrow Srf#0000944079754674 Trn#150323081378 Rfb# | | 5,000.00 | |
| 3/23 | | WT Fed#05259 City National Bank /Ftr/Bnf=Brighton Escrow Inc Srf#0000944079310874 Trn#150323081378 Rfb# | | 21,570.00 | 463,826.45 |
| 3/25 | | Wire Trans Svc Charge - Sequence:150325129590 Srf# 0000944083270915 Trn#150325129590 Rfb# | | 30.00 | |
| 3/25 | | WT Fed#03405 City National Bank /Ftr/Bnf=Optima Escrow Inc Srf#0000944083270915 Trn#150325129590 Rfb# | | 216,631.17 | 247,165.28 |
| 3/31 | | Interest Payment | 17.90 | | 247,183.18 |
| **Ending balance on 3/31** | | | | | 247,183.18 |
| **Totals** | | | **$966,950.56** | **$1,502,802.44** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1004 | 3/9 | 1,900.00 | 1016 * | 3/20 | 10,000.00 | 1020 | 3/12 | 4,000.00 |
| 1005 | 3/2 | 25,000.00 | 1019 * | 3/11 | 3,300.00 | 1021 | 3/11 | 10,000.00 |
| 1013 * | 3/20 | 40,000.00 | | | | | | |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| | | |
|------|------|------|
| Fee period 03/01/2015 - 03/31/2015 | Standard monthly service fee $40.00 | You paid $0.00 |

You have up to 90 calendar days from 01/21/2015 to complete the package requirements.

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
|------|------|------|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $446,688.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |

# Wells Fargo Combined Statement of Accounts

Primary account number:  2869829222  ■  April 1, 2015 - April 30, 2015  ■  Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | 2869829222 | 247,183.19 | 122,832.74 |
| Business High Yield Savings | 4 | 2593253319 | 60.00 | 90.01 |
| **Total deposit accounts** | | | **$247,243.19** | **$122,922.75** |

(114)
Sheet Seq = 0060773

Primary account number:   2869829222   ■ April 1, 2015 - April 30, 2015   ■ Page 2 of 6



## Platinum Business Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $247,183.19 |
| Deposits/Credits | 1,667,369.21 |
| Withdrawals/Debits | - 1,791,719.66 |
| **Ending balance on 4/30** | **$122,832.74** |
| Average ledger balance this period | $428,293.79 |

Account number:   2869829222

**SUNSET HOLDING PARTNERS LLC**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Credit Card · XXXX-XXXX-XXXX-0806

### Interest summary

| | |
|---|---|
| Interest paid this statement | $16.56 |
| Average collected balance | $428,145.89 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $16.56 |
| Interest paid this year | $80.18 |

### Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibek7Qnb5G on 04/02/15 | 700,000.00 | | 947,183.19 |
| 4/3 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibek7R6Xhx on 04/03/15 | 10,000.00 | | |
| 4/3 | | Purchase authorized on 04/01 Le Pain Quotidien Calabasas CA S385091784086006 Card 8058 | | 85.67 | 957,098.52 |
| 4/8 | | Online Transfer From Calenergy, Inc. Ref #Ibe2Qhvlpc Business Checking Via Mobile | 50,000.00 | | 1,007,098.52 |
| 4/7 | | Wire Trans Svc Charge - Sequence: 150407141357 Srf# 000094400755B217 Trn#150407141357 Rfb# | | 30.00 | |
| 4/7 | | WT Fed#03599 Bank of The West / Org: Snt-Fidelity National Title Company Srf# 000094400755B217 Trn#150407141357 Rfb# | | 682,972.88 | 324,003.84 |
| 4/10 | | Foremost Spm Pymt 041015 3810090760738 Sunset Holding Partner | | 200.10 | |
| 4/10 | 1007 | Check | | 35,000.00 | 288,803.74 |
| 4/13 | | Deposit Made In A Branch/Store | 6,366.14 | | 295,170.88 |
| 4/14 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibetwz9F6R on 04/14/15 | 500,000.00 | | |
| 4/14 | | Foremost Spm Pymt 041415 3810090760744 Sunset Holding Partner | | 98.44 | |
| 4/14 | 1010 | Check | | 25,000.00 | |
| 4/14 | 1011 | Check | | | 730,081.44 |
| 4/15 | 1013 | Check | | 40,000.00 | |
| 4/15 | 1008 | Check | | 1,500.00 | |
| 4/16 | | Edeposit IN Branch/Store 04/16/15 11:00:02 Am 23701 Calabasas Rd Calabasas CA 9222 | 766.51 | 1,848.63 | 728,932.81 |

0123

Primary account number:   **2869829222**   ■   April 1, 2015 - April 30, 2015   ■   Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/15 | | WT Fed#02879 Comerica Bank /Ftr/Bnf=Glen Oaks Escrow Srf# 0000944108506736 Trn#150415103400 Rfb# | | 300,000.00 | |
| 4/16 | | WT Fed#00128 Bank of The West ( /Ftr/Bnf=Fidelity National Title Company Srf# 0000944106332938 Trn#150416129847 Rfb# | | 3,102.55 | 525,595.76 |
| 4/17 | 1020 | Check | | 10,000.00 | 515,595.76 |
| 4/21 | | Online Transfer From Calenergy, Inc. Ref #Ibe5Mq376P Business Checking Via Mobile | 300,000.00 | | |
| 4/21 | | Foremost Epm Pymt 042315 3810000710059 Sunset Holding Partner | | 107.82 | 815,487.94 |
| 4/22 | | WT Fed#09887 Mufg Union Bank, N /Ftr/Bnf=Lawyers Title Company LA Srf# 0000944111267488 Trn#150422140005 Rfb# | | 792,351.61 | |
| 4/22 | 1001 | Check | | 6,000.00 | |
| 4/22 | 1002 | Check | | 6,000.00 | |
| 4/22 | 1004 | Check | | 6,000.00 | |
| 4/22 | 1003 | Check | | 8,000.00 | |
| 4/22 | 1005 | Check | | 14,000.00 | |
| 4/23 | | Foremost Epm Pymt 042315 3810090662718 Sunset Holding Partner | | 15,000.00 | 58,136.33 |
| 4/24 | | ATM Withdrawal authorized on 04/24 28701 Calabasas Rd Calabasas CA 0004340 ATM ID 0944C Card 6180 | | 565.72 | 57,570.61 |
| 4/24 | | Card Provisional Credit 9042415057S | 300.00 | 300.00 | 57,270.61 |
| 4/27 | | Online Transfer From Calenergy, Inc. Ref #Ibe2Qpypvz Business Checking Via Mobile | 100,000.00 | | |
| 4/27 | 1046 | Check | | 33,000.00 | 124,570.61 |
| 4/28 | | American Express ACH Pmt 150428 W1500 Igor Latsanovski | | 1,754.43 | 122,816.18 |
| 4/30 | | Interest Payment | 16.56 | | 122,832.74 |
| Ending balance on 4/30 | | | | | 122,832.74 |
| **Totals** | | | **$1,667,369.21** | **$1,791,719.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1001 | 4/22 | 6,000.00 | 1006 | 4/22 | 15,000.00 | 1011 | 4/14 | 40,000.00 |
| 1002 | 4/22 | 6,000.00 | 1007 | 4/10 | 35,000.00 | 1013 * | 4/15 | 1,500.00 |
| 1003 | 4/22 | 8,000.00 | 1008 | 4/15 | 1,648.63 | 1020 * | 4/17 | 10,000.00 |
| 1004 | 4/22 | 8,000.00 | 1010 * | 4/14 | 25,000.00 | 1046 * | 4/27 | 33,000.00 |
| 1005 | 4/22 | 14,000.00 | | | | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2015 - 04/30/2015 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $428,294.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |

Sheet Seq = 0060774

0124

# Wells Fargo Combined Statement of Accounts

Primary account number: **2869829222** ■ May 1, 2015 - May 31, 2015 ■ Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | 2869829222 | 122,832.74 | 23,093.09 |
| Business High Yield Savings | 4 | 2593253319 | 90.01 | 80.01 |
| **Total deposit accounts** | | | **$122,922.75** | **$23,173.10** |

(114) Ins =3
Sheet Seq = 0063082

0125

Primary account number:   2869829222   ■ May 1, 2015 - May 31, 2015  ■ Page 2 of 6



## Platinum Business Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $122,832.74 |
| Deposits/Credits | 1,400,427.34 |
| Withdrawals/Debits | - 1,500,166.99 |
| **Ending balance on 5/31** | **$23,093.09** |
| Average ledger balance this period | $71,734.06 |

Account number:  2869829222

**SUNSET HOLDING PARTNERS LLC**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

Your account is linked to the following for Overdraft Protection:
■ Credit Card - XXXX-XXXX-XXXX-0608

### Interest summary

| | |
|---|---|
| Interest paid this statement | $2.26 |
| Average collected balance | $71,818.74 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $2.26 |
| Interest paid this year | $82.44 |

### Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Online Transfer Ref #Iber25Tgxl From PCS Line of Credit xxxxxx44600001 on 05/04/15 | 900,000.00 | | 1,022,832.74 |
| 5/5 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibe2Qeimtq on 05/05/15 | 10,000.00 | | |
| 5/5 | | Wire Trans Svc Charge - Sequence: 150505142169 Srf# 0000044125537089 Tin#150505142169 Rtn# | | 30.00 | |
| 5/5 | | WT Fed#03509 Comerica Bank /Ftr/Bnf=Glen Oaks Escrow Srf# 0000044125537089 Tin#150505142168 Rtn# | | 1,029,153.05 | |
| 5/5 | | Foremost Epm Pymt 050515 3810090736736 Sunset Holding Partner | | 190.90 | 3,458.79 |
| 5/8 | | Online Dep Detail & Images | | 3.00 | 3,458.79 |
| 5/11 | 1018 | Check | | 7,800.00 | |
| 5/11 | | Foremost Epm Pymt 051115 3810090831853 Sunset Holding Partner | | 255.53 | |
| 5/11 | | Overdraft Xfer From Credit Card OR Line | | | 0.00 |
| 5/12 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Ibekk84Tbfkc on 05/12/15 | 30,000.00 | | |
| 5/12 | | Online Transfer Ref #Ibe5Mwv6Tz From PCS Line of Credit xxxxxx44600001 on 05/12/15 | 100,000.00 | | |
| 5/12 | 1021 | Check | | 1,500.00 | 128,500.00 |
| 5/13 | | Edeposit IN Branch/Store 05/13/15 11:12:23 Am 23701 Calabasas Rd Calabasas CA 9222 | 6,000.00 | | 134,500.00 |
| 5/14 | | Edeposit IN Branch/Store 05/14/15 05:36:03 Pm 23701 Calabasas Rd Calabasas CA 9222 | 2584 | | |
| 5/14 | | Online Transfer From Latsanovski I Ref #Ibe5Mxgzvh Complete Advantage(Rm) Via Mobile | 130,000.00 | | |
| 5/14 | 1048 | Check | | 35,000.00 | |

0126

Primary account number:  **2869829222**  ■ May 1, 2015 - May 31, 2015  ■ Page 3 of 6



---

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/14 | 1022 | Check | | 20,000.00 | |
| 5/14 | 1047 | Check | | 50,000.00 | |
| 5/14 | 1023 | Check | | 2,800.00 | 158,726.34 |
| 5/15 | | Online Transfer From Calenergy, Inc. Business Checking xxxxxx8997 Ref #Iber28W77Lt on 05/15/15 | 200,000.00 | | |
| 5/15 | | Wire Trans Svc Charge - Sequence: 150515169902 Srf# 0000044134028650 Trn#150515169902 Rfb# | | 30.00 | |
| 5/15 | | Wire Trans Svc Charge - Sequence: 150515178078 Srf# 0083441135685590 Trn#150515178078 Rfb# | | 30.00 | |
| 5/15 | | WT Fed#08176 Bank of America, N /Ft/Bnf=Southern California Home Investors Srf#0000044134028650 Trn#150515169902 Rfb# | | 35,000.00 | |
| 5/15 | | WT Fed#00177 Citizens Business /Ftr/Bnf=Parkfield Escrow, Inc Srf#0083441135685590 Trn#150515178078 Rfb# | | 300,000.00 | 21,666.34 |
| 5/18 | | Foremost Epm Pymt 051915 381009080985 Sunset Holdings | | 302.02 | 21,363.32 |
| 5/26 | | Foremost Epm Pymt 052615 381009070059 LLC Sunset Holding Par | | 213.64 | 21,149.68 |
| 5/27 | | Online Transfer From Latsanovski I Ref #Ibe8K484Z9 Complete Advantage(Rm) Via Mobile | 20,000.00 | | |
| 5/27 | | Foremost Epm Pymt 052715 381009080718 Sunset Holding Partner | | 142.93 | 41,006.75 |
| 5/28 | 1054 | Check | | 4,684.35 | |
| 5/28 | 1053 | Check | | 6,000.00 | |
| 5/28 | 1052 | Check | | 6,000.00 | 24,322.40 |
| 5/29 | 1050 | Check | | 1,231.57 | |
| 5/29 | | Interest Payment | 2.26 | | 23,093.09 |
| Ending balance on 5/31 | | | | | 23,093.09 |
| **Totals** | | | **$1,400,427.34** | **$1,500,185.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1019 | 5/11 | 7,600.00 | 1047 * | 5/14 | 50,000.00 | 1052 * | 5/28 | 6,000.00 |
| 1021 * | 5/12 | 1,500.00 | 1048 | 5/14 | 35,000.00 | 1053 | 5/28 | 6,000.00 |
| 1022 | 5/14 | 20,000.00 | 1050 * | 5/29 | 1,231.57 | 1054 | 5/28 | 4,684.35 |
| 1023 | 5/14 | 2,800.00 | | | | | | |

\* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2015 - 05/31/2015 | Standard monthly service fee $40.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $25,000.00 | $71,734.00 ☑ |
| · Combined balances in linked accounts, which may include | $40,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |

Sheet Seq = 0063083

# Wells Fargo Combined Statement of Accounts

Primary account number:   2869829222   ■   June 1, 2015 - June 30, 2015   ■   Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502



### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

### Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | 2869829222 | 23,093.09 | 1,817,764.55 |
| Business High Yield Savings | 4 | 2593253319 | 80.01 | 70.01 |
| **Total deposit accounts** | | | **$23,173.10** | **$1,817,834.56** |

(114)
Sheet Seq = 0334877

0128

Primary account number:   2869829222   ■   June 1, 2015 - June 30, 2015   ■   Page 2 of 6



## Platinum Business Checking

### Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $23,093.09 |
| Deposits/Credits | 2,286,899.85 |
| Withdrawals/Debits | - 472,228.39 |
| **Ending balance on 6/30** | **$1,817,764.55** |
| Average ledger balance this period | $1,233,938.54 |

Account number:  2869829222

**SUNSET HOLDING PARTNERS LLC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■   Credit Card - XXXX-XXXX-XXXX-0808

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $49.85 |
| Average collected balance | $1,233,828.54 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $49.85 |
| Interest paid this year | $132.29 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/1 | | Foremost Epm Pymt 060115 3810090809985 Sunset Holding Partner | | 574.35 | |
| 6/1 | | WF Loan/Line Auto Pay 150529 17170914450000 1 Latsanovski Igb | | 221.91 | |
| 6/1 | 1028 | Check | | 9,500.00 | |
| 6/1 | | American Express ACH Rmt 150601 W1319 Igor Latsanovski | | 1,000.00 | 12,796.82 |
| 6/2 | 1029 | Check | | 16,000.00 | -3,203.18 |
| 6/3 | | Check Reversal | 16,000.00 | | |
| 6/3 | | NSF Return Item Fee for a Transaction Received on 06/02 $16,000.00 Check #01029 | | 35.00 | |
| 6/3 | | Online Transfer From Latsanovski I Complete Advantage(Rm) xxxxxx3540 Ref #Ibego0Qlc4 on 06/03/15 | 5,000.00 | | |
| 6/3 | | Foremost Epm Pymt 060315 3810090881434 Sunset Holding Partner | | 121.90 | |
| 6/3 | | Foremost Epm Pymt 060315 3810090881439 Sunset Holding Partner | | 148.76 | |
| 6/3 | | Foremost Epm Pymt 060315 3810090799736 Sunset Holding Partner | | 190.90 | |
| 6/3 | | Foremost Epm Pymt 060315 3810090831853 Sunset Holding Partner | | 243.77 | |
| 6/3 | 1051 | Check | | 3,850.00 | 13,206.57 |
| 6/5 | | Online Transfer From Latsanovski I Ref #Ibek8Cvlcj Complete Advantage(Rm) Via Mobile | 5,000.00 | | |
| 6/5 | | Withdrawal Made In A Branch/Store | | 16,000.00 | 2,206.57 |
| 6/8 | | Online Dep Detail & Images | | 3.00 | 2,203.57 |
| 6/8 | | Deposit Made In A Branch/Store | 5,950.00 | | |

Primary account number:   2869829222   ■ June 1, 2015 - June 30, 2015   ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|----------------------|
| 6/9 | | Online Transfer From Latsanovski I Complete Advantage(Rm) xxxxxx3540 Ref #Ibe5N8Sp6Y on 06/09/15 | 150,000.00 | | 158,063.52 |
| 6/10 | | Wire Trans Svc Charge - Sequence: 150610089654 Srf# 0000044180007782 Trn#150610089654 Rfb# | | 30.00 | |
| 6/10 | | WT Fed#01722 City National Bank /Ftr/Bnf=LA Citiwide Escrow Marins Srf# 0000044180007782 Trn#150610089654 Rfb# | | 100,000.00 | |
| 6/10 | 1058 | Check | | 10,000.00 | 48,033.52 |
| 6/11 | | WT Fed#09327 Nk Bank /Org=1/Zolotarevs Mariya Aleksandrovna Srf# 0611315559009417 Trn#150611037668 Rfb# | 1,100,000.00 | | |
| 6/11 | | Wire Trans Svc Charge - Sequence: 150611122602 Srf# 0000044182423282 Trn#150611122602 Rfb# | | 30.00 | |
| 6/11 | | WT Fed#03757 Bank of America, N./Ftr/Bnf=Southern California Home Investors Srf# 00000A4182423282 Trn#150611122602 Rfb# | | 50,000.00 | 1,097,003.52 |
| 6/12 | | WT Fed#00781 Citibank NA Nybd C /Org=Lawrence J Rubin Srf# 0015183988T001 Trn#150612116649 Rfb# | 985,000.00 | | 2,082,003.52 |
| 6/15 | | Online Transfer Ref #Iben5J9HKJ to Business Card Xxxxxxxxxxxx0808 on 06/15/15 | | 4,269.15 | 2,078,524.42 |
| 6/15 | | Online Transfer to Calenergy, Inc. Business Checking xxxxxx8207 Ref #Ibe9Kb542M on 06/15/15 | | 200,000.00 | |
| 6/15 | | Farmers Ins Inepayment 081615-004753031001000 Sunset Holding Partner | | 98.00 | |
| 6/15 | | Farmers Ins Inepayment 081615-004753023001000 Sunset Holding Partner | | 107.38 | |
| 6/16 | | Foremost Epm Pymt 081615-381000090985 Sunset Holdings | | 574.38 | 1,877,744.70 |
| 6/17 | | Wire Trans Svc Charge - Sequence: 150617104283 Srf# 0000044169409233 Trn#150617104283 Rfb# | | 30.00 | |
| 6/17 | | WT Fed#04280 Jpmorgan Chase Ban /Ftr/Bnf=Lisa Krigsman Srf# 0000044169409233 Trn#150617104283 Rfb# | | 10,000.00 | |
| 6/17 | | Online Transfer to Calenergy, Inc. Ref #Ibe5N974FJ Business Checking Via Mobile | | 50,000.00 | 1,817,714.70 |
| 6/30 | | Interest Payment | 49.85 | | 1,817,764.55 |
| Ending balance on 6/30 | | | | | 1,817,764.55 |
| **Totals** | | | **$2,266,899.85** | **$472,228.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | | Number | Date | Amount | | Number | Date | Amount |
|--------|------|--------|--|--------|------|--------|--|--------|------|--------|
| 1028 | 6/1 | 8,500.00 | | 1051 * | 6/3 | 3,850.00 | | 1058 * | 6/10 | 10,000.00 |
| 1029 | 6/2 | 16,000.00 | | | | | | | | |

* Gap in check sequence.

### Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 6/3 | Check Reference # 0001711000824014B286 | 16,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

Sheet Seq = 0034979

0130