# EXHIBIT "E"

# AMENDMENT AGREEMENT TO ORIGINAL CONTRACT AGREEMENT

## GUAYAS LTD & SUNSET HOLDING PARTNERS, LLC

*Amendment Agreement (hereinafter referred to as Agreement) made by and between;*

*GUAYAS LTD, located at Estonia (hereinafter referred to as Assignor or GUYAS), represented by Mr. Oleg Trushlya and*

*SUNSET HOLDING PARTNERS LLC, located at California (hereinafter referred to as Asignee or SUN), represented by Mr. Cesar M. Peniche.*

The Parties hereto hereby agree as the follows;

**I. DEFINITIONS**

For the purposes of this Agreement the following terms shall have the meaning hereunder assigned to them by the Parties;

Lending Party -
GUAYAS LTD, who loaned to SUNSET HOLDING PARTNERS LLC on June 10th, 2015 (06/10/2015).

Borrowing Party -
SUNSET HOLDING PARTNERS LLC, who was the receiving party of the loan from GUAYA LTD.

**II. PROPERTY DETAIL**

Below are the detailed loan amounts by properties;

| | |
|---|---|
| 1. 5624 Stratford Rd, Los Angeles | $600,000 |
| 2. 1737 W 35th St, Los Angeles | $300,000 |
| 3. 1032 W 22nd St, Los Angeles (USC) | $450,000 |
| 4. 21809-21811 Figueroa (CARSON) | $1,100,000 |
| 5. 314 W 113th St. Inglewood (Townhomes) | $300,000 |
| 6. 657 W Acacia Ave, El Segundo | $800,000 |
| 7. 2445 Louella Ave, Venice | $1,218,000 |
| 8. 3777 Rosewood Ave, Los Angeles | $1,100,000 |
| Total Sum | $5,868,000 |

**III. TERMS & CONDITIONS**

1. The Borrowing Party is responsible for the entirety the loan. If the company is unable to repay the loan, the members of the Borrowing Party are directly

responsible for the loan.

2. The Lending Party is not liable for any conduct of the Borrowing Party, nor responsible for any fines, fees or costs associated with doing business.

3. These loans will be granted in order to purchase real estate objects and costs associated with completion of projects including but not limited to costs associated with; architecture, city fees, construction, resale, etc.

4. The Borrowing Party must return the capital amount and interest of the respective Agreement.

5. Loans shall bear annual interest of 11%. Interest shall be fully paid in proportion of selling properties as they are sold. The Borrowing Party shall return principal with interest within a maximum of five (5) days of closing of sale.

6. INTEREST BEGAN INCURRING DATE OF ORIGINAL SIGNED CONTRACT AGREEMENT BETWEEN GUAYAS LTD. AND SUNSET HOLDING PARTNERS ON MAY 20th, 2015. INTEREST PAID ON PROPERTIES STARTS ACCRUING MAY 20th, 2015.

**IV. ASSIGNMENT FEE**

1. The Borrowing Party shall pay the Lending Party in the amount of US $5,868,000 (five million eight hundred and sixty eight thousand US Dollars).

2. The lending amount for the sum of US $5,868,000 shall be paid to the account mentioned by the Lending Party within a maximum of one year following the signing of this Agreement by both parties. Failing to pay the loan amount within one year, the Borrowing Party shall pay to the Lending Party a penal fine in the amount of 5% from the unreturned sum.

**V. SPECIAL CONDITIONS**

1. The Borrowing Party confirms that the details and value for the properties enclosed are accurate and true, have been delivered to the Lending Party in their completeness and that the loan has been made available to the Lending Party.

2. The Borrowing Party hereby undertakes not to transfer or assign to third parties the claim assigned, neither shall it encumber the claim with other limited real rights nor perform any other civil transactions without written consent.

3. Reference 3.6 for interest has already accrued and interest owed on properties as they are sold.

**VI. RESOLUTION OF DISPUTES**

1. Disputes arising between the Parties shall be resolved by means of negotiations. If an agreement is not reached between the Parties the dispute is resolved in court.



**VII. OTHER PROVISIONS**

1. Any changes to the Agreement, including additions and amendments, shall be recorded in writing and take effect after signing by the Parties, except as agreed otherwise by the Parties.

2. Any notices delivered to the other Party shall be in writing and shall take effect as of their receipt.

**VIII. VALIDITY**

1. The Agreement shall take effect as of the moment of signing by the Parties.

2. By signing the Agreement the Parties certify that they have observed every rule, procedure and requirement for co-ordination that they must observe to be able to undertake the obligations specified in the Agreement.

3. In case a provision of the Agreement proves fully or partially invalid or cannot be executed, other provision of the Agreement remain valid.

4. The Agreement has been concluded in English, in two identical copies on three pages, of which the Lending Party receives one copy and the Borrowing Party the other.

**XI. SIGNATURES**

Lending Party

GUAYAS LTD.
Ahtri 10a Tallinn 10151,
Estonia

Mr. Oleg Trushlya

Borrowing Party

Sunset Holding Partners, LLC
705 W 9th St Suite 1807
Los Angeles, CA 90015

Mr. Cesar M. Peniche