# EXHIBIT "A"

| MASTER LOAN AGREEMENT | ДОГОВОР ЗАЙМА |
|---|---|
| Moscow, June 4, 2015 | г. Москва, 4 июня 2015 года |

**BETWEEN THE UNDERSIGNED:** — **МЕЖДУ НИЖЕПОДПИСАВШИМИСЯ:**

1. Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

    (the "Lender"),

    ON THE ONE PART,

1. Золотарева Мария Александровна, гражданка Российской Федерации, паспорт 75 0672831 выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6,

    (далее - "Заимодавец"),

    С ОДНОЙ СТОРОНЫ,

2. Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered for entering into this Agreement.

    (the "Borrower"),

    ON THE OTHER PART,

2. Компания Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС), юридическое лицо по законодательству США, зарегистрированное по адресу: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пениша, надлежащим образом уполномоченного для заключения настоящего Договора.

    (далее - "Заёмщик"),

    С ДРУГОЙ СТОРОНЫ,

hereinafter jointly referred as the "Parties", or individually as a "Party",

Далее совместно именуемыми "Стороны", а по отдельности - "Сторона",

**WHEREAS:** — **ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО:**

(i) The Borrower may have cash needs and wish to borrow money from the Lender. And upon the Borrower's request, the Lender may, to its sole discretion, grant Loans to it.

(i) У Заёмщика может возникнуть потребность в денежных средствах, и он выражает желание получать займы от Заимодавца. В связи с этим, по запросу Заёмщика Заимодавец может, исключительно по собственному усмотрению, предоставлять Заёмщику Займы.

(ii) Any Loan granted by the Lender to the Borrower shall be subject to the terms and conditions set out below, as well as specific arrangements between the Parties with respect to each particular Loan granted by the Lender to the Borrower. The Purpose of the Agreement is to determine the main terms and conditions of the Loans that may be granted by the Lender upon the Borrower's request made in accordance with this Agreement.

(ii) Любой предоставляемый Заёмщику Заимодавцем Заем выдаётся в соответствии с изложенными в настоящем документе условиями и положениями, а также отдельными договоренностями Сторон в отношении каждого конкретного выдаваемого Заимодавцем Заёмщику Займа. Цель Договора состоит в определении основных условий выдачи Займов, которые могут предоставляться Заимодавцем по требованию Заёмщика, оформленному согласно положениям настоящего Договора.

**IT IS AGREED AS FOLLOWS:** — **СТОРОНЫ ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ:**

### 1. DEFINITIONS — 1. ТЕРМИНЫ И ОПРЕДЕЛЕНИЯ

Unless otherwise stated, the words and expressions below will have the following meaning in the Agreement:

Если в документе не указано иное, приведённые ниже слова и выражения употребляются в тексте Договора в следующих значениях:

"Agreement" means this master loan agreement, together with its schedules, and any amendments to it.

"Договор" означает настоящий договор займа со всеми приложениями к нему и со всеми внесёнными в его текст изменениями;

"Business Day" means a day (other than a Saturday or Sunday) on which banks are open for general business in Los-Angeles, USA and Moscow, Russia.

"Рабочий день" означает день (кроме субботы и воскресенья), в который банки в г. Лос-Анджелес (Соединенные Штаты Америки) и г. Москве (Россия) открыты для ведения общей коммерческой деятельности;

"Drawdown Period" means the period from the date hereof until one month before the Termination Date.

"Срок использования займа" означает период со дня подписания настоящего Договора и до дня, на один месяц предшествующего Дате прекращения Договора;

"Event of Default" means any event or circumstance specified as such in Clause 8 (*Events of Default*).

"Случай неисполнения обязательств" означает любое событие или обстоятельство, которое определено как таковое в Статье 8 (*Случаи неисполнения обязательств*).

"Loan" means a loan granted or to be granted by the Lender to the Borrower under the Utilisation Request and within the aggregate amount of the Loan Facility.

"Заем" означает заем, предоставляемый Заимодавцем Заёмщику на основании Запроса на использование в пределах совокупного размера Общей суммы займа.

1

"Loan Facility" as defined in Clause 2 (*Subject Matter of the Agreement*).

"Material Adverse Effect" means a material adverse effect on (a) the business, operations, assets or financial condition of the Borrower or (b) the ability of the Borrower to perform its obligations under this Agreement.

"Termination Date" means the date of termination of this Agreement which is 3 (three) years after signing. The Termination Date can be extended by the Parties' written consent.

"Utilisation" means utilisation of a Loan Facility under the Agreement.

"Utilisation Date" means the date of an Utilisation, being the date on which a respective Loan is to be made.

"Utilisation Request" means a notice substantially made in accordance with provisions of the Clause 3 (*Utilisation of the Loan Facility*) and signed by the Parties in the form set out in Schedule 1 (*Utilisation Request*).

## 2. SUBJECT MATTER OF THE AGREEMENT

2.1. The Lender grants to the Borrower upon the terms and subject to the conditions hereof a revolving loan facility in an aggregate amount which shall not exceed 10,000,000.00 (ten million) US Dollars ("**Loan Facility**").

2.2. The Loan Facility is intended for realisation by the Borrower of various investment projects, the detailed description of which will be provided and agreed by the Parties in Utilisation Requests (as defined in Clause 3 below). The Borrower and should be used by the Borrower in compliance with such purposes.

2.3. The Loans are granted by the Lender to the Borrower on the basis of Utilisation Requests (as defined in Clause 3 below).

To the extent necessary and notably taking into account part 1 of paragraph 3.4 and part 1 of paragraph 3.5 hereof, the Lender and the Borrower acknowledge that this Agreement does not constitute any commitment of the Lender to make available any Loan to the Borrower without an Utilisation Request made under agreed form and signed by the Parties.

## 3. UTILISATION OF THE LOAN FACILITY

3.1. Save as otherwise provided in this Agreement, the Borrower may from time to time during the Drawdown Period (as defined in Clause 1) request from the Lender a payment of Loans within the aggregate amount of the Loan Facility.

3.2. The request for Utilisation of the Loan Facility shall be made by the Borrower by delivery to the Lender of a duly completed form of Utilisation Request provided in Schedule 1 duly signed by and on behalf of the Borrower not later than 10:00 a.m. on the date falling three (3) Business Days prior to the Utilisation Date indicated in the Utilisation Request.

Other time of Utilisation Request delivery can be agreed between the Borrower and the Lender and specified in the Utilisation Request.

3.3. Each Utilisation Request is irrevocable and will not be regarded as having been duly completed unless it provides for:

---

"Общая сумма займа" имеет значение, приданное данному термину в Статье 2 (*Предмет Договора*).

"Существенное неблагоприятное последствие" означает существенное неблагоприятное последствие для (а) деятельности, операций, активов или финансового состояния Заёмщика, или (b) способности Заёмщика исполнять свои обязательства по настоящему Договору.

"Дата прекращения Договора" означает дату прекращения действия настоящего Договора, которая наступит по истечении 3 (трех) лет со дня его подписания. Срок действия Договора может быть продлён по письменному соглашению Сторон.

"Использование" означает использование Общей суммы займа в соответствии с Договором.

"Дата использования" означает дату Использования, которая совпадает с днём выдачи соответствующего Займа.

"Запрос на использование" означает уведомление, во всех существенных отношениях оформленное в соответствии с положениями Статьи 3 (*Использование Общей суммы займа*) и подписанное Сторонами по форме, приведённой в Приложении 1 (*Запрос на использование*).

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. В соответствии с условиями и положениями настоящего Договора Заимодавец предоставляет возобновляемый заем, общий размер которого не превышает 10 000 000 (десять миллионов) долларов США (далее - "**Общая сумма займа**").

2.2. Данный заем предназначен для целей реализации Заёмщиком различных инвестиционных проектов, более подробное описание которых будет приведено и согласовано Сторонами в Запросах на использование (как этот термин определён в Статье 3 ниже). Заёмщик обязуется использовать каждый конкретный Заем в соответствии с заявленными целью и предназначением.

2.3. Заимодавец осуществляет выдачу Заёмщику Займов на основании Запросов на использование.

Заимодавец и Заёмщик признают, в частности с учетом положений части 1 п. 3.4 и части 1 п. 3.5 настоящего Договора, что настоящий Договор не создаёт для Заимодавца обязанности по предоставлению Заёмщику каких-либо Займов без подачи Заявки на использование, составленной по установленной форме и подписанной обеими Сторонами.

## 3. ИСПОЛЬЗОВАНИЕ ОБЩЕЙ СУММЫ ЗАЙМА

3.1. Если положениями настоящего Договора не предусмотрено иное, Заёмщик может в течение Срока использования займа (как этот термин определён в Статье 1) обращаться к Заимодавцу за получением Займов, общая сумма которых не может превышать совокупного размера Общей суммы займов.

3.2. Заёмщик направляет заявку на Использование Общей суммы займов путём отправки Заимодавцу в надлежащем порядке оформленного Запроса на использование по форме, представленной в Приложении 1, подписанного Заёмщиком или его уполномоченным представителем, не позднее 10 часов утра за три (3) Рабочих дня до Даты использования, которая указана в Запросе на использование.

Заёмщик и Заимодавец могут согласовать иные сроки подачи Запроса на использование, которые должны быть указаны в тексте такого Запроса.

3.3. Каждый Запрос на использование носит безотзывный характер и считается оформленным в надлежащем порядке

2

(i) reference to the present Agreement;

(ii) amount of the proposed Loan;

(iii) purpose of the Loan;

(iv) Utilisation Date (which shall be a Business Day);

(v) final date of repayment of the proposed Loan ("**Loan Repayment Date**");

(vi) bank account details to which the proposed Loan is to be paid (if different from the bank account details provided in this Agreement).

3.4. Upon the receipt of the Utilisation Request the Lender shall unilaterally decide at her own discretion as to whether grant the requested Loan to the Borrower or not.

The parties separately agree on the amount of interest that shall accrue on each of the Loans granted by the Lender to the Borrower and include this arrangement into the Utilisation Request.

Each Utilisation requests will be countersigned by and on behalf of the Lender. The Lender is not under obligation to grant a Loan before the Utilization request is countersigned by her.

3.5. Without prejudice to the discretionary decision of the Lender to make a Loan to the Borrower, the granting of any Loan by the Lender to the Borrower is subject to the following conditions:

(i) no Event of Default is continuing or would result from the proposed Loan, and

(ii) provisions of this Clause 3 (*Utilisation of the Loan Facility*) regarding the Utilisation Request are complied with.

### 4. INTEREST

4.1. The amount of interest to be accrued on each of the Loans granted by the Lender to the Borrower shall be agreed between the Parties with respect to each particular Loan and defined in the Utilisation Request to be signed by both Parties.

### 5. REPAYMENT AND PREPAYMENT

5.1. The Borrower shall repay each Loan made to it at the Loan Repayment Date agreed by the Borrower and the Lender and indicated in the Utilisation Request.

A Loan Repayment Date shall not extend beyond the Termination Date.

5.2. Any amount outstanding and owed by the Borrower shall be repaid on the Termination Date.

5.2. Subject to the prior approval of the Lender, the Borrower shall have the right from time to time, on not less than five Business Days' prior written notice to the Lender, to prepay the whole or any part of the Loans together with accrued interest on the amount prepaid.

---

только в случае, если в нём фигурируют следующие сведения:

(i) ссылка на настоящий Договор;

(ii) сумма предполагаемого Займа;

(iii) цели (проекты) на реализацию которых будет использована сумма Займа;

(iv) Дата использования (которая должна выпадать на Рабочий день);

(v) окончательная дата погашения предполагаемого Займа (далее - "Дата погашения займа");

(vi) реквизиты банковского счёта, на который должна быть переведена сумма предполагаемого Займа (если они отличаются от указанных в настоящем Договоре реквизитов счёта).

3.4. После получения Запроса на использование Заимодавец имеет право по собственному усмотрению единолично решить вопрос о предоставлении или непредоставлении запрошенного Займа Заёмщику.

Стороны отдельно согласовывают размер начисляемых процентов по каждому из выданных Займов и включают данную договоренность в Запрос на использование.

Каждый Запрос на использование должен быть скреплён подписью Заимодавца или его уполномоченного представителя. До подписания Запроса на использование Заимодавец не обязан предоставлять Займ.

3.5. Без ущерба для права Заимодавца на самостоятельное принятие решений о предоставлении Заёмщику Займа, выдача Заимодавцем Заёмщику любого Займа осуществляется на следующих условиях:

(i) на момент выдачи предполагаемого Займа не имеет места какой-либо Случай невыполнения обязательств, а также такой Случай не возникнет в результате выдачи такого Займа, и

(ii) выполнены все требования в отношении Запроса на использование, изложенные в Статье 3 (*Использование Общей суммы займа*).

### 4. ПРОЦЕНТЫ

4.1. Размер процентов, начисляемых по каждому из выданных Займов, определяется Сторонами отдельно по каждому конкретному Займу и указывается в Запросе на использование, подписываемому обеими Сторонами.

### 5. ПОГАШЕНИЕ И ДОСРОЧНОЕ ПОГАШЕНИЕ

5.1. Заёмщик должен произвести погашение каждого полученного им Займа в согласованную Заёмщиком и Заимодавцем Дату погашения займа, указанную в Запросе на использование.

Дата погашения займа должна наступить ранее Даты прекращения Договора.

5.2. Любые суммы, не выплаченные и подлежащие уплате Заёмщиком, должны быть выплачены в Дату прекращения Договора.

5.2. При условии получения предварительного письменного согласия Заимодавца, Заёмщик должен иметь право, при условии предварительного уведомления Заимодавца не позднее чем за пять Рабочих дней, произвести полное или частичное досрочное погашение Займа и начисленных процентов.

5.3. Any amount prepaid in accordance herewith may be re-borrowed on the terms of this Agreement.

## 6. DEFAULT INTEREST

6.1. If the Borrower fails to pay any amount payable by it under the Agreement, the Lender shall be entitled to claim interests on the overdue amount. Should the Lender send such a claim established in written form to the Borrower the Latter shall pay interest on the overdue amount from the due date up to the date of actual payment at a default rate equal to one (1) per cent per annum above the interest rate on the overdue amount under Clause 4 (*Interest*) ("**Default Interest**").

## 7. REPRESENTATIONS

7.1. The Borrower makes the following representations to the Lender on the date of this Agreement:

(i) The obligations expressed to be assumed by it in the Agreement are legal, valid, binding and enforceable obligations;

(ii) It has the power to enter into, perform and deliver, and has taken all necessary action to authorise its entry into, performance and delivery of this Agreement and the transactions contemplated by the Agreement;

(iii) No Event of Default, and on the date of this Agreement, is continuing or might reasonably be expected to result from the making of any Utilisation;

(iv) The Borrower is not subject to any insolvency proceeding.

## 8. EVENTS OF DEFAULT

8.1. Each of the following events or circumstances is an Event of Default.

(i) The Borrower does not pay on the due date any amount payable pursuant to the Agreement unless (i) its failure to pay is caused by administrative or technical error and (ii) such payment is in any case made within five (5) Business Days of its due date.

(ii) Any representation or statement made or deemed to be made by the Borrower in the Agreement is or proves to have been incorrect or misleading in any material respect when made or deemed to be made.

(iii) The Borrower is subject to any insolvency proceeding.

(iv) It is or becomes unlawful for the Borrower to perform any of its obligations under the Agreement.

(v) Any event or circumstances occurs which the Lender reasonably believes would have a Material Adverse Effect.

8.2. The Borrower undertakes that, so long as any sum remains payable under the Agreement, it will notify the Lender in writing of the occurrence of any Event of Default, or any event or circumstance which, with the giving of notice and/or lapse of any period of time and/or the fulfilment of any other

5.3. Любая сумма досрочного погашения, выплаченная в соответствии с положениями настоящей статьи, может быть повторно предоставлена Заёмщику согласно условиям Договора.

## 6. ПЕНЯ ЗА ПРОСРОЧКУ ПЛАТЕЖЕЙ

6.1. В случае неуплаты Заёмщиком любых сумм по настоящему Договору, Займодавец вправе потребовать, а Заёмщик в случае получения от Займодавца соответствующего письменного требования обязан уплатить Займодавцу проценты по непогашенной сумме, начиная с наступления срока оплаты до даты фактической оплаты, по штрафной ставке, размер которой на (1) один процент превышает процентную ставку годовых процентов на непогашенную сумму в соответствии с положениями Статьи 4 (*Проценты*) (далее - "Пеня за просрочку платежей").

## 7. ЗАВЕРЕНИЯ

7.1. В день подписания настоящего Договора Заёмщик предоставляет Займодавцу следующие заверения:

(i) обязательства, принимаемые им по настоящему Договору, представляют собой законные, действительные, обязывающие и имеющие исковую защиту обязательства;

(ii) он обладает всеми полномочиями для заключения, формального обмена оригиналами и исполнения настоящего Договора, и принял все меры, необходимые для получения разрешения на заключение, формальный обмен оригиналами и исполнение Договора, а также на проведение операций, предусмотренных Договором;

(iii) на момент Использования не имеет места какой-либо Случай невыполнения обязательств, а также не имеется оснований ожидать возникновения такого Случая в результате такого Использования;

(iv) в отношении Заёмщика не ведётся какого-либо производства по делам о несостоятельности.

## 8. СЛУЧАИ НЕИСПОЛНЕНИЯ ОБЯЗАТЕЛЬСТВ

8.1. Случаем неисполнения обязательств считается каждое из перечисленных ниже событий или обстоятельств.

(i) Заёмщик не оплачивает в установленный срок любые подлежащие внесению платежи по Договору, если только (i) факт неуплаты не вызван административной или технической ошибкой, и при этом (ii) платёж осуществляется в течение пяти (5) Рабочих дней с момента наступления срока оплаты.

(ii) Любое заверение или заявление, сделанное или считающееся сделанным Заёмщиком в тексте Договора, на момент, когда оно было сделано или с которого оно считается сделанным, является или оказывается неверным или вводящим в заблуждение в каком-либо существенном отношении.

(iii) В отношении Заёмщика открывается какое-либо производство по делам несостоятельности или банкротстве.

(iv) Исполнение Заёмщиком любого из своих обязательств по Договору становится неправомерным.

(v) Наступает какое-либо событие или обстоятельство, которое, по обоснованному мнению Займодавца, будет иметь Существенные неблагоприятные последствия.

8.2. Заёмщик обязуется, что пока он имеет какие-либо задолженности по настоящему Договору, он будет незамедлительно, как ему только станет об этом известно, в письменном виде извещать Займодавца о наступлении любых Случаев неисполнения обязательств, а также

4

requirement, would or may become an Event of Default, immediately upon becoming aware of it.

8.3. On and at any time after the occurrence of an Event of Default, the Lender may without any judicial or extra-judicial step, by written notice to the Borrower, declare that all or part of the Loans, together with accrued interest, and all other amounts accrued under the Agreement be immediately due and payable, whereupon they shall become immediately due and payable.

### 9. NOTIFICATIONS AND DETAILS OF THE PARTIES

9.1. Unless otherwise stated in the Agreement and / or Utilisation Request, all the notifications and communications in relation to the Agreement shall be send by email or by fax to the addresses hereafter mentioned or to any other addresses that the concerned party would have notified to the other party at least five (5) Business Days in advance.

**Borrower**

**Sunset Holding Partners LLC**

Address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA

**Lender**

**Zolotareva Maria Aleksandrovna**

Address : Russia, 119002, Moscow, Nikolopeskovskjj M. per, house 4, apt. # 6

E-mail: maria7634461@gmail.com

9.2. The communications will be deemed received:

(i) in case of transmission by email, upon receipt of the electronic acknowledgement receipt, and

(ii) in case of transmission by fax, the Business Day of its transmission (indicated by the sending receipt), or, if the transmission is made after 3pm Moscow time the following Business Day.

9.3. Details of the Borrower's bank account:

ACC: 2869829222
ABA rout Nr. 122000247
Bank: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4. Details of the Lender's bank account:

Account in US Dollars: 40817840201000600943
Bank: AO Raiffeisenbank, address: Russia, 129090, Moscow, 17/1 Troitskaya
SWIFT: RZBMRUMM

---

любых событий или обстоятельств, которые при подаче уведомления и/ или по истечении какого-либо периода времени и/ или при исполнении любого другого требования станут или могут стать причиной возникновения Случая неисполнения обязательств.

8.3. В момент наступления Случая неисполнения обязательств или в любое время после его наступления Займодавец может, без необходимости совершения каких-либо судебных или внесудебных действий, направить Заёмщику письменное уведомление с заявлением о том, что все или часть Займов вместе с начисленными процентами, а также все остальные начисленные в соответствии с Договором суммы подлежат немедленной выплате, после чего у Заёмщика возникнет обязательство по их незамедлительной уплате.

### 9. УВЕДОМЛЕНИЯ И РЕКВИЗИТЫ СТОРОН

9.1. Если иное не предусмотрено в тексте Договора и/ или Запроса на использование, все уведомления и сообщения в связи с Договором должны направляться по электронной почте или факсимильной связи по указанным ниже адресам, либо по адресам, которые заинтересованная сторона сообщит другой стороне не менее чем за пять (5) Рабочих дней до отправки сообщения.

**Заёмщик**

**Компания Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС),**

Адрес: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679)

**Займодавец**

**Золотарева Мария Александровна**

Адрес: Россия, 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6

E-mail: maria7634461@gmail.com

9.2. Отправленные сообщения считаются принятыми:

(i) в случае передачи по электронной почте - при получении электронного подтверждения доставки, и

(ii) в случае передачи по факсимильной связи - в Рабочий день, в который была совершена отправка (указанный в отчёте об отправке), или, если отправка была осуществлена после 15 часов по московскому времени - на следующий Рабочий день.

9.3. Реквизиты банковского счёта Заёмщика:

Счет в долларах США: 2869829222
ABA rout Nr. 122000247
Банк: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4. Реквизиты банковских счётов Займодавца, с которых могут быть предоставлены Займы по настоящему Договору:

Счет в долларах США: 40817840201000600943
Банк получателя: АО «Райффайзенбанк», адрес: Россия, 129090, г. Москва, ул. Троицкая, д. 17, стр. 1
SWIFT: RZBMRUMM

0138

Account in USD: 40817840800000013126
Bank: NK Bank (open joint stock company), address: 2, Miusskaya sq., Moscow, 125047, Russia
SWIFT: NASPRUMM

Счет в долларах США: 40817840800000013126
Банк получателя: Открытое акционерное общество «НК Банк», адрес: Россия, 125047, город Москва, Миусская площадь, дом 2
SWIFT: NASPRUMM

## 10. ASSIGNMENT

10.1. The Borrower may not assign any of its rights nor transfer any of its rights or obligations under the Agreement.

10.2. The Lender may assign any of its rights or transfer any of its rights or obligations under the Agreement to any individual or legal entity, such an assignment being not subject to any consent from the Borrower's part.

## 11. GOVERNING LAW AND JURISDICTION

11.1. This Agreement is governed by Russian law.

11.2. The competent Russian courts determined in accordance with the applicable rules shall have jurisdiction to settle any dispute arising out of or in connection with this Agreement.

## 12. SEVERABILITY

If, at any time, any provision hereof is or becomes illegal, invalid or unenforceable in any respect under the law of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions hereof nor the legality, validity or enforceability of such provision under the law of any other jurisdiction shall in any way be affected.

## 13. AMENDMENTS

This Agreement may be amended only with written consent of both Parties.

This Agreement is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

The Borrower/ Заёмщик

Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС)

Signed by: MIKE PENICHE \ Мик Пениш
Подпись:
Title: Director / Должность: Директор

## 10. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ ПО ДОГОВОРУ

10.1. Заёмщик не имеет права передавать любые из своих прав и обязанностей по настоящему Договору.

10.2. Заимодавец имеет право передавать любые свои права или обязанности по настоящему Договору любым юридическим и физическим лицам по своему усмотрению без согласия Заемщика.

## 11. ПРИМЕНИМОЕ ПРАВО И ЮРИСДИКЦИЯ

11.1. Положения настоящего Договора регулируются нормами российского права.

11.2. Рассмотрение любых споров, возникающих из настоящего Договора или в связи с ним, относится к компетенции российских судов соответствующей юрисдикции, определяемых в соответствии с применимыми правилами подсудности и подведомственности.

## 12. ДЕЛИМОСТЬ ПОЛОЖЕНИЙ ДОГОВОРА

Если в любой момент какое-либо из положений Договора окажется в любом отношении незаконным, недействительным или неприменимым в соответствии с законодательством любой юрисдикции, это ни в коем случае не окажет влияния на законность, действительность или применимость остальных положений Договора, а также на законность, действительность или применимость этого положения в любой другой юрисдикции.

## 13. ВНЕСЕНИЕ ИЗМЕНЕНИЙ

Изменения в настоящий Договор могут быть внесены только по письменному согласию обеих Сторон.

Настоящий Договор составлен в 2 (двух) подлинных экземплярах на английском и русском языках. В случае выявления любых несоответствий между текстами на английском и русском языках версия на русском языке имеет преимущественную силу.

The Lender/ Заимодавец

Zolotareva Maria Aleksandrovna / Золотарева Мария Александровна

/Zolotareva Maria/

6

0139

Utilisation Request Form 1

Moscow, 10 June 2015

Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered,

(the "Borrower"),

ON FIRST PART,

Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

(the "Lender"),

ON SECOND PART.

Hereinafter jointly referred as the "Parties" or individually as a "Party"

HAVE AGREED TO THE FOLLOWING:

1. In accordance with the Master Loan Agreement dated June 4, 2015 made between the Borrower and the Lender (the "Agreement") the Borrower places the present Utilisation Request.

2. Terms defined in the Agreement have the same meaning in this Utilisation Request unless given a different meaning in this Utilisation Request.

3. The Lender offers and the Borrower engages to return the Loan on the following terms and conditions:

   | | |
   |---|---|
   | Amount and currency: | 1,100,000 US Dollars |
   | Utilisation Date: | June 15, 2015 |
   | Purpose: | Acquisition and renovation of real estate. Address: 3783 Redwood Ave Los Angeles CA |
   | Interest rate: | 20 % per year |
   | Terms and conditions: | As per the Master Loan Agreement |
   | Loan Repayment Date: | January 15, 2016 |

4. The Borrower is compliant with each condition specified in Clause 3 (*Utilisation of the Loan Facility*) of the Agreement on the date of this Utilisation Request.

5. This Utilisation Request is irrevocable.

6. The Loan shall be transferred by the Lender to the following Borrower's account:

   ACC: 2869829222
   ABA rout Nr. 122000247
   Bank: Wells Fargo Bank
   NA San Francisco, California
   SWIFT: WFBIUS6SXXX

7. This Utilisation request may be amended only with written consent of both Parties.

8. This Utilisation request is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

Signatures of the Parties:

The Borrower
Sunset Holding Partners LLC
Signed by: MIKE PENICHE
Title: Director

The Lender
Zolotareva Maria Aleksandrovna
Signed by: /Zolotareva Maria/

0140

Запрос на использование № 1

Москва, 10 июня 2015 года

**Компания Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС)**, юридическое лицо по законодательству США, зарегистрированное по адресу: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пениша, надлежащим образом уполномоченного,

(далее - "Заёмщик"),

С ОДНОЙ СТОРОНЫ,

Золотарева Мария Александровна, гражданка Российской Федерации, паспорт 75 0672831 выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6,

(далее - "Заимодавец"),

С ДРУГОЙ СТОРОНЫ,

Далее совместно именуемые "Стороны", а по отдельности - "Сторона"

ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ:

1. В соответствии с положениями Договора займа от 4 июня 2015 года, заключённого между Заёмщиком и Заимодавцем (далее - "Договор"), Заёмщик осуществляет подачу настоящего Запроса на использование.

2. Термины, которым дано определение в тексте Договора, употребляются в настоящем Запросе на использование в тех же значениях, если только в Запросе им не придано иное значение.

3. Заимодавец предлагает, а Заёмщик обязуется осуществить возврат Займа на следующих условиях:

| | |
|---|---|
| Сумма и валюта: | 1 100 000 (*один миллион сто тысяч*) долларов США |
| Дата использования: | 15 июня 2015 года |
| Цель: | Покупка и реставрация объекта недвижимости по адресу: 3783 Redwood Ave Los Angeles CA |
| Процентная ставка: | 20 % годовых |
| Условия и положения: | В соответствии с условиями Договора займа |
| Дата погашения займа: | 15 января 2016 года |

4. По состоянию на дату подачи настоящего Запроса на использование Заёмщиком выполнены все условия, предусмотренные Статьёй 3 (*Использование Общей суммы займа*) Договора.

5. Настоящий Запрос на использование носит безотзывный характер.

6. Сумма Займа будет перечислена Заимодавцем на следующий счёт Заёмщика:

   Счет в долларах США: 2869829222
   ABA rout Nr. 122000247
   Банк: Wells Fargo Bank
   NA San Francisco, California
   SWIFT: WFBIUS6SXXX

7. Изменения в текст настоящего Запроса на использование могут быть внесены только по письменному согласию обеих Сторон.

8. Настоящий Запрос на использование исполнен в 2 (двух) подлинных экземплярах на английском и русском языках. В случае выявления любых несоответствий между текстами на английском и русском языках версия на английском языке имеет преимущественную силу.

Подписи Сторон:

| Заёмщик | Заимодавец |
|---|---|
| Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС) | Золотарева Мария Александровна |
| Подпись: *[signature]* | Подпись: *[signature]* /Золотарева Мария/ |
| Должность: Мик Пениш, директор | |

0141

| MASTER LOAN AGREEMENT | ДОГОВОР ЗАЙМА |
|---|---|
| Moscow, June 4, 2015 | г. Москва, 4 июня 2015 года |

| BETWEEN THE UNDERSIGNED: | МЕЖДУ НИЖЕПОДПИСАВШИМИСЯ: |
|---|---|
| 1. Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskijj M. per, house 4, apt. # 6, | 1. Золотарева Мария Александровна, гражданка Российской Федерации, паспорт 75 0672831выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6, |
| (the "Lender"), | (далее - "Займодавец"), |
| ON THE ONE PART, | С ОДНОЙ СТОРОНЫ, |
| 2. Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered for entering into this Agreement. | 2. Компания Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС), юридическое лицо по законодательству США, зарегистрированное по адресу: *23679 Calabasas rd Suit 1054 Los Angeles 91302 USA* (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пениша, надлежащим образом уполномоченного для заключения настоящего Договора. |
| (the "Borrower"), | (далее - "Заёмщик"), |
| ON THE OTHER PART, | С ДРУГОЙ СТОРОНЫ, |
| hereinafter jointly referred as the "Parties", or individually as a "Party", | Далее совместно именуемыми "Стороны", а по отдельности - "Сторона", |

| WHEREAS: | ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО: |
|---|---|
| (i) The Borrower may have cash needs and wish to borrow money from the Lender. And upon the Borrower's request, the Lender may, to its sole discretion, grant Loans to it. | (i) У Заёмщика может возникнуть потребность в денежных средствах, и он выражает желание получать займы от Займодавца. В связи с этим, по запросу Заёмщика Займодавец может, исключительно по собственному усмотрению, предоставлять Заёмщику Займы. |
| (ii) Any Loan granted by the Lender to the Borrower shall be subject to the terms and conditions set out below, as well as specific arrangements between the Parties with respect to each particular Loan granted by the Lender to the Borrower. The Purpose of the Agreement is to determine the main terms and conditions of the Loans that may be granted by the Lender upon the Borrower's request made in accordance with this Agreement. | (ii) Любой предоставляемый Заёмщику Займодавцем Заем выдаётся в соответствии с изложенными в настоящем документе условиями и положениями, а также отдельными договоренностями Сторон в отношении каждого конкретного выдаваемого Займодавцем Заёмщику Займа. Цель Договора состоит в определении основных условий выдачи Займов, которые могут предоставляться Займодавцем по требованию Заёмщика, оформленному согласно положениям настоящего Договора. |

| IT IS AGREED AS FOLLOWS: | СТОРОНЫ ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ: |
|---|---|
| **1. DEFINITIONS** | **1. ТЕРМИНЫ И ОПРЕДЕЛЕНИЯ** |
| Unless otherwise stated, the words and expressions below will have the following meaning in the Agreement: | Если в документе не указано иное, приведённые ниже слова и выражения употребляются в тексте Договора в следующих значениях: |
| "Agreement" means this master loan agreement, together with its schedules, and any amendments to it. | "Договор" означает настоящий договор займа со всеми приложениями к нему и со всеми внесёнными в его текст изменениями; |
| "Business Day" means a day (other than a Saturday or Sunday) on which banks are open for general business in Los-Angeles, USA and Moscow, Russia. | "Рабочий день" означает день (кроме субботы и воскресенья), в который банки в г. Лос-Анджелес (Соединенные Штаты Америки) и г. Москве (Россия) открыты для ведения общей коммерческой деятельности; |
| "Drawdown Period" means the period from the date hereof until one month before the Termination Date. | "Срок использования займа" означает период со дня подписания настоящего Договора и до дня, на один месяц предшествующего Дате прекращения Договора; |
| "Event of Default" means any event or circumstance specified as such in Clause 8 (*Events of Default*). | "Случай неисполнения обязательств" означает любое событие или обстоятельство, которое определено как таковое в Статье 8 (*Случаи неисполнения обязательств*). |
| "Loan" means a loan granted or to be granted by the Lender to the Borrower under the Utilisation Request and within the aggregate amount of the Loan Facility. | "Заем" означает заем, предоставляемый Займодавцем Заёмщику на основании Запроса на использование в пределах совокупного размера Общей суммы займа. |

1

"Loan Facility" as defined in Clause 2 (*Subject Matter of the Agreement*).

"Material Adverse Effect" means a material adverse effect on (a) the business, operations, assets or financial condition of the Borrower or (b) the ability of the Borrower to perform its obligations under this Agreement.

"Termination Date" means the date of termination of this Agreement which is 3 (three) years after signing. The Termination Date can be extended by the Parties' written consent.

"Utilisation" means utilisation of a Loan Facility under the Agreement.

"Utilisation Date" means the date of an Utilisation, being the date on which a respective Loan is to be made.

"Utilisation Request" means a notice substantially made in accordance with provisions of the Clause 3 (*Utilisation of the Loan Facility*) and signed by the Parties in the form set out in Schedule 1 (*Utilisation Request*).

"Общая сумма займа" имеет значение, приданное данному термину в Статье 2 (*Предмет Договора*).

"Существенное неблагоприятное последствие" означает существенное неблагоприятное последствие для (а) деятельности, операций, активов или финансового состояния Заёмщика, или (b) способности Заёмщика исполнять свои обязательства по настоящему Договору.

"Дата прекращения Договора" означает дату прекращения действия настоящего Договора, которая наступит по истечении 3 (трех) лет со дня его подписания. Срок действия Договора может быть продлён по письменному соглашению Сторон.

"Использование" означает использование Общей суммы займа в соответствии с Договором.

"Дата использования" означает дату Использования, которая совпадает с днём выдачи соответствующего Займа.

"Запрос на использование" означает уведомление, во всех существенных отношениях оформленное в соответствии с положениями Статьи 3 (*Использование Общей суммы займа*) и подписанное Сторонами по форме, приведённой в Приложении 1 (*Запрос на использование*).

## 2. SUBJECT MATTER OF THE AGREEMENT

2.1. The Lender grants to the Borrower upon the terms and subject to the conditions hereof a revolving loan facility in an aggregate amount which shall not exceed 10,000,000.00 (ten million) US Dollars ("**Loan Facility**").

2.2. The Loan Facility is intended for realisation by the Borrower of various investment projects, the detailed description of which will be provided and agreed by the Parties in Utilisation Requests (as defined in Clause 3 below). The Borrower and should be used by the Borrower in compliance with such purposes.

2.3. The Loans are granted by the Lender to the Borrower on the basis of Utilisation Requests (as defined in Clause 3 below).

To the extent necessary and notably taking into account part 1 of paragraph 3.4 and part 1 of paragraph 3.5 hereof, the Lender and the Borrower acknowledge that this Agreement does not constitute any commitment of the Lender to make available any Loan to the Borrower without an Utilisation Request made under agreed form and signed by the Parties.

## 3. UTILISATION OF THE LOAN FACILITY

3.1. Save as otherwise provided in this Agreement, the Borrower may from time to time during the Drawdown Period (as defined in Clause 1) request from the Lender a payment of Loans within the aggregate amount of the Loan Facility.

3.2. The request for Utilisation of the Loan Facility shall be made by the Borrower by delivery to the Lender of a duly completed form of Utilisation Request provided in Schedule 1 duly signed by and on behalf of the Borrower not later than 10:00 a.m. on the date falling three (3) Business Days prior to the Utilisation Date indicated in the Utilisation Request.

Other time of Utilisation Request delivery can be agreed between the Borrower and the Lender and specified in the Utilisation Request.

3.3. Each Utilisation Request is irrevocable and will not be regarded as having been duly completed unless it provides for:

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. В соответствии с условиями и положениями настоящего Договора Заимодавец предоставляет возобновляемый заем, общий размер которого не превышает 10 000 000 (десять миллионов) долларов США (далее - "Общая сумма займа").

2.2. Данный заем предназначен для целей реализации Заёмщиком различных инвестиционных проектов, более подробное описание которых будет приведено и согласовано Сторонами в Запросах на использование (как этот термин определён в Статье 3 ниже). Заёмщик обязуется использовать каждый конкретный Заем в соответствии с заявленными целью и предназначением.

2.3. Заимодавец осуществляет выдачу Заёмщику Займов на основании Запросов на использование.

Заимодавец и Заёмщик признают, в частности с учетом положений части 1 п. 3.4 и части 1 п. 3.5 настоящего Договора, что настоящий Договор не создаёт для Заимодавца обязанности по предоставлению Заёмщику каких-либо Займов без подачи Заявки на использование, составленной по установленной форме и подписанной обеими Сторонами.

## 3. ИСПОЛЬЗОВАНИЕ ОБЩЕЙ СУММЫ ЗАЙМА

3.1. Если положениями настоящего Договора не предусмотрено иное, Заёмщик может в течение Срока использования займа (как этот термин определён в Статье 1) обращаться к Заимодавцу за получением Займов, общая сумма которых не может превышать совокупного размера Общей суммы займов.

3.2. Заёмщик направляет заявку на Использование Общей суммы займов путём отправки Заимодавцу в надлежащем порядке оформленного Запроса на использование по форме, представленной в Приложении 1, подписанного Заёмщиком или его уполномоченным представителем, не позднее 10 часов утра за три (3) Рабочих дня до Даты использования, которая указана в Запросе на использование.

Заёмщик и Заимодавец могут согласовать иные сроки подачи Запроса на использование, которые должны быть указаны в тексте такого Запроса.

3.3. Каждый Запрос на использование носит безотзывный характер и считается оформленным в надлежащем порядке

2

0143

(i) reference to the present Agreement;

(ii) amount of the proposed Loan;

(iii) purpose of the Loan;

(iv) Utilisation Date (which shall be a Business Day);

(v) final date of repayment of the proposed Loan ("Loan Repayment Date");

(vi) bank account details to which the proposed Loan is to be paid (if different from the bank account details provided in this Agreement).

3.4. Upon the receipt of the Utilisation Request the Lender shall unilaterally decide at her own discretion as to whether grant the requested Loan to the Borrower or not.

The parties separately agree on the amount of Interest that shall accrue on each of the Loans granted by the Lender to the Borrower and include this arrangement into the Utilisation Request.

Each Utilisation requests will be countersigned by and on behalf of the Lender. The Lender is not under obligation to grant a Loan before the Utilization request is countersigned by her.

3.5. Without prejudice to the discretionary decision of the Lender to make a Loan to the Borrower, the granting of any Loan by the Lender to the Borrower is subject to the following conditions:

(i) no Event of Default is continuing or would result from the proposed Loan, and

(ii) provisions of this Clause 3 (*Utilisation of the Loan Facility*) regarding the Utilisation Request are complied with.

### 4. INTEREST

4.1. The amount of interest to be accrued on each of the Loans granted by the Lender to the Borrower shall be agreed between the Parties with respect to each particular Loan and defined in the Utilisation Request to be signed by both Parties.

### 5. REPAYMENT AND PREPAYMENT

5.1. The Borrower shall repay each Loan made to it at the Loan Repayment Date agreed by the Borrower and the Lender and indicated in the Utilisation Request.

A Loan Repayment Date shall not extend beyond the Termination Date.

5.2. Any amount outstanding and owed by the Borrower shall be repaid on the Termination Date.

5.2. Subject to the prior approval of the Lender, the Borrower shall have the right from time to time, on not less than five Business Days' prior written notice to the Lender, to prepay the whole or any part of the Loans together with accrued interest on the amount prepaid.

---

только в случае, если в нём фигурируют следующие сведения:

(i) ссылка на настоящий Договор;

(ii) сумма предполагаемого Займа;

(iii) цели (проекты) на реализацию которых будет использована сумма Займа;

(iv) Дата использования (которая должна выпадать на Рабочий день);

(v) окончательная дата погашения предполагаемого Займа (далее - "Дата погашения займа");

(vi) реквизиты банковского счёта, на который должна быть переведена сумма предполагаемого Займа (если они отличаются от указанных в настоящем Договоре реквизитов счёта).

3.4. После получения Запроса на использование Заимодавец имеет право по собственному усмотрению единолично решить вопрос о предоставлении или непредоставлении запрошенного Займа Заёмщику.

Стороны отдельно согласовывают размер начисляемых процентов по каждому из выданных Займов и включают данную договоренность в Запрос на использование.

Каждый Запрос на использование должен быть скреплён подписью Заимодавца или его уполномоченного представителя. До подписания Запроса на использование Заимодавец не обязан предоставлять Займ.

3.5. Без ущерба для права Заимодавца на самостоятельное принятие решений о предоставлении Заёмщику Займа, выдача Заимодавцем Заёмщику любого Займа осуществляется на следующих условиях:

(i) на момент выдачи предполагаемого Займа не имеет места какой-либо Случай невыполнения обязательств, а также такой Случай не возникнет в результате выдачи такого Займа, и

(ii) выполнены все требования в отношении Запроса на использование, изложенные в Статье 3 (*Использование Общей суммы займа*).

### 4. ПРОЦЕНТЫ

4.1. Размер процентов, начисляемых по каждому из выданных Займов, определяется Сторонами отдельно по каждому конкретному Займу и указывается в Запросе на использование, подписываемому обеими Сторонами.

### 5. ПОГАШЕНИЕ И ДОСРОЧНОЕ ПОГАШЕНИЕ

5.1. Заёмщик должен произвести погашение каждого полученного им Займа в согласованную Заёмщиком и Заимодавцем Дату погашения займа, указанную в Запросе на использование.

Дата погашения займа должна наступить ранее Даты прекращения Договора.

5.2. Любые суммы, не выплаченные и подлежащие уплате Заёмщиком, должны быть выплачены в Дату прекращения Договора.

5.2. При условии получения предварительного письменного согласия Заимодавца, Заёмщик должен иметь право, при условии предварительного уведомления Заимодавца не позднее чем за пять Рабочих дней, произвести полное или частичное досрочное погашение Займа и начисленных процентов.

---

3

0144

5.3. Any amount prepaid in accordance herewith may be re-borrowed on the terms of this Agreement.

## 6. DEFAULT INTEREST

6.1. If the Borrower fails to pay any amount payable by it under the Agreement, the Lender shall be entitled to claim interests on the overdue amount. Should the Lender send such a claim established in written form to the Borrower the Latter shall pay interest on the overdue amount from the due date up to the date of actual payment at a default rate equal to one (1) per cent per annum above the interest rate on the overdue amount under Clause 4 (*Interest*) ("Default Interest").

## 7. REPRESENTATIONS

7.1. The Borrower makes the following representations to the Lender on the date of this Agreement:

  (i) The obligations expressed to be assumed by it in the Agreement are legal, valid, binding and enforceable obligations;

  (ii) It has the power to enter into, perform and deliver, and has taken all necessary action to authorise its entry into, performance and delivery of this Agreement and the transactions contemplated by the Agreement;

  (iii) No Event of Default, and on the date of this Agreement, is continuing or might reasonably be expected to result from the making of any Utilisation;

  (iv) The Borrower is not subject to any insolvency proceeding.

## 8. EVENTS OF DEFAULT

8.1. Each of the following events or circumstances is an Event of Default.

  (i) The Borrower does not pay on the due date any amount payable pursuant to the Agreement unless (i) its failure to pay is caused by administrative or technical error and (ii) such payment is in any case made within five (5) Business Days of its due date.

  (ii) Any representation or statement made or deemed to be made by the Borrower in the Agreement is or proves to have been incorrect or misleading in any material respect when made or deemed to be made.

  (iii) The Borrower is subject to any insolvency proceeding.

  (iv) It is or becomes unlawful for the Borrower to perform any of its obligations under the Agreement.

  (v) Any event or circumstances occurs which the Lender reasonably believes would have a Material Adverse Effect.

8.2. The Borrower undertakes that, so long as any sum remains payable under the Agreement, it will notify the Lender in writing of the occurrence of any Event of Default, or any event or circumstance which, with the giving of notice and/or lapse of any period of time and/or the fulfilment of any other

5.3. Любая сумма досрочного погашения, выплаченная в соответствии с положениями настоящей статьи, может быть повторно предоставлена Заёмщику согласно условиям Договора.

## 6. ПЕНЯ ЗА ПРОСРОЧКУ ПЛАТЕЖЕЙ

6.1. В случае неуплаты Заёмщиком любых сумм по настоящему Договору, Займодавец вправе потребовать, а Заёмщик в случае получения от Займодавца соответствующего письменного требования обязан уплатить Займодавцу проценты по непогашенной сумме, начиная с наступления срока оплаты до даты фактической оплаты, по штрафной ставке, размер которой на (1) один процент превышает процентную ставку годовых процентов на непогашенную сумму в соответствии с положениями Статьи 4 (*Проценты*) (далее - "Пеня за просрочку платежей").

## 7. ЗАВЕРЕНИЯ

7.1. В день подписания настоящего Договора Заёмщик предоставляет Займодавцу следующие заверения:

  (i) обязательства, принимаемые им по настоящему Договору, представляют собой законные, действительные, обязывающие и имеющие исковую защиту обязательства;

  (ii) он обладает всеми полномочиями для заключения, формального обмена оригиналами и исполнения настоящего Договора, и принял все меры, необходимые для получения разрешения на заключение, формальный обмен оригиналами и исполнение Договора, а также на проведение операций, предусмотренных Договором;

  (iii) на момент Использования не имеет места какой-либо Случай невыполнения обязательств, а также не имеется оснований ожидать возникновения такого Случая в результате такого Использования;

  (iv) в отношении Заёмщика не ведётся какого-либо производства по делам о несостоятельности.

## 8. СЛУЧАИ НЕИСПОЛНЕНИЯ ОБЯЗАТЕЛЬСТВ

8.1. Случаем неисполнения обязательств считается каждое из перечисленных ниже событий или обстоятельств.

  (i) Заёмщик не оплачивает в установленный срок любые подлежащие внесению платежи по Договору, если только (i) факт неуплаты не вызван административной или технической ошибкой, и при этом (ii) платёж осуществляется в течение пяти (5) Рабочих дней с момента наступления срока оплаты.

  (ii) Любое заверение или заявление, сделанное или считающееся сделанным Заёмщиком в тексте Договора, на момент, когда оно было сделано или с которого оно считается сделанным, является или оказывается неверным или вводящим в заблуждение в каком-либо существенном отношении.

  (iii) В отношении Заёмщика открывается какое-либо производство по делам несостоятельности или банкротстве.

  (iv) Исполнение Заёмщиком любого из своих обязательств по Договору становится неправомерным.

  (v) Наступает какое-либо событие или обстоятельство, которое, по обоснованному мнению Займодавца, будет иметь Существенные неблагоприятные последствия.

8.2. Заёмщик обязуется, что пока он имеет какие-либо задолженности по настоящему Договору, он будет незамедлительно, как ему только станет об этом известно, в письменном виде извещать Займодавца о наступлении любых Случаев неисполнения обязательств, а также

0145

| | |
|---|---|
| requirement, would or may become an Event of Default, immediately upon becoming aware of it. | любых событий или обстоятельств, которые при подаче уведомления и/ или по истечении какого-либо периода времени и/ или при исполнении любого другого требования станут или могут стать причиной возникновения Случая неисполнения обязательств. |
| 8.3. On and at any time after the occurrence of an Event of Default, the Lender may without any judicial or extra-judicial step, by written notice to the Borrower, declare that all or part of the Loans, together with accrued interest, and all other amounts accrued under the Agreement be immediately due and payable, whereupon they shall become immediately due and payable. | 8.3. В момент наступления Случая неисполнения обязательств или в любое время после его наступления Займодавец может, без необходимости совершения каких-либо судебных или внесудебных действий, направить Заёмщику письменное уведомление с заявлением о том, что все или часть Займов вместе с начисленными процентами, а также все остальные начисленные в соответствии с Договором суммы подлежат немедленной выплате, после чего у Заёмщика возникнет обязательство по их незамедлительной уплате. |

## 9. NOTIFICATIONS AND DETAILS OF THE PARTIES

## 9. УВЕДОМЛЕНИЯ И РЕКВИЗИТЫ СТОРОН

9.1. Unless otherwise stated in the Agreement and / or Utilisation Request, all the notifications and communications in relation to the Agreement shall be send by email or by fax to the addresses hereafter mentioned or to any other addresses that the concerned party would have notified to the other party at least five (5) Business Days in advance.

9.1. Если иное не предусмотрено в тексте Договора и/ или Запроса на использование, все уведомления и сообщения в связи с Договором должны направляться по электронной почте или факсимильной связи по указанным ниже адресам, либо по адресам, которые заинтересованная сторона сообщит другой стороне не менее чем за пять (5) Рабочих дней до отправки сообщения.

**Borrower**

**Sunset Holding Partners LLC**

Address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA

**Lender**

**Zolotareva Maria Aleksandrovna**

Address : Russia, 119002, Moscow, Nikolopeskovskijj M. per, house 4, apt. # 6

E-mail: maria7634461@gmail.com

**Заёмщик**

**Компания Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС),**

Адрес: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679)

**Займодавец**

**Золотарева Мария Александровна**

Адрес: Россия, 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6

E-mail: maria7634461@gmail.com

9.2. The communications will be deemed received:

(i) in case of transmission by email, upon receipt of the electronic acknowledgement receipt, and

(ii) in case of transmission by fax, the Business Day of its transmission (indicated by the sending receipt), or, if the transmission is made after 3pm Moscow time the following Business Day.

9.2. Отправленные сообщения считаются принятыми:

(i) в случае передачи по электронной почте - при получении электронного подтверждения доставки, и

(ii) в случае передачи по факсимильной связи - в Рабочий день, в который была совершена отправка (указанный в отчёте об отправке), или, если отправка была осуществлена после 15 часов по московскому времени - на следующий Рабочий день.

9.3. Details of the Borrower's bank account:

ACC: 2869829222
ABA rout Nr. 122000247
Bank: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.3. Реквизиты банковского счёта Заёмщика:

Счет в долларах США: 2869829222
ABA rout Nr. 122000247
Банк: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4. Details of the Lender's bank account:

Account in US Dollars: 40817840201000600943
Bank: AO Raiffeisenbank, address: Russia, 129090, Moscow, 17/1 Troitskaya
SWIFT: RZBMRUMM

9.4. Реквизиты банковских счётов Займодавца, с которых могут быть предоставлены Займы по настоящему Договору:

Счет в долларах США: 40817840201000600943
Банк получателя: АО «Райффайзенбанк», адрес: Россия, 129090, г. Москва, ул. Троицкая, д. 17, стр. 1
SWIFT: RZBMRUMM

| | |
|---|---|
| Account in USD: 40817840800000013126<br>Bank: NK Bank (open joint stock company), address: 2, Miusskaya sq., Moscow, 125047, Russia<br>SWIFT: NASPRUMM | Счет в долларах США: 40817840800000013126<br>Банк получателя: Открытое акционерное общество «НК Банк», адрес: Россия, 125047, город Москва, Миусская площадь, дом 2<br>SWIFT: NASPRUMM |

## 10. ASSIGNMENT / 10. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ ПО ДОГОВОРУ

10.1. The Borrower may not assign any of its rights nor transfer any of its rights or obligations under the Agreement.

10.1. Заёмщик не имеет права передавать любые из своих прав и обязанностей по настоящему Договору.

10.2. The Lender may assign any of its rights or transfer any of its rights or obligations under the Agreement to any individual or legal entity, such an assignment being not subject to any consent from the Borrower's part.

10.2. Займодавец имеет право передавать любые свои права или обязанности по настоящему Договору любым юридическим и физическим лицам по своему усмотрению без согласия Заемщика.

## 11. GOVERNING LAW AND JURISDICTION / 11. ПРИМЕНИМОЕ ПРАВО И ЮРИСДИКЦИЯ

11.1. This Agreement is governed by Russian law.

11.1. Положения настоящего Договора регулируются нормами российского права.

11.2. The competent Russian courts determined in accordance with the applicable rules shall have jurisdiction to settle any dispute arising out of or in connection with this Agreement.

11.2. Рассмотрение любых споров, возникающих из настоящего Договора или в связи с ним, относится к компетенции российских судов соответствующей юрисдикции, определяемых в соответствии с применимыми правилами подсудности и подведомственности.

## 12. SEVERABILITY / 12. ДЕЛИМОСТЬ ПОЛОЖЕНИЙ ДОГОВОРА

If, at any time, any provision hereof is or becomes illegal, invalid or unenforceable in any respect under the law of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions hereof nor the legality, validity or enforceability of such provision under the law of any other jurisdiction shall in any way be affected.

Если в любой момент какое-либо из положений Договора окажется в любом отношении незаконным, недействительным или неприменимым в соответствии с законодательством любой юрисдикции, это ни в коем случае не окажет влияния на законность, действительность или применимость остальных положений Договора, а также на законность, действительность или применимость этого положения в любой другой юрисдикции.

## 13. AMENDMENTS / 13. ВНЕСЕНИЕ ИЗМЕНЕНИЙ

This Agreement may be amended only with written consent of both Parties.

Изменения в настоящий Договор могут быть внесены только по письменному согласию обеих Сторон.

This Agreement is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

Настоящий Договор составлен в 2 (двух) подлинных экземплярах на английском и русском языках. В случае выявления любых несоответствий между текстами на английском и русском языках версия на русском языке имеет преимущественную силу.

The Borrower/ Заёмщик

Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС)

Signed by: MIKE PENICHE \ Мик Пениш
Подпись:
Title: Director / Должность: Директор

The Lender/ Займодавец

Zolotareva Maria Aleksandrovna / Золотарева Мария Александровна

/Zolotareva Maria/

6

0147