# EXHIBIT "B"

Utilisation Request Form 1

Moscow, 10 June 2015

Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered,

(the "Borrower"),

ON FIRST PART,

Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskijj M. per. house 4, apt. # 6,

(the "Lender"),

ON SECOND PART.

Hereinafter jointly referred as the "Parties" or individually as a "Party"

HAVE AGREED TO THE FOLLOWING:

1. In accordance with the Master Loan Agreement dated June 4, 2015 made between the Borrower and the Lender (the "Agreement") the Borrower places the present Utilisation Request.

2. Terms defined in the Agreement have the same meaning in this Utilisation Request unless given a different meaning in this Utilisation Request.

3. The Lender offers and the Borrower engages to return the Loan on the following terms and conditions:

   | | |
   |---|---|
   | Amount and currency: | 1,100,000 US Dollars |
   | Utilisation Date: | June 15, 2015 |
   | Purpose: | Acquisition and renovation of real estate. Address: 3783 Redwood Ave Los Angeles CA |
   | Interest rate: | 20 % per year |
   | Terms and conditions: | As per the Master Loan Agreement |
   | Loan Repayment Date: | January 15, 2016 |

4. The Borrower is compliant with each condition specified in Clause 3 (*Utilisation of the Loan Facility*) of the Agreement on the date of this Utilisation Request.

5. This Utilisation Request is irrevocable.

6. The Loan shall be transferred by the Lender to the following Borrower's account:

   ACC: 2869829222
   ABA rout Nr. 122000247
   Bank: Wells Fargo Bank
   NA San Francisco, California
   SWIFT: WFBIUS6SXXX

7. This Utilisation request may be amended only with written consent of both Parties.

8. This Utilisation request is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

Signatures of the Parties:

The Borrower
Sunset Holding Partners LLC
Signed by: MIKE PENICHE
Title: Director

The Lender
Zolotareva Maria Aleksandrovna
Signed by: /Zolotareva Maria./

0148