# EXHIBIT "C"

# Wells Fargo Combined Statement of Accounts

Primary account number:   2869829222   ■ June 1, 2015 - June 30, 2015   ■ Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---:|---:|
| Platinum Business Checking | 2 | 2869829222 | 23,093.09 | 1,817,764.55 |
| Business High Yield Savings | 4 | 2593253319 | 80.01 | 70.01 |
| | **Total deposit accounts** | | **$23,173.10** | **$1,817,834.56** |

(114)

0149

Primary account number:   2869829222   ■ June 1, 2015 - June 30, 2015   ■ Page 2 of 6



## Platinum Business Checking

### Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $23,093.09 |
| Deposits/Credits | 2,266,899.85 |
| Withdrawals/Debits | - 472,228.39 |
| **Ending balance on 6/30** | **$1,817,764.55** |
| Average ledger balance this period | $1,233,938.54 |

Account number:   2869829222
**SUNSET HOLDING PARTNERS LLC**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882
For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Credit Card - XXXX-XXXX-XXXX-0606

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $49.85 |
| Average collected balance | $1,233,828.54 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $49.85 |
| Interest paid this year | $132.29 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/1 | | Foremost Epm Pymt 060115 3910000800965 Sunset Holding Partner | | 574.36 | |
| 6/1 | | WF Loan/Line Auto Pay 150529 171709144600001 Lateanovski Iga | | 221.91 | |
| 6/1 | 1028 | Check | | 8,500.00 | |
| 6/1 | | American Express ACH Pmt 150601 W1218 Igor Lateanovski | | 1,000.00 | 12,796.82 |
| 6/2 | 1029 | Check | | 16,000.00 | -3,203.18 |
| 6/2 | | Check Reversal | 16,000.00 | | |
| 6/2 | | NSF Return Item Fee for a Transaction Received on 06/02 $16,000.00 Check # 01029 | | 35.00 | |
| 6/2 | | Online Transfer From Lateanovski I Complete Advantage(Rm) xxxxxx2540 Ref #Ibege0Qfe1 on 06/02/15 | 5,000.00 | | |
| 6/2 | | Foremost Epm Pymt 060215 3910000961434 Sunset Holding Partner | | 121.80 | |
| 6/2 | | Foremost Epm Pymt 060215 3910000961430 Sunset Holding Partner | | 149.79 | |
| 6/2 | | Foremost Epm Pymt 060215 3910000789736 Sunset Holding Partner | | 190.00 | |
| 6/2 | | Foremost Epm Pymt 060215 3910000931953 Sunset Holding Partner | | 243.77 | |
| 6/2 | 1051 | Check | | 3,850.00 | 13,206.57 |
| 6/5 | | Online Transfer From Lateanovski I Ref #Ibok8Cvfgj Complete Advantage(Rm) Via Mobile | 5,000.00 | | |
| 6/5 | | Withdrawal Made In A Branch/Store | | 16,000.00 | 2,206.57 |
| 6/8 | | Online Dep Detail & Images | | 3.00 | 2,203.57 |
| 6/9 | | Deposit Made In A Branch/Store | 5,850.00 | | |

0150

Primary account number: 2869829222 ■ June 1, 2015 - June 30, 2015 ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/9 | | Online Transfer From Lateanevskii Complete Advantage(Rm) xxxxxx3540 Ref.#Ibo5N6SpSY on 06/09/15 | 150,000.00 | | 159,052.57 |
| 6/10 | | Wire Trans Svc Charge - Sequence: 150610060654 Srf# 0000041160007762 Trn#150610060654 Rfb# | | 30.00 | |
| 6/10 | | WT Fed#01722 City National Bank /Fir/Bnf-Citiwide Escrow Marina Srf# 0000041160007762 Trn#150610060654 Rfb# | | 100,000.00 | |
| 6/10 | 1058 | Check | | 10,000.00 | 49,022.57 |
| 6/11 | | WT Fed#09327 Nk Bank /Org=/Zolotareva Mariya Aleksandrovna Srf# 061131655000017 Trn#150611037689 Rfb# | 1,100,000.00 | | |
| 6/11 | | Wire Trans Svc Charge - Sequence: 150611122602 Srf# 0000044162423282 Trn#150611122602 Rfb# | | 30.00 | |
| 6/11 | | WT Fed#00757 Bank of America, N /Fir/Bnf=Southern California Home Investors Srf# 0000044162423282 Trn#150611122602 Rfb# | | 50,000.00 | 1,097,992.57 |
| 6/12 | | WT Fed#00761 Citibank NA Nybd C /Org=Lawrence J Rubin Srf# G018163369700* Trn#150612155310 Rfb# | 985,000.00 | | 2,082,992.57 |
| 6/15 | | Online Transfer Ref #Ibon5J3HKl to Business Card xxxxxxxxxxx0605 on 06/15/15 | | 4,469.15 | 2,078,524.42 |
| 6/15 | | Online Transfer to Calenergy, Inc. Business Checking xxxxxx9997 Ref #Ibo9Kbe42M on 06/15/15 | | 200,000.00 | |
| 6/16 | | Farmers Ins Exch Inspayment 061615-00475303100-000 Sunset Holding Partner | | 98.00 | |
| 6/16 | | Farmers Ins Exch Inspayment 061615-00475302900-000 Sunset Holding Partner | | 107.36 | |
| 6/16 | | Foremost Epm Pymt 061615-381000080085 Sunset Holdings | | 574.36 | 1,877,744.70 |
| 6/17 | | Wire Trans Svc Charge - Sequence: 150617104283 Srf# 0000044168409233 Trn#150617104283 Rfb# | | 30.00 | |
| 6/17 | | WT Fed#04230 Jpmorgan Chase Ban /Fir/Bnf=Lisa Krieman Srf# 0000044168409233 Trn#150617104283 Rfb# | | 10,000.00 | |
| 6/17 | | Online Transfer to Calenergy, Inc. Ref #Ibo5N074Fi Business Checking Via Mobile | | 50,000.00 | 1,817,744.70 |
| 6/30 | | Interest Payment | 49.85 | | 1,817,754.55 |
| Ending balance on 6/30 | | | | | 1,817,754.55 |
| **Totals** | | | **$2,266,899.85** | **$1,779,226.90** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1028 | 6/1 | 8,500.00 | 1051 * | 6/3 | 3,850.00 | 1058 * | 6/10 | 10,000.00 |
| 1029 | 6/2 | 16,000.00 | | | | | | |

* Gap in check sequence.

## Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 6/3 | Check Reference # 00017110008240148286 | 16,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.