Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

BUNZAI MEDIA GROUP INC., et al.,

Defendants.

**CASE NO. CV 15-04527 GW (PLAx)**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56 OR, ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**Date:** **May 16, 2016**
**Time:** **8:30 A.M.**
**Courtroom:** **10**

**[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]**

**[First Amended Complaint Filed: October 9, 2015]**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants Igor Latsanovski and Calenergy, Inc. hereby request that the Court take judicial notice pursuant to Federal Rules of Evidence Rule 201 *et. seq.*, of the following documents:

1. No. 1: *Declaration of Igor Latsanovski in Support of Ex Parte Request for Partial Relief from Temporary Restraining Order filed July 15, 2015.*

Dated: April 15, 2016

Respectfully submitted,

Jeffrey S. Benice
Attorney for Defendants Igor Latsanovski and Calenergy, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2016, a true and correct copy of the foregoing document described as REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56 OR, ALTERNATIVELY PARTIAL SUMMARY JUDGMENT was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

***Local Counsel For Receiver***
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

***Counsel For Alon Nottea and Roi Rueveni***
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

***Counsel For Doron Nottea and Motti Nottea***
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

***Counsel For Chargeback Armor, Inc.***
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

***Federal Trade Commission***
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18 day of April, in Costa Mesa, California 92626.

Javaise Escoto, Declarant