UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>                Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>                Defendants. | Case No. 15-04527 GW (PLAx)<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY'S [PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 56**<br><br>[Assigned For All Purposes To Honorable George Wu, Courtroom 10] |

### ORDER

This Court, having duly considered the parties' set forth, and good cause appearing, hereby orders as follows:

Defendants Igor Latsanovski and Calenergy's Motion for Summary Judgment is granted, said defendants are dismissed from the Action with prejudice.

DATED: _____

                                                      Honorable George Wu