UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISION,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, et al.,<br><br>　　　　　　　Defendants. | Case No. 15-04527 GW (PLAx)<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY'S [PROPOSED] ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 56**<br><br>[Assigned For All Purposes To Honorable George Wu, Courtroom 10] |

1 **ORDER**

2     This Court, having duly considered the parties' motion for partial summary judgment and
3 good cause appearing, hereby orders as follows:
4     Defendants Igor Latsanovski and Calenergy's Motion for Partial Summary Judgment is
5 granted, said defendants are not subject to joint and several liability with the co-defendants. Said
6 Defendants are liable solely for disgorgement of the sums received from Defendant Bunzai Media
7 Group, Inc. total $317,746.05.

10 DATED: _____

11                                                   Honorable George Wu