DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.,*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF FEDERAL TRADE COMMISSIONS'S NOTICE OF ERRATA** |

**PLAINTIFF'S NOTICE OF ERRATA**

TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

Plaintiff files this Notice of Errata related to its Motion For Summary Judgment, Doc. No. 353 (the "Motion"), filed on April 18, 2016.

Due to a scrivener's error, the title of the Motion was incorrectly drafted as "Notice of Motion and Motion for Summary Judgment On All Counts Against All Defendants; or, in the Alternative, for Summary Adjudication of Claims." The correct document title is "Notice of Motion and Motion for Summary Judgment Against Defendants Alon Nottea, Doron Nottea, Igor Latsanovski, Roi Reuveni, Alan Argaman, Secured Merchants, LLC, CalEnergy, Inc., and Relief Defendant Chargeback Armor, Inc." The same error did not occur in Plaintiff FTC's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment (Doc. No. 353-1), or in Plaintiffs Statement of Uncontroverted Facts and Conclusions of Law (Doc. No 353-2) filed in support of the Motion.

The Motion also was corrected to fully comply with Local Rule 7-4 by including the date and time of the motion hearing.

The corrected Motion attached hereto corrects those two errors only.

Respectfully submitted,

Dated: 4/19/16                    _____/s/ Reid Tepfer_____
                                  REID TEPFER,
                                  Texas Bar No. 24079444
                                  LUIS GALLEGOS
                                  Oklahoma Bar No. 19098

**PLAINTIFF'S NOTICE OF ERRATA**

1  Federal Trade Commission
   1999 Bryan Street, Suite 2150
2  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
3  (214) 979-9383 (Gallegos)
    (214) 953-3079 (fax)
4  rtepfer@ftc.gov; lgallegos@ftc.gov

5  RAYMOND MCKOWN,
   California Bar No. 150975
6  10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
7  (310) 824-4343(voice)
   (310) 824-4380 (fax)
8  rmcknown@ftc.gov

9

10

11

12

13

14

15

16

17

18

19

20

**PLAINTIFF'S NOTICE OF ERRATA**