Zachary A. Keller (TBN 24087838)
FEDERAL TRADE COMMISSION
1999 BRYAN ST. SUITE 2150
DALLAS, TEXAS 75201
EMAIL: zkeller@ftc.gov
TEL. 214-979-9382
FAX. 214-953-3079

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 15-4527-GW(PLAx) |
| v. | |
| Bunzai Media Group, Inc., et al. | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Keller, Zachary A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of FEDERAL TRADE COMMISSION
1999 BRYAN ST. SUITE 2150
DALLAS, TEXAS 75201

214-979-9382        214-953-3079
*Telephone Number*    *Fax Number*

zkeller@ftc.gov
*E-Mail Address*

*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Federal Trade Commission

*Name(s) of Party(ies) Represented*    [X] Plaintiff   [ ] Defendant   [ ] Other:

and designating as Local Counsel

McKown, Raymond E.
*Designee's Name (Last Name, First Name & Middle Initial)*

of FEDERAL TRADE COMMISSION
10877 WILSHRE BLVD., SUITE 700
LOS ANGELES, CALIFORNIA 90024

150975
*Designee's Cal. Bar Number*

310-824-4325
*Telephone Number*

310-824-4380
*Fax Number*

*Firm Name & Address*

rmckown@ftc.gov
*E-Mail Address*

hereby ORDERS the Application be:

[X] **GRANTED.**
[ ] **DENIED.** Fee shall be returned by the Clerk.
[ ] **DENIED,** for failure to pay the required fee.

Dated  April 18, 2016

*/s/ George H. Wu*

**U.S. District Judge/~~U.S. Magistrate Judge~~**