# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*,<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ECEED PAGE LIMITATION** |

The Court having considered Plaintiff's Motion for Leave to File Excess Pages ("Motion to Exceed Page Limit"),

**IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limit is hereby **GRANTED**;

1  **IT IS FURTHER ORDERED** that Plaintiff is hereby permitted to file a

2  brief in excess of the page limitation for Plaintiff's Motion for Summary

3  Judgment and Memorandum in Support.

4  **IT IS SO ORDERED.**

5  **ENTERED**: this 19th day of April, 2016.

_____
**GEORGE H. WU, U.S. DISTRICT JUDGE**