ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone:   (310) 273-3090
Facsimile:    (310) 207-5969

Attorneys for Defendants DORON NOTTEA
and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>        Defendants. | Case No.:  2:15-CV-04527-GW (PLAx)<br><br>*Assigned to the Honorable George Wu, Courtroom 10*<br><br>**DECLARATIONOF RANDI R. GEFFNER IN SUPPORT OF DEFENDANT DORON NOTTEA'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO DORON NOTTEA, OR IN THE ALTERNATIVE, CONTINUE THE HEARING ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT** |

RANDI R. GEFFNER declares:

1.     I am an attorney admitted to practice in the State of California and am Senior Associate Attorney at Esensten Law, attorneys of record for Defendant DORON NOTTEA.  I make this declaration in support of the Doron Nottea's *Ex Parte Application* to strike the Plaintiff FEDERAL TRADE COMMISSION'S Motion for Summary Judgment, or in the alternative, continue the hearing on the FTC's Motion for Summary Judgment, currently scheduled for May 16, 2016.  All facts contained herein are within my personal knowledge, and if called upon to do so I could and would testify competently hereto.  It is urgent that the ex parte relief be granted, for the reasons set forth in the moving papers and hereinbelow.

2.     On Monday, April 18, 2016, at approximately 10:52 p.m., Esensten Law was sent email notification via ECF of the filing of a Motion for Summary Judgment ("MSJ") by Plaintiff FEDERAL TRADE COMMISSION'S ("FTC") against our client Doron Nottea as well as other named Defendants herein, with the MSJ and related documents attached.  This email was received by Esensten Law at or about 9:00 a.m. on Tuesday, April 19, 2016, at the start of the business day.  A true copy of the transmittal email is attached hereto as Exhibit "1" and incorporated herein by reference.

3.      Upon receipt of the ECF filing on the morning of April 19, 2016, we began to download the Motion and related documents.  To do so took approximately four hours due to the volume of documents.  The Memorandum of Points and Authorities is 50 pages long, the Separate Statement is 135 pages long, and 949 exhibits were included, which exhibits total approximately 2,309 pages.

4.     With the current hearing date for the MSJ of May 16, 2016, the opposition deadline is April 25, 2016, just six calendar days after our receipt of the MSJ and more than 2,400 pages of supporting documents.

5.     Upon download of the MSJ and supporting documents, it became apparent that is not possible for Esensten Law to review and analyze more than

2,400 pages, research and draft opposing points and authorities, draft an opposing Separate Statement, draft opposing declarations, and compile documentary evidence supporting the opposition to the MSJ, all within six calendar days.  To accomplish these tasks will take approximately two to three weeks.

6.     As such, on April 19, 2016, I emailed all counsel on this matter to meet and confer, requesting a stipulation to continue the MSJ hearing date to June 6, 2016, with opposition and reply to be due according to Code.  A true copy of my email is attached hereto as Exhibit "2" and incorporated herein by reference.

7.     Counsels Jeffrey Benice (representing Defendants CALENERGY and IGOR LATSANOVSKI), Robert Ungar (representing Defendants ALON NOTTEA and ROI REUVENI) and Sagar Parikh (representing Defendants ALAN ARGAMAN, PAUL MEDINA, SECURED MERCHANTS, LLC, and CHARGEBACK ARMOR, INC.) all replied that they are in agreement with or will stipulate to the continuance to June 6, 2016.  Copies of their responsive emails are attached hereto collectively as Exhibit "3" and incorporated herein by reference.

8.     Counsel for the FTC, Reid Tepfer, replied that the FTC is unwilling to stipulate to the continuance of the hearing on the MSJ.  A true copy of his email is attached hereto as Exhibit "4" and incorporated herein by reference.  As such, there was no option but to proceed *ex parte* due to the urgent nature of this matter and the impending opposition deadline of April 25, 2016.

9.     Esensten Law has consulted with Daniel Howard, CPA, an expert with 37 years of experience, with regard to his providing evaluation, analysis and related professional services to support the opposition to the MSJ.  Mr. Howard has decades of expertise with regard to bookkeeping and related functions which is relevant to the defense of this action against Doron Nottea.  He has agreed to provide services to evaluate and analyze the relevant materials for defense of the MSJ.  Mr. Howard has been provided with the MSJ and related materials, and, as set forth in his accompanying declaration, has advised that he also cannot read, review and analyze

1  this volume of material in the short time before the opposition is due.  Mr. Howard

2  has estimated that he will need at least two weeks to properly review the materials

3  and provide his professional opinion regarding the issues relevant to the MSJ.

4       10.    In addition to the foregoing, the important Jewish holiday of Passover

5  begins at sundown on Friday, April 22, 2016, with preparations to be made prior to

6  sundown, and continues through the weekend.  All three attorneys at Esensten Law

7  observe this holiday; as such we are unable to work on those days.

8       I declare under penalty of perjury under the laws of the State of California

9  that the foregoing is true and correct.

10       Executed on this 20th day of April, 2016 at Los Angeles, California.

11

12                          /s/ Randi R. Geffner

13                           Randi R. Geffner

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

**Jennifer Holtan**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, April 18, 2016 10:53 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-04527-GW-PLA Federal Trade Commission v. Bunzai Media Group, Inc. et al Motion for Summary Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Tepfer, Reid on 4/18/2016 at 10:52 PM PDT and filed on 4/18/2016

| | |
|---|---|
| **Case Name:** | Federal Trade Commission v. Bunzai Media Group, Inc. et al |
| **Case Number:** | 2:15-cv-04527-GW-PLA |
| **Filer:** | Federal Trade Commission |
| **Document Number:** | 353 |

**Docket Text:**
NOTICE OF MOTION AND MOTION for Summary Judgment as to Defendants and Relief Defendant filed by Plaintiff Federal Trade Commission. Motion set for hearing on 5/16/2016 at 08:30 AM before Judge George H. Wu. (Attachments: # (1) Memorandum Memorandum in Support of Motion, # (2) Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law, # (3) Exhibit Volume 1, # (4) Exhibit Volume 2, # (5) Exhibit Volume 3, # (6) Exhibit Volume 4, # (7) Exhibit Volume 5, # (8) Exhibit Volume 6, # (9) Exhibit Volume 7, # (10) Exhibit Volume 8, # (11) Exhibit Volume 9, # (12) Exhibit Volume 10, # (13) Exhibit Volume 11, # (14) Exhibit Volume 12, # (15) Exhibit Volume 13, # (16) Exhibit Volume 14, # (17) Exhibit Volume 15, # (18) Exhibit Volume 16, # (19) Exhibit Volume 17, # (20) Exhibit Volume 18, # (21) Exhibit Volume 19, # (22) Exhibit Volume 20, # (23) Exhibit Volume 21, # (24) Exhibit Volume 22, # (25) Exhibit Volume 23, # (26) Exhibit Volume 24, # (27) Exhibit Volume 25, # (28) Exhibit Volume 26, # (29) Exhibit Volume 27, # (30) Exhibit Volume 28, # (31) Exhibit Volume 29, # (32) Exhibit Volume 30) (Tepfer, Reid)

**2:15-cv-04527-GW-PLA Notice has been electronically mailed to:**

Benjamin A Pettit    ben@benpettit.com

Brandi J McKay    brandi.mckay@solidcounsel.com, june.pilles@solidcounsel.com

1

Charlene Cantrell Koonce   charlene.koonce@solidcounsel.com, Beverly.Cezar@solidcounsel.com, dena.lambert@solidcounsel.com, james.stafford@solidcounsel.com, will.hester@solidcounsel.com

David B Dyer   david.dyer@solidcounsel.com

Diane L Faber   dianefaber@sbcglobal.net

Emily B Robinson   erobinson@ftc.gov

Erik S Syverson   esyverson@raineslaw.com, mbaggett@raineslaw.com, sgebelin@raineslaw.com

Jason Mitchell Little   mitch.little@solidcounsel.com

Jeffrey S Benice   jsb@jeffreybenice.com

Kelly M Crawford   kelly.crawford@solidcounsel.com

Luis H Gallegos   lgallegos@ftc.gov, erobinson@ftc.gov

Michael J Weiss   mweiss@agmblaw.com

Nina Nahal Ameri   nameri@agmblaw.com

Raymond E McKown   rmckown@ftc.gov

Reid A Tepfer   rtepfer@ftc.gov, dbrown1@ftc.gov

Robert L Esensten   resensten@esenstenlaw.com, jholtan@esenstenlaw.com

Robert M Ungar   rmu@ungarlaw.com

Sagar Parikh   sp@beverlyhillslawcorp.com

Scott Michael Lesowitz   slesowitz@raineslaw.com, mbaggett@raineslaw.com

Steven Thomas Gebelin   sgebelin@raineslaw.com, mbaggett@raineslaw.com

Thomas H Vidal   tvidal@agmblaw.com, kschulz@agmblaw.com

Zachary A Keller   zkeller@ftc.gov

**2:15-cv-04527-GW-PLA Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**AuraVie. Notice and MSJ. 4 18 16.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-0

] [b352c30e02b66d3ba0258b567a6a0c4156cfbf9c8b6c0bac6026b26a3e087ec6408
1b5ffdaf5ec9883eb0349df2d948629949b4f1ea53901ec1404fdc00a6b8fa]]
**Document description:**Memorandum Memorandum in Support of Motion
**Original filename:**AuraVie. MSJ memo. FINAL. 4 18 16 (for filing) (RAT).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
] [508b634a44945eb6e087fc4f2ca50b6564ba63476eb1c7de0136d0fe5a8cd092d9f
d8ddbfd809c01453f99a80599624b2a6476e037e88df8381285dccd04b511]]
**Document description:** Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law
**Original filename:**AuraVie. Uncontroverted Facts. FINAL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
] [65a8c1cdd03fde1804f66d70e66185850df7014ed682c5e32731ea163680f631cf6
47ac264a68bbae80a975dc4c663b1cef799a71c9b469278c8c7b3799a3c77]]
**Document description:**Exhibit Volume 1
**Original filename:**Volume 1.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-3
] [ada344d1382262eb5ea7421844bb88dfed446a11610b05b80dce52f6c96a391f713
17c89251391e26bebcea484b0b742696a3d6b9973c1ef2a45b0bef86577d2]]
**Document description:**Exhibit Volume 2
**Original filename:**Volume 2.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-4
] [9ae438b91dd97725dbd052d1ecb1121c9512defa6f9f787efeb2f53c68ec816add7
e6973413952c112664c80ef3e46c22e22014a1c6999823e117fc22628ede2]]
**Document description:**Exhibit Volume 3
**Original filename:**Volume 3.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-5
] [259e591e9f3aa2c208156fbe9480346e6d47ca2ae633f7eb2a9ade8107d342674b5
968a733c94c49b38127a74aafc4d73dd240c0c0a1399e9c0d0cea9cd5495f]]
**Document description:**Exhibit Volume 4
**Original filename:**Volume 4.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-6
] [0ebab26c517685594c49f2c1978b3556de4fae8a5a268ba31b93547701fbd0e91a2
300ac35a6e0fe0f84f3070c57b93d8ee137d970a34433cc56e916c881b603]]
**Document description:**Exhibit Volume 5
**Original filename:**Volume 5.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-7
] [c08e87147926972dc30d9e4cf706938b7bfe0ac7e75e26fb02b9f7fda128444b1cf
e004ab16b09a465655987eac199d9deff4f7ba4689336515995a48895bc5b]]
**Document description:**Exhibit Volume 6
**Original filename:**Volume 6.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-8
] [6bf89af97efdc2232ff78e62c1e9cfeeda7c70412aea4e2ef537da1efe64af0fe7c
3b7c24691928bf98c760852cf79b7ff9318e5915e610c17033795b950660e]]
**Document description:**Exhibit Volume 7

**Original filename:**Volume 7.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-9
] [47dffc05a9fb408efb60c8ef7701ee310658444e77f2fd2ce297d2ac21de7f7af65
3e946bb627de31de639af949fd37fd62f86d69b04cdefd1cfd0d312d7c9ed]]

**Document description:**Exhibit Volume 8
**Original filename:**Volume 8.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
0] [40073801743edbbe6861dfc70349a2a7e3d9d5a9a68ccf8abd1070c95bc8767cb4
7fcf38656732b98b22d26b7bd6163b8d190fa2ffe41dfb0a1d7e83a3184c06]]

**Document description:**Exhibit Volume 9
**Original filename:**Volume 9.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
1] [8a1767638016448a73643de639b0368b7b92ba71fd877206b548d5dac81b499b09
e717aad99b954297f052c64bb5ce0a9ad5865d8745d890455ba6d8ab2c14eb]]

**Document description:**Exhibit Volume 10
**Original filename:**Volume 10.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
2] [98a44df11e4f1f7674933e6722fe70d2be3ade170cd0dfc10c7dac1acd04d90153
6bcad4304b6ab5652a27ed16a0d456af9b098a256c37b8e87add1eae984e08]]

**Document description:**Exhibit Volume 11
**Original filename:**Volume 11.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
3] [ada8376092a6f1bfa30ad0c25d261a608299352eb321a3674cfd2b0ab26e6d17c7
543323faa2bc757ed57e1fec8eccbf85103c4e83587789cd0d7594e0b63c2b]]

**Document description:**Exhibit Volume 12
**Original filename:**Volume 12.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
4] [98ce20af26e068db1a199133f4a29e22971ae8c4f073854dfd4d09b54ca5947528
8974a0a87f225e75ec20130259d7b29d854b7ff251695200709daa8ea19340]]

**Document description:**Exhibit Volume 13
**Original filename:**Volume 13.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
5] [4bd2c40ef98c0e92c9015b19acb3e02c5ab7bb6afd672a26abb5690e36eaded3fd
cf9512f277d680d87c3b9d98256f2c62667d0c98fde4d2c981f210c1f4c338]]

**Document description:**Exhibit Volume 14
**Original filename:**Volume 14.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
6] [bc3ee7d4bb54d7febaa0b8f58cfc44bb5f10903399231cfbc45f74988bc21bbec5
10a5323a7bc0c8e651b6379f9a603686cc05ef33648ba386f61aeb8d5c0010]]

**Document description:**Exhibit Volume 15
**Original filename:**Volume 15.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1

7] [9a365686a060576d2ff2388c21a22c622ff8438e5cdfe95b4ded35dec748ab372a
ee7465060a9285ebf922a36d854f644bf6f3af440ee533dd3fcd0ee33c4f39]]
**Document description:**Exhibit Volume 16
**Original filename:**Volume 16.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
8] [addcfc21665b0ab28f23dad18074bf16446656528c083457b2a04c4ce78b448b63
2cd04781efb28f9481c72d8a62bfa70cb11fc4c677fa37b22c4de339c7e629]]
**Document description:**Exhibit Volume 17
**Original filename:**Volume 17.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-1
9] [0dac06c603d6cf5f1d51682e2bd74f0113d22c210ce8b49d1099962a7d99279de8
7767737c389404dce274b8dc55a19a2be33447717f592e41eaff5151dbd09f]]
**Document description:**Exhibit Volume 18
**Original filename:**Volume 18.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
0] [a7bd29fdea98a5c1afe8f14c1435929743cd3616868d621a9aa56f964afc0bc2aa
b99b1248a52c1149cdaab04135c2659fb3569aee5914d4f4d30dacec3343e5]]
**Document description:**Exhibit Volume 19
**Original filename:**Volume 19.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
1] [3e32e552d6a16449fe57181953f3b6085c329b520551035da50078d93ff392a45c
a0526a37c5d6a303315cba05146b7982b6ae2f7bd96a3c010528b8a3150017]]
**Document description:**Exhibit Volume 20
**Original filename:**Volume 20.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
2] [4f10cafef7eae964205732e77e6a5be236a46d5d4bcf5b39c0dde653d464e7b7a4
a63f0f8887cb79df36afac6d82f0742771b43a58090d3ffab78503c09aea6f]]
**Document description:**Exhibit Volume 21
**Original filename:**Volume 21.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
3] [03e2e222160e3f176efc441569fe269fcf18f36f07a8280dc92d8eaddc8262117c
4dced4744f9dc8f332c6f861dc0b190c84aea3c04149af06b0ddc01aa48c60]]
**Document description:**Exhibit Volume 22
**Original filename:**Volume 22.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
4] [6a2e363b3b99079e5e69ed18e642a3f1a48bf582e0e9f9e998442dfc637daf4646
bc948ad830ece36e0813db908fc2f3d78057bad6ee7683354f5625e23dce5c]]
**Document description:**Exhibit Volume 23
**Original filename:**Volume 23.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
5] [7998420c3eb565742c847eceded0983f93e4129a0b2e1065a73a4ede4aba8c4470
1960eda0643b52d35b0de9e9ab06558b3f04669b73d7c9aebc8a06c13b2d71]]
**Document description:**Exhibit Volume 24

**Original filename:**Volume 24.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
6] [91f72df9967f620827fde31380bee2e092b8cef60e8338f0907b337ba8e89a78ed
83b45b492b39171df13b28e1ecc480c63f83edb7eeee88e743fdd7e3212b5b]]
**Document description:**Exhibit Volume 25
**Original filename:**Volume 25.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
7] [4c6a86cce7f917666eaaeb175b55ebb7db84fcce302e9fee0ee969ad6e785ebec1
cf9d525d05ee58ae41e6609b93aa8cc3764d9adae557340edea03b5bb0117a]]
**Document description:**Exhibit Volume 26
**Original filename:**Volume 26.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
8] [12d5652d9f6aa9c00dee1cb29bb3c9bd1f3c903f4a44fe3483e87fb4560e5dea3e
8c3dc4ec54566b31dc5a0452db8e8dcdac351a430457d1df6a787f17ecb4e2]]
**Document description:**Exhibit Volume 27
**Original filename:**Volume 27.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-2
9] [b5f86a4bdb9a98b107d58e24268bc2305a36f3ea4f376a4a55fc169c254de9e5f9
4d5b4f2eb4c45a86c6b94b1a1596edbc6eeefb76e21a2dbd2af225645f60fe]]
**Document description:**Exhibit Volume 28
**Original filename:**Volume 28.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-3
0] [561fd02e23a09f694d1d85df6581ee9f87a315f82f1734eba258df49667750812c
2b9c6baa3f4dad58bd5f626f59e5b1890a5bfe18743825db1af3a46e6798a3]]
**Document description:**Exhibit Volume 29
**Original filename:**Volume 29.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-3
1] [2bdc334b3c98cb394f48c6b5d29ef9918602a8770cf551fdaec65320d488bc986c
84b3ce4b6b93ea163d30852176b8b7f8fcece701d2a2690b2d3a015aa05fae]]
**Document description:**Exhibit Volume 30
**Original filename:**Volume 30.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/18/2016] [FileNumber=21341770-3
2] [a107a24c35adebf335ac7521f3993f85ef6a3f8236ac68d5a410abf44481457cec
0d5a7c2d30afd65350eac43874da231e33038526ce7e1e6d8a88a157c6c6b8]]

# EXHIBIT "2"

## Randi R. Geffner

| | |
|---|---|
| **From:** | Randi R. Geffner |
| **Sent:** | Tuesday, April 19, 2016 4:32 PM |
| **To:** | 'Tepfer, Reid A.'; 'Gallegos, Luis'; Erik S. Syverson (ESyverson@raineslaw.com); 'slesowitz@raineslaw.com'; Steven T. Gebelin; 'Robert Ungar'; 'ben@benpettit.com'; 'jsb@jeffreybenice.com'; 'sp@beverlyhillslawcorp.com' |
| **Cc:** | Robert Esensten; Jordan S. Esensten |
| **Subject:** | FTC v. Bunzai, et al. |

Counsel:

We are in receipt of the voluminous Motion for Summary Judgment/Summary Adjudication filed by the FTC.  In light of the volume of the Motion and supporting documents (50 pages of points and authorities, 949 exhibits, 135 pages of Separate Statement), we are requesting that the parties stipulate to continue the Motion hearing date to June 6, 2016, with opposition and reply to be due according to Code.

It is not possible for us to review and analyze this volume of material, for our expert to review and analyze the material, and for us to draft an opposition to a potentially dispositive motion, supported by declarations, documents and points and authorities, in just 6 days.  In addition, the important Jewish holiday of Passover begins at sundown on Friday with preparation required before sundown, and lasts through the weekend; as such we are unable to work on those days.

Please advise as to whether you will stipulate to the continuance.  If you are unwilling to do so, or if we do not have a response by noon tomorrow, we will make an ex parte application to the Court for the requested continuance, or that the Motion be summarily denied based on gamesmanship.

Thank you.

RANDI R. GEFFNER
SENIOR ASSOCIATE ATTORNEY
**ESENSTEN LAW**
12100 WILSHIRE BOULEVARD, SUITE 1660
LOS ANGELES, CALIFORNIA 90025
(310) 273-3090
(310) 207-5969 FAX
RGEFFNER@ESENSTENLAW.COM
WWW.ESENSTENLAW.COM

# EXHIBIT "3"

**Randi R. Geffner**

| | |
|---|---|
| **From:** | Robert Ungar <rmu@ungarlaw.com> |
| **Sent:** | Tuesday, April 19, 2016 4:41 PM |
| **To:** | Randi R. Geffner |
| **Cc:** | Reid A. Tepfer; Gallegos, Luis; Erik S. Syverson (ESyverson@raineslaw.com); slesowitz@raineslaw.com; Steven T. Gebelin; Ben Pettit; Jeffrey S. Benice; sp@beverlyhillslawcorp.com; Robert Esensten; Jordan S. Esensten |
| **Subject:** | Re: FTC v. Bunzai, et al. |

My clients stipulate to the continuance.

Robert M. Ungar
rmu@ungarlaw.com
310-405-1884

**Randi R. Geffner**

| | |
|---|---|
| **From:** | JSB@JeffreyBenice <JSB@JeffreyBenice.com> |
| **Sent:** | Tuesday, April 19, 2016 4:59 PM |
| **To:** | 'Sagar Parikh'; Randi R. Geffner |
| **Cc:** | 'Tepfer, Reid A.'; 'Gallegos, Luis'; 'Erik S. Syverson'; slesowitz@raineslaw.com; 'Steven T. Gebelin'; 'Robert Ungar'; ben@benpettit.com; Robert Esensten; Jordan S. Esensten |
| **Subject:** | RE: FTC v. Bunzai, et al. |

I agree to June 6, 2016.

Very truly yours,

Jeffrey S. Benice
*Attorney at Law*
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
South Coast Corporate Center
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600, Ext. 221
Facsimile: (714) 641-3604
JSB@JeffreyBenice.com
www.JeffreyBenice.com

Notice: This e-mail transmission, including any attachments, is included within the Electronic Communications Privacy Act, 18 U.S.C.
2510-2521. The contents may be confidential and legally privileged. If you are not the intended recipient of this transmission, you
are hereby notified that any retention, dissemination, distribution, forwarding, or copying of this communication is strictly prohibited.
If you have received this transmission in error or by mistake, do not print this transmission. Please reply to this e-mail and advise
the sender of this transmission, then delete the communication in its entirety.

**From:** sp1085@gmail.com [mailto:sp1085@gmail.com] **On Behalf Of** Sagar Parikh
**Sent:** Tuesday, April 19, 2016 4:34 PM
**To:** Randi R. Geffner
**Cc:** Tepfer, Reid A.; Gallegos, Luis; Erik S. Syverson (ESyverson@raineslaw.com); slesowitz@raineslaw.com; Steven T.
Gebelin; Robert Ungar; ben@benpettit.com; jsb@jeffreybenice.com; Robert Esensten; Jordan S. Esensten
**Subject:** Re: FTC v. Bunzai, et al.

I am fine with the hearing on the FTC's Motion for Summary Judgment being continued to June 6.

Sagar Parikh, Esq.

BEVERLY HILLS LAW CORP., PC

1

**Randi R. Geffner**

| | |
|---|---|
| **From:** | sp1085@gmail.com on behalf of Sagar Parikh <sp@beverlyhillslawcorp.com> |
| **Sent:** | Tuesday, April 19, 2016 4:34 PM |
| **To:** | Randi R. Geffner |
| **Cc:** | Tepfer, Reid A.; Gallegos, Luis; Erik S. Syverson (ESyverson@raineslaw.com); slesowitz@raineslaw.com; Steven T. Gebelin; Robert Ungar; ben@benpettit.com; jsb@jeffreybenice.com; Robert Esensten; Jordan S. Esensten |
| **Subject:** | Re: FTC v. Bunzai, et al. |

I am fine with the hearing on the FTC's Motion for Summary Judgment being continued to June 6.


Sagar Parikh, Esq.

BEVERLY HILLS LAW CORP., PC

433 N. CAMDEN DRIVE, 6TH FLOOR
BEVERLY HILLS, CA 90210
Tel |   (310) 887-1338
Fax|   (310) 982-2603
Email |  SP@BeverlyHillsLawCorp.com
Web |   www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.


On Tue, Apr 19, 2016 at 4:32 PM, Randi R. Geffner <rgeffner@esenstenlaw.com> wrote:

Counsel:


We are in receipt of the voluminous Motion for Summary Judgment/Summary Adjudication filed by the FTC.  In light of the volume of the Motion and supporting documents (50 pages of points and authorities, 949 exhibits, 135 pages of Separate Statement), we are requesting that the parties stipulate to continue the Motion hearing date to June 6, 2016, with opposition and reply to be due according to Code.


It is not possible for us to review and analyze this volume of material, for our expert to review and analyze the material, and for us to draft an opposition to a potentially

# EXHIBIT "4"

## Randi R. Geffner

| | |
|---|---|
| **From:** | Tepfer, Reid A. <rtepfer@ftc.gov> |
| **Sent:** | Wednesday, April 20, 2016 9:20 AM |
| **To:** | 'JSB@JeffreyBenice.com'; 'Sagar Parikh'; Randi R. Geffner |
| **Cc:** | Gallegos, Luis; 'Erik S. Syverson'; 'Robert Ungar'; Robert Esensten; Jordan S. Esensten; Keller, Zachary A.; Robinson, Emily B. |
| **Subject:** | RE: FTC v. Bunzai, et al. |

Counsel,

In light of the trial date, we are unable to agree to a continuance of the MSJ hearing. Thank you.

Respectfully,
Reid

Reid Tepfer
Attorney
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
Direct: (214) 979-9395|Fax: (214) 953-3079
rtepfer@ftc.gov

---

**From:** JSB@JeffreyBenice [mailto:JSB@JeffreyBenice.com]
**Sent:** Tuesday, April 19, 2016 6:59 PM
**To:** 'Sagar Parikh'; 'Randi R. Geffner'
**Cc:** Tepfer, Reid A.; Gallegos, Luis; 'Erik S. Syverson'; slesowitz@raineslaw.com; 'Steven T. Gebelin'; 'Robert Ungar'; ben@benpettit.com; 'Robert Esensten'; 'Jordan S. Esensten'
**Subject:** RE: FTC v. Bunzai, et al.

I agree to June 6, 2016.

Very truly yours,

Jeffrey S. Benice
*Attorney at Law*
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
South Coast Corporate Center
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600, Ext. 221

Facsimile: (714) 641-3604
JSB@JeffreyBenice.com
www.JeffreyBenice.com

Notice: This e-mail transmission, including any attachments, is included within the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. The contents may be confidential and legally privileged. If you are not the intended recipient of this transmission, you are hereby notified that any retention, dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this transmission in error or by mistake, do not print this transmission. Please reply to this e-mail and advise the sender of this transmission, then delete the communication in its entirety.

**From:** sp1085@gmail.com [mailto:sp1085@gmail.com] **On Behalf Of** Sagar Parikh
**Sent:** Tuesday, April 19, 2016 4:34 PM
**To:** Randi R. Geffner
**Cc:** Tepfer, Reid A.; Gallegos, Luis; Erik S. Syverson (ESyverson@raineslaw.com); slesowitz@raineslaw.com; Steven T. Gebelin; Robert Ungar; ben@benpettit.com; jsb@jeffreybenice.com; Robert Esensten; Jordan S. Esensten
**Subject:** Re: FTC v. Bunzai, et al.

I am fine with the hearing on the FTC's Motion for Summary Judgment being continued to June 6.

Sagar Parikh, Esq.

BEVERLY HILLS LAW CORP., PC

433 N. CAMDEN DRIVE, 6TH FLOOR
BEVERLY HILLS, CA 90210
Tel |    (310) 887-1338
Fax |    (310) 982-2603
Email |  SP@BeverlyHillsLawCorp.com
Web |   www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.

On Tue, Apr 19, 2016 at 4:32 PM, Randi R. Geffner <rgeffner@esenstenlaw.com> wrote:

Counsel:

We are in receipt of the voluminous Motion for Summary Judgment/Summary Adjudication filed by the FTC.  In light of the volume of the Motion and supporting documents (50 pages of points and authorities, 949 exhibits, 135 pages of Separate Statement), we are requesting that the parties stipulate to continue the Motion hearing date to June 6, 2016, with opposition and reply to be due according to Code.

1

2

## CERTIFICATE OF SERVICE

3

4        I hereby certify that on April 20, 2016, I electronically filed the foregoing

document entitled **DECLARATIONOF RANDI R. GEFFNER IN SUPPORT OF**

5        **EX PARTE APPLICATION** with the Clerk of the Court by using the CM/ECF

6

System.

7

8

9                                    */s/ Robert L. Esensten*
                                       Robert L. Esensten

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28