ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
ESENSTEN LAW
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No.: 2:15-CV-04527-GW (PLAx) |
|---|---|
| Plaintiff, | *Assigned to the Honorable George Wu, Courtroom 10* |
| v. | |
| BUNZAI MEDIA GROUP, INC., *et al.*, | **DECLARATION OF DANIEL M. HOWARD, CPA IN SUPPORT OF EX PARTE APPLICATION** |
| Defendants. | |

## DECLARATION OF DANIEL M. HOWARD

DANIEL M. HOWARD declares:

1. I am a Partner and Certified Public Accountant with the firm Lodgen, Lacher, Golditch, Sardi, Saunders and Howard, LLP and am not a party in the above-entitled action. I make this declaration in support of the Ex Parte Application of Defendant DORON NOTTEA to continue the hearing on the Motion for Summary Judgment, currently scheduled for May 16, 2016. All facts contained herein are within my personal knowledge, and if called upon to do so I could and would testify competently hereto.

2. I have been a Certified Public Accountant for 37 years, and have extensive experience with bookkeeping for business entities. A copy of my current

CV is attached hereto as Exhibit "A" and incorporated herein by reference.

3.  Robert L. Esensten at Esensten Law has consulted with me with regard to providing evaluation, analysis and related professional services to support the opposition to the Motion for Summary Judgment filed by Plaintiff FEDERAL TRADE COMMISSION against Doron Nottea. I have decades of expertise with regard to bookkeeping and related functions which is relevant to the defense of this action against Doron Nottea. I have agreed to provide services to evaluate and analyze the relevant materials for defense of the Motion for Summary Judgment.

4.  I have been provided an emailed copy of the voluminous Motion for Summary Judgment, Separate Statement, and related exhibits to review and analyze. The Memorandum of Points and Authorities in support of the Motion is 50 pages, the Separate Statement is 135 pages, and there are 949 exhibits. I understand that the opposition to the Motion for Summary Judgment is due on Monday, April 25, 2016.

5.  It is physically impossible for me to read, review and analyze this volume of material in the three business days before the opposition to the Motion for Summary Judgment is due, even if I were able to devote the entirety of my work days to this project.

6.  I will need at least two weeks to properly review the materials and provide my professional opinion regarding the activities of Doron Nottea as a bookkeeper and if those activities are consistent with control or involvement with the entities for which the bookkeeping services are rendered.

7.  In addition, the important Jewish holiday of Passover begins at sundown on Friday, April 22, 2016 and continues through the weekend; as such I am unable to work on those days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20th day of April, 2016 at Encino, California.

_____
Daniel M. Howard

# EXHIBIT "A"

# LODGEN, LACHER, GOLDITCH, SARDI, SAUNDERS & HOWARD LLP

KEN LODGEN, C.P.A.
BERNARD S. GOLDITCH, C.P.A., J.D.
JOHN E. SAUNDERS, C.P.A.
ALEX ZIMMER, C.P.A.
ANN M. OLSON, C.P.A.
STUART B. LEWIS, C.P.A.
LORI K. HOFFMAN, C.P.A.

CERTIFIED PUBLIC ACCOUNTANTS

STEVE LACHER, C.P.A.
THOMAS SARDI, C.P.A.
DANIEL M. HOWARD, C.P.A., M.B.A.
ROBERT J. COHEN, C.P.A.
ROBERT FRIEDMAN, C.P.A.)
GARY P. KENDALL, C.P.A.

## DANIEL M. HOWARD, C.P.A., M.B.A., C.F.E.

**LODGEN, LACHER, GOLDITCH, SARDI,**                        **1994 to Present**
**SAUNDERS & HOWARD, LLP**
**CERTIFIED PUBLIC ACCOUNTANTS**

**HOWARD & COHEN, AN ACCOUNTANCY CORPORATION**        **1986 to 1994**

**Bankruptcy and Litigation Services:**

Represent bankruptcy trustees for accounting and related issues, including receiverships. Review books and records for preference payments, reorganization plans, various court and operating reports, tax compliance for bankrupt entities. Reconstruct books from incomplete records. Perform business valuations, forensic accounting for fraud and defalcations, court and bankruptcy accounting for legal and accounting malpractice cases, lost earnings (past and future) and loss analysis. Experience in business and family law litigation, provide testimony for criminal defense. Perform as an expert witness for depositions and court testimony.

**Management Services:**

Perform insurance, retirement, financial and estate planning. Review and purchase investments for clients. Assist clients with the purchase of all major assets. Negotiate contracts for clients and subsequently review adherence by parties. Business management functions including, but not limited to, insurance, check writing, cash management and financial statement preparation.

**Accounting and Tax Services:**

Responsible for clients in the following industries: Real estate, garment, medical, entertainment, photography, manufacturing, construction, retail sales, law firms and other service corporations. Perform all accounting and tax matters from personal tax planning to the preparation of year-round Appraisers, Incents. Update tax planning with new proposed tax law changes.

**VARIOUS**                                                                                             **1975-1986**

- Responsible for managing the office and all its operations. Managed clients' financial needs with average portfolios in excess of $50,000,000. Counseled clients on all financial decisions. Responsible for tax planning for individuals and corporations, including implementation of year-round tax projections. Performed all business management duties.

- Tax and Managing Partner:
  Responsible for client tax planning and tax compliance. Prepared financial statements from compilation services through certified audits. Assisted clients in managing businesses in the areas of manufacturing, real estate, retail sales and other service organizations. Implemented and supervised firm's computer services.

- Manager
  Performed duties from junior accountant to manager.

**LICENSES AND APPOINTMENTS:**

- CERTIFIED PUBLIC ACCOUNTANT:
  Licensed in:   California
                 New York
                 Ohio
- THE LOS ANGELES SUPERIOR COURT:
  Included on List of Persons Requesting Appointment as Receivers, Referees and Provisional Directors
- CERTIFIED FRAUD EXAMINER:
  Association of Certified Fraud Examiners

**AFFILIATIONS:**

- American Institute of Certified Public Accountants
- California Society of Certified Public Accountants
- The Institute of Business Appraisers, Inc. to the Ohio Society of Certified Public Accountants
- Litigation Consulting and Dispute Resolution Services
  Economic Damages Committee
- Board of Directors – L. A. Family Housing Vice President Real Estate
- Association of Certified Fraud Examiners

**EDUCATION:**

- M.B.A. in Taxation
  Golden Gate University
- B.S. in Business Administration, Accounting
  California State University, Northridge

Specific areas of expertise include:

- Real Estate Disputes
- Business valuations for shareholder disputes in connection with buyouts
- Analysis of lost income and business opportunities
- Business valuation of leasing company with regards to future cash flows
- Resolution Trust Corporation – review of loan portfolios
- Accounting and legal malpractice
- Analysis of Limited Partnerships documents in connection with GP disputes
- Court appointed audits for shareholder disputes and financial records
- Audit of books and records (Forensic Accounting) in connection with alleged fraud and defalcations
- Perform court accounting on prescribed forms
- Analysis of loss of past and future earnings
- Expert testimony in criminal cases – Federal Court
- Marital disputes with regards to income tax, community property and alimony issues
- Franchisee/Franchiser disputes

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, I electronically filed the foregoing document entitled **DECLARATION OF DANIEL M. HOWARD, CPA IN SUPPORT OF EX PARTE APPLICATION** with the Clerk of the Court by using the CM/ECF System.

                                                          */s/ Robert L. Esensten*
                                                          Robert L. Esensten