ROBERT L. ESENSTEN (SBN 65728)
    resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
    rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone:  (310) 273-3090
Facsimile:   (310) 207-5969

Attorneys for Defendants DORON NOTTEA
and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>       Defendants. | Case No.: 2:15-CV-04527-GW (PLAx)<br><br>*Assigned to the Honorable George Wu, Courtroom 10*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DORON NOTTEA'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO DORON NOTTEA, OR IN THE ALTERNATIVE, CONTINUE THE HEARING ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT** |

Having read and considered the parties' arguments in support of, and in opposition to, Defendant Doron Nottea's *Ex Parte* Application to Strike Plaintiff Federal Trade Commission's Motion for Summary Judgment as to Doron Nottea, or in the Alternative, Continue the Hearing on Plaintiff Federal Trade Commission's Motion for Summary Judgment, and finding good cause therefor, I hereby **GRANT** Doron Nottea's *Ex Parte* Application and find and order as follows:

1. In light of the impending due date for Doron Nottea's opposition to the FTC's Motion for Summary Judgment, good cause exists to grant Defendant Doron Nottea's Application *ex parte*.

2. The FTC filed its Motion for Summary Judgment in hopes of prejudicing Doron's ability to effectively oppose the Motion and this is tantamount to bad faith warranting sanctions.

3. As a sanction for engaging in bad faith conduct, the FTC's MSJ is hereby stricken as to its arguments against Doron.

**IT IS SO ORDERED.**

DATED:  April _____, 2016

                                                                          _____
                                                                          Honorable George Wu
                                                                          United States District Court Judge