ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
ESENSTEN LAW
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No.: 2:15-CV-04527-GW (PLAx) |
|---|---|
| Plaintiff, | *Assigned to the Honorable George Wu, Courtroom 10* |
| v. | |
| BUNZAI MEDIA GROUP, INC., *et al.*, | **SUPPLEMENTAL DECLARATION OF RANDI R. GEFFNER IN SUPPORT OF EX PARTE APPLICATION** |
| Defendants. | |

## DECLARATION OF RANDI R. GEFFNER

RANDI R. GEFFNER declares:

1. I am an attorney admitted to practice in the State of California and am Senior Associate Attorney at Esensten Law, attorneys of record for Defendant DORON NOTTEA. I make this supplemental declaration in support of the Ex Parte Application of Defendant DORON NOTTEA to continue the hearing on the Motion for Summary Judgment ("MSJ"), currently scheduled for May 16, 2016. All facts contained herein are within my personal knowledge, and if called upon to do so I could and would testify competently hereto. It is urgent that the ex parte relief be granted, for the reasons set forth in the ex parte application and hereinbelow.

2. The FTC has failed to provide all of the exhibits upon which it relies in the MSJ. This adds to the impossibility of Doron Nottea opposing the MSJ in just a few days.

3. After downloading the voluminous MSJ and related documents, my assistant began indexing the exhibits mentioned in the 135-page Separate Statement that the FTC states specifically pertain to our client, Doron Nottea. In doing so, we discovered that the FTC has failed to provide all of the exhibits to which it makes reference in the MSJ and Separate Statement.

4. The following documents are <u>not</u> included with the MSJ and related moving papers, despite the fact that the FTC specifically indicates in the Separate Statement that it is relying upon these exhibits in its request for summary judgment against Doron Nottea: Exhibit Nos. 33, 57, 92, 369, 388, 485, 488, 518, 528 and 536.

5. Given that there are more than 2,300 pages of exhibits referenced, it is entirely possible that many more exhibits are missing in addition to those ten listed above. Due to the enormous volume of materials, we have not yet been able to go through all of the documents to determine what else is missing.

6. On April 20, 2016, I emailed counsel for FTC to advise that multiple exhibits are missing from the moving papers. A true copy of my email is attached hereto as Exhibit "A" and incorporated herein by reference. As of the time of execution of this declaration, no response to the email has been received from the FTC.

///
///
///
///
///
///

2
SUPPLEMENTAL DECLARATION OF RANDI R. GEFFNER

7.    The omission of exhibits just compounds the problems referenced in the ex parte application and supporting materials. It is unjust to expect Doron Nottea to oppose the MSJ in the minimal time available due to the massive volume of materials submitted by the FTC. It is a further injustice to require Doron Nottea to do so without having access to all of the exhibits upon which the FTC relies.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 20th day of April, 2016 at Los Angeles, California.

_____
Randi R. Geffner

# EXHIBIT "A"

**From:** Randi R. Geffner
**Sent:** Wednesday, April 20, 2016 5:23 PM
**To:** 'Tepfer, Reid A.'; 'JSB@JeffreyBenice.com'; 'Sagar Parikh'
**Cc:** Gallegos, Luis; 'Erik S. Syverson'; 'Robert Ungar'; Robert Esensten; Jordan S. Esensten; Keller, Zachary A.; Robinson, Emily B.; Jennifer Holtan
**Subject:** RE: FTC v. Bunzai, et al.

Reid:

My assistant has begun to go through the exhibits referenced in the Separate Statement as pertaining to Doron Nottea and has discovered that many of these exhibits have not been provided to us with the FTC's moving papers. This is simply not acceptable.

The missing exhibits are as follows:

Exhibit Nos. 33, 57, 92, 369, 388, 485, 488, 518, 528 and 536.

We will be supplementing the ex parte application to advise the Court that the exhibits upon which the FTC relies have not been included with the moving papers. We cannot be expected to oppose a motion without being provided with the exhibits upon which it purportedly is based.

Randi

**RANDI R. GEFFNER**
**SENIOR ASSOCIATE ATTORNEY**
**ESENSTEN LAW**
(310) 273-3090
(310) 207-5969 FAX
RGEFFNER@ESENSTENLAW.COM

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, I electronically filed the foregoing document entitled **SUPPLEMENTAL DECLARATIONOF RANDI R. GEFFNER IN SUPPORT OF EX PARTE APPLICATION** with the Clerk of the Court by using the CM/ECF System.

*/s/ Robert L. Esensten*
Robert L. Esensten
