DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF FEDERAL TRADE SUPPLEMENTAL FILING OF ADDITIONAL EXHIBITS INADVERTANTLY OMITTED FROM EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**PLAINTIFF'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1  TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

2  Plaintiff files the following Exhibits: 33, 57, 92, 369, 388, 485, 488, 518,

3  528, 536, 951, 952, and 953. These Exhibits were inadvertently left out of the

4  exhibits filed in connection with Plaintiff's Motion for Summary Judgment. Dkt.

5  353.

6  Respectfully submitted,

7
   Dated: 4/21/16                    _____/s/ Reid Tepfer_____
8                                    REID TEPFER,
                                     Texas Bar No. 24079444
9                                    LUIS GALLEGOS
                                     Oklahoma Bar No. 19098
10                                   Federal Trade Commission
                                     1999 Bryan Street, Suite 2150
11                                   Dallas, Texas 75206
                                     (214) 979-9395 (Tepfer)
12                                   (214) 979-9383 (Gallegos)
                                      (214) 953-3079 (fax)
13                                   rtepfer@ftc.gov; lgallegos@ftc.gov;
                                     erobinson@ftc.gov; zkeller@ftc.gov
14
                                     RAYMOND MCKOWN,
15                                   California Bar No. 150975
                                     10877 Wilshire Boulevard, Suite 700
16                                   Los Angeles, California 90024
                                     (310) 824-4343(voice)
17                                   (310) 824-4380 (fax)
                                     rmcknown@ftc.gov
18

19

20

**PLAINTIFF'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 21, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

**PLAINTIFF'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Kelly M. Crawford
Scheef and Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
kelly.crawford@solidcounsel.com
Counsel to Receiver

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214


/S/ REID TEPFER
REID TEPFER

**PLAINTIFF'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**