## Exclusive U.S.A Fulfillment & Call Center Agreement

By this agreement, commencing for the date herein and continuing for 2 years, is by and between Skincare OÜ, doing business at Ahtri 10a Tallinn 10151 Estonia, Registrikood 12083190, Number: +372-602-7116, email: SKINCAREU@HOTMAIL.COM (hereinafter referred to as "Company.") and Bunzai Media Group, doing business at 7900 Gloria Avenue, Van Nuys, CA 91406 (hereinafter referred to as "Bunzai" and together with Company referred to as "parties".)

It is understood by both parties, that the Company has given the rights to Bunzai, to provide fulfillment and call center services for the Company's skincare products, The Miracle Face & Body Treatment, and AuraVie Skincare in the United States.

Bunzai will waive its set up fee, and will invoice Company on a weekly basis.  Company shall pay invoices immediately upon receipt.

This agreement shall automatically renew for indefinite 2 year periods unless either party, with just cause, sends the other a written termination letter no later than 60 days prior to the end of that term.

Agreed and accepted to on July 1st, 2011 by;

_____

OLEG TRUSHLYA
Skincare OÜ
Ahtri 10a Tallinn 10151 Estonia
registrikood 12083190
Number: +372-602-7116
SKINCAREU@HOTMAIL.COM

_____

ALON NOTTEA
BunZai Media
7900 Gloria Avenue
Van Nuys, CA 91406
Number: 818-200-1035

EXHIBIT
33

## AGREEMENT FOR THE PROVISION OF NOMINEE SERVICES

## OF DIRECTOR AND/OR SECRETARY AND/OR MEMBER

Company Name:   **AURAVIE LTD**

Company Number:   HE 287300

Date: 19th May, 2011

Address:   **52, 1 Apriliou Street, P.C. 7600,  Lefkosia, Cyprus**

Between

**Mr. Latsanovski Igor of Canada.** - The Beneficial Owner – holder of the Passport Number ▮▮▮▮▮ shall be defined as the physical person entitled to benefit from the property held by the above company, trust, foundation or other investment vehicle or entity organized connected with the above company and duly managed and outsourced administrated by the Agent/or Administrator below, hereinafter referred to as **"Beneficiary"** and/or **"Beneficiaries"**

AND

CYWORLD ALLIANCE LIMITED, 8 Kennedy Avenue, 1st Floor, office 10I, CY-1087, Lefkosia, Cyprus, duly represented by Mrs. Eleni Papapavlou, holder of Passport with Number ▮▮▮▮▮ Acting as the Administrator - hereinafter referred to as "the Administrator"

AND

Mrs. Vasiliki Argyrou of 15, Ellados, 2nd Floor, Office 204, CY-2003, Nicosia, Cyprus,  holder of the Passport Number ▮▮▮▮▮ - Acting as Nominee Director and Secretary  hereinafter referred to as "the Nominee".

WHEREAS

CONSIDERING THAT  the Beneficiary is the ultimate owner of the company and gives exclusively written instructions to the Administrator; and the Beneficiary in consideration given is beneficially interested  and entitled to 2000 (two thousand) ordinary shares of  Euro 1.00 (one)  each, numbered from 1 to 2000 registered in Cyprus thereinafter referred to as the Shares).

CONSIDERING THAT the Administrator accepts instructions from the Beneficiary, regarding the above company,

CONSIDERING THAT the Nominee is in the position and/or the legal capacity & potential to provide services to the Beneficiary, through his Administrator, Agent, or any other parent, subsidiary, affiliate body or any other person appointed to give Nominee services to the Company and/or to act as Director(s) and/or Secretary and/or Member(s) of the Company and  in this capacity perform all corporate acts and actions as he/she may be authorised from time to time by the Beneficial Owner.

CONSIDERING THAT the aforesaid Beneficiary is the absolute owner and entitled to be registered as the owner of 2000 (two thousand) ordinary shares of  Euro 1.00 (one) each in the Company,

EXHIBIT

57

**NOW THIS DEED** made in pursuance and in consideration of the Parties, witnesses as follows:

Page 1 of 6

1) The Beneficial Owner has requested from the Administrator to appoint **Mrs. VASILIKI ARGYROU with Passport Number:** ▮▮▮▮ to act as Nominee of the Company on his/her behalf and in this capacity perform corporate acts and actions as may be requested by them from time to time.

2) It is agreed herewith that the Administrator and/or Nominee will **act for the company only as specifically instructed by the Beneficial Owner/s** or their authorised by law representatives and not on his/her own account. The Nominee will only act as requested or notified by the Beneficial Owner upon only written instructions, which should be given in conformity with the laws of Cyprus or any other countries in which the Company is conducting business activities or any other place having jurisdiction over the Company or where such directions are to be carried out in order to secure the best interest of the company. The Beneficial Owner/s who among other things undertake to ratify all steps taken by the Nominee in execution of their instructions, fully indemnifies the Nominee, who is authorised to act on the Signatories of the Beneficial Owner without proof of the signatures of the Beneficial Owner and the Nominee shall be discharged from any liability towards the Beneficial Owner and other shareholders of the Company and the company when acting accordingly. The Beneficial Owner undertakes the responsibility to give any information which may be asked by the Nominee from time to time. The nominee and administrator reserve the right to take legal actions against the Beneficiary in case of breach of the above agreement. The Beneficial Owner/s undertake's to make prompt payment when due all fees and expenses payable to the Administrator and Nominee in respect of such services. If the fees are not settled in the agreed terms the Administrator and Nominee is entitled to withdraw from the above-mentioned position and the resignation will be filed with the appropriate state authorities, giving in the same time the right for both the Administrator and the Nominee to claim compensation and/or damages for the amounts due.

3) The Nominee accepts to act in this capacity and accepts to act as hereinafter provided for, good and valuable consideration.

4) The Beneficial Owner hereby severally declares, guarantees, warrants, agrees and confirms that the Company will not be engaged in any of the following activities: pornography or other similar activities, money laundering, receiving the proceeds of drug trafficking, receiving the proceeds of criminal activities, terrorist activities, trading with such countries as might from time to time be subject to any embargo issued by the United Nations or any affiliate member or organisation, or any other illegal activity limited but not exclusive to use above Company's Structure for illegal purposes, knows the Beneficiaries, the company structure and the persons who have interests in the transactions of the above company  and that, in his/her their opinion, such persons are engaged in good faith business transactions and will not use the Company in any manner whatsoever that may damage the good reputation of the Administrator and Nominee.

5) It is further agreed herewith, that the Administrator and Nominee do not have direct beneficial interest and/or ownership and/or any right or privilege over the property of the Company.

6) The Beneficial Owner further declares, guarantees, warrants, confirm and agrees to abide and to be bound by the Terms  and Conditions contained in the present Agreement that will also bind on his/her respective executors, administrators and successors in title.

7) The Beneficiary undertakes when Loan Agreements and/or any other kind of contracts or agreements are executed by the Company to notify and inform the other contracting party(s) and/or any other interested or effected person that the Nominee is acting on the capacity of a nominee on the instructions of the Beneficial Owner and that the Nominee undertakes and/or assumes no personal liability, fault, omission, recklessness, on things that ought to be done or ought not to be done.

8) The Administrator and Nominee will act only as requested or notified by the Beneficial Owner/s or their authorised representatives. Their written instructions should be given in conformity with the **Laws of Cyprus** and any other countries in which the Company is conducting business activities. These instructions may be given by fax, e-mail, and scan copy by email, courier or letter. The Beneficial owner agrees, represents, warrants and undertakes responsibility to give any information regarding these instructions asked for by the Administrator or Nominee without any delay of time.

9) The Administrator and Nominee shall be entitled to (at his discretion) to require from the Beneficial Owner or their authorised representatives to give or confirm any direction or instruction in writing and may refrain from acting until written direction or instruction is received. The Administrator and Nominee shall be

Page 2 of 6

entitled to rely on any communication or document (including any cable, telex or fax message scan copy by email, courier, letter) believed to him to be genuine and correct and to have been communicated or signed by him on behalf of the Beneficial Owner or their authorised representatives and shall not be liable to the Professional Intermediary for any consequences of such reliance.

10)   The Beneficial Owner will at all times hereinafter keep the Administrator, Nominee and his executors and administrators and his estate and effects indemnified against all proceedings, debts, liabilities, claims, damages, costs and expenses howsoever arising in relation to or arising out of the Nominee as aforesaid and in particular without affecting the generality of the above against all claims against the Administrator and/or Nominee Director which might arise in the event of the Company being wound up for any reason whatsoever

11)   General Terms: -

(a)   The Beneficial Owner or Authorised Representative will supply full statutory details of the Company and will update this information upon any change, this is to include details of the Company's bank accounts;

(b)   Any disbursements incurred by the Administrator and/or Nominee will be chargeable as and when they occur, including couriers, official fees, time spent on general or accounting enquiries from official bodies;

(c)   The Administrator and/or Nominee will retain the power to refuse to sign any documents which, in his opinion, could cause confusion, are misleading or could be unlawful or such instructions are improper, invalid, illegal, unauthorized or unreasonable;

(d)   Annual renewal invoices will be sent in advance and failure to discharge the fees will result in the Administrator and Nominee resigning giving in the same time the right for both the Administrator and the Nominee to claim compensation and/or damages for the amounts due;

(e)   General Power of Attorney will be given by the Administrator or Nominee for the favour of Beneficiary(s), however if General or Specific Powers of Attorney is desired to be issued for the favour of any person, subject to them being acceptable to the Nominee, then the Beneficiary(s), is are obliged to instruct this in writing. The Beneficial Owner agrees represents warrants and undertakes responsibility to cover and guarantee his Attorney's, his heirs, his successors, his executors and his her assignees. The Administrator or Nominee will be indemnified against all losses, expenses, damages, costs took place, while he she they were acting under their Office as Attorney. All Powers of Attorney will be for a maximum period of 12 moths;

(f)   The Administrator and Nominee, if come into consideration of any inconsistency with any aspect of the way the Company is controlled shall have the power to resign without prior notice giving in the same time the right for both the Administrator and the Nominee to claim compensation and/or damages limited but not excluding to losses/damages and any other kind of penalty suffered while they were providing this specific service to the Beneficiary, from any loss, damage (property or intellectual) or expenses that they may incur by reason of any demands, actions, proceedings, suits of claims made or brought against them as a result of administration of the Company due to the actions of the Beneficial Owner or the Beneficial Owner's Representative.

(g)   Instructions relating to the Company will be taken only from the Beneficial Owner or Authorised Representative, unless the beneficial Owner provides written instructions (and details of) other parties that may give instructions. In this case all the authorised representatives, other parties that may give instructions their heirs, successors, executors and assignees will indemnify the Administrator or Nominee against all losses, expenses, damages, costs took place, while he/she/they were acting under this capacity;

(h)   The personal information of the Administrator or Nominee shall not be registered with any authority without the prior approval of them.

12)   This Agreement may be rescinded at any time by the Beneficial Owner. In this case the Nominee shall within 21 calendar days perform all necessary actions and sign all necessary documents in order to :

Page 3 of 6

(a)   Appoint the person specified by the Shareholder(s) as the new Director(s) and/or Secretary, and/or member(s) of the Company;

(b)   Resigned himself as the Director(s) and/or Secretary and/or member(s) of the Company.

(c)   Appoint a new Director(s) and/or Secretary and/or Members(s) of the company as indicated by the Beneficiary or any other person authorized by the Beneficiary.

(d)   Appoint himself as the Director(s) and/or Secretary and/or member(s) of the Company.

13)   This Agreement may be terminated by the Nominees in case the company fails to comply with clauses 6 above or in case the Beneficial Owner(s) is/ are in breach of any of the Terms and Conditions   of the present agreement. In such an event the Nominees may take all necessary actions to resign from all posts and take legal actions to collect any amount due from the Bank. Also the Nominee reserves the right to terminate this agreement for any reason, provided they give the 21 calendar days of notice in writing (by fax, e-mail, scan copy by email, courier or letter) and hold the right to take legal actions against the Beneficiary.

14)   The agreement terminates also if at any time the Beneficial Owner does not comply with the requirements of any local law that has jurisdiction over the company and neglect to provide any information or document as to the operation of the company or neglect to provide information to prepare the above mentioned reports required by any provision of any local Law that has jurisdiction over the company. Also the right for termination is activated when the Beneficiary violates any requirements of the national and international legislation.

15)   This Agreement may not be amended, modified or supplemented and no waivers of or consents to or departures from the provisions hereof may be given unless consented to in writing by the two parties hereto.

16)   This Agreement may be executed in two or more counterparts and/or by facsimile, scan copy by email, each of which shall be deemed an original but all of which shall constitute one and the same Agreement

17)   In consideration for your acting in such capacity we guarantee, warrant, undertake and agree, as follows:

(a)   That we shall keep you at all times hereafter fully indemnified from and against all loss or damage which you may at any time incur or have incurred or sustain or have sustained arising out or in connection with the provision of such services or by reason of any act, deed, matter or thing done or omitted by you in the capacity as nominee director of the company (other than any act, deed, matter or thing done or omitted to be done in contravention of the laws and regulations of the (Cyprus) or a lawful direction given to you by our officials and against all actions, proceedings, claims, costs and expenses whatsoever arising there out or in connection therewith.

(b)   That we shall fully indemnify you and hold you harmless against any past, pending or future claims of whatever nature and none excluded, exercised by third parties for damages, incurred as a result of the performance of your duties as a nominee director incurred as a result of actions or omissions of previous Directors, co-managing Directors and/or holders or procurators unless such damages result from gross negligence or will full misconduct by you. The indemnity granted to you will include object to the same restrictions. All damages, losses, fines, costs, amounts paid in settlement, expenses and legal fees you may at any time incur.

(c)   That we shall not give you or cause any of our officials to give you any directions which are unlawful under the Laws and regulations of Cyprus or any other place having jurisdiction over the Company or where such directions are to be carried out or which would give rise to any liability by you as aforesaid.

(d)   That you may terminate the assumed obligations and resign from the positions appointing us instead, if we or other persons acting on our behalf fail to fulfil the obligations set forth herein and violate any requirements of the national and international legislation.

(e)   That you may act upon any direction or consent received by or notified to you from our or though one of our dully authorised officials, without inquiry.

Page 4 of 6



**57-4**

(f)  That we shall make prompt payment when due of all fees payable to you in respect of such services.

(g)  That the agreement and obligations on our part herein contained shall be binding on our respective executors, administrators and successors in title.

(h)  All your acts and deeds must be effect by the written instruction of Beneficiary and also changes of specimen signature cards of the account in the Bank where the Company has accounts.

18)  This Agreement shall be governed, construed, validated and exercised in accordance with the laws of Cyprus and all disputes which may arise under, out or in connection with or in relation to this Agreement shall be referred to the exclusive jurisdiction of the Courts of Cyprus.

19)  All terms of this agreement are essential.

20)  The Beneficial Owner fully warrants, guarantees, agrees and acknowledges that he has sufficient information and full acceptance of the Terms and Conditions provided by him/her to the Nominee Director(s) and/or Secretary and/or member(s) and/or Administrator.

21)  All parties confirm that the contents of this agreement has been translated and explained to them in their native language and they fully understand and comprehend the Terms and Conditions of this Agreement. Furthermore all parties confirm that they have read and understood the contents of this agreement and they also took the opportunity to consult it, with a lawyer of their choice, and agree that it accurately reflects their fair understanding of the services that will be undertaken and that they freely, voluntarily and in full comprehension of the same, enter into and sign the present Agreement.

IN WITNESS WHEREOF this Agreement has been signed by the duly authorised representatives of the parties on the date first above written

_____

Signed and Agreed by the Beneficial Owner:

Signature _____
             Beneficial Owner

Signed by (full name) Mr. Latsanovski Igor

Passport No.: ▮▮▮▮▮

_____

Signed and Agreed by the Administrator:

Signature _____
             Administrator

Signed by: Mrs. Eleni Papapavlou

Passport No.: ▮▮▮▮▮

_____

Page 5 of 6



Signed and Agreed by the Nominee:

Signature _____
            Nominee

Signed by (full name) **Mrs. Vasiliki Argyrou**

Passport No.: ███████

*WITNESS:*

(signature) _____          (signature) _____

Full Name: _____          Full Name: _____

Passport Number _____     Passport Number _____

**To:**     Paul Medina[paul@bunzaimedia.com]
**Cc:**     Nasto[avie@globaldomail.com]; Alon Nottea[alon48@bunzaimedia.com]; Lime Light CRM Support[support@limelightcrm.com]
**From:**   Lime Light CRM Support
**Sent:**   Mon 8/13/2012 4:29:15 PM
**Importance:**  Normal
**Subject:**    Re: CA redirect sales
**MAIL_RECEIVED:**  Mon 8/13/2012 4:29:18 PM

Hi Paul,

Sure the accounts you have are as follows:

1. Bunzai Media Group - My Auravie         (Username:
2. Bunzai Media Group Inc.                  (Username:
3. Bunzai Media Group Inc. - Auravie        (Username:
4. Bunzai Media Group Inc. - M3D            (Username:
5. Bunzai Media Group Inc. - Salt Souffle   (Username:
6. DMA MEDIA HOLDINGS, INC                  (Username:
7. DSA Holdings, Inc - Miracle Face Kit      (Username:
8. LIFESTYLE MEDIA HOLDINGS, INC           (Username:
9. SBM Management Inc                        (Username:

Also, please keep in mind that the gateway accounts listed above are all set up in USD currency. If these new MID's are CAD curency you will need to create a new gateway.


Let us know if we can further assist you.




On Mon, Aug 13, 2012 at 4:15 PM, Paul Medina <paul@bunzaimedia.com> wrote:

Will do. Can you send over a list of all our current gateways please, maybe we can use an existing one that is no longer in use.
Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Mon, Aug 13, 2012 at 1:13 PM, Lime Light CRM Support <support@limelightcrm.com> wrote:

We'll be happy to assist you with this, but first please fill out the attached application and send it back to us together with the new MIDs' VAR Sheets.

Thank you,

---

.

On Mon, Aug 13, 2012 at 4:08 PM, Paul Medina <paul@bunzaimedia.com> wrote:

Limelight,
You can start creating a new gateway and standby until I advise which 2 descriptors will be going to this new gateway.

Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Mon, Aug 13, 2012 at 12:56 PM, Lime Light CRM Support <support@limelightcrm.com> wrote:

Hi Paul,

We haven't received any gateway applications to create new gateway accounts.

Please advise, thank you!

---

From: **Paul Medina** <paul@bunzaimedia.com> **92-2**
Date: Mon, Aug 13, 2012 at 3:36 PM
Subject: CA redirect sales

**Exhibit 92**

To: Bernard Milton <bernard@truemarketingpartners.com>, Nastassia Yalley <nastassia@bunzaimedia.com>, Avi Goldman <avigoldman@gmail.com>, Alon N <alon@bunzaimedia.com>

Hello Bernard,
We are ready to start the process in redirecting CA customers to its own gateway. Here's the steps that need to be done

1. Limelight create new gateway for these 2 merchant accounts. Campaign id 111 was created specifically for this purpose.
2. Once Limelight creates new gateway and gives us the info Nastassia will then assign campaign id 111 to this new gateway
3. I will let limelight know which 2 descriptors will be assigned to this new gateway
3. Avi once limelight makes the switch of the 2 descriptors to this gateway, when a customer selects CA in the API switch the campaign ID to 111

Regards and Thanks,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group
(Mobile) 818-983-7202
(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004
(Skype) PMedina0331
Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Monday, February 23, 2015 1:55 PM |
| **To:** | Doron Nottea |
| **Cc:** | Alon Nottea; Avi Argaman |
| **Subject:** | Chargeback Armor Inc docs to open bank account |
| **Attachments:** | Articles of Incorporation_Chargeback Armor Inc.pdf; Untitled attachment 00091.htm; EIN_Chargeback Armor Inc_CP575.pdf; Untitled attachment 00094.htm; Statement of Information_Client.pdf; Untitled attachment 00097.htm |

Hi Doron,

Alon told me that you can set up a bank account for ChargeBack Armor, Inc and have it ready for me to walk in and sign for it at Wells Fargo.

Please see attached the corporate incorporation documents. I will sent you a separate email with a copy of my driver's license but don't use the Malibu address on it. We can use your office address for this bank account until we get our own office.

Thanks,

Mike


Begin forwarded message:


> From: Avico Global <avicoglobal@gmail.com <mailto:avicoglobal@gmail.com> >
> Date: February 19, 2015 at 17:22:02 PST
> To: mike@chargebackarmor.com <mailto:mike@chargebackarmor.com>
> Subject: Chargeback Armor Inc docs


Fyi

**EXHIBIT 369**

3756956

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---------|---------------------------------------|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100 filing fee**.
- A separate, non-refundable **$15 service fee** also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

FEB 1 8 2015

*ICC*            This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name.  Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  CHARGEBACK ARMOR,  INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  MICHAEL COSTACHE
       *Agent's Name*

   b.  200 N MARYLAND AVENUE, SUITE 300          GLENDALE       CA  91206
       *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*  *City (no abbreviations)*  *State*  *Zip*

**Corporate Addresses**

④ a.  200 N MARYLAND AVENUE, SUITE 300          GLENDALE       CA  91206
       *Initial Street Address of Corporation - Do not list a P.O. Box*  *City (no abbreviations)*  *State*  *Zip*

   b.  _____
       *Initial Mailing Address of Corporation, if different from 4a*  *City (no abbreviations)*  *State*  *Zip*

**Shares** (List the number of shares the corporation is authorized to issue.  Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight.  For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____  1000  _____ .

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are made part of these articles of incorporation.

▶ *Michael Costache*                    MICHAEL COSTACHE
  *Incorporator - Sign here*            *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153          2014 California Secretary of State
ARTS-GS (REV 03/2014)                                                          www.sos.ca.gov/business/be

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  02-19-2015

Employer Identification Number:
47-3181016

Form:  SS-4

Number of this notice:  CP 575 A

CHARGEBACK ARMOR INC
200 N MARYLAND AVE STE 300
GLENDALE, CA  91206

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 47-3181016.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

              Form 941               07/31/2015
              Form 940               01/31/2016
              Form 1120              03/15/2016

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY)     575A               02-19-2015   CHAR   B   9999999999   SS-4

　　　If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

　　　The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

　　　To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

　　　\* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

　　　\* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

　　　\* Refer to this EIN on your tax-related correspondence and documents.

　　　If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

　　　Your name control associated with this EIN is CHAR.  You will need to provide this information, along with your EIN, if you file your returns electronically.

　　　Thank you for your cooperation.

(IRS USE ONLY)    575A              02-19-2015   CHAR  B  9999999999  SS-4

Keep this part for your records.         CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                    CP 575 A
correct any errors in your name or address.

                                                           9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  02-19-2015
(     )     -                              EMPLOYER IDENTIFICATION NUMBER:  47-3181016
_____  _____  FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE                  CHARGEBACK ARMOR INC
CINCINNATI  OH  45999-0023                200 N MARYLAND AVE STE 300
|..|.||..|.|...||.|..|.|.||..||.|.||.|.|  GLENDALE, CA  91206

                         **369 - 5**                    **EXHIBIT 369**

# State of California
## Secretary of State

| S |
|---|

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**1.   CORPORATE NAME**

CHARGEBACK ARMOR, INC.

**2.  CALIFORNIA CORPORATE NUMBER**

3756956

*This Space for Filing Use Only*

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

**3.**  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | CA | 91206 |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | **CA** | 91206 |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 8.   SECRETARY | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

MICHAEL COSTACHE

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | | STATE | ZIP CODE |
|---|---|---|---|---|
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | **CA** | 91206 |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS SERVICES

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/19/2015 | MICHAEL COSTACHE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

**EXHIBIT 369**

**From:**          Robert Ungar <rmu@ungarlaw.com>
**Sent:**          Wednesday, June 11, 2014 12:36 PM
**To:**            Doron; accounting@matrix18.com
**Subject:**       Statement dated June 10, 2014
**Attachments:**   statement061014matrix.pdf; Untitled attachment 00006.htm


Attached is my Statement dated June 10, 2014.

# ROBERT M. UNGAR
### 14724 Ventura Boulevard
### Penthouse
### Sherman Oaks, California 91403

Matrix Marketing                                        June 10, 2014
19528 Ventura Blvd., Unit #444                          General
Tarzana, CA 91356

---

**Fees:**                                               **Hours:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/10/14 | RMU | Draft letter to Court reporter; Email from client<br>GODDARD | .2 | $45.00 |
| 06/09/14 | RMU | Review client's depo transcript vol 1 in Century City; Draft changes to depo transcript and transmit to client; Receive and review signature pages for discovery responses; Assemble discovery responses and transmit by mail; Telephone conference with client re Verifications; Telephone conference with Pettit re trial subpoenas; Review draft trial Subpoenas; Letter to opposing counsel<br>GODDARD | 5.5 | $1237.50 |
| 06/08/14 | RMU | Telephone conference with client re Verifications; Draft and revise Supplemental Discovery Responses; Transmit to client<br>GODDARD | 3.8 | $855.00 |
| 06/07/14 | RMU | Receive and review documents from client; Draft and revise Supplemental Discovery Responses; Receive and review emails from Client; Transmit Bates Stamped Production Sets of documents to client<br>GODDARD | 4.6 | $1035.00 |
| 06/06/14 | RMU | Draft and revise Defendants response to expert demand; Telephone conference with client; Receive and review emails from client re documents; Draft and revise supplemental discovery responses; Email to client re MSC; Emails to and from court reporter re review of Vol 1 of client depo transcript;<br>GODDARD | 2.8 | $630.00 |

General Matters                                                      June 10, 2014
Matrix Marketing                                                           Page 2

| 06/05/14 | RMU | Receive and review email from Gareeb; Telephone conferences with client<br>GODDARD | 1.0 | $225.00 |
| 06/04/14 | RMU | Receive and review emails from Gareeb, and reply emails re same; Emails to and from court reporter re review of vol 1 of client depo transcript<br>GODDARD | .6 | $135.00 |
| 06/03/14 | RMU | Receive and review client documents; Telephone conferences with client; Receive and review emails from court Reporter re vol 1 of client depo trancript<br>GODDARD | 1.3 | $292.50 |
| 06/02/14 | RMU | Receive and review emails from client; Email to client<br>GODDARD | N/C | N/C |
| 05/30/14 | RMU | Telephone conferences with client and CPA<br>GODDARD | 1.0 | $225.00 |
| 05/29/14 | RMU | Telephone conference with client; Email to client<br>GODDARD | .3 | $67.50 |
| 05/28/14 | RMU | Receive and review documents from client; Telephone conference with client<br>GODDARD | .7 | $157.50 |
| 05/27/14 | RMU | Email to client re expert witness demand<br>GODDARD | .2 | $45.00 |
| 05/27/14 | RMU | Telephone conference with client re Employment Agreements<br>SECUREMERCHANT | .5 | $112.50 |

**EXHIBIT 388**

General Matters                                                      June 10, 2014
Matrix Marketing                                                          Page 3

| 05/23/14 | RMU | Draft and revise two meet and confer letters to Gareeb; Legal research re same; Telephone conference with Pettit re trial issues and discovery disputes; Receive and review email from client And reply re same GODDARD | 3.1 | $697.50 |
|---|---|---|---|---|
| 05/21/14 | RMU | Draft and revise Supplemental Discovery; Revise 998 offers in compromise; Transmit Service copies; Legal research re employer Issue for trial; Email to Pettit re employer Issue; Email to client re future discovery and Email from client re same; Telephone conference With Pettit re motion to sever and pre-trial procedures GODDARD | 3.3 | $742.50 |
| 05/21/14 | RMU | Telephone conference with David M re Vastpay Operating Agreement; Email To David M re same VASTPAY | .4 | $90.00 |
| 05/20/14 | RMU | Draft and revise 998 offers in compromise; Legal research re same; Emails to and from Client re approval for 998 offers in compromise; GODDARD | 1.0 | $225.00 |
| 05/19/14 | RMU | Telephone conference with client re enforceability of operating agreement; Email to client re same VASTPAY | .4 | $90.00 |
| 05/19/14 | RMU | Receive and review emails from Gareeb GODDARD | .1 | $22.50 |
| 05/15/14 | RMU | Receive and review draft from Jonathan of revised VastPay Operating Agreement; Draft comments and revisions And transmit to client; Telephone conferences With client and Igor re same; Email to Client and Igor re signing operating Agreement VASTPAY | 1.7 | $382.50 |

General Matters                                          June 10, 2014
Matrix Marketing                                             Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/14/14 | RMU | Conference with client and Igor; Revise VastPay Operating Agreement; Conference With VastPay principals and Jonathan re Operating agreement<br>VASTPAY | 8.0 | $1800.00 |
| 05/13/14 | RMU | Attend Client deposition; Draft letter to opposing counsel<br>GODDARD | 4.5 | $1012.50 |
| 05/12/14 | RMU | Attend Client Deposition<br>GODDARD | 8.0 | $1800.00 |
| 05/11/14 | RMU | Receive and review email from Igor re Roman comments to VastPay draft Operating Agreement; Analysis; Reply with comments re same<br>VASTPAY | .7 | $157.50 |
| 05/11/14 | RMU | Legal research re discovery disputes at deposition; Analysis; Draft and revise position letter to opposing counsel<br>GODDARD | 1.5 | $337.50 |
| 05/10/14 | RMU | Meeting with client and Pinnacle PMK<br>GODDARD | 6.0 | $1350.00 |
| 05/09/14 | RMU | Attend client's deposition<br>GODDARD | 8.0 | $1800.00 |
| 05/08/14 | RMU | Client preparation for deposition<br>GODDARD | 4.0 | $900.00 |
| 05/07/14 | RMU | Client preparation for deposition<br>GODDARD | 3.5 | $787.50 |
| 05/05/14 | RMU | Telephone conference with client re Vastpay agreement<br>VASTPAY | .4 | $90.00 |
| 05/05/14 | RMU | Telephone conference with client re Goddard v Bond<br>GODDARD | 1.0 | $225.00 |

General Matters                                                    June 10, 2014
Matrix Marketing                                                   Page 5


| 05/05/14 | RMU | Telephone conference with client and Doron re IRS audit notice | | .5 | $112.50 |
|---|---|---|---|---|---|
| | | Total Hours: | | 78.6 | |
| | | Total Fees: | | | $17685.00 |

**Expenses:**

| 06/10/14 | Postage | 6.45 | |
|---|---|---|---|
| 06/09/14 | Photocopies | 23.50 | |
| 06/09/14 | Parking | 35.00 | |
| 06/09/14 | Postage | 8.15 | |
| | Total Expenses: | | $73.10 |

---

**Summary**

| Previous Balance | $6666.83 |
|---|---|
| Payments | $[6666.83] Thank you |
| Current Fees & Expenses | $17758.10 |
| **Total Now Due** | **$17,758.10** |

**To:**      Doron[doron5000@gmail.com]
**From:**    David Hagen
**Sent:**    Thur 3/22/2012 8:34:53 PM
**Importance:**      Normal
**Subject:**  Re: For Alon Nottea
**MAIL_RECEIVED:**   Thur 3/22/2012 9:07:15 PM

Thanks.  I will have a draft by Monday.

David

On Thu, Mar 22, 2012 at 5:27 PM, Doron <doron5000@gmail.com> wrote:

Hi David,

It was a pleasure to meet you on Tuesday.

I have enclosed more docs I had for your review and I will continue to
give me more as I see them.

I sent you 2K today the check will come from Agoa Holdings please
please DON'T write Alon's Name on it.

Please let me know if you don't receive it by Monday.

I will be put of the country from the 13th to May 1st so please let me
know if there is any other paper work you need from me.

Thanks Again,
Doron
████████C
818.785.7000 Office

**EXHIBIT 485**

**From:**        Doron <doron@doron.us>
**Sent:**        Monday, October 08, 2012 8:50 PM
**To:**          Alon N
**Subject:**     Go over and approve avi's charges
**Attachments:** Avi Bills.xlsx

** This email message and any attachments hereto is intended for use only by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you have received this email in error, please immediately notify the sender and permanently delete the original and any copy of this message and its attachments.  Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or other legal document.**

1

**EXHIBIT 488**

**AUGUST**

LTU Communications August Charges Pinacle

| | | |
|---|---|---|
| Toll Free + Forwarding 225k @ 2.9 Cent | 6250 | Paid 8-8-12 |
| Televantage - 500 | 500 | Paid 8-8-12 |
| 72 in/out Unlimited Channels $35 | 2520 | Paid 8-8-12 |
| | **9270** | Paid $9270 |

Inet  August Charges SBM

| | | |
|---|---|---|
| CC Software Maintenance | 2500 | Paid 8-22-12 |
| Kevin (sms+angel) | 4000 | Paid 8-22-12 |
| Matan T9 Website | 1500 | Paid 8-22-12 |
| Hosting | 1675 | Paid 8-22-12 |
| | **9425** | paid - $8,254.85 |
| | BALANCE 1170.15 | paid - $1170.15 |
| | Balance 0 | |

**September**

LTU Communications September Charges Pinacle

| | | |
|---|---|---|
| Toll Free + Forwarding 225k @ 2.9 Cent | 6250 | |
| Televantage - 500 | 500 | |
| 72 in/out Unlimited Channels $35 | 2520 | |
| ltu communication BOFA - ███████4771 | **9270** | paid bank dep |

Inet September Charges SBM

| | | |
|---|---|---|
| CC Software Maintenance | 2500 | |
| Hosting | 1675 | |
| New development per alon | 5000 | |
| Inet Methods BOFA - ██████4795 | **9175** | Paid $1,885.22 |
| | 7289.78 | Paid $4,820.49 |
| | Balance 0 | Paid $2,469.29 |

**October**

LTU Communications October Charges Pinacle

| | | |
|---|---|---|
| Toll Free + Forwarding 225k @ 2.9 Cent | 6250 | |
| Televantage - 500 | 500 | |
| 72 in/out Unlimited Channels $35 | 2520 | |
| ltu communication BOFA - ██████4771 | **9270** | |

Inet October Charges SBM

| | | |
|---|---|---|
| CC Software Maintenance | 2500 | |
| Hosting | 1855 | |
| New development per alon | 5000 | |
| Inet Methods BOFA - ██████4795 | **9355** | |

**EXHIBIT 488**

**From:**  Alon | NWM <vigorect@gmail.com>
**Sent:**  Monday, January 09, 2012 4:16 PM
**To:**  Doron
**Subject:**  Fwd: UMS Banking, confidential
**Attachments:**  Bunzai profit quote.xls; ATT00168.htm

We need to go thru this together on a computer

Best Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.
Skype |
Mobile |
Direct | 818.200.1035

Begin forwarded message:

> **From:** Dylan Gaines <dylan.gaines@umsbanking.com>
> **Date:** January 9, 2012 2:00:03 PM PST
> **To:** alon@bunzaimedia.com
> **Subject:** UMS Banking, confidential

Alon,

I have gone over the numbers and I am lowering your rates from 2.65% to 2.35%. This is based on the volume numbers that you anticipate hitting. I have attached a spread sheet that goes over our different referral partner programs and you can tell me what you would prefer. The buy rate program looks much better:).

Please let me know if you have any questions.

I look forward to working with you:).

Sincerely,

Dylan Gaines

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information in this e-mail and in any attachments is CONFIDENTIAL and intended

for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law. You are hereby notified that any dissemination, distribution,
duplication or retaining of this transmission by someone other than
the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us
by return (reply) e-mail immediately.
Thank you.
*******************************************************************************



| | | | |
|---|---|---|---|
| **Merchant Name** | Name of merchant | | *PLEASE START USING THIS MODEL* |
| **Merchant Industry** | Product sold | | *STARTING FROM NOW ON.* |

Marketing Program ("miles","cash","OLR",SSB, RMS.or None)        None

**Sales Person Code**                                   UMS          Rep Code

| | Annual | monthly |
|---|---|---|
| **Estimated Annual Volume** | 50,000 | $4,167 |
| **Estimated Average Ticket** | $200 | $200 |
| **Tranactions** | 250 | 21 |

| | | |
|---|---|---|
| **% Visa/ MasterCard** | 80% | $40,000 |
| **% Offine Debit** | 10% | $5,000 |
| **% Online Debit** | 0% | $0 |
| **% Non Bankcard** | 10% | $5,000 |
| **% Cash** | 0% | $0 |

**WHAT TYPE OF MERCHANT IS THIS?**    (Can only choose 1 - Enter a 1 for type of merchant) See ----> for SIC code info

| | | | |
|---|---|---|---|
| 1 | RETAIL | Face to face transactions | 0% % mid Qualified |
| 0 | Small Ticket | Face to face transactions under $15 | 10% % Non Qualified |
| 0 | Emerging Markets | Face to face transactions - Insurance | |
| 0 | Supermarket | Face to face transactions - Supermarket/Warehouse | |
| 0 | HOTEL | Hotels that offer multiple night stays, otherwise use RETAIL. | |
| 0 | MAIL/TELEPHONE ORDER | 100% Key Entered / 100% MOTO with AVS | |
| 0 | INTERNET | 100% Visa EIRF / 100% MC Merit 1 | |
| 0 | FOREIGN CARD MOTO | 100% Foreign Card / Visa EIRF/ MC Foreign Standard | |
| 0 | COMMERCIAL | 100% Commercial/Corporate Card sales | |

| n | Will this merchant be using Dial Pay ? |
|---|---|
| n | Will this merchant need Level 3 processing? |

*check:*        Type of Merchant chosen is -          RETAIL

**WHAT TYPE OF AUTHORIZATIONS WILL THEY BE USING?**        (Can only choose 1 - Enter a 1 for type of authorization)

| | | |
|---|---|---|
| 1 | Terminal Authorization & Capture | Dial-up |
| 0 | VirtualNet SSL/SET Auth & Capture | DSL, Cable, High speed internet |
| 0 | VirtualNet IP Auth & Capture | Frame Relay, Direct cable connection |
| 0 | Saratoga Auths | Host to host application |

*check:*        Type of Auths chosen is -          Terminal Authorization & Capture

| Will this client be processing Non bank cards? | Y | 1 Y or N |
|---|---|---|
| Estimated Volume? | 5,000 | |

| Are we providing Gateway services | N | |
|---|---|---|

**HOW MANY STATEMENTS OR MERCHANT ID'S WILL BE NEEDED?**      1 **    # of locations/statements total
**\*\* This is very important for lower volume/lower return pricing.**      0    *for this merchant*

Please chose how you want to price this merchant:

| Fixed Discount Pricing | 1 |
|---|---|
| Interchange & Assessment Pass Through | 0 |

*check:*        okay

**Monthly Fee**

| Include monthly statement fee per location | $10.00 |
|---|---|
| Total annual charges to merchant = | $120.00 |

| **Application Fee Charged** | $0.00 |
|---|---|
| **Start Up / Reprogramming / Other Fees** | $0.00 |

| **Annual Fee Charged** | $25.00 |
|---|---|

| | | BUSINESS PLANNED HURDLE | GAP +/- |
|---|---|---|---|
| **RETURN TO CPSI** | 0.31% | 0.20% | 0.11% |
| **THIS MODEL IS APPROVED** | | | |

| | | | | |
|---|---|---|---|---|
| **Fixed Discount Pricing Bundled** | Discount | | 2.00% | |
| **Fixed Discount Pricing Credit** | Discount | | 0.00% | |
| **Fixed Discount Pricing Debit** | Discount | | 0.00% | |

| | | | |
|---|---|---|---|
| **Settlement Transaction Fees** | | $0.000 | |

**Authorization Fees**

| | | | |
|---|---|---|---|
| Dial Up | Terminal Authorization & Capture | $0.250 | |
| Internet | VirtualNet SSL/SET Auth & Capture | $0.000 | |
| Internet | VirtualNet IP Auth & Capture | $0.000 | |
| VAP | Saratoga | $0.000 | |
| Voice | Voice Authorization Fees | $0.800 | approved amount is $0.60 |
| | | | |
| Other | EBT Fees | $0.100 | approved amount is $.10 |
| Other | Debit Fees | $0.400 | approved amount is $0.40 |
| Other | Non-Bankcard Fees | $0.250 | |
| | | | |
| **Minimums** | Monthly Minimum | $20.00 | approved amount is $25.00 |

**ADDITIONAL PRICING ITEMS - STANDARD MERCHANTS**

| | Pricng Minimum | This Merchant | |
|---|---|---|---|
| Chargeback Fees | $ 20.00 | $ 20.00 | |
| Mid-Qualify Fees | 2.19% | 0.50% | -0.19% |
| Non-Qualify Fees | 2.68% | 1.00% | -0.68% |

**EQUIPMENT**
**Will this merchant be RENTING equipment from us?**   N
**How many terminals and printers?**   1
*Count as 1 if Tranz and Printer will be rentea*

**Chargeback Estimate**
Estimated # of chargebacks per year   0
* Please increase for riskier merchants.

**ADDITIONAL PRICING ITEMS - SPECIAL ITEMS**

**One Time Set Up and Monthly Fees**

| | Set Up | Monthly | How Many L |
|---|---|---|---|
| IP line fees | $500.00 | $500.00 | 0 |
| Saratoga | $1,500.00 | $1,500.00 | 0 |

| | | |
|---|---|---|
| **Will this merchant be using Web Reporting?** | n | "Y" if Yes, "N" if No. |
| **What are you going to charge the Merchant?** | $0.00 | per user per month |
| Not a using Web Reporting. | 0 | |
| Not a using Web Reporting. | 0 | |

| | | |
|---|---|---|
| **Will this merchant be using POS Partner?** | N | "Y" if Yes, "N" if No. |
| Not a POS Partner Merchant. | 1 | **Not using POS Partner.** |

**POS PARTNER Monthly Maintenance Fee**
| | | |
|---|---|---|
| Monthly Maintenance should be $10 min. | $0.00 | **Our current cost is $7.00 per month** |
| Total annual charges to merchant = | $0.00 | |

**Bankcard Split (if known, otherwise assume 65% Visa, 35% MasterCard)**

| | | |
|---|---|---|
| Visa | 60% | |
| MasterCard | 40% | |
| Total | 100% | |

*check:*   **Split okay.**

**CITICORP PAYMENT SERVICES, INC.**
**SUMMARY PRICING MODEL**
**OFFERED PRICING FOR**
**Name of merchant**
MODEL EFFECTIVE 9/1/04

| ASSUMPTIONS | Merchant Priced for: | RETAIL |
|---|---|---|
| SALES PERSON | UMS | |

| | | | IMPORTANT NOTES FOR ACCOUNT MGMT OR SALES |
|---|---|---|---|
| Annual Volume Estimate | | $50,000 | Not Deploying Equipment |
| Average Ticket Size | | $200 | |
| Annual # of Transactions | | 250 | Non Bankcard information is needed |
| Monthly # of Statements/Merchant ID's | | 1 | |

| | | |
|---|---|---|
| Visa % of transactions | 60.0% | |
| MasterCard % of transactions | 40.0% | |
| Charge offs/Fraud Losses % of sales | | assumed |
| Chargebacks as a % of transactions | | all merchants default to at least .05% chargeback per year. |

| X | **FIXED DISCOUNT PRICING** | |
|---|---|---|
| | MasterCard Discount Percentage | **2.00%** |
| | Visa Discount Percentage | **2.00%** |
| | Debit (Visa/MasterCard) Discount Percentage | **2.00%** |
| | Debit (Pin Based) per item fee | $    0.40 |
| | EBT Card per transaction fee | $    0.10 |
| | | |
| | Mid Qualified surcharge on Discount rate | **0.50%** |
| | Non Qualified surcharge on Discount rate | **1.00%** |

| | **Interchange and Assessment Pass through pricing** |
|---|---|
| | This merchant is priced on Gross sales Daily. Exception to this needs approval |

| | Net Sales exception | |
|---|---|---|
| | Monthly settlement excep ion | |

*** Rate is subject to volume and ticket size verification.**

| Other Fees |
|---|

| | | | | | |
|---|---|---|---|---|---|
| Application Fee (Non refundable) | $    - | | Non Sufficient Funds (NSF) Fee per occurance | $    20 00 |
| Per transaction Fee | $    - | | Online reporting Fees Single Location | $    - |
| BPS of Sale fee | | | Online reporting Fees Multi Location | $    - |
| | | | Software/Internet Help Desk fee per call | $    10 00 |
| **Authorization Fees** | | | Reject File Fee per occurrence | $    5 00 |
| Terminal Authorization & Capture | $    0.2500 | | Replacement paper statement fee | $    15 00 |
| VirtualNet SSL/SET Auth & Capture | $    - | | Annual Fee | $    25 00 |
| VirtualNet IP Auth & Capture | $    - | | Account Change Fee | $    5 00 |
| Saratoga | $    - | | | |
| | | | **Internet Gateway Fees Cybersource reseller** | |
| Chargeback Fee | $    20.00 | | Set-up fee | $    - |
| Non-Bankcard Fees | $    0.2500 | | Monthly Fee | $    - |
| Voice Authorization Fees | $    0.80 | | Per Authorization Fee | $    - |
| Reprograming Fee | $    - | | | |
| Set Up Fees for Auth Type | $    - | | Monthly Minimum | $20.00 |
| Monthly Maintenance Fees | $    10 | | | |
| Pin Pad injection fee | $    - | | Rushed Application Charge | $50 00 |

| | Current | HURDLE | GAP +/- |
|---|---|---|---|
| **RETURN TO CPSI** | 0.31% | 0.20% | 0.11% |

*Notes: Fee approval levels apply. Please refer to latest approval hurdle bulletin for details.*

**THIS MODEL IS APPROVED**

COMPLETED BY _____

**Reasons for Approval**
☐ Major/National Merchant/presence
☐ Major Merchant in Segment/Channel
☐ Large Bank Relationship
☐ GCIB Relationship
☐ Large Volume Merchant
☐ Other_____

CONCURRENCE _____

**518 - 5**                    **EXHIBIT 518**

*United Merchant Services offers competitive pricing -- with rates deducted monthly, not daily.*

**Merchant Name:**          **Bunzai Media**

**This is an analysis on a 10% gross profit program vs. a buy rate at 2.25% $.25 per transaction and**

|  | | |
|---|---|---|
| Annual Sales | | $30,000,000 |
| Credit Annual Sales | | $30,000,000 |
| Debit Annual Sales | | $30,000,000 |
| Avg Ticket | | $98.00 |

|  | | Profits from 10% gross | | Profits from a buy rate | |
|---|---|---|---|---|---|
|  | | Rate | proft | Rate | profit |
| Discount Rate Qualified | | 2.35% | $16,500.00 | 2.35% | $30,000.00 |
| Discount Rate (credit) | | 0.00% | | 0.00% | |
| Authorization Fee | | $0.30 | $3,061.22 | $0.30 | $30,612.24 |
| Voice Authorization Fees | $ | - | | $0.80 | |
| Referral Voice Auth Fees | $ | 0.80 | | $0.00 | $0.00 |
| Non-Bankcard Fees (AMEX) | 16% $ | 0.05 | | $0.10 | |
| Set Up Fees | | $0.00 | | $0.00 | |
| Monthly Fees | | $10.00 | | $10.00 | |
| Online Reporting Monthly Fee | | $0.00 | | $0.00 | |
| Chargeback Fee | 0 $ | 25.00 | $39,000.00 | $25.00 | $45,000.00 |
| Non Qual fees | 35% | 1.12% | $20,000.00 | 1.12% | $16,350.00 |
|  | 0% | 0.00% | | 0.00% | |
|  | | | | | |
| Total | | | $78,561.22 | | $121,962.24 |

**d $20 chargeback fee**

EXHIBIT 518

### Citicorp Payment Services, Inc
### Summary Pricing Model
### Name of merchant

**MODEL EFFECTIVE 9/1/04**

**Note on assumptions:**

**RETAIL**

| _Statistics_ | | Annual | Monthly |
|---|---|---|---|
| Total Card volume | | 45,000 | |
| Credit Volume | | 40,000 | 3,333 |
| Debit Volume | | 5,000 | |
| Ticket Size | $ | 200 | |
| Discount Rate bundled | | **2.00%** | |
| Discount Rate credit | | **0.00%** | |
| Discount Rate debit | | **0.00%** | |
| Chargeback Rate % of transactions | | 0.00% | |
| Charge-Offs (% of Sales) - FRAUD | | 0.00% | |
| Credits/Return Rate | | 4.5% | |
| Transaction Processing Cost | $ | 0.10 | |
| Monthly Processing Cost | $ | 5.00 | |
| Sales Volume Based Interchange Rate | $ | 669 | |
| Transaction Based Interchange Rate | $ | 23.75 | |
| Total Interchange & Assessment Cost | | 1.86% | |
| Number of Transactions | | 250 | |

| _Transaction Revenue_ | Annual | Monthly | Per Trans | BP of Sales |
|---|---|---|---|---|
| Gross Discount Revenue | 900 | 75 | $ 3.60 | 2.25% |
| Downgrade Revenues | 16 | 1 | $ 0.06 | 0.04% |
| Application Fee Revenue (net of bonus) | - | - | $ - | 0.00% |
| Set Up Revenue | - | - | $ - | 0.00% |
| Monthly Revenues | 145 | 12 | $ 0.58 | 0.36% |
| WEB Reporting Revenue | - | - | $ - | 0.00% |
| Fee Revenue | 78 | 7 | $ 0.31 | 0.20% |
| Total Revenue before Inter and Asses | 1,139 | 95 | $ 4.56 | 2.85% |
| Interchange and Assessments | (743) | (62) | $ (2.97) | -1.86% |
| Net Discount Revenue | 396 | 33 | $ 1.59 | 0.99% |
| Transaction Processing Cost | (24) | (2) | $ (0.10) | -0.06% |
| Monthly Processing Cost | (60) | (5) | $ (0.24) | -0.15% |
| Chargeoffs | - | - | $ - | 0.00% |
| Total Annuals Costs | (84) | (7) | $ (0.34) | -0.21% |
| Set Up Costs | - | - | $ - | 0.00% |
| Iso Residual | (188) | (16) | $ (0.75) | -0.47% |
| Transaction Revenue | 125 | 26 | $ 0.50 | **0.31%** |
| _Minimum fee ($25 min a mo)_ | - | - | $ - | _0.00%_ |
| Transaction Revenue (W/MIN FEE) | 125 | 26 | $ 0.50 | **0.31%** |
| % of Net Discount Revenue | _31.54%_ | _78.86%_ | | |

4/18/2016 8:38 AM                    C:\Bunzai profit quote.xls                    *PAGE 2*

### Citicorp Payment Services, Inc
### Summary Pricing Model
### Name of merchant
### MODEL EFFECTIVE 9/1/04

**Note on assumptions:**
**RETAIL**
**Growth Rate**                     10.00%

**Statistics**

| | Year 1 | Year 2 | Year 3 | Cummulative |
|---|---|---|---|---|
| Volume | 50,000 | 55,000 | 60,500 | 165,500 |
| Ticket Size | $ 200 | $ 200 | $ 200 | 200.00 |
| Transactions | 250 | 275 | 303 | 828 |

**Transaction Revenue**

| | Annual | Annual | Annual | Annual | Per Trans | BP of Sales |
|---|---|---|---|---|---|---|
| Gross Discount Revenue | 900 | 990 | 1,089 | 2,979 | $ 3.60 | 1.80% |
| Application Fee Revenue (net of bonus) | - | - | - | - | $ - | 0.00% |
| Set Up Revenue | - | - | - | - | $ - | 0.00% |
| Monthly Revenues | 145 | 160 | 175 | 480 | $ 0.58 | 0.29% |
| WEB Reporting Revenue | - | - | - | - | $ - | 0.00% |
| Fee Revenue | 78 | 86 | 95 | 259 | $ 0.31 | 0.16% |
| Total Revenue before Inter and Asses | 1,139 | 1,235 | 1,359 | 3,734 | $ 4.51 | 2.26% |
| Interchange and Assessments | (743) | (817) | (899) | (2,458) | $ (2.97) | -1.49% |
| Net Discount Revenue | 396 | 418 | 460 | 1,275 | $ 1.54 | 0.77% |
| Transaction Processing Cost | (24) | (26) | (29) | (79) | $ (0.10) | -0.05% |
| Monthly Processing Cost | (60) | (66) | (73) | (199) | $ (0.24) | -0.12% |
| Chargeoffs | - | - | - | - | $ - | 0.00% |
| Total Annuals Costs | (84) | (92) | (101) | (277) | $ (0.34) | -0.17% |
| Set Up Costs | - | - | - | - | $ - | 0.00% |
| Transaction Revenue | 125 | 326 | 359 | 998 | $ 1.21 | **0.60%** |
| *Minimum fee ($25 min a mo)* | - | - | - | - | $ - | *0.00%* |
| Transaction Revenue (W/MIN FEE) | 125 | 326 | 359 | 998 | $ 1.21 | **0.60%** |
| % of Net Discount Revenue | *31.54%* | *77.97%* | *77.97%* | *78.25%* | | |

### *Name of merchant*
### *Pricing Model - Assumptions & Buildups*
### *MODEL EFFECTIVE 9/1/04*

| Note on assumptions: | | | | Current monthly volume | | 1,577,951 |
|---|---|---|---|---|---|---|
| RETAIL | | | | | | 25 |

| *Portfolio Characteristics* | ANNUAL | | | MINIMUM MONTHLY | | |
|---|---|---|---|---|---|---|
| Volume | | 50,000 | | | 4,167 | |
| Ticket Size | $ | 200 | | $ | 200 | |
| Numer of Transactions | | 250 | | | 21 | |
| Discount Rate | | 2.00% | | 2.00% | $ | 83 |
| Charge-Offs (% of Sales) - FRAUD | | 0.00% | | No | $ | (58) |

| *Fee Revenue Buildup* | | Unit Fee | # Trans | Monthly Rev | | Annual Rev | | |
|---|---|---|---|---|---|---|---|---|
| Transaction Revenue | $ | - | 250 | $ | - | $ | - | 0 |
| Chargeback | $ | 20.00 | - | $ | - | $ | - | |
| Terminal Authorization & Capture | $ | 0.25 | 288 | $ | 6 | $ | 72 | |
| VirtualNet SSL/SET Auth & Capture | $ | - | - | $ | - | $ | - | |
| VirtualNet IP Auth & Capture | $ | - | - | $ | - | $ | - | |
| Async Auth & Capture | $ | - | - | $ | - | $ | - | |
| X.25 Auth & Capture | $ | - | - | $ | - | $ | - | |
| Saratoga Auths | $ | - | - | $ | - | $ | - | |
| Online Debit | $ | 0.40 | - | $ | - | $ | - | |
| Non bank card revenue | $ | 0.25 | 25 | $ | 1 | $ | 6 | |
| Mid/Non Qualifing Revenue | | | | $ | - | $ | - | |
| Total Fee Revenue | | | | $ | 7 | $ | 78 | |

| *Transaction Based Costs* | | Per Trans Cost | Percent Of Trans | Estimated Trans Cost | Monthly Cost | | Annual Cost | |
|---|---|---|---|---|---|---|---|---|
| *Auth & Capture Expenses* | | | | | | | | |
| Terminal Authorization & Capture | $ | 0.0800 | 115.00% | 0.0920 | $ | 2 | $ | 23 |
| Capture only | $ | 0.0800 | 3.00% | 0.0024 | $ | 0 | $ | 1 |
| VirtualNet SSL/SET Auth & Capture | $ | 0.0800 | 0.00% | - | $ | - | $ | - |
| VirtualNet IP Auth & Capture | $ | 0.0800 | 0.00% | - | $ | - | $ | - |
| Saratoga Auths | $ | 0.0800 | 0.00% | - | $ | - | $ | - |
| Dial Pay Auths | $ | 0.5000 | 0.00% | - | $ | - | $ | - |
| On Line Debit | $ | 0.4000 | 0.00% | - | $ | - | $ | - |
| Non bank card fees | $ | 0.0800 | 10.00% | 0.0080 | $ | 0 | $ | 0 |
| Level Three | $ | 0.0300 | 0.00% | - | $ | - | $ | - |
| | | | | | | | | |
| *Clearing & Settlement* | | | | | | | | |
| Outgoing Transactions total fees | $ | - | 100.00% | - | $ | - | $ | - |
| Incoming Transactions | $ | - | 0.50% | - | $ | - | $ | - |
| On-Us Transactions | $ | - | 0.05% | - | $ | - | $ | - |
| | | | | | | | | |
| *ACH Deposit Fees* | | | | | | | | |
| Merchant Deposit Trans fee | $ | - | 30.00 | - | $ | - | $ | - |
| *Exception Processing* | | | | | | | | |
| Request for Copy | $ | - | 0.05% | - | $ | - | $ | - |
| Chargebacks | $ | 5.00 | 0.00% | - | $ | - | $ | - |
| Total Transaction Driven Cost | | | | 0.0952 | $ | 2 | $ | 24 |

| *Monthly Costs* | | Unit Cost | Monthly Count | Monthly Cost ($) | | Annual Cost ($) | |
|---|---|---|---|---|---|---|---|
| *Merchant Support* | | | | | | | |
| Merchant Account Entry | $ | - | 1.000 | $ | - | $ | - | 1 time fee per MID |
| Merchant Account Maintenance | $ | - | 1.000 | $ | - | $ | - |
| Customer Service fixed/month | $ | - | 1.000 | $ | - | $ | - | fixed monthly |
| Terminal Support (fixed)/month (11.2) | $ | - | 1.000 | $ | - | $ | - | fixed monthly |
| *Communication Costs* | | | | | | | |
| Statements/Postage/Envelopes | $ | - | 1.000 | $ | - | $ | - |
| Chain Summary Statement | $ | - | - | $ | - | $ | - | VALIDA |
| | | | | | | | |
| *Internal Costs* | | | | | | | |
| Overhead per transaction | | 0.00% | 50,000 | $ | - | $ | - |
| RM Support | $ | - | 5,000 | $ | - | $ | - |
| *Merchant Reporting* | | | | | | | |
| Accounts on File per account | $ | 5.000 | 1.000 | $ | 5.00 | $ | 60 |
| | | | | | | | |
| | $ | 0.2400 | | $ | 5.00 | $ | 60 |

C:\Bunzai profit quote.xls   *PAGE 3*

**518 - 11**   **EXHIBIT 518**

**Citicorp Payment Services, Inc**
**Summary Pricing Model - Interchange Buildup**
**MODEL EFFECTIVE 9/1/04**

| Note on assumptions: | | | | | |
|---|---|---|---|---|---|
| RETAIL | Total Visa/Mastercard Credit Sales Volume | 40,000 | Visa | MC | |
| | Total Visa/Mastercard Debit Sales Volume | 5,000 | 60% | 40% | |
| | Average Ticket | $200 | | | |

| | Published Rates % Sales | Per Trans | Percent Of Sales Volume | Sales Dollars | Ticket Size | Transaction Volume | Interchange Dollars % Sales | Per Trans |
|---|---|---|---|---|---|---|---|---|
| **VISA** | | | | | | | | |
| *Credit* | | | | | | | | |
| Account Funding | 2.14% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Automated Fuel Dispenser | 1.50% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Corporate/Business/Purchase Card - Non Travel Service - Level 2 | 1.90% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Corporate/Business/Purchase Card - Non Travel Service - Level 3 | 1.70% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Commercial Card - Electronic | 2.20% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Commercial Card - Standard | 2.70% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS E-Commerce – Consumer/Commercial | 1.85% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS E-Commerce Preferred- Consumer/Commercial | 1.80% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS Service Station | 1.43% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS Restaurant Credit | 1.54% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS Small Ticket | 1.65% | $ 0.04 | 0.0% | - | $200.00 | - | - | - |
| CPS/Car Rental - Card Not Present | 1.58% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Car Rental - Card Present | 1.58% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Card Not Present | 1.85% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Express Pay | 2.00% | $ 0.02 | 0.0% | - | $200.00 | - | - | - |
| CPS/Hotel-Card Not Present | 1.58% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Hotel-Card Present | 1.58% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail | 1.54% | $ 0.10 | 100.0% | 24,000 | $200.00 | 120 | 369.60 | 12.00 |
| Electronic (EIRF) | 2.14% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| GSA Large Ticket (equal to or greater $8,750 avg ticket) | 1.35% | $ - | 0.0% | - | $200.00 | - | - | - |
| GSA Large Ticket (Less than $8,750 average ticket) | 0.95% | $ 35.00 | 0.0% | - | $200.00 | - | - | - |
| Infinite Card | 1.80% | $ - | 0.0% | - | $200.00 | - | - | - |
| International Commercial Card | 1.80% | $ - | 0.0% | - | $200.00 | - | - | - |
| International Electronic | 1.00% | $ - | 0.0% | - | $200.00 | - | - | - |
| International Standard | 1.44% | $ - | 0.0% | - | $200.00 | - | - | - |
| Passenger Transport | 1.75% | $ 0.05 | 0.0% | - | $200.00 | - | - | - |
| Retail II (Emerging Market use only) | 1.43% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Retail Key Entered | 1.85% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Signature Electronic | 2.14% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Signature Standard | 2.63% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| Standard Credit | 2.63% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Supermarket Credit | 1.24% | $ 0.05 | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – Comm | 2.21% | $ - | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – Consumer | 1.62% | $ - | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – MOTO | 2.00% | $ - | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – PT | 1.94% | $ - | 0.0% | - | $200.00 | - | - | - |
| *Debit* | | | | | | | | |
| CPS Small Ticket Debit | 1.60% | $ 0.04 | 0.0% | - | $200.00 | - | - | - |
| CPS Automated Fuel Dispenser | 0.70% | $ 0.17 | 0.0% | - | $200.00 | - | - | - |
| CPS Account Funding Debit | 1.75% | $ 0.20 | 0.0% | - | $200.00 | - | - | - |
| CPS E-Commerce Basic Debit | 1.60% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS E-Commerce Preferred Debit | 1.55% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS/Hotel-Car Rental - Card Not Present | 1.36% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS Express Payment Debit | 1.95% | $ 0.02 | 0.0% | - | $200.00 | - | - | - |
| CPS/Hotel-Car Rental Card Present | 1.36% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail 2 Debit | 0.80% | $ 0.25 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail Card Not Present Debit | 1.60% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail Debit | 1.05% | $ 0.15 | 100.0% | 3,000 | $200.00 | 15 | 31.50 | 2.25 |
| CPS/Restaurant Deb t | 1.19% | $ 0.10 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail Key Entry Debit | 1.60% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| Electronic (EIRF) Debit | 1.75% | $ 0.20 | 0.0% | - | $200.00 | - | - | - |
| Passenger Transport Debit | 1.60% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| Standard Debit | 1.90% | $ 0.25 | 0.0% | - | $200.00 | - | - | - |
| Supermarket Credit Debit (maximum $.35 come in to play for tickets over $23) | 1.05% | $ 0.15 | 0.0% | - | $200.00 | - | - | - |
| CPS/Retail Service Station Debit | 0.70% | $ 0.17 | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – MOTO | 1.87% | $ - | 0.0% | - | $200.00 | - | - | - |
| US Credit VCR – PT | 1.31% | $ - | 0.0% | - | $200.00 | - | - | - |
| | | | | | | | | |
| Total | | | 100.0% | 27,000 | 200.00 | 135 | 401.10 | 14.25 |
| Rates | | | | | | | 1.49% $ | 0.11 |

| | **Foreign Acquiring Program** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | % Sales | Per Trans | % Sales | Total % Sales | | | | |
| **MasterCard** | | | | | | | | |
| *Credit* | | | | | | | | |
| Merit3 | 1.54% | $ 0.10 | | 100.0% | 16,000 | $200.00 | 80 | 246.40 | 8.00 |
| Merit 1 | 1.90% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Key Entered | 1.90% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Consumer Standard | 2.70% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate Face To Face (Non T&E) | 1.54% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate T&E I | 2.30% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Corporate T&E II | 2.15% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate T&E III | 2.05% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Travel Premier | 1.58% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate Data Rate I (Non T&E) | 2.65% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate Data Rate II (Non T&E) | 1.95% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Corporate Data Rate III (Non T&E) | 1.65% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Corporate Standard | 2.70% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Corporate Large Ticket | 1.20% | $ 40.00 | | 0.0% | - | $200.00 | - | - | - |
| Cash Disbursements | | $ 2.05 | | 0.0% | - | $200.00 | - | - | - |
| CPS Small Ticket | 1.65% | $ 0.04 | | 0.0% | - | $200.00 | - | - | - |
| Convenience Purchases | 1.80% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Services Industries | 1.15% | $ 0.05 | | 0.0% | - | $200.00 | - | - | - |
| Payment Transaction (Consumer & Corp.) | 0.19% | $ 0.53 | | 0.0% | - | $200.00 | - | - | - |
| Travel Industry Premier Service (TIPS) | 1.58% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Passenger Transport | 1.75% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Warehouse Club | 1.36% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Automated Fuel Dispenser (CAT) | 1.50% | $ 0.05 | | 0.0% | - | $200.00 | - | - | - |
| Public Sector | 1.55% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Supermarket | 1.36% | $ - | | 0.0% | - | $200.00 | - | - | - |
| International Electronic | 1.16% | $ - | | 0.0% | - | $200.00 | - | - | - |
| International Standard | 1.69% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Int'l Corporate Purchasing Data Rate II | 1.55% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| International Corporate | 1.85% | $ - | | 0.0% | - | $200.00 | - | - | - |
| International Corporate Purchasing | 1.85% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Int'l Corporate Purchasing Large Ticket | 0.75% | $ 30.00 | | 0.0% | - | $200.00 | - | - | - |
| Int'l Full UCAF | 1.60% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| World MasterCard T&E | 2.20% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| *Debit* | | | | | | $200.00 | - | - | - |
| Merit3 (1) | 1.05% | $ 0.15 | | 100.0% | 2,000 | $200.00 | 10 | 21.00 | 1.50 |
| Merit 1 | 1.64% | $ 0.16 | | 0.0% | - | $200.00 | - | - | - |
| Key Entered | 1.64% | $ 0.16 | | 0.0% | - | $200.00 | - | - | - |
| Consumer Standard | 1.90% | $ 0.25 | | 0.0% | - | $200.00 | - | - | - |
| Travel Industry Premier Service (TIPS) | 1.36% | $ 0.15 | | 0.0% | - | $200.00 | - | - | - |
| Passenger Transport | 1.60% | $ 0.15 | | 0.0% | - | $200.00 | - | - | - |
| Emerging Markets | 0.80% | $ 0.25 | | 0.0% | - | $200.00 | - | - | - |
| Restaurant | 1.19% | $ 0.10 | | 0.0% | - | $200.00 | - | - | - |
| Services Industries | 1.15% | $ 0.05 | | 0.0% | - | $200.00 | - | - | - |
| Small Ticket | 1.60% | $ 0.04 | | 0.0% | - | $200.00 | - | - | - |
| Supermarket (1) | 1.05% | $ 0.15 | | 0.0% | - | $200.00 | - | - | - |
| Warehouse Club (1) | 1.05% | $ 0.15 | | 0.0% | - | $200.00 | - | - | - |
| Payment Transaction (Consumer & Corp.) | 0.19% | $ 0.53 | 0.21% | 0.0% | - | $200.00 | - | - | - |
| International Corporate | 1.85% | $ - | | 0.0% | - | $200.00 | - | - | - |
| Total | | | | 100.0% | 18,000 | 200.00 | 90 | 267.40 | 9.50 |
| | | | | | | | | 1.49% $ | 0.11 |

**Total Portfolio**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sales Volume & Transactions | | | | | 45,000 | 200.00 | 225 | 669 | 24 |
| | | | | | | | | 1.49% $ | 0.00 |

**Assessments**

| | VISA | MasterCard | Total |
|---|---|---|---|
| Sales Distribution | 60.0% | 40.0% | 100.0% |
| Sales Volume | 32,400 | 21,600 | 54,000 |
| Assessment Rates | 0.093% | 0.095% | 0.094% |
| Assessments | 30 | 21 | 50 |

**Notes:**

**To:**       Paul Medina[paul@bunzaimedia.com]
**Cc:**       Alon &gt; Bunzai Media[alon@bunzaimedia.com]
**From:**     Avico Global
**Sent:**     Sun 4/8/2012 3:00:04 PM
**Importance:**         Normal
**Subject:**  Re: API lime light tracking
**MAIL_RECEIVED:**    Sun 4/8/2012 3:00:06 PM

Cool ... Let me know

On Apr 8, 2012 11:57 AM, "Paul Medina" <paul@bunzaimedia.com> wrote:

   Thanks Avi. Shortly I will login and test. Once I test I will contact Sean and Justin

   On Apr 8, 2012 9:18 AM, "Alon &gt; Bunzai Media" <alon@bunzaimedia.com> wrote:

      Thank you Avi  - paul, maybe we can have Sean start right away. ....

      Alon.Mobile

      On Apr 8, 2012, at 9:09 AM, Avico Global <avicoglobal@gmail.com> wrote:

      > GM Paul :)
      >
      > The API Tracking is now live ... Basically as you move the orders to shipping status it will update limelight.
      > You can do it one by one or in bulk ..
      >
      > one thing you need to do as you move the orders ..
      > when you click the orange button "move to shipped" you also need to "MARK AUCTIONS" from the drop down
      >
      > call me for help ...
      >
      > Avi

**From:**          Doron <doron@doron.us>
**Sent:**          Friday, June 08, 2012 3:05 PM
**To:**            'David Davidian, CPA'
**Subject:**       RE: SBM Management Inc.
**Attachments:**   Stephan Bauer DL.pdf; Signature.pdf

SBM Management Inc.

655 N. Central Ave. Suite 1700

Glendale, CA 91203

Stephan Bauer

SS████-1320



EXHIBIT 536



You Must Report a Change of Address Within 10 Days

**Number**
**Expires**
**Issued**

**Class** D Operator

**Endorsements** NONE

**Restrictions** NONE

EXHIBIT 536

**DECLARATION OF ADRIAN LEON MARE**

**PURSUANT TO 28 U.S.C. § 1746**

1. I, Adrian Leon Mare, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto;

2. I am a U.S. citizen over the age of eighteen years old.

3. I am a Digital Forensic Analyst with Expert Data Forensics, LLC 5071 N. Rainbow Blvd. Suite 180, Las Vegas, NV 89130.  I am ACE and NTi Certified and have been practicing forensics for ten years. As part of my job duties, I have done contract computer forensic work for the Federal Trade Commission (FTC).

4. On June 18, 2015, in connection with a pending lawsuit, FTC v. AuraVie, Hugh Huettner, Technical Forensic Examiner, FTC, 600 Pennsylvania Avenue, NW, Washington, DC 20580, instructed me to forensically image the digital media located at Secured Commerce, 6925 Canby Ave. #105 Reseda, CA 91335 and at Media Urge, 6850 Canby Ave. #103 Reseda, CA 91335.

5. I arrived at 6925 Canby Ave. #105 Reseda, CA 91335 and the Receiver, Charlene C. Koonce, allowed me access to the digital media.

6. I proceeded to make forensically sound images of:

   AV-IT01a-CAN105-Avi: Image of 250GB Corsair Neutron HDD with S/N: 12447906000019070142 from Dell XPS desktop with S/N: 90HZYV1.

   AV-IT01b-CAN105-Avi: Image of 2TB Seagate HDD model ST2000DM001-1CH164 with S/N: Z1E20RAM from Dell XPS desktop with S/N: 90HZYV1.

   AV-IT08-CAN105-Office G-Dell Laptop_Logical: Image of 250 GB Seagate HDD model ST9250315AS with S/N: 6VCYBCV0 from Dell Latitude laptop with S/N: not visible.

7. I arrived at Media Urge, 6850 Canby Ave. #103 Reseda, CA 91335 and the Receiver, Charlene C. Koonce, allowed me access to the digital media.

8. I proceeded to make a forensically sound image of:

1

AV-IT01a-CAN103-Office C-Media Urge: Image of 500GB Apple HDD model SSD SM0512F with S/N: S1K5NYBDC95368 from Apple iMac all-in-one with S/N: DCPN10LGFWQ7

9. I maintained the hard drive(s) in a secure location until June 20, 2015, when I signed them over to Daniel Rappaport, Digital Forensics Examiner. I signed the FTC Chain of Custody form when I handed the hard drive(s) to Daniel Rappaport.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2015, in Las Vegas, NV.

Adrian Leon Mare

2

# DECLARATION OF DANIEL L. RAPPAPORT

## PURSUANT TO 28 U.S.C. § 1746

1. I, Daniel L. Rappaport, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto:

2. I am a U.S. citizen over the age of eighteen years old.

3. I am a Digital Forensic Analyst with CACI, Inc., 6315 Bren Mar Drive, Suite 175, Alexandria, VA 22312.  I am ACE Certified and have been practicing forensics for over three years.  As part of my job duties, I often do contract computer forensic work for the Federal Trade Commission (FTC).

4. On June 18, 2015, in connection with a pending lawsuit, FTC v. AuraVie, Hugh Huettner, Technical Forensic Examiner, FTC, 600 Pennsylvania Avenue, NW, Washington, DC 20580, instructed me to forensically image the digital media located at Secured Commerce, 6925 Canby Ave. #105 Reseda, CA 91335 and at Media Urge, 6850 Canby Ave. #103 Reseda, CA 91335.

5. I arrived at 6925 Canby Ave. #105 Reseda, CA 91335 and the Receiver, Charlene C. Koonce, allowed me access to the digital media.

6. I proceeded to make forensically sound images of:

    AV-IT04-CAN105-DoronNottea-DellDesktop: Image of 2TB Seagate HDD model ST2000DM with S/N: Z1E20W1Q from Dell XPS desktop with S/N: 90B2ZV1

    AV-IT04a-CAN105-DoronNottea-DellDesktop: Image of 512GB Samsung hard drive model MZ-7PD512 840 PRO Series with S/N: S12SNEAD107540R from Dell XPS desktop S/N: 90B2ZV1

    AV-IT05a-CAN105-DoronNottea-iMac: Image of 1TB Apple HDD model WDC WD10EALX-408EA0 with S/N: WCATRA932164 from Apple iMac model A1419 with S/N: C02KG25XF29N

    AV-IT05b-CAN105-DoronNottea-iMac: Image of 121GB Apple hard drive model SSD SM128E with S/N: S0XDNYAD263872 from Apple iMac model A1419 with S/N: C02KG25XF29N

    AV-IT09a-CAN105-RoomH-ASUS: Image of 2TB Seagate HDD model ST2000DL003-9VT166 with S/N: 5YD6CXV7 from ASUS Essentio CM6870 desktop with S/N: C3PDCG0010KS

1

AV-IT09b-CAN105-RoomH-ASUS: Image of 120GB Corsair hard drive model Force 3 SSD with S/N: 12296502000013410776 from ASUS Essentio CM6870 desktop with S/N: C3PDCG0010KS

AV-IT01b-CAN103-Office C-Media Urge: Image of 3TB Lacie external HDD model D2 with S/N: 15541406133599G from Apple iMac with S/N: DCPN10LGFWQ7.

7. I maintained the hard drive(s) in a secure location until June 22, 2015, when I signed them over to Ajay Patel, Technical Forensic Examiner, 600 Pennsylvania Avenue, NW, Washington, DC 20580.  I signed the FTC Chain of Custody form when I handed the hard drive(s) to Ajay Patel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2015, in Washington, DC.

_Daniel L. Rappaport_

Daniel L. Rappaport

2

**EXHIBIT 952**

## DECLARATION OF TAUN MICHAEL YUREK

### PURSUANT TO 28 U.S.C. § 1746

1. I, Taun Michael Yurek, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto:

2. I am a U.S. citizen over the age of eighteen years old.

3. I am a subcontractor with Expert Data Forensics, LLC 5071 N. Rainbow Blvd. Suite 180, Las Vegas, NV 89130.  I am active law enforcement with over 500 hours of computer forensics training. I also have over 17 years in law enforcement with 10 of those years being directly involved with on the job experience conducting computer forensics and cell phone analysis investigations. As part of my job duties, I have done contract computer forensic work for the Federal Trade Commission (FTC).

4. On June 18, 2015, in connection with a pending lawsuit, FTC v. AuraVie, Hugh Huettner, Technical Forensic Examiner, FTC, 600 Pennsylvania Avenue, NW, Washington, DC 20580, instructed me to forensically image the digital media located at Secured Commerce, 6925 Canby Ave. #105 and #103 Reseda, CA 91335 and at Media Urge, 6850 Canby Ave. #103 Reseda, CA 91335.

5. I arrived at 6925 Canby Ave. #105 Reseda, CA 91335 and the Receiver, Charlene C. Koonce, allowed me access to the digital media.

6. I proceeded to make forensically sound images of:

   AV-IT02-CAN105-Room G-Desk-IMAC: Image of Samsung 250GB HDD model 850 EVO with S/N: S21NNSAG445807W from Apple 24" iMac with S/N: w882237eze4.

   AV-IT03a-CAN105-Room G-Desk-Dell: Memory capture and pagefile.sys from Dell XPS 420 desktop with S/N: 1426NFI

   AV-IT03a-CAN105-Room G-Desk-Dell: Image of Samsung 250GB HDD model SSD 840 EVO with S/N: S1DBNSAF752436X from Dell XPS 420 desktop with S/N: 1426NFI

   AV-IT03b-CAN105-Room G-Desk-Dell: Image of Hitachi 500GB HDD model GM4OA5BA with S/N: GEA550RE2GYAML from Dell XPS 420 desktop with S/N: 1426NFI

1

AV-IT06-CAN105-Room H-HP: Image of 640GB Western Digital HDD model WD6400AAKS-65A7B2 with S/N: WCASY6886931 from HP desktop model: not visible with S/N: MXZ936D84Y

AV-IT10-CAN105-Room K-Lenovo: Image of 160GB Seagate HDD model ST316031 with S/N: 6VMEMPWR from Lenovo Think Centre desktop with S/N: MJPXM52

AV-IT01-CAN109-Room B-Dell Desktop: Image of 640GB Samsung HDD model HD642JJ with S/N: S1JNJ90S500616 from Dell Inspiron 537S with S/N: 2BJ0WH1

7. I maintained the hard drive(s) in a secure location until June 20, 2015, when I signed them over to Daniel Rappaport, Digital Forensics Examiner. I signed the FTC Chain of Custody form when I handed the hard drive(s) to Daniel Rappaport.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of June, 2015, in Washington, DC.

Taun Michael Yurek

2

**EXHIBIT 953**