AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-4527-GW(PLAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USM Products, Inc.
was received by me on *(date)* 11/10/2015 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* California Corporate Agents, Inc., by serving Emely Del-Cid, Receptionsit , who is
designated by law to accept service of process on behalf of *(name of organization)* USM Products, Inc.
16830 Ventura Blvd.,#360,Encino,CA 91436 on *(date)* 11/11/15@11:29AM ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $     for travel and $     for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/15/2015

*Server's signature*

Sarah Thompson, Los Angeles County Reg.#6679
*Printed name and title*

L.A. Process Servers
6775 Santa Monica Blvd., #4-274
Los Angeles, CA 90038    323-508-1711
*Server's address*

Additional information regarding attempted service, etc:
Also served First Amended Complaint for Permanent Injunction and other Equitable Relief, Attachment List of Defendants.