1  DAVID C. SHONKA
   Acting General Counsel

2  DAMA J. BROWN
   Regional Director

3
   REID TEPFER
4  rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
    lgallegos@ftc.gov
   Oklahoma Bar No. 19098
6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer)
8  (214) 979-9383 (Gallegos)
   (214) 953-3079 (fax)

9  RAYMOND McKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
11 Los Angeles, California 90024
   (310) 824-4343(voice)
12 (310) 824-4380 (fax)

   Attorneys for Plaintiff Federal Trade Commission
13

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S SECOND SUPPLEMENTAL FILING OF EXHIBITS INADVERTANTLY OMITTED FROM  EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

1. Plaintiff files the following revised Volume 17 which revises exhibits 551and 554 which inadvertently omitted certain pages from the deposition.

2. Plaintiff is also submitting the following inadvertently omitted Exhibits: 28, 137, 195, 222, 262, 455, 536, 549, 562, 597, 908. These Exhibits were inadvertently left out.

3. Plaintiff also makes the following errata changes:

   a. Plaintiff 's Uncontroverted Fact 36(e) should be Ex. 908 and not Dkt. 908.

   b. Plaintiff's Uncontroverted Fact 42(f)(iii) should be Dkts. 244 ¶ 10; 245¶ 10.

Respectfully submitted,

Dated: 4/21/16

_____/s/ Reid Tepfer_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
 (214) 953-3079 (fax)

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

rtepfer@ftc.gov; lgallegos@ftc.gov; erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 21, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| 1 | Robert Esensten |
|   | Esensten Law |
| 2 | 12100 Wilshire Blvd., Suite 1660 |
|   | Los Angeles, CA 90025 |
| 3 | resensten@esenstenlaw.com |
|   | Counsel for Doron Nottea and |
| 4 | Motti Nottea |
| 5 | Charlene Cantrell Koonce |
|   | Receiver |
| 6 | Scheef & Stone |
|   | 500 N. Akard, Suite 2700 |
| 7 | Dallas, Texas 75201 |
|   | charlene.koonce@solidcounsel.com |
| 8 | Receiver |
| 9 |  |
|   | Kelly M. Crawford |
| 10 | Scheef and Stone |
|   | 500 N. Akard, Suite 2700 |
| 11 | Dallas, Texas 75201 |
|   | kelly.crawford@solidcounsel.com |
| 12 | Counsel to Receiver |
| 13 | Sagar Parikh |
|   | Beverly Hills Law Corp. PC |
| 14 | 433 N. Camden Drive, 6th Floor |
|   | Beverly Hills, CA 90210 |
| 15 | SP@BeverlyHillsLawCorp.com |
|   | Attorney for Secured Merchants LLC |
| 16 | and Chargeback Armor, Inc. |
| 17 | Jeffrey Benice |
|   | Law Offices of Jeffrey S. Benice |
| 18 | A Professional Law Corporation |
|   | 3080 Bristol Street |
| 19 | Sixth Floor, Suite 630 |
|   | Costa Mesa, CA 92626 |
| 20 | Telephone: (714) 641-3600 Ext. 214 |

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1

2

3
/S/ REID TEPFER
REID TEPFER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBITS IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT**