ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
ESENSTEN LAW
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile:  (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., *et al.*, <br><br> Defendants. | Case No.: 2:15-CV-04527-GW (PLAx) <br><br> *Assigned to the Honorable George Wu, Courtroom 10* <br><br> **FURTHER DECLARATION OF RANDI R. GEFFNER IN SUPPORT OF EX PARTE APPLICATION** |

## FURTHER DECLARATION OF RANDI R. GEFFNER

RANDI R. GEFFNER declares:

1. I am an attorney admitted to practice in the State of California and am Senior Associate Attorney at Esensten Law, attorneys of record for Defendant DORON NOTTEA. I make this declaration in support of the Ex Parte Application of Defendants to summarily deny the Motion for Summary Judgment filed by Plaintiff FEDERAL TRADE COMMISSION ("FTC") or to continue the hearing on the Motion for Summary Judgment ("MSJ"), currently scheduled for May 16, 2016. All facts contained herein are within my personal knowledge, and if called upon to do so I could and would testify competently hereto. It is urgent that the ex parte relief be granted, for the reasons set forth in the *ex parte* application, supplemental

---
1
FURTHER DECLARATION OF RANDI R. GEFFNER

filings and hereinbelow.

2. The failure to follow procedural requirements and gamesmanship of the FTC continue to an incomprehensible degree. New documents are provided to Defendants daily, long after the MSJ filing deadline. Defendants are left unable to prepare opposition as the MSJ itself is a moving target. The conduct of the FTC is fundamentally unfair and places Defendants in an extremely prejudiced position.

3. At approximately 4:00 p.m. today, April 21, 2016, the FTC provided approximately 500 pages of exhibits to the MSJ that were not provided with the moving papers in a timely manner. As with the new exhibits provided late at night on April 20, 2016, these new exhibits were also "inadvertently" omitted by the FTC (Docket No. 380). The FTC has now included nearly 3,000 pages of exhibits in support of its MSJ, with Defendants having only a few calendar days to prepare an opposition thereto. The FTC has simply failed to meet its filing deadline for the MSJ, as it has added hundreds of pages of new material thereto on two occasions after the filing deadline.

4. At or about the same time, the FTC also submitted a 66-page proposed Order, undoubtedly in response to Defendants pointing out in the supplement to the *ex parte* Application that the FTC has failed to follow multiple procedural requirements. Again, Defendants are left with profoundly inadequate time to review and respond to this filing before the current opposition deadline of April 25, 2016.

///
///
///
///
///
///
///
///

5. As set forth in the *ex parte* Application and subsequently filed supporting documents, the conduct of the FTC with regard to the MSJ renders it impossible for Defendants to prepare opposition timely based on the April 25, 2016 deadline. This situation is worsened by the daily submission of more "inadvertently" omitted exhibits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of April, 2016 at Los Angeles, California.

_____
Randi R. Geffner

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I electronically filed the foregoing document entitled **FURTHER DECLARATIONOF RANDI R. GEFFNER IN SUPPORT OF EX PARTE APPLICATION** with the Clerk of the Court by using the CM/ECF System.

／s/ *Robert L. Esensten*
Robert L. Esensten