DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF SEVENTH DECLARATION OF BRENT MCPEEK**<br><br>DATE: MAY 16, 2016<br>TIME: 8:30 a.m.<br>COURTROOM: 10<br>JUDGE: HON. GEORGE WU |

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF SEVENTH DECLARATION OF BRENT MCPEEK**

Page | 1

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached Seventh Declaration of Brent McPeek.

Dated: 4/21/16

                                           Respectfully submitted,

                                           _____*/s/ Reid Tepfer*_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov; erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF SEVENTH DECLARATION OF BRENT MCPEEK**

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 21, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Sagar Parikh
Beverly Hills Law Corp. PC

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF SEVENTH DECLARATION OF BRENT MCPEEK**

1  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
2  SP@BeverlyHillsLawCorp.com
   Attorney for Secured Merchants LLC
3  and Chargeback Armor, Inc.

4  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
5  A Professional Law Corporation
   3080 Bristol Street
6  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
7  Telephone: (714) 641-3600 Ext. 214

8

9  /S/ REID TEPFER
   REID TEPFER

10

11

12

13

14

15

16

17

18

19

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF SEVENTH DECLARATION OF BRENT MCPEEK**

Page | 4