**SEVENTH DECLARATION OF FTC INVESTIGATOR
BRENT D. MCPEEK
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1. My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission ("FTC"). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics. I have more than ten years' experience as an investigator and litigation consultant. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2. My duties, as a Federal Trade Investigator, include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and other laws and rules enforced by the Commission.

3. I assisted in the FTC's investigation of Bunzai Media Group, Inc. ("Bunzai") and related companies and individuals, including Alon Nottea ("Alon"), Igor Latsanovski ("Igor"), Doron Nottea ("Doron"), Roi Reuveni ("Reuveni"), and Khristopher Bond. I will refer to the subjects of the FTC's investigation collectively as the "Defendants."

4. During the FTC's investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same. Personally Identifying Information ("PII") has been redacted from all documents referenced in this declaration.

## BUSINESS PREMISES

5. As discussed in previous declarations (*see, e.g.,* Dkt. 93-1 and Dkt. 119-1), the FTC and forensic electronic technicians gained access to the various business premises of Defendants on June 18, 2015. The forensic electronic technicians made forensically sound images of many of the computers found in the Defendants' business premises.

6. True and correct copies of some of the documents found on the business premises or retrieved from the forensic images of the computers are filed in conjunction with the FTC's Motion for Summary Judgment and are identified in the Exhibit chart on the following page.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on April 18, 2016, at Dallas, Texas.

**BRENT D. MCPEEK**

EXHIBITS

| | | | |
|---|---|---|---|
| 16 – 21 | 23 – 98 | 100 – 112 | 114 – 125 |
| 128 – 132 | 134 – 135 | 137 – 144 | 146 |
| 148 – 149 | 151 – 154 | 160 | 163 |
| 166 – 176 | 178 | 182 | 184 – 189 |
| 191 – 194 | 230 – 242 | 244 – 249 | 251 – 266 |
| 268 | 270 – 548 | 595 | 901 – 903 |
| 910 | 940 – 945 | | |