| | |
|---|---|
| 1 | JEFFREY S. BENICE, ESQ., State Bar No. 81583<br>LAW OFFICES OF JEFFREY S. BENICE |
| 2 | *A Professional Law Corporation*<br>3080 Bristol Street |
| 3 | Sixth Floor, Suite 630<br>Costa Mesa, California  92626 |
| 4 | Telephone No.: (714) 641-3600<br>Facsimile No.: (714) 641-3601 |
| 5 | Website: www.JeffreyBenice.com<br>E-Mail: JSB@JeffreyBenice.com |
| 6 | |
| 7 | Attorneys for Defendants, |
| 8 | Igor Latsanovski and Calenergy, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO.  2:15-CV-4527-GW (PLAx)<br><br>*[Assigned to the Honorable George H. Wu, Courtroom 10]*<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S JOINDER IN EX PARTE APPLICATIONS TO STRIKE PLAINTIFF'S MSJ, OR ALTERNATIVELY, TO CONTINUE THE MSJ HEARING AND EXTEND THE TIME TO FILE AND SERVE OPPOSITION THERETO.**<br><br>[DOC # 353, 364, 367, 368, 369] |

1

1      Defendants Igor Latsanovksi ("*Latsanovski*") and Calenergy, Inc. ("*Calenergy*") join in
2  the *ex parte* Applications of Defendant Doron Nottea to strike the Plaintiff's Motion for Summary
3  Judgment ("*MSJ*"); or alternatively, to continue the MSJ hearing and extend the time to file and
4  serve opposition thereto, and the subsequently filed Supplements thereto.

6  DATED: April 21, 2016            LAW OFFICES OF JEFFREY S. BENICE

                                          _____
                                          Jeffrey S. Benice
                                          Attorney for Defendants
                                          Igor Latsanovski and Calenergy, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 18, 2016, a true and correct copy of the foregoing document described as DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Local Counsel For Receiver
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

Federal Trade Commission
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

Counsel For Chargeback Armor, Inc.
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

Counsel For Doron and Motti Nottea
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

Counsel For Alon Nottea and Roi Rueveni
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 21st day of April, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant