DAVID C. SHONKA
General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S *EX PARTE* NOTICE OF APPLICATION AND APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

PLEASE TAKE NOTICE that the FTC hereby respectfully applies to this Court for an order for leave to file under seal and block access to docket number 353-32. The FTC respectfully requests this docket entry be sealed because an exhibit in that filing contains personal information that inadvertently was not redacted prior to filing with the Court. The FTC further requests that it be permitted to file a redacted version of 353-32.

WHEREFORE, the FTC respectfully requests that the Court seal and block access to docket number 353-32 and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: 4/22/16  /s/ REID TEPFER_____
REID TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 22, 2016, a true and correct copy of the foregoing document was electronically emailed to the attorneys listed below.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

Jeffrey S. Benice
Law Offices of Jeffrey S. Benice
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
E-Mail: JSB@JeffreyBenice.com
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
*Counsel for Doron Nottea and Motti Nottea*

1  
2  Sagar Parikh  
   Beverly Hills Law Corp.  
   433 N. Camden Dr., 6th Floor  
3  Beverly Hills, CA 90210  
   *Counsel for Chargeback Armor, Inc.,*  
4  *Secured Merchants LLC, and Alan Argaman*

5                                             /S/ REID TEPFER  
                                                REID TEPFER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20