DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S THIRD SUPPLEMENTAL FILING OF AN EXHIBIT INADVERTANTLY OMITTED FROM  EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

**PLAINTIFF'S THIRD SUPPLEMENTAL FILING OF AN EXHIBIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1  TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

2  Plaintiff is submitting Exhibit 141 that was inadvertently omitted from the

3  Exhibits provided in support of Plaintiff's Motion for Summary Judgment.

4  Exhibit 141 was previously used in the deposition of Paul Medina.

5  Respectfully submitted,

6

Dated: 4/22/16                     /s/ Reid Tepfer

7  REID TEPFER,
   Texas Bar No. 24079444

8  LUIS GALLEGOS
   Oklahoma Bar No. 19098

9  Federal Trade Commission
   1999 Bryan Street, Suite 2150

10 Dallas, Texas 75206
   (214) 979-9395 (Tepfer)

11 (214) 979-9383 (Gallegos)
    (214) 953-3079 (fax)

12 rtepfer@ftc.gov; lgallegos@ftc.gov

13 RAYMOND MCKOWN,
   California Bar No. 150975

14 10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024

15 (310) 824-4343(voice)
   (310) 824-4380 (fax)

16 rmcknown@ftc.gov

17

18

19

20

**PLAINTIFF'S THIRD SUPPLEMENTAL FILING OF AN EXHIBIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

**PLAINTIFF'S THIRD SUPPLEMENTAL FILING OF AN EXHIBIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1  Kelly M. Crawford
   Scheef and Stone
2  500 N. Akard, Suite 2700
   Dallas, Texas 75201
3  kelly.crawford@solidcounsel.com
   Counsel to Receiver
4
   Sagar Parikh
5  Beverly Hills Law Corp. PC
   433 N. Camden Drive, 6th Floor
6  Beverly Hills, CA 90210
   SP@BeverlyHillsLawCorp.com
7  Attorney for Secured Merchants LLC
   and Chargeback Armor, Inc.
8
   Jeffrey Benice
9  Law Offices of Jeffrey S. Benice
   A Professional Law Corporation
10 3080 Bristol Street
   Sixth Floor, Suite 630
11 Costa Mesa, CA 92626
   Telephone: (714) 641-3600 Ext. 214
12

13
   /S/ REID TEPFER
14 REID TEPFER

15

16

17

18

19

20
   **PLAINTIFF'S THIRD SUPPLEMENTAL FILING OF AN EXHIBIT IN
   SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**