## Gallegos, Luis

| | |
|---|---|
| **From:** | Alon \| Bunzai Media <alon@bunzaimedia.com> |
| **Sent:** | Friday, August 10, 2012 12:46 AM |
| **To:** | Paul Medina; Roi \| Bunzai Media |
| **Subject:** | Fwd: New Mastercard Chargeback Regulation |
| **Attachments:** | image003.jpg |

Please look into this with detail as well as talk to Sabina about it...

i know there is some good news as the thresholds went up, but what is the deal with the URL

looks like we might need a new URL per mid .... please READ BELOW and find out!   TODA!


Best Regards,


Alon Nottea
Executive Director | CEO
Bunzai Media Group, Inc.
Skype: alonbaba
Office: 818.200.1035
Mobile: 818.652.5454
Mail: Alon@BunzaiMedia.com




<http://abwoffers.com/bunzai_email_logo/logo-bunzai-emailsignature.JPG>



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.



---------- Forwarded message ----------
From: Sabina Keil <skeil@xcaliber-solutions.com>
Date: Thu, Aug 9, 2012 at 11:48 AM
Subject: New Mastercard Chargeback Regulation
To: Robert Stayner <rstayner@xcaliber-solutions.com>

Dear Valued Clients and Partners,

Some of you we may have already spoken to personally in the past few weeks about Mastercards Chargeback threshold changes. Below is what we received from Mastercard:

Revised Standards for the Excessive Chargeback Program

The Excessive Chargeback Program (ECP) is intended to encourage each to closely monitor, continuously, its chargeback

performance at the merchant level and to determine promptly when a merchant has exceeded, or is likely to exceed, monthly

chargeback thresholds.

There are two types of ECP identification:

- Chargeback-Monitored Merchants (CMMs)

- Excessive Chargeback Merchants (ECMs)

MasterCard is changing the current ECP thresholds related to the identification of both CMMs and ECMs.

The Chargeback-to-Transaction Ratio (CTR), a primary factor in ECP merchant identification, is defined as the number of MasterCard

chargebacks received for a merchant in a calendar month divided by the number of the merchant's MasterCard sales transactions in

the preceding month.

Revisions to ECP Definitions:

Effective immediately, MasterCard clarifies that a Merchant, for the purposes of the ECP, is defined as any distinct merchant location,

whether a merchant's physical location or a merchant's Internet site or uniform resource locator (URL), that is identified by the acquirer

in the transaction record.

Effective August 15, 2012, MasterCard will revise the definitions for CMMs and ECMs as described below. All merchant data reported

to the ECP after the effective date will be subject to the new criteria.

Chargeback-Monitored Merchant (CMM):

MasterCard is revising the definition of a CMM by changing the thresholds for CMM identification from a CTR in excess of 50 basis points

and at least 50 chargebacks in a calendar month to a CTR in excess of 100 basis points and at least 100 chargebacks in a calendar month.

Excessive Chargeback Merchant (ECM):

MasterCard is revising the definition of an ECM by changing the thresholds for ECM identification from a minimum CTR of 100 basis points

and at least 50 chargebacks in each of two consecutive calendar months to a minimum CTR of 150 basis points and at least 100 chargebacks

in each of two consecutive calendar months.

Please be aware this does not change each individual 3rd party processors position on acceptable chargeback ratios for merchants. We will continue to monitor merchants and require closure of merchants who exceed acceptable ratios.

Sabina Keil

Xcaliber Solutions Inc.

Chief Operating Officer

Business Development

Phone (949) 300-1440 <tel:%28949%29%20300-1440>

Fax (949)-916-3610 <tel:%28949%29-916-3610>

www.xcaliber-solutions.com

XCaliberSoD51bR05bP02ZL (3)

This email transmission and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Xcaliber Solutions, Inc. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.