1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**ORDER GRANTING PLAINTIFF'S** *EX PARTE* **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCKET ENTRY NUMBER 353-32** |

The Court, having considered Plaintiff Federal Trade Commission's *Ex Parte* Application for Leave to File Document Under Seal and finding good cause, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that:

1. The Clerk is hereby directed to permanently seal Docket 353-32;

2. Plaintiff may re-file Docket 353-32 with appropriate redactions.

IT IS SO ORDERED.

ENTERED: this 26th day of April, 2016.

_____ /s/ George H. Wu _____
GEORGE H. WU, U.S. DISTRICT JUDGE