ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS BY DEFENDANTS ROI REUVENI AND ALON NOTTEA TO EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC # 353, 364]**<br><br>**DATE:** May 23, 2016<br>**TIME:** 8:30 A.M.<br>**CTRM:** 10 |
|---|---|

Defendants Alon Nottea ("Alon") and Roi Reuveni ("Reuveni") hereby object to the following evidence presented by Plaintiff and Moving Party, Federal Trade Commission, in connection with Federal Trade Commission's motion for

1

summary judgment set for hearing on May 23, 2016 before this court [Doc. #353, 364]:

1. Ex. 2, Lind Declaration - Attachment F, Doc#353-3/12; 2-11; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

2. Ex. 2, Lind Declaration – Attachments G, H, I - Doc#353-3/13-17; 2-12-16; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

3. Ex. 10, Bettencourt Declaration, Doc#353-8/2; 10-1:13-20; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

4. Ex. 14, Sheetz Declaration, Doc#353-9/17; 14-2:1-2; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

5. Ex. 14, Sheetz Declaration, Doc#353-9/17; 14-2:9-11; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

6. Ex. 14, Sheetz Declaration, Doc#353-9/17-18; 14-2:13 - 14-3:1; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

7. Ex. 14, Sheetz Declaration – Attachment A, Doc#353-9/20-21; 14-5 – 14-6; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

8. Ex. 18, Partnership Agreement, Doc.# 353-12/5-6; 18-2 - 18-3; Hearsay [FRE 802]; Foundation [FRE 602]

9. Ex. 302, Bunzai Companies Chart, Doc#353-15/76; 302-2; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

13. Ex. 194, Standard Operating Procedure; Doc#353-14/120-123; 194 -1-4; Objection, Hearsay [FRE 802]

14. Ex. 54, Jacem Invoice; Doc#353-12/58; 54-11; Objection, Hearsay [FRE 802]

15. Ex. 554, Stanley Deposition; Doc#353-19/218; 554-6:7-9; Objection; Opinion [FRE 701]; Foundation [FRE 602]

16. Ex. 946, Medina Deposition; Doc#353-32/32; 946-18:22-24; Objection, Foundation [FRE 602]

17. Ex. 267, IP Memo; Doc#353-15/29-30; 267- 1-2; Objection; Attorney-Client Privilege [*United States v. Martin* (9th Cir. 2002) 278 F.3d 988]; Relevancy [FRE 401]; Hearsay [FRE 802]

18. Ex. 278, Sourcing & Purchasing Memo; Doc#353:15/42; 278-3; Objection, Attorney-Client Privilege [*United States v. Martin* (9th Cir. 2002) 278 F.3d 988]; Relevancy [FRE 401]; Hearsay [FRE 802]; Opinion [FRE 701]

19. Ex. 294, 3-3-15 Khanna Messages; Doc#353-15/62-66; 294- 1-5; Objection, Hearsay [FRE 802]

20. Ex. 319, March 2012 Perez Messages; Doc#353-15/164-169; 319- 1-6; Objection, Hearsay [FRE 802]

21. Ex. 946, Medina Deposition; Doc#353-32/38-39; 946- 24:16-25:5; Objection, Foundation [FRE 602]

22. Ex. 320, 3-13-14 Evo Messages; Doc#353-15/170-178; 320- 1-9; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

23. Ex. 351, 4-17-13 Gaines Email; Doc#353-16/40-45; 351- 1-6; Objection, Hearsay [FRE 802]

24. Ex. 303, 3-13-12 Perez Data; Doc#353-15/77-95; 303- 1-19; Objection, Hearsay [FRE 802]; Foundation [FRE 602]

25. Ex. 169, 3-25-12 Moysich Email; Doc#353-14/94; 169-1; Objection, Hearsay [FRE 802]

26. Ex. 185, 7-26-12 Avico Email; Doc#353-14/103-118; 185- 1-16; Objection, Hearsay [FRE 802]

27. Ex. 497, 7-26-12 Avico Email; Doc#353-19/49-50; 497- 1-2; Objection, Hearsay [FRE 802]

28. Ex.146, 9-5-12 Xcaliber Report; Doc#353-14/80-86; 146- 1-7; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

29. Ex. 62, 7-25-12 Augustine Email; Doc#353-13/7-9; 62- 1-3; Objection, Hearsay [FRE 802]

30. Ex. 309, 7-3-12 Kalcalde Email; Doc#353-15/37-40; 309- 1-4; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

31. Ex. 102, 6-10-11 Sinagra Email; Doc#353-13/39-41; 102- 1-3; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

32. Ex. 312, marked-up AuraVie letter; Doc#353-15/157; 312-1; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

33. Ex. 151, 2-17-15 Tyler R Email; Doc#353-14/89-90; 151- 1-2; Objection, Hearsay [FRE 802]; Relevancy [FRE 401]

34. Ex. 248, Photograph "paul I know"; Doc#353-14/147; 248-1; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

35. Ex. 285, Emails re Sarkisyan-Netistics; Doc#353-15/54-59; 285- 1-6; Objection, Hearsay [FRE 802]; Relevancy [FRE 401]

36. Ex. 141, Mastercard Chargeback Regulation; Doc#387-1/1-4; 141- 1-4; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

37. Ex. 144, RevGuard Reporting; Doc#353-14/60-79; 144- 1-20; Objection, Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy [FRE 401]

38. Ex. 325, 1-27-14 Outbound Invoices, Doc#353-15/184-235; 325- 1-52; Objection, Hearsay [FRE 802]; Relevancy [FRE 401]

39. Seventh McPeek Declaration; Doc#383-1/2:8-10; Objection, Foundation [FRE 602].

40. Seventh McPeek Declaration; Doc#383-1/2:11-14; Objection, Foundation [FRE 602].

41. Ex. 907, McFarland Deposition; Doc#353-27/10-27; 907- 1-18; Objection, Hearsay [FRE 802]; Foundation [FRE 602].

DATED: May 2, 2016

                                              */S/ Robert M. Ungar*
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni