Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene C. Koonce (TX Bar No 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas 75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
RECEIVER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al.<br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>DECLARATION OF CHARLENE KOONCE |

I, Charlene Koonce, declare under penalty of perjury under the laws of the United States of America, that the following statements are true and correct:

1. I am over the age of 18 years, have never been convicted of a crime involving moral turpitude, and am otherwise competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am an attorney licensed to practice law in the state of Texas and am a partner with the law firm of Scheef & Stone, LLP. I am the court-appointed Receiver in the lawsuit referenced above. I have been licensed to practice law in Texas since 1991. I am admitted to practice before all state and federal courts in Texas, and am admitted to practice before the Fifth and Eleventh Circuit Courts of Appeal. My practice focuses on complex business litigation, and I have extensive experience in serving as or representing equity receivers in government enforcement cases.

3. At the inception of the case, on or about June 18, 2015 I discovered Doron Nottea leased a safe deposit box at a Bank of America location in Encino. I discovered a safe deposit box key in the Canby Avenue locations previously utilized by the Defendant entities (the "Canby Office"). On June 18, 2015 while I and my team were conducting our initial access of the Canby Office, I asked Doron to identify the bank and branch location of the safe deposit box which the key opened, but he refused to do so.

4. While I was at the Canby Office, other members of my team faxed Bank of America a copy of the TRO freezing all assets of each Defendant. Upon receiving

a copy of the TRO issued in this case, Bank of America immediately restricted access to the box.

5. In the early afternoon on June 18, 2015, Doron left the Canby Office. He had provided virtually no information to me and stated he would communicate through counsel once he had retained an attorney. I had specifically informed him that all of his assets were frozen and provided him with a copy of the TRO. Shortly after Doron left the Canby Office, an attorney on my team who had already communicated with Bank Of America about the TRO received a call from Bank of America and providing notice that Doron had just left the Encino branch where his safe deposit box was located, told a teller that he had lost his key, and asked for access to the safe deposit box.

6. Subsequently, Bank of America provided me with documents evidencing the ownership and permitted access to the safe deposit box. A true and correct copy of the Safe Deposit Rental Agreement is attached as **Exhibit A**. Notably, Doron's sworn financial statement lists the safe deposit box, but does not identify any other person as an owner of the box, and the Rental Agreement likewise does not provide access for Lori Bekhor.

7. Eventually, Doron's counsel consented to my access to the safe deposit box for purposes of counting the contents, and in early July 2015, my counsel and Doron's counsel met at the Bank of America branch and counted and photographed the

contents of the box. The box contained $456,000 in cash. "Lori" was handwritten on two envelopes in the box, both of which held cash, and on a slip of paper on top of a third "bundle" of cash. I do not know the specific or total amounts in any of these envelopes or the bundle since only the total amount of cash in the safe deposit box was counted. One of the envelopes labeled "Lori" was also marked "1/14" and the other enveloped marked Lori was also marked "1/1/14". True and correct copies of three photos of the two envelopes and the "bundle" of cash are attached as **Exhibit B**. After the contents were counted, all cash was returned to the safe deposit box and I retained the key.

8.  In approximately October 2015, I began discussions with Doron Nottea's counsel regarding an offer to purchase all items removed from the Canby Offices, but which I had moved to storage. Doron's counsel informed me Doron also needed to retrieve from computers client and related business data related to Doron's operation of several entities engaged in the sale or production of pornography or adult products. Doron offered to have one of his "porn business entities" purchase the computers and other stored assets, and to make the evidence in the computers and documents available to all other Defendants and then wipe all non-porn related information from the computers.

9.  To alleviate issues regarding use of frozen funds to purchase estate assets, Doron's wife, Lori Bekhor offered to use funds she claimed were her sole and separate

property in the safe deposit box for the purchase. In a Declaration provided to me and the FTC with regard to the proposed sale, Lori asserted that she had received approximately $158,000 of the cash in the safe deposit box from an inheritance.

10. The FTC objected to the use of the funds Lori claimed to be her separate property, and expressed concerns about the dates of the alleged inheritance payments in comparison with the dates on the envelopes in the safe deposit box. Ultimately, the FTC informed me it would object to the proposed sale because the evidence regarding the source of the funds claimed by Lori was not sufficient. I then abandoned the idea of selling the computers and other assets to Doron's porn entity in exchange for the assets Lori Bekhor claimed were hers, because the costs involved in a contested motion would likely offset a large portion of the sales proceeds if the sale was ultimately approved, and approval was uncertain.

11. Following a hearing on December 3, 2015 at which I appeared telephonically, I verbally provided the Court with a brief status report regarding the administration of the estate. I informed the Court that I had explored the opportunity of a sale of the computers and other assets to one of Doron's porn business and explained that I had decided not to proceed with the proposed sale because the FTC objected to the source of the funds. During the discussion with the Court regarding the computers and assets, the FTC again stated that it objected to the proposed sale based on the origin of the $10,000 used for the purchase. After the Court asked for more

information about the terms of the sale, the re-sale value of the assets, and costs in the event the sale did not proceed particularly with respect to providing all Defendants supervised access to the computers for their discovery, the Court directed me to proceed with the sale. In directing me to proceed with the sale, I do not recall the Court ruling on the origin of the funds, but instead focusing on the overall cost to sell the computers and data to a different buyer or continuing to maintain the computers and assets in storage.

12. Given the Court's directive to proceed with the sale, the Sales Agreement was finalized and all parties executed it. A true and correct copy of the Agreement is included in Docket No. 307. The Agreement does not include any admissions that I or the FTC concurred in Lori Bekhor's contention that she owned the funds used for the purchase or waived any objection to her contention regarding any other funds stored in the safe deposit box. Instead, the Agreement provides that Ms. Bekhor warranted the funds used for the purchase were her sole property.

Executed this 22nd day of April 2016.

/s/ *Charlene Koonce*
CHARLENE C. KOONCE

Bank of America Legal Order Processing
Regarding reference number: D062415000625
Court case number: 2:15-cv-4527-GW(PLAx)
Court or issuer: SCHEEF & STONE, L.L.P.
Court case name: CALENERGY

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared,
Caitlin Fox
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Caitlin Fox, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
 a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
 b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
 c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:
Safe deposit box records for account number ending in 0859, box number 4151, in the name of Doron Nottea.

3.) **Production.**
___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/27/2016   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

___X___ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this 27 day of Apr, 7 2016. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark/New Castle
My Commission Expires _____

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018



Attachment A (Exhibit A)

# Bank of America

**Safe Deposit Box Rental Agreement**

DATE: 2/14/03

By signing this agreement, you accept our arrangements for safe deposit rental services.

## TYPE OF ACCOUNT
You want the rental of box number ___15___ to be (check one):
- [x] INDIVIDUAL
- [ ] BUSINESS, Sole Proprietor, Partnership, Corporation or Association (see reverse)
- [ ] FORMAL TRUST
- [ ] CO-RENTERS

## MAILING INSTRUCTIONS
We may mail statements and notices to you at the mailing address we have in our records. We will hold all statements and notices for 30 days if you initial this box ☐. If you don't call for them in 30 days, we will mail them to you. In either case, if they're returned to us undelivered, we may destroy them.

## AUTOMATIC PAYMENT
You authorize us to charge the rent on this box when due to your Bank of America deposit account number:
- [x] Checking  [ ] Savings  [ ] Money Market    ____5858

### PLEASE PRINT

| | 1 | 2* | 3* |
|---|---|---|---|
| Name | DORON NOTTEA | | |
| TAX ID | [redacted] | | |
| Mailing Address | [redacted] AVE. | | |
| City, State Zip | ENCINO CA 91436 | | |
| Home Phone | [redacted] | ( ) | ( ) |
| Business Phone | | ( ) | ( ) |
| Birthplace | ISRAEL | | |
| Birthdate | [redacted] | | |
| Mother's Maiden Name | COHEN | | |

# OF BAGS/KEYS: 02    HOLD NOTICE: —    LEGAL CODE: 01
PROMOTION CODE: —    VARIANCE CODE: —    CAUTION CODE: —
RENTAL DATE: 2/14/03    TERM: 12M    MATURITY DATE: 12/13/04
REASON FOR VARIANCE: VIP Prima $20- Discount

| Identification | Numbers | Expiration Date(s) |
|---|---|---|
| Driver's License CDL | (1) [redacted] (2) [redacted] (3) [redacted] | (1) [redacted] (2) [redacted] (3) [redacted] |
| Misc ID/Other Bank of America Accounts | (1) (2) (3) | (1) (2) (3) |

NOTTEA, DORON

## ACCOUNT NAME(S)/TITLE (list above)

Safe Deposit Account #: [redacted]859    Box #: [redacted]51    Nest #: [redacted]

The following are needed to open or give up the box.
Any one signer unless:
- You specify another number here _____
- Any signer on line(s) _____ along with any signer on line(s) _____.

signature(s):

1. X _[signature]_    4. X _____

Attachment A (Exhibit A)

MOTTEA, DORON

ACCOUNT NAME(S)/TITLE (list above)

| Safe Deposit Account # | Box # | Nest # |
|---|---|---|
| ███ 859 | ███ 51 | ███ |

The following are needed to open or give up the box.
Any one signer unless:
 • You specify another number here: ___
 • Any signer on line(s) ___ along with any signer on line(s) ___

Signature(s):

1. X _D. Mottea_  4. X ~~_____~~
2. X ~~_____~~  5. X ~~_____~~
3. X ~~_____~~  6. X ~~_____~~

95-11479/B 5-3000  BANKING CENTER COPY   CONFIDENTIAL   ♻ Recycled Paper   MEMBER FDIC

Attachment A (Exhibit A)

THIS SAFE DEPOSIT BOX WILL BE: (CHECK ONE)
☐ SOLE PROPRIETOR ☐ PARTNERSHIP ☐ CORPORATION ☐ LODGE/ASSOCIATION

FOR SOLE PROPRIETOR

X_____  X_____
   Your Signature                Name of Proprietor

X_____
   Print Your Name

FOR PARTNERSHIP, CORPORATION, LODGE OR ASSOCIATION

AUTHORIZATION.

Resolved. This entity authorizes the persons whose signatures appear on the reverse to make arrangements for safe deposit box rental services for this entity with Bank of America, N.A. (the bank). Each person is also authorized to open the safe deposit box, add to or remove its contents, and give up the box and sign a liability release. The bank is authorized to honor all instructions of any of those persons. This authority remains in force until the bank receives a revocation notice at the banking center where the box is maintained.

The undersigned certifies that this resolution was adopted by the entity in accordance with law and its charter documents, that it is now in force, and that the persons whose signatures appear on the reverse are authorized to act as stated in the resolution.

1. X_____  2. X_____
   Signature    Title      Signature    Title   Date

We certify the foregoing to be correct (for Lodge or Association).

1. X_____  2. X_____
   Retiring Officer  Title    Retiring Officer   Title   Date

ADDITIONAL TERMS

- We give you a rent receipt and two keys, for which we may charge you a key deposit. You will not duplicate any key. If you lose a key, you will notify us immediately and pay us our charge for the lost key. We will refund any key deposit if you return both keys when you give up the box and your rent is paid in full.
- This agreement renews automatically at the end of each rental period for the same period of time, unless either of us terminates it.
- Your box rent is due at the beginning of the rental period. The rate is that in effect at the time of renewal. We may change the rent at any time. We may charge a fee each time you enter your box if you enter your box frequently.
- You may not put liquids, or unlawful, dangerous, explosive, perishable or offensive materials in the box. If you do, you must pay for all damages which result.
- Our only responsibility under this agreement is to exercise ordinary care in allowing access to the box. If we do this, we are not liable to you in any way. If we do not do this, our maximum liability to you is the loss or damage caused to the contents of the box. We are not liable for any other loss or damage.
- If you or we request, any controversy concerning the box or this agreement will be decided by arbitration under the Commercial Arbitration Rules of the American Arbitration Association and in accordance with California law, including Section 1283.05 of the Code of Civil Procedure. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The applicable statute of limitation will apply to any claim.
- We may require the consent of all of the signers before allowing access to the box if we are told there is conflict among the signers.
- If you do not pay your rent when it is due, we may refuse access to the box until you pay all of the past-due rent. We may also charge your deposit accounts for the past due rent.
- If we force open your box for any reason, you will pay us for our expenses when asked by us. If you don't, we may charge your deposit accounts for our expenses.
- We may, without liability, force open the box, remove the contents, and dispose of them as the law allows if (1) you do not pay your rent after we have sent you notice; (2) we think it necessary to protect our premises or the contents of the box; (3) after we send you a notice terminating this agreement you do not remove the contents of the box and surrender the box within 30 days or (4) we are required to treat the contents of the box as unclaimed property.
- There is no right of survivorship of the contents in the box and there is no change of ownership of the contents when a co-renter dies. We may continue to allow access to the box by the surviving signer(s) after we are notified of the death of a signer. We may also allow access to the box by the legal representative of the deceased signer's estate. We may require the consent of both the legal representative of the deceased signer's estate and the surviving signer(s) to give up the box.
- We may move the box to a different location or substitute a box of similar size.
- We may change or terminate this agreement at any time by mailing a notice to you.
- Notices we send to you at the address we have on our records are effective when mailed, even if returned to us undelivered.
- Access to the box means that the person may open the box, add to or remove its contents, or give up the box.

CUSTOMER NOTICE OF SURRENDER TO BANK

I certify all property in your Safe Deposit Box Number_____ has been lawfully withdrawn, and I release you from any obligation to me. I now give up the box.

By X_____
                                   Date

By X_____
                                   Date

By X_____

Attachment A (Exhibit A)



Attachment A (Exhibit B)



**Attachment A (Exhibit B)**



Attachment A (Exhibit B)