4/18

| | |
|---|---|
| To: | Doron[doron@doron.us] |
| From: | Paul Medina |
| Sent: | Thur 10/17/2013 1:34:11 PM |
| Importance: | Normal |
| Subject: | Fwd: Current Merchant account info |
| MAIL_RECEIVED: | Thur 10/17/2013 1:34:33 PM |

Merchant Account Information.xls

---------- Forwarded message ----------
From: Paul Medina <paul@mediaurge.com>
Date: Wed, Oct 16, 2013 at 11:52 AM
Subject: Current Merchant account info
To: Alon N <vigorect@gmail.com>


Alon,

Please see attached, you will see 3 tabs at the bottom.

Regards,

--
Paul B. Medina
Executive Vice President

Mobile: ▓▓▓▓▓▓▓ | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype ▓▓▓▓▓▓▓ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


--
Paul B. Medina
Executive Vice President

Mobile ▓▓▓▓▓▓▓ | Office:855-717-5656
Direct: 818-200-1035 ext 7004 | Fax:818-647-0182
Skype: ▓▓▓▓▓▓▓ | Email: Paul@MediaUrge.com
Website: http://www.MediaUrge.com/


Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

