| | | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Total |
|---|---|---|---|---|---|---|---|---|
| Roi Total Processing Agoa Signa 2 & Ums 2 | 1.00% | $263,258.71 $2,632.59 | $282,666.65 $2,826.67 | $335,546.71 $3,355.47 | $221,489.03 $2,214.89 | $182,745.86 $1,827.46 | $142,971.00 $1,429.71 | $5,096,413.62 $50,964.14 |
| Rachel Total Processing DMA Signa 1 & UMS 2 | 1.00% | $90,964.69 $909.65 | $191,975.22 $1,919.75 | $140,904.69 $1,409.05 | $86,660.02 $866.60 | $187,219.42 $1,872.19 | $148,553.00 $1,485.53 | $2,962,073.98 $29,620.74 |
| Lori Total Processing Lifestyle Signa 1 | 1.00% | $50,472.17 $504.72 | $54,626.24 $546.26 | $91,354.40 $913.54 | $80,795.52 $807.96 | $56,336.00 $563.36 | $46,538.00 $465.38 | $2,159,004.57 $21,590.05 |
| Igor Total Processing Zen Signa 2 & UMS 2 | 1.00% | $236,697.29 $2,366.97 | $340,343.42 $3,403.43 | $461,712.88 $4,617.13 | $171,297.00 $1,712.97 | $138,471.00 $1,384.71 | $4,469,121.67 $44,691.22 |
| Tomer/Doron Safe Signa 2 & UMS 3 | 1.00% | $299,295.35 $2,992.95 | $336,780.37 $3,367.80 | $434,157.17 $4,341.57 | $293,204.21 $2,932.04 | $230,051.94 $2,300.52 | $248,912.00 $2,489.12 | $4,953,442.62 $49,534.43 |
| Tal Heritage UMS 2 | 1.00% | $66,175.94 $661.76 | $0.00 $0.00 | $96,506.14 $965.06 | $249,258.56 $2,492.59 | $107,465.00 $1,074.65 | $116,523.00 $1,165.23 | $4,953,442.62 $49,534.43 |
| Ann Sofie AMD UMS 3 | 1.00% | $53,098.80 $530.99 | $223,758.04 $2,237.58 | $180,114.54 $1,801.15 | $105,888.00 $1,058.88 | $170,324.00 $1,703.24 | $4,953,442.62 $49,534.43 |
| Sean All Star Beauty UMS 3 | 1.00% | $222,909.16 $2,229.09 | $279,243.96 $2,792.44 | $146,299.00 $1,462.99 | $187,027.00 $1,870.27 | $4,953,442.62 $49,534.43 |
| DAVID KAI Media Inc UMS 3 | 1.00% | $306,621.17 $3,066.21 | $127,258.62 $1,272.59 | $123,959.71 $1,239.60 | $180,331.00 $1,803.31 | $154,714.00 $1,547.14 | $4,953,442.62 $49,534.43 |
| Insight Media Inc UMS 3 | 1.00% | | | $0.00 | $306,381.98 $3,063.82 | $155,025.00 $1,550.25 | $143,080.00 $1,430.80 | $4,953,442.62 $49,534.43 |
| Shalita Holdings Inc UMS 3 | 1.00% | | $0.00 | $0.00 | $245,196.49 $2,451.96 | $13,215.00 $132.15 | $190,994.00 $1,909.94 | |
| Motti Total Processing OG Signa 1 & UMS 2 | | $148,283.34 | $0.00 | $0.00 | $0.00 | | | $10,142,300.13 |

EXHIBIT 945
945 - 1
Attachment C