

# MASTER DEPOSIT AGREEMENT FOR PERSONAL ACCOUNTS

| Name | Taxpayer Identification Number |
|---|---|
| DORON NOTTEA | ▮4434 |

By signing or electronically accepting this agreement, I understand that I am opening the deposit account(s), and I agree that you will handle my account(s) associated with this agreement according to the "Rules for Deposit Accounts" and the "Terms and Charges Disclosure", **and I acknowledge receiving copies of them**. I agree that this agreement and the "Rules" and "Terms and Charges Disclosure" are a binding contract between you and me.

If more than one person is named in the title for any account, such account will be considered a joint account. Instructions which affect any of my joint accounts may be given by any joint account owner. Also, unless stated otherwise, each intends to create a joint deposit **payable to either (any) of them or the survivor.**

**Additional Terms:**

By signing or electronically accepting this agreement, I authorize HSBC to accept oral or electronic instructions from me to open or close deposit accounts with the same effect as if I had signed them. You may refuse to accept such instructions at any time. I agree to follow your security precautions and to provide my signature upon request. I understand that I will also receive the applicable "Terms and Charges Disclosure" each time a new deposit account is opened in the future. I further understand that I am bound by the "Rules" and "Terms and Charges Disclosure(s)" as they may be amended from time to time.

X ___[signature]___                                    __10/01/10__
Signature                                              Initial Date

---

**TAX CERTIFICATION**

I certify, under penalties of perjury, that:

1. The number shown above is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. Backup withholding status (check applicable box)
   ☒ I am not subject to backup withholding because:
      a. I am exempt from backup withholding, or
      b. I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or
      c. The IRS has notified me that I am no longer subject to backup withholding, and
   ☐ I am subject to backup withholding because I have been notified by the IRS that I am currently subject to backup withholding due to failure to report all interest and dividends on my tax return, and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

X ___[signature]___
Signature of U.S. Person

---

**Internal Use Only**
Reference Number: ▮

HSBC                             **Attachment E**                             BR 321 ELEC (10/07)

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, Nicole A Annunziata, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **HSBC Bank USA, N.A.**, and attached hereto.

3. The documents produced and attached hereto by **HSBC Bank USA, N.A.**, are originals or true copies of records of regularly conducted activity that:

    a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b) Were kept in the course of the regularly conducted activity of **HSBC Bank USA, N.A.**; and

    c) Were made by the regularly conducted activity as a regular practice of **HSBC Bank USA, N.A.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2016.

_Nicole A Annunziata_
Signature



## CERTIFICATION OF RECORDS

"The undersigned certifies that she is the custodian of the records to which this certificate is annexed, that these records are true and accurate photocopies of records maintained in the actual course of business of this institution, further that it is this institution's ordinary business to maintain such records, that said records were made contemporaneously with the transaction stated therein, or within a reasonable time after said transaction."

Nicole A. Annunziata
Legal Paper Regulatory Specialist
Custodian of Records

Sworn to before me this
2nd day of May 2016

Notary Public

DAWN L. SCULL
Notary Public, State of New York
Certified in Erie County
Commission Expires Nov. 9, 2018