David C. Shonka
Acting General Counsel
DAMA J. BROWN
Regional Director
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov
Texas Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS** |

**PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT**

**BUNZAI MEDIA GROUP, INC.**, *et al.*

**Defendants.**

Plaintiff Federal Trade Commission submits this Request for Evidentiary Ruling on Specified Objections pursuant to this Court's Standing Order Re Summary Judgment Motions, entered on April 19, 2016. Plaintiff objects to the Declarations of Mariya Aleksandrovna and Ilia Klykov ("Declaration of Ilia Klykov Re: November 6, 2009 Fiduciary Management Agreement; and January 12, 2015 Agreement Between Guayas, Ltd. And Calenergy LLC" and "Declaration of Mariya Aleksandrovna Re: June 4, 2015 Master Loan Agreement," respectively), Dkts. 357 and 358, which Defendants Igor Latsanovski and Calenergy, Inc. relied on in their Motion for Summary Judgment, Dkt. 352. The FTC requests that the Court sustain these objections and strike both Declarations.

### Defendants did not timely disclose Ilia Klykov and Mariya Aleskandrovna as persons with knowledge.

Under Rule 26 of the Federal Rules of Civil Procedure, a party must disclose "the name . . . of each individual likely to have discoverable information . . . that the disclosing party may use to support its claims or defenses."

PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT

2

Furthermore, a party "must supplement or correct its disclosure . . . in a timely manner if the party learns that in some material respect the disclosure . . . is incomplete or incorrect . . . ." If a party fails to disclose a witness, "the party is not allowed to use that . . . witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." FED. R. CIV. P. 37.

For example, in *Holak v. Kmart Corp*., three months after discovery ended, the Plaintiff filed a motion, relying in part on declarations from six individuals Plaintiff did not disclose during discovery.[1]  The Court held that Plaintiff failed to timely disclose its witnesses and struck the witnesses' declarations.[2]  The Court emphasized the fact that "Defendant had no meaningful opportunity to depose the witnesses during the discovery period."[3]  Furthermore, the Court held Plaintiff's failure to disclose the witnesses was prejudicial even though Defendant subsequently offered the witnesses for deposition, as deposing witnesses "shortly before [Defendant's] opposition brief was due . . . was not a practical means to avoid prejudice . . . ."[4]

---

[1] No. 1:12-CV-00304 AWI, 2014 WL 2565902 (E.D. Cal. June 6, 2014), *report and recommendation adopted in relevant part*, No. 1:12-CV-00304-AWI, 2014 WL 4930762 (E.D. Cal. Sept. 30, 2014).

[2] *Id.*

[3] *Id.* at 8.

[4] *Id.*

PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT

3

1

2          Here, too, the Court should strike the Declarations of the undisclosed

3   witnesses. As in *Holak*, Defendants did not disclose the witnesses during

4   discovery. Indeed, Defendants first mentioned the witnesses in Defendants'

5   Motion for Summary Judgment. Plaintiff will be severely prejudiced if

6   Defendants are allowed to rely on these declarations, as Plaintiff's reply brief is

7   due imminently, it never had an opportunity to depose the witnesses, and it cannot

8   practically or meaningfully depose the witnesses before its brief is due.

9                                          Respectfully submitted,

10  Dated: May 2, 2016                     /s/ REID TEPFER
                                           REID TEPFER
11                                         LUIS H. GALLEGOS
                                           EMILY ROBINSON
12                                         ZACHARY A. KELLER
                                           Attorneys for the Plaintiff
13                                         Federal Trade Commission
                                           1999 Bryan Street, Suite 2150
14                                         Dallas, Texas 75201
                                           (214) 979-9395 (Tepfer)
15                                         (214) 979-9383 (Gallegos)
                                           (214) 953-3079 (facsimile)
16                                         rtepfer@ftc.gov
                                           lgallegos@ftc.gov

17
                        **CERTIFICATE OF SERVICE**
18
19          The undersigned certifies that on May 2, 2016, a true and correct copy of
    the foregoing document was electronically emailed to the attorneys listed below.

20  Erik S Syverson

    PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND
    CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT

    4

1  Raines Feldman LLP
   9720 Wilshire Boulevard Fifth Floor
2  Beverly Hills, CA 90212
   esyverson@raineslaw.com
3  *Counsel for Oz Mizrahi*

4  Robert M. Ungar
   Crosswind Law
5  14724 Ventura Blvd Penthouse
   Sherman Oaks, CA 91403
6  rmu@crosswindlaw.com
   *Counsel for Alon Nottea and*
7  *Roi Reuveni*

8  Randi R. Geffner
   Esensten Law
9  12100 Wilshire Blvd.
   Suite 1660
10 Los Angeles, CA 90025
   (310) 273-3090
11 RGEFFNER@ESENSTEINLAW.COM
   *Counsel for Doron Nottea and Motti Nottea*
12
   Jeffrey S. Benice
13 Law Offices of Jeffrey S. Benice
   3080 Bristol Street
14 Sixth Floor, Suite 630
   Costa Mesa, California 92626
15 E-Mail: JSB@JeffreyBenice.com
   *Counsel for Igor Latsanovski and*
16 *CalEnergy, Inc.*

17

18

19

20

   PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND
   CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT
   5

1   Benjamin A Pettit
20 East Pueblo Street
2   Santa Barbara, CA 93105
*Counsel for Alon Nottea*

3
Sagar Parikh
4   Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
5   Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc.,*
6   *Secured Merchants LLC, and Alan Argaman*

7                                              /S/ REID TEPFER
                                                REID TEPFER
8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S REPLY TO DEFENDANTS IGOR LATSANOVSKI AND
CALENERGY, INC.'S MOTION FOR SUMMARY JUDGMENT