**EIGHTH DECLARATION OF FTC INVESTIGATOR**
**BRENT D. MCPEEK**
**<u>PURSUANT TO 28 U.S.C. § 1746</u>**

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1.      My name is Brent D. McPeek.  I am over the age of 21 and competent to give this declaration.  I am a Federal Trade Investigator with the Federal Trade Commission ("FTC").  I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics.  I have more than ten years' experience as an investigator and litigation consultant.  My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2.      My duties, as a Federal Trade Investigator, include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and other laws and rules enforced by the Commission.

3.      I assisted in the FTC's investigation of Bunzai Media Group, Inc. ("Bunzai") and related companies and individuals.  I will refer to the subjects of the FTC's investigation collectively as the "Defendants."

4.      During the FTC's investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same.  Personally Identifying

Information ("PII") has been redacted from all documents referenced in this declaration.

5.     As discussed in previous declarations (*see, e.g.,* Dkt. 93-1 and Dkt. 119-1), the FTC and forensic electronic technicians gained access to the various business premises of Defendants on June 18, 2015.  The forensic electronic technicians made forensically sound images of many of the computers found in the Defendants' business premises.  Additionally, Senior Financial Investigator Rebecca Woolever of the Consumer Protection Division of the Florida Office of the Attorney General provided a declaration with attached documents.

6.     True and correct copies of some of the documents found on the business premises or retrieved from the forensic images of the computers, and the declaration of Senior Financial Investigator Woolever, are attached to this Declaration as follows:

a.     Volume 34:  Exhibits 23, 67, 276, 425, 451, 522, and 908.  These documents are cited in "Plaintiff's Response in Opposition to Defendants Igor Latsanovski and Calenergy, Inc.'s Motion for Summary Judgment."

b.     Volume 35:  Exhibits 48, 276, 277, 317, 487, 491, and 908.  These documents are cited in "Plaintiff's Statement of Genuine Disputes to

Defendants Igor Latsanovski and Calenergy, Inc.'s Statement of Uncontroverted Facts."

c.   Volume 36:  Exhibits 176, 289, 293, 366, 370, 557, and 563.  These documents are cited in "Plaintiff's Opposition to Defendant's Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.'s Motion for Summary Judgment."

d.   Volume 37:  Exhibits 53, 176, 214, 287, 289, 366, 367, and 563. These documents are cited in "Plaintiff's Statement of Genuine Disputes to Defendants Alan Argaman, Secured Merchants, and Chargeback Armor's Statement of Uncontroverted Facts."

e.   Exhibit 944:  This exhibit is cited Plaintiff's Motion for Summary Judgment, previously filed in Dkt. 232-1.

f.   Exhibit 945:  This exhibit is cited in Plaintiff's Response in Opposition to Joint Motion for Release of Frozen Funds of Lori Bekhor and Rachel Nottea.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on May 2, 2016, at Dallas, Texas.

**BRENT D. MCPEEK**