| From: | Alon | MediaUrge <alon@mediaurge.com> |
|---|---|
| Sent: | Wednesday, April 17, 2013 11:44 PM |
| To: | Igor; Paul Medina |
| Subject: | Fwd: New Business | Reserves | Thank you! |
| Attachments: | Aura Vie Quarterly Exposure.xls |

And the final answer is - A BIG FAT NO!!!!!!!! NEVERTHELESS, I AM still grateful and thankful !!!!!!

---------- Forwarded message ----------
From: Joyce Gaines <joyce.gaines@umsbanking.com>
Date: Wed, Apr 17, 2013 at 5:24 PM
Subject: Re: New Business | Reserves | Thank you!
To: Alon | MediaUrge <alon@mediaurge.com>
Cc: Chris Gaines <chris.gaines@umsbanking.com>, Dylan Gaines <dylan.gaines@umsbanking.com>, Jacki Cass <jacki.cass@umsbanking.com>

Alon,

After going over everything regarding your accounts with us today here is our agreed upon stance. We will not be releasing any of the existing reserve we currently hold. We will cap this reserve once it hits $ 1 million.  The reserve requirement will be reviewed quarterly.

The math on this is as follows:

1.  Our minimum quarterly exposure, which you will see in the spreadsheet attached is  $ 900,000.00. This is our potential exposure in the event that your accounts close for any reason -- You leave us; we close you; you go out of business, etc.  This is how much will come in through chargebacks, refunds and fees to us  unequivocally for the next 3 months.

2. If for some reason the FTC would close your accounts, you can add immediately another $ 1million plus of chargebacks because you will have billed fees to clients and you will not be able to ship product.

3. In the event of an FTC closure they will freeze our reserves on your accounts immediately.  We have had this happen in the past with Mortgage modification accounts on our books. So our exposure over the ensuing 18 months could be as high as $ 18 million dollars or as low as $ 6 million.

4. We have no personal guarantees of any net worth close to this and the agreed upon cross guarantee never materialized and will not be forth coming.

I have to protect UMS based on the nature and risk of the business in front of us, the current nature of the industry and the regulatory scrutiny and the current chargeback/return ratios. One of your accounts is already on the Excessive Chargeback Program.

No matter how much I may like you, personally, I can not allow that to influence good business judgement.

I hope you understand.

1

EXHIBIT

23

Very Best,

Joyce


On 4/12/2013 5:46 PM, Alon | MediaUrge wrote:

Dearest (UMS) Team,

We are anxiously waiting for your decision, please let us know how you feel about our request.

Wishing you all a relaxing weekend!


Best Regards,


Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba
direct: 818.200.1035
email: alon@mediaurge.com <mailto:alon@mediaurge.com>

<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


On Wed, Apr 10, 2013 at 10:56 AM, Joyce Gaines <joyce.gaines@umsbanking.com> wrote:

Dear All,

I met with Jacki on this yesterday. She is running some numbers and doing one research pull.  We will have an answer by Friday.

2

Thank you,

Joyce

On 4/8/2013 9:03 PM, Alon | MediaUrge wrote:

Dearest Chris, Dylan & Joyce,

I miss you guys! We need to get together.

Chris, It was a pleasure speaking with you today... I'm still working on the 'example agreement doc' we spoke about, I am reviewing by phone with my attorney tomorrow morning to make sure I provide fully accurate information.

As discussed, 4 new RMCs (Retail Merchant Corps) have signed up to become retailers of the new Adagio, LeOR, and EllastiQ product brands. We agree to board these new MIDS though UMS/EVO/Deutsche Bank.

Team, as volume stays pretty consistent for the original UMS MIDs, attached, I have shared an internal document we use to analyze reserve amounts as well as measure (worst case scenario) exposure for the current processing volume. Please take a look and feel free to ask if anything is unclear. It shows exactly what would occur, even if our business stopped overnight (god-forbid).

Nevertheless, as volume starts to increase with EVO, it will take some time for us to build rapport and the right trust and comfort level with EVO, it will be a while before we can negotiate a lower 'reserve' rates and/or a quicker release as we're going to have to build another 'Reserve Chest with EVO'.

Our Request: Based on our analysis, there is over $700K in current UMS reserves. We are growing by the day, our cash flow is consistently invested back into hiring, inventory and advertising in order to support the growth, we need your support. We kindly ask that UMS releases, all reserves above or over $500K totaling an approximate release of around $200K with an understanding that we will not increase our current volume with these MIDs. Therefore, as long as we preform up to par... UMS will hold 500K in reserve for volume up to 2MM per month, and will not hold more as long as volume stays consistent. Reserves will increase by $125K for every 500K of volume we increase. Example: If volume goes to 2.5MM than UMS will hold an additional $125K totaling $625K, if we go to 3MM, then $750K would be the reserves held. Basically, we must have at least 25% in cash reserves based on our monthly volume.

We sincerely thank you for working with us and I hope I've provided enough data in order for Joyce to make an executive decision with respect to the releases and hold backs from now on as well as how we approach reserves from an upper view in general. It is with the out most respect that I thank you in advance for supporting our growth and being such a blessing in our success.

Warm Regards,

Alon Nottea
Rainmaker | MediaUrge
skype: alonbaba

3

direct: 818.200.1035
email: alon@mediaurge.com
<mailto:alon@mediaurge.com>


<http://www.abwoffers.com/mediaurge/mediaurgeemail.JPG>


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


--


UMS Banking

Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>


_____


*************************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or

4

retaining of this transmission by someone other than the intended addressee or
addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.
*****************************************************************************
***********************************

--


        UMS Banking

        Joyce Gaines
CEO
Phone: 818-246-6767
joyce.gaines@umsbanking.com
www.umsbanking.com

<http://www.umsbanking.com>

_____

*****************************************************************************
***********************************
The information in this e-mail and in any attachments is CONFIDENTIAL and intended for the sole use of the addressee(s)
listed.
This e-mail may contain information that is confidential and exempt from disclosure under applicable law.
You are hereby notified that any dissemination, distribution, duplication or retaining of this transmission by someone
other than the intended addressee or addressee's designated agent is strictly prohibited.
If you have received this communication in error, please notify us by return (reply) e-mail immediately.
Thank you.
*****************************************************************************
***********************************



**Developing the Products...Designing the Campaigns...Delivering the Future!**

Pinnacle Logistics, Inc. is in the business to manage and build your business to new higher levels of quality, detail, reliability and efficiency. Pinnacle provides high quality and low cost assembly of promotional and product kits targeting different industries. Pinnacle takes advantage of new opportunities in the fulfillment market place daily. Our business goals are as follows:

1. Ensure customer satisfaction where the customer is the center of all business efforts and the customer is the reason we are in business in the first place.
2.  Maximize efficiencies.
3. Capitalize on our collective talent and resources to find opportunities in the marketplace
4. Eliminate opportunities for error.


Oz Mizrahi founded Pinnacle Logistics, Inc in 2012 in a successful effort to establish a full service, international, turn-key fulfillment house of the highest quality and service capability. Pinnacle is capable of all assembly, distribution, warehouse, call center, data entry/management, quality assurance chargeback and inventory services. Pinnacle has many detail-oriented, fast paced, proactive employees who are sensitive to our client's sense of urgency.

**EXHIBIT 67**

| | |
|---|---|
| **To:** | Khristopher[khristopher007@gmail.com] |
| **Cc:** | igorlats@gmail.com[igorlats@gmail.com]; Paul Medina[paul@bunzaimedia.com] |
| **From:** | Alon | Bunzai Media |
| **Sent:** | Sat 8/11/2012 11:58:37 AM |
| **Importance:** | Normal |
| **Subject:** | Re: Re: Use of my photo in your ads/campaigns |
| **MAIL_RECEIVED:** | Sat 8/11/2012 11:58:37 AM |

Khris,

It looks as though someone sent / forwarded her the email / ad campaign where her picture was seen.... Why did it not come thru the email she forwarded to you, maybe you could ask her if she can see / get it from her friend or her computer...

- We obviously are not doing this intentionally.... this can happen with anyone (hence the plastic surgen who's patients were used)
- we have not used her picture to market anything in months...
- Anyone can steal anyones picture and use them without permission as they are breaking the law...
- It's clear this woman wants more money... Let's give her a little...
- this can happen with any of your angels, if you wish, we can change the testimonial direction...

- we can bring in people i know: Arava, Michal, Ori and other friends that this will not happen with... What else can i say about Karen...
we looked and looked yesterday and found nothing online with her....

Send a big apology with a check for $2500 and flowers and call it a day.... she's your friend not an enemy!!!!!!

Best Regards,

**Alon Nottea**
**Executive Director** | CEO
**Bunzai Media Group, Inc.**
Skype: ▮▮▮▮▮
Office: 818.200.1035
Mobile: ▮▮▮▮▮▮
Mail: Alon@BunzaiMedia.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Sat, Aug 11, 2012 at 8:37 AM, Khristopher <khristopher007@gmail.com> wrote:

---------- Forwarded message ----------
From: "Karen Allman" <karen.l.allman@gmail.com>
Date: Aug 10, 2012 8:24 PM
Subject: Re: Use of my photo in your ads/campaigns
To: "Khristopher Bond" <khristopher007@gmail.com>

**EXHIBIT 276**

Khristopher -

I am very distraught right now.  This "advertisement" is taking on a life of it's own.  Friends are making fun of me.  You paid me $100 and told me you were only using it in a test campaign.  You have told me for years I have not been used in your campaigns. That is not true.

My friend, Kiki, and I quote, said, "They are using your picture in a SCAM.  I would never use this product."

I moved to a new area, was making new friends, and now they are laughing at me.  I am so embarrassed right now.  You said you were going to shut it down and paid me $2,500.  You can't tell me when you are going to take it down and there is nothing you can do about it?  And I am supposed to do NOTHING while everyone is seeing this hideous photo of me?

The $2,500 you sent me is not enough.  This is not going away!  So, figure out a better compensation for me and a way to shut it down.  I am at the end of my rope.  What you are doing to me is not right.

I need you to get back to me right away.

Karen


On Sat, Aug 11, 2012 at 8:04 AM, Karen Allman <karen.l.allman@gmail.com> wrote:
>
> ---------- Forwarded message ----------
> From: >Kiki
> Date: Tue, Jul 24, 2012 at 6:44 PM
> Subject: Karen?? someone just sent this to me ???
> To: Karen Allman <karen.l.allman@gmail.com>
> _____
>
> From: Ada
>
> Date: Tue, 24 Jul 2012 21:28:33 -0400
>
> Is this Karen?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

                    EXHIBIT 276

**To:**    Theodore Monroe[monroe@tfmlaw.com]
**Cc:**    igor[igor@us-alliancemedia.com]
**From:**    Alon | Bunzai Media
**Sent:**    Mon 1/23/2012 7:29:59 PM
**Importance:**    Normal
**Subject:**    Moving Forward
**MAIL_RECEIVED:**    Mon 1/23/2012 7:29:59 PM

Theo,
I hope you've had a chance to think about our corporate structure discussion ...

When would be a good time for Igor and I to see you and make some final decisions?

Please let me know.
Best Regards,


Alon Nottea
Executive Director | CEO
Bunzai Media Group, Inc.
Skype: alonbaba
Office: 818.200.1035
Mobile: 818.652.5454
Mail: Alon@BunzaiMedia.com




Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

| | |
|---|---|
| **From:** | Alon \| NWM <vigorect@gmail.com> |
| **Sent:** | Wednesday, September 28, 2011 12:09 AM |
| **To:** | Khristopher Bond |
| **Subject:** | BMG Payroll for 9/23/11 |
| **Attachments:** | Paychex_Payroll_092311.xls |

Khris,

This is september (2 week) pay period ... Great snapshot.


See attached. Again, these are all the gross amounts before taxes.

I break it down like that so I know
how much of their taxes are actually employer taxes.


-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

1

**EXHIBIT 451**

| Name | Position | Amount | Commission | Total Gross Amount | Pay Rate | Hours | Notes |
|---|---|---|---|---|---|---|---|
| Khristopher Bond | Executive | N/A | $ - | $ - | N/A | N/A | |
| Alon Nottea | Executive | N/A | $ - | $ - | N/A | N/A | |
| Igor Lats | Executive | N/A | $ - | $ - | N/A | N/A | |
| Nastassia Yalley | Director | $24K W2 $32,400.10 | $ - | $ 2,169.23 | N/A | N/A | |
| Paul Medina | Director | $24K W2 $32,400.10 | $ - | $ 2,169.23 | N/A | N/A | |
| Leor Arazy | Marketing | $18K W2 $18K 1099 | $ - | $ 1,384.62 | $36k/year 1099 | N/A | |
| Victor Azai | Graphic Design | $ 1,384.62 | $ - | $ 1,384.62 | $36k/year 1099 | N/A | |
| Nicole Oconnell | Customer Service | $ 812.65 | $ - | 812.65 | $11.54/hour | 70 hours 25 minutes | |
| Andree Mansour | Customer Service | $38.4K W2 | $ 10.00 | 1,377.52 | $38.4k/year | 74 hours and 5 minutes | took 9/15-9/16 off PAID |
| Sandra Rubio | Customer Service | $36K W2 | $ 10.00 | 1,394.62 | $36k/year | 80 hours | |
| Jorge Rutiaga | Customer Service | $ 897.81 | $ - | 897.81 | $11.54/hour | 77 hours 48 minutes | Paid back $150 this pay period, $150 on 10/7/11 |
| Rudy Avila | Customer Service | $ 705.92 | $ - | 705.92 | $11.54/hour | 74 hours 10 minutes | 10/7/11 |
| Andrew Stanley | Customer Service | $ 808.03 | $ - | 808.03 | $11.54/hour | 70 hours 1 minute | |
| Shant Konyalian | Customer Service | $ 1,000.32 | $ 84.00 | 1,084.32 | $30k/year | 69 hours 22 minutes | |
| Derek Smith | Customer Service | $ 901.27 | $ - | 901.27 | $11.54/hour | 78 hours minutes | |
| Justin McKinnon | Customer Service | $33K W2 | $ - | 1,269.23 | $33k/year | 80 hours | |
| Victor Godoy | Customer Service | $30K W2 | $ 25.20 | 1,070.65 | $30k/year | 72 hours 30 minutes | |
| Moses Garcia | Customer Service | $ 800.30 | $ 20.00 | 820.30 | $11.54/hour | 69 hours 21 minutes | |
| Laura Getten | Customer Service | $ 161.64 | $ - | 161.64 | $12/hour | 13 hours 28 minutes | |
| Chadne Kidd | Customer Service | $ 789.34 | $ - | 789.34 | $11.54/hour | 68 hours 24 minutes | |
| Avear Carey | Customer Service | $ 828.00 | $ - | 828.00 | $11.54/hour | 71 hours 45 minutes | |
| Gloria Thorton | Customer Service | $ 892.20 | $ - | 892.20 | $12/hour | 74 hours 21 minutes | |
| Patrick Raffin | Customer Service | $ 927.01 | $ 50.00 | 977.01 | $12/hour | 80 hours 13 minutes | |
| Randy Pimentel | Customer Service | $ 930.12 | $ - | 930.12 | $11.54/hour | 80 hours 24 minutes | |
| Geiner Samayoa | Customer Service | $ 928.05 | $ - | 928.05 | $11.54/hour | 80 hours 17 minutes | Moved to full time this pay period |
| Laneisha Walker | Customer Service | $ 855.34 | $ - | 855.34 | $11.54/hour | 74 hours 7 minutes | |
| Alon Shivron | Customer Service | $ 933.93 | $ 10.00 | 943.93 | $11.54/hour | 80 hours 37 minutes | Moved to full time this pay period |
| Andrew Alvarado | Shipping | $ 728.92 | $ - | 728.92 | $11.54/hour | 71 hours 50 minutes | Minus $100 he owes plus $100 for the next two pay periods |
| Mynor Blanco | Shipping | $ 944.32 | $ - | 944.32 | $11.54/hour | 81 hours and 13 minutes | Last paycheck so include 9/21/11 and two hours for 9/22/11 |

TOTAL Paychecks       27,228.89
Worker's Comp         140.47
Paychex Fee           135.10
Manual Checks         568.25
Employer Taxes        2,325.53        $ 29,694.89   The amount on the paycheck sheet.
TOTAL COST OF PAYROLL    $ 30,398.24

The taxes from these checks will come out on 10/7/11

EXHIBIT 451

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Friday, December 09, 2011 1:32 PM |
| **To:** | Doron |
| **Cc:** | Alon Nottea |
| **Subject:** | Re: Bunzai Companies |
| **Attachments:** | Bunzai Companies Structure.xlsx |

Please see attached.


Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail




From: Doron <doron@doron.us>
To: "'David Davidian, CPA'" <cpa@lacpa.com>
Sent: Friday, December 9, 2011 11:10 AM
Subject: RE: Bunzai Companies


Got It.

Today is a crazy crazy day as we are doing construction and I am taking my wife to a doctor.
Let me figure out today what to do I will call you later today.
Are you in tomorrow as well ?

Also can you send me this doc as an excel as well.

**522 - 1**                                                                      **EXHIBIT 522**

Doron

From: David Davidian, CPA [mailto:cpa@lacpa.com]
Sent: Friday, December 09, 2011 10:56 AM
To: Alon | Bunzai Media
Cc: Doron Nottea
Subject: Bunzai Companies

Dear Alon,

Attached please find a summary of the Bunzai Companies.
I am planning to either talk to you on the phone or meet in person to discuss the year end planning.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates

**EXHIBIT 522**

Davidian & Associates

## BUNZAI COMPANIES

| No. | Entity Name | Structure | State | Payroll | EDD | EFTPS | Payroll Frequency | Sales Tax Due Date | Date Incptd. | T/R for 2010 | Shareholder(s) & % | Officers | Director(s) | Agent | Stmt of Info Due Date | Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bunzai Media Group, Inc | C | CA | P | X | X | SM | 7/31/2012 | 1/1/2010 | X | UD-Alon, Igor, Chris | Alon Nottea CEO/CFO; Motti Nottea Sec. | Alon Nottea | Alon Nottea | 1/1/2011 | 16161 Ventura Blvd # 378 Encino, CA 91436 |
| 2 | Ajroa Holdings, Inc. | C | CA | | X | X | | 7/31/2012 | 6/15/2011 | na | UD-Roi Reuveni | Roi Reuveni | Roi Reuveni | David Davidian | 6/15/2012 | 15803 1/2 Stagg Street Van Nuys, CA 91406 |
| 3 | DMA Media Holdings, Inc | S | CA | | X | X | | 7/31/2012 | 6/15/2011 | na | Roi Reuveni (100%) | Roi Reuveni | Roi Reuveni | David Davidian | 6/15/2012 | 19528 Ventura Blvd Ste 224 Tarzana, CA 91356 |
| 4 | Lifestyle Media Brands, Inc | S | CA | | X | X | | 7/31/2012 | 6/15/2011 | na | Rachel Nottea (100%) | Rachel Nottea | Rachel Nottea | David Davidian | 6/15/2012 | 8335 Winnetka Ave # 118 Winnetka, CA 91306 |
| 5 | Zen Mobile Media, Inc. | C | CA | | | | | | 6/15/2011 | na | UD-Igor Latsanovski | Igor Latsanovski | Igor Latsanovski | Igor Latsanovski | 11/2/2012 | 4335 Dickens Street # 167 Sherman Oaks, CA 91403 |
| 6 | Safehaven Ventures, Inc. | C | CA | | | | | 11/10/2012 | 11/3/2011 | na | UD-Tomer Amsalem | Tomer Amsalem | Tomer Amsalem | Tomer Amsalem | 11/10/2012 | 548 S. Spring Street, Unit 406, Los Angeles, CA 90013 |

Bunzai Companies
Alon Nottea

**EXHIBIT 522**

**DECLARATION OF REBECCA WOOLEVER
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Rebecca Woolever declares that:

1.      I am over 21 years of age and competent to give this declaration.  I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.      I am a Senior Financial Investigator in the Consumer Protection Division of the Florida Office of the Attorney General.  I have worked as a Senior Financial Investigator for a little over three years.

3.      On September 16, 2014, I visited a website with the URL "http://cal-energy.co/management-services/" as part of my duties as an investigator.  I captured these websites using Adobe Acrobat XI Pro and preserved them for offline viewing. **Attachment A** is a true and correct printed copy of the website.

4.      This record was made by me at or near the time of visiting the website. This record was kept in the course of the regularly conducted activity of the Florida Attorney General's Office and was made as a regular practice of the Florida Attorney General's Office.

5.      On September 2, 2014, the Florida Attorney General's Office requested from the Los Angeles County Clerk's Office the fictitious business name filings related to "AuraVie." **Attachment B** is a true and correct copy of the documents the Florida Attorney General's Office received on October 1, 2014 in

DECLARATION OF REBECCA WOOLEVER
PURSUANT TO 28 U.S.C. § 1746

1    response to this request. This record was kept in the course of the regularly

2    conducted activity of the Florida Attorney General's Office and the request was

3    made as a regular practice of the Florida Attorney General's Office.

4         6.    I understand that this declaration may be used by the Federal Trade

5    Commission in a law-enforcement proceeding.

6        I declare under penalty of perjury under the laws of the United States that the

7    foregoing is true and correct.

8                 Executed on June 9, 2015, in Tallahassee, Florida.

9

10                         *Rebecca Woolever*
                           Rebecca Woolever

11

12

13

14

15

16

17

18

19

20



Home    About Us    Management Services    Contact Us

## Management Services

We are working under a strategic hierarchy which allows us to hire management companies that specialize in managing our clients.

Currently our management companies are as follows:

**VistaTex Energy -**

VistaTex Energy Corporation ("VistaTex") was established in 2010 by a team of experienced oil and
gas executives to capture opportunities in conventional onshore US assets.
In October 2010, VistaTex completed the acquisition of a group of highly attractive producing
properties with the following highlights:
• Over 200 producing wells in Texas, Louisiana, Oklahoma, Mississippi and Arkansas
• Net daily production Q4, 2012 was about 7.6 MMCFE, approximately 20% oil and NGLs
• Proved Developed Producing reserves of over 20 BCFE and additional 20 BCFE upside reserves (Proved Developed Non Producing and Proved Undeveloped Reserves)

VistaTex Energy is our first client, This company is specializing in Oil Drilling in Texas. Cal-Energy has been optimizing VistaTex operations and have reached great success over the time.

**MediaUrge -** As a performance based advertising network, MediaUrge has been providing Advertisers and Affiliates with marketing solutions since 1998. MediaUrge connects advertisers to consumers across many channels. This includes industry leading email, domain, social and search networks. More than 60,000 advertisers utilize the MediaUrge network to advance their offers. MediaUrge protects you and consumers at the same time. By using our patent-pending technology to study consumer response, users receive highly relevant ads while remaining completely anonymous.

**At this time MediaUrge is managing our following clients:**

• Nami Media
• ClickBooth
• Lifescript
• MyDailyMoment
• Flat Iron Media

**Pinnacle Logistics -** Pinnacle Logistics – This the 10,000 sq ft an order fulfillment house facility located in Van Nuys California. Is FDA registered providing storage and warehousing services. utilizing modern Inventory Management System (IMS).

**following clients::**

• AuraVie
• Dellure
• Attitude Line

**Ad LifestyleNetwork -** Ad Lifestyle Network – provides marketing services, software development and merchant processing managing our

Ad Lifestyle Network is Managing:

• SignaPay
• UMS Banking



Attachment A

Exh. 908
App. 000809



Attachment A

**This page is part of your document - DO NOT DISCARD**



# 20100091623



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**01/21/10 AT 03:24PM**

| | |
|---|---|
| FEES: | 51.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 51.00 |



**L E A D S H E E T**



201001210720044

00001818093



002503054

**SEQ:**
**01**

**DAR - Counter (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

Attachment B

2

YOUR RETURN MAILING ADDRESS
NAME BUNZAI MEDIA GROUP, INC
ADDRESS 16161 VENTURA BLVD #378
CITY: ENCINO
STATE CA     ZIP CODE: 91436

01/21/2010

*20100091623*

ORDER/ COUNTY CLERK

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

☑ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)  ☐ New Filings- $23.00-
☐ Refile- $18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)     (CHANGES IN FACTS FROM ORIGINAL FILING-REQUIRES PUBLICATION)
$4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. MIRACLE FACE KIT          2. AURAVIE
                              Print Fictitious Business Name(s)

** 16161 VENTURA BLVD #378
Street address of principal place of business          Mailing address if different

ENCINO      CA      91436          COUNTY
City         State    Zip                          City       State       Zip
Articles of Incorporation or Organization Number (if applicable)  AI #ON  3239863

*** REGISTERED OWNER(S):

1. BUNZAI MEDIA GROUP, INC          2.
Full Name/Corp/LLC                              Full Name/Corp/LLC

16161 VENTURA BLVD #378
Residence Address (P.O. Box not accepted)         Residence Address (P.O. Box not accepted)

ENCINO     CA      91436          City         State      Zip
City        State    Zip
CALIFORNIA
If Corporation or LLC – Print State of Incorporation/Organization   If Corporation or LLC – Print State of Incorporation/Organization

3.                              4.
Full Name/Corp/LLC                              Full Name/Corp/LLC

Residence Address (P.O. Box not accepted)         Residence Address (P.O. Box not accepted)

City        State    Zip          City         State      Zip

If Corporation or LLC – Print State of Incorporation/Organization   If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual   ☐ a General Partnership   ☐ a Limited Partnership   ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership   ☑ a Corporation   ☐ a Trust   ☐ Copartners
☐ Husband and Wife   ☐ Joint Venture   ☐ State or Local Registered Domestic Partners   ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on _____
                                            (Insert N/A above if you haven't started to transact business)

**I declare that all information in this statement is true and correct.**
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT'S/CORP/LLC NAME (PRINT) Bunzai Media Group Incorporation  TITLE  CEO

REGISTRANT SIGNATURE _____   IF CORP OR LLC, PRINT NAME  Philip Comerino

If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the file stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON
WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE
IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17013 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS
OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER
UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK     BY: _____, Deputy
Rev. 01/01/08     P.O. BOX 53592, LOS ANGELES, CA 90053-0592     PH: (562) 462-2177     WEB ADDRESS: LAVOTE.NET

RENEWALS DO NOT REQUIRE PUBLICATIONS
Attachment B

**908-6**

**Exh. 908**
**App. 000812**

3

# REGISTAR RECORDER COUNTY CLERK
## FICTITIOUS BUISNESS NAME STATEMENT
### ADDITIONAL NAME SHEET

3. ResV Products _____

4. Colon Cleanse _____

5. Oragnic Treatment _____

6. Attitude Cosmetics _____

7. Dead Sea Products _____

8. M3D Kids _____

9. _____

10. _____

11. _____

12. _____

Attachment B