| From: | Alon | Bunzai Media <alon@bunzaimedia.com> |
|---|---|
| Sent: | Monday, April 25, 2011 12:45 PM |
| To: | jose@gryphoninvestmentgroup.com |
| Cc: | igor; Khristopher Bond |
| Subject: | Merchant Processing |
| Attachments: | BMGI-Package-4EPS.zip |

Jose,

We were introduced through Micky and Igor.....

I hope you're well. I called you on Friday with regards to setting up a merchant processing relationship, you asked for an intro email so here goes.

I'm sending you a complete package in order to familiarize you with our company.

A small introduction to our company: bunzaimedia.com <http://bunzaimedia.com/> : We are in the business of running compliant online continuity offers in the Beauty/Skincare sector.  We manufacture our products, which are high end in quality and results.  Customers who take advantage of our online continuity offers purchase those products at considerably discounted membership prices.  We  also sell our products (at retail prices) on our main website www.auravie.com <http://www.auravie.com/> , therefore validating the value of our products and continuity member discounts.

Over the last 24 months, we have really taken our time to perfect our business model.

In every department of our business, from Product Development, Manufacturing, Design & Optimization, Media Planning & Buying, Merchant Processing, Understanding Online Compliance, Affiliate Management & Fraud Prevention, to 'True, In-house" Customer Service, Call Center Management & Product Fulfillment. We understand consumer/publisher fraud and are extremely proactive with chargeback resolution. We have taken the time to understand and perfect these processes, while creating strong operating procedures in order to build our business to where we can expand order and processing volume with confidence.

We are one of the very few Fully-Complaint Skin care offers in the space.

Some of our top offers are:
Auravie:
http://myauravie.com <http://myauravie.com/> http://auraviegiveaway.com <http://auraviegiveaway.com/>
http://auraviebeauty.com <http://auraviebeauty.com/>

Miracle Face Kit:
http://newmiraclekit.com <http://newmiraclekit.com/> http://miraclekitfreetrial.com <http://miraclekitfreetrial.com/>
http://deadseamudmasque.com <http://deadseamudmasque.com/>

1

**EXHIBIT**

tabbies®  48

All of our offers are reviewed by and Include an FTC Attorney Compliance Review, Please take a look:

1. http://myauravie.com/Myauravie_FTC.pdf
2. http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf
<http://miraclekitfreetrial.com/Miraclekitfreetrial_FTC.pdf%C2%A0>

With regards to Merchant Processing, Attached please find a compressed file which includes:

1. Financial Statements
2. Bank Statements
3. FTC-Compliance
4. Reference Letters
5. Model Releases

Please take the time to review the attached in detail.

We are looking forward to sharing our passion with you in hopes to inspire a mutual, profitable and sustainable business relationship.

Warm Regards,

Alon Nottea | CEO
Bunzai Media Group, Inc.
Skype: alonbaba | Aim: alonbaba
Direct 818.200.1045 | Mobile 818.652.5454

<http://www.bunzaimedia.com/>

2

**48-2**

**To:**    Khristopher[khristopher007@gmail.com]
**Cc:**    igorlats@gmail.com[igorlats@gmail.com]; Paul Medina[paul@bunzaimedia.com]
**From:**    Alon | Bunzai Media
**Sent:**    Sat 8/11/2012 11:58:37 AM
**Importance:**    Normal
**Subject:**    Re: Re: Use of my photo in your ads/campaigns
**MAIL_RECEIVED:**    Sat 8/11/2012 11:58:37 AM

Khris,

It looks as though someone sent / forwarded her the email / ad campaign where her picture was seen.... Why did it not come thru the email she forwarded to you, maybe you could ask her if she can see / get it from her friend or her computer...

- We obviously are not doing this intentionally.... this can happen with anyone (hence the plastic surgen who's patients were used)
- we have not used her picture to market anything in months...
- Anyone can steal anyones picture and use them without permission as they are breaking the law...
- It's clear this woman wants more money... Let's give her a little...
- this can happen with any of your angels, if you wish, we can change the testimonial direction...

- we can bring in people i know: Arava, Michal, Ori and other friends that this will not happen with... What else can i say about Karen...
we looked and looked yesterday and found nothing online with her....

Send a big apology with a check for $2500 and flowers and call it a day.... she's your friend not an enemy!!!!!!

Best Regards,

**Alon Nottea**
Executive Director | CEO
Bunzai Media Group, Inc.
Skype: ▮▮▮▮▮
Office: 818.200.1035
Mobile: ▮▮▮▮▮▮▮
Mail: Alon@BunzaiMedia.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Sat, Aug 11, 2012 at 8:37 AM, Khristopher <khristopher007@gmail.com> wrote:

---------- Forwarded message ----------
From: "Karen Allman" <karen.l.allman@gmail.com>
Date: Aug 10, 2012 8:24 PM
Subject: Re: Use of my photo in your ads/campaigns
To: "Khristopher Bond" <khristopher007@gmail.com>

     **EXHIBIT 276**

Khristopher -

I am very distraught right now.  This "advertisement" is taking on a life of it's own.  Friends are making fun of me.  You paid me $100 and told me you were only using it in a test campaign.  You have told me for years I have not been used in your campaigns.  That is not true.

My friend, Kiki, and I quote, said, "They are using your picture in a SCAM.  I would never use this product."

I moved to a new area, was making new friends, and now they are laughing at me.  I am so embarrassed right now.  You said you were going to shut it down and paid me $2,500.  You can't tell me when you are going to take it down and there is nothing you can do about it?  And I am supposed to do NOTHING while everyone is seeing this hideous photo of me?

The $2,500 you sent me is not enough.  This is not going away!  So, figure out a better compensation for me and a way to shut it down.  I am at the end of my rope.  What you are doing to me is not right.

I need you to get back to me right away.

Karen


On Sat, Aug 11, 2012 at 8:04 AM, Karen Allman <karen.l.allman@gmail.com> wrote:
>
> ---------- Forwarded message ----------
> From: >Kiki
> Date: Tue, Jul 24, 2012 at 6:44 PM
> Subject: Karen?? someone just sent this to me ???
> To: Karen Allman <karen.l.allman@gmail.com>
> _____
>
> From: Ada
>
> Date: Tue, 24 Jul 2012 21:28:33 -0400
>
> Is this Karen?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

**EXHIBIT 276**

**To:**        Alon N[alon@bunzaimedia.com]; Khristopher Bond[Khristopher007@gmail.com]; Igor Lats[igorlats@gmail.com]
**From:**     Paul Medina
**Sent:**      Sat 8/11/2012 1:25:43 PM
**Importance:**        Normal
**Subject:**   Re: Cease and Desist for Karen
**MAIL_RECEIVED:**   Sat 8/11/2012 1:26:26 PM
Karen Cease and Desist.docx

Khris,
Attached is the cease and desist letter you can send to Karen showing we are being proactive in this matter.

Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group

(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004

Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Sat, Aug 11, 2012 at 10:07 AM, Paul Medina <paul@bunzaimedia.com> wrote:

Khris,
I am preparing a cease and desist letter with Karens picture you can send to her showing we are being proactive in taking these people down.

Regards,

Paul B. Medina
Director of Business Development & Media Acquisitions
Bunzai Media Group

(Marketing) 855-717-5656
(Office Corporate) 818-200-1035 ext 7004

Email: Paul@BunzaiMedia.com
Website:http://www.BunzaiMedia.com

Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**EXHIBIT 277**

██████████

| | |
|---|---|
| **From:** | Khristopher <khristopher007@gmail.com> |
| **Sent:** | Saturday, August 11, 2012 10:38 AM |
| **To:** | Alon Nottea; igorlats@gmail.com; Paul Medina |
| **Subject:** | Fwd: Re: Use of my photo in your ads/campaigns |

---------- Forwarded message ----------
From: "Karen ████████ ████████████████"
Date: Aug 10, 2012 8:24 PM
Subject: Re: Use of my photo in your ads/campaigns
To: "Khristopher Bond" <khristopher007@gmail.com>

Khristopher -

I am very distraught right now.  This "advertisement" is taking on a life of it's own.  Friends are making fun of me.  You paid me $100 and told me you were only using it in a test campaign.  You have told me for years I have not been used in your campaigns. That is not true.

My friend, Kiki, and I quote, said, "They are using your picture in a SCAM.  I would never use this product."

I moved to a new area, was making new friends, and now they are laughing at me.  I am so embarrassed right now.  You said you were going to shut it down and paid me $2,500.  You can't tell me when you are going to take it down and there is nothing you can do about it?  And I am supposed to do NOTHING while everyone is seeing this hideous photo of me?

The $2,500 you sent me is not enough.  This is not going away!  So, figure out a better compensation for me and a way to shut it down.  I am at the end of my rope.  What you are doing to me is not right.

I need you to get back to me right away.

Karen


On Sat, Aug 11, 2012 at 8:04 AM, Karen Allman <karen.l.allman@gmail.com> wrote:
>
> ---------- Forwarded message ----------
> From: >Kiki
> Date: Tue, Jul 24, 2012 at 6:44 PM
> Subject: Karen?? someone just sent this to me ???
> To: Karen ████████████████████████
> _____
>
> From: Ada
>
> Date: Tue, 24 Jul 2012 21:28:33 -0400
>

**EXHIBIT 317**

> Is this Karen?
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

**From:** Nastassia Yalley <nastassia@bunzaimedia.com>
**Sent:** Wednesday, April 20, 2011 11:29 PM
**To:** igorlats; Alon Nottea; Khristopher Bond; Paul Medina
**Subject:** March Expenses Breakdown
**Attachments:** March Breakdown.xlsx

Hello,

Finally! Attached is a report of our income and outcome for the month of March. Each tab is each of our Wellsfargo bank accounts. I've categorized all of the expenses and income. If you have any questions, please let me know :]

-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1045 ext 7003
F: 818.647.0182

**EXHIBIT 487**

| | |
|---|---|
| Beginning on 3/1/11 | $ 242.91 |
| **Withdrawals** | |
| Gateway Fee | $ (19.99) |
| Merchant Account Fee | $ (38.96) |
| **Ending Balance on 3/31/11** | **$ 183.96** |

EXHIBIT 487

| | | |
|---|---|---:|
| **Beginning on 3/1/11** | **$** | **507.62** |
| | | |
| **Deposits** | | |
| Sales (check from customer) | $ | 69.95 |
| | | |
| **Withdrawals** | | |
| Gateway Fees | $ | (42.28) |
| Discount fee NMC Single | $ | (7.18) |
| Merchant Acct fee NMC Single | $ | (52.65) |
| Merchant Acct fee NMW Continuity | $ | (33.96) |
| Stamps.com | $ | (34.99) |
| Transfer to DeadSea | $ | (200.00) |
| | | |
| **Ending Balance on 3/31/11** | **$** | **206.51** |

**EXHIBIT 487**

| Beginning on 3/1/11 | $ 2,618.74 |
|---|---|
| | |
| **Deposits** | |
| Sales from NMC Auravie | $ 1,166.43 |
| | |
| **Withdrawals** | |
| Gateway Fees | $      (40.18) |
| Discount fee NMC Auravie | $      (40.04) |
| Merchant Acct fee NMC Auravie | $      (22.93) |
| Transfer to DeadSea | $ (2,200.00) |
| | |
| **Ending Balance on 3/31/11** | $ 1,482.02 |

EXHIBIT 487

| | | |
|---|---|---:|
| **Beginning on 3/1/11** | **$** | **13,099.08** |
| | | |
| **Deposits** | | |
| Investment | $ | 295,000.00 |
| Kobi Loan | $ | 50,000.00 |
| Doron Loan | $ | 30,000.00 |
| Transfers from DeadSea | $ | 124,100.00 |
| | | |
| **Withdrawals** | | |
| Marketing | $ | (205,383.97) |
| Salaries | $ | (52,265.83) |
| Office Expenses | $ | (12,340.26) |
| Shipping | $ | (5,325.62) |
| | | |
| Products Related Expenses (packaging, filling, Israel, China, Attitude) | $ | (104,235.00) |
| Payback to Doron | $ | (30,000.00) |
| Misc Loan | $ | (5,000.00) |
| | | |
| **Ending Balance on 3/31/11** | **$** | **97,648.40** |

| Beginning on 3/1/11 | $ | 4,129.94 |
|---|---|---|
| | | |
| **Deposits** | | |
| Merrick Auravie Sales & Chargeback reversals | $ | 230,377.17 |
| Merrick Auravie Chargeback Reversals | $ | 2,118.41 |
| MerricK DeadSea Sales | $ | 199,511.71 |
| Merrick DeadSea Chargeback Reversals | $ | 944.54 |
| Merrick DeadSea Reserve Release | $ | 1,075.64 |
| Signapay Sales | $ | 65,393.35 |
| Signpay Chargeback Reversals | $ | 856.60 |
| First Bank of Delaware Reserve Release | $ | 85.16 |
| NMC Salt Souffle Sales | $ | 519.20 |
| Transfers from other accounts | $ | 2,400.00 |
| **TOTAL DEPOSITS** | **$** | **503,281.78** |
| | | |
| **Withdrawals** | | |
| Merrick Auravie Reserve/Discounts | $ | (35,502.76) |
| Merrick Auravie Chargebacks | $ | (6,767.98) |
| Merrick DeadSea Reserve/Discounts | $ | (29,385.05) |
| Merrick DeadSea Chargebacks | $ | (4,523.79) |
| SignaPay Chargebacks | $ | (1,536.08) |
| Signapay Account Fees | $ | (1,875.32) |
| NMC Salt Souffle Reserve/Discounts | $ | (20.73) |
| NMC Salt Souffle Merchant Acct Fees | $ | (30.90) |
| Transfers to Bunzai | $ | (124,100.00) |
| Marketing (Intermark) | $ | (81,160.00) |
| Office Expenses | $ | (1,625.85) |
| Bank Fees | $ | (737.50) |
| Merrick Account Fees | $ | (7,544.37) |
| Gateway Fees | $ | (4,413.35) |
| Shipping (Amex) | $ | (68,233.42) |
| Salary (Roi and Alon) | $ | (3,643.52) |
| Rent (Freeport) | $ | (3,500.00) |
| <mark>Misc (payment to amex not for shipping)</mark> | $ | (1,065.00) |
| Payback to doron for money borrowed on adsdirect | $ | (20,540.00) |
| **TOTAL WITHDRAWALS** | **$ (396,205.62)** | |
| | | |
| **Ending Balance on 3/31/11** | **$** | **111,206.10** |

**EXHIBIT 487**

| | |
|---|---|
| **To:** | Alon \| NWM[vigorect@gmail.com] |
| **From:** | igor |
| **Sent:** | Wed 9/5/2012 4:40:07 PM |
| **Importance:** | Normal |
| **Subject:** | Re: Due Diligence for Portfolio Purchase |
| **MAIL_RECEIVED:** | Wed 9/5/2012 4:40:08 PM |

hi Alon
I feel a lot of respect Joyce for her care of us
I am sure that our acquaintance with Joyce brings a great result in the end
Thank you for this letter
Give her a big hello and our thanks to her

On Wed, Sep 5, 2012 at 11:23 PM, Alon \| NWM <vigorect@gmail.com> wrote:

I got this from Joyce... I have a few ways to answer her but wanted your input first...

See if you can translate ... If not I can read it for you.

Let me know when is good...

Sent from my iPad

Begin forwarded message:

**From:** Joyce Gaines <joyce.gaines@umsbanking.com>
**Date:** September 4, 2012 5:23:08 PM PDT
**To:** Alon@BunzaiMedia.com
**Cc:** Dylan Gaines <dylan.gaines@umsbanking.com>
**Subject: Due Diligence for Portfolio Purchase**

Dear Alon,

Dylan, Gregg and I met with PurePayments today. I presented them with the attached Checklist of items required for the portfolio review.

My initial impression is that this is a good potential fit. The owners are long time veteran's in the Bankcard Industry with impressive backgrounds. They are family men who wish to continue on and pride themselves in a "quality portfolio" that has long term retention value. This is what we are looking for and the information received with either bear this our or not. We will see.

The owners would like to remain on board to run the day-to-day operations and to continue putting on low risk accounts. They would like to structure the deal so that the value of the portfolio today, and its buy out, will not harm the current owners in the future by short changing the on future value of the company. They expect to grow the low risk side of the portfolio significantly if left to run day-to-day.

They are familiar with high risk accounts and their monitoring, even though it is not what they do today.

They have the capability of boarding high risk accounts with FDR or Chase under their current processing agreement if they take 100% liability. Today they have zero liability at a higher cost. Taking 100% liability will reduce the cost and create and immediate increase in revenue that would not be part of the valuation of the portfolio. This is an added advantage of the portfolio.

I will keep you posted when I have received the package and I will let you know when I complete my review.

I want to go over frankly what I can and can not do for Bonzai, so there is no misunderstandings.

I can help with the portfolio analysis. I can assist in crafting the structure of the new organization with my recommendations. I can help in creating the infrastructure of the new organization. I can not professionally tell you the true worth of the portfolio but I can engage professionals who can give us that determination. And I can do this at a very discounted cost.

I am not qualified to negotiate any legal offerings or to craft contracts or Sales Offerings. I can bring you to that point though and once the determination to go forward toward a sale is determined positively, you will need to bring in a contract attorney to complete this matter.

Once I complete the review, and if it is favorable, then I recommend as the next step. I recommend that both parties sit down and work out what the needs of each party would be under a new ownership arrangement. I would not discuss "numbers at this point." I am also willing to be at that meeting and to assist in that step.

Once it is determined that the acquisition of this portfolio meets the needs of each party favorably, then and only then, would I put a number on the table. I am sure that they are already investigating what their portfolio is worth so that they can bargain for the best price.  I have put my own lines out to collect the current parameters for portfolio acquisitions.

The other item we want to consider is the ease of moving the portfolio over to our own platform once we form our own Bank Acquiring holding company.

That is it on the report for now.

Sincerely,

Joyce

--

**Joyce Gaines**
**CEO**
**Phone: 818-246-6767**
joyce.gaines@umsbanking.com
www.umsbanking.com

*************************************************************************************************************

The information in this e-mail and in any attachments is CONFIDENTIAL and intended
for the sole use of the addressee(s) listed.
This e-mail may contain information that is confidential and exempt from disclosure
under applicable law.
You are hereby notified that any dissemination, distribution, duplication or

**EXHIBIT 491**

retaining of this transmission by someone other than the intended addressee or addressee's designated agent is strictly prohibited.

If you have received this communication in error, please notify us by return (reply) e-mail immediately.

Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EXHIBIT 491**

**DECLARATION OF REBECCA WOOLEVER
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Rebecca Woolever declares that:

1.     I am over 21 years of age and competent to give this declaration.  I have personal knowledge of all the facts stated in this declaration, and, if called, I would testify to the same.

2.     I am a Senior Financial Investigator in the Consumer Protection Division of the Florida Office of the Attorney General.  I have worked as a Senior Financial Investigator for a little over three years.

3.     On September 16, 2014, I visited a website with the URL "http://cal-energy.co/management-services/" as part of my duties as an investigator.  I captured these websites using Adobe Acrobat XI Pro and preserved them for offline viewing. **Attachment A** is a true and correct printed copy of the website.

4.     This record was made by me at or near the time of visiting the website. This record was kept in the course of the regularly conducted activity of the Florida Attorney General's Office and was made as a regular practice of the Florida Attorney General's Office.

5.     On September 2, 2014, the Florida Attorney General's Office requested from the Los Angeles County Clerk's Office the fictitious business name filings related to "AuraVie." **Attachment B** is a true and correct copy of the documents the Florida Attorney General's Office received on October 1, 2014 in

response to this request. This record was kept in the course of the regularly

conducted activity of the Florida Attorney General's Office and the request was

made as a regular practice of the Florida Attorney General's Office.

6.     I understand that this declaration may be used by the Federal Trade

Commission in a law-enforcement proceeding.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

Executed on June 9, 2015, in Tallahassee, Florida.


Rebecca Woolever
Rebecca Woolever

DECLARATION OF REBECCA WOOLEVER
PURSUANT TO 28 U.S.C. § 1746                        Page | 2



Home    About Us    Management Services    Contact Us

## Management Services

We are working under a strategic hierarchy which allows us to hire management companies that specialize in managing our clients.

Currently our management companies are as follows:

**VistaTex Energy -**

VistaTex Energy Corporation ("VistaTex") was established in 2010 by a team of experienced oil and
gas executives to capture opportunities in conventional onshore US assets.
In October 2010, VistaTex completed the acquisition of a group of highly attractive producing
properties with the following highlights:
• Over 200 producing wells in Texas, Louisiana, Oklahoma, Mississippi and Arkansas
• Net daily production Q4, 2012 was about 7.5 MMCFE, approximately 20% oil and NGLs
• Proved Developed Producing reserves of over 20 BCFE and additional 20 BCFE upside reserves (Proved Developed Non Producing and Proved Undeveloped Reserves)

VistaTex Energy is our first client, This company is specializing in Oil Drilling in Texas. Cal-Energy has been optimizing VistaText operations and have reached great success over the time.

**MediaUrge -** As a performance based advertising network, MediaUrge has been providing Advertisers and Affiliates with marketing solutions since 1998. MediaUrge connects advertisers to consumers across many channels. This includes industry leading email, domain, social and search networks. More than 60,000 advertisers utilize the MediaUrge network to advance their offers. MediaUrge protects you and consumers at the same time. By using our patent-pending technology to study consumer response, users receive highly relevant ads while remaining completely anonymous.

**At this time MediaUrge is managing our following clients:**

• Nami Media
• Clickbooth
• Lifescrpt
• MyDailyMoment
• Flat Iron Media

**Pinnacle Logistics -** Pinnacle Logistics – This the 10,000 sq ft an order fulfillment house facility located in Van Nuys California. is FDA registered providing storage and warehousing services. utilizing modern Inventory Management System (IMS).

**following clients::**

• AuraVie
• Dellure
• Attitude Line

**Ad Lifestyle Network -** Ad Lifestyle Network – provides marketing services, software development and merchant processing managing our

Ad Lifestyle Network is Managing:

• SignaPay
• UMS Banking



Attachment A

Exh. 908
App. 000809



Attachment A

Exh. 908
App. 000810

**This page is part of your document - DO NOT DISCARD**



# 20100091623



Pages:
0003

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**01/21/10 AT 03:24PM**

| | |
|---|---|
| FEES: | 51.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 51.00 |



**L E A D S H E E T**



201001210720044

00001818093



002503054

**SEQ:**
**01**

**DAR - Counter (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

Attachment B

2

YOUR RETURN MAILING ADDRESS

NAME BUNZAI MEDIA GROUP, INC

ADDRESS 16161 VENTURA BLVD # 378

CITY: ENCINO

STATE CA    ZIP CODE: 91436

01/21/2010

*20100091623*

ORDER/ COUNTY CLERK

# FICTITIOUS BUSINESS NAME STATEMENT

TYPE OF FILING AND FILING FEE (Check one)

☑ Original- $23.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)   ☐ New Filings- $23.00-
☐ Refile- $18.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)   (CHANGES IN FACTS FROM ORIGINAL FILING-REQUIRES PUBLICATION)
$4.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $4.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

The following person(s) is (are) doing business as:

*1. MIRACLE FACE KIT          2. AURAVIE

Print Fictitous Business Name(s)

** 16161 VENTURA BLVD # 378

Street address of principal place of business          Mailing address if different

ENCINO    CA    91436

City    State    Zip          COUNTY    City    State    Zip
                              3239863

Articles of Incorporation or Organization Number (If applicable)- AI #ON

*** REGISTERED OWNER(S):

1. BUNZAI MEDIA GROUP, INC          2.

Full Name/Corp/LLC          Full Name/Corp/LLC

16161 VENTURA BLVD #378          Residence Address  (P.O. Box not accepted)

Residence Address  (P.O. Box not accepted)

ENCINO    CA    91436          City    State    Zip

City    State    Zip

CALIFORNIA          If Corporation or LLC – Print State of Incorporation/Organization

If Corporation or LLC – Print State of Incorporation/Organization

3.          4.

Full Name/Corp/LLC          Full Name/Corp/LLC

Residence Address  (P.O. Box not accepted)          Residence Address  (P.O. Box not accepted)

City    State    Zip          City    State    Zip

If Corporation or LLC – Print State of Incorporation/Organization          If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY.. (Check one)

☐ an Individual          ☐ a General Partnership          ☐ a Limited Partnership          ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership          ☑ a Corporation          ☐ a Trust          ☐ Copartners
☐ Husband and Wife          ☐ Joint Venture          ☐ State or Local Registered Domestic Partners          ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on _____

(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANTS/CORP/LLC NAME (PRINT)   Bunzai Media Group Incorporation   TITLE   CEO

REGISTRANT SIGNATURE _____   IF CORP OR LLC, PRINT NAME   Philip Comerino

If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17013 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

DEAN C. LOGAN, LOS ANGELES COUNTY CLERK          BY:_____, Deputy

Rev. 01/01/08          P.O. BOX 53592, LOS ANGELES, CA 90053-0592          PH: (562) 462-2177          WEB ADDRESS. LAVOTE NET

RENEWALS DO NOT REQUIRE PUBLICATIONS
Attachment B

Exh. 908
App. 000812

3

# REGISTAR RECORDER COUNTY CLERK
## FICTITIOUS BUISNESS NAME STATEMENT
### ADDITIONAL NAME SHEET

3. ResV Products

4. Colon Cleanse

5. Organic Treatment

6. Attitude Cosmetics

7. Dead Sea Products

8. M3D Kids

9.

10.

11.

12.

Attachment B

**908-7**

**Exh. 908**
**App. 000813**