**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Monday, July 18, 2011 7:19 PM |
| **To:** | Doron |
| **Cc:** | Alon \| Bunzai Media |
| **Subject:** | Transactions |
| **Attachments:** | Transaction.pdf |

See attached.

Sincerely,

Z. David Davidian, CPA

Davidian & Associates

Certified Public Accountants

(888) 452-5577

(818) 242-7800

(888) 202-7757 Fax

www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.

P Please consider the environment before printing this e-mail

1

Exhibit 53



EXHIBIT

53

Nottea



① Bill customer for purchase of merchandise

② pay vendor for sale of merchandise & issue 1099.

Ⓐ No Sales tax on the wholesale - Bunzai ⟶ AGOA

Ⓑ there should 1099 from AGOA to Bunzai to push the income to bunzai.

Attachment A

Printed 06/26/13 @ 11:48:20 AM



**Exhibit 176**

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

Act # ▇▇▇▇▇0977

**Certified Copy of Limited Liability Company Resolutions Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   SECURED MERCHANTS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   *Member*   and the designated keeper
                                    Title
of the records and minutes of   SECURED MERCHANTS LLC   ,

a ☒ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of *CA*
(the "Company"); that I have full authority to manage, represent, sign for and bind the Company; that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the   25   day of   *October* ,   2013 , at
which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that BANK OF AMERICA, N.A.                                                                                     (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

| | |
|---|---|
| *Doron Nottea* | *Member* |
| Name | Title/Status |
| *Alan Argaman* | *Member* |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations under any such agreement; and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said agreements as such member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

00-14-9258M  06-1999                                                                                                    Page 1 of 2

NCA



Act # [Redacted] 0977

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this 25 day of October 2013.

X _____
Member/Manager

| Bank Information | |
| --- | --- |
| Date | 10/25/2013 |
| Banking Center Name | TARZANA |
| Associate's Name | Shaghayegh Esmaeili |
| Associate's Phone Number | 818-712-6015 |

Page 2 of 2



**176-3**   **Exhibit 176**

**Bank of America** 〰

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number ███ 0977                                    **Bank Number:** 318

Account Type:    ☒ DDA    ☐ SAV    ☐ CD

Account Title:

SECURED MERCHANTS LLC

---

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☐ C Corporation    ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)   C

☐ Other (Defined in W-9 instructions)

Social Security Number _____   (or)   Employer Identification Number   46-3059095

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

| | |
|---|---|
| ☐ **Exempt Payee** (check if applicable) | **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.** |

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 DORON NOTTEA | MEMBER | X | 10/25/13 |
| 2 ALAN ARGAMAN | MEMBER | X | 10/25/13 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M  02-2013



Page 1 of 2

**176-4**

**Exhibit 176**

**Account Number:** 3250 1501 0977

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | Title |
|---|---|

**Review Information**

**Customer 1:**

Name DORON NOTTEA

ID Type: US Driver License W/Photo    ID#: Redacted    ID Issuer: California    Iss. Date: 06/2013    Exp. Date: 07/2018

ID Type: Other    ID#: Redacted    ID Issuer: SS CARD    Iss. Date: N/A    Exp. Date: N/A

**Customer 2:**

Name ALAN ARGAMAN

ID Type: US Driver License W/Photo    ID#: Redacted    ID Issuer: California    Iss. Date: 06/2012    Exp. Date: 04/2017

ID Type: Other    ID#: Redacted    ID Issuer: SS CARD    Iss. Date: N/A    Exp. Date: N/A

**Customer 3:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 4:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 5:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Bank Information**

| | |
|---|---|
| **Date** | 10/25/2013 |
| **Banking Center Name** | TARZANA |
| **Associate's Name** | Shaghayegh Esmaeili |
| **Associate's Phone Number** | 818-712-6015 |

NCA
00-14-9297M  02-2013

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

Act # ▓Redacted▓ 0922

**Certified Copy of Limited Liability Company Resolutions
Opening and Maintaining Deposit Accounts and Services**

Name of Limited Liability Company   SECURED MERCHANTS LLC

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

, that I am the a/the   **Member**   and the designated keeper
Title

of the records and minutes of   SECURED MERCHANTS LLC   ,

a ☒ limited liability Company ☐ professional limited liability company duly organized and existing under the laws of the State of   CA

(the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted

by a majority of the members/managers of said Company at a meeting duly held on the   25   day of   October   2013, at

which a quorum  was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full

force and effect and have not been amended or rescinded.

**1. Resolved,** that   BANK OF AMERICA, N.A.   (the "Bank")
is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Company
with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any
one of the following members, managers, or employees of this Company:

| | |
|---|---|
| Doron Nottea | Member |
| Name | Title/Status |
| Alan Argaman | Member |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) apply to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations there under, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and
the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what
means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed
with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or
other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the
use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or
incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

ACt#  0922

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

**In Witness Whereof,** and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this

___25___ day of ___October, 2013___.

X _____
Member/Manager

| Bank Information | |
|---|---|
| Date | 10/25/2013 |
| Banking Center Name | TARZANA |
| Associate's Name | Shaghayegh Esmaeili |
| Associate's Phone Number | 818-712-6015 |

Page 2 of 2



**176-7**                                                                **Exhibit 176**

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: ████ 0922

Bank Number: 318

Account Type: ☒ DDA  ☐ SAV  ☐ CD

Account Title:

SECURED MERCHANTS LLC

**Legal Designation:**

☐ Individual/Sole Proprietor  ☐ Trust/Estate  ☐ Unincorporated Association  ☐ C Corporation  ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP)

☒ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)  C

☐ Other (Defined in W-9 instructions)

Social Security Number _____  (or)  Employer Identification Number ████095

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9.)

☐ Exempt Payee (check if applicable)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 DORON NOTTEA | MEMBER | x | 10/25/13 |
| 2 ALAN ARGAMAN | MEMBER | x | 10/25/13 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NCA
00-14-9297M  02-2013



176-8

Page 1 of 2

**Exhibit 176**

**Account Number:** Redacted 0922

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer | Title |
|---|---|
| | |

**Review Information**

**Customer 1:**

Name  DORON NOTTEA

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: Redacted | ID Issuer: California | Iss. Date: 06/2013 | Exp. Date: 07/2018 |
| ID Type: Other | ID#: Redacted | ID Issuer: SS CARD | Iss. Date: N/A | Exp. Date: N/A |

**Customer 2:**

Name  ALAN ARGAMAN

| | | | | |
|---|---|---|---|---|
| ID Type: US Driver License W/Photo | ID#: Redacted | ID Issuer: California | Iss. Date: 06/2012 | Exp. Date: 04/2017 |
| ID Type: Other | ID#: Redacted | ID Issuer: SS CARD | Iss. Date: N/A | Exp. Date: N/A |

**Customer 3:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 4:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Customer 5:**

Name

| | | | | |
|---|---|---|---|---|
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |
| ID Type: | ID#: | ID Issuer: | Iss. Date: | Exp. Date: |

**Bank Information**

| | |
|---|---|
| Date | 10/25/2013 |
| Banking Center Name | TARZANA |
| Associate's Name | Shaghayegh Esmaeili |
| Associate's Phone Number | 818-712-6015 |

NCA
00-14-9297M  02-2013

176-9

Page 2 of 2

**Exhibit 176**

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| True Credit | $ 15.00 | Accounting | | Pinnacle |
| Davidian and Associates | $ 300.00 | Accounting | | Pinnacle |
| Nastassia Yalley | $ 2,600.00 | Accounting | Salaries | Pinnacle |
| | **$ 2,915.00** | | | |
| Roi Reuveni | $ 6,000.00 | Administrative | Salaries | Pinnacle |
| Iris Castro | $ 2,500.00 | Administrative | Salaries | Pinnacle |
| Laura Getten | $ 2,500.00 | Administrative | Salaries | Pinnacle |
| | **$ 11,000.00** | | | |
| Andrew Stanley | $ 2,583.33 | QA | Salaries | Pinnacle |
| Gabriela Galeano | $ 2,666.00 | QA | Salaries | Pinnacle |
| B4 (Chargeback Guard) | $ 1,600.00 | Chargebacks | Services | Pinnacle |
| MetroFax | $ 300.00 | Chargebacks | Services | Pinnacle |
| Xcalibur (Chargeback Solutions Co) | $ 1,800.00 | Chargebacks | Services | Pinnacle |
| | **$ 8,949.33** | | | |
| Ingrid Aguiar | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Beau Becker | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Avear Carey | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Jacqueline Carroll | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Beatriz Chaidez | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Andree Collier | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Joel Garcia | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Moses Garcia | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Patrick Gatbonton | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Victor Godoy | $ 2,769.23 | Customer Service | Salaries | Pinnacle |
| Diana Hernandez | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Michael Hidalgo | $ 1,920.00 | Customer Service | Salaries | Pinnacle |
| John Ibarra | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Shermaine Jackson | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Chadne Kidd | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Anna Klimo | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Aaron Krolczyk | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Matthew Livingston | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Andree Mansour | $ 4,384.62 | Customer Service | Salaries | Pinnacle |
| Gregg Mazzy | $ 1,500.00 | Customer Service | Salaries | Pinnacle |
| Monica Miranda | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Carlo Nolasco | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Luam Osman | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Patrick Raffin | $ 3,153.84 | Customer Service | Salaries | Pinnacle |
| Tyler Reitenbach | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Chris Roth | $ 100.00 | Customer Service | Salaries | Pinnacle |
| Sandra Rubio | $ 1,222.78 | Customer Service | Salaries | Pinnacle |
| Leticia Sanchez | $ 1,920.00 | Customer Service | Salaries | Pinnacle |
| Derek Smith | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Patricia Smith | $ 300.00 | Customer Service | Salaries | Pinnacle |
| Daisy Solano | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Ashley Taira | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Tiesha Thomas | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Regina Woods | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Revguard | $ 15,000.00 | Customer Service | Services | Pinnacle |
| New Hires | $ 12,500.00 | Customer Service | Salaries | Pinnacle |
| | **$ 104,750.47** | | | |

**EXHIBIT 214**

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| Sean Inniss | $ 3,000.00 | Fulfillment | Salaries | Pinnacle |
| Andrew Alvarado | $ 2,769.60 | Fulfillment | Salaries | Pinnacle |
| Gabriel Castillo | $ 2,500.00 | Fulfillment | Salaries | Pinnacle |
| Julio Telon | $ 2,700.00 | Fulfillment | Salaries | Pinnacle |
| Mynor Blanco | $ 2,500.00 | Fulfillment | Salaries | Pinnacle |
| Jorge Magana | $ 2,979.20 | Fulfillment | Salaries | Pinnacle |
| Better Pak | $ 500.00 | Fulfillment | | Pinnacle |
| Endicia | $ 16.00 | Fulfillment | | Pinnacle |
| Chevron/ Fuel | $ 500.00 | Fulfillment | | Pinnacle |
| | $ 17,464.80 | | | |
| Leor Arazy | $ 4,200.00 | HR | Salaries | Pinnacle |
| Craigslist | $ 25.00 | HR | | Pinnacle |
| | $ 4,225.00 | | | |
| | | | | |
| Edmund Biro | $ 4,000.00 | IT | Salaries | Pinnacle |
| AVS Products | $ 300.00 | IT | IT | Pinnacle |
| Efax | $ 150.00 | IT | IT-Software | Pinnacle |
| Golden State Copier | $ 500.00 | IT | IT-Repairs | Pinnacle |
| SmartSheet | $ 80.00 | IT | IT-Software | Pinnacle |
| SST Computing Inc | $ 2,400.00 | IT | IT | Pinnacle |
| Time Warner Cable | $ 2,500.00 | IT | IT | Pinnacle |
| Sonicwall | $ 175.00 | IT | IT-Software | Pinnacle |
| Kapersky | $ 83.33 | IT | IT-Software | Pinnacle |
| Log Me In Pro | $ 25.00 | IT | IT-Software | Pinnacle |
| GoToMyPc | $ 25.00 | IT | IT-Software | Pinnacle |
| Google Apps | $ 208.33 | IT | IT-Software | Pinnacle |
| New Software??? | $ 4,000.00 | IT | IT-Software | Pinnacle |
| | $ 14,446.66 | | | |
| | | | | |
| Payroll Taxes | $ 10,000.00 | Overhead | | Pinnacle |
| Restaurant Depot | $ 550.00 | Overhead | | Pinnacle |
| Century National Insurance Co. | $ 190.00 | Overhead | | Pinnacle |
| Costco | $ 300.00 | Overhead | | Pinnacle |
| Crown Disposal Co. Inc. | $ 300.00 | Overhead | | Pinnacle |
| Domestic Uniform Rental | $ 500.00 | Overhead | | Pinnacle |
| DWP | $ 2,000.00 | Overhead | | Pinnacle |
| Freeport Center (RENT) | $ 7,500.00 | Overhead | | Pinnacle |
| Gas Company | $ 250.00 | Overhead | | Pinnacle |
| Home Depot | $ 500.00 | Overhead | | Pinnacle |
| Office Depot/Staples/ | $ 2,000.00 | Overhead | | Pinnacle |
| Worker's Comp | $ 1,500.00 | Overhead | | Pinnacle |
| Payroll Fee | $ 1,000.00 | Overhead | | Pinnacle |
| | $ 26,590.00 | | | |
| Erik Rutiaga | $ 1,920.00 | Product Returns | Salaries | Pinnacle |
| Feliberto Rivas | $ 1,920.00 | Product Returns | Salaries | Pinnacle |
| Geiner Samayoa | $ 2,500.00 | Product Returns | Salaries | Pinnacle |
| Jorge Rutiaga | $ 2,500.00 | Product Returns | Salaries | Pinnacle |
| | $ 8,840.00 | | | |
| | | | | |
| **Total Pinnacle Fixed Expenses** | $ 199,181.27 | | | |

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| | | | | |
| Accounting | $ 2,915.00 | | | |
| Administrative | $ 51,000.00 | | | |
| Chargebacks | $ 8,949.33 | | | |
| Customer Service | $ 104,750.47 | | | |
| Fulfillment | $ 17,464.80 | | | |
| HR | $ 4,225.00 | | | |
| IT | $ 36,861.66 | | | |
| Overhead | $ 29,545.00 | | | |
| Product Returns | $ 8,840.00 | | | |
| Marketing | $ 27,000.00 | | | |
| Repairs and Maintenance | $ 2,500.00 | | | |
| Meals and Entertainment | $ 1,000.00 | | | |
| IT (Frys) | $ 3,000.00 | | | |
| Expenses for shareholders | $ 25,000.00 | | | |
| Bonuses | $ 500.00 | | | |
| Total Monthly | $ 323,551.27 | | | |
| AVG Daily | $ 10,785.04 | | | |
| | | | | |
| Net Monthly Profit | | | | |
| as to change but the formula isn't in this sheet | | | | |
| | | | | |
| Additional expense  ???? | $16,000.00 | | | |
| | | | | |

**EXHIBIT 214**

| Name of expense | Fixed Expense | Department | Sub Category | Media Urge |
|---|---|---|---|---|
| Alon Nottea | $ 15,000.00 | Administrative | Salaries | Media Urge |
| | $ 15,000.00 | | | |
| Paul Medina | $ 5,200.00 | Marketing | Salaries | Media Urge |
| Nastassia Yalley | $ 2,600.00 | Marketing | Salaries | Media Urge |
| Joe Cucurillo | $ 5,000.00 | Marketing | Salaries | Media Urge |
| New Hire ??? | $ 3,500.00 | Marketing | Salaries | Media Urge |
| SEO (Terrie Gal) | $ 2,500.00 | Marketing | | Media Urge |
| Matan Gal | $ 4,000.00 | Marketing | Salaries | Media Urge |
| Victor Azal | $ 4,200.00 | Marketing | Salaries | Media Urge |
| | $ 27,000.00 | | | |
| | | | | |
| Maxmind, Inc. | $ 200.00 | IT | IT-Optimization Tools | Media Urge |
| Optizmo | $ 100.00 | IT | IT-Software | Media Urge |
| AlertBot | $ 360.00 | IT | IT-Software | Media Urge |
| Beyond Hosting | $ 46.00 | IT | IT-Hosting | Media Urge |
| Cross Browser Testing | $ 30.00 | IT | IT-Software | Media Urge |
| GoDaddy.com | $ 650.00 | IT | IT-Hosting | Media Urge |
| HostGator | $ 173.00 | IT | IT-Hosting | Media Urge |
| Icontact | $ 109.00 | IT | IT-Software | Media Urge |
| Whatrunswhere (datadriven) | $ 229.00 | IT | IT-Software | Media Urge |
| 1&1 Internet Inc. | $ 40.00 | IT | IT-Hosting | Media Urge |
| Basecamp | $ 199.00 | IT | IT-Software | Media Urge |
| LinkTrust | $ 1,500.00 | IT | IT-Software | Media Urge |
| Hitpath | $ 1,500.00 | IT | IT-Software | Media Urge |
| Shutterstock | $ 224.00 | IT | IT-Software | Media Urge |
| New Software ??? | $ 4,000.00 | IT | IT-Software | Media Urge |
| | $ 9,360.00 | | | |
| | | | | |
| AT&T | $ 250.00 | Overhead | | Media Urge |
| Mid Valley Properties | $ 2,000.00 | Overhead | | Media Urge |
| Utilities (DWP) | $ 350.00 | Overhead | | Media Urge |
| Alarm + 1 business Line | $ 105.00 | Overhead | | Media Urge |
| Office Supplies | $ 250.00 | Overhead | | Media Urge |
| | $ 2,955.00 | | | |
| | | | | |
| Total Media Urge Fixed Expenses | $ 54,315.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT 214**

| Name of expense | Fixed Expense | Department | Sub Category | SBM |
|---|---|---|---|---|
| 1% Owner Commission | $ 20,000.00 | Administrative | | SBM |
| Attorney | $ 5,000.00 | Administrative | | SBM |
| | **$ 25,000.00** | | | |
| | | | | |
| Intuit.com | $ 275.00 | IT | IT-Software | SBM |
| Jangomail | $ 150.00 | IT | IT-Software | SBM |
| Live Media Pro (Avi) | $ 12,000.00 | IT | IT-Hosting | SBM |
| True Mktg Partner (Limelight) | $ 630.00 | IT | IT-Software | SBM |
| | **$ 13,055.00** | | | |

| SBM Total | **$ 38,055.00** |
|---|---|

**214 - 5**                    **EXHIBIT 214**

| Expenses for sharholders | Monthly | Yearly |
|---|---|---|
| Khristopher | $15,000.00 | |
| Doron | $10,000.00 | |
| Dividends | | |
| **Total** | **$25,000.00** | |

 EXHIBIT 214

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| True Credit | $ 15.00 | Accounting | | Pinnacle |
| Davidian and Associates | $ | Accounting | | Pinnacle |
| Nastassia Yalley | $ | Accounting | Salaries | Pinnacle |
| | $ | | | |
| Roi Reuveni | $ 6,000.00 | Administrative | Salaries | Pinnacle |
| Iris Castro | $ | Administrative | Salaries | Pinnacle |
| Laura Getten | $ | Administrative | Salaries | Pinnacle |
| | $ 11 | | | |
| Andrew Stanley | $ 2,569.99 | QA | Salaries | Pinnacle |
| Gabriela Galeano | $ | QA | Salaries | Pinnacle |
| B4 (Chargeback Guard) | $ | Chargebacks | Services | Pinnacle |
| MetroFax | $ | Chargebacks | Services | Pinnacle |
| Xcalibur (Chargeback Solutions Co) | $ | Chargebacks | Services | Pinnacle |
| | $ | | | |
| Ingrid Aguiar | $ | Customer Service | Salaries | Pinnacle |
| Beau Becker | $ | Customer Service | Salaries | Pinnacle |
| Avear Carey | $ | Customer Service | Salaries | Pinnacle |
| Jacqueline Carroll | $ | Customer Service | Salaries | Pinnacle |
| Beatriz Chaidez | $ | Customer Service | Salaries | Pinnacle |
| Andree Collier | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Joel Garcia | $ 2 | Customer Service | Salaries | Pinnacle |
| Moses Garcia | $ 2 | Customer Service | Salaries | Pinnacle |
| Patrick Gatbonton | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Victor Godoy | $ 2,769.23 | Customer Service | Salaries | Pinnacle |
| Diana Hernandez | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Michael Hidalgo | $ 1,920.00 | Customer Service | Salaries | Pinnacle |
| John Ibarra | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Shermaine Jackson | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Chadne Kidd | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Anna Klimo | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Aaron Krolczyk | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Matthew Livingston | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Andree Mansour | $ 4,384.62 | Customer Service | Salaries | Pinnacle |
| Gregg Mazzy | $ 1,500.00 | Customer Service | Salaries | Pinnacle |
| Monica Miranda | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Carlo Nolasco | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Luam Osman | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Patrick Raffin | $ 3,153.84 | Customer Service | Salaries | Pinnacle |
| Tyler Reitenbach | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Chris Roth | $ 100.00 | Customer Service | Salaries | Pinnacle |
| Sandra Rubio | $ 1,222.78 | Customer Service | Salaries | Pinnacle |
| Leticia Sanchez | $ 1,920.00 | Customer Service | Salaries | Pinnacle |
| Derek Smith | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Patricia Smith | $ 300.00 | Customer Service | Salaries | Pinnacle |
| Daisy Solano | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Ashley Taira | $ 2,500.00 | Customer Service | Salaries | Pinnacle |
| Tiesha Thomas | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Regina Woods | $ 2,080.00 | Customer Service | Salaries | Pinnacle |
| Revguard | $ 15,000.00 | Customer Service | Services | Pinnacle |
| New Hires | $ 12,500.00 | Customer Service | Salaries | Pinnacle |
| | $ 104,750.47 | | | |

Note (Accounting): Accountant David Davidian. Handles payroll for the 1% earnings, Roi, Files Taxes.

Note (Administrative): Updating quickbooks, accounts payable and receivable, reporting...etc.

Note (QA): Chargebacks, QA, Helps where departments need it. Part time.

Note (Chargebacks): Sabina - Chargeback solutions company. Should be handling all of our chargebacks for the all the merchant accounts.

Note: Online fax company that we use to receive and send chargebacks.

Note: Company that helps combat chargebacks from the beginning.

**EXHIBIT 214**

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| Sean Inniss | $ 3,000.00 | Fulfillment | Salaries | Pinnacle |
| Andrew Alvarado | $ 2,769.60 | Fulfillment | Salaries | Pinnacle |
| Gabriel Castillo | $ 2,500.00 | Fulfillment | Salaries | Pinnacle |
| Julio Telon | $ 2,700.00 | Fulfillment | Salaries | Pinnacle |
| Mynor Blanco | $ 2,500.00 | Fulfillment | Salaries | Pinnacle |
| Jorge Magana | $ 2,979.20 | Fulfillment | Salaries | Pinnacle |
| Better Pak | $ 500.00 [Shipping Software] | Fulfillment | | Pinnacle |
| Endicia | $ 16.00 | Fulfillment | | Pinnacle |
| Chevron/ Fuel | $ 500.00 | Fulfillment | | Pinnacle |
| | **$ 17,464.80** | | | |
| Leor Arazy | $ 4,200.00 | HR | Salaries | Pinnacle |
| Craigslist | $ 25.00 [HR Manager and in charge of Pinnacle Payroll] | HR | | Pinnacle |
| | $ | | | |
| Edmund Biro | $ 4,000.00 | IT | Salaries | Pinnacle |
| AVS Products | $ 300.00 | IT | IT | Pinnacle |
| Efax | $ 150.00 | IT | IT-Software | Pinnacle |
| Golden State Copier | $ 500.00 | IT | IT-Repairs | Pinnacle |
| SmartSheet | $ 80.00 | IT | IT-Software | Pinnacle |
| SST Computing Inc | $ 2,400.00 | IT | IT | Pinnacle |
| Time Warner Cable | $ 2,500.00 | IT | IT | Pinnacle |
| Sonicwall | $ 175.00 | IT | IT-Software | Pinnacle |
| Kapersky | $ 83.33 | IT | IT-Software | Pinnacle |
| Log Me In Pro | $ 25.00 | IT | IT-Software | Pinnacle |
| GoToMyPc | $ 25.00 | IT | IT-Software | Pinnacle |
| Google Apps | $ 208.33 | IT | IT-Software | Pinnacle |
| **New Software???** | **$ 4,000.00** | **IT** | **IT-Software** | **Pinnacle** |
| | **$ 14,446.66** | | | |
| Payroll Taxes | $ 10,000.00 | Overhead | | Pinnacle |
| Restaurant Depot | $ 550.00 | Overhead | | Pinnacle |
| Century National Insurance Co. | $ 190.00 | Overhead | | Pinnacle |
| Costco | $ 300.00 | Overhead | | Pinnacle |
| Crown Disposal Co. Inc. | $ 300.00 | Overhead | | Pinnacle |
| Domestic Uniform Rental | $ 500.00 | Overhead | | Pinnacle |
| DWP | $ 2,000.00 | Overhead | | Pinnacle |
| Freeport Center (RENT) | $ 7,500.00 | Overhead | | Pinnacle |
| Gas Company | $ 250.00 | Overhead | | Pinnacle |
| Home Depot | $ 500.00 | Overhead | | Pinnacle |
| Office Depot/Staples/ | $ 2,000.00 | Overhead | | Pinnacle |
| Worker's Comp | $ 1,500.00 | Overhead | | Pinnacle |
| Payroll Fee | $ 1,000.00 | Overhead | | Pinnacle |
| | **$ 26,590.00** | | | |
| Erik Rutiaga | $ 1,920.00 | Product Returns | Salaries | Pinnacle |
| Feliberto Rivas | $ 1,920.00 | Product Returns | Salaries | Pinnacle |
| Geiner Samayoa | $ 2,500.00 | Product Returns | Salaries | Pinnacle |
| Jorge Rutiaga | $ 2,500.00 | Product Returns | Salaries | Pinnacle |
| | **$ 8,840.00** | | | |
| **Total Pinnacle Fixed Expenses** | **$ 199,181.27** | | | |

**EXHIBIT 214**

| Name of expense | Fixed Expense | Department | Sub Category | Pinnacle |
|---|---|---|---|---|
| | | | | |
| Accounting | $ 2,915.00 | | | |
| Administrative | $ 51,000.00 | | | |
| Chargebacks | $ 8,949.33 | | | |
| Customer Service | $ 104,750.47 | | | |
| Fulfillment | $ 17,464.80 | | | |
| HR | $ 4,225.00 | | | |
| IT | $ 36,861.66 | | | |
| Overhead | $ 29,545.00 | | | |
| Product Returns | $ 8,840.00 | | | |
| Marketing | $ 27,000.00 | | | |
| Repairs and Maintenance | $ 2,500.00 | | | |
| Meals and Entertainment | $ 1,000.00 | | | |
| IT (Frys) | $ 3,000.00 | | | |
| Expenses for shareholders | $ 25,000.00 | | | |
| Bonuses | $ 500.00 | | | |
| Total Monthly | $ 323,551.27 | | | |
| AVG Daily | $ 10,785.04 | | | |
| | | | | |
| Net Monthly Profit | | | | |
| as to change but the formula isn't in this sheet | | | | |
| | | | | |
| Additional expense  ???? | $16,000.00 | | | |
| | | | | |

| Name of expense | Fixed Expense | Department | Sub Category | Media Urge |
|---|---|---|---|---|
| Alon Nottea | $   15,000.00 | Administrative | Salaries | Media Urge |
| | $  15,000.00 | | | |
| Paul Medina | $     5,200.00 | Marketing | Salaries | Media Urge |
| Nastassia Yalley | $     2,600.00 | Marketing | Salaries | Media Urge |
| Joe Cucurillo | $     5,000.00 | Marketing | Salaries | Media Urge |
| New Hire ??? | $     3,500.00 | Marketing | Salaries | Media Urge |
| SEO (Terrie Gal) | $ | Marketing | | Media Urge |
| Matan Gal | $     4,000.00 | Marketing | Salaries | Media Urge |
| Victor Azal | $ | Marketing | Salaries | Media Urge |
| | | | | |
| Maxmind, Inc. | $ | IT | IT-Optimization Tools | Media Urge |
| Optizmo | $ | IT | IT-Software | Media Urge |
| AlertBot | $ | IT | IT-Software | Media Urge |
| Beyond Hosting | $        46.00 | IT | IT-Hosting | Media Urge |
| Cross Browser Testing | $ | IT | IT-Software | Media Urge |
| GoDaddy.com | $ | IT | IT-Hosting | Media Urge |
| HostGator | $       173.00 | IT | IT-Hosting | Media Urge |
| Icontact | $ | IT | IT-Software | Media Urge |
| Whatrunswhere (datadriven) | $       229.00 | IT | IT-Software | Media Urge |
| 1&1 Internet Inc. | $        40.00 | IT | IT-Hosting | Media Urge |
| Basecamp | $       199.00 | IT | IT-Software | Media Urge |
| LinkTrust | $ | IT | IT-Software | Media Urge |
| Hitpath | $ | IT | IT-Software | Media Urge |
| Shutterstock | $ | IT | IT-Software | Media Urge |
| New Software ??? | $     4,000.00 | IT | IT-Software | Media Urge |
| | $    9,360.00 | | | |
| | | | | |
| AT&T | $       350.00 | Overhead | | Media Urge |
| Mid Valley Properties | $ | Overhead | | Media Urge |
| Utilities (DWP) | $ | Overhead | | Media Urge |
| Alarm + 1 business Line | $ | Overhead | | Media Urge |
| Office Supplies | $ | Overhead | | Media Urge |
| | $ | | | |
| | | | | |
| Total Media Urge Fixed Expenses | $  54,315.00 | | | |

Comment boxes: CEO; Internal Media Buying; Consulting; SEO Creating a network of sites for ellastiq/auravie; Graphic Design, webpage building, SEO, and packaging design.; Fraud Monitoring Software for Limelight; Email list, Unsubscribe and Supression file management; Domain names, hosting, SSLs; Internal Marketing Software; Affiliate management and tracking software. Will be used to build out the network; Rent for 6900 Canby Ave; 6900 Canby Ave Water and; 6900 Canby ave door alarm

| Name of expense | Fixed Expense | Department | Sub Category | SBM |
|---|---|---|---|---|
| 1% Owner Commission | $ | strative | | SBM |
| Attorney | $ | strative | | SBM |
| | | | | |
| | | | | |
| Intuit.com | $ | T | IT-Software | SBM |
| Jangomail | $ | T | IT-Software | SBM |
| Live Media Pro (Avi) | $ | T | IT-Hosting | SBM |
| True Mktg Partner (Limelight) | $ | T | IT-Software | SBM |
| | $ | | | |

*1% of processing commission paid to the "owners" of each corporation we use for merchant accounts.*

*Quickbooks online accounting software*

*Cost for Voip Phone lines, commercepack, rackspace hosting, and some click connector costs.*

| SBM Total | $ 38,055.00 |
|---|---|



| Expenses for sharholders | Monthly | Yearly |
|---|---|---|
| **Khristopher** | COO | |
| **Doron** | Financial | |
| | **$10,000.00** | |
| **Dividends** | | |
| **Total** | **$25,000.00** | |

Shareholder earnnings paid out when they deem fit.

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Wednesday, January 22, 2014 11:32 AM |
| **To:** | Global Media |
| **Subject:** | Secured Merchants |
| **Attachments:** | W-2_W-3_2013_Secured Merchants LLC.pdf |

Attached please find the W-2's and W-3.
We mailed the W-2's to the employees.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

## Form W-2 (first)

| 22222 | Void ☐ | a Employee's social security number ██████4400 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer identification number (EIN) 46-3059095 | 1 Wages, tips, other compensation 5666.00 | 2 Federal income tax withheld 363.00 |
|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages 5666.00 | 4 Social security tax withheld 351.29 |
|---|---|---|
| SECURED MERCHANTS LLC | 5 Medicare wages and tips 5666.00 | 6 Medicare tax withheld 82.16 |
| 23679 CALABASAS ROAD # 531 | 7 Social security tips | 8 Allocated tips |
| CALABASAS          CA 91302 | | |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name   Suff. ROBERT W   STAYNER | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| ██████ | 14 Other CA-SDI   56.66 | 12c |
| COSTA MESA          CA ██████ | | 12d |

| f Employee's address and ZIP code | | |
|---|---|---|

| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA 022-5109-8 | 5666.00 | 41.37 | | | |

**Form W-2 Wage and Tax Statement**   **2013**

Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

Department of the Treasury — Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

0000/1030D

FDWA0101  06/19/13

Do Not Cut, Fold, or Staple Forms on This Page

## Form W-2 (second)

| 22222 | Void ☐ | a Employee's social security number ██████-4693 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

| b Employer identification number (EIN) 46-3059095 | 1 Wages, tips, other compensation 11818.95 | 2 Federal income tax withheld 1536.00 |
|---|---|---|

| c Employer's name, address, and ZIP code | 3 Social security wages 11818.95 | 4 Social security tax withheld 732.77 |
|---|---|---|
| SECURED MERCHANTS LLC | 5 Medicare wages and tips 11818.95 | 6 Medicare tax withheld 171.37 |
| 23679 CALABASAS ROAD # 531 | 7 Social security tips | 8 Allocated tips |
| CALABASAS          CA 91302 | | |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial   Last name   Suff. WILLIAM   TYLER REITENBACH | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| ██████ | 14 Other CA-SDI   118.19 | 12c |
| AGOURA HILLS          CA ██████ | | 12d |

| f Employee's address and ZIP code | | |
|---|---|---|

| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| CA 022-5109-8 | 11818.95 | 435.50 | | | |

**Form W-2 Wage and Tax Statement**   **2013**

Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

Department of the Treasury — Internal Revenue Service
**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

0000/1030D

**EXHIBIT 287**

| 33333 | a Control number | | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|

**b Kind of Payer** (Check one)

| 941 X | Military | 943 | 944 |
|---|---|---|---|
| CT-1 | Household emp | Medicare govt emp | |

**Kind of Employer** (Check one)

| None apply | 501c non-govt. |
|---|---|
| X | |
| State/local non 501c | State/local 501c | Federal govt. |

Third-party sick pay (Check if applicable)

| c Total number of Forms W-2 | d Establishment number |
|---|---|
| 2 | |

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 17484.95 | 1899.00 |

| e Employer identification number (EIN) | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 46-3059095 | 17484.95 | 1084.06 |

| f Employer's name | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| SECURED MERCHANTS LLC | 17484.95 | 253.53 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

23679 CALABASAS ROAD # 531

CALABASAS       CA 91302

**g** Employer's address and ZIP code

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a Deferred compensation |
|---|---|
| | |

| h Other EIN used this year | 13 For third-party sick pay use only | 12b |
|---|---|---|
| | | |

| 15 State   Employer's state ID number | 14 Income tax withheld by payer of third-party sick pay |
|---|---|
| CA \| 022-5109-8 | |

| 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax |
|---|---|---|---|
| 17484.95 | 476.87 | | |

| Contact person | Telephone number | For Official Use Only |
|---|---|---|
| DAVID DAVIDIAN | (818) 242-7800 | |

| Email address | Fax number | |
|---|---|---|
| CPA@LACPA.COM | | **0000/1030D** |

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                    Title ▶ **CPA**                    Date ▶

Form **W-3**  Transmittal of Wage and Tax Statements    **2013**    Department of the Treasury Internal Revenue Service

**Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration (SSA).**
**Photocopies are not acceptable. Do not send Form W-3 if you filed electronically with the SSA.**
**Do not** send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

**Reminder**

**Separate instructions.** See the 2013 General Instructions for Forms W-2 and W-3 for information on completing this form.

**Purpose of Form**

A Form W-3 Transmittal is completed only when paper Copy A of Form(s) W-2, Wage and Tax Statement, is being filed. Do not file Form W-3 alone. Do not file Form W-3 for Form(s) W-2 that were submitted electronically to the SSA (see below). All paper forms **must** comply with IRS standards and be machine readable. Photocopies are **not** acceptable. Use a Form W-3 even if only one paper Form W-2 is being filed. Make sure both the Form W-3 and Form(s) W-2 show the correct tax year and Employer Identification Number (EIN). Make a copy of this form and keep it with Copy D (For Employer) of Form(s) W-2 for your records. The IRS recommends retaining copies of these forms for four years.

**E-Filing**

The SSA strongly suggests employers report Form W-3 and Forms W-2 Copy A electronically instead of on paper. The SSA provides two free e-filing options on its Business Services Online (BSO) website:

• **W-2 Online.** Use fill-in forms to create, save, print, and submit up to 50 Forms W-2 at a time to the SSA.

• **File Upload.** Upload wage files to the SSA you have created using payroll or tax software that formats the files according to the SSA's *Specifications for Filing Forms W-2 Electronically (EFW2).*

W-2 Online fill-in forms or file uploads will be on time if submitted by March 31, 2014. For more information, go to www.socialsecurity.gov/employer and select 'First Time Filers' or 'Returning Filers' under 'BEFORE YOU FILE.'

**When to File**

Mail Copy A of Form(s) W-2 with Form W-3 by February 28, 2014.

**Where to File Paper Forms**

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001**

**Note.** If you use 'Certified Mail' to file, change the ZIP code to '18769-0002.' If you use an IRS-approved private delivery service, add 'ATTN: W-2 Process, 1150 E. Mountain Dr.' to the address and change the ZIP code to '18702-7997.' See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

**For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**    FDWA0201  06/19/13

**EXHIBIT 287**

| | |
|---|---|
| **From:** | Davidian and Associates CPA s <Lucy@lacpa.com> |
| **Sent:** | Wednesday, July 31, 2013 5:26 PM |
| **To:** | Global Media |
| **Cc:** | David Davidian CPA |
| **Subject:** | Re: Secured Merchants LLC |
| **Attachments:** | stub.pdf |

Please see attached pay stub. Total liability due is $745.61, and will come off from your account on 8/6/2013.

Sincerely,
Lucy Balyan
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

_____

From: Global Media <globalmediausa@gmail.com>
To: Lucy@lacpa.com
Sent: Wednesday, July 31, 2013 3:09 PM
Subject: Secured Merchants LLC

Please pay 2500.00 Period 7/10-7-31

next paycheck will be 3166.00 Gross 38K per Year for now

**289 - 1**                                                          **EXHIBIT 289**

SECURED MERCHANTS LLC
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302


ROBERT W STAYNER



COSTA MESA, CA

---

| **Employee Pay Stub** | | Check number: | | | Pay Period: 07/10/2013 - 07/31/2013 | | Pay Date: 07/31/2013 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | **Status (Fed/State)** | | **Allowances/Extra** |
|---|---|---|---|---|---|---|---|
| ROBERT W STAYNER | | | COSTA MESA, CA | ***-**-4400 | Single/Single | | Fed-2/0/CA-2/0 |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Salary | | | 2,500.00 | 2,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -213.00 | -213.00 |
| Social Security Employee | | | -155.00 | -155.00 |
| Medicare Employee | | | -36.25 | -36.25 |
| CA - Withholding | | | -37.61 | -37.61 |
| CA - Disability Employee | | | -25.00 | -25.00 |
| | | | -466.86 | -466.86 |
| **Net Pay** | | | **2,033.14** | **2,033.14** |

**To:**      cpa@lacpa.com[cpa@lacpa.com]
**From:**   Secured Merchants
**Sent:**    Mon 10/14/2013 6:42:28 PM
**Importance:**     Normal
**Subject:**  New Employee
**MAIL_RECEIVED:**   Mon 10/14/2013 6:42:31 PM
SM Tyler.pdf

Hello,

We need to do payroll for a new guy.

William Tyler Reitenbach

48K a year so 4K per mo gross semi monthly 16th and 1st

This time Lets make him a stub but I would like to set him with automatic ACH

for the next time.

Please send me stub.

This is his bank info.
Routing: ▮▮▮▮▮▮▮
Account: ▮▮▮▮▮▮▮

**EXHIBIT 366**

| | |
|---|---|
| **To:** | Doron .[doron@doron.us] |
| **From:** | Avico Global |
| **Sent:** | Wed 8/7/2013 3:38:16 PM |
| **Importance:** | Normal |
| **Subject:** | Fwd: [US > Auravie Skincare ] Shipping - Potential Cost Savings |
| **MAIL_RECEIVED:** | Wed 8/7/2013 3:38:17 PM |

Fyi

---------- Forwarded message ----------
From: "Alon | H.Being" <vigorect@gmail.com>
Date: Aug 7, 2013 10:35 PM
Subject: Fwd: [US > Auravie Skincare ] Shipping - Potential Cost Savings
To: "Xposed Inc" <xposedinc@gmail.com>, "Avi Argaman" <avicoglobal@gmail.com>
Cc:


From: **David Migdal** <reply-9b63895a668402e7c7b1c1d693308f0f@asana.com>
Date: Wed, Aug 7, 2013 at 10:31 AM
Subject: [US > Auravie Skincare ] Shipping - Potential Cost Savings
To: Alon N <vigorect@gmail.com>


**David Migdal added Alon N as a follower**10:27AM on August 7


**David Migdal**
**General:**
**First Class Mail - Average is 3.1 days to arrive.**
**Priority Mail - Average is 2.7 days to arrive.**

**Priority Mail has a 15oz limitation.**
**If a First Class mailer is above 13oz's, it automatically gets bumped to Priority Mail Status.**
**Our goal - Under 13 oz.**

»
**Once under 13oz.**
**Out of the 8 zones the US postal service divides the country into. We could reach zones 1 through under 3 days. Pay $3.38 per order which includes Tracking.**
**75% of customers would receive in 2 days.**
**25% of customers would receive in 3 days.**

**Further - Zones 5 & 6.**
**For Zone 5 - 90% of customers would receive in 4 days.**


9:58AM on August 7

David Migdal added the description9:54AM on August 7

David Migdal added the name "Shipping - Potential Cost Savings"9:54AM on August 7

David Migdal added to US > Auravie Skincare 4:06PM on July 31


| |
|---|
| **Shipping - Potential Cost Savings** |
| Description |
| Evaluating if possible to go to First Class Mail for some customers, thereby paying only $3.38 per order as opposed to $5.50. |

**EXHIBIT 367**

| Projects | US > Auravie Skincare |
|---|---|
| Followers | Alon N David Migdal Paul Medina Roi R |

**Reply to this email to comment,** view and edit **(as Alon N) in Asana, or** unfollow. You can also reply with "complete" to mark this task complete, or add a teammate to the "to" field to assign it to them.

**EXHIBIT 367**

Cc: Tyler R.[Tyler@chargebackarmor.com]; David M[david@mediaurge.com]; Alon | MediaUrge[alon@mediaurge.com]; Paul Medina[paul@mediaurge.com]; Eugene S[eugene@vastpay.com]; Igor[igorlats@gmail.com]
To: Tyler R.[Tyler@chargebackarmor.com]
From: David Nichols
Sent: Fri 9/26/2014 4:54:43 PM
Importance: Normal
Subject: Re: chargebacks statistics September Leor Systems
MAIL_RECEIVED: Fri 9/26/2014 4:54:47 PM

We set all of these up separately so you can proceed that way with the cb's

Thanks,

David Nichols
david@vastpay.com
Skype: ■■■■■■■■

On Sep 26, 2014, at 12:35 PM, "Tyler R." <Tyler@chargebackarmor.com> wrote:

David,
Thanks, I would like to know if each of the 3 MID's in the gateway are all under the same RMC (Avian) or if they are all under different corps. Kristina was saying that ALL MID's under the same corp will have their visa and mc cbs totaled and the count cannot reach 200 visa or 100 mc across all MID's under and RMC. Please let me know so we can figure out how to best proceed.

Cheers,

## Tyler Reitenbach
Senior Account Executive
Chargeback Armor, LLC
Skype: ■■■■■■■■
Support: 800.976.7027

Email: Tyler@chargebackarmor.com



Privacy Notice: this message is intended only for the designated recipient. It contains confidential information and is subject to attorney-client privilege and other confidentiality protections. If you have received this message in error, please notify the sender and delete this message. Thank you.

On Fri, Sep 26, 2014 at 12:33 PM, David N <david@vastpay.com> wrote:

Tyler,

Let me know if you need any info or support from our end.

Thank you,

David Nichols
Vastpay, LLC
Office: +1 (800) 841-9885

**EXHIBIT 563**

Direct: +1 (818) 616-8654
Fax: +1 (818) 748-9168
skype: ███████████
mail: david@vastpay.com


<image001.png>


Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

On Fri, Sep 26, 2014 at 12:31 PM, Tyler R. <Tyler@chargebackarmor.com> wrote:

Yeah I know I just got off the phone with Kristina. I put all live traffic (40 orders per day) into that MID. We only need 40-50 or so to drop under 10% so we will be just fine. I'll probably let it run for a few days like that and keep in touch with Kristina to keep an eye on it so we can get it down in the ball park of the other MIDs which is around 2-4%.

Cheers,


Tyler Reitenbach
Senior Account Executive
Chargeback Armor, LLC
Skype: ██████████
Support: 800.976.7027

Email: Tyler@chargebackarmor.com


Privacy Notice: this message is intended only for the designated recipient. It contains confidential information and is subject to attorney-client privilege and other confidentiality protections. If you have received this message in error, please notify the sender and delete this message. Thank you.

On Fri, Sep 26, 2014 at 12:28 PM, David M <david@mediaurge.com> wrote:

It was Count Tyler.

This is the MID we need to pump sales into ASAP

| Leor Systems | 3940038orderleor | VISA | 22 | 185 |

On Fri, Sep 26, 2014 at 10:59 AM, Alon | MediaUrge <alon@mediaurge.com> wrote:

TEAM: VERY IMPORTANT

I spoke to Kristina from Pago Gateway regarding our chargeback thresholds and percentage [document attached here below]...
She says that the bank being audited and will be slowly closing all the merchants that are getting more than the 10% chargeback threshold

EXHIBIT 563

It looks like there are merchant accounts in there that show we are at  20% chargeback ratio, and even the ones we're using are way too high.... we need to get some transactions in there to lower the percentage.

Please review and let me know what's up... ASAP

Best Regards,


Alon **Nottea**
Rainmaker | MediaUrge
skype: ██████████
email: alon@mediaurge.com



Confidentiality Notice: this message is intended only for the designated recipient. It may contain confidential or proprietary information and is subject to the attorney-client privilege and other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.


---------- Forwarded message ----------
From: **Kristina Perez** <kristina@pagotechnology.com>
Date: Fri, Sep 26, 2014 at 10:39 AM
Subject: chargebacks statistics September Leor Systems
To: alon@mediaurge.com
Cc: Karina Brunenieks <karina@pagotechnology.com>


Hi Alon,

Please find below September first two weeks chargeback statistics. Karina will include you in to the weekly mailing list so you can have reporting available to you weekly.

| NAME | BANK MID | DESCRIPTOR | CARD TYPE | CB COUNT | SALE COUNT | CB COUNT RATIO | CB AMOUNT | SALE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Leor Systems | 3939428 | leorkit | MC | 7 | 200 | 3.5 | 629.51 | 6000 |
| Leor Systems | 3939428 | leorkit | VISA | 18 | 1162 | 1.55 | 1414.85 | 10455 |
| Leor Systems | 3940038 | orderleor | MC | 18 | 291 | 6.19 | 1542.3 | 1436 |
| Leor Systems | 3940038 | orderleor | VISA | 22 | 185 | 11.89 | 1561.76 | 1600 |
| Leor Systems | 3940608 | leorsys | MC | 11 | 352 | 3.13 | 989.23 | 4094 |
| Leor Systems | 3940608 | leorsys | VISA | 29 | 1103 | 2.63 | 2137.2 | 4781 |

**EXHIBIT 563**

MC          36
VISA        69

Regards,

Kristina Perez

www.pagotechnology.com

# <BF7BBAB2-3DC1-49FC-9E87-485CB88D2485[15].png><683A3900-4EE8-437A-BEB0-8A30788A71F7[15].png><B41D4EDC-5287-4E72-8C61-66DD2AA80E2B[15].png>

Though nobody can go back and make a new beginning… Anyone can start over and make a new ending. **Chico Xavier** 1969

**IMPORTANT WARNING:** This electronic transmission is intended for use of the person or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  Please notify the sender immediately to arrange for the return or destruction of these misdirected documents.  This message may contain confidential material.