# FIFTH DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1. My name is Brent D. McPeek. I am over the age of 21 and competent to give this declaration. I am a Federal Trade Investigator with the Federal Trade Commission ("FTC"). I have a Bachelor of Science degree in agricultural economics with a minor in finance, as well as a Master of Science degree in applied economics. I have more than ten years' experience as an investigator and litigation consultant. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2. My duties, as a Federal Trade Investigator, include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act and other laws and rules enforced by the Commission.

3. I assisted in the FTC's investigation of Bunzai Media Group, Inc. and related companies and individuals, including Alon Nottea, Igor Latsanovski, Doron Nottea, Roi Reuveni, and Khristopher Bond. Collectively, I will refer to the business entities as the "Corporate Defendants."

4. During the FTC's investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same. Personally Identifying

Information ("PII") has been redacted from all documents referenced in this declaration.

**GROSS RECEIPTS OF THE CORPORATE DEFENDANTS**

5. I created the attached summary chart to determine the total Gross Receipts of the Corporate Defendants from 2010 through June 30, 2015. I used the federal income tax returns filed by the Corporate Defendants for the years 2010 through 2014 to determine Gross Receipts (Net of Returns & Allowances) for each of the companies where the tax returns are available.

6. I used the Quickbooks data chart in Document 121-2, Exhibit 7, to determine the Total Income for the first six months of 2015, and the year 2014, but only for the companies for which there was no tax return available for 2014.

7. The total Gross Receipts Net of Returns and Allowances for the Corporate Defendants for the years 2010 through 2014 is $70,966,030. I calculated the Grand Total, after adding in the QuickBooks income figures for the year 2014 and first six months of 2015. The Grand Total for all periods available is $75,624,030.

1  I declare, under penalty of perjury, that the foregoing statement is true and
2  correct.
3  Executed on October 9, 2015, at Dallas, Texas.

_____
**BRENT D. MCPEEK**

| Entity | Gross Receipts (Net of Returns & Allowances)* | | | | | | SubTotal | Total Income** | | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | | | 2014 | 2015 | | |
| Bunzai Media Group Inc. | $ 350,472 | $ 9,181,404 | $ 7,222,066 | $ 93,186 | Dissolved | | $ 16,847,128 | Not Available | Not Available | | $ 16,847,128 |
| DSA Holdings Inc. | $ 341,110 | Not Available | $ 27,680 | Dissolved | Dissolved | | $ 368,790 | | Not Available | | $ 368,790 |
| Merchant Leverage Group Inc | $ - | $ - | $ 8,100 | Not Available | Not Available | | $ 8,100 | $ 1,000 | $ - | | $ 9,100 |
| Agoa Holdings Inc | Not Available | $ 1,407,785 | $ 4,145,591 | $ 2,169,283 | $ 1,522,922 | | $ 9,245,581 | | $ 133,000 | | $ 9,378,581 |
| Safehaven Ventures Inc. | Not Available | $ 173,450 | $ 4,302,869 | $ 2,595,130 | Dissolved | | $ 7,071,449 | | Not Available | | $ 7,071,449 |
| Zen Mobile Media Inc. | Not Available | $ 340,703 | $ 4,552,606 | $ 1,814,547 | $ 1,575,140 | | $ 8,282,996 | | $ 82,000 | | $ 8,364,996 |
| Adageo LLC | Not Available | Not Available | $ 15,000 | $ 107,800 | Not Available | | $ 122,800 | $ 117,000 | Not Available | | $ 239,800 |
| All-star Beauty Products Inc. | Not Available | Not Available | $ 901,027 | Not Available | Not Available | | $ 901,027 | $ 1,013,000 | $ 30,000 | | $ 1,944,027 |
| DMA Media Holdings Inc. | Not Available | Not Available | $ 1,602,136 | Not Available | Not Available | | $ 1,602,136 | $ 1,364,000 | $ 100,000 | | $ 3,066,136 |
| Heritage Alliance Group Inc | Not Available | Not Available | $ 1,028,552 | $ 1,127,743 | $ 701,107 | | $ 2,857,402 | | $ 22,000 | | $ 2,879,402 |
| Lifestyle Media Brands Inc. | Not Available | Not Available | $ 879,157 | $ 411,236 | $ 1,474,366 | | $ 2,764,759 | | $ 55,000 | | $ 2,819,759 |
| AMD Financial Network, Inc. | Not Available | Not Available | $ 1,455,692 | $ 1,631,885 | $ 1,058,832 | | $ 4,146,409 | | $ 145,000 | | $ 4,291,409 |
| Insight Media Inc. | Not Available | Not Available | $ 276,582 | $ 1,441,780 | $ 1,695,375 | | $ 3,413,737 | | $ 197,000 | | $ 3,610,737 |
| Kai Media Inc. | Not Available | Not Available | $ 345,699 | $ 1,649,587 | $ 793,211 | | $ 2,788,497 | | $ 40,000 | | $ 2,828,497 |
| Media Urge Inc. | Not Available | Not Available | $ 57,500 | $ 314,716 | $ 148,042 | | $ 520,258 | | $ 2,000 | | $ 522,258 |
| Pinnacle Logistics | Not Available | Not Available | $ 1,769,051 | $ 3,626,871 | $ 1,441,974 | | $ 6,837,896 | | $ 27,000 | | $ 6,864,896 |
| Cal Energy Inc. | Not Available | Not Available | Not Available | $ 213,580 | Not Available | | $ 213,580 | $ - | $ - | | $ 213,580 |
| Shalita Holdings, Inc. | Not Available | Not Available | $ - | $ 1,646,222 | $ 701,683 | | $ 2,347,905 | | Not Available | | $ 2,347,905 |
| Focus Media Solutions Inc. | Not Available | Not Available | Not Available | Not Available | $ 625,580 | | $ 625,580 | | $ 1,330,000 | | $ 1,955,580 |
| Subtotal | $ 691,582 | $ 11,103,342 | $ 28,589,308 | $ 18,843,566 | $ 11,738,232 | | $ 70,966,030 | $ 2,495,000 | $ 2,163,000 | | $ 75,624,030 |

*Taken from the Federal Income Tax Returns of each entity.
**Taken from Forensic Accounting Report using Quickbooks data for Total Income for 2014 and the 6 months ended 6/30/15 (Document 121-2 Ex. 7)