| Entity | % | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Feb-13 Total |
|---|---|---|---|---|---|---|---|---|
| Roi Total Processing Agoa Signa 2 & Ums 2 | 1.00% | $263,258.71 / $2,632.59 | $282,666.65 / $2,826.67 | $335,546.71 / $3,355.47 | $221,489.03 / $2,214.89 | $182,745.86 / $1,827.46 | $142,971.00 / $1,429.71 | $5,096,413.62 / $50,964.14 |
| Rachel Total Processing DMA Signa 1 & UMS 2 | 1.00% | $90,964.69 / $909.65 | $191,975.22 / $1,919.75 | $140,904.69 / $1,409.05 | $86,660.02 / $866.60 | $187,219.42 / $1,872.19 | $148,553.00 / $1,485.53 | $2,962,073.98 / $29,620.74 |
| Lori Total Processing Lifestyle Signa 1 | 1.00% | $50,472.17 / $504.72 | $54,626.24 / $546.26 | $91,354.40 / $913.54 | $80,795.52 / $807.96 | $56,336.00 / $563.36 | $46,538.00 / $465.38 | $2,159,004.57 / $21,590.05 |
| Igor Total Processing Zen Signa 2 & UMS 2 | 1.00% | $236,697.29 / $2,366.97 | $340,343.42 / $3,403.43 | $461,712.88 / $4,617.13 | $277,943.80 / $2,779.44 | $171,297.00 / $1,712.97 | $138,471.00 / $1,384.71 | $4,469,121.67 / $44,691.22 |
| Tomer/Doron Safe Signa 2 & UMS 3 | 1.00% | $299,295.35 / $2,992.95 | $336,780.37 / $3,367.80 | $434,157.17 / $4,341.57 | $293,204.21 / $2,932.04 | $230,051.94 / $2,300.52 | $248,912.00 / $2,489.12 | $4,953,442.62 / $49,534.43 |
| Tal Heritage UMS 2 | 1.00% | $66,175.94 / $661.76 | $0.00 / $0.00 | $96,506.14 / $965.06 | $249,258.56 / $2,492.59 | $107,465.00 / $1,074.65 | $116,523.00 / $1,165.23 | $4,953,442.62 / $49,534.43 |
| Ann Sofie AMD UMS 3 | 1.00% | $53,098.80 / $530.99 | $223,758.04 / $2,237.58 | $279,243.96 / $2,792.44 | $180,114.54 / $1,801.15 | $105,888.00 / $1,058.88 | $170,324.00 / $1,703.24 | $4,953,442.62 / $49,534.43 |
| Sean All Star Beauty UMS 3 | 1.00% | $222,909.16 / $2,229.09 | $306,621.17 / $3,066.21 | $127,258.62 / $1,272.59 | $123,959.71 / $1,239.60 | $146,299.00 / $1,462.99 | $187,027.00 / $1,870.27 | $4,953,442.62 / $49,534.43 |
| DAVID KAI Media Inc UMS 3 | 1.00% | | | $0.00 | $306,381.98 / $3,063.82 | $180,331.00 / $1,803.31 | $154,714.00 / $1,547.14 | $4,953,442.62 / $49,534.43 |
| Insight Media Inc UMS 3 | 1.00% | | | $0.00 | $245,196.49 / $2,451.96 | $155,025.00 / $1,550.25 | $143,080.00 / $1,430.80 | $4,953,442.62 / $49,534.43 |
| Shalita Holdings Inc UMS 3 | 1.00% | | | $0.00 | $0.00 | $13,215.00 / $132.15 | $190,994.00 / $1,909.94 | $4,953,442.62 / $49,534.43 |
| Motti Total Processing OG Signa 1 & UMS 2 | 1.00% | $148,283.34 | $0.00 | $0.00 | | | | $10,142,300.13 |

945 - 1                                                                 EXHIBIT 945