# EXHIBIT "C"

# EXHIBIT "C"

## BUNZAI MEDIA GROUP – PARTNERSHIP AGREEMENT

This Partnership Agreement dated herein is by and between Alon Nottea ("Alon"), Khristopher Bond ("Khristopher") and Igor Latsanovski ("Igor") with respect to a Partnership in the existing company BunZai Media Group, Inc. ("Company").

Igor will invest $350K in exchange for 55% ownership of BunZai Media Group.
Ownership Shares in BunZai Media will be as follows:  55% Igor  22.5% Alon  22.5% Khristopher

If needed, Igor will provide additional investment to grow the company – these monies will be paid back by the company at fair market interest.

Alon & Khris will have total autonomy on how budget is spent, once approved by all shareholders every 6 months. Anything above and beyond the budget must first be approved by the shareholders.

Alon & Khristopher shall both be signers on all accounts up to $10K – for all checks over $10K then either Alon and/or Khris and Igor's representative will need to sign $10K

After 18 months, the board will meet to see progress of company, at that time if Alon & Khris have not met company goals, without prejudice, then board may elect to remove them from their positions, without affecting their ownership percentage in the company.

Alon (C.E.O) & Khristopher (C.O.O) shall each earn the following:
$5K month 1 & month 2
5% of net profits from Month 3 onward

Upon signing this agreement, Igor shall invest $75K to run a continuity test for 30 days. During this test, BunZai will purchase at least 1,000 orders (CPA of $45 to $50 each) within the first 15 days, and a conversion from Free Trial to Transitional stage (day 16 to day 30) of at least 75% of these orders. If this goal is met and both parties agree to continue with the partnership, then Igor will immediately invest the remaining $275K to complete the financial requirements of this deal. If Alon & Khristopher do not reasonably meet the goals outlined herein and Igor decides to not go forward with the deal, then Alon & Khristopher will have 90 days to repay the $75K.

If after the test period Alon & Khristopher meet the goals herein and Igor decides to not go forward with the deal, then Igor will forfeit 50% of the $75K invested thus far and Alon & Khristopher will have 90 days to repay the remaining balance. If Alon and Khristopher decide after the test to not continue with the deal, then they will have 90 days to repay the $75K invested by Igor.

After month 2 of operations, the partners will divide 5% of the net profits of the company on a monthly basis. The division of net profits will be revisited again every 6 months and the shareholders will agree to a division of net profits for the next 6 months.

AN
L.I.

FTC-AUR-S1-0000138
Ex. 19

Case 2:15-cv-04527-GW-PLA   Document 397-4   Filed 05/02/16   Page 4 of 5   Page ID #:10455
Case 2:15-cv-04527-GW-PLA   Document 356-3   Filed 04/18/16   Page 3 of 4   Page ID #:8814
Case 2:15-cv-04527-GW-PLA   Document 93-1   Filed 07/16/15   Page 10 of 36   Page ID #:1730

IN WITNESS WHEREOF, the parties have executed this Agreement as of the effective date. All signed copies of this Agreement shall be deemed originals.

_____      10-12-10
Alon Nottea (Partner)      Date
7900 Gloria Avenue, Van Nuys CA 91406

_____      10-12-10
Khristopher Bond (Partner)      Date
7900 Gloria Avenue, Van Nuys CA 91406

_____      10-12-10
Igor Latsanovski (Partner)      Date
, Tarzana CA

FTC-AUR-S1-0000139

Ex. 19



FTC-AUR-S1-0000140
Case 2:15-cv-04527-GW-PLA Document 93-1 Filed 07/16/15 Page 11 of 36 Page ID #:1731
Ex. 19
177