# EXHIBIT "F"

```
                                     89
 1   they're going to share.
 2       Q   Did you have any reason to think that Alon
 3   might not see this e-mail?
 4       A   Big ones. Because typically Alon would send
 5   my e-mails to trash in the same way, because he would
 6   always say, "Your computer translation is something I
 7   can't understand."
 8       Q   And so your thought was that Doron would make
 9   sure that Alon read this e-mail?
10           MR. BENICE: If you don't know, you don't
11   know.
12           THE WITNESS: I don't know, no. It's just I
13   don't know. That was an emotional letter.
14           It was in 2013. In 2013 two women sued Alon,
15   he separated from Khristopher, and he had family
16   problems, and he was thinking about leaving to go to
17   Israel.
18           And I was trying to -- maximally trying to --
19   saying that we're together, and I was saying our
20   business. Even though it's his business, I wanted to
21   make it emotional to make sure that he stayed so that
22   I can get my money. If he left to Israel, I would
23   have lost my money, because I invest in people.
24   BY MR. TEPFER:
25       Q   And so is that -- so just to be clear, the

                                     90
 1   conversation that you had was a personal one-on-one
 2   conversation with Alon?
 3       A   What conversation are you talking about?
 4       Q   In the first sentence you said "after our
 5   conversation," and I -- I was just wondering who was
 6   included in that conversation.
 7       A   Well, probably -- I don't remember exactly.
 8   It was a long time ago. I just have this general
 9   feeling that I remember having there. I don't
10   remember why I used this one phrase or the other
11   phrase.
12           I wrote it first in Russian, and then I
13   translated it with the automated translator; and after
14   that automated translator, I, with my limited
15   knowledge of the language, tried to correct it.
16           So the thing that came out is some kind of --
17   but I was trying, for the most part, to make it more
18   emotional to use that kind of language.
19           Sometimes some of these phrases I translated
20   several times -- two or three times. Sometimes it
21   translated from Russian into English. You read it and
22   you don't understand it. So then you translate it
23   back, and then you translate it back again, and then
24   you still don't understand it, and then you insert it
25   and put another thing in there.

                                     91
 1           In principal, I wanted to give Alon this
 2   emotional attachment that those women who were suing
 3   him, it's not the end of the world and that you
 4   shouldn't be moving to Israel because of that.
 5           But from my side personally, I'm telling the
 6   truth. The personal thing inside me was that I don't
 7   want to lose my money.
 8       Q   And when you say -- on the second line when
 9   you refer to "our company," what company are you
10   referring to?
11       A   It was -- it's just a general term of phrase.
12   Just try to imagine if I said "your company," what
13   kind of emotional connection would there be? I would
14   have pushed him away.
15           That's -- that's why I tried to use those
16   common words, so he can get a feeling that there's
17   some kind of potential with me in the future for
18   tomorrow; that I will be investing in some other
19   businesses. My bottom line objective was that he
20   doesn't stay in Israel so I don't lose my investment.
21       Q   And on the third line when you referred to --
22   when you say "Pinicle," are you referring to Pinnacle
23   Logistics, Inc.?
24       A   Yes.
25       Q   And when you say "We want to keep Pinicle,"

                                     92
 1   is it your understanding that Alon decided -- would
 2   have the final say in whether Pinnacle Logistics would
 3   continue to operate?
 4       A   You are grabbing two separate sentences, but
 5   this is in general.
 6           Imagine the situation. Two women illegally
 7   are blackmailing him because they want to get money
 8   from him, and he has a lot of employees.
 9           I was trying to be emotional. I was trying
10   to say, "Do you want to have a lot of employees
11   because they can turn around the next day and sue you?
12   Do you want to have all those problems?" or, "You can
13   just outsource all this and have people working for
14   you and avoid all these problems."
15           I was giving him this as my personal opinion,
16   more like as a comrade.
17           MR. TEPFER: As a what?
18           THE INTERPRETER: Comrade.
19           MR. TEPFER: Oh, a comrade.
20       Q   So my question, though, is that: Was it --
21   was it your understanding that Alon Nottea made
22   business decisions for Pinnacle Logistics, Inc.?
23       A   When I was -- when I was writing this letter,
24   I didn't have any kind of understanding, because it
25   was all emotional. You can't really compare it.
```