# EXHIBIT "H"

1 | compound. Without waiving said objections, Responding Party responds as follows:
2 | Deny.
3 | **REQUEST FOR ADMISSION NO. 21:**
4 | Admit that, since at least January 2010, Alon Nottea has controlled or had the
5 | authority to control the business operations of BunZai Media Group, Inc.
6 | **RESPONSE TO REQUEST FOR ADMISSION:**
7 | Admit.
8 | **REQUEST FOR ADMISSION NO. 22:**
9 | Admit that Alon Nottea transacts or has transacted business in the Central
10 | District of California.
11 | **RESPONSE TO REQUEST FOR ADMISSION:**
12 | Admit.
13 | **REQUEST FOR ADMISSION NO. 23:**
14 | Admit that Alon Nottea resides in the Central District of California.
15 | **RESPONSE TO REQUEST FOR ADMISSION:**
16 | Admit.
17 | **REQUEST FOR ADMISSION NO. 24:**
18 | Admit that Alon Nottea resides at [redacted], Winnetka, California.
19 | **RESPONSE TO REQUEST FOR ADMISSION:**
20 | Responding Party objects to this Request on the grounds that it seeks private
21 | information protected by the California Constitution and the United States
22 | Constitution.
23 | **REQUEST FOR ADMISSION NO. 25:**
24 | Admit that Igor Latsanovski has been an officer of BunZai Media Group, Inc.
25 | **RESPONSE TO REQUEST FOR ADMISSION:**
26 | Deny.
27 | / / /
28 | / / /

1  **REQUEST FOR ADMISSION NO. 26:**
2   Admit that Igor Latsanovski was an owner of BunZai Media Group, Inc. since
3  at least January 1, 2010.
4  **RESPONSE TO REQUEST FOR ADMISSION:**
5   Deny.
6  **REQUEST FOR ADMISSION NO. 27:**
7   Admit that, since at least January 2010, Igor Latsanovski has controlled or had
8  the authority to control the business operations of BunZai Media Group, Inc.
9  **RESPONSE TO REQUEST FOR ADMISSION:**
10  Deny.
11 **REQUEST FOR ADMISSION NO. 28:**
12  Admit that Igor Latsanovski had knowledge that consumers had alleged that
13 unauthorized charges were being billed to consumers' credit cards by BunZai Media
14 Group, Inc.
15 **RESPONSE TO REQUEST FOR ADMISSION:**
16  Responding Party objects on the grounds that the Request calls for Responding
17 Party to speculate as to the state of mind and knowledge of Defendant Igor
18 Latsanovski; Responding Party objects on the grounds that the Request is vague and
19 ambiguous and compound. Without waiving said objections, Responding Party
20 responds as follows: Deny.
21 **REQUEST FOR ADMISSION NO. 29:**
22  Admit that Igor Latsanovski had knowledge that consumers had alleged that
23 unauthorized charges were being billed to consumers' debit cards BunZai Media
24 Group, Inc.
25 **RESPONSE TO REQUEST FOR ADMISSION:**
26  Responding Party objects on the grounds that the Request calls for Responding
27 Party to speculate as to the state of mind and knowledge of Defendant Igor
28 Latsanovski; Responding Party objects on the grounds that the Request is vague and

| | |
|---|---|
| 1 | **RESPONSE TO REQUEST FOR ADMISSION:** |
| 2 | Responding Party objects to this Request on the grounds that it seeks private |
| 3 | information protected by the California Constitution and the United States |
| 4 | Constitution. |
| 5 | **REQUEST FOR ADMISSION NO. 25:** |
| 6 | Admit that Igor Latsanovski has been an officer of BunZai Media Group, Inc. |
| 7 | **RESPONSE TO REQUEST FOR ADMISSION:** |
| 8 | Deny. |
| 9 | **REQUEST FOR ADMISSION NO. 26:** |
| 10 | Admit that Igor Latsanovski was an owner of BunZai Media Group, Inc. since |
| 11 | at least January 1, 2010. |
| 12 | **RESPONSE TO REQUEST FOR ADMISSION:** |
| 13 | Deny. |
| 14 | **REQUEST FOR ADMISSION NO. 27:** |
| 15 | Admit that, since at least January 2010, Igor Latsanovski has controlled or had |
| 16 | the authority to control the business operations of BunZai Media Group, Inc. |
| 17 | **RESPONSE TO REQUEST FOR ADMISSION:** |
| 18 | Deny. |
| 19 | **REQUEST FOR ADMISSION NO. 28:** |
| 20 | Admit that Igor Latsanovski had knowledge that consumers had alleged that |
| 21 | unauthorized charges were being billed to consumers' credit cards by BunZai Media |
| 22 | Group, Inc. |
| 23 | **RESPONSE TO REQUEST FOR ADMISSION:** |
| 24 | Responding Party objects on the grounds that the Request calls for Responding |
| 25 | Party to speculate as to the state of mind and knowledge of Defendant Igor |
| 26 | Latsanovski; Responding Party objects on the grounds that the Request is vague and |
| 27 | ambiguous and compound. Without waiving said objections, Responding Party |
| 28 | responds as follows: Upon reasonable inquiry, Responding Party lacks sufficient |