# EXHIBIT "J"

Medina
FTC v. Bunzai Media Group, Inc., et al.                                                                    2/23/2016

                                                9
1    Q.  And anyone else?
2    A.  No.
3    Q.  And is Alon Nottea the one that hired you
4    for Focus Media Solutions?
5    A.  Yes.
6    Q.  And when did you begin your position at
7    Media Urge?
8    A.  2013.  I don't recall the -- the dates.
9    Q.  Okay.  And who hired you at Media Urge?
10   A.  Alon Nottea.
11   Q.  And did you have a title while you were
12   there?
13   A.  I was Director of Business Development, and
14   then I was moved to Vice President.
15   Q.  Was that a promotion?
16   A.  It was a promotion, yes.
17   Q.  Do you recall when you got that promotion?
18   A.  I don't recall.
19   Q.  Were you working anywhere else, like at
20   another company, simultaneous with Media Urge?
21   A.  I was working -- I started working for a
22   company called BunZai Media in 2010, I believe.
23   Q.  Uh-huh.
24   A.  And then -- and then Alon Nottea told me to
25   go work for Media Urge.

                                                10
1    Q.  And who hired you at BunZai Media?
2    A.  Khristopher Bond.
3    Q.  And at Focus Media Solutions did you have a
4    supervisor of any kind?
5    A.  Alon Nottea.
6    Q.  And did you have a supervisor while you were
7    at Media Urge?
8    A.  Alon Nottea and Khristopher Bond.
9    Q.  And I think you said that Alon hired you at
10   BunZai.  Was he your supervisor there -- or rather,
11   you said Khristopher hired you?
12   A.  Khristopher hired me at BunZai Media.  Yes.
13   Q.  And who were your supervisors at BunZai
14   Media?
15   A.  Khristopher and Alon.
16   Q.  And what sort of work did you do for BunZai
17   Media while you were there?
18   A.  I started as a Customer Service Rep, taking
19   phone calls for Customer Service Reps.  I
20   transitioned from Customer Service to learning about
21   a software called Lime Light.  It's a -- it's a
22   customer relation management software.  So I was
23   doing -- actually, I did some shipping -- actually,
24   I started as doing shipping at BunZai Media, and
25   then I moved from shipping to Customer Service, and

                                                11
1    then from Customer Service to learning about this
2    new software.
3    Q.  And did you have a direct supervisor in the
4    Shipping Department?
5    A.  There was a Shipping Manager called -- by
6    the name of George.  George.  He was a Shipping
7    Manager.  Mainly -- I was mainly working with him on
8    the shipping side.
9    Q.  And what about in the Customer Service
10   Department?  Do you have a direct supervisor there?
11   A.  Khristopher.  He was -- he managed our
12   Customer Service.
13   Q.  And do you know what BunZai Media Group's
14   business was?
15   A.  Yes.  They were -- BunZai Media was selling
16   a skin care product.
17   Q.  And I guess I just want to run through a
18   list of companies and see if you're familiar with
19   them.
20        Have you ever heard of a company called
21   Pinnacle Logistics, Inc.?
22   A.  Yes.
23   Q.  And how did you become familiar with that
24   company?
25   A.  They -- they managed the -- they managed the

                                                12
1    call center, so yeah.
2    Q.  And so they -- you said they managed a call
3    center.  Did -- how did you learn this?
4    A.  Just overhearing.  Overhearing the -- just
5    the colleagues talking about Pinnacle running
6    Customer Service.
7    Q.  Do you happen to know who owned Pinnacle
8    Logistics, Inc.?
9    A.  No.
10   Q.  And do you know who owned BunZai Media
11   Group?
12   A.  I assume its owned by Alon and Khristopher
13   because they -- because they hired me.
14   Q.  And have you ever heard of the company DSA
15   Holdings, Inc.?
16   A.  Yes.
17   Q.  And where have you heard of that?
18   A.  I don't recall.  Just overhearing a company
19   called DSA Holdings.
20   Q.  Do you recall who you heard speaking about a
21   company called DSA Holdings?
22   A.  Alon.
23   Q.  Do you have any idea what DSA Holdings'
24   business was?
25   A.  No.

3 (Pages 9 to 12)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

189