# EXHIBIT "L"

28

```
 1    related to any of the AuraVie companies?
 2        A.   Yes.
 3        Q.   Do you know the time period in which you
 4    heard overheard this?
 5        A.   2011, 2012, 2013.
 6        Q.   And you had stated that you would speak to
 7    Philip, I guess, about some of these accounting
 8    issues as they arose?
 9        A.   Correct.
10        Q.   What made you think that you should speak to
11    Philip?  Did --
12        A.   Alon Nottea told me to talk to Philip for
13    anything regarding any financials, accounting.
14        Q.   Okay.  We discussed Igor Latsanovski
15    earlier.
16        A.   Yes.
17        Q.   How do you know Igor Latsanovski?
18        A.   I would see him around the office a few days
19    out of each month.
20        Q.   And that's the 7900 Gloria?
21        A.   Yes.
22        Q.   Do you recall -- I'll strike that.
23             Do you -- was that for the entire duration
24    that you worked at 7900 Gloria?
25        A.   Yes.
```

946 - 11                                        EXHIBIT 946

192