# EXHIBIT "N"

Notten

FTC v. Bunzai Media Group, LLC, et al.

2/18/2016

**133**

1  So how did you learn about --
2  A.  From the call center.
3  Q.  Did you -- was, I guess, affiliate traffic
4  that resulted in more chargebacks another way that
5  you would learn about affiliates that had misleading
6  advertisements?
7  A.  If -- if it's already gotten to a
8  chargeback, it's kind of late by then because that
9  affiliate might not even be working anymore.
10  Q.  Okay.
11  A.  It's directly from the call center.  If a
12  consumer was given something by a affiliate that was
13  misled, it kind of floats through the call center
14  very quickly.
15  Q.  And so if an affiliate -- sorry.
16  If a consumer calls the call center,
17  reporting these advertisements, would the call
18  center employees report this to you?
19  MR. UNGAR:  Objection as to the form of the
20  question.  It's an improper hypothetical, it calls
21  for speculation, lacks foundation.
22  THE WITNESS:  Not directly, no.
23  BY MR. TEPFER:
24  Q.  Who would they report it to?
25  A.  Their manager.

**134**

1  MR. UNGAR:  Same objection.
2  BY MR. TEPFER:
3  Q.  And who is the manager?
4  A.  It changed.  Maybe that particular call
5  center manager would be Andree, and then Andree
6  would walk it up the food chain and --
7  Q.  If we could go to Exhibit 28.
8  (Plaintiff's Exhibit 28 was
9  previously marked for identification
10  by the FTC and is attached hereto.)
11  BY MR. TEPFER:
12  Q.  I'm now handing the witness what's been
13  marked as Exhibit 28.
14  Do you recall sending this email?
15  A.  Yes.
16  Q.  What is PayPro?
17  A.  It's a -- it was a business model that this
18  person owned -- Alex.
19  Q.  Did you -- did BunZai Media Group do any
20  business with PayPro?
21  A.  No.
22  Q.  Were you considering in investing in PayPro
23  at this time?
24  A.  No.
25  Q.  What is this email regarding?

**135**

1  A.  This person reached out to Igor to see if
2  Igor wanted to invest in his company.  Igor showed
3  me his business model.  I looked, I had some
4  questions, I didn't like it, and moved on.
5  Q.  And why did you include, I guess, these
6  websites, Miracle --
7  A.  To show Alex what we do.  Basically, he sent
8  me what he does, I showed him what we do, and it was
9  kind of a -- that's it.
10  Q.  Did you ever show Mr. Latsanovski these
11  websites that you include in this email?
12  A.  Not directly, no.
13  Q.  Did you ever show him similar websites to
14  these?
15  A.  No.
16  Q.  Who's Gary Bhasin?
17  A.  Gary Bhasin is a person I know from a long
18  time ago who is good in accounting.  He knows how to
19  run reports.  He's a reporting guy.
20  (Plaintiff's Exhibit 29 was
21  previously marked for identification
22  by the FTC and is attached hereto.)
23  BY MR. TEPFER:
24  Q.  I'm handing the witness what's been marked
25  as Exhibit 29.

**136**

1  A.  Thank you.
2  Q.  Do you recall -- sorry.  Mine's a little
3  messed up.
4  Do you recall receiving this email from Gary
5  Bhasin?
6  A.  Yes.  I think I do.
7  Q.  Did you request that he send you a
8  management consulting proposal for AuraVie?
9  A.  I did.
10  Q.  At this time was Media Urge marketing the
11  AuraVie product?
12  A.  This is 2013.  Yeah, I think so.
13  Q.  In Mr. Bhasin's email -- and that's
14  B-h-a-s-i-n.  He states, "As per my initial
15  conversation with Doron and Paul Median" --
16  A.  Yeah.
17  Q.  -- "I understand that there is some serious
18  need of accurate projections, accounting
19  profitability model for your business."
20  What was your understanding of what business
21  Mr. Bhasin was referring to?
22  A.  Basically, after Nastassia left I had my
23  brother help me with some accounting.  He was busy
24  with his company.  He told me, "I don't have time
25  for this.  Find somebody who can do your stuff.

34 (Pages 133 to 136)