Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California  92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | **DEFENDANTS IGOR LATSANVOSKI AND CALENERGY'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | |
| | Date:       May 23,  2016<br>Time:       8:30 A.M.<br>Courtroom:  10 |
| | [Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>[First Amended Complaint Filed: October 9, 2015] |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants Igor Latsanovski and Calenergy, Inc., as part of their opposition to Plaintiff Federal Trade Commission,'s Motion for Summary Judgment, hereby request that the Court take judicial notice pursuant to Federal Rules of Evidence Rule 201 *et. seq.,* of the following documents:

1. No. 1: *Declaration of Igor Latsanovski in Support of Ex Parte Request for Partial Relief from Temporary Restraining Order filed July 15, 2015.*

2. No. 2: *Declaration of Igor Latsanovski in Support of Motion for Summary Judgment, or Alternatively Partial Summary Judgment filed April 18, 2016.*

3. No. 3: *Declaration of Ilia Klykov Re: November 6, 2009 Fiduciary Management Agreement; and January 12, 2015 Agreement between Guayas, LTD. and Calenergy, LLC.*

4. No. 4: *Declaration of Mariya Aleksandrovna Re: June 4, 2015 Master Loan Agreement.*

5. No. 5: *Declaration of Jeffrey S. Benice in Support of Defendants Igor Latsanovski and Calenergy, Inc's Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure Rule 56 or, Alternatively Partial Summary Judgment.*

Dated: April 28, 2016

Respectfully submitted,

_____
Jeffrey S. Benice
Attorney for Defendants Igor Latsanovski and Calenergy, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 2, 2016, a true and correct copy of the foregoing document described as DEFENDANTS IGOR LATSANVOSKI AND CALENERGY'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

**Local Counsel For Receiver**
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

**Counsel For Alon Nottea and Roi Rueveni**
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

**Federal Trade Commission**
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

**Counsel For Doron Nottea and Motti Nottea**
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

**Counsel For Chargeback Armor, Inc.**
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2nd day of May, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant