# REQUEST FOR JUDICIAL NOTICE NO. 1

# REQUEST FOR JUDICIAL NOTICE NO. 1

1  SCHEPER KIM & HARRIS LLP
   MARC S. HARRIS (State Bar No. 136647)
2  mharris@scheperkim.com
   ANNAH S. KIM (State Bar No. 190609)
3  akim@scheperkim.com
   601 West Fifth Street, 12th Floor
4  Los Angeles, CA 90071-2025
   Telephone: (213) 613-4655
5  Facsimile: (213) 613-4656

6  Attorneys for Defendants
   Igor Latsanovski and Calenergy, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11

12  FEDERAL TRADE COMMISSION,          CASE NO. CV 15-04527 GW (PLAx)

13            Plaintiff,               DECLARATION OF IGOR
                                       LATSANOVSKI IN SUPPORT OF
14      v.                             *EX PARTE* REQUEST FOR
                                       PARTIAL RELIEF FROM
15  BUNZAI MEDIA GROUP INC., et al.,   TEMPORARY RESTRAINING
                                       ORDER
16            Defendants.
                                       *[Ex Parte Application for Partial
17                                     Relief From Temporary Restraining
                                       Order; Declaration of Annah S. Kim
18                                     and [Proposed] Order Filed
                                       Concurrently]*
19
                                       Date: TBD
20                                     Time: TBD
                                       Judge:    Hon. George Wu
21

22

23

24

25

26

27

28

                    DECLARATION OF IGOR LATSANOVSKI

001

## DECLARATION OF IGOR LATSANOVSKI

I, IGOR LATSANOVSKI, declare as follows:

1.     I am a party in the above-entitled action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.     I am the sole shareholder and have been president and Chief Executive Officer of Defendant Calenergy, Inc. ("Calenergy") since approximately 2009. My duties as Calenergy's CEO include researching and selecting investment opportunities for Calenergy.

3.     To the best of my ability, I answered all the questions and provided all information requested by the Receiver and the FTC in this matter in (a) my July 1, 2015 written responses to the FTC Questionnaire forms submitted on behalf of Calenergy and myself on July 1, 2015 and (b) during my July 2, 2015 deposition by the Receiver in this matter. Set forth below is information that I provided to the Receiver.

### INVESTMENT IN INTERNET SKINCARE COMPANY

4.     Sometime in 2010, I was approached by Alon Nottea, to invest in an internet skincare project which later became Bunzai Media Group, Inc. ("Bunzai"). From my conversations with Mr. Nottea, I understood that he needed additional funds to hire additional employees and resources so he could develop his business selling skincare products over the internet more quickly. Because of my interest in internet businesses, I agreed to invest funds into Mr. Nottea's company.

5.     Mr. Nottea introduced me to Khristopher Bond and Roi Reuveni, whom I understood would handle the day to day operations for the internet skincare business and who would handle all aspects of the business, including the marketing, advertising, product fulfillment and customer service. After due consideration, I

1

DECLARATION OF IGOR LATSANOVSKI

1   decided that investing in Bunzai would be a good way to invest money for
2   Calenergy.

3        6.    As I explained during my July 2, 2015 deposition, my sole involvement
4   in Bunzai, and all entities related to it ("Bunzai Group"), were the funds provided by
5   Calenergy to Mr. Nottea and Calenergy was a silent investor in this business. As
6   Calenergy's CEO, I had no involvement in the operation of the Bunzai Group and I
7   had no authority to make any decisions regarding the operations of the Bunzai
8   Group.

9        7.    I did not perform any functions in advertising, payment processing,
10  billing, product fulfillment, customer service, returns, or anything else regarding the
11  Bunzai Group's business operations. I was not notified by any person regarding any
12  Bunzai Group's operational decisions. Moreover, I had no interactions with
13  customers, did not receive any customer complaints, nor any reports of customer
14  complaints. Calenergy did not directly receive any funds from the Bunzai Group's
15  customers.

16       8.    At no point did I believe that any customers were being deceived or
17  defrauded. By all indications to me, Mr. Nottea was running a legitimate company
18  operating in a legitimate industry.

19      **AMOUNTS INVESTED BY CALENERGY**

20       9.    At my request, my accountant, David Davidian, prepared a spreadsheet
21  showing the transactions between Calenergy, Inc. and the other defendant entities
22  named in this case from 2010 through 2015. A true and correct copy of this
23  spreadsheet is attached as Ex. A. Because I do not have access to Calenergy's bank
24  records from 2010 through 2012, I am unable to verify Mr. Davidian's accounting
25  for those years, but based upon my review of the bank records available to me for
26  2013, 2014 and 2015, I was able to verify most of these transactions for those years.
27
28

DECLARATION OF IGOR LATSANOVSKI

003

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 6 of 26   Page ID #:10498
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 5 of 25   Page ID #:8907
Case 2:15-cv-04527-GW-PLA   Document 90-1   Filed 07/15/15   Page 4 of 10   Page ID #:1563

10.    Mr. Davidian's spreadsheet (Ex. A) was provided to the Receiver on July 2, 2015 and I was questioned on this spreadsheet during my July 2, 2015 deposition.

11.    As set forth in Mr. Davidian's spreadsheet, Calenergy initially invested $175,000 for Alon Nottea's internet business, Bunzai Media Group, Inc. in 2010, and Calenergy continued to loan Mr. Nottea money through November 2014 for the internet skincare business. From 2010 through 2014, Calenergy invested approximately $1.6 million in Mr. Nottea's internet skincare businesses and Calenergy received approximately $1.9 million intermittently as a return on its investment or as repayment on its loans and interest.

12.    In essence, what started a simple investment became a "line of credit" for the Bunzai Group wherein Calenergy would provide funds when requested by Mr. Nottea. As the Bunzai Group would repay Calenergy, the Bunzai Group would request additional funds for its operation against this line of credit. From 2010 through 2015, the Bunzai Group's outstanding year-end balance owed to Calenergy never exceeded $500,000.

13.    According to Mr. Davidian's spreadsheet, Calenergy received $317,746.05 net return during the course of five years from Mr. Nottea and the Bunzai Group. In June 2015, Calenergy agreed to provide Alon Nottea a $500,000 line of credit for a different marketing business, Focus Media Solutions, and provided Mr. Nottea $325,000 check in June 2015.

14.    According to the zillow.com, my home is worth approximately $3.1 million. Based upon the valuation and my outstanding mortgage loan, I have approximately $1.2 million in equity, which is more than sufficient to cover the $317,765.05 that Calenergy received from its four year investment or loans in the internet skincare marketing business.

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 7 of 26   Page ID
#:10499
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 6 of 25   Page ID
#:8908
Case 2:15-cv-04527-GW-PLA   Document 90-1   Filed 07/15/15   Page 5 of 10   Page ID #:1564

## THE FORMATION OF ZEN MEDIA MOBILE, INC.

15.   At my July 2, 2015 deposition, I was asked about Zen Media Mobile, Inc.  As I explained at my deposition, at some point, Mr. Nottea asked me to form a company and open a merchant account.  He explained that the skincare business was growing so rapidly that the company needed more merchant accounts to process the transactions.

16.   Mr. Nottea explained to me that each merchant account had a monthly transaction limit and since the business was growing rapidly, he needed more accounts to service all of his customers.  Mr. Nottea also advised me that his father and other acquaintances were also opening these accounts for the business, but that he would take care of everything that needed to be done to operate the merchant accounts.

17.   At Mr. Nottea's request, on or about November 3, 2011, I caused Zen Mobile Media, Inc. ("Zen Mobile") to be incorporated and authorized Mr. Nottea to fill out the necessary paperwork for Zen Mobile to acquire a merchant account.  I understood that Mr. Nottea or one of his employees would handle the merchant account business.

18.   Once Zen Mobile was formed, I was not required to do very much in terms of Zen Mobile's business.  I simply pre-signed many checks (black pre-signed Zen Mobile checks were recovered by the FTC) which were to be used by Mr. Nottea and his employees to operate the merchant account.  I did not perform any functions in advertising, payment processing, billing, product fulfillment, or anything else.  I had no interactions with customers.

19.   At no point did I believe that any customers were being deceived or defrauded.  By all indications to me, Mr. Nottea was running a legitimate company operating in a legitimate industry.

20.   I understand that the Bunzai Group's business, run by Mr. Nottea and the other defendants, ceased taking new orders sometime in 2014, but continued to

4
DECLARATION OF IGOR LATSANOVSKI

1   fulfill existing subscription orders.  And in or about approximately December 2014,

2   Zen Media was dissolved at Mr. Nottea's instruction.

3                 **THIS ASSET FREEZE IS AN SIGNIFICANT HARDSHIP**

4         21.    The asset freeze in this case has been a significant hardship on me

5   because I am unable to pay my current legal obligations and the asset freeze

6   prevents me from conducting business.  The FTC has also frozen the following

7   assets:

8   | Account Name | Amount Frozen |
    |---|---|
    | Wells Fargo, Personal Account | Approximately $55,000 |
9   | Wells Fargo, Mikhail Latsanovski (son) Account | Approximately $1,200 |
10  | Wells Fargo, Anna Latsanovski (daughter) Account | Approximately $243 |
11  | Wells Fargo, Calenergy, Inc. Account | Approximately $60,000 |
    | Wells Fargo, Sunset Holdings | Approximately $200,000[1] |
12  | Wells Fargo, Rilend, Inc. | $71,000 |
    | Bank of America Accounts (Personal, | Approximately $60,000 |
13  | Calenergy, Vastpay LLC, Nexipay LLC, ComicsFix LLC) | |

15        22.    Currently (and for the last 5 years), I have been investing my money in

16  various business ventures, but still have not generated any income from these

17  investments to date.  I currently do not receive a regular paycheck or any

18  meaningful regular income, but I have received a salary from Calenergy, which I

19  cannot receive while Calenergy's accounts are frozen.  I am the sole provider for my

20  wife, Tatiana, and my children, Anna (age 18) and Mihail (age 22).

21        23.    Due to my inability to access my funds and assets since the freeze, I am

22  unable to pay for food for my family.  I also cannot pay my mortgage, medical

23  insurance, or any other living expenses for my family because I am not able to spend

24  or access any funds to pay my bills or cover any of my living expenses.  My

26  [1] On June 30, 2015, the receiver and the FTC authorized the disbursement of funds

27  from the Sunset's accounts to fund two real estate transactions that were in escrow at the time the freeze was imposed (Doc. No. 33).

1    monthly expenses include my mortgage, utilities, my children's tuition, medical

2    insurance payments, credit card payments and other significant legal obligations,

3    including payments on a credit line.  In addition, I will not be able to pay for my

4    legal fees if my assets remain frozen.

5    **LEGITIMATE BUSINESSES MAY CLOSE DUE TO THE ASSET FREEZE**

6         24.     The asset freeze is also preventing other businesses, which are

7    unrelated to the internet skincare business alleged in the Complaint, from

8    conducting business to my detriment and the detriment of their vendors.  Currently,

9    business accounts for Vastpay LLC ("Vastpay"), Sunset Holding Partners LLC

10    ("Sunset"), Rilend, Inc. ("Rilend") and ComicsFix LLC ("ComicsFix") are frozen

11    even though they have no connection to the internet skincare business alleged in the

12    Complaint because they are funded by overseas investors, run by CEOs and have

13    additional shareholders.  For example, most of the $1.8 million initially frozen by

14    the asset freeze in Sunset's bank accounts were from funds from outside investors.

15    Attached as Exhibit B is a true and correct copy of Sunset's Wells Fargo statement

16    as of June 26, 2015 showing a $985,000 deposit by a hard money lender on June 12,

17    2015 and a $1.1 million wire from an outside real estate investor on June 11, 2015.

18         25.     My investment strategy involves potential businesses contacting me to

19    find investors for their businesses.  My role is to locate these investors and facilitate

20    the transfer of funds from these third party overseas investors to the potential

21    businesses.  I do not play any role in these potential or existing businesses other than

22    to provide funds from third party investors to these businesses.  These existing

23    businesses (Sunset, ComicsFix and Vastpay) have additional shareholders and

24    partners and they do not have any connection to the internet skincare business

25    alleged in the Complaint.  For example, Sunset is a real estate investment company,

26    ComicsFix provides software and content related to comics, and Vastpay is a

27    merchant service provider.  And Rilend is a potential new business venture, which I

28    funded personally.  These entities did not provide or receive any business from the

6

DECLARATION OF IGOR LATSANOVSKI

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 10 of 26   Page ID
#:10902
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 9 of 25   Page ID
#:8911
Case 2:15-cv-04527-GW-PLA   Document 90-1   Filed 07/15/15   Page 8 of 10   Page ID #:1567

1   internet skincare business.  In fact, Sunset was not formed until January 16, 2015

2   and Rilend was not formed until April 16, 2015, both well after the internet skincare

3   marketing business ceased.  Attached as Exhibit C is a true and correct copy of a

4   print-out from the California Department of State for Sunset Holding Partners, LLC

5   and Rilend, Inc. and Rilend's account statement reflecting the initial deposit in April

6   16, 2015.

7        26.    ComicsFix, Vastpay and Sunset received third party investments from

8   Europe through Calenergy's bank accounts or directly from the investors.  I do not

9   play any role in the daily operations of these businesses and I do not control,

10  manage or solely own these entities.  These entities are run by Chief Executive

11  Officers and have other shareholders and partners who rely on Calenergy or me for

12  financial support for these businesses.  Without this support or access to the business

13  accounts, the outstanding salaries owed to the CEOs of Vastpay and ComicsFix and

14  their contractors, who have their own families to support, cannot be paid and other

15  outstanding bills, such as contractors who have performed work for these entities,

16  also cannot be paid.

17        a.    Due to the freeze, ComicsFix has been unable to pay its CEO

18  and other contractors who rely on ComicsFix for income to support their own

19  families.  In addition, the CEO for ComicsFix has informed me that ComicsFix has

20  been developing software for its business, but no longer can afford to pay its

21  software developer and other outstanding business expenses, including salaries

22  owed to contractors.  Without paying these invoices, ComicsFix will not be able to

23  develop the required software.  In addition, potential investors, which ComicsFix

24  needs to survive, will not invest in ComicsFix this month, and ComicsFix will have

25  to shut down its business.  If ComicsFix is forced to shut down, ComicsFix's

26  shareholders will lose approximately $200,000 and potential future business

27  opportunities, and its contractors and CEO will lose income to support their

28  families.

7

DECLARATION OF IGOR LATSANOVSKI

1          b.      Due to the freeze, Vastpay has been unable to pay outstanding

2 salaries owed to its CEO and contractors, who rely on Vastpay for income to

3 support their families.  In addition, Vastpay has been unable to pay for its

4 information technology required to run its merchant service provider business,

5 including bills from its servers, as well as its current lease.  If Vastpay's bills (and

6 the outstanding salaries for the CEO and the contractors who rely on Vastpay for

7 income) are not paid, Vastpay will be forced to shut down.  If Vastpay is forced to

8 shut down, the shareholders of Vastpay LLC could lose approximately $600,000

9 and its contractors and CEO will lose income.

10         c.      Due to the freeze, Sunset has been unable to pay contractors who

11 rely on Sunset for income to support their own families.  Sunset not only cannot pay

12 outstanding invoices and business expenses, but cannot honor current contracts for

13 construction work and architect design on its properties.  In addition, Sunset has a

14 line of credit which it cannot make payments on.  As a result of its inability to pay

15 down this line of credit, Sunset lose the line of credit, which is a guaranty for

16 properties purchased by Sunset.  If this guaranty is lost, Sunset (including its

17 shareholders) will also lose ownership and their investment in these properties and

18 will not be able to repay its third party overseas investors.  If Sunset has been unable

19 to pay outstanding invoices for these contractors, these contractors not only stop

20 work on current projects, but refuse to work on any future Sunset projects.  If Sunset

21 is forced to shut down, the shareholders of Sunset will face significant losses,

22 potential future business opportunities, and its contractors will remain unpaid.

23         d.      Although Rilend is not currently active, Rilend has also lost

24 opportunities to invest in a mortgage company due to the asset freeze.

25

26

27

28

8

DECLARATION OF IGOR LATSANOVSKI

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 12 of 26   Page ID
#:10504

Case 2:15-cv-04527-GW-PLA   Document 395-4   Filed 04/18/16   Page 11 of 25   Page ID
#:8913

Case 2:15-cv-04527-GW-PLA   Document 90-1   Filed 07/15/15   Page 10 of 10   Page ID
#:1569

27.   Accordingly, I am requesting that this Court lift the asset freeze so (a) I may pay my personal living expenses with existing funds and (b) that these legitimate businesses can operate not only to generate potential income that I can use to support my family but also to protect the investments that my partners and CEOs, who have no connection to the internet skincare business, have made in these businesses, and to protect these legitimate businesses from closing down, losing additional business opportunities, and defaulting on outstanding obligations to contractors which rely on these businesses for income.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2015, at Calabasas, California.

IGOR LATSANOVSKI

010

Case 2:15-cv-04527-GW-PLA    Document 397-17    Filed 05/02/16    Page 13 of 26    Page ID
#:10505
Case 2:15-cv-04527-GW-PLA    Document 359-1    Filed 04/18/16    Page 12 of 25    Page ID
#:8914
Case 2:15-cv-04527-GW-PLA    Document 90-2    Filed 07/15/15    Page 1 of 4    Page ID #:1570

# Exhibit A

011

Case 2:15-cv-04527-GW-PLA   Document 90-2   Filed 07/15/15   Page 2 of 4   Page ID #:1571

| Date | No. | Description | RECEIVED | PAID |
|---|---|---|---|---|
| 2010 | | | | $ 175,000.00 |
| 2011 | | | $ (327,883.00) | $ 172,883.00 |
| 2012 | | | $ (229,117.00) | |
| 1/25/13 | | | $ (13,500.00) | |
| 2/20/13 | | | $ (1,712.97) | |
| 2/27/13 | | | $ (10,000.00) | |
| 2/28/13 | | | $ (10,111.71) | |
| 2/21/13 | | | $ (10,000.00) | |
| 3/15/13 | | | $ (10,000.00) | |
| 4/10/13 | | | $ (3,170.45) | |
| 4/12/13 | | | $ (10,000.00) | |
| 4/24/13 | | | $ (20,000.00) | |
| 5/9/13 | | | $ (1,313.36) | |
| 5/15/13 | | | $ (10,000.00) | |
| 5/13/13 | 1055 | | $ | $ 200,000.00 |
| 6/26/14 | | | $ (8,924.65) | |
| 7/3/13 | | | $ (20,352.00) | |
| 7/15/13 | | | $ (6,500.00) | |
| 7/9/13 | | | 10,912.34 | |
| 7/18/13 | | | $ (10,000.00) | |
| 7/25/13 | | | $ (10,000.00) | |
| 7/31/13 | | | $ (10,000.00) | |
| 8/1/13 | | | $ (7,500.00) | |
| 8/1/13 | | | $ (16,500.00) | |
| 8/14/13 | | | $ (10,000.00) | |
| 8/19/13 | | | $ (10,000.00) | |
| 8/29/13 | | | $ (10,000.00) | |
| 9/3/13 | | | $ (10,000.00) | |
| 9/27/13 | | | $ (9,000.00) | |
| 9/27/13 | 1032 | Cal to SBM | | $ 375,000.00 |
| 9/27/13 | 1033 | Cal to SBM | | $ 25,000.00 |
| 10/1/13 | | | $ (10,000.00) | |
| 10/2/13 | | | $ (12,000.00) | |

Exhibit A, Page 9

Case 2:15-cv-04527-GW-PLA   Document 90-2   Filed 07/15/15   Page 3 of 4   Page ID #:1572

| Date | Ref | Description | Amount | Deposit |
|---|---|---|---|---|
| 10/2/13 | | | $ (3,806.25) | |
| 10/10/13 | | | $ (10,000.00) | |
| 10/22/13 | | | $ (10,000.00) | |
| 10/29/13 | | | $ (10,000.00) | |
| 11/7/13 | | | $ (15,000.00) | |
| 11/8/13 | | | $ (10,000.00) | |
| 11/21/13 | | | $ (15,000.00) | |
| 11/29/13 | | | $ (10,000.00) | |
| 11/7/13 | 1078 | Cal to SBM | | $ 200,000.00 |
| 11/7/13 | 1079 | Cal to SBM | | $ 50,000.00 |
| 11/1/13 | 1080 | Cal to SBM | | $ 125,000.00 |
| 12/1/13 | | SBM | $ (55,000.00) | |
| 12/6/13 | | | $ (10,000.00) | |
| 12/6/13 | | | $ (5,000.00) | |
| 1/1/14 | | December Interest | $ (7,500.00) | |
| 1/21/14 | SBM | December Int PMT | $ (7,500.00) | |
| 1/21/14 | ZEN | Payment To WF | $ (20,000.00) | |
| 1/27-1/28/14 | | Payment To WF | $ (150,000.00) | |
| 1/31/14 | | Jan Interest | $ (7,500.00) | |
| 2/18/14 | | | $ (6,750.00) | |
| 1/27/14 | | | $ (25,000.00) | |
| 2/21/14 | | Payment To WF | $ (25,000.00) | |
| 2/21/14 | | Jan Int | $ (7,500.00) | |
| 3/31/14 | | Feb Int | $ (5,500.00) | |
| 4/8/14 | | Mar Int | $ (6,500.00) | |
| 4/10/14 | | SBM | $ (55,000.00) | |
| 4/10/14 | | SBM | $ (15,000.00) | |
| 4/17/14 | ACH | SBM PMT | $ (150,000.00) | |
| 4/17/14 | ACH | ZEN PMT | $ (15,000.00) | |
| 4/18/14 | ACH | SBM PMT | $ (55,000.00) | |
| 4/15/14 | | SBM | $ (30,000.00) | |
| 4/28/14 | | | $ (10,000.00) | |
| 5/21/14 | | Apr Interest | $ (2,940.00) | |

Exhibit A, Page 10

013

Case 2:15-cv-04527-GW-PLA   Document 90-2   Filed 07/15/15   Page 4 of 4   Page ID #:1573

| Date | | Description | Amount | | Amount |
|---|---|---|---|---|---|
| 6/25/14 | | May Interest | (2,940.00) | | |
| 7/1/14 | | Principal Payment | (4,000.00) | | |
| 7/1/14 | | June Interest | (2,940.00) | | |
| 8/21/14 | | July Interest | (2,940.00) | | |
| 8/31/14 | | August Interest | (2,900.00) | | |
| 9/18/14 | 1081 | Cal to SBM | | $ | 50,000.00 |
| 9/19/14 | | | | $ | 50,000.00 |
| 9/19/14 | | | | $ | 20,000.00 |
| 9/23/14 | | August Interest | (2,940.00) | | |
| 9/23/14 | | | | $ | 130,000.00 |
| 9/30/14 | | Sep Interest | (2,900.00) | | |
| 10/17/14 | | SBM Loan Ret | (15,000.00) | | |
| 10/20/14 | | SBM Loan Ret | (20,000.00) | | |
| 10/22/14 | | SBM Loan Ret | (15,000.00) | | |
| 10/31/14 | | October Interest | (2,250.00) | | |
| 11/26/14 | | | | $ | 39,000.00 |
| 11/30/14 | | Nov Interest | (2,250.00) | | |
| 12/3/14 | | AMD Loan Return | (35,000.00) | | |
| 12/3/14 | | Heritage Loan Retu | (20,000.00) | | |
| 12/4/14 | | Zen Loan Return t | (10,000.00) | | |
| 12/4/14 | | Insight Loan Retur | (20,000.00) | | |
| 12/4/14 | | DMA Loan Return | (15,000.00) | | |
| 12/5/14 | | Sep - Nov Interest | (7,400.00) | | |
| 12/31/14 | | Dec Interest | (1,250.00) | | |
| 1/12/15 | | | (2,500.00) | | |
| 1/21/15 | | Dec Interest | (1,250.00) | | |
| 1/31/15 | | Jan Interest | (1,250.00) | | |
| 2/25/15 | | Jan Interest | (1,250.00) | | |
| 2/27/15 | | Feb Int | (1,250.00) | | |
| 3/4/15 | | Princpal Payment | (125,000.00) | | |
| 3/5/15 | | Feb Int | (1,250.00) | | |
| 4/3/15 | | | (35,000.00) | | |
| 4/3/15 | | | (15,000.00) | | |
| | | | ($1,929,629.05) | $ | 1,611,883.00 |

Difference
($317,746.05)

Exhibit A, Page 11

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 17 of 26   Page ID #:10509
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 16 of 25   Page ID #:8918
Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 1 of 7   Page ID #:1574

# Exhibit B

| Date | Amount | | Description |
|---|---|---|---|
| 6/17/2015 | -50000 | * | ONLINE TRANSFER TO CALENERGY, INC. REF #IBE5N974FJ |
| 6/17/2015 | -10000 | * | WT FED#04280 JPMORGAN CHASE BAN /FTR/BNF=LISA K |
| 6/17/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150617104283 SI |
| 6/16/2015 | -574.36 | * | FOREMOST EPM PYMT 061615 3810090809865 SUNSET I |
| 6/16/2015 | -107.36 | * | FARMERS INS EXCH INSPAYMENT 061615 0047530230010 |
| 6/16/2015 | -98 | * | FARMERS INS EXCH INSPAYMENT 061615 0047530310010 |
| 6/16/2015 | -200000 | * | ONLINE TRANSFER TO CALENERGY, INC. BUSINESS CHECK |
| 6/15/2015 | -4469.15 | * | ONLINE TRANSFER REF #IBEN5J3HKJ TO BUSINESS CARD ) |
| 6/12/2015 | 985000 | * | WT FED#00761 CITIBANK NA NYBD C /ORG=LAWRENCE J |
| 6/11/2015 | -50000 | * | WT FED#09757 BANK OF AMERICA, N /FTR/BNF=southern |
| 6/11/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150611122602 SI |
| 6/11/2015 | 1100000 | * | WT FED#09327 NK BANK /ORG=1/ZOLOTAREVA MARIYA . |
| 6/10/2015 | -10000 | * | 1058 CHECK # 1058 |
| 6/10/2015 | -100000 | * | WT FED#01722 CITY NATIONAL BANK /FTR/BNF=LA CITIW |
| 6/10/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150610069654 SI |
| 6/9/2015 | 150000 | * | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADV |
| 6/9/2015 | 5850 | * | DEPOSIT MADE IN A BRANCH/STORE #922862929 |
| 6/8/2015 | -3 | * | ONLINE DEP DETAIL & IMAGES |
| 6/5/2015 | -16000 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 6/5/2015 | 5000 | * | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBEK8CVF( |
| 6/3/2015 | -3850 | * | 1051 CHECK # 1051 |
| 6/3/2015 | -243.77 | * | FOREMOST EPM PYMT 060315 3810090831853 SUNSET I |
| 6/3/2015 | -190.9 | * | FOREMOST EPM PYMT 060315 3810090789736 SUNSET I |
| 6/3/2015 | -148.78 | * | FOREMOST EPM PYMT 060315 3810090861439 SUNSET I |
| 6/3/2015 | -121.8 | * | FOREMOST EPM PYMT 060315 3810090861434 SUNSET I |
| 6/3/2015 | 5000 | * | ONLINE TRANSFER FROM LATSANOVSKI I COMPLETE ADV |
| 6/3/2015 | -35 | * | NSF RETURN ITEM FEE FOR A TRANSACTION RECEIVED OI |
| 6/3/2015 | 16000 | * | CHECK REVERSAL # 1029 |
| 6/2/2015 | -16000 | * | 1029 CHECK # 1029 |
| 6/1/2015 | -1000 | * | AMERICAN EXPRESS ACH PMT 150601 W1318 IGOR LATS. |
| 6/1/2015 | -8500 | * | 1028 CHECK # 1028 |
| 6/1/2015 | -221.91 | * | WF LOAN/LINE AUTO PAY 150529 171709144600001 LAT |
| 6/1/2015 | -574.36 | * | FOREMOST EPM PYMT 060115 3810090809865 SUNSET I |
| 5/29/2015 | 2.26 | * | INTEREST PAYMENT |
| 5/29/2015 | -1231.57 | * | 1050 CHECK # 1050 |
| 5/28/2015 | -6000 | * | 1052 CHECK # 1052 |
| 5/28/2015 | -6000 | * | 1053 CHECK # 1053 |
| 5/28/2015 | -4684.35 | * | 1054 CHECK # 1054 |
| 5/27/2015 | -142.93 | * | FOREMOST EPM PYMT 052715 3810090662718 SUNSET I |
| 5/27/2015 | 20000 | * | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE8K4842 |
| 5/26/2015 | -213.64 | * | FOREMOST EPM PYMT 052615 3810090710059 LLC SUN! |
| 5/19/2015 | -302.02 | * | FOREMOST EPM PYMT 051915 3810090809865 SUNSET I |
| 5/15/2015 | -300000 | * | WT FED#00177 CITIZENS BUSINESS /FTR/BNF=PARKFIELD |
| 5/15/2015 | -35000 | * | WT FED#08176 BANK OF AMERICA, N /FTR/BNF=SOUTHE |
| 5/15/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150515178076 SI |
| 5/15/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150515169902 SI |
| 5/15/2015 | 200000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHI |

Exhibit B, Page 12

016

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 19 of 26   Page ID #:10511
Case 2:15-cv-04527-GW-PLA   Document 359-11   Filed 04/18/16   Page 18 of 25   Page ID #:8920
Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 3 of 7   Page ID #:1576

| Date | Amount | | Check # | Description |
|---|---|---|---|---|
| 5/14/2015 | -2800 | * | 1023 | CHECK # 1023 |
| 5/14/2015 | -50000 | * | 1047 | CHECK # 1047 |
| 5/14/2015 | -20000 | * | 1022 | CHECK # 1022 |
| 5/14/2015 | -35000 | * | 1048 | CHECK # 1048 |
| 5/14/2015 | 130000 | * | | ONLINE TRANSFER FROM LATSANOVSKI I REF #IBE5MXGZ |
| 5/14/2015 | 25.34 | * | | eDeposit in Branch/Store 05/14/15 05:36:03 PM 23701 C |
| 5/13/2015 | 6000 | * | | eDeposit in Branch/Store 05/13/15 11:12:23 AM 23701 C |
| 5/12/2015 | -1500 | * | 1021 | CHECK # 1021 |
| 5/12/2015 | 100000 | * | | ONLINE TRANSFER REF #IBE5MWV6TZ FROM PCS LINE OI |
| 5/12/2015 | 30000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHI |
| 5/11/2015 | 4399.74 | * | | OVERDRAFT XFER FROM CREDIT CARD OR LINE |
| 5/11/2015 | -255.53 | * | | FOREMOST EPM PYMT 051115 3810090831853 SUNSET I |
| 5/11/2015 | -7600 | * | 1019 | CHECK # 1019 |
| 5/8/2015 | -3 | * | | ONLINE DEP DETAIL & IMAGES |
| 5/5/2015 | -190.9 | * | | FOREMOST EPM PYMT 050515 3810090789736 SUNSET I |
| 5/5/2015 | -1029153 | * | | WT FED#03596 COMERICA BANK /FTR/BNF=GLEN OAKS E |
| 5/5/2015 | -30 | * | | WIRE TRANS SVC CHARGE - SEQUENCE: 150505142168 SI |
| 5/5/2015 | 10000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHI |
| 5/4/2015 | 900000 | * | | ONLINE TRANSFER REF #IBER25TGXL FROM PCS LINE OF ( |
| 4/30/2015 | 16.56 | * | | INTEREST PAYMENT |
| 4/28/2015 | -1754.43 | * | | AMERICAN EXPRESS ACH PMT 150428 W1500 IGOR LATS. |
| 4/27/2015 | -33000 | * | 1046 | CHECK # 1046 |
| 4/27/2015 | 100000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QPY |
| 4/27/2015 | 300 | * | | CARD PROVISIONAL CREDIT 30424150579 |
| 4/24/2015 | -300 | * | | ATM WITHDRAWAL AUTHORIZED ON 04/24 23701 CALAE |
| 4/23/2015 | -565.72 | * | | FOREMOST EPM PYMT 042315 3810090662718 SUNSET I |
| 4/22/2015 | -15000 | * | 1006 | CHECK # 1006 |
| 4/22/2015 | -14000 | * | 1005 | CHECK # 1005 |
| 4/22/2015 | -8000 | * | 1004 | CHECK # 1004 |
| 4/22/2015 | -6000 | * | 1003 | CHECK # 1003 |
| 4/22/2015 | -6000 | * | 1002 | CHECK # 1002 |
| 4/22/2015 | -6000 | * | 1001 | CHECK # 1001 |
| 4/22/2015 | -702352 | * | | WT FED#09887 MUFG UNION BANK, N /FTR/BNF=LAWYE |
| 4/21/2015 | -107.82 | * | | FOREMOST EPM PYMT 042115 3810090710059 SUNSET I |
| 4/21/2015 | 300000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE5MQ |
| 4/17/2015 | -10000 | * | 1020 | CHECK # 1020 |
| 4/16/2015 | -2103.56 | * | | WT FED#00128 BANK OF THE WEST ( /FTR/BNF=Fidelity N |
| 4/16/2015 | -200000 | * | | WT FED#02879 COMERICA BANK /FTR/BNF=GLEN OAKS E |
| 4/16/2015 | 766.51 | * | | eDeposit in Branch/Store 04/16/15 11:00:02 AM 23701 C |
| 4/15/2015 | -1648.63 | * | 1008 | CHECK # 1008 |
| 4/15/2015 | -1500 | * | 1013 | CHECK # 1013 |
| 4/14/2015 | -40000 | * | 1011 | CHECK # 1011 |
| 4/14/2015 | -25000 | * | 1010 | CHECK # 1010 |
| 4/14/2015 | -98.44 | * | | FOREMOST EPM PYMT 041415 3810090759744 SUNSET I |
| 4/14/2015 | 500000 | * | | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CHI |
| 4/13/2015 | 6286.14 | * | | DEPOSIT MADE IN A BRANCH/STORE #922912652 |
| 4/10/2015 | -35000 | * | 1007 | CHECK # 1007 |

Exhibit B, Page 13

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 20 of 26   Page ID
#:10512
Case 2:15-cv-04527-GW-PLA   Document 359-12   Filed 04/18/16   Page 19 of 25   Page ID
#:8921
Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 4 of 7   Page ID #:1577

| 4/10/2015 | -200.1 | * | FOREMOST EPM PYMT 041015 3810090789736 SUNSET I |
| 4/7/2015 | -682973 | * | WT FED#03599 BANK OF THE WEST ( /FTR/BNF=Fidelity N |
| 4/7/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150407141357 SF |
| 4/6/2015 | 50000 | * | ONLINE TRANSFER FROM CALENERGY, INC. REF #IBE2QH\ |
| 4/3/2015 | -86.67 | * | PURCHASE AUTHORIZED ON 04/01 LE PAIN QUOTIDIEN C |
| 4/3/2015 | 10000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CH! |
| 4/2/2015 | 700000 | * | ONLINE TRANSFER FROM CALENERGY, INC. BUSINESS CH! |
| 3/31/2015 | 17.9 | * | INTEREST PAYMENT |
| 3/25/2015 | -216631 | * | WT FED#03405 CITY NATIONAL BANK /FTR/BNF=OPTIMA |
| 3/25/2015 | -30 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 150325129590 SF |

Exhibit B, Page 14

018

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 21 of 26   Page ID
#:10513
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 20 of 25   Page ID
#:8922

Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 5 of 7   Page ID #:1578

BUSINESS CHECKING VIA MOBILE
RIGSMAN SRF# 0000944168409233 TRN#150617104283 RFB#
RF# 0000944168409233 TRN#150617104283 RFB#
HOLDINGS
000 SUNSET HOLDING PARTNER
000 SUNSET HOLDING PARTNER
ING XXXXXX8997 REF #IBE8KBC43M ON 06/16/15
XXXXXXXXXXXX0606 ON 06/15/15
RUBIN SRF# G0151633687001 TRN#150612116649 RFB#
n california home investors SRF# 0000944162423282 TRN#150611122602 RFB#
RF# 0000944162423282 TRN#150611122602 RFB#
ALEKSANDROVNA SRF# 0611315559009417 TRN#150611037688 RFB#

/IDE ESCROW MARINA SRF# 0000944160097762 TRN#150610069654 RFB#
RF# 0000944160097762 TRN#150610069654 RFB#
ANTAGE(RM) XXXXXX3540 REF #IBE5N6SP6Y ON 06/09/15


CJ COMPLETE ADVANTAGE(RM) VIA MOBILE


HOLDING PARTNER
HOLDING PARTNER
HOLDING PARTNER
HOLDING PARTNER
ANTAGE(RM) XXXXXX3540 REF #IBEGC9QFC4 ON 06/03/15
N 06/02 $16,000.00 CHECK # 01029


ANOVSKI

SANOVSKI IGO
HOLDING PARTNER




HOLDING PARTNER
9 COMPLETE ADVANTAGE(RM) VIA MOBILE
SET HOLDING PAR
HOLDINGS
ESCROW, INC. SRF# 0063441135665560 TRN#150515178076 RFB#
RN CALIFORNIA HOME INVESTORS SRF# 0000944134026650 TRN#150515169902 RFB#
RF# 0063441135665560 TRN#150515178076 RFB#
RF# 0000944134026650 TRN#150515169902 RFB#
ECKING XXXXXX8997 REF #IBER28W77L ON 05/15/15

Exhibit B, Page 15

019

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 22 of 26   Page ID #:10514
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 21 of 25   Page ID #:8923
Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 6 of 7   Page ID #:1579

VH COMPLETE ADVANTAGE(RM) VIA MOBILE
ALABASAS RD CALABASAS CA 9222
:ALABASAS RD CALABASAS CA 9222

: CREDIT XXXXXX44600001 ON 05/12/15
:ECKING XXXXXX8997 REF #IBEK84TBHC ON 05/12/15

HOLDING PARTNER

HOLDING PARTNER
:SCROW SRF# 0000944125537089 TRN#150505142168 RFB#
:RF# 0000944125537089 TRN#150505142168 RFB#
:ECKING XXXXXX8997 REF #IBE2QSJMTQ ON 05/05/15
: CREDIT XXXXXX44600001 ON 05/04/15

ANOVSKI

'PVZ BUSINESS CHECKING VIA MOBILE

)ASAS RD CALABASAS CA 0004340 ATM ID 0944C CARD 6169
HOLDING PARTNER

RS TITLE COMPANY-LA SRF# 0000944111267488 TRN#150422140005 RFB#
HOLDING PARTNER
376P BUSINESS CHECKING VIA MOBILE

lational Title Company SRF# 0000944106332838 TRN#150416129847 RFB#
:SCROW SRF# 0000944106505738 TRN#150416103400 RFB#
:ALABASAS RD CALABASAS CA 9222

HOLDING PARTNER
:ECKING XXXXXX8997 REF #IBETWZ9F6R ON 04/14/15

Exhibit B, Page 16

Case 2:15-cv-04527-GW-PLA   Document 397-17   Filed 05/02/16   Page 23 of 26   Page ID #:10515
Case 2:15-cv-04527-GW-PLA   Document 359-1   Filed 04/18/16   Page 22 of 25   Page ID #:8924
Case 2:15-cv-04527-GW-PLA   Document 90-3   Filed 07/15/15   Page 7 of 7   Page ID #:1580

HOLDING PARTNER
lational Title Company SRF# 0000944097556217 TRN#150407141357 RFB#
RF# 0000944097556217 TRN#150407141357 RFB#
/LPC BUSINESS CHECKING VIA MOBILE
ALABASAS CA S385091784086006 CARD 6058
ECKING XXXXXX8997 REF #IBEK7R6XHX ON 04/03/15
ECKING XXXXXX8997 REF #IBEK7QNB5G ON 04/02/15

 ESCROW INC SRF# 0000944083370915 TRN#150325129590 RFB#
RF# 0000944083370915 TRN#150325129590 RFB#

Exhibit B, Page 17

Case 2:15-cv-04527-GW-PLA    Document 397-17    Filed 05/02/16    Page 24 of 26    Page ID #:10516
Case 2:15-cv-04527-GW-PLA    Document 359-1    Filed 04/18/16    Page 23 of 25    Page ID #:8925
Case 2:15-cv-04527-GW-PLA    Document 90-4    Filed 07/15/15    Page 1 of 3    Page ID #:1581

# Exhibit C

Secretary of State banner

| Secretary of State Main Website | **Business Programs** | Notary & Authentications | Elections | Campaign & Lobbying |

**Business Entities (BE)**

Online Services
 · E-File Statements of
   Information for
   Corporations
 · Business Search
 · Processing Times
 · Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information
(annual/biennial reports)

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
 · Business Resources
 · Tax Information
 · Starting A Business

Customer Alerts
 · Business Identity Theft
 · Misleading Business
   Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, July 10, 2015. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | RILEND, INC. |
| Entity Number: | C3776028 |
| Date Filed: | 04/10/2015 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 23679 CALABASAS RD # 1054 |
| Entity City, State, Zip: | CALABASAS CA 91302 |
| Agent for Service of Process: | IGOR LATSANOVSKI |
| Agent Address: | 23679 CALABASAS RD # 1054 |
| Agent City, State, Zip: | CALABASAS CA 91302 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search   New Search   Printer Friendly   Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2015 California Secretary of State

Exhibit C, Page 18

1/1

023

Secretary of State banner

Secretary of State Main Website        **Business Programs**    Notary & Authentications    Elections    Campaign & Lobbying

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**
**Service Options**
**Name Availability**
**Forms, Samples & Fees**
**Statements of Information** (annual/biennial reports)
**Filing Tips**
**Information Requests** (certificates, copies & status reports)
**Service of Process**
**FAQs**
**Contact Information**
Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, July 07, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | SUNSET HOLDING PARTNERS, LLC |
| Entity Number: | 201502010169 |
| Date Filed: | 01/16/2015 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 23679 CALABASAS RD UNIT 531 |
| Entity City, State, Zip: | CALABASAS CA 91302 |
| Agent for Service of Process: | SIMA CORPORATE GROUP (C3130545) |
| Agent Address: | * |
| Agent City, State, Zip: | * |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2015   California Secretary of State

Exhibit C, Page 19

1/1

024