# REQUEST FOR JUDICIAL NOTICE NO. 4

1  Jeffrey S. Benice, Esq., State Bar No. 81583
   LAW OFFICES OF JEFFREY S. BENICE
2  *A Professional Law Corporation*
   3080 Bristol Street
3  Sixth Floor, Suite 630
   Costa Mesa, California  92626
4  Telephone No.: (714) 641-3600
   Facsimile No.: (714) 641-3601
5  Website: www.JeffreyBenice.com
   E-Mail: JSB@JeffreyBenice.com
6

7  Attorneys for Defendants,
   Igor Latsanovski and Calenergy, Inc.
8

9

10              UNITED STATES DISTRICT COURT

11     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13  FEDERAL TRADE COMMISSION,          CASE NO. CV 15-04527 GW (PLAx)

14          Plaintiff,                 DECLARATION OF MARIYA
                                       ALEKSANDROVNA RE: JUNE 4,
15      v.                             2015 MASTER LOAN AGREEMENT

16  BUNZAI MEDIA GROUP INC., et al.,

17          Defendants.
                                       Date:      May 16, 2016
18                                     Time:      8:30 a.m.
                                       Courtroom: 10
19

20                                     [Assigned for All Purposes to the
                                       Honorable George H. Wu, Courtroom
21                                     10]

22                                     First Amended Complaint Filed:
                                       October 9, 2015
23

24

25

26

27

28

                    DECLARATION OF MARIA ALEKSANDROVNA
                    RE: JUNE 4, 2015 MASTER LOAN AGREEMENT

1       I, Mariya Aleksandrovna, declare and state:

2       1.    I am a resident of the City of Moscow, Russian Federation.  I have personal

3   knowledge of the facts set forth herein.  If called as a witness, I would and could testify

4   under oath as set forth herein:

5       **A.**    ***June 4, 2015 Master Loan Agreement With Sunset Holding Partners, LLC.***

6       2.    I privately invest my personal funds from time to time into short term loans

7   secured by real estate.

8       3.    On or about June, 2015, Messrs. Mike Peniche and Igor Latsanovski  advised

9   me of an investment opportunity in a California limited liability company called "*Sunset*

10  *Holding Partners, LLC*" ("*Sunset*").  Mr. Peniche specifically advised me that he, a Sunset

11  Managing Member, was authorized to enter into a loan or investment agreement with me

12  on Sunset's behalf; and that he had knowledge of various highly profitable real estate

13  acquisition opportunities.  Messrs. Peniche and Latsanovski advised me that Sunset's

14  business was to locate real estate investment opportunities in Southern California.  Sunset

15  would purchase the real estate assets; Sunset would then improve or develop the real estate

16  assets; and thereafter sell the real estate assets.  The sale proceeds would be first

17  distributed to repay all debts, operating costs and expenses.  Any net proceeds would

18  thereafter be distributed to the LLC Members.

19      4.    Based upon Messrs. Peniche's and Latsanovski's description of Sunset's real

20  estate investment operation, I agreed to enter into a "*Master Loan Agreement*" ("*the*

21  *Agreement*") with Sunset.  Attached hereto as Exhibit "A" and incorporated herein by

22  reference is a true copy of the Agreement dated June 4, 2015.  Pursuant to paragraph 2.1 of

23  the Agreement, I agreed to establish "*a revolving loan facility in an aggregate amount*

24  *which shall not exceed $10,000,000...*" Sunset was responsible for the repayment of all

25  loan proceeds.

26      5.    Thereafter, on June 10, 2015, I executed a "*Utilization Request Form 1*" to

27  confirm a loan advance under the Agreement of $1,100,000 for the acquisition and

28

renovation of residential property located at 3783 Redwood Avenue, Los Angeles, California.  A true copy of the *Utilization Request Form 1*" is attached hereto as Exhibit "B" and incorporated herein by reference.  Pursuant to the terms of the Agreement and Utilization Request Form 1, the $1,100,000 was the sole loan advance that I made to Sunset.

**B.**   ***Effect of Federal Trade Commission Preliminary Injunction On The Agreement's Repayment.***

5.   Sunset is presently in default on the Agreement.  Messrs. Peniche and Latsanovski have advised me that as a consequence of the Federal Trade Commission's preliminary injunction, Sunset can do nothing to redevelop or sell the Property and is precluded from repaying me.  Thus, I cannot be repaid the $1,100,000 due under the Agreement (exclusive of interest and costs).

6.   I understand that the Property's current fair market value is approximately $1,003,000.  Because Sunset's development plan for the Property has been stopped as a result of the Federal Trade Commission injunction, my loan is now grossly undersecured and is in default.  I accordingly request that the Federal Trade Commission injunction be modified to enable the Property to be sold or to permit redevelopment of the Property to enable me to receive full repayment of the $1,100,000 in loan funds and all accrued interest and penalties.  If I do not receive repayment, I will incur a substantial and inequitable loss.

**C.**   ***Knowledge of Igor Latsanovski; Alon Nottea; Any of Their Related Companies; And The Aurie Vie Skin Products.***

7.   I first learned of the Federal Trade Commission injunction in July, 2015.  I was advised of its issuance by Messrs. Peniche and Latsanovski.  Until I learned of the Federal Trade Commission injunction from Messrs. Peniche and Latsanovski, I had absolutely no knowledge concerning Igor Latsanovski; Alon Nottea; any related companies, identified or related to them; and a company called Aurie Vie, business

2

1  dealings or violations of law as asserted by the Federal Trade Commission.  None of the
2  loaned funds came from any source other than my personal investment funds.  Attached
3  hereto as Exhibit "C" and incorporated herein by reference is a true copy of Sunset's Wells
4  Fargo Bank Account Statement for Account No. 2869829227, for the period June 1, 2015
5  to June 30, 2015.  At Bates No. 3 is confirmation of my $1,100,000 loan of funds under the
6  Agreement being wired into Sunset's Wells Fargo Bank Account on June 11, 2015, at my
7  direction and authorization from my bank account at "NK Bank".
8
9         I declare under penalty of perjury under the laws of the United States of America
10  that the foregoing is true and correct.
11         Executed this 8th day of April, 2016, at Moscow, Russian Federation, California.
12
13                    MARIYA ALEKSANDROVNA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    3
                DECLARATION OF MARIYA ALEKSANDROVNA
                RE: JUNE 4, 2015 MASTER LOAN AGREEMENT

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 18, 2016, a true and correct copy of the foregoing document described as DECLARATION OF MARIYA ALEKSANDROVNA RE: JUNE 4, 2015 MASTER LOAN AGREEMENT were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

*Local Counsel For Receiver*
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA  90036
nameri@agmblaw.com

*Counsel For Oz Mizrahi*
Erik S. Syverson
Raines Feldman LLP
9720 Wilshire Boulevard, Fifth Floor
Beverly Hills, CA  90212
esyverson@raineslaw.com

*Counsel For Chargeback Armor, Inc.*
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA  90210
SP@BeverlyHillsLawCorp.com

*Federal Trade Commission*
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

*Counsel For Alon Nottea and Roi Rueveni*
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA  91403
rmu@crosswindlaw.com

*Counsel For Doron and Motti Nottea*
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA  90025
Telephone:  (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2016, in Costa Mesa, California  92626.

Javaise Escoto, Declarant

4

DECLARATION OF MARIYA ALEKSANDROVNA
RE: JUNE 4, 2015 MASTER LOAN AGREEMENT

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 7 of 27   Page ID
#:10622
Case 2:15-cv-04527-GW-PLA   Document 358-12   Filed 04/18/16   Page 1 of 15   Page ID
#:8878

# EXHIBIT "A"

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 8 of 27   Page ID
#:13623
Case 2:15-cv-04527-GW-PLA   Document 356-23   Filed 04/18/16   Page 2 of 15   Page ID
#:8879

| MASTER LOAN AGREEMENT | ДОГОВОР ЗАЙМА |
|---|---|

Moscow, June 4, 2015

г. Москва, 4 июня 2015 года

BETWEEN THE UNDERSIGNED:

МЕЖДУ НИЖЕПОДПИСАВШИМИСЯ:

1. Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

1. Золотарева Мария Александровна, гражданка Российской Федерации, паспорт 75 0672831выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6,

(the "Lender"),

(далее - "Займодавец"),

ON THE ONE PART,

С ОДНОЙ СТОРОНЫ,

2. Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered for entering into this Agreement.

2. Компания Sunset Holding Partners LLC (Сансет Холдинг Партнерс ЛЛС), юридическое лицо по законодательству США, зарегистрированное по адресу: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пениша, надлежащим образом уполномоченного для заключения настоящего Договора.

(the "Borrower"),

(далее - "Заёмщик").

ON THE OTHER PART,

С ДРУГОЙ СТОРОНЫ,

hereinafter jointly referred as the "Parties", or individually as a "Party",

Далее совместно именуемыми "Стороны", а по отдельности - "Сторона",

WHEREAS:

ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО:

(i) The Borrower may have cash needs and wish to borrow money from the Lender. And upon the Borrower's request, the Lender may, to its sole discretion, grant Loans to it.

(i) У Заёмщика может возникнуть потребность в денежных средствах, и он выражает желание получать займы от Займодавца. В связи с этим, по запросу Заёмщика Займодавец может, исключительно по собственному усмотрению, предоставлять Заёмщику Займы.

(ii) Any Loan granted by the Lender to the Borrower shall be subject to the terms and conditions set out below, as well as specific arrangements between the Parties with respect to each particular Loan granted by the Lender to the Borrower. The Purpose of the Agreement is to determine the main terms and conditions of the Loans that may be granted by the Lender upon the Borrower's request made in accordance with this Agreement.

(ii) Любой предоставляемый Заёмщику Займодавцем Заем выдаётся в соответствии с изложенными в настоящем документе условиями и положениями, а также отдельными договорённостями Сторон в отношении каждого конкретного выдаваемого Займодавцем Заёмщику Займа. Цель Договора состоит в определении основных условий выдачи Займов, которые могут предоставляться Займодавцем по требованию Заёмщика, оформленному согласно положениям настоящего Договора.

IT IS AGREED AS FOLLOWS:

СТОРОНЫ ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ:

### 1. DEFINITIONS

### 1. ТЕРМИНЫ И ОПРЕДЕЛЕНИЯ

Unless otherwise stated, the words and expressions below will have the following meaning in the Agreement:

Если в документе не указано иное, приведённые ниже слова и выражения употребляются в тексте Договора в следующих значениях:

"Agreement" means this master loan agreement, together with its schedules, and any amendments to it.

"Договор" означает настоящий договор займа со всеми приложениями к нему и со всеми внесёнными в его текст изменениями;

"Business Day" means a day (other than a Saturday or Sunday) on which banks are open for general business in Los-Angeles, USA and Moscow, Russia.

"Рабочий день" означает день (кроме субботы и воскресенья), в который банки в г. Лос-Анджелес (Соединенные Штаты Америки) и г. Москве (Россия) открыты для ведения общей коммерческой деятельности;

"Drawdown Period" means the period from the date hereof until one month before the Termination Date.

"Срок использования займа" означает период со дня подписания настоящего Договора и до дня, на один месяц предшествующего Дате прекращения Договора;

"Event of Default" means any event or circumstance specified as such in Clause 8 (Events of Default).

"Случай неисполнения обязательств" означает любое событие или обстоятельство, которое определено как таковое в Статье 8 (Случаи неисполнения обязательств);

"Loan" means a loan granted or to be granted by the Lender to the Borrower under the Utilisation Request and within the aggregate amount of the Loan Facility.

"Заем" означает заем, предоставляемый Займодавцем Заёмщику на основании Запроса на использование в пределах совокупного размера Общей суммы займа.

1

"Loan Facility" as defined in Clause 2 (*Subject Matter of the Agreement*).

"Material Adverse Effect" means a material adverse effect on (a) the business, operations, assets or financial condition of the Borrower or (b) the ability of the Borrower to perform its obligations under this Agreement.

"Termination Date" means the date of termination of this Agreement which is 3 (three) years after signing. The Termination Date can be extended by the Parties' written consent.

"Utilisation" means utilisation of a Loan Facility under the Agreement.

"Utilisation Date" means the date of an Utilisation, being the date on which a respective Loan is to be made.

"Utilisation Request" means a notice substantially made in accordance with provisions of the Clause 3 (*Utilisation of the Loan Facility*) and signed by the Parties in the form set out in Schedule 1 (*Utilisation Request*).

## 2. SUBJECT MATTER OF THE AGREEMENT

2.1. The Lender grants to the Borrower upon the terms and subject to the conditions hereof a revolving loan facility in an aggregate amount which shall not exceed 10,000,000.00 (ten million) US Dollars ("Loan Facility").

2.2. The Loan Facility is intended for realisation by the Borrower of various investment projects, the detailed description of which will be provided and agreed by the Parties in Utilisation Requests (as defined in Clause 3 below). The Borrower and should be used by the Borrower in compliance with such purposes.

2.3. The Loans are granted by the Lender to the Borrower on the basis of Utilisation Requests (as defined in Clause 3 below).

To the extent necessary and notably taking into account part 1 of paragraph 3.4 and part 1 of paragraph 3.5 hereof, the Lender and the Borrower acknowledge that this Agreement does not constitute any commitment of the Lender to make available any Loan to the Borrower without an Utilisation Request made under agreed form and signed by the Parties.

## 3. UTILISATION OF THE LOAN FACILITY

3.1. Save as otherwise provided in this Agreement, the Borrower may from time to time during the Drawdown Period (as defined in Clause 3 below) request from the Lender a payment of Loans within the aggregate amount of the Loan Facility.

3.2. The request for Utilisation of the Loan Facility shall be made by the Borrower by delivery to the Lender of a duly completed form of Utilisation Request provided in Schedule 1 duly signed by and on behalf of the Borrower not later than 10.00 a.m. on the date falling three (3) Business Days prior to the Utilisation Date indicated in the Utilisation Request.

Other time of Utilisation Request delivery can be agreed between the Borrower and the Lender and specified in the Utilisation Request.

3.3. Each Utilisation Request is irrevocable and will not be regarded as having been duly completed unless it provides for:

"Общая сумма займа" имеет значение, приданное данному термину в Статье 2 (*Предмет Договора*).

"Существенное неблагоприятное последствие" означает существенное неблагоприятное последствие для (а) деятельности, операций, активов или финансового состояния Заёмщика, или (b) способности Заёмщика исполнять свои обязательства по настоящему Договору.

"Дата прекращения Договора" означает дату прекращения действия настоящего Договора, которая наступит по истечении 3 (трех) лет со дня его подписания. Срок действия Договора может быть продлен по письменному соглашению Сторон.

"Использование" означает использование Общей суммы займа в соответствии с Договором.

"Дата использования" означает дату Использования, которая совпадает с днем выдачи соответствующего Займа.

"Запрос на использование" означает уведомление, во всех существенных отношениях оформленное в соответствии с положениями Статьи 3 (*Использование Общей суммы займа*) и подписанное Сторонами по форме, приведенной в Приложении 1 (*Запрос на использование*).

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. В соответствии с условиями и положениями настоящего Договора Займодавец предоставляет возобновляемый заем, общий размер которого не превышает 10 000 000 (десять миллионов) долларов США (далее – "Общая сумма займа").

2.2. Данный заем предназначен для целей реализации Заёмщиком различных инвестиционных проектов, более подробное описание которых будет приведено и согласовано Сторонами в Запросах на использование (как этот термин определён в Статье 3 ниже). Заёмщик обязуется использовать каждый конкретный Заем в соответствии с заявленными целью и предназначением.

2.3. Займодавец осуществляет выдачу Заёмщику Займов на основании Запросов на использование.

Займодавец и Заёмщик признают, в частности с учетом положений части 1 п. 3.4 и части 1 п. 3.5 настоящего Договора, что настоящий Договор не создаёт для Займодавца обязанности по предоставлению Заёмщику каких-либо Займов без подачи Заявки на использование, составленной по установленной форме и подписанной обеими Сторонами.

## 3. ИСПОЛЬЗОВАНИЕ ОБЩЕЙ СУММЫ ЗАЙМА

3.1. Если положениями настоящего Договора не предусмотрено иное, Заёмщик может в течение Срока использования займа (как этот термин определён в Статье 3) обращаться к Займодавцу за получением Займов, общая сумма которых не может превышать совокупного размера Общей суммы займа.

3.2. Заёмщик направляет заявку на Использование Общей суммы займа путем отправки Займодавцу в надлежащем порядке оформленного Запроса на использование по форме, представленной в Приложении 1, подписанного Заёмщиком или его уполномоченным представителем, не позднее 10 часов утра за три (3) Рабочих дня до Даты использования, которая указана в Запросе на использование.

Заёмщик и Займодавец могут согласовать иные сроки подачи Запроса на использование, которые должны быть указаны в тексте такого Запроса.

3.3. Каждый Запрос на использование носит безотзывный характер и считается оформленным в надлежащем порядке

2

(i) reference to the present Agreement;

(ii) amount of the proposed Loan;

(iii) purpose of the Loan;

(iv) Utilisation Date (which shall be a Business Day);

(v) final date of repayment of the proposed Loan ("Loan Repayment Date");

(vi) bank account details to which the proposed Loan is to be paid (if different from the bank account details provided in this Agreement).

3.4.   Upon the receipt of the Utilisation Request the Lender shall unilaterally decide at her own discretion as to whether grant the requested Loan to the Borrower or not.

The parties separately agree on the amount of Interest that shall accrue on each of the Loans granted by the Lender to the Borrower and include this arrangement into the Utilisation Request.

Each Utilisation requests will be countersigned by and on behalf of the Lender. The Lender is not under obligation to grant a Loan before the Utilization request is countersigned by her.

3.5.   Without prejudice to the discretionary decision of the Lender to make a Loan to the Borrower, the granting of any Loan by the Lender to the Borrower is subject to the following conditions:

(i) no Event of Default is continuing or would result from the proposed Loan, and

(ii) provisions of this Clause 3 (*Utilisation of the Loan Facility*) regarding the Utilisation Request are complied with.

## 4. INTEREST

4.1.   The amount of interest to be accrued on each of the Loans granted by the Lender to the Borrower shall be agreed between the Parties with respect to each particular Loan and defined in the Utilisation Request to be signed by both Parties.

## 5. REPAYMENT AND PREPAYMENT

5.1.   The Borrower shall repay each Loan made to the Loan Repayment Date agreed by the Borrower and the Lender and indicated in the Utilisation Request.

A Loan Repayment Date shall not extend beyond the Termination Date.

5.2.   Any amount outstanding and owed by the Borrower shall be repaid on the Termination Date.

5.2.   Subject to the prior approval of the Lender, the Borrower shall have the right from time to time, on not less than five Business Days' prior written notice to the Lender, to prepay the whole or any part of the Loans together with accrued interest on the amount prepaid.

---

только в случае, если в нём фигурируют следующие сведения:

(i) ссылка на настоящий Договор;

(ii) сумма предполагаемого Займа;

(iii) цели (проекты) на реализацию которых будет использована сумма Займа;

(iv) Дата использования (которая должна выпадать на Рабочий день);

(v) окончательная дата погашения предполагаемого Займа (далее - "Дата погашения займа");

(vi) реквизиты банковского счёта, на который должна быть переведена сумма предполагаемого Займа (если они отличаются от указанных в настоящем Договоре реквизитов счёта).

3.4.   После получения Запроса на использование Займодавец имеет право по собственному усмотрению единолично решить вопрос о предоставлении или непредоставлении запрошенного Займа Заёмщику.

Стороны отдельно согласовывают размер начисляемых процентов по каждому из выданных Займов и включают данную договорённость в Запрос на использование.

Каждый Запрос на использование должен быть скреплён подписью Займодавца или его уполномоченного представителя. До подписания Запроса на использование Займодавец не обязан предоставлять Заём.

3.5.   Без ущерба для права Займодавца на самостоятельное принятие решений о предоставлении Заёмщику Займа, выдача Займодавцем Заёмщику любого Займа осуществляется на следующих условиях:

(i) на момент выдачи предполагаемого Займа не имеет места какой-либо Случай неисполнения обязательств, а также такой Случай не возникнет в результате выдачи такого Займа, и

(ii) выполнены все требования в отношении Запроса на использование, изложенные в Статье 3 (*Использование Общей суммы займа*).

## 4. ПРОЦЕНТЫ

4.1.   Размер процентов, начисляемых по каждому из выданных Займов, определяется Сторонами отдельно по каждому конкретному Займу и указывается в Запросе на использование, подписываемому обеими Сторонами.

## 5. ПОГАШЕНИЕ И ДОСРОЧНОЕ ПОГАШЕНИЕ

5.1.   Заёмщик должен произвести погашение каждого полученного им Займа в согласованную Заёмщиком и Займодавцем Дату погашения займа, указанную в Запросе на использование.

Дата погашения займа должна наступить ранее Даты прекращения Договора.

5.2.   Любые суммы, не выплаченные и подлежащие уплате Заёмщиком, должны быть выплачены в Дату прекращения Договора.

5.2.   При условии получения предварительного письменного согласия Займодавца, Заёмщик должен иметь право, при условии предварительного уведомления Займодавца не позднее чем за пять Рабочих дней, произвести полное или частичное досрочное погашение Займа и начисленных процентов.

3

5.3. Any amount prepaid in accordance herewith may be re-borrowed on the terms of this Agreement.

## 6. DEFAULT INTEREST

6.1. If the Borrower fails to pay any amount payable by it under the Agreement, the Lender shall be entitled to claim interests on the overdue amount. Should the Lender send such a claim established in written form to the Borrower the Latter shall pay interest on the overdue amount from the due date up to the date of actual payment at a default rate equal to one (1) per cent per annum above the interest rate on the overdue amount under Clause 4 (*Interest*) ("Default Interest").

## 7. REPRESENTATIONS

7.1. The Borrower makes the following representations to the Lender on the date of this Agreement:

(i)     The obligations expressed to be assumed by it in the Agreement are legal, valid, binding and enforceable obligations;

(ii)    It has the power to enter into, perform and deliver, and has taken all necessary action to authorise its entry into, performance and delivery of this Agreement and the transactions contemplated by the Agreement;

(iii)   No Event of Default, and on the date of this Agreement, is continuing or might reasonably be expected to result from the making of any Utilisation;

(iv) The Borrower is not subject to any insolvency proceeding.

## 8. EVENTS OF DEFAULT

8.1. Each of the following events or circumstances is an Event of Default.

(i)     The Borrower does not pay on the due date any amount payable pursuant to the Agreement unless (i) its failure to pay is caused by administrative or technical error and (ii) such payment is in any case made within five (5) Business Days of its due date.

(ii)    Any representation or statement made or deemed to be made by the Borrower in the Agreement is or proves to have been incorrect or misleading in any material respect when made or deemed to be made.

(iii)   The Borrower is subject to any insolvency proceeding.

(iv)    It is or becomes unlawful for the Borrower to perform any of its obligations under the Agreement.

(v)     Any event or circumstances occurs which the Lender reasonably believes would have a Material Adverse Effect.

8.2. The Borrower undertakes that, so long as any sum remains payable under the Agreement, it will notify the Lender in writing of the occurrence of any Event of Default, or any event or circumstance which, with the giving of notice and/or lapse of any period of time and/or the fulfilment of any other

5.3. Любая сумма досрочного погашения, выплаченная в соответствии с положениями настоящей статьи, может быть повторно предоставлена Заёмщику согласно условиям Договора.

## 6. ПЕНЯ ЗА ПРОСРОЧКУ ПЛАТЕЖЕЙ

6.1. В случае неуплаты Заёмщиком любых сумм по настоящему Договору, Займодавец вправе потребовать, а Заёмщик в случае получения от Заимодавца соответствующего письменного требования уплатить Займодавцу проценты по непогашенной сумме, начиная с наступления срока оплаты до даты фактической оплаты, по штрафной ставке, размер которой на (1) один процент превышает процентную ставку годовых процентов на непогашенную сумму в соответствии с положениями Статьи 4 (*Проценты*) (далее - "Пеня за просрочку платежей").

## 7. ЗАВЕРЕНИЯ

7.1. В день подписания настоящего Договора Заёмщик предоставляет Займодавцу следующие заверения:

(i)     обязательства, принимаемые им по настоящему Договору, представляют собой законные, действительные, обязывающие и имеющие исковую защиту обязательства;

(ii)    он обладает всеми полномочиями для заключения, формального обмена оригиналами и исполнения настоящего Договора, и принял все меры, необходимые для получения разрешения на заключение, формальный обмен оригиналами и исполнение Договора, а также на проведение операций, предусмотренных Договором;

(iii)   на момент Использования не имеет места какой-либо Случай невыполнения обязательств, а также не имеется оснований ожидать возникновения такого Случая в результате такого Использования;

(iv) в отношении Заёмщика не ведётся какого-либо производства по делам о несостоятельности.

## 8. СЛУЧАИ НЕИСПОЛНЕНИЯ ОБЯЗАТЕЛЬСТВ

8.1. Случаем неисполнения обязательств считается каждое из перечисленных ниже событий или обстоятельств.

(i)     Заёмщик не оплачивает в установленный срок любые подлежащие внесению платежи по Договору, если только (i) факт неуплаты не вызван административной или технической ошибкой, и при этом (ii) платежи осуществляется в течение пяти (5) Рабочих дней с момента наступления срока оплаты.

(ii)    Любое заверение или заявление, сделанное или считающееся сделанным Заёмщиком в тексте Договора, на момент, когда оно было сделано или считается сделанным, является или оказывается неверным или вводящим в заблуждение в каком-либо существенном отношении.

(iii)   В отношении Заёмщика открывается какое-либо производство по делам несостоятельности или банкротства.

(iv)    Исполнение Заёмщиком любого из своих обязательств по Договору становится неправомерным.

(v)     Наступает какое-либо событие или обстоятельство, которое, по обоснованному мнению Займодавца, будет иметь Существенные неблагоприятные последствия.

8.2. Заёмщик обязуется, что пока он имеет какие-либо задолженности по настоящему Договору; он будет незамедлительно, как сам только станет об этом известно, в письменном виде извещать Займодавца о наступлении любых Случаев неисполнения обязательств, а также

4

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 12 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 356-27   Filed 04/18/16   Page 6 of 15   Page ID
#:8883

requirement, would or may become an Event of Default, immediately upon becoming aware of it.

8.3.  On and at any time after the occurrence of an Event of Default, the Lender may without any judicial or extra-judicial step, by written notice to the Borrower, declare that all or part of the Loans, together with accrued interest, and all other amounts accrued under the Agreement be immediately due and payable, whereupon they shall become immediately due and payable.

любых событий или обстоятельств, которые при подаче уведомления и/ или по истечении какого-либо периода времени и/или при исполнении какого-либо другого требования станут или могут стать причиной возникновения Случая неисполнения обязательств.

8.3.  В момент наступления Случая неисполнения обязательств или в любое время после его наступления Займодавец может, без необходимости совершения каких-либо судебных или внесудебных действий, направить Заёмщику письменное уведомление с заявлением о том, что все или часть Займов вместе с начисленными процентами, а также все остальные начисленные в соответствии с Договором суммы подлежат немедленной выплате, после чего у Заёмщика возникает обязательство по их незамедлительной уплате.

## 9. NOTIFICATIONS AND DETAILS OF THE PARTIES

9.1.  Unless otherwise stated in the Agreement and / or Utilisation Request, all the notifications and communications in relation to the Agreement shall be send by email or by fax to the addresses hereafter mentioned or to any other addresses that the concerned party would have notified to the other party at least five (5) Business Days in advance.

## 9. УВЕДОМЛЕНИЯ И РЕКВИЗИТЫ СТОРОН

9.1.  Если иное не предусмотрено в тексте Договора и/ или Запроса на использование, все уведомления и сообщения в связи с Договором должны направляться по электронной почте или факсимильной связи по указанным ниже адресам, либо по адресам, которые заинтересованная сторона сообщит другой стороне не менее чем за пять (5) Рабочих дней до отправки сообщения.

**Borrower**

**Sunset Holding Partners LLC**

Address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA

**Lender**

**Zolotareva Maria Aleksandrovna**

Address : Russia, 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6

E-mail: maria7634461@gmail.com

9.2.  The communications will be deemed received:

    (i)  in case of transmission by email, upon receipt of the electronic acknowledgement receipt, and

    (ii) in case of transmission by fax, the Business Day of its transmission (indicated by the sending receipt), or, if the transmission is made after 3pm Moscow time the following Business Day.

9.3.  Details of the Borrower's bank account:

ACC: 2869829222
ABA rout Nr. 122000247
Bank: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4.  Details of the Lender's bank account:

Account in US Dollars: 40817840201000600943
Bank: AO Raiffeisenbank, address: Russia, 129090, Moscow, 17/1 Troitskaya
SWIFT: RZBMRUMM

**Заёмщик**

**Компания Sunset Holding Partners LLC (Санет Холдинг Партнерс ЛЛС),**

Адрес: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679)

**Займодавец**

**Золотарева Мария Александровна**

Адрес: Россия, 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6

E-mail: maria7634461@gmail.com

9.2.  Отправленные сообщения считаются принятыми:

    (i)  в случае передачи по электронной почте - при получении электронного подтверждения доставки, и

    (ii) в случае передачи по факсимильной связи - в Рабочий день, в который был совершена отправка (указанный в отчёте об отправке), или, если отправка была осуществлена после 15 часов по московскому времени - на следующий Рабочий день.

9.3.  Реквизиты банковского счёта Заёмщика:

Счет в долларах США: 2869829222
ABA rout Nr. 122000247
Банк: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4.  Реквизиты банковских счётов Займодавца, с которых могут быть предоставлены Займы по настоящему Договору:

Счет в долларах США: 40817840201000600943
Банк получателя: АО «Райффайзенбанк», адрес: Россия, 129090, г. Москва, ул. Троицкая, д. 17, стр. 1
SWIFT: RZBMRUMM

5

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 13 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 396-28   Filed 04/18/16   Page 7 of 15   Page ID
#:8884

Account in USD: 40817840800000013126
Bank: NK Bank (open joint stock company), address: 2, Miusskaya sq.,
Moscow, 125047, Russin
SWIFT: NASPRUMM

Счет в долларах США: 40817840800000013126
Банк получателя: Открытое акционерное общество «НК Банк»,
адрес: Россия, 125047, город Москва, Миусская площадь, дом 2
SWIFT: NASPRUMM

## 10. ASSIGNMENT

10.1.  The Borrower may not assign any of its rights nor transfer any
of its rights or obligations under the Agreement.

10.2.  The Lender may assign any of its rights or transfer any of its
rights or obligations under the Agreement to any individual or
legal entity, such an assignment being not subject to any
consent from the Borrower's part.

## 10. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ ПО ДОГОВОРУ

10.1.  Заёмщик не имеет право передавать любые из своих прав и
обязанностей по настоящему Договору.

10.2.  Заимодавец имеет право передавать любые свои права или
обязанности по настоящему Договору любым
юридическим и физическим лицам по своему усмотрению
без согласия Заемщика.

## 11. GOVERNING LAW AND JURISDICTION

11.1.  This Agreement is governed by Russian law.

11.2.  The competent Russian courts determined in accordance with
the applicable rules shall have jurisdiction to settle any dispute
arising out of or in connection with this Agreement.

## 11. ПРИМЕНИМОЕ ПРАВО И ЮРИСДИКЦИЯ

11.1.  Положения настоящего Договора регулируются нормами
российского права.

11.2.  Рассмотрение любых споров, возникающих из настоящего
Договора или в связи с ним, относится к компетенции
российских судов соответствующей юрисдикции,
определяемых в соответствии с применимыми правилами
подсудности и подведомственности.

## 12. SEVERABILITY

If, at any time, any provision hereof is or becomes illegal, invalid or
unenforceable in any respect under the law of any jurisdiction, neither
the legality, validity or enforceability of the remaining provisions hereof
nor the legality, validity or enforceability of such provision under the
law of any other jurisdiction shall in any way be affected.

## 12. ДЕЛИМОСТЬ ПОЛОЖЕНИЙ ДОГОВОРА

Если в любой момент какое-либо из положений Договора окажется
в любом отношении незаконным, недействительным или
неприменимым в соответствии с законодательством любой
юрисдикции, это ни в коем случае не окажет влияния на
законность, действительность или применимость остальных
положений Договора, а также на законность, действительность или
применимость этого положения в любой другой юрисдикции.

## 13. AMENDMENTS

This Agreement may be amended only with written consent of both
Parties.

This Agreement is executed in 2 (two) original copies in English and in
Russian. In case of any discrepancies between English and Russian
texts, the Russian text shall prevail.

## 13. ВНЕСЕНИЕ ИЗМЕНЕНИЙ

Изменения в настоящий Договор могут быть внесены только по
письменному согласию обеих Сторон.

Настоящий Договор составлен в 2 (двух) подлинных экземплярах
на английском и русском языках. В случае выявления любых
несоответствий между текстами на английском и русском языках
версия на русском языке имеет преимущественную силу.

**The Borrower/ Заёмщик**

Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС)

Signed by: MIKE PENICHE \ Мик Пениш
Подпись:
Title: Director / Должность: Директор

**The Lender/ Заимодавец**

Zolotareva Maria Aleksandrovna / Золотарева Мария
Александровна

/Золотарева Мария/

6

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 14 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 356-29   Filed 04/18/16   Page 8 of 15   Page ID
#:8885

Utilisation Request Form 1

Moscow, 10 June 2015

**Sunset Holding Partners LLC,** a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered,

(the "Borrower"),

ON FIRST PART,

Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

(the "Lender"),

ON SECOND PART.

Hereinafter jointly referred as the **"Parties"** or individually as a **"Party"**

HAVE AGREED TO THE FOLLOWING:

1.   In accordance with the Master Loan Agreement dated June 4, 2015 made between the Borrower and the Lender (the "Agreement") the Borrower places the present Utilisation Request.

2.   Terms defined in the Agreement have the same meaning in this Utilisation Request unless given a different meaning in this Utilisation Request.

3.   The Lender offers and the Borrower engages to return the Loan on the following terms and conditions:

| | |
|---|---|
| Amount and currency: | 1,100,000 US Dollars |
| Utilisation Date: | June 15, 2015 |
| Purpose: | Acquisition and renovation of real estate. Address: 3783 Redwood Ave Los Angeles CA |
| Interest rate: | 20 % per year |
| Terms and conditions: | As per the Master Loan Agreement |
| Loan Repayment Date: | January 15, 2016 |

4.   The Borrower is compliant with each condition specified in Clause 3 (*Utilisation of the Loan Facility*) of the Agreement on the date of this Utilisation Request.

5.   This Utilisation Request is irrevocable.

6.   The Loan shall be transferred by the Lender to the following Borrower's account:

ACC: 2869829222
ABA rout Nr. 122000247
Bank: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

7.   This Utilisation request may be amended only with written consent of both Parties.

8.   This Utilisation request is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

Signatures of the Parties:

The Borrower                                                              The Lender

Sunset Holding Partners LLC                                     Zolotareva Maria Aleksandrovna

Signed by: MIKE PENICHE                                        Signed by:
Title: Director

0140

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 15 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 356-30   Filed 04/18/16   Page 9 of 15   Page ID
#:8886

Запрос на использование № 1

Москва, 10 июня 2015 года

Компания Sunset Holding Partners LLC (Сансет Холдинг Партнерс ЛЛС), юридическое лицо по законодательству США, зарегистрированное по адресу: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пениша, надлежащим образом уполномоченного,

(далее - "Заёмщик"),

С ОДНОЙ СТОРОНЫ,

Золотарева Мария Александаровна, гражданка Российской Федерации, паспорт 75 0672831 выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6,

(далее - "Займодавец"),

С ДРУГОЙ СТОРОНЫ,

Далее совместно именуемые "Стороны", и по отдельности - "Сторона"

ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ:

1.   В соответствии с положениями Договора займа от 4 июня 2015 года, заключённого между Заёмщиком и Займодавцем (далее - "Договор"), Заёмщик осуществляет подачу настоящего Запроса на использование.

2.   Термины, которым дано определение в тексте Договора, употребляются в настоящем Запросе на использование в тех же значениях, если только в Запросе им не придано иное значение.

3.   Займодавец предлагает, а Заёмщик обязуется осуществить возврат Займа на следующих условиях:

| | |
|---|---|
| Сумма и валюта: | 1 100 000 (один миллион сто тысяч) долларов США |
| Дата использования: | 15 июня 2015 года |
| Цель: | Покупка и реставрация объекта недвижимости по адресу: 3783 Redwood Ave Los Angeles CA |
| Процентная ставка: | 20 % годовых |
| Условия и положения: | В соответствии с условиями Договора займа |
| Дата погашения займа: | 15 января 2016 года |

4.   По состоянию на дату подачи настоящего Запроса на использование Заёмщиком выполнены все условия, предусмотренные Статьей 3 (Использование Общей суммы займа) Договора.

5.   Настоящий Запрос на использование носит безотзывный характер.

6.   Сумма Займа будет перечислен Займодавцем на следующий счёт Заёмщика:

Счет в долларах США: 2869829222
ABA rout Nr. 122000247
Банк: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

7.   Изменения в текст настоящего Запроса на использование могут быть внесены только по письменному согласию обеих Сторон.

8.   Настоящий Запрос на использование исполнен в 2 (двух) подлинных экземплярах на английском и русском языках. В случае выявления любых несоответствий между текстами на английском и русском языках версия на английском языке имеет преимущественную силу.

Подписи Сторон:

| Заёмщик | Займодавец |
|---|---|
| Sunset Holding Partners LLC (Сансет Холдинг Партнерс ЛЛС) | Золотарева Мария Александровна |
| | |
| Подпись: | Подпись: /Золотарева Мария/ |
| Должность: Мик Пениш, директор | |

0141

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 16 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 358-31   Filed 04/18/16   Page 10 of 15   Page ID
#:8887

| | |
|---|---|
| **MASTER LOAN AGREEMENT** | **ДОГОВОР ЗАЙМА** |

Moscow, June 4, 2015

г. Москва, 4 июня 2015 года

**BETWEEN THE UNDERSIGNED:**

**МЕЖДУ НИЖЕПОДПИСАВШИМИСЯ:**

1. **Zolotareva Maria Aleksandrovna**, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

   (the "**Lender**"),

1. **Золотарёва Мария Александровна**, гражданка Российской Федерации, паспорт 75 0672831выдан ФМС 77001 05.02.2015 г., зарегистрированная по адресу: 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6,

   (далее - "**Займодавец**"),

ON THE ONE PART,

С ОДНОЙ СТОРОНЫ,

2. **Sunset Holding Partners LLC**, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered for entering into this Agreement.

   (the "**Borrower**"),

2. **Компания Sunset Holding Partners LLC** (Сансэт Холдинг Партнерс ЛЛС), юридическое лицо по законодательству США, зарегистрированное по адресу: 23679 Calabasas rd Suit 1034 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679), в лице Директора Мика Пенища, надлежащим образом уполномоченного для заключения настоящего Договора,

   (далее - "**Заёмщик**"),

ON THE OTHER PART,

С ДРУГОЙ СТОРОНЫ,

hereinafter jointly referred as the "**Parties**", or individually as a "**Party**",

Далее совместно именуемыми "**Стороны**", а по отдельности - "**Сторона**",

**WHEREAS:**

**ПРИНИМАЯ ВО ВНИМАНИЕ, ЧТО:**

(i)  The Borrower may have cash needs and wish to borrow money from the Lender, And upon the Borrower's request, the Lender may, to its sole discretion, grant Loans to it.

(i)  У Заёмщика может возникнуть потребность в денежных средствах, и он выражает желание получать займы от Займодавца. В связи с этим, по запросу Заёмщика Займодавец может, исключительно по собственному усмотрению, предоставлять Заёмщику Займы.

(ii)  Any Loan granted by the Lender to the Borrower shall be subject to the terms and conditions set out below, as well as specific arrangements between the Parties with respect to each particular Loan granted by the Lender to the Borrower. The Purpose of the Agreement is to determine the main terms and conditions of the Loans that may be granted by the Lender upon the Borrower's request made in accordance with this Agreement.

(ii)  Любой предоставляемый Заёмщику Займодавцем Заем выдаётся в соответствии с изложенными в настоящем документе условиями и положениями, а также отдельными договоренностями Сторон в отношении каждого конкретного выдаваемого Займодавцем Заёмщику Займа. Цель Договора состоит в определении основных условий выдачи Займов, которые могут предоставляться Займодавцем по требованию Заёмщика, оформленному согласно положениям настоящего Договора.

**IT IS AGREED AS FOLLOWS:**

**СТОРОНЫ ДОГОВОРИЛИСЬ О СЛЕДУЮЩЕМ:**

**1. DEFINITIONS**

**1. ТЕРМИНЫ И ОПРЕДЕЛЕНИЯ**

Unless otherwise stated, the words and expressions below will have the following meaning in the Agreement:

Если в документе не указано иное, приведённые ниже слова и выражения употребляются в тексте Договора в следующих значениях:

"**Agreement**" means this master loan agreement, together with its schedules, and any amendments to it.

"**Договор**" означает настоящий Договор займа со всеми приложениями к нему и со всеми внесёнными в его текст изменениями;

"**Business Day**" means a day (other than a Saturday or Sunday) on which banks are open for general business in Los-Angeles, USA and Moscow, Russia.

"**Рабочий день**" означает день (кроме субботы и воскресенья), в который банки в г. Лос-Анджелес (Соединенные Штаты Америки) и г. Москва (Россия) открыты для ведения общей коммерческой деятельности;

"**Drawdown Period**" means the period from the date hereof until one month before the Termination Date.

"**Срок использования займа**" означает период со дня подписания настоящего Договора и до дня, за один месяц предшествующего Дате прекращения Договора;

"**Event of Default**" means any event or circumstance specified as such in Clause 8 (*Events of Default*).

"**Случая неисполнения обязательств**" означает любое событие или обстоятельство, которое определено как таковое в Статье 8 (*Случаи неисполнения обязательств*).

"**Loan**" means a loan granted or to be granted by the Lender to the Borrower under the Utilisation Request and within the aggregate amount of the Loan Facility.

"**Заем**" означает заем, предоставляемый Займодавцем Заёмщику на основании Запроса на использование в пределах совокупного размера Общей суммы займа.

I

0142

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 17 of 27   Page ID
#:8888
Case 2:15-cv-04527-GW-PLA   Document 369-32   Filed 04/18/16   Page 11 of 15   Page ID
#:8888

"Loan Facility" as defined in Clause 2 (*Subject Matter of the Agreement*).

"Material Adverse Effect" means a material adverse effect on (a) the business, operations, assets or financial condition of the Borrower or (b) the ability of the Borrower to perform its obligations under this Agreement.

"Termination Date" means the date of termination of this Agreement which is 3 (three) years after signing. The Termination Date can be extended by the Parties' written consent.

"Utilisation" means utilisation of a Loan Facility under the Agreement.

"Utilisation Date" means the date of an Utilisation, being the date on which a respective Loan is to be made.

"Utilisation Request" means a notice substantially made in accordance with provisions of the Clause 3 (*Utilisation of the Loan Facility*) and signed by the Parties in the form set out in Schedule 1 (*Utilisation Request*).

## 2. SUBJECT MATTER OF THE AGREEMENT

2.1. The Lender grants to the Borrower upon the terms and subject to the conditions hereof a revolving loan facility in an aggregate amount which shall not exceed 10,000,000.00 (ten million) US Dollars ("Loan Facility").

2.2. The Loan Facility is intended for realisation by the Borrower of various investment projects, the detailed description of which will be provided and agreed by the Parties in Utilisation Requests (as defined in Clause 3 below). The Borrower and should be used by the Borrower in compliance with such purposes.

2.3. The Loans are granted by the Lender to the Borrower on the basis of Utilisation Requests (as defined in Clause 3 below).

To the extent necessary and notably taking into account part 1 of paragraph 3.4 and part 1 of paragraph 3.5 hereof, the Lender and the Borrower acknowledge that this Agreement does not constitute any commitment of the Lender to make available any Loan to the Borrower without an Utilisation Request made under agreed form and signed by the Parties.

## 3. UTILISATION OF THE LOAN FACILITY

3.1. Save as otherwise provided in this Agreement, the Borrower may from time to time during the Drawdown Period (as defined in Clause 1) request from the Lender a payment of Loans within the aggregate amount of the Loan Facility.

3.2. The request for Utilisation of the Loan Facility shall be made by the Borrower by delivery to the Lender of a duly completed form of Utilisation Request provided in Schedule 1 duly signed by and on behalf of the Borrower not later than 10:00 a.m. on the date falling three (3) Business Days prior to the Utilisation Date indicated in the Utilisation Request.

Other time of Utilisation Request delivery can be agreed between the Borrower and the Lender and specified in the Utilisation Request.

3.3. Each Utilisation Request is irrevocable and will not be regarded as having been duly completed unless it provides for:

---

"Общая сумма займа" имеет значение, приданное данному термину в Статье 2 (*Предмет Договора*).

"Существенное неблагоприятное последствие" означает существенное неблагоприятное последствие для (а) деятельности, операций, активов или финансового состояния Заёмщика, или (b) способности Заёмщика исполнять свои обязательства по настоящему Договору.

"Дата прекращения Договора" означает дату прекращения действия настоящего Договора, которая наступает по истечении 3 (трех) лет со дня его подписания. Срок действия Договора может быть продлён по письменному соглашению Сторон.

"Использование" означает использование Общей суммы займа в соответствии с Договором.

"Дата использования" означает дату Использования, которая совпадает с днём выдачи соответствующего Займа.

"Запрос на использование" означает уведомление, во всех существенных отношениях оформленное в соответствии с положениями Статьи 3 (*Использование Общей суммы займа*) и подписанное Сторонами по форме, приведённой в Приложении 1 (*Запрос на использование*).

## 2. ПРЕДМЕТ ДОГОВОРА

2.1. В соответствии с условиями и положениями настоящего Договора Заимодавец предоставляет возобновляемый заем, общий размер которого не превышает 10 000 000 (десять миллионов) долларов США (далее - "Общая сумма займа").

2.2. Данный заем предназначен для целей реализации Заёмщиком различных инвестиционных проектов, более подробное описание которых будет приведено и согласовано Сторонами в Запросах на использование (как этот термин определён в Статье 3 ниже). Заёмщик обязуется использовать каждый конкретный Заем в соответствии с заявленными целью и предназначением.

2.3. Заимодавец осуществляет выдачу Заёмщику Займов на основании Запросов на использование.

Заимодавец и Заёмщик признают, в частности с учётом положений части 1 п. 3.4 и части 1 п. 3.5 настоящего Договора, что настоящий Договор не создаёт для Заимодавца обязанности по предоставлению Заёмщику каких-либо Займов без подачи Заявки на использование, составленной по установленной форме и подписанной обеими Сторонами.

## 3. ИСПОЛЬЗОВАНИЕ ОБЩЕЙ СУММЫ ЗАЙМА

3.1. Если положениями настоящего Договора не предусмотрено иное, Заёмщик может в течение Срока использования займа (как этот термин определён в Статье 1) обращаться к Заимодавцу за получением Займов, общая сумма которых не может превышать совокупного размера Общей суммы займа.

3.2. Заёмщик направляет заявку на Использование Общей суммы займа путём отправки Заимодавцу в надлежащем порядке оформленного Запроса на использование по форме, представленной в Приложении 1, подписанного Заёмщиком или его уполномоченным представителем, не позднее 10 часов утра за три (3) Рабочих дня до Даты использования, которая указана в Запросе на использование.

Заёмщик и Заимодавец могут согласовать иные сроки подачи Запроса на использование, которые должны быть указаны в тексте такого Запроса.

3.3. Каждый Запрос на использование носит безотзывный характер и считается оформленным в надлежащем порядке

2

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 18 of 27   Page ID
#:8633
Case 2:15-cv-04527-GW-PLA   Document 366-3   Filed 04/18/16   Page 12 of 15   Page ID
#:8889

(i)   reference to the present Agreement;

(ii)  amount of the proposed Loan;

(iii) purpose of the Loan;

(iv)  Utilisation Date (which shall be a Business Day);

(v)   final date of repayment of the proposed Loan ("Loan Repayment Date");

(vi)  bank account details to which the proposed Loan is to be paid (if different from the bank account details provided in this Agreement).

3.4.   Upon the receipt of the Utilisation Request the Lender shall unilaterally decide at her own discretion as to whether grant the requested Loan to the Borrower or not.

The parties separately agree on the amount of Interest that shall accrue on each of the Loans granted by the Lender to the Borrower and include this arrangement into the Utilisation Request.

Each Utilisation requests will be countersigned by and on behalf of the Lender. The Lender is not under obligation to grant a Loan before the Utilization request is countersigned by her.

3.5.   Without prejudice to the discretionary decision of the Lender to make a Loan to the Borrower, the granting of any Loan by the Lender to the Borrower is subject to the following conditions:

(i)   no Event of Default is continuing or would result from the proposed Loan, and

(ii)  provisions of this Clause 3 (*Utilisation of the Loan Facility*) regarding the Utilisation Request are complied with.

## 4. INTEREST

4.1.   The amount of interest to be accrued on each of the Loans granted by the Lender to the Borrower shall be agreed between the Parties with respect to each particular Loan and defined in the Utilisation Request to be signed by both Parties.

## 5. REPAYMENT AND PREPAYMENT

5.1.   The Borrower shall repay each Loan made to it at the Loan Repayment Date agreed by the Borrower and the Lender and indicated in the Utilisation Request.

A Loan Repayment Date shall not extend beyond the Termination Date.

5.2.   Any amount outstanding and owed by the Borrower shall be repaid on the Termination Date.

5.2.   Subject to the prior approval of the Lender, the Borrower shall have the right from time to time, on not less than five Business Days' prior written notice to the Lender, to prepay the whole or any part of the Loans together with accrued interest on the amount prepaid.

---

только в случае, если в нём фигурируют следующие сведения:

(i)   ссылка на настоящий Договор;

(ii)  сумма предполагаемого Займа;

(iii) цели (проекты) на реализацию которых будет использована сумма Займа;

(iv)  Дата использования (которая должна выпадать на Рабочий день);

(v)   окончательная дата погашения предполагаемого Займа (далее - "Дата погашения займа");

(vi)  реквизиты банковского счёта, на который должна быть переведена сумма предполагаемого Займа (если они отличаются от указанных в настоящем Договоре реквизитов счёта).

3.4.   После получения Запроса на использование Займодавец имеет право по собственному усмотрению единолично решить вопрос о предоставлении или непредоставлении запрошенного Займа Заёмщику.

Стороны отдельно согласовывают размер начисляемых процентов по каждому из выдаваемых Займов и включают данную договорённость в Запрос на использование.

Каждый Запрос на использование должен быть скреплён подписью Займодавца или его уполномоченного представителя. До подписания Запроса на использование Займодавец не обязан предоставлять Заём.

3.5.   Без ущерба для права Займодавца на самостоятельное принятие решений о предоставлении Заёмщику Займа, выдача Займодавцем Заёмщику любого Займа осуществляется на следующих условиях:

(i)   на момент выдачи предполагаемого Займа не имеет места какой-либо Случай невыполнения обязательств, а также такой Случай не возникнет в результате выдачи такого Займа, и

(ii)  выполнены все требования в отношении Запроса на использование, изложенные в Статье 3 (*Использование Общей суммы займа*).

## 4. ПРОЦЕНТЫ

4.1.   Размер процентов, начисляемых по каждому из выданных Займов, определяется Сторонами отдельно по каждому конкретному Займу и указывается в Запросе на использование, подписываемому обеими Сторонами.

## 5. ПОГАШЕНИЕ И ДОСРОЧНОЕ ПОГАШЕНИЕ

5.1.   Заёмщик должен произвести погашение каждого полученного им Займа в согласованную Заёмщиком и Займодавцем Дату погашения займа, указанную в Запросе на использование.

Дата погашения займа должна наступить ранее Даты прекращения Договора.

5.2.   Любые суммы, не выплаченные и подлежащие уплате Заёмщиком, должны быть выплачены в Дату прекращения Договора.

5.2.   При условии получения предварительного письменного согласия Займодавца, Заёмщик должен иметь право, при условии предварительного уведомления Займодавца не позднее чем за пять Рабочих дней, произвести полное или частичное досрочное погашение Займа и начисленных процентов.

---

3

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 19 of 27   Page ID
Case 2:15-cv-04527-GW-PLA   Document 356-34   Filed 04/18/16   Page 13 of 15   Page ID
#:8890

5.3.  Any amount prepaid in accordance herewith may be re-borrowed on the terms of this Agreement.

## 6. DEFAULT INTEREST

6.1.  If the Borrower fails to pay any amount payable by it under the Agreement, the Lender shall be entitled to claim interest on the overdue amount. Should the Lender send such a claim established in written form to the Borrower the Latter shall pay interest on the overdue amount from the due date up to the date of actual payment at a default rate equal to one (1) per cent per annum above the interest rate on the overdue amount under Clause 4 (*Interest*) ("Default Interest").

## 7. REPRESENTATIONS

7.1.  The Borrower makes the following representations to the Lender on the date of this Agreement:

(i)   The obligations expressed to be assumed by it in the Agreement are legal, valid, binding and enforceable obligations;

(ii)  It has the power to enter into, perform and deliver, and has taken all necessary action to authorise its entry into, performance and delivery of this Agreement and the transactions contemplated by the Agreement;

(iii) No Event of Default, and on the date of this Agreement, is continuing or might reasonably be expected to result from the making of any Utilisation;

(iv) The Borrower is not subject to any insolvency proceeding.

## 8. EVENTS OF DEFAULT

8.1.  Each of the following events or circumstances is an Event of Default.

(i)   The Borrower does not pay on the due date any amount payable pursuant to the Agreement unless (i) its failure to pay is caused by administrative or technical error and (ii) such payment is in any case made within five (5) Business Days of its due date.

(ii)  Any representation or statement made or deemed to be made by the Borrower in the Agreement is or proves to have been incorrect or misleading in any material respect when made or deemed to be made.

(iii) The Borrower is subject to any insolvency proceeding.

(iv) It is or becomes unlawful for the Borrower to perform any of its obligations under the Agreement.

(v)  Any event or circumstances occurs which the Lender reasonably believes would have a Material Adverse Effect.

8.2.  The Borrower undertakes that, so long as any sum remains payable under the Agreement, it will notify the Lender in writing of the occurrence of any Event of Default, or any event or circumstance which, with the giving of notice and/or lapse of any period of time and/or the fulfilment of any other

---

5.3.  Любая сумма досрочного погашения, выплаченная в соответствии с положениями настоящей статьи, может быть повторно предоставлена Заёмщику согласно условиям Договора.

## 6. ПЕНЯ ЗА ПРОСРОЧКУ ПЛАТЕЖЕЙ

6.1.  В случае неуплаты Заёмщиком любых сумм по настоящему Договору, Займодавец вправе потребовать, а Заёмщик в случае получения от Займодавца соответствующего письменного требования обязан уплатить Займодавцу проценты по непогашенной сумме, начиная с наступления срока оплаты до даты фактической оплаты, по штрафной ставке, размер которой на (1) один процент превышает процентную ставку годовых процентов на непогашенную сумму в соответствии с положениями Статьи 4 (*Проценты*) (далее - "Пеня за просрочку платежей").

## 7. ЗАВЕРЕНИЯ

7.1.  В день подписания настоящего Договора Заёмщик предоставляет Займодавцу следующие заверения:

(i)   обязательства, принимаемые им по настоящему Договору, представляют собой законные, действительные, обязывающие и имеющие исковую защиту обязательство;

(ii)  он обладает всеми полномочиями для заключения, формального обмена оригиналами и исполнения настоящего Договора, и принял все меры, необходимые для получения разрешения на заключение, формальный обмен оригиналами и исполнение Договора, а также на проведение операций, предусмотренных Договором;

(iii) на момент Использования не имеет места какой-либо Случай невыполнения обязательств, а также не имеется оснований ожидать возникновения такого Случая в результате такого Использования;

(iv) в отношении Заёмщика не ведётся какого-либо производства по делам о несостоятельности.

## 8. СЛУЧАИ НЕИСПОЛНЕНИЯ ОБЯЗАТЕЛЬСТВ

8.1.  Случаем неисполнения обязательств считается каждое из перечисленных ниже событий или обстоятельств.

(i)   Заёмщик не оплачивает в установленный срок любые подлежащие внесению платежи по Договору, если только (i) факт неуплаты не вызван административной или технической ошибкой, и при этом (ii) платёж осуществляется в течение пяти (5) Рабочих дней с момента наступления срока оплаты.

(ii)  Любое заверение или заявление, сделанное или считающееся сделанным Заёмщиком в тексте Договора, на момент, когда оно было сделано или с которого оно считается сделанным, является или оказывается неверным или вводящим в заблуждение в каком-либо существенном отношении.

(iii) В отношении Заёмщика открывается какое-либо производство по делам несостоятельности или банкротстве.

(iv) Исполнение Заёмщиком любого из своих обязательств по Договору становится неправомерным.

(v)  Наступает какое-либо событие или обстоятельство, которое, по обоснованному мнению Займодавца, будет иметь Существенные неблагоприятные последствия.

8.2.  Заёмщик обязуется, что пока он имеет какие-либо задолженности по настоящему Договору, он будет незамедлительно, как ему только станет об этом известно, в письменном виде извещать Займодавца о наступлении любых Случаев неисполнения обязательств, а также

4

requirement, would or may become an Event of Default, immediately upon becoming aware of it.

8.3. On and at any time after the occurrence of an Event of Default, the Lender may without any judicial or extra-judicial step, by written notice to the Borrower, declare that all or part of the Loans, together with accrued interest, and all other amounts accrued under the Agreement be immediately due and payable, whereupon they shall become immediately due and payable.

## 9. NOTIFICATIONS AND DETAILS OF THE PARTIES

9.1. Unless otherwise stated in the Agreement and / or Utilisation Request, all the notifications and communications in relation to the Agreement shall be send by email or by fax to the addresses hereafter mentioned or to any other addresses that the concerned party would have notified to the other party at least five (5) Business Days in advance.

**Borrower**

Sunset Holding Partners LLC

Address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA

**Lender**

Zolotareva Maria Aleksandrovna

Address : Russia, 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6

E-mail: maria7634461@gmail.com

9.2. The communications will be deemed received:

    (i) in case of transmission by email, upon receipt of the electronic acknowledgement receipt, and

    (ii) in case of transmission by fax, the Business Day of its transmission (indicated by the sending receipt), or, if the transmission is made after 3pm Moscow time the following Business Day.

9.3. Details of the Borrower's bank account:

ACC: 2869829222
ABA rout Nr. 122000247
Bank: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4. Details of the Lender's bank account:

Account in US Dollars: 40817840201000600943
Bank: AO Raiffeisenbank, address: Russia, 129090, Moscow, 17/1 Troitskaya
SWIFT: RZBMRUMM

---

любых событий или обстоятельств, которые при подаче уведомления и/или по истечении какого-либо периода времени и/или при исполнении любого другого требования станут или могут стать причиной возникновения Случая неисполнения обязательств.

8.3. В момент наступления Случая неисполнения обязательств или в любое время после его наступления Займодавец может, без необходимости совершения каких-либо судебных или внесудебных действий, направить Заёмщику письменное уведомление с заявлением о том, что все или часть Займов вместе с начисленными процентами, а также все остальные начисленные в соответствии с Договором суммы подлежит немедленной выплате, после чего у Заёмщика возникнет обязательство по их незамедлительной уплате.

## 9. УВЕДОМЛЕНИЯ И РЕКВИЗИТЫ СТОРОН

9.1. Если иное не предусмотрено в тексте Договора и/или Запроса на использование, все уведомления и сообщения в связи с Договором должны направляться по электронной почте или факсимильной связи по указанным ниже адресам, либо по адресам, которые заинтересованная сторона сообщит другой стороне не менее чем за пять (5) Рабочих дней до отправки сообщения.

**Заёмщик**

Компания Sunset Holding Partners LLC (Сансет Холдинг Партнерс ЛЛС),

Адрес: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA (США, 91302, Лос Анджелес Сьют 1054 Калабасас-роуд, 23679)

**Займодавец**

Золотарева Мария Александровна

Адрес: Россия, 119002, г. Москва, Малый Николопесковский переулок, д. 4, кв. 6

E-mail: maria7634461@gmail.com

9.2. Отправленные сообщения считаются принятыми:

    (i) в случае передачи по электронной почте - при получении электронного подтверждения доставки, и

    (ii) в случае передачи по факсимильной связи - в Рабочий день, в который была совершена отправка (указанный в отчёте об отправке), или, если отправка была осуществлена после 15 часов по московскому времени - на следующий Рабочий день.

9.3. Реквизиты банковского счёта Заёмщика:

Счет в долларах США: 2869829222
ABA rout Nr. 122000247
Банк: Wells Fargo Bank
NA San Francisco, California
SWIFT: WFBIUS6SXXX

9.4. Реквизиты банковских счётов Займодавца, с которых могут быть предоставлены Займы по настоящему Договору:

Счет в долларах США: 40817840201000600943
Банк получателя: АО «Райффайзенбанк», адрес: Россия, 129090, г. Москва, ул. Троицкая, д. 17, стр. 1
SWIFT: RZBMRUMM

5

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 21 of 27   Page ID
#:13636
Case 2:15-cv-04527-GW-PLA   Document 355-36   Filed 04/18/16   Page 15 of 15   Page ID
#:8892

Account in USD: 40817840800000013126
Bank: NK Bank (open joint stock company), address: 2, Miusskaya sq.,
Moscow, 125047, Russia
SWIFT: NASPRUMM

Счет в долларах США: 40817840800000013126
Банк получателя: Открытое акционерное общество «НК Банк»,
адрес: Россия, 125047, город Москва, Миусская площадь, дом 2
SWIFT: NASPRUMM

### 10. ASSIGNMENT

10.1.   The Borrower may not assign any of its rights nor transfer any
of its rights or obligations under the Agreement.

10.2.   The Lender may assign any of its rights or transfer any of its
rights or obligations under the Agreement to any individual or
legal entity, such an assignment being not subject to any
consent from the Borrower's part.

### 11. GOVERNING LAW AND JURISDICTION

11.1.   This Agreement is governed by Russian law.

11.2.   The competent Russian courts determined in accordance with
the applicable rules shall have jurisdiction to settle any dispute
arising out of or in connection with this Agreement.

### 12. SEVERABILITY

If, at any time, any provision hereof is or becomes illegal, invalid or
unenforceable in any respect under the law of any jurisdiction, neither
the legality, validity or enforceability of the remaining provisions hereof
nor the legality, validity or enforceability of such provision under the
law of any other jurisdiction shall in any way be affected.

### 13. AMENDMENTS

This Agreement may be amended only with written consent of both
Parties.

This Agreement is executed in 2 (two) original copies in English and in
Russian. In case of any discrepancies between English and Russian
texts, the Russian text shall prevail.

**The Borrower/ Заёмщик**

Sunset Holding Partners LLC (Сансэт Холдинг Партнерс ЛЛС)

Signed by: MIKE PENICHE \ Мик Пениш
Полпись:
Title: Director / Должность: Директор

### 10. ПЕРЕДАЧА ПРАВ И ОБЯЗАННОСТЕЙ ПО ДОГОВОРУ

10.1.   Заёмщик не имеет права передавать любые из своих прав и
обязанностей по настоящему Договору.

10.2.   Заимодавец имеет право передавать любые свои права или
обязанности по настоящему Договору любым
юридическим и физическим лицам по своему усмотрению
без согласия Заемщика.

### 11. ПРИМЕНИМОЕ ПРАВО И ЮРИСДИКЦИЯ

11.1.   Положения настоящего Договора регулируются нормами
российского права.

11.2.   Рассмотрение любых споров, возникающих из настоящего
Договора или в связи с ним, относится к компетенции
российских судов соответствующей юрисдикции,
определяемых в соответствии с применимыми правилами
подсудности и подведомственности.

### 12. ДЕЛИМОСТЬ ПОЛОЖЕНИЙ ДОГОВОРА

Если в любой момент какое-либо из положений Договора окажется
в любом отношении незаконным, недействительным или
неприменимым в соответствии с законодательством любой
юрисдикции, это ни в коем случае не окажет влияния на
законность, действительность или применимость остальных
положений Договора, а также на законность, действительность или
применимость этого положения в любой другой юрисдикции.

### 13. ВНЕСЕНИЕ ИЗМЕНЕНИЙ

Изменения в настоящий Договор могут быть внесены только по
письменному согласию обеих Сторон.

Настоящий Договор составлен в 2 (двух) подлинных экземплярах
на английском и русском языке. В случае выявления любых
несоответствий между текстами на английском и русском языках
версия на русском языке имеет преимущественную силу.

**The Lender/ Заимодавец**

Zolotareva Maria Aleksandrovna / Золотарева Мария
Александровна

/Zolotareva Maria/

6

# EXHIBIT "B"

Utilisation Request Form 1

Moscow, 10 June 2015

Sunset Holding Partners LLC, a legal entity registered at the address: 23679 Calabasas rd Suit 1054 Los Angeles 91302 USA, represented by MIKE PENICHE, director, duly empowered,

(the "Borrower"),

ON FIRST PART,

Zolotareva Maria Aleksandrovna, Russian citizen, passport 75 0672831 delivered on February 05, 2015, by FMS 77001, registered at: 119002, Moscow, Nikolopeskovskij M. per, house 4, apt. # 6,

(the "Lender"),

ON SECOND PART.

Hereinafter jointly referred as the "Parties" or individually as a "Party"

HAVE AGREED TO THE FOLLOWING:

1.  In accordance with the Master Loan Agreement dated June 4, 2015 made between the Borrower and the Lender (the "Agreement") the Borrower places the present Utilisation Request.

2.  Terms defined in the Agreement have the same meaning in this Utilisation Request unless given a different meaning in this Utilisation Request.

3.  The Lender offers and the Borrower engages to return the Loan on the following terms and conditions:

| | |
|---|---|
| Amount and currency: | 1,100,000 US Dollars |
| Utilisation Date: | June 15, 2015 |
| Purpose: | Acquisition and renovation of real estate. Address: 3783 Redwood Ave Los Angeles CA |
| Interest rate: | 20 % per year |
| Terms and conditions: | As per the Master Loan Agreement |
| Loan Repayment Date: | January 15, 2016 |

4.  The Borrower is compliant with each condition specified in Clause 3 (*Utilisation of the Loan Facility*) of the Agreement on the date of this Utilisation Request.

5.  This Utilisation Request is irrevocable.

6.  The Loan shall be transferred by the Lender to the following Borrower's account:

    ACC: 2869829222
    ABA rout Nr. 122000247
    Bank: Wells Fargo Bank
    NA San Francisco, California
    SWIFT: WFBIUS6SXXX

7.  This Utilisation request may be amended only with written consent of both Parties.

8.  This Utilisation request is executed in 2 (two) original copies in English and in Russian. In case of any discrepancies between English and Russian texts, the Russian text shall prevail.

Signatures of the Parties:

The Borrower                                          The Lender

Sunset Holding Partners LLC                           Zolotareva Maria Aleksandrovna

Signed by: MIKE PENICHE                               Signed by:
Title: Director

0148

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 24 of 27   Page ID
#:19639
Case 2:15-cv-04527-GW-PLA   Document 358-3   Filed 04/18/16   Page 1 of 4   Page ID #:8895

# EXHIBIT "C"

# Wells Fargo Combined Statement of Accounts

Primary account number:  2869829222  ■  June 1, 2015 - June 30, 2015  ■  Page 1 of 6



SUNSET HOLDING PARTNERS LLC
23679 CALABASAS RD UNIT 531
CALABASAS CA 91302-1502

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

### Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | 2869829222 | 23,093.09 | 1,817,764.55 |
| Business High Yield Savings | 4 | 2593253319 | 80.01 | 70.01 |
| | | **Total deposit accounts** | **$23,173.10** | **$1,817,834.56** |

(114)

0149

Case 2:15-cv-04527-GW-PLA   Document 397-20   Filed 05/02/16   Page 26 of 27   Page ID
#:10641
Case 2:15-cv-04527-GW-PLA   Document 358-9   Filed 04/18/16   Page 3 of 4   Page ID #:8897

Primary account number:  2869829222   ■  June 1, 2015 - June 30, 2015   ■  Page 2 of 6



# Platinum Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $23,093.09 |
| Deposits/Credits | 2,266,899.85 |
| Withdrawals/Debits | - 472,228.39 |
| **Ending balance on 6/30** | **$1,817,764.55** |
| Average ledger balance this period | $1,233,936.54 |

Account number:  2869829222

**SUNSET HOLDING PARTNERS LLC**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■  Credit Card - XXXX-XXXX-XXXX-0606

## Interest summary

| | |
|---|---|
| Interest paid this statement | $49.85 |
| Average collected balance | $1,233,828.54 |
| Annual percentage yield earned | 0.05% |
| Interest earned this statement period | $49.85 |
| Interest paid this year | $132.29 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| | | Fisermost Epm Pymt 060215 2810000800985 Sunset Holding Partner | | 574.26 | |
| | | WF Loan Line Auto Pymt 60529 3737091446000001 Latsanevski Ige | | 224.91 | |
| | 1025 | Check | | 2,500.00 | |
| | | American Express ACH Pmt 150601 W1218 Igor Latsanevski | | 5,000.00 | 13,706.92 |
| | 1028 | Check | | 16,000.00 | 13,207.18 |
| | | Credit Reversal | 16,000.00 | | |
| | | NSF Return Item Fee for a Transaction Received on 06/02 $18,000.00 Check #01028 | | 35.00 | |
| | | Online Transfer From Latsanevski I Complete Advantage(Bsn) xxxxxxx8545 Ref #8sg50Cvrel on 06/02/15 | 5,000.00 | | |
| | | Fisermost Epm Pymt 060215 2810000784124 Sunset Holding Partner | | 131.00 | |
| | | Fisermost Epm Pymt 060215 2810000881429 Sunset Holding Partner | | 149.72 | |
| | | Fisermost Epm Pymt 060215 2810000780726 Sunset Holding Partner | | 100.00 | |
| | | Fisermost Epm Pymt 060215 2810000881952 Sunset Holding Partner | | 242.72 | |
| | 1051 | Check | | 3,850.00 | 13,206.57 |
| 6/5 | | Online Transfer From Latsanevski I Ref #lbek8Cvrel Complete Advantage(Bsn) Mobile | 5,000.00 | | |
| 6/5 | | Withdrawal Made In A Branch/Store | | 16,000.00 | 2,206.57 |
| 6/5 | | Online Dep Detail A Imaged | | 3.00 | 2,203.57 |
| 6/5 | | Deposit Made In A Branch/Store | 5,850.00 | | |

Primary account number:   2869829222   ■   June 1, 2015 - June 30, 2015   ■   Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/11 | | Online Transfer From Litsanevich L Complete Advantage (Bn) xxxxxx9640 Ref #Ibe5N5SpSV on 06/01/15 | 150,000.00 | | |
| 6/10 | | Wire Trans Svc Charge - Sequence 150610009954 Srf# 0000441900077762 Trn#150610009088 Rfb# | | 30.00 | |
| 6/10 | | WT Fed#03722 City National Bank /Org=Galaxy Citiwide Escrow Marina Srl# C00004114000077762 Trn#150610060654 Rfb# | | 100,000.00 | |
| 6/10 | 1058 | Check | | 10,000.00 | 49,022.53 |
| 6/11 | | WT Fed#09327 Nk Bank /Org=Zolotareva Mariya Aleksandrovna Srf#C0511215600001 Trn#150611027688 Rfb# | 1,100,000.00 | | |
| 6/11 | | Wire Trans Svc Charge - Sequence 150611126602 Srf# 0000074104203962 Trn#150611026601 Rfb# | | 30.00 | |
| 6/11 | | WT Fed#00757 Bank Of America, N.A. C /Org=Cavineo California Home Investors Srl#C000041714202227 Trn#150611024502 Rfb# | | 50,000.00 | 1,007,023.57 |
| 6/12 | | WT Fed#00761 Citibank NA Nybd C /Org=Lawrence J Rubin Srl# C0611000000006587 Trn#150612081012 Rfb# | 965,000.00 | | 2,082,993.57 |
| 6/15 | | Online Transfer Ref #Ibe5ZQHHH6 Business Card xxxxxxxxxxxx0000 on 06/15/15 | | 4,490.15 | 2,078,521.42 |
| 6/15 | | Online Transfer Ref Caloneray Inc Business Checking xxxxxx9993 Ref #Ibe5ZQ2C3P on 06/15/15 | | 200,000.00 | |
| 6/15 | | Farmers Ins Distr Insepyment 061515 002475203100 003 Sunset Holding Partner | | 98.00 | |
| 6/15 | | Farmers Ins Dist Insepyment 061515 002475203100 000 Sunset Holding Partner | | 107.00 | |
| 6/16 | | Foreman's Spm Pymt 061615 281000090098 Sunset Holding | | 624.09 | 1,877,447.9 |
| 6/17 | | Wire Trans Svc Charge - Sequence 150617043882 Srf# 0000221710002227 Trn#150617042827 Rfb# | | 30.00 | |
| 6/17 | | WT Fed#04092 Jpmorgan Chase Ban /Org=Ilse Kleinman Srl# C0000221710002227 Trn#150617042827 Rfb# | | 40,000.00 | |
| 6/17 | | Online Transfer to Caloneray Inc Ref #Ibe5N4D4T5 Business Checking Via Mobile | | 50,000.00 | 1,817,744.89 |
| 6/30 | | Interest Payment | 10.86 | | 1,817,744.89 |
| Ending Balance on 6/30 | | | | | 1,817,744.89 |
| Totals | | | $2,266,899.85 | $2,372,303.93 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1028 | 6/1 | 8,500.00 | 1051 * | 6/3 | 3,850.00 | 1058 * | 6/10 | 10,000.00 |
| 1029 | 6/2 | 16,000.00 | | | | | | |

*\* Gap in check sequence.*

### Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 6/3 | Check Reference # 00017110008240148286 | 16,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.