ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:15-CV-04527-GW (PLAx) |
| Plaintiff, | *Assigned to the Honorable George Wu, Courtroom 10* |
| v. | |
| BUNZAI MEDIA GROUP, INC., *et al.*, | **DECLARATION OF DANIEL M. HOWARD, CPA IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | DATE: May 23, 2016<br>TIME: 8:30 a.m.<br>DEPT.: 10 |

DANIEL M. HOWARD declares:

1. I am a Partner and Certified Public Accountant with the firm Lodgen, Lacher, Golditch, Sardi, Saunders and Howard LLP and am not a party in the above-entitled action. I make this declaration in support of Defendant Doron Nottea's ("Doron") opposition to the Motion for Summary Judgment ("MSJ") filed by Plaintiff Federal Trade Commission ("FTC"). All facts contained herein are within my personal knowledge, and if called upon to do so I could and would testify competently hereto.

---
1
DECLARATION OF DANIEL M. HOWARD

2. Throughout my thirty (30) plus years as a Certified Public Accountant I have hired, fired, supervised and worked closely with bookkeepers. I am one of three (3) managerial partners in my firm. We have eight (8) bookkeepers on staff whom I directly supervise. In addition, I work with outside bookkeepers for clients. I am familiar with the responsibilities of a bookkeeper and their functions within an organization. Of course, the responsibilities will vary with the position and work performed yet the overall functions of a bookkeeper are consistent.

3. I am a non-retained expert that was hired to assist in evaluating the services of Doron. To assist in doing so, I have reviewed the following:

    a. The exhibits listed by the FTC in its MSJ that relate to Doron (listed in Paragraph 34 of the Separate Statement);

    b. Paragraph 34 of the Separate Statement

    c. The declaration of Doron filed concurrently herewith.

4. Based upon my review of the documents listed herein I have not seen anything that would cause me to believe that Doron provided any services for the various entities herein other than that as a bookkeeper.

5. I have not seen any documents, nor read any of the information contained within the FTC's Separate Statement that would indicate that Doron had any managerial functions of the various entities.

6. I have not seen any documents, nor read any of the information contained within the FTC's Separate Statement that would indicate that Doron influenced or even contributed to the contents of the web sites, made decisions regarding the charging, refunding or even dealt with any of the customers of BunZai or the other Corporate Defendants, other than Secured Commerce LLC.

7. Based upon the information I have reviewed Doron only performed bookkeeping services.

8. Receiving financial information, paying bills (including possessing checks, credit cards or other means of paying bills), possessing banking information

1 as well as ability to make deposits, possessing merchant account information,
2 accounting for revenues and expenses, preparation of financial schedules, reviewing
3 financial schedules, possession and review of spreadsheets, possessing corporate
4 documents, salary reports, reviewing and paying salaries (including possessing
5 employee information), possessing insurance information, and sending and
6 receiving emails regarding financial issues are all consistent with bookkeeping, and
7 not managerial functions.

    9.    The documents reviewed are not consistent with Doron performing managerial functions or having control over any of the entities.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this ___ day of April, 2016 at Los Angeles, California.

_____
Daniel M. Howard

---
3
DECLARATION OF DANIEL M. HOWARD

# CERTIFICATE OF SERVICE

     I hereby certify that on **May 2, 2016**, I electronically filed the foregoing document entitled **DECLARATION OF DANIEL M. HOWARD, CPA IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF System.

                                  */s/ Robert L. Esensten*
                                  Robert L. Esensten