ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**DEFENDANTS ROI REUVENI AND ALON NOTTEA'S JOINDER IN OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF, FEDERAL TRADE COMMISSION [DOC ## 353, 364, 392, 397, 398]** |

NOTICE OF JOINDER

Defendants Alon Nottea ("Alon") and Roi Reuveni ("Reuveni") hereby join in the Oppositions to the Plaintiff's Motion for Summary Judgment [Doc##353, 364] filed by Defendants, Doron Nottea [Doc#398 (and 398-1 through and including 398-5], Igor Latsanovski and CalEnergy, Inc. [Doc#397 (and 397-1 through and including 397-21)], and Defendants Alan Argaman, Secured

Merchants, LLC, and Chargeback Armor, Inc. [Doc#392 (and 392-1 through and including 392-4)].

DATED: May 2, 2016

/s/ *Robert M. Ungar*
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I electronically filed the foregoing documents entitled:

**DEFENDANTS ROI REUVENI AND ALON NOTTEA'S JOINDER IN OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF, FEDERAL TRADE COMMISSION**

with the Clerk of the Court by using the CM/ECF System.

                                        */s/ Robert M. Ungar*
                                          Robert M. Ungar