**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Luis Gallegos, Oklahoma Bar No., 19098 <br> Federal Trade Commission <br> 1999 Bryan Street, Suite 2150 <br> Dallas, TX 75201 <br> TELEPHONE NO.: (214) 979-9383    FAX NO. *(Optional):* (214) 953-3079 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA <br> STREET ADDRESS: 501 I Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Sacramento CA 95814 <br> BRANCH NAME: Sacramento Division | |
| PLAINTIFF/PETITIONER: Federal Trade Commission <br><br> DEFENDANT/RESPONDENT: Bunzai Media Group, Inc., et al. | CASE NUMBER: <br><br> CV 15-4527-GW (PLAx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 155639 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* First Amended Complaint for Permanent Injunction and Other Equitable Relief; Order Granting Motion to Serve Defendant AMD Financial Network, Inc. Through the CA SOS
3. a. Party served *(specify name of party as shown on documents served):*
      AMD Financial Networ, Inc.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      California Secretary of State, by serving Donna Mobley, Deputy, Authorized to Accept

4. Address where the party was served: 1500 11th Street
   Sacramento, CA 95814
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 1/11/2016    (2) at *(time):* 3:07 p.m.
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Federal Trade Commission | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bunzai Media Group, Inc., et al. | CV 15-4527-GW (PLAx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: Steve Glaeser, OnDemand Legal, Inc.
   b. Address: 901 F Street, Suite 110, Sacramento, CA 95814
   c. Telephone number: 916-329-8630
   d. The fee for service was: $105.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No.: 2013-44
         (iii) County: Sacramento

8. ☒ **I declare** under penalty of perjury under the laws of the United States of America the forgoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: January 12, 2016

Steve Glaeser    ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)