1  DAVID C. SHONKA
   Acting General Counsel
2  DAMA J. BROWN
   Regional Director
3  REID TEPFER
4  rtepfer@ftc.gov
   Texas Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov
6  Oklahoma Bar No. 19098
   EMILY ROBINSON
7  erobinson@ftc.gov
   Texas Bar No. 24046737
8  Federal Trade Commission
   1999 Bryan Street, Suite 2150
9  Dallas, Texas 75206
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
10 (214) 979-9386 (Robinson)
   (214) 953-3079 (fax)
11 RAYMOND McKOWN
   rmckown@ftc.gov
12 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
13 Los Angeles, California 90024
   (310) 824-4343(voice)
14 (310) 824-4380 (fax)
   Attorneys for Plaintiff Federal Trade Commission

15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
16     **WESTERN DIVISION**

17

| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
|---|---|
18 | | |
|              **Plaintiff,** | **PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF** |
19 | v. | **DEFAULT AGAINST DEFENDANT ALL STAR** |
20 | **BUNZAI MEDIA GROUP, INC.,** *et al.* | **BEAUTY PRODUCTS, INC.** |
| **Defendants.** | |

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant All Star Beauty Products, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  As shown in the accompanying affidavit of the undersigned counsel, All Star Beauty Products, Inc., was served with the Summons and the First Amended Complaint for Permanent Injunction and Other Equitable Relief on November 11, 2015.  All Star Beauty Products, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served.  Therefore, the FTC requests that the Clerk enter default against Defendant All Star Beauty Products, Inc.

Respectfully submitted,

Dated: May 5, 2016

/s/ REID TEPFER
REID A. TEPFER
LUIS H. GALLEGOS
EMILY B. ROBINSON
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9386 (Robinson)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov
erobinson@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

| | |
|---|---|
| Erik S Syverson<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>esyverson@raineslaw.com<br>Counsel for Oz Mizrahi | Sagar Parikh<br>Beverly Hills Law Corp. PC<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, CA 90210<br>SP@BeverlyHillsLawCorp.com<br>Attorney for Paul Medina, Secured Merchants, LLC,<br>and Chargeback Armor, Inc. |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>rmu@crosswindlaw.com<br>Counsel for Alon Nottea and Roi Rueveni | Charlene Cantrell Koonce<br>Receiver<br>Scheef & Stone<br>500 N. Akard, Suite 2700<br>Dallas, Texas 75201<br>charlene.koonce@solidcounsel.com<br>Receiver |
| Robert Esensten<br>Esensten Law<br>12100 Wilshire Blvd., Suite 1660<br>Los Angeles, CA 90025<br>resensten@esenstenlaw.com<br>Counsel for Doron Nottea and Motti Nottea | Kelly M. Crawford<br>Scheef and Stone<br>500 N. Akard, Suite 2700<br>Dallas, Texas 75201<br>kelly.crawford@solidcounsel.com<br>Counsel to Receiver |
| Jeffrey Benice<br>Law Offices of Jeffrey S. Benice<br>A Professional Law Corporation<br>3080 Bristol Street<br>Sixth Floor, Suite 630<br>Costa Mesa, CA 92626<br>Telephone: (714) 641-3600 Ext. 214<br>Counsel for Igor Latsanovski and CalEnergy, Inc |  /S/ REID TEPFER<br>REID TEPFER |

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT ALL STAR BEAUTY PRODUCTS, INC.