1  DAVID C. SHONKA
   Acting General Counsel
2  DAMA J. BROWN
   Regional Director
3  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
4  LUIS GALLEGOS
   lgallegos@ftc.gov
5  Oklahoma Bar No. 19098
   EMILY ROBINSON
6  erobinson@ftc.gov
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
8  (214) 979-9386 (Robinson)
   (214) 953-3079 (fax)
9  RAYMOND McKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
11 (310) 824-4325 (voice)
   (310) 824-4380 (fax)
12 Attorneys for Plaintiff Federal Trade Commission

13  **UNITED STATES DISTRICT COURT**
    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No. CV 15-4527-GW(PLAx)** |
| **Plaintiff,** | **[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT ALL STAR BEAUTY PRODUCTS, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

1  Now, upon request by attorneys for the Federal Trade Commission, the
2  default of Defendant All Star Beauty Products, Inc., is hereby entered pursuant to
3  Federal Rule of Civil Procedure 55(a).

Date:_____   _____
                                          Clerk of the Court