DAVID C. SHONKA
Acting General Counsel
DAMA J. BROWN
Regional Director
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4325 (voice)
(310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC.** |

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT FOCUS MEDIA SOLUTIONS, INC.
Page | 1

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2. On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (Complaint) in the United States District Court for the Central District of California against, among others, Defendant Focus Media Solutions, Inc. The Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3. The Clerk of Court issued a Summons for Focus Media Solutions, Inc., on November 5, 2015. On November 12, 2015, the Summons and Complaint were served on Focus Media Solutions, Inc. (*See* Doc. 373).

4. Focus Media Solutions, Inc., has not filed an answer or otherwise responded to the Complaint.

5. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Focus Media Solutions, Inc., to answer or otherwise respond to the Complaint has expired, and the Court has not extended it.

6. Since the filing of the Complaint, the FTC has not received any communication or documents from any attorney representing Focus Media Solutions, Inc., in defense of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 5, 2016                                    /s/ REID TEPFER_____
                                                     REID A. TEPFER