1  DAVID C. SHONKA
   Acting General Counsel
2  DAMA J. BROWN
   Regional Director
3  REID TEPFER
   rtepfer@ftc.gov
   Texas Bar No. 24079444
4  LUIS GALLEGOS
   lgallegos@ftc.gov
5  Oklahoma Bar No. 19098
   EMILY ROBINSON
6  erobinson@ftc.gov
   Federal Trade Commission
7  1999 Bryan Street, Suite 2150
   Dallas, Texas 75206
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
8  (214) 979-9386 (Robinson)
   (214) 953-3079 (fax)
9  RAYMOND MCKOWN
   rmckown@ftc.gov
10 California Bar No. 150975
   10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
11 (310) 824-4325 (voice)
   (310) 824-4380 (fax)
12 Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | [PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC. |
| v. | |
| BUNZAI MEDIA GROUP, INC., *et al.* | |
| Defendants. | |

1  Now, upon request by attorneys for the Federal Trade Commission, the
2  default of Defendant Focus Media Solutions, Inc., is hereby entered pursuant to
3  Federal Rule of Civil Procedure 55(a).

   Date:_____        _____
                                      Clerk of the Court