1  DAVID C. SHONKA
   Acting General Counsel
2  DAMA J. BROWN
   Regional Director
   REID TEPFER
3  rtepfer@ftc.gov
   Texas Bar No. 24079444
4  LUIS GALLEGOS
   lgallegos@ftc.gov
5  Oklahoma Bar No. 19098
   EMILY ROBINSON
   erobinson@ftc.gov
6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75206
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
8  (214) 979-9386 (Robinson)
   (214) 953-3079 (fax)
   RAYMOND MCKOWN
9  rmckown@ftc.gov
   California Bar No. 150975
10 10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
11 (310) 824-4325 (voice)
   (310) 824-4380 (fax)
12 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| **Plaintiff,** | **DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT MERHCANT LEVERAGE GROUP, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT MERCHANT LEVERAGE GROUP, INC.
Page | 1

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2. On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (Complaint) in the United States District Court for the Central District of California against, among others, Defendant Merchant Leverage Group, Inc. The Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3. The Clerk of Court issued a Summons for Merchant Leverage Group, Inc., on November 5, 2015. On November 12, 2015, the Summons and Complaint were served on Merchant Leverage Group, Inc. (*See* Doc. 374).

4. Merchant Leverage Group, Inc., has not filed an answer or otherwise responded to the Complaint.

5. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Merchant Leverage Group, Inc., to answer or otherwise respond to the Complaint has expired, and the Court has not extended it.

6. Since the filing of the Complaint, the FTC has not received any communication or documents from any attorney representing Merchant Leverage Group, Inc., in defense of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 5, 2016                                    /s/ REID TEPFER_____
                                                      REID A. TEPFER