DAVID C. SHONKA
Acting General Counsel
DAMA J. BROWN
Regional Director
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov
Texas Bar No. 24046737
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| **Plaintiff,** | **PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SECURED COMMERCE, LLC** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

1
2    Plaintiff Federal Trade Commission (FTC) requests that the Clerk of
3    Court enter default against Defendant Secured Commerce, LLC, pursuant to
4    Federal Rule of Civil Procedure 55(a).  As shown in the accompanying affidavit
5    of the undersigned counsel, Secured Commerce, LLC, was served with the
6    Summons and the First Amended Complaint for Permanent Injunction and Other
7    Equitable Relief on November 11, 2015.  Secured Commerce, LLC, has failed to
8    plead or otherwise defend in this action, and more than 21 days have elapsed since
9    it has been served.  Therefore, the FTC requests that the Clerk enter default
10   against Defendant Secured Commerce, LLC

11                                           Respectfully submitted,

12   Dated: May 5, 2016                      /s/ REID TEPFER
                                             REID A. TEPFER
13                                           LUIS H. GALLEGOS
                                             EMILY B. ROBINSON
14                                           Attorneys for the Plaintiff
                                             Federal Trade Commission
15                                           1999 Bryan Street, Suite 2150
                                             Dallas, Texas 75201
16                                           (214) 979-9395 (Tepfer)
                                             (214) 979-9383 (Gallegos)
17                                           (214) 979-9386 (Robinson)
                                             (214) 953-3079 (facsimile)
18                                           rtepfer@ftc.gov
                                             lgallegos@ftc.gov
19                                           erobinson@ftc.gov

20

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 5, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and Motti Nottea

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214
Counsel for Igor Latsanovski and CalEnergy, Inc

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Paul Medina, Secured Merchants, LLC,
and Chargeback Armor, Inc.

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Kelly M. Crawford
Scheef and Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
kelly.crawford@solidcounsel.com
Counsel to Receiver

  /S/ REID TEPFER
REID TEPFER

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT SECURED COMMERCE, LLC
Page | 3