DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | **NOTICE OF MOTION AND JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANT ROI REUVENI PENDING FINAL ORDER** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

**JOINT MOTION TO STAY PROCEEDINGS
AS TO DEFENDANT ROI REUVENI**

Page | 1

Plaintiff Federal Trade Commission ("FTC"), on behalf of the FTC and Defendant Roi Reuveni, files this Joint Motion to Stay Proceedings Pending Final Order. The parties request that the Court stay all pending deadlines as to Defendant Reuveni contained in the Scheduling Order in this matter (Doc. No. 223) until June 21, 2016, to provide the Commission with sufficient time to review and vote on the Stipulated Order. In support of this Agreed Motion, and to show good cause, the parties state:

1. Defendant Roi Reuveni signed a Stipulated Order for Permanent Injunction and Monetary Judgment ("Stipulated Order"), which the undersigned counsel for the Plaintiff will recommend to the full Commission.

2. Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the five-member, presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Stipulated Order can be submitted to the Court for approval and issuance, the Commissioners must vote to accept it.

In order to provide time for Commission approval, Plaintiff and Defendant Roi Reuveni move to stay all discovery, dispositive motion, pretrial, and trial deadlines as to Defendant Roi Reuveni until June 21, 2016.

An appropriate proposed Order is attached.

Respectfully submitted,

**For Plaintiff FTC:**

Dated: 5/13/16                               */s/ Reid Tepfer*_____
                                             REID A. TEPFER
                                             LUIS H. GALLEGOS
                                             Attorneys for the Plaintiff
                                             Federal Trade Commission
                                             1999 Bryan Street, Suite 2150
                                             Dallas, Texas 75201
                                             (214) 979-9395 (Tepfer)
                                             (214) 979-9383 (Gallegos)
                                             (214) 953-3079 (facsimile)
                                             rtepfer@ftc.gov
                                             lgallegos@ftc.gov

**For Defendant Roi Reuveni:**

Dated: 5/13/16                                */s/ Robert M. Unger*_____
                                             Robert M. Unger
                                             Crosswind Law
                                             14724 Ventura Blvd Penthouse
                                             Sherman Oaks, CA 91403
                                             rmu@crosswindlaw.com
                                             *Counsel for Roi Reuveni*

**JOINT MOTION TO STAY PROCEEDINGS
AS TO DEFENDANT ROI REUVENI**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 13, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Rueveni*

Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

1  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
2  A Professional Law Corporation
   3080 Bristol Street
3  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
4  Telephone: (714) 641-3600 Ext. 214
   *Counsel for Igor Latsanovski and*
5  *CalEnergy, Inc.*

6  Sagar Parikh
   Beverly Hills Law Corp.
7  433 N. Camden Dr., 6th Floor
   Beverly Hills, CA 90210
8  *Counsel for Chargeback Armor, Inc.,*
   *Secured Merchants LLC, Paul Medina,*
9  *and Alan Argaman*

10                                         /S/ REID TEPFER
                                              REID TEPFER
11

12

13

14

15

16

17

18

19

20

**JOINT MOTION TO STAY PROCEEDINGS**
**AS TO DEFENDANT ROI REUVENI**
Page | 5