# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | **(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANT ROI REUVENI** |
| v. | |
| BUNZAI MEDIA GROUP INC., *et al.*, | |
| Defendants. | |

Considering the Joint Motion to Stay Proceedings as to Defendant Roi Reuveni Pending Final Order filed by Plaintiff Federal Trade Commission;

The Joint Motion to Stay Proceedings as to Defendant Roi Reuveni is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendant Roi Reuveni until June 21, 2016.

**IT IS SO ORDERED.**

Dated: _____ _____
The Honorable George Wu
Judge, United States District Court