DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF PLAINTIFF'S PROPOSED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO DEFENDANT PAUL MEDINA**<br><br>DATE: JUNE 6, 2016<br>TIME: 8:30 a.m.<br>COURTROOM: 10<br>JUDGE: HON. GEORGE WU |

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING**
**OF PROPOSED STIPULATED ORDER**
**AS TO DEFENDANT PAUL MEDINA**

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached [Proposed] Stipulated Order For Permanent Injunction and Monetary Judgment as to Stipulating Defendant Paul Medina.

Respectfully submitted,

Dated: 5/13/16

    */s/ Reid Tepfer*
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER AS TO DEFENDANT PAUL MEDINA**

1

## CERTIFICATE OF SERVICE

2  The undersigned certifies that on May 13, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District

3  Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

4

5  Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor

6  Beverly Hills, CA 90212
esyverson@raineslaw.com

7  Counsel for Oz Mizrahi

8  Robert M. Ungar
Crosswind Law

9  14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403

10  rmu@crosswindlaw.com
Counsel for Alon Nottea and

11  Roi Rueveni

12  Robert Esensten
Esensten Law

13  12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025

14  resensten@esenstenlaw.com
Counsel for Doron Nottea and

15  Motti Nottea

16  Charlene Cantrell Koonce
Receiver

17  Scheef & Stone
500 N. Akard, Suite 2700

18  Dallas, Texas 75201
charlene.koonce@solidcounsel.com

19  Receiver

20  Sagar Parikh

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING
OF PROPOSED STIPULATED ORDER
AS TO DEFENDANT PAUL MEDINA**

Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214


/S/ REID TEPFER
REID TEPFER

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER AS TO DEFENDANT PAUL MEDINA**

Page | 4