JEFFREY S. BENICE, ESQ., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI'S IN SUPPORT OF DEFENDANTS LATSANOVSKI'S AND CALENERGY, INC.'S REPLY MEMORANDUM |
| v. | |
| BUNZAI MEDIA GROUP INC., et al., | |
| Defendants. | |
| | Date: May 23, 2016 |
| | Time: 8:30 A.M. |
| | Courtroom: 10 |
| | [Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10] |
| | First Amended Complaint Filed: October 9, 2015 |

SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM

**SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI**

I, Igor Latsanovski, declare and state, as follows:

1. I am a defendant herein. I have personal knowledge of the facts set forth herein. I am the president and sole shareholder of Defendant Calenergy, Inc. ("*Calenergy*"). If called as a witness, I would and could testify thereto as follows. I make this declaration in support of my and Defendant Calenergy, Inc.'s Reply Memorandum to Plaintiff Federal Trade Commission's Opposition to Defendants' Motion for Summary Judgment, or in the Alternative Partial Summary Judgment.

**A.** *$1,450 In American Express Charges.*

2. The FTC points to American Express credit card payments made purportedly on my behalf by Zen Mobile Media as evidence of a business relationship apparently permitting imposition of liability on myself. However, the American Express Card payments involved a $1,450 business expense reimbursement to an employee named Phillip Camerino. At no time did I receive any credit card reimbursement from Defendant Bunzai or any affiliate. Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct copy Credit Card Statement.

**B.** *Latsanovski Did Not Violate a Court Order.*

3. Attached hereto as Exhibit "B" and incorporated herein by reference is a true and correct copy of the June 30, 2015 Stipulation to Release Funds. The FTC contends that I violated the order. [FTC Opp. at 27: lns. 10-17.] False. I wired $900,000 to the escrow to close Rosewood by June 30, 2015 pursuant to the Order at p.2, line 14. After the wire I learned the escrow needed $707,000 not $900,000. The order at lines 13-14 was incorrect in designating the closing amounts due for Redwood and Rosewood. I thereafter wired the correct sums that are correctly noted at lines 26-27; $707 for Rosewood and $900,000 to Redwood. Both escrows closed. The Order simply contained a typographical error. The FTC's representation to the Court that I violated the Order is false. I fully complied with the Order's terms.

1

**SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM**

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 12th day of May, 2016, at Costa Mesa, CA.

*[signature]*

IGOR LATSANOVSKI

2

**SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 13, 2016, a true and correct copy of the foregoing document described as SUPPLEMENTAL declaration OF IGOR LATSANOVSKI'S IN SUPPORT OF DEFENDANTS LATSANOVSKI'S and CALENERGY, INC.'S REPLY MEMORANDUM were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

**Local Counsel For Receiver**
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

**Counsel For Chargeback Armor, Inc.**
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

**Federal Trade Commission**
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

**Counsel For Doron and Motti Nottea**
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

**Counsel For Alon Nottea and Roi Rueveni**
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 13th day of May, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant

3

SUPPLEMENTAL DECLARATION OF IGOR LATSANOVSKI IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM