# EXHIBIT

## "A"

Transaction Details          Gold Delta Skymiles® / May 1, 2015 to May 4, 2016

Prepared for
Philip Gamborino

Account Number
XXXX-XXXXXX-12012

| Date | Description | Amount |
|---|---|---|
| 1- | May 06 2015 | ONLINE PAYMENT - THANK YOU | -$1,100.00 |
| | May 07 2015 | COSTCO WHSE #0048 00VAN NUYS CA | $92.73 |
| | May 13 2015 | CHIOS PERUVIAN GRI 5VAN NUYS CA | $20.00 |
| | May 13 2015 | COSTCO WHSE #0048 00VAN NUYS CA | -$54.26 |
| | May 13 2015 | MAIL BOXES INTERNATITARZANA CA | $270.00 |
| | May 13 2015 | T-MOBILE.COM PAYMENTT-MOBILE | $114.85 |
| | May 13 2015 | TACO BELL 28472 0000RESEDA CA | $3.04 |
| | May 13 2015 | UNION 76 10093052 LOS ANGELES CA | $24.98 |
| | May 14 2015 | COLDSTONE #21284 048NORTH HILLS CA | $5.99 |
| | May 14 2015 | STARBUCKS #06745 RESReseda CA | $6.70 |
| | May 15 2015 | EXXONMOBIL 9764 SEPULVEDA CA | $24.91 |
| | May 16 2015 | LEELIN'S BAKERY LEELPANARAMA CA | $14.56 |
| | May 18 2015 | WENDYS-WHITEOAK4027 VAN NUYS CA | $7.18 |
| | May 19 2015 | CINNABON #036 000000NORTHRIDGE CA | $4.79 |
| | May 19 2015 | JACK IN THE BOX #535RESEDA CA | $1.08 |
| | May 20 2015 | CHOWKING (STORE REF.NORTH HILLS CA | $7.07 |
| | May 20 2015 | EL POLLO LOCO 3425 0RESEDA CA | $7.62 |
| | May 20 2015 | STARBUCKS #06745 RESReseda CA | $4.25 |
| | May 20 2015 | UNION 76 10093052 LOS ANGELES CA | $9.99 |
| | May 21 2015 | STARBUCKS #06745 RESReseda CA | $4.25 |
| | May 21 2015 | UNION 76 10093052 LOS ANGELES CA | $19.98 |
| | May 21 2015 | UNION 76 10093052 LOS ANGELES CA | $49.68 |
| | May 22 2015 | EL CARRUSEL BAKERY RESEDA CA | $13.50 |
| | May 22 2015 | PANDA EXPRESS 1045 1NORTH HILLS CA | $14.82 |
| | May 24 2015 | FARMER BOYS - COMMERCOMMERCE CA | $6.45 |
| | May 25 2015 | USA GASOLINE #68201 SAN DIEGO CA | $13.83 |
| | May 25 2015 | USA GASOLINE #68201 SAN DIEGO CA | $50.00 |
| | May 27 2015 | MCDONALD'S F7074 000NORTHRIDGE CA | $2.92 |
| | May 27 2015 | PARTY CITY 0000056399734538600 | $95.75 |
| 2- | May 29 2015 | ONLINE PAYMENT - THANK YOU | -$350.00 |
| | May 30 2015 | COSTCO WHSE #0488 00SAN DIEGO CA | $158.29 |
| | May 30 2015 | DELICIOUS BAKERY 0848183495700 | $140.00 |
| | May 30 2015 | GROWERS DIRECT FLOWELOS ANGELES CA | $30.00 |
| | May 30 2015 | MICHAELS STORES 3007LOS ANGELES CA | $7.61 |
| | May 30 2015 | MICHAELS STORES 3207SAN DIEGO CA | $24.59 |
| | May 30 2015 | NORDSTROM 360 360 SAN DIEGO CA | $438.48 |
| | May 30 2015 | SAUSAGE MASTERS Los Angeles CA | $7.08 |
| | May 30 2015 | WALL FABRICS INC 213-622-1040 | $38.15 |
| | May 31 2015 | TRADER JOE'S #221 QSAN DIEGO CA | $155.32 |
| | May 31 2015 | USA GASOLINE #68201 SAN DIEGO CA | $50.00 |
| | Jun 01 2015 | ARBYS 0398 0459 RESEDA CA | $6.53 |
| | Jun 02 2015 | PANDA EXPRESS 219 21NORTHRIDGE CA | $7.41 |
| | Jun 02 2015 | PARTY CITY 0000056399734538600 | -$47.90 |

# Expanded Business Services® Package

Account number: **9972875422** ■ May 1, 2015 - May 31, 2015 ■ Page 1 of 4



ZEN MOBILE MEDIA INC
18375 VENTURA BLVD # 660
TARZANA CA 91356-4218

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $16,601.98 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 10,913.04 |
| **Ending balance on 5/31** | **$5,688.94** |
| Average ledger balance this period | $13,023.67 |

Account number:

**ZEN MOBILE MEDIA INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Redacted



EXHIBIT
7

(114) Ins =3
Sheet Seq = 0188286
Sheet 00001 of 00002



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Recurring Payment authorized on 04/30 J2 *Metrofax 888-929-4141 CA Card 9225 | | 46.80 | 16,555.18 |
| 5/4 | | Recurring Payment authorized on 05/02 Intuit *Qb Online 800-286-6800 CA Card 9225 | | 29.99 | 16,525.19 |
| 5/6 | | American Express ACH Pmt Igor Latsanovski | | 1,100.00 | 15,425.19 |
| 5/8 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | 15,412.19 |
| 5/20 | 7122 | Check | | 5,145.00 | 10,267.19 |
| 5/26 | | Purchase authorized on 05/23 Dickens Box Sherman Oaks CA Card 9225 | | 51.00 | 10,216.19 |
| 5/28 | 7123 | Check | | 4,157.25 | 6,058.94 |
| 5/29 | | American Express ACH Pmt Igor Latsanovski | | 350.00 | |
| 5/29 | | Monthly Service Fee | | 20.00 | 5,688.94 |
| Ending balance on 5/31 | | | | | 5,688.94 |
| **Totals** | | | **$0.00** | **$10,913.04** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 7122 | 5/20 | 5,145.00 | 7123 | 5/28 | 4,157.25 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/01/2015 - 05/31/2015 | Standard monthly service fee $20.00 | You paid $20.00 |
|---|---|---|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $20,000.00 | $13,024.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $20,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WU/WU