# EXHIBIT "B"

1  **SCHEPER KIM & HARRIS LLP**
   MARC S. HARRIS (State Bar No. 136647)
2  mharris@scheperkim.com
   ANNAH S. KIM (State Bar No. 190609)
3  akim@scheperkim.com
   601 West Fifth Street, 12th Floor
4  Los Angeles, CA  90071-2025
   Telephone: (213) 613-4655
5  Facsimile:  (213) 613-4656

6  **Attorneys for Defendants**
   **Igor Latsanovski and Calenergy, Inc.**
7

8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11 | FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
12 |                            | **STIPULATION TO RELEASE**
   | Plaintiff,                 | **FUNDS FROM ACCOUNT OF**
13 |                            | **SUNSET HOLDINGS PARTNERS**
   | v.                         | **LLC TO COMPLETE REAL**
14 |                            | **ESTATE TRANSACTIONS**
   | BUNZAI MEDIA GROUP INC., et al., |
15 |                            |
   | Defendants.                |
16

17       WHEREAS, on June 16, 2015, as part of the Temporary Restraining Order
18 and asset freeze imposed by the Court in the above-captioned matter, a Wells Fargo
19 bank account belonging to Sunset Holdings Partners LLC (account number ending
20 in 9222) (the "Sunset Holdings Account") was frozen.  Igor Latsanovski is a
21 signatory on the Sunset Holdings Account.  According to the Operating Agreement
22 of Sunset Holdings Partners LLC, Calenergy, Inc. owns a 99% ownership in Sunset
23 Holdings Partners, LLC.[1]  The parties dispute whether a subsequent amendment to
24 the Operating Agreement has effectively transferred Calenergy's shares to

---

[1] Management and control over Calenergy, Inc. has been transferred to the Temporary Receiver pursuant to the Temporary Restraining Order.

28
                                         1
**STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC**
**TO COMPLETE REAL ESTATE TRANSACTIONS**

Latsanovski and a third party.

WHEREAS, Sunset Holdings Partners LLC ("Sunset Holdings") has entered into the following two real estate transactions, which are scheduled to close escrow on June 30, 2015: (1) the purchase of a property located at 3777 Rosewood Avenue, Los Angeles, CA 90066. (the "Rosewood Property"); and (2) the purchase of a property located at 3783 Redwood Ave, Los Angeles, CA 90066 (the "Redwood Property"). Sunset Holdings intended to use funds in the Sunset Holdings Account to close these transactions.

WHEREAS Sunset Holdings deposited $300,000 in an escrow account under the name of "LA Citiwide Escrow Marina-MA-001032-EA" ("Redwood Escrow") for the Redwood Property and deposited $100,000 in an escrow account in the name of Parkfield Escrow, Inc. ("Rosewood Escrow") for the Rosewood Property;

WHEREAS Sunset Holdings must deposit $707,000 in the Redwood Escrow for the purchase of the Redwood Property and $900,000 in the Rosewood Escrow for the purchase of the Rosewood Property by June 30, 2015 or Sunset Holdings may forfeit the $400,000 in deposits already made for the Rosewood and Redwood Properties; and

WHEREAS, the parties wish to avoid this potential forfeiture of the escrow deposits.

THEREFORE, IT IS HEREBY STIPULATED by and among the Temporary Receiver, the FTC, defendants Latsanovski and Calenergy, Inc., by their respective attorneys of record, and by Sunset Holdings as follows:

1. The FTC and Temporary Receiver will direct Wells Fargo to lift the asset freeze with respect to the Sunset Holdings Account to allow the transfer of the following funds for the following purposes:

(a) $707,000 to the account of Parkfield Escrow, 13515 LA, to complete the purchase of the Rosewood property.

(b) $900,000 to the account of LA Citiwide Escrow Marina, MA-10032-EA

STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC
TO COMPLETE REAL ESTATE TRANSACTIONS

1  to complete the purchase of the Redwood property.
2      The FTC and Temporary Receiver make no warranty or representation that
3  the freeze on the Sunset Holdings Account will be lifted in sufficient time to avoid a
4  forfeiture of the escrow deposits.
5      2.   The parties agree that if the transactions referenced above are completed,
6  the Rosewood Property and the Redwood Property will be deeded in Sunset
7  Holdings' name and subject to the asset freeze as set forth in Section IV of the June
8  16, 2015 Court-ordered asset freeze (Doc. No. 24), and will not be transferred, sold,
9  encumbered, leased, or conveyed without the consent of the Temporary Receiver
10 and the FTC, unless permitted by an order of the Court.
11     3.   This stipulation relates only to the release of the specific funds for the
12 specific purposes referenced in paragraph 1, above.

DATED: June 29, 2015         SCHEPER KIM & HARRIS LLP
                             MARC S. HARRIS
                             ANNAH S. KIM


                             By:  /s/ Marc S. Harris
                                  Marc S. Harris
                                  Attorneys for Defendants Igor Latsanovski
                                  and Calenergy, Inc.

DATED: June 29, 2015         FEDERAL TRADE COMMISSION
                             REID TEPFER
                             RAYMOND McKOWN



                             By:  /s/ REID TEPFER

                                  Attorneys for Plaintiff Federal Trade
                                  Commission

3
**STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS**

| | | |
|---|---|---|
| 1 | DATED: June 29, 2015 | SCHEEF & STONE LLP |
| 2 | | CHARLENE KOONCE |

By: /s/ Charlene Koonce
Charlene Koonce
Receiver

DATED: June 29, 2015    SUNSET HOLDINGS PARTNERS, LLC

By: _____
Igor Latsanovski
Member and Authorized Signatory

I hereby attest that all of the signatories electronically listed above concur in this filing's content and have authorized the filing in compliance with Local Rule 5-4.3.4.(a)(2)(i).

/s/ Marc S. Harris
Marc S. Harris

4
STIPULATION TO RELEASE FUNDS FROM ACCOUNT OF SUNSET HOLDINGS PARTNERS LLC TO COMPLETE REAL ESTATE TRANSACTIONS