# EXHIBIT "A"

Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California  92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>      Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S AMENDED SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>**First Amended Complaint Filed:** October 9, 2015 |

---

DEFENDANTS LATSANOVSKI AND CALENERGY'S AMENDED SUPPLEMENTAL
INITIAL DISCLOSURES

# AMENDED SUPPLEMENTAL DISCLOSURE

**I.** _**Federal Rule of Civil Procedure 26(a)(1)(A)(i) - Individuals likely to have discoverable information.**_

A general description of the individuals and the subject(s) of the likely discoverable information are as follows:

     (1)    Alon Nottea c/o Robert M. Ungar, Crosswind Law, 14724 Ventura Blvd., Penthouse, Sherman Oaks, CA 91403, Telephone (818) 646-4750;

     (2)    Doron Nottea c/o Randi R. Geffner, Esenten Law, 12100 Wilshire Blvd., Suite 1660, Los Angeles, CA 90025, telephone (310) 273-3090;

     (3)    Motti Nottea c/o Randi R. Geffner, Esenten Law, 12100 Wilshire Blvd., Suite 1660, Los Angeles, CA 90025, Telephone (310) 273-3090; and

     (4)    Khristopher Bond 14006 Riverside Drive, Sherman Oaks, CA 91423,

who will testify that Defendants:

(1) were investors in Defendant Bunzai Media Group, Inc., (2) exerted no control over Bunzai and participated in no Bunzai business or marketing decisions; (3)  that the credit line Defendants extended to Bunzai  in 2010-2011 was $500,000; and (4)  Defendants had no knowledge or reason to believe Bunzai was conducting it business activities in any improper or wrongful manner.

Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

**II.** _**Federal Rule of Civil Procedure 26(a)(1)(A)(ii) – Description of documents.**_

The following are descriptions by category of documents, electronically stored information, and tangible things in possession, custody, or control of Defendants,' that Defendants' may use to support its claims described herein. All documents identified below are or will be located in the Defendants' counsel's office located at 3080 Bristol Street, Ste. 630, Costa Mesa, CA 92626.

     1.    Declarations of Lawrence Rubin; Khristopher Bond; Gleb Lipskiy; Ilia

1

Klykov; and Mariya Aleksandrovna re: Sunset Investments, LLC and/or Igor Latsanovsky.

2.   All filings of records submitted by Defendants in the present case.

3.   Deposition transcripts of Alon Nottea, Doron Nottea, Igor Latsanovski, CalEnergy, Inc., Roi Reuveni, Paul Medina, Alan Argaman, Nattasia Yalley, and Andrew Stanley.

4.   Answer filed to Plaintiff's Amended Complaint by Alon Nottea.

5.   Answer filed to Plaintiff's Amended Complaint by Motti Nottea.

6.   Answer filed to Plaintiff's Amended Complaint by Doron Nottea.

7.   Answer filed to Plaintiff's Amended Complaint by Roi Reuveni.

8.   Answer filed to Plaintiff's Amended Complaint by Igor Latsanovski.

9.   Answer filed to Plaintiff's Amended Complaint by Paul Medina.

10.  Answer filed to Plaintiff's Amended Complaint by Alan Argaman.

11.  Answer filed to Plaintiff's Amended Complaint by Secured Merchants.

12.  Answer filed to Plaintiff's Amended Complaint by Chargeback Armor.

13.  All Discovery Responses to date.

Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

**III.**   *Federal Rule of Civil Procedure 26(a)(1)(A)(iii)-Computation of monetary relief.*

Defendants position is that the sole and only damaged they can by legally responsible for, if any,  consists of the investment return they received  from Bunzai (and affiliates) during the period 2010 to 2015 totaling approximately $317,000. Defendants are not jointly and severally liable with Bunzai for any wrongful conduct.

Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

2

**IV.**     *Federal Rule of Civil Procedure 26(a)(1)(A)(iii)-Insurance.*

Defendants are not aware of any applicable insurance agreements at this time. Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

DATED: April 6, 2016                    Respectfully submitted,

LAW OFFICES OF JEFFREY S. BENICE
Jeffrey S. Benice
Attorney for Defendants,
Igor Latsanovski and CalEnergy, Inc.

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2016, a true and correct copy of the foregoing document described as DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S AMENDED SUPPLEMENTAL DISCLOSURES were served electronically via e-mail.   The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

*Local Counsel For Receiver*
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA  90036
nameri@agmblaw.com

*Counsel For Oz Mizrahi*
Erik S. Syverson
Raines Feldman LLP
9720 Wilshire Boulevard, Fifth Floor
Beverly Hills, CA  90212
esyverson@raineslaw.com

*Counsel For Chargeback Armor, Inc.*
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA  90210
SP@BeverlyHillsLawCorp.com

*Federal Trade Commission*
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

*Counsel For Alon Nottea and Roi Rueveni*
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA  91403
rmu@crosswindlaw.com

*Counsel For Doron and Motti Nottea*
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA  90025
Telephone:  (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 6th day of April, 2016, in Costa Mesa, California  92626.

Javaise Escoto, Declarant

4

DEFENDANTS LATSANOVSKI AND CALENERGY'S EXPERT WITNESS DISCLOSURES