# EXHIBIT "B"

Jeffrey S. Benice, Esq., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S *SECOND AMENDED* SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>First Amended Complaint Filed: October 9, 2015 |

DEFENDANTS LATSANOVSKI AND CALENERGY'S SECOND AMENDED SUPPLEMENTAL
INITIAL DISCLOSURES

## SECOND AMENDED SUPPLEMENTAL DISCLOSURE

I. *Federal Rule of Civil Procedure 26(a)(1)(A)(i) - Individuals likely to have discoverable information.*

A general description of the individuals and the subject(s) of the likely discoverable information are as follows:

(1) Alon Nottea c/o Robert M. Ungar, Crosswind Law, 14724 Ventura Blvd., Penthouse, Sherman Oaks, CA 91403, Telephone (818) 646-4750;

(2) Doron Nottea c/o Randi R. Geffner, Esenten Law, 12100 Wilshire Blvd., Suite 1660, Los Angeles, CA 90025, telephone (310) 273-3090;

(3) Motti Nottea c/o Randi R. Geffner, Esenten Law, 12100 Wilshire Blvd., Suite 1660, Los Angeles, CA 90025, Telephone (310) 273-3090;

(4) Khristopher Bond 14006 Riverside Drive, Sherman Oaks, CA 91423; and

(5) Ilia Klykov, 613 Yana Raynisa Blvd 54, Moscow, Russia 125373, Telephone +7(495) 495-36-11]; and Mariya Aleksandrovna, 4 Malya Nikolopeskovskiy Lane, Ste. 6, Moscow Russia 119002, Telephone +7(985) 763-44-61,

who will testify that Defendants:

(1) were investors in Defendant Bunzai Media Group, Inc., (2) exerted no control over Bunzai and participated in no Bunzai business or marketing decisions; (3) that the credit line Defendants extended to Bunzai in 2010-2011 was $500,000; and (4) Defendants had no knowledge or reason to believe Bunzai was conducting it business activities in any improper or wrongful manner.

(2) that Sunset Holdings, LLC's capital came from independent third parties.

Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

II. *Federal Rule of Civil Procedure 26(a)(1)(A)(ii) – Description of documents.*

The following are descriptions by category of documents, electronically stored

1

information, and tangible things in possession, custody, or control of Defendants,' that Defendants' may use to support its claims described herein. All documents identified below are or will be located in the Defendants' counsel's office located at 3080 Bristol Street, Ste. 630, Costa Mesa, CA 92626.

1. Declarations of Ilia Klykov [613 Yana Raynisa Blvd 54, Moscow, Russia 125373 Telephone number +7(495) 495-36-11]; and Mariya Aleksandrovna [4 Malya Nikolopeskovskiy Lane, Ste. 6, Moscow Russia 119002 Telephone number +7(985) 763-44-61] re: Sunset Investments, LLC and/or Igor Latsanovsky.
2. All filings of records submitted by Defendants in the present case.
3. Deposition transcripts of Alon Nottea, Doron Nottea, Igor Latsanovski, CalEnergy, Inc., Roi Reuveni, Paul Medina, Alan Argaman, Nattasia Yalley, and Andrew Stanley.
4. Answer filed to Plaintiff's Amended Complaint by Alon Nottea.
5. Answer filed to Plaintiff's Amended Complaint by Motti Nottea.
6. Answer filed to Plaintiff's Amended Complaint by Doron Nottea.
7. Answer filed to Plaintiff's Amended Complaint by Roi Reuveni.
8. Answer filed to Plaintiff's Amended Complaint by Igor Latsanovski.
9. Answer filed to Plaintiff's Amended Complaint by Paul Medina.
10. Answer filed to Plaintiff's Amended Complaint by Alan Argaman.
11. Answer filed to Plaintiff's Amended Complaint by Secured Merchants.
12. Answer filed to Plaintiff's Amended Complaint by Chargeback Armor.
13. All Discovery Responses to date.

Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

### III. *Federal Rule of Civil Procedure 26(a)(1)(A)(iii)-Computation of monetary relief.*

Defendants position is that the sole and only damaged they can by legally responsible for,

2

if any, consists of the investment return they received from Bunzai (and affiliates) during the period 2010 to 2015 totaling approximately $317,000. Defendants are not jointly and severally liable with Bunzai for any wrongful conduct.

    Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

### IV. *Federal Rule of Civil Procedure 26(a)(1)(A)(iii)-Insurance.*

    Defendants are not aware of any applicable insurance agreements at this time. Defendants reserve the right under Fed. R. Civ. Pro. 26(e) to supplement this disclosure with additional information.

DATED: April 20, 2016        Respectfully submitted,

                                                  LAW OFFICES OF JEFFREY S. BENICE
                                                  Jeffrey S. Benice
                                                  Attorney for Defendants,
                                                  Igor Latsanovski and Calenergy, Inc.

---

3

DEFENDANTS LATSANOVSKI AND CALENERGY'S EXPERT SECOND AMENDED INITIAL DISCLOSURES

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 20, 2016, a true and correct copy of the foregoing document described as DEFENDANTS IGOR LATSANOVSKI AND CALENERGY, INC.'S SECOND AMENDED SUPPLEMENTAL DISCLOSURES were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

| | |
|---|---|
| **_Local Counsel For Receiver_** | **_Federal Trade Commission_** |
| Tom Vidal | Reid Tepfer |
| Michael Weiss | Luis Gallegos |
| Nina Nahal Ameri | 1999 Bryan Street, Suite 2150 |
| Abrams Garfinkle Margolis Bergson | Dallas, Texas 75201 |
| 5900 Wilshire Blvd., Suite 2250 | rtpefer@ftc.gov |
| Los Angeles, CA 90036 | lgallegos@ftc.gov |
| nameri@agmblaw.com | |
| | **_Counsel For Alon Nottea and Roi Rueveni_** |
| **_Counsel For Oz Mizrahi_** | Robert M. Ungar |
| Erik S. Syverson | Crosswind Law |
| Raines Feldman LLP | 14724 Ventura Blvd., Penthouse |
| 9720 Wilshire Boulevard, Fifth Floor | Sherman Oaks, CA 91403 |
| Beverly Hills, CA 90212 | rmu@crosswindlaw.com |
| esyverson@raineslaw.com | |
| | **_Counsel For Doron and Motti Nottea_** |
| **_Counsel For Chargeback Armor, Inc._** | Randi R. Geffner |
| Sagar Parikh | Esensten Law |
| Beverly Hills Law Corp. | 12100 Wilshire Blvd. |
| 433 N. Camden Drive, 6th Floor | Suite 1660 |
| Beverly Hills, CA 90210 | Los Angeles, CA 90025 |
| SP@BeverlyHillsLawCorp.com | Telephone: (310) 273-3090 |
| | RGEFFNER@ESENSTEINLAW.COM |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant

4

DEFENDANTS LATSANOVSKI AND CALENERGY'S EXPERT SECOND AMENDED
SUPPLEMENTAL INITIAL DISCLOSURES