1   DAVID C. SHONKA
    Acting General Counsel

2   DAMA J. BROWN
    Dbrown1@ftc.gov
3   Regional Director

4   REID TEPFER
    rtepfer@ftc.gov; Tex. Bar No. 24079444
5   LUIS GALLEGOS
    lgallegos@ftc.gov; Okla. Bar No. 19098
6   EMILY ROBINSON
    erobinson@ftc.gov; Tex. Bar No. 24046737
7   ZACHARY A. KELLER
    zkeller@ftc.gov
8   Texas Bar No. 24087838 (pro hac vice pending)
    Federal Trade Commission
9   1999 Bryan Street, Ste 2150
     Dallas, Texas 75206
10  (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
    (214) 979-9386 (Robinson); (214) 979-9382 (Keller)
11  (214) 953-3079 (fax)
    RAYMOND McKOWN
12  rmckown@ftc.gov; Cal. Bar No. 150975
    10877 Wilshire Boulevard, Ste 700
    Los Angeles, California 90024
    (310) 824-4343(voice); (310) 824-4380 (fax)

13  Attorneys for Plaintiff Federal Trade Commission

14            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**

15

16   **FEDERAL TRADE COMMISSION,**          Case No.  CV 15-4527-GW(PLAx)

                                            **NOTICE OF LODGING AND**
          **Plaintiff,**                    **LODGING OF PLAINTIFF'S**
17                                          **AMENDED REQUEST FOR**
          v.                                **EVIDENTIARY RULING ON**
                                            **SPECIFIC OBJECTIONS**
18
     **BUNZAI MEDIA GROUP, INC.,**          **DATE: MAY 23, 2016**
19   *et al.,*                              **TIME: 8:30 a.m.**
                                            **COURTROOM: 10**
          **Defendants.**                   **JUDGE: HON. GEORGE WU**
20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
AMENDED REQUEST FOR EVIDENTIARY RULING ON SPECIFIC
OBJECTIONS

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached Ninth Declaration of FTC Investigator Brent D. McPeek and the Declaration of Amelia Stobaugh.

Respectfully submitted,

Dated: 5/13/16

_____*/s/ Reid Tepfer*_____

REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
AMENDED REQUEST FOR EVIDENTIARY RULING ON SPECIFIC
OBJECTIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
AMENDED REQUEST FOR EVIDENTIARY RULING ON SPECIFIC
OBJECTIONS

1

## CERTIFICATE OF SERVICE

2

The undersigned certifies that on May 13, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

3

4

5

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

6

7

8

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

9

10

11

12

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

13

14

15

16

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

17

18

19

20

Sagar Parikh

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
AMENDED REQUEST FOR EVIDENTIARY RULING ON SPECIFIC
OBJECTIONS

1   Beverly Hills Law Corp. PC
    433 N. Camden Drive, 6th Floor
2   Beverly Hills, CA 90210
    SP@BeverlyHillsLawCorp.com
3   Attorney for Secured Merchants LLC
    and Chargeback Armor, Inc.

4

    Jeffrey Benice
5   Law Offices of Jeffrey S. Benice
    A Professional Law Corporation
6   3080 Bristol Street
    Sixth Floor, Suite 630
7   Costa Mesa, CA 92626
    Telephone: (714) 641-3600 Ext. 214

8

9
    /S/ REID TEPFER
10  REID TEPFER

11

12

13

14

15

16

17

18

19

20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
AMENDED REQUEST FOR EVIDENTIARY RULING ON SPECIFIC
OBJECTIONS