DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF NINTH DECLARATION OF FTC INVESTIGATOR BRENT D. MCPEEK AND AMELIA STOBAUGH**<br><br>**DATE: MAY 23, 2016**<br>**TIME: 8:30 a.m.**<br>**COURTROOM: 10** |

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
NINTH DECLARATION OF BRENT MCPEEK AND DECLARATION OF
AMELIA STOBAUGH

Page | 1

**JUDGE: HON. GEORGE WU**

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached Ninth Declaration of FTC Investigator Brent D. McPeek and the Declaration of Amelia Stobaugh.

Respectfully submitted,

Dated: 5/13/16

/s/ Reid Tepfer
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF NINTH DECLARATION OF BRENT MCPEEK AND DECLARATION OF AMELIA STOBAUGH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF NINTH DECLARATION OF BRENT MCPEEK AND DECLARATION OF AMELIA STOBAUGH

Page | 3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Sagar Parikh

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF NINTH DECLARATION OF BRENT MCPEEK AND DECLARATION OF AMELIA STOBAUGH

1  Beverly Hills Law Corp. PC
   433 N. Camden Drive, 6th Floor
2  Beverly Hills, CA 90210
   SP@BeverlyHillsLawCorp.com
3  Attorney for Secured Merchants LLC
   and Chargeback Armor, Inc.
4
   Jeffrey Benice
5  Law Offices of Jeffrey S. Benice
   A Professional Law Corporation
6  3080 Bristol Street
   Sixth Floor, Suite 630
7  Costa Mesa, CA 92626
   Telephone: (714) 641-3600 Ext. 214
8

9
   /S/ REID TEPFER
10 REID TEPFER

11

12

13

14

15

16

17

18

19

20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
NINTH DECLARATION OF BRENT MCPEEK AND DECLARATION OF
AMELIA STOBAUGH