

Business Plan
Prepared by Khristopher Bond
05/05/2010

EXHIBIT 26

FTC-AUR-S2-0000554

26 - 1                          EXHIBIT 26



## What is BunZai Media Group Inc. ("BunZai")?



**KHRISTOPHER BOND:** Happy Day! I am the Co-Founder, COO and Co-President of **BunZai Media Group Inc.** or, as we like to call ourselves "**BunZai!**" Say it in a low voice and stretch out the "**Zai**" and you are sure to smile. The word "Bunzai" is derivative of the Japanese word "*Banzai*" which means to *triumphantly charge*, and was used by ancient soldiers, when doing just that.



**ALON NOTTEA:** Welcome! I am **BunZai**'s other Co-Founder, CEO and Co-President. The difference is, "*banzai*" was roared by brave soldiers marching forward in battle, while "*bunzai*" **is the word of happy confidence, cheered by satisfied consumers as they triumphantly charge their credit cards.** "**BunZai**," I dare you to say it without smiling! That pretty much sums up our company. We aspire to the meaning of our name. **BunZai** is a company Khristopher and I formed in 2009, after many years in the health, beauty, manufacturing, distribution and marketing industries.

**KHRISTOPHER: We are manufacturers (BunZai** Beauty) of high end cosmetics, made with the finest ingredients and formulated by leaders of the industry.

    

**ALON:** We have a **10,000 square foot, fully functional warehouse and shipping facility, with a newly integrated customer service call center and administrative offices** on premises.



EXHIBIT 26
**FTC-AUR-S2-0000555**

**26 - 2**                                          **EXHIBIT 26**





**DEVELOPING THE PRODUCTS...DESIGNING THE CAMPAIGNS...DELIVERING THE FUTURE!**

EXHIBIT 26

**FTC-AUR-S2-0000556**



**KHRISTOPHER: We are marketers to the core!** (**BunZai** Marketing & Design) From product and market research, to content writing and pricing; to the design of packaging, landing pages, creatives, websites, as well as online and offline advertising campaigns...

**ALON:** ...not to mention integrating, coordinating and executing our all of our marketing goals...

**KHRISTOPHER**...our **BunZai** Marketing and Design team, are a group of talented and exceptional thinkers and artists; who **know how to maximize conversion**, while staying on the good side of industry regulations...

**ALON:** ...and best of all, **excite the customer about our products** and promotions, which **leads to better overall retention, customer loyalty and brand awareness.** But to know **what is BunZai,** you first have to know **who is BunZai!**

**KHRISTOPHER:** I was blessed to achieve success early in my business life. For me, that blessing started with a man named Morty Forshpan. He recognized something in me. He took a chance and mentored me, and then let me fly; and together we soared. **Our brand** <u>B.U.M. Equipment</u> **was a sportswear phenomenon and licensing giant** (over 80 worldwide licensees) that achieved sales of over **$500 million** at its peak, in the early 90's.

**ALON:** I was 16 at the time and remember seeing **B.U.M. everywhere, on people and buses shelters, magazines and on lots of celebrities.** I think I was your biggest customer, or should I say, my mom was. I loved the look, and she loved the quality. The more she washed those sweatshirts, the better they wore. My girlfriends during the time would swipe them, and I would have to keep getting more and more.

**KHRISTOPHER:** Girlfriends or t-shirts?

**ALON:** Both! ☺

**KHRISTOPHER:** Those years were a glorious ride, and as the force behind the marketing of the B.U.M brand, and with a strong team of brilliant players on our side, we built an empire. For many reasons, B.U.M. Equipment was not meant to be a brand for very long. It hit me, while on a flight returning from France, where I had been negotiating a licensing deal for our first B.U.M. fragrance, which was still without a name. All I could think of was, "Stench – by B.U.M. Equipment." The next week I was diagnosed with a brain tumor. The next day, I took a leave of absence, and never went back.

I am eternally grateful for my journey with B.U.M. Equipment. One of its many gifts was that it afforded me, that next year and a half to brave the storm that is cancer. Once I knew I would survive, I started to live life on my terms. In my business life I became a journeyman. I thirst for knowledge, so juggling 4-6 clients at a time was not a problem once technology could keep up with me. I became a business development consultant and freelanced in whatever capacity my clients needed. For the next 8 years I raised a child, I kept my commitments brief, and accepted projects that interested me and fit my needs. My clients were diverse and ran the

EXHIBIT 26

FTC-AUR-S2-0000557

**EXHIBIT 26**

**26 - 4**



gamut from major players (Revlon, Paramount Pictures, and The Blackstone Group) to budding flowers that needed my watering and special brand of fertilizer. ☺

**ALON:** You're a freak show brother! ☺

**KHRISTOPHER:** When I turned 43, my life took another turn. Christian, "little dude" was 8 and did not need, or want me around, as much. I was feeling great, had my health in control, and itching to plant a very big seed. At the time, I had several clients eager for me to join their enterprising companies, and I was weighing my options. That is when I met Alon. It was the spring of 2005. His company, iEveryday Products, hired me to develop a marketing plan to launch his male enhancement product "Vigorect" into the mass market arena. I was impressed by this young man, who possessed equal parts eagerness, tenacity, ambition and heart.

**ALON:** ☺ (blushing) I was 30 at the time, and for many years, my brother and I ran our family's adult distribution business. Although not my passion, running this very successful family business, which in its heyday, was like a license to "print" money, gave me a great education in every aspect of building and maintaining an enduring business. I thrived in my responsibilities managing our sales & marketing divisions, international trade shows, and directing our creative, design, production, packaging and advertising departments. Due to the tremendous library of content we were able to compile over the years, and as the internet became the next great frontier to mine, it was the perfect time for strategic alliances with strong online affiliates and adult retailers; and content licensing became the profit center of our business. In the following years I licensed Broadcast, DVD, VOD & IPTV rights, to over 300 adult websites and companies.

However, I truly am an artist at heart. I studied 3D computer animation and motion graphics at 17, then video editing and special effects at UC Santa Barbara. Although my creative ambitions are still a passion, I quickly realized that my aspirations and vision were on a far greater scale; and I was convinced I was born to be a marketer!

Eventually, I wanted to be in a business with more substance that would be better suited to my growing family. My wife and I were planning on having children, and we did not want them growing up in the adult business. (BTW, we now have 2 gorgeous boys, Adam and Gil.) It did not take a genius to see that the Adult DVD business was about to be swallowed up by the approaching technological revolution in this day of instant gratification.

**KHRISTOPHER:** "Swallowed up!"...hmm...Wasn't that one of your adult DVD titles? ☺

**ALON:** Ha Ha. A year or so before I met Khris; I formed <u>iEveryday Products</u>, a company to market herbal supplements through my existing 8,700 adult retailers. We had been growing our "Vigorect" business in this market, and after a great response to our launch, we were encouraged to expand our business to include mass market distribution, like <u>7-Eleven</u> and other convenience stores, which were now for the first time, carrying our product category on their shelves. In order to achieve our objective, we needed someone experienced and "out of the box" to help us develop and write a marketing and business plan, that would bring investors and distributors to the table, as well as customers to the cash register.

EXHIBIT 26
FTC-AUR-S2-0000558
**EXHIBIT 26**



**KHRISTOPHER:** This is where I made my entrance, and from there our mutual admiration society began. For the next three years Alon and I formed our invincible bond as we immersed ourselves in the business of "Vigorect."



**ALON:** We sold well over 6 million units worldwide, and cultivated strong relationships with government offices, retailers, licensees, manufacturers, distributors, advertisers and other strategic partners from Europe to Dubai and Mexico to Korea, and every country in between.

**KHRISTOPHER:** With relationships like these, we have many options for bringing the world to our door...

**ALON:** ...and our products to the world!

**KHRISTOPHER:** When the business lost steam, due to the manufacturer of the product spiking it with pharmaceutical grade ingredients (which is never a good thing) we focused our energies on building (and eventually selling) a couple successful online entities, while on the lookout for the opportunity that would utilize all of our talents and ambitions and be our next big thing.

**ALON:** In 2006, I invested in a small cosmetic manufacturing company, Attitude Line, Inc. I was intrigued by this industry, and the loyalty of their customers. **I saw how much money my wife**



**was spending on this stuff, and I wanted in.** Through working closely with Oren, the owner and driving force behind the company, and his top team of specialists, scientists, formulators and packaging companies from around the globe, I've learned the Ins & Outs of manufacturing and marketing these consumable products, which have high mark-ups and great perceived value. What a winning formula! Though the beauty industry has decreased in size by 17% over the last two years, due primarily to the bad economy, online cosmetics sales have risen by almost 30%, and is still a $7 billion dollar industry.

**KHRISTOPHER:** After 20 years working in fashion, health and beauty, I am well aware of the peaks and pitfalls of this sometimes fickle industry. Once Alon and I decided to start our own brand of cosmetics, the universe seemed to conspire to give it to us.

In 2008, we formed a partnership (New Wave Marketing) with several serious players in the online continuity space. As always, our goal was to learn this business from the ground up, to see if this was "the business model" we could use to launch our cosmetics empire.

**ALON:** The plan was simple; Khris and I would bring our considerable manufacturing and marketing talents to NWM: we would develop the products; create, design and optimize the campaigns (landing pages, creatives, etc); while one other partner would be responsible for the backend ("CRM"), and the other, for running the actual marketing campaigns and operating the customer service call centers, locally and overseas. However, we would create and develop the call center scripts and design the protocols used by the agents.

EXHIBIT 26
**FTC-AUR-S2-0000559**



**KHRISTOPHER:** Very quickly we realized the continuity space was froth with a tumultuous issues, compliance and otherwise. It was rife with affiliate fraud and unscrupulous marketers. We saw a business set up to reward and protect the publishers and marketers, while scapegoating the manufacturer/advertisers and ripping off the consumer.

**ALON:** Everything the industry seemed to be doing was for the benefit of converting orders, to the detriment of building customer loyalty and retention. It was fly-by-night in every sense of the phrase. The products were cheap and useless. The prices and terms were ridiculous. The customer service was non-existent, and the whole system seemed set up to hit-and-run the customer's credit card. Not to mention having to load balance 50 merchant accounts and 15 "front" corporations, in order to keep processing. Bad karma to say the least!

**KHRISTOPHER:** As anyone who follows this industry knows, we are in a time of comeuppance for many of those bad marketers, as Visa and MasterCard are levying huge fines to Merchant ISO's and advertisers who blur the lines of FTC compliance. As such, there is an opening for legitimate companies (such as ours) to prevail and prosper, once the FTC clears out the riffraff and the dust settles.

**ALON:** At the same time, we discovered that our new partners could not fulfill their commitments as originally designed. The proprietary CRM that belonged to one was inadequate and could not meet our marketing or customer retention needs.

**KHRISTOPHER:** We learned that without a customizable CRM that is built equally for seamless customer relation management, as well as continuity billing and fulfillment, we might as well give up and go work for Mickey D's.

**ALON:** Our other partner lost momentum, when his primary business took off just as we were coming to the conclusion that his call center in India was just not going to cut it!

**KHRISTOPHER:** We learned that a customer service department that is trained to recognize, maximize and retain valued, loyal customers, while expertly dealing with fraudulent customers to avoid refunds, and chargebacks, is paramount to our growth model.

**ALON:** So this is where our journey to **BunZai** really takes hold. After spending almost $500K dissecting and learning the continuity business, and especially because of the many roadblocks we encountered, we knew we had the winning formula to make our cosmetic brand a success. It was time to steer our ship (no offense to any of our partners in NWM) but Khris and I understood, that for us to achieve our ultimate goal, we needed to revolutionize the existing business model and add our secret sauce to the mix.

**KHRISTOPHER:** ...and it was imperative that we take control of every aspect of our business, from manufacturing and marketing, to managing our CRM, customer service and shipping, in house. Therefore, we disbanded NWM and struck out on our own.

**ALON:** Of course, our decision was made easier because we already have a 10,000 square foot, fully functional warehouse and shipping facility, with a newly integrated customer service call

EXHIBIT 26
**FTC-AUR-S2-0000560**
**26 - 7**                                    **EXHIBIT 26**



center, which enables us to maintain a very tight ship, save thousands of dollars daily, and grow our business organically from A to Z.  Doing it "in house" was a no brainer!

**KHRISTOPHER:**  True Dat!

**ALON:**  Our first goal was to create and test a continuity campaign, using one of Attitude Lines' most successful products, The Miracle Face Kit (Dead Sea Salt & Minerals Facial Peel & Dead Sea Mud Masque).  In creating the campaign we would:

- Follow the FTC/MasterCard/Visa compliance rules to the "T,"
- Form a strategic alliance with a leading network/publisher in the space and test our campaign for 60 days.
- Fulfill and ship the product from our facility, and
- Offer the best customer service possible by implementing the unique customer service techniques and protocols that Khristopher was developing.

**KHRISTOPHER:**  While we were developing the campaign for the Miracle Face Kit, we were also perfecting the formulation, design and packaging for the first three products in our AuraVie – The Aura of Youth, skincare line.  These products are the beginning of our long-term goal of building a brand behind the AuraVie line of products, which will be sold on our main beauty portal AuraVie.com, as well as through every other revenue stream imaginable.

**ALON:**  Once the marketing materials were created, we would launch the test campaign for the Miracle Face Kit, and use our AuraVie 3-In-1 Skincare System as free and/or retention gifts, in order to test their efficacy and marketability. If the response was favorable, we would launch 6 AuraVie verticals/products in the continuity space over the next 12 months.  These campaigns would lead to the launch of AuraVie.com, in November 2010, just in time for holiday shopping. AuraVie.com will launch with a minimum of 30 exclusive products that we will develop and receive the finished goods, by October 1st, 2010.



**KHRISTOPHER:** AuraVie.com **will be the jewel in our crown.** It will be our premiere customer retention tool!  Imagine a customer calls to cancel their membership or worse, for a refund. What better tool for our customer service agents to have in their arsenal, than our Auravie.com website with a great selection of exclusive high end skincare products, cosmetics and accessories.  Instead of giving the customer a refund, the agent offers them a gift certificate redeemable on AuraVie.com, and valued at double the refund they would have received otherwise.  Even with this double discount, we will save at least 50% of what we would have refunded.

**ALON:**  That's huge!

EXHIBIT 26

**FTC-AUR-S2-0000561**



**KHRISTOPHER:** Even better, the agent could offer the customer a **FREE 1 month membership** (Valued from $9.95 to $19.95, depending on the level of membership the agent issues to the customer) to the AuraVie Beauty Club, and a $25 gift certificate they can redeem for purchases on Auravie.com.  As part of the AuraVie Beauty Club membership, this customer will receive 20% to 50% off everything they purchase from the website during the free membership month. Once the customer accepts the offer, the agent would email the customer their promotional code.  The customer would register at AuraVie.com (through a link embedded in the email) and use their promotional code to activate their FREE 1 month membership.  Now they can shop to their hearts content.  Upon checkout, the customer can redeem the $25 gift certificate they were issued.

**ALON:** Who wouldn't want that!

**KHRISTOPHER:** Better yet, we will aggressively market to these customers (before their free month is up) to continue with their AuraVie Beauty Club membership (and pay that low membership fee) in order to keep getting the great discounts, coupons and free gifts, that come with.

**ALON:**  But **AuraVie.com is not just a retention tool, it is the destination to where all of our continuity campaigns lead.**  We intend to build **AuraVie.com into a thriving standalone beauty portal similar to** Intelligent Beauty.

**KHRISTOPHER:** In Year 2, **Bun**Z**ai** plans to **launch a full scale offline marketing and media campaign** that will include National Television shows, the Home Shopping Betwork, QVC, Direct Response Infomercials, Viral Videos, Print and outdoor campaigns, and celebrity endorsements in order to exploit the AuraVie line of products and website.

**ALON: We project sales generated from AuraVie.com to conservatively exceed $5 million in Gross Profits by end of Year 2 (See Financials)**

**KHRISTOPHER:**  AuraVie is the first of many brands that **Bun**Z**ai** intends to launch over the course of our history.

**ALON:**  **Bun**Z**ai**'s mission is to become another Guthy-Renker, which reported sales of over $1 billion in 2009, or Intelligent Beauty's Glow.com which reported revenues of over $200 million for the same period.



**KHRISTOPHER:**  In order to stand out from the competition, **Bun**Z**ai** has joined in a strategic alliance with **celebrity esthetician, Tiffany O'Leary.**  For 10 years, Tiffany has been the go-to beauty expert for many of Hollywood's most beautiful and eternally youthful looking stars. **Tiffany works with many top plastic surgeons, dermatologists and salons in Los Angeles, New York, Atlanta and Miami.**  At 38, Tiffany is the embodiment of healthy beauty at any age, and has been featured in many national magazines and beauty publications

EXHIBIT 26

**FTC-AUR-S2-0000562**



including, **Allure** (May/June 2003), **Vogue** (July 2004), **Elle** (Sept 2007) and television shows (**Style Network, CNN, Larry King Live, Entertainment Tonight,** and just recently (Jan 2010) on **Live with Regis & Kelly**).

     

Tiffany's clients include celebrities like **Cher, Jennifer Aniston, Megan Fox, Lauren Hutton, Angela Basset, Lucy Liu,** and women of every age, race and color, all who have one thing in common; the desire to regain and maintain, healthy beautiful skin.

**ALON:** Not only will Tiffany consult us on product development and the latest, greatest ingredients and processes; but as one of our resident "beautyologists," **Tiffany will be featured in our continuity campaigns and AuraVie.com,** in the role of **educator**...

**KHRISTOPHER:** Demonstrating how to use our products in videos that will also be syndicated through You Tube, and other social networking sites and viral channels

**ALON: and expert**...

**KHRISTOPHER:** Extolling the benefits of our ingredients, and processes, while giving the latest up-to-the-minute health and beauty tips.

**ALON:** Tiffany will also be utilized in our blogs, newsletters, and forums, and once Auravie.com launches, she will be a integral part of our offline marketing efforts, including representing our products on television (The View, Oprah, Ellen, etc.,), Infomercials, QVC and the Home Shopping Network.  She is a direct path to the celebrities we covet for endorsements. We are in the process of developing with Tiffany, a very special line of AuraVie crystal energy – healing & beautifying cosmetics and fragrances that will launch on AuraVie.com, in spring/summer 2011.

**KHRISTOPHER:** On March 1st, 2010, we launched our test campaign for the Miracle Face Kit with Clickbooth, a major network/publisher in the online affiliate marketing space.  60 days in, we are ecstatic about our early results, which have exceeded our projections, in every way. From conversion and retention, to our very effective customer service program, and the incredible response to our AuraVie products, **BunZai** is primed and ready to take our business to the next level.

**ALON:** Now all we need is a strategic alliance with an educated investor, ready to pick up the gauntlet and join us in building a business that will bring the "**BunZai**" cheer to millions of consumers around the world. Oh yeah...and a $2.5 million dollar investment to fuel the car; as our road is paved and ready to ride.

EXHIBIT 26

**FTC-AUR-S2-0000563**



  

## BUNZAI BEAUTY — MANUFACTURING GLOBAL COSMETICS



**KHRISTOPHER:** The first rule of **BunZai** is: **QUALITY IS KING!** Manufacturing high end cosmetics is a mix of art and science. Through our strategic manufacturing partnerships that Alon has developed and nurtured, we have access to the latest and greatest ingredients, processes and packaging from around the world. Our manufacturing division is the heart of our company, as every success we achieve will be firmly rooted in our lifestyle products.



**ALON: Attitude Line Inc.** (www.attitudeline.com) is our **primary Manufacturing Partner.** Because of our close relationship with them, we get "best in business" manufacturing prices, faster turnaround times, priority status, and most importantly access to 100's of top line formulations from all over the world. **Their resources** from printing, to packaging (including containers) and manufacturing, **are our resources**, which will save us hundreds of thousands of dollars, and many precious hours, and will prove to be a tremendous asset to BunZai. We have contracted with them a **$5K per month** consulting and connection fee, in exchange for which we have full access to their invaluable services and resources.



**LAURA (Product Coordinator):** AuraVie is a brand synonymous with great high end cosmetics that show real benefits and results. We search the world over to find the best ingredients that nature and science has to offer, like **Vitamin D, Omegas 3, 6 & 9, Acai Berry, Resveratrol, Dead Sea mud, salt & minerals, Organics, Botanicals, Crystal Energy and Pheromones**, in formulations created by the best in the industry.

**KHRISTOPHER:** Our AuraVie line of products has the extra buzz factor of **break through processes** and packaging, and we adhere to the **highest standards** in all areas of manufacturing.

**ALON:** Our first manufacturing goal during Phase 1 is to **develop and manufacture 4 new products/verticals that will be sold through our online continuity campaigns.** That is, in addition to our existing Miracle Face Kit & AuraVie 3-in-1 Skincare System campaigns.

**LAURA:** These products will either be a kit (multiple products) or one very special high end product.

EXHIBIT 26

**FTC-AUR-S2-0000564**

**26 - 11**          **EXHIBIT 26**



**ALON:** We acquire our customers with **'Functional Cosmetics'** (anti-aging, acne, psoriasis, dark circles, etc) and retain them with **'Everyday Essentials'** (cleansers, soaps, moisturizers, etc).

**LAURA:** The Cost of Goods for our 6 marketing verticals/ products will be $10 - $12 each.

**ALON:** During Phase 1, Bun**Z**ai will manufacture an initial run of 10K units of each of these 4 products, **for a total investment needed of $440K.**

**KHRISTOPHER:** Based on our sales projections, this initial manufacturing run (per product) will last approximately 10 - 12 weeks.

**LAURA:** If after the initial test phase, Bun**Z**ai deems a vertical to be a success, we will reorder that product 5 weeks into the campaign, as it will take **7 weeks to manufacture and receive this new inventory.**



**ALON:** In order to offset the risk of this investment, the Company has an agreement in place with **Attitude Line, Inc.,** that if we do not sell through these products, **they guarantee they will sell the remaining inventory through their other channels** (Mall Carts, Kiosks & stores, etc) over the course of 90 days. Obviously, Attitude Line will purchase these goods at a discounted wholesale price.

**KHRISTOPHER:** **Wow!** That is the best insurance we could have, to guarantee we will not have inventory gathering dust in our warehouse.

**ALON:** **It gets better!** As part of our agreement with Attitude Line, we will utilize their distribution channels to develop a healthy **private label and wholesale business**; that we project will generate **Gross Profits of over $1 million by Year 3**.

**KHRISTOPHER:** Now, that is what I am talking about!

**ALON:** Our **second objective** for Bun**Z**ai Beauty during Phase 1, is to work hand in hand with Attitude Line and our BunZai Marketing & Design team in order to **develop and manufacture 24 additional products,** for the launch of AuraVie.com, as well as Upsells to our continuity campaigns.

**KHRISTOPHER:** AuraVie.com will soft launch with 5 Lines (3-9 products in each line) in October 2010, and will officially launch on November 15th, 2010. By the end of year 2, we expect to have 9-12 lines under the AuraVie umbrella of cosmetics, and over 125 products in total. Our initial lines will include:

EXHIBIT 26

**FTC-AUR-S2-0000565**

**26 - 12**                                                        **EXHIBIT 26**





### AuraVie - The Aura of Youth

(Under 30, Over 30, Professional, Anti-Aging Skincare, including AuraVie 3-in-1 Skincare System)



### AuraVie - The Aura of Energy

(Dead Sea Salt & Mud, Organic, Chakras, and a line of products developed with Celebrity esthetician Tiffany O'Leary)



### AuraVie - The Aura of Love

(Contains Pheromones, the laws of attraction, and our AuraVie Fragrance)



### AuraVie - The Aura of Life

(Make-UP, Hair care, nail care, foot care, lifestyle products)



### AuraVie - The Aura of Vitality

(Men's Line)

EXHIBIT 26

FTC-AUR-S2-0000566

**26 - 13**                                    **EXHIBIT 26**



**ALON:** Including formulation, design, packaging, and manufacturing of the initial order of 3000 units of each of these **24 products, the investment needed is approximately $500K** (24 x 3000 x average COG $7).

**LAURA:** In addition to the inventory listed and budgeted above, **BunZai** will manufacture a 3 month supply of our existing products (including up-sells) to service our Miracle Face Kit & AuraVie continuity campaigns. This order will take 7 weeks to fill, and includes:



**AuraVie Miracle Face Kit** – Dead Sea Mud Masque & Facial Peel
10K units of each @ $11.00 each per kit = $110,000



**AuraVie 3-in-1 Skincare System** - Facial peel, Serum & Moisturizer
10K units of each @ $11.00 each per kit = $110,000



**AuraVie Soufflé** - Dead Sea Salt & Minerals Body Scrub - 3K units @ $6 each = $18,000



**AuraVie Organic Nail Kit** – 3K units @ $8 each = $24,000



**AuraVie Hand & Body Lotion** – 3K units @ $3 each = $9,000

**ALON:** **BunZai** is seeking an **investment of $271K for our immediate inventory needs**.

EXHIBIT 26

**FTC-AUR-S2-0000567**

**26 - 14**                                         **EXHIBIT 26**



**LAURA:** Once **BunZai** Marketing designs the packaging, which will take approximately 60 days, the next step will be manufacturing and printing, which take approximately 7 weeks from order to delivery.

**ALON:** As outlined herein, **BunZai** is seeking an **investment for our manufacturing needs for Phase 1 of approximately $1.2 million.** We are positioned perfectly to meet our inventory deadlines. We have invested time, effort and over $200K in order to develop the 30 products we need to fulfill our Phase 1 campaigns and the soft launch of Auravie.com in October 2010.

## BUNZAI MARKETING, DESIGN & SALES



**ALON:** **BunZai** Marketing, Design & Sales is the soul of our company. Whichever category the product we choose to manufacture and market, our criteria is simple. We market products that do what they are supposed to. **Convert and Retain!** We understand our customers inside and out. We believe in branding and expanding. Our AuraVie campaigns and website, is just the first brand in what will become a bonanza of lifestyle products manufactured and marketed by **BunZai** to everyday consumers.



**KHRISTOPHER:** Initially, Internet marketing and sales is where we see our business breaking ground. However, in the spring of 2011, **BunZai** intends to launch a major offline marketing campaign that will include national television exposure, billboards, viral marketing and celebrity endorsements. We will hire an experienced and connected in-house PR Director in Phase 1, to execute these happenings under my direction and guidance.



**NASTASSIA** (Director of Operation)**:** I communicate on a daily basis with our marketing partners, publishers, merchant accounts, & CRM. I am responsible for integrating our campaigns to our CRM and oversee our interactive marketing strategies such as PPC, Organic SEO, forums, blogging, social networking, social networking apps, media buys, widgets, video syndication and mobile applications. Though our internet marketing strategies apply to our online continuity campaigns, it is AuraVie.com that will really benefit from these endeavors.

**KHRISTOPHER:** During the 12 month period of Phase 1, **BunZai** will launch 6 different continuity verticals that will each, ramp up in 30 days, to 100 new orders per day, 7 days a week; building brand awareness, along with substantial sales.

**NASTASSIA:** Two of these six campaigns (The Miracle Face Kit & AuraVie 3-in-1 Skincare System) are live and ready to go full speed ahead.

EXHIBIT 26

**FTC-AUR-S2-0000568**



**ALON:** From product packaging and landing page content, compliance and design, to optimizing those landing pages and creatives for maximum conversion, to customer service scripting and promotions, the **BunZai** Marketing team is the force behind the scenes.

**KHRISTOPHER:** This is where Alon and I shine equally, of course, with the amazing help of our motivated team.

**ALON:** Once we decide which products to manufacture, Khristopher, myself and our small band of researchers, writers, designers and programmers swing into high gear. From conceptualizing the campaigns, to pricing the offer and choosing the upsells, we are both hands on from start to finish.

**KHRISTOPHER:** One of the most important responsibilities of our marketing department is to **develop and write all customer service scripts and protocols,** as well as create and implement **our retention and promotional programs**. We have already established several promotions, that we believe will not only convert new customers, but also retain them for longer than the industry average of 1.5 months.

**ALON:** We project the Lifetime of our customers will double that because of our ingenious marketing strategies, like our GetResponse software.

**NASTASSIA:** _GetResponse_ is an easy _email marketing software_ that delivers your email

 campaigns, online surveys, newsletters, follow-ups and auto-responders. E-mail marketing is a form of direct marketing to your already existing consumers and your potential consumers. We send e-mails with the purpose of enhancing the relationship with our current or previous customers and to encourage customer loyalty and repeat business. It also helps us to acquire new customers.

**KHRISTOPHER:** We are currently using **GetResponse to convert partial orders.** Every partial customer (customers who have filled out the shipping information on the first page of our campaigns, but did not purchase the Introductory Offer) is sent an automatic email offering the customer further discounts and incentives to purchase our product.

**NASTASSIA:** We experienced a 3% conversion from our GetResponse partials email campaign during our recent test campaign for the Miracle Face Kit.

**ALON:** We will expand GetResponse to include Newsletters, special coupons, discount offers, and to introduce Auravie.com to our existing customers. Let's not forget, we save the CPA payout fee ($40) when converting partials to sales using GetResponse.

EXHIBIT 26
**FTC-AUR-S2-0000569**

**26 - 16**                    **EXHIBIT 26**



**KHRISTOPHER:** Our aim is to mimic one of our inspirations <u>Yves Rocher</u>, a company that has



been around for 50 years and now has thousands of loyal customers worldwide.   My ex-wife swears by their products and has been a customer of theirs since before they were an internet presence and only sent monthly catalogs to their faithful clients.  They use email marketing to maximum effect, as there is not a week that goes by that she does not receive at least one email from them in her inbox. In addition to developing, creating and marketing our 6 online continuity campaigns and Up-sell pages, during Phase 1, our marketing department is also tasked with **developing and building our master beauty portal AuraVie.com** for soft launch in October 2010.

**ALON:**  During Phase 1, **BunZai** intends to begin expanding our revenue streams to include the following:

- **Wholesale | BunZai** will implement an in-house wholesale department. We will sell our product lines to Retailers, Estheticians, Spas, Salons, Beauty Supply Houses, Hotels and Resorts, just to name a few.  **Phase 1 gross profit projection: $100K**

- **Private Labeling | BunZai** will set up an in-house Private Label department to sell our products under other names.  **Phase 1 gross profit projection: $100K**

- **Direct Response, Home Shopping Network – QVC |** in spring 2012, **BunZai** is contemplating and researching, launching a line of AuraVie products in the television space, including infomercials with our celebrity Esthetician Tiffany O'Leary and her Hollywood cliental.  **We project gross profit revenue of $5 million by Year 4.**

- **Licensing (Trademark)** – During Phase 1, **BunZai** will develop a licensing program to exploit the "AuraVie" brand worldwide.  Licensed Products will include: accessories, perfume, scarves, jewelry, sunglasses, t-shirts, make-up bags, handbags, shoes, hats and beauty tools. Licensed Products will be sold through each licensees distribution channels, as well as on Auravie.com and will also be used as promotional & gift with purchase items.  **BunZai's** licensing manager will work closely with our marketing department to create licensing materials and marketing campaigns for licensees. The company has earmarked a budget of $50K to trademark our brands "AuraVie" & "Auravie.com" worldwide, in all relevant product categories. **We project 8-10 licensees will be on board by the end of Phase 1.  This profitable revenue stream we project will exceed $3 million in gross profits by end of Year 4.**

- **Online Auction Sites** (EBay) & **Online shopping Sites** (Amazon & Overstock). **We project gross profit revenue of $150K in Year 2.**

EXHIBIT 26

**FTC-AUR-S2-0000570**



- **World Wide Market**...**BunZai** has formed many solid strategic alliances with distributors, marketers and agencies around the world. **We have already translated some of our landing pages into German and French** and are in negotiations to bring our model to the European market in 2012. **We project gross profits (very conservatively) of $3 million by Year 4.**

## BUNZAI CUSTOMER SERVICE



**KHRISTOPHER:** Any business that wants to rise to the top, and stay there, has to do as much as it can to please its customers. In response to this, **consumers know their power and expect ever increasing service excellence.** Because the aim of most of our competitors in the continuity arena, is to hit and run customers' credit cards with hidden fees and recurring bills, they would rather hide behind confusion and misleading practices, than to communicate with their customers. Our philosophy is the total opposite. **We want to speak with our customers,** and form a relationship that will not only improve retention, but support our branding efforts and keep loyal customers.

**ALON:** Our customer service mantra is **"Give us 1 percent of your confidence, and we will earn the other 99%."**

**KHRISTOPHER:** He just loves saying that, and it is 100% the truth!



**ALON: Call Center/Customer Service:** After spending the last two years working with call centers in the United States and overseas, we came to the conclusion that for us **to become the success we envision**, we would have to bring our **customer service department and call center in house.** Due to the nature of our business, Americans do not want to speak to Habib in Calcutta about their health and beauty needs. **Our customers want to speak with someone "like themselves."**



**NATHAN** (Customer Service Agent): Customers are suspicious at best, and need to be reassured. Like hairdressers and beauticians, our customer service agents are therapists and best friends along with being service providers. In the continuity space, most customers are calling to cancel their membership or worse refute a charge and/or demand a refund.

**KHRISTOPHER:** Gosh forbid they issue a chargeback; it does not matter if we win them (by the way, our chargebacks have been well the below industry standards of 1%), just a few of those bad boys can destroy your merchant account and close your business. **It is vital that our customer service department is well staffed, trained, maintained and incentivized.** After all, they are the first line of defense and the heart of our company.

EXHIBIT 26

**FTC-AUR-S2-0000571**



**ALON:** As you will see in the MFK test campaign results, every percent increase in conversion and retention we experienced can be attributed to our excellent customer service procedures and directly reflects on our P&L.

**KHRISTOPHER:** Having this asset in house makes the product training process more effective, as our agents are also our customers, and will be able to use the products first hand. **BunZai** houses a fully integrated call center at our facility that is set up for 30 customer service agents.



**KEVIN** (IT Manager): In 2009 the Company invested $25K in a MITEL-INTER-TEL Integrated Phone System. We will upgrade this system in order to streamline and maximize our call center operations. We estimate a total budget of $45K is needed for these upgrades: $15K - **Call Recording upgrade** - in order to provide banks, merchant processors and affiliate networks with the **call recordings of fraudulent/misleading sales**; and equally, if not more importantly, this option is a necessity for quality assurance and customer service agent training: $30K - **Predictive Dialer Upgrade** - maximize customer service agents time and profitability as they will only be answering live calls, as busy rings, disconnects, no answer or voice mails are weeded out by the Predictive Dialer.

**ALON:** This upgrade will **increase our conversion of partials by at least 20%.** In order to maximize our business potential and run a smooth operation it is imperative that our various software, platforms, and technologies are seamlessly integrated. **Solid strategic alliances with these companies and their decision makers is our strong suit, as we subscribe to the "scratching backs" philosophy.** Our **marketing and re-monetization strategies** inspire these providers to customize and upgrade their systems in order to maximize their profit centers, as well as ours. **Win-Win**



**NASTASSIA: Customer Relationship Management | LimeLight CRM:** This tool provides back-end campaign management and support services for marketing, customer acquisition and retention. Having the right CRM is the difference between success, and total unmitigated disaster. On our journey, we came across many companies professing their CRM could do everything but wash your car and tuck your kids in bed.

**KHRISTOPHER:** Most CRM's we encountered were built to support "conversion" and little else. They were inadequate and lacking options that would enable us to maximize our campaigns, conversion, order profitability, customer service, retention and our life time customer value.

**ALON:** We are out of the box thinkers/marketers and need a CRM that will support our ingenious campaigns and customer retention programs.

**NASTASSIA:** Although Limelight's core competency is campaign management and credit card billing, with strong regards to the continuity model, it is also their willingness to assist us in the day to day operations of their system, as well as their rising to the challenge of customizing their platform to accommodate our needs which gives us confidence in our relationship.

EXHIBIT 26

**FTC-AUR-S2-0000572**



**ALON:  BunZai** plans to invest $25K to customize Limelight's system to fit our growing needs.

**KEVIN:  Fraud Detection & Prevention | MaxMind™** - Affiliate fraud is the bane of all online Continuity Model Marketers. In order to avoid these circling vultures, fraud prevention software is a key component to any good CRM. MaxMind accurately pinpoints the location of Internet customers and visitors by country, geographic region, down to the city, zip code and IP address and matches that data with the customer's name, telephone number, email provider and so on ... generating an overall fraud score which ultimately determines every order's fraud risk level and deliver-ability!

**KHRISTOPHER:**  Our Company was one of the first to use **MaxMind's industry-leading minFraud service, which detects and discards 98% of fraudulent orders** from shady affiliate publishers and bad online credit card transactions.

**KEVIN:**  After testing MaxMind's comprehensive screening system along with several others, we found them to be the best by a landslide. MaxMind is integrated with our CRM, and costs 4 cents per inquiry.

**NASTASSIA: Conversion, Tracking, Asset Management, Analytics, Reporting | HitPath™**  is the fastest growing performance marketing and data tracking software in the Industry. This software allows us to track campaign results: clicks, conversion, EPCs, publisher earnings, custom reporting and most importantly, from which Publisher/Sub-Publisher the sale comes from, as well as their referring urls. It goes without saying that accurate and reliable tracking is the key to maintaining successful affiliate marketing offers.

**ALON: Ultimate Back-end & Storefront Administration | CommercePack™** - Is the ultimate back-end administration solution to **manage our online membership storefront Auravie.com.** We gain greater visibility of detailed customer info and order status, inventory management, shipping and fulfillment management. It supports multiple tier-pricing options based on a customer's login and membership level, a versatile shopping cart system loaded with many of the essential features we'll need. Moreover, Commerce Pack is integrated with eBay, Amazon, and over 150 Shopping Channels, as well as full integration to UPS, FEDEX and USPS.  It will enable us to automate labor intensive tasks so we can sell more products and become more profitable across all channels. **BunZai** intends to invest $50K in order to customize CommercePack to fully support Auravie.com.

EXHIBIT 26
**FTC-AUR-S2-0000573**

**26 - 20**                                                      **EXHIBIT 26**



## BUNZAI FULFILLMENT



**ALON: Fulfillment - Warehouse & Shipping** - After using several outside fulfillment companies we discovered that fulfilling orders can be very costly and kill profits very quickly if not carefully managed. Because we have years of experience fulfilling and managing our 10,000 sq ft warehouse and shipping facility, we will save thousands of dollars daily by keeping this service in house. In addition, we have a **well trained staff** of shippers that can react to the ever changing whims of our customers. We are prepared to handle every facet of fulfillment including, inventory, shipping, receiving and returns. We currently ship using USPS priority and UPS which allows our packages to be delivered within 4-5 business days, thus allowing our customers to have a good amount of time to try the product before the end of their 14 day introductory offer period.

## CHARITABLE DONATIONS

Giving back is part of **BunZai**'s philosophy. Upon checkout, our customers will have the option of choosing which one of five charities they would like to donate 5% of their sale to. (Susan G. Komen Foundation, ASPCA, St. Jude, Operation Smile & UNICEF) Once they choose the recipient of their good deed, they will get to see how much money has been raised for their charity so far. We project donations to reach **$1 million in the first 4 years.**



EXHIBIT 26
**FTC-AUR-S2-0000574**

**26 - 21**                                              **EXHIBIT 26**



## MIRACLE FACE KIT TEST CAMPAIGN RESULTS




www.deadseamasque.com                www.themiracleface.com

 **KHRISTOPHER:** From March 1st – March 31st, 2010, **BunZai** Marketing ran a CPA campaign with Clickbooth a leading Affiliate Network and  in the online marketing space. **The campaign generated 1,271 new Introductory Offer Enrollment Orders.** Our payout for these orders was $40 each, for a total cost of $50,840.

 **ALON:** From conception to completion (research, content writing, pricing, design of landing pages and creatives, CRM implementation, and all the other bells and whistles) it took our marketing team 30 days to prepare the MFK campaign. Though we started the test with 3 different price points, it quickly became evident that the offer converting the best was our $9.95 plus Free S&H option.

**KHRISTOPHER:** Unfortunately, this price option limits our profitability during the most crucial phase of the offer, as we need to bill the customer, as much as we can, on Day 1 (without pricing ourselves out of conversion), in order to offset the steep historical cancelation (25%) of continuity customers before they are billed the Day 15 transitional amount.

**ALON:** Between the COG & Shipping ($18) and the CPA payout ($40), we are in the red for $58 per order (not to mention our overhead) when the customer signs up on Day 1. Obviously, for these continuity campaigns to be successful it is important that we get as many customers to the finish line, and charge them the Day 15 transitional amount. So every penny counts!

EXHIBIT 26
**FTC-AUR-S2-0000575**



**KHRISTOPHER:**  Therefore, as we go full force with the MFK campaign, we will test a Day 1 sign-up introductory offer of $9.95 + $4.95 S&H.  Now, let's review the basics of the MFK continuity campaigns we ran with Clickbooth.



**NASTASSIA** (Director of Operations): Through Clickbooth's affiliate email marketing campaigns, pre-sale blog advertisements and other online advertising, the customer ended up on one of our Miracle Face Kit Introductory Offer continuity landing pages www.deadseamasque.com or www.themiracleface.com.  According to the terms and conditions of our introductory offers, which by the way, are 100% compliant with FTC, MasterCard & Visa rules and regulations; for the initial price of $9.95, plus a Shipping and Handling fee, the customer was sent a full 45 day supply of the Miracle Face Kit.

**KHRISTOPHER:**  The customer has 14 days from the day they sign up, to receive the product (authentic dead sea salt, mud and minerals and sells in malls and spas around the world for up to $150) and try it at least once.

**NASTASSIA:** Yes, they only have to try our products once, as the Miracle Face kit is two genuine spa products that when used as directed, will show immediate results.  I especially love the peel!



**PAUL** (Director of Business Development):  If for any reason, the customer is not satisfied, they can contact us within this 14 day period and cancel their membership.  If they do so, we will ask them to kindly return the unused portion of the product and cancel them from the program.  They will receive nothing else, and no further charges will be billed to their credit card. If the customer does not cancel, then on Day 15, we automatically charge them $80 for the balance of the 45 day supply we sent them, and enrolled them in our VIP program.  The customers total introductory offer price was $89.95 + S&H, a $60 dollar savings off retail.



**DORON** (CFO/Controller): For every customer that successfully passes through the Day 15 transitional billing stage, the company will make a **gross profit of $40 per order**, if they were to cancel after this stage. (Day 1: $9.95 + $7.95 S&H = $17.90 + Day 15: $80 = $97.90 - $18 COG/S&H - $40 CPA = $39.90).

| MFK TEST AS OF 5/5/10 | Industry Standard | MFK % | | IND orders | MFK orders |
|---|---|---|---|---|---|
| **Day 1 - Orders placed** | 100% | 100% | | 1,271 | 1,271 |
| | 20% | 15% | cancel, but product shipped | 254 | 191 |

EXHIBIT 26

**FTC-AUR-S2-0000576**

**EXHIBIT 26**



**NASTASSIA:** Of the 1,271 new orders received during the test period, **191 (15%)** of them canceled during their 14 day trial period.

**PAUL:** The industry estimates that 20% -30% of customers will cancel during the trial period. As you can see, our MFK test results reflect only 15% cancelations at this stage, well below the industry average.



**KEVIN** (IT Manager): We credit our decline in early cancelations to us implementing Fraud Protection Software (MaxMind) to our CRM (LimeLight) which **cut affiliate fraud by 98%,** and to our exceptional customer service department, especially our **protocols for verifying every new continuity order before it is shipped.**



**NATHAN** (Customer Service Agent): When the customer answers our verification call, we are usually greeted by gratitude, as they are not used to a company that cares. Our **agents are able to quickly gage a customer's "real interest" in signing up for their Introductory Offer**, and act accordingly; whether it is to correct a shipping address...

**NASTASSIA:** Wrong shipping addresses lead to undelivered packages; which lead to unhappy customers; which in turn, leads to cancelations, refunds, and worst of all, chargebacks.

**NATHAN:** ...or educate them about how best to use our products for maximum results.

**KHRISTOPHER:** We impart a level of **trust about us** and an **excitement about our products** to our customers; who after speaking to one of our agents is now, more than ever, looking forward to receiving and using their products.

**ALON:** We set up the right expectation for our customers and ourselves!

**NATHAN:** We will even cancel a customer's order if it meets our cancellation criteria.

**KHRISTOPHER:** Yes, it is best to cancel a problematic order, rather than ship product to a customer we deem is going to cancel before we charge them the full introductory price.

**ALON:** Another benefit to verifying orders has been preventing sub-publishers from getting away with tarnishing our brand and defrauding us of thousands of dollars by using misleading pre-sale blogs and creatives to lure customers to our campaign.

**KHRISTOPHER:** During our test, **we were able to identify and stop one such sub-publisher, and because we were able to build a case as it was happening (and get the proof (links) from disgruntled customers), we were able to return all 60 orders for a full refund of $2,400 (60 x $40).**

Business Plan | BunZai Media Group, Inc.                                                     23

EXHIBIT 26

FTC-AUR-S2-0000577

**EXHIBIT 26**



| MFK TEST AS OF 5/5/10 | Industry Standard | MFK % | | IND Orders | MFK Orders |
|---|---|---|---|---|---|
| Day 15  (Transitional Bill) | 80% | 85% | of original orders are charged | 1,017 | 1,080 |
| of which, | 10% | 9% | cards are declined | 102 | 97 |
| and, of which | 25% | 20% | cancel and/or refund | 254 | 216 |
| of those | 30% | 63% | get no refund | 76 | 136 |
| and | 70% | 37% | get a full or partial refund | 178 | 80 |

**PAUL:** It is standard in the continuity model to see declined orders of 10% -15% at this stage. With just 9% declined orders at the Day 15 stage, our test was well below the norm.

**ALON:** Of the original 1,271 new orders, **1,080 (85%)** of them made it to the Day 15 Transitional billing stage and were eligible to be charged  the balance for the 45 day Introductory offer supply we sent them on Day 1.  Of these orders, **97 (9%)** were declined.

**KEVIN:** One of the benefits of our CRM (LimeLight) is that it automatically re-attempts once a day, for four consecutive days to process any declined transitional billing or recurring billing, before moving the customer's order to the hold status.

**KHRISTOPHER:** During the test period, 25% of all declined orders eventually became a sale from one of these automatic re-processing attempts.  Once a declined order has been placed on hold, our customer service agents will contact them in order to reclaim the sale.  We expect 10% of these orders will be reclaimed this way.

**ALON:** After subtracting the declined orders (1,080 – 97) the remaining **983 (91%)** customers were successfully charged the Transition Bill amount of $80 and were enrolled in our VIP program.

**PAUL:** Based on industry averages garnered from competitors in the continuity model space, it is estimated that 25% - 30% of customers that are successfully charged the transition bill amount will cancel shortly thereafter, and of those, 70% will receive a full refund.

**ALON:** Of the **983** customers that were successfully charged the Day 15 transitional bill amount, **216 (20%)** canceled thereafter; and of these customers **136 (63%)** canceled without receiving a refund; and **80 (37%)** canceled and received an average partial refund of just $30.

**NASTASSIA:** That is really awesome!

EXHIBIT 26

**FTC-AUR-S2-0000578**

**26 - 25**                    **EXHIBIT 26**



| MFK TEST AS OF 5/5/10 | Industry Standard | MFK % | | IND Orders | MFK Orders | 5/5/2010 |
|---|---|---|---|---|---|---|
| | | | | | | 5/5/2010 |
| Day 45 - Rebill Cycle 1 | 52% | 60% | of original orders are charged | 661 | 767 | 560 |
| of which, | 10% | 4% | cards are declined | 26 | 31 | 22 |
| and, of which | 30% | 8% | cancel and/or refund | 53 | 61 | 45 |
| of those | 25% | 53% | get no refund | 28 | 33 | 24 |
| and | 75% | 47% | get a full or partial refund | 25 | 29 | 21 |
| Day 75 - Rebill Cycle 2 | 31% | 53% | of original orders are charged | 582 | 675 | 493 |

**KHRISTOPHER:** After subtracting the customers who were canceled and/or refunded before Day 45, there remained **767 (60% of the Day 1 customers)** who were/are now eligible to be billed $77.90 ($69.95 + $7.95 S&H) and shipped their **Day 45: Rebill Cycle 1st shipment of MFK.**

**ALON:** Though it is still too early to tell how many of these customers will successfully pass through the Day 45 mark, the early results are very promising.

**KHRISTOPHER:** As of May 5rd, 2010, of the **560 (73%)** eligible customers that passed the Day 45 threshold, only **4% (22)** were declined when we attempted to charge their credit card, and just **8% (61)** of them have been canceled and/or refunded after they were billed.

**PAUL:** Since we've implemented **a 5 day hold** before we ship all successful rebill orders, we've found that most customers have enough time to see the charge on their bank account, and call to question, cancel and/or refund. **This procedure alone has saved us thousands of dollars in product and shipping costs, as well as customer service and warehouse manpower.**

**ALON:** After deducting the declined and canceled orders from the 560 orders that have passed through the Day 45 mark; we have shipped and billed **493 Rebill Cycle 1 orders** to date.

**DORON:** Customers that pass the Day 45 mark have accrued a **life time value of $93.78** (This does not factor in up sells).

**KHRISTOPHER:** As of May 5th, 2010, all 1,271 orders generated by our test campaign have moved past the first 2 stages of the program: Day 1 and Day 15. On May 20th, the last of these orders will pass through the Day 45 mark. So far this test has exceeded our expectations and has elevated our business to a level from where we can really soar.

**ALON:** It all comes back to giving our customers what they want; great products that benefit their lives, at membership prices that benefit their pocketbooks.

EXHIBIT 26
FTC-AUR-S2-0000579

**26 - 26**

**EXHIBIT 26**