

**KHRISTOPHER:** Now market them with old fashioned integrity, and new found inventiveness, by utilizing all means, mediums and revenue streams to bring more customers to the party.

**ALON:** Yes, and work with the "best of the best" professionals, at the top of their game.

**NASTASSIA:** Don't forget our 10,000 square foot location with warehouse, shipping facilities and 30 seat call center...

**PAUL:** ...Add seamless integration between our various software, programs and platforms that help our engine run smoothly and efficient.

**KHRISTOPHER:** ...And for the icing on the cake, create revolutionary customer service policies and procedures, then train and incentivize the agents who will enact them to maximum effect.

**ALON:** Now you know what **BunZai** is all about!

# BunZai!

We dare you not to smile.

EXHIBIT 26
**FTC-AUR-S2-0000580**

**26 - 27**                                                **EXHIBIT 26**

FTC-AUR-S2-0000581



**Income Statement**
Prepared by Hugh Taylor
05/05/2010

Business Plan | BunZai Media Group, Inc.                                      27

EXHIBIT 26

**EXHIBIT 26**

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | |
| **Revenue - Product A** | $ 847,609 | $ 1,941,035 | $ 1,673,931 | $ 1,758,619 | $ 6,221,193 | $ 10,271,062 | $ 13,881,337 | $ 20,644,040 |
| **Revenue - Product B** | $ 763,814 | $ 1,811,153 | $ 1,560,755 | $ 1,647,967 | $ 5,783,689 | $ 9,592,393 | $ 12,968,671 | $ 19,286,741 |
| **Revenue - Product C** | $ - | $ 1,303,348 | $ 1,579,752 | $ 1,705,330 | $ 4,588,430 | $ 10,106,029 | $ 13,881,337 | $ 20,644,040 |
| **Revenue - Product D** | $ - | $ 290,985 | $ 1,526,324 | $ 1,612,083 | $ 3,429,393 | $ 9,987,608 | $ 13,881,337 | $ 20,644,040 |
| **Revenue - Product E** | $ - | $ - | $ 764,142 | $ 1,579,752 | $ 2,343,893 | $ 9,870,589 | $ 13,881,337 | $ 20,644,040 |
| **Revenue - Product F** | $ - | $ - | $ - | $ 1,290,726 | $ 1,290,726 | $ 9,753,571 | $ 13,881,337 | $ 20,644,040 |
| **Revenue – AuraVie.com** | $ - | $ - | $ 940,868 | $ 1,140,513 | $ 2,081,381 | $ 7,171,662 | $ 9,475,701 | $ 14,249,436 |
| **Revenue - Other** | $ - | $ - | $ - | $ 250,000 | $ 250,000 | $ 3,400,000 | $ 7,300,000 | $ 11,800,000 |
| **Total Revenue** | $ 1,611,422 | $ 5,346,520 | $ 8,045,771 | $ 10,984,990 | $ 25,988,704 | $ 70,152,913 | $ 99,151,058 | $ 148,556,377 |
| | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | |
| **Product A** | $ 543,799 | $ 856,625 | $ 756,368 | $ 756,368 | $ 2,887,631 | $ 4,570,401 | $ 6,075,193 | $ 9,130,728 |
| **Product B** | $ 515,798 | $ 863,260 | $ 756,368 | $ 756,368 | $ 2,865,857 | $ 4,570,770 | $ 6,075,193 | $ 9,130,728 |
| **Product C** | $ - | $ 639,707 | $ 756,368 | $ 756,368 | $ 2,129,673 | $ 4,587,725 | $ 6,075,193 | $ 9,130,728 |
| **Product D** | $ - | $ 184,499 | $ 745,753 | $ 756,368 | $ 1,662,242 | $ 4,601,732 | $ 6,075,193 | $ 9,130,728 |
| **Product E** | $ - | $ - | $ 422,074 | $ 756,368 | $ 1,159,345 | $ 4,613,526 | $ 6,075,193 | $ 9,130,728 |
| **Product F** | $ - | $ - | $ - | $ 676,163 | $ 662,345 | $ 4,625,321 | $ 6,075,193 | $ 9,130,728 |
| **AuraVie.com** | $ - | $ - | $ 376,347 | $ 456,205 | $ 832,552 | $ 2,868,665 | $ 3,790,280 | $ 5,699,774 |
| Other | | | | | | | | |
| **Total Cost of Goods Sold** | $ 1,059,597 | $ 2,544,090 | $ 3,813,279 | $ 4,914,209 | $ 12,199,646 | $ 30,438,140 | $ 40,241,439 | $ 60,484,140 |
| | | | | | | | | |
| **Gross Profit** | $ 551,825 | $ 2,802,430 | $ 4,232,492 | $ 6,070,781 | $ 13,789,058 | $ 39,714,773 | $ 58,909,620 | $ 88,072,237 |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| **Staffing** | $ 486,941 | $ 559,360 | $ 596,287 | $ 634,693 | $ 3,629,376 | $ 7,477,084 | $ 10,165,741 | $ 14,856,166 |
| **G&A** | $ 218,111 | $ 221,124 | $ 159,312 | $ 177,984 | $ 776,532 | $ 987,167 | $ 1,225,138 | $ 1,543,991 |
| **Starting Inventory** | $ 1,200,000 | | | | | | | |
| **Charitable Donations** | $ - | $ - | $ 28,226 | $ 34,215 | $ 62,441 | $ 215,150 | $ 284,271 | $ 427,483 |
| **Total Expenses** | $ 1,905,052 | $ 780,485 | $ 783,826 | $ 846,892 | $ 4,468,349 | $ 8,679,401 | $ 11,675,150 | $ 16,827,640 |
| | | | | | | | | |
| **Pretax Income** | $ (1,353,227) | $ 2,021,946 | $ 3,448,666 | $ 5,223,889 | $ 9,320,709 | $ 31,035,372 | $ 47,234,470 | $ 71,244,597 |

FTC-AUR-S2-0000582

EXHIBIT 26

**EXHIBIT 26**





## SALES FORECAST

We project the following:

- 1st Year Gross Profits of **$13,789,058**

- 2nd Year Gross Profits of **$39,714,773**

- 3rd Year Gross Profits of **$58,909,620**

- 4th Year Gross Profits of **$88,072,237**

## FINANCIAL SUMMARY/USE OF FUNDS

Investment funding of **$2.5 million** is needed for General & Administrative (G&A) operating expenses, as well as manufacturing (product & packaging) and marketing for **Quarters 1 & 2** of Phase 1.

EXHIBIT 26

**FTC-AUR-S2-0000583**

**26 – 30**                                    **EXHIBIT 26**



EXHIBIT 26

FTC-AUR-S2-0000584



# TIMELESS BEAUTY...LASTING RESULTS

## FREE BONUS GIFT!

eBook "50 Tips for the most beautiful skin of your life!"

**(Value of $50.00, but yours Free*** with this exclusive offer)**

Angela Swinton is a highly qualified beauty consultant and an expert in homeopathic skin care with over 25 years experience. She is a contributing writer for national publications including ELLE, LUCKY, and Allure.

## REAL PEOPLE... MIRACULOUS RESULTS!

I've used every product under the sun to help turn back time. My Esthetican gave me some AuraVie samples to try and from the first day, I was blown away by the results. My husband actually complimented me on my "beautiful complexion," and believe me he never notices anything. Now I finally love the skin I'm in!

*- Sofia, NV***

I've never felt better about my skin, than when I started using these great products. I thought once I turned 50, I would be under the knife before they finished singing Happy Birthday. But, now that I have AuraVie, I'm gonna use that money to take myself to Hawaii!

*- Agnes, NI***

# YES, I WANT TO LOOK YOUNGER IN 14 DAYS!

## MEDICAL MARVEL: SOMETHING WORTH TALKING ABOUT!

AuraVie Skin Rejuvenation System contains the potent benefits of Omega 3, 6 & 9 and Vitamin D, which promote healthy skin renewal, as well as, nature's most powerful antioxidants; Resveratrol & Acai Berry, resulting in products that **REFRESH, REVIVE & REPLENISH** your skin for lasting beauty.

**OMEGA 3, 6 & 9:** Omega 3's **reduces inflammation** and can provide **protection against skin conditions.** Omega 6 also has anti-inflammatory properties that impact on inflammation and **improves cellular function** at every level. Omega 9 has many preventative qualities and **helps in the regeneration of skin cells.** AuraVie contains a blend of all 3 of these important Omegas.

**VITAMIN D:** This powerful **antioxidant and anti-carcinogen** is heralded around the world for its role in **preventing damage to the skin structure** which in turn **deters premature aging of the skin.** Because of its **benefits in skin cell metabolism and growth,** Vitamin D is widely used around the world to treat many skin problems, especially psorasis.

**RESVERATROL:** Whether from the skin of the reddest grapes found in France, or from the Japanese Knotweed Plant (the preferred source), Resveratrol is a **super boost of protection for the skin that nourishes the epidermis,** allowing skin rejuvenation to function at its highest level.

**ACAI BERRY:** The high level of antioxidants in acai berries (from the rain forests of the Amazon) **helps diminish free radicals which damage our skin and leads to premature aging.** Acai contains a high concentration of Silicon, a mineral that has been shown to help **improve collagen production,** which **leads to improved strength and elasticity, reducing the appearance of wrinkles.**

TAKE ADVANTAGE OF OUR INTODUCTORY OFFER NOW

CLICK HERE

**30 DAY RETURN POLICY**

100% SATISFACTION GUARANTEED!

Terms & Conditions | Privacy Policy | Contact Us

© 2010 myauravie.com All Rights Reserved.

AuraVie is not affiliated in any way with Beauty, Vogue, W, Allure or InStyle, which are all registered trademarks of their respective owners.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.

*** The Free bonus gift valued at $ Business Plan | BunZai Media Group, Inc fully all product packaging and 31
If you have or suspect that you have a medical problem, promptly contact your physican or health provider.
Information on this site is provided for informational purposes only. It is not meant to substitute for medical advice provided by your physican or other medical professional. This statement has not been evaluated by the FDA.
The product is not intended to diagnose, treat, cure, or prevent any disease.



## SATISFACTION GUARANTEED!

If you are not completely happy with your results, simply call us at (888) 291-7385 for an RMA number and return any unopened product for a refund (less shipping and handling). It's that simple! "We are so confident that you will love the AuraVie 3-in-1 Skin Rejuvenation System that we are not only going to give you this special Introductory Trial for the full 45 day supply (you agree to pay $9.95, plus $4.95 S&H) but also a 30-day Money Back Guarantee. You will have 14 days from the date of your order to evaluate the product. If you decide you are unsatisfied with your results, cancel at anytime. If you choose to keep the product, do nothing and you will be charged the balance of $79.93 for the product you received. Introductory Trial totals $89.88 (savings of $60). In addition, you agree to be enrolled in our VIP membership program and approximately 45 days from the initial order date, and every 45 days thereafter, we will ship you another 45 day supply of the product for which you agree to be charged $89.88, plus $7.95 S&H. Your membership will continue until you cancel.

## ORDER WITH CONFIDENCE

Terms & Conditions | Privacy Policy | Contact Us

©2010 myauravie.com. All Rights Reserved.

Information on this site is provided for informational purposes only and is not meant to substitute for medical advice provided by your physician or other medical professional. You should not use the information contained herein for diagnosing or treating a health problem or disease, or prescribing any medication.

EXHIBIT 26

FTC-AUR-S2-0000586



FTC-AUR-S2-0000587

EXHIBIT 26

**EXHIBIT 26**



EXHIBIT 26

FTC-AUR-S2-0000588

EXHIBIT 26

## MEDICAL MARVEL

Decades of medical research and clinical studies have proven beyond a shadow of doubt the amazing efficacy of Dead Sea Mud, Salt & Minerals in treating often debilitating diseases such as rheumatism, dermatological (acne), psoriasis and joint diseases. Israel's Shemer Medical Center recently conducted an exhausted study that showed how Dead Sea Salt and Mud significantly **increased levels of arterial oxygenation (SaO2)**, which in turn aided in more restful sleep and improved overall wellness for the test group.



GET YOUR
## MIRACLE FACE KIT NOW!



# BEAUTY INSIDE & OUT

# Dead Sea Salt & Minerals



**Dead Sea Salt & Mud** is a proven bactericide, skin healer, relaxant and rejuvenator. The combination of Dead Sea mineral and salts helps to recreate a more vibrant and healthier surface to aging skin. Some of the numerous benefits associated with these miraculous ingredients are: Bromide (**repairs and soothes ailing skin**), Chloride (balances the body's mineral content), Magnesium (activates enzymes for cell regeneration acceleration), and Potassium/Sodium (Energy supplier to skin cells)



Ester-C is Vitamin C to the maximum degree. Formulated specifically for faster absorption and longer retention so you can achieve the greatest benefits of Vitamin C which is a powerful antioxidant that **helps fight free radicals**; those unsteady molecules in our bodies that researchers believe contribute to the aging process. Vitamin C is **important for building connective tissue**, such as those found in the epidermis and joints and helps boost immune system strength.



Topical DMAE (Dimethylaminoethanol): also known as "facelift in a jar," is considered by many scientists to be the first ingredient proven in studies to have shown a **positive effect on lessening the appearance of facial sagging** by increasing muscle tone and therefore helping skin feel replenished and suppler. It has been proven that DMAE causes a noticeable degree of tightening of the skin. DMAE is crucial in the formation of elastin and collagen which **supports skin rejuvenation**.



# FREE
## BONUS GIFT!



eBook "50 Tips for the most beautiful skin of your life!"

**(Value of $50.00, but yours Free*** with this exclusive offer)**

Angela Swinton is a highly qualified beauty consultant and an expert in homeopathic skin care with over 25 years experience. She has had the opportunity to write extensive beauty and health articles for national publications including ELLE, LUCKY, and Allure. Ms. Swinton is also a contributing consultant to the Style Network. Her recent Ebook, "50 Tips for the Most Beautiful Skin of Your Life" is a necessity for every woman who wants to have youthful, radiant skin.

## REAL PEOPLE...
## MIRACULOUS RESULTS!

Tightening my budget also comes with sacrificing some parts of my beauty regimen. I scoured the internet for new and easy ways to freshen up my tired skin, and I stumbled on the Miracle Face Kit. **I absolutely love it! It's like having a spa in my bathroom.** I can sit back, have a hot bath, light some candles and wear my mud mask. Afterwards I feel refreshed and my skin has never looked better.

- **Katherine, FL**\*\*



Thank you so much for making a great product! I have tried everything under the sun and haven't found anything that compares to the Miracle Face Kit. **I love seeing the dead skin cells come off my skin when I use the facial peel, and afterwards my face feels beyond smooth.** I tell everybody who is willing to listen about the kit and that it is a MUST HAVE for any woman. Keep up the good work!

- **Juliana, IL**\*\*



As soon as I turned 17, I guess all these hormones made my skin break out so bad. It was ruining my self-esteem, and I needed to find something fast. My aunt let me borrow her Miracle Face kit and **after just using it one time, I was hooked.** The next day **my blackheads were gone, and the redness was fading** away. Within a few weeks my skin was clear! Now my friends are asking me what my secret is, lol.

- **Kelsey, AZ**\*\*



EXHIBIT 26

FTC-AUR-S2-0000589

EXHIBIT 26



REJUVENATING POWERS OF THE DEAD SEA
ADVERTORIAL: ABC NEWS
PLEASE ENTER YOUR SHIPPING INFORMATION
First Name:
Last Name:
Address:
City:
State:
Zip Code:
Phone:
Email:
$4.95 S&H
Send My Miracle Face Kit
Click Here
YOU CAN HAVE HEALTHY, LUMINOUS, YOUNGER LOOKING SKIN WITH THE MIRACLE FACE KIT
FACIAL PEEL & MUD MASQUE
• Rejuvenate, Lift & Tighten Tired Skin
• Visibly Reduce Acne, Fine Lines & Wrinkles
• Exfoliate & Hydrate with Natural Ingredients
• At home Spa Quality Facials
SPECIAL
INTRODUCTORY OFFER!
$9.95
+S/H
BEAUTIFUL SKIN IS JUST A CLICK AWAY...
NOT TESTED ON ANIMALS
SECURITY VERIFIED
TRUST GUARD
SECURED
THE WORLD'S MOST BEAUTIFUL WOMEM including HOLLYWOOD ROYALTY are true believers in the miraculous healing and beautifying powers of Dead Sea Mud & Salt.
NOW YOU CAN TOO!
REJUVENATING
POWERS OF THE DEAD SEA...
Located in Israel, (for thousands of years) the Dead Sea is well-known for being rich in life-enhancing minerals and its health promoting environment. Salt water springs create a lake 1300 feet below sea level, making the Dead Sea the lowest place on earth. Including the oceans. The Dead Sea is considered unique in comparison to every other body of salt water in the world, because of its unique composition of the highest levels of sodium, calcium, magnesium, silica and potassium. From ancient times, till now, millions of people have come to the Dead Sea to relax, experience its majesty and enjoy its beautifying and healing benefits. These visitors bathe in the rejuvenating waters and coat themselves in the revitalizing mud and salt.
COMPLETE SKIN TREATMENT
STEP 1: Remove dead skin cells, unblock pores and prevent breakouts with the Miracle Face Facial Peel: A natural blend of herbal antioxidants, Dead Sea Salt and Grapefruit Extract, and herbal Antioxidants that will gently exfoliate and leave your skin feeling youthful and vibrant. Just apply a small amount to your neck and face, wait 20 seconds and gently in circular motion until skin is exfoliated. We've included a special skin applicator for easy use.
STEP 2: Replenish essential nutrients with our Miracle Face Mud Mask: a patented mix of Aloe, Algae, Dead Sea Mud, and Mugwort that will leave your skin sunrise radiant and silky smooth. Miracle Face Mud Mask is idyllic for relieving skin ailments in all places on the body, e.g., back, elbows, neck. Simply apply mud mask to all affected areas and rinse off after 10-15 minutes.
Business Plan | BunZai M
36

## MEDICAL MARVEL...

Decades of medical research and numerous studies have proved beyond a shadow of doubt the efficacy of Dead Sea Mud, Salt & minerals in preventing and treating various diseases such as rheumatism, acne, psoriasis, eczema and joint diseases. A recent study by Israel's Shemer Medical Center reported that Dead Sea minerals significantly increased levels of Sa02, thereby helping with improved exercise performance and more restful sleep.

     

 

### GET Your Miracle Face Kit NOW!

## BEAUTY INSIDE AND OUT...



**Dead Sea Salt & Mud** is effective as a bactericide, relaxant, skin healer and rejuvenator. **The combination of dead sea minerals and salts helps recreate a healthier and more vibrant surface to aging skin.** Some of the many benefits a related with these minerals are: Chloride (balances the body's mineral), Bromide (Treats and soothes aling skin), Magnesium (accelerates cell regeneration by activating enzymes) Sodium/Potassium (Energy supplier to skin cells)



**Ester-C** is the most superior form of Vitamin C existing to date. It has been formulated specifically for faster retention and absorption so you can achieve the greatest benefits of Vitamin C quickly. **Vitamin C is a powerful antioxidant that helps clean up free radicals**; those unsteady molecules in the body that scientists believe contribute to the aging process. Vitamin C also is crucial for building connective tissue such as those found in the skin and joints and **helps boost our immune system strength.**



Topical DMAE (Dimethylaminoethanol) is also known as **"facelift in a jar."** It may be the first ingredient proven in studies to have a **positive effect on lessening the appearance of facial sagging, increasing muscle tone, and in helping skin feel replenished and more supple.** It has been established that DMAE causes some degree of tightening of the skin. Although DMAE can't fully reverse existing facial sagging, it's crucial in the formation of elastin and collagen which supports skin rejuvenation, thus reducing the further progression of sagging.



**WINNER**
Editors Choice
Best Product 2006

### FREE™ BONUS GIFT!

eBook "50 Tips for the most beautiful skin of your life!"





(Value of $50.00, but yours Free*** with this exclusive offer)

Angela Swinton is a nationally recognized nutritionist, skin care consultant and beauty expert with over 20 years experience. She has written numerous articles on beauty, health and wellness for Vogue, Health & Beauty and Allure, and is a contributing editor to the Style Network. Her "50 Tips for the most beautiful Skin of your life" is a must have for every woman who wants to have softer, younger looking skin.

## REAL PEOPLE...MIRACULOUS RESULTS!

The Miracle Face Kit is like having a healing spa in my home. I never thought that I looked old per say, but I definitely knew I could freshen up a bit. **I wanted to be able to look into the mirror and enjoy what I was seeing – without the pain and expense of plastic surgery.** Now that I have the Miracle Face Kit, I'm not just looking refreshed I'm richer too. Thanks!

– Candice, RI**



I've wasted thousands of dollars on expensive treatments and medical procedures, but nothing seemed to work. But when I started using the Miracle Face Kit, I could feel my skin changing for the better right before my eyes. It was as if I was at the Dead Sea and **the nourishing mud and salt was repairing my damaged skin not just my face, but everywhere I was affected.** The Miracle Face kit it the most important part of my beauty regime.

– Alana, AT**



When my skin started breaking out, I had no idea what to do. My mom had always been into cosmetics and she has beautiful skin, so I tried her Miracle Face Kit and it worked like... well let's just say the name fits. **It unclogged my pores and my breakouts are few and far between.** Miracle Face Kit brought my life and allowed me to be my true confident and beautiful self. I encourage anybody who has acne to go out there and try it.

– Tracy, CA**



EXHIBIT 26

FTC-AUR-S2-0000591

ds-300x600-s5

ds-300x600-s5





ds-728x90-s5



ds-468x60-s5



38

EXHIBIT 26

FTC-AUR-S2-0000592

EXHIBIT 26





# ORGANIC NAIL CARE SYSTEM

Salon Quality Nail Care System for healthy, beautiful hands & feet ...from the comfort of your home!

## GIVE YOUR NAILS AMAZING SHINE IN LESS THAN 5 MINUTES!

### 3 GREAT PRODUCTS... 3 EASY STEPS

**THE COMPLETE NAIL CARE THERAPY**

- Natural Shine 3-Way Buffer
- Organic Cuticle Cream
- Organic Sunflower Hand & Body Lotion
- Rose Paper Petal Soap

**70% OFF**

(Save $40)

**ORGANIC INGREDIENTS FOR MAXIMUM RESULTS**

- Sunflower Oil – retains moisture in the driest skin
- Grapefruit Extract – repairs cracked damaged skin
- Natural Essential Oil Blend – prevents hangnails

Just Click YES to add this to your order

YES NO

NOT TESTED ON ANIMALS

Only $24.95

$4.95 S&H*

(3 month Supply!)

Sells for over $65 in malls across America.
Made in the U.S.A.

MyMiracleKit.com SECURITY VERIFIED TRUST GUARD Active 01-15-10 CONFIRM NOW

## PAMPER YOURSELF

AND LET YOUR NAILS MAKE A LASTING IMPRESSION!

"OK, I'm impressed! I'll bet I had some of the worst nails on the planet. They were hopeless, no matter what I did to them. I tried nail hardeners, polish, no polish, everything I could think of, but nothing worked until two months ago when I started using the Sunflower Organic Nail Kit, and I WOULD NEVER HAVE BELIEVED THAT MY NAILS WOULD EVER, EVER LOOK THIS GOOD. They are strong, pink and healthy looking. Thanks guys!"

- Trina, Los Angeles

Terms & Conditions | Privacy Policy | Contact Us

©2009 [illegible] Rights Reserved.

The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.













THE #1 DEAD SEA SALT BODY SCRUB IN THE USA
LIVE
Ancient Cures
Healing Secrets of the Dead Sea!
REVITALIZE YOUR SKIN
WITH
SOUFFLÉ BODY SCRUB
MAKES A GREAT Gift!
SAVE 30%
$19.95
EACH
+ $4.95 S/H*
EXCLUSIVE ONLINE OFFER!
• REMOVE DEAD SKIN CELLS, DIRT AND EXCESS OIL
• CLEANSE & EXFOLIATE GIVING SKIN LUMINOUS GLOW
• REJUVENATE SKIN WITH PATENTED FORMULA
• IMPROVE CIRCULATION, FIGHT CELLULITE & ACNE
Soufflé Body Scrub with DEAD SEA SALT & NUTRIENTS is one of the most LAVISH, LUSCIOUS ALL NATURAL BODY SCRUBS IN THE WORLD and will make your skin silky smooth with a beautiful glow.
PLEASE ENTER YOUR SHIPPING INFORMATION
First Name:
Last Name:
Address:
City:
State:
Zip Code:
Phone:
Email:
Send My SOUFFLÉ Here
Click Here
AVAILABLE IN 7 DELICIOUS SCENTS
•Lemon •Green Apple •Mandarin •Peach • Raspberry •Pomegranate •Pineapple.
NOT TESTED ON ANIMALS
Saltsouffle.com
SECURITY VERIFIED
TRUST GUARD
Inactive 12-04-09
CONFIRM NOW
REAL PEOPLE...REAL TESTIMONIALS
I have always had problems with dry, scaly knees and elbows, and nothing seemed to work for me. While I was browsing the web, I happened to find the Soufflé Dead Sea Salt & Mineral Body Scrub. This product was truly what I needed. Not only does it leave my body soft and supple (no more scales for me anymore!), but the yummy scent makes my shower even more relaxing. It feels like being in a spa! When I use it, I feel as though I'm doing a special service just for me. I really suggest this scrub for the fantastic outcome and as a little extra something just for you!
- Candice, CA
Business Plan | BunZai Media Group, Inc.
40
SOUFFLÉ
DEAD SEA BODY SCRUB



The last time I used a body scrub it irritated my skin, so I wasn't interested in going through that experience again. My mom did mention to me this scrub and how she used it every day. I saw it in our shower and decided to try it. Now I absolutely love this product. It smells delicious and when I use it, it doesn't hurt my skin like that other stuff did. Right now, I actually have three scents in my shower, and I use a different one each day: Lemon the first day, Peach the next day, and Raspberry after that. I use it before I apply my self tanner for a more even tan and softer skin. Awesome product!

*- Tracy, AT*





## GET THIS FREE BONUS GIFT
### WHEN YOU ORDER 2 OR MORE!

**PURE ATTITUDE HAND & BODY LOTION**
- RELIEVE, MOISTURIZE, AND IMPROVE DRY SKIN
- RICH IN DEAD SEA SALT MINERALS & NUTRIENTS
- CURRENTLY USED IN THE BEST DAY SPAS & RESORTS



## BODY SCRUB 101 – TOTAL BODY TREATMENT

Body scrubs are one of the best and most effective ways to turn tired skin into healthy, beautiful, glowing skin.  You can scrub away the first layer of dead skin (exfoliating) while also massaging muscles and moisturizing (hydrating). **Body Scrubs that are rich in Dead Sea Salt and minerals are the best skin reviving exfoliates in the marketplace.**

## SKIN THERAPY

Healing skin care with Soufflé Body Scrub from the sea! **Dead Sea salt, minerals & enriched vitamins, mixed with essential natural oils to easily exfoliate and replenish skin's nutrients.** Clean and reinvigorate while soothing roughness and moisturizing dry skin with this rich and luxurious scrub.

**Soufflé's delicate blend of Dead Sea Salts, minerals, enriched vitamins, nutrients and hydrating oils is an absolute dream.** It not only exfoliates but **clears clogged pores and leaves a gorgeous sheen on your skin.** It is one of our best-selling spa treatments ever.

**Directions:** Apply to affected areas while in the shower or tub.  Gentle and slow circular motions work best to exfoliate.





The scrubbing routine will **rub away the dead skin cells** on your body (particularly your **feet, knees,** buttocks, and other dry areas), and the process will also give your skin the ability to absorb self tanners and moisturizer. Having more moisturized skin will, help to **prevent ingrown hairs, acne and blackheads** from occurring.   *- Ori Lauren, Health & Beauty Expert*





**100% SATISFACTION GUARANTEED**



Beautiful Skin is Just a
Click Away!

Get Your SOUFFLÉ Today!



## DON'T FORGET!
## GET A FREE
HAND & BODY LOTION
WHEN YOUR PURCHASE
2 OR MORE SOUFFLES

Terms & Conditions | Privacy Policy | Contact Us

© 2010 saltsouffle.com. All Rights Reserved.

The testimonials herein were provided by real people who were compensated for their endorsement and the images are of the actual people. Soufle Body Scrub is not affiliated in any way with CNN which is a registered trademark of its respective owner. The price for each individual bottle of Soufle Body Scrub is $19.95. If you purchase 2 or more bottles, you will receive one free bottle of our Pure Attitude Hand & Body Lotion. *Shipping charges are as follows: Purchase 1 or two bottles and you pay just $4.95 S&H, purchase 3 or more bottles and you get Free S&H.

EXHIBIT 26

FTC-AUR-S2-0000595

26 - 42                    EXHIBIT 26



EXHIBIT 26

FTC-AUR-S2-0000596

26 - 43                                      EXHIBIT 26

**Recommended by...**

From child advocacy groups to parenting groups, experts have heralded the benefits of educating your kids to the simple lessons that are shown in the DVD's developed by Planet M3D. "Children from the ages of 2 to 6 are sponges; the earlier you start instilling in them good habits, the better life they will live."

*– Pravda Singh, Child Development Advocate*

      



Pigasso's Place was awarded the prestigious Dove Award for Excellence. "Parents can feel confident that the content and music on Planet M3D DVD's are non-violent and have a positive influence on their kids" - *Phil Boatwright, the Dove Foundation*



## Real Families...Real Testimonials



When my son started preschool, he was having issues getting along with the other children. His teacher suggested that I show him the "Making Friends" episode from the Pigasso's Place DVD set. Not only did he enjoy the show, he learned an important lesson. Now he loves watching these DVD's (me too), singing along with the loveable characters and learning priceless life lessons.

*- Julia, Colorado*



I recommend this collection highly, for parents that want to build an exceptional collection of DVD's for their kids. The songs are memorable and remarkably easy for my kids to sing along with. The multi-language format is the most amazing thing. It was wonderful when my 4 year old started singing the songs in French & Spanish. My children love these DVD's and I love Planet M3D for making them.

*- Rosa, Toronto*



My 4 year old granddaughter absolutely adores these DVD's. She has been suffering from separation anxiety, but today I dropped her off at the babysitters with the Digimouse DVD, and she didn't even look for me!!! It is a gift for her and me, as I also catch myself walking around the house singing the songs.  Thank you Planet M3D!

*- Bernadette, Florida*

## SWITCH BETWEEN 6 LANGUAGES WHILE YOU WATCH

English • Spanish • French • Italian • German • Hebrew



Click to Play Sample...

Click on one of the **buttons below** for an online preview!

**Friends**   **Tommy's Song**

**Part of a Group**   **I'm Special**



## FREE BONUS GIFT...

**100 WAYS TO HAVE FUN WITH YOUR KIDS FOR FREE**

by Cynthia Marino
Senior Editor, Fun Family Times Magazine

43

Business Plan | BunZai Media Group, Inc.

EXHIBIT 26

FTC-AUR-S2-0000597

26 - 44                                    EXHIBIT 26



Terms & Conditions | Privacy Policy | Contact Us

© 2010 m3donline.com. All Rights Reserved.

The testimonials herein were provided by real people who were not paid by the advertiser, though the images are not of the actual people. PlanetM3D is not affiliated in any way with ABC News, Young Family, Quality Time, Child, Little Kids, Parenting, Baby Talk, Christian Parenting, Family Fun, UNICEF, The Dove Foundation, Los Angeles Times, Family Circle, TV Guide, Child Safety Network, Harvard University, Yale University, Brown University & Cornell University, which are registered trademarks of their respective owners.

FTC-AUR-S2-0000598

EXHIBIT 26





# COMING SOON

### SPRING 2011

EXHIBIT 26
FTC-AUR-S2-0000599
26 – 46                                    EXHIBIT 26





**COMING SOON**

FALL 2010

EXHIBIT 26

**FTC-AUR-S2-0000600**

**26 - 47**                                    **EXHIBIT 26**





Business Plan | BunZai Media Group, Inc.                                        47

EXHIBIT 26

FTC-AUR-S2-0000601







## COMING SOON

JANUARY 2011

Business Plan | BunZai Media Group, Inc.                    48

EXHIBIT 26
FTC-AUR-S2-0000602

**26 – 49**

**EXHIBIT 26**





# COMING SOON

## SUMMER 2010

EXHIBIT 26

FTC-AUR-S2-0000603









EXHIBIT 26

FTC-AUR-S2-0000604

26 - 51                                                         EXHIBIT 26