## BUNZAI OFFERS – February 11th, 2011

**Miracle Face Kit Moisturizer RISK FREE TRIAL ( www.deadseamudmasque.com, www.newmiraclekit.com and www.miraclekitfreetrial.com)**

| | | |
|---|---|---|
| Enrollment: | Day 1: 10 Day Risk Free Trial (45 day supply) $0.00 + $4.95 S&H | **(866)216-9336** |
| Transitional: | Day 15: $97.88 for the product already shipped | (818)785-6800 |
| Continuity: | Day 45 (+45 days): 45 day Supply - $97.88 + FREE S&H = $97.88 | |

**Miracle Face Kit RISK FREE TRIAL ( www.mymiraclekit.com and www.miraclefacegift.com)**

Enrollment:    Day 1: 10 Day Risk Free Trial (45 day supply) $0.00 + $4.95 S&H

Transitional:  Day 15: $97.88 for the product already shipped

Continuity:    Day 45 (+45 days): 45 day Supply - $97.88 + FREE S&H = $97.88

**Miracle Face Kit INTRO OFFER ( www.deadseamasque.com and www.Themiracleface.com)**

Enrollment:    Day 1: 14 Day Intro Offer Kit (45 day supply) $9.95 + $4.95 S&H

Transitional:  Day 15: $79.93 for the product already shipped

Continuity:    Day 45 (+): 45 Day Supply - $69.95 + $7.95 S&H = $77.90

**Miracle Face Kit SINGLE (www.miraclefacekit.com )**

Single: Day 1: 1 Package for $69.95 +$7.95 S&H = $77.90

---

**Auravie RISK FREE TRIAL ( www.myauravie.com and www.auraviebeauty.com)**

| | | |
|---|---|---|
| Enrollment: | Day 1: 10 Day Risk Free Trial (45 day supply) $0.00 + $4.95 S&H | **(888)291-7385** |
| Transitional: | Day 15: $97.88 for the product already shipped | (818)785-6800 |
| Continuity: | Day 45 (+30 days): 1-Month Supply - $97.88 + FREE S&H = $97.88 | |

---

**M3D (www.m3dtv.com)**                                                                **(888)241-2619**

Single: Day 1: One DVD set - $24.95 +$7.95 S&H                          (818) 785-6800

Single: Day 1: 2 DVD sets - $39.95 +$7.95 S&H

---

**OTT RISK FREE TRIAL ( www.organictarget.com and www.organictargetpens.com)**

RETURN ADDRESS:  7900 Gloria Ave, Van Nuys, CA 91406
PHONE: 818-785-6800       FAX: 818-647-0182

## BUNZAI OFFERS – February 11th, 2011

Enrollment:   Day 1: Get moisturizer and choose 1 pen $0.00 + $4.95 S&H OR          **(866)216-9336**
UPGRADE your order to moisturizer plus 4 target treatment pens for $49.95 + $4.95 S&H
                                                                                                                    ↓
Transitional:   Day 15: $97.88 for the product already shipped                                   (818)785-6800

Continuity:   Day 45 (+30 days): 1-Monthy Supply - $97.88 + FREE S&H = $97.88

---

**Souffle Salt Scrub (www.mybodysouffle.com and www.saltsouffle.com)**

Single: Day 1: One Bottle - $19.95 + $4.95 S&H = $24.90                            **(866)216-9336**
                                                                                                                    ↓
Single: Buy 2 bottles get one lotion – $39.90 +$7.95 S&H = $47.85            (818)785-6800

Single: Buy 3 or more bottles, get one lotion and FREE S&H. $59.85+ $0.00 S&H = $59.85

---

**Organic Nail Kit (www.mynailkit.com and www.organicnailkit.com)**          **(866)752-8086**
                                                                                                                    ↓
Single: Day 1: One Package - $24.95 +$4.95 S&H = $29.90                           (818)785-6800

---

RETURN ADDRESS:  7900 Gloria Ave, Van Nuys, CA 91406
PHONE: 818-785-6800     FAX: 818-647-0182

**216 - 2**                                                                                                    **EXHIBIT 216**