| | |
|---|---|
| **To:** | xposedinc@gmail.com[xposedinc@gmail.com] |
| **From:** | support@godaddy.com |
| **Sent:** | Fri 11/27/2009 8:05:22 PM |
| **Subject:** | Information regarding the registration of BUNZAIMEDIAGROUP.COM |
| **MAIL_RECEIVED:** | Fri 11/27/2009 8:05:22 PM |



**Tell Me How To:**
Set up my FREE personalized email
Set up my FREE ad-
Set up my FREE
Set up my Business
Use FREE domain
Get the most out of my
Get a domain for only $1.99*

The domain that's all about YOU!

Make your domain registration private! Protect yourself against identity theft, spam & more.

Not planning to create a Web site right away? Make money with your parked domain! Let us show you how...
Learn more!

Save on domains, products, Go Daddy gear and more!

**Congratulations! Your registration request for the domain name(s) below was successful:**
BUNZAIMEDIAGROUP.COM
BUNZAIMARKETING.COM
BUNZAINETWORK.COM
BUNZAIPAYOUTS.COM
BUNZAIMEDIA.COM

**The next step:** Log in to the Go Daddy Account Manager, where you can set up your free products (such as email, hosting with a Web site builder, and a blog), activate services you bought, and manage or modify your domain information (name servers, auto-renewal options, contact information, etc.).

To safely log in:

1. Go to the **GoDaddy.com** home page and log in with your username or customer number and password.
2. From the My Products list, you can manage, renew, and upgrade your products and services.

**Check out some of these great products and services that help you get the most out of your domain!**

**Web Hosting & Servers**
Enjoy FREE setup from **GoDaddy.com** and enjoy a fast, secure, affordable plan that's just right for you – with a company you know and trust. **GoDaddy.com** offers a world-class data center, best-of-breed equipment, 24/7 live security, monitoring and live support. Starting at just $4.99 per month! Learn more

**Build Your Web Site**
With click 'n build templates, you can build a professional site in minutes! Or run your own online store!

**Web Site Promotion**
Submit your Web site to key search engines and directories like Google® and MSN®.



**Protected Registration**
Protect your privacy and secure your domain, while still promoting your Web site, with Private Registration, Domain Ownership Protection and Business Registration. **Learn more**

**Personalized Email Accounts & More**
Get 2GB storage and 5 email addresses (you@YourPersonalDomainName.com) with a **Deluxe email account**.

**Site Security**
Add the browser lock to your site with an affordable SSL Certificate from Go Daddy. **Learn more**

Please take a moment to **tell us a bit about yourself and your thoughts on Go Daddy**. Your comments will help us determine what we can do to better meet your needs.

If you need any further assistance or technical support, call us at **(480) 505-8877** day or night, or email us at **support@godaddy.com**. We appreciate your business!

Sincerely,
**GoDaddy.com**

P.S. Learn how to improve your business, exchange ideas and share your expertise, connect with Internet entrepreneurs and more at our new online business community,
**Go Daddy Connections**. Log on today!

**www.GoDaddy.com**
account
supported Web site
Quick Blogcast™
Registration
locking
domain name

Is your domain available as a Twitter username?
**Log in and find out.**
Look for the T Check logo next to your domain.

Prices are current as of 11/27/2009, and may be changed without notice.
*Plus ICANN fee of 18 cents per domain name year. Visit our **Web site** for details.
**Free hosting, photo album and blog services are ad-supported. Ad-supported Web sites contain relevant online advertising on a small portion of the site, but DO NOT include obtrusive pop-up ads.

Third party marks and logos are registered trademarks of their respective owners. All rights reserved.

W!

Learn more
Learn more now

Prices are current as of 11/27/2009, and may be changed without notice.
*Plus ICANN fee of 18 cents per domain name year. Visit our Web site for details.
**Free hosting, photo album and blog services are ad-supported. Ad-supported Web sites contain relevant online advertising on a small portion of the site, but DO NOT include obtrusive pop-up ads.

Third party marks and logos are registered trademarks of their respective owners. All rights reserved.

Copyright © 2009 GoDaddy.com, Inc. All rights reserved.

