| | |
|---|---|
| To: | Paul Medina[paul@bunzaimedia.com] |
| Cc: | Alon &gt; Bunzai Media[alon@bunzaimedia.com] |
| From: | Avico Global |
| Sent: | Sun 4/8/2012 3:00:04 PM |
| Importance: | Normal |
| Subject: | Re: API lime light tracking |
| MAIL_RECEIVED: | Sun 4/8/2012 3:00:06 PM |

Cool ... Let me know

On Apr 8, 2012 11:57 AM, "Paul Medina" <paul@bunzaimedia.com> wrote:

>   Thanks Avi. Shortly I will login and test. Once I test I will contact Sean and Justin
>
>   On Apr 8, 2012 9:18 AM, "Alon &gt; Bunzai Media" <alon@bunzaimedia.com> wrote:
>
>>   Thank you Avi  - paul, maybe we can have Sean start right away. ....
>>
>>   Alon.Mobile
>>
>>   On Apr 8, 2012, at 9:09 AM, Avico Global <avicoglobal@gmail.com> wrote:
>>
>>   > GM Paul :)
>>   >
>>   > The API Tracking is now live ... Basically as you move the orders to shipping status it will update limelight.
>>   > You can do it one by one or in bulk ..
>>   >
>>   > one thing you need to do as you move the orders ..
>>   > when you click the orange button "move to shipped" you also need to "MARK AUCTIONS" from the drop down
>>   >
>>   > call me for help ...
>>   >
>>   > Avi