# Telestar Solutions Private Limited

After thorough research and review of other customer support outsource companies which provide call center and communication VOIP services, the findings are: We need at least six pages, including **Home, Solutions, Products, Support, Pricing, About Us / Company,** and **Contact Us**.

1. **Home Page**:

    We can provide the following useful links on **Home Page**;

    1. Switch Partitioning
    2. Reseller Partitioning
    3. Call Shop
    4. Key Features
    5. Server Specifications
    6. Easy Migration Tools
    7. Pricing
    8. Switch & Billing Brochure

    http://www.revesoft.com/hosted_service

    Can also provide other information such as BUSINESS VoIP, CALL CENTERS, PBX SIP TRUNKS, etc., on Home Page, please refer to http://www.nextiva.com/.

2. **Solutions**:



Please refer to http://www.xo.com/unify/voip/ip-flex/#

3. **Products**:

Service Provider Solution,

Voice Quality Monitor,

Contact Center Solutions,

Enterprise IP-PBX

Please refer to http://www.ezvoicetek.com/en/solutions.html

SPI Servier

JTAPI SDK

Mobile VoIP

Softswitch & Billing

Bandwidth Optimization

Hosted Services Such as; Monthly Payment options, Quick Start your VoIP business, 24x7 managed services, Complete suite of VoIP services in one IP telephony platform



4. **Support**

5. **Abouts Us**

6. **Contact Us**

**Terms and conditions, Including**

Please refer to http://www.nextiva.com/terms-and-conditions.html