

Call us at : **+91-161 5022 348**

Follow @OPKESERVICES

| HOME | ABOUT US | SERVICES | TECHNOLOGY | OPK US | WHY-OPK | FUN AT WORK | BLOG | CAREERS | CONTACT US |



BPO sector awaits the Obama call.

## OPK eServices - An International BPO

**A single-window service center for all your customer enquiries**

OPK offers 24/7 round the year Inbound Customer Services that keep pace with your business. WE help boost your market potential, enhance your brand value and spread out your customer base. Our zero-error commitment ensures 100% satisfaction, even if you are not available to take your customer's call. Our expertise helps increase your company's revenue and improves business continuity.

## OUR VISION

OPK's Inbound Service is the way where you can keep your business on the go even if you are not available to serve your customers. Our inbound customer service Agents will answer the calls on your behalf.

## SERVICES WE OFFER

| ORDER TAKING | CUSTOMER SERVICE | TOLL FREE SERVICE | WEBSITE RESPONSE |

| ANSWERING SERVICE | REMOTE RECEPTIONIST | INQUIRY HANDLING | HELP DESK SUPPORT |

## CONTACT US

Your Name

Mobile Number

E-Mail Address

Message

**SUBMIT**

## TESTIMONIALS

## SOCIAL MEDIA UPDATES

**Facebook**     **Twitter**

We are very happy with your service and have been doing very well with our business. There is a 65% increase in Business, thanks to wonderful team.

- Paras (CEO MSHELL)

View more

## CASE STUDY

## ABOUT OPK




 HOME    ABOUT US   SERVICES    TECHNOLOGY   OPK US   WHY-OPK   FUN AT WORK   BLOG   CAREERS    CONTACT US

- Increased average client spend 91%

Top performers of the Day

#opk

## OUR CLIENTS

Satellite TV Company | Cartridge/Toner Company | Digital Media Company | Digital TV Retailer

If you want immediate assistance , Please contact us at **+91- 161 5022 348**

### QUICK LINKS

| | |
|---|---|
| HOME | OPK US |
| ABOUT US | WHY OPK |
| SERVICES | FUN AT WORK |
| TECHNOLOGY | CAREERS |
| | CONTACT US |
| | DISCLAIMER |

### SOCIAL MEDIA

We are just as active on popular social sites. Don't forget to follow us.

    

### OUR LOCATION

OPK e-Services Pvt Ltd
185/1, GT Road,
Dhandari Kalan,
Ludhiana, Punjab



TEL : +91 - 161 - 5022 348

EMAIL : info@opkeservices.com