

Thursday, 12 May 2016 - 10:18:06 AM

- Home
- Fashion
- Beauty
- Hair
- Fitness
- News

## Auravie: Does Auravie Work?



**Auravie– Overview**

Editor Review: 3.5 / 5.0 editor's review

**Auravie** is a company that manufactures a number of different beauty treatments that include skincare systems and individual creams, peels and toners. The *Auravie* website is very clean and attractive in appearance and is user friendly, allowing the consumer to find the most appropriate product for their skin. All Auravie products are ordered directly from the website, which is fully secure. The company has a limited 14-day money back guarantee and there is a comprehensive ordering/ shipping FAQ section.

Auravie products range in cost but most are in the region of $100.00 making them more expensive than other brands. It is more economical to purchase product packages, such as the 3 in 1 Skincare System which includes a facial peel, age defying serum and moisturizer at a cost of $219.99.

**Auravie– Product Description**

The products in the 3 in 1 Skincare system are made of natural botanical ingredients that include anti-oxidants, such as Resveratrol and Auravie Acai Berry that fight cell-damaging free radicals. They also use Omega 3, 6 and 9 plus Vitamin D.

The first step of the range is the facial peel which helps to remove dead skin cells and allow new, healthy growth to take place. The second step, Age Defying Serum, firms and lifts sagging skin while reducing the appearance of dark circles under the eyes. Finally, the Auravie Day/ Night Moisturizer aids in moisture retention, plumping the skin and smoothing the surface texture.

All the ingredients are listed for each product but only the key active substances are explained in any detail.

**Auravie– Advantage**

- Auravie products have a money back guarantee
- The ordering process is secure
- Auravie products contain natural ingredients
- All ingredients are listed
- Customer testimonials are shown

**Auravie- Drawbacks**

- Auravie products are expensive
- The returns period is short
- Only key ingredients are explained in detail

**Auravie-The Bottom Line**

The Auravie range does appear to be a professionally manufactured and beneficial line of products but they may be too expensive for the average consumer. However, they do include ingredients that are known to improve the appearance of aging skin, but will certainly not rival the effects of Botox injections or surgery.

How Well Does It Compare? Click Here To Find Out Now!

Auravie: Does Auravie Work?                                                                 https://web.archive.org/web/20120115084726/http:/www.totalbeautyans...



**Tags:** Auravie / Auravie ingredients / Auravie review / Auravie reviews / Auravie scam / bad about Auravie / buy Auravie / does Auraviework? / good about Auravie / performance of Auravie

blog comments powered by Disqus

- **Fashion and Style**

    - A Brief Guide to Choosing the Right Nightwear for Women
    - A Fashion Guide for Larger Women
    - A Guide to Buying Clothes in Wholesale
    - Fashion and the Passing of Time
    - Open Up to the Many Faces of Fashion

- **Latest Beauty News**

    - Easy to Use Makeup Tips for Your Eyes
    - Tips to get rid of the bags under your eyes
    - Hyperpigmentation Addressed – Over the Counter Options
    - Simple Tips for Cleansing and Taking Care of your Skin
    - Seek help from Obagi to steer clear of aging skin

Copyright © 2016 TotalBeautyAnswers.com All Rights Reserved.

Home | About Us | Privacy Policy | Terms of Use | Cart | Shop Policies | Contact Us | Site Map



**Disclaimer:** The information provided within this website is for educational purposes only and is not a substitute for consultation with your physician or healthcare provider. The opinions expressed herein are not necessarily those of the Owners and Sponsors of this site. By using this site you agree to indemnify, and hold the Owners and Sponsors harmless, from any disputes arising from content posted here-in.