# DECLARATION OF DANIEL L. RAPPAPORT

## PURSUANT TO 28 U.S.C. § 1746

1. I, Daniel L. Rappaport, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto:

2. I am a U.S. citizen over the age of eighteen years old.

3. I am a Digital Forensic Analyst with CACI, Inc., 6315 Bren Mar Drive, Suite 175, Alexandria, VA 22312.  I am ACE Certified and have been practicing forensics for over three years.  As part of my job duties, I often do contract computer forensic work for the Federal Trade Commission (FTC).

4. On June 18, 2015, in connection with a pending lawsuit, FTC v. AuraVie, Hugh Huettner, Technical Forensic Examiner, FTC, 600 Pennsylvania Avenue, NW, Washington, DC 20580, instructed me to forensically image the digital media located at Secured Commerce, 6925 Canby Ave. #105 Reseda, CA 91335 and at Media Urge, 6850 Canby Ave. #103 Reseda, CA 91335.

5. I arrived at 6925 Canby Ave. #105 Reseda, CA 91335 and the Receiver, Charlene C. Koonce, allowed me access to the digital media.

6. I proceeded to make forensically sound images of:

    AV-IT04-CAN105-DoronNottea-DellDesktop: Image of 2TB Seagate HDD model ST2000DM with S/N: Z1E20W1Q from Dell XPS desktop with S/N: 90B2ZV1

    AV-IT04a-CAN105-DoronNottea-DellDesktop: Image of 512GB Samsung hard drive model MZ-7PD512 840 PRO Series with S/N: S12SNEAD107540R from Dell XPS desktop S/N: 90B2ZV1

    AV-IT05a-CAN105-DoronNottea-iMac: Image of 1TB Apple HDD model WDC WD10EALX-408EA0 with S/N: WCATRA932164 from Apple iMac model A1419 with S/N: C02KG25XF29N

    AV-IT05b-CAN105-DoronNottea-iMac: Image of 121GB Apple hard drive model SSD SM128E with S/N: S0XDNYAD263872 from Apple iMac model A1419 with S/N: C02KG25XF29N

    AV-IT09a-CAN105-RoomH-ASUS: Image of 2TB Seagate HDD model ST2000DL003-9VT166 with S/N: 5YD6CXV7 from ASUS Essentio CM6870 desktop with S/N: C3PDCG0010KS

1

AV-IT09b-CAN105-RoomH-ASUS: Image of 120GB Corsair hard drive model Force 3 SSD with S/N: 12296502000013410776 from ASUS Essentio CM6870 desktop with S/N: C3PDCG0010KS

AV-IT01b-CAN103-Office C-Media Urge: Image of 3TB Lacie external HDD model D2 with S/N: 15541406133599G from Apple iMac with S/N: DCPN10LGFWQ7.

7. On June 20, 2015 I received hard drives from Leon Mare and Michael Yuerk containing the following forensic images:

AV-IT01a-CAN105-Avi: Image of 250GB Corsair Neutron HDD with S/N: 12447906000019070142 from Dell XPS desktop with S/N: 90HZYV1.

AV-IT01b-CAN105-Avi: Image of 2TB Seagate HDD model ST2000DM001-1CH164 with S/N: Z1E20RAM from Dell XPS desktop with S/N: 90HZYV1.

AV-IT08-CAN105-Office G-Dell Laptop_Logical: Image of 250 GB Seagate HDD model ST9250315AS with S/N: 6VCYBCV0 from Dell Latitude laptop with S/N: not visible.

AV-IT01a-CAN103-Office C-Media Urge: Image of 500GB Apple HDD model SSD SM0512F with S/N: S1K5NYBDC95368 from Apple iMac all-in-one with S/N: not visible.

AV-IT02-CAN105-Room G-Desk-IMAC: Image of Samsung 250GB HDD model 850 EVO with S/N: S21NNSAG445807W from Apple 24" iMac with S/N: w882237eze4.

AV-IT03a-CAN105-Room G-Desk-Dell: Memory capture and pagefile.sys from Dell XPS 420 desktop with S/N: 1426NFI

AV-IT03a-CAN105-Room G-Desk-Dell: Image of Samsung 250GB HDD model SSD 840 EVO with S/N: S1DBNSAF752436X from Dell XPS 420 desktop with S/N: 1426NFI

AV-IT03b-CAN105-Room G-Desk-Dell: Image of Hitachi 500GB HDD model GM4OA5BA with S/N: GEA550RE2GYAML from Dell XPS 420 desktop with S/N: 1426NFI

AV-IT06-CAN105-Room H-HP: Image of 640GB Western Digital HDD model WD6400AAKS-65A7B2 with S/N: WCASY6886931 from HP desktop model: not visible with S/N: MXZ936D84Y

AV-IT10-CAN105-Room K-Lenovo: Image of 160GB Seagate HDD model ST316031 with S/N: 6VMEMPWR from Lenovo Think Centre desktop with S/N: MJPXM52

AV-IT01-CAN109-Room B-Dell Desktop: Image of 640GB Samsung HDD model HD642JJ with S/N: S1JNJ90S500616 from Dell Inspiron 537S with S/N: 2BJ0WH1

8. I maintained all the hard drive(s) in a secure location until June 22, 2015, when I signed them over to Ajay Patel, Technical Forensic Examiner, 600 Pennsylvania Avenue, NW, Washington, DC 20580. I signed the FTC Chain of Custody forms when I handed the hard drive(s) to Ajay Patel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of May, 2016, in Washington, DC.

*Daniel L. Rappaport* (signature)

Daniel L. Rappaport