# DECLARATION OF AJAY PATEL
## PURSUANT TO 28 U.S.C. § 1746

I, Ajay Patel, hereby state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

1. I am a U.S. citizen over the age of eighteen years old.

2. I am a Technical Computer Forensic Examiner for the U.S. Federal Trade Commission (FTC) in Washington, DC. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.

3. Prior to working for the FTC, I was employed by CACI, Inc. in Arlington, VA as a Litigation Support Specialist. I was contracted to work for the Securities and Exchange Commission in Washington, DC as a Litigation Support Specialist. My duties included processing evidence and providing support and guidance to SEC case teams.

4. I have completed formal classroom training in the use of the forensic software programs from Guidance Software (Encase) and the Access Data Corporation Forensic Toolkit (FTK). Encase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I have met the requirements for the Access Data Certified Examiner (ACE) program and the EnCase Certified Examiner (EnCE) program and was awarded both certifications.

5. I have completed formal classroom training with The International Society of Forensic Computer Examiners and I have met the requirements for the Certified Computer Examiner (CCE) program and was awarded a certification.

6. I have completed formal classroom training at the U.S. Department of Defense and I have met the requirements for the DOD Certified Media Collector program and was awarded a certification.

7. As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and FTC investigators. In the course of my duties, I was assigned to work on the case of *FTC v Auravie*.

8. On June 22, 2015, I received evidence from Daniel Rappaport, Digital Forensic Analyst with CACI, and signed the appropriate chain of custody forms (attached to this declaration).

9. A forensic working copy of each image was made and I exported the user created files; the files were provided to the FTC E-Discovery Unit, who made specific files available to the case team for them to conduct a review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of May, 2016, in Washington, DC.

_____
Ajay Patel

# Federal Trade Commission
## Evidence Custody Form

Version 2.0   09/03/2013

### CASE INFORMATION

- **Case Number:** 14-23137
- **Case Name:** AnaVie ~~5850 Canby Ave~~ (CAN 103)
- **Case Attorney:** Reid Tepfer
- **FTC Organization:** 1680 Southwest Region Dallas

### HOST CONTAINER INFORMATION

- **Container Type:**
- **Serial #:**
- **Total Items:**
- **Size:**
- **Passwords:**
- **Media #:**
- **FTC Location:**
- **FTC Container #:**

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| 6/20/15 1T01a | 1 | AV-1T01a-CAN103-Office C-Media Urge: Image of 500 GB Apple HDD S/N: S1K5NYBDC95368 from Apple iMac S/N: DCPN10LGFWQ7 |

# Federal Trade Commission
Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | Aura Vie (FTC 8850 Canby #103) | |
|---|---|---|---|---|
| Case Attorney: | Reid Tepfer | | FTC Organization: 1680 Southwest Region Dallas | |

| DATE | IT#/ITEM# | DELIVERED BY Name/Signature | RECEIVED BY Name/Signature | PURPOSE |
|---|---|---|---|---|
| 6/20/15 | JT 01a | Deon Mares (sig) | Daniel Rappaport (sig) | Transfer for Delivery |
| 6/22/15 | IT 01a | Daniel Rappaport (sig) | Ajay Patel (sig) | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____ on this document, pertaining to the matter involving_____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by_____ on date:_____.



# Federal Trade Commission
## Evidence Custody Form

Version 2.0   09/03/2013

### CASE INFORMATION

Case Number: 14-23137

Case Name: AuraVie (6850 Canby Ave. #103)

Case Attorney: Reid Tepfer

FTC Organization: 1680 Southwest Region- Dallas

### HOST CONTAINER INFORMATION

Container Type:

Total Items:

Passwords:

FTC Location:

Serial #:

Size:

Media #:

FTC Container #:

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| 01b | 1 | AV-IT01b-CAN103-Office C-Media Merge: Image of 3TB Lacie external HDD S/N: 15541406133599G from Apple iMac S/N: DCPN10LGFWQ7 |

# Federal Trade Commission
## Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | AuraVie (6850 Canby Ave. #103) | |
|---|---|---|---|---|
| Case Attorney: | Reid Tepfer | | FTC Organization: 1680 Southwest Region- Dallas | |
| **DATE** | **IT#/ITEM#** | **DELIVERED BY** Name/Signature | **RECEIVED BY** Name/Signature | **PURPOSE** |
| 06/22/2020 | IT01b | Daniel Rappaport / Daniel Rappaport | AJAY PATEL | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____on this document, pertaining to the matter involving_____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by on date:



# Federal Trade Commission
## Evidence Custody Form

Version 2.0   09/03/2013

### CASE INFORMATION

| | |
|---|---|
| Case Number | 14-23137 |
| Case Name | AuraVie (6925 Canby Ave. #105) |
| Case Attorney | Reid Tepfer |
| FTC Organization | 1680 Southwest Region- Dallas |

### HOST CONTAINER INFORMATION

| | | | |
|---|---|---|---|
| Container Type: | | Serial #: | |
| Total Items: | | Size: | |
| Passwords: | | Media #: | |
| FTC Location: | | FTC Container #: | |

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| IT04 | 1 | AV-IT04-CAN105-DoronNottea-DellDesktop: Image of 2TB Seagate HDD S/N: Z1E20W1Q from Dell XPS desktop S/N: 90B2ZV1 |
| IT04a | 1 | AV-IT04a-CAN105-DoronNottea-DellDesktop: Image of 512GB Samsung HDD S/N: S12SNEAD107540R from Dell XPS desktop S/N: 90B2ZV1 |
| IT05a | 1 | AV-IT05a-CAN105-DoronNottea-iMac: Image of 1TB Apple HDD S/N: WCATRA932164 from Apple iMac model A1419 S/N: C02KG25XF29N |
| IT05b | 1 | AV-IT05b-CAN105-DoronNottea-iMac: Image of 121GB Apple HDD S/N: S0XDNYAD263872 from Apple iMac model A1419 S/N: C02KG25XF29N |
| IT09a | 1 | AV-I09a-RoomH-ASUS: Image of 2TB Seagate HDD S/N: 5YD6CXV7 from ASUS Essentio CM6870 desktop S/N: C3PDCG0010KS |
| IT09b | 1 | AV-I09b-RoomH-ASUS: Image of 120GB Corsair HDD S/N: 122965020000134 from ASUS Essentio CM6870 desktop S/N: C3PDCG0010KS |

# Federal Trade Commission
## Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | AuraVie (6925 Canby Ave. #105) | | |
|---|---|---|---|---|---|
| Case Attorney: | Reid Tepfer | | FTC Organization: | 1680 Southwest Region- Dallas | |

| DATE | IT#/ITEM# | DELIVERED BY Name/Signature | RECEIVED BY Name/Signature | PURPOSE |
|---|---|---|---|---|
| 06/22/2015 | IT04, IT04a, IT05a, IT05b | Daniel Rappaport | AJAY PATEL | Delivery to FTC |
| 06/22/2015 | IT09a, IT09b | Daniel Rappaport | AJAY PATEL | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____ on this document, pertaining to the matter involving_____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by on date:



# Federal Trade Commission
## Evidence Custody Form

Version 2.0 09/03/2013

### CASE INFORMATION

| Field | Value |
|---|---|
| Case Number | 14-2337 |
| Case Name | Auravie 6925 Canoga (CAN105) |
| Case Attorney | Reid Tepfer |
| FTC Organization | 1680 Southwest Region Dallas |

### HOST CONTAINER INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Container Type: | | Serial #: | |
| Total Items: | | Size: | |
| Passwords: | | Media #: | |
| FTC Location: | | FTC Container #: | |

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| 6/20/15 IT01a | 1 | AV-IT01a-CAN105-Avi: image of 250GB Corsair HDD S/N: 124479060000190 from Dell Desktop S/N: 90HZYV1 |
| 6/20/15 IT01b | 1 | AV-IT01b-CAN105-Avi: image of 2TB Seagate HDD S/N: Z1E2ØRAM from Dell Desktop S/N: 90HZYV1 |
| 6/20/15 IT08 | 1 | AV-IT08-CAN105-Office G-Dell Laptp_Logical: Image of 250GB Seagate HDD S/N: 6VCYBCV0 from Dell Latitude Laptop S/N: Not Visible |

# Federal Trade Commission
Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | AuraVie 6925 Canby Ave #105 |
| --- | --- | --- | --- |
| Case Attorney: | Reid Tepfer | FTC Organization: | 1630 Southwest Region Dallas |

| DATE | IT#/ITEM# | DELIVERED BY Name/Signature | RECEIVED BY Name/Signature | PURPOSE |
| --- | --- | --- | --- | --- |
| 6/20/15 | IT01a, IT01b, IT08 | LEON MARE | Daniel Rappaport | Transfer for Delivery |
| 6/22/15 | IT01a, IT01b, IT08 | Daniel Rappaport | AJAY PATEL | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____ on this document, pertaining to the matter involving_____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by_____ on date:_____.



# Federal Trade Commission
## Evidence Custody Form

Version 2.0   09/03/2013

### CASE INFORMATION

- **Case Number:** 14-23137
- **Case Name:** Auravie 6925 Canoga Ave (CAN109)
- **Case Attorney:** Reid Tepfer
- **FTC Organization:** 1680 Southwest Region Dallas

### HOST CONTAINER INFORMATION

- **Container Type:**
- **Serial #:**
- **Total Items:**
- **Size:**
- **Passwords:**
- **Media #:**
- **FTC Location:**
- **FTC Container #:**

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| IT01 | 1 | AV-IT01-CAN109-Room B-Dell Desktop: Image of 640GB Samsung HDD S/N: S1JNJ9DS500616 from Dell Desktop S/N: 2BJ0WH1 |

# Federal Trade Commission
## Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | 6725 Canby Ave. #103 |
|---|---|---|---|
| Case Attorney: | Reid Tepfer | FTC Organization: | 1680 Southwest Region Dallas |

| DATE | IT#/ITEM# | DELIVERED BY Name/Signature | RECEIVED BY Name/Signature | PURPOSE |
|---|---|---|---|---|
| 6/20/15 | IT01 | TAUN YUREK | Daniel Rappaport / David Rapp | Transfer for Delivery |
| 6/22/15 | IT01 | Daniel Rappaport / David Rapp | AJAY PATEL | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____ on this document, pertaining to the matter involving _____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by _____ on date:_____.



# Federal Trade Commission
## Evidence Custody Form

Version 2.0    09/03/2013

### CASE INFORMATION

Case Number: 14-23137
Case Name: AuraVie 6925 Canby Ave # ~~6850 Canby S.R.~~ (CAN 105)
Case Attorney: Reid Tepfer
FTC Organization: 1680 Southwest Region-Dallas

### HOST CONTAINER INFORMATION

Container Type:
Total Items:
Passwords:
FTC Location:
Serial #:
Size:
Media #:
FTC Container #:

| IT #/ITEM # | QUANTITY | EVIDENCE ITEM DESCRIPTION |
|---|---|---|
| IT02 | 1 | AV-IT02-CAN105-Room G-Desk-IMAC: Image of Samsung HDD 250GB S/N: S2INNSAG44580 from Apple iMac S/N: W882237eze4 |
| IT03a | 1 | AV-IT03a-CAN105-Room G-Desk-Dell: Memory capture and pagefile.sys from Dell Desktop S/N: 1426NF1 |
| IT03a | 1 | AV-IT03a-CAN105-Room G-Desk-Dell: Image of Samsung 250GB HDD S/N: S1DBNSAF752436X from Dell desktop S/N: 1426NF1 |
| IT03b | 1 | AV-IT03b-CAN105-Room G-Desk Dell: Image of Hitachi 500GB HDD S/N: GEA550REZGYAML from Dell Desktop S/N: 1426NF1 |
| IT06 | 1 | AV-IT06-CAN105-Room H-HP: Image of 640GB WD HDD S/N: WCASY68869 from HP desktop S/N: MXZ936D84Y |
| IT10 | 1 | AV-IT10-CAN105-Room K-Lenovo: Image of 160GB Seagate HDD S/N: 6VMEMPWR from Lenovo desktop S/N: MJPXM52 |

# Federal Trade Commission
### Digital Evidence Chain of Custody

| Case Number | 14-23137 | Case Name: | AuraVie (6925 Canby Ave. #105) |
|---|---|---|---|
| Case Attorney: | Reid Tepfer | FTC Organization: | 1680 Southwest Region - Dallas |

| DATE | IT#/ITEM# | DELIVERED BY Name/Signature | RECEIVED BY Name/Signature | PURPOSE |
|---|---|---|---|---|
| 6/20/15 | 1T02, 1T03a(Memory), 1T03a(E01) | TAUN YUREK | Daniel Rappaport | Transfer for delivery |
| 6/20/15 | 1T036, 1T06, 1T10 | TAUN YUREK | Daniel Rappaport | Transfer for delivery |
| 6/22/15 | 1T02, 1T03a(Memory), 1T03a(E01) | Daniel Rappaport | AJAY PATEL | Delivery to FTC |
| 6/22/15 | 1T036, 1T06, 1T10 | Daniel Rappaport | AJAY PATEL | Delivery to FTC |

**Final Disposal Action and Authority**

Released to Owner:_____ Destroyed:_____ Other: (Specify)_____

Item(s)_____ on this document, pertaining to the matter involving_____ (is) (are) no longer required as evidence and may be disposed of as indicated above. This was approved by_____ on date:_____.