3239863

## ARTICLES OF INCORPORATION

## OF

## BUNZAI MEDIA GROUP, INC.

**FILED**
In the office of the Secretary of State
of the State of California

JAN 0 1 2010

The undersigned, desiring to form a corporation under the laws of the State of California, declares:

I

The name of the corporation is

## BUNZAI MEDIA GROUP, INC.

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in this State of the corporation's initial agent for service of process is Z. David Davidian, 200 N. Maryland Avenue, Glendale, California 91106.

IV

This corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 100,000 shares.

V

The liability of the directors and officers of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law.

IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation this 1st day of January, 2010.

_____
Z. DAVID DAVIDIAN, INCORPORATOR



# State of California
## Secretary of State



**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**E-A40393**

**FILED**
In the office of the Secretary of State of the State of California

**Apr - 26 2010**

This Space For Filing Use Only

S

**1. CORPORATE NAME** (Please do not alter if name is preprinted.)
C3239863
BUNZAI MEDIA GROUP, INC.

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| # | Field | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |
| 4. | MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Title | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER/ | ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |
| 6. | SECRETARY/ | ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |
| 7. | CHIEF FINANCIAL OFFICER/ | ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | ALON NOTTEA | 16161 VENTURA BLVD #378 | ENCINO | CA | 91436 |
| 9. | | | | | |
| 10. | | | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:**

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**
Z DAVID DAVIDIAN

**13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL**  CITY  STATE  ZIP CODE
16161 VENTURA BLVD #378   ENCINO, CA 91436

**TYPE OF BUSINESS**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
MARKETING

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 04/26/2010 | Z DAVID DAVIDIAN | CPA | |

SI-200 C (REV 01/2008)   APPROVED BY SECRETARY OF STATE



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

E-Q55195

**FILED**
In the office of the Secretary of State
of the State of California

**Jan - 28 2013**

This Space For Filing Use Only

**1. CORPORATE NAME**
C3239863
BUNZAI MEDIA GROUP, INC.

16161 VENTURA BLVD #378
ENCINO, CA 91436

**Due Date:**

**No Change Statement** ( Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. [X] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16.**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | | | | |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE CA | ZIP CODE |
| 5. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 3 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 7. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 8. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 14. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE CA | ZIP CODE |

**Type of Business**
15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/28/2013 | D DAVIDIAN | CPA | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 10/2010)   APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing transcript of ___2___ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

FEB 0 3 2015

Date: _____

ALEX PADILLA, Secretary of State

| | |
|---|---|
| **State of California**<br>**Secretary of State**<br>3239863<br>**Domestic Stock Corporation**<br>**Certificate of Dissolution** [DISS STK] | D11 90709<br><br>FILED ymp JA<br>Secretary of State<br>State of California<br><br>JUN 06 2013<br><br>This Space For Filing Use Only |

There is no fee for filing a Certificate of Dissolution.
**IMPORTANT** – Read instructions before completing this form.

**Corporate Name** (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation
   BUNZAI MEDIA GROUP INC

**Required Statements** (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities** (Check the applicable statement. Note: Only one box may be checked.)

3. [✓] The corporation's known debts and liabilities have been actually paid.

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____.

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets** (Check the applicable statement. Note: Only one box may be checked.)

4. [✓] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election** (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   [✓] YES   [ ] NO

**Verification & Execution** (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

05/30/2013
Date

_____     ALON NOTTEA
Signature of Director                Type or Print Name of Director

_____     _____
Signature of Director                Type or Print Name of Director

_____     _____
Signature of Director                Type or Print Name of Director

DISS STK (REV 01/2013)                APPROVED BY SECRETARY OF STATE

I hereby certify that the foregoing transcript of _____ 2 _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

FEB 03 2015

Date: _____ DS

ALEX PADILLA, Secretary of State