
























T&C | Privacy Policy | Contact Us

© 2014 auravietrialkit.com All Rights Reserved.

**The testimonials herein were provided by real people who were not paid by the advertiser and the images are of the actual people.
*** The Free bonus gift valued at $200.00 is free with this exclusive offer and the Processing fee of $1.93 is included in the Shipping and Handling charge for your trial order.

Representations regarding the efficacy and safety of Auravie Skincare have been scientifically substantiated however these scientific substantiations have not been evaluated by the Food and Drug Administration.

Please Click here to find clinical studies for AuraVie Skincare products which describe the benefits of Auravie Skincare as well as list of our natural ingredients derived directly from nature.

