## **METADATA CHART**

---

**Document**: join.me screenshot
**Exhibit**: 187

---

**Name:** New Picture (2).bmp

**Original Location**: C:\Users\Roi.PINLOGISTICS\Pictures

**Source:** AV-IT09a-CAN105-RoomH-ASUS

**Source Path**: \\lsnas\bcp\matters2\Auravie_1423137\Exports\AV-IT09a-CAN105-RoomH-ASUS\EDD\AV-IT09a-CAN105-RoomH-ASUS.L01;F\RR-PC\Backup Set 2012-08-26 190008\Backup Files 2012-09-30 190008\Backup files 1.zip;C:\Users\Roi.PINLOGISTICS\Pictures\New Picture (2).bmp

---

**Document**: Standard Operating Procedure | Pinnacle Logistic Inc.
**Exhibit**: 194

---

**Name** Standard Operating Procedure.pdf

**Original Location** F\old user files\Roi.CORP\Documents

**Source** AV-IT09a-CAN105-RoomH-ASUS

**Source Path** \\lsnas\bcp\matters2\Auravie_1423137\Exports\AV-IT09a-CAN105-RoomH-ASUS\EDD\AV-IT09a-CAN105-RoomH-ASUS.L01;F\old user files\Roi.CORP\Documents\Standard Operating Procedure.pdf

---

**Document:** December 30 Override Payroll (email)
**Exhibit:** 943

---

**Original Location**: \Top of Outlook data file\Inbox\Merchant\PLI

**Source**: AV-IT04-CAN105-DellDesktop

**Source Path**: \\lss-storehouse\tempdata\bcp\matters\AuraVie-1423137\EDD\Exports\AV-IT04-CAN105-DoronNottea-DellDesktop\EDD\AV-IT04-CAN105-DoronNottea-DellDesktop.L01;G\E-Mail Storage\Outlook.pst;\Top of Outlook data file\Inbox\Merchant\PLI\December 30 Override Payroll

---

1008 - 1                                   EXHIBIT 1008

**Document:** Sec Merch BA App.pdf
**Exhibit:** 176

**Name:** Sec Merch BA App.pdf

**Original Location** F\Users\Admin\Dropbox\E-Bills 2014\Secured Merchants

**Source** AV-IT04a-CAN105-DellDesktop

**Source Path** \\lss-storehouse\TempData\BCP\Matters\AuraVie-1423137\EDD\Exports\AV-IT04a-CAN105-DoronNottea-DellDesktop\EDD\AV-IT04a-CAN105-DoronNottea-DellDesktop.L01;F\Users\Admin\Dropbox\E-Bills 2014\Secured Merchants\Sec Merch BA App.pdf

---

**Document:** Information regarding the registration of BUNZAIMEDIAGROUP.COM (email)
**Exhibit:** 266

**Original Location**: \Top of Outlook data file\Inbox\Domains

**Source**: AV-IT04a-CAN105-DellDesktop

**Source Path**: \\lss-storehouse\TempData\BCP\Matters\AuraVie-1423137\EDD\Exports\AV-IT04a-CAN105-DoronNottea-DellDesktop\EDD\AV-IT04a-CAN105-DoronNottea-DellDesktop.L01;F\Users\Admin\Documents\Outlook Files\old\Outlook.pst;\Top of Outlook data file\Inbox\Domains\Information regarding the registration of BUNZAIMEDIAGROUP.COM

---

**Document:** Re: API lime light tracking (email)
**Exhibit:** 528

**Original location**: \Top of Outlook data file\Inbox\Orders\Commerce Pack

**Source:** AV-IT04a-CAN105-DellDesktop

**Source Path:** \\lss-storehouse\TempData\BCP\Matters\AuraVie-1423137\EDD\Exports\AV-IT04a-CAN105-DoronNottea-DellDesktop\EDD\AV-IT04a-CAN105-DoronNottea-DellDesktop.L01;F\Users\Admin\Documents\Outlook Files\old\Outlook.pst;\Top of Outlook data file\Inbox\Orders\Commerce Pack\Re: API lime light tracking

| |
|---|
| **Document:** Telestar Solutions Private Limited 11 Nov 2013.docx<br>**Exhibit:** 999 |
| **Name:** Telestar Solutions Private Limited 11 Nov 2013.docx<br><br>**Original Location**: Current DropBoX\Dropbox\IT7\Sachin Sharma\December 2013\20 Dec 2013<br><br>**Source**: AV-IT01b-CAN105-Avi<br><br>**Source Path**: \\lsnas\bcp\matters2\Auravie_1423137\Exports\AV-IT01b-CAN105-Avi\EDD\AV-IT01b-CAN105-Avi.L01;Current DropBoX\Dropbox\IT7\Sachin Sharma\December 2013\20 Dec 2013\Telestar Solutions Private Limited 11 Nov 2013.docx |