1  DAVID C. SHONKA
Acting General Counsel

2  DAMA J. BROWN
Dbrown1@ftc.gov

3
Regional Director
4  REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
5  LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
6  erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
7  zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
8  Federal Trade Commission
1999 Bryan Street, Ste 2150
9  Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
10  (214) 953-3079 (fax)
RAYMOND McKOWN
11  rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
12  Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

13  Attorneys for Plaintiff Federal Trade Commission

14  **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

15

16  **FEDERAL TRADE COMMISSION,**

17                **Plaintiff,**

                        v.

18  **BUNZAI MEDIA GROUP, INC.,**
*et al.,*

19

20                **Defendants.**

Case No.  **CV 15-4527-GW(PLAx)**

**PLAINTIFF FEDERAL TRADE COMMISSIONS'S NOTICE OF ERRATA**

**PLAINTIFF'S NOTICE OF ERRATA**

1    TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

2        Plaintiff files this Notice of Errata related to its Response to Defendants'

3   Statement of Genuine Disputes, Doc. No. 427-2 (the "Response"), filed on May

4   13, 2016.

5        Due to a drafting error, the signature block and certificate of service for the

6   Response was incorrectly excluded from the filing.

7        The corrected Response attached hereto corrects that error only.

8                                                   Respectfully submitted,

9
     Dated: 5/13/16                           _____/s/ Zachary A. Keller_____
10                                            ZACHARY A. KELLER
                                              Texas Bar No. 24087838 (pro hac
11                                            vice pending)
                                              REID TEPFER,
12                                            Texas Bar No. 24079444
                                              LUIS GALLEGOS
13                                            Oklahoma Bar No. 19098
                                              Federal Trade Commission
14                                            1999 Bryan Street, Suite 2150
                                              Dallas, Texas 75206
15                                            (214) 979-9395 (Tepfer)
                                              (214) 979-9383 (Gallegos)
16                                             (214) 953-3079 (fax)
                                              rtepfer@ftc.gov; lgallegos@ftc.gov
17
                                              RAYMOND MCKOWN,
18                                            California Bar No. 150975
                                              10877 Wilshire Boulevard, Suite 700
19                                            Los Angeles, California 90024
                                              (310) 824-4343(voice)
20                                            (310) 824-4380 (fax)
                                              rmcknown@ftc.gov

**PLAINTIFF'S NOTICE OF ERRATA**