DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov

Regional Director
REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.,*<br><br>　　　　　**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF FEDERAL TRADE COMMISSIONS'S NOTICE OF ERRATA** |

**PLAINTIFF'S NOTICE OF ERRATA**

Page | 1

TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

Plaintiff files this Notice of Errata related to its Response to Defendants' Statement of Genuine Disputes, Doc. No. 426-1 (the "Response"), filed on May 13, 2016.

Due to a drafting error, the signature block and certificate of service for the Response was incorrectly excluded from the filing.

The corrected Response attached hereto corrects that error only.

                                      Respectfully submitted,

Dated: 5/13/16                          _____/s/ Zachary A. Keller_____
                                          ZACHARY A. KELLER
                                          Texas Bar No. 24087838 (pro hac vice pending)
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

**PLAINTIFF'S NOTICE OF ERRATA**