DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

RAYMOND McKOWN
rmckown@ftc.gov
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, *et al.,* <br><br> **Defendants.** | Case No. **CV 15-4527-GW(PLAx)** <br><br> **PLAINTIFF FEDERAL TRADE COMMISSIONS'S NOTICE OF ERRATA** |

**PLAINTIFF'S NOTICE OF ERRATA**

Page | 1

1    TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES

2    Plaintiff files this Notice of Errata related to Notice of Lodging and

3  Lodging of Plaintiff's Amended Request for Evidentiary Ruling on Specific

4  Objections, Doc. No. 429, filed on May 13, 2016.

5    Due to oversight, the notice identifies incorrectly the document lodged with

6  the Court.

7    The corrected notice attached hereto corrects that error only.

8                                      Respectfully submitted,

9
   Dated: 5/13/16                       _____/s/ Reid Tepfer_____
10                                     REID TEPFER,
                                        Texas Bar No. 24079444
11                                     LUIS GALLEGOS
                                        Oklahoma Bar No. 19098
12                                     Federal Trade Commission
                                        1999 Bryan Street, Suite 2150
13                                     Dallas, Texas 75206
                                        (214) 979-9395 (Tepfer)
14                                     (214) 979-9383 (Gallegos)
                                         (214) 953-3079 (fax)
15                                     rtepfer@ftc.gov; lgallegos@ftc.gov

16                                     RAYMOND MCKOWN,
                                        California Bar No. 150975
17                                     10877 Wilshire Boulevard, Suite 700
                                        Los Angeles, California 90024
18                                     (310) 824-4343(voice)
                                        (310) 824-4380 (fax)
19                                     rmcknown@ftc.gov

20

**PLAINTIFF'S NOTICE OF ERRATA**