DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**NOTICE OF LODGING AND LODGING OF DECLARATION OF AARON HABERMAN** |

PLAINTIFF'S NOTICE OF LODGING AND LODGING OF DECLARATION
OF AARON HABERMAN

Page | 1

1 **PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached

2 Declaration of Aaron Haberman.

3

4                                                           Respectfully submitted,

5
6 Dated: 5/16/16                            _____*/s/ Reid Tepfer*_____
                                                    REID TEPFER,
7                                                    Texas Bar No. 24079444
                                                   LUIS GALLEGOS
8                                                    Oklahoma Bar No. 19098
                                                   Federal Trade Commission
9                                                    1999 Bryan Street, Suite 2150
                                                   Dallas, Texas 75206
10                                                  (214) 979-9395 (Tepfer)
                                                 (214) 979-9383 (Gallegos)
11                                                  (214) 953-3079 (fax)
                                                 rtepfer@ftc.gov; lgallegos@ftc.gov;
12                                                  erobinson@ftc.gov; zkeller@ftc.gov

13                                                  RAYMOND MCKOWN,
                                                 California Bar No. 150975
14                                                  10877 Wilshire Boulevard, Suite 700
                                                 Los Angeles, California 90024
15                                                  (310) 824-4343(voice)
                                                 (310) 824-4380 (fax)
16                                                  rmcknown@ftc.gov

17

18

19

20

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 16, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Sagar Parikh
Beverly Hills Law Corp. PC

PLAINTIFF'S NOTICE OF LODGING AND LODGING OF DECLARATION OF AARON HABERMAN

Page | 3

1  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
2  SP@BeverlyHillsLawCorp.com
   Attorney for Secured Merchants LLC
3  and Chargeback Armor, Inc.

4  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
5  A Professional Law Corporation
   3080 Bristol Street
6  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
7  Telephone: (714) 641-3600 Ext. 214

8

9  /S/ REID TEPFER
   REID TEPFER

10

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S NOTICE OF LODGING AND LODGING OF DECLARATION
OF AARON HABERMAN

Page | 4