DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.,* <br><br> **Defendants.** | Case No.  CV 15-4527-GW(PLAx) <br><br> **DECLARATION OF AARON HABERMAN** |

**DECLARATION OF AARON HABERMAN**

1. I am over the age of 21 years and am competent to make this Declaration. I have personal knowledge of the facts stated in this declaration, and if subpoenaed, I would testify to the same.

2. On May 13, 2016, Plaintiff Federal Trade Commission filed a series of documents, including Replies to Oppositions to Plaintiff's Motion for Summary Judgment and Responses to Statements of Genuine Disputes for four different sets of Defendants.

3. Among other things, I was responsible for filing Plaintiff's replies and responses to (i) Defendants Roi Reuveni and Alon Nottea's and (ii) Defendant Doron Nottea's filings.

4. I attempted to file these documents before 5 PM CDT on May 13, but received an error alert notifying me that the documents were already filed. I understood this to mean I had double-clicked when submitting these documents, that they had been filed, and that the system interpreted my second click as a separate filing attempt.

6. However, later that night I became concerned that the error alert instead reflected that fact that, after submitting other documents, I clicked "back" several times to submit new documents. Instead of filing new documents, I was returning to previous submissions and attempting to re-submit new documents as existing docket entries. I checked the case docket and confirmed the documents

**DECLARATION OF AARON HABERMAN**

were absent. I notified Reid Tepfer of my mistake, and within 30 minutes, he filed the documents.

7. The documents are on file at Dkt. Nos. 435, 435-1, 437, and 437-1.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on May 16, 2016 in Dallas, Texas.

Dated: 5/16/16                                        */s/ Aaron Haberman*
                                                           Aaron Haberman

**DECLARATION OF AARON HABERMAN**

Page | 3

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2016, a true and correct copy of the foregoing document was electronically emailed to the attorneys listed below.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
*Counsel for Oz Mizrahi*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
*Counsel for Alon Nottea and Roi Reuveni*

Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
(310) 273-3090
RGEFFNER@ESENSTEINLAW.COM
*Counsel for Doron Nottea and Motti Nottea*

Jeffrey S. Benice
Law Offices of Jeffrey S. Benice
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
E-Mail: JSB@JeffreyBenice.com
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

**DECLARATION OF AARON HABERMAN**

Benjamin A Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc.,
Secured Merchants LLC, and Alan Argaman*

              */s/ Reid Tepfer*
               Reid Tepfer

**DECLARATION OF AARON HABERMAN**