# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-4527-GW(PLAx)<br><br>**ORDER STAYING PROCEEDINGS AS TO DEFENDANT ROI REUVENI** |

Considering the Joint Motion to Stay Proceedings as to Defendant Roi Reuveni Pending Final Order filed by Plaintiff Federal Trade Commission;

The Joint Motion to Stay Proceedings as to Defendant Roi Reuveni is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendant Roi Reuveni until June 21, 2016.

**IT IS SO ORDERED.**

Dated: May 17, 2016

_____
GEORGE H. WU, U.S. District Judge

1
(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANT ROI REUVENI