UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | May 23, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Robert L. Esentsten |
| Luis Gallegos | Robert M. Ungar |
| | Sagar Parikh |
| | Terree Bowers |
| | Jeffrey Makin |
| | Jeffrey S. Benice - in person |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court and counsel confer.  The Court continues the status conference to June 6, 2016 at 8:30 a.m. Parties may appear telephonically provided notice is given to the clerk two business days prior to the hearing.

|  | : | 04 |
|---|---|---|
| | Initials of Preparer | JG |