ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone:  (310) 273-3090
Facsimile:   (310) 207-5969

Attorneys for Defendants DORON NOTTEA
and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:15-CV-04527-GW (PLAx) |
| Plaintiff, | *Assigned to the Honorable George Wu, Courtroom 10* |
| v. | |
| BUNZAI MEDIA GROUP, INC., *et al.*, | **DEFENDANT DORON NOTTEA'S OBJECTIONS TO [PROPOSED] FINAL PRETRIAL ORDER LODGED BY PLAINTIFF FEDERAL TRADE COMMISSON** |
| Defendants. | |
| | **Trial Date:  June 21, 2016** |

///
///
///
///

OBJECTIONS TO [PROPOSED] FINAL PRETRIAL ORDER

1   Defendant Doron Nottea ("Doron") hereby objects to, and moves to strike,
2   portions of the [Proposed] Final Pretrial Order ("Proposed Order") lodged by
3   Plaintiff Federal Trade Commission's ("FTC") on May 27, 2016 (Doc. No. 447) on
4   the grounds that the FTC failed to include the objections of Doron to the legal
5   argument by the FTC which is inappropriately included in the Proposed Order.
6   Despite having received objections from Doron, in writing, for inclusion in
7   the Proposed Order (Exhibit "1"[1]), the FTC lodged the Proposed Order without
8   including the objections of Doron therein. The FTC unilaterally picked and chose
9   which portions of Doron's input to include and exclude from the Proposed Order,
10  which is a joint document to which all parties provided individual input for
11  inclusion therein. The FTC did not even send the draft Proposed Order to Randi
12  Geffner, the counsel for Doron who sent the objections to the FTC, prior to filing,
13  even though the draft was sent to all other counsel on the case.
14  The inappropriate portions of the Proposed Order to which Doron objects are
15  contained within the sections prepared by the FTC that are to include "Key
16  Evidence" in support of its claims against Defendants herein. The wrongfully
17  included language, to which Doron objects, is argument, not evidence, and thus not
18  properly the subject of the Proposed Order.
19  As such, Doron requests that the inappropriate, argumentative portions of the
20  Proposed Order be stricken, as follows:
21       1.   Page 9, line 10 through page 10, line 3[2].
22       2.   Page 10, lines 4 through 9.

---

[1] It is clear that the FTC received and utilized portions of the input of Doron, as Doron's additions and changes to the initial draft were made by the FTC and suggested grammatical changes were made; the objections to the inappropriate argument were ignored with two slight exceptions as the FTC omitted a few offending words or sentences.

[2] The offending page and line numbers differ from the Ex. 1 list, as the pagination changed when the FTC edited the original draft that was circulated.

|   |     |                                                           |
|---|-----|-----------------------------------------------------------|
| 1 | 3.  | Page 11, footnote 15.                                     |
| 2 | 4.  | Page 11, line 15 through page 12, line 3.                 |
| 3 | 5.  | Page 12, lines 12 through 13.                             |
| 4 | 6.  | Page 13, lines 3 through 4.                               |
| 5 | 7.  | Page 13, lines 14 through 16.                             |
| 6 | 8.  | Page 13, line 18 through page 14, line 4.                 |

In the alternative, Doron requests that the following objection be added to the Proposed Order:

"Defendant Doron Nottea objects to portions of the matters identified as "Key Evidence" by the FTC, which matters are not evidence but are argument, which is not appropriately included in the [Proposed] Final Pretrial Order. Defendant Doron Nottea objects to the following inappropriate sections of the "Key Evidence" identified by the FTC:

1. Page 9, line 10 through page 10, line 3.
2. Page 10, lines 4 through 9.
3. Page 11, footnote 15.
4. Page 11, line 15 through page 12, line 3.
5. Page 12, lines 12 through 13.
6. Page 13, lines 3 through 4.
7. Page 13, lines 14 through 16.
8. Page 13, line 18 through page 14, line 4."

///
///
///
///
///

2
OBJECTIONS TO [PROPOSED] FINAL PRETRIAL ORDER

1     The foregoing objections are necessary to maintain the integrity of the
2 purportedly joint Proposed Order, which the FTC prepared and lodged without the
3 concurrence of Doron as to the final draft, and without inclusion of all of the
4 language required by Doron.

6 Dated: May 31, 2016            **ESENSTEN LAW**
                                          ROBERT L. ESENSTEN
                                          RANDI R. GEFFNER

                                By: */s/ Robert L. Esensten*
                                           Robert L. Esensten
                                Attorneys for Defendants DORON NOTTEA
                                and MOTTI NOTTEA

# EXHIBIT 1

| | |
|---|---|
| **From:** | Randi R. Geffner |
| **Sent:** | Friday, May 27, 2016 2:38 PM |
| **To:** | 'Tepfer, Reid A.'; 'Gallegos, Luis'; 'Robert M. Ungar'; 'Sagar Parikh'; 'JSB@JeffreyBenice.com' |
| **Cc:** | Robert Esensten; Jennifer Holtan |
| **Subject:** | RE: FTC v. Bunzai, et al. |

Reid:

We have just received the Proposed Final Pretrial Order which you filed without our authorization <u>and</u> without including our objections to the legal arguments contained in your "evidence", as detailed in my email to you of last night, below. I was not copied on the Proposed Order which you circulated, despite my having sent you the changes last night, and Bob was in a meeting and thus unable to review email.

The FTC cannot unilaterally exercise its discretion as to what the defendants can include in the Proposed Order.

We will be filing appropriate objections with the Court.

**RANDI R. GEFFNER**
SENIOR ASSOCIATE ATTORNEY
**ESENSTEN LAW**
(310) 273-3090
(310) 207-5969 FAX
<u>RGEFFNER@ESENSTENLAW.COM</u>

**From:** Randi R. Geffner
**Sent:** Thursday, May 26, 2016 5:29 PM
**To:** 'Tepfer, Reid A.' <rtepfer@ftc.gov>; Gallegos, Luis <LGALLEGOS@ftc.gov>; Robert M. Ungar <rmu@ungarlaw.com>; 'Sagar Parikh' <sp@beverlyhillslawcorp.com>; 'JSB@JeffreyBenice.com' <JSB@JeffreyBenice.com>
**Cc:** Robert Esensten <resensten@esenstenlaw.com>; Jennifer Holtan <jholtan@esenstenlaw.com>
**Subject:** FTC v. Bunzai, et al.

Reid:

Attached please find the additions by Doron Nottea to be added to the [Proposed] Final Pretrial Conference Order (the section for the individual defendants' input).

We also have the following additions/corrections:

1. <u>Parties for Trial</u>  (page 1, line 16) should include the FTC as a party, not just the defendants.

1

2. <u>The pleadings which raise the issues</u> (page 2, line 17) should include the Answers filed by each defendant and the corresponding Doc. No., not just the Amended Complaint filed by the FTC.
3. The listing of purported <u>evidence</u> by the FTC (pages 7-13) includes argument in addition to the purported evidence that the FTC intends to introduce. The portions that include argument include:
   a. page 7, line 10 to page 8, line 7
   b. page 9, lines 6-11
   c. page 10, lines 8-9
   d. page 10, line 14 to page 11 line 2
   e. footnote 14 on page 10
   f. page 11, lines 11-14
   g. page 12, lines 4-5
   h. page 12, lines 14 to page 13, line 1.

   Either the improper argument must be omitted, or there must be a notation on the document that Doron Nottea objects to the inclusion of improper argument in the Final Pretrial Conference Order.
4. Page 16, line 14-15, there is a grammar issue with that sentence.
5. <u>Contemplated motions</u> (page 17) should include that Defendant Doron Nottea may bring a motion in limine or pre-trial motion to exclude all proffered evidence by the FTC that has not been authenticated or for which an appropriate foundation has not been laid.

We may have additional changes/corrections/additions after everyone else has added their input tomorrow.

Randi

RANDI R. GEFFNER
SENIOR ASSOCIATE ATTORNEY
ESENSTEN LAW
(310) 273-3090
(310) 207-5969 FAX
RGEFFNER@ESENSTENLAW.COM


RANDI R. GEFFNER
SENIOR ASSOCIATE ATTORNEY
ESENSTEN LAW
(310) 273-3090

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I electronically filed the foregoing document entitled **DEFENDANT DORON NOTTEA'S OBJECTIONS TO [PROPOSED] FINAL PRETRIAL ORDER LODGED BY PLAINTIFF FEDERAL TRADE COMMISSON** with the Clerk of the Court by using the CM/ECF System.

　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Esensten
　　　　　　　　　　　　　　　　　　　　Robert L. Esensten