1    DAVID C. SHONKA
     Acting General Counsel

2    DAMA J. BROWN
     Dbrown1@ftc.gov
3    Regional Director

4    REID TEPFER
     rtepfer@ftc.gov; Tex. Bar No. 24079444
5    LUIS GALLEGOS
     lgallegos@ftc.gov; Okla. Bar No. 19098
     EMILY ROBINSON
6    erobinson@ftc.gov; Tex. Bar No. 24046737
     ZACHARY A. KELLER
7    zkeller@ftc.gov
     Texas Bar No. 24087838 (pro hac vice pending)
8    Federal Trade Commission
     1999 Bryan Street, Ste 2150
     Dallas, Texas 75206
9    (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
     (214) 979-9386 (Robinson); (214) 979-9382 (Keller)
10   (214) 953-3079 (fax)
     RAYMOND MCKOWN
11   rmckown@ftc.gov; Cal. Bar No. 150975
     10877 Wilshire Boulevard, Ste 700
12   Los Angeles, California 90024
     (310) 824-4343(voice); (310) 824-4380 (fax)

13   Attorneys for Plaintiff Federal Trade Commission

14              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**

15

16   **FEDERAL TRADE COMMISSION,**           **Case No.  CV 15-4527-GW(PLAx)**

17            **Plaintiff,**                  **NOTICE OF LODGING AND
                                              LODGING OF JOINT
                                              STATEMENT OF THE CASE,**
18            **v.**                          **JOINT FACT STIPULATIONS,
                                              AND JOINT WITNESS LIST**

19   **BUNZAI MEDIA GROUP, INC.,**
     *et al.,*

20            **Defendants.**

1      **PLEASE TAKE NOTICE** that the parties hereby lodge the attached Joint

2   Statement of the Case, Joint Fact Stipulations, and Joint Witness List.

3

4                                          Respectfully submitted,

5
    Dated: 6/3/16                       _____*/s/ Reid Tepfer*_____
6                                          REID TEPFER,
                                           Texas Bar No. 24079444
7                                          LUIS GALLEGOS
                                           Oklahoma Bar No. 19098
8                                          Federal Trade Commission
                                           1999 Bryan Street, Suite 2150
9                                          Dallas, Texas 75206
                                           (214) 979-9395 (Tepfer)
10                                         (214) 979-9383 (Gallegos)
                                            (214) 953-3079 (fax)
11                                         rtepfer@ftc.gov; lgallegos@ftc.gov;
                                           erobinson@ftc.gov; zkeller@ftc.gov
12
                                           RAYMOND MCKOWN,
13                                         California Bar No. 150975
                                           10877 Wilshire Boulevard, Suite 700
14                                         Los Angeles, California 90024
                                           (310) 824-4343(voice)
15                                         (310) 824-4380 (fax)
                                           rmcknown@ftc.gov
16

17

18

19

20

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 3, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Sagar Parikh
Beverly Hills Law Corp. PC

1 | 433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
2 | SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
3 | and Chargeback Armor, Inc.

4 | Jeffrey Benice
Law Offices of Jeffrey S. Benice
5 | A Professional Law Corporation
3080 Bristol Street
6 | Sixth Floor, Suite 630
Costa Mesa, CA 92626
7 | jsb@jeffreybenice.com
Telephone: (714) 641-3600 Ext. 214
8 |
/S/ REID TEPFER
9 | REID TEPFER

10

11

12

13

14

15

16

17

18

19

20