DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**JOINT WITNESS LIST** |

JOINT WITNESS LIST
Page | 1

Pursuant to the Court's Standing Order (Doc. No. 25) the parties submit the following joint witness list concerning the case.

**WITNESS LIST**

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 1. Alon Nottea | 20 (Direct) | 1 (Direct) | 1 (cross) | 1 | 2 |
| 2. Doron Nottea | 8 (Direct) | | .25 (cross) | 1 | 2 |
| 3. Motti Nottea | 4 (Direct) | | | | |
| 4. Roi Reuveni | 8 (Direct) | | .50 (cross) | .5 | 1 |
| 5. Igor Latsanovski | 12 (Direct) | | 4 | .5 | 1 |
| 6. Khristopher Bond | 8 (Direct) | | .25 | .5 | 1 |
| 7. Oz Mizrahi | 4 (Direct) | | | | 1 |
| 8. Alan Argaman | 12 (Direct) | | | 2 | 1 |
| 9. Paul Medina | 8 (Direct) | | .25 | .5 | 1 |
| 10. Mike Costache | 4* (Direct/Cross) | | | 1 | 1 |
| 11. Stephen Bauer | 4* (Direct/Cross) | | | .5 | 1 |

---

[1] Witnesses designated as a "May Call" by a party are denoted with an asterisk ("*") following the party's time estimate.

[2] Counsel who designated a witness as subject to examination has a Time Estimate provided. When specified by counsel, direct examination is denoted by "(Direct)," and cross examination is denoted by "(Cross)."

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 12. David Davidian | 8 (Direct) | | .50 | .5 | 1 |
| 13. Andrew Stanley | 8 (Direct) | 1 (Cross) | | .5 | 1 |
| 14. Gaby Galeano | 6 (Direct) | | | | |
| 15. Tyler Reitenbach | 3* (Direct/Cross) | .5 (Cross) | | .5 | |
| 16. Gary Bhasin | 3* (Direct) | .5 (Cross) | | | |
| 17. Robert Stayner | 3 (Direct/Cross) | .5 (Cross) | | .5 | |
| 18. Philip Camerino | 2* (Direct) | .5 (Cross) | | | |
| 19. Rachel Nottea | 1 (Cross) | | | | 1 |
| 20. Lori Bekhor | 1 (Cross) | | | | 1 |
| 21. Tomer Amsalem | 2 (Cross) | | | | |
| 22. Tal Topel | 2* (Direct) | .3 (Cross) | | | |
| 23. Annasofie Algarp | 2* (Direct) | | | | |
| 24. Sean Brennecke | 2* (Direct) | .3 (Cross) | | | |
| 25. Nastassia Yalley | 8 (Direct) | .5 (Cross) | .50 | .5 | 1 |
| 26. Charlene Koonce | 8 (Direct) | .5 (Cross) | 2 | .5 | 1 |
| 27. Brent McPeek | 20 (Direct) | .5 (Cross) | 2 | 1 | |

JOINT WITNESS LIST
Page | 3

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 28. Jeff Bradlin | 8 (Direct); 1 (cross) | .5 (Direct) | | | |
| 29. Eric Robi | 3* (Direct) | .5 (Cross) | | | |
| 30. Adrian Leon Mare | 2* (Direct) | .5 (Cross) | | | |
| 31. Daniel Rappaport | 2* (Direct) | .5 (Cross) | | | |
| 32. Taun Yurek | 2* (Direct) | | | | |
| 33. Dylan Gaines | 4* (Direct) | .5 (Cross) | | | |
| 34. Joyce Gaines | 4* (Direct) | .5 (Cross) | | | |
| 35. Robert Ungar | 6 (Direct) | | | | |
| 36. Bill Rothbard | 4 (Direct) | .5 (Cross) | | | 1 |
| 37. Donna Lind | 2* (Direct) | .5 (Cross) | | | |
| 38. Carohl Biehl | 2* (Direct) | .5 (Cross) | | | |
| 39. Melissa Bearns | 2* (Direct) | .5 (Cross) | | | |
| 40. Carol Slayton | 2* (Direct) | .5 (Cross) | | | |
| 41. Ann Maletic | 2* (Direct) | .5 (Cross) | | | |
| 42. Jeanette Burrage | 2* (Direct) | .5 (Cross) | | | |

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 43. Julie Finerty | 2* (Direct) | .5 (Cross) | | | |
| 44. Lorraine Nik | 2* (Direct) | .5 (Cross) | | | |
| 45. Virgin Marry Betancourt | 2* (Direct) | .5 (Cross) | | | |
| 46. Scott Brownwell | 2* (Direct) | .5 (Cross) | | | |
| 47. Ray Cutshaw | 2* (Direct) | .5 (Cross) | | | |
| 48. Elysia Mathias | 2* (Direct) | .5 (Cross) | | | |
| 49. Kris Sheetz | 2* (Direct) | .5 (Cross) | | | |
| 50. Rebecca Woolever | 2* (Direct) | .5 (Cross) | | | |
| 51. Maddux, Ashley or a representative of Domains by Proxy | 1* (Direct) | .5 (Cross) | | | |
| 52. Willis, Keena or a representative of GoDaddy.com, LLC | 1* (Direct) | .5 (Cross) | | | |
| 53. Guerrero, David or representative of J2 Global Communications, Inc. | 1* (Direct) | .5 (Cross) | | | |

JOINT WITNESS LIST
Page | 5

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 54. Bazal, Cathy or a representative of American Express/Datamark | 1* (Direct) | .5 (Cross) | | | |
| 55. Lillie, Leanora or representative of MasterCard International Inc. | 1* (Direct) | .5 (Cross) | | | |
| 56. Bitar, David or a representative of Visa | 3* (Direct) | .5 (Cross) | | | |
| 57. Shamika Spence or a representative of Priority Payment Systems, LLC and Cynergy Data, LLC | 2* (Direct) | .5 (Cross) | | | |
| 58. Representative of Bank of America | 1* (Direct) | .5 (Cross) | | | |
| 59. Representative of HSBC | 1* (Direct) | .5 (Cross) | | | |
| 60. Medina, Joe or a representative of Wells Fargo | 1* (Direct) | .5 (Cross) | | | |
| 61. Perez, Cindy or a representative of State of | 1* (Direct) | .5 (Cross) | | | |

JOINT WITNESS LIST

Page | 6

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| California Employment Development Department | | | | | |
| 62. Steven McFarland or a Representative of BBB Santa Clara Valley, Ltd. | 3* (Direct) | .5 (Cross) | | | |
| 63. Representative of US Citizenship and Immigration Service | 2* (Direct) | .5 (Cross) | 1 | | |
| 64. Representative of UMS Banking | 1* (Direct) | .5 (Cross) | | | |
| 65. Representative of Signapay, LTD | 1* (Direct) | .5 (Cross) | | | |
| 66. Representative of Global Payments Direct | 1* (Direct) | .5 (Cross) | | | |
| 67. Representative of California Secretary of State | 1* (Direct) | .5 (Cross) | | | |
| 68. Samuel Ireton | 2* (Direct) | .5 (Cross) | | | |
| 69. Kathleen O'Connor | 2* (Direct) | .5 (Cross) | | | |
| 70. Antoinette | 2* | .5 (Cross) | | | |

JOINT WITNESS LIST
Page | 7

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| Johnson | (Direct) | | | | |
| 71. Terry Wold | 2* (Direct) | .5 (Cross) | | | |
| 72. Maria Otto | 2* (Direct) | .5 (Cross) | | | |
| 73. David Wuescher | 2* (Direct) | .5 (Cross) | | | |
| 74. Jaki Mitchell-Bailey | 2* (Direct) | .5 (Cross) | | | |
| 75. Lori DiBenedetto | 2* (Direct) | .5 (Cross) | | | |
| 76. Christina Case | 2* (Direct) | .5 (Cross) | | | |
| 77. Allison De Fren | 3* (Direct) | .5 (Cross) | | | |
| 78. Ana M. Freijo | 2* (Direct) | .5 (Cross) | | | |
| 79. Zhenke Lai, | 2* (Direct) | .5 (Cross) | | | |
| 80. Danielle Siso | 2* (Direct) | .5 (Cross) | | | |
| 81. Cynthia Cadorette | 2* (Direct) | .5 (Cross) | | | |
| 82. Mimi Yank | 2* (Direct) | .5 (Cross) | | | |
| 83. Katie Vuong | 2* (Direct) | .5 (Cross) | | | |
| 84. Ivan Goldman | 2* (Direct) | .5 (Cross) | | | |
| 85. Donna Gott | 2* (Direct) | .5 (Cross) | | | |
| 86. Beverly Wren | 2* (Direct) | .5 (Cross) | | | |
| 87. Natalie Johnson | 2* (Direct) | .5 (Cross) | | | |

| Witness Name[1] | Time Estimate (in hours)[2] | | | | |
|---|---|---|---|---|---|
| | FTC | Ungar (Reuveni and A. Nottea) | Benice (CalEnergy, Inc. and Latsanovski) | Parikh (Argaman, Secured Merchants, and Chargeback Armor, Inc.) | Esensten (D. Nottea) |
| 88. Jane Wilder-O'Connor | 2* (Direct) | .5 (Cross) | | | |
| 89. Catherine Mundy | 2* (Direct) | .5 (Cross) | | | |
| 90. Lin Lu | 2* (Direct) | .5 (Cross) | | | |
| 91. Timaree Purcell | 2* (Direct) | .5 (Cross) | | | |
| 92. Tina Morrison | 2* (Direct) | .5 (Cross) | | | |
| 93. Laurence Rubin | 2 (Cross) | .5 (Cross) | 1 | | |
| 94. Mariya Aleksandrovna | 2 (Cross) | .5 (Cross) | 1 | | |
| 95. Ilia Klykov | 2 (Cross) | .5 (Cross) | 2 | | |
| 96. Art Barham | 2 (Cross) | | 1 | | |
| 97. Sergey Shevchenko | 2 (Cross) | .5 (Cross) | 1 | | |
| 98. Boaz Aragi | 2 (Cross) | .5 (Cross) | | .5 | |
| 99. Victor Azal | 2 (Cross) | .5 (Cross) | | .5 | |
| 100. Andras Kence | 2 (Cross) | .5 (Cross) | | .5 | |
| 101. Kevin Kotzin | 2 (Cross) | .5 (Cross) | | .5 | |

JOINT WITNESS LIST
Page | 9

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: 6/3/16 |
|   | _____/s/ Reid Tepfer_____ |
| 3 | REID TEPFER, |
|   | Texas Bar No. 24079444 |
|   | LUIS GALLEGOS |
| 4 | Oklahoma Bar No. 19098 |
|   | Federal Trade Commission |
|   | 1999 Bryan Street, Suite 2150 |
| 5 | Dallas, Texas 75206 |
|   | (214) 979-9395 (Tepfer) |
| 6 | (214) 979-9383 (Gallegos) |
|   |  (214) 953-3079 (fax) |
| 7 | rtepfer@ftc.gov; lgallegos@ftc.gov; |
|   | erobinson@ftc.gov; zkeller@ftc.gov |
| 8 | RAYMOND MCKOWN, |
|   | California Bar No. 150975 |
| 9 | 10877 Wilshire Boulevard, Suite 700 |
|   | Los Angeles, California 90024 |
| 10 | (310) 824-4343(voice) |
|   | (310) 824-4380 (fax) |
| 11 | rmcknown@ftc.gov |
| 12 | *(contributed to witness list but did not authorize filing)* |
|   | Jeffrey Benice |
| 13 | Attorney for Igor Latsanovski and CalEnergy, Inc. |
| 14 |   |
|   | ____/s/_Robert Ungar_____ |
| 15 | Robert Ungar |
|   | Attorney for Alon Nottea |
| 16 |   |
|   | __/s/_Robert Esensten_ |
| 17 | Robert Esensten |
|   | Attorney for Doron Nottea |
| 18 |   |
|   | __/s/ Sagar Parikh_____ |
|   | Sagar Parikh |
| 19 | Attorney for Alan Argaman, |
|   | Secured Merchants LLC, and |
| 20 | Chargeback Armor, Inc. |

JOINT WITNESS LIST

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

1  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
2  A Professional Law Corporation
   3080 Bristol Street
3  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
4  jsb@jeffreybenice.com
   Telephone: (714) 641-3600 Ext. 214

5  /S/ REID TEPFER
   REID TEPFER
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20