DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No.  CV 15-4527-GW(PLAx)** |
| **Plaintiff,** | **JOINT EXHIBIT LIST** |
| **v.** | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

JOINT EXHIBIT LIST
Page | 1

Pursuant to the Court's Standing Order (Doc. No. 25) the parties submit the following joint exhibit list for trial:

**EXHIBIT LIST**

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 1 | FTC | Skip | Argaman:<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | |
| Exhibit 2 | FTC | Declaration of Donna Lind. | Argaman:[1] Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: Relevance [FRE 402] ("R"); Hearsay [FRE 802] ("H")<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 3 | FTC | Declaration of Carol Biehl. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). ). [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business |

[1] The "Party Offering" descriptors for Defendants correspond to the following:
- "Latsanovski" corresponds to Defendants Igor Latsanovski and CalEnergy, Inc.
- "Argaman" corresponds to Defendants Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.
- "A. Nottea" corresponds to Defendant Alon Nottea.
- "D. Nottea" correspons to Defendant Doron Nottea.

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | practices. |
| Exhibit 4 | FTC | Declaration of Melissa H. Bearns. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). ). [admitting declaration] ; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 5 | FTC | Declaration of Carol Slayton. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). ). [admitting declaration] ; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 6 | FTC | Declaration of Ann Maletic. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). ). [admitting declaration] ; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 7 | FTC | Declaration of Jeanette Burrage. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). ). [admitting declaration]. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 8 | FTC | Declaration of Julie Finnerty. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 9 | FTC | Declaration of Lorraine M. Nik. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 10 | FTC | Declaration of Virgin Marry Betancourt. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 11 | FTC | Declaration of Scott Brownell. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602] | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | D. Nottea: R; H<br><br>Latsanovski: | Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 12 | FTC | Declaration of Ray Cutshaw. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 13 | FTC | Declaration of Elysia Mathias. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993). [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 14 | FTC | Declaration of Kris Sheetz. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | practices. |
| Exhibit 15 | FTC | Declaration of Alana Marks. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993) [admitting declaration] ; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 16 | FTC | AuraVie landing page webcapture. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea:  Lack of Foundation/Authentication [FRE 901] ("F/A"); R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 17 | FTC | April 15, 2011 email from Nastassia Yalley to Alon Nottea, Kristopher Bond, and Paul Medina titled "payroll notes!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 18 | FTC | BunZai Partnership Agreements. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(4) [authentication]; not hearsay (not for the truth of the matter asserted), FRE 801(d)(2) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 19 | FTC | January 12, 2012 email from Igor Latsanovski to Alon Nottea titled "igor." | Argaman: Hearsay; Foundation<br><br>A. Nottea   Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 20 | FTC | July 10, 2014 email from Alon Nottea to Igor Latsanovski and Doron Nottea titled "Gold Mask Wire Info." | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 21 | FTC | August 14, 2013 email from Igor Latsanovski to Alon Nottea and Doron Nottea titled "opinion." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(4) [authentication]; FRE 801(d)(2)(A), (C), and (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 22 | FTC | Screen capture of portion of CalEnergy, Inc. website. | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 23 | FTC | April 17, 2013 email from Alon Nottea to Igor Latsanovski and Paul Medina titled "Fwd: New Business / Reserves / Thank you!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 24 | FTC | February 24, 2012 email from Igor Latsanovski to Alon Nottea with no title (Amendment No. 3). | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 25 | FTC | May 11, 2012 email from Igor Latsanovski to Alon Nottea and Kristopher Bond titled "Fwd: Projections we reviewed yesterday." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 26 | FTC | BunZai Media Group, Inc. Business Plan | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 27 | FTC | March 1, 2012 email from Paul Medina to Igor Latsanovski and Alon Nottea titled "Fwd: New accounts." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 28 | FTC | January 23, 2012 email from Alon Nottea to Alex Pitt, copying Igor Latsanovski, titled "Moving forward / PayPro." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(4) [authentication]; FRE 801(d)(2)(A), (B) (C), (D), and (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 29 | FTC | October 3, 2013 email from Gary Bhasin to Doron Nottea and Alon Nottea titled "Re: Management Consulting Proposal for Auravie." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(4); FRE 901(b)(1) [authentication]; FRE 801(d)(2)(A), (C), and (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 30 | FTC | February 17, 2012 email from Igor Latsanovski to Alon Nottea titled "Fwd: correct bank details." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 31 | FTC | Skincare OU Amendment No. 1 to Payment Processing Agreement. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 32 | FTC | June 1, 2012 email from Paul Medina to Doron and Alon Nottea titled "Tal and Annsofie 1%." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), and (D) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 33 | FTC | Document titled "Exclusive USA Fulfillment & Call Center Agreement" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(4) [authentication]; FRE 802(3); 801(d)(2)(A) (signature box) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 34 | FTC | October 7, 2011 email from Kristina Perez to Nastassia Yalley, copying Igor Latsanovski, Alon Nottea, and Kristopher Bond, titled "RE: Oleg Signature." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 35 | FTC | July 10, 2014 email from Julia Reaves to Doron Nottea titled "question." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(B) [not hearsay]. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 36 | FTC | May 9, 2013 email from Eugene Shampansky to Alon Nottea, copying Doron Nottea, titled "Re: docs." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 37 | FTC | August 8, 2014 email from Paul Medina to Roi Reuveni, Alon Nottea, Tyler Reitenbach, and Doron Nottea titled "UK Processing report and fees from Eugene." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 38 | FTC | November 30, 2012 email from Leor Arazy to Alon Nottea, CC'ing others, titled "Salary Breakdown for May" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(B), (D), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 39 | FTC | July 13, 2011 email from Kristina Perez to Igor Latsanovsky, copying Alon Nottea, titled "FW: Company+ account in Rietumu banka." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 40 | FTC | April 14, 2014 email from Alon Nottea to Paul Medina, Doron Nottea, and Igor Latsanovski titled "Fwd: EVO remaining processing reports." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 41 | FTC | April 2, 2010 email from David Davidian to "Xposed" titled "Re: Hope you are well…" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 803(3) [exception to hearsay]; 801(d)(2)(A) and (B) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 42 | FTC | January 12, 2012 email from Alon Nottea to Igor Latsanovski titled "Some Questions - Biz op." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 43 | FTC | May 7, 2015 email from Stephan Bauer to Doron Nottea titled "SMB co details." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(B), (D), and (E) [not hearsay].<br><br>Not for the truth of the matter asserted. |

JOINT EXHIBIT LIST

Page | 12

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 44 | FTC | June 19, 2013 email from Igor Latsanovski to Alon Nottea and Doron Nottea with no title (Skincare EU). | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 45 | FTC | March 20, 2014 email from Paul Medina to Doron Nottea and Alon Nottea titled "Revised expenses" and attached spreadsheet. | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE(801)(D)(2)(A), (B), (D), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 46 | FTC | Secured Commerce invoice to Adageo LLC for "Design, Creation, & Optimization of AuraVie Landing Page" and other services. | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 47 | FTC | 1/24/11 email from "avico global" to Nastassia Yalley, CC'ing others, titled "Re: Phone Numbers." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1) and (4) [authentication]; 801(d)(2)(A), (B), (D), and (E)  [not hearsay].<br><br>Regarding relevance, this document is |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 48 | FTC | 4/25/11 email from Alon Nottea to "jose@gryphoninvestmentgroup.com," CC'ing others, titled "Merchant Processing." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 49 | FTC | Blank, pre-signed CalEnergy checks. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Foundation [FRE 901]<br><br>D. Nottea: F/A; R<br><br>Latsanovski: | FRE 902(9); FRE 901(b)(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 50 | FTC | March 14, 2012 email from Kristina Perez to Nastassia Yalley and Igor Latsanovski, copying Alon Nottea, titled "RE: FW: Wiring funds." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 51 | FTC | 1/23/12 email from Doron Nottea to Alon Nottea titled "Do you know this." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; 801(d)(2)(A) and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 52 | FTC | 12/26/13 email from Alon Nottea to Paul Medina, CC'ing Xposed Inc., titled "Fwd: a short call." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; 801(a)(2)(A) and (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 53 | FTC | 7/18/11 email from David Davidian to Doron Nottea, CC'ing Alon, titled "Transactions" and attached PDF. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; 801(d)(2)(B) and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 54 | FTC | 4/26/13 email from Doron Nottea to Alon Nottea titled "Files for Pierre" and attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 55 | FTC | Email from Alon Nottea to Igor Latsanovski titled "Fwd: FW: FBMECS E-commerce Acquiring." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 56 | FTC | Written Resolution of AuraVie Limited. | Argaman: Hearsay; Foundation; Relevance | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)- |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R<br><br>Latsanovski: | (E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 57 | FTC | Document titled "AGREEMENT FOR THE PROVISION OF NOMINEE SERVICES OF DIRECTOR AND/OR SECRETARY AND/OR MEMBER." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 58 | FTC | 1/3/12 email from Alon Nottea to Igor Latsanovski titled "Fwd: FW: Visa and MasterCard Excessive chargeback program. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 59 | FTC | 12/30/13 email from Paul Medina to Doron and Alon Nottea and Alan Argaman titled "Moving 2nd LL account over to secured merchants" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), (D), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 60 | FTC | 4/14/14 email from Alon Nottea to Paul Medina, Igor Latsanovski, and Doron Nottea titled "Fwd: EVO remaining processing reports." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), (E) [not hearsay].<br><br>Regarding relevance, this document is |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 61 | FTC | Uniform Residential Loan Application for Igor Latsanovski | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 62 | FTC | 7/27/12 email from Alon Nottea to Igor Latsanovski titled "Fwd: Chargeback intercept program" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 63 | FTC | February 22, 2013 email from Cyrus Ahmadi to Doron Nottea titled "RE: Need your help here." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 64 | FTC | 11/25/14 email from Igor Latsanovski to Doron Nottea titled "Fwd: Hi" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication] ; FRE 801(d)(2)(A), (B), and (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | participation, or control, as well as Defendants' business practices. |
| Exhibit 65 | FTC | Davidian & Associates spreadsheet listing the "BunZai Companies." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 66 | FTC | March 9, 2010 email from Kristina Perez to Alon Nottea, copying Khristopher Bond, Nastassia Yalley, and Gina Stagnitto, titled "Merchant Processing / Moving Forward!" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802];<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 67 | FTC | "About" Pinnacle Logistics document | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 68 | FTC | August 8, 2012 email from Nastassia Yalley to Doron Nottea, Alon Nottea, and Mario Salinas titled "accounting help - jacem." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 69 | FTC | April 7, 2013 email from Nastassia Yalley to Doron Nottea and accounting818@gmail, copying Matan Gal and Paul Medina, titled "Accounting." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 70 | FTC | Lifestyletrends.com Anti Aging Article. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Relevancy; [FRE 401] Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: R<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted. It is also an admission of a party opponent.<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 71 | FTC | Spreadsheet of "Visits for all visitors from 1/1/12 to 2/29/12." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 72 | FTC | Document titled "AuraVie.com Notes." | Argaman: Hearsay; Foundation | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)- |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | (E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 73 | FTC | Document titled "Campaigns for collections." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401] Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, as well as Defendants' business practices. |
| Exhibit 74 | FTC | December 2011 Customer Payment Information. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 75 | FTC | Spreadsheet of "RMC" Companies and Merchant Accounts - Merrick Bank, Signapay, UMS, etc. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 76 | FTC | Chargeback Analysis Statistics | Argaman: Hearsay; | FRE 901(b)(1),(3)-(4) |

JOINT EXHIBIT LIST
Page | 20

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | Document. | Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 77 | FTC | BunZai Media Group, Inc. Customer Service Manual. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 78 | FTC | Email from Doron Nottea to Nastassia Yalley titled "Re: Merchant Accts" and attached spreadsheet. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE(801)(D)(2)(A), (B), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 79 | FTC | Document Containing Handwritten Notes re: Igor Salary. | Argaman: Hearsay; Foundation<br><br>A. Nottea:   Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay]. |
| Exhibit 80 | FTC | Document Titled "Affiliate Traffic Protocol." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay]. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 81 | FTC | February 7, 2013 email from XP Media to Nastassia Yalley and Paul Medina titled "Fwd: Credit Reference Request - MediaUrge, Inc. (SMB Management, Inc.). | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 82 | FTC | 8/27/12 email from Nastassia Yalley to Doron Nottea titled "June breakdown" and attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 83 | FTC | August 12, 2011 email from Kristina Perez to Kristina Perez and Nastassia Yalley, copying Alon Nottea, titled "RE: Bunzai / SKINCARE CONTRACTS." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 84 | FTC | 9/14/12 email from Leor Arazy to Doron Nottea, CC'ing Nastassia Yalley" titled "Loan Policy" and attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1) and (4) [authentication]; FRE(801)(D)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 85 | FTC | May 2012 Collection Payments Document. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803 (3), and (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 86 | FTC | 5/1/12 email from Nastassia Yalley to Alon Nottea, Paul Medina, and Roi Reuveni titled "Notes from 4/26/12" and attached document. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; not hersay (not for the truth of the matter asserted); FRE(801)(D)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 87 | FTC | May 21, 2012 email from Paul Medina to Alon Nottea and Nastassia Yalley titled "Merchant account info report." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 88 | FTC | 4/7/13 email from Nastassia Yalley to Doron Nottea titled "Paypal payments from auravie.com" | Argaman: Hearsay; Foundation<br><br>A. Nottea: | FRE 901(b)(1) and (4) [authentication]; not hersay (not for the truth of the matter asserted); FRE 801(D)(2)(A), (B), |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H  Latsanovski: | and (E) [not hearsay]; 803(1) [exceptions to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 89 | FTC | Document titled "Percentages For Discounts on $97.88." | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803 (6) [exceptions to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 90 | FTC | November 4, 2011 email from Sam Ibrahim to Nastassia Yalley, copying Alon Nottea, titled "RE: account 1236 descriptor change." | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 91 | FTC | August 12, 2011 email from Kristina Perez to Nastassia Yalley, copying Alon Nottea, titled "RE: Application - ." | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 92 | FTC | 8/13/12 email from Lime Light CRM Support to Paul Medina, CC'ing others, titled "Re: CA redirect sales." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(D)(2)(A), (B), and (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 93 | FTC | 5/22/12 email from Nastassia Yalley to Roi Reuveni, CC'ing others, titled "Re: do we know about this???" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE(801)(D)(2)(A), (B), and (E) [not hearsay]; 803(1) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 94 | FTC | 1/17/12 email from Nastassia Yalley to Paul Medina, CC'ing Alon Nottea, titled "Re: Load balancing very urgent." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE(801)(D)(2)(A), (B), and (E) [not hearsay]; 803(1) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 95 | FTC | September 13, 2012 email from Nastassia Yalley to C2M Accounting titled "Re: Our affiliate accounts." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 96 | FTC | November 12, 2011 email from Kristina Perez to Nastassia Yalley, Enrique Perez, Alon Nottea, and Paul Medina titled "RE: Soft descriptors say Tellin." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 97 | FTC | March 8, 2012 email from Enrique Perez to Nastassia Yalley and Kristina Perez, copying Paul Medina and Alon Nottea, titled "RE: Wiring funds." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 98 | FTC | January 6, 2012 email from Dylan Gaines to Nastassia Yalley, copying Alon Nottea, titled "Re: First App - Lifestyle." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 99 | FTC | Skip | | |
| Exhibit 100 | FTC | March 16, 2010 email from Kristina Perez to Alon Nottea titled "Re: Bank Statements and corp docs." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 101 | FTC | December 2, 2011 email from Sam Ibrahim to Nastassia Yalley, copying Paul Medina and Alon Nottea, titled "[redacted] DBA: SAFEHAVEN 888 341 4183 (2nd Account)." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 102 | FTC | 6/10/11 email to Alon Nottea from "dons@inchek.net" titled "Fwd: S***!" and attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803(1) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 103 | FTC | Document titled "Answering Calls: Hold Etiquette" with "Joel Garcia" handwritten at the top. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication];; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803 (3) and (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>In addition, not hearsay because not offered for the truth of the matter asserted. |
| Exhibit 104 | FTC | Document titled "AuraVie Inbound Call Script." | Argaman: Hearsay; Foundation<br><br>A. Nottea: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803 (3) and (6) [exceptions |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>In addition, not hearsay because not offered for the truth of the matter asserted. |
| Exhibit 105 | FTC | Script concerning discussion with bank representatives. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(D)(2)(A), (B), and (E) [not hearsay]; 803 (3), and (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>In addition, not hearsay because not offered for the truth of the matter asserted. |
| Exhibit 106 | FTC | Advertisement for Nue Science with handwritten modification. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 107 | FTC | AuraVie Advertisement with handwritten modification. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 108 | FTC | BioGeniste Advertisement. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted .<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 109 | FTC | Pinnacle Logistics Standard Operating Procedure for BBB Complaints | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803(3) and (6) [exceptions to hearsay]..<br><br>Not hearsay because not offered for truth of matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 110 | FTC | Pinnacle Logistics Standard Operating Procedure for Attorney General Complaints. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (3) and (6) [exceptions to hearsay]..<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 111 | FTC | 2/18/13 email from Patrick Raffin to Shermaine Jackson | Argaman: Hearsay; Foundation | FRE 901(b)(1) and (4) [authentication]; FRE |

JOIN EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | titled "Clarification on procedures" | A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | 801(d)(2)(A), (B), and (E) [not hearsay]; 803 (1) and (3) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 112 | FTC | Document titled "Step by Step Call Guide" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(D)(2)(A), (B), and (E) [not hearsay]; 803 (1) and (3) [exceptions to hearsay].<br><br>Moreover, not hearsay because not offered for truth of matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 113 | FTC | Skip | | |
| Exhibit 114 | FTC | Miracle Face Kit letter to customer from Justin Fields | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Not hearsay because not offered for truth of matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 115 | FTC | First Data letter RE: Termination of Auravie Beauty. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (3), and (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | Defendants' business practices. |
| Exhibit 116 | FTC | November 30, 2012 email from Terrie Gal to Victor A titled "question." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 117 | FTC | Document titled "Disputes script." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (D)(2)(A) and (B) [not hearsay]; 803 (3) [exceptions to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 118 | FTC | Handwritten Drawing featuring words "Estonia" and "China." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay] Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. FRE 803(3) [exception to hearsay]. |
| Exhibit 119 | FTC | 4/26/12 email from Robert Ungar to Alon Nottea titled "Re: IP Business Plan" and attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Attorney client privilege<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801(D)(2)(A), (B), and (E) [not hearsay]; 803 (1) and (3) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 120 | FTC | 2/17/13 email from Alon Nottea to "Xposed Inc." titled "pls buy asap private" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay]; 803 (1) and (3) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 121 | FTC | May 11, 2010 email from Gina Stagnito to Alon Nottea titled "Here you go… BATHROOM READING." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 122 | FTC | 12/28/11 email from Sam Ibrahim to Paul Medina, Alon Nottea, Nastassia Yalley, and Khristopher Bond titled "RE: Current merchant account status." | Argaman:  Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801(D)(2)(A), (B), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 123 | FTC | 2/10/16 email from Receiver to counsel. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. This document is also relevant to waiver of privilege. |
| Exhibit 124 | FTC | Template titled "chargeback rebuttal." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801(d)(2)(A), (B), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 125 | FTC | February 10, 2016 email from Charlene Koonce to Reid Tepfer, copying Luis Gallegos, titled "RE: Possible privilege." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1).<br><br>Regarding relevance, this document is relevant to show Receiver waiving privilege. |
| Exhibit 126 | FTC | September 4, 2014 email from Gary Bhasin to Alon Nottea, copying Doron Nottea, titled "Re:Hi." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 127 | FTC | Skip | | |
| Exhibit 128 | FTC | Document titled "Standard Operating \| Charge-back Department Chargeback Protocol" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (3), and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

JOINT EXHIBIT LIST

Page | 33

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | participation, or control, as well as Defendants' business practices. |
| Exhibit 129 | FTC | 12/15/11 email from Andrew Stanley to Roi Reuveni titled "Hours." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801 (d)(2)(A), (B), (D), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 130 | FTC | Document titled "Weekly Agent Review 01.12 - 01.19." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 131 | FTC | 1/25/12 email from Andrew Stanley to Roi Reuveni, Alon Nottea, Cristina Moreno, Gaby Galeano titled "Retrieval Request Report." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE 801 (D)(2)(A), (B), and (E) [not hearsay]; 803 (3), and (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 132 | FTC | 3/5/12 email from Cristina Moreno to Alon Nottea and Roi Reuveni titled "CB Smartsheet Process" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), and (4) [authentication]; FRE(801)(d)(2)(A), (B), (D), and (E) [not hearsay]; 803 (3) [exception to hearsay].<br><br>Regarding relevance, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 133 | FTC | March 6, 2012 email from Paul Medina to Nastassia Yalley, Roi Reuveni, and Alon Nottea titled "Latest Merchant account info." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 134 | FTC | Document titled "Chargeback Rebuttal & Offer Terms." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) and (4) [authentication]; FRE 801 (d)(2)(A), (B), and (E) [not hearsay]; 803 (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 135 | FTC | May 1, 2012 email from Nastassia Yalley to Alon Nottea, Paul Medina, and Roi Reuveni titled "Notes from 4/26/12 meeting." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 136 | FTC | May 1, 2012 email from Nastassia Yalley to Alon Nottea, Paul Medina, and Roi Reuveni titled "Staffing Report." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 137 | FTC | 3/13/12 email from Alon Nottea to Roi Reuveni and Paul Medina, CC'ing others, titled "Revised Collection Letter" and attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3),(6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 138 | FTC | May 22, 2012 email from Nastassia Yalley to Roi Reuveni, copying Alon Nottea, Justin McKinnon, Paul Medina, and Khristopher Bond, titled "Re: do we know about this???" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 139 | FTC | June 7, 2012, email with attachment from Andre Mansour to Roi/Bunzai, Alon N., and Paul Medina, titled: "Limelight Features." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 140 | FTC | Document titled "Call Center - Call Disposition" | Argaman: Hearsay; Foundation<br><br>A. Nottea: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A),(D) [not hearsay]; FRE 803(6) |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H  Latsanovski: | [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 141 | FTC | August 10, 2012 email from Alon Nottea to Paul Medina and Roi Reuveni titled "Fwd: New Mastercard Chargeback Regulation." | Argaman: Hearsay; Foundation  A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 142 | FTC | Call disposition flow chart and metadata capture | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | 901(b)(1) [authentication]; FRE 801(d)(2)(A),(D) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 143 | FTC | 8/27/12 email from Andree Mansour to Alon Nottea and Roi Reuveni titled "Rebuttals Q&A for review and feedback" and attached document | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; 801(d)(2)(B), (D)-(E) [not hearsay]. FRE 903(3).  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 144 | FTC | 9/5/12 email from Emily Springmann to Alon Nottea, amansour@pinlogistics.com, Paul Medina, and Roi Reuveni, CC'ing Jonathan Bhisoff, titled "RevGuard Overview Reporting" with attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3)-(4) [authentication]; FRE 801(d)(2)(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 145 | FTC | Document Featuring First-Line Heading of "OCO Profitability Increase for the Week." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 146 | FTC | 9/5/12 email from Sabina Keil to Paul Medina, Roi Reuveni, and Alon Nottea titled "August 15-Sept 1st 2012 Report" and attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; 801(d)(2)(B),(D)-(E); FTC v. Figgie Int'l, Inc., 994 F.2d 595, 608-09 (9th Cir. 1993); FRE 807.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 147 | FTC | January 18, 2013 email from Alon Nottea to Doron Nottea titled "Fwd: Release of Funds." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 148 | FTC | "Chargeback Rebuttal" form letter. | Argaman: Hearsay; Foundation

A. Nottea:

D. Nottea: F/A; R; H

Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].

Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 149 | FTC | 7/1/13 email from Alan Argaman to Alon Nottea, Roi Reuveni, Paul Medina, and Doron Nottea titled "Projects updates" | Argaman: Hearsay; Foundation

A. Nottea:

D. Nottea: F/A; R; H

Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]. FRE 803(3) [exception to hearsay]

Not hearsay because not offered for the truth of the matter asserted.

Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 150 | FTC | Document Titled "Notes: Meeting with Tal & Andree on 10/9/13 - Dellure & Leor." | Argaman: Hearsay; Foundation

A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]

D. Nottea: F/A; R; H

Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].

Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 151 | FTC | February 17, 2015 email from Tyler Reitenbach to Alon Nottea, Mike Costache, Alan Argaman, Doron Nottea, and Roi Reuveni titled ChargeBack Armor Jan + Feb figures." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 152 | FTC | March 17, 2014 email from Paul Medina to Alan Argaman, Roi Reuveni, and Alon Nottea titled "Phone #'s & faxes needed." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 153 | FTC | February 12, 2013 email from Adress Mansour to Alan Argaman, copying Roi Reuveni, Paul Medina, and Alon Nottea, titled "Click Connector Issues Bullet-points [sic] with attached Snagit." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 154 | FTC | January 27, 2014 email from Amber Vincent to Stephan Bauer, Roi Reuveni, david@mediaurge, and accounting@sbmmgmt, titled "Direct Outbound LLC Invoices." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 155 | FTC | Chargeback Armor Marketing Advertisement / Executive Summary. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 156 | FTC | Document Titled "Daily Prediction - June 17th." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 157 | FTC | 2011 Individual Tax Return of Roi Reuveni | Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay]. |
| Exhibit 158 | FTC | 2012 Individual Tax Return of Roi Reuveni | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay]. |
| Exhibit 159 | FTC | 2012 Agoa Holdings Inc. Corporation Tax Return prepared by David & Associates. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 160 | FTC | 2012 DMA Media Holdings S Corporation Tax Return prepared by David & Associates. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 161 | FTC | December 19, 2011 email from Andrew Stanley to Leor Arazy, copying Roi Reuveni and Alon Nottea, titled "Hours." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 162 | FTC | December 27, 2011 email from Leor Arazy to Alon Nottea titled "Employee Salary." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 163 | FTC | Spreadsheet of "RMC" Companies and Merchant Accounts. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 164 | FTC | Skip | | |
| Exhibit 165 | FTC | Recording attached to email in Ex. 86. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. |
| Exhibit 166 | FTC | 3/5/13 email from Paul Medina to Doron Nottea titled "1% commission for Feb 2013." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1)(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 167 | FTC | 6/27/12 email from Nastassia Yalley to Paul Medina, Alon Nottea, and Doron Nottea titled "accounting 6/27/12" and attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1)(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 168 | FTC | September 13, 2012 email from Paul Medina to Doron Nottea titled "CB faxes." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 169 | FTC | 3/25/12 email from Michael Moysich to Alon Nottea and Paul Medina, CC'ing others, titled "compliant partials script" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 170 | FTC | 8/6/12 email from Paul Medina to xposedinc titled "Fwd:1% report up until July 2012" with attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 171 | FTC | January 10, 2013 email from Paul Medina to Doron Nottea titled "Fwd: Fwd: Update REFRESH [. . .] update mailing address." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 172 | FTC | 12/3/12 email from Paul Medina to Doron Nottea titled "Fwd: Payment." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(B) [not hearsay]; FRE 803(1) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 173 | FTC | 6/5/13 email from Eugene Shampansky to Paul Medina and Doron Nottea titled "Reserve Release." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(B) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 174 | FTC | 12/10/12 email from Alon Nottea to Alan Argaman and Xposed Inc., CC'ing Paul Medina, titled USPS Canada rates | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay];FRE 803(1) and (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 175 | FTC | Wells Fargo banking statement for Alan Argaman, d/b/a LTU Communications. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | participation, or control, as well as Defendants' business practices. |
| Exhibit 176 | FTC | Bank of America screenshot relating to Secured Merchants, LLC. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]. In addition, not hearsay because not offered for the truth of the matter asserted]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 177 | FTC | Operating Agreement of Secured Merchants, LLC. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 178 | FTC | Professional Service Agreement, dated February 5, 2015, by and between Secured Merchants, LLC and Wealth Vision, Inc. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exceptions to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 179 | FTC | IMG Closure Summary Page. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 180 | FTC | Settlement Letter dated July 2, 2003, by and between Tal Topel, Kobi Levi, Ayalla Ben-Ami, and Alan Argaman. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 181 | FTC | Wells Fargo Activity Summary Relating to Inet Methods, LLC. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 182 | FTC | Wells Fargo Addendum to Certificate of Authority for Vbonita Inc. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 183 | FTC | Document titled "Departmentalization." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (6) [exception to hearsay]. |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 184 | FTC | 9/20/14 email from Alon Nottea to Alan Argaman, CC'ing others, titled "Moving Forward." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(1)-(3),(5) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 185 | FTC | 7/26/12 email from Alan Argaman to Alon Nottea titled "FINAL ANGEL SCOPE" with attachments. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(1) and (3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 186 | FTC | Skip | | |
| Exhibit 187 | FTC | Screenshot of ClickConnector Interface - Campaigns. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 and is not offered for the truth of the matter asserted<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 188 | FTC | Screenshot of ClickConnector Interface - Order Numbers. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 189 | FTC | Screenshot of ClickConnector Interface - Graphs. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 190 | FTC | Skip | | |
| Exhibit 191 | FTC | List of Toll-Free Numbers Relating to IVR-Logix. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 192 | FTC | Screenshot of Google Search for "AuraVie scam." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 193 | FTC | List of Sites that have "Bad Reviews" for AuraVie. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 194 | FTC | Document titled "Standard Operating Procedure | Pinnacle Logistics, Inc. | Quality Assurance Chargeback Protocol. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 195 | FTC | Document titled "Standard Operating Procedure | Pinnacle logistics Inc. AuraVie Email disposition protocol" with metadata. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 196 | FTC | Skip | | |
| Exhibit 197 | FTC | Skip | | |
| Exhibit 198 | FTC | Skip | | |
| Exhibit 199 | FTC | Skip | | |
| Exhibit 200 | FTC | "Free sample" ad--Consumer Knowledge. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy;[FRE 401]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 201 | FTC | AuraVie Advertisement titled "Consumer Lifestyle Trends-- Mom Cut 20 Years in a Week Using This 1 Weird Trick" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>FRE 801(d)(2)(C) [not hearsay]<br><br>FRE 901(b)(1),(3)-(4) [authentication].<br><br>Not hearsay because not offered for the truth of the matter asserted. |
| Exhibit 202 | FTC | Screengrab of auravieskincare.com website | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A), (C) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 203 | FTC | Screengrab of tryauravie.com website | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A), (C) [not hearsay].<br><br>In addition, not hearsay |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | because is not offered for the truth of the matter asserted. Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 204 | FTC | Email dated 2/24/15 From: Mike Costache, To: Samir Patel, CC: Eugene Shampanksy, Michael DiPersia, David Gasperino, Tyler R., Roi CBA; Subject: Re: Chargeback Armor Intro | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].  FRE 801(d)(2)(A), (C), (D) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 205 | FTC | AuraVie Advertisement titled "3 in 1 Skin Rejuvenation System..Proven Ingredients-pushing the boundaries for amazing, ageless skin" | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].  FRE 801(d)(2)(A), (C), (D) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 206 | FTC | Document titled "5 ways to reduce chargebacks:" | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1) [authentication].  FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 207 | FTC | Document titled "Customer Service Protocol" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication];<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 208 | FTC | Document titled "Product Returns Protocol" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 209 | FTC | Advertisement titled "LifeStyle Trends - Local Mom Reveals $5 Wrinkle Trick That Has Angered Doctors!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 210 | FTC | AuraVie advertisement titled "AuraVie SkinCare is now offering a Risk FREE Trial! Get a chance to receive this Exclusive Offer!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Not hearsay because not offered for the truth of |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 211 | FTC | AuraVie advertisment titled "Forget Botox! Dioscover the Secret to Injection Free Wrinke Reduction!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 212 | FTC | Dana letter testimonial blog | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4) [authentication].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 213 | FTC | Description of offers on various AuraVie websites | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 214 | FTC | Spreadsheet of Expenses for Pinnacle, MediaUrge, SBM, and also Identifies Shareholder Expenses. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 215 | FTC | Credit Card Processing Transactions Report | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 216 | FTC | Bunzai Offers - February 11th, 2011 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) [authentication].<br><br>803(3) [exception to hearsay].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 217 | FTC | California Business and Professions Code - annotated and highlighted in various sections | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication];<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| Exhibit 218 | FTC | Survey Text Tree | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 219 | FTC | Igor Investment return spreadsheet | Argaman: Hearsay; Foundation | FRE 901(b)(1), [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 220 | FTC | BMGI paystub for Igor - 8/24/11 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 221 | FTC | Spreadsheet of January 2013 breakdown of company bank accounts | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is |

JOINT EXHIBIT LIST

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 222 | FTC | Spreadsheet and document titled Pinnacle Logistics Inc Transaction Detail by Account | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 223 | FTC | Form A Company Worldwide Incorporations: Estonia OU brochure re: opening Estonian co. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1).<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 224 | FTC | Form A Company Worldwide Incorporations: Estonia fees brochure re: opening Estonian co. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>FRE 901(b)(1).<br><br>Not hearsay because not offered for the truth of the matter asserted. |
| Exhibit 225 | FTC | Merchant account application tracking spreadsheet | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]. |

| Exhibit Number | Party Offering | Description | If objection(s), briefly state the ground(s) | Response to objection(s) |
|---|---|---|---|---|
| | | | Latsanovski: | Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 226 | FTC | Media Urge Scenarios | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1).<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 227 | FTC | Pago Technology Invoice dated 7/22/11 to Bunzai Media Group, Inc. re translation of Estonian corporation package | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4) [authentication].<br><br>FRE 803(6) [exception to hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 228 | FTC | Spreadsheet of December 2012 breakdown of company bank accounts | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1), (3)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A), (C), |

| | | | | Latsanovski: | (D), (E) [not hearsay]. |
|---|---|---|---|---|---|
| | | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 229 | FTC | Spreadsheet of October 2012 breakdown of company bank accounts | | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1), (3) [authentication].  Not hearsay because not offered for the truth of the matter asserted.  FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 230 | FTC | Mar 1, 2012 Collection letter to "joyce" offering 50% settlement | | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | Not hearsay because not offered for the truth of the matter asserted.  FRE 901(b)(1), (3), (4) [authentication].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 231 | skip | | | | |
| Exhibit 232 | FTC | Credit Card Merchant Statement dated 9/30/11 for Miracle Face Kit from Trust One Payment Services, Inc. | | Argaman: Hearsay; Foundation  A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 803(6) [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | | business practices. |
|---|---|---|---|---|---|
| Exhibit 233 | FTC | Trust One Payment Services, Inc. Credit Card Merchant Statement to Bunzai Media Group Inc DBA Miracle Face Kit dated 10/31/2011 | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 234 | FTC | Resolution options for agents (to be reviewed by sups) | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 235 | FTC | Document titled "Memorandum of Understanding" between Igor Latsanovski and rick Lee | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401]<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 236 | FTC | handwritten flowchart showing SBM at the center of several spokes with bubbles | Argaman: Hearsay; Foundation<br><br>A. Nottea: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | D. Nottea: F/A; R; H  Latsanovski: | as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 237 | FTC | collections script | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 238 | FTC | Authorized charge script | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea:  Latsanovski: | FRE 901(b)(1),(4) [authentication].  801(d)(2)(A)-(C),(D) [not hearsay]  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 239 | FTC | Campaign: Getmyauravie.com script | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1), (3), (4) [authentication].  801(d)(2)(A)-(C),(D) [not hearsay]  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 240 | FTC | Script or document including the text "Non-Escalated Refund Request" in underlined bold at center page | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A),(E) [not hearsay]; FRE 803(3) [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 241 | FTC | Dellure customer support script | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | RE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A), (C), (E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 242 | FTC | Handwritten meeting notes mostly dated between May and September of 2013 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | RE 901(b)(1) [authentication]; FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 243 | FTC | Portions of a Cancellation Options Tree | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | RE 901(b)(1), (4) [authentication]; FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 244 | FTC | Retail merchant agreement between Jacem and Adageo | Argaman: Hearsay; Foundation<br><br>A. Nottea: Foundation [FRE 901] | RE 901(b)(1), (4) [authentication]<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]; FRE 803(3) [exception |

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | to hearsay].<br><br>Not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 245 | FTC | Invoice dated 4/5/13 from JACEM to Adageo for AuraVie products | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), (4) [authentication]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>FRE 803(6) [exception to hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 246 | FTC | Screenshot of document typed by unknown author re: with notes re input template | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]; FRE 803(3) [exception to hearsay]<br><br>In addition, not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 247 | FTC | Screenshot of LimeLight CRM from 8/7/13 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602] | FRE 901(b)(1),(4) [authentication]; In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for |

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | the truth of the matter asserted.<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 248 | FTC | Screenshot of email chain on Gmail from 8/23/13 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay];FRE 803(6) [exception to hearsay]. In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 249 | FTC | Screenshot of someone viewing the URL detail of the AuraVie risk free trial website screenshot in MS paint | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 250 | FTC | Master Loan Agreement dated June 4, 2015 between Zolotareva Maria Aleksandrovna and Sunset Holding Partners | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]<br><br>FRE 801(d)(2)(A) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 251 | FTC | March 5, 2015 Invoice from Secured Merchants to Mike Costache at Chargeback Armor | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), (4) [authentication]<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 252 | FTC | April 1, 2015 Invoice from Secured Merchants to Mike Costache at Chargeback Armor | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), (4) [authentication]<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 253 | FTC | May 1, 2015 Invoice from Secured Merchants to Mike Costache at Chargeback Armor | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 254 | FTC | June 2, 2015 Invoice from Secured Merchants to Mike Costache at Chargeback Armor | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), (4) [authentication]<br><br>FRE 801(d)(2)(A), (C), (D), (E) [not hearsay].<br><br>FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST
Page | 65

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | business practices. |
| 2 | Exhibit 255 | FTC | Document titled "Operating Agreement of Secured Merchants LLC" | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 6 | Exhibit 256 | FTC | Secured Merchants Executive Summary | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 11 | Exhibit 257 | FTC | Document describing services offered by secured merchants | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 16 | Exhibit 258 | FTC | Click Connector v2 Development Production Overview | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 20 | Exhibit 259 | FTC | Gobal Payments Chargeback statements to Roi Reuveni during December 2012. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE | Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | |
|---|---|---|---|---|
| | | | 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | participation, or control, as well as Defendants' business practices. |
| Exhibit 260 | FTC | IVR automated response script | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 261 | FTC | Email From: Nastassia; To: Alon; CC: James Vanderlinden, Rebecca Bernard, Christine Benoit, Moufid Al-Jound; Dated: 11/17/10; Re: Fw: let's decide by end of day - pass or play - no harm no foul | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 262 | FTC | 5/12/10 email from Nastassia Yalley to Norman Bentley, CC'ing Alon Nottea, titled "Re: Panama paperwork" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; Not Hearsay; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 263 | FTC | 2/15/11 email from Roi Reuveni to Khristopher Bond, CC'ing others, Customers Age Range | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 264 | FTC | Email From: Nastassia; To: Alon, Sam Durso; CC: Khristopher Bond, paul@bunzaimedia.com; Dated: 2/21/11; Re: blog | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 265 | FTC | Email From: Kevin@MiskLimited.net; To: Alon; Re: Holiday Pictures Ltd Changes to Agreement; Dated 12/18/08 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 266 | FTC | Email from: Support@godaddy.com; To: xposedinc@gmail.com; Re: Information regarding the registration of Bunzaimediagroup.com; Dated: 11/27/09 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 267 | FTC | 5/6/12 email draft with Alon Nottea as sender with a title beginning "Hong Kong trading company…" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Attorney-client privilege; Relevancy; [FRE 401]; Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 268 | FTC | 4/2/10 email from "Xposed" to David Davidian, CC'ing Alon Nottea, titled "Re: Hope you are well…" with attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 269 | FTC | Email From: DSA Holdings; To: Alon; Re: Emailing: Domestic.pdf, Non Domestic.pdf; Dated 3/22/10; DSA Holdings Merchant account applications domestic and intl, attached to email | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 270 | FTC | Email From: Doron; To: Teny.Minas@wellsfargo.com; Re: Bunzai Business Accounts; Dated: 1/26/10; Attaches Bunzai Media DBA Names | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 271 | FTC | 3/1/10 email from Doron Nottea to Alon Nottea titled "Emailing: bunzai-pharma.pdf" with attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | Exhibit 272 | FTC | Email From: Dorn; To: Alon; no subject; Dated: 10/24/10; Doron emails Alon a picture of the AuraVie risk free trial website | Argaman: Hearsay; Foundation<br><br>A. Nottea: Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| --- | --- | --- | --- | --- | --- |
| | Exhibit 273 | FTC | Letter from Attorney to Bunzai Media Group re: Heite Matsuno's rash from use of product, and issues free trial language in the terms and conditions; dated: 6/9/11 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| | Exhibit 274 | FTC | Analysis of letter from attorney in Ex. 273 provided to Khris | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy;[[FRE 401]; Opinion [FRE 701]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| | Exhibit 275 | FTC | Email from Leor Arazy; To: Alon; CC: Doron; Subject: New Venture Questionnaire; Dated 8/13/12; Discusses that insurance needs information concerning the owner of Pinnacle | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 276 | FTC | Email From Alon; To Khris; CC: Roi and IgoR; Re: disgruntled model "Karen" dated: 8/11/12 | Argaman: Hearsay; Foundation<br><br>A. Nottea: Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| --- | --- | --- | --- | --- |
| Exhibit 277 | FTC | Email From: Paul; To: Alon, Khris, Igor re: cease and desist letter being sent re: unauthorized use of model photo discussed in Exh. 276; dated 8/11/12 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 278 | FTC | 3/28/12 email from Alon Nottea to "victor" titled "Fwd: memo" with attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea: Attorney-Client Privilege [United States v. Martin (9th Cir. 2002) 278 F.3d 988]; Relevancy; [FRE 401]; Hearsay [FRE 802]; Opinion [FRE 701]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 279 | FTC | Email From: Nastassia; To: David Davidian and Doron; Re: Igor investment Return; Dated: 315/12 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 71

| Exhibit 280 | FTC | Document titled Standard service agreement listing Secured Merchant LLCw with blank for client | Argaman: Hearsay; Foundation; Relevance <br><br> A. Nottea: Relevancy; [FRE 401] <br><br> D. Nottea: F/A; R; H <br><br> Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. <br><br> Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 281 | FTC | Chargeback Armor Executive Agreement | Argaman: Hearsay; Foundation; Relevance <br><br> A. Nottea: Relevancy; [FRE 401] <br><br> D. Nottea: F/A; R; H <br><br> Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. <br><br> Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 282 | FTC | Notes: Meeting with Tal & Andree on 10/9/13-Dellure and Leor | Argaman: Hearsay; Foundation <br><br> A. Nottea: <br><br> D. Nottea: F/A; R; H <br><br> Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. <br><br> Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 283 | FTC | Description of Secured Merchants Services | Argaman: Hearsay; Foundation <br><br> A. Nottea: <br><br> D. Nottea: F/A; R; H <br><br> Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. <br><br> Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 284 | FTC | Email: From: Davidian; To: Global Media; Re: Dissolution of Bunzai; Attaches: Dissoluiton certificate of Bunzai; Dated: 12/31/13 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| --- | --- | --- | --- | --- |
| Exhibit 285 | FTC | 5/29/15 email to Netistics LLC from Bob Sarkisyan, CC'ing Dylan Gaines" titled "Re: Tech Support - CB Management; Reserves & Settlements" | Argaman: Hearsay; Foundation<br>A. Nottea: Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 286 | FTC | Email From: support@securedmerchants.com; To: Accounting@securedmerchants.com; Subject: Secured Merchants Settlement Report for IT - SafeTech24; Dated 6/10/15 | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Relevancy; [FRE 401]; Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 287 | FTC | Email From: Davidian; To: Global Media; Subject: Secured Merchants; Attaches: 2013 W2 and W3 information for Secured Merchants | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Relevancy; [FRE 401]; Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 288 | FTC | Email From: Nova 8 Media; To: Doron; Subject: Invoice Ygal; Attaches: Invoice dated March 27, 2015 for Secured Merchants addressed to Avi Argaman at Secured Merchants for services provided re: chargeback armor design | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices |
|---|---|---|---|---|
| Exhibit 289 | FTC | Email From: Davidian; To: Global Media; CC: Davidian; Subject: Re: Secured Merchants LLC; Dated: 7/31/13; Attaches paystub info re: Secured Merchants employees | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |
| Exhibit 290 | FTC | 5/18/15 email from Mike Costache to Roi Reuveni, CC'ing Doron Nottea, titled "CBA Billing For May 11 - 17" | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 291 | FTC | Email from Mike Costache; To: Doron; CC: Alon; Subject: Fwd: Principal Search Partners Executive Search & Reruitment Invoice # 1800; Dated 4/16/15; emails Doron requesting payment to graphic designer | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 292 | FTC | 3/9/15 email from Mike Costache to Doron Nottea, CC'ing others, titled "EchoSign" | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is |

| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 293 | FTC | Email from: David M; To: Prashant Khanna; CC: Alon; Subject: Re: SafetyNet Invoice & Accounting; Dated: 1/16/15 | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 294 | FTC | 3/3/15 email from "Global Media" to Alon Nottea titled "Fwd: Accounting Difference - Safety Net" with attachment | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 295 | FTC | Email From: Alon; To: Global Media; Subject: Fwd: Balances Due; Dated: 2/6/15 | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 296 | FTC | 1/5/15 email from Prashant Khanna to David Midgal, CC'ing others, titled "Re: Invoice" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 297 | FTC | Email From: jonys674@gmail.com (Yaniv); To: Alon; Subject: July Invoice Yaniv; Dated: 8/1/12; Third party sends invoice to Alon for website optimization for SBM management | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 298 | FTC | Email From: Avico Global; To: Alon; CC: Nastassia Yalley; Subject: Re: More 800 numbers; Dated: 3/23/12; Avi discusses random 800 numbers with Alon | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 299 | FTC | 6/8/12 email from David Davidian to Alon Nottea, CC'ing Doron Nottea, titled "Pinnacle Logistics Inc" with attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 300 | FTC | Email: From: Stephan BaueR; To: Dylan Gaines; Subject: All Star Beauty Products documents; Dated: 7/25/12; Stephan Bauer sends Dylan Gaines at UMS bank information and docs for All Star Beauty Products to create merchant account | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 301 | FTC | 5/21/12 email from Paul Medina to Nastassia Yalley; Alon N; with Merchant Acct Info attached | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 302 | FTC | 3/5/12 email from David Davidian to Doron Nottea titled "Bunzai entities" with attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901 and 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 303 | FTC | 3/14/12 email from Igor Latsanovski to Alon Nottea and Nastassia Yalley titled "Fwd: FW: Wiring funds" with attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 304 | FTC | 8/2/12 email from Nastassia Yalley to Alon Nottea and Paul Medina titled "accounting 8/1/12" with attachment | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 305 | FTC | 5/10/12 email from Nastassia Yalley to Igor Latsanovski, Khristopher Bond, Alon Nottea, and Paul Medina titled "APRIL 2012 BREAKDOWN" with attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 306 | FTC | Skip | | |
| Exhibit 307 | FTC | 7/12/12 email from Nastassia Yalley to Alon Nottea, Paul Medina, Oz Mizrahi, and Igor Latsanovski titled "May 2012 breakdown" and attachments | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 308 | FTC | 6/31/12 email from Serj Titizian to Doron Nottea titled "RE: BUNZAI MEDIA" with Bunzai Media Binders attached | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 309 | FTC | 7/3/12 email from Alon Nottea to Paul Medina titled "Fwd: FW: Auravie Beauty" with AuraBeauty.com Risk attached | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | |
|---|---|---|---|---|
| | | | | participation, or control, as well as Defendants' business practices. |
| Exhibit 310 | FTC | 3/16/12 email from Alon Nottea to Igor Latsanovski titled "SABINA" with Final Consulting Agreement, Serivce, Xprotect Programs docs attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 311 | FTC | 3/26/12 email from Kristina Perez to Nastassia Yalley, CC'd Alon Nottea & Igor with Skincare spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 312 | FTC | 6/13/12 email from Alon Nottea to Roi Reuveni and Paul Medina, CC'ing others, titled "Revised Collection letter." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 313 | FTC | 9/4/12 email from Alon to Julia Reaves; CC'd Motti N & Doron. Subject AuraVie Skincare. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 314 | FTC | 3/14/12 from Alon to Nastassia Yalley with Max & Max 2 PDFs attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 315 | FTC | 4/25/12 email from Igor to Alon. Subject Trust Info. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 316 | FTC | 7/26/12 email from Alon Nottea to Paul Medina titled "All expense that needs a category" with All Expense Company spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 317 | FTC | 8/11/2012 email from Khristopher to Alon Nettea, igor, Paul Medina. Subject Use of my photo in your ads/campaigns. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | as well as Defendants' business practices. |
| 2 | Exhibit 318 | FTC | 6/23/12 email from Kapil Juneja to Alon Nottea titled "Re: Subodh." | Argaman: Hearsay; Foundation | FRE 901(b)(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |
| 3 | | | | A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602] | |
| 4 | | | | D. Nottea: F/A; R; H | |
| 5 | | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 6 | | | | | |
| 7 | Exhibit 319 | FTC | 3/14/12 email from Nastassia Yalley to Igor Latsanovski, Kristina Perez, CC'ing Alon Nottea" titled "Re: FW: Wiring funds." | Argaman: Hearsay; Foundation | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |
| 8 | | | | A. Nottea: Hearsay [FRE 802] | |
| 9 | | | | D. Nottea: F/A; R; H | Not hearsay because not offered for the truth of the matter asserted. |
| 10 | | | | Latsanovski: | |
| 11 | | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 12 | | | | | |
| 13 | Exhibit 320 | FTC | 3/14/12 email from Nastassia Yalley to Igor Latsanovski, Kristina Perez, CC'ing Alon Nottea" titled "Re: FW: Wiring funds." | Argaman: Hearsay; Foundation | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |
| 14 | | | | A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 602] | |
| 15 | | | | D. Nottea: F/A; R; H | Not hearsay because not offered for the truth of the matter asserted. |
| 16 | | | | Latsanovski: | |
| 17 | | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 18 | | | | | |
| 19 | | | | | |
| 20 | Exhibit 321 | FTC | 8/12/13 email from Stephan Bauer to Doron. Subject FYI | Argaman: Hearsay; Foundation | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE |
| | | | | A. Nottea: | |

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 322 | FTC | 7/31/2014 email from David M to globalmediausa.com with Copy of Avian Media Fulfillment accting, Avian Median Inv export, Avian Media returns, Commerce GBP attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 323 | FTC | 2/17/14 email from Secured Merchants LLC to accounting@sbmmgmt.com with Invoice 10401 from Secured Merchants LLC pdf attached. | Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 324 | FTC | 7/14/14 email from Alon to Global Media & Paul Medina with Cynergy Release as of July 1st 2014 pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 325 | FTC | 1/27/14 email from accounting dept to sbmmgmt, David, Stephan Bauer, Roi with Direct Outbound invoices attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Relevancy; [FRE 401] | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 326 | FTC | 5/9/13 email from Paul@Adlifestylenetwork.com to Doron with Cancellation Form pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 327 | FTC | 7/8/2013 email from Stephan Bauer to Doron. Subject FYI Credits. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 328 | FTC | 11/29/2013 email from David M. to globalmediausa@gmail.com and alon@mediaurge.com, re: "Fictitious Business Names - Bunzai." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 329 | FTC | 12/26/13 email from Alon to Paul Medina with Skin Care Merchants Approved by EVO spreadsheet & EVOCR Rolling Reserve Addendum pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not |

JOINT EXHIBIT LIST

Page | 83

| | | | | offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 330 | FTC | 4/23/13 text from Doron to xposedinc@gmail.com re: Florida AG; possibiility of frozen funds; and various compliance issues. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 331 | FTC | 10/14/13 email from David M to globalmediausa. Subject PO Box & Employment Verify with 134624 pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 332 | FTC | 1/24/14 email from David M to globalmediausa with Narocilo USM Products pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | | business practices. |
|---|---|---|---|---|---|
| Exhibit 333 | FTC | 2/20/14 email from David M to globalmediausa & accounting818 with jpg image attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 334 | FTC | 9/29/14 email from Paul Medina to Doron. Subject Please DocuSign this document: FocusMediaOriginalLease2014 PDF | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 335 | FTC | 10/8/13 email from Alon to Global Media with SKY USM Packinglist, SKY USM Invoice, & SKY Trading Sales Invoice attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 336 | FTC | 8/6/13 email from Zack M to SBM Acct. Subject Thanks for LinkingIn Paul. Discussion b/w Media Urge affiliate manager and representative from affiliate network mediawhiz. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show |

| | | | | |
|---|---|---|---|---|
| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 337 | FTC | 7/25/14 email from Paul Medina to Doron, Avico Global, Roi, & Alon with Monthly fees spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 338 | FTC | 1/14/15 email from Davidian & Associates to globalmediause with W2s for nearly all BunZai companies attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 339 | FTC | 12/26/13 email from Paul Medina to Alon & MediaUrge with Aug 12, 2013 email from Bob pdf; Aug 29 2013 email from Bob pdf, & Skin Care Merchants Approved by EVO spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 340 | FTC | 12/15/14 email from David Davidian to Global Media with Invoices for Agoa, Pinnacle, DMA, Lifestyle, Zen attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE |

JOINT EXHIBIT LIST
Page | 86

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H  Latsanovski: | 803(3) [exception to hearsay].  Not hearsay because not for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 341 | FTC | 4/23/2015 email from David M to Global Media, Alon N, Tal Karasso with Rough Inventory April 23 2015 Reseda doc attached. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 342 | FTC | 4/23/2015 email from David@mediaurge.com to Global media, Alon N, and Tal Karasso, re: "Inventory Units 107 & 109." | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 343 | FTC | 6/3/14 email from David Davidian to Alon CC'd Global Media with Bunzai Media Group's Articles of Incorp, Bylaws, minutes and other corporate docs attached. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exceptions to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 344 | FTC | 4/2/14 email from Avico Global to Doron with RE_Wire Trace case # SV…PDF attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 345 | FTC | 1/22/15 email from Davidian & Associates to Global Media, CC'd David Davidian with AMD Financial Payroll Reports for 01/23/15 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 346 | FTC | 2/4/15 email from Davidian & Associates to Global Media, CC'd David Davidian with AMD Financial Payroll Reports for 02/6/15 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 347 | FTC | 9/22/14 email from Alon to David Migdal & Tal Karasso, CC'd Global Media & Igor with Bottle Proforma invoice to | Argaman: Hearsay; Foundation<br><br>A. Nottea: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE |

| | | | | |
|---|---|---|---|---|
| | | customer spreadsheet attached. | D. Nottea: F/A; R; H<br><br>Latsanovski: | 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 348 | FTC | 1/2/15 email from Secured Merchants LLC to accounting@sbmmgmt.com with Invoice 11278 from Secured Merchants LLC pdf attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well Defendants' business practices. |
| Exhibit 349 | FTC | 6/17/14 email from Alon to Global Media with UMSBanking, Alon Reserve Release 6-18-2014 spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 350 | FTC | 10/20/14 email from David Davidian to Global Media with Bunzai Media Group Inc pdf attached (letter from IRS re: conclusion of audit). | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 351 | FTC | 4/17/13 email from Alon to Igor & Paul Medina with Aura Vie Quarterly Exposure spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. |

| | | | | |
|---|---|---|---|---|
| | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 352 | FTC | 6/15/15 email from Secured Merchants to sbmmgmt with the Secured Merchants "settlement report" to SBM Mgmt list in the email. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 353 | FTC | 8/15 email from Davidian & Associates to Global Media & David Davidian with CalEnergy payroll attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 354 | FTC | 8/7/14 email from Igor to Doron with invoices for his other companies, Vastpay, Comicsfix, etc attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 355 | FTC | 3/26/14 email from Igor to Doron with information re: CalEnergy, Vastpay, Comicsfix. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exception to hearsay].<br><br>Regarding relevance, |

| | | | | |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 356 | FTC | 5/7/13 email from Alon to Christele Demuro & Pierre Teboul, CC'd Doron5000 with Adageo LLC zip file attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 357 | FTC | 7/22/13 email from Gmail Team to Secured Mercahnts establishing Secured merchants gmail account. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 358 | FTC | 3/21/14 email from Gmail Team to sbmmgmt establishing Zen Mobile gmail account. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 359 | FTC | 7/16/13 email from Secured Merchants LLC to Global Media USA. Subject - Secured Merchants LLC Email Forwarding Confirmation. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 360 | FTC | 7/25/13 email from ImagisMedia Webgraphics to Alon, Tal Karasso, Avi Argaman, Oren Ohayon, Doron5000 with New Design LeElle Tubes and box attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 361 | FTC | 7/24/13 email from Avico Global to Doron with LeElle New presentation attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 362 | FTC | 8/20/13 email from Avico Global to Doron & Alon. Subject oren /lelle. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 363 | FTC | 9/19/13 email from Luzette Juliano to Vbonita, CC'd Alon, Subject -Bank Transfer. Julian's Bank acct info. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 364 | FTC | 2/26/15 email from David Davidian to Global Media with incorporation paperwork for IVR Logix Inc attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 365 | FTC | 2/27/15 email from Roi to Doron with Welcome Packet & Fully Executed Service agreement attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 366 | FTC | 10/14/13 email from Secured Merchants to cpa@lacpa.com with SM Tyler pdf attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 367 | FTC | 8/7/13 email from Avico Global to Doron Subject - potential shipping savings for AuraVie products. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 368 | FTC | 6/19/13 email from Avico Global to Doron with purchase order for Attitude Line cosmetics attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 369 | FTC | 2/23/15 email from Mike Costache to Doron, CC'd Alon and Avi with documents for opening Chargeback Armor's bank account attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 370 | FTC | 10/24/13 email from Avico Global to Paul Medina, CC'd Alon, Roi & Tyler, re: shipping costs for AuraVie products. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 371 | FTC | 10/24/13 email from Tyler R to Avico Global & globalmediausa with Secured Merchants logo attached. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | Exhibit 372 | FTC | 4/5/13 email from Avico Global to Doron re: update shipping issues. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| | Exhibit 373 | FTC | 3/8/13 email from Julia Reaves to Doron, CC'd Alon.-requesting information to "registrate the cosmetic in Europe." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| | Exhibit 374 | FTC | 5/27/14 email from David Davidian to Alon, CC'd Global Media with incorporation paperwork for Media Urge attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| | Exhibit 375 | FTC | 1/29/14 email from Leor Arazy to Alon, CC'd Global Media - re: employee handbook. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 376 | FTC | 11/18/13 email from Leor Arazy to Global Media with workers comp premium audit for Pinnacle Logistics attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 377 | FTC | 8/29/13 email from Leor Arazy to global media usa with Pinnacle Logistics payroll documents attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 378 | FTC | 1/27/14 email from Leor Arazy to Global Media USA re: payroll fees. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 379 | FTC | 7/23/13 email from Davidian & Assciates to Global Media USA with Calenergy Payroll report 7/15/13 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay]. |

| | | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|---|
| Exhibit 380 | FTC | | 10/9/13 email from HTS Systems (third party) to Secured Commerce (Doron) with an invoice to Secured Commerce for work done for Pinnacle Logistics attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 381 | FTC | | 4/3/13 email from Diane Winters to Paul Medina Emily Springmann, Walter Long, Abby, Pinlogistics, CC'd Nick Tangorra. Subject - Removing Bunzai Media Group from all correspondence& replace it with Pinnacle. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 382 | FTC | | 4/30/13 email from Igor to Doron requesting information for Pinnacle (Call Center). | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 383 | FTC | | 3/29/13 email from Alon to Doron. Subject - Upping our Cap… | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is |

| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 384 | FTC | 10/17/13 email from Paul Medina to Doron with merchant account information spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 385 | FTC | 9/4/14 email from Gary Bhasin to Alon, CC'd Doron. Re: mgmt proposal. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 386 | FTC | 3/25/14 email from Avico Global to Doron with Wire Telestar Current doc attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 387 | FTC | 4/8/13 email from Nastassia Yalley to Doron - Re: Nastassia's goodbye email. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show |

JOINT EXHIBIT LIST

| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 388 | FTC | 6/11/14 email from Robert Ungar to Doron & acounting@matrix18.com with Ungar's billing statemen dated June 10 2014 attached. | Argaman: Hearsay; Foundation  A. Nottea: Attorney-client privilege  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 389 | FTC | 3/24/14 email from Robert Ungar to Doron with Ungar's billing statement date March 23 2014 attached. | Argaman: Hearsay; Foundation  A. Nottea: Attorney-client privilege  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 390 | FTC | 7/8/13 email from Robert Ungar to accounting@matrix18.com with Ungar's billing statement dated July 8 2013 attached | Argaman: Hearsay; Foundation  A. Nottea: Attorney-client privilege  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 391 | FTC | 2/13/14 email from Davidian & Associates, CC'd David Davidian with SBM Mgmt payroll Feb 2 2014 attached. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 392 | FTC | 6/26/13 email from David Davidian to global media usa with EIN Secured Merchants LLC pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 393 | FTC | 3/25/14 email from David Davidian to Global Media with AMD P&L spreadsheet Feb 28 2014 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 394 | FTC | 2/25/14 email from Global Media to David Davidian with Bunzai Companies Revised 2014 spreadsheet attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 395 | FTC | 3/10/14 email from Global Media to David Davidian - Ref: tax return extensions for Igor's companies | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 396 | FTC | 1/9/15 email from David Davidian to Global Media with Dissolution All-Star Beauty Products Inc pdf attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 397 | FTC | 1/7/14 email from David Davidian to Global Media with invoices for services rendered to SBM, Calenergy, etc. (1/7/14) attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 398 | FTC | 1/24/14 email from Davidian & Assocaites to Global Media USA, CC'd David Davidian with CalEnergy payroll 12/13 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 399 | FTC | 7/30/14 email from David Davidian to Global Media with Shalita Holdings Inc payroll for 8/1/14 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | |
|---|---|---|---|---|
| Exhibit 400 | FTC | 2/13/14 email from Davidian & Associates to Global Media USA, CC'c David Davidian with Lifestyle Media payroll for 2/14/14 attached. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 401 | FTC | Email dated Fri 7/25/2014 2:54:30 PM from David Davidian , CPA, to Global Media[globalmediausa@gmail.com], re: Sales tax. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 402 | FTC | Email dated Tuesday, October 08, 2013 8:37 PM, from Global Media <globalmediausa@gmail.com>, to David Davidian CPA, re: BunZai W-2 for 2012, attaching 82484W212ER.pdf. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 403 | FTC | Email dated Thursday, January 15, 2015 6:57 PM, from David Davidian, CPA <cpa@lacpa.com>, to Global Media, re: All Companies Update, attaching: ALL COMPANIES 12.31.2014.pdf | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 404 | FTC | Email dated Thursday, February 19, 2015 5:54 PM, from David Davidian, CPA <cpa@lacpa.com>, to Avico Global, cc:Global Media, re: Chargeback Armor Inc. and attaching Articles of Incorporation_Chargeback Armor Inc.pdf; EIN_Chargeback Armor Inc_CP575.pdf; Statement of Information_Client. pdf . | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 405 | FTC | Email dated 1/21/2014 3:23:51 PM fromDavid Davidian CPA to Global Media <globalmediausa@gmail.com>, re: W-2's mailed. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 406 | FTC | Emails dated Thursday, February 13, 2014 7:10 PM, from Davidian and Associates <Suzie@lacpa.com>, to globalmediausa@gmail.com, cc: David Davidian, re: Media Urge, Inc payroll 02.14.2014, attaching Payroll_Rpt1.pdf; paystub.pdf. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 407 | FTC | Email dated 2/26/2011 5:38:23 PM, from David Davidian CPA to Global Media [globalmediausa@gmail.com], re: Agoa. | Argaman: Hearsay; Foundation  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 408 | FTC | Email dated Friday, April 11, 2014 4:22 PM, from Davidian and Associates <Suzie@lacpa.com>, to Global Media, cc: David Davidian, re: Secured Merchants, Inc payroll 04.15.2014, attaching 04.15.2014_Tyler.pdf. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 409 | FTC | Email dated 7/31/2013 3:30:39 PM from Davidian and Associates CPAs, to zenmobilemedia@gmail.com [zenmobilemedia@gmail.com], cc: globalmediausa@gmail.com [globalmediausa@gmail.com] and David Davidian CPP [cpa@lacpa.com], re: Zen Payroll and attaching files. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 410 | FTC | Email dated Wed 6/25/2014 11:10:45 PM, from Igor to Doron[doron@doron.us], re: hi (send money to caleneegy). | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 411 | FTC | Email dated Wed 6/4/2014 12:13:30 PM, from Eugene S, to Doron[doron@doron.us], re: Amex account . | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 412 | FTC | Standard Service Agreement between Secured Merchants, LLC and Creative Ventures Media for chargeback armor.com, executed September 26, 2014 | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 413 | FTC | Standard Service Agreement between Secured Merchants, LLC and Vitaeque, S.A. for chargeback armor.com executed January 12, 2014. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 414 | FTC | Nova 8 Media, LLC invoice dated March 6, 2015, to Secured Merchants/Avi Argaman for design services re: Chargeback Armor. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 415 | FTC | BunZai itemized check registry, from 12/15/2009 to 02/12/2010. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is |

| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 416 | FTC | Merchant Processing Application and Agreement for Bunzai Media Group, Inc. dba Miracle Face Kit, excuted 01/26/2010 by president Motti Nottea. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 417 | FTC | Company Credit Information for Bunzai Media Group, Inc. signed by president/ceo Alon Nottea . | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 418 | FTC | Wells Fargo business checking statement for Bunzai Media Group, Inc. dba New Wave Marketing, for period August 1, 2011 August 31, 2011. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 419 | FTC | Letter dated March 7, 2011, from Wells Fargo to Doron Nottea, Bunzai Media Group, Inc. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802] | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE |

| | | | | D. Nottea: F/A; R; H | 803(6) [exception to hearsay]. |
| | | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 420 | FTC | | Declaration of Trust executed by Mrs. Vasiliki Argyrou on May 19, 2011, re: AuraVie Ltd. Shares. | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]  D. Nottea:  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(3) [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 421 | FTC | | Instrument of Transfer of Shares of Auravie Ltd. from Mrs. Vasiliki Argyrou to Mr. Igor Latsanovski. | Argaman: Hearsay; Foundation  A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]  D. Nottea:  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(3) [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 422 | FTC | | Power of Attorney dated June 6, 2011, by AuraVie Limited appointing Igor Latsanovski. | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(3) [exception to hearsay].  Not hearsay because not offered for the truth of the matter asserted.  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 423 | FTC | Email dated Friday, February 17, 2012 5:26 PM from Paul M. Krueger <Paul@Paykings.com>, to Alon Bunzai Media, re: Bunzai Media - C2M - Pay Kings, and attaching merchant apps pdfs. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 424 | FTC | Email dated Thursday, February 02, 2012 10:06 AM from Andree Mansour <andree@bunzaimedia.com>, to Khristopher Bond; Alon Na, re: The bank call you requested, and attaching Khristophers Bank Calls 02.01.12 015318PM.mp3. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 425 | FTC | Email dated 1/23/2012 7:29:59 PM, from Alon/Bunzia Media, to Theodore Monroe [monroe@tfmlaw.com], cc: igor [igorlats@gmail.com], re: Moving Forward. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 426 | FTC | Email dated Friday, August 12, 2011 4:52 PM, from Sam Ibrahim <Sami@signapay.net>, to Nastassia Yalley, cc: Alon > Bunzai Media, re: Chargebacks, and attaching Chargebacks Loaded spreadsheet for 08/21/2011. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 427 | FTC | Email dated Friday, August 12, 2011 10:47 AM, from Sam Ibrahim <Sami@signapay.net>, to Nastassia Yalley, cc: Alon / Bunzai Media, re: AGOA accounts, and attaching Chargebacks & Retrievals_Alon.xls (Chargebacks from 8-1-2011 to 8-11-2011). | Argman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 428 | FTC | Email dated Monday, June 6, 2011, 4:14 PM, from Drew Padnick <drew.padnick@cardready.com>, to Alon / Bunzai Media, re: Bunzai / Moving Forward, and attaching Website and Billing Compliance Checklist. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 429 | FTC | Email dated Tuesday 5/31/2011 7:40:01 PM, from Attitudeline Support Team to info@bunzaimedia.com, re: very upset. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 430 | FTC | Email dated Fri 1/18/2013 2:45:57 PM, from Alon/H. Being, to Xposed Inc[xposedinc@gmail.com], re: release of funds. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | |
|---|---|---|---|---|
| | | | | participation, or control, as well as Defendants' business practices. |
| Exhibit 431 | FTC | Email dated Sat 12/15/2012 4:00:49 PM from Stephan Bauer, to doron5000@gmail.com, cc: alon@bunzaimedia.com, re: FYI co. data. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 432 | FTC | Email dated Mon 1/24/2011 1:44:07 PM from avico global to Nastassia Yalley [nastassianwm@gmail.com], cc: Alon Nottea [alon@bunzaimedia.com], Paul Medina [paul@bunzaimedia.com] re: phone numbers. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 433 | FTC | Email dated Thur 1/12/2012 5:54:33 PM, from Doron, to David Davidian CPA [cpa@lacpa.com], re: "new employees." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 434 | FTC | Email dated Mon 12/17/2012 6:35:41 PM, from Julie Gray, to Nastassia Yalley [nastassia@bunzaimediacom], Chris Messina [chrismessina@lifescript.com], cc: Paul Medina [paul@mediaurge.com], accounting@sbmmgmt.com, re: LifeScript invoice. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 435 | FTC | Email dated 12/13/2012 2:13:59 PM, from Stephan Bauer, to doron5000@gmail.com, re: Co Changes . |  Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 436 | FTC | Email dated Tuesday, December 11, 2012 9:50 AM, from igor <igorlats@gmail.com>, to Doron re: Hi We have another option . |  Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 437 | FTC | Email dated December 10, 2012 5:26:05 PM, from Stephan Bauer, to Doron Nottea [doron@donron.us], re: anything you need? |  Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 438 | FTC | Email dated Mon 12/10/2012 6:02:52 PM, from Alon/Media Urge to Avi Argaman[avicoglobal@gmail.com]; Xposed lnc[xposedinc@gmail.com], cc: Paul Medina[paul@mediaurge.com] , re: USPS rates in Canada. |  Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is |

| | | | | |
|---|---|---|---|---|
| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 439 | FTC | Merchant Leverage Group, Inc. contact information and notes | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) [authentication]; FRE 801(d)(2)(A); FRE 803(3); not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 440 | FTC | May 31, 2015 email from Alan Argaman to Alon Nottea, Doron Nottea, and Tal Karasso titled "Re: See attached and let me know what to remove." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 441 | FTC | June 1, 2015 email from Alan Argaman to Alon Nottea, Tal Karasso, and Doron Nottea titled "Re: See attached and let me know what to remove." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 442 | FTC | May 4, 2015 email from Alon Nottea to Global Media titled "Fwd: Dellure fulfillment orders." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, |

| | | | | |
|---|---|---|---|---|
| | | | | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 443 | FTC | May 15, 2012 email from Roi Reuveni to Alan Argaman, copying Alon Nottea, titled "Re: One Way Audio." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 444 | FTC | May 11, 2012 email from Igor Latsanovski to Alon Nottea and Khristopher Bond titled "Fwd: Projections we received yesterday." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 445 | FTC | March 28, 2012 email from Kristina Perez to Nastassia Yalley, copying Alon Nottea and Igor Latsanovski, titled "RE: Skincare OU processing statements till March 15, 2012. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 446 | FTC | March 15, 2012 email from Alon Nottea to [recipient not specified] titled "Not offshore Cyprus." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show |

| | | | | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 447 | FTC | March 19, 2012 email from Nastassia Yalley to Alon Nottea and David Davidian titled "P&L and Balance Sheet 3/19/12." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 448 | FTC | March 2, 2012 email from Alon Nottea to Alon Nottea and Doron Nottea titled "owner/signer." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 449 | FTC | January 26, 2012 email from Paul Medina to Alon Nottea, Khristopher Bond, Nastassia Yalley, and Alan Argaman titled "CA Taxes." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 450 | FTC | January 11, 2012 email from Igor Latsanovski to vigorect@gmail with no title ("WERELY LIMITED"). | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 451 | FTC | September 28, 2011 email from Alon Nottea to Khristopher Bond titled "BMG Payroll for 9/23/11." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 452 | FTC | September 16, 2011 email from Khristopher Bond to Igor Latsanovski, copying Alon Nottea and Khristopher Bond, titled "Igor Bunzai letter for BMW." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 453 | FTC | September 16, 2011 email from Khristopher Bond to Nastassia Yalley, copying Alon Nottea, titled "igor salary letter - back up letter." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 454 | FTC | September 6, 2011 email from Alon Nottea to Jean Louis Zerbib, Alban Fuzeaux, and Pierre Teboul titled "a little late + good info." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 115

| | | | | |
|---|---|---|---|---|
| Exhibit 455 | FTC | August 1, 2011 email from Khristopher Bond to Alon Nottea titled "agreement for fulfillment and call center services." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 456 | FTC | June 15, 2011 email from Alon Nottea to kenny@graypay, copying Nastassia Yalley and Paul Medina, titled "Per your request." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 457 | FTC | June 6, 2011 email from Alon Nottea to Drew Padnick and Melissa@cardready, copying Brandon Becker, Khristopher Bond, Nastassia Yalley, and Paul Medina, titled "Bunzai Moving Forward." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 458 | FTC | April 25, 2011 email from Alon Nottea to jose@gryphoninvestmentgroup, copying Igor Latsanovski and Khristopher Bond, titled "merchant Processing." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 459 | FTC | May 18, 2011 email from Stephan Bauer to Alon Nottea titled "Aura Vie sales promo." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 460 | FTC | May 12, 2011 email from Stephan Bauer to Alon Nottea titled "Pin biz idea." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 461 | FTC | Document titled "Phone Disconnected/Wrong Number Email." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | 901(b)(1) [authentication<br><br>801(d)(2)((A)-(E) [not hearsay]<br><br>803(6)<br><br>Not offered for truth of matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 462 | FTC | Accounting Overview Document for 2012 and 2013. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H | 901(b)(1) [authentication]<br><br>801(d)(2)(A)-(E) [not hearsay]<br><br>803(6) |

| | | | | Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|---|
| Exhibit 463 | FTC | Document titled "Skincare OU" "Exclusive U.S.A Fullfillment & Call Center Agreement," dated July 1, 2011. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | | FRE 901(b)(1), (4); FRE 803(3), (6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 464 | FTC | March 4, 2013 email from Alon Nottea to Doron Nottea titled "Fwd: HI PLEAS SEND PAYMENT." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 465 | FTC | October 22, 2012 email from Doron Nottea to Martin Ceballos titled "RE: Gafipak." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 466 | FTC | October 2, 2012 email from Doron Nottea to Edmund Biro titled "RE:" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 467 | FTC | June 20, 2011 email from Doron Nottea to Teny Minas titled "DMA Media Holdings - [etc.]." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 468 | FTC | February 1, 2013 email from Nastassia Yalley to Doron Nottea titled "Fwd: Kyle's Banking Info." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 469 | FTC | Document titled "Dellure Spain Expense Summary." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 470 | FTC | May 3, 2011 email from Igor Latsanovski to Alon Nottea, copying Rita Plotkina, titled "cyprus usa." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 471 | FTC | April 26, 2011 email from Anthony Urquidez to Anthony Urquidez and Nastassia Yalley, copying Bunzai Accounting, Paul Medina, and Khristopher Bond, titled "RE: Myauravie.com, Merchant Services w/Signature Card Services." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 472 | FTC | April 20, 2011 email from Joanny Spina to Nastassia Yalley, copying Alon Nottea, Paul Medina, and support@limelightcrm, titled "Re: New merchant account limits." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 473 | FTC | March 22, 2010 email from Alon nottea to Vigorect Inc. titled "DSA Holdings Bank & Merchant Statements [etc.]." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 474 | FTC | March 26, 2010 email from Alon Nottea to amit@fmspay titled "DSA Holdings Bank & Merchant Statements [etc.]." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | |
|---|---|---|---|---|
| Exhibit 475 | FTC | January 25, 2010 email from Alon Nottea to roman@nationalmerchant and jlai@nationalmerchant, copying Khristopher Bond and Nastassia Yalley, titled "Merchant Apps Review." | Argaman: Hearsay; Foundation<br><br>A. Nottea.<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 476 | FTC | April 12, 2010 email from Nastassia Yalley to Alon Nottea titled "Fwd: Lime Light Settlement Report for Bunzai Media Group Inc." | Argaman: Hearsay; Foundation<br><br>A. Nottea.<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]. |
| Exhibit 477 | FTC | April 14, 2011 email from Tovah Simon to Alon Nottea titled "Fwd: FTC Complaint against Floggers." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 478 | FTC | February 17, 2010 email from Alon Nottea to Jean Louis Zerbib and Pierre Teboul, copying Nastassia Yalley and Khristopher Bond, titled "Bunzai Accounting." | Argaman: Hearsay; Foundation<br><br>A. Nottea.<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 479 | FTC | December 10, 2010 email from Teny Minas to Doron Nottea titled "FW: CUSTOMER/ BUNZAI MEDIA GROUP INC." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is |

| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 480 | FTC | June 12, 2012 email from David Davidian to Alon Nottea, copying Doron Nottea, titled "SBM Management, Inc." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 481 | FTC | March 30, 2012 email from David Davidian to Doron Nottea, copying Alon Nottea, titled "Heritage Alliance Group." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 482 | FTC | November 14, 2011 email from David Davidian to Alon Nottea, copying Doron Nottea, titled "Safehaven." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 483 | FTC | June 21, 2011 email from David Davidian to Alon Nottea, copying Doron Nottea and Khristopher Bond, titled "Recommendation." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | participation, or control, as well as Defendants' business practices. |
| 2 | Exhibit 484 | FTC | June 16, 2011 email from Doron Nottea to David Davidian titled "Fwd: Tax ID's." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 7 | Exhibit 485 | FTC | March 22, 2012 email from David Hagen to Doron Nottea titled "Re: For Alon Nottea." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Attorney-client privilege<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 12 | Exhibit 486 | FTC | May 10, 2011 email from Doron Nottea to Nastassia Yalley titled "Alon." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 17 | Exhibit 487 | FTC | April 20, 2011 email from Nastassia Yalley to Igor Latsanovski, Alon Nottea, Khristopher Bond, and Paul Medina titled "March Expenses Breakdown." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 488 | FTC | October 8, 2012 email from Doron Nottea to Alon Nottea titled "Go over and approve avi's charges." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 489 | FTC | October 3, 2012 email from Nastassia Yalley to Roi Reuveni, Alon Nottea, Doron Nottea, and Paul Medina titled "pointing numbers." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 490 | FTC | September 14, 2012 email from Stephan Bauer to Doron Nottea, copying Alon Nottea, titled "Consulting?" | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 491 | FTC | September 5, 2012 email from Igor Latsanovski to Alon Nottea titled "Re: Due Diligence for Portfolio Purchase." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 492 | FTC | September 5, 2012 email with attachment from Paul Medina to Alon, re: Europe P&L. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Foundation [FRE 602, 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3), (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 493 | FTC | September 4, 2012 email from AlertBot HelpDesk to Paul Medina, Alan Argaman, and Alon Nottea, titled "RE: Creating a monitor list to test API calls to our CRM Limelight." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 494 | FTC | August 31, 2012 email from Alan Argaman to Kevin Kotzin, copying Alon Nottea, titled "Re: Status." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 495 | FTC | August 27, 2012 email from ido lev to Alon Nottea titled "Re: Skincare Continuity / Risk Free Trial / Confidential." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 496 | FTC | August 30, 2012 email from Leor Arazy to Alon Nottea, copying Khristopher Bond, titled "Fwd: Cadillac." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 497 | FTC | July 26, 2012 email from Alan Argaman to Alon Nottea titled "FINAL ANGEL SCOPE." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 498 | FTC | July 19, 2012 email from Dylan Gaines to Alon Nottea, titled Re: Fwd: All Star Beauty Products documents." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 499 | FTC | June 26, 2012 email from Leor Arazy to rmu@ungarlaw.com, copying Alon Nottea and Doron Nottea, titled "Employee Manual." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 500 | FTC | June 25, 2012 email from Leor Arazy to Alon Nottea, copying Doron Nottea, titled "Questions." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 501 | FTC | 6/22/12 email from Dylan Gains to Alon Nottea, CC'ing "Business Relations," titled "Potential ISO SALE." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 502 | FTC | 6/21/12 email from Leor Arazy to Alon Nottea, CC'ing others, titled "Company Set-Up. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 503 | FTC | 6/6/12 email from Igor Latsanovski to Alon Nottea and Paul Medina titled "excel" with attachment and related metadata. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 504 | FTC | 5/2/2012 email with attachment from Nastassia Yalley (nastassai@bunzaimedia.com) to Igorlats@gmail.com, Alon N (Alon@bunzaimedia.com), Kristopher Bond (kristopher@bunzaimedia.com), and Paul Medina (Paul@bunzaimedia.com), re: "March 2012 Breakdown." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 505 | FTC | 3/30/12 EMAIL FROM David Davidian to Doron Nottea, CC'ing Alon Nottea, titled "AMD Financial Network." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 506 | FTC | 3/27/12 email from Nastassia Yalley to Igor Latsanovski, Khristopher Bond, Alon Nottea, and Paul Medina titled "February 2012 Breakdown" and attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 507 | FTC | 3/19/12 email from Nastassia Yalley to Alon Nottea titled "processing statements" and attached zip file. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]; No document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 508 | FTC | 3/5/12 email from Cristina Moreno to Alon Nottea and Roi Reuveni titled "CB Smartsheet Process." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 509 | FTC | 3/1/12 email from Paul Medina to Igor Latsanovski and Alon Nottea titled "Fwd: New accounts." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 510 | FTC | 2/22/12 email from Alon Nottea to Paul Medina, Igor Latsanovski, and Khristopher Bond titled "check this out - about continuity." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 511 | FTC | 2/8/12 email from Greg Serobyan to Alon Nottea, CC'ing others, titled "UMS Banking: RESERVE DOCUMENTS," with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 512 | FTC | 1/4/12 email from Dylan Gaines to Nastassia Yalley and Alon Nottea titled "Re: Fwd: Your Auravie Order Confirmation." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 513 | FTC | 2/17/12 email from Igor Latsanovski to Alon Nottea titled "Fwd: correct bank details" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]no Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 514 | FTC | 2/10/2012 email from Leor Arazy to Alon Nottea, CC'ing others, titled "Employee's Salary." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 515 | FTC | 1/17/12 email from Nastassia Yalley to Igor Latsanovski, Khristopher Bond, and Alon Nottea titled "Re: igor" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | |
|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 516 | FTC | 1/17/12 email from Nastassia Yalley to Avico Global, Roi \| Bunzai, and Alon Nottea titled "Phone Numbers" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 517 | FTC | Email from Dylan Gaines to Alon Nottea and Nastassia Yalley titled "UMS Banking Application." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 518 | FTC | 1/9/12 email from Alon Nottea to Doron Nottea titled "Fwd: UMS Banking, confidential" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 519 | FTC | Email from Dylan Gaines to Nastassia Yalley, cc'ing Alon Nottea, titled "Re: First App - Lifestyle" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br>No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 520 | FTC | 12/29/11 email from Doron Nottea to Nastassia Yalley titled "Fwd: Annual fee to dsa holdings." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 521 | FTC | 12/28/11 email from Sam Ibrahim to Paul Medina, Alon Nottea, Nastassia Yalley, and Khristopher Bond titled "RE: Current merchant account status." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 522 | FTC | 12/9/11 email from David Davidian to Doron Nottea, cc'ing Alon Nottea, titled "Bunzai Companies" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br>No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 523 | FTC | 12/2/11 email from Nastassia Yalley to Paul Medina and Alon Nottea, cc'ing Sam Ibrahim, titled "8572 - DBA: SAFEHAVEN 888 341 4183 (2nd Account)" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

| | | | | business practices. |
|---|---|---|---|---|
| Exhibit 524 | FTC | 11/3/11 email from Nastassia Yalley to Igor Latsanovski, Khristopher Bond, and Alon Nottea titled "2011 Income Breakdown" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803 (3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 525 | FTC | 11/3/11 email from Nastassia Yalley to Igor Latsanovski, Khristopher Bond, Paul Medina, and Alon Nottea titled "October 2011 Accounting Breakdown" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 526 | FTC | August 11, 2011 email from Kristina Perez to Alon Nottea and Nastassia Yalley titled "RE: Application -." | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 527 | FTC | June 16, 2011 email from Don Siclari, Jr. to Ryan Kowalski, Alfredo@vindicarlo.com, Brian Carrozzi, Joe Carano, Alon Nottea, and Ben Zadik titled "wow Jeremy Johnson's in jail." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 528 | FTC | 4/8/12 email from Avico Global to Paul Medina, CC'ing Alon Nottea, titled "Re: API lime light tracking." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 529 | FTC | 3/27/13 email from Avico Gloab to Roi Reuveni, cc'ing others, titled "Re: 5 more 800 numbers." | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 530 | FTC | 1/17/2012 email from Avico Global to Roi (Roi@bunzaimedia.com), Alon (alon@bunzaimedia.com), Nastassia Yalley (nastassia@bunzaimedia.com), and Paul Medina (paul@bunzaimedia.com), re: "15 new level 3 toll free live numbers." | Argaman:<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 531 | FTC | 5/26/11 email from Avico Global to Alon Nottea titled "screen shot for order page" with attachments. | Argaman: Hearsay; Foundation; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

JOINT EXHIBIT LIST
Page | 134

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | as well as Defendants' business practices. |
| 2 | Exhibit 532 | FTC | 3/9/10 email from Tamir Cohen to Alon Nottea titled "Re: Merchant Processing } Need Help!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 7 | Exhibit 533 | FTC | 11/21/12 email from Nastassia Yalley to Doron Nottea, Igor Latsanovski, Alon Nottea, and Paul Medina titled "October 2012 breakdown" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br>No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 12 | Exhibit 534 | FTC | 11/8/12 email from Leor Arazy to Alon Nottea, cc'ing others, titled "Salary Breakdown for April" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br>No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| 17 | Exhibit 535 | FTC | 11/7/12 email from Leor Arazy to Alon Nottea titled "Salary Breakdown for March" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | |
|---|---|---|---|---|
| Exhibit 536 | FTC | 6/8/12 email from Doron Nottea to David Davidian titled "Re: SBM Management Inc." with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 537 | FTC | 1/21/13 email from Beth Brestling to SBM Management, cc'ing others, titled "SBM Management Inc - Weekly Invoice due to Clickbooth.com 01.14.13 - 01.20.13" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 538 | FTC | 12/3/12 email from "Gmail Team" to SBM accounting titled "Gmail Forwarding Confirmation - Receive Mail from shalitaholding@gmail.com" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 539 | FTC | 11/27/12 email from Paul Medina to Julie Gray, cc'ing others, titled "Re: Bunzai company change." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 540 | FTC | 11/27/12 email from Kevin Lutz to SBM Management titled "Shalita Holdings, Inc." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 541 | FTC | 11/5/12 email from Dvora Nager to SBM Accounting titled "Invoice From Guru Media - SBM Management Inc." with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 542 | FTC | 11/5/12 email from Nastassia Yalley to Paul Medina and Doron and Alon Nottea titled "September EOM" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 543 | FTC | 10/23/12 email from Nastassia Yalley to Doron Nottea and Paul Medina titled "August EOM" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | |
|---|---|---|---|---|
| Exhibit 544 | FTC | 9/25/12 email from Leor Arazy to Doron Nottea titled "Fwd: Payroll Report" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 545 | FTC | 8/17/12 email from Nastassia Yalley to Doron Nottea titled "June expenses." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 546 | FTC | 8/17/12 email from Nastassia Yalley to Paul Medina and Doron Nottea titled "Merchant accounts connected to bunzai." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 547 | FTC | 8/13/12 email from Lime Light CRM Support to Paul Medina, cc'ing others, titled "Re: CA direct sales" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 138

| 1 | | | | | |
|---|---|---|---|---|---|
| Exhibit 548 | FTC | Graph titled "Refund Amoung & Percentage - All Agents." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), 4; FRE 803(6);<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 549 | FTC | 9/22/14 email from David Midgal to Igor Latsanovski titled "Re: request." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 550 | FTC | Alon Nottea deposition excerpt. | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 551 | FTC | Doron Nottea deposition excerpt. | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 552 | FTC | Igor Latsanovski deposition excerpt. | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 553 | FTC | Roi Reuveni deposition excerpt | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25 | For impeachment if necessary. Fed. R. Evid. 607 |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | | | D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | |
| Exhibit 554 | FTC | Andrew Stanley deposition excerpt. | | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary.<br>Fed. R. Evid. 607 |
| Exhibit 555 | FTC | Alan Argaman deposition excerpt. | | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary.<br>Fed. R. Evid. 607 |
| Exhibit 556 | FTC | Nastassia Yalley deposition excerpt. | | Argaman: Hearsay<br><br>A. Nottea: Failure to produce marked excerpt per Doc#25 (FRE 802)<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For impeachment if necessary.<br>Fed. R. Evid. 607 |
| Exhibit 557 | FTC | 7/27/13 email from Robert Ungar to Art Baram, cc'ing others, titled "Secured Merchants - Collateral Assignment Agreement" with attachments. | | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 558 | FTC | 7/26/13 email from Robert Ungar to Art Baram, cc'ing others, titled "Secured Merchants - Collateral Assignment Agreement" with attachments. | | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 559 | FTC | 12/26/13 email from David Midgal to Igor Latsanovski and Alon Nottea titled "Miki - Spain – Dellure." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 560 | FTC | 10/25/13 email from David Midgal to Igor Latsanovski titled "Sky Trade Web." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 561 | FTC | 3/18/14 email from David Midgal to Igor Latsanovski titled "Fwd: For Latsanovski" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 562 | FTC | 9/27/14 email from Eugene S to Alon Nottea titled "Re: chargebacks statistics September Leor Systems." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 141

| | | | | |
|---|---|---|---|---|
| Exhibit 563 | FTC | 9/26/14 email from David Nichols to Tyler@chargebackarmor.com, cc'ing others, titled "Re: chargeback statistics September Leor Systems." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 564 | FTC | 3/18/14 email from David Midgal to Igor Latsanovski titled "Re: CV." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 565 | FTC | 9/26/14 email from David Nichols to Tyler@chargebackarmor.com, cc'ing others, titled "Re: chargeback statistics September Leor Systems." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 566 | FTC | 4/3/14 email from Igor Latsanovski to David Midgal titled "Fwd: Guayas: Prospera letter 28.03.2014" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 142

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 567 | FTC | 12/31/14 email from Igor Latsanovski to David Midgal titled "S Natupatyushim!!!!" | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 568 | FTC | 8/22/13 email from Igor Latsanovski to David Midgal titled "Re: RevGuard - Creation our own version of the Program." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 569 | FTC | 1/6/14 email from Igor Latsanovski to David Midgal titled "Re: Miki - Review what we want to send." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 570 | FTC | 1/27/15 email from Igor Latsanovski to David Midgal titled "Fwd: Реквизиты Skincare" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 143

| Exhibit 571 | FTC | 3/24/14 email from David M to David Midgal titled "Fwd: Job Duties for Igor" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 572 | FTC | 5/27/14 email from Paul Medina to David Midgal titled "Financial Corp Report" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901]<br>No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 573 | FTC | 8/21/13 email from David Midgal to Roi Reuveni titled "Some Recorded Calls & Escalations Policy email 3" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 574 | FTC | Skip | | |
| Exhibit 575 | FTC | 8/25/13 email from Robert Ungar to David Midgal titled "Re: Attorney General Letters." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 576 | FTC | 3/24/14 email from Stephen Perry to SBM Acct, David Midgal, and Roi Reuveni titled "Re: Correction to Direct Outbound Invoices." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 577 | FTC | Skip | | |
| Exhibit 578 | FTC | 2/6/14 email from David Midgal to Tyler Reitenbach, cc'ing Alon Nottea, titled "Re: Chargeback Website Content" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 579 | FTC | 9/12/14 email from Alon Nottea to Karan Dhilon, cc'ing others, titled "Re: Next steps." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 580 | FTC | 1/31/14 email from David Midgal to Stephan Bauer titled "Re: Import UK." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 145

| Exhibit 581 | FTC | Skip | | |
|---|---|---|---|---|
| Exhibit 582 | FTC | Email from David Midgal to himself titled "Re: For Latsanovski." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 583 | FTC | 10/19/14 email from Alon Nottea to Tyler Reitenbach, Paul Medina, rotem@mediaurge.com, and Zack M titled "Mobile update" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 584 | FTC | Skip | | |
| Exhibit 585 | FTC | 6/16/14 email from David Midgal to Geoff Gray, Jacki Cass, Dylan Gaines, Genesis Espitia, Denisse Espitia, and Joseph Schnelidorfer titled "Fwd: Re: E cig accounts." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 586 | FTC | 10/01/14 email from Patrick Raffin to Alon Nottea, cc'ing others, titled "Dispute Nullifies T&C Obligation." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | |
|---|---|---|---|---|
| Exhibit 587 | FTC | Skip | | |
| Exhibit 588 | FTC | 2/13/14 email from David Midgal to Igor Latsanovski titled "Fwd: Needs your review" with attachments. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 589 | FTC | 8/29/13 email from Alon Nottea to David Midgal titled "Fwd: Compliance Review." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 590 | FTC | 1/23/14 email from David Midgal to Alon Nottea titled "Re: SF Tomorrow." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 591 | FTC | 9/13/13 email from "Zack M" to allstaff@mediaurge.com titled Weekly Report. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | | | business practices. |
| Exhibit 592 | FTC | 8/8/13 email from David Midgal to Alon Nottea titled "Fwd: Receipt confirmation BBB" with attachment. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) and (6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 593 | FTC | 12/17/14 email from Alon Nottea to Greg Augustine, cc'ing Dylan Gaines, titled "Chargeback Rebuttal Automation." | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 594 | FTC | 9/24/14 email from Patrick Raffin to David M, cc'ing others, titled "Re: Website Corrections." | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 595 | FTC | Deposition transcript of Alon Nottea from Goddard lawsuit. | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | For impeachment if necessary.<br>Fed. R. Evid. 607 |
| Exhibit 596 | FTC | California Employment Development Department Records. | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802] | FRE 902(4), (11).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 597 | FTC | Domains by Proxy's response to FTC subpeona | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 598 | FTC | GoDaddy responsr to subpoena issued by FTC. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 599 | FTC | J2 Global Communications, Inc. business records. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 600 | FTC | Moneris Solutions, Inc.'s Respond to Civil Investigation Demand. | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]<br><br>D. Nottea: R; H<br><br>Latsanovski: | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 601 | Latsanovski | February 18, 2016 Deposition transcript of Alon Nottea. | Hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 602 | Latsanovski | January 20, 2016 Deposition transcript of Doron Nottea. | Hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4) | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 603 | Latsanovski | January 29, 2016 Deposition transcript of Igor Latsanovski Vol. 1 and Vol.2. | Hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition | For impeachment if necessary. Fed. R. Evid. |

| | | | | |
|---|---|---|---|---|
| | | | pursuant to Court's Standing Order. Dkt. #25, ¶7.Witness is not unavailable. Fed. R. Civ. P. 32(a)(4) | 607 |
| Exhibit 604 | Latsanovski | February 23, 2016 Deposition transcript of Paul Medina. | Hearsay. Fed. R. Evid. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7.Witness is not unavailable. Fed. R. Civ. P. 32(a)(4) | For impeachment if necessary. Fed. R. Evid. 607 |
| Exhibit 605 | Latsanovski | January 20, 2016 Defendant Latsanovksi's Responses to Plaintiff FTC's Request for Interrogatories. | Hearsay. Fed. R. Evid. 802. | For authentication of documents Fed. R. Evid. 902. |
| Exhibit 606 | Latsanovski | January 20, 2016 Defendant Calenergy's Responses to Plaintiff FTC's Request for Interrogatories. | Hearsay. Fed. R. Evid. 802. | For authenti-cation of documents. Fed. R. Evid. 902. |
| Exhibit 607 | Latsanovski | January 23, 2016 Defendant Latsanovksi's Responses to Plaintiff FTC's Requests for Admission. (Latsanovski) | Hearsay. Fed. R. Evid. 802. | For authentication of documents. Fed. R. Evid. 902. |
| Exhibit 608 | Latsanovski | January 23, 2016 Defendant Calenergy's Responses to Plaintiff FTC's Requests for Admission. | Hearsay. Fed. R. Evid. 802. | For authentication of documents. Fed. R. Evid. 902. |
| Exhibit 609 | Latsanovski | January 23, 2016 Defendant Latsanovksi's Responses to Plaintiff FTC's Request for Production of Documents. | Hearsay. Fed. R. Evid. 802. | For authentication of documents. Fed. R. Evid. 902. |
| Exhibit 610 | Latsanovski | January 23, 2016 Defendant Calenergy's Responses to Plaintiff FTC's Request for Production of Documents. | Hearsay. Fed. R. Evid. 802. | For authenti-cation of documents. Fed. R. Evid. 902. |
| Exhibit 611 | Latsanovski | July 16, 2015 Operating Agreement of Sunset Holding Partners, LLC. Dated: January 16, 2015. | Irrelevant. Fed. R. Evid. 402. | Relevent; establishes Loan. |
| Exhibit 612 | Latsanovski | July 16, 2015 filed Addendum to Operating Agreement of Sunset Holdings Partners, LLC. Dated: May 5, 2015. | Failure to authenticate. Fed. R. Evid. 901(a). Hearsay. Fed. R. Evid. 802. Irrelevant. Fed. R. Evid. 402. | Relevent; establishes Loan. |
| Exhibit 613 | Latsanovski | March 28, 2016 Produced Document: 2013 Bank of America Bank Statements for Calenergy, Inc. | | |
| Exhibit 614 | Latsanovski | March 28, 2016 Produced Document: 2014 Bank of America Bank Statements for Calenergy, Inc. | | |
| Exhibit 615 | Latsanovski | March 28, 2016 Produced Document: 2015 Bank of America Bank Statements for Calenergy, Inc. | | |
| Exhibit 616 | Latsanovski | March 28, 2016 Produced Document: 2013 Wells Fargo Bank Statements for Calenergy, Inc. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. Fed. R. Civ. P. 37. | Document Not requested. |

JOINT EXHIBIT LIST

| Exhibit 617 | Latsanovski | March 28, 2016 Produced Document: 2014 Wells Fargo Bank Statements for Calenergy, Inc. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37. | Document not requested; impeachment. Fed. R. Evid. 607. |
|---|---|---|---|---|
| Exhibit 618 | Latsanovski | March 28, 2016 Produced Document: 2015 Wells Fargo Bank Statements for Calenergy, Inc. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37. | Document not requested; impeachment. Fed. R. Evid. 607. |
| Exhibit 619 | Latsanovski | April 18, 2016 filed Declaration of Ilia Klykov Re: November 6, 2009 Fiduciary Management Agreement; and January 12, 2015 Agreement Between Guayas, LTD. and Calenergy, LLC. | Defendants failed to disclose this witness. FED. R. CIV. P. 37. Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 620 | Latsanovski | April 18, 2016 Exhibit "A" to Klykov Declaration: November 6, 2009 Fiduciary Management Agreement. | Defendants failed to disclose this witness. FED. R. CIV. P. 37. Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 621 | Latsanovski | April 18, 2016 Exhibit "B" to Klykov Declaration: January 12, 2015 Agreement between Guayas and Calenergy, LLC. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37. Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 622 | Latsanovski | April 18, 2016 Exhibit "C" to Klykov Declaration: January, March, April 2015 Calenergy, Inc. Wells Fargo Bank Statements. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 623 | Latsanovski | April 18, 2016 Exhibit "D" to Klykov Declaration: January, March, April 2015 Sunset Holding Partners, LLC Wells Fargo Bank Statements. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 624 | Latsanovski | April 18, 2016 Exhibit "E" to Klykov Declaration: June 10, 2015 Amendment Agreement to Original Contract Agreement between Guayas and Sunset Holding Partners, LLC. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | Document not requested witness will testify; refresh recollection. |
| Exhibit 625 | Latsanovski | April 18, 2016 Filed Declaration of Mariya Aleksandrovna Re: June 4, 2015 Master Loan Agreement. | Defendants failed to disclose this witness. FED. R. CIV. P. 37. Exhibit is hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 626 | Latsanovski | April 18, 2016 Exhibit "A" to Aleksandrovna Declaration: June 4, 2015 Master Loan Agreement between Sunset Holding Partners, LLC and Aleksandrovna. | Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | Document not requested witness will testify; refresh recollection. |

JOINT EXHIBIT LIST

| Exhibit 627 | Latsanovski | April 18, 2016 Exhibit "B" to Aleksandrovna Declaration: June 10, 2015 Utilisation Request Form I between Sunset Holding Partners, LLC and Aleksandrovna. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | Document not requested witness will testify; refresh recollection. |
|---|---|---|---|---|
| Exhibit 628 | Latsanovski | April 18, 2016 Exhibit "C" to Aleksandrovna Declaration: June 2015 Wells Fargo Bank Statement for Sunset Holding Partners, LLC. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | Document not requested witness will testify; refresh recollection. |
| Exhibit 629 | Latsanovski | April 18, 2016 Defendants Igor Latsanovski and Calenergy, Inc.'s Notice of Motion and Motion for Summary Judgment or Alternatively Partial Summary Judgment. | Hearsay. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | |
| Exhibit 630 | Latsanovski | April 18, 2016 Declaration of Igor Latsanovski in Support of Motion for Summary Judgment or Alternatively Partial Summary Judgment. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Refresh recollection. |
| Exhibit 631 | Latsanovski | April 18, 2016 Exhibit "A" to Latsanovski's Declaration: Loan Summary made by Calenergy to Defendants Bunzai Media Group Inc., and SBM Management During 2010-2015 Prepared by David Davidian about July 2015. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Hearsay. FED. R. EVID. 802. | Document not requested; constitutes a summary of numerous banking transactions. |
| Exhibit 632 | Latsanovski | April 18, 2016 Exhibit "B" to Latsanovski's Declaration: Promissory Note Secured by Deed of Trust Dated: June 10, 2015. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Exhibit is hearsay under. FED. R. EVID. 802. Irrelevant. FED. R. EVID. 402. | Document not requested witness will testify; refresh recollection. |
| Exhibit 633 | Latsanovski | April 18, 2016 Exhibit "C" to Latsanovski's Declaration: Bunzai Media Group Partnership Agreement Dated: October 12, 2010. | | |
| Exhibit 634 | Latsanovski | April 18, 2016 Exhibit 'D' to Latsanovski's Declaration: Bunzai Media Group Inc., Dated: December 15, 2010. | | |
| Exhibit 635 | Latsanovski | April 18, 2016 Exhibit "E" to Latsanovski's Declaration: New Agreement Dated: March 23, 2011. | | |
| Exhibit 636 | Latsanovski | April 18, 2016 Declaration of Jeffrey S. Benice in Support of Defendants Igor Latsanovski and Calenergy, Inc.'s Motion for Summary Judgment. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. | Refresh recollection. |

JOINT EXHIBIT LIST

| | | | 37(c). | |
|---|---|---|---|---|
| Exhibit 637 | Latsanovski | April  18, 2016 Exhibit "A" to Jeffrey S. Benice Declaration: July 2, 2015 Deposition Transcript of Igor Latsanovski R.T. 1-10; 16-19; 21; 24; 26; 28; 29; 30; 35-40; 43; 49; 53; 72; 73; 75; 79; 80; 81; 84; 85; 91; 92; 93; 97; 114; 116; 117; 125; 127; 128; 134; 142; 146; 156; 159; 160; 166; 174; 177; 180; 181; 188; 195; 196; 197; 212; 222; 230; 235; 248; 249; 251; 269; 270; 271. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection. |
| Exhibit 638 | Latsanovski | April  18, 2016 Exhibit "B" to Jeffrey S. Benice Declaration: January 28, 2016 Deposition Transcript of Igor Latsanovski R.T. 27-28; 41; 60; 66-68; 76; 80; 104; 105; 111. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | |
| Exhibit 639 | Latsanovski | April 18, 2016 Exhibit "C" to Jeffrey S. Benice Declaration: February 18, 2016 Deposition Transcript of Alon Nottea R.T. 1-2; 43-47; 54-55; 77-80; 81-84; 87-88; 93-95; 99-100; 110; 122-124; 129-131; 163. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | |
| Exhibit 640 | Latsanovski | April  18, 2016 Exhibit "D" to Jeffrey S. Benice Declaration: January 20, 2016 Deposition Transcript of Doron Nottea R.T.1-4; 29-31; 51; 55-56. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | |
| Exhibit 641 | Latsanovski | July 15, 2015 Declaration of Igor Latsanovski  in Support of Ex Parte Request for Partial Relief from Temporary Restraining Order. | Exhibit is hearsay. FED. R. EVID. 802. | |
| Exhibit 642 | Latsanovski | January 28, 2016 Latsanovski's Deposition Transcript Page 91. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | |

JOINT EXHIBIT LIST
Page | 153

| Exhibit 643 | Latsanovski | Yandex Translator Page showing multiple translated meanings for *"partner."* | Hearsay under. FED. R. EVID. 802. Lack of foundation. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Relevant to witness' state of mind; nonhearsay. |
|---|---|---|---|---|
| Exhibit 644 | Latsanovski | January 25, 2016 Doron and Motti Notteas Responses to FTC'S Request for Admissions-Set One. | Hearsay. FED. R. EVID. 802. | Refresh recollection; impeachment. |
| Exhibit 645 | Latsanovski | February 18, 2016 Deposition of Alon Nottea R.T. 134 & 135: Ins. 10-15. | Hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection; impeachment. |
| Exhibit 646 | Latsanovski | February 18, 2016 Deposition of Alon Nottea R.T. 219: Ins. 14-21. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection; impeachment. |
| Exhibit 647 | Latsanovski | February 18, 2016 Deposition of Alon Nottea R.T. 252 Ins. 22-25 & 253: Ins 1-20. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection; impeachment. |
| Exhibit 648 | Latsanovski | February 23, 2016 Deposition of Paul Medina R.T. 10: Ins. 9-15 & 12: Ins. 10-13. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection; impeachment. |
| Exhibit 649 | Latsanovski | February 23, 2016 Deposition of Paul Medina R.T. 28: Ins. 17-18. | Exhibit is hearsay. FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7. Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | Refresh recollection; impeachment. |
| Exhibit 650 | Latsanovski | June 6, 2012 Articles of Incorporation Of Pinnacle Logistics Inc. and Statement of Information Filed: September 10, 2012. | | |
| Exhibit 651 | Latsanovski | April 6, 2016 Defendants Igor Latsanovski and Calenergy Inc.'s Amended Supplemental Initial Disclosures. | Irrelevant. FED. R. EVID. 402. | Authentication. |
| Exhibit 652 | Latsanovski | April 20, 2016 Defendants Igor Latsanovski and Calenergy Inc.'s Second Amended Supplemental Initial Disclosures. | Irrelevant. FED. R. EVID. 402. | Authentication. |

JOINT EXHIBIT LIST

| Exhibit 653 | Latsanovski | May 2015 American Express Credit Card Statement. | Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Document not requested. |
|---|---|---|---|---|
| Exhibit 654 | Latsanovski | June 30, 2015 Stipulation to Release Funds. | Relevance. FED. R. EVID.402. | |
| Exhibit 655 | Latsanovski | May 2, 2016 Filed Declaration of Defendant Alon Nottea in Opposition to Plaintiff's Motion for Summary Judgment. | Exhibit is hearsay under FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Refresh recollection. |
| Exhibit 656 | Latsanovski | January – June 2015 Wells Fargo Bank Statements for Sunset Holding Partners, LLC. | Relevance. FED. R. EVID.402. | Relevant; shows funds not Bunzai. |
| Exhibit 657 | Latsanovski | 04-08-16 Complaint Lawrence Rubin, et al. v. Sunset Holding Partners LLC, et al. | Relevance. FED. R. EVID. 402. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Relevant; shows no funds of Defendant in Sunset. |
| Exhibit 658 | Latsanovski | Laurence Rubin's loan document re: loan between Sunset Holding Partners LLC and CalEnergy, Inc. | Irrelevant. FED. R. EVID.401. Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). | Relevant; shows source of funds for Sunset. |
| Exhibit 801 | Argaman | Portions of Argaman Deposition Transcript. | Exhibit is hearsay under FED. R. EVID. 802. Defendant failed to designate testimony by deposition pursuant to Court's Standing Order. Dkt. #25, ¶7.Witness is not unavailable. FED. R. CIV. P. 32(a)(4). | |
| Exhibit 802 | Argaman | FTC's Responses to Alan Argaman's Special Interrogatories. | | |
| Exhibit 803 | Argaman | FTC's Responses to Secured Merchants, LLC's Special Interrogatories. | | |
| Exhibit 804 | Argaman | FTC's Responses to Chargeback Armor, Inc.'s Special Interrogatories. | | |
| Exhibit 805 | Argaman | Blank Page with Word Fluent – AuraVie-0000264. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 806 | Argaman | AuraVie 2 Day Detox Skin Regiment – AuraVie-0001601. | | |
| Exhibit 807 | Argaman | AuraVie Payroll - AuraVie-0001847. | | |
| Exhibit 808 | Argaman | DELETED. | | |
| Exhibit 809 | Argaman | Photo of LeElle Bottle - AuraVie-0002587. | | |
| Exhibit 810 | Argaman | Portion of Email Signature Line - AuraVie-0002591. | Irrelevant. FED. R. EVID. 402. | |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| Exhibit 811 | Argaman | Articles of Incorporation For Chargeback Armor, Inc. - AuraVie-0002607. | | |
| Exhibit 812 | Argaman | Blank Page Produced By FTC in Discovery - AuraVie-0002608. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 813 | Argaman | Hatch Flowchart - AuraVie-0002640. | Irrelevant. FED. R. EVID. 401. | |
| Exhibit 814 | Argaman | Hatch Flowchart 2 - AuraVie-0002641. | Irrelevant. FED. R. EVID. 401. | |
| Exhibit 815 | Argaman | Count of Date Document - AuraVie-0002756. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 816 | Argaman | Articles of Incorporation for Pinnacle Logistics - AuraVie-0002784. | Duplicate of Exh. 650. | |
| Exhibit 817 | Argaman | Portion of Proposed CBA Executive Summary - AuraVie-0002959. | Incomplete document. FED. R. EVID. 106. | |
| Exhibit 818 | Argaman | Signature Page of CBA Contract - AuraVie-0002962. | | |
| Exhibit 819 | Argaman | AuraVie.com Notes - AuraVie-0002964. | | |
| Exhibit 820 | Argaman | Ruby Sky Development LLC Document - AuraVie-0003002. | | |
| Exhibit 821 | Argaman | Portion of Secured Merchants, LLC Document Produced By FTC in Discovery- AuraVie-0003008. | Incomplete document. FED. R. EVID. 106. | |
| Exhibit 822 | Argaman | Chargeback Rebuttal - AuraVie-0003024. | | |
| Exhibit 823 | Argaman | Email From Natassia Yalley to Norman Bentley - AuraVie-0003025. | Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | |
| Exhibit 824 | Argaman | Email From Natassia Yalley to Paul Medina - AuraVie-0000476. | Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | |
| Exhibit 825 | Argaman | Document Info Cover Sheet Produced By FTC in Discovery - AuraVie-0003379. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 826 | Argaman | Portion of Unknown Document Produced By FTC in Discovery - AuraVie-0003427. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 827 | Argaman | Portion of Unknown Document Produced By FTC in Discovery - AuraVie-0003453. | Irrelevant. FED. R. EVID. 402. | |
| Exhibit 828 | Argaman | AuraVie Ltd. Written Resolution - AuraVie-0003497. | | |
| Exhibit 829 | Argaman | Email From David Davidian to Global Media - AuraVie-0003540. (Argaman) | Irrelevant. FED. R. EVID. 402. Hearsay. FED. R. EVID. 802. | |
| Exhibit 830 | Argaman | Pinnacle Logistics Payroll Register - AuraVie-0004100. | | |
| Exhibit 831 | Argaman | Email From Alan Argaman to Paul Medina Re Shipping Weight Change. | | |

JOINT EXHIBIT LIST

| | Exhibit 832 | Argaman | Email From Alan Argaman to Alon Nottea Re Angel Project. | Duplicate exhibit. | |
|---|---|---|---|---|---|
| | Exhibit 833 | Argaman | All Invoices Sent From Secured Merchants to SBM Management, Inc. | | |
| | Exhibit 834 | Argaman | Contract Between Secured Merchants and Big Ventures, Inc. | Irrelevant. FED. R. EVID. 402. | |
| | Exhibit 835 | Argaman | Contract Between Secured Merchants and Wealth Group, Inc. | Irrelevant. FED. R. EVID. 402. | |
| | Exhibit 836 | Argaman | Contract Between Secured Merchants and Wealth Vision Ventures, Inc. | Irrelevant. FED. R. EVID. 402. | |
| | Exhibit 837 | Argaman | Capital Infusion Agreement Between Chargeback Armor, Inc. and Secured Merchants, LLC. | | |
| | Exhibit 838 | Argaman | Chargeback Armor Bank Statements. | | |
| | Exhibit 839 | Argaman | Email Between Victor Azal and Argaman - AuraVie-0003380. | Hearsay. FED. R. EVID. 802. | |
| | Exhibit 840 | Argaman | Email from Nastassia to Andras regarding integration. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| | Exhibit 841 | Argaman | Email from Paul to Andrew Stanley regarding "chargeback dept." | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

JOINT EXHIBIT LIST

| | Exhibit 842 | Argaman | Email from Andrew Stanley to Alon regarding in-house chargeback work. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| --- | --- | --- | --- | --- | --- |
| | Exhibit 843 | Argaman | Email Kristopher to Andras regarding PSD (photoshop) files of miraclefacekit.com design. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| | Exhibit 844 | Argaman | BA Graphix referencing miraclefackit "do you need me to place the form as we had on miraclefacekit.com for example." | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| | Exhibit 845 | Argaman | Email sent from alon referencing auravie.com as "new business model" Straight sale site. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and |

JOINT EXHIBIT LIST
Page | 158

| | | | 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | computer image files that the FTC was given access to. |
|---|---|---|---|---|
| Exhibit 846 | Argaman | Email from RevGuard regarding automated IVR call center stats. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 847 | Argaman | Email from design@bagraphix.com to Alon regarding miraclefacekit.com landing page design. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 848 | Argaman | Email from revguard discussing  IVR "save Sale" functionality. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

JOINT EXHIBIT LIST

| | | | (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | |
|---|---|---|---|---|
| Exhibit 849 | Argaman | Email from Kristopher giving mirclefacekit instructions to BAGRAFIX designer. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 850 | Argaman | Alon emailing  Avi regarding DVR agent website in 2008. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 851 | Argaman | Email Alon to  Sam regarding "Linktrust has built us a module which will be load balancing." | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

JOINT EXHIBIT LIST

| | | | | unable to meaningfully review these exhibits to determine whether further objections apply. | |
|---|---|---|---|---|---|
| Exhibit 852 | Argaman | Email from Lime Light to Paul regarding Load Balancing | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 853 | Argaman | Email from limelight helping Nasstasia with integration. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 854 | Argaman | Email from limelight Rick regarding  hitathffiliate marketing integration help. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1 | Exhibit 855 | Argaman | Email from limelight to nastassia regarding Load Balance settings. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| 7 | Exhibit 856 | Argaman | Email from Nasstasia to limelight regarding "copy campaigns." | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| 13 | Exhibit 857 | Argaman | Email from Patrick to direct-outbound regarding call center services. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| 19 | Exhibit 858 | Argaman | Alon talking to Avi regarding DVR agent in 2008. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and |

JOINT EXHIBIT LIST
Page | 162

| | | | 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | computer image files that the FTC was given access to. |
|---|---|---|---|---|
| Exhibit 859 | Argaman | Email from Paul to lime light regarding load balancing. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 859A | Argaman | Email from Phone Power to Nastassia confirming new "toll free numbers" | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 860 | Argaman | Email from RevGuard to Alon regarding IVR services. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

| | | | | (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | |
|---|---|---|---|---|---|
| Exhibit 861 | Argaman | Email invoice from Sabina to Alon. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 862 | Argaman | Email Paul to Alon regarding sabina reducing chargebacks. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 863 | Argaman | Email from paul to accounting regarding ROI Solutions call center Invoice. | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |

| | | | unable to meaningfully review these exhibits to determine whether further objections apply. | |
|---|---|---|---|---|
| Exhibit 864 | Argaman | Email from accouting@direct-outbound.com to SMB "Call center support performed by Direct Outbound agents." | Hearsay. FED. R. EVID. 802. Defendants failed to produce this document in discovery despite pertinent requests from Plaintiff. FED. R. CIV. P. 37(c). Defendant failed to provided Plaintiff copies of these exhibits, as required by the Court's Standing Order (Dkt. #25) and the local rules (L.R. 16-2.3), despite Plaintiff's request until hours before the filing deadline for the joint exhibit list. Accordingly, Plaintiff was unable to meaningfully review these exhibits to determine whether further objections apply. | These Exhibits are documents the FTC already has in its possession, as they are from the emails and computer image files that the FTC was given access to. |
| Exhibit 881 | A. Nottea | Summary Defendant Books. | Defendant failed to disclose this document despite pertinent discovery requests from Plaintiff. FED. R. CIV. P. 37(c). Exhibit is hearsay under. FED. R. EVID. 802. Failure to authenticate. FED. R. EVID. 901(a). Irrelevant. FED. R. EVID. 402. | A. Nottea: Plaintiff was in possession of this document at all relevant times. This is a Receiver document and is an excerpt from a Plaintiff offered exhibit 981. |
| Exhibit 882 | A. Nottea | Medina Email 12-27-11. | Hearsay. FED. R. EVID. 802. Defendant failed to disclose this document despite pertinent discovery requests from Plaintiff. FED. R. CIV. P. 37(c). | A. Nottea: Plaintiff was in possession of this document at all relevant times. Party statement. |
| Exhibit 901 | FTC | Transcripts of undercover recordings | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) [authentication]; FRE 801(d)(2)(D)-(E) [not hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 902 | FTC | AuraVie correspondence related to undercover purchase | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea:   F/A; R; H | FRE 901(b)(1),(4) [authentication]; FRE 801(d)(2)(A),(D)-(E) [not hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, |

JOINT EXHIBIT LIST

| | | | | Latsanovski: | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|---|
| Exhibit 903 | FTC | Wayback Machine - Amazon Shopper Survey | | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3), (4); not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 904 | FTC | Secretary of State Records | | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(4), (11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 905 | FTC | Latsanovski USCIS documents | | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(4), (11); FRE 801(d)(2)(A)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 906 | FTC | American Express Records | | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), FRE 902(11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 907 | FTC | Better Business Bureau Certification | | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1); FRE 902(11); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

| | | | | Latsanovski: | as well as Defendants' business practices. |
|---|---|---|---|---|---|
| Exhibit 908 | FTC | Declaration of Rebecca Woolever | Argaman: Hearsay; Foundation<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 909 | FTC | Webcaptures of Auravie.com and Auravie free tiral websites | Argaman: Hearsay; Foundation<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | | FRE 901(b)(1), (3), (4); not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 910 | FTC | Alon Nottea Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 911 | FTC | Roi Reuveni Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 912 | FTC | Doron Nottea Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 913 | FTC | Motti Nottea Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 914 | FTC | Igor Latsanovski Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 915 | FTC | CalEnergy, Inc., Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 916 | FTC | Alan Argaman Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 917 | FTC | Chargeback Armor, Inc., Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea:<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 918 | FTC | Secured Merchants, LLC, Request for Admission Responses | Argaman: Hearsay; Foundation<br><br>A. Nottea:<br><br>D. Nottea: | FRE 901(b)(1); FRE 801(d)(2)(A)-(B), (D)-(E).<br><br>Regarding relevance, this document is relevant to show |

| | | | Latsanovski: | Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 919 | FTC | Declaration of Sherri Lanham, US Postal Inspection Service, dated June 6, 2015. | Argaman: Hearsay; Foundation  A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901]  D. Nottea: R; H  Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 920 | FTC | Skip | | |
| Exhibit 921 | FTC | Skip | | |
| Exhibit 922 | FTC | Skip | | |
| Exhibit 923 | FTC | Skip | | |
| Exhibit 924 | FTC | Skip | | |
| Exhibit 925 | FTC | email chain 1 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 926 | FTC | email chain 2 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay  A. Nottea:  D. Nottea: F/A; R; H  Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].  Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 927 | FTC | email chain 3 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay  A. Nottea:  D. Nottea: F/A; R; H | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay.  Regarding relevance, |

JOINT EXHIBIT LIST
Page | 169

| | | | Latsanovski: | this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 928 | FTC | email chain 4 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 929 | FTC | email chain 5 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 930 | FTC | email chain 6 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 931 | FTC | email chain 7 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 932 | FTC | email chain 8 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)- |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | D. Nottea: F/A; R; H<br><br>Latsanovski: | (E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 933 | FTC | email chain 9 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 934 | FTC | email chain 10 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 935 | FTC | email chain 11 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 936 | FTC | email chain 12 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST
Page | 171

| | | | | |
|---|---|---|---|---|
| Exhibit 937 | FTC | email chain 13 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 938 | FTC | email chain 14 (provided by Chargeback Armor, Inc.) | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 939 | FTC | Declaration from Charlene dated April 15, 2016 | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 940 | FTC | Skip | | |
| Exhibit 941 | FTC | Doron Nottea's financial disclosure statement dated July 6, 2015. | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 801(d)(2).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 942 | FTC | Email from Paul@Adlifestylenetworks.com to Doron[globalmediausa@gmail.com] dated January 20, 2014. Subject: ADLN 2013 Expenses. | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, |

JOINT EXHIBIT LIST
Page | 172

| | | | | |
|---|---|---|---|---|
| | | | | as well as Defendants' business practices. |
| Exhibit 943 | FTC | Email from Leor Arazy to Global Media [globalmediausa@gmail.com} dated December 31, 2013. Subject December 30 Override Payroll. | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 944 | FTC | Fifth Declaration of FTC Investigator Brent D. McPeek dated October 9, 2015 with attachment. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 602, 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 945 | FTC | Spreadsheet | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 803(6).<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 946 | FTC | Transcript excerpts of Paul Medina February 23, 2016 deposition | Argaman: Hearsay<br><br>A. Nottea:  Failure to produce marked excerpt per Doc#25 (FRE 802, 602)<br><br>D. Nottea: Witness is not unavailable. FRCP 32(a)(4).<br><br>Latsanovski: | For Rebuttal Purposes Only. |
| Exhibit 947 | FTC | MP3 recording of customer call | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted. |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 948 | FTC | Pinnacle Logistics, Inc., Powerpoint | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4); FRE 803(6); not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 949 | FTC | Igor Latsanovski USCIS Form I-9 | Argaman: Hearsay<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 950 | FTC | Declaration of Eric Robi dated April 18, 2016. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to authentication of documents. |
| Exhibit 951 | FTC | Declaration of Adrian Leon Mare dated July 2, 2015. | Argaman: Hearsay<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation  [FRE 602, 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to authentication of documents. |
| Exhibit 952 | FTC | Declaration of Daniel L. Rappaport dated July 2, 2015. | Argaman: Hearsay<br><br>A. Nottea: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 |

| | | | | D. Nottea: R; H<br><br>Latsanovski: | [exception to hearsay].<br><br>Regarding relevance, this document is relevant to authentication of documents. |
|---|---|---|---|---|---|
| Exhibit 953 | FTC | | Declaration of Taun Michael Yurek dated June 30, 2015. | Argaman: Hearsay<br><br>A. Nottea: Hearsay [FRE 802]; Foundation  [FRE 602, 901]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 902(10) [authentication]; 28 U.S.C. 1746; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to authentication of documents. |
| Exhibit 954 | FTC | | Skip | | |
| Exhibit 955 | FTC | | Skip | | |
| Exhibit 956 | FTC | | Skip | | |
| Exhibit 957 | FTC | | Skip | | |
| Exhibit 958 | FTC | | Skip | | |
| Exhibit 959 | FTC | | Skip | | |
| Exhibit 960 | FTC | | Skip | | |
| Exhibit 961 | FTC | | Skip | | |
| Exhibit 962 | FTC | | Email dated September 26, 2014 from TylerReitenbach to David@vastpay.com and copying Tyler@chargebackarmor.com, david@mediaurge.com, alon@mediaurge.com, paul@mediaurge.com, eugene@vastpay.com, and igorlats@gmail.com. Sujbect: Re: chargebacks statistics September Leor Systems. | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 963 | FTC | | Email dated September 20, 2014 from David M. to Rotem@mediaurge.com. Subject: Fwd: LeOR - Step 1 & Step 2 FINAL PREPE - TUESDAY AM LAUNCH GOAL. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is |

| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 964 | FTC | Email dated May 5, 2015 from david@mediaurge.com to Igor. Subject: Sincare OU invoice. | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Relevancy; [FRE 401]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 965 | FTC | Email dated August 15, 2013 from Paul Medina to manav.inder@it7solutions.com, arun.prsahar@it7solutions.com, avicoglobal@gmail.com, alon@mediaurge.com, victor@mediaurge.com and david@mediaurge.com. Subject: New CPA Detective pixel macro to palce on live auravie storefronts asap. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay]; not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 966 | FTC | Email dated September 12, 2013 from David@mediaurge.com to Alon N. and Paul Medina. Subject: Transfer to New Call-Centers - Getting Started - Answering Andree's/Roi's Main Questions/Concerns. With Attachment | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 967 | FTC | Email dated May 27, 2014, from Paul Medina to avicoglobal@gmail.com, tyler@securedmerchants.com, roi@pinlogistics.com, david@mediaurge.com, and along@mediaurge.com. Subject: Fwd: Leor Customer | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; |

| | | | | |
|---|---|---|---|---|
| | | Care. | | FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 968 | FTC | Email dated December 3, 2010 from Lions Bay Media, Inc., to Doron Nottea[accounting@bunzaimedia.com]. Subject: Purchase Receipt. | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 969 | FTC | Email dated December 10, 2010 from Lions Bay Media, Inc., to Doron Nottea[accounting@bunzaimedia.com]. Subject: Purchase Receipt. | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted. |

JOINT EXHIBIT LIST
Page | 177

| | | | | |
|---|---|---|---|---|
| | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 970 | FTC | Email dated December 21, 2010 from Lions Bay Media, Inc., to Doron Nottea[accounting@bunzaimedia.com]. Subject: Purchase Receipt. | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control |
| Exhibit 971 | FTC | Email dated July 28, 2010 from Authorize.Net to Alon Notte[accounting@bunzaimedia.com]. Subject: Welcome to Authorize.Net. | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 972 | FTC | Email dated April 28, 2010 from UPSBillingCenter@ups.com to accounting@bunzaimeida.com. Subject: Enrollment Notification Email. | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 973 | FTC | Email dated October 23, 2013 from David@mediaurge.com to davidmidgal@gmail.com. Subject: Sample Script. | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(C)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 974 | FTC | Payroll Instruction AMD Financial Network, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication]<br><br>803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 975 | FTC | Payroll Instruction Heritage Alliance Group, LLC | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication]<br><br>803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 976 | FTC | Payroll Instruction Zen Mobile Media, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication]<br><br>803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| --- | --- | --- | --- | --- |
| Exhibit 977 | FTC | Payroll Instruction Agoa Holdings, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication]<br><br>803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 978 | FTC | Payroll Instruction Lifestyle Brands Media, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication]<br><br>803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 979 | FTC | Payroll Instruction All-Star Beauty Products, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (3) [authentication] 803(6) [exception to hearsay]. Not hearsay. 801(d)(2)(C) and (D) Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 980 | FTC | Payroll Instruction SBM Management Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H | FRE 901(b)(1), (3) [authentication]<br><br>803(6) |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | Latsanovski: | [exception to hearsay]<br><br>Not hearsay. 801(d)(2)(C) and (D)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 981 | FTC | Brandlin Report | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1)<br><br>FRE 803(1) [exception to hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control. |
| Exhibit 982 | FTC | Skip | | |
| Exhibit 983 | FTC | Skip | | |
| Exhibit 984 | FTC | Email dated August 12, 2014 from David Nichols to David@mediaurge.com, paul@adlifestylenetwork.com, and eugene@vastpay.com. Subject: Re: getmyleor.com updated - Liechtenstein MID. | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted. |

| | | | | |
|---|---|---|---|---|
| | | | | Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 985 | FTC | Flowchart | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1)<br><br>Not hearsay. 801(d)(2)(A), (B), (C), (D), (E)<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 986 | FTC | Skip | | |
| Exhibit 987 | FTC | Skip | | |
| Exhibit 988 | FTC | Profit and Loss and Balance Sheets | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1), (4) [authentication]<br><br>Not hearsay. 801(d)(2) (C), (D), (E)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>FRE 803(6) [exception to hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, |

| | | | | participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 989 | FTC | Email dated February 10, 2015, with attachment from Alon@mediaurge.com to David Midgal and Avi Argaman. Subject: Fwd: Balance. | Argaman: Hearsay; Relevance<br><br>A. Nottea:  Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay. 801(d)(2)(A), (B), (C), (D), (E)<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 990 | FTC | Email dated February 18, 2014, with attachment from alon@securedmerchants.com to tyler, Avi Argaman, and David Migdal. Subject: Fwd: NDA and Service agreement. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(2)(A)-(B),(D)-(E) [not hearsay]; FRE 803(6) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is |

| | | | | |
|---|---|---|---|---|
| | | | | relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 991 | FTC | 5/23/2011 email from eric@graypay.com to Alon@bunzaimedia.com, re: "Fwd: Companies to use for Processing!" | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901] No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 801(d)(A)-(B),(D)-(E) [not hearsay]; FRE 803(3) [exception to hearsay].<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 992 | FTC | Webcapture of http://204.232.201.236 | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to |

| | | | | |
|---|---|---|---|---|
| | | | | show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 993 | FTC | Webcaputre of www.AuraVie.com | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because is not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 994 | FTC | Webcaputre of www.AuraVieFreeTrial.com | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because is not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A)-(E) [not |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | | | hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 995 | FTC | Webcapture of www.MyMiracleKit.com | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 996 | FTC | Webcapture of MiracleFaceKit.com | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 997 | FTC | Webcapture of BuyDellure.com | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted. Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |

JOINT EXHIBIT LIST

| Exhibit 998 | FTC | Video capture of undercover purchase | Argaman: Hearsay; Relevance<br><br>A. Nottea: No Document<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted. Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 999 | FTC | Description of Services Provided By TeleStar | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(4)<br><br>FRE 801(d)(2)((C) and (D) [not hearsay]<br><br>In addition, not hearsay not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 1000 | FTC | Screen Capture OPK eServices | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE | FRE 901(b)(1),(3)-(4) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | [authentication]; FRE 803(6) [exception to hearsay]. In addition, not hearsay because no "statement" under FRE 801 is made and is not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 1001 | FTC | | Article: "Auravie: Does Auravie Work?" | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4)<br><br>FRE 801(d)(2)(A)-(E) [not hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' business practices. |
| Exhibit 1002 | FTC | | Declaration of Daniel L. Rappaport | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901, 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to |

| | | | | |
|---|---|---|---|---|
| | | | | show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 1003 | FTC | Declaration of Ajay Patel | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901, 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to show the foundation of materials collected during the FTC's investigation that established Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 1004 | FTC | Articles of Incorporation for Bunzai Media Group, Inc. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | 901(b)(1), (3), (4) [authentication]; 801(d)(2)(A) [not hearsay]<br><br>FRE 803(6) [exception to hearsay]<br><br>Not hearsay because not offered for the truth of the matter asserted.<br><br>Regarding relevance, this document is relevant to show Defendants' |

JOINT EXHIBIT LIST

| | | | | knowledge, participation, or control, as well as Defendants' business practices. |
|---|---|---|---|---|
| Exhibit 1005 | FTC | FTC Investigator McPeek Office Sketch. | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FRE 807 [exception to hearsay]; FRE 803(3) [exception to hearsay]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control, as well as Defendants' business practices. |
| Exhibit 1006 | FTC | Declaration of Amelia Stobaugh | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901, 602]<br><br>D. Nottea: R; H<br><br>Latsanovski: | FRE 901(b)(1); FRE 902(10) [authentication]; 28 U.S.C. 1746 [allowing unsworn declarations]; FRE 807 [exception to hearsay].<br><br>Regarding relevance, this document is relevant to authenticate FTC's exhibits. |
| Exhibit 1007 | FTC | AuraVie Screen Capture | Argaman: Hearsay; Relevance<br><br>A. Nottea:<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1),(3)-(4) [authentication]; FRE 803(6) [exception to hearsay].<br><br>FRE 801(d)(2)(A)-(E) [not hearsay] |

| | | | | In addition, not hearsay because not offered for the truth of the matter asserted. |
|---|---|---|---|---|
| Exhibit 1008 | FTC | Metadata Chart Regarding Exhibits 187, 194, 943, 176, 266, 528, and 999 | Argaman: Hearsay; Relevance<br><br>A. Nottea: Hearsay [FRE 802]; Foundation [FRE 901]<br><br>D. Nottea: F/A; R; H<br><br>Latsanovski: | FRE 901(b)(1) [authentication]<br><br>Regarding relevance, this document is relevant to show Defendants' knowledge, participation, or control and authentication. |

Respectfully submitted,

Dated: 6/3/16

_____/s/ Reid Tepfer_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

*(contributed to exhibit list but did not authorize filing)*
Jeffrey Benice

JOINT EXHIBIT LIST
Page | 194

Attorney for Igor Latsanovski and CalEnergy, Inc.

*(contributed to exhibit list but did not authorize filing)*
Robert Ungar
Attorney for Alon Nottea

__/s/_Robert Esensten
Robert Esensten
Attorney for Doron Nottea
__/s/ Sagar Parikh
Sagar Parikh
Attorney for Alan Argaman, Secured Merchants LLC, and Chargeback Armor, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 3, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and

1    Motti Nottea

2    Charlene Cantrell Koonce
     Receiver
     Scheef & Stone
3    500 N. Akard, Suite 2700
     Dallas, Texas 75201
4    charlene.koonce@solidcounsel.com
     Receiver

5

6    Sagar Parikh
     Beverly Hills Law Corp. PC
     433 N. Camden Drive, 6th Floor
7    Beverly Hills, CA 90210
     SP@BeverlyHillsLawCorp.com
8    Attorney for Secured Merchants LLC
     and Chargeback Armor, Inc.

9    Jeffrey Benice
     Law Offices of Jeffrey S. Benice
     A Professional Law Corporation
10   3080 Bristol Street
     Sixth Floor, Suite 630
11   Costa Mesa, CA 92626
     jsb@jeffreybenice.com
12   Telephone: (714) 641-3600 Ext. 214

13   /S/ REID TEPFER
     REID TEPFER

14

15

16

17

18

19

20