**APPENDIX A**



A-1







Case 2:15-cv-04527-GW-PLA Document 121-1 Filed 08/03/15 Page 3 of 19 Page ID #:2662

