Name and address:
Dama J. Brown
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., ET AL<br>Plaintiff(s) / Defendant(s) | CASE NUMBER<br>2:15-cv-4527 (PLAx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Brown, Dama J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 979-9374   *Telephone Number*
(214) 979-3079   *Fax Number*
dbrown1@ftc.gov   *E-Mail Address*

of FEDERAL TRADE COMMISSION
Southwest Regional Office
1999 Bryan, Suite 2150
Dallas, Texas 75201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
FEDERAL TRADE COMMISSION

*Name(s) of Party(ies) Represented*
☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

McKown, Raymond
*Designee's Name (Last Name, First Name & Middle Initial)*

150975   *Designee's Cal. Bar No.*
(310) 824-4325   *Telephone Number*
(310) 824-4380   *Fax Number*
rmckown@ftc.gov   *E-Mail Address*

of FEDERAL TRADE COMMISSION
Western Regional Office - Los Angeles
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge