ROBERT M. UNGAR (State Bar No. 102007)
rmu@ungarlaw.com
14724 Ventura Blvd., PH
Sherman Oaks, CA 91403
Telephone: (310) 405-1884

BEN PETTIT (State Bar No. 135941)
ben@benpettit.com
20 E. Pueblo Street
Santa Barbara, CA 93105
Telephone (805) 896-5113

**Attorneys for Defendants:** Alon Nottea and Roi Reuveni

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 2:15-CV-4527-GW (PLAx)<br><br>[*Assigned to the Honorable George H. Wu, Courtroom 10*]<br><br>**DEFENDANT ALON NOTTEA'S OPPOSITION AND OBJECTION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND OBJECTION TO PROPOSED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AS TO ALON NOTTEA [DOC # 452, 452-1]**<br><br>**DATE: June 9, 2016**<br>**TIME: 8:30 A.M.**<br>**CTRM: 10** |

Defendant Alon Nottea ("Alon") opposes Plaintiff's Motion for Partial Summary Judgment, and objects to the proposed final judgment and order for permanent injunction as to Alon [Doc ##452, 452-1]:

A. NOTTEA AND REUVENI'S OPPOSITION TO FTC'S MOTION FOR SUMMARY JUDGMENT

I. <u>PLAINTIFF'S MOTION IS MISCHARACTERIZED</u>

This Court denied Plaintiff's MSJ / MSA but gave Plaintiff the opportunity to request undisputed facts as a motion *in limine* to expedite trial [Doc#456]. Plaintiff's motion is mischaracterized and procedurally defective under FRCP, Rule 56, and L.R. 6-1, 7-3, and 56-1. Alon therefore does not respond under FRCP Rule 56 or L.R. 56-2. Because Plaintiff's motion does not set forth any facts that it proposes are undisputed --- which is what the Court allowed --- the motion should be denied.

II. <u>FACT STIPULATIONS REACHED BETWEEN PLAINTIFF AND ALON</u>

Plaintiff previously proposed 128 fact stipulations for trial. Alon stipulated to 43 of those proposed facts [Doc#450-2] and modified (by redline) another 61 of those proposed facts. Plaintiff has yet to respond to the additional 61 fact stipulations that Alon redlined and returned.

III. <u>THE CLAIMS RAISED IN PLAINTIFF'S MOTION ARE DISPUTED</u>

Alon previously disputed each of the claims raised in Plaintiff's motion. [Doc#391-1, UF##46, 50, 51, 52, 56, 58, 60, 100; Doc#391, disputed claim of misrepresenting BBB A- rating (insufficient evidence); Doc#391, disputed that non-sellers defendants are part of a common enterprise; and, accordingly, disputed Alon's personal liability on these disputed claims; Doc#391, disputed the issuance of a permanent injunction and Plaintiff's contention of the amount of consumer loss.] If the court concludes there is personal liability at the end of the trial, then the court will examine the totality of the circumstances and consider a variety of factors to determine the appropriate scope of a permanent injunction.

*/s/ Robert M. Ungar*
ROBERT M. UNGAR
Attorney for Defendants
Alon Nottea and Roi Reuveni

A. NOTTEA'S OPPOSITION TO FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I electronically filed the foregoing document entitled:

**DEFENDANT ALON NOTTEA'S OPPOSITION AND OBJECTION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND OBJECTIONS TO PROPOSED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AS TO ALON NOTTEA**

with the Clerk of the Court by using the CM/ECF System.

                     */s/ Robert M. Ungar*
                     Robert M. Ungar