ROBERT L. ESENSTEN (SBN 65728)
resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone:  (310) 273-3090
Facsimile:   (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | Case No.:  2:15-CV-04527-GW (PLAx)<br><br>*Assigned to the Honorable George Wu, Courtroom 10*<br><br>**DEFENDANT DORON NOTTEA'S OPPOSITION AND OBJECTIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendant Doron Nottea opposes Plaintiff's Motion for Partial Summary Judgment ("MPSJ")as follows:

**I.     THE MPSJ IS AN IMPROPER MOTION FOR RECONSIDERATION**

What the FTC captions as a Motion for Partial Summary Judgment is in actuality a Motion for Reconsideration.  The FTC asks the Court to rule that the same facts and issues upon which it based its Motion for Summary Judgment, which was <u>denied</u> by this Court on June 6, 2016, be deemed admitted and established.  The FTC is asking that the Court revisit and reconsider its prior ruling, establishing conclusively for the purposes of Trial the same issues that the Court unequivocally refused to adjudicate in denying the FTC's Motion for Summary Judgment.

///

Pursuant to *Local Rule* 7-18, the only grounds for a motion for reconsideration are (a) a material difference in law or fact from that previously presented to the Court, which could not have been known at the time of the prior decision, or (b) the emergence of new material facts or a change in law occurring after the time of the prior decision, or (c) a manifest showing of failure of the Court to consider material facts previously presented to the Court.  None of these grounds for reconsideration are presented in this case.

## II. THE FTC DOES NOT SET FORTH UNDISPUTED FACTS FOR ADJUDICATION, AND THE ISSUES SET FORTH IN THE MPSJ ARE DISPUTED.

The FTC seeks summary adjudication of issues as to whether the websites upon which it bases its claims herein are in violation of the FTC Act, ROSCA, and the EFTA; whether the websites were operated by a common enterprise; whether Defendant Alon Nottea is individually liable; and whether the FTC has made a reasonable approximation of consumer injury.  None of these matters have been admitted by Defendants herein, and none can be summarily adjudicated at this time, following the denial of the Motion for Summary Judgment which addressed identical issues.

As set forth in full in the Opposition to Motion for Summary Judgment filed by Defendant Doron Nottea (Doc. No. 398) and the supporting documents in opposition, substantial factual issues exist which preclude any summary disposition.  The FTC failed to produce admissible evidence in its prior motion, and failed to establish that any fact was undisputed.  The MPSJ is no different.  For the reasons set forth in the Opposition to Motion for Summary Judgment, incorporated herein by reference, the MPSJ should be denied as well.

///

///

///

III. **JOINDER IN OBJECTIONS AND OPPOSITIONS BY CO-DEFENDANTS.**

    Defendant joins in and incorporates by reference the Oppositions filed by Defendants Alon Nottea, Roi Reuveni and Alan Argaman.

Respectfully submitted,

Dated: June 8, 2016

**ESENSTEN LAW**
  ROBERT L. ESENSTEN
  RANDI R. GEFFNER

By: */s/ Robert L. Esensten*
    Robert L. Esensten
Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

**CERTIFICATE OF SERVICE**

     I hereby certify that on **June 8, 2016**, I electronically filed the foregoing document entitled **DEFENDANT DORON NOTTEA'S OPPOSITION AND OBJECTIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF System.

                               */s/ Robert L. Esensten*
                                Robert L. Esensten