JEFFREY S. BENICE, ESQ., State Bar No. 81583
LAW OFFICES OF JEFFREY S. BENICE
*A Professional Law Corporation*
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California  92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3601
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorneys for Defendants,
Igor Latsanovski and Calenergy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., et al.,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**DEFENDANTS IGOR LATSANOVSKI AND CALENERGY'S NOTICE OF JOINDER RE: ALAN ARGAMAN, SECURED MERCHANTS, LLC AND CHARGEBACK ARMOR, INC.'S OPPOSITION TO FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       June 9, 2016<br>Time:      8:30 A.M.<br>Courtroom:   10<br><br>[Assigned for All Purposes to the Honorable George H. Wu, Courtroom 10]<br><br>[First Amended Complaint Filed: October 9, 2015] |

Defendants Igor Latsanovksi ("*Latsanovski*") and Calenergy, Inc. ("*Calenergy*") (collectively "*Defendants*") join in Defendants Alan Argaman, Secured Merchants, LLC, and Chargeback Armor, Inc.'s Opposition to FTC's Motion for Partial Summary Judgment.

Additionally, as previously set forth in Defendants' Reply to Plaintiff FTC's Summary Judgment Motion, the Bunzai/AuraVie website did not violate Section 5 of the FTC Act (or any other law.)

1.

## THE FTC'S CONTENTION THAT THE AURAVIE SKIN CARE SALES PROGRAM WAS A "*DECEPTIVE SCHEME*" IS BASELESS

The FTC contends that "*this case concerns a deceptive scheme that has defrauded consumers of more than $75 million.*" [FTC Opp. at 4: lns. 2-4.] The FTC has yet to describe precisely what was "*fraudulent*" or "*deceptive*" about Defendant Bunzai's web-based sales program. Contrary to the FTC's unfounded assertions, there were in fact no "*hidden costs*" or deceptive "*return*" policies. And the negative option feature is a common sales procedure that is neither deceptive nor unlawful if fully disclosed; **the AuraVie website fully disclosed this element.** The website identified in the FTC's First Amended Complaint fully and clearly disclosed all elements to the consumer concerning the purchase of AurieVie skin care product. [*See, First Amended Complaint*, ¶56.]

A practice is deceptive under the Federal Trade Commission Act "*if it is likely to mislead consumers acting reasonably under the circumstances…in a way that is material.*" Cyberspace.com LLC, 453 F.3d at 1199. "*A solicitation may be likely to mislead by virtue of the net impression it creates even though the solicitation also contains truthful disclosures.*" *Id.* at 1200. Disclosures in fine print may not overcome an advertisement's deceptive net impressions. *Id.* at 1200-01(*holding fine print notices on reverse side of check did not overcome net impression that check was a refund or rebate when the fine print stated that cashing the check would result in a monthly fee for internet access*). A defendant violates the FTC Act if its advertisement "*induces the first contact through deception, even if the buyer later becomes fully informed before entering the contract.*" Resort Car Rental Sys., Inc. v. F.T.C., 518 F.2d 962, 964 (9th Cir. 1975).

1

*The AuraVie website contained none of these improper practices:*

- AuraVie was a group of high quality skin care products marketed by Bunzai. It wasn't a *"scam"* involving nonexistent, defective or misrepresented products as suggested by the FTC. The consumers received precisely what was advertised.

- Bunzai successfully marketed the AuraVie skin care products for approximately 4 years. If there was any *"scam"* nature to Bunzai's marketing or the AuraVie products, Bunzai's operations would have been terminated earlier.

- Bunzai's *"risk free"* trial or *"trial order"* disclosures were truthfully represented on the AuraVie sales website. Bunzai's sales procedure was simple: a consumer could order the AuraVie skincare product for a 10 day *"risk free"* trial period and be subject only to a $4.95 shipping and handling charge. The *"risk free"* trial meant that if the customer notified Bunzai within the 10 day period of the desire to cancel, they had an additional 20 days to return the product. The consumer was not charged for the product. If the consumer elected to return the product within the total 30 day period the $4.95 was the only charge as fully disclosed. If the consumer elected to keep the product then a $97.88 fee was charged for the product. Again, this charge was fully disclosed. The Bunzai marketing program was a permissive and lawful continuity sales program; if the customer did not cancel the program he would continue to receive the product. This element of the program was fully disclosed as well.

- These straight forward terms were uniformly fully disclosed in the *"Terms and Conditions"* portion of the website

- The FTC admits in the complaint that Bunzai's websites disclose these terms in the *"Final Step"* of Bunzai's ordering page. [First Amended Compl., ¶56.]

> The "*Final Step*" page is where the consumer provided credit card and related information to order the product. This is the obvious and proper place to identify the "*Terms and Conditions.*"

- Moreover, the "*Terms and Conditions*" are expressly identified on the "*Final Step*" page directly adjacent to the "*Get My Order*" section and directly below the "*Shipping & Payment*" section on the website. Further, a more detailed "*Terms and Conditions*" section can be accessed at the bottom of the "*Final Step*" page. [First Amended Compl., ¶56.][See, Request for Judicial Notice No. 2; *May 2, 2016 Decl. of Nottea* ¶¶2-23.] Under no circumstances could a customer be misled in anyway concerning the "*Terms and Conditions*" of the AurieVie "*risk free*" trial unless the consumer elected not to read the "*Terms and Conditions*".

- Most importantly, the general terms and conditions were clear and understandable:

  "*We take great pride in the quality of our products & are confident that you will achieve phenomenal results. By submitting your order, you agree to both the terms of this offer (click link below) & to pay $4.95 S&H for you 10 day trial. If you find this product is not for you, cancel within the 10 day trial period to avoid being billed. After your 10 day trial expires, you will be billed $97.88 for your trial product & enrolled in our monthly autoship program for the same discounted price. Cancel anytime by calling 866.216.9336. Returned shipments are at customer's expense. This trial is limited to 1 offer per household.*" [First Amended Complaint, ¶57.]

In short, the FTC's baseless assertions that the AuraVie website was deceptive and misleading are false; all of the terms and conditions were fully disclosed and easily understandable. Thus, the substantive basis of the FTC's Complaint is meritless; Defendant Bunzai did not engage in "*a deceptive scheme*" that "*defrauded*" consumers.

///

2.

## CONCLUSION

The FTC's defective motion for partial summary judgment must be denied.

DATED: June 7, 2016                LAW OFFICES OF JEFFREY S. BENICE

_____
Jeffrey S. Benice
Attorney for Defendants
Igor Latsanovski and Calenergy, Inc.

4

**NOTICE OF JOINDER**

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 7, 2016, a true and correct copy of the foregoing document described as DEFENDANTS IGOR LATSANOVSKI AND CALENERGY'S NOTICE OF JOINDER RE: ALAN ARGAMAN, SECURED MERCHANTS, LLC AND CHARGEBACK ARMOR, INC.'S OPPOSITION TO FTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT were served electronically via e-mail. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

**Local Counsel For Receiver**
Tom Vidal
Michael Weiss
Nina Nahal Ameri
Abrams Garfinkle Margolis Bergson
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036
nameri@agmblaw.com

**Counsel For Chargeback Armor, Inc.**
Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

**Federal Trade Commission**
Reid Tepfer
Luis Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
rtpefer@ftc.gov
lgallegos@ftc.gov

**Counsel For Doron and Motti Nottea**
Randi R. Geffner
Esensten Law
12100 Wilshire Blvd.
Suite 1660
Los Angeles, CA 90025
Telephone: (310) 273-3090
RGEFFNER@ESENSTEINLAW.COM

**Counsel For Alon Nottea and Roi Rueveni**
Robert M. Ungar
Crosswind Law
14724 Ventura Blvd., Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed the 7th day of June, 2016, in Costa Mesa, California 92626.

_____
Javaise Escoto, Declarant