Name and address:
Dama J. Brown
FEDERAL TRADE COMMISSION
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION | CASE NUMBER |
|---|---|
|  | CV 15-4527-GW(PLAx) |
| v.    Plaintiff(s) |  |
| BUNZAI MEDIA GROUP, INC., ET AL | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). |  |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, Dama J.                          of    FEDERAL TRADE COMMISSION
*Applicant's Name (Last Name, First Name & Middle Initial)*    Southwest Regional Office
(214) 979-9374        (214) 979-3079        1999 Bryan, Suite 2150
*Telephone Number*    *Fax Number*          Dallas, Texas  75201
dbrown1@ftc.gov
*E-Mail Address*                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
FEDERAL TRADE COMMISSION

*Name(s) of Party(ies) Represented*          ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

McKown, Raymond                         of    FEDERAL TRADE COMMISSION
*Designee's Name (Last Name, First Name & Middle Initial)*  Western Regional Office - Los Angeles
150975     (310) 824-4325    (310) 824-4380    10877 Wilshire Boulevard, Suite 700
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Los Angeles, California  90024
rmckown@ftc.gov
*E-Mail Address*                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded, ☐ not be refunded.

Dated    June 8, 2016                           /s/ George H. Wu
                                                U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1