1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO PRE-ADMIT FORENSIC DECLARATIONS AND AUTHENTICATE EXHIBITS FOR TRIAL** |
| **BUNZAI MEDIA GROUP, INC.**, *et al.*, | |
| **Defendants.** | |

Plaintiff Federal Trade Commission filed its Notice of Motion and Motion *in Limine* to Pre-Admit Forensic Declarations and Authenticate Exhibits for Trial and Memorandum in Support, seeking pre-admission of Plaintiff's six forensic declarations, Plaintiff Exhibits 950-53, 1003, and 1006, and to authenticate certain exhibits for the trial of this matter. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the six declarations identified as Plaintiff Exhibits 950-53, 1003, and 1006, satisfy the requirements for admissibility under Federal Rule Evidence 807. Therefore, Plaintiff's six forensic

1  declarations, Exhibits 950-53, 1003, and 1006, will be ADMITTED as evidence at
2  trial in this matter.
3     **IT IS FUTHER ORDERED** that Plaintiff Exhibits 950-53, 1003, and
4  1006 provided sufficient evidence to support a finding that Plaintiff Exhibits 17,
5  19-21, 23-45, 47-48, 50-78, 80-98, 100, 102, 119-122, 124, 126, 128-151, 154-
6  163, 165-174, 176-177, 179, 183-185, 187-189, 191-195, 246-249, 251, 255-272,
7  275-287, 289-299, 301-305, 307-549, 557-573, 575-576, 578-580, 583, 585-586,
8  588-592; 594, 942-943, 945, 947-948, 962-973, 984, and 989-991 are authentic
9  documents extracted from Defendants' own ESI. Defendants have provided no
10 credible evidence to suggest otherwise. Therefore, the Court finds that the
11 numerous Plaintiff Exhibits listed immediately above are authenticated for trial in
12 this matter.
13
14     **IT IS SO ORDERED.**
15
16 Dated: _____        _____
17                                      The Honorable George H. Wu
                                        United States District Judge

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO PRE-ADMIT FORENSIC DECLARATIONS
AND AUTHENTICATE EXHIBITS FOR TRIAL                                      Page | 2