| | |
|---|---|
| **From:** | Igor <igorlats@gmail.com> |
| **Sent:** | Wednesday, August 14, 2013 11:32 PM |
| **To:** | Alon N; Doron . |
| **Subject:** | opinion |

Hi Alon

I have after our conversation, there was a feeling of anxiety. I understand that you possess much more information about our company. But I very often when I do not have enough knowledge, based on the home feeling. And I feel (although it is not objectively) that we want to keep Pinicle . I'll tell you my reasons and point out the pros and cons. We want to grow and already we have Product company in the U.S. business-marketing, security-merchant, merchant-VastPay, and more will be opening: the Product company in England, Brazil, itc, merchant- Europe and so on. That is, we must focus all our resources on that. And what resources are needed? Money, knowledge and people. I'm talking about the Directors, the people who can not just perform, but also to make decisions and in addition whom we trust and know their capabilities. That is, these people have not a lot - this means our resources are limited! Who we have: You, Paul, Roy, Andre and David and me a little, that's all! Doron has his department. You have to be on top of all, we understand!, And despite the fact that you want to live in Israel. Paul likely will be responsible for marketing the relationship between Israel and America, to conduct reports and everything else that he now does. David is a good helper, but he has no power to make decisions and you always have to solve them for him, he's very good assistant, but assistant. Maybe with time and next to someone, he will be able to learn how to lead. I would recommend Roy as head of the Product company ,near him would have put David, and maybe next to Roy and under your leadership David will grow. Roy is Sergeant and will be able to perform your tasks well in the distance. Andre good helper, too, but we still have a lot of different directions. And I would not want to so we are constantly thinking about how to download the work of our factory -Pinicle . I want us to think, and concentrated our efforts on the opening of new businesses and the further management (without the presence of fixed assets) and thus used outsorsing. Do not tie their hands obligations to the large number of low-skilled workers. Let's work with fewer people, but with highly qualified people. Yes we lose in quality, but we'll take with a lot of things: 1- responsibility to the large number of people, and that's a lot. after all people is a problem, dividing the information can give us testimony in court, or just come up with these statements and show to us, and so on. 2 - we remove ourselves from the constant expenditure and translate these costs by the number of products sold. Let those who can not make Intelligent business, own and operate plants and Call-centers, and we will deal with intellectual labor. And we will not get nervous and worry about how to make money for the factory when we transition point occurs in the business. And we are in a quiet mode to create new products. And then as it is now in emergency mode are buying goods, and all for what, to support our factory -Call-center ! 3 - we have to use ours, unfortunately, are not big human resources for development, rather than plant control. 4 - remove some legal risk to other companies that will serve us.
 Come to manage, rather than to produce goods and services! We will be much more flexible and freer.
Of course, I'm talking personal opinion, I do not know much as you know it. I just want to give you a look at our entire company, with my eyes, maybe it will give you something. But in any case, you and your vision of the director - the main thing.
Sincerely Your sincere partner Igor

Ex. 21