CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 29

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

**To:** doron@doron.us[doron@doron.us]; alon@mediaurge.com[alon@mediaurge.com]
**From:** Gary Bhasin
**Sent:** Thu 10/3/2013 12:33:31 PM
**Importance:** Normal
**Subject:** Re: Management Consulting Proposal for Auravie
**MAIL_RECEIVED:** Thu 10/3/2013 12:33:35 PM

Hi Alon and Doron,

Hope you guys are doing great.

Let me know if you want to move forward with my proposal .I am pretty confident that i can bring in the valuable information that you both need to run the business more effectively.

Looking forward to hear from you.

Thanks

Gaurav Bhasin


On 2013-09-27, at 11:11 AM, Gary Bhasin <gary@ctqtech.com> wrote:

> Hi Guys,
>
> Let me know your thoughts on the same.
>
> Thanks
>
> Gary Bhasin
>
>
> On 2013-09-24, at 2:29 PM, Gary Bhasin <gary@ctqtech.com> wrote:
>
>> Hi Alon and Doron,
>>
>> First of all thank you for giving me an opportunity to work for your business.
>>
>> As per my initial conversations with Doron and Paul Median ,i understand that there is some serious need of accurate projections ,accounting and profitability model for your business.
>> Continuity business is a risky business and it can only be profitable if you are on top of your numbers. You do see lot of money sitting in the bank which seems as profit but in actual that's the money from Cash Flow.The consequence of this is by year end you end up seeing losses in your QuickBooks.
>>
>> With my expertise, I think it would need me at least 3 months to streamline your business .Most important factor is to dig into past 9 months of data to establish all the data points needed for Projections and Profitability Model.After 3 months ,I anticipate about 1-2 hours of time needed for all your reporting and accounting needs.At that point either i can train one of your Management to carry forward with reporting or we can discuss if you would need my services.
>>
>> I would be taking up this project in 5 steps:
>>
>> Step 1 - Identify all accounting data feeds to consolidate.
>> Step 2 - Organize the P&L report along with other financial reports / metrics to identify bleeding in the company (Diagnostics)
>> Step 3 - Institutionalize KPIs ( Key Performance Indicators) for sustainable reporting and corrective actions (Fixing)
>> Step 4 - Embedd all KPIs  in your organization as means of measurement, reporting and for active performance improvements (Sustainable Business Operation)
>> Step 5 - Transfer "know how" as part of close out i.e. train one of your management to take over reporting.
>>
>> End goal is to provide you with :
>>
>> 1) Daily Staffing Reporting indicating Daily Profit/Loss number which will be in par with Quick Books.
>> 2) Accurate Business Financial Model.
>> 3) Monthly Profit and Loss Statements.
>> 4) Break Even Point Analysis
>> 5) Projections for year 2014.
>> 6) Income to expense ratio
>> 7) Chargeback Analysis
>> 7) Marketing Reports: Profitability by publisher,this is very important in order to identify trash publishers and cut them off.
>> 8) Marketing Reports based on chargebacks by publishers.

EXHIBIT 29

>>
>> As i mentioned to Doris i would have to spend At least 2-3 days with your team to understand business model in detail.I would like to spend my time as:
>>
>> Day 1- Operations
>> Day 2 - Marketing
>> Day 3- Accounting
>>
>> My plan is to start from October 1st, 2013.I would like to come visit your office from October 2nd- 4th.
>>
>> With all that set below is what i deemed is appropriate for my services.As i anticipate the first 3 months to be crucial and taking lot of my time to Analysis and Prepare all the reporting.
>>
>> October 2013 : $10,000 ( plus $2000 to cover my visit to your office which included Air Ticket,Hotel,food and car rental)
>> November 2013 : $10,000
>> December 2013: $10,000
>>
>> After 3 months if you are not satisfied with my services i guarantee you a refund of $10,000.I believe in myself and confident that i can bring back the results that you are looking for.
>>
>> Also if you want me to carry on for daily reporting after 3 Months, depending on my time we can discuss the monthly fees at that time.
>>
>> Let me know if you have any questions.Looking forward to hear back from you.
>>
>> Regards
>>
>> Gary Bhasin
>>
>>
>>
>>
>>
>>
>

EXHIBIT 29