DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov
Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
 Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND McKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION IN LIMINE TO PERMIT PAUL MEDINA'S TESTIMONY BY TELEPHONE**<br><br>Hearing Date: June 20, 2016 at 8:30 am<br>Trial: June 21, 2016<br>Time: 9:00 a.m.<br>Courtroom: 10 |

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT**
**PAUL MEDINA'S TESTIMONY BY TELEPHONE**

## I. INTRODUCTION

Pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, Plaintiff moves for an order allowing Paul Medina to testify at trial by telephone from his home in Melbourne, Australia. Mr. Medina is a former Defendant in this case. On May 17, 2016, the Court entered a Stipulated Order for Permanent Injunction and Monetary Judgment as to Paul Medina. Dkt. 441. Mr. Medina's testimony is necessary to establish key facts about the Defendants' common enterprise and business practices, as well as various Defendants' knowledge, participation, or control.

## II. THE COURT SHOULD ALLOW PAUL MEDINA TO TESTIFY BY TELEPHONE

Under Rule 43(a), "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." Fed. R. Civ. P. 43. As shown below, good cause exists to allow Mr. Medina to testify, and appropriate safeguards will be in place for his testimony.

*1. Good Cause Exists To Allow Paul Medina To Testify By Telephone*

First, because Mr. Medina would incur prohibitive expense and travel to get to California, good cause and compelling circumstances justify his telephonic testimony.

"[G]ood cause and compelling circumstances may exist where a significant geographic distance separates the witness from the location of court proceedings." *Warner v. Cate*, No. 1:12-CV-1146-LJO-MJS, 2015 WL 4645019, at *1 (E.D. Cal. Aug. 4, 2015). For example, the witness in *Warner* lived in Texas and would have needed to travel to Fresno to testify at trial. The Court held that "Fresno's distance from Texas, and the associated cost and inconvenience [the witness] would incur to travel between them, amount to good cause and compelling circumstances" justifying remote testimony. *Id.* at *2.

Here, too, the significant cost and inconvenience of travel establish good cause and compelling circumstances justifying remote testimony. First, Mr. Medina would incur significant expense traveling from Australia to California. Additionally, Mr. Medina would have to spend nearly 30 hours flying to and from California—nearly five times the amount the witness in *Warner* would have traveled. In all, Mr. Medina may need to miss more than one week of work to

appear at trial. This significant inconvenience establishes good cause and compelling circumstance justifying remote testimony.

### 2. *Appropriate Safeguards Will Be In Place For Mr. Medina To Testify By Telephone*

Next, appropriate safeguards will be in place for Mr. Medina to testify by telephone.

"Appropriate safeguards exist where the opposing party's ability to conduct cross-examination is not impaired, the witness testifies under oath in open court, and the witness's credibility can be assessed adequately." *Warner*, 2015 WL 4645019, at *1 (E.D. Cal. Aug. 4, 2015). For example, the Ninth Circuit has stated that "[telephonic] testimony would have been admissible in a civil court proceeding under Federal Rule of Civil Procedure 43(a)" where the complaining party "had an adequate opportunity to cross-examine" a witness who testified by telephone. *Beltran-Tirado v. I.N.S.*, 213 F.3d 1179, 1186 (9th Cir. 2000).

Furthermore, in *Official Airline Guides, Inc. v. Churchfield Publications, Inc.*, the plaintiffs "continuously objected to the use of telephone testimony of witnesses from out of state or from the United Kingdom." The Court overruled these objections, "as the telephone testimony was made in open court and under

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT
PAUL MEDINA'S TESTIMONY BY TELEPHONE**
3

oath." 756 F. Supp. 1393, 1399 (D. Or. 1990), *aff'd*, *Official Airline Guides, Inc. v. Goss*, 6 F.3d 1385 (9th Cir. 1993).

Here, Mr. Medina will testify under oath in open court. The Defendants will have unimpaired ability to cross-examine him, and the Court will be able to assess his credibility. To this end, the FTC will ensure in advance that Mr. Medina has access to all exhibits to be used on direct and, if Defendants desire, cross-examination. Accordingly, appropriate safeguards will be in place for Mr. Medina to testify by telephone.

### III.   CONCLUSION

Good cause and compelling circumstances exist to allow Paul Medina to testify by telephone rather than travel from Australia to California. Furthermore, appropriate safeguards will be in place, assuring that Mr. Medina will testify under oath, be subject to cross-examination, and have his credibility assessed. Accordingly, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, the Court should allow Mr. Medina to testify at trial by telephone.

Respectfully submitted,

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT
PAUL MEDINA'S TESTIMONY BY TELEPHONE**
4

Dated: 6/13/16                                          _____*/s/ Reid Tepfer*_____
                                                        REID TEPFER
                                                        Texas Bar No. 24079444
                                                        LUIS GALLEGOS
                                                        Oklahoma Bar No. 19098
                                                        ZACHARY A. KELLER
                                                        Texas Bar No. 24087838
                                                        (pro hac vice pending)
                                                        Federal Trade Commission
                                                        1999 Bryan Street, Suite 2150
                                                        Dallas, Texas 75201
                                                        (214) 979-9395 (Tepfer)
                                                        (214) 979-9383 (Gallegos)
                                                        (214) 979-9382 (Keller)
                                                        (214) 953-3079 (fax)
                                                        rtepfer@ftc.gov; lgallegos@ftc.gov;
                                                        zkeller@ftc.gov

                                                        RAYMOND MCKOWN,
                                                        California Bar No. 150975
                                                        10877 Wilshire Boulevard, Suite 700
                                                        Los Angeles, California 90024
                                                        (310) 824-4343(voice)
                                                        (310) 824-4380 (fax)
                                                        rmcknown@ftc.gov

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT**
**PAUL MEDINA'S TESTIMONY BY TELEPHONE**
5

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 13, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Rueveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce

Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT
PAUL MEDINA'S TESTIMONY BY TELEPHONE**

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
jsb@jeffreybenice.com
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER
REID TEPFER


# CERTIFICATE OF CONFERENCE

Plaintiff conferred with Defense Counsel on Friday, June 10, 2016 by email. Plaintiff did not receive a response from any Defense Counsel.

/S/ REID TEPFER
REID TEPFER

**PLAINTIFF'S MOTION IN LIMINE TO PERMIT
PAUL MEDINA'S TESTIMONY BY TELEPHONE**
7