UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO PRE-ADMIT EXHIBITS FOR TRIAL** |

Plaintiff Federal Trade Commission filed its Notice of Motion and Motion *in Limine* to Pre-Admit Exhibits for Trial and Memorandum in Support, seeking pre-admission of Plaintiff Exhibits 2-15, 596-600, 906-908, and 919 at the trial of this matter. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the consumer declarations (Exhibits 2-15) satisfy the requirements for admissibility under Federal Rule Evidence 807. These written statements from consumers are offered as evidence of a material fact, are more probative on the points for which they are offered than any other evidence that can be procured through reasonable efforts, and their admission best

serves the purposes of the Federal Rules of Evidence and the interests of justice. Therefore, Plaintiff's consumer declarations, Exhibits 2-15, will be ADMITTED as evidence at trial in this matter.

**IT IS FURTHER ORDERED** that the certifications of regularly conducted business activity for Plaintiff Exhibits 596-600, 906-908, and 919 satisfy the requirements for admissibility under Federal Rules of Evidence 803(6), and 902(11). The certifications indicate that the attached records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of the regularly conducted activity of the entities; and were made by the regularly conducted activity as a regular practice of the entities. Additionally, Plaintiff provided proper notice to Defendants. Therefore, Plaintiff Exhibits 596-600, 906-908, and 919 will be ADMITTED as evidence at the trial of this matter.

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　The Honorable George H. Wu
　　　　　　　　　　　　　　　　　United States District Judge