**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*,<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING MOTION TO PRECLUDE TESTIMONY OF UNDISCLOSED WITNESSESS AT TRIAL** |

Plaintiff Federal Trade Commission filed its Notice of Motion and Motion *in Limine* to Preclude Testimony of Undisclosed Witnesses at Trial seeking preclusion of certain witness testimony at trial. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

Defendants failed to timely disclose numerous witnesses during discovery. Defendants failed to provide substantial justification and Defendants failure is harmful to Plaintiff. Because of Defendants failure, Plaintiff was unable to conduct any discovery related to these witnesses.

**IT IS THEREFORE ORDERED** that all testimony by Defendants' undisclosed witnesses, Mariya Aleskandrovna, Art Barham, Sergey Shevenko, Kevin Kotzin, Andras Kence, and Victor Azal, is to be EXCLUDED at the trial on the merits of this case.

**IT IS SO ORDERED.**

Dated: _____

                                        The Honorable George H. Wu
                                        Judge, United States District Court