# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO AUTHENTICATE DOCUMENTS FROM DEFENDANTS' BUSINESS PREMISES FOR TRIAL** |

Plaintiff Federal Trade Commission filed its Notice of Motion and Plaintiff's Motion *in Limine* to Authenticate Documents from Defendants' Business Premises for Trial and Memorandum in Support seeking to authenticate Plaintiff Exhibits 18, 46, 49, 79, 80, 101, 103-118, 152-153, 230, 232-245, 273, and 274 for the trial of this matter. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS ORDERED** that Plaintiff Exhibits 18, 46, 49, 79, 80, 101, 103-118, 152-153, 230, 232-245, 273, and 274 are authentic documents copied from Defendants' own business records at Defendants' own business premises.

1  Defendants have provided no credible evidence to suggest otherwise. Therefore,
2  the Court finds that Plaintiff Exhibits 18, 46, 49, 79, 80, 101, 103-118, 152-153,
3  230, 232-245, 273, and 274 are authenticated for trial in this matter.
4
5  **IT IS SO ORDERED.**
6
7  Dated: _____    _____
8                                 The Honorable George H. Wu
                                  United States District Judge