ROBERT L. ESENSTEN (SBN 65728)
  resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
  rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone:  (310) 273-3090
Facsimile:   (310) 207-5969

Attorneys for Defendants DORON NOTTEA and MOTTI NOTTEA

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | Case No.:  2:15-CV-04527-GW (PLAx)<br><br>*Assigned to the Honorable George Wu, Courtroom 10*<br><br>**INDIVIDUAL DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION IN LIMINE**<br><br>Date:  June 20, 2016<br>Time:  8:30 a.m.<br>Courtroom:  10<br>Judge: Honorable George Wu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on June 20, 2016 at 8:30 a.m., or as soon after or as soon thereafter as this matter may be heard in Courtroom 10 of the above-captioned Court located at 312 N. Spring Street, Los Angeles, California 90012, Individual Defendants Alon Nottea, Oz Mizrahi, Roi Reuveni, Igor Latsanovski, Paul Medina, Alan Argaman, and Doron Nottea (hereinafter "Individual Defendants") will, and hereby do, jointly move for an order to exclude the following evidence at Trial:

(1) Evidence as to Defendants' involvement in any activity unrelated to the allegedly unlawful conduct as being irrelevant and lacking foundation;

(2) The Receiver's Report (Dkt. #120) as constituting inadmissible hearsay and lacking foundation;

(3) The FTC-created diagram (Exhibit 1 to the FTC's MSJ) as lacking foundation, constituting inadmissible hearsay, and being confusing and lacking probative value; and

(4) The purported text message (Ex. 330) that the FTC claims Defendant Doron Nottea sent to himself as lacking foundation and being unauthenticated.

This Motion is made pursuant to the Federal Rules of Evidence and is based on the instant Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Proposed Order, the Court records and files herein, and on such evidence and argument as may be presented at the hearing on the Motion.

Dated:  June 13, 2016            **ESENSTEN LAW**
　　　　　　　　　　　　　　　　　ROBERT L. ESENSTEN
　　　　　　　　　　　　　　　　　RANDI R. GEFFNER

　　　　　　　　　　　　　　　　By:  */s/ Robert L. Esensten*
　　　　　　　　　　　　　　　　　　Robert L. Esensten
　　　　　　　　　　　　　　　Attorneys for Defendants DORON NOTTEA
　　　　　　　　　　　　　　　and MOTTI NOTTEA

Additional Counsel for Individual Defendants:

Robert M. Ungar, Esq.
CROSSWIND LAW
14724 Ventura Blvd., Penthouse
Sherman Oaks, California 91403
TEL: (310) 405-1884

Counsel for Defendants, Alon Nottea,
Roi Ruevenu and Adageo, LLC

| | |
|---|---|
| Sagar Parikh, Esq.<br>BEVERLY HILLS LAW CORP., PC<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, California 90210<br>TEL: (310) 887-1338<br>FAX: (310) 982-2603<br><br>Counsel for Defendants Paul Medina,<br>Alan Argaman, Chargeback Armor,<br>Inc. and Secured Merchants, LLC | Jeffrey S. Benice, Esq.<br>LAW OFFICES OF JEFFREY S.<br>BENICE<br>3080 Bristol Street, Suite 630<br>Costa Mesa, California 92626<br>TEL: (714) 641-3600<br>FAX: (714) 641-3604<br><br>Counsel for Defendants, Igor<br>Latsanovski and CalEnergy, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, I electronically filed the foregoing document entitled **INDIVIDUAL DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION IN LIMINE** with the Clerk of the Court by using the CM/ECF System.

                                                  */s/ Robert L. Esensten*
                                                  Robert L. Esensten