ROBERT L. ESENSTEN (SBN 65728)
    resensten@esenstenlaw.com
RANDI R. GEFFNER (SBN 116574)
    rgeffner@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Defendants DORON NOTTEA
and MOTTI NOTTEA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>    Defendants. | Case No.: 2:15-CV-04527-GW (PLAx)<br><br>*Assigned to the Honorable George Wu, Courtroom 10*<br><br>**[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' JOINT MOTION IN LIMINE**<br><br>Date: June 20, 2016<br>Time: 8:30 a.m.<br>Courtroom: 10<br>Judge: Honorable George Wu |

Having read and considered the parties' arguments in support of, and in opposition to, Individual Defendants' Joint Motion in Limine, and having found good cause therefor, the Court hereby **GRANTS** Individual Defendants' Joint Motion in Limine and orders as follows:

1. Evidence as to Defendants' involvement in any activity unrelated to the allegedly unlawful conduct is irrelevant and lacks foundation. Therefore, only evidence as to the alleged omissions and false representations on the website and the alleged unlawful credit card charges are relevant. Evidence of any other conduct is irrelevant and will hereby be excluded at trial. Fed. R. Evid. 401, 402.

2. The Receiver's Report (Dkt. #120) constitutes inadmissible hearsay and lacks foundation. Therefore, the Receiver's Report is inadmissible and will be excluded at trial. Fed. R. Evid. 801, 802.

3. The FTC-created diagram (Ex. 1) lacks foundation, constitutes inadmissible hearsay, and is confusing and lacks probative value. Therefore, the diagram is inadmissible and will be excluded at trial. Fed. R. Evid. 801, 802, 901, 403.

4. The purported text message (Ex. 330) that the FTC claims Defendant Doron Nottea sent to himself lacks foundation and is unauthenticated. Therefore, the purported text message (Ex. 330) is inadmissible and will be excluded at trial. Fed. R. Evid. 901.

**IT IS SO ORDERED.**

DATED: June _____, 2016

_____
Honorable George Wu
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING INDIVIDUAL DEFENDANTS' JOINT MOTION IN LIMINE** with the Clerk of the Court by using the CM/ECF System.

                            */s/ Robert L. Esensten*
                            Robert L. Esensten