# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | June 9, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Miranda Algorri | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Robert L. Esentsten |
| Dama Brown | Robert M. Ungar |
| | Jeffrey S. Benice |
| | Sagar Parikh |

PROCEEDINGS:    **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR ORDER STATING THAT CERTAIN MATERIAL FACTS HAVE BEEN ESTABLISHED [452];**

**PRETRIAL CONFERENCE**

Court hears oral argument re Plaintiff FTC's motion for summary judgment. For reasons stated on the record, Plaintiff's motion is DENIED WITHOUT PREJUDICE.

Court and counsel confer re pretrial issues. Plaintiff FTC is ordered to provide to the Court and Defendants the following by noon on June 14, 2016:

(1)     A list of the products at issue, advertisements and the problematic portions.
(2)     Sellers list.

Final motions in limine by Plaintiff will be filed by June 12, 2016. Joint responses will be filed by noon on June 16, 2016. The Pretrial Conference is continued to June 20, 2016 at 8:30 a.m. Court Trial remains set for June 21, 2016 at 9:00 a.m.

|  | 1 | : | 15 |
|---|---|---|---|

Initials of Preparer    JG