# Risk-Free Trial Offers

AuraVie, the primary product at issue in this case, was marketed through numerous URLs with identical or nearly identical landing pages. The challenged claims are identified by red boxes or arrows added by the FTC.

**Example: AuraVie (Auraviefreetrial.com; Ex. 994)**

**Capture Date: 3/25/14**

Nearly identical website captures: Auravietrialkit.com (Ex. 1007; captured: 3/25/14); myauravie.com (Ex. 600-17 to -26; captured 1/14/15)

**Top of Landing Page**



# Where Are The Terms and Conditions?

Links to the terms and conditions page, where material information was disclosed, were hidden at the bottom of the website offer on the landing page. On many of Defendants' landing pages, this hyperlink could only be found by scrolling to the bottom of website and clicking on "T&C" (see the FTC's added red arrow below).

**Bottom of Landing Page**

**Example: AuraVie (Auraviefreetrial.com)**



# The "Final Step" Page

### Example: AuraVie (Auraviefreetrial.com)



After a consumer has decided to order AuraVie, they are taken to a "final step" page. On that page, below a false claim of Better Business Bureau accreditation, the website states in bold red font that their "Trial" costs "$0.00." Included at the bottom is a statement of 100% satisfaction guaranteed. At the bottom of AuraVie order page, below the "100% satisfaction guaranteed" logo, is a fine print disclaimer in which Defendants list some, but not all, of the material terms of their offer.

# Defendants' Fine Print Disclaimer on "Final Step" Page

### Example: AuraVie (Auraviefreetrial.com)

Defendants' fine print disclaimer (red arrow above) does not mention the $97.88 charge or "autoship program" until the middle of the paragraph:

> We take great pride in the quality of our products & are confident that you will achieve phenomenal results. By submitting your order, you agree to both the terms of this offer (click link below) & to pay $4.95 S&H for your 10 day trial. If you find this product is not for you, cancel within the 10 day trial period to avoid being billed. **After your 10 day trial expires, you will be billed $97.88 for your trial product & enrolled in our monthly autoship program for the same discounted price.** Cancel anytime by calling 866.216.9336. Returned shipments are at customer's expense. This trial is limited to 1 offer per household.

The chart below shows that many of the material terms of Defendants' "risk-free trial" are not included in even this fine print.

| Material Term | Included in Disclaimer on Final Step Page? |
|---|---|
| Consumers will be charged 97.88 if they keep their trial product | Yes |
| Length of trial period | Yes |
| The 10-day trial period begins on the day that the product is ordered | **No** |
| Consumer must return the product to Defendants before the end of the 10 day trial period to avoid a $97.88 charge | **No** |
| Consumers may not return the product for a refund after 30 days, even if it has not been opened | **No** |
| A restocking fee, usually $15, may be charged when a product is returned | **No** |

## The Terms and Conditions

TERMS & CONDITIONS
LAST UPDATED: July 20, 2013
ATTENTION: This is a binding agreement between You, the person or entity agreeing to the terms contained in this document ("You" "Your" or "Customer"), and (auraviefreetrial.com) ("Our" or "Company") the owner and administrator of this Website and all content and functionality contained herein. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY PRODUCT THROUGH THE WEBSITE.
INTRODUCTION
These terms and conditions, as well as any additional terms, conditions and covenants referenced in or made available by hyperlink in this document (collectively, these "Terms" or this "Agreement"), govern Your use of and access to this Website and any and all of its sub-pages (collectively, the "Website"). This Agreement is intended to be governed by the Electronic Signatures in Global and National Commerce Act. You manifest Your agreement to the terms in this document by any act demonstrating Your assent thereto, including clicking any button containing the words "I agree" or similar syntax, or by merely accessing the Website, whether You have read these terms or not. It is suggested that You print this form for Your personal records.
(auraviefreetrial.com) reserves the right to revise, amend, or modify this policy and Our other policies and agreements related to the Website at any time and in any manner, without prior notice to You. Accordingly, You should periodically check this page for any modifications of these Terms.
If You do not agree to be bound by these Terms, You may not enter, access or use the Website, or purchase any products through this Website, and You should exit the Website immediately. By accessing, using or ordering products through the Website, You affirm that You have read this Agreement and understand, agree and consent to all Terms contained herein.

You further agree not to use or access Website if doing so would violate the laws of Your state, province or country. At the bottom of this page appears a "last modified" date. If the "last modified" date remains unchanged, then You may presume that no changes have been made since the "last modified" date. A changed "last modified" dates indicates that this document has been updated or edited, and the updated or edited version supersedes any prior versions immediately upon posting.

ORDERING PRODUCTS THROUGH THE WEBSITE: POLICIES
NOTE: Some products come with a ten (10) day trial period (Risk Free Trial) as described in this Agreement. If You have any questions about our Risk Free Trial, please contact Our Customer Service Department toll-free at 866-216-9336. Our Customer Service Department is open Monday through Friday, from 7am to 4pm Pacific Standard Time (PST).

RISK FREE TRIAL: Our Risk Free Trial policy requires You to understand certain important dates. The policy, and the important dates for You to know, are as follows:
OFFER TERMS: IMPORTANT READ PURCHASE TERMS BEFORE ORDERING: By placing your trial order today, you agree to be enrolled in a 10-day trial offer for $4.95 S&H. After the 10 day trial expires, and if you have not cancelled your order within the 10-day trial period and return all product shipments, you agree that your card will be charged $97.88 for our advanced AuraVie SkinCare as part of this exclusive member auto-ship program. Your monthly member auto-ship will recur at $97.88, including S&H, every month from the time your 10-day trial expires until you cancel. If you choose to opt out of the risk free 10-day trial, all product shipments must be returned at the customer's expense. Call our customer care at 866-216-9336 within your 10-day trial period to cancel. By submitting this order, I hereby agree to the T&C's of this offer and the member auto-ship program. For additional purchase, cancellation, return, refund and other details, and for our privacy policy, see Terms & Conditions and Privacy Policy. Risk Free Trial is limited to 1 offer per household.

Regardless of whether You cancel Your Risk Free Trial in a timely fashion or not, You will be responsible to pay the shipping and handling charges associated with Your Product (currently ranging between $2.95 and $9.95, depending on the Product ordered). You agree that we can charge Your credit card for this amount, and You agree to pay such amount regardless of whether You cancel Your Risk Free Trial in a timely fashion or not. No refunds will be issued for shipping and handling charges.

Risk Free Trial is limited to 1 offer per household.

All California orders are subject to applicable sales tax.

YOU UNDERSTAND THAT THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION AND THAT YOU WILL BE LIABLE FOR PAYMENT OF PRODUCT THAT WAS SHIPPED TO YOU, AND FUTURE SHIPMENTS OF PRODUCT, IF YOU FAIL TO NOTIFY US TO STOP SUPPLYING THE PRODUCT TO YOU.

We may need to verify information you provide before we accept an order, and may cancel or limit an order any time after it has been placed. If payment has already been made and your order is cancelled or limited, we will refund any payment you made for the product that will not be shipped, delivered or downloaded due to cancellation or limitation of an order in the same tender as the original purchase. We expressly condition our acceptance of Your order on Your agreement to this Agreement.

CANCELATION OF ORDER. If You wish to cancel future deliveries of the Product and You are within the Risk Free Trial Period, then call AuraVie SkinCare Customer Care toll-free at 866-216-9336 within your 10-day trial period to cancel. We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product outside of the Risk Free Trial, then You must call Our Customer Service Department toll-free at 866-216-9336 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@Auravie.com. When emailing us, please include

ttp://auraviefreetrial.com/terms.php[3/25/2014 8:58:58 AM]

# False Better Business Bureau Claims

On some of the AuraVie websites, when consumers tried to leave the website, a popup box appeared offering the product for an even lower shipping price. This popup box also repeats the false representations about AuraVie's BBB rating and accreditation status found on the "final step" page.

### Example: AuraVie (Auraviefreetrial.com)



# Additional Examples of Defendants' Websites

### Example: Miracle Face Kit (Miraclefacekit.com; Ex. 995)

### Capture: 5/12/14

### Top of Landing Page



**Example: Miracle Face Kit (Miraclefacekit.com; Ex. 995)**

**Capture: 5/12/14**

**Terms and Conditions Link on Bottom of Landing Page**



**Example: Dellure (Buydellure.com; Ex. 997)**

**Capture Date: 5/28/15**

**Top of Landing Page**



**Example: Dellure (Buydellure.com; Ex. 997)**

**Capture Date: 5/28/15**

**Terms and Conditions Link on Bottom of Landing Page**





**Example: Dellure (Buydellure.com; Ex. 997)**

**Capture Date: 5/28/15**

**Terms and Conditions**

**CANCELLATION OF ORDER.** If You wish to cancel future deliveries of the Product then call buydellure.com Customer Care toll-free at 1800-949-8255 . We will issue you an RMA number and you then simply return the unused portion of the product within 30 days from the order date, and you will NEVER be billed, that is, unless you do not return the product within the time allotted. If You wish to cancel future deliveries of Product then You must call Our Customer Service Department toll-free at 1800-949-8255 and request that such future shipments be terminated. Alternatively, you can send an email requesting cancellation to support@dellure.com. When emailing us, please include your full name and address, as well as the name of the Product(s) that You ordered. Your request for termination, whether by phone or email, will be processed immediately; however, subject to our refund policy (described below) You will be responsible for payment for any Product that has either (i) already been shipped to You or (ii) already being delivered to You at the time of Your call.

## Who Registered These Websites?

Defendants made the same offers, using the same templates, on dozens of websites. Alon Nottea has sworn that Defendants explored the idea of marketing through third-party distributors but abandoned the idea. (Decl. of Alon Dkt. 391-3 ¶ 6). These websites were registered by Alon Nottea and the Individual Defendants, and consumers' money went to the same companies—the Corporate Defendants in this case. Below are just some of Defendants' websites registered by Alon Nottea using his admitted alias, "Jay Michaels" (Ex. 598-5 to -10):

| AuraVie websites registered by Alon Nottea | Miracle Face Kit websites registered by Alon Nottea | LeOr websites registered by Alon Nottea | Dellure websites registered by Alon Nottea |
|---|---|---|---|
| Auraviefreetrial.com ; Getmyauravie.com;  Tryauravie.com; Myauravie.com; Auravienow.com; Buyauravie.com; Auravieface.com; Auraviebeauty.com; Auraviecosmetics.com; Auravieday.com; Auraviegift.com; Auraviebday.com; Auraviegiveaway.com; Auravierefresh.com; Auravieserum.com; Auravierevive.com; Auraviereplenish.com; Auraviepeel.com; Auraviemoisturizer.com; Auravieyouth.com; Auraviebeautytrial.com; Myauraviesystem.com; Yourauraviekit.com; Orderauravie.com; Tryauraviekit.com; Auravieantiwrinkle.com; Auravietrials.com; Myauravieonline.com; Auravietrialpackage.com; Yourauravie.com; Auravieantiaging.com; Getauravienow.com; Auravieskintrial.com; Getauravieantiaging.com; Auraviesolution.com; Auravieonline.com; Tryauravienow.com; Myauravieskincare.com; Tryauravieonline.com; Myauravietrial.com; Theauravietreatment.com; Auravietestimonials.com; | Newmiraclekit.com; Miraclekitfreetrial.com; Mymiraclekit.com; Themiraclefacekit.com | Tryleorskincare.com; Leorbeauty.com | Dellurefreetrial.com; delluresample.com; dellurebeauty.Com; Mydelluretrial.Com; Trydellure.com; Mydellure.com; Delluretrial.com; Delluresample.com |

(While Alon registered these URLs, some of these URLs were never used.)

## Were Defendants' Websites Associated with a Particular Shell Company?

By the nature of Defendants' scheme, URLs were typically not associated with a particular company. While Defendants used affiliate marketers to *direct* consumers to their websites, the websites or "landing pages" themselves were managed by Defendants. Defendants simply shuffled consumer charges between merchant accounts—a practice called "load balancing"—to keep their chargeback ratio down. But all AuraVie websites were associated with Defendants, and only Defendants marketed AuraVie by risk-free trial. That said, Defendants' records suggest that at least some websites were associated with certain merchant accounts or companies:

| URL | Associated with Particular Corp. Defendant? |
|---|---|
| Auraviefreetrial.com | Media Urge, Inc. (Ex. 589) |
| Auravietrialkit.com | Media Urge, Inc. (Ex. 589) |
| Getmyauravie.com | Media Urge, Inc. (Ex. 589) |
| Tryauravie.com | Media Urge, Inc. (Ex. 589) |
| AuraViebeauty.com | Agoa Holdings, Inc. (Ex. 75) |
| Auraviegiveaway.com | DMA Media Holdings, Inc. (Ex. 75) |
| Myauravie.com | BunZai Media Group, Inc. (Ex. 75) |
| Newmiraclekit.com | BunZai Media Group, Inc. (Ex. 75) |
| Miraclekitfreetrial.com | Lifestyle Media Brands, Inc. (Ex. 75) |
| Mymiraclekit.com | Agoa Holdings, Inc. (Ex. 75) |

# Who Is the Reasonable Consumer?

To determine whether a violation of Section 5 occurred in this action, the Court must determine the overall net impression made by an advertisement website offers.[1] The Court can simply look at an advertisement to determine if it is likely to mislead reasonable consumers.

But who is a "reasonable consumer"? While the 9th Circuit has not clearly enunciated a standard, the 10th Circuit has. The standard is a low one, meant to protect the "vast multitude" of our society:

> Recent § 5 cases tend to speak in terms of the "reasonable" rather than the "ordinary" consumer. *See*, *e.g., Federal Trade Comm'n v. Tashman*, 318 F.3d 1273, 1277 (11th Cir. 2003); *Federal Trade Comm'n v. Publishing Clearing House, Inc.*, 104 F.3d 1168, 1170 (9th Cir. 1997). We believe reference to the "reasonable consumer" in the context of § 5 may be misleading. Consumer protection laws exist to protect "the public-that vast multitude, which includes the ignorant, the unthinking, and the credulous, who, in making purchases, do not stop to analyze, but are governed by appearances and general impressions." 3A Louis Altman, Callman on Unfair Competition, Trademarks and Monopolies § 21:9, at 21-80 (4th ed. 2004) (internal quotations and footnotes omitted). "Unlike the abiding faith which the law has in the 'reasonable man,' it has very little faith indeed in the intellectual acuity of the 'ordinary purchaser' who is the object of the advertising campaign." *Sterling Drug*, 317 F.2d at 674. "The average purchaser has been variously characterized as not 'straight thinking,' subject to 'impressions,' uneducated, and grossly misinformed; . . . he wishfully believes in miracles . . . ." *Id.* (internal quotations omitted). At the same time, however, courts should remain mindful that "the purchasing public must be credited with at least a 'modicum of intelligence,' a 'minimum capacity for discrimination.' Ordinary carelessness does not encompass extraordinary blindness." 3A Altman, Callman on Unfair Competition § 21:9, at 21-90 to 21-91 (internal footnotes omitted).[2]

---

[1] *See FTC v. Gill*, 71 F. Supp. 2d 1030, 1043 (C.D. Cal. 1999).
[2] *FTC v. Freecom Communs., Inc.*, 401 F.3d 1192, 1202 n.5 (10th Cir. 2005); *but see FTC v. John Beck Amazing Profits*, LLC, 2009 U.S. Dist. LEXIS 130923 (finding that the Court need not determine whether the "reasonable consumer" encompasses "the ignorant, the unthinking, and the credulous," as stated by the *FreeCom* Court, because "ample Ninth Circuit authority hold[s] that an act or practice is considered deceptive if it would likely mislead consumers acting reasonably under the circumstances.") (internal quotation marks omitted).