# Defendants' Web of Companies

The flow of money between the various Corporate Defendants reveals a tangled web of shell companies operated by the same principals.



**Flow of Funds to Defendant CalEnergy, Inc.**

Information from Appendix to Receiver's Report (Dkt. #121-2, at 2)



Each of the companies in Defendants' web served a different purpose in the AuraVie common enterprise.

## The Shell Companies

Defendants used numerous shell companies to process consumer charges for their risk-free trials. The reason? Defendants' payment processors have strict limits concerning the maximum number of chargebacks, and Defendants were at risk of exceeding these limits. Accordingly, Defendants engaged in "load balancing"—they would shuffle consumer charges to various merchant accounts held by different companies depending on the chargeback ratio for each account. Defendants paid friends and family to open these companies and accounts.

| Defendants' Companies | Product(s) associated with Corporate Defendant* | Number of merchant accounts |
|---|---|---|
| Lifestyle Media Brands, Inc. | AuraVie; Miracle Face Kit | 5 |
| Agoa Holdings, Inc. | AuraVie; Miracle Face Kit | 6 |
| Zen Mobile Media, Inc. (Latsanovski) | AuraVie | 6 |
| Safehaven Ventures, Inc. | AuraVie | 6 |
| Heritage Alliance Group, Inc. | AuraVie | 6 |
| AMD Financial Network, Inc. | AuraVie | 6 |
| Kai Media, Inc. | AuraVie | 6 |
| Insight Media, Inc. | AuraVie | 6 |
| DMA Media Holdings, Inc. | AuraVie | 4 |
| Shalita Holdings, Inc. | AuraVie | 4 |
| All Star Beauty Products, Inc. | AuraVie | 4 |
| DSA Holdings | AuraVie, Miracle Face Kit | At least 4 |

**Information from Appendix to Receiver's Report (Dkt. #121-2, at 3) and Exs. 75; 78.**

\* The Corporate Defendant was not necessarily limited to these products, however.

## The Other Corporate Defendants and Their Respective Roles in the Common Enterprise

| Corporate Defendant | Role in the Common Enterprise | Associated Defendants |
|---|---|---|
| BunZai Media Group, Inc. | The original company in the AuraVie scheme. Before dissolving, BunZai marketed and sold AuraVie products by risk-free trial through as many as seven merchant accounts. | A. Nottea; D. Nottea; Latsanovski; Bond; Reuveni; Argaman |
| SBM Management, Inc. | The "management" company for the shell corporations after BunZai dissolved. Defendants' shell companies funneled money to SBM, which in turn passed the money on to the Individual Defendants or other companies in the common enterprise. SBM also paid expenses for the various shell corporations | A. Nottea; D. Nottea |
| Pinnacle Logistics, Inc. | Defendants' customer service and fulfillment company after the dissolution of BunZai. Pinnacle responded to consumers calling to complain about AuraVie products sold by the shell companies. Pinnacle also shipped the product and processed returned product. | A. Nottea; D. Nottea; Reuveni; Argaman |
| CalEnergy, Inc. | The company was a pass-through entity for Defendant Igor Latsanovski. Defendant Latsanovski loaned money and received profits through the company. The company also managed | Igor Latsanovski |
| Secured Merchants, LLC | Refuted consumer chargebacks, assistance with managing the various risk-free trial campaigns in Lime Light customer relations management software, created automated customer service for AuraVie and other products; and provided various other technological assistance | A.Nottea; D. Nottea; Latsanovski; Argaman |
| Secured Commerce, LLC | This company designed AuraVie landing pages. Also provided Defendants assistance in bulk shipping discounts. | D. Nottea; Argaman |
| Media Urge, Inc. | Defendants' main media company. Media Urge secured third-party advertising, engaged in tracking of conversion and campaigns, and helped to design marketing material. | Alon Nottea |
| Focus Media Solutions, Inc. | The successor company to Media Urge. Focus Media was an affiliate marketing company controlled by Defendants' that marketed Defendants' skincare products as well as other products. | A. Nottea; Latsanovski |
| Adageo LLC | Alon Nottea's consulting company through which he claims to have provided "marketing consulting." The company served as a "pass-through entity" for profits from the AuraVie scheme. | A. Nottea |
| USM Products, Inc. | Purchased the AuraVie products and shipping containers. | A. Nottea |
| Merchant Leverage Group, Inc. | Provided "merchant processing services" for Corporate Defendants. | A. Nottea; Latsanovski |
| Relief Defendant Chargeback Armor, Inc. | Refuted consumer chargebacks for AuraVie charges. | A. Nottea; D. Nottea; Reuveni; Argaman |