# Complaints

Defendants marketed skincare products by "risk-free trial." Nearly all of Defendants' revenue came from these sales. Defendants primary product was AuraVie. The marketing tactics were similar, but the overwhelming majority of sales and complaints relate to Defendants' main product: **AuraVie**.

Complaints against Defendants' products from 2010 to present:

| Product | Number of Complaints* |
|---|---|
| AuraVie | 865 |
| Dellure | 6 |
| Miracle Face Kit | 6 |
| LeOr Skincare | 1 |



*Figures determined by consumer complaints submitted to the FTC's Consumer Sentinel database.