DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
EMILY ROBINSON
erobinson@ftc.gov; Tex. Bar No. 24046737
ZACHARY A. KELLER
zkeller@ftc.gov
Texas Bar No. 24087838 (pro hac vice pending)
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9386 (Robinson); (214) 979-9382 (Keller)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1      **PLEASE TAKE NOTICE** that pursuant to Local Rule 52-1, the Plaintiff

2    hereby lodges the attached Proposed Findings of Fact and Conclusions of Law.

3

4                                                  Respectfully submitted,

5
     Dated: 6/14/16                      _____*/s/ Reid Tepfer*_____
6                                        REID TEPFER,
                                         Texas Bar No. 24079444
7                                        LUIS GALLEGOS
                                         Oklahoma Bar No. 19098
8                                        Federal Trade Commission
                                         1999 Bryan Street, Suite 2150
9                                        Dallas, Texas 75206
                                         (214) 979-9395 (Tepfer)
10                                        (214) 979-9383 (Gallegos)
                                          (214) 953-3079 (fax)
11                                        rtepfer@ftc.gov; lgallegos@ftc.gov;
                                         erobinson@ftc.gov; zkeller@ftc.gov
12
                                         RAYMOND MCKOWN,
13                                        California Bar No. 150975
                                         10877 Wilshire Boulevard, Suite 700
14                                        Los Angeles, California 90024
                                         (310) 824-4343(voice)
15                                        (310) 824-4380 (fax)
                                         rmcknown@ftc.gov
16

17

18

19

20

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 14, 2016, a true and correct copy of the
2   foregoing document was electronically filed with the clerk of the U.S. District
Court, Central District of California, using the electronic case filing system of the
3   court. The attorneys listed below were served by pursuant to the ECF notice
generated by the Court, or by email.

4

Erik S Syverson
5   Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
6   Beverly Hills, CA 90212
esyverson@raineslaw.com
7   Counsel for Oz Mizrahi

8   Robert M. Ungar
Crosswind Law
9   14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
10  rmu@crosswindlaw.com
Counsel for Alon Nottea and
11  Roi Rueveni

12  Robert Esensten
Esensten Law
13  12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
14  resensten@esenstenlaw.com
Counsel for Doron Nottea and
15  Motti Nottea

16  Charlene Cantrell Koonce
Receiver
17  Scheef & Stone
500 N. Akard, Suite 2700
18  Dallas, Texas 75201
charlene.koonce@solidcounsel.com
19  Receiver

20

1    Sagar Parikh
     Beverly Hills Law Corp. PC
2    433 N. Camden Drive, 6th Floor
     Beverly Hills, CA 90210
3    SP@BeverlyHillsLawCorp.com
     Attorney for Secured Merchants LLC
4    and Chargeback Armor, Inc.

5    Jeffrey Benice
     Law Offices of Jeffrey S. Benice
6    A Professional Law Corporation
     3080 Bristol Street
7    Sixth Floor, Suite 630
     Costa Mesa, CA 92626
8    jsb@jeffreybenice.com
     Telephone: (714) 641-3600 Ext. 214
9
     /S/ REID TEPFER
10   REID TEPFER

11

12

13

14

15

16

17

18

19

20