Michael J. Weiss (SBN 206473)
**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
5900 Wilshire Blvd. Suite 2250
Los Angeles, CA 90036
310-300-2900
310-300-2901- Fax
Mweiss@agmblaw.com

Charlene Koonce (TX SBN 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>    Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>RECEIVER'S REPORT REGARDING FEES AND EXPENSES |

As required by the September 18, 2015 Order, Docket No. 211, the Receiver files this Report Regarding Fees and Expenses, and respectfully shows the Court:

During this reporting period, the following fees and expenses were incurred:

|  | Fees | Expenses |
|---|---:|---:|
| Abrams Garfinkel Margolis Bergson, LLP | $ 0 | $ 0 |
| Brandlin & Associates | $ 0 | $ 0 |
| Elluma Discovery | $ 0 | $20.00 |
| Receiver | $435.00 | $ 0 |
| Scheef & Stone, LLP | $35.00 | $367.63 |
| **Total** | **$470.00** | **$387.63** |

The tasks which necessitated the fees reported above will be detailed in the Receiver's next motion seeking approval of fees and expenses and authorization to pay those fees and expenses. These tasks include but are not limited to communications with Bank of America and preparation of a declaration regarding funds located in safe deposit box.

Fees (excluding expenses)[1] for all accrued time not yet submitted to the court for approval are $123,902.17.

---

[1] In reconciling invoices with these monthly reports, the Receiver has discovered previously unreported expenses that had not been received for the prior month at the time the expenses for that month were reported. The total previously unreported expenses are approximately $1,500 and will be detailed in a future motion to approve fees and expenses.

- 2 -
RECEIVER'S REPORT REGARDING FEES AND EXPENSES

Respectfully submitted,

/s/Charlene Koonce
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

- 3 -
RECEIVER'S REPORT REGARDING FEES AND EXPENSES

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Erik S Syverson / Scott M. Lesowitz<br>Steven T. Gebelin<br>Raines Feldman LLP<br>9720 Wilshire Boulevard Fifth Floor<br>Beverly Hills, CA 90212<br>*Counsel for Oz Mizrahi* | Robert L. Esensten<br>Randi R. Gefflner<br>Esensten Law<br>12100 Wilshire Boulevard, Suite 1660<br>Los Angeles, CA 90025<br>*Counsel for Doron Nottea and Motti Nottea* |
| Robert M. Ungar<br>Crosswind Law<br>14724 Ventura Blvd Penthouse<br>Sherman Oaks, CA 91403<br>*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC* | Jeffrey S Benice<br>Law Offices of Jeffrey S Benice<br>3080 Bristol Street Suite 630<br>Costa Mesa, CA 92626<br>*Counsel for Igor Latsanovski and CalEnergy, Inc.* |
| Benjamin A. Pettit<br>20 East Pueblo Street<br>Santa Barbara, CA 93105<br>*Counsel for Alon Nottea* | Reid Tepfer/ Luis Gallegos<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, TX 75201<br>*Counsel for the FTC* |
| Raymond E McKown<br>Federal Trade Commission<br>10877 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90024<br>*Counsel for the FTC* | Sagar Parikh<br>Beverly Hills Law Corp., PC<br>433 N. Camden Drive, 6th Floor<br>Beverly Hills, CA 90210<br>*Counsel for Chargeback Armor, Inc. and Secured Merchants, LLC* |

                                        */s/ Charlene C. Koonce*
                                        CHARLENE C. KOONCE