1  DAVID C. SHONKA
   Acting General Counsel

2  DAMA J. BROWN
   Dbrown1@ftc.gov
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov; Tex. Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov; Okla. Bar No. 19098
6  ZACHARY A. KELLER
   zkeller@ftc.gov; Texas Bar No. 24087838
   DAMA J. BROWN
7  Dbrown1@ftc.gov; Michigan Bar No. P54775
   Federal Trade Commission
8  1999 Bryan Street, Ste 2150
   Dallas, Texas 75206
9  (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
   (214) 979-9382 (Keller); (214) 979-9374 (Brown)
   (214) 953-3079 (fax)
10 RAYMOND MCKOWN
   rmckown@ftc.gov; Cal. Bar No. 150975
11 10877 Wilshire Boulevard, Ste 700
   Los Angeles, California 90024
12 (310) 824-4343(voice); (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**NOTICE OF LODGING AND LODGING OF CERTIFIED DEPOSITION TRANSCRIPTS** |

**PLEASE TAKE NOTICE** that pursuant Plaintiff Federal Trade Commission hereby lodges the following certified deposition transcripts:

1. Deposition of Alon Nottea, taken February 18, 2016.

2. Deposition of Doron Nottea, taken January 20, 2016.

3. Asset deposition of Igor Latsanovski by Receiver, taken July 2, 2015.

4. Deposition of Igor Latsanovski, taken January 28 and 29, 2016.

5. 30(b)(6) deposition of CalEnergy, Inc., by and through Igor Latsanovski, taken January 29, 2016.

6. Deposition of Alan Argaman, taken February 24, 2016.

7. Deposition of Paul Medina, taken February 23, 2016.

8. Deposition of Roi Reuveni, taken February 19, 2016.

9. Deposition of Andrew Stanley, taken February 20, 2016.

10. Deposition of Nastassia Yalley, taken February 17, 2016.

Respectfully submitted,

Dated: 6/16/16

_____/s/ Reid Tepfer_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov; zkeller@ftc.gov; dbrown1@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 16, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and Roi Reuveni

1  Robert Esensten
   Esensten Law
2  12100 Wilshire Blvd., Suite 1660
   Los Angeles, CA 90025
3  resensten@esenstenlaw.com
   Counsel for Doron Nottea and
4  Motti Nottea

5  Charlene Cantrell Koonce
   Receiver
6  Scheef & Stone
   500 N. Akard, Suite 2700
7  Dallas, Texas 75201
   charlene.koonce@solidcounsel.com
8  Receiver

9  Sagar Parikh
   Beverly Hills Law Corp. PC
10 433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
11 SP@BeverlyHillsLawCorp.com
   Attorney for Secured Merchants LLC
12 and Chargeback Armor, Inc.

13 Jeffrey Benice
   Law Offices of Jeffrey S. Benice
14 A Professional Law Corporation
   3080 Bristol Street
15 Sixth Floor, Suite 630
   Costa Mesa, CA 92626
16 jsb@jeffreybenice.com
   Telephone: (714) 641-3600 Ext. 214
17
   /S/ REID TEPFER
18 REID TEPFER

19

20