UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,      )
                               )
            Plaintiff,         )
                               )
      vs.                      )   CASE NO. CV 15-4527-
                               )              GW(PLAx)
BUNZAI MEDIA GROUP, INC., a    )
California corporation, also   )
doing business as Aura Vie and )
Miracle Face Kit; et al.,      )
                               )
            Defendants.        )
_____)

VIDEOTAPED

DEPOSITION OF IGOR LATSANOVSKI

Thursday, July 2, 2015

Los Angeles, California

REPORTED BY:  GAIL T. BERARDINO, C.S.R. NO. 4045

```
 1                  UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   FEDERAL TRADE COMMISSION,      )
                                    )
 5               Plaintiff,         )
                                    )
 6               vs.                )   CASE NO. CV 15-4527-
                                    )            GW(PLAx)
 7   BUNZAI MEDIA GROUP, INC., a    )
     California corporation, also   )
 8   doing business as Aura Vie and )
     Miracle Face Kit; et al.,      )
 9                                  )
                 Defendants.        )
10   _____)

11

12

13          Videotaped deposition of IGOR LATSANOVSKI,

14       taken on behalf of the Receiver, at 5900 Wilshire

15       Boulevard, Suite 2250, Los Angeles, California

16       90036, commencing at the hour of 8:50 a.m.,

17       Thursday, July 2, 2015, before Gail T. Berardino,

18       CSR No. 4045, pursuant to Notice of Taking

19       Deposition.

20

21

22

23

24

25
```

Kusar ® *Keeping Your Word Is Our Business℠*

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 3 of 285   Page ID
#:15505

Igor Latsanovski                     Federal Trade Commission vs. Bunzai Media Group, Inc.                     1090802

```
 1    APPEARANCES:

 2    For Receiver Charlene C. Koonce:

 3              SCHEEF & STONE, LLP
              BY:  J. MITCHELL LITTLE
 4                Attorney at Law
              2600 Network Boulevard
 5              Suite 400
              Frisco, Texas 75034
 6              214-706-4200
              Mitch.little@solidcounsel.com
 7
      For Federal Trade Commission:
 8
              FEDERAL TRADE COMMISSION
 9              BY:  REID TEPFER
                  Attorney at Law
10              (Appearing by telephone)
              1999 Bryan Street
11              Suite 2150
              Dallas, Texas 75201
12              214-979-9395

13
      For Witness Igor Latsanovski:
14
              SCHEPER KIM & HARRIS, LLP
15              BY:  MARC S. HARRIS
                  Attorney at Law
16              601 West 5th Street
              12th Floor
17              Los Angeles, California 90071
              213-613-4690
18              Mharris@scheperkim.com
                    and
19              GUROVICH, BERK & ASSOCIATES
              BY:  ELON BERK
20                Attorney at Law
              15250 Ventura Boulevard
21              Suite PH-1220
              Sherman Oaks, California 91403
22              818-205-1555
              gba_law@yahoo.com
23
      Also Present:
24
              Charlene C. Koonce
25              Chuck Perry, Videographer
```



1                              I N D E X

2      DEPONENT                      EXAMINATION                 PAGE

3      IGOR LATSANOVSKI          MR. LITTLE                      14

4

5                      EXHIBITS FOR IDENTIFICATION

6      Receiver's 1    Articles of Incorporation of Zen
                       Mobile Media, Inc.; 2 pages              11
7
       Receiver's 2    IRS e-file Signature Authorization
8                      for Form 1120 for Zen Mobile Media,
                       Inc., for 2011; 8 pages                  11
9
       Receiver's 3    Gmail from accounting818@gmail.com
10                     to Risk@gomidsource.com dated
                       12/27/13; 3 pages                        11
11
       Receiver's 4    IRS Form W-3 Transmittal of Wage
12                     and Tax Statements 2011 for Zen
                       Mobile Media, Inc.; 2 pages              11
13
       Receiver's 5    W-2 Wage and Tax Statement 2012
14                     for Zen Mobile Media, Inc.; 2 pages      11

15     Receiver's 6    W-2 Wage and Tax Statement 2013
                       for Zen Mobile Media, Inc.; 2 pages      11
16
       Receiver's 7    W-2 Wage and Tax Statement 2014
17                     for Zen Mobile Media, Inc.; 2 pages      11

18     Receiver's 8    Voided check from Zen Mobile Media
                       Inc., check 7074, account No.
19                     122000247, Wells Fargo; 1 page           11

20     Receiver's 9    Merchant Application for Reveal
                       dated 12/23/13; 5 pages                  11
21
       Receiver's 10   Merchant Application for Skincare
22                     dated 12/23/13; 5 pages                  11

23     Receiver's 11   Blank checks, No. 7127 on account
                       of Zen Mobile Media, No. 6278 on
24                     account of Igor Latsanovski and
                       Tatiana Stamburg, No. 1136 on
25                     account of CalEnergy, Inc.; 1 page       11


Kusar®  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 5 of 285   Page ID
#:15507

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
 1                          I N D E X

 2   (Continued)

 3                  EXHIBITS FOR IDENTIFICATION

 4   Receiver's 12  Documents from Bunzai Media Group,
                    Inc.'s employee file for Igor
 5                  Latsanovski; 5 pages                  11

 6   Receiver's 13  Information from LinkedIn for
                    Igor Latsanovski; 2 pages             11
 7
     Receiver's 14  Form I-9, Employment Eligibility
 8                  Verification for Igor Latsanovski,
                    photocopy of visa and California
 9                  driver's license; 3 pages             11

10   Receiver's 15  Check Nos. 6003, 6004 and 6005
                    and register page for Zen Mobile
11                  Media, Inc., account at Wells
                    Fargo; 1 page                         11
12
     Receiver's 16  Blank check 7127 on account of
13                  Zen Mobile Media, Inc., at Wells
                    Fargo; 1 page                         11
14
     Receiver's 17  Employee Information List for
15                  Bunzai Media Group, Inc.; 3 pages     11

16   Receiver's 18  Davidian & Associates' List of
                    all companies; 1 page                 11
17
     Receiver's 19  Check 7088 to Wells Fargo on
18                  account of Zen Mobile Media,
                    Inc., dated 2/19/14; 1 page           11
19
     Receiver's 20  Check 7107 to Bank of America
20                  on account of Zen Mobile Media,
                    Inc., dated 9/6/14; 1 page            11
21
     Receiver's 21  Check 7112 to Chase on account
22                  of Zen Mobile Media, Inc.,
                    dated 10/14/14; 1 page                11
23
     Receiver's 22  Check 7117 to Chase on account
24                  of Zen Mobile Media, Inc.,
                    dated 4/1/15; 1 page                  11
25
```



```
 1                        I N D E X

 2    (Continued)

 3              EXHIBITS FOR IDENTIFICATION

 4    Receiver's 23  Check 7103 to Wells Fargo on
                     account of Zen Mobile Media,
 5                   Inc., dated 8/8/14; 1 page           11

 6    Receiver's 24  Merchant account information;
                     3 page                              11
 7
      Receiver's 25  2014-2015 Amount Received From,
 8                   2014-2015 Amount Paid To,
                     Amount Paid to Cal Energy
 9                   2014-2015; 3 pages                  11

10    Receiver's 26  Amount Paid 2014-2015; 1 page       11

11    Receiver's 27  Blank checks 2028, 2029 and 2030
                     on account of CalEnergy, Inc.,
12                   and check stubs for checks 2022,
                     2023 and 2034; 1 page               11
13
      Receiver's 28  Blank checks, No. 1136 on account
14                   of CalEnergy, Inc., No. 6278 on
                     account of Igor Latsanovski and
15                   Tatiana Stamburg; 1 page            11

16    Receiver's 29  Reserves Release; 1 page            11

17    Receiver's 30  2011 Form 1120 U.S. Corporation
                     Income Tax Return for Zen Mobile
18                   Media, Inc.; 15 pages               11

19    Receiver's 31  2012 Form 1120 U.S. Corporation
                     Income Tax Return for Zen Mobile
20                   Media, Inc.; 17 pages               11

21    Receiver's 32  2013 Form 1120 U.S. Corporation
                     Income Tax Return for Zen Mobile
22                   Media, Inc.; 22 pages               11

23    Receiver's 33  2014 IRS e-file Signature
                     Authorization for Form 1120 for
24                   Zen Mobile Media, Inc.; 32 pages    11

25
```



```
 1                              I N D E X

 2    (Continued)

 3                   EXHIBITS FOR IDENTIFICATION

 4    Receiver's 34   Various "pay to the order of"
                      stamps; 1 page                      11
 5
      Receiver's 35   Letter dated 9/9/11 from
 6                    Khristopher Bond; 1 page            11

 7    Receiver's 36   Various check stubs from Bunzai
                      Media Group, Inc., to CalEnergy,
 8                    Inc.; 1 pages                       11

 9    Receiver's 37   Igor's Investment; 1 page           11

10    Receiver's 38   Cashier's check dated 3/23/11
                      Payable to Bunzai Media Group,
11                    Inc.; 1 page                        11

12    Receiver's 39   Various "pay to the order of"
                      stamps; 1 page                      11
13
      Receiver's 40   Check No. 1107 to Wells Fargo
14                    Bank on account of CalEnergy
                      dated 11/18/14; 1 page              11
15
      Receiver's 41   Check No. 1135 to Focus Media
16                    Solutions on account of CalEnergy
                      dated 6/17/15; 1 page               11
17
      Receiver's 42   Check No. 2500 to Bank of
18                    America on account of Focus
                      Media Solutions, Inc., dated
19                    11/26/14; 1 page                    11

20    Receiver's 43   Check No. 2504 to Chase Bank
                      on account of Focus Media
21                    Solutions, Inc., dated
                      12/30/14; 1 page                    11
22
      Receiver's 44   Check No. 2509 to Focus Media
23                    Solutions on account of Focus
                      Media Solutions, Inc., dated
24                    1/15/15; 1 page                     11

25
```



```
 1                        I N D E X

 2    (Continued)

 3              EXHIBITS FOR IDENTIFICATION

 4    Receiver's 45   Check No. 2520 to Chase Bank
                      on account of Focus Media
 5                    Solutions, Inc., dated
                      2/26/15; 1 page                    11
 6
      Receiver's 46   Check No. 2523 to Chase Bank
 7                    on account of Focus Media
                      Solutions, Inc., dated 3/13/15;
 8                    1 page                             11

 9    Receiver's 47   Check No. 2522 to Wells Fargo
                      on account of Focus Media
10                    Solutions, Inc., dated 3/13/15;
                      1 page                             11
11
      Receiver's 48   Focus CPA Analysis by Campaign;
12                    5 pages                            11

13    Receiver's 49   Wells Fargo Bank Activity for
                      CalEnergy, Inc., from 12/2/13
14                    through 6/29/15; 21 pages          11

15    Receiver's 50   Wells Fargo Bank Activity for
                      Sunset Holdings from 1/21/15
16                    through 6/29/15; 11 pages          11

17    Receiver's 51   Email from Sagi Gal to
                      Accounting818@gmail.com dated
18                    8/5/13; 1 page                     11

19    Receiver's 52   Above All Offer; 1 page            11

20    Receiver's 53   Bills and Expenses; 5 pages        11

21    Receiver's 54   CalEnergy, Inc., Quarterly
                      Payroll 7/15/13; 7 pages           11
22
      Receiver's 55   Weekly Report Accounting
23                    Worksheet; 1 page                  11

24    Receiver's 56   M3D Account Beginning on
                      4/1/13; 21 pages                   11
25
```

                                                          8



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

1

                              I N D E X

2

  (Continued)

3

                    EXHIBITS FOR IDENTIFICATION

4

    Receiver's 57   SBM Management, Inc., Transaction

5                    Detail by Account dated February,
                     2013; 5 pages                        11

6
    Receiver's 58   Direct Pay; 3 pages                   11

7

    Receiver's 59   Complaint for Permanent

8                    Injunction and Other Equitable
                     Relief; 39 pages                     11

9
    Receiver's 60   Company Details for Bavaria Inter

10                   LP; 5 pages                           11

11  Receiver's 61   Application for Registration of
                     a Limited Partnership for Bavaria

12                   Inter LP; 3 pages                    11

13  Receiver's 62   One-page handwritten document;
                     1 page                              140

14

15

16

17                    INFORMATION REQUESTED

18                          PAGE        LINE

19                           97           7

20                           97          16

21

22

23

24

25


Kusar® Keeping Your Word Is Our Business℠

```
1                           I N D E X

2      (Continued)

3

4              WITNESS INSTRUCTED NOT TO ANSWER

5                          PAGE        LINE

6                          166          10

7                          203           3

8                          241          20

9                          242           7

10                         243          19

11                         243          25

12                         244           3

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kusar®  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 11 of 285   Page ID
#:15518

72:2015

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
 1          THURSDAY, JULY 2, 2015, LOS ANGELES, CALIFORNIA

 2                          8:50 A.M.

 3                           * * *

 4

 5          (Documents were marked as Receiver's

 6      Exhibits 1 through 61 and are attached

 7      hereto.)

 8

08:49:59    9      THE VIDEOGRAPHER:  We're going on the record at

10   8:50 a.m.  This is media No. 1 in the video deposition

08:50:12   11   of Igor Latsanovski taken by -- is this the defendant?

12      MR. LITTLE:  The receiver --

08:50:13   13      THE VIDEOGRAPHER:  -- the receiver --

14      MR. LITTLE:  -- Charlene Koonce.

08:50:17   15      THE VIDEOGRAPHER:  -- in the matter of Federal

16   Trade Commission versus Bunzai Medical (sic) Group,

08:50:23   17   Inc., et al., filed in the United States District

18   Court, Central District of California, Case No.

08:50:33   19   CV-15-4527-GW(PLAx).

20          This deposition is being held at

08:50:40   21   5900 Wilshire Boulevard, Los Angeles, California, on

22   July 2nd, 2015.

08:50:48   23          My name is Chuck Perry, and I'm a legal video

24   specialist, and the court reporter today is Gail

08:50:54   25   Berardino, and we are both here representing Kusar
```



08:50:58   1    Court Reporters & Legal Services located at 111 West

           2    Ocean Boulevard, No. 1200, Long Beach, California.

08:51:03   3             Please note that audio and video recording

           4    will take place unless all parties agree to go off the

08:51:09   5    record.  Please be aware that the microphones are very

           6    powerful, and they pick up whispers, private

08:51:14   7    conversations and cell phone conversations.

           8             Counsel and all present will now state their

08:51:19   9    appearance and affiliation for the record, after which

           10   the court reporter will swear in the witness.

08:51:23   11        MR. LITTLE:  Mitch Little, representing Charlene

           12   Koonce.

08:51:27   13        MS. KOONCE:  Charlene Koonce, the receiver.

           14        MR. HARRIS:  Marc Harris representing the witness.

08:51:33   15        MR. BERK:  Elon Berk for the witness as well.

           16        MR. LITTLE:  And at this time we're going to --

08:51:38   17   we're going to dial in the FTC so they can appear by

           18   telephone.  Let's see here.

08:51:44   19             Thank you.

           20             (Telephone ringing.)

08:51:55   21        MR. TEPFER:  Hello?

           22        MR. LITTLE:  Hey, Reid?

08:51:58   23        MR. TEPFER:  Yeah.

           24        MR. LITTLE:  This is Mitch Little.  Are you ready

08:52:02   25   to participate in this deposition?


Kusar ® Keeping Your Word Is Our Business ℠

08:52:03  1        MR. TEPFER:  Oh, sure; sure.

          2        MR. LITTLE:  Okay.  Let me turn down the volume

08:52:07  3    here.

          4            Reid, are you there?  Okay.

08:52:28  5            Hey, Reid, can you hear me?

          6        MR. TEPFER:  Yeah, I can hear you.

08:52:31  7        MR. LITTLE:  Would you like to make an appearance

          8    on the video record for us.

08:52:37  9        MR. TEPFER:  Sure.  This is Reid Tepfer for the

          10   Federal Trade Commission.

08:52:41  11       MR. LITTLE:  Okay.  I'm going to turn your volume

          12   down.  Let me know if you have any problems hearing us,

08:52:45  13   okay?

          14       MR. TEPFER:  Will do.

08:52:51  15       MR. LITTLE:  Madam Court Reporter, if you want to

          16   swear the witness.

08:53:16  17       THE REPORTER:  Pursuant to Federal Rule 30, as

          18   the deposition officer, my name is Gail Berardino.  I

08:53:16  19   am  a Certified Shorthand Reporter for Kusar Court

          20   Reporters.

08:53:16  21            Counsel already identified themselves on

          22   the record on video, so I will now administer the oath.

08:53:16  23   ///

          24   ///

08:53:16  25   ///



13

```
08:53:16   1              IGOR LATSANOVSKI,

           2    the witness herein, having been first duly sworn, was

08:53:16   3    examined and testified as follows:

           4

08:53:16   5                   EXAMINATION

           6    BY MR. LITTLE:

08:53:20   7         Q    All right.  Mr. Latsanovski, would you please

           8    state your full name for the video record.

08:53:26   9         A    Okay.  My name is Igor, I-G-O-R, Latsanovski,

          10    L-A-T-S-A-N-O-V-S-K-I.

08:53:33  11         Q    And, Mr. Latsanovski, where do you live?

          12         A    I live in Calabasas, ██████████████.

08:53:45  13         Q    And where did you -- where was your residence

          14    before that address on ████████?

08:53:55  15         A    ██████████████, the same city.

          16         Q    Has anyone lived at your house with you at

08:54:05  17    ██████ or ██████ besides Tatiana Stamburg, M██████

          18    Latsanovski or A██ Latsanovski?

08:54:13  19         A    No, except for my dog.

          20         Q    Except with your dog?  Okay.

08:54:18  21         Mr. Latsanovski, have you ever given your

          22    deposition before?

08:54:23  23         A    No, first time.

          24         Q    Mr. Latsanovski, I am an attorney

08:54:28  25    representing Charlene Koonce who has been appointed by
```

14


Kusar® Keeping Your Word Is Our Business℠

08:54:31   1    a federal court as receiver over a variety of different

           2    companies.

08:54:33   3           Do you understand that?

           4    A    Yes.

08:54:38   5    Q    Okay.  And because you haven't given your

           6    deposition before, I want to go over kind of the

08:54:42   7    procedure.

           8           I'm going to ask you a series of questions.

08:54:47   9    Hopefully you'll give me a series of answers.  If you

          10    don't understand any of my questions, would you let me

08:54:51  11    know so that I can try to rephrase it for you?

          12    A    Okay.

08:54:56  13    Q    Okay?  And I'm going to ask you some

          14    questions now about your background, where you were

08:55:03  15    born and when you were born, and kind of get a feel for

          16    where you've come from, okay?

08:55:06  17    A    (Nods head up and down.)

          18    Q    So where were you born and when?

08:55:12  19    A    I am born at Soviet Union -- right now

          20    doesn't exist, this country -- ████, city, Karaganda.

08:55:27  21    Right now is Kazakhstan.

          22    Q    And did you grow up in Kazakhstan or

08:55:30  23    somewhere else?

          24    A    Yeah, I grow up in Kazakhstan.

08:55:35  25    Q    Okay.  How long did you live there?  Until


Kusar® Keeping Your Word Is Our Business℠

72.2915

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 16 of 285   Page ID
#:15518

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
08:55:35   1    what age?

           2         A    I live there before I go to military, Army.

08:55:49   3    I was in Army two years.  It's obligation there.

           4         Q    Yes.  And what -- in what branch of the

08:55:56   5    Soviet military did you do your service?

           6         A    What means "branch"?

08:55:59   7         Q    Army?

           8         A    Yeah.

08:56:00   9         Q    Okay.

           10        A    Regular Army.

08:56:02   11        Q    What did you do in the Army?

           12        A    Like, soldier.

08:56:06   13        Q    You were infantry?

           14        A    "In-" --

08:56:08   15        Q    Yes.

           16        A    Like, normal soldier.

08:56:10   17        Q    Carried a rifle?

           18        A    Yeah.

08:56:13   19        Q    Okay.  Were you deployed anywhere?

           20        A    No, just regular -- the regular Army.

08:56:18   21        Q    What period of time?

           22        A    Two years.

08:56:23   23        Q    And was that in the 1980's?

           24        A    1994-1996.  Before, I finish college.

08:56:34   25        Q    What college?
```


Kusar ® Keeping Your Word Is Our Business℠

08:56:39   1     A     Construction, four years, before I go.  It

2   means I finish high school, and college is the same

08:56:44   3   place.

4      MR. HARRIS:  Did you mean '94 or '84?

08:56:51   5      THE WITNESS:  No, sorry, '84.  Sorry.  It's, yeah,

6   '84.

08:56:52   7   BY MR. LITTLE:

8     Q     You finished college in 1984?

08:56:59   9     A     No; no; no.  19- -- 1984, and I leave for

10   military 1986.  Sorry.

08:57:05   11     Q     Were you deployed in Afghanistan?

12     A     No.

08:57:09   13     Q     "No," okay.  So after you got out of the

14   Army, what did you do professionally?

08:57:15   15     A     Professionally, I go to study at university.

16     Q     Okay.  And what did you study there?

08:57:22   17     A     In Moscow.

18     Q     And what did you study?

08:57:31   19     A     The same, construction.

20     Q     And when did you get out of college?

08:57:39   21     A     I didn't -- I finished, like, four years ago,

22   already, external, because 19- -- yeah, 1992 I leave to

08:57:51   23   Canada.

24     Q     What did you -- why did you leave to Canada

08:57:55   25   in 1992?


Kusar ® Keeping Your Word Is Our Business℠

72.2915
Igor Latsanovski                  Federal Trade Commission vs. Bunzai Media Group, Inc.                  1090802

08:58:03  1        A    I was young.  I feel some -- have more

          2    opportunity, not like I didn't have in Soviet Union

08:58:12  3    (sic).  I thought I have more possibility, like

          4    American dream.

08:58:21  5        Q    As a Soviet citizen, how did you obtain a

          6    visa to come to Canada?

08:58:27  7        A    I applied to Canadian citi- -- Canadian

          8    embassy.  They interview me, and that's it.  I was

08:58:33  9    young.

          10        Q    How old were you?

08:58:45  11        A    1992, it's twenty- -- calculated, it's

          12    like -- before 30, yeah?  It's twenty- --

08:58:51  13        Q    Yeah, so my calculation is you were 28 years

          14    old.

08:58:52  15        A    Yeah.

          16        Q    Okay.  Are you a citizen of any other country

08:58:58  17    besides what used to be the Soviet Union?

          18        A    Yeah, Russia.

08:59:02  19        Q    Russia.  You are a Russian citizen?

          20        A    Yes.

08:59:04  21        Q    Okay.

          22        A    Automatically, yeah?

08:59:07  23        Q    Yes.

          24        A    I -- when I live in Canada, yeah?

08:59:13  25        Q    Yes.



08:59:15   1      A    I'm embassy as Soviet citizen.  I live in

           2   Canada like Russia citizen, to ship to.

08:59:22   3      Q    And what did you do for work in Canada?

           4      A    Okay.  First I'm working in factory for

08:59:30   5   produce furniture.

           6      Q    Yes?  And after that?

08:59:42   7      A    After that I leave to live with my family to

           8   Barcelona.

08:59:49   9      Q    What year was that?

          10      A    '9 -- okay.  It's around 19- -- 1996.

09:00:06  11      Q    Okay.  So between 1992 and 1996, did you have

          12   any other jobs besides working as a -- working in the

09:00:11  13   factory to make furniture?

          14      A    No, I make some -- I try to make some

09:00:15  15   different businesses.

          16      Q    Okay.  And what are those?

09:00:22  17      A    Most of them, it's real estate.

          18      Q    And what were those businesses called?

09:00:28  19      A    "Difference" entity.

          20      Q    Can you tell me what they were?

09:00:35  21      A    A lot of "difference" names.  Some of them

          22   in -- After Deck in Spain.

09:00:42  23      Q    After Deck Promotions?

          24      A    Yeah.  Some of them, really I don't remember

09:00:51  25   exactly, what else name (sic).



09:00:58  1    Q    Okay.  Between 1992 and 1996, did you do real

2    estate work?

09:01:02  3    A    Yeah.

4    Q    Okay.  What type of work in real estate?

09:01:12  5    A    I buy some houses, sell it in Spain.

6    Q    You bought and sold some houses in Spain?

09:01:16  7    A    (Nods head up and down.)

8    Q    Where did you get the money to do that?

09:01:21  9    A    Loan.

10    Q    A loan, okay.

09:01:28  11    A    Yeah.

12    Q    If you would, would you tell me what your

09:01:32  13    family life was like growing up.  What did your parents

14    do for a living?

09:01:36  15    MR. HARRIS:  Counsel, I'm not sure this is within

16    the scope of the -- the Order that allows the receiver

09:01:43  17    to take discovery regarding receivership defendants'

18    assets, the products and services offered by

09:01:48  19    receivership defendants, and the nature and location of

20    the receivership defendants' documents and business

09:01:50  21    records.

22    MR. LITTLE:  I'm trying to obtain background

09:01:55  23    information to find out who this individual is.  Does

24    the question about where he comes from bother you?

09:02:00  25    MR. HARRIS:  No, and I've let it go for a bit, but



| | | |
|---|---|---|
| 09:02:01 | 1 | I think -- |
| | 2 | MR. LITTLE:  Okay. |
| 09:02:02 | 3 | MR. HARRIS:  -- we do need -- at some point need |
| | 4 | to get to what the -- the discovery -- |
| 09:02:04 | 5 | MR. LITTLE:  We're going to. |
| | 6 | MR. HARRIS:  -- that you're entitled to. |
| 09:02:06 | 7 | MR. LITTLE:  We're going to.  I'm going to move |
| | 8 | on. |
| 09:02:08 | 9 | Q    So were your parents wealthy? |
| | 10 | A    No. |
| 09:02:12 | 11 | Q    Okay.  That's all I wanted to know. |
| | 12 | A    They -- they left. |
| 09:02:15 | 13 | Q    Okay.  So the family that you're talking |
| | 14 | about in Barcelona, who does that include? |
| 09:02:20 | 15 | A    My wife and my children. |
| | 16 | Q    And what are their names? |
| 09:02:28 | 17 | A    My wife Tatiana, my children, Mihail, my |
| | 18 | daughter Anna. |
| 09:02:33 | 19 | Q    And how long did you live in Barcelona? |
| | 20 | A    15 years, around that. |
| 09:02:41 | 21 | Q    And so what did you do in Barcelona for work? |
| | 22 | A    Real estate.  Not just in Barcelona.  It's |
| 09:02:49 | 23 | all Europe. |
| | 24 | Q    All over Europe? |
| 09:02:51 | 25 | A    (Nods head up and down.) |



Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

09:02:56  1          Q     And how did you obtain the money to do that?

        2          A     Loans.

09:02:59  3          Q     Loans.  From banks?

        4          A     Yeah, and from private investors.  It was

09:03:11  5     good time, when market grow up, up to 2008.

        6          Q     Okay.  When did you move to the United

09:03:14  7     States?

        8          A     200- -- start in 2010 prepare for move my

09:03:24  9     family here.

        10         Q     And when you moved to the United States,

09:03:27 11     where did you live?

        12         A     In Barcelona.

09:03:32 13         Q     No, listen.  When -- when you moved to the

        14     United States, to what house or what location did you

09:03:36 15     live at in the United States?

        16         A     First location?

09:03:39 17         Q     Yes.

        18         A     Sylvia Avenue.

09:03:45 19         Q     And what is the address there, do you

        20     remember?

09:03:49 21         A     It's -- in application, you have it.

        22         Q     Okay.  Understood.

09:03:54 23              And how long did you live at that location?

        24         A     Less one -- less than one year.

09:03:57 25         Q     Less than one year?


Kusar ® Keeping Your Word Is Our Business℠

| 09:03:58 | 1 | A    Yeah. |
| 09:04:02 | 2 | Q    And in 2011 did you move to the ██████ |
| 09:04:02 | 3 | address? |
| | 4 | A    Uh-huh. |
| 09:04:06 | 5 | Q    And one more thing.  Because you've never |
| | 6 | given your deposition before, all of your "questions" |
| 09:04:11 | 7 | must be -- or all of your answers must be audible, so |
| | 8 | you can't say "uh-huh" or "huh-uh." |
| 09:04:14 | 9 | A    Okay. |
| | 10 | Q    Okay?  So I'll ask it again. |
| 09:04:18 | 11 | In 2011, did you move to that ██████ |
| | 12 | address? |
| 09:04:24 | 13 | A    June, 2011. |
| | 14 | Q    Okay.  And when did you move to the ██████ |
| 09:04:30 | 15 | address? |
| | 16 | A    October, 2013. |
| 09:04:43 | 17 | Q    Okay.  What businesses have you been |
| | 18 | associated with in the United States? |
| 09:04:50 | 19 | MR. HARRIS:  Objection, vague. |
| | 20 | BY MR. LITTLE: |
| 09:04:53 | 21 | Q    Okay.  Have you worked for any companies in |
| | 22 | the United States? |
| 09:04:58 | 23 | A    Just only for CalEnergy. |
| | 24 | Q    Only for CalEnergy? |
| 09:05:01 | 25 | A    (Nods head up and down.) |



| 09:05:04 | 1 | Q    Okay.  Are you sure? |
| | 2 | A    I have salary from CalEnergy. |
| 09:05:12 | 3 | Q    Okay.  And I -- this is probably a good time |
| | 4 | for me to explain one of the other rules of the |
| 09:05:15 | 5 | deposition. |
| | 6 | When you give your deposition, |
| 09:05:20 | 7 | Mr. Latsanovski, it's under oath, and it's subject to |
| | 8 | the same penalties of perjury as if you were in court. |
| 09:05:24 | 9 | Do you understand that? |
| | 10 | A    Yeah. |
| 09:05:27 | 11 | Q    Okay.  So if you lie -- |
| | 12 | A    No; no; no; no. |
| 09:05:30 | 13 | Q    -- some bad things could happen, right? |
| | 14 | A    Maybe I don't understand you -- your |
| 09:05:34 | 15 | questions, because you're asking maybe -- |
| | 16 | Q    Okay. |
| 09:05:35 | 17 | A    -- technically. |
| | 18 | Q    Right, okay.  So let me -- let me try to do a |
| 09:05:39 | 19 | more specific job -- |
| | 20 | A    Yes. |
| 09:05:42 | 21 | Q    -- of asking the questions. |
| | 22 | Have you received any type of employment |
| 09:05:50 | 23 | benefits, salary, bonus, from any other company besides |
| | 24 | CalEnergy in the United States? |
| 09:05:54 | 25 | A    Okay, you're talking about bonus, like |



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
09:05:55    1    interest?

            2         Q    No.  Let me -- let me be even more --

09:06:00    3         A    I don't understand what means --

            4         MR. HARRIS:  Hold on.  He's going to ask you --

09:06:02    5         THE WITNESS:  It's okay.

            6         MR. HARRIS:  -- another question.

09:06:02    7    BY MR. LITTLE:

            8         Q    Have you been an employee of any company

09:06:09    9    besides CalEnergy in the United States, sir?

            10        A    I don't remember.  I think so.  No, I don't

09:06:18   11    remember.

           12         Q    You don't think so?

09:06:25   13         A    Okay, I am working full time to CalEnergy.

           14         Q    Okay.  Have you worked part time for any

09:06:31   15    other company in the United States?

           16         A    I don't remember any.

09:06:38   17         Q    Okay.  Have you been an officer of any

           18    company in the United States?

09:06:42   19         A    Yes.

           20         Q    What company?

09:06:52   21         A    Off- -- I was officer of Rilend.

           22         THE REPORTER:  I'm sorry.  What is it?

09:06:52   23         MR. LITTLE:  Rilend.

           24         THE WITNESS:  Rilend.

09:06:52   25    ///
```



```
09:06:52   1    BY MR. LITTLE:

           2         Q    R-i-l-e-n-d?

09:06:56   3         A    Yes.

           4         Q    Incorporated.

09:07:02   5              What other companies?

           6         A    Temporarily, ComicsFix.

09:07:12   7         Q    ComicsFix?

           8         A    Yes.

09:07:18   9         Q    Okay.  What other companies?

          10         A    Temporarily, Sunset.

09:07:24  11         Q    Sunset Holdings Partners?

          12         A    Yeah.

09:07:29  13         Q    What else?

          14         A    CalEnergy -- VastPay.

09:07:36  15         Q    VastPay?

          16         A    Yeah, NexiPay.

09:07:41  17         Q    "Next Pay"?

          18         A    NexiPay.

09:07:45  19         Q    NexiPay?  Any other companies?

          20         A    I don't remember another one.

09:07:49  21         Q    Okay.  Are you sure?

          22              MR. HARRIS:  You don't have to keep asking him

09:07:55  23    that, Counsel.  He gave you his answer.  Ask another

          24    question.

09:07:55  25              MR. LITTLE:  Okay.
```



Kusar ® Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
09:07:58   1        Q    Can you think of any other companies that you

           2   were an officer of other than what you've listed for me

09:08:01   3   today?

           4        A    I don't remember.

09:08:05   5        Q    Okay.  Have you ever been associated with any

           6   entities, any business -- any businesses or companies

09:08:14   7   that sell a product called Aura Vie?

           8        A    Yes.

09:08:17   9        Q    And what companies or businesses are those?

          10        A    I give money to Bunzai Group.

09:08:31  11        Q    Did you ever work for Bunzai Group?

          12        A    Not.

09:08:33  13        Q    Were you ever an officer of Bunzai Group?

          14        A    No.

09:08:43  15        Q    Were you ever associated with any other

          16   companies that sold Aura Vie or any other skin care

09:08:49  17   products?

          18        A    What means "associate"?  Like, can you

09:08:56  19   explain me what means (sic) --

          20        Q    Yeah, sure.  Were you ever associated in any

09:09:02  21   way with any other companies that sold Aura Vie?

          22        A    Yes.

09:09:05  23        Q    Okay.  What companies are those?

          24        A    Bunzai Group.  I give them money.

09:09:10  25        Q    Anyone else?  Any other companies that sold
```



| | | |
|---|---|---|
| 09:09:13 | 1 | Aura Vie that you were associated with? |
| | 2 | A   Yes. |
| 09:09:15 | 3 | Q   What are those? |
| | 4 | A   Zen Mobile. |
| 09:09:25 | 5 | Q   Zen Mobile Media? |
| | 6 | A   Yes. |
| 09:09:28 | 7 | Q   And how were you associated with Zen Mobile |
| | 8 | Media? |
| 09:09:36 | 9 | A   Alon, who managed this business, asked me for |
| | 10 | open merchant account for use my name (sic).  I give |
| 09:09:46 | 11 | him "permitted." |
| | 12 | Q   Okay, I want to come back and touch on that |
| 09:09:52 | 13 | and make sure that I understand, okay? |
| | 14 | Alon Nottea asked you to open an account for |
| 09:09:58 | 15 | Zen Mobile Media? |
| | 16 | A   Yes. |
| 09:10:00 | 17 | Q   Okay.  And put your name or associate your |
| | 18 | name to it? |
| 09:10:02 | 19 | A   Yes. |
| | 20 | Q   Okay.  Why did you do that? |
| 09:10:12 | 21 | A   Because he "explained" me business grow up. |
| | 22 | And for grow up this business, like, I give this money |
| 09:10:22 | 23 | to this business "need" help, need additional merchant |
| | 24 | account, because each of merchant has limit, and I have |
| 09:10:30 | 25 | a good credit score. |



Kusar ® Keeping Your Word Is Our Business℠

09:10:35  1        He opened for his dad for everything.  For

2   me, I didn't have, like, if he opened for his family.

09:10:43  3   I say, "Okay, if you need, do it."  I trust him.  If I

4   trust you money (sic), I trust you open for grow up

09:10:52  5   your business.

6        Q    Okay.  I'm going to -- I'm going to go back

09:10:59  7   and -- and sort through that just a little bit, okay?

8        Alon Nottea asked you to open an account for

09:11:06  9   Zen Mobile Media, correct?

10        A    Yes.

09:11:08 11        Q    And the reason that he asked you to open that

12   account was because he needed more merchant accounts to

09:11:13 13   grow the business?

14        A    He say, "For business purpose, need merchant

09:11:18 15   account."

16        Q    Okay.  And did you help him create those

09:11:23 17   merchant accounts, too?

18        A    No, I -- I just only sign paper when he ask

09:11:29 19   me.  That's it.

20        Q    Did you do anything else for Zen Mobile Media

09:11:43 21   besides help -- hold on a second.  Let me finish my

22   question.

09:11:46 23        Did you do anything else for Zen Mobile Media

24   besides open an account for Zen Mobile Media?  Anything

09:11:52 25   at all?



```
09:11:54   1        A     Not.

           2        Q     Did you ever assist Zen Mobile Media in

09:12:04   3   filing federal income tax returns?

           4        A     Not.  I give "permit" do it from my -- to

09:12:17   5   him.

           6        Q     Tell the court if you were ever the chief

09:12:24   7   financial officer of Bunzai.

           8        A     On the paper or physically?

09:12:29   9        Q     Either.  Were you ever the chief financial

          10   officer of Bunzai?

09:12:37  11        A     If on the paper I was it, legally, I -- I

          12   don't know.

09:12:39  13        Q     You don't know?

          14        A     (Shakes head from side to side.)

09:12:48  15        Q     Tell the court if you were ever an employee

          16   of Bunzai.

09:12:51  17        A     No.

          18        Q     Tell the court if you ever received a salary

09:12:56  19   from Bunzai.

          20        A     Not.

09:13:08  21        Q     Tell the court if you ever received a

          22   $15,000-a-month salary from Bunzai.

09:13:13  23        A     Not.

          24        Q     Tell the court if you incorporated or created

09:13:22  25   Zen Mobile Media.
```



09:13:24   1          MR. HARRIS:  Objection, vague.

           2   BY MR. LITTLE:

09:13:27   3          Q    Did you create Zen Mobile Media?

           4          MR. HARRIS:  Objection, vague.

09:13:30   5   BY MR. LITTLE:

           6          Q    You can answer.

09:13:36   7          A    What means "create"?

           8          Q    Did you incorporate Zen Mobile Media?

09:13:42   9               Do you know what that means?

          10          A    If I sign some paper?

09:13:45  11          Q    Uh-huh.

          12          A    Yes.

09:13:57  13          Q    Have you ever owned any companies that

          14   received money from companies that sold Aura Vie?

09:14:07  15          A    Can you repeat the question, please.

          16          Q    Yes.  Have you ever owned a company that

09:14:16  17   received money from companies that sold Aura Vie?

          18          A    Except "of" Zen?

09:14:21  19          Q    I'm sorry, I don't understand your response.

          20   Let me ask -- let me ask it more specifically.

09:14:25  21          A    Yeah.

          22          Q    Tell the court what companies you're aware of

09:14:30  23   that sold Aura Vie.

          24          A    I don't manage this business.

09:14:36  25          Q    My question was different.  Can you tell the



31

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 32 of 285   Page ID
#:15534

72-0915
Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

09:14:39    1    court what companies you are aware of as you sit here

            2    today that sold Aura Vie.

09:14:45    3         A    No one.

            4         Q    Have you ever allowed a member of the Nottea

09:14:54    5    family to perform accounting for you personally?

            6         A    Can you repeat, please, slowly.

09:15:01    7         Q    Sure.  Have you -- do you know who the Nottea

            8    family is?

09:15:04    9         A    Yes.

           10         Q    Okay.  How do you say it?  Is it Nottea,

09:15:09   11    Nottea?  How do you say it?

           12         A    Alon family.

09:15:13   13         Q    Okay.  I understand that there are a few

           14    members of this family.  Alon Nottea, do you know that

09:15:17   15    man?

           16         A    Yes.

09:15:20   17         Q    Do you know Doron Nottea?

           18         A    Yes.

09:15:22   19         Q    Do you know Motti Nottea?

           20         A    Yes.

09:15:25   21         Q    Okay.  Tell the court how you came to know

           22    them.

09:15:32   23         A    I met them 2010.

           24         Q    How did you meet them?

09:15:44   25         A    Some guy recommend them, like, they -- "Alon



09:15:45  1    good guy."

2          Q    Who recommended them?

09:15:48  3         A    I don't remember exactly.

4          Q    How did you come to do business with them?

09:16:00  5         A    I am -- I met with them with Alon and

6    Khristopher.

09:16:04  7         Q    Bond?  Khristopher Bond?

8          A    Yeah; yeah, Khristopher Bond, and they invite

09:16:13  9    me for invest money to "they" business.

10          Q    Okay.  I want to address that issue

09:16:26  11   specifically, the investment that you made with their

12   company, okay?

09:16:30  13            What company did you invest with?

14         MR. HARRIS:  Counsel, I think we're getting

09:16:35  15   outside the scope of the -- of the Order here.  I've

16   let -- I've let you go a fair bit on the background

09:16:41  17   issues, but I think your questions need to be focused

18   on the issues that are -- that are outlined in the

09:16:46  19   TRO --

20         MR. LITTLE:  Yes.

09:16:48  21         MR. HARRIS:  -- the scope of the receiver's duties

22   and obligations in the discovery.

09:16:53  23         MR. LITTLE:  It's the receiver's job to discover

24   the assets of the receivership estate, and it's going

09:16:59  25   to be plainly obvious that Mr. Latsanovski did business



| | | |
|---|---|---|
| 09:17:02 | 1 | with these folks.  In fact, he's already testified to |
| | 2 | that.  I need to understand how he did business with |
| 09:17:07 | 3 | them so that I can locate the assets. |
| | 4 | MR. HARRIS:  I don't understand how -- the |
| 09:17:09 | 5 | connection there, why how he did business with them |
| | 6 | helps you locate the assets. |
| 09:17:10 | 7 | MR. LITTLE:  You'll see in a moment. |
| | 8 | MR. HARRIS:  Well, I'm not going to let him get |
| 09:17:14 | 9 | too far afield here. |
| | 10 | MR. LITTLE:  Okay. |
| 09:17:16 | 11 | MR. HARRIS:  We're going to try to keep to what's |
| | 12 | covered here in terms of locating assets, identifying |
| 09:17:21 | 13 | assets and doing the job that I know you need to do. |
| | 14 | MR. LITTLE:  I understand that, okay?  If you feel |
| 09:17:25 | 15 | you need to instruct him not to answer a question, |
| | 16 | you're obviously welcome to do so.  I'm going to keep |
| 09:17:29 | 17 | moving forward with my questioning of Mr. Latsanovski, |
| | 18 | okay? |
| 09:17:31 | 19 | MR. HARRIS:  Sure. |
| | 20 | MR. LITTLE:  Okay. |
| 09:17:33 | 21 | MR. HARRIS:  But I'm happy to have a dialogue with |
| | 22 | you as to whether you think -- or why you think |
| 09:17:37 | 23 | particular questions that don't go to the |
| | 24 | receivership -- receivership assets are appropriate for |
| 09:17:40 | 25 | the deposition. |



```
09:17:41   1        MR. LITTLE:  Sure.

           2        Q    Mr. Latsanovski, how much money did you put

09:17:50   3   into Mr. Bond and Mr. Nottea's companies?

           4        A    First time, $175,000.

09:17:59   5        Q    Was it a loan?

           6        A    Long story.

09:18:02   7        Q    I've got all day.

           8        A    Okay.

09:18:07   9        MR. HARRIS:  That's a yes-or-no question.

          10        THE WITNESS:  This is -- was investment.

09:18:09  11   BY MR. LITTLE:

          12        Q    It was an investment?

09:18:11  13        A    Yeah.

          14        Q    Okay.  Did you have any documents, any paper

09:18:17  15   that substantiated the investment?

          16        A    During our relationship, we signed a lot of

09:18:26  17   "difference" documents, papers.  They changed, between

          18   us, a lot of times terms.  Maybe some of them, we

09:18:31  19   signed it.

          20        Q    Okay.  Do you have in your possession any

09:18:37  21   writings that you can turn over to the receiver to show

          22   the terms of your investment with Mr. Nottea and

09:18:43  23   Mr. Bond?

          24        A    I don't have these terms for myself.

09:18:52  25        Q    You don't -- you don't know what the terms
```



09:18:52   1    were?

2          A    They "change" a lot of times.

09:18:58   3    Q    How did they change?

4          A    When we met, we signed agreement.  I give

09:19:12   5    them money.  From profit, they will give me 55 percent.

6          Q    Okay.

09:19:14   7    A    After that --

8          Q    Can I -- can I pause there?

09:19:17   9    A    Pardon?

10         Q    Can I -- can I stop there for a second and

09:19:19   11   ask you a question?

12         A    Yes.

09:19:23   13   Q    So if the businesses selling Aura Vie that

14   Mr. Nottea and Mr. Bond invested -- or that you

09:19:31   15   invested with them on made money, you would get 55

16   percent of the profit?  Did I understand that?

09:19:39   17   A    Not -- not completely.

18         Q    Okay, explain.

09:19:46   19   A    This is period of time for me --

20         THE REPORTER:  I'm sorry, start that again?

09:19:46   21   "This" --

22         THE WITNESS:  During this period of time, they

09:19:55   23   renegotiated and they changed their position a lot of

24   time.  How -- I don't know how they "looking" myself.

09:20:07   25   In the end I feel myself like person who give them



| | | |
|---|---|---|
| 09:20:11 | 1 | loan, and they hope they will return me. |
| | 2 | BY MR. LITTLE: |
| 09:20:12 | 3 | Q    Okay. |
| | 4 | A    Because terms, every times a lot of time |
| 09:20:16 | 5 | changes (sic). |
| | 6 | Q    Okay.  Let me -- let me make sure I |
| 09:20:21 | 7 | understand. |
| | 8 | So did you put money in with Mr. Nottea and |
| 09:20:28 | 9 | Mr. Bond with the expectation that you were going to |
| | 10 | get 55 percent of the profits? |
| 09:20:35 | 11 | A    This is one part of our negotiation side |
| | 12 | which doesn't work, because after they renegotiate -- |
| 09:20:46 | 13 | they change they -- our agreement, and we sign a lot of |
| | 14 | times "difference" -- |
| 09:20:48 | 15 | Q    Yeah. |
| | 16 | A    -- because I didn't have choice. |
| 09:20:54 | 17 | Q    So in America, we call that "retrading the |
| | 18 | deal." |
| 09:20:56 | 19 | A    Yes. |
| | 20 | Q    He was retrading the deal with you? |
| 09:21:01 | 21 | A    Yeah.  And I'm -- personally be happy return |
| | 22 | my money (sic). |
| 09:21:05 | 23 | Q    Okay.  So it was not a good investment, is |
| | 24 | that what you're saying? |
| 09:21:10 | 25 | A    If I'm here, not. |

37



72 2015
Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 38 of 285   Page ID
#:15540

Igor Latsanovski            Federal Trade Commission vs. Bunzai Media Group, Inc.            1090802

```
09:21:12   1        Q    I think I understand what you're saying.

           2             Tell the court why -- well, let me back up.

09:21:21   3             Is CalEnergy your company?

           4        A    Yes.

09:21:24   5        Q    Okay.  And you created it?

           6        A    Yes.

09:21:27   7        Q    Okay.  And when you created it, did you own

           8    all the stock in it?

09:21:30   9        A    Yes.

          10        Q    Okay.  Tell the court why CalEnergy received

09:21:36  11    hundreds of thousands of dollars from companies that

          12    sold Aura Vie.

09:21:45  13        A    These return my investment.  This my

          14    financial which I give to Bunzai Group.  I sound just

09:21:56  15    like Bunzai Group, all of it.  I give money.  They

          16    return me piece by piece, piece by piece, enough to

09:22:06  17    say, "Igor, we need additional investment, because we

          18    grow up and we have to hire people."

09:22:13  19             I give them again, and after they again me

          20    return piece by piece, piece by piece (sic).

09:22:21  21        Q    Did you receive -- did CalEnergy receive

          22    money from any company that sold Aura Vie besides

09:22:26  23    Bunzai?

          24        A    Really?  I don't know.

09:22:29  25        Q    Okay.
```

                                                                                    38



| | | |
|---|---|---|
| 09:22:32 | 1 | A    For me -- what means, I don't know.  For me, |
| | 2 | it's -- all these accounts which Alon manage it, for me |
| 09:22:41 | 3 | it was like Bunzai.  When they wire money for me, I |
| | 4 | "be" happy.  Doesn't matter from where. |
| 09:22:46 | 5 | Q    I see.  So it didn't matter to you where the |
| | 6 | money was coming from as long as it was coming back? |
| 09:22:49 | 7 | A    Yeah. |
| | 8 | Q    Okay.  Have you ever dissolved a business |
| 09:22:56 | 9 | entity that sold Aura Vie? |
| | 10 | A    Dissolved? |
| 09:23:00 | 11 | Q    Yes. |
| | 12 | A    What it -- what it means? |
| 09:23:03 | 13 | Q    Yeah. |
| | 14 | A    My English isn't perfect. |
| 09:23:06 | 15 | Q    Sure.  It means closed down. |
| | 16 | Have you ever closed down a company that sold |
| 09:23:09 | 17 | Aura Vie? |
| | 18 | A    Yes.  Alon said he closed Zen Media, yeah? |
| 09:23:18 | 19 | Q    "Yes"?  Did he ask you to sign anything to |
| | 20 | dissolve that company? |
| 09:23:29 | 21 | A    I give per- -- I don't remember exactly. |
| | 22 | Q    Have you ever pre-signed checks for Zen |
| 09:23:37 | 23 | Mobile Media and left them with the Nottea family? |
| | 24 | A    Yes. |
| 09:23:39 | 25 | Q    For what purpose? |



```
09:23:48   1        A    If they have my money, I sign checks which I

           2   don't -- which company with, I don't use it.  It's not

09:23:56   3   my business.  They ask me.  I come and sign checks, and

           4   that's it.

09:24:00   5        Q    Tell the court why you had -- why you left

           6   pre-signed personal checks with the Nottea family.

09:24:12   7        A    Because Doron, he good book- -- like good

           8   support guy, and he help me "for" pay something my

09:24:21   9   personal, like tickets, like -- like man- -- help from

          10   manage personal purpose (sic).

09:24:26  11        Q    Let me make sure I understand that.

          12             Doron Nottea helped you manage your personal

09:24:30  13   finances; is that correct?

          14        A    Yeah, a little bit.  Some parts of it.

09:24:35  15        Q    What did you pay him to do that?

          16        A    Nothing.

09:24:41  17        Q    Did you pay him to manage Zen Mobile Media?

          18        A    No.

09:24:46  19        Q    Do you have any explanation for the court as

          20   to why Doron Nottea would help manage your personal

09:24:52  21   finances for free?

          22        A    For personal purpose.  He good guy.  For help

09:24:55  23   me.

          24        Q    He's a good guy?

09:25:00  25        A    Yeah, because I'm -- didn't have nobody in
```



```
09:25:04   1    America, and my English is -- right now it's perfect,

           2    but years ago it's, like, terrible.  Not perfect.

09:25:13   3    That's -- unfortunately.  And somebody -- I every time

           4    asked somebody to help me.

09:25:20   5         Q    Did you ever hire employees for a company

           6    that sold Aura Vie?

09:25:27   7         A    I hire three person who manage my investment.

           8         Q    And who are those persons?

09:25:33   9         A    Roi.

          10         Q    Roi Reuveni?

09:25:37  11         A    Yes.

          12         Q    Who else?

09:25:41  13         A    Motti.

          14         Q    Who else?

09:25:46  15         A    Philip.

          16         Q    Camerino?

09:25:50  17         A    Yes.

          18         Q    When the receiver made initial entry to the

09:25:58  19    facility at 2925 -- well, let me back up.

          20              Have you ever been to a business park on

09:26:07  21    Canby in Reseda, California?  Have you ever physically

          22    been there?

09:26:10  23         A    Canby?

          24         Q    Yes.

09:26:12  25         A    Location?
```



```
09:26:14   1        Q    Yes, in Reseda, California.  Have you ever

           2   been there?

09:26:16   3        A    Physically?

           4        Q    Yes.

09:26:18   5        A    Yes.

           6        Q    Okay.

09:26:18   7        A    Sometimes I been there (sic).

           8        Q    Okay.  For what purpose?

09:26:30   9        A    Because it's -- I meet with Alon.

          10        Q    To meet with Alon?  Any other purpose at all?

09:26:33  11        A    No.

          12        Q    Okay.  Do you understand that Doron Nottea

09:26:43  13   works in the suite No. 105 at 2925 Canby?

          14        A    I don't exactly know this address, but 105,

09:26:47  15   he "been" there.

          16        Q    Yes.  Can you tell the court why -- okay, let

09:26:51  17   me back up.

          18             So Philip Camerino that you hired, what

09:26:58  19   company did you hire him to work for?

          20        A    CalEnergy.

09:26:59  21        Q    CalEnergy?

          22        A    Yeah, for short period of time.

09:27:06  23        Q    Was he working during what period of time?

          24        A    I don't remember.  Have to see -- ask my CPA.

09:27:13  25        Q    Are you able to tell the courts why Philip
```



| | | |
|---|---|---|
| 09:27:18 | 1 | Camerino was working in suite No. 105 when the -- when |
| | 2 | the receiver made her initial entry? |
| 09:27:24 | 3 | A    When?  You're talking about what period of |
| | 4 | time? |
| 09:27:26 | 5 | MR. LITTLE:  What date was that? |
| | 6 | MS. KOONCE:  It was June 18th. |
| 09:27:28 | 7 | MR. LITTLE:  18th? |
| | 8 | MR. HARRIS:  This month he's talking about. |
| 09:27:30 | 9 | BY MR. LITTLE: |
| | 10 | Q    June, yes. |
| 09:27:32 | 11 | A    No. |
| | 12 | Q    June 18, do you know why Philip Camerino -- |
| 09:27:35 | 13 | A    No. |
| | 14 | Q    -- would be working in there?  "No"? |
| 09:27:40 | 15 | A    No. |
| | 16 | Q    Okay.  I want to go back to this meeting that |
| 09:27:47 | 17 | you had with Alon Nottea and Khristopher Bond, okay? |
| | 18 | Did they make an initial request of you for money? |
| 09:27:56 | 19 | A    Yes.  I give them $175,000. |
| | 20 | Q    Okay.  How much money, total, did you give to |
| 09:28:03 | 21 | their business that sold Aura Vie? |
| | 22 | A    Okay, because I give them, they start to |
| 09:28:14 | 23 | return, I give them again, maximum amount of money |
| | 24 | which my money working there -- |
| 09:28:17 | 25 | Q    Uh-huh. |



72.2915

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 44 of 285   Page ID
#:15546

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

09:28:21   1      A      -- be -- it's around half-million dollars.

           2    And after then they return me, like, 10,000, 20.  Some

09:28:30   3    big check was, like, I don't remember, like hundred K.

           4    I was happy.

09:28:35   5            And after, "Oh, Igor, need additional 200 K."

           6            I said -- (indicating).

09:28:39   7            "Did you see we have to" -- "50 employers

           8    (sic)?  We have to pay salary.  Everything be closed."

09:28:50   9            "Okay, thank you."  Like, it's all time I

          10    thought for survive my money for back (sic).  Okay, in

09:28:55  11    the end I'm here.

          12      Q      Okay.  And so periodically they would come

09:29:00  13    back and ask you for more money?

          14      A      Yes.

09:29:03  15      Q      Okay.

          16      MR. HARRIS:  That's why totally it becomes

09:29:08  17    difficult, because there's a back-and-forth, so --

          18      MR. LITTLE:  Totally understand.

09:29:10  19      MR. HARRIS:  -- break it out in however you want

          20    to break it out.

09:29:13  21      MR. LITTLE:  Totally understand.  We'll break it

          22    out in a little bit, okay?

09:29:15  23      Q      So --

          24      THE WITNESS:  What is "break out"?

09:29:16  25      MR. BERK:  Don't worry about it.



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 45 of 285   Page ID
#:15547

72.2915

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

09:29:17   1          MR. HARRIS:  Just -- yeah.  He'll ask the

           2    questions.

09:29:17   3    BY MR. LITTLE:

           4          Q     We will come back later to that topic, okay?

09:29:21   5          A     Oh, okay.

           6          Q     All right.  So did you meet with any other

09:29:27   7    members of the Nottea family besides Alon about your

           8    investment?

09:29:32   9          A     If I talking with somebody (sic)?

          10          Q     Yes.

09:29:34  11          A     About my investment?

          12          Q     Yes.

09:29:37  13          A     With Alon and with Khristopher.

          14          Q     Anyone else?

09:29:41  15          A     No.

          16          Q     Okay.  This company that you were investing

09:29:47  17    in, what did it do?

          18          A     Sell online cosmetic line.

09:29:52  19          Q     Okay.  Was that called Aura Vie?

          20          A     "Difference" names they use it (sic).

09:29:56  21          Q     Okay.  Different names they used, okay.

          22          A     Aura Vie, or I don't know.  I don't know --

09:29:59  23          Q     Was --

          24          A     -- details.

09:30:01  25          Q     Was Aura Vie one of the products that the



09:30:03  1    company you invested in sold?

          2        A    Yes.

09:30:08  3        Q    Okay.  How was it sold?

          4        A    Online.

09:30:15  5        Q    Do you know any more than that about how it

          6    was sold?

09:30:19  7        A    How I -- how I know?

          8        Q    Yes.

09:30:23  9        A    They make advertising --

          10        Q    Uh-huh.

09:30:25  11        A    -- okay?  People buy it.

          12        Q    Okay.  Do you know what they were offering to

09:30:33  13   people over the Internet?  Do you know?

          14        A    Alon and Khristopher is all the time create

09:30:39  15   some ideas (sic).  It's "they" business.

          16        Q    Okay.  All right.  So --

09:30:46  17        A    I -- I care about my money.  I look and soon

          18   return my money and have profit.

09:30:53  19        Q    Okay.  So who was the CEO of Bunzai?

          20        A    Really, physically, Alon running all this

09:30:57  21   business.

          22        Q    Okay.  Who was the -- who was the chief

09:31:04  23   operating officer, COO, do you know?

          24        A    CO (sic)?  It's Alon, yeah.  I don't know

09:31:09  25   what it means "COO," exactly.



72.2015

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 47 of 285   Page ID
#:15549

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
09:31:12   1         Q    Okay.  That's fine.  Who was the chief

           2    financial officer of Bunzai, do you know?

09:31:22   3         A    Alon.  Without his permit -- (shakes head

           4    from side to side).

09:31:37   5         Q    Okay.  I want to go back to Zen Mobile Media

           6    for a moment, okay?

09:31:44   7              Bunzai, did it close down?  Did the business

           8    of Bunzai close down or wind up?

09:31:49   9         MR. HARRIS:  Objection, lacks foundation.

          10    BY MR. LITTLE:

09:31:51  11         Q    Do you know?

          12         A    I don't know what happens.

09:31:54  13         MR. HARRIS:  You can answer, if you know.

          14    BY MR. LITTLE:

09:31:55  15         Q    Yeah.

          16         A    Can you repeat?

09:32:00  17         Q    Yeah.  Did Bunzai close down?

          18         A    Really, I don't know.  It's Alon running all

09:32:09  19    these businesses, all these entities.

          20         Q    At any point did Alon come to you and say,

09:32:16  21    "We need you to start a new company called Zen Mobile

          22    Media"?

09:32:23  23         A    He asked me for open merchant account for use

          24    my name and my credit score (sic).  That's it.

09:32:42  25         Q    Why did you let him use your name and credit
```



47

09:32:45  1    score?  Can you explain?

2         A    He said, "I open for my dad, for my family."

09:32:53  3    Q    He said he "opens" for his dad -- he's

4    opening it for his dad?

09:32:57  5    A    He said, yeah, some company.  He said, "I

6    need additional entity."

09:33:01  7         What's more important for each of us, if he

8    open for his dad, how can I say "no"?

09:33:07  9    Q    Who is his dad?  Is that Motti?

10        A    Yes.

09:33:14  11   Q    Is Doron his brother?

12        A    Whom?

09:33:20  13   Q    Doron, is Doron Alon's brother?

14        A    Yes.

09:33:21  15   Q    Okay.

16        A    How I know (sic).

09:33:27  17   Q    Okay.  I'm going to show you some documents

18   that we're going to go through, okay?  I'm going to

09:33:48  19   pull them out of my suitcase here.

20        This (indicating) is going to be your book.

09:33:53  21   A    Okay.  This is -- I can take it for me?

22   Q    No.  You can look at it today.

09:33:56  23        This (indicating) is going to be your

24   lawyer's book.

09:34:02  25        Would you open to tab 1 in that book, please.



Kusar ®  Keeping Your Word Is Our Business℠

09:34:10   1    Look behind tab 1 in the book in front of you, okay?

           2         A    This one (indicating)?

09:34:15   3         Q    No, tab 1.  There are tabs.  Look behind that

           4    at tab 1.

09:34:18   5              Right now I am showing you what has been

           6    marked as Receiver's Exhibit 1 to your deposition.

09:34:23   7         A    Uh-huh.

           8         Q    Okay?  And I'm going to ask you, have you

09:34:29   9    ever seen Receiver's Exhibit 1 before?

          10         A    What questions?

09:34:38  11         Q    Have you ever seen this document before,

          12    Receiver's Exhibit 1?

09:34:42  13         A    If I sign it, yes.

          14         Q    Okay.  Is that your signature on Receiver's

09:34:45  15    Exhibit 1?

          16         A    Yes.

09:34:49  17         Q    Okay.  Did you incorporate Zen Mobile Media,

          18    Incorporated?

09:34:53  19         A    If I sign it.

          20         Q    Okay.  I want you to look at paragraph Roman

09:35:01  21    numeral IV.  It's in the middle of the page.

          22              Do you see it?

09:35:03  23         A    Yes.

          24         Q    It reads, "This corporation is authorized

09:35:06  25              to issue only one class of shares which shall



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 50 of 285   Page ID
#:15552

72.2015
Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
09:35:10   1        be designated 'common' shares.  The total

           2        number of such shares authorized to be issued

09:35:13   3        is 1,000 shares."

           4            Do you see that?

09:35:16   5     A   Right now, yes.

           6     Q   Okay.  Who owns the shares?

09:35:23   7     MR. HARRIS:  Vague as to time.

           8  BY MR. LITTLE:

09:35:25   9     Q   Do you understand my question?

          10     A   I understand, but I don't know.

09:35:34  11     Q   Okay.  Do you own the shares?

          12     A   I signed this paper and never read it.

09:35:40  13     Q   Oh, you signed it, and you never read it?

          14     A   Uh-huh.

09:35:43  15     Q   Okay.  As you sit here today, do you know who

          16  owns the shares of Zen Mobile Media, Inc.?

09:35:55  17     A   I don't know.  If I sign it, that's -- I

          18  don't know.

09:36:00  19     Q   Okay.  I want to make sure I understand your

          20  testimony.  Your earlier testimony was that Alon Nottea

09:36:06  21  asked you to sign this document; is that correct?

          22     A   Yes.

09:36:11  23     Q   Okay.  Do you know if there is a -- another

          24  or separate shareholders agreement for Zen Mobile

09:36:16  25  Media?
```



72.2915

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 51 of 285   Page ID
#:15553

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
09:36:17   1        A     I don't know.

           2        Q     Okay.  At any point in time did you know who

09:36:22   3    owned the shares of Zen Mobile Media, Inc.?

           4        A     Not.

09:36:29   5        Q     Okay.  Tell the court why you incorporated

           6    this company.

09:36:33   7        A     Because Alon asked me.

           8        Q     Okay.  And my understanding of your earlier

09:36:45   9    testimony was that you incorporated it or -- because

          10    Alon asked you, and that Alon asked you because he said

09:36:51  11    his dad, Motti, needed it; is that correct?

          12        A     No.

09:36:53  13        Q     "No," that's incorrect?  I'm sorry.  Why

          14    did -- do you know why Alon asked you to create this

09:36:58  15    company?

          16        A     He asked me, explain he need additional

09:37:06  17    merchant account.

          18        Q     Additional merchant account?

09:37:14  19        A     Yes.  For this reason:  I have good credit

          20    score.  He need use my name (sic).

09:37:27  21        Q     Okay.  Are you the CEO or owner of Zen Mobile

          22    Media, Inc.?

09:37:33  23        A     I don't know what it means.  No, I -- it

          24    means I sign papers, but, physically, I don't do

09:37:39  25    "nothing" for this company.
```



Kusar ®   Keeping Your Word Is Our Business℠

| | | | |
|---|---|---|---|
| 09:37:40 | 1 | Q | Okay. |
| | 2 | A | Just only sign paper. |
| 09:37:46 | 3 | Q | I see.  Turn to Exhibit 2, if you would. |
| | 4 | | Exhibit 2, Mr. Latsanovski, is a series of |
| 09:37:58 | 5 | | documents that we received from David Davidian. |
| | 6 | | Do you know who David Davidian is? |
| 09:38:02 | 7 | A | Yes. |
| | 8 | Q | Okay.  Is he your personal accountant? |
| 09:38:04 | 9 | A | Yeah. |
| | 10 | Q | He is? |
| 09:38:04 | 11 | A | Yes. |
| | 12 | Q | Okay.  How did you come to meet Mr. Davidian? |
| 09:38:17 | 13 | A | Oh, I met with him or meet with his office. |
| | 14 | Q | How did you get to know him the first time? |
| 09:38:21 | 15 | A | First time? |
| | 16 | Q | Uh-huh. |
| 09:38:29 | 17 | A | Alon introduced me.  Before I -- |
| | 18 | Q | Did you -- I'm sorry.  I didn't mean to |
| 09:38:31 | 19 | | interrupt. |
| | 20 | A | That's okay.  That's okay.  No, go ahead. |
| 09:38:37 | 21 | Q | Okay.  So did you tell Alon that he needed -- |
| | 22 | | that you needed an accountant, and then Alon introduced |
| 09:38:42 | 23 | | you to David? |
| | 24 | A | No, just he "said" me, "What" -- "what kind |
| 09:38:48 | 25 | | of CPA do you have?" |



Kusar®  Keeping Your Word Is Our Business℠

09:38:50  1            Said, "Well, some person."

          2            He said, "You know, I recommend this guy.

09:38:54  3     He's smart guy."  That's it.

          4       Q    Okay.

09:38:57  5       A    Said, "Okay."  And don't care.

          6       Q    Has David Davidian always done the accounting

09:39:02  7     work for CalEnergy?

          8       A    No, just only for the last two years.

09:39:06  9       Q    Okay.  Who was doing it before David

          10    Davidian?

09:39:10  11      A    It was a company.  I apply an application.  I

          12    don't remember exactly name.

09:39:15  13      Q    That's fine.  Why did you set up CalEnergy?

          14      A    Why?

09:39:17  15      Q    Why did you create it?

          16      A    For my business.

09:39:27  17      Q    What is CalEnergy's business?

          18      A    Investment.  Investment, management its

09:39:38  19    investment (sic).

          20      Q    Any other business besides managing

09:39:41  21    investments?

          22      A    Right now?  (Shakes head from side to side.)

09:39:47  23      Q    Has it ever had any business besides managing

          24    investments?

09:39:56  25      A    I'm starting business for produce gas and

53



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 09:39:57 | 1 | oil. |
| | 2 | Q    I see. |
| 09:40:03 | 3 | A    But I spent money, price "go" down, and |
| | 4 | that's it. |
| 09:40:04 | 5 | Q    Yes. |
| | 6 | A    Bad investment. |
| 09:40:09 | 7 | Q    Does -- does CalEnergy manage other people's |
| | 8 | money besides yours? |
| 09:40:15 | 9 | MR. HARRIS:  Objection, vague. |
| | 10 | BY MR. LITTLE: |
| 09:40:19 | 11 | Q    Do you understand? |
| | 12 | A    Not deep. |
| 09:40:27 | 13 | Q    Okay.  Is anyone else besides you putting |
| | 14 | money into CalEnergy? |
| 09:40:36 | 15 | A    CalEnergy take loan from different companies |
| | 16 | and use this money for business purpose. |
| 09:40:45 | 17 | Q    Does it take loans from any companies inside |
| | 18 | the former Soviet Union? |
| 09:40:49 | 19 | A    From Soviet Union? |
| | 20 | Q    From inside the former Soviet Union? |
| 09:40:55 | 21 | A    I don't understand.  What it means -- |
| | 22 | Q    Sure.  Does CalEnergy take loans from |
| 09:41:00 | 23 | companies that are inside what used to be the Soviet |
| | 24 | Union? |
| 09:41:04 | 25 | A    No. |



09:41:05   1        Q      "No," it doesn't?

           2        A      In Europe.

09:41:11   3        Q      Okay.  I want you to take a look at

           4    Receiver's Exhibit 2 in front of you.  This is the 2011

09:41:20   5    IRS e-file Signature Authorization for Zen Mobile

           6    Media, Inc., okay?

09:41:23   7        A      Okay.

           8        Q      And did you know that David Davidian was

09:41:28   9    doing the accounting work for this company that you

          10    created?

09:41:32  11        A      Maybe.  I don't know, because I signed just

          12    only for open the Zen company (sic).  That's it.

09:41:39  13        Q      Whose signature is on the first page of

          14    Exhibit 2?

09:41:41  15        A      What is it, this signature (indicating)?

          16        Q      Yes.  Whose signature is that?

09:41:45  17        A      I don't know.

          18        Q      Okay.  It is dated March 6, 2012, and you

09:41:58  19    would agree with me this document is for -- let me back

          20    up.

09:42:03  21             Do you understand what an IRS e-file

          22    Signature Authorization form is?

09:42:06  23        A      Not.

          24        Q      Okay.  I will give you my layman's

09:42:10  25    explanation, and you can --



| | | | |
|---|---|---|---|
| 09:42:10 | 1 | A | Okay. |
| | 2 | Q | -- take it or leave it. |
| 09:42:13 | 3 | A | I -- I try. |

09:42:19   4     Q    Okay.  So my understanding is that this
5   document is to authorize David Davidian to file a
6   return on behalf of the company.

09:42:21   7     A    Uh-huh.

8     Q    Okay?  And someone's signature appears here,
09:42:29   9   and the title of that person is "Secretary."  It's
10   listed as "Secretary."

09:42:33   11          Who was the secretary of Zen Mobile Media
12   when you set it up?

09:42:36   13     A    I don't know.

14     Q    Okay.  And you do not know who signed this
09:42:38   15   document, correct?

16     A    No.

09:42:43   17     Q    All right, turn the page.

18     A    But I'm authorized Alon use this company
09:42:49   19   (sic).

20     Q    You authorized Alon to use this company?

09:42:52   21     A    Yeah.

22     Q    Okay.  Did you authorize anyone else to use
09:42:57   23   this company besides Alon?

24     A    No.

09:43:04   25     Q    He asked me for open, and I authorize him do


Kusar®  Keeping Your Word Is Our Business℠

```
09:43:06   1    it (sic).

           2        Q    Looking at the second page of Receiver's

09:43:10   3    Exhibit 2, do you see a signature on that page?

           4        A    Yes.

09:43:13   5        Q    Whose signature is that?

           6        A    I don't know.

09:43:19   7        Q    Take a look at the third page.  Whose

           8    signature is that?

09:43:24   9        A    I don't know.

          10        Q    Take a look at the fourth page.  Whose

09:43:27  11    signature is that?

          12        A    I don't know.

09:43:32  13        Q    Take a look at the next page.  Whose

          14    signature is that on Page 5 of Exhibit 2?

09:43:37  15        A    I don't know.

          16        Q    Whose signature is on Page 6 of Exhibit 2?

09:43:43  17        A    I don't know.

          18        Q    Whose signature is on Page 7 of Exhibit 2?

09:43:50  19        A    I don't know.

          20        Q    Whose signature is on Page 8 of Exhibit 2?

09:43:56  21        A    This one (indicating)?

          22        Q    Yes, Page 8.

09:44:01  23        A    Because I didn't see number.

          24        MR. HARRIS:  That's -- you're on the right one.

09:44:04  25        MR. BERK:  You're on the right page.
```



09:44:04    1    BY MR. LITTLE:

            2         Q    You're on the right page.

09:44:08    3         A    Yeah?  Okay, I don't know.

            4         Q    Did you know that David Davidian was doing

09:44:14    5    the accounting work for a company that you created?

            6         A    Did --

09:44:16    7         MR. HARRIS:  Objection, vague, because he has done

            8    other accounting work.  Do you mean for Zen Media?

09:44:21    9         MR. LITTLE:  Yes.  I'm sorry.  That's a fair --

           10    that's a fair question.

09:44:26   11         Q    So, Mr. Latsanovski, did you know that David

           12    Davidian was doing accounting work for Zen Mobile

09:44:30   13    Media?

           14         A    But I don't know, but if he "do" it, do it.

09:44:33   15    I don't know.

           16         Q    Did you know at any point in time that David

09:44:38   17    Davidian was doing the accounting work for a company

           18    that you created called Zen Mobile Media?

09:44:44   19         MR. BERK:  Objection, asked and answered.

           20    BY MR. LITTLE:

09:44:46   21         Q    At any time.

           22         A    No, right now I see he did it.

09:44:51   23         Q    Okay.  All right.  Let's take a look at

           24    Receiver's Exhibit 3.  Can you tell the court whose

09:45:05   25    email is accounting818@gmail.com?



72-2015

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
09:45:07   1        A    Which one?

           2        Q    Accounting818@gmail.com, who uses that email

09:45:13   3    address?

           4        A    I don't know.

09:45:21   5        Q    Okay.

           6             Perhaps --

09:45:24   7        MS. KOONCE:  No, that is.

           8        MR. LITTLE:  It is?

09:45:30   9        MS. KOONCE:  Yeah.  I got it from him.  He sent us

          10    that.

09:45:36  11        MR. LITTLE:  Okay.  Good, hang on to that.

          12        Q    Did you have any contact with David Davidian

09:45:42  13    about Zen Mobile Media?

          14        A    Not.

09:45:54  15        Q    "No."  If David Davidian tells the receiver

          16    or has told the receiver that you were the person of

09:46:05  17    contact for Zen Mobile Media, Inc., for him, was he

          18    lying?

09:46:09  19        A    I don't know.

          20        Q    Okay.

09:46:12  21        A    What means, he's lying?

          22        Q    Sure.  So David Davidian tells the receiver

09:46:19  23    that you were his point of contact for Zen Mobile

          24    Media.

09:46:23  25             Is that true, or is it false?
```

59


Kusar ®   Keeping Your Word Is Our Business℠

09:46:30   1        A    Okay, I met with him about my personal tax

           2   return and --

09:46:41   3        Q    "And" what?

           4        A    -- if he -- I don't know what say (sic).  I

09:46:47   5   don't --

           6        Q    Okay.

09:46:50   7        A    -- like say not true (sic).

           8        Q    I understand; I understand.  I'm just trying

09:46:56   9   to find out what's true as between --

          10        A    Yeah.

09:46:59  11        Q    -- talking to a bunch of different people,

          12   okay?

09:47:00  13        A    Okay.

          14        Q    So if David Davidian told the receiver,

09:47:06  15   Ms. Koonce, who's sitting next to me, that you were his

          16   point of contact for Zen Mobile Media, Inc., would that

09:47:13  17   be true or would it be untrue?

          18        A    About Zen Mobile?

09:47:20  19        Q    Yes.

          20        A    Personally?  I'm never talking about Zen

09:47:26  21   Mobile.

          22        Q    With David?

09:47:31  23        A    But -- with David.  But, no, maybe he "ask"

          24   me some -- some day about Zen.  I don't remember

09:47:36  25   exactly.  I don't, like, say he could be never ask


Kusar ® Keeping Your Word Is Our Business℠

72.2015

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 61 of 285   Page ID
#:15563

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

09:47:40  1    about Zen (sic), because I was on paper.

          2        Q    Okay.  All right.  So taking a look at

09:47:48  3    Receiver's Exhibit No. 3 here in front of us, have you

          4    heard of a company called MIDsource before?

09:47:53  5        A    Which number, page?

          6        Q    3.  You're on it.

09:47:57  7             Have you heard of a company called MIDsource?

          8        A    Not.

09:48:00  9        Q    Okay.  Take a look at the first page.  No,

         10    back up.  Take a look at the first page.

09:48:08 11             Okay.  Someone who uses the email

         12    accounting818@gmail.com was sending the Articles of

09:48:14 13    Incorporation --

         14        A    Uh-huh.

09:48:18 15        Q    -- for a variety of companies, including Zen

         16    Mobile Media, to MIDsource.

09:48:22 17             Do you know why?

         18        A    No idea.

09:48:24 19        Q    No idea, okay.

         20             Take a look at Exhibit 4 in the book in front

09:48:31 21    of you.

         22             Have you ever seen the first page of Exhibit

09:48:41 23    4 before?

         24        A    Not.

09:48:46 25        Q    Okay.  Exhibit 4 includes the Forms W-3 and



09:48:51  1   W-2 that are filed with the IRS for Zen Mobile Media,

          2   Inc.

09:48:55  3          As I understand it from looking at these

          4   documents, the only employee of Zen Mobile Media, Inc.,

09:49:03  5   for 2011 was a man named Philip Camerino.

          6          If you'll take a look at Page 2, his W -- his

09:49:08  7   Form W-2 appears.

          8       A   Uh-huh.

09:49:10  9       Q   Do you see it on Page 2?

         10       A   Yes.

09:49:13 11       Q   Okay.  Did you hire this person for Zen

         12   Mobile Media?

09:49:20 13       A   Okay, I'm never -- I don't know "nothing"

         14   about it.

09:49:24 15       Q   You don't know anything about it?

         16       A   (Shakes head from side to side.)

09:49:28 17       Q   Okay.  Do you know why -- so is it fair to

         18   assume that you don't know why Philip Camerino was paid

09:49:34 19   $4,500 by Zen?

         20       A   No idea.

09:49:37 21       Q   Okay.  Was he working for CalEnergy at the

         22   same time -- well, let me back up.

09:49:45 23          Was Philip Camerino working for CalEnergy in

         24   2011?

09:49:47 25       A   I don't remember when he working (sic).


Kusar ® Keeping Your Word Is Our Business℠

```
09:49:49   1      Q    You don't remember when he was working for

           2   Cal- --

09:49:51   3      A    No, I have on papers.  He working (sic).

           4      Q    He was working for CalEnergy at this time?

09:49:55   5      A    I don't know this time or another time, but

           6   he working (sic).

09:49:58   7      Q    Okay.  At any point in time did you know that

           8   Philip Camerino was working for both CalEnergy and Zen

09:50:03   9   Mobile Media?

          10      A    No idea.

09:50:07  11      Q    Okay.  Do you know who might have hired him

          12   on behalf of Zen Mobile Media?

09:50:10  13      A    No idea.

          14      Q    Okay.  Take a look at Receiver's Exhibit 5 in

09:50:16  15   the book in front of you.

          16           These are the Forms W-2 for Zen Mobile Media

09:50:28  17   in the year -- tax year 2012.

          18           If you will look at Page 2, there were two

09:50:36  19   employees of Zen Mobile Media in 2012, and their names

          20   were Sean Inniss and Paul Medina.

09:50:42  21           Do you know those persons?

          22      A    Paul -- who is it?

09:50:45  23      Q    Paul Medina, do you know his name?

          24      A    Yes.

09:50:47  25      Q    Who is he?
```


Kusar® Keeping Your Word Is Our Business℠

09:50:50  1       A     This is guy working for Alon.

2       Q     Okay.  Do you know what he did for Alon?

09:51:12  3       A     Yeah.  He "help" him for marketing side.

4       Q     What did you understand he helped him with on

09:51:17  5  the marketing side?

6       A     No idea.

09:51:22  7       Q     No idea, okay.  And Sean Inniss, do you know

8  that person?

09:51:27  9       A     I have problem with my memory for names.

10       Q     That's okay.

09:51:30  11       A     If physically you can show, I can say I see

12  him or not, but this name, right now, not associate me

09:51:38  13  with somebody (sic).

14       Q     Okay.  As you sit here today, you can't

09:51:43  15  remember anyone named Sean Inniss; is that correct?

16       A     Right now I don't remember, but it not means

09:51:46  17  (sic) I don't see him.

18       Q     Okay.

09:51:55  19       A     About names, it's -- sometimes I meet with

20  some person, and after a couple of minutes, I don't

09:51:59  21  remember what's his name.

22       Q     Okay.  Let's take a look at Exhibit 6 in the

09:52:04  23  book in front of you, if you would.

24             These are the Forms W-2 for Zen Mobile Media

09:52:13  25  for tax year 2013, and Sean Inniss's name appears as



09:52:16  1    the only employee of Zen, okay?

          2          At any point in time did you know of any

09:52:23  3    employees of Zen besides Sean Inniss, Paul Medina or

          4    Philip Camerino?

09:52:27  5         MR. HARRIS:  Assumes facts not in evidence.

          6    BY MR. LITTLE:

09:52:29  7         Q    You can answer.

          8         A    I have to answer?

09:52:33  9         Q    Okay, let me -- let me ask the question

          10   differently.  I understand why your attorney objected.

09:52:37  11   I want to make sure this is clear, okay?

          12         At any point in time were you aware of the

09:52:43  13   employees -- who the employees of Zen Mobile Media

          14   were?

09:52:51  15        A    Okay, I just only sign paper when open

          16   company (sic) and sign checks.  That's it.

09:52:55  17        MR. HARRIS:  So you have to answer his question.

          18   Did you know who the employees were?

09:52:58  19        THE WITNESS:  Not.

          20   BY MR. LITTLE:

09:53:02  21        Q    Okay.  Take a look at Receiver's Exhibit 7.

          22         For tax year 2014, there was only one

09:53:12  23   employee listed, and he was a man named Robert Stayner.

          24         Do you know who Robert Stayner is?

09:53:17  25        A    (Shakes head from side to side.)



72.0015
Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 66 of 285   Page ID
#:15568

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

| 09:53:18 | 1 | Q    You'll have to answer audibly. |
| | 2 | A    Not. |
| 09:53:26 | 3 | Q    "No," okay.  Turn to Exhibit 8.  Receiver's |
| | 4 | Exhibit 8 appears to be a check drawn on the account of |
| 09:53:33 | 5 | Zen Mobile Media that was voided. |
| | 6 | Does your signature appear on that check? |
| 09:53:37 | 7 | A    Yes. |
| | 8 | Q    Okay.  That is your signature? |
| 09:53:39 | 9 | A    Yes. |
| | 10 | Q    Okay.  Did you sign it for any other reason |
| 09:53:48 | 11 | than Alon told you to? |
| | 12 | A    If I sign checks?  Zen, I did. |
| 09:53:58 | 13 | Q    Okay.  So my question was a little bit |
| | 14 | different.  Is the only reason that you signed this |
| 09:54:05 | 15 | check because Alon told you to? |
| | 16 | A    You asking about exactly this check |
| 09:54:07 | 17 | (indicating)? |
| | 18 | Q    Yeah. |
| 09:54:11 | 19 | A    I don't remember if I have exactly this |
| | 20 | check. |
| 09:54:12 | 21 | Q    Okay. |
| | 22 | A    In general, I come in and signed all checks. |
| 09:54:19 | 23 | Q    Okay.  Did Doron Nottea control any of the |
| | 24 | accounting functions for CalEnergy? |
| 09:54:26 | 25 | MR. HARRIS:  Objection, vague. |



Igor Latsanovski       Federal Trade Commission vs. Bunzai Media Group, Inc.       1090802

| | | |
|---|---|---|
| 09:54:27 | 1 | THE WITNESS:  No. |
| | 2 | BY MR. LITTLE: |
| 09:54:28 | 3 | Q    "No"? |
| | 4 | A    He "help" me. |
| 09:54:34 | 5 | Q    What did he help you do? |
| | 6 | A    "I'm" travel a lot and sometimes need pay |
| 09:54:41 | 7 | something, and I give him checks because I -- he good |
| | 8 | guy for help. |
| 09:54:48 | 9 | Say, "I hold some checks with my signature." |
| | 10 | Say, "Listen, Doron, I authorize you, please pay, like, |
| 09:54:52 | 11 | this" -- |
| | 12 | Q    Was Doron your bookkeeper? |
| 09:54:57 | 13 | A    No.  It's he "help" sometimes. |
| | 14 | Q    Okay.  Who is the bookkeeper for CalEnergy? |
| 09:55:05 | 15 | A    My CPA, yeah. |
| | 16 | Q    David Davidian? |
| 09:55:06 | 17 | A    Yeah. |
| | 18 | Q    Okay.  Does he do accounting entries in |
| 09:55:10 | 19 | QuickBooks for CalEnergy? |
| | 20 | A    Yes. |
| 09:55:15 | 21 | Q    Okay.  I only got to look at your form that |
| | 22 | you filled out and you sent to the -- do you remember |
| 09:55:20 | 23 | filling out a form for the receiver and sending it off |
| | 24 | that tells us about you and CalEnergy, et cetera? |
| 09:55:24 | 25 | A    Uh-huh, yeah. |



09:55:28   1          Q    Okay.  I only got to look at it briefly, so I

           2   could be wrong, but what I saw was, in looking at your

09:55:35   3   description of CalEnergy, there was no person that was

           4   listed as managing the accounting records or books of

09:55:42   5   CalEnergy.

           6          Can you tell me who that person would be?

09:55:46   7          A    I don't understand technical business.

           8   You're right now asking me some -- what it means?

09:55:50   9   What's processing doing?

           10         Q    Yeah; yeah, sure.  Okay.

09:55:56   11         A    This is already professionals.  It's not my

           12   level.

09:55:59   13         Q    I understand.  So was there any bookkeeper

           14   for CalEnergy besides David Davidian?

09:56:04   15         A    Wait.  What means "bookkeeper"?

           16         Q    Yes.  Someone --

09:56:09   17         A    For me it's like --

           18         Q    Okay.  Someone who maintains the financial

09:56:16   19   records of CalEnergy.  Who is that person?

           20         A    Financial record?

09:56:21   21         Q    Yes.  And I'm talking about bank statements,

           22   accounts payable, accounts receivable, things like

09:56:25   23   that.

           24         A    I did it.

09:56:26   25         Q    You do it?



Kusar®  Keeping Your Word Is Our Business℠

09:56:27  1      A      Sure.

          2      Q      Anyone else?

09:56:36  3      A      Maybe sometimes I ask Doron help me, some do

          4    it (sic).

09:56:39  5      Q      Okay.  Anyone else?

          6      A      No.  I hope, no.

09:56:49  7      Q      Okay.  Can you tell the court why this voided

          8    check was obtained from Doron Nottea's computer --

09:56:55  9      A      Uh-huh.

          10     Q      -- that we see in Receiver's Exhibit 8?

09:56:59  11     A      I have no idea.

          12     Q      You don't know?

09:57:01  13     A      Ask Doron about it.

          14     Q      Okay.  I'm asking you.  You don't know --

09:57:05  15     A      No.

          16     Q      -- right?  Okay.

09:57:07  17            Let's take a look at Exhibit 9 in this book

          18    in front of you.

09:57:13  19            This is a Merchant Application to a company

          20    called MIDpayments, and the Application is filled out

09:57:19  21    on behalf of Zen Mobile Media.

          22            Do you see that?

09:57:21  23     A      Right now, yes.

          24     Q      Okay.  The Owner/Officer Information, I want

09:57:28  25    you to take a look at this portion -- look at Page 1,



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 70 of 285   Page ID
#:15572

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | | |
|---|---|---|---|
| 09:57:32 | 1 | | if you would.  There's an area that says, |
| | 2 | | "Owner/Officer Information." |
| 09:57:35 | 3 | | Do you see that? |
| | 4 | A | Where is it? |
| 09:57:40 | 5 | Q | It's in the block below there.  See that? |
| | 6 | A | Uh-huh. |
| 09:57:46 | 7 | Q | It says, "Daniale Perry." |
| | 8 | | Do you know who Daniale Perry is? |
| 09:57:51 | 9 | A | No idea. |
| | 10 | Q | Okay.  She is listed as the 100 percent owner |
| 09:57:55 | 11 | | of that company. |
| | 12 | | Do you see that? |
| 09:57:58 | 13 | A | Yes, I see. |
| | 14 | Q | She is listed as living at your house. |
| 09:58:01 | 15 | | Do you see that? |
| | 16 | A | Yes. |
| 09:58:05 | 17 | Q | Is that amusing? |
| | 18 | A | She "not" live in my house. |
| 09:58:09 | 19 | Q | Has never lived in your house, right? |
| | 20 | A | No. |
| 09:58:12 | 21 | Q | Okay.  I spoke to her, and she said the same |
| | 22 | | thing, and she said that she had never heard of you, |
| 09:58:17 | 23 | | okay? |
| | 24 | | Have you ever heard of Daniale Perry before? |
| 09:58:21 | 25 | A | No. |



09:58:24   1     Q    Okay. Did you ever receive any mail from

2    MIDpayments or MIDsource at your home?

09:58:29   3     A    No.

4     Q    Okay. There is a physical address on here

09:58:40   5    that's listed for Zen Mobile Media as 4335 Van Nuys

6    Boulevard, No. 167.

09:58:46   7        Have you ever been there?

8     A    Not.

09:58:48   9     Q    "No," okay.

10        There is a -- an email account for Zen Mobile

09:58:57   11    Media@gmail.com.

12        Do you see that?

09:58:58   13     A    Yes.

14     Q    Have you ever been in that gmail account?

09:59:02   15     A    No.

16     Q    Do you know who had access to it?

09:59:05   17     A    Not.

18     Q    Okay. Do you know whose phone number that is

09:59:12   19    that is listed as 855-393-8730?

20     A    Not.

09:59:16   21     Q    Do you know whose fax number that is next to

22    it?

09:59:18   23     A    Not.

24     Q    Okay. At the top do you see that there is a

09:59:30   25    DBA? It's listed as "Reveal 866-670-2751."



72-2015

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 72 of 285   Page ID
#:15574

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | | |
|---|---|---|---|
| 09:59:32 | 1 | A | Uh-huh. |
| | 2 | Q | Yes, you do? |
| 09:59:35 | 3 | A | See. |
| | 4 | Q | Okay.  Do you know what a DBA is? |
| 09:59:40 | 5 | A | Yeah, it's like additional name under |
| | 6 | company. |
| 09:59:44 | 7 | Q | Right.  So I understand this to mean Zen |
| | 8 | Mobile Media, Inc., was doing business as Reveal |
| 09:59:53 | 9 | 866-670-2751, okay? |
| | 10 | So did you understand that Zen Mobile Media |
| 10:00:02 | 11 | was setting up merchant accounts? |
| | 12 | A | If this -- |
| 10:00:04 | 13 | MR. HARRIS:  Objection, vague. |
| | 14 | BY MR. LITTLE: |
| 10:00:08 | 15 | Q | Okay.  Earlier your testimony was, |
| | 16 | Mr. Latsanovski, that you created Zen Mobile Media |
| 10:00:13 | 17 | because Alon told you he needed to set up merchant |
| | 18 | accounts. |
| 10:00:15 | 19 | A | Yes. |
| | 20 | Q | Okay.  So you knew it was setting up merchant |
| 10:00:17 | 21 | accounts -- |
| | 22 | A | Yes. |
| 10:00:19 | 23 | Q | -- correct? |
| | 24 | A | Yes. |
| 10:00:22 | 25 | Q | Did you know it set up this merchant account? |



| | | | |
|---|---|---|---|
| 10:00:23 | 1 | A | Exactly this one? |
| | 2 | Q | Yes. |
| 10:00:24 | 3 | A | No. |
| | 4 | Q | Okay.  What did you know about any of the |
| 10:00:30 | 5 | merchant accounts that were set up by Zen? | |
| | 6 | A | Nothing. |
| 10:00:34 | 7 | Q | Did you ever ask Alon to explain to you what |
| | 8 | merchant accounts were set up by Zen? | |
| 10:00:38 | 9 | A | Not. |
| | 10 | Q | Why not? |
| 10:00:45 | 11 | A | He run business (sic).  I trust him because |
| | 12 | I'm invest to people (sic). | |
| 10:00:48 | 13 | Q | Okay.  You trusted him? |
| | 14 | A | Yes. |
| 10:00:52 | 15 | Q | Okay.  Just explain to me, if you would, how |
| | 16 | you came to trust Alon Nottea. | |
| 10:00:57 | 17 | A | Okay. |
| | 18 | MR. HARRIS:  Objection, vague. | |
| 10:00:59 | 19 | BY MR. LITTLE: | |
| | 20 | Q | You can answer, if you understand me. |
| 10:01:03 | 21 | A | Yeah, I understand. |
| | 22 | Q | Okay. |
| 10:01:09 | 23 | A | My method of make investment, for trust |
| | 24 | people (sic). | |
| 10:01:11 | 25 | Q | Okay. |

73



```
10:01:15   1        A    If I don't "be" trust people, I have to run

           2   business myself.  In this case, one person cannot do

10:01:27   3   business more than one, and you cannot grow up.  You

           4   have to decide it, or trust people, and people will do

10:01:32   5   the business.

           6        In this case you can have "difference" at the

10:01:37   7   same times investment businesses --

           8        Q    Yes?

10:01:39   9        A    -- or do it yourself.

          10        Q    Yes.

10:01:45  11        A    I starting for trust people and try control

          12   for don't spend money to outside (sic).  That's it.

10:01:48  13   That's my --

          14        MR. HARRIS:  The question was, why did you trust

10:01:52  15   Alon?

          16        Right?

10:01:54  17        MR. LITTLE:  Yes.

          18        Q    How did you decide to trust Alon?

10:02:03  19        A    Internally.  This is my internal feelings.

          20        Q    Totally understand, and it's very subjective,

10:02:09  21   so I understand that you felt that way.  What I want to

          22   understand a little bit better is, did you give Alon

10:02:18  23   and Khris $175,000 the first time that you met them?

          24        A    Not first time, but, yeah.  Completely, yes.

10:02:25  25        Q    Okay.
```



```
10:02:30   1        A    In my mind, I decided, "Okay, I can lose this

           2   money, or maybe I can find good team who can help me,

10:02:41   3   yeah, for make some profit here in United States."

           4        Q    Okay.  Looking back at Receiver's Exhibit 9

10:02:51   5   here, did you understand that Zen Mobile Media was

           6   selling Aura Vie?

10:02:54   7        A    Where does it show it?

           8        Q    Well, lists -- further down the page on the

10:03:02   9   left side there is a -- a line item for a

          10   "Product/Service Sold."  Do you see that?  And it says,

10:03:07  11   "Facial Creams."

          12        MR. HARRIS:  Yeah (indicating).

10:03:09  13        THE WITNESS:  Okay.

          14   BY MR. LITTLE:

10:03:10  15        Q    Do you see that?

          16        A    Yes.

10:03:13  17        Q    Did you understand that the facial creams

          18   that Zen Mobile Media was selling included Aura Vie?

10:03:18  19        A    Maybe.

          20        Q    Maybe?

10:03:20  21        A    I don't know, because I -- I don't use this

          22   company personally.

10:03:28  23        Q    Okay.  Looking at the right side of the page,

          24   there is a box for "Bank" -- "Bank Information."

10:03:33  25             Do you see that?
```



| | | | |
|---|---|---|---|
| 10:03:34 | 1 | A | Yes. |
| | 2 | Q | And it says, "Bank.....Wells Fargo," and it |
| 10:03:39 | 3 | lists an account and routing number. | |
| | 4 | | Do you see that? |
| 10:03:41 | 5 | A | Yes. |
| | 6 | Q | Did you create that account? |
| 10:03:46 | 7 | A | I signed paper.  If I signed paper, yes. |
| | 8 | Q | Okay.  My question was a little bit |
| 10:03:54 | 9 | different, okay?  So let me ask it this way:  Did | |
| | 10 | you -- did you sign the account-opening forms at Wells | |
| 10:04:00 | 11 | Fargo for Zen Mobile Media? | |
| | 12 | A | I don't remember, really. |
| 10:04:04 | 13 | Q | Did you sign the account opening forms for |
| | 14 | Zen Mobile Media at Bank of America? | |
| 10:04:08 | 15 | A | I don't remember. |
| | 16 | Q | Okay.  Did Alon ever bring you any |
| 10:04:14 | 17 | account-opening forms for Zen Mobile Media to sign? | |
| | 18 | A | I don't remember. |
| 10:04:24 | 19 | Q | Okay.  Take a look at Page 3.  There's a page |
| | 20 | that contains two signatures of someone named Daniale | |
| 10:04:28 | 21 | Perry at the bottom. | |
| | 22 | | Do you see that? |
| 10:04:31 | 23 | A | This one, yeah (indicating)? |
| | 24 | Q | Yes. |
| 10:04:32 | 25 | A | Yes. |



10:04:35  1         Q     You see her signatures?

          2         A     Whose signatures?

10:04:39  3         Q     Well, it's supposed to be Daniale Perry, but

          4    she told me those are not her signatures, okay?

10:04:44  5               So do you see these two signatures here?

          6         A     Yes.

10:04:48  7         Q     Okay.  Do you see that her title is listed as

          8    "CEO"?

10:04:52  9         A     (Nods head up and down.)

          10        Q     Have you ever met a CEO of Zen Mobile Media

10:04:57  11   named Daniale Perry?

          12        A     I'm not (sic).

10:04:59  13        Q     You have not?

          14        A     (Shakes head from side to side.)

10:05:05  15        Q     Okay.  Who was the CEO of Zen Mobile Media?

          16        A     I don't know.

10:05:10  17        Q     Let's take a look at Receiver's Exhibit 10.

          18              Have you ever seen Receiver's Exhibit 10

10:05:18  19   before?

          20        A     Did you ask me if I "seen" this form before?

10:05:28  21        Q     Yes.  Have you ever seen Exhibit 10 before,

          22   this form?

10:05:32  23        A     I don't remember.

          24        Q     Okay.  Now, again, the Owner/Officer

10:05:38  25   Information is listed as Daniale Perry.



72.2015

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

10:05:41   1            Did you understand that -- that Zen Mobile

2      Media was selling a product called Dellure?

10:05:45   3       A    I don't know.

4       Q    Do you know what Dellure is?

10:05:50   5       A    This is some of -- cosmetic line.

6       Q    Okay.  Did you understand -- what did you

10:05:57   7      understand that Zen Mobile Media was selling?

8       A    Cosmetic online.

10:06:07   9       Q    Cosmetics online, okay.

10            Okay.  Do you know what negative option

10:06:14  11      marketing is?  Have you ever heard of that?

12       A    I'm hear (sic) from these papers, which you

10:06:19  13      already receive it.

14       Q    Okay.

10:06:20  15       A    Explain me what it means (sic).

16       Q    Okay.  So I'm asking, do you know what it

10:06:24  17      means?

18       A    Right now?  Yes.

10:06:29  19       Q    Okay.  How did you come to know?  And don't

20      tell me about any conversations you had with your

10:06:33  21      lawyers, but how did you come to find out what negative

22      option marketing is?

10:06:40  23       A    I don't know it too deep.  I know generally.

24       Q    Okay.  And how did you come to know generally

10:06:46  25      what it means?



```
10:06:55   1        A    It means you sell product online.  If you

           2   sell product online --

10:06:58   3             (Telephone ringing.)

           4        THE WITNESS:  Apologize.  I turn off.

10:07:00   5   BY MR. LITTLE:

           6        Q    It's okay.  Don't worry.

10:07:02   7        MR. HARRIS:  Can you silence it?

           8        THE WITNESS:  Yeah, sorry.

10:07:03   9   BY MR. LITTLE:

          10        Q    That's okay.

10:07:06  11        A    Okay.

          12             If you sell online product --

10:07:10  13        Q    Uh-huh.

          14        A    -- and sell product with, like, free trial --

10:07:15  15        Q    Yes.

          16        A    -- it means it's negative option.

10:07:21  17        Q    Free trial, and then a consumer has an

          18   opportunity -- they have to cancel within a certain

10:07:27  19   period of time, right?

          20        A    It's already details.

10:07:30  21        Q    I'm sorry?

          22        A    I don't know these details already what you

10:07:32  23   explain to me --

          24        Q    Okay.

10:07:34  25        A    -- because I have my personal experience --
```


Kusar® Keeping Your Word Is Our Business℠

10:07:34  1          Q    Okay.

          2          A    -- yeah?  Because a lot of times online I try

10:07:40  3    to buy something, and the same, free trial, everything,

          4    it's okay.

10:07:44  5               Sometimes I don't like it.  Like, last time

          6    somebody charged me for a sport, it's like for -- so I

10:07:53  7    say, "I don't like it."  I online tried return money,

          8    yeah.

10:07:54  9          Q    Okay.

          10         A    So it means -- this, it means negative

10:07:57  11   options, yeah?

          12         Q    So my understanding is, and I'm sure the FTC

10:08:04  13   could clarify this for you at some point --

          14         A    Yeah.

10:08:06  15         Q    -- and much more eloquently than I could, but

          16   my understanding is you sign up for a free trial, you

10:08:11  17   give them your credit card information, and the

          18   consumer has to do -- take some affirmative action to

10:08:18  19   cancel the free trial before their credit card gets

          20   charged.

10:08:20  21              Do you understand that?

          22         A    Too long and "complicate" for me right now.

10:08:26  23         Q    Okay.  Did you understand that the companies

          24   that Alon was running were engaged in negative option

10:08:33  25   marketing?



72.2915

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 81 of 285   Page ID
#:15583

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

10:08:41    1        A    I understand Alon did everything for sell

            2    product, good quality, because Khristopher create

10:08:45    3    good-quality product.

            4        Q    Okay.

10:08:51    5        A    I give present to my friends, this product.

            6    All of them like it, and all the time when I travel,

10:08:58    7    they say, "Igor, please bring more.  It's good, really

            8    quality product."

10:09:01    9        Q    Uh-huh.  My question was different,

            10   Mr. Latsanovski, and I want to -- I want to make sure

10:09:05    11   you understand my question.

            12       A    Okay.

10:09:08    13       Q    Did you understand that the businesses that

            14   Alon Nottea was running, including Bunzai and Zen

10:09:17    15   Mobile Media, were offering products over the Internet

            16   via free trial --

10:09:21    17       A    I know -- I know --

            18       Q    Hold on a second.  Let me finish.

10:09:23    19       A    Okay.

            20       Q    Okay?  Did you understand that Alon's

10:09:27    21   companies were offering products over the Internet

            22   through something called negative option marketing?

10:09:35    23       MR. HARRIS:  Your definition or his of that term?

            24       MR. LITTLE:  Let me ask a more specific question.

10:09:41    25       MR. BERK:  I think we need to restate that



10:09:42   1   question.

2        MR. LITTLE:  Okay.

10:09:42   3        THE REPORTER:  I'm sorry.  I can't hear you,

4   Counsel.

10:09:42   5        MR. BERK:  I think we need to restate the

6   question.

10:09:42   7        MR. LITTLE:  Okay.

8        Q    Let me ask it differently, okay?

10:09:48   9             Did you understand that the companies Bunzai

10   and Zen were offering products over the Internet

10:09:55  11   through free trials and then required the consumer to

12   take action to close or shut down the free trial before

10:10:01  13   their credit card was charged?

14        A    "Complicate" for me.  I don't understand you

10:10:07  15   generally, because I understand what you're talking

16   about (sic).

10:10:09  17        MR. HARRIS:  Just listen to the question

18   carefully.  If you don't understand, he'll rephrase it

10:10:12  19   for you.

20   BY MR. LITTLE:

10:10:14  21        Q    I'll break it up into steps.

22             Did you understand that Bunzai and Zen Mobile

10:10:18  23   Media were offering free trial products over the

24   Internet?

10:10:21  25        A    Yes.



```
10:10:25   1        Q    Did you understand that unless the person who

           2    accepted the free trial canceled before a certain

10:10:33   3    period of time that their credit card would be charged?

           4        A    I don't know this detail.

10:10:37   5        Q    You don't know this detail?

           6        A    (Nods head up and down.)

10:10:39   7        Q    Okay.  That's what I wanted to know.

           8             Do you recognize any of the signatures that

10:10:48   9    are contained in Receiver's Exhibit 10?

          10        MR. HARRIS:  There you go.  That's Page 3, 4 and

10:10:59  11    5.

          12        THE WITNESS:  This one (indicating)?

10:11:00  13    BY MR. LITTLE:

          14        Q    Any of the signatures in Receiver's Exhibit

10:11:04  15    10.

          16        MR. HARRIS:  Keep looking through all the pages

10:11:06  17    there.

          18        THE WITNESS:  Not (indicating), not (indicating),

10:11:09  19    not (indicating).

          20    BY MR. LITTLE:

10:11:13  21        Q    Okay.  Take a look at Receiver's Exhibit 11

          22    in the book in front of you, please.

10:11:22  23             These were checks that were obtained by the

          24    receiver from Doron Nottea's office, okay?

10:11:27  25        A    Uh-huh.
```



```
10:11:29   1        Q    There were pre-signed checks -- does your

           2    signature appear on each of these checks on Receiver's

10:11:33   3    Exhibit 11, sir?

           4        A    Yes.

10:11:37   5        Q    Okay.  Why did you pre-sign checks for

           6    CalEnergy and leave them with Doron Nottea?

10:11:42   7        MR. BERK:  Objection, asked and answered.

           8    BY MR. LITTLE:

10:11:44   9        Q    You can answer.

          10        THE WITNESS:  I have to answer?

10:11:46  11        MR. BERK:  Yes.

          12        THE WITNESS:  Because he help me for, if I not

10:11:56  13    here, I authorize him for help me pay some (sic) -- for

          14    personal or business purpose.

10:11:59  15    BY MR. LITTLE:

          16        Q    And just to make sure I understand, you

10:12:04  17    allowed Doron Nottea to do that --

          18        A    What is "allowed"?

10:12:08  19        Q    You permitted Alon -- Doron Nottea to do

          20    that?

10:12:10  21        A    Yes.

          22        Q    He was not an employee of CalEnergy, right?

10:12:15  23        A    Not.

          24        Q    Was Doron Nottea a signer on the bank account

10:12:18  25    of CalEnergy?
```



|          |    |   |                                                          |
|----------|----|---|----------------------------------------------------------|
| 10:12:20 | 1  | A | Not.                                                     |
|          | 2  | Q | Did you pay him anything --                              |
| 10:12:22 | 3  | A | No.                                                      |
|          | 4  | Q | -- to help you?                                          |
| 10:12:25 | 5  | A | Nothing.                                                 |
|          | 6  | Q | And as I understand your testimony, your                |

10:12:30   7   answer is the same with regard to your personal checks

8   that appear -- or your personal check that appears on

10:12:35   9   this page, "yes"?

|          | 10 | A | Yes, the same, like --                                  |
| 10:12:40 | 11 | Q | Okay.  Do you leave pre-signed checks with              |

12   anyone else besides Doron Nottea when you travel?

|          | 13 | A | Yes.                                                    |
|          | 14 | Q | Who?                                                    |
| 10:12:49 | 15 | A | My wife.                                                |
|          | 16 | Q | Have you left any pre-signed checks with                |

10:12:58   17   David Davidian?

|          | 18 | A | Not.                                                    |
| 10:13:05 | 19 | Q | Do you leave your wife pre-signed checks for            |

20   any other account than your personal account?

|          | 21 | A | I don't remember.  I trust her.                         |
|          | 22 | Q | I understand.                                           |
| 10:13:17 | 23 | A | For this reason, I live with her already 25             |

24   years.

| 10:13:20 | 25 | Q | And just to make sure I understand your                 |


Kusar ®  Keeping Your Word Is Our Business ℠

72-2915
Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

10:13:23  1  testimony, Mr. Latsanovski, you were never an employee

2  of Bunzai Media Group, right?

10:13:31  3       A    We --

4       MR. HARRIS:  "Yes" or "no"?

10:13:31  5       THE WITNESS:  No.

6  BY MR. LITTLE:

10:13:34  7       Q    All right.  Take a look at Receiver's Exhibit

8  12.

10:13:39  9       Does your signature appear on the first page

10  of Receiver's Exhibit 12?

10:13:50  11       A    Looking like mine, but I'm not sure.

12       Q    Looks like yours, but you're not sure?

10:13:53  13       A    Yeah.

14       Q    Okay.  Did you fill out this form?

10:13:59  15       A    Not.  That's not mine (indicating).

16       Q    Is that your Social Security number on

10:14:03  17  Receiver's Exhibit 12?

18       A    Yes.

10:14:08  19       Q    How did you get a Social Security number?

20       A    What means (sic)?

10:14:12  21       Q    Okay.  How did you obtain one?

22       A    How I take it, have it?

10:14:16  23       Q    Yeah.

24       A    I have it.

10:14:21  25       Q    Okay.  So because -- because I've never come



72-2915
Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

| | | |
|---|---|---|
| 10:14:24 | 1 | into the United States as a foreign citizen -- |
| | 2 | A  Ah. |
| 10:14:27 | 3 | Q  -- to come into the United States when you |
| | 4 | have a visa -- |
| 10:14:30 | 5 | A  Yes, E-2. |
| | 6 | Q  E-2? |
| 10:14:32 | 7 | A  Uh-huh. |
| | 8 | Q  Do they give you a Social Security number? |
| 10:14:34 | 9 | A  Yes. |
| | 10 | Q  So you can pay taxes while you work in the |
| 10:14:36 | 11 | United States? |
| | 12 | A  Exactly.  Right now I understand. |
| 10:14:39 | 13 | Q  All right.  Is that how you got it? |
| | 14 | A  Yes. |
| 10:14:43 | 15 | Q  Okay.  So I want to make sure I totally |
| | 16 | understand your testimony.  You don't know whether you |
| 10:14:50 | 17 | signed this, correct? |
| | 18 | A  It's -- I don't remember exactly. |
| 10:14:53 | 19 | Q  Okay. |
| | 20 | A  This is here.  This is the 11th. |
| 10:14:59 | 21 | Q  Hold on.  Let's stay on the first page.  I |
| | 22 | want to ask you some questions about it, okay? |
| 10:15:02 | 23 | A  Okay. |
| | 24 | Q  Go to the first page, please. |
| 10:15:08 | 25 | Okay.  Is all the information on the first |



| 10:15:12 | 1 | page correct? |
| | 2 | A    Yes. |
| 10:15:17 | 3 | Q    Okay.  Let's take a look at the second page. |
| | 4 | Is all the information on the second page |
| 10:15:22 | 5 | correct? |
| | 6 | A    Yes. |
| 10:15:25 | 7 | Q    Does your handwriting appear on the second |
| | 8 | page? |
| 10:15:27 | 9 | A    Pardon? |
| | 10 | Q    Does your handwriting appear on the second |
| 10:15:31 | 11 | page? |
| | 12 | A    What means "appear"? |
| 10:15:33 | 13 | Q    Did you -- |
| | 14 | MR. HARRIS:  Is this your handwriting, any of this |
| 10:15:37 | 15 | your handwriting? |
| | 16 | MR. BERK:  Did you write that? |
| 10:15:38 | 17 | THE WITNESS:  No. |
| | 18 | MR. LITTLE:  Can we have one at a time.  Is that |
| 10:15:41 | 19 | okay? |
| | 20 | MR. BERK:  I'm sorry. |
| 10:15:43 | 21 | MR. HARRIS:  I'm just trying to get your -- |
| | 22 | MR. LITTLE:  It's all right. |
| 10:15:44 | 23 | MR. HARRIS:  -- get your answer. |
| | 24 | MR. LITTLE:  Thank you, guys. |
| 10:15:48 | 25 | Q    So none of this is your handwriting, correct? |


Kusar ® Keeping Your Word Is Our Business ℠

72-2015

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 89 of 285   Page ID
#:15591

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

| | | |
|---|---|---|
| 10:15:49 | 1 | A    No. |
| | 2 | Q    Is all of the information on it correct? |
| 10:15:51 | 3 | A    Yes. |
| | 4 | Q    Okay.  Let's turn the page. |
| 10:15:54 | 5 | Does your signature appear on the third page |
| | 6 | of Receiver's Exhibit 12? |
| 10:16:00 | 7 | A    Looking like mine. |
| | 8 | Q    Yes.  I -- based on the other checks that I |
| 10:16:08 | 9 | saw, this does appear to be your signature. |
| | 10 | Is it your signature? |
| 10:16:10 | 11 | A    Yeah, looking like mine; yeah. |
| | 12 | Q    Okay.  Does any of your handwriting appear on |
| 10:16:13 | 13 | this document? |
| | 14 | A    Not. |
| 10:16:17 | 15 | Q    "No."  Turn the page. |
| | 16 | Now, this document is apparently a document |
| 10:16:29 | 17 | that was completed by someone at Bunzai Media Group, |
| | 18 | and it says that you quit effective February 21, and it |
| 10:16:38 | 19 | looks like "2022," but I think it's supposed to be |
| | 20 | 2012, okay, and there's comments on this page that |
| 10:16:44 | 21 | read, "Igor went back to school full time, will not be |
| | 22 | coming back." |
| 10:16:48 | 23 | Did you go back to school at some point in |
| | 24 | the United States? |
| 10:16:50 | 25 | A    Not. |


Kusar® Keeping Your Word Is Our Business℠

| | | | |
|---|---|---|---|
| 10:16:53 | 1 | Q | "No final paychecks, did not work for a |
| | 2 | | couple of weeks." |
| 10:16:57 | 3 | | Okay.  None of that is true? |
| | 4 | A | I don't remember. |
| 10:17:01 | 5 | Q | Have you obtained any education in the United |
| | 6 | | States? |
| 10:17:03 | 7 | A | Not. |
| | 8 | Q | "No," okay. |
| 10:17:06 | 9 | | Do you know whose signature appears on this |
| | 10 | | document? |
| 10:17:08 | 11 | A | Not. |
| | 12 | Q | Okay.  Let's turn the page.  This is an Exit |
| 10:17:16 | 13 | | Interview form. |
| | 14 | | Have you ever seen this document before? |
| 10:17:20 | 15 | A | I don't remember. |
| | 16 | Q | Okay.  And you don't know whose signature |
| 10:17:23 | 17 | | this is? |
| | 18 | A | Not. |
| 10:17:30 | 19 | Q | Have you ever met a man named Leor Arazy? |
| | 20 | A | I think so, yeah. |
| 10:17:32 | 21 | Q | Okay.  Who is that? |
| | 22 | A | I don't remember exactly, but if you show me |
| 10:17:36 | 23 | | physically, I will remember. |
| | 24 | Q | Okay.  Did he work for Bunzai? |
| 10:17:45 | 25 | A | Physically or on the paper? |



Kusar ®  Keeping Your Word Is Our Business ℠

| | | |
|---|---|---|
| 10:17:50 | 1 | Q    Either.  Do you know if Leor Arazy worked for |
| | 2 | Bunzai? |
| 10:17:52 | 3 | A    I don't remember. |
| | 4 | Q    Okay.  Turn to Receiver Exhibit 13.  This is |
| 10:18:01 | 5 | just a printout of your LinkedIn page. |
| | 6 | A    Uh-huh. |
| 10:18:02 | 7 | Q    Do you see that? |
| | 8 | A    Yes. |
| 10:18:05 | 9 | Q    Okay.  And one of the companies -- I asked |
| | 10 | you earlier in your deposition for all the companies |
| 10:18:13 | 11 | that you've owned or worked for, and one that you did |
| | 12 | not mention was a company called Guayas Limited. |
| 10:18:17 | 13 | A    Yes. |
| | 14 | Q    What is that company? |
| 10:18:20 | 15 | A    This is European company. |
| | 16 | Q    Okay.  Where in Europe? |
| 10:18:25 | 17 | A    Estonia. |
| | 18 | Q    In Tallinn? |
| 10:18:29 | 19 | A    Yes. |
| | 20 | Q    What does it do? |
| 10:18:33 | 21 | A    They do business. |
| | 22 | Q    You say, "They do business."  You're listed |
| 10:18:41 | 23 | as the CEO of that company.  What does it do? |
| | 24 | A    Okay, I'm shareholder this company (sic). |
| 10:18:44 | 25 | Q    You're a shareholder? |



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:18:45   1        A    (Nods head up and down.)

           2        Q    Are you the CEO?

10:18:48   3        A    I'm shareholder.

           4        Q    Well --

10:18:51   5        A    I was COO some short period of time.

           6        Q    Do you -- is this your LinkedIn page?

10:18:56   7        A    If you print it, yes.

           8        Q    Yeah, so did you fill in all the information

10:18:59   9    here?

          10        A    No.

10:19:02  11        Q    Who filled in the information?

          12        A    I sometimes ask somebody "for" help me, for

10:19:06  13    create information about me.

          14        Q    Okay.

10:19:09  15        A    Personally, I didn't.

          16        Q    Have you ever been the CEO of Guayas Limited?

10:19:16  17        A    CO (sic)?  Never.

          18        Q    "Never."  What does it do?

10:19:20  19        A    What?

          20        Q    What does the company do?

10:19:22  21        A    Do?

          22        Q    (Nods head up and down.)

10:19:25  23        A    They make business.

          24        Q    What kind of business?

10:19:30  25        A    Investment in real estate.
```



72.2915

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 93 of 285   Page ID
#:15595

Igor Latsanovski                  Federal Trade Commission vs. Bunzai Media Group, Inc.                  1090802

```
10:19:33   1        Q    And where does the money come from?

           2        A    You talking about which company?

10:19:39   3        Q    Guayas Limited, where does the money come

           4   from?

10:19:43   5        A    They working themselves money (sic).  They

           6   have cash flow.

10:19:47   7        Q    Okay.  Who is "they" that you're talking

           8   about.  Who else is -- who else participates in that

10:19:50   9   company?

          10        A    Okay.  Oleg is the CO (sic) of company for

10:19:55  11   run this business.

          12        Q    Oleg?  And what is his last name?

10:19:57  13        A    Trushla.

          14        Q    Trushla?

10:20:00  15        A    Yeah, Trushla.

          16        Q    How would you spell it?

10:20:06  17        A    T-R-U-S-H-L-A, Trushla.

          18        Q    He lives in Estonia?

10:20:09  19        A    No.

          20        Q    Where does he live?

10:20:14  21        A    He "live" in Russia.

          22        Q    And who else works for Guayas Limited besides

10:20:21  23   Oleg Trushla?

          24        A    Irina.

10:20:23  25        Q    Irina?
```



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 94 of 285   Page ID
#:15596

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 10:20:24 | 1 | A    Yeah. |
| | 2 | Q    And what is Irina's last name? |
| 10:20:30 | 3 | A    Stamburg. |
| | 4 | Q    Is she related to your wife? |
| 10:20:35 | 5 | A    Yes.  She is the sister. |
| | 6 | Q    Sister?  And where does she live? |
| 10:20:42 | 7 | A    She "live" in Spain, Barcelona. |
| | 8 | Q    And who else works with Guayas Limited? |
| 10:20:46 | 9 | MR. HARRIS:  Counsel, I'm going to object to |
| | 10 | further questions on this unless you can explain to me |
| 10:20:51 | 11 | how this relates to the receivership defendants' assets |
| | 12 | and the location and so forth. |
| 10:20:56 | 13 | MR. LITTLE:  Sure.  Guayas Limited put substantial |
| | 14 | amounts of money into CalEnergy that was commingled |
| 10:21:01 | 15 | with money that was received from the receivership |
| | 16 | defendants. |
| 10:21:05 | 17 | Does that help you understand? |
| | 18 | MR. HARRIS:  Well, I don't think it's accurate, |
| 10:21:07 | 19 | but you can -- |
| | 20 | MR. LITTLE:  I'll show you why it's accurate. |
| 10:21:12 | 21 | Q    Okay, so who else is associated with Guayas |
| | 22 | Limited besides Irina and Oleg? |
| 10:21:18 | 23 | A    Nobody. |
| | 24 | Q    Where does its money come from? |
| 10:21:26 | 25 | A    From Guayas?  Guayas making -- they start in |



```
10:21:31   1    business, it's long years ago, and --

           2         Q    Started in business many years ago?

10:21:34   3         A    Yeah.

           4         Q    Okay.  Does Oleg run the day-to-day

10:21:37   5    operations?

           6         A    Yes, exactly.

10:21:41   7         Q    Okay.  Where is it -- does it have an office?

           8         A    Yeah.

10:21:44   9         Q    Okay.  Where is the office?

          10         A    In Tallinn.

10:21:47  11         Q    Does it have -- do you know what the address

          12    is?

10:21:55  13         A    It's upon the paper.

          14         Q    Does it bank at Danske Bank?

10:22:01  15         A    Yeah.

          16         Q    Is that in Denmark?

10:22:07  17         A    (Nods head up and down.)

          18              I don't have access to bank.  You have to ask

10:22:09  19    Oleg.

          20         Q    Okay.  How many shares do you own in Guayas?

10:22:16  21         A    100 percent.

          22         Q    And it has real estate investments, you said?

10:22:22  23         A    (Nods head up and down.)

          24         Q    Where are the real estate holdings located?

10:22:30  25         A    Not real estate.  He "investment" to real
```



```
10:22:33   1    estate.  If I give loan to some --

           2         Q    It invests in real estate?

10:22:36   3         A    Yes.

           4         Q    Where?

10:22:43   5         A    Better ask him.  My side, like shareholders,

           6    see financial result, and this result good.

10:22:48   7         Q    Does Oleg speak English?

           8         A    No.  No, sure, speak, but use body language

10:22:54   9    very --

          10         Q    Not well?  Okay.

10:22:55  11         A    Yeah.

          12         Q    And you have the ability to get in touch with

10:22:58  13    him?

          14         A    What means (sic)?

10:23:01  15         Q    Is his phone number on your cell phone?

          16         A    His cell phone?  Sure.

10:23:04  17         Q    No, is his phone number in your phone?

          18         A    His number in my phone?

10:23:07  19         Q    Yes.

          20         A    Well, yeah.

10:23:10  21         Q    Okay.  Can you tell me what it is?

          22         A    Sure.

10:23:34  23         Q    Okay.

          24         A    Not here.

10:23:36  25         Q    Not here, okay.
```



| | | |
|---|---|---|
| 10:23:37 | 1 | A    I give you. |
| | 2 | Q    What I'll do is I'll leave a -- ask the court |
| 10:23:41 | 3 | reporter to leave a blank in your deposition so you can |
| | 4 | tell me what his phone number is later. |
| 10:23:44 | 5 | A    I give you. |
| | 6 | Q    Okay? |
| 10:23:45 | 7 | (Information requested:_____ |
| | 8 | _____.) |
| 10:23:45 | 9 | BY MR. LITTLE: |
| | 10 | Q    And is -- the same question for Irina |
| 10:23:51 | 11 | Stamburg, you can do that as well? |
| | 12 | A    Yes. |
| 10:23:53 | 13 | Q    You can provide me the phone number? |
| | 14 | A    No problem. |
| 10:23:55 | 15 | Q    Okay. |
| | 16 | (Information requested:_____ |
| 10:23:55 | 17 | _____.) |
| | 18 | BY MR. LITTLE: |
| 10:23:59 | 19 | Q    All right.  What does VastPay do? |
| | 20 | A    VastPay? |
| 10:24:02 | 21 | Q    Yes. |
| | 22 | A    This is a merchant processing company. |
| 10:24:07 | 23 | Q    Merchant processing company? |
| | 24 | A    Uh-huh. |
| 10:24:12 | 25 | Q    Has it ever done any business with any of the |



```
10:24:14   1    receivership defendants?

           2         A    You have to ask CO (sic).

10:24:17   3         Q    Sure.

           4         A    I just only invest money, and because my

10:24:25   5    business invest the money to people who can "running"

           6    it.

10:24:26   7         Q    Okay.

           8         A    His name, COO of this company, who running

10:24:33   9    it, you can ask, is Eugen.

          10         Q    Eugen?

10:24:34  11         A    Yeah.

          12         Q    How do you spell it?

10:24:36  13         A    I don't know.  Eugen.

          14         MR. BERK:  You want me to give you the -- it's

10:24:40  15    E-U-G-E-N.

          16         MR. LITTLE:  I was going to guess.

10:24:42  17         Q    Eugen?

          18         A    Yeah, I --

10:24:44  19         Q    Okay.  What's his last name?

          20         A    Shampanski.

10:24:48  21         Q    Shampanski, okay?

          22         A    Good last name.

10:24:54  23         Q    Okay.  So do you know if VastPay has done any

          24    business with any of the defendants in this case?

10:25:00  25         A    No idea.  I met with him month after month
```



| | | |
|---|---|---|
| 10:25:03 | 1 | for numbers.  That's it. |
| | 2 | Q    Mr. Latsanovski, it kind of seems like you're |
| 10:25:10 | 3 | living the American dream.  Would you agree? |
| | 4 | A    What it means (sic)? |
| 10:25:14 | 5 | Q    It seems like -- it seems like when you came |
| | 6 | to the United States, that you've had a lot of success. |
| 10:25:20 | 7 | Is that -- is that true, do you think? |
| | 8 | A    What it means, "success"?  It's -- |
| 10:25:25 | 9 | unfortunately I'm nervous, but -- |
| | 10 | Q    Yeah, sure.  No, it's okay. |
| 10:25:30 | 11 | So have you had made a lot of money since |
| | 12 | you've come to the United States? |
| 10:25:32 | 13 | A    Okay, I make profit? |
| | 14 | Q    Yes. |
| 10:25:35 | 15 | A    In America?  No. |
| | 16 | Q    You haven't made any profit in America? |
| 10:25:38 | 17 | Okay. |
| | 18 | A    I'm invest in "difference" businesses (sic) |
| 10:25:44 | 19 | and -- but I continue living this dream. |
| | 20 | Q    Sure.  All right. |
| 10:25:48 | 21 | MR. HARRIS:  Should we take a break soon or -- |
| | 22 | MR. LITTLE:  Are you ready? |
| 10:25:49 | 23 | MR. HARRIS:  -- whenever you're at a good stopping |
| | 24 | point.  We've been going for about an hour and a half. |
| 10:25:53 | 25 | MR. LITTLE:  Let's go ahead and take a break. |



| | | |
|---|---|---|
| 10:25:55 | 1 | THE VIDEOGRAPHER:  The time is 10:25 a.m., and |
| | 2 | we're off the record. |
| 10:25:58 | 3 | (Recess.) |
| | 4 | THE VIDEOGRAPHER:  This marks the beginning of |
| 10:37:12 | 5 | media No. 2 in the continuing deposition of Igor |
| | 6 | Latsanovski.  Today's date is July 2nd, 2015.  The time |
| 10:37:21 | 7 | is 10:37 a.m., and we're back on the record. |
| | 8 | BY MR. LITTLE: |
| 10:37:25 | 9 | Q    Okay.  Mr. Latsanovski, I -- I left off, I |
| | 10 | was questioning you -- questioning you a little bit |
| 10:37:31 | 11 | about the American dream.  Take me through, if you |
| | 12 | would, how you came from working in a furniture factory |
| 10:37:43 | 13 | to investing in real estate and other companies. |
| | 14 | How did you -- how did you make your money to |
| 10:37:47 | 15 | invest in other companies? |
| | 16 | A    Oh, wow.  Okay.  I work in factory, okay? |
| 10:38:09 | 17 | And one my friend (sic) called me, say, "Igor, are you |
| | 18 | working in Canada?" |
| 10:38:13 | 19 | "Yeah." |
| | 20 | "And in" -- "in America?" |
| 10:38:17 | 21 | I said, "Yeah." |
| | 22 | "I'd like buy" -- "I'd like build factory in |
| 10:38:28 | 23 | Russia for produce preforms," plastic preforms, which |
| | 24 | after they harden, blow up, make some different size of |
| 10:38:33 | 25 | bottles. |



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
10:38:34   1        Q    Yes.

           2        A    Say "Yeah."

10:38:45   3             "Can you find this equipment, yeah, for buy

           4   it," because from Soviet Union, you cannot leave

10:38:53   5   without visas.  It was, like, wall, yeah?

           6        Q    Yes.

10:39:00   7        A    Okay.  In Canada has company who -- who

           8   produce this machine.  Okay.

10:39:06   9        Q    Is it a plastic-injection-molding machine?

          10        A    Yes, exactly.

10:39:08  11        Q    Okay.

          12        A    Preforms.  And I met with them, with these

10:39:20  13   factories, ask about price, terms, conditions.  Take my

          14   last suit, use my bicycle -- I didn't have car --

10:39:27  15        Q    Yes.

          16        A    -- and all these terms, say it to my friend.

10:39:34  17   He say, "Wow."

          18             I don't remember exactly.  It's approximately

10:39:40  19   price, one machine, more than one million dollars, 1.2,

          20   like -- I don't remember exactly.

10:39:48  21             And I continue working, and he call me and

          22   say, "Listen, I take loan in Russia, in Russian rubles

10:40:02  23   money, and buy dollars, and can I buy" -- "can you

          24   order everything, this machine for me?"

10:40:08  25             Said, "Okay, no problem.  What I can lose?"
```



101

Igor Latsanovski            Federal Trade Commission vs. Bunzai Media Group, Inc.            1090802

10:40:10  1        Q      Sure.

          2        A      I go to open company in Canada -- I don't

10:40:17  3   remember exactly name, because it was, like, 20 years

          4   ago, more -- for sign agreement with provide equipment

10:40:26  5   for him (sic).  But we said my commission, don't

          6   remember, like 50K, like this one.  For me it was

10:40:31  7   amazing, great big money.

          8        Q      Yes.

10:40:35  9        A      And time come on, go on, and one day he call

          10  me and say, "Igor, I don't need this machine."

10:40:46  11       I said, "Okay."  I continue working.  But I

          12  have trouble, because I take loan, like, 25 percent or

10:40:54  13  30 percent interest in Russia.

          14       Q      Wow.

10:40:58  15       A      In Russia, it's -- I don't know what have to

          16  do.  I say, "Why?  Wait; wait; wait; wait.  You have

10:41:08  17  money.  You have loan.  Give you, give me.  Wait."

          18       I buy ticket, fly to Russia, meet with this

10:41:17  19  guy.  He was nervous because money on account.

          20  Interest's ticking every month, pump, pump, pump, pump.

10:41:24  21       I said, "Listen, let's do this way.  I buy

          22  your shares.  I be responsible for this money," because

10:41:34  23  in that period of time, money was not private money.

          24  It's government money, yeah?

10:41:37  25       Q      Yes.



```
10:41:40   1        A    And don't -- didn't need, like, personal

           2   guarantee.

10:41:41   3        Q    Yes.

           4        A    Just company take loan for some business

10:41:45   5   purpose.

           6             And I buy shares, and this interest in money

10:41:56   7   already been mine.  I say, "Wow, what I have to do?"

           8   Starting look for some -- how can I use this money?

10:42:04   9   Like travel a lot, everything, meet.

          10             Okay, long story short, after one year I

10:42:14  11   didn't know nothing.  Money hold in account, interest

          12   coming.  I closed this loan.  Maybe I convert $300,000

10:42:32  13   "for" covers all in principal and interest, because in

          14   Russia, was too high inflation.

10:42:36  15        Q    Yes.

          16        A    Some people lose money who hold in deposit in

10:42:40  17   banks.

          18        Q    Yes.

10:42:45  19        A    But somebody like me, well, this is -- I

          20   was -- okay, I was in good place and good time.

10:42:51  21        Q    Yes.  Right place at the right time?

          22        A    Yeah.

10:42:53  23        Q    Okay.

          24        A    With my -- I remember, it's my --

10:43:01  25        Q    Okay.  Let's continue on.  If you'd look to
```



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:43:06   1     Receiver's Exhibit 14, please.

           2          A    Uh-huh.

10:43:09   3          Q    Does your handwriting appear anywhere on

           4     Exhibit 14, Receiver's Exhibit 14?

10:43:13   5          A    Uh-huh.

           6          Q    "Yes"?

10:43:15   7          A    Pardon?

           8          Q    Does your handwriting appear anywhere on the

10:43:22   9     first page of Receiver's Exhibit 14?

          10          A    Not.

10:43:25  11          Q    Is the information on it correct?

          12          A    Correct.  Information is correct.

10:43:32  13          Q    Yes.  Did you provide your visa and driver's

          14     license to be copied by someone at Bunzai?

10:43:38  15          A    I don't remember.  If I -- if they have, it

          16     could be.

10:43:42  17          Q    Is this your visa and driver's license?

          18          A    Yes.

10:43:48  19          Q    Why did you provide it to someone at Bunzai?

          20          A    I don't remember.

10:43:52  21          Q    You don't remember?

          22               Now, I want -- as we look at your visa, I

10:44:11  23     want you to take -- go back to Exhibit 14, if you

          24     would.  It says, "Issuing Post Name, Toronto."

10:44:22  25               Do you see that?
```



Kusar ®  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 105 of 285   Page ID
#:15607

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

10:44:24    1        A    Yes.

            2        Q    Did you obtain a visa coming from Canada to

10:44:26    3    the United States?

            4        A    Yes.

10:44:31    5        Q    Okay.  But you're not a Canadian citizen,

            6    right?

10:44:33    7        A    Canadian.

            8        Q    Are you Canadian?

10:44:35    9        A    Sure.

            10       Q    How did you obtain Canadian citizenship?

10:44:39    11       A    I live in Canada.

            12       Q    You live in Canada?

10:44:41    13       A    Sure.

            14       Q    Now?

10:44:45    15       A    No.  It's -- right now I live here, but

            16   before, I live in Canada.

10:44:48    17       Q    How long did you live in Canada?

            18       A    Like, five years.

10:44:53    19       Q    What did you have to do to obtain Canadian

            20   citizenship?

10:45:00    21       A    I don't understand your question.

            22       Q    Do you have a Canadian passport?

10:45:03    23       A    Yeah, sure.

            24       Q    How did you become a Canadian citizen?

10:45:09    25       A    Okay, I explain you.



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:45:15   1              I don't remember exactly dates.  Like 1990,

           2    like this period of time, I go to Canadian embassy with

10:45:24   3    American dream and apply, "I'd like move to Canada."

           4         Q    You did not defect, did you?

10:45:28   5         A    What means "defect"?

           6         Q    So my -- my understanding is living -- being

10:45:37   7    a citizen of the Soviet Union at that time --

           8         A    Uh-huh.

10:45:41   9         Q    -- they -- they don't just kind of let you

          10    move around to Canada, do they?

10:45:45  11         A    No; no, it's -- it's be hard (sic).

          12         Q    It would be very hard, right?

10:45:50  13         A    It's, like, impossible.  But, you know,

          14    people wait years.

10:45:52  15         Q    Right.

          16         A    And -- but I kind of say, "Okay, what I can

10:45:56  17    (sic) lose?"  I come to embassy.

          18         Q    How did you get out?  Or how did you get a

10:46:00  19    visa to Canada?

          20         A    I -- okay, I apply for immigration purpose

10:46:07  21    coming to, and they come interview me --

          22         Q    Okay.

10:46:08  23         A    -- and embassy, yeah?

          24         Q    Yes.

10:46:11  25         A    Embassy, they ask me, "Why you want?"  I
```



| | | |
|---|---|---|
| 10:46:14 | 1 | said, "I'd like" -- because they ask, usually, if |
| | 2 | some -- "because you're Jewish?"  I'm Jewish, yeah? |
| 10:46:17 | 3 | Because if you're -- |
| | 4 | Q    Yes. |
| 10:46:19 | 5 | A    -- Jewish, maybe you have -- push you. |
| | 6 | So I say, "No, I'm normal.  I'm young guy.  I |
| 10:46:23 | 7 | wanted some opportunity." |
| | 8 | Q    Yes. |
| 10:46:26 | 9 | A    Okay, they look at my background, because not |
| | 10 | a lot of people finish college before Army. |
| 10:46:30 | 11 | Q    Yes. |
| | 12 | A    And after university, they see I'm good. |
| 10:46:37 | 13 | And, after, one day, boom, I receive green card, |
| | 14 | like -- but not green card.  Like additional name of in |
| 10:46:40 | 15 | Canada. |
| | 16 | Q    Yes.  They made you a citizen? |
| 10:46:44 | 17 | A    Yeah. |
| | 18 | Q    Okay. |
| 10:46:45 | 19 | A    It's like green card. |
| | 20 | Q    Okay. |
| 10:46:46 | 21 | A    Green card. |
| | 22 | Q    So I'll go back. |
| 10:46:49 | 23 | A    I buy tickets and -- |
| | 24 | Q    Okay.  So my understanding of having a green |
| 10:46:54 | 25 | card is you are a resident alien.  You are not a |

Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

```
10:46:57   1    citizen, but you have a permit to stay in that country.

           2          Is that true?

10:47:00   3    A    First day when I go to Canada --

           4    Q    Uh-huh.

10:47:02   5    A    -- I have this permit.

           6    Q    Okay.  And then you became a citizen?

10:47:05   7    A    Yes.

           8    Q    Okay.  How did you become a citizen of

10:47:07   9    Canada?

          10    A    I'm apply (sic).

10:47:11  11    Q    Do you have a Russian passport?

          12    A    Yeah.  Last -- this is old one.

10:47:15  13    Q    Okay.  Do you -- you have an old Russian

          14    passport --

10:47:16  15    A    Yeah.

          16    Q    -- and a Canadian passport?

10:47:18  17    A    Yes.

          18    Q    Okay.  And you obtained a visa from Canada

10:47:24  19    using your Canadian passport to the United States?

          20    A    Exactly.

10:47:26  21    Q    Okay.  I'm with you.

          22          Turn to Receiver's Exhibit 15, if you would.

10:47:49  23          Okay.  This -- these were -- this was a

          24    checkbook that the receiver seized from the 105 suite

10:47:58  25    in Canby, okay, and you -- this is your signature that
```



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:48:00   1    appears on these checks, "yes"?

           2         A    Yes.

10:48:03   3         Q    Do you know how many checks of Zen Mobile

           4    Media that you signed?

10:48:07   5         A    They "give" me.  I sign.  That's it.

           6         Q    Who gave them to you?

10:48:14   7         A    Alon "ask" me, and I in Doron office (sic),

           8    sign it.

10:48:17   9         Q    Okay.  Do Alon or Doron speak Russian?

          10         A    No.

10:48:26  11         Q    "No"?  Okay.  Did either Alon -- did Alon and

          12    Doron ask you to sign these checks or just --

10:48:30  13         A    No, Alon.

          14         Q    Alon did, okay.

10:48:39  15              Were there any other signers on the accounts

          16    of Zen Mobile Media that you are aware of?

10:48:45  17         A    I don't know.

          18         Q    Okay.  Turn to Receiver's Exhibit 16.

10:48:54  19              Does your signature appear on that check of

          20    Zen Mobile Media?

10:48:56  21         A    Yes.

          22         Q    Did you understand that Zen had accounts at

10:49:00  23    Bank of America and Wells Fargo?

          24         A    Really, not.

10:49:05  25         Q    You did not understand that?
```



| | | | |
|---|---|---|---|
| 10:49:07 | 1 | A | I don't remember exactly. |
| | 2 | Q | Okay.  That's fine. |
| 10:49:14 | 3 | | If you would, turn to Exhibit 17, please. |
| | 4 | | There are parts of this exhibit that fold out.  They're |
| 10:49:19 | 5 | | on legal-size paper. |
| | 6 | | You see that? |
| 10:49:22 | 7 | A | Uh-huh. |
| | 8 | Q | Okay.  Exhibit 17 is a spreadsheet that I |
| 10:49:32 | 9 | | obtained from Doron Nottea's computer. |
| | 10 | A | Uh-huh. |
| 10:49:36 | 11 | Q | This is described as the employee list for |
| | 12 | | Bunzai -- |
| 10:49:37 | 13 | A | Uh-huh. |
| | 14 | Q | -- okay?  Do you see that you are listed on |
| 10:49:40 | 15 | | the employee list? |
| | 16 | A | Yeah. |
| 10:49:43 | 17 | Q | Is that -- did you have an email address |
| | 18 | | Igor@Bunzaimedia.com? |
| 10:49:48 | 19 | A | No, never. |
| | 20 | Q | But you have had one -- what is your email |
| 10:49:52 | 21 | | address today that you use? |
| | 22 | A | Personal? |
| 10:49:53 | 23 | Q | Yes. |
| | 24 | A | Igorlats@gmail.com. |
| 10:49:58 | 25 | Q | Do you have any other email addresses that |


Kusar  Keeping Your Word Is Our Business℠

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
10:49:59   1    you use?

           2         A    Yes.

10:50:01   3         Q    And what are those?

           4         A    Cal-energy.co, Co.

10:50:08   5         Q    I'm sorry.  I didn't --

           6         A    Igor at --

10:50:14   7         Q    Igor@CalEnergy.co?

           8         A    Yes.

10:50:19   9         Q    Okay.  Any others?

          10         A    Igor@VastPay.com.

10:50:25  11         Q    Okay.

          12         A    But usually -- like, my English not perfect,

10:50:31  13    really -- physically, I don't use email, because for

          14    use email, I need Google translator.  I have to fix it.

10:50:38  15    For me, better -- because me, personally, because I'm

          16    use my body language (sic), yeah, for --

10:50:46  17         Q    I understand.  So you don't use email a lot.

          18         A    Yeah.  It's like --

10:50:49  19         Q    Do you have any other email addresses besides

          20    the three you've just told me?

10:50:53  21         A    Yeah, maybe I have -- I don't remember

          22    exactly, though -- each business, because whenever I

10:51:00  23    open some businesses, they have some COO there.  They

          24    create for me, each entity, my emails, but I don't use

10:51:05  25    them.
```



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 112 of 285   Page ID
#:15614

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:51:06   1        Q    Do you know any others as you sit here today?

           2        A    Yeah, I have some of them.  Like, maybe

10:51:11   3   ComicsFix I have, but --

           4        Q    You have Igor@ComicsFix?

10:51:15   5        A    Yeah, like this one.

           6        Q    Dot com?

10:51:17   7        A    Yes.

           8        Q    Do you have any others that you're aware of

10:51:19   9   as you sit here today?

          10        A    Maybe.  Each business maybe have (sic).  I

10:51:23  11   don't remember exactly.

          12        Q    Do you have an email address for Guayas

10:51:25  13   Limited?

          14        A    For Guayas "Limit," no.

10:51:31  15        Q    Okay.  Do you have an email address for --

          16        MS. KOONCE:  Sunset Holdings.

10:51:32  17   BY MR. LITTLE:

          18        Q    -- Sunset Holdings?

10:51:38  19        A    I think so, they create (sic).  I don't -- I

          20   don't know, really.

10:51:40  21        Q    When you say "they," who are you talking

          22   about?

10:51:42  23        A    I "talking" about COO.

          24             Okay, I explain how I make business.

10:51:45  25        Q    Yes.
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
10:51:48   1        A    I find people with ideas --

           2        Q    Yes.

10:51:53   3        A    -- because I know my level.  My English

           4    terrible, yeah?  My experience.  I understand I can

10:52:01   5    make business just only with professionals.

           6        Q    Yes.

10:52:07   7        A    And I look for these professionals in various

           8    areas, and they see I can trap (sic) them.  Really,

10:52:14   9    this is not, like, fake idea, I invest with them.

          10        Q    Okay.

10:52:17  11        A    And they already running exactly day-by-day

          12    operation every day.  I -- what I try do, manage my

10:52:24  13    investment, for don't steal this money (sic).

          14             Unfortunately, my English not perfect, yeah?

10:52:27  15        Q    Yes.

          16        A    See they really use this business for "they"

10:52:32  17    business, not for personal pocket.

          18        Q    Sure.

10:52:36  19        A    This "is" my general directions, because I

          20    have my style of life, yeah, my family.  I understand

10:52:43  21    if I be running myself business, I have to "broke" my

          22    habits.  I look for some balance.

10:52:47  23        Q    Okay.  Do you understand the difference

          24    between debt and equity?

10:52:56  25        A    Not so much.
```



113

| | | |
|---|---|---|
| 10:52:58 | 1 | Q   Okay.  Debt -- |
| | 2 | A   But -- no, but I can use another "words" |
| 10:53:03 | 3 | which I understand it. |
| | 4 | Q   Sure, all right.  Did you buy shares of |
| 10:53:12 | 5 | anything, any companies that Alon was owning? |
| | 6 | A   No. |
| 10:53:15 | 7 | Q   Okay.  Did you loan money to those entities |
| | 8 | that Alon owns? |
| 10:53:19 | 9 | A   Yes. |
| | 10 | Q   Okay.  Do you have any written loan |
| 10:53:27 | 11 | agreements of any kind with any of Alon's companies? |
| | 12 | A   Bunzai and some other, maybe, companies. |
| 10:53:31 | 13 | Q   You think you have written agreements with |
| | 14 | Bunzai? |
| 10:53:33 | 15 | A   Yeah.  I don't remember exactly. |
| | 16 | Q   Okay. |
| 10:53:38 | 17 | A   We -- like, we sign a lot of agreements |
| | 18 | and -- |
| 10:53:41 | 19 | Q   You said you signed a lot of agreements with |
| | 20 | Alon? |
| 10:53:43 | 21 | A   No, some of papers.  Yeah, I don't |
| | 22 | remember -- |
| 10:53:45 | 23 | Q   Where are they? |
| | 24 | A   I don't know. |
| 10:53:50 | 25 | Q   Okay. |



2:18:15

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

```
10:53:51   1        A    For me --

           2        Q    Do you have copies of them?

10:53:55   3        A    Physically?

           4        Q    Yes.

10:53:57   5        A    No, I don't hold it.

           6        Q    You don't hold any copies of loan agreements?

10:54:00   7        A    Yeah.  It's reason --

           8        Q    Maybe this is a uniquely American concept,

10:54:06   9    but usually when Americans loan hundreds of thousands

          10    of dollars to companies, they have documents, like loan

10:54:10  11    agreements.

          12             Do you have anything like that?

10:54:13  13        A    Okay, let's explain you (sic).

          14        MR. HARRIS:  Well, just answer his question.

10:54:16  15             With Bunzai, you mean?

          16        MR. LITTLE:  Yes, with Bunzai.

10:54:26  17        THE WITNESS:  If some company whom you give

          18    loan --

10:54:28  19        MR. HARRIS:  The question was, do you have a loan

          20    agreement with Bunzai?

10:54:35  21        THE WITNESS:  I think so not (sic).  Verbal.

          22    BY MR. LITTLE:

10:54:36  23        Q    Verbal?

          24        A    (Nods head up and down.)

10:54:40  25        Q    How much money total did you loan to Bunzai?
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
10:54:47   1      A    Around -- because all the time say, "Give

           2   money," then return money, then I give them money.

10:54:53   3   Maximum, I don't remember exactly, and CPA can say

           4   exactly, maximum I think so one period of time was like

10:54:59   5   half a million.

           6      Q    Half a million dollars?

10:55:02   7      A    Right.  I said, maybe.  I'm not sure.  'Cause

           8   all this money, like -- like, again, back --

10:55:08   9      Q    And you did it purely off of a verbal

          10   agreement?

10:55:09  11      A    Yes.

          12      Q    What was the verbal agreement?

10:55:13  13      MR. HARRIS:  Objection, asked and answered.

          14         You can -- you can answer.

10:55:17  15      THE WITNESS:  Huh?

          16      MR. HARRIS:  You can answer.  He asked you this

10:55:21  17   earlier, and you gave this answer, but you can answer

          18   his question again.

10:55:23  19      THE WITNESS:  Okay.

          20         Terms changed a lot of times.

10:55:25  21   BY MR. LITTLE:

          22      Q    I know you said that, so --

10:55:29  23      A    Okay.  For me --

          24      Q    Yes.

10:55:31  25      A    -- I'm calculating how much I give them, how
```



10:55:35   1   they return.  In my mind, I have profit from this

           2   company, like interest.  Maybe we change it, like,

10:55:44   3   shares, dividends.  We sound this money like difference

           4   pronunciation (sic).  For physically, in my mind, I

10:55:51   5   give them money.  I have some part of interest, my

           6   money (sic).

10:55:54   7        Q    How much interest did you charge them on the

           8   loan?

10:56:01   9        A    Generally, I have profit for during these

          10   five years, yeah, from them around 300 -- I don't

10:56:11  11   remember exactly.  Like, around 300 -- like 3, 320,

          12   like this one, profit.

10:56:15  13             It means how much I give them.  They return

          14   me an additional money, which, like, for me for -- for

10:56:23  15   "difference" names, like, percent.  Doesn't matter for

          16   me, yeah?  Like, money which I receive.

10:56:28  17        Q    I want to unpack that and go back to what you

          18   talked about.

10:56:31  19             You said you think you received 300 to

          20   $320,000 in profit?

10:56:35  21        A    Yes.

          22        Q    Okay.  Who paid you the profit?

10:56:40  23        A    Alon from this -- his entities.

          24        Q    From his entities?

10:56:42  25        A    Yes.



| | | |
|---|---|---|
| 10:56:43 | 1 | Q   Which entities? |
| | 2 | A   This is all Bunzai Group companies. |
| 10:56:47 | 3 | Q   Okay, when you say, "Bunzai Group companies," |
| | 4 | I'm making air quotes with my fingers here, what do you |
| 10:56:51 | 5 | mean? |
| | 6 | A   It means all entity which Alon use "it" for |
| 10:56:56 | 7 | his -- for running his business. |
| | 8 | Q   Yes, okay. |
| 10:57:02 | 9 | So as I understand your testimony, you |
| | 10 | received somewhere between 300 and $320,000 in profit |
| 10:57:09 | 11 | from the Bunzai Group companies? |
| | 12 | A   Yes. |
| 10:57:15 | 13 | Q   Okay.  Do you include in the Bunzai Group |
| | 14 | companies Zen Mobile Media? |
| 10:57:19 | 15 | A   That, yes. |
| | 16 | Q   SBM Management? |
| 10:57:23 | 17 | A   Yes. |
| | 18 | Q   Agoa Holdings? |
| 10:57:26 | 19 | A   Yes. |
| | 20 | Q   All-Star Beauty Products? |
| 10:57:30 | 21 | A   I don't -- really, I don't remember, with all |
| | 22 | these names. |
| 10:57:32 | 23 | Q   Well, we'll go over them in a minute, okay. |
| | 24 | But those companies that I just told you |
| 10:57:37 | 25 | about, you include them in what I call -- or what you |



118

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

| | | |
|---|---|---|
| 10:57:39 | 1 | call the Bunzai group of companies, right? |
| | 2 | A    Yes. |
| 10:57:42 | 3 | Q    Okay.  And you understand that you got money |
| | 4 | from the Bunzai group of companies, "yes"? |
| 10:57:46 | 5 | A    Yes. |
| | 6 | Q    Okay.  Take a look at Receiver Exhibit 17, |
| 10:57:58 | 7 | please.  On this document, there are four people who |
| | 8 | are listed as employees in the corporate department of |
| 10:58:08 | 9 | Bunzai:  Alon Nottea, Khristopher Bond, Paul Medina, |
| | 10 | Sean Inniss -- oh, I'm sorry, there's five -- and Igor |
| 10:58:13 | 11 | Latsanovski, okay? |
| | 12 | A    Uh-huh. |
| 10:58:16 | 13 | Q    I understood your earlier testimony that you |
| | 14 | were not an employee of this company. |
| 10:58:20 | 15 | Is that still your testimony? |
| | 16 | A    Yeah, maybe -- really, I don't remember, if |
| 10:58:26 | 17 | you're talking about for legal purpose, but physically, |
| | 18 | I don't work with them. |
| 10:58:39 | 19 | Q    Okay.  I want you to take a look at |
| | 20 | Receiver's Exhibit 18, okay? |
| 10:58:51 | 21 | This is a document that I obtained from Doron |
| | 22 | Nottea's computer in suite 105.  It lists a whole bunch |
| 10:58:58 | 23 | of companies on Receiver's Exhibit 18. |
| | 24 | Do you see that? |
| 10:59:01 | 25 | A    Right now, yes. |



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:59:04   1        Q    Okay.  Is this what you call the Bunzai group

           2   of companies?

10:59:07   3        A    Uh-huh.

           4        Q    Answer audibly, if you can.

10:59:13   5        MR. HARRIS:  Objection; vague, lacks foundation.

           6        THE WITNESS:  Can you explain me --

10:59:15   7   BY MR. LITTLE:

           8        Q    Yes.  Are the companies that are listed on

10:59:20   9   Receiver's Exhibit 18 the Bunzai group of companies?

          10        MR. HARRIS:  Same objection.

10:59:22  11        MR. LITTLE:  Okay.

          12        Q    You can answer.

10:59:27  13        A    I -- okay, I don't know, because I'm not

          14   running this business.  I don't know.  You have to ask

10:59:31  15   Alon about it.  I don't know.

          16        Q    Okay.

10:59:36  17        A    Some of them I see, yes.

          18        Q    Okay.  Is Bunzai Media Group in the Bunzai

10:59:40  19   group of companies?

          20        A    Yes.

10:59:43  21        Q    Is Agoa Holdings in the Bunzai group of

          22   companies?

10:59:48  23        A    Maybe.

          24        Q    Is DMA Media Holdings in the Bunzai group of

10:59:52  25   companies?
```

120


Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
10:59:55  1       A    I don't -- I don't -- I don't remember.

          2       Q    All right.  Let's go at this a different way.

11:00:01  3  Do you see in line No. 7 there's a company called

          4  Merchant Leverage Group, Incorporated?

11:00:04  5       A    Yes, I see.

          6       Q    Do you have anything to do with that company?

11:00:07  7       A    I don't remember.

          8       Q    Okay.  Tell the court why it's -- explain to

11:00:17  9  the court why the website Merchant Leverage Group.com

         10  is registered under your name.

11:00:21 11       MR. HARRIS:  Objection, lacks foundation.

         12       THE WITNESS: I don't know.

11:00:21 13  BY MR. LITTLE:

         14       Q    You don't know?  Okay.

11:00:27 15            Have you or your companies ever done business

         16  with Agoa Holdings?

11:00:36 17       A    Who?  Who -- "your company," what it means?

         18       Q    Yeah, CalEnergy or any of your other

11:00:40 19  companies.  Have you or any of your other companies

         20  done business with Agoa Holdings?

11:00:52 21       A    Maybe I receive some money.  For me, it was

         22  like one Bunzai Group company maybe.

11:00:55 23       Q    Okay.  Have you or your companies received

         24  any money from DMA Media Holdings or done any business

11:01:00 25  with DMA?
```



121

```
11:01:03  1        A    Okay, I have to ask a CPA if physically I

          2   received money from this account.

11:01:07  3        Q    Okay.  You have to ask David Davidian?

          4        A    Yes.

11:01:15  5        Q    Okay.  Have you or your companies received

          6   any money from Lifestyle Media Brands?

11:01:21  7        A    It's the same question to him.  If I receive,

          8   I receive.

11:01:25  9        Q    Okay.  Have you or your companies received

         10   any money from Zen Mobile Media?

11:01:29 11        A    It's the same questions.

         12        Q    Have you or your companies received any money

11:01:33 13   from Safehaven Ventures?

         14        A    The same.

11:01:36 15        Q    You don't know?

         16        A    For me --

11:01:40 17        Q    Instead of saying, "The same" -- I understand

         18   "The same" to mean you don't know and that I should ask

11:01:44 19   David --

         20        A    I don't -- I don't -- for me generally, if

11:01:53 21   some money I receive from entity which manage Alon, for

         22   me it's like Bunzai Group, I receive money from them.

11:02:00 23        Q    Okay.  I'm going to ask you a series of

         24   questions, and I just want you to answer to the best of

11:02:04 25   your ability, okay?
```



```
11:02:07   1              To you, was Safehaven Ventures part of the

           2    Bunzai group of companies?

11:02:09   3         A    Which one?

           4         Q    Safehaven Ventures, Incorporated.

11:02:14   5         A    Can you say me number for be sure (sic)?

           6         Q    Yeah, No. 6.

11:02:20   7         A    6, Safehaven -- I don't know.

           8         Q    Okay.  To you, was Merchant Leverage Group,

11:02:26   9    Incorporated, one of the Bunzai group of companies?

          10         A    Really, I don't know.

11:02:29  11         Q    Okay.  Here's what I want you to do.  I'm

          12    going to hand you a pen.  I want you to circle --

11:02:32  13         A    Uh-huh.

          14         Q    -- all the companies that you believe to be

11:02:36  15    part of the Bunzai group of companies on Receiver

          16    Exhibit 18.

11:02:37  17         A    Okay.

          18         Q    Will you do that, please.

11:02:38  19         A    No problem.

          20         Q    Here you go.

11:02:42  21         A    For "be" sure, which I know?

          22         Q    Yes.

11:02:45  23         A    Which I hear?  Okay.

          24         Q    Of course.

11:03:08  25         A    (Witness complies.)
```



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
11:03:19   1        Q    Okay.  While you're doing that, I'm going to

           2   get a highlighter out of my briefcase.

11:03:41   3        A    Okay, I connect which I'm most sure, but

           4   better don't -- yeah?  Don't lie.

11:03:46   5        Q    Okay.  So let the record reflect that you've

           6   circled Bunzai Media Group, Agoa Holdings, Lifestyle

11:03:56   7   Media Brands, Zen Mobile Media, Pinnacle Logistics and

           8   SBM Management; is that right?  Do I --

11:04:01   9        A    Yes.

          10        Q    Can I have my pen?  Thank you so much.

11:04:10  11             So, Mr. Latsanovski, tell the court who

          12   controls those companies that you circled.

11:04:14  13        MR. HARRIS:  Objection; lacks foundation, calls

          14   for speculation.

11:04:17  15   BY MR. LITTLE:

          16        Q    You can answer if you know the -- if you

11:04:21  17   understand my question.

          18        A    Again, because I'm confused a little bit.

11:04:27  19        Q    Sure.  Tell the court, if you would, who

          20   controls the companies that you circled on Receiver's

11:04:30  21   Exhibit 18.

          22        A    Alon.

11:04:31  23        MR. HARRIS:  Same objections.

          24        THE WITNESS:  Alon.

11:04:33  25   ///
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:04:33   1   BY MR. LITTLE:

           2        Q    You can answer.

11:04:36   3        A    Okay.  Alon.

           4        Q    Alon.  Anyone else?

11:04:39   5        MR. HARRIS:  Same objections.

           6   BY MR. LITTLE:

11:04:41   7        Q    You can answer.

           8        A    Alon.

11:04:46   9        Q    Okay.  Is there anyone else that you're aware

          10   of as you sit here today that control the companies

11:04:51  11   that you circled on Receiver's Exhibit 18?

          12        A    How I know, Alon (sic).

11:04:54  13        Q    Okay.  That's fine.

          14        All right.  I want you to take this -- sorry,

11:05:00  15   just one second.

          16        Okay.  As you sit here today, are you aware

11:05:07  17   of what Doron Nottea's role is with any of the

          18   companies that you circled on Receiver's Exhibit 18?

11:05:10  19        A    No.

          20        MR. BERK:  Objection, calls for speculation.

11:05:13  21        MR. LITTLE:  Can we have one person making

          22   objections?  Is that okay?

11:05:15  23        MR. BERK:  We can do that.

          24        MR. LITTLE:  Thanks.

11:05:18  25        Q    All right.  So what I'd like you to do is
```



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 11:05:22 | 1 | take this highlighter and highlight, to the best of |
| | 2 | your knowledge, the companies from which CalEnergy |
| 11:05:27 | 3 | received money on Receiver's Exhibit 18.  Would you do |
| | 4 | that for me? |
| 11:05:37 | 5 |     A    I can do it.  Take balance from CPA, and then |
| | 6 | I can see from where I receive money. |
| 11:05:40 | 7 |     Q    I understand.  As you sit here today, are you |
| | 8 | aware of any of the companies listed on Receiver's |
| 11:05:47 | 9 | Exhibit 18 that CalEnergy received money from? |
| | 10 |     A     This is for fact.  From where I receive, I |
| 11:05:51 | 11 | receive. |
| | 12 |     Q    Yes.  To the best of your knowledge as you |
| 11:05:55 | 13 | sit here today, can you -- can you highlight the |
| | 14 | companies that CalEnergy received money from, best of |
| 11:05:59 | 15 | your knowledge. |
| | 16 |     A    For sure? |
| 11:06:01 | 17 |     Q    Yes. |
| | 18 |     A    First one, Bunzai. |
| 11:06:09 | 19 |     Q    Bunzai.  Anyone else on Receiver's Exhibit -- |
| | 20 |     A    Depends.  You know, accountant can see -- |
| 11:06:11 | 21 | show. |
| | 22 |     Q    Okay.  Thank you. |
| 11:06:14 | 23 |     A    I don't like say (sic) if I'm not sure. |
| | 24 |     Q    I totally understand.  All right. |
| 11:06:20 | 25 |         At any point in time did Alon Nottea tell you |



126

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

```
11:06:23   1   that the Federal Trade Commission was investigating the

           2   Bunzai group of companies?

11:06:28   3       A    Again?

           4       Q    At any point in time did Alon Nottea tell you

11:06:34   5   that the FTC, the Federal Trade Commission, was

           6   investigating the Bunzai group of companies?

11:06:43   7       A    Yeah, when I -- this is to receive -- this is

           8   information.  They close bank and everything, he call

11:06:48   9   me.

          10       Q    Okay.  So I want to make sure I understand

11:06:52  11   the timing, okay?

          12       A    Yeah.

11:06:55  13       Q    At any point in time before June of this

          14   year --

11:06:56  15       A    Okay.

          16       Q    -- did you know that the Federal Trade

11:06:59  17   Commission was investigating --

          18       A    Not.

11:07:01  19       Q    -- Alon's company?

          20       A    Not.

11:07:05  21       Q    "No," okay.  Do you know why Zen Mobile Media

          22   was dissolved, was legally dissolved?

11:07:11  23       A    (Shakes head from side to side.)

          24       Q    "No"?

11:07:12  25       MR. HARRIS:  You have to answer.
```



127

| | | |
|---|---|---|
| 11:07:12 | 1 | BY MR. LITTLE: |
| | 2 | Q    You have to answer audibly. |
| 11:07:16 | 3 | A    I don't know, no. |
| | 4 | Q    Okay.  Do you know why Lifestyle Media Brands |
| 11:07:19 | 5 | was legally dissolved? |
| | 6 | A    Not. |
| 11:07:23 | 7 | Q    Do you know why Pinnacle Logistics was |
| | 8 | legally dissolved? |
| 11:07:25 | 9 | A    Not. |
| | 10 | Q    Do you know why Agoa Holdings was legally |
| 11:07:28 | 11 | dissolved? |
| | 12 | A    Not. |
| 11:07:32 | 13 | Q    Do you know why Bunzai Media Group was |
| | 14 | legally dissolved? |
| 11:07:35 | 15 | A    Not. |
| | 16 | Q    Okay. |
| 11:07:36 | 17 | A    May I ask water? |
| | 18 | Q    Water?  Yeah, sure. |
| 11:07:43 | 19 | A    Yeah, because I -- |
| | 20 | Q    You're paying him.  We'll let him get it. |
| 11:07:48 | 21 | MR. BERK:  Anybody else? |
| | 22 | MS. KOONCE:  I'll take some. |
| 11:07:50 | 23 | MR. LITTLE:  No, thank you. |
| | 24 | THE WITNESS:  Thank you. |
| 11:07:51 | 25 | /// |

128

```
11:07:51   1    BY MR. LITTLE:

           2         Q    Mr. Latsanovski, what is SBM Management?

11:08:06   3         A    This is some company which Alon use "it" for

           4    business purpose.

11:08:09   5         Q    What does it do, do you know?

           6         A    No.

11:08:12   7         Q    Can you tell the court why your company,

           8    CalEnergy, received over $600,000 from SBM Management?

11:08:20   9         A    Okay, this money, it means return from my

          10    Bunzai Group investment.

11:08:23  11         Q    It's a return from your investment?

          12         A    Yes.

11:08:24  13         Q    Okay.  Thank you.

          14              All right.  Let's turn to Exhibit 19, if you

11:08:33  15    would.

          16              Does your signature appear on Exhibit 19?

11:08:43  17         A    Yes.

          18         Q    This is an account drawn on -- or this is a

11:08:48  19    check that is drawn on the account of Zen Mobile Media

          20    at Wells Fargo Bank.

11:08:51  21              Do you know who cashed this check?

          22         A    No.

11:08:56  23         Q    This check is made out to Wells Fargo, and

          24    it's drawn on a Wells Fargo account, okay?

11:09:00  25              Do you understand what that means?
```



```
11:09:02   1        A    No.

           2        Q    Do you understand that someone cashed this

11:09:06   3   check?

           4        A    Okay, and what?

11:09:13   5        Q    Did -- did you ever permit Doron Nottea or

           6   Alon Nottea to use checks that you had signed and then

11:09:20   7   cash them and put the cash in their pocket?

           8        A    I permit use this check for business purpose

11:09:24   9   (sic).

           10       Q    Okay.  Were you aware at any point in time

11:09:32   11  that Alon Nottea or Doron Nottea or anyone associated

           12  with them was withdrawing cash from the accounts --

11:09:37   13       A    No.

           14       Q    -- that you were permitting them to use?

11:09:39   15  "No"?

           16       A    No.

11:09:43   17       Q    Okay.  Let's turn to Exhibit 20.

           18       A    20?

11:09:45   19       Q    Yes.

           20       A    Nothing here.  Oh, sorry.

11:09:50   21       Q    There it is.  Stuck together.

           22            All right.  Have you ever seen Exhibit 20

11:09:54   23  before?

           24       A    If I see this check?

11:09:57   25       Q    Yes.
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:09:58   1        A    Not.

           2        Q    Do you know whose signature that is on the

11:10:01   3    check?

           4        A    Not.

11:10:05   5        Q    Was anyone else -- to your knowledge, was

           6    anyone else permitted to sign on the accounts of Zen

11:10:12   7    Mobile Media besides you?

           8        A    I don't know.

11:10:14   9        Q    You don't know, okay.

          10             Turn to Exhibit 21, please.

11:10:23  11             Does your signature appear on this check,

          12    Receiver's Exhibit 21?

11:10:26  13        A    Uh-huh.

          14        Q    Do you know if someone cashed this check at a

11:10:29  15    Chase Bank?

          16        A    No.

11:10:31  17        Q    Were you aware or did you know that Doron

          18    Nottea banked at Chase?

11:10:35  19        A    I don't know.

          20        Q    Don't know that?

11:10:36  21        A    (Shakes head from side to side.)

          22        Q    Okay.  Same question dealing with Exhibit 22.

11:10:45  23    Do you know who cashed this check that -- that bears

          24    your signature?

11:10:48  25        A    Not.
```



| 11:10:58 | 1 | Q    Okay.  These companies -- all right. |
| | 2 | I want to make sure I understand, |
| 11:11:05 | 3 | Mr. Latsanovski.  You made it an investment with Bunzai |
| | 4 | Media Group, correct? |
| 11:11:08 | 5 | A    Uh-huh, yes. |
| | 6 | Q    And the return on that investment, whether it |
| 11:11:13 | 7 | was return of your investment or return on the |
| | 8 | investment, was coming back from other companies |
| 11:11:19 | 9 | besides Bunzai; is that -- do I have that correct? |
| | 10 | A    Yes. |
| 11:11:22 | 11 | Q    Okay.  Did Alon ever explain to you why the |
| | 12 | money was coming back from other companies besides the |
| 11:11:27 | 13 | company to which you loaned the money? |
| | 14 | A    Yes. |
| 11:11:30 | 15 | Q    What did he tell you about that? |
| | 16 | A    For faster, because -- for faster come to |
| 11:11:38 | 17 | return me money (sic).  For don't receive money to |
| | 18 | Bunzai (sic) and have to pay me, yeah? |
| 11:11:41 | 19 | Q    Yes. |
| | 20 | A    For directly, for faster, for -- because I |
| 11:11:49 | 21 | try every "times" to return my investment as soon as -- |
| | 22 | and I come and say, "Listen, Alon, when?" |
| 11:11:53 | 23 | Q    Uh-huh. |
| | 24 | A    He say, "Yeah, they (sic) company need time." |
| 11:11:58 | 25 | I said, "Listen, return me some." |

132



| | | |
|---|---|---|
| 11:12:00 | 1 | And he said, "Okay, I will do it, but another |
| | 2 | business." |
| 11:12:02 | 3 | I said, "Okay.  For me, return.  Thank you." |
| | 4 | Q    Okay.  So the money was coming back from a |
| 11:12:06 | 5 | variety of companies because it was faster? |
| | 6 | A    Yeah. |
| 11:12:12 | 7 | Q    Okay.  The money that you loaned to Bunzai, |
| | 8 | where did you get it? |
| 11:12:17 | 9 | A    What means, where did I get it? |
| | 10 | Q    Where did it come from?  Is it your personal |
| 11:12:20 | 11 | money? |
| | 12 | A    No, it is from CalEnergy. |
| 11:12:25 | 13 | Q    Okay.  And where did CalEnergy get that money |
| | 14 | that it loaned to Bunzai? |
| 11:12:28 | 15 | MR. HARRIS:  Objection.  Vague as to which money, |
| | 16 | which -- at which point in time. |
| 11:12:30 | 17 | BY MR. LITTLE: |
| | 18 | Q    Do you understand my question? |
| 11:12:34 | 19 | A    Not so much. |
| | 20 | Q    Okay.  You understand that you loaned money |
| 11:12:40 | 21 | to Bunzai, right? |
| | 22 | A    Uh-huh. |
| 11:12:44 | 23 | Q    Where did CalEnergy get the money that it |
| | 24 | loaned to Bunzai? |
| 11:12:51 | 25 | A    Okay.  CalEnergy take loan from European |



```
11:12:52   1   company.

           2       Q    Okay.  What was the European company from --

11:12:58   3   that it took the loan from?

           4       A    CalEnergy take loans from European company

11:13:03   5   for interest, yeah?

           6       Q    And -- and what was the company in Europe

11:13:08   7   that it borrowed the money from?

           8       A    They own the -- this company, they own this

11:13:12   9   money.

          10       Q    Yes.  What was the name of the European

11:13:16  11   company?

          12       A    Okay, Guayas.

11:13:22  13       Q    Guayas.  And you are the 100 percent

          14   shareholder of Guayas, correct?

11:13:26  15       A    Yes.

          16       Q    Where did Guayas get the money that it loaned

11:13:34  17   to CalEnergy that CalEnergy loaned to Zen -- Bunzai?

          18       A    Okay, Guayas "have" profit.

11:13:39  19       Q    From what?

          20       A    From their business purpose.  They make

11:13:47  21   profit, declare this profit, pay taxes and everything,

          22   and make assets like money, and this money, they give

11:13:52  23   loan to CalEnergy.

          24       Q    Sure.  So what business purposes generated

11:13:59  25   the money for Guayas?
```



```
11:14:01   1      A    "Difference" ways.  They give loan, like hard

           2   money, to other companies, invest in real estate, give

11:14:14   3   loans to some factories, yeah, to produce some

           4   "difference" products, yeah, "difference" -- but

11:14:19   5   biggest -- most one, it's hard money, like interest.

           6      Q    Yes.  Where does it get the hard money that

11:14:23   7   it loans to other companies?

           8      A    Oh, step by step?  They take, like -- take --

11:14:36   9   like, take loan from -- from a bank for some five

          10   percent and give for 12 percent.  Some of them, they

11:14:42  11   have 15 percent.  This interest during these years,

          12   they make this profit.

11:14:47  13      Q    Oh, okay.

          14      A    I think some this public information (sic).

11:14:49  15      Q    It's public information?

          16      A    I think so.

11:14:50  17      Q    Okay.

          18      A    Guayas, this is -- during this, like, 15 --

11:14:56  19   like, this is during this 15 years they "making" this

          20   profit.

11:14:59  21      Q    I see.  The company's been around for 15

          22   years?

11:15:01  23      A    I don't remember.  Like, I think so.  It's

          24   2002.

11:15:04  25      Q    Did you create it?
```



Igor Latsanovski     Federal Trade Commission vs. Bunzai Media Group, Inc.     1090802

| | | | |
|---|---|---|---|
| 11:15:07 | 1 | A | The company?  Not.  I buy already existing. |
| | 2 | Q | Who did you buy it from? |
| 11:15:11 | 3 | A | I don't remember exactly.  Some name of |
| | 4 | | person. |
| 11:15:34 | 5 | Q | What is Bavaria Inter LP? |
| | 6 | A | Pardon?  I have to -- |
| 11:15:39 | 7 | Q | Yeah.  So have you heard of a company called |
| | 8 | | Bavaria Inter LP? |
| 11:15:43 | 9 | A | Bavaria? |
| | 10 | Q | Yes. |
| 11:15:48 | 11 | A | Bavaria? |
| | 12 | Q | Inter LP. |
| 11:15:50 | 13 | A | Okay, yes. |
| | 14 | Q | What is that company? |
| 11:15:54 | 15 | A | Bavaria?  This is international company or -- |
| | 16 | Q | You tell me. |
| 11:16:03 | 17 | A | Okay.  This is company who give loan -- yeah, |
| | 18 | | I think so.  This company give loan to Guayas, find |
| 11:16:12 | 19 | | company who can give loan to CalEnergy. |
| | 20 | Q | Okay.  Bavaria is a company that made loans |
| 11:16:18 | 21 | | to Guayas; is that right? |
| | 22 | A | Yeah.  They give loans to CalEnergy, and |
| 11:16:27 | 23 | | Guayas take these loans, like, rebuy these loans to |
| | 24 | | them.  And it means CalEnergy, yeah, owed money to |
| 11:16:35 | 25 | | Guayas for this amount of money. |



Igor Latsanovski        Federal Trade Commission vs. Bunzai Media Group, Inc.        1090802

| | | |
|---|---|---|
| 11:16:38 | 1 | Q    CalEnergy owed money to Guayas, and then |
| | 2 | Bavaria loaned it money to pay Guayas back? |
| 11:16:48 | 3 | A    Yes.  It means we have contract with Guayas |
| | 4 | for -- |
| 11:16:50 | 5 | Q    Oh, you have a contract? |
| | 6 | A    Yeah, sure. |
| 11:16:52 | 7 | Q    In writing? |
| | 8 | A    Yeah. |
| 11:16:54 | 9 | Q    Between CalEnergy and Guayas? |
| | 10 | A    Yes. |
| 11:16:56 | 11 | Q    Okay. |
| | 12 | A    Yes.  For give loan, and one day we request |
| 11:17:03 | 13 | additional loan.  They say, "We don't have right now |
| | 14 | cash flow, but we can find company who give you loan, |
| 11:17:13 | 15 | but after we sign" -- "sign three part (sic) of |
| | 16 | agreement" for this loan I have to return to Guayas, |
| 11:17:23 | 17 | and they already been filling them already. |
| | 18 | Q    I see.  When you say "we" -- let me make sure |
| 11:17:31 | 19 | I understand. |
| | 20 | A    Okay. |
| 11:17:35 | 21 | Q    Before -- before May of this year, you were |
| | 22 | the hundred percent owner of CalEnergy, correct? |
| 11:17:41 | 23 | A    Yes. |
| | 24 | Q    You are today a hundred percent owner of |
| 11:17:46 | 25 | Guayas, "yes"? |



137

| | | | |
|---|---|---|---|
| 11:17:47 | 1 | A | Yes. |
| | 2 | Q | Do you own any interest in Bavaria Inter LP? |
| 11:17:51 | 3 | A | Not. |
| | 4 | Q | Who owns that company? |
| 11:17:54 | 5 | A | I don't know. |
| | 6 | Q | Who runs the company? |
| 11:17:57 | 7 | A | I don't know. |
| | 8 | Q | Where is it located? |
| 11:18:02 | 9 | A | In Europe. |
| | 10 | Q | Where in Europe? |

11:18:06 11     A    I don't know.  I don't remember exactly.

12     On the papers.

11:18:09 13     Q    In where?

14     A    On the papers, I think so.  In contract we

11:18:18 15 have.  Oleg find them for give loans and sign

16 agreements.  We sign -- I sign agreement, Oleg and CEO

11:18:34 17 of this company for remove this loan to Guayas.

18     Q    Okay.  So as I understand what you've said,

11:18:41 19 CalEnergy has borrowed money from Guayas?

20     A    Exactly.

11:18:45 21     Q    And Bavaria Inter LP is loaning money to

22 CalEnergy to pay its loan to Guayas back; is that

11:18:49 23 correct?

24     A    We signed agreement.  Guayas buy out this

11:18:58 25 loan from this entity to Guayas.



| | | |
|---|---|---|
| 11:19:00 | 1 | You understand my English, "no"? |
| | 2 | Q    No, I didn't understand. |
| 11:19:03 | 3 | A    Can I draw? |
| | 4 | Q    Please.  Actually, let me give you a piece of |
| 11:19:08 | 5 | paper and I'll mark -- well, actually, your attorney is |
| | 6 | giving you a piece of paper. |
| 11:19:14 | 7 | A    Okay.  This is CalEnergy (indicating), and |
| | 8 | this is Guayas (indicating).  This is company which -- |
| 11:19:21 | 9 | Q    Bavaria Inter LP? |
| | 10 | A    -- they borrow money "to" us. |
| 11:19:24 | 11 | Q    Yes. |
| | 12 | A    And we sign agreement.  Guayas buy out this |
| 11:19:35 | 13 | one, and CalEnergy owed money to Guayas, and Guayas |
| | 14 | owed money -- not CalEnergy, Guayas owed them.  For |
| 11:19:44 | 15 | help directly, we owed money to Guayas. |
| | 16 | Q    Yes.  Okay.  Can you just write the date -- |
| 11:19:49 | 17 | A    We -- I -- we signed this agreement. |
| | 18 | Q    Yeah.  Would you just write the names of the |
| 11:19:54 | 19 | company next to each of the dots on there so I can |
| | 20 | understand what you're saying. |
| 11:19:58 | 21 | The top company in your -- in your triangle |
| | 22 | is CalEnergy? |
| 11:20:01 | 23 | A    Yes. |
| | 24 | Q    Can you just write that. |
| 11:20:06 | 25 | A    (Witness complies.) |



11:20:14  1       Q    The bottom company is Guayas.  And Guayas is

2    Spanish, isn't it?  The word is Spanish?

11:20:20  3       A    No, this is Estonia name.

4       Q    Oh, it's an Estonian name?  Okay.

11:20:24  5            And this company here (indicating) is Bavaria

6    Inter LP?

11:20:27  7       A    Yes.

8       Q    And you don't know who owns it or runs it,

11:20:30  9    right?

10       A    Personally I -- I know -- I met with -- not I

11:20:37 11    met, by phone, yeah?  I talking with this guy, because

12    when we negotiate about this -- borrow this money,

11:20:45 13    we -- three of us, yeah, we negotiate about it.  But

14    this is all deal do with CEO of -- Oleg, yeah --

11:20:51 15    Guayas.  Yeah.

16       Q    Oleg did the deal?

11:20:52 17       A    Yes.

18       Q    And you talked to the person at Bavaria on

11:20:55 19    the phone?

20       A    I don't remember exactly.

11:21:05 21       MR. LITTLE:  Ma'am, can I have an exhibit sticker.

22    I'm going to mark this as Receiver's Exhibit 62.

11:21:09 23            (The aforementioned document was marked

24         as Receiver's Exhibit 62 and attached hereto.)

11:21:10 25    ///



11:21:10  1   BY MR. LITTLE:

2          Q    I will include that in your binder.

11:21:18  3          All right.  Now take a look at Receiver's

4   Exhibit 25, if you would.  I'm sorry, Receiver's

11:21:29  5   Exhibit 24.

6          Receiver's Exhibit 24 is a spreadsheet that I

11:21:36  7   obtained from Doron Nottea's computer.  It was entitled

8   "Merchant Account Information," okay, and on this

11:21:42  9   document, next to Zen Mobile Media under -- and I'll

10   indicate it for you -- next to Zen Mobile Media --

11:21:49  11        A    Unfortunately I -- my age already --

12        Q    You can't see?  Too hard to see?

11:21:53  13        MS. KOONCE:  I have some reading -- I have the

14   same problem.

11:22:04  15        THE WITNESS:  Yeah.

16        MS. KOONCE:  They're not going to look attractive

11:22:07  17   on you, sorry.

18        MR. HARRIS:  Can we shut down the video at this

11:22:10  19   moment?

20        MS. KOONCE:  You can hold them away from your

11:22:15  21   face, just use the magnifier.

22        MR. HARRIS:  I can't have it on record like that.

11:22:16  23   BY MR. LITTLE:

24        Q    Next to Zen Mobile Media here under Signapay

11:22:23  25   and under UMS Banking, you are indicated as the



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
11:22:26  1    CEO\owner of those companies.

          2         Is that true?

11:22:27  3    A    Not.

          4    Q    Not true, okay.

11:22:36  5         Have you ever heard of a company called

          6    Chargeback Armor?

11:22:40  7    A    Yes.

          8    Q    Okay.  What does that company do?

11:22:51  9    A    Alon start in technology directions.  He

          10   invite me if I could be investor.  I say, "No."

11:22:59  11   Q    Do you know anything else about it?

          12   A    Not.

11:23:03  13   Q    Okay.  Do you know -- have you ever heard of

          14   a company called IVR Logics?

11:23:08  15   A    Yes.

          16   Q    What do you know about IVR Logics?

11:23:17  17   A    I'm not sure, but I'm -- I'm "hear" this

          18   name.

11:23:21  19   Q    Okay.  Alon invited you to invest in

          20   Chargeback Armor, but you did not want to, correct?

11:23:25  21   A    (Nods head up and down.)

          22   Q    Did he ask you for a certain amount of money?

11:23:29  23   A    Yeah, but I don't remember the details.

          24   Q    Okay.

11:23:31  25   A    We start negotiate and negotiate, but in the
```



142

11:23:35  1   end, we didn't find terms.

2        Q    Do you have any partners in CalEnergy?

11:23:40  3   A    What it means (sic)?

4        Q    Yeah.

11:23:44  5   A    I am one shareholder or what?

6        Q    Yeah, do you have anybody else that works

11:23:47  7   with you at CalEnergy?

8        A    No.  Just I am one shareholder.

11:23:52  9   Q    Do you have anybody that works with you at

10  Guayas besides Oleg and Irina?

11:23:59  11  A    Not.

12       Q    Okay.  All right.  I want you to turn to the

11:24:13  13  third page of Exhibit -- Receiver's Exhibit 24.  This

14  is a spreadsheet, and there's some red highlighting on

11:24:23  15  the spreadsheet.

16       Bunzai Media Group is listed on this

11:24:33  17  spreadsheet, if you take a look, and each time that

18  Bunzai appears, the CEO/owner of Bunzai is listed to be

11:24:39  19  Motti Nottea.

20       Do you see that?

11:24:41  21  A    Yes.

22       Q    Is that true?

11:24:42  23  A    I don't know.

24       Q    Don't know, okay.

11:24:54  25       Let's take a look at Receiver's Exhibit 25,


Kusar ® Keeping Your Word Is Our Business℠

Igor Latsanovski Federal Trade Commission vs. Bunzai Media Group, Inc. 1090802

| | | |
|---|---|---|
| 11:24:57 | 1 | if you would, please. |
| | 2 | Have you seen this document before? |
| 11:25:08 | 3 | A   No. |
| | 4 | Q   Okay.  This is a document that was recovered |
| 11:25:16 | 5 | from Doron Nottea's computer.  It's 2014 to -- I'm |
| | 6 | sorry.  No, that's not correct.  This is a document |
| 11:25:22 | 7 | that was prepared by the receiver's forensic |
| | 8 | accountant, Brandlin. |
| 11:25:28 | 9 | And Zen Mobile Media received money from |
| | 10 | Signapay, Global Payments and BKCD. |
| 11:25:33 | 11 | Do you see that? |
| | 12 | A   Yes, I see it. |
| 11:25:37 | 13 | Q   Okay.  Did you understand that Zen Mobile |
| | 14 | Media was receiving money from sales of free trial |
| 11:25:44 | 15 | products like Aura Vie? |
| | 16 | A   Can you ask again? |
| 11:25:51 | 17 | Q   Yes.  Did you understand that Zen Mobile |
| | 18 | Media was receiving money from the sales of free trial |
| 11:26:00 | 19 | products like Aura Vie? |
| | 20 | A   For this paper, yeah. |
| 11:26:06 | 21 | Q   Well, not from just looking at the paper. |
| | 22 | Before you ever saw this document that I just put in |
| 11:26:10 | 23 | front of you, did you understand that Zen Mobile Media |
| | 24 | was making sale -- was making money from sales of free |
| 11:26:20 | 25 | trial products like Aura Vie? |

144



| | | |
|---|---|---|
| 11:26:29 | 1 | A    If I understand, they will use merchant |
| | 2 | account, yeah -- |
| 11:26:32 | 3 | Q    Yes. |
| | 4 | A    -- for receive money, yes. |
| 11:26:40 | 5 | Q    Okay.  I want you to flip back to Exhibit 18. |
| | 6 | Just hold your place there and flip back to Exhibit 18, |
| 11:26:47 | 7 | Receiver's 18. |
| | 8 | And I want you to look at the entities that |
| 11:26:52 | 9 | you circled, okay? |
| | 10 | Did you understand that Bunzai Media Group, |
| 11:27:00 | 11 | Agoa Holdings, Lifestyle Media Brands, Zen Mobile |
| | 12 | Media, Pinnacle Logistics and SBM Management were |
| 11:27:08 | 13 | receiving money from sales of free trial products like |
| | 14 | Aura Vie? |
| 11:27:11 | 15 | A    I don't know. |
| | 16 | Q    You don't know?  Okay. |
| 11:27:19 | 17 | Take a look back at Receiver's Exhibit 25, if |
| | 18 | you would.  I want you to take a look at the second |
| 11:27:28 | 19 | page of Receiver's Exhibit 25. |
| | 20 | A    This one? |
| 11:27:32 | 21 | Q    No, the one that's in your left hand there. |
| | 22 | Okay. |
| 11:27:36 | 23 | So the title of this document is "2014 to |
| | 24 | 2015 Amount Paid To," and it's got a list -- it's got a |
| 11:27:43 | 25 | column of companies starting with Agoa Holdings and |



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:27:45   1    ending with Zen Mobile Media.

           2           Do you see that?

11:27:48   3      A    Uh-huh.

           4      Q    When you made your investment -- I'm sorry.

11:27:52   5    Let me back up.

           6           Did you understand that the Bunzai group of

11:28:01   7    companies was funneling money to SBM Management?

           8      A    Don't know how the structure working.

11:28:05   9      Q    You don't know that?

          10      A    (Shakes head from side to side.)

11:28:11  11      Q    Okay.  I want you to turn with me to

          12    Receiver's Exhibit 26.

11:28:14  13      A    Uh-huh.

          14      Q    Okay?  Receiver's Exhibit 26 is -- hold on a

11:28:37  15    sec.

          16           Receiver's Exhibit 26, Mr. Latsanovski, is a

11:28:43  17    summary that the forensic accountant employed by the

          18    receiver made of all the money that was paid to

11:28:50  19    CalEnergy by these companies.

          20      A    Uh-huh.

11:28:52  21      Q    Do you see that?

          22      A    Yes.

11:28:58  23      Q    All right.  I want to go one by one, okay?

          24           At the time CalEnergy received $75,000 from

11:29:05  25    Agoa Holdings, did you know that it was making money by
```



11:29:09  1    selling free trial products over the Internet?

          2         A    This is, I know, return my investment.

11:29:14  3         Q    Okay.  Did you know how Agoa Holdings was

          4    making its money?

11:29:18  5         A    Sell products.

          6         Q    Over the Internet?

11:29:21  7         A    Yes.

          8         Q    Through free trials?

11:29:30  9         A    I don't know how they make marketing ways.

         10         Q    Okay.

11:29:32 11         A    If they use it, yeah.

         12         Q    Okay.

11:29:35 13         A    "I'm" just only see how much I give them and

         14    how much I receive.

11:29:39 15         Q    Okay.  You didn't care how they made it; is

         16    that true?

11:29:44 17         A    What means don't care?  If they don't,

         18    fortunately, kill somebody, yeah.  But they didn't.  In

11:29:47 19    my mind --

         20         Q    Sure.

11:29:52 21         A    -- I'm invest good Internet business to sell

         22    product.  They working, like, 50 people.  Really, I

11:30:01 23    proud, like, I give money for -- they pay a lot of

         24    people, working, do something, Internet business,

11:30:06 25    cosmetic, good quality.



11:30:10  1      Q    Uh-huh.  Did you understand that these

2   companies were hurting consumers?

11:30:13  3      A    Not.

4      Q    Okay.  I want to make sure I understand.

11:30:20  5   This money that you received from Agoa Holdings, AMD,

6   DMA, Focus Media Solutions, Heritage Alliance Group,

11:30:34  7   Insight Media, Kai Media, Lifestyle Media Brands, SBM

8   Management, Inc., and Zen Mobile Media, you understood

11:30:41  9   all of that money to be a return on your initial

10   investment with --

11:30:42 11      A    Exactly.

12      Q    -- Bunzai?

11:30:44 13      A    Exactly.

14      Q    Did you know how any of those companies were

11:31:00 15   making money other than knowing that they were selling

16   cosmetic products on the Internet?

11:31:04 17      A    Not.

18      Q    Okay.  Let's turn to Exhibit 27.

11:31:16 19      Mr. Latsanovski, why were unsigned checks of

20   CalEnergy, Incorporated, for its Bank of America

11:31:24 21   account recovered from Doron Nottea's office?

22      MR. HARRIS:  Objection, asked and answered.

11:31:28 23   BY MR. LITTLE:

24      Q    Earlier -- let me back up.

11:31:33 25      Mr. Latsanovski, earlier you explained that



Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

| | | |
|---|---|---|
| 11:31:35 | 1 | you left some signed checks -- |
| | 2 | A    Yes. |
| 11:31:38 | 3 | Q    -- drawn on the accounts of CalEnergy with |
| | 4 | Doron Nottea so that if you were traveling, he could be |
| 11:31:45 | 5 | a good guy and help you, right? |
| | 6 | A    Yeah. |
| 11:31:47 | 7 | Q    Why did you leave unsigned checks in Doron |
| | 8 | Nottea's office? |
| 11:31:51 | 9 | A    Same purpose. |
| | 10 | Q    Same purpose? |
| 11:31:56 | 11 | A    Yeah, 'cause hold, 'cause I personally |
| | 12 | sometimes need checks, and I don't have it, but I know |
| 11:32:01 | 13 | Doron organized person. |
| | 14 | Q    Okay.  So you go by his office to get checks |
| 11:32:05 | 15 | for CalEnergy? |
| | 16 | A    Yeah.  Business and personal, too. |
| 11:32:11 | 17 | Q    Okay.  Does CalEnergy have an office? |
| | 18 | A    Physically? |
| 11:32:13 | 19 | Q    Yes. |
| | 20 | A    Not. |
| 11:32:15 | 21 | Q    Okay. |
| | 22 | A    I have mailbox. |
| 11:32:18 | 23 | Q    Mailbox? |
| | 24 | A    Yeah. |
| 11:32:19 | 25 | Q    And where is that? |

149



```
11:32:20   1        A     In Calabasas.

           2        Q     Okay.  And what is the address of the

11:32:23   3    mailbox, do you know?

           4        A     Yeah.  2 -- 23679, yeah?  Box 531.  I'm not

11:32:36   5    sure address exactly.

           6        Q     Box 531?

11:32:38   7        A     Yeah.

           8        Q     What street is this on?

11:32:41   9        A     Calabasas Road.

          10        Q     Calabasas Road?

11:32:48  11        A     Yeah.  City, Calabasas, ZIP code 91302.

          12        Q     Who can access that mailbox?

11:32:51  13        A     Me.

          14        Q     Anybody else?

11:32:53  15        A     I don't know, really.

          16        Q     Nobody else has a key to it?

11:32:59  17        A     Maybe I give to somebody.

          18        Q     Okay.

11:33:06  19        A     Because I travel a lot, yeah.  It's --

          20        Q     Have you picked up mail from there recently?

11:33:09  21        A     Me?

          22        Q     Yes.

11:33:10  23        A     Yeah.

          24        Q     Okay.  When was the last time you picked up

11:33:13  25    mail from there?
```



| | | | |
|---|---|---|---|
| 11:33:16 | 1 | A | Last time they didn't give me. |
| | 2 | Q | Why not? |
| 11:33:23 | 3 | A | Because they say you forbid give me -- |
| | 4 | Q | Yeah. |
| 11:33:23 | 5 | A | -- all these checks. |
| | 6 | Q | Okay. |
| 11:33:27 | 7 | A | I said, "Okay." |
| | 8 | Q | So -- |
| 11:33:30 | 9 | A | And in addition -- |
| | 10 | Q | Hold on a sec.  Let me make sure I |
| 11:33:32 | 11 | | understand. |
| | 12 | | Is this a -- like, a UPS store or something |
| 11:33:35 | 13 | | like that? |
| | 14 | A | Yes. |
| 11:33:37 | 15 | Q | It's a UPS store? |
| | 16 | A | Uh-huh. |
| 11:33:40 | 17 | Q | Okay.  And so last time you went in there to |
| | 18 | | get your mail, they said, "You can't have it because |
| 11:33:45 | 19 | | Charlene is supposed to have it"? |
| | 20 | A | Yes. |
| 11:33:50 | 21 | Q | Okay.  Who has the key to it? |
| | 22 | A | Really?  I don't remember, because I travel a |
| 11:33:54 | 23 | | lot, and I give somebody for help for take it (sic). |
| | 24 | Q | Well, when you go in there to pick up your |
| 11:34:00 | 25 | | mail, do they just say, "Hey, Igor," and they get your |


Kusar® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 11:34:03 | 1 | mail out of the box for you, or do you have to have a |
| | 2 | key to do it yourself? |
| 11:34:06 | 3 | A    No; no; no; no.  I give them my ID, and they |
| | 4 | give me, for ID, "mails." |
| 11:34:11 | 5 | Q    Okay. |
| | 6 | A    I've never used key. |
| 11:34:17 | 7 | Q    You don't need to use a key, okay. |
| | 8 | Did you ever allow Doron Nottea or Alon |
| 11:34:27 | 9 | Nottea to forge your signature anywhere? |
| | 10 | And maybe that's not the best word. |
| 11:34:34 | 11 | Did you ever allow Alon Nottea or Doron |
| | 12 | Nottea to reproduce your signature themselves? |
| 11:34:39 | 13 | A    I don't remember. |
| | 14 | Q    Okay.  Have you seen any signatures today in |
| 11:34:49 | 15 | looking at any of the documents where you said, "That |
| | 16 | looks like my signature, but I didn't sign it"? |
| 11:34:55 | 17 | A    Up to day (sic)? |
| | 18 | Q    Yes. |
| 11:34:59 | 19 | MR. HARRIS:  I'm not sure I understand that |
| | 20 | question. |
| 11:35:01 | 21 | MR. LITTLE:  Yeah, sure. |
| | 22 | MR. HARRIS:  Can you rephrase it? |
| 11:35:01 | 23 | BY MR. LITTLE: |
| | 24 | Q    Have you seen any -- have you seen any |
| 11:35:06 | 25 | signatures on anything here today where you said, "That |



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 11:35:09 | 1 | looks like my signature, but that's not me, that's a |
| | 2 | fake"? |
| 11:35:12 | 3 | A    I'm not sure. |
| | 4 | Q    Okay, you're not sure.  Okay.  That's fine. |
| 11:35:23 | 5 | We're going to skip 28.  I want you to go to |
| | 6 | Receiver's Exhibit 29. |
| 11:35:33 | 7 | Earlier your testimony was that you set up |
| | 8 | Zen Mobile Media and signed the Articles of |
| 11:35:40 | 9 | Incorporation because Alon told you he needed to set up |
| | 10 | additional merchant accounts. |
| 11:35:42 | 11 | Do you remember that testimony? |
| | 12 | A    Yes. |
| 11:35:46 | 13 | Q    Okay.  Do you know how many additional |
| | 14 | merchant accounts were set up under Zen Mobile Media? |
| 11:35:51 | 15 | A    I don't know. |
| | 16 | Q    Do you know who set them up? |
| 11:35:55 | 17 | A    (Shakes head from side to side.) |
| | 18 | Q    You have to answer audibly. |
| 11:35:58 | 19 | A    Not. |
| | 20 | Q    Okay.  At any point in time did you receive |
| 11:36:05 | 21 | mail at your address on ███ from -- related to the |
| | 22 | business of Zen Mobile Media? |
| 11:36:09 | 23 | A    I don't remember.  If I receive, it "go" to |
| | 24 | garbage. |
| 11:36:10 | 25 | Q    You throw it in the garbage? |



153

Igor Latsanovski              Federal Trade Commission vs. Bunzai Media Group, Inc.              1090802

```
11:36:13  1        A    Yeah, because I didn't know what -- a lot of

          2   advertising, a lot of information which --

11:36:19  3        Q    Do you understand that the merchant accounts

          4   were requiring a reserve to be maintained to cover

11:36:26  5   chargebacks?

          6        A    "I'm" hear about it, but I don't know how

11:36:29  7   it's work (sic).

          8        Q    How did you hear about it?

11:36:34  9        A    I don't remember.  Somebody say.  I don't

         10   remember.

11:36:38 11        Q    Okay.  Do you understand that the

         12   merchant's -- the merchant accounts were designed to

11:36:47 13   process credit cards for people who bought Aura Vie and

         14   cosmetic products?

11:36:51 15        A    This is -- you asking me technical questions.

         16        Q    Okay.

11:36:54 17        A    I'm not too deep, know this (sic) --

         18        Q    You don't understand?  Okay.

11:37:02 19             You don't know?  Okay.

         20             Turn to Exhibit 30.  This is the 2011 Income

11:37:11 21   Tax Return for Zen Mobile Media.

         22             Have you ever seen the Income Tax Return for

11:37:19 23   Zen Mobile Media for 2011 that's marked as Receiver's

         24   Exhibit 30?

11:37:21 25        A    Personally?
```

154



| | | |
|---|---|---|
| 11:37:24 | 1 | Q    Yes.  Have you ever seen this document? |
| | 2 | A    Physically, not. |
| 11:37:30 | 3 | Q    Okay.  Did you ever provide accounting |
| | 4 | information to David Davidian regarding Zen Mobile |
| 11:37:36 | 5 | Media? |
| | 6 | A    Yeah; yes, if Alon asked me.  I don't |
| 11:37:40 | 7 | remember exactly. |
| | 8 | Q    Okay.  That's what I want to get to.  What |
| 11:37:45 | 9 | did you provide David Davidian regarding Zen Mobile |
| | 10 | Media? |
| 11:37:47 | 11 | A    I don't remember exactly. |
| | 12 | Q    Okay. |
| 11:37:52 | 13 | A    If Alon asked me something -- |
| | 14 | Q    Uh-huh. |
| 11:37:54 | 15 | A    -- I did it. |
| | 16 | Q    What did he ask you to do with regard to |
| 11:37:57 | 17 | David Davidian? |
| | 18 | A    I don't remember, really. |
| 11:38:02 | 19 | Q    Okay.  Did you ever sign the Income Tax |
| | 20 | Returns for Zen Mobile Media? |
| 11:38:05 | 21 | A    I don't remember. |
| | 22 | Q    Okay.  Who owns Zen Mobile Media? |
| 11:38:17 | 23 | MR. HARRIS:  Today? |
| | 24 | MR. LITTLE:  Today. |
| 11:38:20 | 25 | THE WITNESS:  I don't know. |

155



11:38:20  1    BY MR. LITTLE:

         2         Q    Have you ever known who owned Zen Mobile

11:38:23  3    Media?

         4         A    Physically, no.

11:38:39  5         Q    Yes.  Do you know what is located at 4335 Van

         6    Nuys Boulevard, No. 167, in Sherman Oaks?

11:38:48  7         A    This page, right?

         8         Q    Any page, yeah.  I mean, it's the address

11:38:53  9    that appears throughout Receiver's Exhibit 30.  Do you

         10   know what's at that location?

11:38:55 11         A    Not.

         12        Q    Okay.  Have you ever picked up mail for Zen

11:38:59 13   Mobile Media?

         14        A    From this address, not.

11:39:04 15        Q    Did you -- all right.  So here's what I want

         16   to understand.  Our belief is that this is a mailbox,

11:39:13 17   just like the mailbox you pick up your stuff for

         18   CalEnergy --

11:39:15 19        A    Yeah; yeah.

         20        Q    -- in Calabasas.

11:39:16 21        A    Yeah.

         22        Q    Did you ever provide your ID to anyone at

11:39:22 23   this mailbox to pick up the mail?

         24        A    From Zen Mobile?

11:39:24 25        Q    Yes.



```
11:39:26   1        A    I don't remember.

           2        Q    You don't remember?  Okay.

11:39:29   3             Do you know who picked up the mail for Zen

           4   Mobile Media at this box?

11:39:31   5        A    Not.

           6        Q    Okay.  Sorry.  I'm going to make a note for a

11:39:47   7   minute.

           8             Mr. Latsanovski, when you make an

11:40:12   9   investment -- do you know what a private equity

          10   investment is?  Have you ever heard that term used

11:40:17  11   before?

          12        A    Can you explain me (sic)?

11:40:21  13        Q    Yeah.  So when you make an investment in a

          14   company, you buy shares in a company that's small --

11:40:26  15        A    Uh-huh.

          16        Q    -- okay, sometimes you want to have -- you

11:40:31  17   want to be able to see the accounting records of that

          18   company to see how your investment is doing.

11:40:35  19        A    Yes.

          20        Q    Okay?

11:40:36  21        A    Uh-huh.

          22        Q    Did -- were you able to see into the

11:40:43  23   accounting of Bunzai or Zen Mobile Media or any of the

          24   other companies that were paying CalEnergy money?

11:40:49  25        A    Not.  I have just some general numbers.
```



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:40:52   1        Q    Who did the accounting for the Bunzai group

           2   of companies?

11:40:58   3        MR. HARRIS:  Objection, lacks foundation.

           4        THE WITNESS:  Can you explain me (sic)?

11:40:59   5   BY MR. LITTLE:

           6        Q    Yes.  Who did the accounting --

11:41:05   7        A    CPA did it for each of them, no?

           8        Q    Okay.  So there's -- there's a difference,

11:41:10   9   okay?  I want to make sure that this is clear.  There's

          10   a difference in a CPA filing an income tax return and

11:41:17  11   the person who does the day-to-day bookkeeping for that

          12   company.

11:41:18  13        Do you understand?

          14        A    Uh-huh.

11:41:21  15        Q    Okay.  Who did the day-to-day bookkeeping for

          16   Zen?

11:41:24  17        MR. HARRIS:  Objection, lacks foundation.

          18   BY MR. LITTLE:

11:41:25  19        Q    You can answer.

          20        A    For Zen?

11:41:28  21        Q    Yes.

          22        A    I don't know.

11:41:31  23        Q    You don't know?  Okay.

          24        Do you know who did the day-to-day

11:41:37  25   bookkeeping for any of the Bunzai group of companies?
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:41:38   1          A     (Shakes head from side to side.)

           2          MR. HARRIS:  You have to answer audibly.

11:41:39   3   BY MR. LITTLE:

           4          Q     You have to answer.

11:41:42   5          A     Oh, okay.  Not.

           6          Q     Okay.

11:41:43   7          A     I don't remember exactly.

           8          Q     All right.  Take a look at Receiver's Exhibit

11:41:47   9   31, if you would.

          10          Did you provide any information to David

11:41:57  11   Davidian to prepare the 2012 tax return for Zen Mobile

          12   Media?

11:42:01  13          A     If Alon asked me, I did.

          14          Q     Okay.

11:42:06  15          A     But exactly, I don't remember.

          16          Q     All right.  I want you to turn in this book

11:42:20  17   to Receiver's Exhibit 35, if you would.

          18          Mr. Latsanovski, earlier in your deposition

11:42:26  19   you testified under oath that you were neither an

          20   employee nor an officer of Bunzai Media Group.

11:42:30  21          A     Uh-huh.

          22          Q     This letter reads, "To whom it may concern,

11:42:35  23          "Mr. Igor Latsanovski holds the position

          24          of Chief Financial Officer of Bunzai Media

11:42:39  25          Group and currently earns a salary of $15,000
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

11:42:44  1        per month as compensation for his services.

          2        Mr. Latsanovski has held this key position

11:42:48  3        at Bunzai Media Group since February, 2011."

          4            You see that?

11:42:50  5        A    Yes.

          6        Q    Is that true?

11:42:52  7        A    Not.

          8        Q    It's not true?

11:42:54  9        A    (Shakes head from side to side.)

          10       Q    Okay.  Do you understand that this document

11:42:59  11   was used by you to obtain financing to purchase a car

          12   or lease a car?

11:43:05  13       A    Yeah, I didn't know it.

          14       Q    No, you didn't know that?

11:43:07  15       A    (Shakes head from side to side.)

          16       Q    Okay.  Have you ever seen this document

11:43:10  17   before?

          18       A    I don't remember.

11:43:15  19       Q    You don't remember?  Okay.  Take a look at

          20   Receiver's Exhibit 36, please.

11:43:19  21       A    36?

          22       Q    36.

11:43:21  23       A    Okay.

          24       Q    Do you see that there's a pay stub here for

11:43:29  25   "Igor's salary" from April 1 to April 16?



160

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 161 of 285   Page ID
#:15663

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

11:43:33   1        A     Wow.  Yes, I see.

2        Q     Yeah, and it's for $7,500 which is half --

11:43:42   3    let's say, half of a $15,000-a-month salary.

4        A     Yeah.

11:43:43   5        Q     Do you see that?

6        A     Yeah, but for me, it was one part of return

11:43:47   7    my investment.

8        Q     Oh, okay.

11:43:54   9        A     How this sounded --

10        Q     Did you make a salary or not?

11:43:59  11        A     If they show me legally, it is salary, but,

12    really, I didn't work for them.

11:44:02  13        Q     On your personal tax return, did you file a

14    W-2 for Bunzai?

11:44:10  15        A     I have to ask the CPA.  If I receive it,

16    sure.

11:44:14  17        Q     Okay.  So David Davidian would have those

18    documents for 2011?

11:44:18  19        A     I think so, yes.

20        Q     Okay.

11:44:24  21        A     If I receive -- if they show this my money I

22    return through salary (sic).

11:44:32  23        Q     Okay.  Do you have any idea why Mr. Bond

24    would lie about this?

11:44:38  25        A     Maybe don't lie, because we --



Igor Latsanovski        Federal Trade Commission vs. Bunzai Media Group, Inc.        1090802

| | | |
|---|---|---|
| 11:44:41 | 1 | Q   Go to Exhibit 35, if you would. |
| | 2 | A   35.  He don't lie.  He -- he try help (sic) |
| 11:44:50 | 3 | me for some "difference" purpose. |
| | 4 | Q   Exhibit 35, if you would. |
| 11:44:53 | 5 | A   Yeah. |
| | 6 | Q   Is this document true or false? |
| 11:44:56 | 7 | MR. HARRIS:  Objection, asked and answered. |
| | 8 | BY MR. LITTLE: |
| 11:45:02 | 9 | Q   You can answer the question. |
| | 10 | A   I don't know what -- really for which reason |
| 11:45:16 | 11 | I used this letter.  Maybe I need ask for some personal |
| | 12 | purpose, and he write this letter. |
| 11:45:19 | 13 | Q   What was the personal purpose for which you |
| | 14 | asked for this letter -- |
| 11:45:21 | 15 | A   I don't remember. |
| | 16 | Q   -- to be written? |
| 11:45:23 | 17 | A   I don't remember. |
| | 18 | Q   You don't remember? |
| 11:45:29 | 19 | At any point -- in 2011, did you drive a |
| | 20 | Mercedes-Benz? |
| 11:45:32 | 21 | A   2011? |
| | 22 | Q   Yes. |
| 11:45:40 | 23 | A   Yes.  I buy MLS -- ML car. |
| | 24 | Q   Okay.  You bought a Mercedes ML? |
| 11:45:44 | 25 | A   Yes. |

162



| | | |
|---|---|---|
| 11:45:46 | 1 | Q    Okay.  And did you borrow money to do that? |
| | 2 | A    No.  I buy it for cash. |
| 11:45:49 | 3 | Q    You paid cash? |
| | 4 | A    Check. |
| 11:45:52 | 5 | Q    Okay.  Did you borrow any money to buy any |
| | 6 | cars in 2011? |
| 11:45:54 | 7 | A    No. |
| | 8 | Q    Did you lease any other cars in 2011? |
| 11:46:05 | 9 | A    In '11?  To my name, no. |
| | 10 | Q    Okay.  To any name in your family? |
| 11:46:08 | 11 | A    Yes. |
| | 12 | Q    Okay.  Whose name? |
| 11:46:13 | 13 | A    I ask one friend, because I didn't have |
| | 14 | credit score -- yeah, 2011. |
| 11:46:20 | 15 | Q    Hold on a second.  You recall your earlier |
| | 16 | testimony was that Alon Nottea asked you to create -- |
| 11:46:29 | 17 | asked you to incorporate Zen Mobile Media because you |
| | 18 | had a good credit score. |
| 11:46:31 | 19 | A    No, I have -- |
| | 20 | Q    Hold on a second. |
| 11:46:33 | 21 | A    Okay. |
| | 22 | Q    I'm not done with my question. |
| 11:46:35 | 23 | A    Okay. |
| | 24 | MR. HARRIS:  Well, you've got to let him finish |
| 11:46:37 | 25 | his answer. |

163


Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
11:46:37   1              So why don't you just go ahead and let him

           2   start his question that was in the middle of your

11:46:42   3   answer, and then when --

           4       THE WITNESS:  Yeah, you're confusing me.

11:46:43   5       MR. HARRIS:  -- he comes back, you'll answer.

           6       MR. LITTLE:  Sure.

11:46:45   7       Q    Earlier in your testimony you testified that

           8   Alon Nottea asked you to incorporate Zen Mobile Media

11:46:51   9   because he wanted to use your name and your credit

          10   score.

11:46:53  11       A    Yes.

          12       Q    Now you are testifying that you had a car

11:47:00  13   leased to a friend because you did not have a credit

          14   score.

11:47:01  15       A    No.

          16       MR. HARRIS:  No, you didn't let him finish his

11:47:07  17   answer.  You cut him off in the middle of the answer.

          18       THE WITNESS:  I paid --

11:47:08  19       MR. HARRIS:  That's not accurate.  That's not an

          20   accurate characterization of his testimony.

11:47:10  21       THE WITNESS:  Okay.

          22       MR. HARRIS:  Let him ask another question.

11:47:12  23   BY MR. LITTLE:

          24       Q    Go ahead and answer it.

11:47:16  25       A    Okay, I have good credit score --
```



164

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

```
11:47:16   1        Q    Okay.

           2        A    -- but I didn't have credit score for buy

11:47:22   3   car.  Like, previously I didn't lease it, and company

           4   didn't give to my name.  They looking like I have

11:47:26   5   before car or not (sic).

           6            My credit score "be" high, but I don't

11:47:33   7   know -- know details, but they see if previously I have

           8   car or not.  But, like, I'm here "live" not long time,

11:47:42   9   and they see I didn't buy car before and didn't give to

          10   my name.

11:47:45  11        Q    To whom was the car leased?

          12        A    I have some Mercedes to -- I ask --

11:47:55  13        Q    You have some what?  I'm sorry?

          14        A    We "talking" about lease car, right?

11:47:59  15        Q    Yes.

          16        A    Okay.  What kind you "talking" about?

11:48:05  17        Q    The car you leased in 2011, who was it leased

          18   to?

11:48:07  19        A    What kind car?

          20        Q    Any kind of car.

11:48:15  21        A    I lease a Lexus for my friend.

          22        Q    Okay.  Who is that friend?

11:48:19  23        A    I know him, friend.

          24        Q    What's his name?

11:48:23  25        MR. HARRIS:  How does this relate to this?
```

165



11:48:25  1        MR. LITTLE:  Potential receivership asset.

          2        Q    What's his name?

11:48:28  3        MR. HARRIS:  Well, how is it a potential

          4   receivership asset?

11:48:29  5        MR. BERK:  The lease?

          6        MR. HARRIS:  How is this a potential, a 2011 car?

11:48:31  7        MR. LITTLE:  If there's a leasehold in a car

          8   that's still maintained by him, I need to know what it

11:48:34  9   is.

          10        Q    So who is it leased by?

11:48:36 11        MR. HARRIS:  No, you don't.  I'm going to instruct

          12   him not to answer.

11:48:39 13        MR. LITTLE:  You're going to instruct him not to

          14   answer whose -- whose lease he signed for?

11:48:41 15        MR. HARRIS:  Unless you tell me what receivership

          16   asset you're talking about, how it relates to what your

11:48:45 17   job is here, I'm not going to let him answer.

          18        MR. LITTLE:  Yeah.

11:48:48 19        Q    So, Mr. Latsanovski, did you obtain a lease

          20   with a letter from Mr. Bond saying that you were CFO,

11:48:53 21   "yes" or "no"?

          22        A    I don't understand question.

11:48:56 23        Q    Okay.  Did you provide this letter to someone

          24   so you could obtain a lease on a car for someone,

11:49:02 25   anyone?



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 167 of 285   Page ID
#:15669

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
11:49:03   1        A    I don't remember.

           2        Q    Okay.  Let's move to Receiver's Exhibit 32.

11:49:17   3        MS. KOONCE:  Can we take just a very brief break,

           4   go off the record?

11:49:18   5        MR. LITTLE:  Yes.

           6        MR. HARRIS:  Sure.

11:49:20   7        THE VIDEOGRAPHER:  The time is 11:49 a.m., and

           8   we're off the record.

11:49:23   9            (Recess.)

          10        THE VIDEOGRAPHER:  The time is 11:57 a.m., and

11:57:17  11   we're back on the record.

          12   BY MR. LITTLE:

11:57:19  13        Q    Okay.  Mr. Latsanovski, if you would take a

          14   look at Receiver's Exhibits 32 and 33.

11:57:27  15            These are the tax returns for Zen for tax

          16   years 2013 and 2014.

11:57:36  17            Have you ever seen these returns before?

          18        A    I don't remember.

11:57:37  19            This is one, yeah?

          20        Q    2013 is Exhibit 32.  And 2014 is Exhibit 33.

11:57:46  21        A    I have it, yeah?

          22        Q    Yeah, have you ever seen Exhibit 32 before?

11:57:50  23        A    I don't remember.

          24        Q    Did you provide any information to David

11:57:54  25   Davidian in conjunction with filing that return?
```



11:57:56  1        A    If Alon asked me.

          2        Q    Okay.  Turn to Exhibit 33, please.

11:58:03  3             Did you provide any information to David

          4    Davidian in conjunction with filing the 2014 return for

11:58:10  5    Zen Mobile Media?

          6        A    If Alon asked me, I did --

11:58:12  7        Q    Okay.

          8        A    -- but I don't remember.

11:58:15  9        Q    You don't remember, okay.

         10             Take a look at Receiver's Exhibit 34.

11:58:26 11             Do you recall having set up the accounts for

         12    Zen?

11:58:28 13        A    Uh-huh.

         14        Q    You do?  Did you set up the bank accounts for

11:58:33 15    Zen?

         16        A    Yes.

11:58:39 17        Q    Okay.  Explain to the court why the deposit

         18    stamps for Zen were located in Doron Nottea's office,

11:58:43 19    if you could.

         20        A    I don't know.

11:58:52 21        Q    You don't know?  Okay.

         22             Okay.  Let's go back to Exhibit 36, if you

11:58:57 23    would.

         24             These were some check stubs that I recovered

11:59:03 25    from the office of Focus Media Solutions.



| | | |
|---|---|---|
| 11:59:04 | 1 | A    Uh-huh. |
| | 2 | Q    Do you know what Focus Media Solutions does? |
| 11:59:12 | 3 | A    I think so.  This is one company of Bunzai |
| | 4 | Group. |
| 11:59:14 | 5 | Q    Okay.  You think -- you think that you know |
| | 6 | what it does? |
| 11:59:16 | 7 | A    No.  I'm not sure. |
| | 8 | Q    Okay.  Well, then, tell the court why you |
| 11:59:23 | 9 | wrote it a check for $325,000 the day before we came |
| | 10 | through the door. |
| 11:59:27 | 11 | A    If we're talking about Focus? |
| | 12 | Q    Yes. |
| 11:59:30 | 13 | A    Sorry, I thought you meant him. |
| | 14 |      I -- Alon asked me give him, because he say, |
| 11:59:43 | 15 | "Igor, I am close" -- he said, "I close already sell |
| | 16 | online cosmetic line and need do something," and my |
| 11:59:54 | 17 | vision is his offer.  His vision, continue marketing |
| | 18 | department, yeah? |
| 11:59:59 | 19 |      Because he said, "I know how help sell to |
| | 20 | somebody products, service different ways," and he's |
| 12:00:09 | 21 | "give" me -- ask me, "Igor, can you help me?  Because |
| | 22 | without cash flow, I cannot make business.  I need for |
| 12:00:17 | 23 | media, pay everything." |
| | 24 |      Say, "Okay, how much do you need?" |
| 12:00:22 | 25 |      He said, "I need up to half-million dollars." |

169



Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

```
12:00:23   1        Q    Up to half a million?

           2        A    Yeah, until (sic) half-million dollars.  I

12:00:29   3   say, "Okay, what terms is" -- "you talking?"

           4             He said, "Okay, I promise.  You give,

12:00:32   5   like" --

           6             I say, "Listen, let's do this one, one

12:00:39   7   percent per month, just like hard money, yeah?"

           8             He -- I don't remember how we negotiate.  In

12:00:48   9   the end, 12 percent or ten percent per year, yeah?

          10   Like, this way.

12:00:51  11             And he "said" me, "Igor, I will promise you

          12   give, like, 20 percent from profit, if I will have some

12:00:58  13   good profit in the end year, additional bonus."

          14             Okay, we negotiate a lot of times, but he

12:01:05  15   asked me -- because during this period of time I make

          16   profit from his directions, and I create trust to him,

12:01:11  17   personal and like businessmen.

          18        Q    Yes.

12:01:17  19        A    And I understand he need income for life.  I

          20   understand him, and I say, "Okay, I give you a loan."

12:01:24  21        Q    Okay.  So you gave him a loan?

          22        A    Yeah.

12:01:27  23        Q    And I want to make sure I understand this

          24   again.  You "learned" him -- you loaned him $325,000 on

12:01:32  25   a verbal agreement, right?
```



170

Igor Latsanovski                  Federal Trade Commission vs. Bunzai Media Group, Inc.                  1090802

```
12:01:33   1        A    Yes.

           2        Q    Okay.  And the only people who can tell me

12:01:40   3    what that agreement was are you and Alon, right?

           4        A    Yeah, but I think "so" other people have to

12:01:47   5    know this, too, because we negotiate with him a lot of

           6    times nearby some "difference" people.  I don't

12:01:52   7    remember with whom, but sometimes he asked me.  This

           8    not, like, one-day decision.

12:01:59   9        Q    Uh-huh.  Do you know a man named David

          10    Yosafian?

12:02:03  11        A    David --

          12        Q    David Yosafian.  Do you know this man?

12:02:08  13        A    "Nosafian"?

          14        Q    David Yosafian.  Do you know this man?

12:02:12  15        MS. KOONCE:  Maybe Yosafian.

          16        THE WITNESS:  Yosafian.  Okay, again, my memory, I

12:02:21  17    know a lot of Davids.  Last name, I don't like say --

          18    BY MR. LITTLE:

12:02:24  19        Q    That's okay.  Let me -- let me unpack this a

          20    little bit, okay?  You said a lot, so I want to go back

12:02:29  21    and make sure I understand it.

          22             Alon asked you to loan money to Focus, "yes"?

12:02:34  23        A    (Nods head up and down.)

          24        Q    And you did that, "yes"?

12:02:38  25        A    Yes, sir.
```

171


Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
12:02:40   1        Q    Okay.  Do you know a man named David Yosafian

           2   as you sit here today?

12:02:48   3        A    I don't know.  If you show me this person, I

           4   could say "yes" or "no" --

12:02:48   5        Q    Okay.

           6        A    -- but from name --

12:02:53   7        Q    I can't show him to you.  Have you ever met a

           8   man named David Yosafian to the best of your knowledge?

12:02:59   9        A    I don't remember.  From last name, I don't

          10   remember.

12:03:02  11        Q    Okay.  Have you ever met a man named Yaron

          12   Shamian?

12:03:04  13        A    I don't remember exactly.

          14        Q    Have you ever met a man named Stephan Bauer?

12:03:10  15        A    I think so, yes.

          16        Q    Okay.  Where did you meet him, and how did

12:03:14  17   you come to know him?

          18        A    I don't remember.  Like, around Alon, when I

12:03:21  19   meet with Alon, yeah, was a lot of people, and he

          20   introduced me to some of them.

12:03:26  21        Q    Okay.  To whom did he introduce you?

          22        A    To whom?

12:03:28  23        Q    Yes.

          24        A    To salespeople.  If I come to his office and

12:03:34  25   somebody there, he introduce me, "This is Igor, my
```

172


Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
12:03:34   1    investor."

           2         Q    Do you remember anyone that he introduced you

12:03:38   3    to?

           4         A    Physically, yes.

12:03:40   5         Q    Yes.

           6         A    But from name, yes --

12:03:43   7         Q    No names?

           8         A    -- it's -- my memory for names, it's, like --

12:03:48   9         Q    Okay.  I want you to take a look at these

          10    check stubs on Receiver's Exhibit 36.

12:03:51  11         A    Uh-huh.

          12         Q    The checks are all in different amounts.

12:03:54  13              Do you see that?

          14         A    Yes.

12:03:59  15         Q    Okay.  You know, typically, and I'm not

          16    saying that this is a typical transaction, but

12:04:05  17    typically in a loan, what happens is somebody pays back

          18    principal and interest in the same payments over and

12:04:07  19    over.

          20              But that didn't happen here, did it?

12:04:12  21         A    I -- not.

          22         Q    Okay.  So did you just allow Alon to pay

12:04:20  23    whatever he felt like paying at the time?

          24         A    I -- okay.  Okay, we -- okay, when I met Alon

12:04:28  25    with Khristopher --
```

| | | |
|---|---|---|
| 12:04:29 | 1 | Q    Yes. |
| | 2 | A    -- we make some, in my mind, in my mind, some |
| 12:04:35 | 3 | deal. |
| | 4 | Q    Okay. |
| 12:04:41 | 5 | A    But after, this deal quickly change, and |
| | 6 | after -- |
| 12:04:43 | 7 | Q    Alon changed it? |
| | 8 | A    No.  Most time -- most time, initially was |
| 12:04:50 | 9 | Khristopher. |
| | 10 | Q    Khristopher would change the deal? |
| 12:04:57 | 11 | A    Yeah.  He is amazing, really creative guy. |
| | 12 | In my life -- |
| 12:04:59 | 13 | Q    Uh-huh. |
| | 14 | A    -- like him, first time I met. |
| 12:05:04 | 15 | Q    That's not his real name, is it? |
| | 16 | A    Okay, yeah, but -- |
| 12:05:07 | 17 | Q    What's his real name? |
| | 18 | A    I don't know. |
| 12:05:09 | 19 | MR. HARRIS:  You have to let him finish his |
| | 20 | "questions." |
| 12:05:12 | 21 | MR. LITTLE:  I'm going to; I'm going to. |
| | 22 | MR. HARRIS:  Well, not -- not once in a while. |
| 12:05:16 | 23 | Every time you have to let him finish his "questions" |
| | 24 | -- his answers. |
| 12:05:16 | 25 | MR. LITTLE:  Okay. |

Kusar ® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 12:05:18 | 1 | Q    Let me let you finish. |
| | 2 | A    And he -- you understand, it's everybody who |
| 12:05:23 | 3 | meet with him love him. |
| | 4 | Q    He's mesmerizing, right? |
| 12:05:27 | 5 | A    It's incredible.  It's -- really, it's |
| | 6 | incredible person.  I 50 years old (sic). |
| 12:05:31 | 7 | Q    Yes. |
| | 8 | A    "I'm" travel a lot of countries, but like |
| 12:05:39 | 9 | this person, it's, like, unique.  His story, how he -- |
| | 10 | he say, like, he's from Guyana.  Do you remember this |
| 12:05:49 | 11 | is, like, in '70 some religion guy killed, like, 17 |
| | 12 | people, like -- |
| 12:05:51 | 13 | Q    Like Jonestown? |
| | 14 | A    Yeah, exactly.  And "he" from family who died |
| 12:06:02 | 15 | in this period.  For this reason, church help him to |
| | 16 | move to Canada.  It's like -- it's really, like, what |
| 12:06:07 | 17 | he says, can write book (sic) |
| | 18 | Q    Okay.  Let me -- okay.  I don't want to |
| 12:06:10 | 19 | interrupt you.  Are you done? |
| | 20 | A    No, it's okay.  No, because I already moved |
| 12:06:13 | 21 | to another -- |
| | 22 | Q    So the story is that his family died at |
| 12:06:19 | 23 | Jonestown, and whatever that church was moved him to |
| | 24 | Canada? |
| 12:06:21 | 25 | A    Yeah. |


Kusar ®  Keeping Your Word Is Our Business℠

12:06:23   1        Q    Okay.  What's his real name, do you know?

           2        A    No.

12:06:27   3        Q    Okay.  Did you know it wasn't his real name,

           4    Khristopher Bond?

12:06:32   5        A    He "said" me Khristopher Bond, but I know he

           6    has "difference" name, like -- like, one "years" ago,

12:06:37   7    but which one, I don't remember.

           8        Q    Okay.  That's fine.

12:06:42   9             All right.  So if someone were to change the

          10    arrangement that you had with Bunzai, it was going to

12:06:49  11    be Khristopher who changed the terms of the deal?

          12        A    I don't like say exactly who is this, but is

12:06:57  13    it.  And in my experience, I say, "Okay, what I have to

          14    do, make conflict or wait, have relationship, yeah, or

12:07:07  15    wait until my -- real (sic) back my money?"  And I

          16    decided second way.

12:07:13  17        Q    Okay.  So these amounts that CalEnergy

          18    received, why were they in the amounts that they were

12:07:20  19    in?

          20        MR. HARRIS:  Objection; lacks foundation, calls

12:07:24  21    for speculation.

          22    BY MR. LITTLE:

12:07:26  23        Q    Do you know?

          24        A    Can you explain again?  Sorry.

12:07:31  25        Q    Yeah.  So the check stubs that we see here,



| | | |
|---|---|---|
| 12:07:34 | 1 | 100,000, 25,000, 175,000 -- |
| | 2 | A    Some checks, if CalEnergy -- some checks, if |
| 12:07:42 | 3 | these checks to CalEnergy, it's, like, to return my |
| | 4 | investment. |
| 12:07:46 | 5 | Q    Okay.  Let's turn the page, if you would.  I |
| | 6 | recovered this document from the office of Focus Media |
| 12:07:50 | 7 | Solutions. |
| | 8 | A    Uh-huh. |
| 12:07:57 | 9 | Q    Okay?  This is -- somebody maintained a |
| | 10 | record of your investment -- |
| 12:08:00 | 11 | A    Yeah. |
| | 12 | Q    -- okay, it looks like to me.  It looks |
| 12:08:03 | 13 | like -- |
| | 14 | A    It's true. |
| 12:08:06 | 15 | Q    Okay.  Hold on a second.  It looks like you |
| | 16 | invested 486,692 in Bunzai.  Is that right? |
| 12:08:13 | 17 | A    I don't remember, beside of accounting (sic). |
| | 18 | Q    Okay.  And your testimony was that the checks |
| 12:08:20 | 19 | on Exhibit 36 were checks returning your investment, |
| | 20 | right? |
| 12:08:22 | 21 | A    Yeah. |
| | 22 | Q    Okay.  Tell the court why there are no checks |
| 12:08:34 | 23 | in the amount of $2,500 or $7,500 on this repayment |
| | 24 | ledger. |
| 12:08:40 | 25 | A    I don't know.  I don't know who did it.  For |

| | | |
|---|---|---|
| 12:08:41 | 1 | this reason, I don't know. |
| | 2 | Q    Okay. |
| 12:08:47 | 3 | A    All these checks which I received, our CPA |
| | 4 | accountant, he "have" received.  He receive, he take |
| 12:08:52 | 5 | it.  It's by -- for bank. |
| | 6 | Q    I want you to track with me some of these |
| 12:08:56 | 7 | checks here, okay? |
| | 8 | Go back to Exhibit 36, okay?  Do you see that |
| 12:09:10 | 9 | the top check here is September 28, 2011? |
| | 10 | A    Uh-huh. |
| 12:09:15 | 11 | Q    Do you see that the next check after that -- |
| | 12 | and it's hard to read because it's typed over, but the |
| 12:09:22 | 13 | next check after that is -- appears to be October of |
| | 14 | 2011 beneath that, and the check beneath that is June 1 |
| 12:09:30 | 15 | of '11, and May 6 of '11. |
| | 16 | Do you see that, sir? |
| 12:09:33 | 17 | A    Uh-huh. |
| | 18 | Q    All right.  Those checks predate this ledger |
| 12:09:39 | 19 | that we -- that appears on Exhibit 37, okay? |
| | 20 | Go to Exhibit 37. |
| 12:09:45 | 21 | A    Okay. |
| | 22 | Q    Okay?  The first date that is listed on this |
| 12:09:52 | 23 | ledger as repayment to you is August 24 of '11. |
| | 24 | Do you see that? |
| 12:09:59 | 25 | A    Can I -- can I ask you, why you cannot ask |

Kusar® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 12:10:04 | 1 | who create this Excel why he put some numbers, not put |
| | 2 | another one? |
| 12:10:07 | 3 | Q    Those are great questions.  I mean, it's a |
| | 4 | very fair question.  It's because people won't tell us, |
| 12:10:10 | 5 | okay? |
| | 6 | MR. HARRIS:  So all you can do is answer the |
| 12:10:13 | 7 | question to the best that you know. |
| | 8 | THE WITNESS:  Okay; okay. |
| 12:10:14 | 9 | BY MR. LITTLE: |
| | 10 | Q    So the question I'm asking you is, you got |
| 12:10:21 | 11 | money before August 24, 2011, a lot of money, from |
| | 12 | Bunzai, right? |
| 12:10:23 | 13 | A    Uh-huh, yes. |
| | 14 | Q    "Yes"?  Okay.  Did you ever invest more than |
| 12:10:32 | 15 | 486,692 in Bunzai? |
| | 16 | A    I invest -- I -- first my investment was in |
| 12:10:36 | 17 | 2010 -- |
| | 18 | Q    Okay. |
| 12:10:41 | 19 | A    -- and some money returned.  All times some |
| | 20 | part return.  After, they request again, and this money |
| 12:10:47 | 21 | coming in, coming in. |
| | 22 | Q    I don't understand.  So let me -- |
| 12:10:50 | 23 | A    Okay. |
| | 24 | Q    -- make sure I understand, all right? |
| 12:10:53 | 25 | A    Okay. |



12:10:55  1        Q    Did you ever put more than half a million

          2   dollars in Bunzai?

12:11:02  3        A    For one shot?  No.

          4        Q    No, not for one shot, total.  Did you ever

12:11:10  5   put more than half a million dollars total into Bunzai?

          6        A    I -- more than half -- I think so.  Okay,

12:11:14  7   maybe.

          8        Q    "Maybe"?

12:11:17  9        A    Maybe.

         10        Q    Okay.

12:11:20 11        A    I explain why.  Because I receive some money,

         12   because I -- I never cross-balance between how much I

12:11:28 13   give them and how much they return me.

         14        Q    You never checked?

12:11:32 15        A    Yes.  For this reason, maybe some period of

         16   time, yeah, I give -- they ask, "We need pay salary.

12:11:40 17   Igor, we need additional $200,000."

         18             I say, "Listen, guys, you don't" -- "didn't

12:11:45 19   return previously (sic) investments."

         20             Say, "Igor, people, we have to pay salary.

12:11:49 21   We have 50 people."

         22             "What do I have to do?"

12:11:53 23             They say, "We have to close otherwise."

         24             I say, "Okay."

12:11:57 25             And which balance, what you ask me right now,



| | | |
|---|---|---|
| 12:12:01 | 1 | I -- too hard me say sure (sic). |
| | 2 | Q    I understand.  All right. |
| 12:12:07 | 3 | So at the end of the day, though, Bunzai paid |
| | 4 | back 3 -- as I understand your testimony -- |
| 12:12:12 | 5 | A    Yes. |
| | 6 | Q    -- Bunzai paid back 300 to $320,000 more than |
| 12:12:16 | 7 | you put in, right? |
| | 8 | A    Exactly. |
| 12:12:20 | 9 | Q    Okay.  Hold on a sec. |
| | 10 | Would you turn back to Receiver's Exhibit 26. |
| 12:12:25 | 11 | A    Uh-huh. |
| | 12 | Q    Bunzai is not on the list here in Receiver's |
| 12:12:36 | 13 | Exhibit 26. |
| | 14 | A    Uh-huh. |
| 12:12:40 | 15 | Q    These companies paid your company, CalEnergy, |
| | 16 | almost 1.3 million dollars in the last 18 months. |
| 12:12:45 | 17 | A    Okay. |
| | 18 | Q    Why? |
| 12:12:49 | 19 | A    Because during this period of time they |
| | 20 | receive more than this period of time money (sic). |
| 12:12:54 | 21 | Q    They received more than 1.3 million from you? |
| | 22 | A    Yeah. |
| 12:12:56 | 23 | Q    Okay. |
| | 24 | A    Because they show right now how much they |
| 12:13:00 | 25 | pay, but they didn't show how much they received. |

181


Kusar®   Keeping Your Word Is Our Business℠

```
12:13:02   1        Q    How much have they gotten from CalEnergy

           2   since January of 2014?

12:13:08   3        A    I have Excel.  This Excel, I send to you

           4   guys --

12:13:09   5        Q    Okay.

           6        A    -- for each transactions --

12:13:11   7        Q    Okay.

           8        A    -- how much I --

12:13:14   9        Q    Sure.

          10        A    -- give and how much I receive.

12:13:17  11        Q    I want to make sure I understand your

          12   testimony completely.

12:13:20  13        MR. HARRIS:  And I'm not sure -- I'm not sure you

          14   guys are connecting on this, so I think you should go

12:13:23  15   through it.

          16   BY MR. LITTLE:

12:13:26  17        Q    Has CalEnergy, since January of 2014, paid

          18   money to any of these companies?

12:13:29  19        MR. HARRIS:  Which companies?

          20   BY MR. LITTLE:

12:13:31  21        Q    Any of the companies that are listed on

          22   Receiver's Exhibit 26

12:13:36  23        A    I don't remember.  I asked my CPA "for"

          24   prepare from bank account.  He did it.

12:13:44  25        Q    Okay.  Here's -- okay.  I don't think
```

182


Kusar® Keeping Your Word Is Our Business℠

```
12:13:47   1   anybody -- or let me go back.

           2        After looking at the records of the companies

12:13:55   3   that are indicated on Receiver's Exhibit 26, I've only

           4   seen money going one way, money from these companies to

12:14:01   5   your company, CalEnergy.  I haven't seen you putting

           6   money into these companies.

12:14:05   7        Why not?

           8   A    But maybe I put money to another company.  I

12:14:08   9   don't know.

          10   Q    Okay.

12:14:13  11   A    I give check to Alon, and Alon already put to

          12   some accounts where he use it.

12:14:17  13   Q    Okay.  To whom did you write the checks?

          14   A    I write checks and give to Alon.

12:14:20  15   Q    Okay.

          16   A    And he --

12:14:22  17   Q    To what company?

          18   A    Really?

12:14:25  19   Q    Yes.

          20   A    I don't remember.  He "said" me, "Igor,

12:14:30  21   please, give me check right now for pay salaries."

          22        Say, "Okay."  Don't have choice.  Sure

12:14:33  23   survive.

          24   Q    And just so I understand, all the money that

12:14:37  25   you're talking about that you gave to Alon --
```



|          |    |                                                                |
|----------|----|----------------------------------------------------------------|
| 12:14:37 | 1  | A    Yes.                                                      |
|          | 2  | Q    -- came out of CalEnergy, right?                          |
| 12:14:41 | 3  | A    Yes.                                                      |
|          | 4  | Q    Okay.                                                      |
| 12:14:43 | 5  | MR. HARRIS:  The question he asked you before was,             |
|          | 6  | which companies did you give the checks to?                    |
| 12:14:48 | 7  | THE WITNESS:  Really, I don't remember, but in the             |
|          | 8  | bookkeeping, we can find it.  It's public -- not               |
| 12:14:56 | 9  | public.  It means account information.  This is pass           |
|          | 10 | through bank.                                                   |
| 12:14:57 | 11 | BY MR. LITTLE:                                                  |
|          | 12 | Q    One second.                                              |
| 12:15:16 | 13 | Would you write --                                            |
|          | 14 | MS. KOONCE:  Yeah.                                             |
| 12:15:17 | 15 | BY MR. LITTLE:                                                  |
|          | 16 | Q    Would you turn to Exhibit 49 in the book in              |
| 12:15:48 | 17 | front of you, please.                                          |
|          | 18 | A    Uh-huh.                                                   |
| 12:15:50 | 19 | Q    This is --                                               |
|          | 20 | MR. BERK:  What exhibit is this?                              |
| 12:15:51 | 21 | MR. LITTLE:  Exhibit 49.                                      |
|          | 22 | Q    This is account activity -- or a summary of             |
| 12:16:00 | 23 | account activity conducted by the receiver's forensic        |
|          | 24 | accountant, and it shows money going out -- or, I'm          |
| 12:16:07 | 25 | sorry, in the top it shows Total Cash Receipts and           |

184

12:16:10    1    Deposits, shows money coming in from the Bunzai group

            2    of companies, but it doesn't show money going out to

12:16:17    3    the Bunzai group of companies from Wells Fargo.

            4           Can you explain why?

12:16:22    5    A    Okay, again, a little bit slowly.  Explain to

            6    me?

12:16:24    7    Q    Yes.

            8    A    What's this --

12:16:28    9    Q    You see at the top, this is money that --

           10    that CalEnergy received in its Wells Fargo account --

12:16:32   11    A    Okay.

           12    Q    -- okay, from Sunset Holdings, SBM, Insight

12:16:39   13    Media, Agoa Holdings, Zen, Lifestyle.

           14           Do you see that --

12:16:42   15    A    Yes.

           16    Q    -- as we go down the list?  But it doesn't

12:16:46   17    show money going out from CalEnergy to any of those

           18    companies, okay?

12:16:50   19           Did you write checks to those companies?  Is

           20    that your testimony?

12:16:53   21    A    Okay.

           22    MR. HARRIS:  In this time frame?

12:16:55   23    MR. LITTLE:  Yes.

           24    Q    December, 2013, until today.

12:17:00   25    A    Yes, you ask me about accounting.



Kusar®   Keeping Your Word Is Our Business℠

12:17:01  1      Q    Yes.

          2      A    My -- you have to ask David.  He knows

12:17:09  3    exactly.  He "make" this balance.  I --

          4      Q    David has the records that I'm looking for --

12:17:11  5      A    Yes.

          6      Q    -- about CalEnergy?

12:17:13  7      A    Yes.

          8      Q    Okay.  What records does David have that

12:17:18  9    would indicate all of your payments to any of the

         10    Bunzai group of companies?

12:17:20 11      A    Sure.  He has everything.

         12      Q    He has everything?

12:17:23 13      A    Yes.

         14      Q    Okay.

12:17:32 15      A    Because you asked me right now about I'm --

         16    some numbers.  It's --

12:17:34 17      MR. HARRIS:  Do you have the bank records from the

         18    earlier time frame, before December, 2013?

12:17:38 19      MR. LITTLE:  We have partial records.

         20      MS. KOONCE:  Yeah, I'm not sure that we do.

12:17:40 21    BY MR. LITTLE:

         22      Q    Okay.  So these investments that you made

12:17:45 23    with the Bunzai group of companies, when did you make

         24    them?

12:17:55 25      A    I don't -- or I am tired.  A little bit my



12:17:56   1   English --

           2       Q   I understand; I understand.  Why don't we --

12:18:02   3   here's an idea.  Why don't we take a lunch break.  You

           4   can get your energy back up, and we can come back and

12:18:07   5   ask some more questions, okay?  Is that all right?

           6       A   Yeah.

12:18:10   7       MR. LITTLE:  Is that all right with you guys?

           8       MR. HARRIS:  Yeah.

12:18:11   9       MR. LITTLE:  All right, good.

          10       THE VIDEOGRAPHER:  This marks the end of media No.

12:18:15  11   2 in the continuing deposition of Igor Latsanovski.

          12   Today's date is July 2nd, 2015.  The time is 12:18

12:18:22  13   p.m., and we're off the record.

          14           (Whereupon the lunch recess was held.)

13:15:57  15       THE VIDEOGRAPHER:  This marks the beginning of

          16   media No. 3 in the continuing deposition of Igor

13:16:06  17   Latsanovski.  Today's date is July 2nd, 2015.  The time

          18   is 1:16 p.m., and we're back on the record.

13:16:09  19   BY MR. LITTLE:

          20       Q   Mr. Latsanovski, would you turn to Receiver's

13:16:12  21   Exhibit 39.

          22       MS. KOONCE:  Are we going to get Reid on the

13:16:15  23   phone?

          24       MR. LITTLE:  He hasn't been on the phone for a

13:16:20  25   while.  He's dropped off, and he said just go ahead.



| | | |
|---|---|---|
| 13:16:22 | 1 | MR. HARRIS:  Okay, not interested. |
| | 2 | THE WITNESS:  39? |
| 13:16:23 | 3 | BY MR. LITTLE: |
| | 4 | Q    39, please. |
| 13:16:30 | 5 | A    Okay. |
| | 6 | Q    Okay.  Can you tell the court why a deposit |
| 13:16:39 | 7 | stamp for CalEnergy was present in Mr. Doron Nottea's |
| | 8 | office. |
| 13:16:43 | 9 | A    What?  Why what? |
| | 10 | Q    Can you tell me why a deposit stamp for |
| 13:16:49 | 11 | CalEnergy was present in Doron Nottea's office? |
| | 12 | A    Because he -- yeah; yeah. |
| 13:16:51 | 13 | MR. HARRIS:  Right here. |
| | 14 | THE WITNESS:  Because he helped me.  I authorized |
| 13:16:58 | 15 | him for help me some -- because when I travel, if some |
| | 16 | needed, he can help me. |
| 13:16:59 | 17 | BY MR. LITTLE: |
| | 18 | Q    Did he use it? |
| 13:17:01 | 19 | A    Who, him? |
| | 20 | Q    Yes. |
| 13:17:03 | 21 | A    I think so sometimes, yeah. |
| | 22 | Q    Okay.  What checks did he deposit for you, do |
| 13:17:06 | 23 | you know? |
| | 24 | A    I don't remember. |
| 13:17:08 | 25 | Q    Did he -- |



Kusar®  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 13:17:11 | 1 | A    But it is easy to see by record. |
| | 2 | Q    Did he deposit checks from the Bunzai group |
| 13:17:18 | 3 | of companies for -- into CalEnergy's accounts? |
| | 4 | A    Again, please.  Can you repeat. |
| 13:17:24 | 5 | Q    Yes.  Did he deposit checks -- |
| | 6 | A    Who?  Who? |
| 13:17:27 | 7 | Q    Doron Nottea.  Did he deposit checks from the |
| | 8 | Bunzai group of companies into CalEnergy? |
| 13:17:33 | 9 | A    I don't -- I don't know. |
| | 10 | Q    You don't know, okay. |
| 13:17:36 | 11 | Turn to Exhibit 40, please. |
| | 12 | Does your signature appear on Exhibit 40? |
| 13:17:40 | 13 | A    Yeah. |
| | 14 | Q    It appears to me that you cashed a check for |
| 13:17:46 | 15 | $104,500 from the account of CalEnergy. |
| | 16 | What did you do with that money? |
| 13:17:56 | 17 | A    No, just only one period of time, it's '14, |
| | 18 | last year, I tried do myself buy real estate to auction |
| 13:18:02 | 19 | (sic). |
| | 20 | Q    I don't understand. |
| 13:18:05 | 21 | A    Auction. |
| | 22 | MR. BERK:  "Auction." |
| 13:18:06 | 23 | THE WITNESS:  Auction. |
| | 24 | BY MR. LITTLE: |
| 13:18:09 | 25 | Q    You took this money out in cash to buy real |

189



13:18:10  1   estate at auction?

2       A    Yeah, but not just this money.  I take a lot

13:18:17  3   of -- like, a lot of checks, take it, cashier checks,

4   and go to -- I don't remember exactly this check or

13:18:23  5   another one, and go to auctions.  Tried two times, but

6   I see the professionals.

13:18:29  7            Like, I a little bit prepare, price and

8   everything, thinking, "Wow, the auctions may be, like,

13:18:38  9   short sell, can buy something this one," but they

10   accept just only cashier check, or some, like, just

13:18:40 11   only (sic).

12       Q    Did you obtain a cashier's check with this

13:18:42 13   money or did you --

14       A    No, I returned.  All money which I take it, I

13:18:49 15   return to account after, without -- without --

16            I take cashier checks --

13:18:51 17       Q    Okay.

18       A    -- go to auction, try a couple of times, and

13:18:57 19   after, just only put in account.

20       Q    Okay.  Here's the problem I'm having with

13:19:03 21   that.  When you -- when you take out a cashier's check,

22   it has to be made out to someone, okay?  Right?

13:19:08 23       A    No.

24       Q    So if you go to a bank, you go to Wells Fargo

13:19:13 25   Bank, and you have an account there, and you want --



Kusar®  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 13:19:14 | 1 | (Telephone ringing.) |
| | 2 | THE WITNESS:  Sorry, I turn it off. |
| 13:19:16 | 3 | BY MR. LITTLE: |
| | 4 | Q    That's okay. |
| 13:19:20 | 5 | -- and you want the bank to make a cashier's |
| | 6 | check out from your account in the amount of |
| 13:19:24 | 7 | $104,500 -- |
| | 8 | A    Uh-huh. |
| 13:19:26 | 9 | Q    -- it needs to be made out to someone. |
| | 10 | Do you understand that? |
| 13:19:30 | 11 | A    For my name?  They give me for my name. |
| | 12 | Q    They gave it to you for your name? |
| 13:19:33 | 13 | A    I don't exactly -- okay, I don't remember |
| | 14 | exactly about this check, but I have to figure out. |
| 13:19:38 | 15 | It's easy.  Copy of checks to where. |
| | 16 | Wait; wait; wait; wait.  104,000, '14. |
| 13:19:52 | 17 | I have to figure out.  Maybe I buy house. |
| | 18 | Some -- 11th. |
| 13:20:00 | 19 | Q    November 18, 2014. |
| | 20 | A    I don't remember, but I will explain you |
| 13:20:03 | 21 | exactly to where (sic). |
| | 22 | Q    Okay.  Did you take this -- did you cash this |
| 13:20:08 | 23 | check? |
| | 24 | A    Physically, cash/cash? |
| 13:20:09 | 25 | Q    Yes. |


Kusar®  Keeping Your Word Is Our Business℠

```
13:20:11   1         A    No, I not -- why I need cash/cash?

           2         Q    I don't --

13:20:14   3         A    I use this like cash or check for some

           4    reason.

13:20:16   5         Q    Okay.  Do you know what you did with the

           6    money?

13:20:18   7         A    I will explain a hundred percent.

           8         Q    Okay.  All right.  Mr. Latsanovski, I've had

13:20:29   9    the opportunity to review Anna Kim's spreadsheet over

          10    lunch that she forwarded to me.

13:20:32  11              Who is Anna Kim?

          12         A    Anna?

13:20:39  13         Q    Anna Kim.

          14         THE WITNESS:  It's your Anna Kim?

13:20:41  15         MR. HARRIS:  (Nods head up and down.)

          16         THE WITNESS:  Okay.

13:20:43  17    BY MR. LITTLE:

          18         Q    Works for Marc?

13:20:45  19         A    Yeah.

          20         Q    Have you had an opportunity to review the

13:20:48  21    spreadsheet yourself?

          22         A    Yeah, just too fast.

13:20:55  23         Q    Okay.  So here's what I need to understand.

          24    Over the last five years, you -- my understanding is

13:21:10  25    you've put in $1,611,8 -- 611,883 into the Bunzai group
```



13:21:11  1    of companies.

          2            Does that sound right?

13:21:14  3        A    How much cash?  Can you repeat, please.

          4        Q    $1,611,883.

13:21:20  5        A    Yeah, from -- from accounting numbers?

          6        Q    Yes, from Anna Kim's accounting numbers.

13:21:24  7        A    Yeah.

          8        MR. HARRIS:  You received the email from Anna Kim,

13:21:28  9    but I think there was an explanation.  They're not her

          10   accounting numbers.

13:21:29  11       MR. LITTLE:  Yes, I understand.

          12       Q    So --

13:21:33  13       A    These numbers I ask CPA for prepare for me.

          14   If some mistakes, unfortunately I didn't mess up.

13:21:38  15       MR. LITTLE:  Marc, can you clarify that the

          16   numbers come from the CPA?

13:21:41  17       MR. HARRIS:  Yes.

          18   BY MR. LITTLE:

13:21:43  19       Q    Okay.  So your CPA is saying you got back

          20   $1,929,629.05.

13:21:48  21       A    Yes.

          22       Q    And so the difference was 317 thousand --

13:21:51  23       A    Yeah.

          24       Q    -- 746.05 that you made as profit --

13:21:59  25       A    Yes; yes.  For this reason I every time is



```
13:22:00   1   all this conversation talking about these numbers.

           2        Q    Okay.  Here's -- I've got a question for you.

13:22:13   3   Your return on $1,611,863 over a period of five years

           4   was $317,746.05.  It's a return of about four or five

13:22:22   5   percent a year, right?

           6        A    (Nods head up and down.)

13:22:24   7        Q    "Yes"?

           8        A    Yes.

13:22:28   9        Q    Okay.  Now tell the court why -- hold on a

          10   second, let me finish -- as soon as you made that -- at

13:22:35  11   the end of this five years, you made $317,000 roughly,

          12   and then the day before we came through the door at

13:22:44  13   2925 Canby, you wrote them another check for $325,000

          14   that hadn't cleared yet at that time.

13:22:50  15        A    Okay; okay.  I explain you why (sic).

          16        Q    Okay.  Explain why.

13:22:53  17        MR. HARRIS:  That's asked and answered.

          18        MR. LITTLE:  It's not asked and answered.

13:22:56  19        MR. HARRIS:  We covered this at length before

          20   lunch.

13:22:58  21        THE WITNESS:  Yeah.

          22        MR. LITTLE:  No.

13:22:58  23        MR. HARRIS:  Tell him again.

          24        THE WITNESS:  No, I can say.

13:23:05  25            First I don't invest 1.6 million dollars.  I
```



13:23:07  1    invest -- because this is -- it's, like, the same

          2    money.  I give them, they return me.  It's around,

13:23:15  3    maximum, how my money, they use -- not maximum, around,

          4    I don't exactly, like a half million dollars.

13:23:18  5    BY MR. LITTLE:

          6         Q    Like what?

13:23:21  7         A    Half-million dollars, $500,000.  This money

          8    come in.  I give them check for $200,000.  They return

13:23:29  9    me 20, 50.  Again give -- this is cash flow 1.6 million

          10   dollars.

13:23:31  11        Q    Yeah.

          12        A    But physically, my money working there,

13:23:34  13   around $500,000.

          14        Q    That makes no sense, Mr. Latsanovski, and let

13:23:41  15   me explain why.  The total amount of withdrawals from

          16   CalEnergy's accounts was 1,611,000 of your money.

13:23:48  17        A    No, this is the same money coming in and out.

          18        MR. BERK:  Can I -- can I --

13:23:51  19        MR. LITTLE:  No, you can't.

          20        Q    So I have a question here.  Mr. Latsanovski,

13:23:56  21   it appears as though CalEnergy is simply circulating

          22   money through the accounts of the Bunzai group

13:24:00  23   companies.

          24            Is that true?

13:24:05  25        MR. BERK:  Objection, calls for, I think, a legal



13:24:06  1    conclusion.  I don't even know.

          2    BY MR. LITTLE:

13:24:08  3        Q    You can answer the question.

          4        A    Okay.  Ask me slowly, please.

13:24:16  5        Q    Okay.  It appears to me, Mr. Latsanovski --

          6        A    Uh-huh.

13:24:18  7        Q    -- that you -- that CalEnergy is simply

          8    circulating money through the Bunzai group of companies

13:24:23  9    and making nothing.

         10             Is that true?

13:24:27 11        A    Yes.

         12        Q    So --

13:24:31 13        A    For this reason.  For this reason.  Okay, it

         14    is what it is, fact.

13:24:36 15        Q    Explain to the court why, if you could make

         16    20 percent as a hard money lender, you would circulate

13:24:42 17    money through the Bunzai group of companies for five

         18    years and make

13:24:45 19        MR. BERK:  Objection; assumes facts --

         20    BY MR. LITTLE:

13:24:45 21        Q    --  nothing.

         22        MR. BERK:  -- not in evidence, calls for

13:24:47 23    speculation.

         24        THE WITNESS:  I live with dream.  Alon is all time

13:24:59 25    promise me, "Igor, we learn.  We have some mistakes."

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 197 of 285   Page ID
#:15699

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

13:25:05  1    He open call center, hire lot of people, have expenses.

          2    Okay, it is what it is.

13:25:12  3          And every times, his phrase was, "Igor, I

          4    don't steal no (sic) one penny from you.  Did you see?

13:25:18  5    I try do maximum what I do."

          6    BY MR. LITTLE:

13:25:19  7        Q    Uh-huh.

          8        A    "Sure I don't give you lot of profit, but you

13:25:26  9    return your money.  You have some profit.  And give me

          10   one additional chance.  Yeah, I will show you."

13:25:32  11         In America here, don't have a lot of people

          12   to whom I have to invest who real (sic).  Because I'm

13:25:38  13   person, I cannot working myself.  I under- -- I

          14   understand I have to -- you know some --

13:25:44  15         I don't know some, like -- this is -- you

          16   know some problem with guys, but you know already this

13:25:50  17   is already -- you already his problems (sic), but I

          18   believe in his energy, and in my mind, I decided to

13:26:00  19   give him second chance.  Maybe I'm stupid.

          20       Q    Hey, I don't think you're stupid at all, but

13:26:05  21   what I'm trying to understand is, when you finally got

          22   over $300,000 to the good and you had made a return on

13:26:14  23   your money, you dropped another $325,000 into it.

          24         Help me understand on what level that would

13:26:19  25   make sense as an investor.



Igor Latsanovski     Federal Trade Commission vs. Bunzai Media Group, Inc.     1090802

13:26:27   1     A    I hope, because he say, "I'm already been use

2   (sic) all my knowledge, and next these directions, for

13:26:35   3   not sell physically touchable profit product.  It's

4   only for marketing purpose.  Because market is huge

13:26:45   5   market, we'll have more biggest, faster profit."

6      And I'm personally, like, investor.  Okay,

13:26:48   7   second time, trust him.

8     Q    If you look with me at Receiver's Exhibit 37

13:26:55   9   in that book in front of you -- 37.  It's back here

10   (indicating).

13:27:03   11     A    Uh-huh.

12     Q    This -- this tracking appears to ensure that

13:27:09   13   you get back exactly the same amount of money that you

14   put in.

13:27:13   15      Did you have an agreement with Mr. Nottea

16   about that?

13:27:21   17     A    Was all our agreement verbal (sic).

18     Q    Take a look at Exhibit 41 here.

13:27:33   19      So this check you wrote -- that is your

20   signature, "yes"?

13:27:34   21     A    Yes.

22     Q    Okay.  This check that you wrote on June 17

13:27:41   23   for $325,000, what was the verbal agreement about that?

24     A    This verbal agreement, they have to pay me

13:27:54   25   interest monthly for this money, plus, from end of each



| | | |
|---|---|---|
| 13:27:58 | 1 | year, bonus for 20 percent of profit which this company |
| | 2 | can make. |
| 13:28:03 | 3 | Q    Okay.  And how much interest? |
| | 4 | A    We decided ten percent per year. |
| 13:28:11 | 5 | Q    Ten percent per year? |
| | 6 | A    Uh-huh. |
| 13:28:12 | 7 | Q    Okay. |
| | 8 | A    Because he "said" me, "Igor, ten percent is |
| 13:28:18 | 9 | nothing.  I give you 20 percent bonus, be like" -- |
| | 10 | "like 50 percent." |
| 13:28:24 | 11 | Q    Okay.  As I look back at the spreadsheet that |
| | 12 | David Davidian did, it appears that you received |
| 13:28:30 | 13 | interest payments in the past on loans that you made to |
| | 14 | the Bunzai group of companies, "yes"? |
| 13:28:36 | 15 | Did you receive interest payments? |
| | 16 | A    For me?  For me? |
| 13:28:38 | 17 | Q    Yes. |
| | 18 | A    They -- I receive money for "difference" |
| 13:28:45 | 19 | purpose.  Like, they say (sic) me, like, "interest, |
| | 20 | dividends."  I don't know how pronounce this money. |
| 13:28:54 | 21 | For me, this is really money.  I calculated |
| | 22 | for myself how much I give them. |
| 13:28:58 | 23 | Q    Uh-huh. |
| | 24 | A    Doesn't matter how they -- |
| 13:29:00 | 25 | Q    What they call it? |



199

| | | |
|---|---|---|
| 13:29:00 | 1 | A    Yeah; yeah. |
| | 2 | Q    Doesn't matter what they call it, you're just |
| 13:29:05 | 3 | getting money back? |
| | 4 | A    I'm -- for I look at it this way. |
| 13:29:09 | 5 | Q    Yeah.  For example, so what I see from this |
| | 6 | spreadsheet that Mr. Davidian forwarded through Anna |
| 13:29:19 | 7 | Kim is you get January interest $7,500, February |
| | 8 | interest $5,500, April interest, $2,940. |
| 13:29:25 | 9 | A    Okay. |
| | 10 | Q    So it -- it varied?  Was there a calculation |
| 13:29:32 | 11 | that was applied that resulted in you getting those |
| | 12 | amounts? |
| 13:29:35 | 13 | A    I don't know who calculated this. |
| | 14 | Q    You don't know? |
| 13:29:41 | 15 | A    They -- they -- Alon do it some -- I think so |
| | 16 | in his -- in his mind he calculated something, but |
| 13:29:48 | 17 | you're asking me about how I looking for it, yeah?  I'm |
| | 18 | looking for it -- |
| 13:29:51 | 19 | Q    Yes. |
| | 20 | A    -- I give this month, give me this month. |
| 13:29:57 | 21 | How you calculated it doesn't matter for me. |
| | 22 | Q    Okay.  So what I'm trying to understand is, |
| 13:30:04 | 23 | as of June 17th -- if you'll turn back to Receiver's |
| | 24 | Exhibit 41 -- 41. |
| 13:30:08 | 25 | A    Oh, this one. |

Kusar®  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 13:30:11 | 1 | Q    Yeah, all right.  So you're on 41. |
| | 2 | After what is essentially a five-year |
| 13:30:16 | 3 | relationship, the amount of money that you put in |
| | 4 | versus the amount of money you received was a delta or |
| 13:30:28 | 5 | a difference of about $8,000.  It's almost right on the |
| | 6 | same amount of money that you put in against what you |
| 13:30:31 | 7 | received. |
| | 8 | Does that sound right to you? |
| 13:30:35 | 9 | A    I don't understand you. |
| | 10 | Q    Okay.  So the spreadsheet I received showed |
| 13:30:43 | 11 | that you were ahead $317,000 -- |
| | 12 | A    On my personal? |
| 13:30:47 | 13 | Q    Yes.  You were ahead by $317,000, and as soon |
| | 14 | as you got ahead by that amount, you put another |
| 13:30:54 | 15 | 325,000 right back into the company. |
| | 16 | And your thought process was what?  What were |
| 13:30:59 | 17 | you thinking? |
| | 18 | MR. HARRIS:  Objection, asked and answered -- |
| 13:31:02 | 19 | THE WITNESS:  I live and dream. |
| | 20 | MR. HARRIS:  -- multiple times. |
| 13:31:03 | 21 | BY MR. LITTLE: |
| | 22 | Q    You live and dream, okay. |
| 13:31:11 | 23 | A    I do the same for "another" businesses. |
| | 24 | Q    You do?  What other businesses do you do that |
| 13:31:18 | 25 | for?  I'll write that down. |



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
13:31:19   1        A    ComicsFix.

           2        Q    ComicsFix?  Who runs ComicsFix?

13:31:24   3        A    His name is Felix.

           4        Q    Felix?

13:31:25   5        A    Yeah, Felix.

           6        Q    Felix what?

13:31:29   7        A    Last name?

           8        Q    Yes.

13:31:34   9        A    On the paper.  I don't remember exactly.

          10        Q    Okay.  What other companies?

13:31:38  11        A    VastPay.

          12        Q    VastPay?  Who runs that company?

13:31:42  13        A    Eugen.

          14        Q    Eugen.

13:31:45  15        A    Okay, Sunset.

          16        Q    Okay.

13:31:49  17        A    This is some Mike.

          18        Q    We'll talk about that in a minute.

13:31:53  19             Anybody -- any other companies that you do

          20   this for?

13:31:59  21        A    No, I have some Rilend, but I do it myself, I

          22   think.

13:32:01  23        Q    What does Rilend do?

          24        A    I tried directions, like the mortgage

13:32:08  25   directions, that is steady --
```

Kusar ® Keeping Your Word Is Our Business℠

13:32:08   1       Q     Okay.

           2       A     -- but, no.  This is for start-up, yeah.

13:32:14   3       Q     How much money have you put into ComicsFix?

           4       A     Exactly --

13:32:18   5       MR. HARRIS:  Actually, I'm not going to -- you

           6   don't need to answer that.  That has nothing to do

13:32:19   7   with --

           8       THE WITNESS:  Actually, it's like --

13:32:23   9       MR. HARRIS:  Igor, let me interrupt.  That has

          10   nothing to do with receivership -- the defendants, and

13:32:26  11   I don't think you need to answer that question.

          12   BY MR. LITTLE:

13:32:29  13       Q     Did you put money into ComicsFix through

          14   CalEnergy?

13:32:31  15       MR. HARRIS:  Fair point.

          16           You can answer the question, if it's -- if

13:32:35  17   you did put in from CalEnergy.

          18       THE WITNESS:  Yes.

13:32:36  19   BY MR. LITTLE:

          20       Q     Okay.  How much?

13:32:42  21       A     Around -- it's around -- I don't exactly

          22   remember, but 195,000.

13:32:46  23       Q     195,000?

          24       A     It's around.

13:32:48  25       Q     How much did you get back?

Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | | |
|---|---|---|---|
| 13:32:49 | 1 | A | No, I got nothing. |
| | 2 | Q | You got nothing back? |
| 13:32:51 | 3 | A | No, they just draw -- do it. |
| | 4 | Q | It just started? |
| 13:32:52 | 5 | A | Yeah. |
| | 6 | Q | Okay.  Well, how much did you put into |
| 13:32:56 | 7 | | VastPay from CalEnergy? |
| | 8 | A | For VastPay?  Nothing. |
| 13:33:00 | 9 | Q | Okay.  So there's a $20,000 loan check -- |
| | 10 | A | Yeah. |
| 13:33:03 | 11 | Q | -- from CalEnergy to -- |
| | 12 | A | I give them -- |
| 13:33:04 | 13 | Q | -- VastPay? |
| | 14 | A | -- yeah.  It's a loan, 20K. |
| 13:33:07 | 15 | Q | Did they give you money back? |
| | 16 | A | Not yet. |
| 13:33:09 | 17 | Q | Not yet? |
| | 18 | A | No.  There's money in account which you |
| 13:33:12 | 19 | | froze. |
| | 20 | Q | Yes. |
| 13:33:19 | 21 | | Okay.  How much money did you put into Focus |
| | 22 | | Media Solutions specifically?  Was there other money |
| 13:33:24 | 23 | | besides the -- |
| | 24 | A | No. |
| 13:33:25 | 25 | Q | "No"? |


Kusar  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
13:33:32  1        A    This one check.  I give check before a couple

          2    weeks ago, 200K, but they return me immediately,

13:33:39  3    because Alon said, "Igor, I don't want right now, pay

          4    interest.  We don't need right now.  When I will need,

13:33:42  5    I ask you."

          6        Q    Okay.

13:33:43  7        A    He asked me this 325.

          8        Q    That's what I was going to ask you.

13:33:46  9             So it appeared to me that you put $200,000

          10   into Focus?

13:33:49  11       A    Yeah, and --

          12       Q    And they just paid it right back?

13:33:57  13       A    Yeah, so don't pay interest for this money.

          14       Q    Okay.  Take a look at Receiver's Exhibit 42,

13:34:02  15   please.

          16            Who -- is Alon the person who runs Focus?

13:34:10  17       MR. HARRIS:  Objection, calls for speculation.

          18       THE WITNESS:  Really, I don't know.

13:34:11  19   BY MR. LITTLE:

          20       Q    Okay.  Who did you communicate with about

13:34:15  21   putting money into Focus?

          22       A    Alon.

13:34:18  23       Q    Anyone else?

          24       A    No.

13:34:26  25       Q    All right.  Receiver's Exhibits 42, 43, 44,
```



Igor Latsanovski   Federal Trade Commission vs. Bunzai Media Group, Inc.   1090802

| | | |
|---|---|---|
| 13:34:33 | 1 | 45, 46, 47 appear to be checks that are drawn on the |
| | 2 | account of Focus that were cashed somewhere. |
| 13:34:40 | 3 | Do you know why that would be? |
| | 4 | A   Absolutely no idea. |
| 13:34:46 | 5 | Q   Okay.  When did you put your $200,000 into -- |
| | 6 | into Focus? |
| 13:34:49 | 7 | A   Pardon? |
| | 8 | Q   The 200,000 that you sent to Focus, when did |
| 13:34:52 | 9 | you send it? |
| | 10 | A   Check -- you mean check? |
| 13:34:56 | 11 | Q   Yes.  When was that? |
| | 12 | A   In account in bank, you can see. |
| 13:35:00 | 13 | Q   Yeah.  Do you remember when it was? |
| | 14 | A   No.  It's, like, you know, maybe one month |
| 13:35:04 | 15 | before I give this last.  I don't remember exactly. |
| | 16 | Q   Okay.  That makes sense. |
| 13:35:13 | 17 | What did you understand Focus Media Solutions |
| | 18 | to be doing? |
| 13:35:18 | 19 | A   Marketing. |
| | 20 | Q   Marketing.  And what did you know about that? |
| 13:35:22 | 21 | A   Marketing? |
| | 22 | Q   Yes, that they were doing? |
| 13:35:27 | 23 | A   Marketing connected seller and buyer. |
| | 24 | Q   Okay.  Sellers of what and buyers of what? |
| 13:35:41 | 25 | A   "Difference" type of product and services. |

206


Kusar ® Keeping Your Word Is Our Business℠

13:35:42  1      Q     Did you understand that Focus Media Solutions

        2   was connecting sellers of free-trial skin care products

13:35:51  3   to buyers of --

        4      A     I no idea technically what they're doing

13:35:54  5   (sic).

        6      Q     You did -- had no idea?

13:35:56  7      A     (Shakes head from side to side.)

        8      Q     Isn't that, as an investor, something that

13:36:01  9   you would want to know, what Focus Media actually does?

        10      A     I invest not to company.  I invest to people.

13:36:05  11      Q     Okay.

        12      A     Because "I'm" personally know my level, I

13:36:13  13   cannot run myself.  I look for and find people who can

        14   run business.

13:36:18  15          Do you know how many offers I have, who

        16   people come and, "Igor, do you know this amazing idea?"

13:36:24  17          I say, "Wait.  Who be running (sic) it?"

        18          "Who?  We can find it."

13:36:26  19          "No."

        20          If people come and say, "Igor, I know, I have

13:36:32  21   experience, I do it myself, but for my job, I don't

        22   have money.  Yeah, you give me shares," I say, "Okay,

13:36:36  23   let's do it."

        24      Q     How do people find you to ask you for money?

13:36:40  25      A     "Difference" ways.



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

13:36:43  1      Q    Like, what kind of ways?  You said, as I

       2  understood just a minute ago, people come -- "Do you

13:36:49  3  know how many people come to me and say, 'Igor, put

       4  money into this'"?

13:36:53  5      A    So one person introduce me another persons

       6  (sic).

13:36:57  7      Q    Okay.  So earlier you said that you would

       8  invest with people.  Who were -- who were the officers

13:37:04  9  of Focus Media Solutions who are running that company?

      10      A    I don't know.  I give money to Alon.

13:37:10 11      Q    Okay.  Did you think Alon was running Focus?

      12      A    I'm not sure.

13:37:13 13      Q    Okay.

      14      A    Because his focus?  How I understand last

13:37:21 15  time, Chargeback Solution.  Chargeback, this is his

      16  technology company.

13:37:24 17      Q    Okay.

      18      MS. KOONCE:  Wait.  Chargeback is Alon's company?

13:37:29 19      THE WITNESS:  Yes.

      20  BY MR. LITTLE:

13:37:30 21      Q    Chargeback Armor?

      22      A    Yeah; this one, yeah.

13:37:35 23      Q    How did you come to that information?

      24      A    He give me, I don't know, years ago, about

13:37:56 25  invest to these directions.



13:37:58  1        Q    I want to go back and touch on something that

          2  I didn't really understand about your testimony.

13:38:05  3             How did you get connected with Alon?

          4        A    I met with his dad.

13:38:12  5        Q    With Motti?

          6        A    Yes.  And he say, "Igor, I see you good guy.

13:38:20  7  I have to introduce you to my son.  He has amazing

          8  team, amazing idea."

13:38:24  9        Q    Uh-huh.

          10       A    And I met with him.

13:38:28  11       Q    How did you connect with Motti?

          12       A    In restaurant is in -- what's the name this

13:38:37  13  restaurant?  Israeli restaurant in Ventura.  I don't

          14  remember name exactly.

13:38:40  15       Q    You met him in a restaurant?

          16       A    Yeah.

13:38:42  17       Q    Just a total stranger?

          18       A    No.  It's, like, we talking, like, about

13:38:48  19  life, like -- you know, it's, like, I look for

          20  communications, because I didn't know nobody here, and

13:38:54  21  starting -- because when you come from another country,

          22  yeah, you have to communicate with somebody.

13:39:05  23       Q    Okay.  So was Motti Nottea one of the first

          24  people you met when you moved to the United States?

13:39:09  25       A    No; no.  I met with "difference" people.  He



13:39:12  1    was one of them.

       2        Q    And you met him in a restaurant, but you

13:39:17  3    don't remember which restaurant?

       4        A    I know exactly where is it.  It is -- it's

13:39:24  5    names.  I can "say" you physically, but names, it's

       6    terrible for me.

13:39:28  7        Q    It's okay.  What part of -- what part of

       8    Ventura?

13:39:32  9        A    Encino.

      10        Q    Encino.

13:39:50 11             All right.  I want to talk to you about

      12    Sunset Holdings Partners.

13:39:54 13             When was that company created?

      14        A    January.

13:39:57 15        Q    January of 2015?

      16        A    Yes.

13:40:04 17        Q    Who is Mike Panish?

      18        A    My partner and CEO of this company.

13:40:11 19        Q    How did you meet him?

      20        A    Like, I start -- I making some research about

13:40:19 21    mortgage business, and I met with him, and he give

      22    (sic) me, "Listen, I have good connections for buy good

13:40:25 23    price real estate.  I have a real estate company" --

      24    "connections.  I have guys who can repair it.  Right

13:40:31 25    now good time for flip houses."



13:40:34   1          Said, "Okay, let's try it."

           2     Q    When did you meet him?

13:40:48   3     A    It was -- I met him, it was, like, November

           4   or December.  I don't remember exactly.

13:40:52   5     Q    November or December of 2014?

           6     A    Yeah, or earlier.  Like -- but last quarter

13:40:58   7   of 2014.

           8     Q    Okay.  Take a look at Receiver's Exhibit 49,

13:41:07   9   please.

          10          All right.  I want to make sure I understand

13:41:23  11   this.  You transferred $4,591,000 --

          12     A    Uh-huh.

13:41:26  13     Q    -- this year to Sunset Holdings Partners; is

          14   that correct?

13:41:31  15     A    If from a bank, yes.

          16     Q    I want you to look at the deposits with me.

13:41:40  17   You received -- since December of 2013, you've received

          18   $4,380,000 in transfers from Danske Bank in Denmark?

13:41:49  19     A    Uh-huh, from Guayas.

          20          THE REPORTER:  From -- I'm sorry?

13:41:49  21   BY MR. LITTLE:

          22     Q    From Guayas?

13:41:51  23     A    Yes.

          24     Q    I believe it's from -- okay, hold on.  I want

13:41:56  25   to make sure I have this correct, okay?



13:42:06  1      A    Okay.  The -- all money which I receive, I

         2  receive from a loan agreement from Guayas.

13:42:28  3      Q    Okay.  Hold on a sec.  Just a moment.

         4           Okay.  The transfers of over four million

13:42:49  5  dollars came from Guayas which you own a hundred

         6  percent of, correct?

13:42:55  7      A    Yeah, but I am not COO.  I ask COO for give

         8  me a loan.

13:42:59  9      Q    I understand.  So you asked the COO if he

        10  would give you a loan?

13:43:01 11      A    Yes.

        12      Q    The COO being Oleg?

13:43:03 13      A    Yes.

        14      Q    Okay.  Does Oleg have a lot of money?

13:43:06 15      A    He personally?

        16      Q    Yes.

13:43:08 17      A    He manage this company.  This is his cash

        18  flow, his -- "he" responsible for it.  I cannot -- I

13:43:12 19  shareholder.

        20      Q    Yes.

13:43:17 21      A    I can ask him, but I cannot say, "You have to

        22  do it," because if I will say, I "have" responsible.

13:43:24 23      Q    Sure.  So as the hundred percent shareholder,

        24  you can show us the balance sheet of Guayas Limited,

13:43:28 25  right?


Kusar® Keeping Your Word Is Our Business℠

13:43:29   1        A    I personally?

          2        Q    Yes.

13:43:30   3        A    Sure.

          4        Q    Okay.  And the money that -- was any of that

13:43:38   5   money borrowed, the Danske Bank money?

          6        A    Yeah.  In one period of time when I need some

13:43:47   7   money, I call Oleg and say, "Listen, Oleg, you promised

          8   me money, but please wire."

13:43:51   9             He said, "Listen, right now I don't have,"

         10   because some additional company who owed him delayed

13:44:00  11   payment.  He "said" me, "You can wait?"

         12             I said, "No, because my COO of Sunset request

13:44:08  13   right now some" -- "they closing some" -- "this one."

         14             He "said" me, "Okay, I can find you.  I have

13:44:15  15   to figure out."  And he find some additional company --

         16        Q    Uh-huh.

13:44:19  17        A    -- and he borrow from them for short period

         18   of time until he will figure out with them.

13:44:22  19        Q    He borrowed from another company?

         20        A    Yeah.  This is like -- this one, Bavaria.

13:44:27  21        Q    Bavaria, okay.

         22        A    And we signed agreement.  He -- they send me,

13:44:35  23   but they already -- when they send already they hold

         24   some points, like -- like, I see they -- some interest,

13:44:41  25   and they already, when he receive money from -- from


Kusar  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 214 of 285   Page ID #:15716

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

13:44:44  1    return his money, he already close the deal with them.

          2         Q    Okay.  If you'll take a look at, again,

13:44:49  3    Receiver's Exhibit 49, the first page --

          4         A    Uh-huh.

13:44:52  5         Q    You're not on it.  You're not on the first

          6    page.  Back up one.

13:44:56  7              These transfers of almost three million

          8    dollars from Trasta Komercbanka, that appears -- that's

13:45:04  9    a bank in Latvia, and that money was drawn on the

         10    account of Bavaria Inter LP.

13:45:07 11         A    Okay.

         12         Q    Okay.  Was that money borrowed from Bavaria

13:45:11 13    Inter LP?

         14         A    Yes.

13:45:13 15         Q    Is there a written loan agreement?

         16         A    Yes, sure.

13:45:16 17         Q    Okay.

         18         A    We have.  We have all the agreements.

13:45:20 19         Q    Between CalEnergy and Bavaria there's a --

         20         A    Yeah.

13:45:21 21         Q    -- written loan agreement?

         22         A    Yeah, we have two agreements, CalEnergy and

13:45:30 23    Bavaria, and three "signature," CalEnergy, Bavaria and

         24    Guayas.

13:45:34 25         Q    What I'm trying to understand is -- well,


Kusar  Keeping Your Word Is Our Business℠

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 215 of 285   Page ID #:15717

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

13:45:38   1   tell the court where Bavaria Inter LP office is.   Do

            2   you know?

13:45:42   3       A    No.   This is Oleg communicate with them.

            4   Oleg find this.   This is his "responsible," say.

13:45:49   5       Q    Okay.   My records indicate that Bavaria Inter

            6   LP was created roughly the same time, January of 2015,

13:45:59   7   and that that company has an office in Douglas, United

            8   Kingdom.   It's in the middle of nowhere in Scotland.

13:46:04   9       A    Okay.   And what --

           10       Q    And the general partners of company are two

13:46:08  11   Japanese companies, general partners.

           12            Do you know anything about --

13:46:10  13       A    No.

           14       Q    -- where the money came from?

13:46:14  15       A    No.   I "ask" Oleg, "I need some money."

           16            He "said" me, "Igor, you have to wait a

13:46:17  17   couple of months."

           18            I say, "No, because we have closing," and he

13:46:22  19   find money.   And after, when he received money, already

           20   close this deal with them.

13:46:25  21       Q    I see.   Okay.

           22       A    I push him for do it, because if I didn't

13:46:30  23   push him, I will wait before he will receive money, and

           24   after, he will give me this loan.

13:46:36  25       Q    Does David Davidian handle your personal tax



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 216 of 285   Page ID
#:15718

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

13:46:36  1    returns?

2        A    Yes.

13:46:39  3    Q    Do you have any idea what your adjusted gross

4    income was on your tax return for the last few years?

13:46:44  5    Do you know how much money you made?

6        A    Profit?

13:46:47  7    Q    Personally, on your personal tax return.

8        A    It's not a lot.

13:46:50  9    Q    How much would you say?

10       A    I -- yesterday, I applied.  I don't remember.

13:46:58  11   Like -- like, 50K, like -- like around this, like 60K.

12       Q    Okay.  The reason I ask is because the bank

13:47:03  13   records for CalEnergy indicate transfers to you of

14   almost 1.9 million dollars in the last couple of years.

13:47:10  15          Where -- where did that money go?

16       A    It's -- okay.  Like, I -- I don't have profit

13:47:21  17   here in America.  I tried to invest "to" Bunzai Group.

18   Did you see the sale financial, yeah?

13:47:24  19   Q    Yes.

20       A    But I have my expenses, personal.

13:47:27  21   Q    Yes.

22       A    And I -- I request Oleg return my money which

13:47:39  23   working in Guayas, because he hold around my two

24   million dollars personal money, and during this period

13:47:47  25   of time when he wire money to CalEnergy which I use for



13:47:49  1    investment different directions.  And I take this

       2    money, like, enough that we make, sign agreement.

13:47:56  3           Balance, it means he owed me less, less,

       4    less.  It means during this in America time, I look for

13:48:06  5    income, but burn my money which I make before.  It's a

       6    fact.

13:48:08  7    Q    Okay.

       8    A    I'm --

13:48:09  9    Q    So --

      10    A    -- not good businessman, result.

13:48:16 11    Q    So of the -- the money that came from Guayas,

      12    the 4.3 million dollars roughly --

13:48:19 13    A    It's loan.

      14    Q    -- is a couple of million -- is 1.8 million

13:48:23 15    of that your money personally --

      16    A    No; no; no.

13:48:25 17    Q    -- that was being sent back to you?

      18    A    No; no; no.  This is last transaction, four

13:48:29 19    point -- you're talking about some numbers which I

      20    don't -- you have to figure out for balance.

13:48:38 21           In money which I receive in these years --

      22    Q    Uh-huh.

13:48:42 23    A    -- yeah, I borrow for them and give money for

      24    Sunset, yeah, for Mike invest, for he flips houses.

13:48:49 25    Q    Uh-huh.



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

13:48:53  1      A    But for last years, the -- all money which I

        2   take loan (sic) from Guayas, yeah?  Some part of this

13:48:59  3   money I -- like, I use my money.  Yeah, I burn it

        4   myself.

13:49:03  5      Q    Okay.  So I have a copy of a handwritten

        6   agreement between you and Mike related to Sunset

13:49:09  7   Holdings Partners.

        8      A    Uh-huh.

13:49:11  9      Q    Do you know what I'm talking about?

       10      A    Sure.

13:49:13 11      Q    Okay.  And that's from May of this year.

       12      A    Yeah.

13:49:15 13      Q    Do you understand that?

       14      A    Yeah.

13:49:17 15      Q    What did Mike give you for 40 percent of the

       16   company?

13:49:20 17      A    He --

       18      Q    Yes.

13:49:26 19      A    -- do everything.  He find houses, look for

       20   "constructions" company, work in architect, sell house.

13:49:33 21   He do "his" whole job.  I do nothing.

       22           And we decided from the day first -- we

13:49:39 23   signed this one in May, because when he showed me -- I

       24   remember, in January -- houses, I drive through L.A.,

13:49:44 25   he showed this house, he shows all prepared



218

13:49:47   1   information, this, this, this, said, "Wow; wow.  I see.

           2   It's all ready, yeah.  It's all ready to do business."

13:49:52   3           I said, "Okay, let's do it.  Let's figure out

           4   a company."

13:49:57   5           I called to David, to CPA, said, "Listen, can

           6   you open soon company?"

13:50:00   7           He said, "Okay, I will do it."

           8           And then we started with Mike, decided, okay,

13:50:09   9   how we'll share profits.  Said, "Okay, what's your

          10   opinion?"

13:50:10  11           "60/40.  It's okay?"

          12           "Okay.  Fair; fair."

13:50:12  13       Q   Did he pay you anything for 40 percent of the

          14   company?

13:50:15  15       A   (Shakes head from side to side.)

          16       Q   "No"?

13:50:17  17       MR. HARRIS:  You have to answer audibly.

          18       THE WITNESS:  Not.

13:50:18  19   BY MR. LITTLE:

          20       Q   Okay.  Take a look at this fold-out page from

13:50:24  21   Exhibit 49, if you would.

          22           Can you just tell me, why were there so many

13:50:38  23   wire transfers from Danske Bank and Trasta Komercbanka?

          24       A   It's loan.

13:50:43  25       Q   And I understand that.  I guess I'm wondering



13:50:47   1   why the money didn't all come over in one wire

           2   transfer.

13:50:51   3           So can you tell me why it was broken up into

           4   little pieces like this?

13:50:55   5   A     Because I don't need all this money to one

           6   shot.  I need for "difference" reason.  Like, one land,

13:51:02   7   another land, like, why I have to one shot?

           8   Q     So --

13:51:04   9   A     For pay interest and --

          10   Q     You don't have to, but, respectfully, your

13:51:09  11   comment doesn't make any sense to me, because there

          12   were hundreds of thousands of dollars on consecutive

13:51:13  13   days, one day after another.

          14           So, for example, if you look on this first

13:51:21  15   page here, the transfers from Bavaria Inter LP came in

          16   the amount of -- on April 10, 298,500, April 13,

13:51:33  17   298,500.  The same day, another transfer, 298,500.  The

          18   next day, 298,500.

13:51:35  19   A     Okay.

          20   Q     The day after that, 298,500.

13:51:39  21   A     If you --

          22   Q     Can you explain.

13:51:43  23   A     If you wish, I can call and ask why they

          24   wire -- wire these transactions.

13:51:46  25   Q     No, I'm asking you.  Do you know why that



13:51:50  1   money's coming in in those tranches?

      2       MR. BERK:  Objection, calls for speculation.

13:51:52  3   BY MR. LITTLE:

      4       Q    Do you know?

13:51:55  5       A    I know exactly.  For one purpose, they give

      6   me money.  I asked exactly amount of money.  They wired

13:51:57  7   it.  I don't know for which reason they split it.

      8       Q    Okay.  Can you tell me why you allowed this

13:52:06  9   loan money to come into the same account as the

      10  money -- or as the -- to the same account as the one

13:52:14  11  into which money from the Bunzai group of companies was

      12  being deposited?

13:52:19  13      A    Yeah.  For me -- okay, I have "difference"

      14  businesses, yeah?  It's a whole list of what do I have

13:52:22  15  (sic).

      16      Q    Uh-huh.

13:52:27  17      A    For me, easy manage all money here from one

      18  account.

13:52:29  19      Q    Uh-huh.

      20      A    Not wire -- for example, like, take a loan

13:52:37  21  from -- ask a loan from Guayas, international

      22  transactions, wire one company, another one, but if,

13:52:46  23  for example, today ComicsFix says, "Igor, I need more

      24  money," I have another account.

13:52:49  25          For me, it's more, like, for management



Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 222 of 285   Page ID #:15724

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

13:52:54  1    purpose, better have one account where I receive "this"

         2    all loan, and after already if some businesses ask me,

13:53:00  3    I give them money faster.  And it's here, I can make by

         4    phone wire.

13:53:04  5         Q    Okay.  So --

         6         A    It's for management purpose.

13:53:08  7         Q    Yes.  Looking back on the first page of

         8    Exhibit 49, it appears to me that you've received about

13:53:18  9    seven million dollars -- a little over seven million

        10    dollars in loans from Danske Bank and from -- from

13:53:23 11    Bavaria --

        12         A    Guayas.

13:53:28 13         Q    -- Bavaria -- Guayas and Bavaria Inter LP,

        14    okay?

13:53:30 15         A    Uh-huh.

        16         Q    Out of that money, a little over 4.5 million

13:53:35 17    dollars was transferred to Sunset.

        18         A    Uh-huh.

13:53:37 19         Q    What did you do with the rest of the money?

        20    What was it intended for?

13:53:42 21         A    I invest to some businesses, like -- for

        22    example, like, and I use myself.  The balance, you can

13:53:50 23    see everything.  This is -- this is not cash/cash,

        24    yeah?  You can see from balance everything.

13:53:55 25              Ask David.  He can show you to where money



Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                 1090802

```
13:53:56   1    going.

           2        Q    Did you make withdrawals in cash from this

13:54:00   3    account, the CalEnergy?

           4        A    What means (sic)?

13:54:04   5        Q    Did you withdraw cash from this account at

           6    CalEnergy?

13:54:06   7        A    No.

           8        Q    "No"?

13:54:08   9        A    No.  Maybe -- okay, I don't -- I don't

          10    remember.  Maybe one times 6,000 -- maybe some, but

13:54:13  11    generally, no.

          12        Q    Okay.

13:54:43  13        A    I usually don't use cash.

          14        Q    From this account, since December 2 of 2013,

13:54:48  15    we saw --

          16        A    From which account?

13:54:51  17        Q    From this CalEnergy account at --

          18        A    Okay.

13:54:51  19        Q    -- Wells Fargo.

          20        A    Okay, uh-huh.

13:54:54  21        Q    The forensic accountant for the receiver

          22    identified 933,000 in withdrawals made at a branch.

13:55:02  23             Is there a specific branch that you -- that

          24    you go to in Calabasas at Wells Fargo?

13:55:09  25        A    Okay, can you repeat question --
```



223

| | | |
|---|---|---|
| 13:55:10 | 1 | Q    Yes. |
| | 2 | A    -- slowly. |
| 13:55:12 | 3 | Q    Sure. |
| | 4 | A    Maybe I'm tired from this. |
| 13:55:15 | 5 | Q    Is there a specific branch in Calabasas of |
| | 6 | Wells Fargo Bank that you go to? |
| 13:55:18 | 7 | A    Yes. |
| | 8 | Q    Okay.  Which branch is that? |
| 13:55:21 | 9 | A    It's only one branch they have. |
| | 10 | Q    It's only one in Calabasas? |
| 13:55:24 | 11 | A    Yes. |
| | 12 | Q    What's the -- what street is it on? |
| 13:55:26 | 13 | A    Calabasas Road. |
| | 14 | Q    It's on Calabasas Road? |
| 13:55:32 | 15 | A    Yes.  It's a small city, Calabasas. |
| | 16 | Q    Yes.  So if you made withdrawals from a |
| 13:55:38 | 17 | branch, those withdrawals would happen at that branch? |
| | 18 | A    (Nods head up and down.) |
| 13:55:40 | 19 | Q    "Yes"? |
| | 20 | A    Yes. |
| 13:55:45 | 21 | Q    Okay.  Were there any other authorized |
| | 22 | signers on the account of CalEnergy besides you? |
| 13:55:52 | 23 | A    Not. |
| | 24 | Q    I just need to wait just a second, okay? |
| 13:56:24 | 25 | A    We can make some break (sic)?  I'd like |



| | | |
|---|---|---|
| 13:56:25 | 1 | drink. |
| | 2 | Q   Oh, sure.  This is a good time to take a |
| 13:56:29 | 3 | break, if you want -- |
| | 4 | A   Yeah, because I need a little sugar.  I |
| 13:56:32 | 5 | feel -- |
| | 6 | Q   Okay, I understand. |
| 13:56:34 | 7 | THE VIDEOGRAPHER:  Off the record? |
| | 8 | MR. LITTLE:  Yes. |
| 13:56:37 | 9 | THE VIDEOGRAPHER:  1:56 p.m., and we're off the |
| | 10 | record. |
| 13:56:39 | 11 | (Recess.) |
| | 12 | THE VIDEOGRAPHER:  The time is 2:07 p.m., and |
| 14:07:31 | 13 | we're back on the record. |
| | 14 | BY MR. LITTLE: |
| 14:07:35 | 15 | Q   Mr. Latsanovski, in January of 2015, there |
| | 16 | was a $30,000 cash withdrawal made at a branch from a |
| 14:07:41 | 17 | CalEnergy account. |
| | 18 | Do you know what that was for? |
| 14:07:44 | 19 | A   What?  When? |
| | 20 | Q   January 16, 2015. |
| 14:07:50 | 21 | A   30,000? |
| | 22 | Q   Yes. |
| 14:08:01 | 23 | A   January.  Exactly 30,000? |
| | 24 | Q   Yes. |
| 14:08:04 | 25 | A   I have to check to verify.  I think so I give |

```
14:08:07   1    to some -- somebody, because --

           2         Q    Do you know who?

14:08:09   3         A    I would have to verify.

           4         Q    What would you look at to verify it?

14:08:18   5         A    30,000.  I received check or I give to

           6    someone.

14:08:20   7         Q    No, you made a withdrawal of cash in the

           8    amount --

14:08:24   9         A    No; no; no; no.  Cash, no.  Never cash.

          10    Maybe cashier's check.  It's not withdrawal.

14:08:28  11         Q    Okay.  If you -- if you withdrew $30,000 for

          12    a cashier's check, what would it have been for?

14:08:33  13         A    I don't remember.  I will figure out and give

          14    you answer.

14:08:36  15         Q    Okay.  In November -- on November 13, 2014,

          16    there was a $20,000 withdrawal of cash or a cashier's

14:08:43  17    check at the --

          18         A    Okay, give us the same one.

14:08:46  19         Q    A gift?

          20         A    No; no; no; no.  I have to give -- I don't

14:08:51  21    remember exactly.  I will figure out.  I can find

          22    information.

14:08:53  23         MS. KOONCE:  I just want to interrupt.  So will

          24    you track that and make sure --

14:08:55  25         MR. HARRIS:  Absolutely.
```



Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

14:08:57   1      MS. KOONCE:  -- you get the information to us?

2      MR. HARRIS:  You give me a list --

14:09:01   3      THE WITNESS:  No; no.  I will give you guys.

4   BY MR. LITTLE:

14:09:04   5      Q    Okay.  In August of 2014, it appears to me

6   that you withdrew $900,000 at a branch.  It was nine

14:09:12   7   separate cashier's checks in the amount of $100,000.

8      A    Yeah, I remember I start to explain to you.

14:09:19   9   I tried buying auction --

10      Q    Okay.

14:09:23   11      A    -- real estate, and they "explain" me, "You

12   need difference (sic) checks, because when you bid

14:09:29   13   something, yeah, you cannot give one check, because

14   depends on buy the property, you have to give

14:09:36   15   approximately exactly this amount of money.  If you

16   give big check, they give you return the rest for a

14:09:40   17   long period of time (sic)."

18      For this reason I go to bank and ask a lot of

14:09:46   19   "difference" checks for "difference" amount of money

20   and go to auctions, but the sharks, like, I see around

14:09:53   21   me, like, the bam, bam.  I "try" a couple of times,

22   said "No."

14:09:55   23      And the same amount of money and the same

24   checks, I returned to bank.  It's the same account.

14:10:02   25      Q    I see.  Take a look at Receiver's Exhibit 50,



```
14:10:18   1    please.  Okay.  This exhibit shows -- or this -- yeah,

           2    this exhibit to your deposition demonstrates a little

14:10:27   3    over 4.6 million dollars being transferred to Sunset

           4    from CalEnergy.

14:10:28   5            Do you see that?

           6        A    Uh-huh.

14:10:34   7        Q    Okay.  And there was also a transfer from

           8    somebody named Mariya Aleksandrovna?

14:10:42   9        A    From where?  You're talking about which

          10    account?

14:10:45  11        Q    From a bank within Russia.  Take a look at

          12    the Sunset Holdings account.

14:10:47  13        MR. HARRIS:  He's asking about this one

          14    (indicating).

14:10:48  15        THE WITNESS:  Yes; yes.  I see it, yeah.

          16    BY MR. LITTLE:

14:10:52  17        Q    She was the hard money lender for this deal?

          18        A    Exactly.  No, she -- she -- okay.  Mike

14:11:04  19    starting this business, and every "times" invite me

          20    good -- some opportunities, but I said one day, said,

14:11:08  21    "Listen, that's it.  It's done.  I've got no more loan

          22    money, but I can -- from Guayas, I can find some

14:11:14  23    additional investor."

          24            He said, "Okay, find me.  Find us.  We will

14:11:18  25    have profit.  It's, like, 60/40."
```

228


Kusar® Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 14:11:20 | 1 | I said, "Okay, no problem," and I find this |
| | 2 | girl. |
| 14:11:22 | 3 | Q    You found her? |
| | 4 | A    Yeah. |
| 14:11:24 | 5 | Q    How did you find her? |
| | 6 | A    Like, called to "some" who I know.  "Hello, |
| 14:11:31 | 7 | somebody wanted to invest in America for real estate?" |
| | 8 | She said, "Okay, yes, I can."  That's it, and we sign |
| 14:11:36 | 9 | agreement. |
| | 10 | Q    I need a little bit more explanation. |
| 14:11:39 | 11 | A    Okay, ask me. |
| | 12 | Q    Okay, so how did you find this woman in |
| 14:11:44 | 13 | Russia to be a hard money lender to someone in the |
| | 14 | United States?  Take me through it step by step. |
| 14:11:55 | 15 | A    Okay.  I lived in Spain. |
| | 16 | Q    You lived in Spain.  I know that. |
| 14:12:03 | 17 | A    Yeah.  I -- people see I'm -- they can see I |
| | 18 | don't have contracts usually.  Why?  Because my word, |
| 14:12:10 | 19 | more hard than contract.  If I promise to somebody, I |
| | 20 | do it.  And during this is 20, 30 years, people trust |
| 14:12:21 | 21 | me more than trust (sic). |
| | 22 | Q    They find you. |
| 14:12:27 | 23 | A    And if I say something, I do it.  And I said, |
| | 24 | "Do you want invest real estate?"  She said, "Yes." |
| 14:12:34 | 25 | Q    Did you ever meet her face to face? |



14:12:38  1        A     Sure.  In this case, not.  But before we meet

          2    together.  She --

14:12:42  3        Q     You had met her before?

          4        A     Yes.

14:12:44  5        Q     Where does she live?

          6        A     She live in Moscow.

14:12:48  7        Q     Okay.  Do you know where she made this money?

          8        A     Sure.  "She" working for some huge, big

14:12:54  9    private company, yeah.

         10        Q     Okay.

14:12:57 11        A     She -- her bonus, like, a couple of million

         12    dollars per year, just only bonus.

14:13:03 13        Q     Okay.  What kind of company are we talking

         14    about here?

14:13:06 15        A     I don't remember.  Some high -- huge company.

         16        Q     And this man Lawrence Rubin who sent you

14:13:13 17    $985,000, who is that?

         18        A     No, this hard money.

14:13:15 19        Q     It's hard money?

         20        A     Yeah.  This is -- this is Mike.  You have to

14:13:19 21    ask COO.  He --

         22        Q     Mike found this person?

14:13:20 23        A     Yeah.

         24        Q     Okay.  Tell me, what is the contact

14:13:23 25    information for Mike?



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
14:13:24   1        A    Telephone number?

           2        Q    Yeah.  Do you have his phone number?

14:13:29   3        A    Yeah, but I don't have right now with me.  I

           4   give you.

14:13:33   5        Q    Okay.  You don't have it in your phone?

           6        A    Might I have (sic), but don't know.

14:13:40   7        MS. KOONCE:  Counsel, has Mike Panish been given a

           8   copy of the TRO?

14:13:44   9        THE WITNESS:  I think so.  I give you the phone

          10   number.

14:13:45  11        MR. HARRIS:  I don't know.

          12        MS. KOONCE:  Can you do that?  There's a provision

14:13:50  13   that requires that it be sent to anybody who's an

          14   affiliate or related to the entities of the individual

14:13:57  15   defendants.  Can you make sure he gets a copy.

          16        THE WITNESS:  323-791-9361.

14:14:03  17   BY MR. LITTLE:

          18        Q    Where does he live, do you know?

14:14:07  19        A    In L.A.

          20        Q    Okay.  Taking a look at Receiver's Exhibit

14:14:15  21   50, it appears that there were a lot of wire transfers

          22   to various title companies and escrow agents to

14:14:22  23   acquire --

          24        A    Yeah, he --

14:14:27  25        Q    -- real property, to acquire real estate.
```

231



Kusar®  Keeping Your Word Is Our Business℠

14:14:30  1  How do we find out where that real estate is?

          2       A    You have to ask everything Mike (sic),

14:14:35  3  because he, from day first, manage.

          4       Q    Mike?

14:14:36  5       A    Mike.

          6       Q    Mike's running it?

14:14:42  7       A    Yeah.  He -- "he" my partner.  He COO.  He

          8  runs this business from day first.

14:14:46  9       Q    Were all of these properties acquired after

         10  the beginning of this year, like literally --

14:14:50 11       A    Yes.

         12       Q    -- in the first six months?

14:14:51 13       A    Yes.

         14       Q    Are they all houses?

14:15:01 15       A    I never see no one.  I -- from my side,

         16  money.  How much I have to put, how much I have to

14:15:06 17  return.

         18            What he buy, flat, houses, condominiums or

14:15:18 19  cars, really, for me, need to resell, because right

         20  now, for last these years, I didn't find some good

14:15:25 21  income, yeah?  You see my financial statement.

         22            And I thought maybe this Mike, how he working

14:15:34 23  with this, flips houses, will have enough income for

         24  cover my life.

14:15:48 25       Q    Okay.  And how did you meet Mike?



```
14:15:55   1        A    I start and look for -- for mortgage

           2   directions, and I met with him, and he said, "Listen, I

14:16:01   3   do this business long time."

           4        Q    "Mortgage directions," what do you mean?

14:16:07   5        A    Mortgage business give loan to company for

           6   buy real estate.

14:16:10   7        Q    Okay.

           8        A    I'm starting learn (sic).  I started this

14:16:13   9   business.

          10        Q    Yes, okay.

14:16:15  11        A    This is my new idea.

          12        Q    Right.

14:16:31  13        MR. LITTLE:  I don't understand.

          14        Q    So you have not seen any of these properties

14:16:38  15   that Mike has purchased?

          16        A    (Shakes head from side to side.)

14:16:41  17             It's his business.  It's the same like

          18   ComicsFix.  I never see what he do.  Each COO have to

14:16:46  19   do what he do.  They -- again, "I'm" invest money to

          20   people.

14:16:50  21        Q    Sure.  Well, what do you do on a day-to-day

          22   basis?

14:16:53  23        A    90 percent?  My family.

          24        Q    Okay.  Do you stay at home?

14:16:57  25        A    Yes.
```



| Time | Line | |
|---|---|---|
| 14:16:58 | 1 | Q    Okay. |
| | 2 | A    Not physically at home.  Yeah, some.  My |
| 14:17:03 | 3 | wife, she doesn't drive. |
| | 4 | Q    Okay. |
| 14:17:06 | 5 | A    It's in -- for Calabasas. |
| | 6 | Q    Is she unable to drive? |
| 14:17:11 | 7 | A    She scared, and we don't need to drive, you |
| | 8 | know?  Like, she already age.  A lot of issues.  She |
| 14:17:16 | 9 | doesn't speak English. |
| | 10 | And like her, family is my priority.  For |
| 14:17:27 | 11 | this -- and I have my comfortable life, and I don't |
| | 12 | like break my life.  You know, it's habit.  Sometimes |
| 14:17:35 | 13 | it's habits good, sometimes it's bad, but we have it. |
| | 14 | And maybe my investment directions not stand |
| 14:17:42 | 15 | that way with, usually, like, big corporations with |
| | 16 | contracts, attorneys like this.  I'm, like, for |
| 14:17:48 | 17 | historically, I invest "to" people, because I |
| | 18 | understand doesn't matter what you sign.  If people |
| 14:17:54 | 19 | "doesn't" want to do it, you can just spend more money |
| | 20 | for attorney for suing or sell.  It's important with |
| 14:18:01 | 21 | who you're working. |
| | 22 | Q    Have you -- have you made money in anything |
| 14:18:06 | 23 | since you've moved to the United States?  Have you made |
| | 24 | a profit on anything since you have moved to the United |
| 14:18:10 | 25 | States? |

234

Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

14:18:17  1       A   Except of Bunzai Group?  No.  Really, no.

2       Q   And the reason I ask this, it appears to me

14:18:23  3  from the bank records that -- and the transfers from

4  CalEnergy to you personally, that you are mostly living

14:18:31  5  off of money that's coming from overseas.

6       Is that true?

14:18:33  7       A   Yeah.

8       Q   That is true?

14:18:38  9       A   Yeah.  I sell house.  I -- in Barcelona, we

10  have house.

14:18:40  11       Q   Yes.

12       A   House, it's condominium.

14:18:42  13       Q   Yeah.

14       A   We sell it.  It's around two million dollars.

14:18:50  15  And I go, I call to Oleg.  I say, "Listen, you have" --

16  "what you do.  You give hard money loan.  Take my

14:18:55  17  money, pay me some interest."  Say, "Okay."

18       And I eat this, my money, really.  Between

14:19:02  19  us, it's, like, really I eat my money.  And all these

20  years I look for -- you can see I open a lot of these

14:19:12  21  directions, yeah, and try find something, and this is

22  not -- because if I will have enough income here, maybe

14:19:19  23  I never give to Alon additional opportunity.

24       Q   Sure.

14:19:23  25       A   It's, like, maybe, maybe, maybe this one,



```
14:19:25    1    maybe.

            2            Okay, sorry.  It's late.

14:19:33    3       Q    It's okay.

            4            Through a brief search, I was able to

14:19:58    5    identify that the -- the domain VastPayment.com is

            6    opened by you; is that correct?

14:20:02    7       A    Yeah.  I don't know.  You -- about each

            8    business separately, "me" correct answer, I have to say

14:20:09    9    COO who really physically do it.

           10       Q    And the CEO of VastPay is Eugene?

14:20:13   11       A    Eugen.

           12       Q    Okay, Eugen.  Is it Eugen or Eugene?  Did I

14:20:17   13    miss it?  It's E-U-G-E-N?

           14       A    Yeah.  But my English is, like --

14:20:25   15       Q    It's okay.  It's not your fault.

           16            I've seen records that indicate that you own

14:20:30   17    a domain FiveStarUrgentCare.com.

           18            What is that?

14:20:33   19       A    What means (sic)?

           20       Q    It's FiveStarUrgentCare.com?

14:20:37   21       A    No idea.

           22       Q    Okay.  That domain is apparently -- has been

14:20:41   23    owned by you at some point.

           24            MR. HARRIS:  Bless you.

14:20:42   25            MR. LITTLE:  Excuse me.
```



2:18:15

Case 2:15-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 237 of 285   Page ID
#:15739

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| 14:20:44 | 1 | Q | Are you aware of that? |

2      A    (Shakes head from side to side.)

14:20:47   3      Q    Are you aware of transfers from the Bunzai

4    group of companies to something called Five Star?

14:20:52   5      A    Never.

6      Q    Okay.  I -- apparently there's a domain that

14:21:01   7    is owned by you, Igorlats.com.

8           Are you aware of that?

14:21:03   9      A    Yeah.

10      Q    How long have you owned that?

14:21:08   11      A    I don't remember.  I buy for -- I thought,

12    "Okay, Igorlats is good domain."

14:21:12   13      Q    Did you do anything with it?

14      A    No.

14:21:13   15      Q    Okay.

16      A    Just only buy it because it's, like, my --

14:21:16   17    sounds good.

18      Q    Sure.  So there's a domain that is apparently

14:21:24   19    owned by you, Zemlak.su.  Do you know what that is?

20      A    No.

14:21:28   21      Q    Z-E-M-L-A-K dot S-U?

22      A    No.

14:21:34   23      Q    CalEnergysite.com?

24      A    Yeah.

14:21:35   25      Q    You own that?



Kusar ® Keeping Your Word Is Our Business℠

| | | | |
|---|---|---|---|
| 14:21:35 | 1 | A | Yes. |
| | 2 | Q | Has it ever done anything? |
| 14:21:43 | 3 | A | "I'm" use it for, like, CalEnergy, represent |

of CalEnergy.  I don't know what's -- right now what's

14:21:48  5  going.  If it's working or not, I didn't check it.

        6     Q    Okay.  Do you get email through that site?

14:21:52  7     A    I had.

        8     Q    You had it?

14:21:53  9     A    (Nods head up and down.)

       10     Q    Do you still get email through that site?

14:21:57 11     A    I don't know.  I'm not email guy.

       12     Q    Okay.  IQbank.com?

14:22:02 13     A    Yeah.

       14     Q    What is that?

14:22:09 15     A    Okay, it's I have some idea, online bank,

       16  like, this -- like I look for all the time opportunity,

14:22:19 17  and I like IQ.  It's, like, IQ, yeah?  Bank is bank.  I

       18  decided to buy this domain.

14:22:21 19     Q    Did you do anything with it?

       20     A    No; no.  Just buy it.  Maybe I thought one

14:22:27 21  day will come.

       22     Q    Eaglepayment.com?

14:22:30 23     A    No.

       24     Q    Don't know why that would be registered to

14:22:33 25  you?

Kusar  ® Keeping Your Word Is Our Business℠

```
14:22:34   1        A    Igor?

           2        Q    Eagle.

14:22:37   3        A    Oh, yes; yes; yes, I did it.

           4        Q    Do you do anything with that?

14:22:40   5        A    No.

           6        Q    Merchant Leverage Group.com?

14:22:44   7        A    Yes.

           8        Q    What did you do with that?

14:22:50   9        A    Nothing.  This is -- I explained, when we

          10   with Eugen decided open this VastPay company, we making

14:22:56  11   a search about name.

          12        Q    Sure.

14:22:59  13        A    And some ideas, "Oh, right now this idea,

          14   let's take it."  We take it, but after, okay, change

14:23:05  15   our mind.  Okay, but already take it.

          16        Q    Do you have any -- take a look at Receiver's

14:23:12  17   Exhibit 18, if you would.

          18        A    18?

14:23:25  19        Q    18.  This is a list of all companies that

          20   "is" maintained by David Davidian, and Merchant

14:23:32  21   Leverage Group, Incorporated, is listed as No. 7.

          22              Can you tell the court why you own the domain

14:23:38  23   merchantleveragegroup.com.

          24        A    I don't know.

14:23:40  25        Q    Okay.  You just testified that you do own the
```



Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

```
14:23:42   1   domain, correct?

           2        A    Yeah, but not this one.  Merchant Leverage

14:23:51   3   Group?  No, not this one; no.  It's my mistake.  I

           4   don't understand.  I just -- when you "say" me

14:23:57   5   something about "merchant" name, I make mistake.  A lot

           6   of name is merchant (sic).  But this one exactly, no,

14:24:00   7   not is mine (sic).

           8        Q    You don't own merchantleveragegroup.com?

14:24:07   9        A    No.

          10        Q    Afterdeckpromotions.com, do you own that

14:24:11  11   domain?

          12        A    What?

14:24:15  13        Q    Afterdeckpromotions.com, do you own that?

          14        A    Yes.

14:24:17  15        Q    Do you do any business through it?

          16        A    I did when I lived in Spain.

14:24:21  17        Q    Okay.  Does it do any business today?

          18        A    No.

14:24:26  19        Q    I want you to take a look at Receiver's

          20   Exhibit 53, if you would.

14:25:08  21            One second.

          22            This is a spreadsheet that was maintained by

14:25:17  23   someone at the Bunzai group of companies, and I

          24   obtained this spreadsheet from the

14:25:25  25   accounting818@gmail.com email address.
```



14:25:29  1            Do you know why Alon was being paid -- you

          2    see there's a block on this spreadsheet says, "Alon's

14:25:36  3    300,000 -- "300K payback."

          4            Do you see that?  The bottom left.  You see

14:25:43  5    there's a blue box or gray box, it says, "Alon's 300K

          6    payback"?

14:25:45  7        A    This page?

          8        Q    You're on that -- you're on that page.

14:25:48  9        A    Maybe another page.

         10        Q    Hold on; hold on.  No, you're right there.

14:25:50 11        MR. HARRIS:  You're right there.

         12    BY MR. LITTLE:

14:25:50 13        Q    It's right here (indicating).

         14        MR. HARRIS:  Oh, I see.  Yeah; yeah.

14:25:52 15        THE WITNESS:  Uh-huh.

         16    BY MR. LITTLE:

14:25:55 17        Q    Do you know why Alon was being paid back

         18    money from Zen and Safehaven?

14:26:01 19        A    No.

         20        Q    Okay.  Turn to "Page" 54, if you would.  In

14:26:34 21    2013, what was Philip Camerino doing for CalEnergy?

         22        MR. HARRIS:  I don't know that that's in the scope

14:26:39 23    of your -- in the scope of the Order, and I'm going to

         24    instruct him not to answer that.

14:26:42 25    ///



14:26:42    1    BY MR. LITTLE:

            2        Q    Are you going to cooperate with the receiver

14:26:46    3    and answer this question, Mr. Latsanovski?

            4        A    Yes.

14:26:48    5        Q    Okay.

            6        A    But if I have to listen my attorney?

14:26:56    7        Q    What was Roi Reuveni doing for CalEnergy in

            8    2013?

14:26:59    9        MR. HARRIS:  Same objection, same instruction.

           10    BY MR. LITTLE:

14:27:00   11        Q    Are you going to cooperate with the receiver

           12    and answer this question?

14:27:03   13        THE WITNESS:  What that means (sic)?

           14        MR. HARRIS:  He wants to know if you're going to

14:27:06   15    answer the question.

           16        THE WITNESS:  I -- guys, I -- what attorney say I

14:27:18   17    will do.

           18        MR. LITTLE:  Counsel, would you just please state

14:27:22   19    into the record the basis for your instruction.

           20        MR. HARRIS:  I don't believe that the issues

14:27:27   21    regarding these employees in 2013 have anything to do

           22    with the scope.  They're not within the scope of the

14:27:33   23    Order that allows you to take this deposition.

           24        MR. LITTLE:  Do you understand that

14:27:36   25    Mr. Latsanovski, as a defendant, is required to



14:27:37  1    cooperate with the receiver?

2         MR. HARRIS:  I understand that this deposition is

14:27:42  3    meant to cover the receivership's defendants' assets,

4    the products and services offered by the receivership

14:27:47  5    defendants and the nature and location of the

6    receivership defendants' documents and business

14:27:52  7    records, and I don't think it falls within the scope of

8    that provision.

14:27:53  9    BY MR. LITTLE:

10         Q    Do you understand that Mr. Camerino has

14:28:00  11   worked for Mr. Nottea's companies?

12         A    Again?

14:28:03  13        Q    Yeah.  Do you understand that Philip Camerino

14   has worked for Mr. Nottea's companies?

14:28:08  15        A    I don't know.

16         Q    Okay.  Do you understand that Roi Reuveni has

14:28:13  17   worked for Mr. Nottea's companies?

18         A    I don't know.

14:28:16  19        Q    You don't know anything about that?

20              What did you hire him to do?

14:28:19  21        MR. HARRIS:  Same objection, same instruction.

22    BY MR. LITTLE:

14:28:23  23        Q    Are you going to answer my question?

24         A    What he said, I will do.

14:28:28  25        Q    Okay.  How did you arrive at his salary?



14:28:35  1        MR. HARRIS:  Same objections, same instruction.

          2   BY MR. LITTLE:

14:28:38  3        Q    What did they do for you?

          4        MR. HARRIS:  Same objection, same instruction.

14:28:44  5        MS. KOONCE:  Could we go off the record for just a

          6   minute?

14:28:46  7        MR. LITTLE:  Yeah.

          8        MS. KOONCE:  Just to facilitate this conversation,

14:28:47  9   I want you to know when we walked in --

         10        THE VIDEOGRAPHER:  Hold on a second.

14:28:49 11        MR. LITTLE:  Hold on.

         12        THE VIDEOGRAPHER:  The time is 2:20 p.m., and

14:28:53 13   we're off the record.

         14             (Discussion held off the record.)

14:31:05 15        THE VIDEOGRAPHER:  The time is 2:31 p.m., and

         16   we're back on the record.

14:31:09 17        MR. LITTLE:  Madam Court Reporter, would you

         18   please certify those questions that were unanswered.

14:31:17 19        Q    If you'd turn to Exhibit 57 in that book in

         20   front of you, Mr. Latsanovski, this is a transaction

14:31:27 21   detail by account.  Looks like it was prepared in

         22   QuickBooks for a company called SBM Management, Inc.,

14:31:31 23   okay?

         24             The spreadsheet that was sent to me by Anna

14:31:43 25   Kim by way of David Davidian indicates that you made



14:31:48   1    substantial transfers from CalEnergy to SBM Management.

           2        Do you understand that?

14:31:55   3        A    It means I transferred money from CalEnergy

           4    to SBM, "yes"?

14:31:58   5        Q    Yes.

           6        A    I understand your questions?

14:32:02   7        Q    Yes.  Isn't that correct?

           8        A    I give money to Alon, and to which account he

14:32:08   9    use it for put it (sic).

           10       Q    Okay.  Was that SBM in many --

14:32:10   11       A    I don't know.

           12       Q    -- circumstances?

14:32:12   13       A    Maybe, I don't know.

           14       Q    Okay.  The spreadsheet that I received --

14:32:25   15   just a moment.

           16       A    If you ask about numbers, better ask the --

14:32:28   17       MR. HARRIS:  Let him ask the question.

           18   BY MR. LITTLE:

14:32:38   19       Q    May 13th, 2013, you transferred $200,000 to

           20   someone.  September 27, 2013, you transferred a total

14:32:50   21   of $400,000 to SBM.  November of 2013 you transferred

           22   another $375,000 to SBM Management, okay?

14:33:00   23       Who told you or asked you to transfer that

           24   money to SBM?

14:33:03   25       A    Alon.



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

| | | |
|---|---|---|
| 14:33:06 | 1 | Q    Okay.  What did you understand SBM's role to |
| | 2 | be within the Bunzai group of companies? |
| 14:33:10 | 3 | A    No idea. |
| | 4 | Q    All right.  Take a look at Receiver's Exhibit |
| 14:33:17 | 5 | 57, if you would, please. |
| | 6 | A    I'm there. |
| 14:33:21 | 7 | Q    Okay.  Do you see that in February of 2013 |
| | 8 | there were transfers to SBM by Safehaven Ventures, DMA, |
| 14:33:35 | 9 | Lifestyle Media Brands, All-Star, Kai Media, Zen Mobile |
| | 10 | Media and so forth? |
| 14:33:39 | 11 | Do you see that on this chart? |
| | 12 | A    Yes. |
| 14:33:42 | 13 | Q    "Yes"?  Do you see in the Memo/Description it |
| | 14 | reads, "Free Trial Sales" in many instances? |
| 14:33:46 | 15 | A    What is it? |
| | 16 | Q    Under Memo/Description. |
| 14:33:53 | 17 | MR. HARRIS:  Turn the thing so you can read it. |
| | 18 | Okay, he's asking you about this column (indicating). |
| 14:34:00 | 19 | THE WITNESS:  Okay.  What kind of question? |
| | 20 | BY MR. LITTLE: |
| 14:34:04 | 21 | Q    Do you see that "Free Trial Sales" comprise |
| | 22 | the description for many of these transfers? |
| 14:34:09 | 23 | A    Right now, if I see? |
| | 24 | Q    Yes. |
| 14:34:10 | 25 | A    Yes. |


Kusar ®  Keeping Your Word Is Our Business℠

```
14:34:11   1         Q    Did you know that at that time?

           2         A    Not.

14:34:17   3         Q    Have you heard of a company called Belisi

           4   before that you see on this page?

14:34:21   5         A    No.

           6         MR. HARRIS:  You see where he's talking?

14:34:23   7         THE WITNESS:  I see.

           8   BY MR. LITTLE:

14:34:25   9         Q    Have you ever seen that before?

          10         A    (Shakes head from side to side.)

14:34:41  11         Q    Did Alon tell you why SBM Management needed

          12   that money?

14:34:45  13         A    For cash flow.

          14         Q    For cash flow.

14:35:03  15              Mr. Latsanovski, the thing that I'm having

          16   trouble understanding is, it doesn't appear to me that

14:35:12  17   any of the -- any of these companies, SBM or Zen or

          18   Safehaven, for example, really needed any of your

14:35:17  19   money.

          20              Do you understand what I'm saying?

14:35:20  21         A    But why they ask me money?

          22         Q    That's a good question, and I'm trying to

14:35:26  23   understand that, okay?  They took money from you, and

          24   then they paid it back, and within a total of $8,000

14:35:34  25   over five years.
```



14:35:38   1          Do you know why or did Alon ever tell you why

          2    his companies needed your money?

14:35:49   3          A    Because he "need" additional cash flow.  This

          4    is main reason.  He have to pay salary, didn't have

14:35:53   5    money and --

          6          Q    You don't think he had money?

14:35:56   7          A    Well, I believe him.

          8          Q    You believed him when he said he didn't have

14:35:59   9    money?

          10          A    Yes.

14:36:17  11          Q    Okay.  I want you to turn to Receiver's

          12    Exhibit 59.  This is a copy of the Complaint.

14:36:32  13          Do you understand that you were sued by the

          14    Federal Trade Commission?

14:36:35  15          A    Yes.

          16          Q    Okay.  I want you to take a look at paragraph

14:36:52  17    28 on Page 14.  Are you there?

          18          A    Uh-huh.

14:36:58  19          Q    This reads, "Defendant Igor Latsanovski is or

          20    was an owner of Bunzai Media Group, Incorporated."

14:37:05  21          Is that true?

          22          A    We -- when I met with them, we signed

14:37:16  23    agreement, like, I partner (sic), but after, we change

          24    a lot of times.

14:37:22  25          Physically, I "am" never been partner of this



14:37:28   1    company, but we sign a lot of papers, like, I'm for --

           2    like, "Igor, for protect your money, we give you all

14:37:34   3    the paper like shareholder."  Say "Okay."

           4           But one term starts.  Second term say, in my

14:37:42   5    mind, I give them money like loan, and they return me.

           6    What they think about it is another story.

14:37:46   7        Q    Where are the papers that will show whether

           8    you are a partner in Bunzai?

14:37:52   9        A    We -- we signed some papers, create new ones.

          10    It's, like, during this life was a lot of changes.

14:38:06  11        Q    The sentence continues on "and CEO of Zen

          12    Mobile Media Group, Incorporated."

14:38:10  13           Were you the CEO of Zen Mobile Media Group,

          14    Incorporated?

14:38:15  15        A    Alon asked me.  I signed all papers.

          16        MR. LITTLE:  I'm going to object as being

14:38:21  17    nonresponsive.

          18        Q    I want to make sure that I get a complete

14:38:27  19    answer to this question.  Were you or were you not the

          20    chief executive officer of Zen Mobile Media Group,

14:38:32  21    Incorporated?

          22        A    Physically, not.

14:38:37  23        Q    On paper, were you the CEO of Zen Mobile

          24    Media Group, Incorporated?

14:38:43  25        A    Yeah.  If he asked me, I signed papers.


Kusar®  Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 14:38:45 | 1 | Q    The next sentence reads, "At times |
| | 2 | material to this Complaint, he has formulated, |
| 14:38:53 | 3 | directed, controlled, had the authority to |
| | 4 | control, or participated in the acts or |
| 14:38:57 | 5 | practices set forth in this Complaint." |
| | 6 |     Do you see that? |
| 14:39:01 | 7 | A    What -- |
| | 8 | MR. HARRIS:  Do you see where he's reading? |
| 14:39:05 | 9 | THE WITNESS:  Yeah, I said, but I don't -- |
| | 10 | MR. HARRIS:  That's the question.  Do you see it? |
| 14:39:08 | 11 | THE WITNESS:  Yeah, I see it. |
| | 12 | BY MR. LITTLE: |
| 14:39:11 | 13 | Q    Yes, okay.  I want to make sure that I have |
| | 14 | your testimony correct -- |
| 14:39:14 | 15 | A    Uh-huh. |
| | 16 | Q    -- okay?  You were the signatory on the |
| 14:39:20 | 17 | account of Zen Mobile Media Group, correct? |
| | 18 | A    Yes. |
| 14:39:27 | 19 | Q    Were there any other signatories on that |
| | 20 | account? |
| 14:39:30 | 21 | A    I don't know. |
| | 22 | Q    Were there any other officers of Zen Mobile |
| 14:39:42 | 23 | Media Group besides you? |
| | 24 | A    I don't know. |
| 14:39:52 | 25 | Q    If you wanted to have nothing more to do with |

250



14:39:54   1    Zen Mobile Media Group, could you have walked into

           2    Alon's office and said, "Take me off all the papers"?

14:40:00   3         A    I "said" him.

           4         Q    You told him that?

14:40:01   5         A    Yes.

           6         Q    When did you do that?

14:40:10   7         A    I don't remember.  Not one time, a lot of

           8    times.  "Can you" -- because sometimes when I go to

14:40:20   9    bank, because on bank, yeah, I have -- Wells Fargo Bank

           10   has -- when you have your accounts, yeah, you can

14:40:28   11   "sees" all your accounts, and my -- when I opened my

           12   log-in, yeah, I didn't see just this is Zen.  Why I

14:40:33   13   don't know.

           14        And sometimes when they make some

14:40:37   15   transactions, some wire, they ask me from which

           16   account, and they send me from Zen.  And then this is

14:40:45   17   when they remind me exist some account for my name

           18   which I don't control, do nothing.

14:40:51   19        And then period of time say, "Listen, Alon,

           20   remember you ask me about open for my name Zen (sic)?

14:40:56   21   Please can you cancel this."

           22        "Okay, yeah.  I will; I will."  It's, like,

14:40:59   23   repeat sometimes.

           24        Q    Alon told you that?

14:41:01   25        A    What means "told"?



Case 2:18-cv-04527-GW-PLA   Document 476-3   Filed 06/16/16   Page 252 of 285   Page ID
#:15754

Igor Latsanovski          Federal Trade Commission vs. Bunzai Media Group, Inc.          1090802

14:41:07  1        Q    Alon told you that he would take you off --

2        A    Yes.

14:41:08  3        Q    -- of the papers?

4        A    Yes.

14:41:12  5        Q    Okay.  So when I go to your Wells Fargo

6   log-in, I don't see Zen Mobile Media --

14:41:18  7        A    Yeah.

8        Q    -- in your log-in.

14:41:21  9        A    I'm either (sic).

10        Q    Okay.  Do you know who has access online to

14:41:24 11   that account?

12        A    No idea.

14:41:38 13        Q    Okay.  As you sit here today, do you

14   understand that the repayment of your loan to these

14:41:47 15   companies was coming from the sales of online

16   cosmetics?

14:41:52 17        MR. HARRIS:  Objection; calls for speculation,

18   lacks foundation.

14:41:54 19   BY MR. LITTLE:

20        Q    You can answer, if you know.

14:42:01 21        A    Can you repeat?

22        Q    Yeah, let me ask it differently.  As you sit

14:42:04 23   here today --

24        A    Because you try play.  Your English better

14:42:07 25   than mine --



14:42:09   1        Q    No, I'm not trying to play anything.  I want

           2   to make sure I understand.

14:42:13   3             As you sit here today, do you understand that

           4   Alon was paying back your loan with money he was taking

14:42:20   5   from consumers?

           6        A    I understand Alon return my money.

14:42:26   7        Q    That's all you know?

           8        A    (Nods head up and down.)

14:42:29   9        Q    Okay.

          10        A    From where he take it, loan from another

14:42:35  11   company, some "another" one, I didn't care so much.  I

          12   need money which I give him.

14:42:40  13        Q    Right.

          14             Would you turn to Receiver's Exhibit 60 in

14:42:53  15   this book in front of you, please.

          16        A    60?

14:42:58  17        Q    16.  I'm sorry, 60.

          18        MR. HARRIS:  Six-zero.

14:43:01  19        MR. LITTLE:  Sorry.

          20        Q    Okay.  This is a print-off of corporate

14:43:13  21   information from the United Kingdom.  There is a

          22   company in the United Kingdom, in Scotland, called

14:43:20  23   Bavaria Inter LP, and it appears that that company was

          24   created in October of 2014.

14:43:29  25             Is this the company that loaned money to



14:43:32  1  CalEnergy?

        2       A    Yes.

14:43:36  3       Q    Who runs this company?

        4       A    I don't know.  This is reference of my CEO of

14:43:42  5  Guayas.

        6       Q    Uh-huh.  Do you know how to get into contact

14:43:52  7  with anyone from Bavaria Inter LP?

        8       A    I can ask him.

14:44:00  9       Q    Turn to Exhibit 61 in the book in front of

       10  you, please.

14:44:08 11            Do you know whose signatures appear on the

       12  first page of Exhibit 61?

14:44:10 13       A    (Shakes head from side to side.)

       14       Q    "No"?

14:44:11 15       A    (Shakes head from side to side.)

       16       Q    You have to answer audibly.

14:44:16 17       A    No.

       18       Q    The general nature of this business under --

14:44:22 19  according to this filing is "international trade and

       20  investments."

14:44:24 21            Do you see that?

       22       A    Yeah.

14:44:27 23       Q    Are you familiar with anyone from Japan

       24  Intergroup or Kyoto Holdings?

14:44:32 25       A    No.


Kusar ® Keeping Your Word Is Our Business ℠

14:44:36   1           MR. LITTLE:  Okay.  All right.  I'd like to take a

           2   break and come back and pick up a few things, okay?

14:44:42   3           THE VIDEOGRAPHER:  The time is 2:44 p.m., and

           4   we're off the record.

14:44:44   5               (Recess.)

           6           THE VIDEOGRAPHER:  The time is 2:55 p.m., and

14:55:30   7   we're back on the record.

           8   BY MR. LITTLE:

14:55:35   9       Q    All right, Mr. Latsanovski, does David

          10   Davidian have access to your online banking?

14:55:45  11       A    Yes.

          12       Q    "Yes"?  Do your companies, CalEnergy, Sunset,

14:56:01  13   Rilend, do they use QuickBooks online?

          14       A    Yes.  He "do" it.

14:56:06  15       Q    He maintains those records online?

          16       A    Yes.

14:56:22  17       Q    Did David Davidian know about this

          18   arrangement between you and Alon with regard to Zen

14:56:28  19   Mobile Media?

          20       A    I don't know.

14:56:32  21       Q    Did you ever talk with him about it?

          22       A    No.

14:56:41  23       Q    Did David Davidian have online access to Zen

          24   Mobile Media's accounts?

14:56:50  25       A    I don't know.



Kusar®  Keeping Your Word Is Our Business℠

Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

14:56:56    1          Q      What did you understand Doron Nottea's role

           2    to be with regard to the Bunzai group of companies?

14:57:03    3          A      He helped his brother.

           4          Q      Doing what?

14:57:09    5          A      I don't know what -- for help him, because he

           6    has his additional business.

14:57:14    7          Q      Additional business?

           8          A      Yeah.

14:57:16    9          Q      You mean the pornography business?

          10          A      Yeah.  He really -- it's, like -- it's --

14:57:24   11    really, he's good guy; soft, friendly, help, but he --

          12    but he organized person, yeah?

14:57:26   13          Q      Yes.

          14          A      And, Alon, he's creative guy.  This organized

14:57:31   15    person.

          16          Q      Okay.

14:57:38   17          A      And, like, how I understand, he help him for

          18    just, like, brothers.  How I understand.

14:57:46   19          Q      Did you understand Doron to do the accounting

          20    work for the Bunzai group of companies?

14:57:51   21          A      I don't know.

          22          Q      Do you know if Doron had online access to the

14:57:56   23    bank accounts for the Bunzai group of companies?

          24          A      Really, I don't know.

14:58:00   25          Q      Do you know if Doron had online access to the



14:58:03  1    QuickBooks for the Bunzai group of companies?

          2          A    I don't know.

14:58:08  3          Q    What was Roi Reuveni's role in the Bunzai

          4    group of companies?

14:58:17  5          A    As far as I understand, he responsible for

          6    call center.

14:58:22  7          Q    Do you know why the Bunzai call center was

          8    closed?

14:58:24  9          A    Sure.

         10          Q    Why?

14:58:33 11          A    Because payroll eats all money.  That's what

         12    Alon "say" me.

14:58:37 13          Q    Payroll was eating up all the money?

         14          A    Yeah.  And they start in transition time to

14:58:44 15    some additional call center.  I don't know where is it.

         16          Q    Is it in India?

14:58:52 17          A    No.  They tried -- they tried "do" some here

         18    or some additional states.  I don't know details.  What

14:59:00 19    I hear, because call center eats so much money, they

         20    look for additional solution.

14:59:04 21          Q    And what was the solution that they landed

         22    on, do you know?

14:59:10 23          A    They look for different space.  Too deep, I

         24    don't know.  I don't like some -- some phrase I'm a

14:59:21 25    little hear (sic), but, really, it's.....



Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

14:59:26  1     Q    Have you ever heard of Impulse Media Group?

2     A    No.

14:59:30  3     Q    "No"?  Okay.

4          Did Alon ever ask you to provide money to a

14:59:42  5     company called Dynamic Media Group?

6     A    No.

14:59:47  7     Q    Or Eccentric Innovations?

8     A    No.

15:00:00  9     Q    Were you aware that Alon created new merchant

10    companies, Dynamic Media, Eccentric Innovations,

15:00:11  11    Impulse Media Group, to run another type of business?

12    A    I don't know about it.

15:00:14  13    Q    You don't know about that, okay.

14         I want to talk to you about these real estate

15:00:20  15    transactions that were just closed when we released

16    some money, okay?

15:00:22  17    A    (Nods head up and down.)

18    Q    My understanding was that we had released two

15:00:29  19    wires.  One was for 700,000, and one was for 900,000?

20    A    Yes.

15:00:33  21    Q    And we had released them to two different

22    title companies.

15:00:35  23    A    Uh-huh.

24    Q    "Yes"?

15:00:36  25    A    Yes.



15:00:38   1      Q    Okay.  My understanding is that those wires

           2   were routed to the other --

15:00:43   3      A    Yes.

           4      Q    -- title companies?

15:00:45   5      A    Mistake, yeah.

           6      Q    Who routed them?

15:00:47   7      A    What means, "who routed"?

           8      Q    Who decided where that money would go?

15:00:53   9      A    You decided.

          10      Q    Okay.

15:00:57  11      A    You give papers.  I call -- before -- because

          12   Mike come to me, say, "Igor, we have to wire.  Today is

15:01:03  13   last day."

          14           I see "difference" information, what he said.

15:01:11  15   Because I didn't know, I provide to my attorney

          16   information about escrow.  But, like, "I'm" not run

15:01:20  17   this business, I didn't ask.  It's my mistake.  I

          18   didn't ask Mike for prepare for -- before close need

15:01:26  19   some -- what's the name of this piece of paper?  For

          20   closing costs, yes, and --

15:01:28  21      Q    HUD 1?

          22      A    Closing costs for escrow expenses like this

15:01:31  23   one.

          24      Q    Yes.

15:01:33  25      A    But I didn't know it, because I never did it.



```
15:01:38   1   I just understand the escrow, because Mike.  But one --

           2   because I don't physically run this business, and when

15:01:45   3   Mike give me this already exactly amount of money, I

           4   said, "Wait; wait; wait; wait.  Really, they open just

15:01:50   5   on this amount of money."

           6           He said, "Listen, how can" -- "they not ready

15:01:55   7   to close, because not enough money.  One penny not

           8   enough, they not close."

15:01:59   9           I start to call to Anna, to your helper,

          10   "What's going on?  Can I wire exactly how" -- "how Mike

15:02:04  11   request?"

          12           She said, "No, prohibit."

15:02:08  13           I said, "Just say mistake."

          14           And she said, "No, just only like in this

15:02:11  15   agreement."

          16           Say, "Do it?  After, we will figure out."

15:02:18  17           Say, "Okay," and we do it how you say.

          18           And not just on this one.  You have to send

15:02:28  19   one 900,000, another 707.  But bank open 706, 1,000

          20   less, and says, "Okay, let's" -- "if in the end doesn't

15:02:37  21   have enough, then let's right now wire Mike and connect

          22   it" -- I say, "I don't understand what you're doing.

15:02:44  23   Connect directly with Anna, and Anna already will

          24   figure out with you about for open this escrow for

15:02:49  25   closing."
```



| | | |
|---|---|---|
| 15:02:53 | 1 | Q    Okay.  How was the $200,000 shortfall made |
| | 2 | up?  Did somebody make up the shortfall? |
| 15:03:01 | 3 | A    This is the rest.  Which we send more (sic)? |
| | 4 | Q    Yes. |
| 15:03:02 | 5 | A    What I -- |
| | 6 | Q    Did Mike send more money to make up the |
| 15:03:06 | 7 | shortfall? |
| | 8 | A    What means "shortfall"? |
| 15:03:10 | 9 | Q    My understanding was that there were two |
| | 10 | wires, 707 and 900. |
| 15:03:13 | 11 | A    Yes. |
| | 12 | Q    They got switched. |
| 15:03:14 | 13 | A    Yes, exactly. |
| | 14 | Q    So -- so one title company got $200,000 |
| 15:03:18 | 15 | more -- |
| | 16 | A    Yes, exactly. |
| 15:03:22 | 17 | Q    -- than it was supposed to have -- |
| | 18 | A    But not to have it, because -- |
| 15:03:25 | 19 | THE REPORTER:  Hold on.  You're both talking at |
| | 20 | the same time. |
| 15:03:25 | 21 | THE WITNESS:  Oh, sorry. |
| | 22 | MR. HARRIS:  Let him finish. |
| 15:03:25 | 23 | MR. BERK:  Listen to the question. |
| | 24 | BY MR. LITTLE: |
| 15:03:28 | 25 | Q    So my understanding was one title company got |



Kusar® Keeping Your Word Is Our Business℠

Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

```
15:03:31   1    200,000 more, roughly, than it was supposed to, and one

           2    got 200,000 less.

15:03:34   3         A    Exactly.

           4         Q    So where did the surplus go from the account

15:03:39   5    where too much was received?

           6         A    Okay, they -- not 200, because escrow needed

15:03:48   7    additional, more money, yes, for this fee, yeah, and

           8    they take it.

15:03:52   9              Additional, I don't know.  Have to ask Mike.

          10    Mike run this business.  I say to him, "Please call to

15:03:57  11    Anna, to attorney, and communicate with you as soon as

          12    possible for close all of them (sic)."

15:04:04  13              I don't know where is it right now, this.

          14         Q    Did you receive any loan repayments from any

15:04:11  15    of the Bunzai group of companies in cash?

          16         A    No, never.

15:04:14  17         Q    Did you get any cash from them?

          18         A    No, not one penny.

15:04:21  19         Q    Have you had any communications with Doron

          20    Nottea or Alon Nottea since the lawsuit was filed?

15:04:26  21         A    About this?

          22         Q    Yes.

15:04:29  23         A    In this case?

          24         Q    Yes.

15:04:30  25         A    Yes.
```



15:04:31  1        Q    What did you talk to them about?

          2        A    Problem.  Said, "Listen, guys, I spent with

15:04:39  3    you five years.  Don't make money, and this

          4    unfortunately problems come to me and here" -- says --

15:04:50  5    okay, emotions.

          6        Q    Okay.  Were you angry with them?

15:05:00  7        A    It is what it is.

          8        Q    Okay.  Well, what did they tell you?

15:05:14  9        A    They didn't think it's -- could be happened

         10    (sic), because they do everything right way.  This is

15:05:22 11    some mistakes.  This is their position.

         12        Q    I see.  They tell you anything else?

15:05:28 13        A    Emotions.

         14        Q    What did they say?

15:05:31 15        A    Emotions.

         16        MR. HARRIS:  Answer his question.  What did he

15:05:33 17    say?

         18        THE WITNESS:  Emotions, like, "Igor,

15:05:40 19    unfortunately, sorry.  We didn't" -- "this is not our

         20    issue."

15:05:53 21            I cannot pay my -- okay.  Emotions.

         22        MR. HARRIS:  He wants to know what these guys said

15:05:55 23    to you.

         24        THE WITNESS:  Oh, what "say"?  They "say" me they

15:06:04 25    not fault (sic).  "This be resolved soon," but now I


Kusar® Keeping Your Word Is Our Business℠

15:06:05  1    understand it's not.

         2    BY MR. LITTLE:

15:06:06  3        Q    Okay.

         4        A    I cannot believe.

15:06:13  5        Q    Do you own a -- do you have a safe-deposit

         6    box?

15:06:16  7        A    No, I --

         8        Q    Do you have a safe at your house?

15:06:21  9        A    Yeah, but I never open it.  When I buy this

        10    house, it's -- I don't know what it says (sic).

15:06:38 11        Q    Okay.  Just one second.

        12            I want you to turn to Receiver's Exhibit 24,

15:07:01 13    if you would.

        14        MS. KOONCE:  I think that's when you --

15:07:06 15        MR. LITTLE:  He needs -- yeah, he may need your

        16    help.

15:07:10 17        Q    Okay.  In the second column there's a list,

        18    says, "CEO/Owner."

15:07:17 19            Have you ever met Rachel Nottea?

        20        A    It's last name like Alon, yeah?

15:07:26 21        Q    Yes.  Have you ever met Rachel Nottea?

        22        A    Maybe, I don't -- again, my memory for about

15:07:31 23    names, guys, sorry.

        24        Q    That's okay.  Have you ever met Lori Bekhor?

15:07:38 25        A    I don't remember name, guys.



| | | | |
|---|---|---|---|
| 15:07:38 | 1 | Q | Okay. |
| | 2 | A | It's not -- |
| 15:07:43 | 3 | Q | And we know you've met Roi Reuveni, right? |
| | 4 | A | Yes.  I know Igor Latsanovski, too. |
| 15:07:50 | 5 | Q | Yes.  And is Tomer Amselam someone you've |
| | 6 | | met? |
| 15:07:53 | 7 | A | No. |
| | 8 | Q | What about Tal Topel, have you met that |
| 15:08:00 | 9 | | person? |
| | 10 | A | Tal Topel.  Maybe.  I don't like say |
| 15:08:08 | 11 | | (indicating).  If you please to show me picture, I say |
| | 12 | | "yes" or "no." |
| 15:08:12 | 13 | Q | Have you met Annasofie Algarp? |
| | 14 | A | Where is this "Annasofie"? |
| 15:08:19 | 15 | Q | Next to AMD Financial Group. |
| | 16 | A | Oh, no.  I don't remember.  Again, if you |
| 15:08:29 | 17 | | "say" name, it's not the same as somebody. |
| | 18 | Q | Have you met Sean Brennecke? |
| 15:08:33 | 19 | A | Sean is associated, but last name, I don't |
| | 20 | | know. |
| 15:08:35 | 21 | Q | You've met a Sean? |
| | 22 | A | I don't know who is -- I -- "I'm" met with |
| 15:08:41 | 23 | | some Seans, but with whom? |
| | 24 | Q | Where did you meet with them? |
| 15:08:46 | 25 | A | With Alon, some -- |


Kusar® Keeping Your Word Is Our Business℠

15:08:50  1      Q    Okay.  And you've said you don't remember

2   meeting David Yosafian?

15:08:54  3      A    No.

4      Q    Have you met anyone named Gilad Miron?

15:09:04  5      A    My -- okay, guys, this is too hard memory.

6   It's some names.  Maybe I meet with somebody, yeah, but

15:09:14  7   I don't know right now.  If you "say" me, I cannot say

8   for somebody.

15:09:17  9      Q    Okay.  I'm just asking for what you know.

10      A    Yeah; yeah; yeah.

15:09:23 11      Q    Have you ever met anyone named Amatsia Meron?

12      A    Not necessarily.

15:09:34 13      Q    Okay.  Earlier I had asked you some questions

14   about investing with Focus Media Solutions.  That is

15:09:41 15   the name, right, Focus Media Solutions?  Okay.

16         So do you know why Alon would set up that

15:09:52 17   company with people that you've never met, David

18   Yosafian, "Yamar" Shamian --

15:09:59 19      A    No idea.

20      Q    No idea?  Yaron Shamian?

15:10:07 21         Are you aware of any of the Bunzai group of

22   companies doing business with any companies in India?

15:10:12 23      A    No.

24      Q    Okay.  I have to ask you this by virtue of

15:10:25 25   the receivership Order.  How have you been able to pay


Kusar ®  Keeping Your Word Is Our Business℠

15:10:29  1    your attorneys' retainer since the TRO?

          2         A    Okay, I have one guy, and I ask him, "Please

15:10:35  3    can you help me."

          4         Q    Okay.

15:10:40  5         A    He said, "Why?"  I sit down.  I explained.

          6         Q    Is this an American guy?

15:10:43  7         A    Yeah; yeah.

          8         Q    Okay.  Will you tell me who that is.  I'm not

15:10:49  9    going to bother him.  I just want to know who it is.

         10         A    I can "say" you.

15:10:53 11         Q    Okay.

         12         A    His name?

15:10:54 13         Q    Yes.

         14         A    His name is Felix.

15:10:59 15         Q    Felix, okay.  All right, I understand.

         16              Have you had an opportunity to read the

15:11:05 17    Temporary Restraining Order that was entered in this

         18    case?

15:11:09 19         A    What it means (sic)?  I don't --

         20         MR. HARRIS:  The document, the TRO.  We've been

15:11:14 21    calling it a TRO.

         22         THE WITNESS:  Okay, yeah.

15:11:15 23    BY MR. LITTLE:

         24         Q    You've read it, okay?

15:11:18 25         A    This, I've read it, yeah, but with my

Kusar ® Keeping Your Word Is Our Business℠

```
15:11:20   1    English, how I understand it?

           2         Q    Do you understand it?

15:11:21   3         A    Yeah, generally.

           4         Q    Okay.

15:11:23   5         A    Really generally.

           6         Q    Okay.  You understand it includes a freeze on

15:11:27   7    your assets?

           8         A    Yeah.

15:11:28   9         Q    "Yes"?

          10         A    I understand.  I know it.

15:11:31  11         Q    Okay.  You understand it prevents you from

          12    doing certain things?

15:11:36  13         A    Pre- --

          14         Q    Do you understand it says that you cannot do

15:11:40  15    certain things?

          16         A    What means "certain"?

15:11:46  17         Q    Do you understand that it means that there --

          18    there are things that you cannot do, you are not

15:11:50  19    allowed to do?

          20         A    Yeah, sure.  I cannot do "nothing."

15:11:53  21         Q    Okay.

          22         A    And I cannot -- okay, drink water, I think

15:11:58  23    so, yeah?

          24         Q    Yeah.  Okay.

15:12:01  25         A    Because I can't pay it.
```

**Kusar** ® Keeping Your Word Is Our Business℠

Igor Latsanovski      Federal Trade Commission vs. Bunzai Media Group, Inc.      1090802

| | | |
|---|---|---|
| 15:12:03 | 1 | Q    Right.  Is there anything you can tell me |
| | 2 | about any of the Bunzai group of companies? |
| 15:12:07 | 3 | A    Sorry. |
| | 4 | Q    It's fine.  Is there anything that you can |
| 15:12:11 | 5 | tell me about the Bunzai group of companies that would |
| | 6 | assist the receiver in either seizing assets or |
| 15:12:21 | 7 | preparing her report? |
| | 8 | A    Okay, again, because I'm a little bit -- |
| 15:12:28 | 9 | Q    Yeah, let me ask it -- let me ask it in |
| | 10 | pieces. |
| 15:12:31 | 11 | Is there anything else that you can tell me |
| | 12 | about the Bunzai group of companies -- |
| 15:12:33 | 13 | A    Okay. |
| | 14 | Q    -- that would help us understand how they |
| 15:12:37 | 15 | operate? |
| | 16 | A    Alon can do it.  He can explain everything. |
| 15:12:41 | 17 | Q    Okay. |
| | 18 | A    He is running it. |
| 15:12:45 | 19 | Q    Okay.  Is there anything else that you can |
| | 20 | tell me about the Bunzai group of companies that might |
| 15:12:52 | 21 | help us understand more about how Alon runs the |
| | 22 | companies? |
| 15:12:58 | 23 | A    I think so best -- better that he can |
| | 24 | explain?  Nobody can. |
| 15:13:00 | 25 | Q    Okay. |

269



15:13:04  1          A    Because without his "permit".....

          2          Q    Do you know whether these companies can

15:13:08  3    continue to operate without your loans?

          4          A    They -- they close it one "years" ago.

15:13:14  5          Q    What do you mean?

          6          A    They Alon said, "Igor, that's it.  It's

15:13:19  7    finished as a business."

          8               Say, "Wow."

15:13:21  9               "It's done."

          10              I say, "Well, okay."

15:13:26  11              And say, "Okay, Igor, done."

          12              For this reason he request me for this loan

15:13:32  13   for open new entity for cover his -- he "said" me,

          14   "Igor, this is new directions which can make profit."

15:13:38  15              I said, "Okay."

          16         Q    Did Alon ever tell you that he was closing

15:13:42  17   down that Bunzai group of companies?

          18         A    Yes.

15:13:43  19         Q    He did?

          20         A    Yes.

15:13:45  21         Q    When did he tell you that?

          22         A    One year ago, around.

15:13:48  23         Q    A year ago?

          24         A    Yeah, around.

15:13:51  25         Q    Did he tell you that he was closing those



15:13:54   1   companies down because those companies were being

  2   investigated by the Federal Trade Commission?

15:14:00   3       A     No; no.   He said, "Because overhead expenses

  4   eats all profit, economically not reasonable continue

15:14:06   5   this business."

  6           I said, "Okay.   It is what it is."

15:14:18   7       Q     I want to go back and talk about David

  8   Davidian for a couple more minutes, okay?

15:14:21   9       A     Okay.

  10       Q     Okay?   Did Alon -- I understood your

15:14:36   11   testimony that Alon referred you to David --

  12       A     Yes.

15:14:37   13       Q     -- is that right?

  14       A     Yes.

15:14:44   15       Q     When you talked to David, did he explain to

  16   you that he was doing the accounting work for this

15:14:49   17   Bunzai group of companies?

  18       A     No.   He professionally (sic).   If "he"

15:14:54   19   talking about this direction, it's only about this

  20   direction.

15:15:06   21       Q     Okay.   Here's where I'm getting hung up,

  22   okay, and maybe you can help me understand this.   You

15:15:14   23   have a relationship with David on -- he does your

  24   personal accounting, and he does CalEnergy's

15:15:18   25   accounting, "yes"?


Kusar® Keeping Your Word Is Our Business℠

15:15:20  1      A    Yes.

2      Q    So according to his records, you are the

15:15:29  3  person of contact for Zen Mobile Media as well, so when

4  he wants to obtain data to do his accounting for Zen

15:15:37  5  Mobile Media, why doesn't he just come to you who he

6  already knows?

15:15:41  7      A    But --

8      Q    Can you help me understand?

15:15:45  9      A    Yeah.  I communicate with him one "times" per

10  year for income tax.

15:15:48  11      Q    One time?

12      A    Yeah, not -- I'm talking about generally, I

15:15:53  13  connect with him --

14      Q    Yes.

15:15:55  15      A    -- for when he prepare income tax.

16      Q    Okay.  Did he ever ask you for information

15:16:01  17  about Zen?

18      A    "He"?

15:16:03  19      Q    Yes, David?

20      A    Me?

15:16:05  21      Q    Yes.

22      A    No.

15:16:14  23      Q    So if he prepared a tax return for Zen Mobile

24  Media Group, he didn't get the information to prepare

15:16:23  25  that tax return from you; is that fair?



```
15:16:27  1        A    No.  Yeah, but -- but I give "permit" Alon to

          2   do it.

15:16:30  3        Q    You allowed Alon to provide the information

          4   to David?

15:16:33  5        A    Yeah.  It means all these checks, everything,

          6   from day first, he "said" me, "Igor, we will use it."

15:16:38  7             I said, "Okay."

          8        Q    Did you ever have a conversation with David

15:16:45  9   where you told him to get the information about Zen for

         10   its tax return from Alon?

15:16:48 11        A    Again?

         12        Q    Yes.  Did you ever tell David to get the

15:16:55 13   information about Zen Mobile Media's tax return from

         14   Alon?

15:17:02 15        A    If correct I understand you, if I say to

         16   David, "I delegate Alon do it (sic) for me"?

15:17:11 17        Q    Yes.  Did you ever tell him that?

         18        A    I don't remember.

15:17:13 19        Q    Okay.  That's fine.

         20             Did you communicate with David by email?

15:17:18 21        A    Yes.

         22        Q    Did you communicate with Alon by email?

15:17:22 23        A    Yeah, sometimes.

         24        Q    Did you communicate with Doron by email?

15:17:27 25        A    Yes.
```

273



Igor Latsanovski                Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
15:17:32   1        Q    Okay.  Did you communicate by email with any

           2   other person having anything to do with the Bunzai

15:17:38   3   group of companies by email?

           4        A    Again, from this list of companies?

15:17:41   5        Q    Yes.

           6        A    No.

15:17:45   7        Q    Okay.  Can you provide the receiver with all

           8   of your emails with Alon, Doron and Mr. Davidian?

15:17:53   9        A    Okay, what do you need?

          10        Q    Can you provide those emails?

15:18:05  11        A    Yes, okay.  It's Igor at CalEnergy.com, yeah.

          12        Q    Okay.

15:18:16  13        A    And Igorlats@gmail.com.

          14        Q    Are you able to pro- --

15:18:24  15        A    I'm usually.  I'm usually.  If they send me

          16   something, I say, "Listen, guys, don't do it, because I

15:18:30  17   don't understand it."  And I personally come in and --

          18        Q    Okay.

15:18:33  19        A    For me -- for me, okay, it's my problem,

          20   yeah?  My English.  It's for me personally better meet

15:18:42  21   personally for talking, yeah, because I use my -- just,

          22   like, body language.

15:18:48  23        Q    Sure.  How do you receive your email?  Where

          24   do you read it?

15:18:54  25        A    Usually I receive emails, try understand it,
```



```
15:18:57   1   delete it and go to meet with them.  I'll call by

           2   phone.  I'll say, "Listen, guys, explain me by phone or

15:19:03   3   let's personally meet."

           4        MR. HARRIS:  I think he's asking, do you usually

15:19:07   5   pick them up on your phone or a computer?

           6             Is that what you're getting at?

15:19:09   7        MR. LITTLE:  Yeah.

           8        Q    So --

15:19:10   9        A    Oh, it's different --

          10        MR. HARRIS:  Let him ask the question.

15:19:12  11   BY MR. LITTLE:

          12        Q    My question is -- for example, I read my

15:19:17  13   email in Microsoft Outlook, and Outlook grabs those

          14   emails from an email server, and I can read them in

15:19:22  15   Outlook.

          16        A    Uh-huh.

15:19:25  17        Q    Okay?  Or if you have a Mac at home --

          18        A    Yes.

15:19:28  19        Q    -- you can read it in -- I believe it's

          20   called Apple mail --

15:19:31  21        A    No; no; no; no.

          22        Q    -- and it will grab it from a server and keep

15:19:34  23   a hard copy.

          24        A    No, I don't do it.  I -- I don't like --

15:19:43  25   okay.  We went -- with my wife, if you come to my
```

Kusar®  Keeping Your Word Is Our Business℠

```
15:19:46   1   house, if something stay not like this one

           2   (indicating), like this one (indicating), we have

15:19:52   3   problems, terrible.  Like, have to be cleaning

           4   everything.  Okay, it's our habits.

15:19:58   5       Q    Yes.

           6       A    And I don't like have some -- if you come to

15:20:08   7   my cabinet, yeah, in my home, yeah, you can see clean

           8   everything.  It's, like, my habits.  I don't like hold

15:20:15   9   some this -- all my invoices which I receive, when pay,

          10   go to garbage immediately.

15:20:19  11            And I ask her, "Why?"

          12            And say, "Listen.  Done already.  What you

15:20:21  13   can do?"

          14       Q    Yes.

15:20:26  15       A    And usually I open, like, Safari --

          16       Q    Yes.

15:20:29  17       A    -- for my -- go to Safari, boom.

          18       Q    You get on Gmail?

15:20:33  19       A    Yeah, Gmail.

          20       Q    Web-based Gmail?

15:20:36  21       A    Or go to CalEnergy, boom, boom, and open the

          22   same.

15:20:39  23       Q    Okay.  How do you go to CalEnergy to read

          24   your email?  What do you do?  Take me through it step

15:20:42  25   by step.
```

Kusar ® Keeping Your Word Is Our Business℠

Igor Latsanovski                 Federal Trade Commission vs. Bunzai Media Group, Inc.                1090802

```
15:20:47   1        A    Okay.  I open CalEnergy, because right now I

           2   add this Gmail to my iPhone.

15:20:55   3        Q    Yes.

           4        A    Yeah?  This is, like, application, yeah?  I

15:21:00   5   ask "some" of my friend, he help me for figure out.

           6             Of course, right now, this situation, I have

15:21:05   7   to immediately receive all the emails.

           8        Q    Okay.  And so the CalEnergy site that you go

15:21:11   9   to is the CalEnergy.co?

          10        A    No, Cal-Energy.co.

15:21:22  11        Q    Okay.  So when you want to read your email

          12   that goes to CalEnergy, what do you do?

15:21:30  13        A    Right now open application and open, see.

          14        Q    Okay.  So if I'm on Safari -- you go into

15:21:38  15   Safari, okay?  What do you do to access your email?

          16        A    Can I show you?

15:21:41  17        Q    Yeah, absolutely.

          18        MR. HARRIS:  Not from your -- from your phone?

15:21:43  19        THE WITNESS:  Yeah.

          20        MR. HARRIS:  There might be -- okay, go ahead.

15:21:45  21   BY MR. LITTLE:

          22        Q    Yeah, show me.

15:21:47  23        MS. KOONCE:  Are there other communications on

          24   your CalEnergy account with your attorney, do you know?

15:21:54  25        MR. HARRIS:  We've been emailing, but I don't know
```



Igor Latsanovski                    Federal Trade Commission vs. Bunzai Media Group, Inc.                    1090802

15:21:56   1    if it's on CalEnergy or on Igorlats.

           2          THE WITNESS:  This one.  This it, open.

15:21:58   3          MS. KOONCE:  We don't want to see your --

           4          THE WITNESS:  I was using the --

15:21:59   5    BY MR. LITTLE:

           6          Q    You're using the mail app?

15:22:03   7          A    This one, exchange.  That's it.

           8          Q    Okay.  You're using an exchange server?

15:22:06   9          A    Yes.

          10          Q    Where is the exchange server located for

15:22:08  11    Cal-Energy.co?

          12          A    I don't know.

15:22:10  13          Q    At your home?

          14          A    No.  I don't know where is it (sic).

15:22:14  15          Q    That's what I'm trying to find out, okay?

          16          A    I asked some guy who could help me create it.

15:22:19  17          Q    Okay.

          18          A    I'm -- guys, I'm not IT guy.

15:22:23  19          MR. HARRIS:  Can I -- we can either go off the

          20    record.

15:22:26  21          What about the GoDaddy.  Is there a --

          22          THE WITNESS:  Yeah; yeah.  It's -- okay, it's

15:22:28  23    like --

          24          MR. HARRIS:  I don't know how this works.

15:22:31  25          THE WITNESS:  Before -- before --



```
15:22:31   1    BY MR. LITTLE:

           2         Q    You have GoDaddy-based email?

15:22:35   3         A    Yeah.

           4         Q    They have a box, and you can draw down from

15:22:36   5    that box --

           6         A    Yeah.

15:22:37   7         Q    -- to your phone?

           8         A    Yeah.  It's -- I have -- no, in GoDaddy I

15:22:41   9    have hosting --

          10         Q    Yes.

15:22:43  11         A    -- for CalEnergy.

          12         Q    It has a hosted email server for CalEnergy?

15:22:47  13         A    Exactly.

          14         Q    Yes.

15:22:51  15         A    And one day somebody froze my credit cards.

          16         Q    Yes.

15:22:53  17         A    You know who.

          18         Q    Yes.

15:22:58  19         A    And I type.  Bing; bing; bing; bing.  No.

          20         Q    Can't get to it?

15:23:04  21         A    Have to pay, boom.  I cannot pay, not access.

          22    Okay.  No access.

15:23:10  23              I go to my friend, say, "Listen, right now,

          24    have emergency situation.  I have case.  Help me.

15:23:15  25    Where is it I don't have to pay?"
```

Kusar ®   Keeping Your Word Is Our Business℠

| | | |
|---|---|---|
| 15:23:16 | 1 | Q     Yes. |
| | 2 | A     And he helped me, this account created (sic). |
| 15:23:22 | 3 | Q     Yes, I understand.  Okay. |
| | 4 | A     Like -- |
| 15:23:25 | 5 | Q     What I would like to do is be able for the |
| | 6 | receiver to have access to the email traffic you have |
| 15:23:35 | 7 | with Alon and Doron and Mr. Davidian, okay?  Will you |
| | 8 | be able to provide that? |
| 15:23:42 | 9 | A     Yeah, but how can I -- ask -- say me.  Teach |
| | 10 | me.  I don't know. |
| 15:23:43 | 11 | Q     Yes. |
| | 12 | MS. KOONCE:  Hasn't that already been provided to |
| 15:23:48 | 13 | Eric Ruby? |
| | 14 | MR. HARRIS:  The passwords have. |
| 15:23:49 | 15 | MR. LITTLE:  Okay. |
| | 16 | MR. HARRIS:  Yeah. |
| 15:23:49 | 17 | MR. LITTLE:  All right.  We should be able to -- |
| | 18 | MS. KOONCE:  And the email accounts as well or |
| 15:23:52 | 19 | just -- |
| | 20 | MR. HARRIS:  The email addresses and passwords |
| 15:23:55 | 21 | were provided. |
| | 22 | MR. LITTLE:  Okay.  We'll make sure with him that |
| 15:24:00 | 23 | he has access to it.  And, you know, we're operating |
| | 24 | under a privilege protocol, so we'll make sure that |
| 15:24:05 | 25 | none of that gets viewed. |

15:24:06  1      MR. HARRIS:  I provided the names to Eric of the

2      lawyers to look for.  There aren't many.

15:24:10  3      MR. LITTLE:  Okay.

4      MS. KOONCE:  Eric --

15:24:12  5      MR. HARRIS:  And there won't be many emails with

6      lawyers other than since the initiation of this case.

15:24:17  7      MR. LITTLE:  Okay.

8      Q    And Mike Panish will be able to tell us what

15:24:24  9  properties were bought this year by Sunset --

10      A    Yeah.

15:24:25 11      Q    -- Holdings?

12      A    Yeah.

15:24:29 13      Q    Are the properties titled in Sunset Holdings?

14      A    Ask him.  He runs the business.

15:24:32 15      Q    Okay.

16      A    If I said something not correct, yeah,

15:24:38 17  it's --

18      Q    Do you know where he lives, other than being

15:24:43 19  in Los Angeles?

20      A    No.  I have some address his (sic), but I

15:24:47 21  don't remember exactly.

22      Q    Okay.

15:24:49 23      A    You can call him and ask.

24      MR. HARRIS:  Did you provide the number already?

15:24:51 25  I think you did.



| | | |
|---|---|---|
| 15:24:52 | 1 | THE WITNESS:  Yes, I did. |
| | 2 | BY MR. LITTLE: |
| 15:24:55 | 3 | Q    Okay.  I have his phone number. |
| | 4 | Does he have a separate office?  Does he have |
| 15:24:59 | 5 | an office somewhere? |
| | 6 | A    I don't know if he need -- |
| 15:25:03 | 7 | Q    Okay. |
| | 8 | A    -- 'cause his work, his legs (sic). |
| 15:25:09 | 9 | Q    He what? |
| | 10 | A    Okay; okay.  His work, have to move a lot. |
| 15:25:15 | 11 | For this reason, not stay in one office. |
| | 12 | Q    He doesn't stay in one place? |
| 15:25:20 | 13 | A    Yeah. |
| | 14 | MR. LITTLE:  Okay.  Charlene, do you have anything |
| 15:25:24 | 15 | else? |
| | 16 | MS. KOONCE:  I don't. |
| 15:25:27 | 17 | MR. LITTLE:  I'm going to pass the witness. |
| | 18 | MR. HARRIS:  I don't have any questions. |
| 15:25:31 | 19 | MR. LITTLE:  Okay, good.  Then we're done, |
| | 20 | Mr. Latsanovski. |
| 15:25:34 | 21 | THE WITNESS:  May I ask some questions?  Maybe |
| | 22 | this is -- |
| 15:25:35 | 23 | MR. LITTLE:  We can go off -- |
| | 24 | MR. HARRIS:  No, you can ask me. |
| 15:25:38 | 25 | MR. LITTLE:  -- off the record and you can ask. |

Kusar ®  Keeping Your Word Is Our Business℠

15:25:39    1            MR. HARRIS:  Let's do that.

            2            MR. LITTLE:  Okay.

15:25:41    3            THE VIDEOGRAPHER:  This concludes the video

            4    deposition of Igor Latsanovski consisting of three

15:25:49    5    media units.  The original media of today's proceedings

            6    will remain in the custody of Kusar Court Reporters &

15:25:52    7    Legal Services.

            8            We're going off the record at 3:25 p.m.

15:25:57    9            THE REPORTER:  The deposition is now complete.

            10            Would you like a copy of the deposition?

15:25:57   11        MR. HARRIS:  Yes, please.

            12            (Proceedings concluded.)

15:25:57   13

            14

15:25:57   15

            16

15:25:57   17

            18

15:25:57   19

            20

15:25:57   21

            22

15:25:57   23

            24

15:25:57   25

Kusar   Keeping Your Word Is Our Business℠

1

2

3                         DECLARATION

4

5

6

7           I hereby declare I am the deponent in the

8   within matter; that I have read the foregoing

9   deposition and know the contents thereof; and I declare

10  that the same is true of my knowledge except as to

11  matters which are therein stated upon my information or

12  belief, and as to those matters, I believe them to be

13  true.

14           I declare under the penalties of perjury of

15  the State of California that the foregoing is true and

16  correct.

17           Executed this _____ day of _____,

18  20_____,  at _____,

19  California.

20

21

22                    _____

23                    IGOR LATSANOVSKI

24

25

Kusar®  Keeping Your Word Is Our Business℠

1                    REPORTER'S CERTIFICATE

2

3        I, the undersigned Certified Shorthand Reporter

4    holding a valid and current license issued by the State

5    of California, do hereby certify:

6        That said proceedings were taken down by me in

7    shorthand at the time and place therein set forth and

8    thereafter transcribed under my direction and

9    supervision.

10       I further certify that I am neither counsel for

11   nor related to any party to said action, nor in any way

12   interested in the outcome thereof.

13        Before completion of the deposition, review of the

14    transcript [ ]was [x]was not requested.

15       The dismantling, unsealing, or unbinding of the

16   original transcript will render the Reporter's

17   certificate null and void.

18       In WITNESS WHEREOF,  I have subscribed my name on

19   this date:  July 14, 2015.

20

21

22

23   _____

24             Certified Shorthand Reporter

25

285


Kusar® Keeping Your Word Is Our Business℠