# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | June 20, 2016 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer<br>Dama Brown | BY TELEPHONE:<br>Robert L. Esentsten<br>Robert M. Ungar<br>Jeffrey S. Benice<br>Sagar Parikh |

**PROCEEDINGS:** PRETRIAL CONFERENCE

Parties advise the Court that settlement is reached and documents are being finalized. The Court sets an order to show cause re settlement hearing for July 7, 2016 at 8:30 a.m. The parties are advised that the order to show cause will be vacated and no appearance will be required provided that the stipulations to dismiss, with proposed orders, are filed by noon on July 5, 2016.

The trial set for June 21, 2016 is TAKEN OFF-CALENDAR.

| | : | 04 |
|---|---|---|
| | Initials of Preparer | JG |