DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Texas Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF TENTH DECLARATION OF BRENT MCPEEK**<br><br>**DATE: July 7, 2016**<br>**TIME: 8:30 a.m.**<br>**COURTROOM: 10**<br>**JUDGE: HON. GEORGE WU** |

### PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF TENTH DECLARATION OF BRENT MCPEEK

1       **PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached Tenth

2   Declaration of Brent McPeek.

3

4                                                   Respectfully submitted,

5
    Dated: 7/6/16                             _____/s/ Reid Tepfer_____
6                                              REID TEPFER,
                                               Texas Bar No. 24079444
7                                              LUIS GALLEGOS
                                               Oklahoma Bar No. 19098
8                                              ZACHARY A. KELLER
                                               Texas Bar No. 24087838
9                                              DAMA J. BROWN
                                               Michigan Bar No. P54775
10                                             Federal Trade Commission
                                               1999 Bryan Street, Suite 2150
11                                             Dallas, Texas 75206
                                               (214) 979-9395 (Tepfer)
12                                             (214) 979-9383 (Gallegos)
                                               (214) 979-9384 (Keller)
13                                             (214) 979-9374 (Brown)
                                                (214) 953-3079 (fax)
14                                             rtepfer@ftc.gov; lgallegos@ftc.gov;
                                               zkeller@ftc.gov; dbrown1@ftc.gov
15
                                               RAYMOND MCKOWN,
16                                             California Bar No. 150975
                                               10877 Wilshire Boulevard, Suite 700
17                                             Los Angeles, California 90024
                                               (310) 824-4343(voice)
18                                             (310) 824-4380 (fax)
                                               rmcknown@ftc.gov
19

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING**
**OF TENTH DECLARATION OF BRENT MCPEEK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF TENTH DECLARATION OF BRENT MCPEEK**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 6, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING
OF TENTH DECLARATION OF BRENT MCPEEK**

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
jsb@jeffreybenice.com
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER
REID TEPFER

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING**
**OF TENTH DECLARATION OF BRENT MCPEEK**