THE LAW OFFICES OF SHAI OVED
Shai Oved, Esq. CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email – ssoesq@aol.com
(818) 992-6588; Fax (818) 992-6511

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff(s)<br><br>v.<br><br>Bunzai Media Group, Inc., et.al.,<br><br>Defendant(s). | CASE NUMBER: CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

Alan Argaman, Secured Merchants, LLC
_____ ☐ Plaintiff ■ Defendant(s) ☐ Other _____
*Name of Party*

                              Shai Oved, Esq.
to substitute _____ who is

    ■ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303
_____
                                        *Street Address*

Canoga Park, CA 91303                                    ssoesq@aol.com
_____          _____
        *City, State, Zip*                            *E-Mail Address*

      818-992-6588              818-992-6511                185526
_____    _____    _____
  *Telephone Number*            *Fax Number*              *State Bar Number*

as attorney of record instead of    Sagar Parikh, Esq.
                              _____
                              List ***all*** attorneys from same firm or agency who are withdrawing

_____

**is hereby** ■ **GRANTED**    ☐ **DENIED**

    Dated _____    _____
                                    U. S. District Judge/U.S. Magistrate Judge