DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**SUPPLEMENTAL FILING CONCERNING DEFAULT JUDGMENT** |

The parties signing below stipulate that service of the First Amended Complaint (Doc. No. 235) and notice that the FTC sought equitable monetary relief of up to $73MM was effectuated on all defaulting Corporate Defendants as described in the following chart:

| Defaulting Corporate Defendant | Officer, managing or general agent, or other agent authorized by appointment or by law |
|---|---|
| BunZai Media Group, Inc. | Alon Nottea |
| Pinnacle Logistics, Inc. | Alon Nottea |
| DSA Holdings, Inc. | Alon Nottea |
| Lifestyle Media Brands, Inc. | Alon Nottea |
| Agoa Holdings, Inc. | Alon Nottea |
| Safehaven Ventures, Inc. | Alon Nottea |
| Heritage Alliance Group, Inc. | Alon Nottea |
| AMD Financial Network, Inc. | Alon Nottea |
| SBM Management, Inc. | Alon Nottea |
| Media Urge, Inc. | Alon Nottea |
| Kai Media, Inc. | Alon Nottea |
| Insight Media, Inc. | Alon Nottea |
| Focus Media Solutions, Inc. | Alon Nottea |
| USM Products, Inc. | Alon Nottea |

| | | |
|---|---|---|
| 1 | Merchant Leverage Group, Inc. | Alon Nottea |
| 2 | DMA Media Holdings, Inc. | Alon Nottea |
| 3 | Shalita Holdings, Inc. | Alon Nottea |
| 4 | All Star Beauty Products, Inc. | Alon Nottea |

In addition, Secured Commerce LLC was served the First Amended Complaint through its registered agent. (Doc. No. 376). Alan Argaman and Doron Nottea stated in sworn declarations that they were owners of Secured Commerce LLC. (Doc. No. 424-2 at p.3 ¶8; Doc. No. 398-2 at p.2 ¶6). Both individuals were Defendants that participated in this suit. Moreover, both received notice that the FTC sought equitable monetary relief of up to $73MM from several FTC filings in the matter. (*See*, *e.g.,* Doc. No. 353-1 at p.7; Doc. No. 232-1 at p.2 ¶7).

Alon and Doron Nottea both filed Answers in this case (Doc. No. 244; Doc. No. 251) but elected not to defend the above Corporate Defendants.

Individual Defendant Khristopher Bond has not yet been served with the First Amended Complaint. The FTC intends to serve Defendant Bond with a copy of the First Amended Complaint and an attachment describing the claimed consumer injury amount, as directed by the Court.

Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

Dated: July 14, 2016

    */s/ Reid Tepfer*_____
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

   */s/ Robert Ungar*_____
Robert Ungar
Attorney for Alon Nottea

## CERTIFICATE OF SERVICE

    The undersigned certifies that on July 14, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved

| | |
|---|---|
| 1 | 7445 Topanga Cyn. Blvd., Suite 220 |
| | Canoga Park, California 91303 |
| 2 | Attorney for Alan Argaman and Secured Merchants, LLC |
| 3 | Robert M. Ungar |
| | Crosswind Law |
| 4 | 14724 Ventura Blvd Penthouse |
| | Sherman Oaks, CA 91403 |
| 5 | Counsel for Alon Nottea and |
| | Roi Reuveni |
| 6 | |
| | Robert Esensten |
| 7 | Esensten Law |
| | 12100 Wilshire Blvd., Suite 1660 |
| 8 | Los Angeles, CA 90025 |
| | Counsel for Doron Nottea and |
| 9 | Motti Nottea |
| 10 | Charlene Cantrell Koonce |
| | Receiver |
| 11 | Kelly M. Crawford |
| | Counsel to Receiver |
| 12 | Scheef & Stone |
| | 500 N. Akard, Suite 2700 |
| 13 | Dallas, Texas 75201 |
| 14 | Sagar Parikh |
| | Beverly Hills Law Corp. PC |
| 15 | 433 N. Camden Drive, 6th Floor |
| | Beverly Hills, CA 90210 |
| 16 | Attorney for Chargeback Armor, Inc. |
| 17 | Jeffrey Benice |
| | Law Offices of Jeffrey S. Benice |
| 18 | A Professional Law Corporation |
| | 3080 Bristol Street |
| 19 | Sixth Floor, Suite 630 |
| | Costa Mesa, CA 92626 |
| 20 | Telephone: (714) 641-3600 Ext. 214 |

/S/ REID TEPFER
REID TEPFER

**SUPPLEMENTAL FILING CONCERNING DEFAULT JUDGMENT**                    Page | 2