THE LAW OFFICES OF SHAI OVED

Shai Oved, Esq. CBN 185526

7445 Topanga Cyn Blvd, Suite 220

Canoga Park, California 91303

Email - ssoesq@aol.com

(818) 992-6588; Fax (818) 992-6511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Federal Trade Commission,<br><br>v.<br><br>Bunzai Media Group, Inc., et.al.,<br><br>  Plaintiff(s) / Defendant(s). | CASE NUMBER:<br>CV 15-4527-GW(PLAx) | **ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

Alan Argaman, Secured Merchants, LLC
*Name of Party*

☐ Plaintiff   ■ Defendant(s)   ☐ Other

to substitute Shai Oved, Esq. who is

■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303
*Street Address*

Canoga Park, CA 91303                           ssoesq@aol.com
*City, State, Zip*                              *E-Mail Address*

818-992-6588        818-992-6511        185526
*Telephone Number*  *Fax Number*        *State Bar Number*

as attorney of record instead of   Sagar Parikh, Esq.
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ■ **GRANTED**   ☐ **DENIED**

Dated July 14, 2016

*/s/ George H. Wu*

GEORGE H. WU, U. S. District Judge