DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AGOA HOLDINGS, INC.** |

1  Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court
2  enter default against Defendant Agoa Holdings, Inc., pursuant to Federal Rule of
3  Civil Procedure 55(a). As shown in the accompanying affidavit of the
4  undersigned counsel, Agoa Holdings, Inc., was served with the Summons,
5  Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on
6  June 18, 2015 and was served with the First Amended Complaint (Dkt. 235) by
7  service upon Alon Nottea, its officer, managing or general agent, or other agent
8  authorized by appointment or by law (Dkt. 486), who filed an Answer to the First
9  Amended Complaint individually, but not for this defaulting corporation, on
10 October 23, 2015. (*See* Dkt. 251). Agoa Holdings, Inc., has failed to plead or
11 otherwise defend in this action, and more than 21 days have elapsed since it has
12 been served with the First Amended Complaint. Therefore, the FTC requests that
13 the Clerk enter default against Defendant Agoa Holdings, Inc.

Respectfully submitted,

Dated: 07/15/16

    */s/ Reid Tepfer*
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT AGOA HOLDINGS, INC.
Page | 2

| | |
|---|---|
| 1 | Federal Trade Commission |
| | 1999 Bryan Street, Suite 2150 |
| 2 | Dallas, Texas 75206 |
| | (214) 979-9395 (Tepfer) |
| 3 | (214) 979-9383 (Gallegos) |
| | (214) 979-9384 (Keller) |
| 4 | (214) 979-9374 (Brown) |
| | (214) 953-3079 (fax) |
| 5 | rtepfer@ftc.gov; lgallegos@ftc.gov; |
| | zkeller@ftc.gov; dbrown1@ftc.gov |
| 6 | |
| | RAYMOND MCKOWN, |
| 7 | California Bar No. 150975 |
| | 10877 Wilshire Boulevard, Suite 700 |
| 8 | Los Angeles, California 90024 |
| | (310) 824-4343(voice) |
| 9 | (310) 824-4380 (fax) |
| | rmcknown@ftc.gov |

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law

| | |
|---|---|
| 1 | 14724 Ventura Blvd Penthouse |
| | Sherman Oaks, CA 91403 |
| 2 | Counsel for Alon Nottea and |
| | Roi Reuveni |
| 3 | |
| | Robert Esensten |
| 4 | Esensten Law |
| | 12100 Wilshire Blvd., Suite 1660 |
| 5 | Los Angeles, CA 90025 |
| | Counsel for Doron Nottea and |
| 6 | Motti Nottea |
| 7 | Charlene Cantrell Koonce |
| | Receiver |
| 8 | Kelly M. Crawford |
| | Counsel to Receiver |
| 9 | Scheef & Stone |
| | 500 N. Akard, Suite 2700 |
| 10 | Dallas, Texas 75201 |
| 11 | Sagar Parikh |
| | Beverly Hills Law Corp. PC |
| 12 | 433 N. Camden Drive, 6th Floor |
| | Beverly Hills, CA 90210 |
| 13 | Attorney for Chargeback Armor, Inc. |
| 14 | Jeffrey Benice |
| | Law Offices of Jeffrey S. Benice |
| 15 | A Professional Law Corporation |
| | 3080 Bristol Street |
| 16 | Sixth Floor, Suite 630 |
| | Costa Mesa, CA 92626 |
| 17 | Telephone: (714) 641-3600 Ext. 214 |

                                                              /S/ REID TEPFER
                                                              REID TEPFER

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT AGOA HOLDINGS, INC.
Page | 4