1  DAVID C. SHONKA
   Acting General Counsel

2  REID TEPFER
   rtepfer@ftc.gov; Tex. Bar No. 24079444
3  LUIS GALLEGOS
   lgallegos@ftc.gov; Okla. Bar No. 19098
4  ZACHARY A. KELLER
   zkeller@ftc.gov; Tex. Bar No. 24087838
5  DAMA J. BROWN
   Dbrown1@ftc.gov; Mi. Bar No. P54775

6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75201
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
8  (214) 979-9382 (Keller); (214) 979-9374 (Brown)
   (214) 953-3079 (fax)

9  RAYMOND MCKOWN
   rmckown@ftc.gov; Cal. Bar No. 150975
10 10877 Wilshire Boulevard, Ste 700
   Los Angeles, California 90024
11 (310) 824-4343(voice); (310) 824-4380 (fax)

12 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT HERITAGE ALLIANCE GROUP, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT HERITAGE ALLIANCE GROUP, INC.
Page | 1

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Heritage Alliance Group, Inc., pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, Heritage Alliance Group, Inc., was served with the Summons, Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on June 20, 2015 and was served with the First Amended Complaint (Dkt. 235) by service upon Alon Nottea, its officer, managing or general agent, or other agent authorized by appointment or by law (Dkt. 486), who filed an Answer to the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251). Heritage Alliance Group, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served with the First Amended Complaint. Therefore, the FTC requests that the Clerk enter default against Defendant Heritage Alliance Group, Inc.

Respectfully submitted,

Dated: 07/15/16            \_\_\_\_\_*/s/ Reid Tepfer*_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT HERITAGE ALLIANCE GROUP, INC.
Page | 2

DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov; zkeller@ftc.gov; dbrown1@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT HERITAGE ALLIANCE GROUP, INC.
Page | 4

1 REID TEPFER