DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>Defendants. | Case No.  CV 15-4527-GW(PLAx)<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT LIFESTYLE MEDIA BRANDS, INC.** |

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT LIFESTYLE MEDIA BRANDS, INC.
Page | 1

1. I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2. On June 15, 2015, the FTC filed its Complaint for Injunctive and Other Equitable Relief (Complaint) in the United States District Court for the Central District of California against, among others, Defendant Lifestyle Media Brands, Inc. The Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3. On October 9, 2015, Plaintiff filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief. (First Amended Complaint).

4. The Clerk of Court issued a Summons for Lifestyle Media Brands, Inc., on June 16, 2015. On June 26, 2015, the Summons, Complaint, and other initial pleadings were served on Lifestyle Media Brands, Inc., through officer Lori Bekhor-Nottea at [redacted per L.R. 5.2-1], Tarzana, California 91356.

5. Lifestyle Media Brands, Inc., was served with the First Amended Complaint by service upon Alon Nottea, its officer, managing or general agent, or other agent authorized by appointment or by law (Dkt. 486), who filed an Answer to the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251).

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT LIFESTYLE MEDIA BRANDS, INC.
Page | 2

6. Lifestyle Media Brands, Inc., has not filed an answer or otherwise responded to the First Amended Complaint.

7. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Lifestyle Media Brands, Inc., to answer or otherwise respond to the First Amended Complaint has expired, and the Court has not extended it.

8. Since the filing of the First Amended Complaint, the FTC has not received any communication or documents from any attorney representing Lifestyle Media Brands, Inc., in defense of the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 15, 2016              /s/ REID TEPFER_____
                                  REID A. TEPFER