DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, *et al.* <br><br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SAFEHAVEN VENTURES, INC.** |

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Safe Haven Ventures, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  As shown in the accompanying affidavit of the undersigned counsel, Safehaven Ventures, Inc., was served with the Summons, Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on June 24, 2015 and was served with the First Amended Complaint (Dkt. 235) by service upon Alon Nottea, its officer, managing or general agent, or other agent authorized by appointment or by law (Dkt. 486), who filed an Answer to the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251).  Safehaven Ventures, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served with the First Amended Complaint.  Therefore, the FTC requests that the Clerk enter default against Defendant Safehaven Ventures, Inc.

Respectfully submitted,

Dated: 07/15/16

\_\_\_\_\_*/s/ Reid Tepfer*_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT SAFEHAVEN VENTURES, INC.

```
                                    Dallas, Texas 75206
                                    (214) 979-9395 (Tepfer)
                                    (214) 979-9383 (Gallegos)
                                    (214) 979-9384 (Keller)
                                    (214) 979-9374 (Brown)
                                    (214) 953-3079 (fax)
                                    rtepfer@ftc.gov; lgallegos@ftc.gov;
                                    zkeller@ftc.gov; dbrown1@ftc.gov

                                    RAYMOND MCKOWN,
                                    California Bar No. 150975
                                    10877 Wilshire Boulevard, Suite 700
                                    Los Angeles, California 90024
                                    (310) 824-4343(voice)
                                    (310) 824-4380 (fax)
                                    rmcknown@ftc.gov
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT SAFEHAVEN VENTURES, INC.
Page | 3

1  Counsel for Alon Nottea and
   Roi Reuveni
2
   Robert Esensten
3  Esensten Law
   12100 Wilshire Blvd., Suite 1660
4  Los Angeles, CA 90025
   Counsel for Doron Nottea and
5  Motti Nottea

6  Charlene Cantrell Koonce
   Receiver
7  Kelly M. Crawford
   Counsel to Receiver
8  Scheef & Stone
   500 N. Akard, Suite 2700
9  Dallas, Texas 75201

10 Sagar Parikh
   Beverly Hills Law Corp. PC
11 433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
12 Attorney for Chargeback Armor, Inc.

13 Jeffrey Benice
   Law Offices of Jeffrey S. Benice
14 A Professional Law Corporation
   3080 Bristol Street
15 Sixth Floor, Suite 630
   Costa Mesa, CA 92626
16 Telephone: (714) 641-3600 Ext. 214

17

18                                         /S/ REID TEPFER
                                           REID TEPFER
19

20

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT SAFEHAVEN VENTURES, INC.