| | |
|---|---|
| 1 | DAVID C. SHONKA<br>Acting General Counsel |
| 2 | |
| 3 | REID TEPFER<br>rtepfer@ftc.gov; Tex. Bar No. 24079444<br>LUIS GALLEGOS<br>lgallegos@ftc.gov; Okla. Bar No. 19098 |
| 4 | ZACHARY A. KELLER<br>zkeller@ftc.gov; Tex. Bar No. 24087838 |
| 5 | DAMA J. BROWN<br>Dbrown1@ftc.gov; Mi. Bar No. P54775 |
| 6 | Federal Trade Commission |
| 7 | 1999 Bryan Street, Suite 2150<br>Dallas, Texas 75201 |
| 8 | (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);<br>(214) 979-9382 (Keller); (214) 979-9374 (Brown)<br>(214) 953-3079 (fax) |
| 9 | RAYMOND MCKOWN |
| 10 | rmckown@ftc.gov; Cal. Bar No. 150975<br>10877 Wilshire Boulevard, Ste 700<br>Los Angeles, California 90024 |
| 11 | (310) 824-4343(voice); (310) 824-4380 (fax) |
| 12 | Attorneys for Plaintiff Federal Trade Commission |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,**<br>*et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT ZEN MOBILE MEDIA, INC.** |

1  Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court
2  enter default against Defendant Zen Mobile Media, Inc., pursuant to Federal Rule
3  of Civil Procedure 55(a).  As shown in the accompanying affidavit of the
4  undersigned counsel, Zen Mobile Media, Inc., was served with the Summons,
5  Complaint for Injunctive and Other Equitable Relief, and other initial pleadings on
6  June 20, 2015 and was served with the First Amended Complaint (Dkt. 235) by
7  service upon Alon Nottea, its officer, managing or general agent, or other agent
8  authorized by appointment or by law (Dkt. 486), who filed an Answer to the First
9  Amended Complaint individually, but not for this defaulting corporation, on
10 October 23, 2015. (*See* Dkt. 251).  Zen Mobile Media, Inc., has failed to plead or
11 otherwise defend in this action, and more than 21 days have elapsed since it has
12 been served with the First Amended Complaint.  Therefore, the FTC requests that
13 the Clerk enter default against Defendant Zen Mobile Media, Inc.

Respectfully submitted,

Dated: 07/15/16                     _____*/s/ Reid Tepfer*_____
                                    REID TEPFER,
                                    Texas Bar No. 24079444
                                    LUIS GALLEGOS
                                    Oklahoma Bar No. 19098
                                    ZACHARY A. KELLER
                                    Texas Bar No. 24087838
                                    DAMA J. BROWN
                                    Michigan Bar No. P54775

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT ZEN MOBILE MEDIA, INC.

|   |   |
|---|---|
| 1 | Federal Trade Commission |
|   | 1999 Bryan Street, Suite 2150 |
| 2 | Dallas, Texas 75206 |
|   | (214) 979-9395 (Tepfer) |
| 3 | (214) 979-9383 (Gallegos) |
|   | (214) 979-9384 (Keller) |
| 4 | (214) 979-9374 (Brown) |
|   |  (214) 953-3079 (fax) |
| 5 | rtepfer@ftc.gov; lgallegos@ftc.gov; |
|   | zkeller@ftc.gov; dbrown1@ftc.gov |

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT ZEN MOBILE MEDIA, INC.

```
 1  14724 Ventura Blvd Penthouse
    Sherman Oaks, CA 91403
 2  Counsel for Alon Nottea and
    Roi Reuveni
 3
    Robert Esensten
 4  Esensten Law
    12100 Wilshire Blvd., Suite 1660
 5  Los Angeles, CA 90025
    Counsel for Doron Nottea and
 6  Motti Nottea

 7  Charlene Cantrell Koonce
    Receiver
 8  Kelly M. Crawford
    Counsel to Receiver
 9  Scheef & Stone
    500 N. Akard, Suite 2700
10  Dallas, Texas 75201

11  Sagar Parikh
    Beverly Hills Law Corp. PC
12  433 N. Camden Drive, 6th Floor
    Beverly Hills, CA 90210
13  Attorney for Chargeback Armor, Inc.

14  Jeffrey Benice
    Law Offices of Jeffrey S. Benice
15  A Professional Law Corporation
    3080 Bristol Street
16  Sixth Floor, Suite 630
    Costa Mesa, CA 92626
17  Telephone: (714) 641-3600 Ext. 214

18
                              /S/ REID TEPFER
19                            REID TEPFER

20
```

PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT ZEN MOBILE MEDIA, INC.
Page | 4