DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Texas Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No.  CV 15-4527-GW(PLAx)** |
| **Plaintiff,** | **NOTICE OF LODGING AND LODGING OF PLAINTIFF'S [PROPOSED] DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | **DATE: July 18, 2016** |
| **Defendants.** | **TIME: 8:30 a.m.**<br>**COURTROOM: 10**<br>**JUDGE: HON. GEORGE WU** |

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
[PROPOSED] DEFAULT JUDGMENT AND ORDER  FOR PERMANENT INJUNCTION
AND OTHER EQUITABLE RELIEF, DECLARATION OF PLAINTIFF'S COUNSEL AND
SECOND SUPPLEMENTAL FILING CONCERNING DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached

[Proposed] Default Judgment and Order for Permanent Injunction and Other

Equitable Relief, Declaration of Plaintiff's Counsel, and Second Supplemental

Filing Concerning Default Judgment.

Respectfully submitted,

Dated: 7/15/16

_____/s/ Reid Tepfer_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
zkeller@ftc.gov; dbrown1@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024

(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com

1 | Receiver

2

3

4 | Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
5 | Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com
6 | Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

7

8 | Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
9 | 3080 Bristol Street
Sixth Floor, Suite 630
10 | Costa Mesa, CA 92626
jsb@jeffreybenice.com
11 | Telephone: (714) 641-3600 Ext. 214

12 | /S/ REID TEPFER
REID TEPFER

13

14

15

16

17

18

19

20

PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF
[PROPOSED] DEFAULT JUDGMENT AND ORDER  FOR PERMANENT INJUNCTION
AND OTHER EQUITABLE RELIEF, DECLARATION OF PLAINTIFF'S COUNSEL AND
SECOND SUPPLEMENTAL FILING CONCERNING DEFAULT JUDGMENT