# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION <br><br> PLAINTIFF(S) <br><br> v. <br><br> BUNZAI MEDIA GROUP, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:15−cv−04527−GW−PLA <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

　　It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

　　Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

　Agoa Holdings, Inc. a California corporation

　Bunzai Media Group, Inc. a California corporation, also doing business as Aura Vie doing business as Miracle Face Kit doing business as Attitude Cosmetics

　DSA Holdings, Inc. a California corporation

　Heritage Alliance Group, Inc. a California corporation, also doing business as Aura Vie Distribution

　Insight Media, Inc. a California corporation


　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

　July 18, 2016　　　　　　　　　　　　　　　　　By　/s/ *Margo Mead*
　Date　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CV−37 (10/01)　　　　　　　　**DEFAULT BY CLERK F.R.Civ.P. 55(a)**