UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | July 18, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Jeffrey S. Benice - by telephone |
| Luis Gallegos | Sagar Parikh - by telephone |
| | Robert M. Ungar |
| | Shai Oved |

**PROCEEDINGS:   PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT [454];**

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Court and counsel confer.  Court will review the Stipulated Order for Permanent Injunction as to Defendant Roi Reuveni.  Order to issue.  Plaintiff FTC has requested default on all remaining Defendants with the exception of settling defendants and Christopher Bond.

Defendants will have until July 28, 2016 to file any objections to Plaintiff FTC's proposed default judgment filed on June 7, 2016 [454-1].  Plaintiff's FTC motion is continued to August 8, 2016 at 8:30 a.m.  Plaintiff will file a status report will be filed by August 3, 2016.

Additionally, Plaintiff FTC's motion to enforce the judgment will be filed by July 22, 2016.  Defendants' opposition will be filed by noon on July 28, 2016.  Plaintiff's reply, if any, will be filed by noon on August 3, 2016.  The motion will be heard on August 8, 2016 at 8:30 a.m.

| | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |