DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*,<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**FEDERAL TRADE COMMISSION'S POSITION CONCERNING CHARGEBACK ARMOR'S REPRESENTATION OF SETTLEMENT** |

As set out in its Status Reports filed July 5 and July 14, 2016, (Docket Nos. 479, 485), Relief Defendant Chargeback Armor, Inc., accepted undersigned counsel's offer to resolve the Federal Trade Commission's claims against it by paying $133,000 in funds frozen by a prior order. The payment would have been part of a broader settlement with all remaining, non-defaulting parties. After notifying the Court of the settlement on the eve of trial on June 21, 2016, the parties negotiated a proposed stipulated final order, for which undersigned counsel agreed to seek approval from the Commission.[1] For reasons that are unclear, Chargeback Armor has since reneged, and has refused to sign the proposed stipulated final order.

The FTC acted in good faith and was prepared to honor its commitment by forwarding the proposal to the Commission based on Chargeback Armor's representations that it agreed to the settlement. The FTC expended significant

---

[1] Settlement authority for the FTC resides exclusively in the five-member Commission itself, which can act only upon a majority vote of a quorum. *See FTC v. Flotill Products, Inc.*, 389 U.S. 179, 183 (1967) (applying the common-law rule requiring the assent of a majority of a quorum of Commissioners to act on behalf of the agency); *see also* COMMISSION RULE OF PRACTICE 4.14(c), 16 C.F.R. Part 4.14 ("Any Commission action, either at a meeting or by written circulation, may be taken only with the affirmative concurrence of a majority of the participating Commissioners, except where a greater majority is required by statute or rule or where the action is taken pursuant to a valid delegation of authority."); 15 U.S.C. § 56(a)(2) ("[T]he Commission shall have exclusive authority to commence or defend, and supervise the litigation of, such action and any appeal of such action in its own name by any of its attorneys designated by it for such purpose[.]"

resources serving numerous subpoenas, creating exhibits, and preparing for trial. All of these efforts were suspended based on Chargeback Armor's representation. Additionally, the Court suspended indefinitely the trial in this matter, set to begin the next day, based on Chargeback Armor's representations.

      As a matter of law, the Commission is entitled to seek enforcement of the agreement to settle, notwithstanding that at the time Chargeback Armor reneged, undersigned counsel had agreed to seek, but had not yet obtained, Commission approval. *See*, *e.g.*, *Phinisee ex rel. Phinisee v. United States*, No. CIV.A. 10-1253, 2012 WL 3186160, at *5 (E.D. Pa. Aug. 6, 2012) (tentative settlement, contingent upon government counsel obtaining agency approval, is enforceable). However, as a matter of discretion, and in consideration of a number of factors, including that Chargeback Armor never signed the proposed settlement, the Commission will not seek such enforcement in this instance. Accordingly, the Commission respectfully requests that the Court reset the matter for trial. The Commission will continue to work with Defendants Secured Merchants LLC and Alan Argaman to finalize a settlement with them or narrow the issues for trial.

      Respectfully submitted,

      DAVID C. SHONKA
      Acting General Counsel

      DAMA J. BROWN

|   |   |   |
|---|---|---|
| 1 |  | Regional Director |
| 2 | Dated: July 22, 2016 | *Reid Tepfer* |
| 3 |  | REID TEPFER |
|   |  | rtepfer@ftc.gov |
| 4 |  | Texas Bar No. 24079444 |
|   |  | LUIS GALLEGOS |
| 5 |  | lgallegos@ftc.gov |
|   |  | Oklahoma Bar No. 19098 |
| 6 |  | Federal Trade Commission |
|   |  | 1999 Bryan Street, Suite 2150 |
| 7 |  | Dallas, Texas 75206 |
|   |  | (214) 979-9395 (Tepfer) |
| 8 |  | (214) 979-9383 (Gallegos) |
|   |  | (214) 953-3079 (fax) |

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 22, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

1. Charlene Cantrell Koonce
Receiver
2. Kelly M. Crawford
Counsel to Receiver
3. Scheef & Stone
500 N. Akard, Suite 2700
4. Dallas, Texas 75201

5. Sagar Parikh
Beverly Hills Law Corp. PC
6. 433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
7. Attorney for Chargeback Armor, Inc.

8. Jeffrey Benice
Law Offices of Jeffrey S. Benice
9. A Professional Law Corporation
3080 Bristol Street
10. Sixth Floor, Suite 630
Costa Mesa, CA 92626
11. Telephone: (714) 641-3600 Ext. 214

12.
13.                                              /S/ REID TEPFER
                                                    REID TEPFER
14.
15.
16.
17.
18.
19.
20.