DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**NOTICE OF MOTION AND JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC.,  ALON NOTTEA, DORON NOTTEA, IGOR LATSANOVSKI, PENDING FINAL ORDER**<br>Hearing Date: August 29, 2016 at 8:30am PDT |

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**


Plaintiff Federal Trade Commission ("FTC"), on behalf of the FTC and Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski (Stipulating Defendants) files this Joint Motion to Stay Proceedings Pending Final Order. The parties request that the Court stay all pending deadlines as to Stipulating Defendants contained in the Scheduling Order in this matter (Doc. No. 223) until October 26, 2016, to provide the Commission with sufficient time to review and vote on the Stipulated Order. In support of this Agreed Motion, and to show good cause, the parties state:

1. Stipulating Defendants signed a Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski ("Stipulated Order"), which the undersigned counsel for the Plaintiff will recommend to the full Commission.

2. Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the five-member, presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Stipulated Order can be submitted to the Court for approval and issuance, the Commissioners must vote to accept it.

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**

Page | 2

In order to provide time for Commission approval, Plaintiff and Stipulating Defendants move to stay all discovery, dispositive motion, pretrial, and trial deadlines as to Stipulating Defendants until October 26, 2016.

An appropriate proposed Order is attached.

                          Respectfully submitted,

**For Plaintiff FTC:**

Dated: 7/28/16                          /s/ Reid Tepfer_____
                                            REID A. TEPFER
                                            LUIS H. GALLEGOS
                                            Attorneys for the Plaintiff
                                            Federal Trade Commission
                                            1999 Bryan Street, Suite 2150
                                            Dallas, Texas 75201
                                            (214) 979-9395 (Tepfer)
                                            (214) 979-9383 (Gallegos)
                                            (214) 953-3079 (facsimile)
                                            rtepfer@ftc.gov
                                            lgallegos@ftc.gov

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**

**For Defendants Alon Nottea and Adageo, LLC:**

Dated: 7/28/16                     /s/ Robert M. Unger

                                 Robert M. Unger
                                 Crosswind Law
                                 14724 Ventura Blvd Penthouse
                                 Sherman Oaks, CA 91403
                                 rmu@crosswindlaw.com
                                 *Counsel for Roi Reuveni*

**For Defendant Doron Nottea:**

Dated: 7/28/16                     /s/ Robert Esensten

                                 Esensten Law
                                 12100 Wilshire Blvd., Suite 1660
                                 Los Angeles, CA 90025
                                 *Counsel for Doron Nottea*

**For Defendant Igor Latsanovski, CalEnergy, Inc., and Zen Mobile Media, Inc.:**

Dated: 7/28/16                     /s/ Jeffrey Benice

                                 Law Offices of Jeffrey S. Benice
                                 A Professional Law Corporation
                                 3080 Bristol Street
                                 Sixth Floor, Suite 630
                                 Costa Mesa, CA 92626
                                 Telephone: (714) 641-3600 Ext. 214
                                 *Counsel for Igor Latsanovski, CalEnergy, Inc., and Zen Mobile Media, Inc.*

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 28, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER
REID TEPFER

**JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, AND IGOR LATSANOVSKI**