# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 15-04527 GW (PLAx) |
| Plaintiff, | **(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, IGOR LATSANOVSKI** |
| v. | |
| BUNZAI MEDIA GROUP INC., *et al.*, | |
| Defendants. | |

Considering the Joint Motion to Stay Proceedings as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski Pending Final Order filed by Plaintiff Federal Trade Commission;

The Joint Motion to Stay Proceedings as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski until October 26, 2016.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  The Honorable George Wu
                                  Judge, United States District Court

(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, IGOR LATSANOVSKI, PENDING FINAL ORDER