UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-04527-GW(PLAx)<br><br>**ORDER STAYING PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, IGOR LATSANOVSKI** |

Considering the Joint Motion to Stay Proceedings as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski Pending Final Order filed by Plaintiff Federal Trade Commission;

The Joint Motion to Stay Proceedings as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed as to Defendants Adageo, LLC, CalEnergy, Inc., Zen Mobile Media, Inc., Alon Nottea, Doron Nottea, and Igor Latsanovski until October 26, 2016.

**IT IS SO ORDERED.**

Dated: July 29, 2016

_____
GEORGE H. WU, U.S. District Judge

(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS ADAGEO, LLC, CALENERGY, INC., ZEN MOBILE MEDIA, INC., ALON NOTTEA, DORON NOTTEA, IGOR LATSANOVSKI, PENDING FINAL ORDER