**Charlene Koonce as Receiver for Bunzai Media Group Inc et al**
**Summary of Unencumbered Cash Receipts and Disbursements**
**September 1, 2015 through June 30, 2016**

| | | | | September 1, 2015 - June 30, 2016 |
|---|---|---|---|---:|
| Beginning cash balance of Receivership:  Amegy Bank #0266 | | | | $ 938,126.80 |
| Cash transfers from frozen accounts as required by Preliminary Injunction | | | | |
| | SignaPay | DMA Media Holdings, Inc. | #8130 | 8,613.83 |
| | Bank of America | Secured Merchants, LLC. | #0922 | 703.83 |
| | | Above All Offers | | 414.00 |
| | Bank of America | Forward Momentum, LLC. | #8658 | 1,250.00 |
| | Bank of America | Go Goldstar | | 8,500.00 |
| | | Mobooka, LLC | | 4,249.00 |
| | | EVO Merchant Services | All-Star Beauty Products, Inc. | 11,915.90 |
| | | Vertex Holdings Group | | 10,000.00 |
| | | | | |
| Total cash receipts | | | | 45,646.56 |
| | | | | |
| Cash disbursements | | | | |
| | Go Goldstar | | Moving Skincare Product | 2,791.24 |
| | Scheef & Stone LLP | | 8477.102 | 142,969.09 |
| | Scheef & Stone LLP | | 8477.100 | 43,329.48 |
| | Elluma Discovery | | Inv.# 1253-1st pp | 22,060.79 |
| | Scheef & Stone LLP | | ABC Moving - 1st invoice | 5,300.00 |
| | Brandlin & Associates | | 1st pp - invoice #13612 | 103,235.19 |
| | Secured Merchants, LLC | | 60% - WF Account | 1,121.92 |
| | Abrams Garfinkel Margolis Bergsoh | | 1st Pay Petition - #2967 | 2,997.07 |
| | Extra Space Storage | | #547, 1002232985 | 573.00 |
| | Scheef & Stone LLP | | 25% - pp#1 8477.100 | 21,664.74 |
| | Scheef & Stone LLP | | 25% - pp#1 8477.102 | 55,943.10 |
| | U-Haul Storage of Northridge | | 711085-09870 | 280.90 |
| | Elluma Discovery | | 25% 1st pp | 8,220.00 |
| | Brandlin & Associates | | 25% 1st pp | 50,592.45 |
| | Abrams Garfinkel Margolis Bergsoh | | 25% 1st pp | 612.91 |
| | Extra Space Storage | | Storage in CA Unit #547 | 573.00 |
| | Abrams Garfinkel Margolis Bergsoh | | remaining 25% | 612.91 |
| | Brandlin & Associates | | remaining 25% | 50,592.45 |
| | Elluma Discovery | | remaining 25% | 8,220.00 |
| | Scheef & Stone LLP | | remaining 25% | 55,943.10 |
| | Scheef & Stone LLP | | remaining 25% | 21,664.74 |
| | | | | |
| Total cash disbursments | | | | 599,298.08 |
| Net change | | | | -553,651.52 |
| Ending unencombered cash | | | | $ 384,475.28 |

# EXHIBIT A