**EXHIBIT C**

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE

-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                        09/25/2015

Account No:    8477-102
Invoice No:      849871


Matter 102 - Representation of the Receiver


|  |  |  | Hours |
|---|---|---|---|
| 08/26/2015 | KMC | Exchange several communications with counsel for Igor Latsanovski regarding incorrect statements he made to the Court; conference with C. Koonce regarding same; review schedule of properties provided by Sunset Holdings. | 0.25 |
|  | WLH | Travel from Dallas to Los Angeles (3 hrs); drive from LAX to Reseda (1 hr); walk through Suites 103, 105, and 109 in preparation of move (1 hr); meet with movers and supervise move from Suites 103 and 105 to storage with specified items moved to Suite 109, also reviewed documents in Doron Nottea's office to identify and separate personal from defendant documents; meet with Gil Alchuli to view skin care product and negotiate his offer for all the product (10 hrs). | 15.00 |
| 08/27/2015 | KMC | Review information provided by Sunset Holdings regarding properties owned by it; communicate with FTC attorney regarding chart of properties held by Sunset and questions arising from the information provided; review objection by Alon Nottea to fee petition and communicate with C. Koonce regarding same. | 0.50 |
|  | WLH | Travel to UHaul Storage to turn back second storage unit and keep Unit 1403 (0.5 hr); travel to 6950 Canby Suite 109 to meet with Gil Alchuli and supervise removing skin care product from suite (11.5 hrs) | 12.00 |
| 08/28/2015 | KMC | Review objection to fee application filed by Igor Latsanovsky for purposes of preparing reply; research and review cases cited in objection; communicate with C. Koonce regarding same; receive copy of promissory note related to Sunset from couple in New York; review same and send to FTC. | 1.00 |
|  | WLH | Final walk through of 6925 Canby Suite 105 and 6850 Canby Suite 103 to remove Warning Notices and remove trash (1 hr); meet with Gil Alchuli for the purpose of putting a moving dolly and pallet jack back in Suite 109 as well as discuss the process to notice the sale of the skin care product (0.5) meet with Leslie Halili and turn over key to suites (0.25 hr); travel to UPS Express Shipping location for the purpose of shipping computers from Doron Nottea's office and Suite 103, ship five (5) computers (1.5 hrs); travel from Reseda to LAX (1 hr); travel from Los Angeles to Dallas including time to process through security (4 hrs). | 8.25 |
| 08/31/2015 | WLH | Review and respond to email from Gil Alchuli regarding the storage of the skincare product, storage units, and moving invoice (0.25 hr); modify Bill of |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

09/25/2015

Account No:     8477-102
Invoice No:      849871

Matter 102 - Representation of the Receiver

|  |  | Hours |
|---|---|---|
|  | Sale to reflect purchase price and buyers name and forward copy to Gil Alchuli (0.25 hr); review and modify docket regarding Order continuing hearings on the Receiver's Emergency Request to Compel Production, Orders to Show Cause, Motion for Order Finding Certain Assets Subject to the TROs, and Preliminary Injunction and Motion of Order Approving and Authorizing Payment from Receivership Assets of Receivership Fees and Expenses (0.2 hr); review and respond to email from C Koonce regarding inventory of items going to storage and 109 and Sunset Holdings properties that may need notice of lis pendens filed (0.4 hr); email correspondence with Gil Alchuli regarding name to be reflected on Bill of Sale and tax id number (0.2); conference with C Koonce regarding move from Suites 105 and 103 as well as items placed in Suite 109 (0.3 hr); research Gil Alchuli's business entitites Fun Zone and Go Goldstar using westlaw and general google search (0.75 hr); attempt to transfer photos take and Suites to local drive, conference with Chad Clinger regarding download issues (0.3 hr); review Notice of Lis Pendens regarding Redwood property returned from the Los Angeles County Registrar and make corrections per the stated issues identified on the return form (0.25 hr); draft transmittal letter to resend Notice of Lis Pendens regarding Redwood property (0.3 hr) review recovered photographs for the purpose of identifying lost photos (0.25 hr) |  |
|  |  | 3.25 |
| KMC | Work on Reply to Response by Latsanovski and CalEnergy to Receiver's Motion for Payment of Fees and Expenses; conference with C. Koonce regarding same. |  |
|  |  | 4.00 |
| LMS | Summarize proposed sales procedures for purpose of conferencing with opposing counsel; Confer with Charlene Koonce regarding same; Various email correspondence; Begin work on Motion to Establish Sales Procedures and to Confirm Sale of Skin Care Inventory |  |
|  |  | 2.30 |
| 09/01/2015   WLH | Review invoice from Gil Alchuli for move and storage of skincare product and forward to K Bates to process for payment (0.25 hr); review and respond to email from C Koonce regarding authorization to pay for move of skincare product from 6925 Canby Suite 109. (0.2 hr); review email from C Koonce requesting the return service for David Migdal; email correspondence (x3) with Sarah Thompson to request return service on Migdal (0.2 hr); review email Ted at Inside Moves to request quote to move skincare inventory from Suite 109 to storage; teleconference with Ted at Inside Moves regarding his quote to move skincare inventory; email C Koonce and provide quote from Ted at Inside Moves. (0.4 hr); review and respond to email from C Koonce requesting fee for service on David Migdal (0.1 hr) |  |
|  |  | 1.15 |
| KMC | Continue work on Reply to Defendants' Objection to Motion for Payment. | 4.00 |
| LMS | Email correspondence with Kristine Bates regarding EVO payments | 0.20 |
| 09/02/2015   WLH | Access ups.com for the purpose of tracking shipment made from Reseda, CA on August 28, 2015- indicates delivery is scheduled on this date (0.2 hr); review email from C Koonce to Gary Fidler regarding Canby Suites 105 and 103 being turned back to Mid Valley Properties. (0.1 hr); review emails (x3) from Sarah Thompson regarding the affidavit of service on David Migdal as well as an invoice for the service, forward affidavit and invoice to C Koonce and K Bates (0.2 hr) received shipment sent via UPS (0.1 hr) |  |
|  |  | 0.60 |
| KMC | Prepare Receiver's Declaration in Support of Reply to Defendant's Opposition to Pay Motion; revise Reply; conference with C. Koonce regarding same. |  |
|  |  | 2.50 |

Charlene C. Koonce, Receiver FTC v. Bunzai

09/25/2015
Account No:   8477-102
Invoice No:      849871

Matter 102 - Representation of the Receiver

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | Hours |
| ---------- | --- | --- | ----- |
| 09/03/2015 | KMC | Prepare Receiver's Reply to Opposition of Doron Nottea to Fee Motion; conference with Receiver regarding revisions to Reply to Opposition of Latsanovski and Calenergy to Fee Motion. | 1.00 |
| 09/04/2015 | WLH | Email correspondence with Leslie Halili with Mid Valley Properties regarding items remaining in Suites 105 and 103 and the cost to remove and store items; email C Koonce to advise of the removal and storage cost so the cost can be approved; email Leslie Halili to advise the Receiver has approved the removal of items and storage. | 0.40 |
| 09/08/2015 | LMS | Draft Motion to Establish Sales Procedures and Confirm Sale of Skin Care Product Inventory; Confer with Charlene Koonce regarding same | 5.00 |
| 09/09/2015 | WLH | Conference with C Koonce regarding the storage of the skin care product, the approximate amount of product (in boxes), and process to notice the court of the sale (0.25 hr); email correspondence with C Koonce regarding the Dellure collagen mask expiration date and whether "sell by" or "use by" was indicated on the packaging (0.1 hr); attempt to change address and forward mail for defendant entities using USPS.com- unsuccessful; using USPS.com, locate and contact the local post office for the 6900 Canby Avenue area; teleconference with Shannon San Filippo at the Reseda Boulevard post office location for the purpose of discussing the appointment of C Koonce as Receiver and having defendant entity mail sent forward to the Receiver; email Shannon San Filippo a copy of the Order appointing permanent Receiver, the addresses which are effected by the forward, the Receiver's address, and a list of defendant entities in which to have mailed sent forward. | 1.50 |
|            | KMC | Communicate with C. Koonce regaring potential for fraudulent conveyance claim against CalEnergy. | 0.25 |
|            | LMS | Confer with Charlene Koonce regarding revisions to Motion and preparation of proposed order | 0.60 |
| 09/10/2015 | WLH | Using returned envelope address, attempt to verify a current address for Jean-Pierre Green using Westlaw, searchbug.com, and general google search; return envelope to D Lambert. | 0.75 |
|            | KMC | Telephone conference with creditor of receivership seeking settlement payment; place call to creditor's attorney and leave message; conference with C. Koonce regarding same. | 0.50 |
| 09/11/2015 | WLH | Review email from C Koonce to Liz Nickels at Mid Valley Properties approving work necessary to remove items in suites 105 and 103; forward signed agreement for work to Liz Nickels via email (0.25 hr) | 0.25 |
|            | KMC | Conference with C. Koonce regarding strategy for hearing on Motion for Payment of Fees. | 0.25 |
| 09/14/2015 | WLH | Review Notice of Lis Pendens returned from the Los Angeles County indicating the document is not recordable as presented; contacted the Los Angeles County recorder and spoke with Marie initially then Gabriel Montez, Supervisor of recording analysis, states that the Notice of Lis Pendens does not specifically identify the plaintiff and defendant for the purpose of review by a deputy clerk so there is confusing as to who the owner of the property is. Gabriel Montez request the document be modified to easily identify the plaintiff and defendant involved with the property described in Exhibit B. (0.5 hr); email | |

Charlene C. Koonce, Receiver FTC v. Bunzai

09/25/2015
Account No:    8477-102
Invoice No:    849871

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | C Koonce and K Crawford regarding the changes to the Notice of Lis Pendens requested by Gabriel Montez at the Los Angeles County Registrar's Office (0.1 hr). | 0.60 |
| 09/16/2015 | JSS | Draft declaration regarding no review of e-mails for Individual Defendants' accounts; review communications with IT consultant relating to the same. | 0.70 |
| | KMC | Conference with C. Koonce in preparation for hearing on objection to motion for fees; prepare outline of points of contention in fee objection and responses thereto; review communication from Ungar regarding evidentiary objections. | 0.75 |
| 09/17/2015 | WLH | Review email from C Koonce requesting a review of Alon Nottea's financial statement for the purpose of summarizing Alon's assets; review Alon Nottea's financial statement and create summary of assets; email summary of Alon Nottea's assets to C Koonce via email. | 0.50 |
| | LMS | Draft order granting motions for sales procedures | 1.00 |
| 09/18/2015 | WLH | Review email from C Koonce to Annah Kim regarding Calenergy assets that may be located at Igor Latsanovski's home; review email from Shannon at the USPS in Reseda requesting verification of defendant entity mail to be sent forward to the Receiver; review and modify Lis Pendens regarding the Rosewood property; forward email from Shannon to Charlene for review; email Shannon to advise the list of defendants previously provide is to be used to determine the mail which is sent forward to the Receiver; email modified Lis Pendens to C Koonce for review. | 0.75 |
| | LMS | Email correspondence with Bank of America representative | 0.30 |
| 09/21/2015 | WLH | Review emails from UHaul and ExtraStorage Space regarding reminders for rent on storage units; forward emails to K Bates and conference regarding payment method; email Jose Hernandez at ExtraSpace Storage to verify a company check is acceptable for payment of rent on Unit 547; set up online accounts for both ExtraStorage Space and UHaul units; review and respond to email from Gil Alchuli regarding taking possession of the skin care product-advised the Receiver would verify when the product care to be turned over to Alchuli's possession; email Alchuli Receiver's response and docket setting for the motion to sale assets regarding the skin care product; teleconference with Rami Navarro regarding the status of the office furniture and computers in 6850 Canby Suite 103 and if the assets are available for sale; email C Koonce to inquire about the schedule to begin selling assets; review Notice of Lis Pendens regarding the Redwood property returned from Los Angeles County Registrar; review email from C Koonce requesting date preliminary injunction with asset freeze regarding Igor Latsanovski and CalEnergy be added to the Notice of Lis Pendens for both the Rosewood and Redwood properties. | 1.25 |
| 09/22/2015 | WLH | Conference with C Koonce regarding the order transferring assets to the Receiver and the modification to the Notices of Lis Pendens to be re-filed with the Los Angeles County Registrar/Clerk. | 0.25 |
| 09/23/2015 | KMC | Conference with C. Koonce regarding numerous receivership issues, including sale of computer equipment and stipulation as to creditor claim who paid money for alleged programming. | 0.25 |
| 09/24/2015 | WLH | Review and respond to email from Luis Villa at the UHaul facility in Northridge | |

Charlene C. Koonce, Receiver FTC v. Bunzai

09/25/2015
Account No: 8477-102
Invoice No: 849871

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | regarding invoice reminder, advised Villa to review account as it reflects a unit that has not been rented; review email from C Koonce regarding approval to begin selling the office furniture but not computers; email Rami Navarro to advise office furniture is available for purchase and offers are being accepted. | 0.25 | |
| 09/25/2015 | WLH | Review email from C Koonce requesting copy of Adageo financial statement; forward copy of Adageo financial statement to C Koonce via email; review email from C Koonce | 0.20 | |
| | | For Current Services Rendered | 72.30 | 14,532.75 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 15.25 | $375.00 | $5,718.75 |
| Will Hester | 46.95 | 140.00 | 6,573.00 |
| Leslie Sanderson | 9.40 | 225.00 | 2,115.00 |
| James Stafford | 0.70 | 180.00 | 126.00 |

| | | |
|---|---|---|
| Total Current Services and Expenses | | 14,532.75 |
| Previous Balance | | $310,798.39 |
| 09/25/2015 | Cost payment - thank you Check #1002 | -30,713.39 |
| 09/25/2015 | Fee payment - thank you Check #1002 | -112,255.70 |
| Total Payments | | -142,969.09 |
| Balance Due | | $182,362.05 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 167,459.80 | 0.00 | 0.00 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200

INVOICE
-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                    11/23/2015
                                                              Account No:      8477-102
                                                              Invoice No:        853153

Matter 102 - Representation of the Receiver

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                | Hours |     |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
| 08/02/2015 | KEB  | Work on appendix table of contents for initial report; label and prepare exhibits for scanning and bates labeling.                                                                                                                                                                                                                                                                                          | 2.50  | n/c |
| 08/03/2015 | KMC  | Prepare Affidavit of Noncompliance regarding Alon Nottea's refusal to provide consents to Google; prepare proposed Order to Show Cause; communicate with J. Stafford regarding same; prepare and send email to counsel for A. Nottea regarding final demand for A. Nottea to consent to Stipulated Order for gaining access to Google accounts; prepare and send email to R. Ungar regarding failure of Roi Reuveni to provide credentials for accessing personal email; prepare draft of Affidavit of Noncompliance to file regarding Roi Reuveni; communicate with E. Robi regarding Reuveni taking position he changed email accounts; communicate with Reuveni attorney regarding same. | 3.00  |     |
|            | LMS  | Draft letter agreement to be executed by EVO for turnover of funds held in reserve accounts                                                                                                                                                                                                                                                                                                                  | 1.50  |     |
| 08/04/2015 | JSS  | Finalize Affidavit of Noncompliance regarding Alon Nottea; Review and respond to multiple e-mail correspondences from K. Crawford regarding Defendant Alon Nottea's refusal to consent to stipulated order; review multiple e-mail correspondences to verify/cross reference the e-mail accounts in the exhibits to the Affidavit of non-compliance.                                                         | 1.00  |     |
|            | KMC  | Exchange communications with R. Ungar regarding getting consents from A. Nottea or information regarding persons to provide consents for Google to provide access to emails; review local rules governing receivers and conference with C. Koonce regarding same; prepare Schedule of Creditors; conference with C. Koonce regarding motion to add entities to definition of Receivership Defendants in the Receivership Order; conference with C. Koonce regarding fee petition to be prepared and presentation of report to the Court. | 4.00  |     |
|            | MSF  | Prepare and finalize memo and points of authority regarding discovery the source of retainer payments under CA law.                                                                                                                                                                                                                                                                                         | 3.00  | n/c |
|            | LMS  | Confer with Receiver regarding amounts received from Wells Fargo; Review first set of documents received from EMS (payment processor); Telephone conference with Joe Medina of Wells Fargo regarding errors in production of account balances, reviewing many accounts and prior reports from WF regarding same.                                                                                              | 1.60  |     |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:     8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
| 08/05/2015 | KMC | Revise and finalize schedule of creditors and have filed with the Court; work on fee petition; communicate with accountants and local counsel about fee petition. | 5.00 |
|  | LMS | Multiple correspondence with Theresa Vitello of EVO payments regarding status of letter agreement;  Continue efforts to obtain documents from Wells Fargo;  Correspondence regarding same (no charge for .50 hours) | 1.00 |
| 08/06/2015 | KMC | Telephone conference with C. Koonce regarding results of preliminary injunction hearing; send email to all counsel of record seeking conference on Receiver's First Interim Fee Petition; work on fee petition; communicate with Sagar regarding assets from which fees would be paid; review invoices to identify those related to work on Sunset Holdings; communicate with C. Koonce regarding same. | 4.00 |
|  | LMS | Confer with Theresa Vitello of EVO payments regarding status of turnover of funds; Confer with Charlene Koonce regarding continue efforts to collect money from Receivership Defendants; Review documents produced by payment processor EMS | 1.10 |
| 08/07/2015 | KMC | Conference with C. Koonce regarding pending show cause hearing; work on fee petition and comparison of fees to other receiverships in federal courts of California; conference with C. Koonce regarding same; add discussion in fee petition of results obtained and monies seized and safeguarded by receiver's actions. | 4.00 |
|  | LMS | Confer with EVO regarding status of agreement to turnover money; continued correspondence with Wells Fargo. | 0.80 |
|  | RMB | Reviewed tax authorities surrounding reporting requirements. Addressed questions and alternatives with Charlene Koonce. | 0.90 |
| 08/10/2015 | KMC | Conference with C. Koonce regarding strategy for handling contempt issues, fee petition issues, and issues regarding potential fraudulent conveyance claims against third parties; have proof of service prepared and filed regarding serving creditors with schedule of creditors. | 0.50 |
|  | ML | Email correspondence with Charlene regarding various matters related to potential criminal abatement requested by Defendants. | 0.50 |
|  | WLH | Review email from C Koonce to defendant counsel stating counsel has not contacted C Koonce regarding the request for identification of personalty from Suites 103 and 105 as well as identification of entities their clients contend owns contents in same Suites. | 0.10 |
| 08/11/2015 | JSS | Draft letter to affiliate marketers to remit funds held on deposit; confer with Receiver regarding same. | 1.00 |
|  | KMC | Conference with C. Koonce regarding defendants' intent to file motion to stay proceedings because of pending criminal investigation; review ex parte application and proposed order filed by defendants seeking stay and conference with C. Koonce regarding scope of relief requested being broader than represented; communicate with M. Little and C. Koonce regarding potential link between Igor Latsanovski's ownership and control of entity being related to money laundering scheme being prosecuted in New York. | 1.00 |
|  | WLH | Review email from C Koonce requesting current address for Gidi Siro for service of process; research using Westlaw, general google search, Los Angeles County Assessor records, and Orange County Assessor records to |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:     8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | determine current address for Gideon Sirommachoff aka Gidi Siro; forward results of research to C Koonce; review email from C Koonce requesting contact with individual interested in purchasing the Aura Vie product; teleconference with Gil (sp) regarding his interest in purchasing the Aura Vie product in Suite 109, advise him a more accurate count of available product will be provided for the purpose of negotiating a purchase; review video take of Suite 109 and identify product boxes for Aura Vie, Le'Or, and Dellure; review email from C Koonce forwarding email from David Beitchman advising Doron Nottea, Motti Nottea, Alon Nottea, and Roi Reuveni will be filing Ex Parte application for an order staying proceedings against them; email C Koonce regarding whether or not the filing will effect the sale of assets from the Suites- no except for maybe storing the computers and servers; review and respond to email from Liz Nichels at Mid Valley Properties regarding the status of Suites 103, 105, and 109 and payment of rent as well as the timing for turning the Suites over. | 2.00 | |
| | ML | Confer with client and Kelly Crawford regarding flows of money and potential need to confer with FTC regarding criminal matters; review motion to stay and response. | 1.20 | |
| 08/12/2015 | KMC | Review and revise response to Ex Parte Application to Stay Proceedings and conference with C. Koonce regarding same. | 0.50 | |
| | ML | Close review of materials related to Magnitsky fraud; confer via telephone and email with SA Todd Hyman with ICE; confer with US Attorney's office regarding various matters related to Auravie fraud. | 4.60 | n/c |
| | WLH | Contact Bill Augustine at Build Rehabilitation Industries regarding Aura Vie product that may be stored at the facility, leave voice message; conference with C Koonce regarding the sale of the Aura Vie product and 1992 Ford Truck; teleconference with a representative at the CA DMV regarding process to have vehicle titled in Receiver's name; review email from M Little requesting photographs of the Aura Vie product in Suite 109; email Brent McPeek with the FTC and request photographs of product in Suite 109; transfer video taken in Suite 109 and photos from McPeek to N: drive; email M Little to advise photographs were available for viewing; email correspondence with David Beitchman regarding title for 1992 Ford Truck to be signed and returned to the Receiver. | 2.00 | |
| 08/13/2015 | KMC | Add Mimonis to schedule of creditors; review local rules for filing of fee petition, notice of hearing, and notice of lodging order; begin work on notice of hearing and notice of lodging order; conference with C. Koonce regarding fee reductions. | 1.50 | |
| | ML | Confer with SA Hyman and begin compiling materials for USAO in connection with Prevezon investigation and Latsanovski as requested by USAD; confer with Charlene and Kelly regarding same. | 1.00 | |
| | WLH | Review email from C Koonce to David Beitchman regarding verification of the skincare product in Suite 109 and advising the product will either be sold or stored; review email from C Koonce requesting review of chart and verify whether addresses are associated with a physical address or post office box, also add best address for service on David Migdal; review chart and verify addresses; research current address for David Migdal for service on Forward Momentum and add to chart; review emails (x3) from C Koonce requesting verification of entity addresses Trigen and Forward Momentum; review email from C Koonce to Sagar Parikh regarding rent payment on suites 105 and | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | 103; contact six mail box locations and request any accumulated mail be sent forward to Receiver's office; review Notice of Lis Pendens returned from Los Angeles County Registrar; contact Los Angeles County Registrar's office and spoke with Patty regarding explanation for return of Notice, stated Mr. Gabriel will contact regarding reason for rejection; teleconference with Bill Augustine at Build Rehabilitation Industries regarding amount of defendant product being stored at facility and any rent that may be due. | 3.00 |
|  | LMS | Conference call with Jin Na regarding status and source of amounts received by Receiver for updating summary regarding same. | 1.00 |
| 08/14/2015 | KMC | Prepare and finalize Order regarding fee petition; revise and finalize Notice of Lodging Order; revise and finalize Notice of Hearing; conference with C. Koonce regarding fee petition; communicate with M. Harris regarding notice of providing information to U.S. Attorney in Southern District of New York. | 1.50 |
|  | WLH | Review and respond to email from C Koonce requesting corporate information for USM Products; review and respond to emails (x2) from C Koonce requesting verification of address for Merchant Leverage and identify address as physical or post office box; conference with C Koonce regarding move of contents out of Suite 105 and 103 to storage; teleconference with Richie at ABC Moving Systems to discuss getting quote for move from Canby suites; contacted and left message for Mr. Gabriel at the Los Angeles County Registrar regarding rejected Notice of Lis Pendens; email Liz at Mid Valley to request access to suites for moving company for the purpose of providing quote for move, states she does not have access to the suites because key was returned to Brandlin's office; review email regarding service of documents on Migdal. | 1.00 |
| 08/15/2015 | WLH | Review email from C Koonce with documents to be served on David Migdal; teleconference with Sarah Thompson regarding service on Migdal; attempt to email documents to be served to Thompson; travel to S&S Dallas; transfer documents to be served on Migdal to dropbox and email link to Sarah Thompson. | 1.00 |
| 08/17/2015 | KMC | Receive emails from attorney for Igor Latsanovski requesting continuance of hearing on Receiver's fee application; communicate with C. Koonce regarding same; communicate with court regarding hearing on motion to stay case. | 0.25 |
|  | WLH | Email correspondence with Sarah Thompson stating David Migdal has moved from the address provided for service; research current address using information provided by former landlord and Westlaw; email correspondence (x3) Sarah Thompson current address for service on Migdal; contact Los Angeles County Registrar's office and leave voice message regarding Notice of Lis Pendens; teleconference with Jasmine at LA County Registrar and email a copy of the Notice and form stating rejection for review; review email from Sarah Thompson regarding attempted service on Migdal, states residence is correct according to neighbors but no one is home; email correspondence with Leslie Halili at Mid Valley regarding key to suites and C Koonce stating she will allow Mid Valley to walk potential renters through office suites; advise C Koonce of the status of service on Migdal and the process servers findings at the address in Burbank; email correspondence with Richie at ABC Moving regarding pricing that could be expected for a local move. | 1.50 |
| 08/18/2015 | KMC | Communicate with receiver regarding request for extension of hearing by |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-102
Invoice No:    853153

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | attorneys for Igor Latsanovski; and communicate with Igor's attorneys regarding response to request for extension. | 0.25 |
| | WLH | Teleconference with Gil regarding his interest in the skincare, advise him the photos of the product will be reviewed in order to provide a more accurate count of the product; research the cost of the product using amazon and ebay; teleconference with Sandra at the LA County Registrar's office to discuss the deficiency to be corrected on the Notice of Lis Pendens; modify the Notice of Lis Pendens to reflect C Koonce as an attorney, have the document signed and notarized, and re-transmit document to the LA County Registrar; research storage facilities for the contents in the suites; email Jeff Brandlin to request a key to the suites be provide to Leslie at Mid Valley; email correspondence with C Koonce regarding title for 1992 Ford truck being sent to David Beitchman to be signed by owner and returned with the keys to the truck; email Beitchman regarding having the title signed and returned- received auto response stating Beitchman is out of the office; continue research regarding storage unit for contents of office suites; teleconference with Tim at The Storage Place in Reseda, states there are no large units available; email reservation of storage unit to Extra Space Storage in Northridge; email correspondence and teleconference with Jose at Extra Space Storage stating to lease a unit, paper work would need to be done at a facility local to Dallas; review email from C Koonce regarding the rescheduling of the hearing and to hold off on service of Migdal; email Sarah Thompson to advise a hold on serving Migdal. | 3.00 |
| | LMS | Multiple correspondence with EVO Payments representative; Finalize letter agreement regarding release of reserve accounts | 1.10 |
| 08/19/2015 | KMC | Review and approve Stipulation to be filed with the Court extending the date of hearing on various motions; conference with C. Koonce regarding preparing for hearing on defendants' motion to stay. | 0.25 |
| | WLH | Conference with C Koonce regarding rescheduled hearing and letter to accompany amended notice to be served on Migdal; teleconference with Courtney at Extra Space Storage in Northridge and provide contact information for facility in Dallas off of Haskell; teleconference with Ted at Inside Moves in Reseda to discuss moving service and quote for office suites, states he would request a look at the contents before providing a quote; email correspondence with David Beitchman regarding title for 1992 Ford Truck, states to forward the title and he will have it signed and returned; draft transmittal letter regarding title and send via FedEx to David Beitchman's attention. | 1.00 |
| 08/20/2015 | WLH | Teleconference with Troy at Extra Space Storage for the purpose of scheduling a time to complete storage agreement; verify contact information for the Extra Space Storage in Northridge, California (0.25 hr); review email from C Koonce forwarding email from Tom Vidal for the purpose of coordinating a walk through for movers at the Canby office suites; email Tom Vidal the contact information for ABC Moving Systems and Inside Moves (0.25 hr); conference with C Koonce regarding Deed of Trust received from Los Angeles County Registrar; reviewed Deed of Trust and verified it is for a property located at 430 West San Antonio Dr., Long Beach, CA; email copy of Deed of Trust to C Koonce (0.25 hr); review email from C Koonce regarding the coordination with Tom Vidal's office to provide Vidal with a key and schedule for move; email Tom Vidal and Jeff Brandlin regarding Brandlin | |

Charlene C. Koonce, Receiver FTC v. Bunzai                                               11/23/2015
                                                                          Account No:      8477-102
                                                                          Invoice No:        853153

Matter 102 - Representation of the Receiver

|  |  | Hours |
|---|---|---|

|  |  |  |
|---|---|---|
|  | providing Vidal a key to the suites (0.25 hr); teleconference with Ted at Inside Moves to advise someone from Tom Vidal's office will be contacting Ted for access to the suites for a walk through; travel to Extra Space Storage to meet with Troy and teleconference with Jose at the facility in Northridge, CA for the purpose of completing a storage agreement (1.5 hrs); review and respond to email string from Tom Vidal, Jeff Brandlin, Kelsey Schultz, and Leslie Halili regarding key to suites and provide contact information for the moving companies to Kelsey Schultz (0.25 hr); email correspondence (x3) with Kelsey Schultz at Tom Vidal's office regarding Mid Valley Property management and voice message from Ted at Inside Moves (0.25 hr); review rental agreement for storage unit at Extra Space Storage in Northridge, CA and docket re-occurring monthly payment (0.25); email Jose Hernandez at Extra Space Storage to request a receipt of payment for the first month's rent paid via credit card (0.1 hr); review email and conference with C Koonce regarding re-scheduled hearing on Motion, supporting Declaration, Notice of Motion, Notice of Hearing, Notice of Lodging, and Amended Notice of Hearing to be served on David Migdal (0.1); review email from K Crawford requesting research regarding current email address for Annaliese Kambour at Time Warner; research using Time Warner website and general internet search; forward results of research to K Crawford via email (0.3 hr); teleconference and email correspondence with Kelsey Schultz stating Leslie may not have the key in time for the moving companies to walk through; email Jeff Brandlin to verify the key will be in Leslie Halili's hands in time for Kelsey to access the suites (0.25 hr). | 4.00 |
| KMC | Review deed of trust on Sunset Holdings property and investigate named beneficiaries; conference with C. Koonce regarding same; prepare email to named beneficiary under deed of trust regarding receivership; review Reply to Motion to Stay filed by Defendants and conference with C. Koonce regarding same. | 0.75 |
| ML | Teleconference and email correspondence with Kelly Crawford regarding deed of trust and Annaliese Kambour; research regarding same. | 1.00 |
| LMS | Correspondence with Shameka Spence regarding status of release of reserve accounts from Priority Payment; Confer with Charlene Koonce regarding same | 0.40 |

|  |  |  |  |
|---|---|---|---|
| 08/21/2015 | WLH | Review email from Cyndy Haddad at Brandlin's office providing tracking number for FedEx delivery of the suites key to Leslie at Mid Valley Properties; review email string between Kelsey Schultz at Tom Vidal's office, Cyndy Haddad, and Leslie Halili. (0.25 hr). access fedex website for the purpose of tracking key delivery (0.1 hr); review and respond to email from Kelsey Schultz and Leslie Halili regarding the key arriving to late in the day to be available for the moving company walk through and their suggestion to wait until Monday; contact and leave voice message for Mike at ABC Moving Systems regarding his ability to reschedule the walk through until Monday and still schedule the move on Wednesday; teleconference with Ted at Inside Moves to discuss rescheduling a walk through for Monday, states Thursday August 27th is still available for a move but cannot guarantee it will remain open (0.5 hr); teleconference with Mike at ABC Moving Systems regarding the reschedule for the walk through, advised the move is still on the schedule for Wednesday August 26th (0.25); email correspondence with Kelsey Schultz to advise meeting the movers for a walk through on Monday is acceptable to the movers. (0.25 hr); | 1.40 |
|  | KMC | Review motion to stay, receiver's response, FTC's response, reply of | |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | defendants and proposed order in preparation for hearing on motion; receive order continuing hearing on certain motions; revise amended notice of hearing on fee motion and have filed and served; revise notice of hearing on motion to add additional companies to list of entities in receivership and have filed and served; communicate with Annaliese Kambour regarding need for note that is secured by Sunset Holdings property. | 1.50 |
| 08/24/2015 | KMC | Prepare for and attend telephonically the hearing on Defendants' motion to stay; and the application by Sunset and Calenergy to release properties from freeze order; telephone conference with C. Koonce regarding same. | 2.00 |
|  | WLH | Review and respond to email from C Koonce regarding items the defendants state are related to their adult business and are to be moved to Suite 109 (0.25 hr); review and respond to email from C Koonce regarding taking certain hard drives and computers into our possession because a creditor is claiming there is intellectual property on the drives ( 0.25 hr); conference with K Bates regarding Amended Notice of Hearing; forward Amended Notice of Hearing and Notice Letter to Sarah Thompson for service on David Migdal (0.3); review and endorse check received from the California Secretary of State regarding reimbursement for document request; conference with A Gray regarding check (0.25 hr); receive and review returned Lis Pendens regarding 3783 Redwood property from Los Angeles County Registrar along with Notice Action reflecting changes to be made for document to be filed (0.25 hr) | 1.30 |
|  | LMS | Email correspondence with Shameka Spence regarding status of reserve accounts at Priority Payments | 0.10 |
| 08/25/2015 | WLH | Review voice message from Kelsey Schultz at Tom Vidal's office stating she has shown the movers through the two suites and will drop off key at the leasing office, email Kelsey Schultz to acknowledge the voice message has been received and reviewed (0.2 hr); review email from Sarah Thompson stating David Migdal has been served with original documents and amended notice of hearing (0.1 hr); review email and conference with C Koonce regarding service on Migdal as well as contents of Suite 105 that are to be moved to Suite 109, and discuss Beitchman position on the 1992 Ford truck title (0.25); email Sarah Thompson to request copy of return and list of documents served on Migdal as well as an invoice for service of process (0.1 hr); preparation for trip to Canby office suites in Reseda (1.0 hr); teleconference with Mike at ABC Moving Systems to finalize the schedule for the move from the Canby office suites (0.3); teleconference with Ted at Inside Moves to verify his quote for the move (0.25 hr); email C Koonce information regarding the estimate for the move and how payment will need to be made in order for the move to be scheduled (0.1 hr); teleconference with Leslie Halili regarding the turnover of Suite 109 and Alon Nottea stating he will be paying the rent (0.25); teleconference with Mike at ABC Moving Systems regarding the estimate, documents to be completed and signed, and credit card payment to be able to put move on the schedule for August 26th (.25 hr); teleconference with Gil regarding the skincare product he is interested in purchasing and schedule to meet (0.25 hr); conference with A Gray regarding firm credit card to be used as payment for move (0.1 hr); email D Lambert move proposal for the purpose of entering K Crawford's firm credit card information (0.1 hr); hand delivery proposal documents to C Koonce for signature (0.1 hr); email completed proposal documents to Mike at ABC Moving Systems (0.1 hr); research climate controlled storage units to be used |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:   8477-102
Invoice No:     853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  | KMC | to store computer equipment and lease unit (0.5 hr). | 4.20 |
|  |  | Conference with C. Koonce regarding follow up in light of court's hearing and regarding formulating plan for working toward closing of receivership. | 0.25 |
| 09/29/2015 | WLH | Review emai from C Koonce requesting confirmation of Zen Mobile Media's corporate status; research using the California Secretary of State website to verify the corporate status of Zen Mobile Media and forward results of research to C Koonce; review email from C Koonce regarding offers on the office furniture; email Rami Navarro regarding his interest in the furniture; review email from C Koonce requesting an inventory of the office suites and estimate of computer, copiers, phone system, and security system; create inventory by using photographs of office suites and advise C Koonce of items going to storage and items moved to Suite 109. | 1.25 |
|  | JWS | Confer with Koonce regarding drafting a motion to establish claims priority. | 0.20 |
| 09/30/2015 | WLH | Conference with K Bates regarding recording fees and expenses; review and respond to email from K Bates requesting EIN for SBM Management and Adageo; review records and email EIN for SBM Management and Adageo to K Bates. | 0.30 |
| 10/01/2015 | WLH | Email correspondence (x4) with Rami Navarro regarding his interest in the office furniture; email Navarro photographs of office furniture as well as discuss coordinating a time when Navarro can view the furniture; email K Crawford requesting his signature on the notices of lis pendens; email Gabriel Gomez at the Los Angeles County Registrar's Office to advise that the notices of lis pendens involving Sunset Holdings' properties on Redwood and Rosewood will be sent to his attention via overnight courier; review email from C Koonce requesting SBM Management tax documents; forward copy of SBM Management tax documents to C Koonce via email; modify Notices of Lis Pendens and create transmittal letters, prepare Notices for transmittal. | 1.00 |
|  | LMS | Multiple correspondence with Receiver and Bank of America regarding release of certain funds;  Confer with Wells Fargo regarding same (n/c for .8 hours) | 0.70 |
| 10/02/2015 | WLH | Conference with C Koonce regarding offers on the office furniture that can be included in the Receiver's Report; research value of office furniture using Office Depot, Staples, eBay, and New England Office Warehouse to establish a value for the office furniture; review and respond to email from C Koonce inquiring about access to electricity in the climate controlled unit. | 2.00 |
|  | JWS | Read and analyze correspondence from Koonce regarding claims priority; teleconference with Koonce regarding the same; begin researching and analyzing law relating to consumer redress claims in FTC receivership cases; read and analyze U.S. District Court for the Central District of California Local Rules relating to receiverships; review claims priorities in Bankruptcy Code section 507 and case law relating to the same; draft outline of Receiver's Motion to Establish Claims Priority; exchange correspondence with Koonce regarding the same. | 2.40 |
| 10/05/2015 | WLH | Review email from C Koonce regarding possible Mimonis intellectual property on computers from Suite 103; email A Martinez to discuss the approach to reviewing the hard drives for the Mimonis intellectual property; complete research regarding furniture items in Suites 103 and 105 to determine estimated value; research value of computer and electronic equipment in |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:   8477-102
Invoice No:   853153

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| | | Suites 103 and 105 using amazon, dell.com, apple.com, bestbuy.com, eBay, datasystemworks.com, nightowl.com, and lenova.com; forward value estimate to C Koonce via email; email correspondence with C Koonce discussing the basis for the valuation and the amount that may be expected to recover for the computer and electronic items; review scheduling conference Order and docket scheduling order from October 2, 2015 conference; review ADR Procedure No. 2; review and respond to email from C Koonce to verify that there were no photographs taken of the defendants' individually, families, or children (regarding demand from Alon's counse for return of same); conference with A Martinez regarding the computers to be set up for review of data. | 3.00 |
| | JWS | Begin researching and analyzing voluntary dissolutions under California Corporations Code sections 1900-1907 and involuntary dissolutions under California Corporations Code sections 1800-1809; exchange correspondence with Koonce regarding the same (n/c); continue drafting Receiver's Motion to Establish Claims Priority. | 1.00 |
| | LMS | Multiple email correspondence related to status of release of certain funds by Bank of America | 0.70 |
| 10/06/2015 | WLH | Review and respond to email from C Koonce regarding time frame in which to review computers for intellectual property files for Mimonis Inc.; review files on one Apple computer used by Rotem Pharm for the purpose of searching for files related to Mimonis Inc. | 0.75 |
| | JWS | Read and analyze correspondence from Koonce and Ungar regarding Bankruptcy Code sections 502 and 507; confer with Koonce regarding the same; exchange correspondence with Koonce regarding the same. (n/c for 1.0 hours) | 0.60 |
| 10/07/2015 | WLH | Assist A Martinez with set up of computers from Suite 103 for the purpose of review regarding Mimonis documents; file damage claim report with United Parcel Services regarding damage to one of the computers during shipping; review Rotem Fhima interview to verify computer login and password; re-evaluate Fhirma's computer for Mimonis related files. | 1.50 |
| | JWS | Continue researching and analyzing law relating to consumer redress in FTC receivership cases; continue researching and analyzing law relating to Bankruptcy Code claims priorities; continue drafting *Receiver's Motion to Establish Claims Priority*. | 2.70 |
| | RMB | Reviewed tax return and discussion with Charlene Koonce regarding various issues. | 1.60 |
| 10/08/2015 | WLH | Complete review of Mimonis electronic files found on Rotem's computer and transfer the files to a hard drive to be sent to creditor Mimonis; review email from C Koonce requesting tax returns for entities Agoa and Shalita Holdings; forward tax returns to C Koonce via email; email Eric Robi regarding access to the climate controlled storage and identifying Argaman's computer to be returned; review email correspondence between C Koonce and Annah Kim regarding office furniture being stored at Igor Latsanovski's residence; photograph damage to Apple computer for the purpose of filing a photograph claim with UPS. | 1.50 |
| | JWS | Continue researching and analyzing law relating to Bankruptcy Code claims priorities; continue drafting Receiver's Motion to Establish Claims Priority; compose correspondence to Koonce regarding the same (n/c 1.3 hours) | 1.20 |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| 10/09/2015 | WLH | Review and respond to email from Angie at Brucar Locksmith forwarding unpaid invoices per their records; forward email to Aleysha in accounting to confirm payment; convert photographs to acceptable size to be sent via email to UPS regarding damage claim. | 0.50 | |
| 10/12/2015 | WLH | Review email from C Koonce to Eric Robi regarding agreement to sale computers to Doron Nottea's adult entertainment businesses, not including Alan Argaman's computer equipment, and verification the computers in question have been imaged; email C Koonce regarding an offer to be made to Rami Navarro for the furniture from Suite 103 and 105- C Koonce advised offer from Doron Nottea's adult entertainment businesses includes the furniture. | 0.75 | |
| | JWS | Analyze potential applicability of Bankruptcy Code section 726 to Receiver's Motion to Establish Claims Priority; confer with Koonce regarding the same; continue drafting Receiver's Motion to Establish Claims Priority. | 1.00 | n/c |
| 10/13/2015 | WLH | Review email correspondence between C Koonce and Eric Robi regarding imaging the computers and retrieving Alan Argaman's computer; review email from Kristine Bates requesting tax returns for Focus Media, Merchant Leverage Group, Secured Merchants, and Secured Commerce- advised that the returns are not in the production from Robert Unger; review email from C Koonce stating the Court has given approval of the skin care product sale with Gil Alchuli and to contact Alchuli to advise him of same; email Gil Alchuli to advise him of the approval of sale regarding skin care product; modify the bill of sale for the skin care product and forward to C Koonce for review and signature. | 1.00 | |
| | JWS | Continue drafting *Receiver's Motion to Establish Claims Priority*; research and analyze law relating to equitable subordination of claims in receivership cases; continue drafting *Receiver's Motion to Establish Claims Priority*; compose correspondence to Koonce regarding the same. | 1.40 | |
| 10/14/2015 | WLH | Conference with C Koonce regarding modifications to be made to the bill of sale for the skincare product; review correspondence (x2) with Gil Alchuli regardng Order to be entered by the Court approving the sale of the skincare product and payment of storage units. | 0.50 | |
| | JWS | Draft condensed outline of *Receiver's Motion to Establish Claims Priority* for Koonce; exchange correspondence with Koonce regarding the same; confer with Koonce regarding the same; read and analyze correspondence from Koonce and Ungar regarding the same. | 0.50 | |
| 10/15/2015 | WLH | Modify bill of sale for the skin care product per changes requested by C Koonce; email correspondence with Gil Alchuli regarding Order to be entered approving the sale of the skin care product, waiver of October rent for storage, and modifications to the bill of sale; email C Koonce to advise that Alchuli will waive the storage fee; remove language regarding payment of storage fee from the bill of sale. | 0.50 | |
| 10/19/2015 | WLH | Review email from C Koonce to Eric Robi at Elluman Discover regarding Alan Argaman's computer to be retrieved from storage; reveiw and respond to an email from C Koonce regarding the possibility to sale the office furniture for a net profit; research furniture buyers in the Los Angeles area; email Wertz | | |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-102
Invoice No:      853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | Brothers and Hotel Surplus Outlet regarding possible interest in the office furniture; review email from Wertz Brothers stating they have a surplus of office furniture and would not be interested; review email from Hotel Surplus stating the do not deal in office furniture; email C Koonce to advise of the response from the furniture buyers; email Eric Robi to advise the security card and storage unit key will be sent to via FedEx; prepare security card and unit key to be sent to Eric Robi; email and teleconference with South Coast Auction to inquire possible interest in the office furniture at Igor's residence; email correspondence with Eric Robi and Sherry Katz regarding access to the climate controlled storage; email correspondence with Leslie Halili and Sherry Katz regarding Katz picking up security cameras from the Canby location and taking the cameras to the climate controlled storage. | 2.00 |
| 10/20/2015 | WLH | Review and reply to email from C Koonce regarding an inventory list of computers in Suites 103 and 104; email Rami Navarro to inquire about his interest in the furniture being stored at Latsanovski's residence; review email from Richard Kaplan to C Koonce and Eric Robi requesting access to Argaman's computer; email C Koonce regarding Order approving sale of skin care product. | 0.30 |
| 10/21/2015 | WLH | Conference with C Koonce regarding Order approving sale of skin care product. | 0.10 |
| 10/22/2015 | WLH | Modify bill of sale for skin care product to reflect current date and forward to C Koonce for signature; email bill of sale signed by C Koonce to Gil Alchuli for signature and advise Alchuli storage keys will be mailed to the address provided; prepare transmittal of storage keys; email correspondence (x3) with Gil Alchuli regarding available office furniture for sale; review email correspondence between Sherry Katz and C Koonce regarding schedule for Katz to access computers at storage unit; email Katz and verify she will be able to go by the Canby Leasing office and pick up security cameras; email correspondence (x3) with Gil Alchuli regarding office furniture located at Latsanovski's residence and send photographs; review and respond to email from C Koonce requesting a contract form- forward form. | 1.25 |
|  | LMS | Multiple correspondence with Bank of America regarding new accounts opened by Receivership Defendants and their request for confirmation that accounts do not need to be frozen;  Confer with Kristine Bates regarding EVO account balances (n/c .6 hours) | 0.90 |
|  | JWS | Read and analyze correspondence from Koonce regarding Receiver's Motion to Authorization to Establish Claims Priority; continue drafting the same; confer with Koonce regarding the same; review law relating to Bankruptcy Code §§507(a)(3)-(7); draft Order Establishing Claims Priority; compose correspondence to Koonce regarding Receiver's Motion to Authorization to Establish Claims Priority and Order Establishing Claims Priority. | 2.10 |
| 10/23/2015 | WLH | Review email from A Taylor regarding Brucar Locksmith invoices to be paid; forward A Taylor email to K Bates to determine if the invoices have been approved for payment; review and respond to email from C Koonce inquiring if the Brucar invoices had been paid on firm credit card- advise A Taylor had researched charges and did not find corresponding charges. | 0.25 |
| 10/26/2015 | WLH | Review and respond to email from C Koonce regarding review of invoices |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:   8477-102
Invoice No:        853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
|  |  | from Brucar Locksmith; email Angie at Brucar Locksmith to dispute a service charge and request a reduction to the invoice. | 0.25 |
| 10/27/2015 | LMS | Follow up with WF regarding fees to SBM account | 0.20 |
| 10/28/2015 | WLH | Review and respond to email from C Koonce requesting draft of Notice of Sale. | 0.10 |
| 10/30/2015 | WLH | Draft Notice of Sale; forward to C Koonce for review. | 0.40 |
| 11/02/2015 | WLH | Review returned Notices of Lis Pendens from the Los Angeles County Clerk/Recorders office; conference with C Koonce regarding the return notices. | 0.25 |
| 11/03/2015 | WLH | Review email from C Koonce regarding Order establishing sales procedures and request to modify notice of sale regarding office furniture accordingly; review and respond to email from C Koonce regarding status of Brucar Locksmith invoice; email Gil Alchuli regarding his interest in the office furniture stored a Latsanovski's residence. | 0.25 |
| 11/04/2015 | WLH | Review email from C Koonce to Tom Vidal regarding assistance with filing notices of lis pendens; modify Notice of Sale based on the Order on Motion for Order Establishing Sale Procedures (Dkt. No. 238) | 0.50 |
| 11/05/2015 | LMS | Correspondence related to Nottea's safety deposit box | 0.20 |
| 11/09/2015 | WLH | Teleconference with Kim Y at UPS Damage Group to check the status of claim regarding Apple computer- advised to call location where package was shipped; teleconference with Suresh Lapsiwala at Express Pack & Ship regarding the UPS damage claim, states he will forward the claim form sent to the location by UPS; email correspondence with Suresh Lapsiwala regarding claim form and provide fax number. | 0.30 |
| 11/10/2015 | WLH | Review email from C Koonce regarding mail from PO Boxes; email and fax request for defendant mail sent to PO Boxes from Bizzy Box, All Boxed Inn, UPS Store 4165, UPS Store 0044, and UPS Store 1047 locations to be sent forward to the Receiver. | 0.50 |
| 11/11/2015 | JWS | Read and analyze correspondence from Koonce and attached *Objections of Defendants Alon Nottea and Roi Reuveni to Receiver's Proposed Order Establishing Claims Priority*; briefly review law relating to 11 U.S.C. § 510(c)(1); compose response correspondence to Koonce | 0.70 |
| 11/12/2015 | WLH | Review email (x 4) between C Koonce and Eric Robi and Sherry Katz at Elluma Discovery. | 0.25 |
|  | KMC | Telephone conference with Dawn Goddard regarding need to communicate with attorney, upcoming hearing on motion to establish claims priority and the priority being recommended by the Receiver. | 0.25 |
|  | JWS | Exchange correspondence with Koonce regarding Bankruptcy Code priorities in 11 U.S.C. § 507 | 0.30 |
| 11/16/2015 | WLH | Conference with K Bates regarding entity mail that was received from post |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:     8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | office boxes and that C Koonce would like information; research using wysk.com, California Secretary of State website, and general google search; forward results of research to C Koonce. | 0.50 |  |
|  | LMS | Confer with Bank of America representatives regarding account invoices for Receivership Defendants | 0.40 |  |
| 11/17/2015 | WLH | Email Lapsiwala to check on the status of the claim form for damaged Apple shipped via UPS and forward tracking number, incident number, and confirmation of claim sent by UPS. | 0.25 |  |
| 11/18/2015 | WLH | Review email from Suresh Lapsiwala with attached letter from UPS denying the claim, however, the letter referenced the incorrect claim number; review emails from UPS to verify tracking and incident claim munbers; email Lapsiwala to advise the UPS correspondence sent was for the incorrect claim and request correct claim form. | 0.30 |  |
| 11/23/2015 | WLH | Review email from Vivek Lapsiwala (shipper) regarding documents sent by UPS on the damage claim made on one of the Apple Computers; resolve issues regarding location of boxes used to ship computers to office; email Brent McPeek regarding preference of law enforcement agency to assist with initial entry. | 0.25 |  |
|  |  | For Current Services Rendered | 111.55 | 26,429.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 30.50 | $375.00 | $11,437.50 |
| Robert M. Bolton | 2.50 | 375.00 | 937.50 |
| Mitch Little | 3.70 | 375.00 | 1,387.50 |
| Jacob W. Sparks | 13.10 | 225.00 | 2,947.50 |
| Will Hester | 48.05 | 140.00 | 6,727.00 |
| Leslie Sanderson | 11.70 | 225.00 | 2,632.50 |
| James Stafford | 2.00 | 180.00 | 360.00 |

| 10/28/2015 | Photocopies | 64.80 |
|---|---|---|
| 10/30/2015 | Computerized legal research (1013) Thomson Reuters - West | 479.55 |
| 11/13/2015 | Postage | 0.48 |
| 11/16/2015 | Postage | 17.10 |
| 11/17/2015 | Postage | 1.64 |
| 11/18/2015 | Postage | 1.19 |
|  | Total Expenses | 564.76 |
|  | Total Current Services and Expenses | 26,994.26 |
|  | Previous Balance before Adjustments | $182,362.05 |
| 11/04/2015 | Write off per Charlene Koonce | -55,573.60 |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:     8477-102
Invoice No:       853153

Matter 102 - Representation of the Receiver

Previous Balance                                                                                           $126,788.45

| | | |
|---|---|---|
| 08/25/2015 | Cost payment, refund from California SOS - 11 checks - thank you | -369.50 |
| 10/19/2015 | 25% Fee payment - thank you check #1014 | -55,943.10 |
| | Total Payments | -56,312.60 |
| | Balance Due | $97,470.11 |

| | | Past Due Amounts | | | |
|---|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 0.00 | 14,532.75 | 0.00 | 55,943.10 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

12/22/2015

Account No:     8477-102
Invoice No:       855254

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| 11/24/2015 | WLH | Review and respond to email from C Koonce regarding the sell of the assets to Nottea falling through and the best way to sale the contents of the Extra Space Storage unit; teleconference with Jessica at the UPS Store regarding Box 160 and whether the Receiver would like to maintain the box; email C Koonce regarding Box 160; email Jessica at the UPS Store to advise the Receiver will maintain the box- renew box rental. | 0.40 |
| 11/25/2015 | WLH | Email Gil Alchuli to advise the defendants have backed out of the purchase of the office contents and inquire if Alchuli has any interest. | 0.10 |
| 11/30/2015 | WLH | Review emails (x 3) regarding contents in storage units and estimate value to be recovered from sale. | 0.25 |
| 12/01/2015 | WLH | Review email from C Koonce requesting word version of lis pendens be sent to Tom Vidal; email lis pendens documents to Tom Vidal. | 0.25 |
| 12/02/2015 | WLH | Conference with C Koonce regarding logistics of selling contents of Extra Space Storage unit and furniture located at Latsanovski's residence; create craigslist.com listing; research charity organizations for the purpose of preparing to abandon assets that do not sale; email list of items from storage unit and Latsanovski's residence to Gil Alchuli for the purpose of possible interest in purchasing assets. | 1.00 |
| 12/09/2015 | WLH | Review email from C Koonce requesting list of assets in the storage unit to be sold to Doron Nottea's business; forward via email the list of assets in storage and Latsanovski's residence; modify list of assets to be sold to include the electronic assets. | 0.30 |
| 12/11/2015 | WLH | Review email from C Koonce requesting status of notifying Bank of America that a representative from the parties will be accessing the safe deposit box to withdraw $10,000; contact Bank of America branch in Encino and teleconference with Maria, advised parties will be at the location at some point to withdrawn funds and purchase a cashier's check; email C Koonce to advise that the Bank request a copy of the purchase agreement and to have notice when the safe deposit box is to be accessed. | 0.50 |

Charlene C. Koonce, Receiver FTC v. Bunzai

12/22/2015
Account No:    8477-102
Invoice No:      855254

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
| 12/14/2015 | WLH | Review email from Extra Space Storage regarding rent due on storage unit; forward email to B Cezar for payment; review email from C Koonce to Robert Esensten regarding status of acquiring cashier's check with funds from the safe deposit box. |  |  |
| 12/15/2015 | WLH | Review email correspondence between C Koonce, Robert Esensten, Reid Tepfer, and Luis Gallegos regarding the Sales Agreement for Canby property; review and respond email from C Koonce requesting the contact information for the storage units as well as the keys in preparation of the Canby property sale. | 0.25 |  |
| 12/16/2015 | WLH | Review emails (x3) from B Cezar to C Koonce regarding storage fee at Extra Space Storage; email Eric Robi and Sherry Katz at Elluma Discovery regarding computers to be shipped their office address; teleconference with Robert at the UPS Store off McKinney to verify packing is performed at the location; transport the computers and monitors to UPS. | 1.50 |  |
| 12/17/2015 | WLH | Review and respond to email from C Koonce regarding e cig product in Suite 105 and whether it is in storage or moved to Suite 109. | 0.10 |  |
| 12/21/2015 | WLH | Review receipts from the UPS Store and email Eric Robi and Sherry Katz the tracking numbers for the computers sent via UPS. | 0.20 |  |
|  |  | For Current Services Rendered | 4.85 | 679.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Will Hester | 4.85 | $140.00 | $679.00 |

Total Current Services and Expenses                                                                    679.00

Previous Balance                                                                                              $97,470.11

12/07/2015          Payment - thank you check #1020                                              -55,943.10

Balance Due                                                                                                     $42,206.01

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 26,994.26 | 0.00 | 14,532.75 | 0.00 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                    01/25/2016

                                                              Account No:        8477-102
                                                              Invoice No:          865484

Matter 102 - Representation of the Receiver

|            |       |                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours |
|------------|-------|----|-------|
| 12/23/2015 | WLH   | Review to email from Eric Robi inquiring what should be done with the computers when received from UPS, advise Robi to put the computers in storage with the other electronics or use Robi's referenced storage in a November 12, 2015 email; review email with attached computer inventory from Eric Robi to C Koonce; retrieve videos and photos from electronic recording device and save to file. | 0.50 |
| 12/28/2015 | WLH   | Review email from C Koonce regarding communicating with the Bank of America branch in Encino about the schedule to access Nottea's safe deposit box; teleconference with Maria Yeghiayan at Bank of America to advise that representatives from both parties will access Nottea's safe deposit box; email Robert Esensten and Kelsey Schultz to advise the Bank of America branch has been made aware of the schedule to access Nottea's safe deposit box; review email from C Koonce requesting copy of Sales Agreement be sent to Bank of America; extract Sales Agreement from Notice of Sale and email Maria Yeghiayan a copy of the Sales Agreement. | 1.00 |
| 01/04/2016 | WLH   | Review email from Mary at All Boxed Inn regarding rental fee for PO Box 378 which receives mail for entities as well as Doran and Alon Nottea; email C Koonce to verify this is a box to be maintained to receive mail; teleconference with Maria at Bank of America to confirm time attorneys are scheduled to access the safe deposit box; teleconference with Kelsey Schultz regarding remarks to be reflected in the memo section of the cashiers check as payment by defendants for the contents of Suites 103 and 105; review email correspondence between C Koonce and Kelsey Schultz advising Schultz has possession of the cashier's check and will send it to the Reciever. | 0.50 |
| 01/05/2016 | LMS   | Review letter agreement with Evo requiring action regarding emails of reserve account by 1/31/2016; Confer with Charlene Koone regarding best course of action; Draft and send email to Evo representative regarding status of chargebacks | 0.60 |

Charlene C. Koonce, Receiver FTC v. Bunzai

01/25/2016
Account No:    8477-102
Invoice No:    865484

Matter 102 - Representation of the Receiver

Hours

| | | | |
|---|---|---|---|
| 01/06/2016 | WLH | Conference and email correspondence with C Koonce regarding the keys and codes to be sent to Robert Esensten for the purpose of the defendants access to the storage units; conference with B Cezar regarding canceling the use and charges for of the storage units; review email with attached bill of sale from C Koonce to Robert Esensten; email correspondence with Robert Esensten for the purpose of providing the access codes to the storage units and review his request for staff at the storage facilities to be advised of the defendants access to the units; email correspondence with Jose Hernandez at Extra Space Storage to advise that the defendants have permission to access the storage units and remove the contents; email Luis Villa at UHaul to advise that the defendants have permission to access the storage units and remove the contents; forward Robert Esensten email from Extra Space Storage confirming access to the storage unit; prepare and forward keys to storage units to Robert Esensten via FedEx; conference with C Koonce regarding access card to UHaul storage that is in the possession of Eric Robi; email Eric Robi and request the UHaul access card be sent to Robert Esensten; review email correspondence between C Koonce and Robert Esensten regarding the inventory at Build Business Services; per C Koonce's request, contact Build Business Services and leave voice message for Bill Augustine regarding the stored inventory. | 3.00 |
| 01/07/2016 | WLH | Email C Koonce to advise the status of contact with Bill Augustine; contact and leave voice message with Bill Augustine (manager of warehouse where additional inventory is stored); teleconference with Bill Augustine regarding product being stored at the San Fernando warehouse facility, Augustine will contact Frank at the facility to advise of the receivership matter and to provide any information for stored product; teleconference with Mary at All Boxed Inn for the purpose of renewing rental on PO Boxes 310 and 378; teleconference with Frank at Build Rehabilitation regarding inventory stored at the San Fernando warehouse under the entity name Shalita Holdings, Inc and request photographs of the pallets; create inventory list of product owned by Shalika Holding; conference with C Koonce regarding the inventory list discussed with Frank and plan of action regarding the inventory. | 1.00 |
| 01/12/2016 | WLH | Teleconference with Frank at Build Rehabilitation warehouse stating he will be sending photographs of the product being stored; email correspondence with Gil Alchuli regarding his interest in the Dead Sea salt- definitely interested; teleconference with Frank at Build Rehabilitation confirming the volume of Dead Sea salt being stored; research value of Dead Sea salt; email and conference with C Koonce regarding the value of the Dead Sea salt. | 1.00 |
| 01/13/2016 | WLH | Teleconference and email correspondence (x5) with Frank Lupercio at Build Business sending photographs of the Shalita Holding product being stored at the warehouse as well as outstanding invoices and continued cost for storage; review photos and research Sun Salt by Dead Sea | |

Charlene C. Koonce, Receiver FTC v. Bunzai

01/25/2016

Account No:   8477-102
Invoice No:   865484

Matter 102 - Representation of the Receiver

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | Works Ltd.;  internet research regarding value of sea salt being stored; email C Koonce regarding product in storage, outstanding invoices, and value of salt product. | 1.00 | |
| 01/14/2016 | LMS | Correspondence regarding August letter agreement with EVO Payments. | 0.20 | |
| 01/15/2016 | WLH | Email correspondence with Gil Alchuli regarding dead sea salt product in warehouse. | 0.10 | |
| 01/18/2016 | LMS | Multiple correspondence with general counsel for EVO Payments and Receiver regarding Retained Funds | 0.80 | n/c |
| | WLH | Email correspondence (x2) with C Koonce regarding the dead sea salt in storage and if it is available for sale; email correspondence with Gil Alchuli regarding his interest in viewing the dead sea salt. | 0.30 | |
| 01/21/2016 | LMS | Multiple correspondence with general counsel for EVO; Negotiate terms of letter agreement for turnover of Retained Funds in frozen merchant accounts | 0.50 | |
| 01/25/2016 | LMS | Confer with general counsel of EVO Payments regarding letter agreement; Review and revise same | 0.40 | |
| | | For Current Services Rendered | 10.10 | 1,558.50 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Will Hester | 8.40 | $140.00 | $1,176.00 |
| Leslie Sanderson | 1.70 | 225.00 | 382.50 |

Total Current Services and Expenses     1,558.50

Previous Balance     $42,206.01

Balance Due     $43,764.51

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 679.00 | 26,994.26 | 0.00 | 14,532.75 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE
-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                          02/25/2016
                                                                    Account No:    8477-102
                                                                    Invoice No:     865485


Matter 102 - Representation of the Receiver


|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hours |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/26/2016 | LMS  | Review Receiver's revisions to Evo letter agreement; Email correspondence with Evo general counsel regarding same                                                                                                                                                                                                                                                                                                                                                                                                                              | 0.20  |
|            | WLH  | Review email from C Koonce regaridng the status of the sea salt in storage and request to contact Moshe Abitbul regarding personal property (Dead Sea Salt and Minerals) being stored by Doron; review C Koonce's response to email from Abitbul regarding sea salt product Abitbul claims is being stored by Doron; email correspondence with C Koonce regarding Abitbul email and decide to wait until Abitbul responds to C Koonce's email with a description of the sea salt product and location of the storage facility; research vendors selling sea salt as a fertilizer supplement for crops and livestock; email Sea Minerals FA in Arkansas to advise the availability of sea salt product for sale; | 1.50  |
| 01/27/2016 | LMS  | Correspondence related to EVO agreement                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.30  |
| 01/28/2016 | LMS  | Finalize EVO agreement                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | 0.30  |
| 02/02/2016 | WLH  | Review and respond to email from Frank at Build Rehab regarding the January storage invoice for Shalita Holdings product and forward to B Cezar.                                                                                                                                                                                                                                                                                                                                                                                                | 0.20  |
| 02/03/2016 | WLH  | Review and respond to email from C Koonce regarding offers to purchase the Dead Sea salt in storage at the Build Rehab warehouse; research potential buyers for bulk sea salt; email Carrey at Bulk Apothecary to provide information regarding the Dead Sea Salt.                                                                                                                                                                                                                                                                              | 0.25  |
| 02/11/2016 | KMC  | Telephone conferences with Nattasia Yalley regarding upcoming deposition and non-disclosure agreement she signed with Bunzai; conference with C. Koonce regarding same; prepare letter from Receiver to N. Yalley releasing her from non-disclosure agreement so she can provide information and documents to FTC and other parties in lawsuit; communicate with N. Yalley regarding same; conference with C. Koonce regarding potential attorney malpractice claims against attorney for |       |

Charlene C. Koonce, Receiver FTC v. Bunzai

02/25/2016
Account No:  8477-102
Invoice No:  865485

Matter 102 - Representation of the Receiver

| | | | Hours | |
|---|---|---|---|---|
| | | Bunzai; review opinion letter from attorney for Bunzai. | 1.25 | |
| | ALM | Conference with C. Koonce regarding research. | 0.10 | |
| 02/18/2016 | ALM | Legal research regarding dissolved entity standing to sue. | 0.20 | |
| 02/23/2016 | WLH | Research for potential buyers of the sea salt in warehouse; email and leave voice message with San Francisco Salt Co. customer service; review and respond to email (x2) with Michele at San Francisco Salt Co. advising the information regarding the available salt product will be sent forward to the owner Lee Williamson. | 0.50 | |
| | | For Current Services Rendered | 4.80 | 1,066.75 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 1.25 | $375.00 | $468.75 |
| Audra L. Mayberry | 0.30 | 250.00 | 75.00 |
| Will Hester | 2.45 | 140.00 | 343.00 |
| Leslie Sanderson | 0.80 | 225.00 | 180.00 |

Total Current Services and Expenses     1,066.75

Previous Balance     $43,764.51

Balance Due     $44,831.26

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 1,558.50 | 679.00 | 26,994.26 | 14,532.75 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

03/25/2016

Account No:   8477-102
Invoice No:     865486

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/07/2016 | WLH | Review email from C Koonce regarding moving electronic files saved in dropbox to a local device; email A Martinez to coordinate the movement of electronic files;p access Bunzai dropbox folder and move 3.83 GB of data (8600+ documents) to local drive then deleted files from dropbox per C Koonce's request. | 0.50 | n/c |
|  | ALM | Conference with B. McKay and review California Corporations code; Prepare summary of research for C. Koonce. | 0.20 |  |
| 03/09/2016 | ALM | Strategy conference with C. Koonce and review and analysis file and venue issues. | 0.40 |  |
| 03/17/2016 | KMC | Communicate with attorney for lenders of Long Beach property about Injunction preventing foreclosure of the property. | 0.25 |  |
|  | ALM | Continue legal research regarding dissolved entity's ability to sue; conference with C. Koonce and B. McKay regarding same. | 0.50 |  |
| 03/21/2016 | WLH | Review Order regarding stipulation to set deadline for expert designation and extension of expert discovery cutoff then modify docket. | 0.10 | n/c |
| 03/22/2016 | WLH | Teleconference with Mary at All-Boxed-In regarding PO Box rental fee for box number 310 and mail to be sent forward to the Receiver; forward letter via fax authorizing the fees for forwarding mail and box rental. | 0.25 |  |
|  |  | For Current Services Rendered | 1.60 | 403.75 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 0.25 | $375.00 | $93.75 |
| Audra L. Mayberry | 1.10 | 250.00 | 275.00 |
| Will Hester | 0.25 | 140.00 | 35.00 |

Total Current Services and Expenses                                    403.75

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 102 - Representation of the Receiver

|  | 03/25/2016 |
|---|---|
| Account No: | 8477-102 |
| Invoice No: | 865486 |

| | |
|---|---|
| Previous Balance | $44,831.26 |
| Balance Due | $45,235.01 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,066.75 | 1,558.50 | 0.00 | 679.00 | 26,994.26 | 14,532.75 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                              04/25/2016
                                                                          Account No:      8477-102
                                                                          Invoice No:       865612

Matter 102 - Representation of the Receiver

|  |  |  | Hours |
|---|---|---|---|
| 03/29/2016 | WLH | Review and respond to email from Lee Williamson at San Francisco Salt Company regarding an offer for the sea salt; forward offer to C Koonce for consideration; email correspondence with C Koonce regarding any outstanding invoices owed on the salt; email Frank Lupercio at Build Rehab warehouse to inquire if Build Rehab would settle storage for Shalita Holdings product if the 28 pallets of sea salt are removed from the warehouse; review and respond to emails (x3) from C Koonce regarding the the outstanding invoices for storage of personal property at Build Rehab warehouse. | 0.50 |
| 03/31/2016 | SKB | Correspondence with Transamerica regarding TRO, preliminary injunction, and status. | 0.25 |
| 04/01/2016 | WLH | Review email from Matt Lynch regarding the rejection of the Receiver's offer on outstanding warehouse fees; draft a response to Lynch and forward to C Koonce for review; review email from C Koonce regarding draft; email Lynch to advise the Receiver will abandon the salt and other items if he agrees to terms. | 0.75 |
| 04/06/2016 | WLH | Review email from C Koonce regarding the status of written confirmation from Build Rehab that the receivership will not owe a deficiency; review email correspondence between C Koonce and Moshe Abitbul regarding his interest in reclaiming the sea salt and knowledge of the outstanding storage fees; email Matt Lynch at Build Rehabilitation to request written agreement regarding the storage fees for the Bunzai personal property and not claim a deficiency; review email regarding Lynch's response to request for agreement. | 0.50 |
| 04/07/2016 | WLH | Review voice message and email from Matt Lynch regarding salt being stored in warehouse; respond to Lynch's email to advise the Receiver does not represent Moshe Abitbul who claims ownership of the Dead Sea salt being stored at Build Rehab facility and again request written agreement not to assert claim against Bunzai for any deficiency regarding |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

04/25/2016

Account No:      8477-102
Invoice No:      865612

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | storage fees after the assets are abandoned; review email from C Koonce regarding sales procedure and abandonment; respond to C Koonce's email confirming abandonment of personal asset only requires mentioning in final report. | 0.40 |  |
| 04/11/2016 | WLH | Review email from C Koonce stating abandonment agreement letter to Build Rehabilitation has been reviewed; process letter for C Koonce's signature; email letter to Matthew Lynch at Build Rehabilitation for review and signature. | 0.25 |  |
| 04/13/2016 | WLH | Teleconference with Moshe Abitbul regarding the release of sea salt per the agreement with Build Rehab- advise the signed agreement letter has yet to be received from Build Rehab; review email from Matt Lynch with attached signed agreement letter and request for agreement abandoning the personal property; forward email and attached signed agreement to C Koonce; review email from Abitbul verifying the sea salt has been released to him by Build Rehabilitation. | 0.50 |  |
| 04/22/2016 | WLH | Review email from C Koonce regarding contact with Bank of America in Encino for the purpose of requesting safe deposit box documents; teleconference with Maria at Bank of America to request documents associated with Doron Nottea's safe deposit box; email Maria request for same documentation and provide a copy of the Preliminary Injunction with reference to the Receiver's authority to request documentation in the body of the email; teleconference with Maria stating the request has been sent forward to the legal department and could take two weeks to get approval to provide documents. | 0.50 |  |

For Current Services Rendered                 3.65      534.75
COURTESY DISCOUNT                                     -310.00

Net Fees After Courtesy Discount                      224.75

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Will Hester | 3.40 | $140.00 | $476.00 |
| Sarah Benes | 0.25 | 235.00 | 58.75 |

Total Current Services and Expenses                   224.75

Previous Balance                               $45,235.01

Balance Due                                    $45,459.76

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 1,470.50 | 0.00 | 1,558.50 | 27,673.26 | 14,532.75 |

Charlene C. Koonce, Receiver FTC v. Bunzai

04/25/2016
Account No:      8477-102
Invoice No:      865612

Matter 102 - Representation of the Receiver

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200

INVOICE
----------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

| | |
|---|---|
| | 05/25/2016 |
| Account No: | 8477-102 |
| Invoice No: | 865613 |

Matter 102 - Representation of the Receiver

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 05/10/2016 | WLH | Teleconference with Sharona at UPS Store #44 regarding PO Box 444 and whether the rental will be renewed; conference with C Koonce to verify the PO Box needs to be maintained; teleconference with Sharona to advise the Receiver will not be maintaining rent on PO Box 444. | | | 0.25 | |
| | | For Current Services Rendered | | | 0.25 | 35.00 |

|  | Recapitulation | | | |
|---|---|---|---|---|
| Timekeeper | | Hours | Hourly Rate | Total |
| Will Hester | | 0.25 | $140.00 | $35.00 |

| | |
|---|---|
| Total Current Services and Expenses | 35.00 |
| Previous Balance | $45,459.76 |
| Balance Due | $45,494.76 |

| | | Past Due Amounts | | | |
|---|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 224.75 | 0.00 | 1,470.50 | 0.00 | 2,237.50 | 41,527.01 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200

INVOICE
-----------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

06/25/2016
Account No:    8477-102
Invoice No:     865614

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| 05/26/2016 | WLH | Review email from C Koonce requesting documentation sent to Build Rehabilitation to release Bunzai product stored in the warehouse; review and locate document sent to Matt Lynch at Build Rehabilitation and forward the document to C Koonce. | 0.25 |  |  |
| 05/27/2016 | WLH | Review email from C Koonce regarding personal property stored at the Build Rehabilitation warehouse in regard to any property being nicotine related; review photos provided by Frank at the Build Rehab warehouse for proof of any nicotine products; email C Koonce list of product and items that were stored at the Build Rehab warehouse as well as provide photos of possible nicotine product; review email from C Koonce regarding verification of any agreement with the buyer of personal property in the warehouse- no agreement. | 0.50 |  |  |
| 06/06/2016 | WLH | Review fax from Mary at All-Boxed-Inn regarding rental fee for PO BOX 378; compose and fax letter for PO Box rental fee. | 0.25 |  |  |
| 06/14/2016 | WLH | Teleconference with Brent McPeek regarding contact information for Kristopher Bond; review file documents for statement from Bond; email correspondence with C Koonce and K Crawford regarding statement from Bond in order to locate contact information for same; email Brent McPeek the contact information for Bond. | 0.20 |  |  |
|  | KMC | Review information regarding Kristopher Bond to provide to FTC in preparation for trial. | 0.25 |  |  |
|  |  | For Current Services Rendered | 1.45 | 261.75 |  |
|  |  | COURTESY DISCOUNT |  | -254.76 |  |
|  |  | Net Fees After Courtesy Discount |  | 6.99 |  |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kelly M. Crawford | 0.25 | $375.00 | $93.75 |
| Will Hester | 1.20 | 140.00 | 168.00 |

Charlene C. Koonce, Receiver FTC v. Bunzai

06/25/2016

Account No:     8477-102
Invoice No:       865614

Matter 102 - Representation of the Receiver

| | |
|---|---:|
| Total Current Services and Expenses | 6.99 |
| Previous Balance | $45,494.76 |
| Balance Due | $45,501.75 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 35.00 | 224.75 | 403.75 | 2,625.25 | 42,206.01 |

TERMS: DUE AND PAYABLE UPON RECEIPT