Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE

--------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

| | |
|---|---|
| | 09/25/2015 |
| Account No: | 8477-103 |
| Invoice No: | 849872 |


Matter .103 - Receivership Expenses


| Date | Description | Amount |
|---|---|---|
| 08/26/2015 | ABC Moving System- removal of Defendants' office furniture and other items into storage - reimbursed by receivership estate 10/5/2015 Check #1011 | n/c |
| 08/26/2015 | U- Haul truck | 411.80 |
| 08/26/2015 | Hotel for WHH | 125.90 |
| 08/27/2015 | Hotel for WHH | 125.90 |
| 08/27/2015 | 3 separate FedEx's | 89.46 |
| 08/28/2015 | Shipping of Defendants' computers from CA back to firm | 296.10 |
| 08/28/2015 | Car Rental -  for WHH | 181.46 |
| 08/31/2015 | Lis Pendens recording fee- County Clerk Registrar-Recorder | 13.00 |
| 08/31/2015 | Postage | 0.48 |
| 08/31/2015 | Postage | 3.94 |
| 08/31/2015 | Postage | 1.64 |
| 08/31/2015 | Computerized legal research (1013) Thomson Reuters - West | 346.18 |
| 08/31/2015 | Computerized legal research (1013) Thomson Reuters - West | 420.76 |
| 08/31/2015 | Computerized legal research (1013) Thomson Reuters - West | 99.10 |
| 09/01/2015 | Postage | 0.48 |
| 09/01/2015 | Postage | 1.64 |
| 09/02/2015 | Service of Process on D. Midgal | 185.00 |
| 09/08/2015 | Postage | 0.97 |
| 09/15/2015 | DropBox- storage fee | 9.99 |
| 09/15/2015 | Intuit QB online subscription- being utilized by forensic accountants | 22.38 |
| 09/16/2015 | Postage | 1.42 |
| 09/16/2015 | Photocopies | 48.20 |
| 09/17/2015 | Parking at airport- CCK | 12.16 |
| 09/17/2015 | Cab from airport to court- CCK | 70.67 |
| 09/17/2015 | Airfare change fee- CCK | 385.00 |
| 09/17/2015 | LYFT from airport to home- CCK | 28.34 |
| 09/18/2015 | FedEx- courtesy copy to Judge Wu | 17.63 |
| 09/18/2015 | Postage | 17.04 |
| 09/18/2015 | Photocopies | 72.00 |
| 09/20/2015 | Storage - Monthly storage fee | 573.00 |

**EXHIBIT D**

Charlene C. Koonce, Receiver FTC v. Bunzai                                            09/25/2015

                                                                    Account No:       8477-103
                                                                    Invoice No:         849872
Matter .103 - Receivership Expenses

| | | |
|---|---|---:|
| 09/22/2015 | DropBox- storage fee | 9.99 |
| 09/24/2015 | Postage | 0.48 |
| | Total Expenses | 3,572.11 |
| 08/27/2015 | Credit for truck that was not needed | -129.95 |
| 09/25/2015 | Computerized legal research - Courtesy Discount | -866.04 |
| 09/25/2015 | Photocopies - Courtesy discount | -842.60 |
| | Total Credits for Expenses | -1,838.59 |
| | Total Current Services and Expenses | 1,733.52 |
| | Balance Due | $1,733.52 |

TERMS: DUE AND PAYABLE UPON RECEIPT



SCHEEF AND STONE LLP
REDACTED
August 25, 2015 - September 24, 2015
Page 4 of 10

| **Transactions** | | | | |
| --- | --- | --- | --- | --- |

REDACTED

CRAWFORD, KELLY M
Account Number: RED
REDACTED

| | | | | |
| --- | --- | --- | --- | --- |
| 09/03 | 09/02 | PAYPAL *LPROCESSSER     402-935-7733 CA | 24492155245894211179690 | 185.00 |
| REDACTED | | | | |
| 09/09 | 09/08 | Dropbox*XKR5X4HG6GNF      db.tt/cchelp CA | 24906415251018763637017 | 9.99 |
| 09/15 | 09/15 | INTUIT *QB ONLINE     800-286-6800 CA | 24692165258000100595290 | 22.38 |
| REDACTED | | | | |
| | | **TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD** | | **$7,952.85** |

HESTER, WILL
Account Number: RE

| | | | | |
| --- | --- | --- | --- | --- |
| | | **Payments and Other Credits** | | |
| 08/31 | 08/27 | U-HAUL NORTHRIDGE     NORTHRIDGE CA | 74445005240200108492615 | ~ 129.95 |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | **-$129.95** |
| | | **Purchases and Other Charges** | | |
| 08/28 | 08/26 | U-HAUL NORTHRIDGE     NORTHRIDGE CA | 24445005239200099876501 | 411.80 |
| 08/28 | 08/26 | HOWARD JOHNSON INN & SUITRESEDA     CA<br>Arr: 08/26/15 | 24122585239701361881435 | 125.90 |
| 08/31 | 08/27 | HOWARD JOHNSON INN & SUITRESEDA     CA<br>Arr: 08/27/15 | 24122585240701361883362 | 125.90 |
| 08/31 | 08/28 | EXPRESS PACK & SHIP     WINNETKA   CA | 24692165241000633436004 | 296.10 |
| 08/31 | 08/28 | ENTERPRISE RENT-A-CAR   LOS ANGELES CA | 24164075240060302402407 | 181.46 |
| 09/22 | 09/20 | 1530 EXTRA SPACE STORA   818-349-7882 CA | 24323005264253263010022 | 573.00 |
| 09/23 | 09/22 | Dropbox*HJKDZKN8H856     db.tt/cchelp CA | 24906415265019113669621 | 9.99 |
| REDACTED | | | | |
| | | **TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD** | | **$1,724.15** |

HOWARD JOHNSON INN S
7432 RESEDA BLVD
RESEDA, CA 91335

08/26/2015                                    16:04:10

CREDIT CARD

VISA SALE

CARD #                          XXXXXXXXXXXX9458
Chip Card                            VISA CREDIT
Chip Card AID                     A0000000031010
ATC:                                          0002
TC                              C27D06BBA011E198
INVOICE                                   1010008
SEQ #:                                       0007
Check-In:                        16:04 08/26/15
Check Out                        16:04 08/26/15
Room #                                        205
Batch #:                                   000101
Approval Code:                             02266G
Entry Method:                            Chip Read
Mode:                                       Issuer

SALE AMOUNT                            $125.90

CUSTOMER COPY

HOWARD JOHNSON INN S
7432 RESEDA BLVD
RESEDA, CA 91335

06/27/2015                                    19:25:4

CREDIT CARD

VISA SALE

CARD #                          XXXXXXXXXXXX9451
INVOICE                                   102002
SEQ #:                                       002!
Check In                         19:25 08/27/1!
Check Out                        19:25 08/27/1!
Room #                                        105
Batch #:                                   000102
Approval Code                              06242G
Entry Method                             Swiped
Mode                                        Online

SALE AMOUNT                            $125.90

CUSTOMER COPY



**HOWARD JOHNSON INN & SUITES**
7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 8/27/2015 7:46:24 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | HESTER, WILL | | Confirmation Number: | | 46955377 |
| | | | Account Number: | | 890-270014 |
| | | | WyndhamRewards #: | | 148545852G |
| Address: | 500 N AKARD ST, SUITE 2700 | | | | |
| | DALLAS, TX  75201 US | | | | |
| Room: | 205 | Room Type: | NK1, 1 KING NSMK | Nights: 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $109.00 + $16.90 Tax | GTD: VI - VISA | |
| Arrival: | 8/26/2015 (Wed) | Departure: | 8/27/2015 (Thu) | | XXXX XXXX XXXX 9458 |

Room Rate:

8/26/2015 (Wed) - 8/26/2015 (Wed)         $109.00 + $16.90 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 8/26/2015 | VI | VISA | ($125.90) | ($125.90) |
| | | XXXX XXXX XXXX 9458 | | |
| 8/26/2015 | RM | ROOM CHARGE | $109.00 | ($16.90) |
| 8/26/2015 | TAX1 | STATE TAX | $15.26 | ($1.64) |
| 8/26/2015 | TAX 2 | TOURISM TAX | $1.64 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $109.00 | $16.90 | $0.00 | $0.00 | ($125.90) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

thank you for staying at the howard johnson inn & suites - reseda, ca! please find your folio for your stay.



**HOWARD JOHNSON INN & SUITES**
7432 RESEDA BLVD.
RESEDA, CA  91335 US
Phone: (818) 344-0324
Fax: (818) 344-7188
Email: hojodesk@gmail.com
Printed: 8/28/2015 7:53:00 AM

## Folio (Detailed)

| | | | | | |
|---|---|---|---|---|---|
| Name: | HESTER, WILL | | Confirmation Number: | | 47844354 |
| | | | Account Number: | | 462-238871 |
| | | | WyndhamRewards #: | | 148545852G |
| Address: | 500 N AKARD ST, SUITE 2700 | | | | |
| | DALLAS, TX  75201 US | | | | |
| Room: | 109 | Room Type: | NK1, 1 KING NSMK | Nights: 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $109.00 + $16.90 Tax | GTD: | VI - VISA |
| Arrival: | 8/27/2015 (Thu) | Departure: | 8/28/2015 (Fri) | | XXXX XXXX XXXX 9458 |

Room Rate:

8/27/2015 (Thu) - 8/27/2015 (Thu)        $109.00 + $16.90 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 8/27/2015 | VI | VISA | ($125.90) | ($125.90) |
| | | XXXX XXXX XXXX 9458 | | |
| 8/27/2015 | RM | ROOM CHARGE | $109.00 | ($16.90) |
| 8/27/2015 | TAX1 | STATE TAX | $15.26 | ($1.64) |
| 8/27/2015 | TAX 2 | TOURISM TAX | $1.64 | $0.00 |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $109.00 | $16.90 | $0.00 | $0.00 | ($125.90) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.


**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind.
"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

thank you for staying at the howard johnson inn & suites - reseda, ca! please find your folio for your stay.

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-521-02725 | Sep 04, 2015 | REDACTED | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

Ship Date: Aug 27, 2015    Cust. Ref: 8477.102    Ref #2:
Payor: Shipper    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of USD 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | KRISTINE BATES | LEGAL DEPARTMENT | |
| Tracking ID | 774385174106 | SCHEEF & STONE, LLP | LIONS BAY MEDIA- VANCOUVER | |
| Service Type | FedEx Intl Priority | 500 N. AKARD STREET | 147 WEST 16TH STREET | |
| Package Type | FedEx Envelope | SUITE 2700 | SUITE 300 | |
| Orig./Dest. | KIP/YBY | DALLAS TX  75201 US | NORTH VANCOUVER BC  V7M 1T3  CA | |
| Zone | A | | | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | Transportation Charge | | 39.25 |
| Delivered | Aug 28, 2015 14:19 | Automation Bonus Discount | | -1.96 |
| Signed by | D.DENISE | Earned Discount | | -8.34 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | | 0.87 |
| | | Total Transportation Charges | USD | $29.82 |

Ship Date: Aug 27, 2015    Cust. Ref: 8477.102    Ref #2:
Payor: Shipper    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of USD 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | KRISTINE BATES | LEGAL DEPARTMENT | |
| Tracking ID | 774385226622 | SCHEEF & STONE | LIONS BAY MEDIA | |
| Service Type | FedEx Intl Priority | 500 N. AKARD STREET | 920 YONGE STREET | |
| Package Type | FedEx Envelope | SUITE 2700 | SUITE 603 | |
| Orig./Dest. | KIP/YOO | DALLAS TX  75201 US | TORONTO ON  M4W 3C7  CA | |
| Zone | A | | | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | Transportation Charge | | 39.25 |
| Delivered | Aug 28, 2015 10:33 | Earned Discount | | -8.34 |
| Signed by | .OLIVER | Fuel Surcharge | | 0.87 |
| FedEx Use | _/US0010/_ | Automation Bonus Discount | | -1.96 |
| | | Total Transportation Charges | USD | $29.82 |

Ship Date: Aug 27, 2015    Cust. Ref: 8477.102    Ref #2:
Payor: Shipper    Ref #3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of USD 2752.89

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | KRISTINE BATES | 2323 YONGE STREET | |
| Tracking ID | 774385269750 | SCHEEF & STONE, LLP | OASIS ADS | |
| Service Type | FedEx Intl Priority | 500 N. AKARD STREET | SUITE 203 | |
| Package Type | FedEx Envelope | SUITE 2700 | TORONTO ON  M4P 2C9  CA | |
| Orig./Dest. | KIP/YFH | DALLAS TX  75201 US | | |
| Zone | A | | | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | Transportation Charge | | 39.25 |
| Delivered | Aug 28, 2015 10:48 | Fuel Surcharge | | 0.87 |
| Signed by | .ANNE | Earned Discount | | -8.34 |
| FedEx Use | _/US0010/_ | Automation Bonus Discount | | -1.96 |
| | | Total Transportation Charges | USD | $29.82 |

| | | |
|---|---|---|
| 8477.102 Reference Subtotal | USD | $89.46 |
| Total FedEx Express | USD | $89.46 |

```
        WILL HESTER
        500 N AKARD ST
        SUITE 2700
        DALLAS, TX 75201
    Package ID: 49012         70.23
    Tracking #:  1ZR2589W0396282566
    Expected arrival: Wed 09/02 11:59 PM
    Actual Wt: 50 lbs .0 ozs
    Rating Wt: 50 lbs
    Pkg Dims:  25.00 x 24.00 x 13.00
Boxes                         8.50 TX
Boxes                         0.50 TX
Boxes                         5.00 TX
Boxes                        35.00 TX
Boxes                        35.00 TX
Boxes                         7.00 TX
Boxes                         0.00 TX
Boxes                         8.00 TX

        SUBTOTAL            286.93
        TAX
        Local Tax on 99.00    9.17
        TOTAL               296.10
TEND Cash                   296.10

HESTER
                          08/28/2015
#126069                    11:07 AM

Signature_____


    ***********************************
SAVE $2.00 ON UPS OR FED-EX OVER NIGHT SHIPPING.
Please visit our website for products & services

    ***********************************
```

```
            EXPRESS PACK & SHIP
            7657 WINNETKA AVENUE
            WINNETKA, CA 91306
            818-700-1800
            www.expresspackandship.com


Shipment--------------------
  UPS Ground - Residential
  Ship To:
        WILL HESTER
        500 N AKARD ST
        SUITE 2700
        DALLAS, TX 75201
    Package ID: 49010          45.61
    Tracking #:  1ZR2589W0399035341
    Expected arrival: Wed 09/02 11:59 PM
    Actual Wt: 25 lbs 6.3 ozs
    Rating Wt: 27 lbs
    Pkg Dims:  25.00 x 20.00 x 11.00
Shipment--------------------
  UPS Ground - Residential
  Ship To:
        WILL HESTER
        500 N AKARD ST
        SUITE 2700
        DALLAS, TX 75201
    Package ID: 49011          72.09
    Tracking #:  1ZR2589W0395978156
    Expected arrival: Wed 09/02 11:59 PM
    Actual Wt: 55 lbs .0 ozs
    Rating Wt: 59 lbs
    Pkg Dims:  31.00 x 24.00 x 13.00
Shipment--------------------------
  UPS Ground - Residential
  Ship To:
```

EXPRESS PACK & SHIP
7657 WINNETKA AVENUE
WINNETKA, CA 91306
818-700-1800
www.expresspackandship.com

Shipment -- ------- ----------
  UPS Ground - Residential
  Ship To:
      WILL HESTER
      500 N AKARD ST
      SUITE 2700
      DALLAS, TX 75201
  Package ID: 49010          45.61
--Tracking #:  1ZR2589W0399r J5341
  Expected arrival: Wed 09/02 11:59 PM
  Actual Wt: 25 lbs 6.3 ozs
  Rating Wt: 27 lbs
  Pkg Dims:      .09 x 20.00 x 11.00
Shipment---------- ---------
  UPS Ground - Residential
  Ship To:
      WILL HESTER
      500 N AKARD ST
      SUITE 2700
      DALLAS, TX 75201
  Package ID: 49011          77.09
- Tracking #:  1ZR2589W03959/8i5
  Expected arrival: Wed 09/0  11  9 PM
  Actual Wt: 55 lbs .0 ozs
  Rating Wt: 59 lbs
  Pkg Dims:  31.00 x 24.00 x 13.00
Shipment----------------- - ---
  UPS Ground - Residential
      WILL HESTER
      500 N AKARD ST
      SUITE 2700
      DALLAS, TX 75201
  Package ID: 49012          70.23
√ Tracking #:  1ZR2589W0396282566
  Expected arrival: Wed 09/02 11:59 PM
  Actual Wt: 50 lbs .0 ozs
  Rating Wt: 50 lbs
  Pkg Dims:  25.00 x 24.00 x 13.00
Boxes                        8.00  TX
Boxes                        0.50  TX
Boxes                        5.00  TX
Boxes                       35.00  TX
Boxes                       35.00  TX
Boxes                        7.00  TX
Boxes                        0.00  TX
Boxes                        8.00  TX

      SUBTOTAL               286.93
      TAX
      Local Tax on 99.00       9.17
      TOTAL                  296.10
TEND Cash                    296.10 ✓



## Rental Agreement Summary

RA# 530240240

### RENTER: WILL HESTER

Corporate: ENTERPRISE PLUS

Enterprise Plus

🗓 **Dates & Time**    🔗 **Location**

Wednesday, Aug 26, 2015       8734 BELLANCA AVE LOS
07:39 AM                      ANGELES CA,
                             90045-4412 3106495400

Thursday, Aug 27, 2015        8734 BELLANCA AVE LOS
05:00 PM                      ANGELES CA,
                             90045-4412 3106495400

🚗 **Vehicle**

Make/Model:CHRY / TC
Color:WHITE
Mileage:28719
Fuel:FULL
License#:7HGL268
Vehicle#:FR565425

Vehicle Condition:
.No Damage Documented

---

**Left panel:**

1 530240240        Bil 0
ental   26-AUG-2015 07:39 AM
S ANGELES INTL ARPT
turn    28-AUG-2015 12:21 PM
S ANGELES INTL ARPT

LL HESTER
ehicle # FR565425
del      TC
ass Driven MVAR    Class Charged MVAR
cense# 7HGL268    State/Province CA
Kms Driven  83
Kms Out    28719
Kms In     28802

illing Ref NOPAM
harges      No Unit    Price    Amount
60          1 Rental   70.42    70.42*
& M         2 Days     25.31    50.62*
& M         5 Hours    5.06     25.30*
LIM M/KM    0 M/Kms             0.00*
SCNT T&M 5.00%                 -3.80*
CILITY CHARGE              10.00
IRPORT CON FEE            15.84*
OURISH FEE                2.52
LES TAX @9.000 %          7.92
UEL SALES TAX @3.750 %    2.64

otal Charges         USD 181.46

posit   Visa 9458

mount Due        USD 181.46 ✓

Taxable Items
ubject to Audit
our loyalty number is CZ76uS4
r Reservatons: 1-800-RENT-A-CAR

---

💲 **Charges**       Price/Unit      You

| Charges | Price/Unit | You |
|---|---|---|
| TIME & DISTANCE | $25.31/D*2 | $50.62 |
| TIME & DISTANCE | $5.06/H | $0.00 |
| NO CHARGE DISTANCE | $0.00/M | $0.00 |
| FUEL SERVICE OPTION: | $70.42/R*1 | $70.42 |
| DISCOUNT | $5.00/C | -($2.53) |
| AIRPORT CONCESSION FEE 11.11 PCT | $11.11/C | $13.17 |
| FACILITY CHARGE 10.00/RENTAL | $10.00/R*1 | $10.00 |
| TOURISH FEE 3.50 PCT | $3.50/C | $1.68 |
| SALES TAX | $9.00/C | $5.51 |
| MTR VEH FUEL SALES TAX | $3.75/C | $2.64 |
| | | |
| Total Estimated Charge: | | $151.51 |

**From:** Will Hester
**Sent:** Monday, August 31, 2015 4:36 PM
**To:** Aleysha Taylor
**Subject:** FTC V Bunzai Media (8477.102): check request

Aleysha,

This is a check request for the amount of $13.00 Payable to the County Clerk Registrar-Recorder.  Client No. 8477.102  I will bring you the receipt requesting same amount.

Thank you very much.

## WILL HESTER

Litigation Paralegal

SCHEEF & STONE, LLP
 Ross Tower - Suite 2700
500 N. Akard Street
Dallas, Texas 75201
214.706.4202 (Direct)
214.706.4200 (Main)
214.706.4242 (Fax)
will.hester@solidcounsel.com
www.SolidCounsel.com

## SCHEEF & STONE, L.L.P.
*Legal counsel based on solid principles.*

**IMPORTANT NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed. This message contains information from the law firm of Scheef & Stone, L.L.P., which may be privileged, confidential and exempt from disclosure under applicable law. If the reader is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at 214.706.4200.

9/2/2015                                    Invoice details - PayPal

*B477.103*

**Status:** Paid with PayPal on September 2, 2015 at 9:14 AM PDT

## Invoice

### L.A. Process Servers

Sarah Thompson
1327 N. June St.
Los Angeles, CA 90028
United States
Phone: 323-508-1711
laprocessservers@hotmail.com

| | |
|---|---|
| **Invoice number** | 0790 |
| **Invoice date** | 9/1/2015 |
| **Payment terms** | Due on receipt |
| **Due date** | 9/1/2015 |
| **Reference** | 2:15-CV-4527-GW(PLAx) |

### Bill To

Scheef and Stone, L.L.P.
Will Hester
500 North Akard
Suite 2700
Dallas, TX 75201
United States
will.hester@solidcounsel.com

### Ship To

Scheef and Stone, L.L.P.
Will Hester
500 North Akard
Suite 2700
Dallas, TX 75201
United States

| Description | Quantity | Unit price | Amount |
|---|---|---|---|
| Same Day Service - Serve Letter and Notices to: | | | |
| Forward Momentum, LLC<br>c/o David Migdal<br>6502 Ben Ave.<br>N. Hollywood, CA 91606<br>8/15/15 @ 8:42PM spoke with Matthew, owner of house who said David and his wife moved out and bought a house in Burbank | 1 | $125.00 | $125.00 |
| Routine Service - Serve same at:<br>1036 N. Avon St.<br>Burbank, CA 91505<br>8/24/15@8:29PM personally served David Migdal who confirmed his identity. | 1 | $55.00 | $55.00 |
| Printing fee | 1 | $5.00 | $5.00 |
| **Subtotal** | $185.00 | | |
| **Total** | $185.00 USD | | |

8477.103



REDACTED

**Your Account**

**Calenergy Inc.**

Billing Info

Company Info

Personal Info

Upgrade

Filter By Events: Billing Charges

Select date range: From 04/29/2014 To 09/14/2015

Show: 5 10 20    1 - 5 of 16 items

| Date | Action | Description | Amount |
|------|--------|-------------|--------|
| 14 Sep 2015 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 14 Aug 2015 | Subscription Renewal | Charged for subscription renewal | |
| 15 Jul 2015 | Subscription Renewal | Charged for subscription renewal | |
| 01 Jun 2015 | Subscription Renewal | Charged for subscription renewal | |
| 01 May 2015 | Subscription Renewal | Charged for subscription renewal | |

| | |
|------|------|
| Date: | 14 Sep 2015 |
| Paid Using | Visa ending with 7182 |
| Base Subscription | $26.95 |
| Discount | $ -5.96 |
| Tax | $1.39 |
| **Total:** | **$22.38** |

© 2015 Intuit Inc. All rights reserved.

Privacy | Security | Terms of Service | Mobile | Forum | Blog

```
Cab #6001
(424) 222-2222
Gardena, CA
09/17/15 08:22

TRIP ID:
STRT TIME:
07:33
END TIME:  08:22
DIST: 19.38

FARE:$  57.45
TIP:$   9.22
EXTRAS:$  4.00

TOTAL:$  70.67

CARD BAL:$
OWED:$  0.00
```

*from airport to court*

```
xxxx6480
MID4451000011995
AUTH017964

SIGN HERE:
```

The Parking Spot
Dallas, TX 75235
6900 Cedar Springs Road
214-350-2410
Dallas, TX 75235

Booth 2 (E 09/17/15 20:13

Standard Ticket
CVD - No. 102359
09/17/15 04:55
09/17/15 20:13
Period 0d15h19'

| | |
|---|---|
| (Tax) | $10.95 |
| Sub Total | $10.95 |
| Tax | $1.21 |
| Total | $12.16 |

Payment Received
VISA                     $12.16
XXXXXXXXXXXX6480

| Sub Total | | $10.95 |
|---|---|---|
| Tax | 8.25% | $0.90 |
| AAF | 2.6% | $0.31 |

Your ticket# is:
0295792917003270102359

## Southwest Airlines
### EXCHANGE / RECEIPT

DATE: 17SEP15 CONFIRMATION NUMBER: HI6F4Z AGENT: e96627 EXPIRATION DATE: 12AUG16 TICKET#: 5262137731143

| Customer Name | Paid Fare Change | Total |
|---|---|---|
| KOONCE/CHARLENE C | 385.00 | 385.00 |

NONREF/NONTRANSFERABLE/ STANDBY REQ UPGRADE TO Y
VI ###########6480      KOONCE/CHARLENE $385.00
FP VI 017021 385.00

### EXCHANGE TOTAL

385.00

AC16TSUMMER(Rev. 4/15)

Staples® Print Solutions

49-018717

*terms.*

## Thanks for riding with Anas F!

Ride ending September 17 at 12:59 PM



| | |
|---|---|
| Pickup: | 118-198 S Main St, Los Angeles, CA 90012, USA |
| Dropoff: | 1 World Way, Los Angeles, CA 90045, USA |

| | |
|---|---|
| Ride *18.6 mi & 26 min*: | $26.79 |
| Trust & Safety Fee: | $1.55 |

**Total charged to Visa ***6480:** **$28.34**

ⓘ Lose something?          ⊕ Add tip

*Receipt #774012921720727730 · Request a price review · Learn more about pricing*

*Learn more about our Zero Tolerance Policies.*

© Lyft 2015
548 Market St #68514
San Francisco, CA
94104

FedEx Billing Online



FedEx Billing Online

## Tracking ID Details                                                   Back

### Tracking ID Summary                                          Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev  774548603325 ▽  Next > |
| Invoice no. | 5-169-25846 |
| Account no. | 1494-2653-1 |
| Ship date | 09/18/2015 |
| Invoice date | 09/23/2015 |
| Due date | 10/08/2015 |
| **Tracking ID Balance due** | $0.00 |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details                                          Help Hide

**Sender Information**
Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

**Recipient Information**
Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 09/18/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.35 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| **Total charges** | $17.63 |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.102 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit
Customer reference no.
Department no.
Reference #2
Reference #3

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 09/21/2015 09:43 |
| Service area code | A1 |
| Signed by | .TRACY |

View signature proof of delivery

**Cost Allocation Reference** Edit
Cost allocation
Shipment Notes

Back

**Kristine Bates**

| | |
|---|---|
| **Subject:** | Extra Space Storage Payment Due 10/20/15 |
| **Start:** | Tue 10/13/2015 9:00 AM |
| **End:** | Tue 10/13/2015 9:00 AM |
| **Recurrence:** | Monthly |
| **Recurrence Pattern:** | day 13 of every 1 month at 9:00 AM |

REDACTED

Courtney Murphy
Assistant Site Manager
Extra Space Storage
18500 Eddy St.
Northridge, CA  91324
818.349.7887

This is a month to month rental.  When moving from unit, Extra Space Storage requires a 10 notice so that the automatic charge to the credit card can be stopped.

First month rent was $270.5 with subsequent rental fee of $541.00 per month plus $32.00 for renter's insurance
There is a $5,000 renter's insurance policy through Beecher Carlson Insurance Services LLC (CA license No. OG43451); contact number 1-800-423-6071

Lease - CA Base - 150701.pdf

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200

INVOICE

-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:      8477-103
Invoice No:        853154

Matter .103 - Receivership Expenses

| Date | Description | Amount |
|---|---|---|
| 06/18/2015 | Locksmith Fees -Installation, Keys made, deadbolt and lockset - (1758) BRUCAR LOCKSMITH | 461.00 |
| 06/18/2015 | Locksmith Fees- Re Key (1758) BRUCAR LOCKSMITH | 90.00 |
| 06/19/2015 | Locksmith Fees - (1758) BRUCAR LOCKSMITH | 120.00 |
| 06/20/2015 | Locksmith Fees- Installation & Mortise Cylinder- (1758) BRUCAR LOCKSMITH | 70.24 |
| 07/20/2015 | FedEx to Registrar/Recorder County Clerk | 18.04 |
| 07/21/2015 | FedEx- Facebook, custodian of records | 33.34 |
| 07/21/2015 | FedEx- AOL, Inc.- custodian of records | 30.22 |
| 07/21/2015 | FedEx- Yahoo, Inc.- custodian of records | 33.34 |
| 07/21/2015 | FedEx- Build Rehabilitation Services (creditor) | 18.65 |
| 07/22/2015 | Pro Courier- delivery of courtesy copies to Judge Wu | 53.01 |
| 07/27/2015 | Postage | 0.97 |
| 07/27/2015 | Photocopies | 0.60 |
| 07/27/2015 | FedEx- courtesy copies to Judge Wu | 18.65 |
| 07/27/2015 | FedEx- Brandlin & Associates (CD of Bank of America production) | 18.65 |
| 07/28/2015 | Postage | 6.86 |
| 07/28/2015 | Photocopies | 2.00 |
| 07/29/2015 | Photocopies | 0.40 |
| 07/31/2015 | Elite Document Technology (1187) -  Develop flow chart of forensic accountants report for the first pay petition; multiple phone conferences and instructions from accountants in CA. | 1,014.84 |
| 07/31/2015 | FedEx- Complete Merchant Solutions | 18.62 |
| 08/03/2015 | Postage | 0.97 |
| 08/03/2015 | Photocopies | 4.00 |
| 08/04/2015 | Pro Courier- delivery of courtesy copies to Judge Wu | 198.55 |
| 08/05/2015 | Photocopies | 2.80 |
| 08/05/2015 | Hotel for Charlene C. Koonce to attend Preliminary Injunction Hearing | 264.95 |
| 08/05/2015 | cab from airport to hotel- CCK | 22.00 |
| 08/05/2015 | FedEx- courtesy copy  to Judge Wu | 17.80 |
| 08/06/2015 | cab from hotel to court- CCK | 12.45 |
| 08/06/2015 | cab from court to hotel- CCK | 11.45 |
| 08/06/2015 | LYFT from hotel to airport- CCK | 34.52 |
| 08/06/2015 | Parking at airport | 24.33 |
| 08/07/2015 | Photocopies | 4.60 |
| 08/10/2015 | FedEx- Courtesy copies to Judge Wu | 17.80 |
| 08/10/2015 | FedEx- Courtesy copies to Judge Wu | 17.80 |
| 08/10/2015 | Postage | 6.30 |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:     8477-103
Invoice No:      853154

Matter .103 - Receivership Expenses

| Date | Description | Amount |
|---|---|---|
| 08/10/2015 | Photocopies | 18.00 |
| 08/11/2015 | Filing fee - LA Superior Court | 1.00 |
| 08/11/2015 | Filing fee - L A Superior Court | 1.00 |
| 08/12/2015 | FedEx- Courtesy copies to Judge Wu | 62.42 |
| 08/12/2015 | DropBox- storage fee | 9.99 |
| 08/13/2015 | Postage | 11.10 |
| 08/13/2015 | Southwest Airlines- Will Hester travel to LA to move Defendants' office contents into storage | 118.00 |
| 08/13/2015 | Dickens Box - forward Defendants' mail to Receiver | 9.27 |
| 08/13/2015 | All Boxed Inn Inc. - forward Defendants' mail to Receiver | 10.50 |
| 08/13/2015 | Postage | 9.27 |
| 08/13/2015 | Postage | 10.50 |
| 08/13/2015 | Airfare Expense (CCK) Show Cause Hearing | 434.00 |
| 08/14/2015 | Postage | 35.28 |
| 08/14/2015 | Postage - UPS Store | 16.99 |
| 08/14/2015 | Postage - UPS Store | 16.11 |
| 08/14/2015 | Pro Courier- delivery of courtesy copies to Judge Wu | 30.10 |
| 08/14/2015 | Photocopies | 471.20 |
| 08/17/2015 | Postage | 16.03 |
| 08/17/2015 | WiFi fee on flight - CCK | 8.00 |
| 08/17/2015 | Photocopies | 199.20 |
| 08/18/2015 | FedEx- overnight lis pendens to recorder/registrar county clerk | 22.22 |
| 08/18/2015 | Pro Courier- delivery of courtesy copies to Judge Wu | 221.25 |
| 08/19/2015 | FedEx- Truck title sent to Beitchman/Zekian PC | 22.22 |
| 08/19/2015 | Photocopies | 0.40 |
| 08/20/2015 | Extra Space Storage for office furniture | 324.50 |
| 08/21/2015 | FedEx- Courtesy copies to Judge Wu | 17.80 |
| 08/21/2015 | Photocopies | 19.20 |
| 08/21/2015 | Postage | 6.79 |
| 08/22/2015 | Storage - Dropbox | 9.99 |
| 08/27/2015 | Overnight Delivery (1) Federal Express / C.J.  Montagomery | 32.53 |
| 08/27/2015 | Overnight Delivery (1) Federal Express / Legal Dept. Click Booth/ Integra Click | 17.77 |
| 08/27/2015 | Overnight Delivery (1) Federal Express / Legal Dept  Convert2Media | 17.77 |
| 08/27/2015 | Overnight Delivery (1) Federal Express / Flex Marketing Group | 30.30 |
| 08/27/2015 | Overnight Delivery (1) Federal Express /  Shane Tackett | 20.03 |
| 08/27/2015 | Overnight Delivery (1) Federal Express / Legal Dept. Phresh Clicks | 17.80 |
| 08/31/2015 | Overnight Delivery (1) Federal Express / Document Analysis & Recording | 22.22 |
| 09/03/2015 | Overnight Delivery (1) Federal Express / Judge George Wu | 32.64 |
| 09/20/2015 | Computerized legal research (1013) Thomson Reuters - West | 992.11 |
| 09/22/2015 | Overnight Delivery (1) Federal Express | 17.63 |
| 09/25/2015 | Filing fee  3rd Quarter Pacer | 2.20 |
| 09/25/2015 | Filing fee 3rd Quarter Pacer | 4.20 |
| 09/25/2015 | Filing fee 3rd Quarter Pacer | 195.50 |
| 09/28/2015 | Lis Pendens recording fee- County Clerk Registrar-Recorder | 13.00 |
| 09/28/2015 | FedEx- Courtesy copies to Judge Wu | 17.63 |
| 09/28/2015 | Postage | 1.45 |
| 10/01/2015 | FedEx- Registrar-Recorder County Clerk- CA | 31.75 |
| 10/01/2015 | Postage | 2.85 |
| 10/01/2015 | Postage | 0.48 |
| 10/02/2015 | Postage | 0.48 |
| 10/05/2015 | FedEx- Courtesy copies to Judge Wu | 17.45 |
| 10/05/2015 | Photocopies | 33.40 |
| 10/05/2015 | Postage | 7.75 |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/23/2015
Account No:    8477-103
Invoice No:    853154

Matter .103 - Receivership Expenses

| Date | Description | Amount |
|---|---|---:|
| 10/05/2015 | Postage | 0.97 |
| 10/07/2015 | Postage | 2.40 |
| 10/08/2015 | DropBox Storage fee | 10.65 |
| 10/12/2015 | FedEx- Courtesy copies to Judge Wu | 17.45 |
| 10/13/2015 | Postage | 0.48 |
| 10/15/2015 | Monthly Quickbooks Subscription- KMC firm CC | 22.38 |
| 10/16/2015 | FedEx- Courtesy copies to Judge Wu | 17.45 |
| 10/19/2015 | Postage | 1.45 |
| 10/19/2015 | FedEx- Courtesy copies to Judge Wu | 17.45 |
| 10/19/2015 | FedEx- Eric Robi, Elluma Discovery | 21.89 |
| 10/21/2015 | Postage | 1.64 |
| 10/22/2015 | Postage | 5.95 |
| 10/22/2015 | Postage | 0.97 |
| 10/22/2015 | DropBox Storage fee | 10.65 |
| 10/26/2015 | Storage - U-Haul Northridge - KMC Firm CC | 280.90 |
| 10/28/2015 | Postage | 25.02 |
| 11/04/2015 | 2 Overnight Deliveries (1) Federal Express | 35.21 |
| 11/08/2015 | Storage - Dropbox Electronic Storage - KMC Firm CC | 10.65 |
| 11/15/2015 | Monthly Quickbooks subscription- Intuit QB online- KMC Firm CC | 22.38 |
| 11/16/2015 | Overnight Delivery (1) Federal Express | 17.76 |
| | Total Expenses | 6,834.72 |
| 08/13/2015 | Airfare Expense - Refund (CCK) Show Cause Hearing | -434.00 |
| 08/20/2015 | Filing fee - California Secretary of State - Voided Check | -30.00 |
| 08/25/2015 | Airfare Expense - Refund for flight for CCK (hearing) CCK firm CC | -20.00 |
| 10/25/2015 | Photocopies | -33.40 |
| 11/12/2015 | Courtesy Discount for Photocopies | -33.40 |
| | Total Credits for Expenses | -550.80 |
| | Total Current Services and Expenses | 6,283.92 |
| | Previous Balance | $1,733.52 |
| | Balance Due | $8,017.44 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 1,182.72 | 0.00 | 0.00 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT



SCHEFF AND STONE LLP
**REDACTED**
July 25, 2015 - August 24, 2015
Page 4 of 10

| Transactions |
| --- |

**REDACTED**

CRAWFORD, KELLY M
Account Number: 7182

| | | **Payments and Other Credits** | | | |
|---|---|---|---|---|---|
| 08/17 | 08/13 | SOUTHWES   5262134576452800-435-9792 TX | | 7469216522600067586 3416 | - 434.00 |
| | | KOONCE/CHARLENE C | | | |
| | | 5262134576452 | | | |
| | | Departure Date: 09/14/15  Airport Code: DAL | | | |
| | | WN  S  LAX | | | |
| | | Departure Date: 09/14/15  Airport Code: LAX | | | |
| | | WN  N  DAL | | | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | | –$434.00 |

**REDACTED**

| | | **Purchases and Other Charges** | | | |
|---|---|---|---|---|---|
| 07/31 | 07/22 | PROCOURIERI | 213-481-8100 CA | 2449215520389424430 4794 | 53.01 |
| 08/05 | 08/04 | PROCOURIERI | 213-481-8100 CA | 2449215521689453807 6509 | 198.55 |

**REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 08/17 | 08/14 | PROCOURIERI | 213-481-8100 CA | 2449215522689476978 8044 | 30.10 |
| 08/19 | 08/18 | PROCOURIERI | 213-481-8100 CA | 2449215523089486261 4794 | 221.25 |

**REDACTED**

HESTER, WILL
Account Number: 9458

| | | **Purchases and Other Charges** | | | |
|---|---|---|---|---|---|
| 08/13 | 08/11 | L A SUPERIOR COURT      213-8930364 CA | | 2449279522411800019 8903 | 1.00 |
| 08/14 | 08/13 | ALL BOXED INN INC      ENCINO      CA | | 2475545222526225550 5357 | 10.50 |

**REDACTED**

| | | | | | |
|---|---|---|---|---|---|
| 08/17 | 08/13 | DICKENS BOX      SHERMAN OAKS CA | | 2441289522698000093 62795 | 9.27 |
| 08/17 | 08/13 | SOUTHWES   5262134738646800-435-9792 TX | | 2469216522600067511 5622 | 118.00 |
| | | HESTER/WILLARD JR | | | |
| | | 5262134738646 | | | |
| | | Departure Date: 08/26/15  Airport Code: DAL | | | |
| | | WN  T  LAX | | | |
| | | Departure Date: 08/26/15  Airport Code: LAX | | | |
| | | WN  T  DAL | | | |
| 08/17 | 08/14 | THE UPS STORE 0044      TARZANA      CA | | 2469216522700082896 7092 | 16.11 |
| 08/17 | 08/14 | THE UPS STORE 1047      CALABASAS  CA | | 2469216522700088245 6008 | 16.99 |
| 08/24 | 08/20 | 1530 EXTRA SPACE STORA  818-349-7882 CA | | 2432300523325323201 0051 | 324.50 |
| 08/24 | 08/22 | Dropbox*VN148ZF2WFPT    db.tt/cchelp CA | | 2490641523401835760 2460 | 9.99 |

**REDACTED**



SCHEEF AND STONE LLP
REDACTED
August 25, 2015 - September 24, 2015
Page 4 of 10

**Transactions**

REDACTED

CRAWFORD, KELLY M
Account Number: 7182

**Payments and Other Credits**

| | | | | |
|---|---|---|---|---|
| 08/27 | 08/25 | SOUTHWES   5262137731143800-435-9792 TX | 746921652380000484997898 | - 20.00 |
| | | KOONCE/CHARLENE C | | |
| | | 5262137731143 | | |
| | | Departure Date: 09/17/15  Airport Code: DAL | | |
| | | WN  N  LAX | | |
| | | Departure Date: 09/17/15  Airport Code: LAX | | |
| | | WN  N  DAL | | |
| | | **TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD** | | **-$20.00** |

REDACTED

**Purchases and Other Charges**

| | | | | |
|---|---|---|---|---|
| 09/23 | 09/21 | L A SUPERIOR COURT   213-8930364 CA | 244927952651180000139436 | 1.00 |
| | | **TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD** | | **$7,952.85** |

REDACTED

**Brucar Locksmith LCO4261**

*Brucar Locksmith*
*The Lock Doctor*

355 E. Avenida de los Arboles
Suite B
Thousand Oaks, CA 91360

Phone #   805-241-0777          brucarlocksmith@gmail.com
                                www.brucarlocksmith.com

| 6/18/2015 | 11737 |
|---|---|

Will Hester

ENTERED

8477.103

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Service charge | 1 | @6925 Canby Ave Reseda | 65.00 | 65.00 |
| Re Key | 3 | | 25.00 | 75.00 |
| Installation | 1 | | 60.00 | 60.00 |
| Keys Made | 5 | n/c | 0.00 | 0.00T |
| Deadbolt | 2 | sc1 | 78.00 | 156.00T |
| Lockset | 2 | mortis | 42.00 | 84.00T |
| | | Los Angeles County from July 1 2011 | 8.75% | 21.00 |

PAID
OCT 2 8 2015
Check No.
21308

| | |
|---|---|
| | $461.00 |

**Brucar Locksmith LCO4261**

355 E. Avenida de los Arboles
Suite B
Thousand Oaks, CA 91360
Phone #   805-241-0777          brucarlocksmith@gmail.com
                               www.brucarlocksmith.com

| | |
|---|---|
| 6/18/2015 | 11744 |

Will Hester



ENTERED

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Service charge | 1 | @6850 Canby #103 | 65.00 | 65.00 |
| Re Key | 1 | | 25.00 | 25.00 |
| | | Los Angeles County from July 1 2011 | 8.75% | 0.00 |

PAID
OCT 28 2015
Check No.
2130Y

$90.00

Brucar Locksmith **Brucar Locksmith LCO4261**

355 E. Avenida de los Arboles
Suite B
Thousand Oaks, CA 91360

The Lock Doctor Phone #    805-241-0777          brucarlocksmith@gmail.com
                                          www.brucarlocksmith.com

Invoice

| | |
|---|---|
| 6/19/2015 | 11748 |

Will Hester

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Service charge | 1 | @6925 Canby Ave Reseda | 65.00 | 65.00 |
| General Service | 1 | drill open magnetic lock | 120.00 | 120.00 |
| | | Los Angeles County from July 1 2011 | 8.75% | 0.00 |

|  |
|---|
| $185.00 |

**Brucar Locksmith LCO4261**

355 E. Avenida de los Arboles
Suite B
Thousand Oaks, CA 91360

Phone #   805-241-0777        brucarlocksmith@gmail.com
www.brucarlocksmith.com

| | |
|---|---|
| 6/20/2015 | 11760 |

Will Hester



| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Service charge | 1 | @6925 Canby Ave Reseda,  n/c ($65) | 0.00 | 0.00 |
| Installation | 1 | | 30.00 | 30.00 |
| Mortise Cylinder | 1 | T.T. | 37.00 | 37.00T |
| | | Los Angeles County from July 1 2011 | 8.75% | 3.24 |

PAID
OCT 2 8 2015
Check No.
21308

$ 0.24

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-125-16851 | Aug 12, 2015 | REDACTED | 11 of 15 |

**Ship Date: Jul 20, 2015**  **Cust. Ref: 8477 102**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
Distance Based Pricing, Zone 6

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 774094193417 | Will Hester | Document Analysis & Recording | |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE LLP | Registrar-Recorder/County Cler | |
| Package Type | FedEx Envelope | 500 N Akard | Room 1101 | |
| Zone | 06 | DALLAS TX 75201 US | NORWALK CA 90650 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.55 |
| Delivered | Jul 21, 2015 09:37 | Fuel Surcharge | | 0.69 |
| Svc Area | A1 | Automation Bonus Discount | | -4.73 |
| Signed by | J.GONZALEZ | Earned Discount | | -9.47 |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | **USD** | **$18.04** |

**Ship Date: Jul 21, 2015**  **Cust. Ref: 8477 102**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
Distance Based Pricing, Zone 7
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 774102548645 | Leslie M. Sanderson | Custodian of Records | |
| Service Type | FedEx Priority Overnight | Scheef & Stone | Facebook, Inc. | |
| Package Type | FedEx Pak | 2600 Network Blvd. | c/o Corporation Services Compa | |
| Zone | 07 | FRISCO TX 75034 US | SACRAMENTO CA 95833 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 58.30 |
| Delivered | Jul 22, 2015 11:37 | Automation Bonus Discount | | -8.75 |
| Svc Area | A1 | Earned Discount | | -17.49 |
| Signed by | B.DEGEORGE | Fuel Surcharge | | 1.28 |
| FedEx Use | 000000000/0001596/_ | **Total Charge** | **USD** | **$33.34** |

**Ship Date: Jul 21, 2015**  **Cust. Ref: 8477 102**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 774102856733 | Leslie M. Sanderson | Attn: Custodian of Records | |
| Service Type | FedEx Priority Overnight | Scheef & Stone | AOL, Inc. | |
| Package Type | FedEx Pak | 2600 Network Blvd. | 22000 AOL Way | |
| Zone | 06 | FRISCO TX 75034 US | STERLING VA 20166 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 52.85 |
| Delivered | Jul 22, 2015 10:11 | Fuel Surcharge | | 1.16 |
| Svc Area | A1 | Earned Discount | | -15.86 |
| Signed by | S.NEW | Automation Bonus Discount | | -7.93 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | **USD** | **$30.22** |

**Ship Date: Jul 21, 2015**  **Cust. Ref: 8477 102**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
Distance Based Pricing, Zone 7
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 774102996442 | Leslie M. Sanderson | Compliance Team |
| Service Type | FedEx Priority Overnight | Scheef & Stone | Yahoo! Inc. |
| Package Type | FedEx Pak | 2600 Network Blvd. | 701 First Avenue |
| Zone | 07 | FRISCO TX 75034 US | SUNNYVALE CA 94089 US |
| Packages | 1 | | |

Continued on next page

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-125-16851 | Aug 12, 2015 | REDACTED | 12 of 15 |

Tracking ID: 774102996442 continued

| | | | |
|---|---|---|---|
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 58.30 |
| Delivered | Jul 22, 2015 10:06 | Earned Discount | -17.49 |
| Svc Area | A1 | Automation Bonus Discount | -8.75 |
| Signed by | S.PEREZ | Fuel Surcharge | 1.28 |
| FedEx Use | 000000000/0001596/_ | **Total Charge**                    USD | **$33.34** |

Ship Date: Jul 21, 2015                    Cust. Ref: 8477.102                    Ref #2:
Payor: Shipper                                                                              Ref #3:
 The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
 Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
 Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Dena Lambert | Matthew P. Lynch, Esq. |
| Tracking ID | 774104650630 | SCHEEF AND STONE LLP | Build Rehabilitation Services |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 12432 Foothill Boulevard |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SYLMAR CA 91342 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Jul 22, 2015 10:13 | Earned Discount | -9.78 |
| Svc Area | A2 | Automation Bonus Discount | -4.89 |
| Signed by | M.ARY | Fuel Surcharge | 0.72 |
| FedEx Use | 000000000/0000230/_ | **Total Charge**                    USD | **$18.65** |

Ship Date: Jul 21, 2015                    Cust. Ref: 8477.102                    Ref #2:
Payor: Shipper                                                                              Ref #3:
 Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
 The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
 Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Dena Lambert | Honorable George Wu |
| Tracking ID | 774146543984 | SCHEEF AND STONE LLP | USDC Central District of CA |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 312 North Spring Street |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Jul 28, 2015 09:20 | Fuel Surcharge | 0.72 |
| Svc Area | A1 | Automation Bonus Discount | -4.89 |
| Signed by | J.LOPEZ | Earned Discount | -9.78 |
| FedEx Use | 000000000/0000230/_ | **Total Charge**                    USD | **$18.65** |

Ship Date: Jul 21, 2015                    Cust. Ref: 8477.102                    Ref #2:
Payor: Shipper                                                                              Ref #3:
 Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
 The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
 Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Dena Lambert | Jeffrey Brandlin |
| Tracking ID | 774146586634 | SCHEEF AND STONE LLP | Brandlin & Associates |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 1801 Century Park East |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90067 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Jul 28, 2015 10:06 | Fuel Surcharge | 0.72 |
| Svc Area | A1 | Earned Discount | -9.78 |
| Signed by | .BELL | Automation Bonus Discount | -4.89 |
| FedEx Use | 000000000/0000230/_ | **Total Charge**                    USD | **$18.65** |



# ELITE
### DOCUMENT TECHNOLOGY

*Elite Document Technology-Dallas*

**www.elitedocutech.com**

| Date | Invoice # |
|------|-----------|
| 8/4/2015 | 48249 |

PAID

OCT - 1 2015

Call us today to schedule your demo of the VIEWPOINT
E-DISCOVERY PLATFORM!!

Job #: EDT_048249

Check No. 2143

| Bill To |
|---------|
| Jeri Hamman |
| Scheef & Stone - Frisco |
| 2600 Network Blvd., Suite 400 |
| Frisco, TX 75034 |

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| 8477.102 | Net 30 | THerna | Jeri Hamman |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| PROJECT MANAGEMENT:Project Management | 8.7 | $125.000 | $1,087.50T |
|     Project Management Time [Revise Graphics to clients specs] (7/30/2015 12:43:13 PM - 7/30/2015 3:01:42 PM) | | | |
|     Project Management Time [Revise Graphics to clients specs] (7/30/2015 3:22:00 PM - 7/30/2015 4:03:57 PM) | | | |
|     Project Management Time [Additional Graphics to revised Chart] (7/31/2015 12:10:36 PM - 7/31/2015 2:14:02 PM) | | | |
|     Project Management Time [Additional Graphics to revised Chart] (7/31/2015 3:41:44 PM - 7/31/2015 4:03:24 PM) | | | |
|     Project Management Time [Additional Graphics to revised Chart] (7/31/2015 4:58:41 PM - 7/31/2015 6:38:10 PM) | | | |
|     Project Management Time [Additional Graphics to revised Chart] (8/3/2015 12:25:29 PM - 8/3/2015 1:46:02 PM) | | | |
| Discount from Subtotal | | | ($150.00) |
|     Per Terry in e-mail on 09.29.15 | | | |

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

## A 5% late fee will be applied to any invoice over 30 days past due.

We accept VISA, Mastercard, and AMEX.

| | |
|---|---|
| Subtotal: | $937.50 |
| Sales Tax(0.0825): | $77.34 |

*Customer Signature:*      *Date:*

| Total: | $1,014.84 |
|--------|-----------|

Tax ID Number:
33-1029748

400 N. Saint Paul St., Suite 1300, Dallas, TX 75201. 214-698-5199

8477.102
courtesy copies
to judge

Pro Legal Receipt

Editing Order 5172158

File Edit View Action Help

Save and Close

ProLegal-COD -

Cust ID... | Contact... | Billing Group / Cost

Kristine Bates- 214-4

Origin F2

Name: ProLegal-PDF From Client To Pro

Address...: 1706 S Figueroa St
Los Angeles CA 90015-3420

Phone

Remarks...: PDF DOCS As you know, it must be blue backed and the appendix/exhibits must be tabbed, etc. Please also print in color.

Get Directions →

Destination F3

Name: Judge Wu

Address...: 312 N Spring St Rm 10
Los Angeles CA 90012-4701

Phone

Remarks...: courtesy copy

Get Directions →

Email / Fax Alerts F5

KRISTINE.BATES@SOLIDCOUNSEL.COM

Placed | Picked up | ☑ Delivered

Parcels (0) | Attachments (5) | Flight | Tasks (0) | Status Codes (0)
General | Charges (5) | Drivers (2) | Notes (0) | User Fields (0)

References F6: 2: 15-cv-04527-GW-PLA

Pickup F11: From 14:00 Mon 08/03/15 To 15:30 Mon 08/03/15

Service Type F7: Legal Delivery

Order Type - On Demand F9: Direct-Legal

Parcel Info: Pieces 1, Weight... 1

Delivery F12: From 14:00 Mon 08/03/15 To 16:30 Mon 08/03/15

Order Comments F8

Distance 3 miles / 4.83 km | Paid | Entered By Cathy Amores | Placed 13:50 Mon 08/03/2015 | $ 198.55

Courtesy copy job

Thank you for your business

Sincerely Prolegal

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-125-16851 | Aug 12, 2015 | REDACTED | 13 of 15 |

**Ship Date:** Jul 31, 2015  **Cust. Ref.:** 8477.102  **Ref #2:**
**Payor:** Shipper  **Ref #3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 4.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2031.41
Distance Based Pricing, Zone 5

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 774185422410 | Kristine Bates | Trever Hansen | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE, LLP | Complete Merchant Solutions | |
| Package Type | FedEx Envelope | 500 N. Akard Street | 815 West University Parkway | |
| Zone | 05 | DALLAS TX 75201 US | OREM UT 84058 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.55 |
| Delivered | Aug 03, 2015 09:22 | Fuel Surcharge | | 0.72 |
| Svc Area | A2 | Automation Bonus Discount | | -4.88 |
| Signed by | C.L | Earned Discount | | -9.77 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$18.62** |

**Ship Date:** Aug 05, 2015  **Cust. Ref.:** 8477.102  **Ref #2:**
**Payor:** Shipper  **Ref #3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 774217908008 | Dena Lambert | Honorable George Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | USDC Central District of CA | |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 312 North Spring Street | |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Aug 06, 2015 09:25 | Automation Bonus Discount | | -4.89 |
| Svc Area | A1 | Earned Discount | | -10.43 |
| Signed by | O.OSCAR | Fuel Surcharge | | 0.52 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$17.80** |

| | | |
|---|---|---|
| **8477.102 Reference Subtotal** | **USD** | **$207.31** |

REDACTED



**LUXE**
CITY CENTER
HOTEL

**Mrs Charlene Koonce**
**500 N. Akard**
**Dallas TX 75201**
**United States**

| | |
|---|---|
| Room No. | : 512 |
| Arrival | : 08-05-15 |
| Departure | : 08-06-15 |

**GUEST FOLIO**

Company Name:
Group Name:

| | |
|---|---|
| Page No. | : 1 of 1 |
| Folio No. | : 265092 |
| Conf. No. | : 2060531 |
| Cashier No. | : 100 |
| Custom Ref. | : |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-05-15 | Simply Luxe Bar Rate | 229.00 | |
| 08-05-15 | Occupancy Tax | 32.06 | |
| 08-05-15 | City Tourism Tax | 3.44 | |
| 08-05-15 | CA Tourism Assessment | 0.45 | |
| 08-06-15 | In Room Dining Breakfast Food | 24.50 | |
| | CHECK# 0035815 | | |
| 08-06-15 | Visa | | 289.45 |
| | XXXXXXXXXXX6480 XX/XX | | |

| | | |
|---|---|---|
| **Total Charges** | 289.45 | |
| **Total Credits** | | 289.45 |
| **Balance** | | 0.00 |

Signature: _____

Thank you for staying at Luxe City Center.

REDACTED

REDACTED

```
        LA Yellow Cab
         Cab #6348
        (424) 222-2222
         Gardena, CA
        08/06/15 07:59


    TRIP ID:
    STRT TIME:
    07:49
    END TIME:  07:59
    DIST:  1.80


    FARE:$   9.45
    TIP:$    3.00
    EXTRAS:$  0.00


    TOTAL:$  12.45


    CARD BAL:$
    OWED:$   0.00




     xxxx3640
    MID445100011995
    AUTH07720C


    NO SIGNATURE
    REQUIRED
```

Your order number is: 4 3 7

REDACTED

**Supershuttle** *Need a lift?*
(800) 258-3826 • Los Angeles
www.supershuttle.com

Driver # _____   Fare _____ CCK

Van # _____   Tip _____

Date   8/5/15   Total  22

Name _____

Zip Code/Hotel   airport to hotel

PSC 9635

REDACTED

```
*  UNITED TAXI  *
* (800)892-8294*
*UNITEDTAXI.COM*

 PASSENGER COPY
  CARD RECEIPT
CAB#:       0220
PASS#:         1
DATE: 08/06/2015
St.TIME:  10:59
End TIME:  11:08
TRIP#:      1307
DIST :  1.95 mi
Rate 1
Fare  : $  9.45
Extra : $  0.00
TIP   : $  2.00
TOTAL : $ 11.45
CARD#: ****6490
AUTH#:    006272

*  THANK YOU   *
*  BOOK ONLINE *
*UNITEDTAXI.COM*
```

```
LA Yellow Cab
  Cab #6348
(424) 222-2222
 Gardena, CA
08/06/15 07:59

TRIP ID:
STRT TIME:
07:49
END TIME:  07:59
DIST: 1.80

FARE:$   9.45
TIP:$    3.00
EXTRAS:$  0.00

TOTAL:$  12.45

CARD BAL:$
OWED:$    0.00

xxxx3640
MID4451000011995
AUTH077200

NO SIGNATURE
REQUIRED
```

REDACTED

```
              The Parking Spot
              Dallas, TX 75235
          6900 Cedar Springs Road
                214-350-2410
              D^llas, TX 75235


    Booth 2 (E 08/06/15 21:34


    Standard Ticket
    CVD - No. 071744
    08/05/15 13:04
    08/06/15 21:34
    Period 1d8h31'
    (Tax)                    $21.90

    Sub Total                $21.90
    Tax                       $2.43
                        -----------
    Total                    $24.33

    Payment Received
    VISA                     $24.33
    XXXXXXXXXXXXX6697

    Sub Total                $21.90
    Tax    8.25%              $1.81
    AAF    2.6%               $0.62


    Your ticket# is:
    07847886170032700071744
```

## Earn Free Rides

Get $250 in credits for referring a Los Angeles driver if they apply using your link, and give 50 rides within 30 days. They'll get a $250 cash bonus, too!



*First 1,000 applicants per market for a limited time only. See terms.*

## Thanks for riding with Steven!
Ride ending August 6 at 12:48 PM



| | | |
|---|---|---|
| Pickup: | 1011 South Figueroa Street, Los Angeles, CA 90015, USA | |
| Dropoff: | Los Angeles International Airport, 1 World Way, Los Angeles, CA 90045, USA | |

| | |
|---|---|
| Ride *17.4 mi & 43 min*: | $28.97 |
| Trust & Safety Fee: | $1.55 |

**Total charged to Visa \*\*\*6480:**                                $30.52

⊘ Lose something?              ⊕ Add tip

*Receipt #758421337986234370 · Request a price review · Learn more about pricing*

*Learn more about our Zero Tolerance Policies.*

© Lyft 2015
548 Market St #68514
San Francisco, CA 94104

𝑓    🐦

Questions? Visit our Help Center    Work at Lyft    Blog

Ride with Steven ending August 6 at 12:48 PM

Charges to card ending with \*\*\*6480:                    $4.00

© Lyft 2015
548 Market St #68514
San Francisco, CA 94104

f   🐦

Questions? Visit our Help Center   Work at Lyft

**Kristine Bates**

| | |
|---|---|
| **From:** | Charlene Koonce |
| **Sent:** | Friday, August 07, 2015 3:34 PM |
| **To:** | Kristine Bates |
| **Subject:** | FW: Lyft Additional Charge Receipt |



## CHARLENE KOONCE
## PARTNER

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215  (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

# SCHEEF & STONE, L.L.P.
LEGAL COUNSEL BASED ON SOLID PRINCIPLES



**Important:**  This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:**  Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys.  If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.

**From:** receipts@lyftmail.com [mailto:receipts@lyftmail.com]
**Sent:** Friday, August 07, 2015 3:02 PM
**To:** Charlene Koonce
**Subject:** Lyft Additional Charge Receipt



$4.00 additional charge for added tip

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-140-06181 | Aug 26, 2015 | REDACTED | 11 of 14 |

REDACTED

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 774250709637 | Kristine Bates | Honorable George Wu |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE, LLP | US District Court- Central Dis |
| Package Type | FedEx Envelope | 500 N. Akard Street | 312 N. Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Aug 11, 2015 09:32 | Fuel Surcharge | 0.52 |
| Svc Area | A1 | Automation Bonus Discount | -4.89 |
| Signed by | O.OSCAR | Earned Discount | -10.43 |
| FedEx Use | 000000000/0000230/_ | **Total Charge**  USD | **$17.80** |

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 774251011690 | Dena Lambert | Honorable George Wu |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | USDC Central District of CA |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 312 North Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Aug 11, 2015 09:32 | Fuel Surcharge | 0.52 |
| Svc Area | A1 | Automation Bonus Discount | -4.89 |
| Signed by | O.OSCAR | Earned Discount | -10.43 |
| FedEx Use | 000000000/0000230/_ | **Total Charge**  USD | **$17.80** |

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
Distance Based Pricing, Zone 6
1st attempt Aug 13, 2015 at 07:51 AM.

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 774271148474 | Kristine Bates | Honorable George Wu |
| Service Type | FedEx First Overnight | SCHEEF & STONE, LLP | US District Court- Central Dis |
| Package Type | FedEx Envelope | 500 N. Akard Street | 312 N. Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |

Continued on next page

| | | | |
|---|---|---|---:|
| Delivered | Aug 13, 2015 09:52 | | |
| Svc Area | A1 | Transportation Charge | 60.60 |
| Signed by | O.SCAR | Fuel Surcharge | 1.82 |
| FedEx Use | 000000000/0000007/_ | Total Charge          USD | $62.42 |

**Ship Date: Aug 19, 2015       Cust. Ref: 8477.102       Ref.#2:**
**Payor: Shipper                Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---:|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 774306306861 | Will Hester | Document Analysis & Recording |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE LLP | Registrar-RecorderCounty Clerk |
| Package Type | FedEx Envelope | 500 N Akard | Room 1101 |
| Zone | 06 | DALLAS TX 75201 US | NORWALK CA 90650 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 31.55 |
| Delivered | Aug 19, 2015 09:16 | Adult Signature | 5.00 |
| Svc Area | A1 | Fuel Surcharge | 0.50 |
| Signed by | J.GONZALES | Earned Discount | -10.10 |
| FedEx Use | 000000000/0000244/_ | Automation Bonus Discount | -4.73 |
| | | Total Charge          USD | $22.22 |

**Ship Date: Aug 19, 2015       Cust. Ref: 8477.102       Ref.#2:**
**Payor: Shipper                Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---:|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 774322483300 | Will Hester | David P. Beitchman |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE LLP | Beitchman/Zekian, PC |
| Package Type | FedEx Envelope | 500 N Akard | 16130 Ventura Blvd |
| Zone | 06 | DALLAS TX 75201 US | ENCINO CA 91436 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 31.55 |
| Delivered | Aug 20, 2015 10:54 | Earned Discount | -10.10 |
| Svc Area | A1 | Fuel Surcharge | 0.50 |
| Signed by | J.SOSYAN | Adult Signature | 5.00 |
| FedEx Use | 000000000/0000244/_ | Automation Bonus Discount | -4.73 |
| | | Total Charge          USD | $22.22 |

**Ship Date: Aug 24, 2015       Cust. Ref: 8477.102       Ref.#2:**
**Payor: Shipper                Ref.#3:**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---:|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 774342206878 | Dena Lambert | Honorable George Wu |
| Service Type | FedEx Priority Overnight | SCHEEF AND STONE LLP | USDC Central District of CA |
| Package Type | FedEx Envelope | 500 N. AKARD STREET, SUITE 270 | 312 North Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Aug 24, 2015 09:36 | Earned Discount | -10.43 |
| Svc Area | A1 | Automation Bonus Discount | -4.89 |
| Signed by | O.OSCAR | Fuel Surcharge | 0.52 |
| FedEx Use | 000000000/0000230/_ | Total Charge          USD | $17.80 |

| | | |
|---|---:|---:|
| **8477.102 Reference Subtotal** | **USD** | **$160.26** |



ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

Help

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1150811P9890**. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

After printing, click on the "Continue" button to proceed.

| Civil Party Name Search | Amount |
|---|---|
| SIROMMACHOFF, GIDEON | $1.00 |
| **Total:** | **$1.00** |

8477.10⁻²

| | |
|---|---|
| **Transaction Remark:** | Bunzai |
| **Transaction Date:** | 08/11/2015 10:34:27 |
| **Credit Card Number:** | ...9458 |
| **Credit Card Type:** | Visa |
| **Bill to:** | Scheef & Stone LLP |
| | 500 N Akard Ste 2700 |
| | Dallas, TX 75201 |

Print this page     Continue

Art Showcased in
Los Angeles Courthouse Jury Rooms

flight will be considered a no show, and all remaining, unused funds on this reservation will be forfeited,
including Business Select and Anytime funds.

**PRICE: ADULT**

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | Quantity | Total |
|------|---------|------------------------------|--------------|----------|-------|
| Depart | DAL-LAX | **Wanna Get Away** <br> Excellent Value | • No Change Fees <br> (applicable fare difference applies) <br> • Reusable Funds <br> (nontransferable - no name changes allowed) <br> • Nonrefundable unless purchased with Points | 1 | $124.00 |
| Return | LAX-DAL | **Wanna Get Away** <br> Excellent Value | • No Change Fees <br> (applicable fare difference applies) <br> • Reusable Funds <br> (nontransferable - no name changes allowed) <br> • Nonrefundable unless purchased with Points | 1 | $104.00 |

**Enroll in Rapid Rewards and earn at least 1115 Points for this trip.
Already a Member? Log in to ensure you are getting the points you
deserve.**

**Subtotal        $228.00**
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge        $0.00

**Air Total:
$228.00**

**Gov't taxes & fees now included**

| Form of Payment | | | | Amount Applied |
|-----------------|---|---|---|----------------|
| Travel Funds - H16F4Z - 4889 | **Original Balance** <br> $662.00 | **Applied** <br> $228.00 | **Remaining** <br> $0.00 | **$228.00** |
| Refund Requested | | | | $434.00 |

**Amount Paid
$228.00**

**Trip Total
$228.00**

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company
Information constitutes acceptance of our Terms and Conditions. Privacy Policy

Case 2:15-cv-04527-GW-PLA Document 513-4 Filed 08/04/16 Page 44 of 114 Page ID #:17194

8477.103

Español 🌐



FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®    🔍

pg 1

CCK
hearing
charge $228
8477.103

## Southwest🧡
# Thank you for your purchase!

**Dallas (Love Field), TX – DAL to Los Angeles, CA – LAX**

### Air

Confirmation #HI6F4Z

**Dallas (Love Field), TX – DAL to Los Angeles, CA – LAX**
Monday, September 14, 2015

**Air Total: $228.00**

**Amount Paid**
**$228.00**

**Trip Total**
**$228.00**

SEP 14
MON
# 09/14/15 - Los Angeles

## AIR
**Dallas (Love Field), TX – DAL to Los Angeles, CA – LAX**
09/14/2015

**Confirmation #**
## HI6F4Z

| Adult Passenger(s) | Rapid Rewards # |
|---|---|
| CHARLENE KOONCE | 00020058227346 |

Subscribe to Flight Status Messaging

| | | | | | |
|---|---|---|---|---|---|
| DEPART **SEP 14** **MON** | 06:10 AM | Depart **Dallas (Love Field), TX (DAL)** on Southwest Airlines | Flight #1117 Southwest🧡 | Monday, September 14, 2015 | |
| | 07:25 AM | Arrive in **Los Angeles, CA (LAX)** | | Travel Time 3 h 15 m (Nonstop) Wanna Get Away | |
| RETURN **SEP 14** **MON** | 02:30 PM | Depart **Los Angeles, CA (LAX)** on Southwest Airlines | Flight #3245 Southwest🧡 | Monday, September 14, 2015 | |
| | 07:35 PM | Arrive in **Dallas (Love Field), TX (DAL)** | | Travel Time 3 h 05 m (Nonstop) Wanna Get Away | |

**What you need to know to travel:**

**Check-in:** Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

**No Show Policy:** If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. For tickets purchased on or after May 10, 2013 and travel beginning September 13, 2013, Customers who fail to cancel reservations for a Wanna Get Away or DING! fare segment at least ten (10) minutes prior to travel and who do not board the

encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost: 228.00**

Carryon Items: 1 Bag + small personal item are free. See full details.
Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262134576452:
NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Unused
travel funds may only be applied toward the purchase of future travel for
the individual named on the ticket. Any changes to this itinerary may result
in a fare increase. Failure to cancel reservations for a Wanna Get Away
fare segment at least 10 minutes prior to travel will result in the forfeiture
of all remaining unused funds.





 Learn About Our
Boarding Process ↝

 Get EarlyBird
Check-In® Details ↝

## Cost and Payment Summary

✈ AIR · HI6F4Z

| | | Payment Information |
|---|---|---|
| Base Fare | $185.87 | |
| Excise Taxes | $ 13.93 | Payment Type: Ticket Exchange |
| Segment Fee | $ 8.00 | Date: Aug 13, 2015 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $228.00 |
| September 11th Security Fee | $ 11.20 | |
| | | REFUND ON Aug 13, 2015 TO Visa |
| **Total Air Cost** | **$228.00** | XXXXXXXXXXXX7182 $434.00 |

**Exchange Detail**
Aug 13, 2015 From ticket #
5262134574889 to ticket #
5262134576452



 **Flight Status Alerts**

Stay on your way with flight departure or
arrival status via text message or e-mail

Subscribe Now ↝

**Fly Southwest To
International Destinations**

You can now book travel
from select cities to Mexico
& The Caribbean at
southwest.com.

Learn More ↝



Español 

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®

*CCK*
*hearing*
*refund $20*
*8477.10*

## Southwest
## Thank you for your purchase!

Dallas (Love Field), TX - DAL to Los Angeles, CA - LAX

### Air
Confirmation #HI6F4Z

Dallas (Love Field), TX - DAL to Los
Angeles, CA - LAX
Thursday, September 17, 2015

Air Total: $208.00

Amount Paid
**$208.00**

Trip Total
**$208.00**

---

SEP 17
**THU**   **09/17/15 - Los Angeles**

### AIR
Dallas (Love Field), TX - DAL to Los Angeles, CA - LAX
09/17/2015
Confirmation #
## HI6F4Z

**Adult Passenger(s)**                          **Rapid Rewards #**
CHARLENE KOONCE                                 00020058227346

Subscribe to Flight Status Messaging

| Travel Date | | Flight Segments | | Flight Summary |
|---|---|---|---|---|
| DEPART SEP 17 THU | 06:10 AM | Depart **Dallas (Love Field), TX (DAL)** on Southwest Airlines | Flight #1117  Southwest | **Thursday, September 17, 2015** |
| | 07:25 AM | Arrive in **Los Angeles, CA (LAX)** | | Travel Time 3 h 15 m (Nonstop) Wanna Get Away |
| RETURN SEP 17 THU | 05:00 PM | Depart **Los Angeles, CA (LAX)** on Southwest Airlines | Flight #3182  Southwest | **Thursday, September 17, 2015** |
| | 10:05 PM | Arrive in **Dallas (Love Field), TX (DAL)** | | Travel Time 3 h 05 m (Nonstop) Wanna Get Away |

**What you need to know to travel:**

**Check-in:** Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your
scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for
denied booking compensation.

**No Show Policy:** If you are not planning to travel on any portion of this itinerary, please cancel your

Cartesy copies to judge 8477.102

Invoice

**Editing Order 5183750**

File Edit View Action Help

Save and Close

**ProLegal-COD -**

Cust ID... 2365 | Contact... Kristine Bates- 214-4 | Billing Group / Cost

**Origin F2**

Name: Prolegal

Address... 1706 S Figueroa St
Los Angeles CA 90015-3420

Phone:

Remarks...

Get Directions →

**Destination F3**

Name: Judge George Wu

Address... 312 N Spring St STE 10
Los Angeles CA 90012

Phone:

Remarks... drop courtesy copy !!

Get Directions →

**Email / Fax Alerts F5**

KRISTINE.BATES@SOLIDCOUNSEL.COM

☐ Placed ☐ Picked up ☑ Delivered

Parcels (0) | Attachments (1) | Flight | Tasks (0) | Status Codes (0)
General | Charges (7) | Drivers (2) | Notes (0) | User Fields (0)

**References F6**

JUDGE WU

**Pickup F11**

From: 12:41 Wed 08/12/15

To: 14:00 Wed 08/12/15

**Service Type F7**

Legal Delivery

**Order Type - On Demand F9**

Rush-Legal

**Parcel Info**

Documents

Pieces: 1

Weight... 1

**Delivery F12**

From: 12:41 Wed 08/12/15

To: 15:00 Wed 08/12/15

**Order Comments F8**

Distance 5 miles / 8.05 km | CC Rated | Entered By Damon Hammond | Placed 12:55 Wed 08/12/2015 | $ 30.10

Thank you Prolegal

0471.102
Courtesy copies
Mtn for fees
Mtn to designate

Invoice order # 5188792

Editing Order 5188792

File Edit View Action Help

Save and Close

ProLegal-COD -

Cust ID... 2365
Contact... Kristine Bates- 214-4
Billing Group / Cost

**Origin F2**

Name: Prolegal
Address... 1706 S Figueroa St
Los Angeles CA 90015-3420
Phone:
Remarks...
Get Directions

**Destination F3**

Name: Judge George Wu
Address... 312 N Spring St STE 10
Los Angeles CA 90012
Phone:
Remarks... drop courtesy copy
Get Directions

**Email / Fax Alerts F5**

KRISTINE.BATES@SOLIDCOUNSEL.COM
☐ Placed ☐ Picked up ☑ Delivered

Parcels (0) | Attachments (0) | Flight | Tasks (0) | Status Codes (0)
General | Charges (7) | Drivers (2) | Notes (0) | User Fields (0)

**References F6**

2: 15-cv-04527-GW-PLA

**Pickup F11**

From: 09:56 Mon 08/17/15
To: 10:56 Mon 08/17/15

**Service Type F7**

Legal Delivery

**Order Type - On Demand F9**

Direct-Legal

**Parcel Info**

Documents
Pieces: 1
Weight... 1

**Delivery F12**

From: 09:56 Mon 08/17/15
To: 12:00 Mon 08/17/15

**Order Comments F8**

called kristine & she gave updated credit card. informed damon in lgl

Distance 5 miles / 8.05 km | CC Rated | Entered By Damon Hammond | Placed 10:53 Mon 08/17/2015 | $ 221.25

Thank you for your business, Pro Legal

Receipt: V1GVNMJNDM5D - Dropbox

**Dropbox Inc.**
185 Berry Street
San Francisco, CA 94107
United States
billing-support@dropbox.com



## Receipt for will.hester@solidcounsel.com

| Payment | Date | Amount | Receipt ID |
|---|---|---|---|
| Visa ending in 9458 approved | 9/22/2015 | $9.99 | V1GVNMJNDM5D |

| Description | Amount |
|---|---|
| Dropbox Pro - 1TB (9/22/2015 to 10/22/2015) | $9.99 |
| **Total** | $9.99 |

All amounts shown are in USD. This is not an invoice. No additional payment is required.

# FedEx®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-154-48740 | Sep 09, 2015 | REDACTED | 8 of 11 |

Ship Date: Aug 27, 2015    Cust. Ref: 8477 102    Ref #2:
Payor: Shipper    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Incorrect recipient address.
Distance Based Pricing, Zone 7
1st attempt Sep 01, 2015 at 10:28 AM.
Original address - 72 W. Broadway/ARCH CAPE, OR 97102

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | CJ Montgomery | |
| Tracking ID | 774385021990 | SCHEEF & STONE, LLP | Above All Offers | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 400 E 2ND ST 101 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | EUGENE OR 97401 US | |
| Zone | 07 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 36.70 |
| Delivered | Sep 01, 2015 11:27 | Earned Discount | | -11.74 |
| Svc Area | PM | Automation Bonus Discount | | -5.51 |
| Signed by | J.CAYSON | Fuel Surcharge | | 0.58 |
| FedEx Use | 000000000/0000241/_ | Address Correction | | 12.50 |
| | | **Total Charge** | **USD** | **$32.53** |

Ship Date: Aug 27, 2015    Cust. Ref: 8477 102    Ref #2:
Payor: Shipper    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Legal Department | |
| Tracking ID | 774385046765 | SCHEEF & STONE, LLP | ClickBooth/Integra Click | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 5901 N. Honore Ave. Suite 210 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SARASOTA FL 34243 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.55 |
| Delivered | Aug 28, 2015 09:30 | Earned Discount | | -10.42 |
| Svc Area | A4 | Automation Bonus Discount | | -4.88 |
| Signed by | C.BOLAND | Fuel Surcharge | | 0.52 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$17.77** |

Ship Date: Aug 27, 2015    Cust. Ref: 8477 102    Ref #2:
Payor: Shipper    Ref #3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Legal Department | |
| Tracking ID | 774385068678 | SCHEEF & STONE, LLP | Convert2Media | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 2910 Maguire Rd | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | OCOEE FL 34761 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.55 |
| Delivered | Aug 28, 2015 09:29 | Fuel Surcharge | | 0.52 |
| Svc Area | A2 | Automation Bonus Discount | | -4.88 |
| Signed by | R.HANSON | Earned Discount | | -10.42 |
| FedEx Use | 000000000/0000219/_ | **Total Charge** | **USD** | **$17.77** |

Ship Date: Aug 27, 2015    Cust. Ref: 8477 102    Ref #2:
Payor: Shipper    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
1st attempt Aug 28, 2015 at 09:49 AM.
Original address - 1841 Broadway/NEW YORK, NY 10023

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Flex Marketing Group | |
| Tracking ID | 774385096586 | SCHEEF & STONE, LLP | Flex Marketing Group | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 1841 BWAY | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | NEW YORK NY 10023 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |

Continued on next page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-154-48740 | Sep 09, 2015 | REDACTED | 9 of 11 |

Tracking ID: 774385096586 continued

| | | | |
|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Aug 28, 2015 09:54 | Automation Bonus Discount | -4.89 |
| Svc Area | A1 | Earned Discount | -10.43 |
| Signed by | J.GELMAN | Fuel Surcharge | 0.52 |
| FedEx Use | 000000000/0000230/_ | Address Correction | 12.50 |
| | | **Total Charge** USD | **$30.30** |

Ship Date: Aug 27, 2015              Cust. Ref: 8477 102        Ref.#2:
Payor: Shipper                                      Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 7
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Kristine Bates | Shane Tackett |
| Tracking ID | 774385240957 | SCHEEF & STONE, LLP | Mobooka, LLC |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 1295 Indian Street |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | SAN FRANCISCO CA 94107 US |
| Zone | 07 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 36.70 |
| Delivered | Aug 28, 2015 08:56 | Earned Discount | -11.74 |
| Svc Area | A1 | Automation Bonus Discount | -5.51 |
| Signed by | see above | Fuel Surcharge | 0.58 |
| FedEx Use | 000000000/0000241/02 | **Total Charge** USD | **$20.03** |

Ship Date: Aug 27, 2015              Cust. Ref: 8477 102        Ref.#2:
Payor: Shipper                                      Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Kristine Bates | Legal Department |
| Tracking ID | 774385284176 | SCHEEF & STONE, LLP | Phresh Clicks |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 9000 Sunset Blvd. |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | WEST HOLLYWOOD CA 90069 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.60 |
| Delivered | Aug 28, 2015 13:35 | Automation Bonus Discount | -4.89 |
| Svc Area | A1 | Fuel Surcharge | 0.52 |
| Signed by | C.KIM | Earned Discount | -10.43 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** USD | **$17.80** |

Ship Date: Aug 31, 2015              Cust. Ref: 8477 102        Ref.#2:
Payor: Shipper                                      Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Will Hester | Document Analysis & Recording |
| Tracking ID | 774407579015 | SCHEEF & STONE LLP | Registrar-RecorderCounty Clerk |
| Service Type | FedEx Standard Overnight | 500 N Akard | Room 1101 |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | NORWALK CA 90650 US |
| Zone | 06 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 31.55 |
| Delivered | Sep 01, 2015 09:13 | Adult Signature | 5.00 |
| Svc Area | A1 | Earned Discount | -10.10 |
| Signed by | J.GONZALEZ | Automation Bonus Discount | -4.73 |
| FedEx Use | 000000000/0000244/_ | Fuel Surcharge | 0.50 |
| | | **Total Charge** USD | **$22.22** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-154-48740 | Sep 09, 2015 | REDACTED | 10 of 11 |

Ship Date: Sep 03, 2015                    Cust. Ref.: 8477.102                    Ref #2:
Payor: Shipper                                         Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2750.47
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6
The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as FedEx Pak.

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | | **Recipient** | |
| Tracking ID | 774439374024 | Kristine Bates | | Honorable George Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE, LLP | | US District Court- Central Dis | |
| Package Type | FedEx Pak | 500 N. Akard Street | | 312 N. Spring Street | |
| Zone | 06 | DALLAS TX  75201  US | | LOS ANGELES CA  90012  US | |
| Packages | 1 | | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | | 59.80 |
| Delivered | Sep 04, 2015 10:07 | Earned Discount | | | -19.14 |
| Svc Area | A1 | Fuel Surcharge | | | 0.95 |
| Signed by | .ALMA | Automation Bonus Discount | | | -8.97 |
| FedEx Use | 000000000/0001574/_ | **Total Charge** | | **USD** | **$32.64** |

8477.102 Reference Subtotal          **USD**          **$191.06**

Ship Date: Sep 01, 2015                    Cust. Ref.: 8764101/Pacific                    Ref #2:

REDACTED

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-191-14600 | Oct 14, 2015 | REDACTED | 15 of 18 |

Tracking ID: 774570963732 continued

| | | | |
|---|---|---|---|
| Delivered | Sep 23, 2015 10:08 | Automation Bonus Discount | -4.89 |
| Svc Area | A1 | Earned Discount | -10.43 |
| Signed by | .TRACY | Fuel Surcharge | 0.35 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** USD | **$17.63** |

Ship Date: Sep 28, 2015   Cust. Ref. 8477.102   Ref.#2
Payor: Shipper   Ref.#3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2750.47
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774612850567 | Kristine Bates | Honorable George Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE, LLP | US District Court- Central Dis | |
| Package Type | FedEx Envelope | 500 N. Akard Street | 312 N. Spring Street | |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Sep 29, 2015 09:52 | Earned Discount | | -10.43 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | T.TRACY | Fuel Surcharge | | 0.35 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** USD | | **$17.63** |

Ship Date: Oct 01, 2015   Cust. Ref. 8477.102   Ref.#2
Payor: Shipper   Ref.#3

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774643740183 | Will Hester | .Gabriel Montez | |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE LLP | Registrar-Recorder County Cler | |
| Package Type | FedEx Pak | 500 N Akard | Room 1101 | |
| Zone | 06 | DALLAS TX 75201 US | NORWALK CA 90650 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 49.50 |
| Delivered | Oct 02, 2015 09:55 | Fuel Surcharge | | 0.52 |
| Svc Area | A1 | Adult Signature | | 5.00 |
| Signed by | J.GONZALEZ | Earned Discount | | -15.84 |
| FedEx Use | 000000000/0001371/_ | Automation Bonus Discount | | -7.43 |
| | | **Total Charge** USD | | **$31.75** |

Ship Date: Oct 05, 2015   Cust. Ref. 8477.102   Ref.#2
Payor: Shipper   Ref.#3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774669324440 | Kristine Bates | Honorable George Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE, LLP | US District Court- Central Dis | |
| Package Type | FedEx Envelope | 500 N. Akard Street | 312 N. Spring Street | |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Oct 06, 2015 09:49 | Earned Discount | | -10.43 |
| Svc Area | A1 | Fuel Surcharge | | 0.17 |
| Signed by | J.JOHN | Automation Bonus Discount | | -4.89 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** USD | | **$17.45** |

**8477.102 Reference Subtotal** **USD** **$84.46**

10 3

# FedEx®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-206-16225 | Oct 28, 2015 | REDACTED | 10 of 13 |

Ship Date: Oct 14, 2015     Cust. Ref: 8324.101     Ref.#2:
Payor: Shipper     Ref.#3:

REDACTED

Ship Date: Oct 12, 2015     Cust. Ref: 8477.102     Ref.#2:
Payor: Shipper     Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Honorable George Wu | |
| Tracking ID | 774716422082 | SCHEEF & STONE, LLP | US District Court- Central Dis | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 312 N. Spring Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Oct 13, 2015 10:15 | Automation Bonus Discount | | -4.89 |
| Svc Area | A1 | Fuel Surcharge | | 0.17 |
| Signed by | J.LOPEZ | Earned Discount | | -10.43 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $17.45 |

Ship Date: Oct 16, 2015     Cust. Ref: 8477.102     Ref.#2:
Payor: Shipper     Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Honorable George Wu | |
| Tracking ID | 774756724010 | SCHEEF & STONE, LLP | US District Court- Central Dis | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 312 N. Spring Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Oct 19, 2015 09:48 | Earned Discount | | -10.43 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | .MARIA | Fuel Surcharge | | 0.17 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $17.45 |

Ship Date: Oct 19, 2015     Cust. Ref: 8477.102     Ref.#2:
Payor: Shipper     Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Kristine Bates | Honorable George Wu | |
| Tracking ID | 774771221967 | SCHEEF & STONE, LLP | US District Court- Central Dis | |
| Service Type | FedEx Priority Overnight | 500 N. Akard Street | 312 N. Spring Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Oct 20, 2015 09:36 | Fuel Surcharge | | 0.17 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | .JEFF | Earned Discount | | -10.43 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $17.45 |

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-206-16225 | Oct 28, 2015 | 1494-2653-1 | 11 of 13 |

Ship Date: Oct 19, 2015
Payor: Shipper
Cust. Ref: 8477.102
Ref#2:
Ref#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2683.92
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774772715711 | Will Hester | ERIC ROBI | |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE LLP | Elluma Discovery | |
| Package Type | FedEx Envelope | 500 N Akard | 390 N. SEPULVEDA BLVD | |
| Zone | 06 | DALLAS TX  75201  US | EL SEGUNDO CA  90245  US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.55 |
| Delivered | Oct 20, 2015 11:07 | Fuel Surcharge | | 0.17 |
| Svc Area | A1 | Adult Signature | | 5.00 |
| Signed by | .RALPH | Automation Bonus Discount | | -4.73 |
| FedEx Use | 000000000/0000244/_ | Earned Discount | | -10.10 |
| | | **Total Charge** | **USD** | **$21.89** |

| | **8477.102 Reference Subtotal** | **USD** | **$74.24** |
|---|---|---|---|

Ship Date: Oct 19, 2015
Cust. Ref: 8809
Ref#2:

REDACTED

**Will Hester**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Thursday, August 13, 2015 5:45 PM |
| **To:** | Will Hester |
| **Subject:** | Flight reservation (HI6HPJ) | 26AUG15 | DAL-LAX | Hester/Willard Jr |

#118

My Account | View My Itinerary Online

## Southwest

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest© for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 08/26/15 - Bunzai move

 **AIR Itinerary**

### AIR Confirmation: HI6HPJ

Confirmation Date: 08/13/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| HESTER/WILLARD JR | 465335625 | 5262134738646 | Aug 12, 2016 | 502 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Aug 26 | 1117 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **06:10 AM**<br>Arrive in **LOS ANGELES, CA** (LAX) at **07:25 AM**<br>Travel Time: 3 hrs 15 mins<br><u>Wanna Get Away</u> |
| Thu Aug 27 | 3182 | Depart **LOS ANGELES, CA** (LAX) on Southwest Airlines at **5:00 PM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **10:05 PM**<br>Travel Time: 3 hrs 5 mins<br><u>Wanna Get Away</u> |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. <u>Learn more.</u>


Save up to 35% plus earn up to 2,400 Rapid Rewards® points.
BOOK NOW
AVIS


EARLYBIRD CHECK-IN®
Let us take care of Check-in for you
ONLY $12.50 ONE-WAY
Get It Now

NEED A HOTEL?
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



8477.102

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262134738646; NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

DAL WN LAX41.77TZN7CNR WN DAL41.77TZN7CNR 83.54 END ZPDALLAX
XFDAL4.5LAX4.5 AY11.20$DAL5.60 LAX5.60


NEED A CAR?
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car

CLICK 'N SAVE
Join over 17 million email subscribers saving big on travel each week.
Sign Up


ENROLL NOW. IT'S FREE!
Southwest Rapid Rewards

 Learn About Our Boarding Process ➤

 Get EarlyBird Check-In® Details ➤

## Cost and Payment Summary

 AIR - HI6HPJ

| | | Payment Information |
|---|---|---|
| Base Fare | $ 83.54 | |
| Excise Taxes | $ 6.26 | Payment Type: Visa XXXXXXXXXXXX9458 |
| Segment Fee | $ 8.00 | Date: Aug 13, 2015 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $118.00 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$ 118.00** | |

 Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ➤

## Fly Southwest To International Destinations

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ➤

**Will Hester**

| | |
|---|---|
| **From:** | Dickens Box Mail Center <dickensbox@yahoo.com> |
| **Sent:** | Thursday, August 13, 2015 11:41 AM |
| **To:** | Will Hester |
| **Subject:** | Re: FTC v Bunzai Media Group et al.: Box 167 |
| **Attachments:** | mailbox 167 renewal.pdf; ups tracking.pdf |

I've attached a copy of the UPS tracking label and the mailbox renewal notice.
The UPS forwarding cost comes out to $9.27.   $477.10⁻

Thank you again
Johnney

Dickens Box Postal & Shipping Center 4335 Van Nuys Blvd Sherman Oaks, CA 91403 818-981-2699  818-981-6734 fax
http://www.dickensbox.com


On Thursday, August 13, 2015 9:08 AM, Will Hester <Will.Hester@solidcounsel.com> wrote:


Johnney,

I can give you a call and provide credit card information to have the mail sent via UPS or FEDEX
Ground.  Please advise me of the fee for rent.  The address below is correct.  However, you will need to add
Suite 2700 and you may forward it to the attention of Charlene Koonce.

# Will Hester

Scheef & Stone, LLP
214.706.4200 main
214.706.4202 direct
will.hester@solidcounsel.com

**From:** Dickens Box Mail Center [mailto:dickensbox@yahoo.com]
**Sent:** Thursday, August 13, 2015 11:05 AM
**To:** Will Hester
**Subject:** Re: FTC v Bunzai Media Group et al.: Box 167

Good morning Will,
I don't believe we have forwarded any mail for box #167 to you as of yet.
There is about 3 pieces of mail, I can have them sent out today.
Is there reimbursement for the forwarded mail?

The mailbox is up for renewal this month, August 22nd.

Do I forward the mail to your address? 500 N Akard St, Dallas, TX 75201?

Thank you
-Johnney


Dickens Box Postal & Shipping Center 4335 Van Nuys Blvd Sherman Oaks, CA 91403 818-981-2699  818-981-6734 fax http://www.dickensbox.com


On Thursday, August 13, 2015 8:56 AM, Will Hester <Will.Hester@solidcounsel.com> wrote:


Mr. Hong,

1

# FedEx®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-140-06181 | Aug 26, 2015 | REDACTED | 12 of 14 |

Tracking ID: 774271148474 continued

| | | | | |
|---|---|---|---|---|
| Delivered | Aug 13, 2015 09:52 | Transportation Charge | | 60.60 |
| Svc Area | A1 | Fuel Surcharge | | 1.82 |
| Signed by | O.SCAR | | | |
| FedEx Use | 000000000/0000007/_ | **Total Charge** | **USD** | **$62.42** |

Ship Date: Aug 12, 2015          Cust. Ref: 8477.102          Ref.#2:
Payor: Shipper                                                Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Will Hester | Document Analysis & Recording | |
| Tracking ID | 774306306861 | SCHEEF & STONE LLP | Registrar-Recorder County Clerk | |
| Service Type | FedEx Standard Overnight | 500 N Akard | Room 1101 | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | NORWALK CA 90650 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.55 |
| Delivered | Aug 19, 2015 09:16 | Adult Signature | | 5.00 |
| Svc Area | A1 | Fuel Surcharge | | 0.50 |
| Signed by | J.GONZALES | Earned Discount | | -10.10 |
| FedEx Use | 000000000/0000244/_ | Automation Bonus Discount | | -4.73 |
| | | **Total Charge** | **USD** | **$22.22** |

Ship Date: Aug 19, 2015          Cust. Ref: 8477.102          Ref.#2:
Payor: Shipper                                                Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Will Hester | David P. Beitchman | |
| Tracking ID | 774322483300 | SCHEEF & STONE LLP | Beitchman/Zekian, PC | |
| Service Type | FedEx Standard Overnight | 500 N Akard | 16130 Ventura Blvd | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | ENCINO CA 91436 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.55 |
| Delivered | Aug 20, 2015 10:54 | Earned Discount | | -10.10 |
| Svc Area | A1 | Fuel Surcharge | | 0.50 |
| Signed by | J.SOSYAN | Adult Signature | | 5.00 |
| FedEx Use | 000000000/0000244/_ | Automation Bonus Discount | | -4.73 |
| | | **Total Charge** | **USD** | **$22.22** |

Ship Date: Aug 20, 2015          Cust. Ref: 8477.102          Ref.#2:
Payor: Shipper                                                Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2752.89
Fuel Surcharge - FedEx has applied a fuel surcharge of 3.00% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Dena Lambert | Honorable George Wu | |
| Tracking ID | 774342206878 | SCHEEF AND STONE LLP | USDC Central District of CA | |
| Service Type | FedEx Priority Overnight | 500 N. AKARD STREET, SUITE 270 | 312 North Spring Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.60 |
| Delivered | Aug 24, 2015 09:36 | Earned Discount | | -10.43 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | O.OSCAR | Fuel Surcharge | | 0.52 |
| FedEx Use | 000000000/0000230/_ | **Total Charge** | **USD** | **$17.80** |

| | | | |
|---|---|---|---|
| | **8477.102 Reference Subtotal** | **USD** | **$160.26** |

# SCHEEF & STONE, L.L.P.

*legal and real business relationships*

*Will Hester, Litigation Paralegal*
*Direct Dial: (214) 706-4202*
*will.hester@solidcounsel.com*

[Handwritten: Fyi! Payment Due For Box # 310 3/16/16 $150—]

August 13, 2015

[Handwritten: Payment Due for Box 378 11/26/15 $150—]

**Via Fax: (818) 990-5078**

ALL BOXED INN
Attention: Mary
16161 Ventura Blvd., Ste. C
Encino, CA 91436

Re: *Federal Trade Commission v. Bunzai Media Group, Inc., et al.; Case No. CV 15-4527-GW (PLAx), United States District Court, Central District of California, Western Division*

Dear Mary:

Per our phone conversation, please forward all mail associated with P.O. Box numbers 310 and 378 UPS Ground. You may use the credit card information as follows for necessary include the receipt with the mail.

[Handwritten: c/o will Hester]

ALI BOXED INN INC
16161 VENTURA BLVD
ENCINO, CA. 91436
818-990-2888

**SALE**

REF#: 00000006
Batch #: 033
08/13/15                    12:55:02
AVS: N                    CVV2: P
APPR CODE: 05065G
Trace: 6
VISA                      Manual CP
***********9458           **/**

**AMOUNT          $10.50**

[Handwritten: B477.102]

**APPROVED**

THANK YOU

CUSTOMER COPY

ard Type: Visa
ard No.: 4339931045399458
xpiration: 02/17
ame on Card: Will Hester

orward the mail to the attention of Charlene Koonce, 500 N. Akard St., Suite xas 75201. Thank you for your assistance with this matter.

Sincerely,

*/s/ Will Hester*

Will Hester
Litigation Paralegal
and Assistant to Charlene Koonce, Receiver

[Handwritten: 8/13/15]

[Handwritten: UPS Ground]

[Handwritten: 1Z9235950358497974 $10.50]

500 N. Akard St., Suite 2700 • Dallas, Texas 75201 • Tel: (214) 706-4200 • Fax: (214) 706-4242 • www.solidcounsel.com

**Extra Space Storage**
18500 Eddy St
Northridge, CA 91324
(818) 349-7887
www.extraspace.com

### Payment Receipt

TR#1026276796                                          J Hernandez
**Aug 20, 2015**

| | |
|---|---|
| Account ID: | 1002232985 |
| Name | Will Hester |
| | 500 N Akard Suite#2700 |
| | Dallas, TX |
| | 75201 |

| | |
|---|---|
| Unit 547 Rent: (Aug 20, 2015 thru Sep 19, 2015) | $541.00 |
| CBE-First Month Half Off | -$270.50 |
| Fee: Administration Fee $22 | $22.00 |
| Insurance 5,000 coverage: (Aug 20, 2015 thru Sep 19, 2015) | $32.00 |

**Trans Total: $324.50**
**Amount Recd: $324.50**
**Change: $.00**

### Payment Method(s)

| | | |
|---|---|---|
| Visa | xxxxx9458 | $324.50 |

*8477.10 2*

X  PAID VIA PHONE
Customer Signature

*Merchandise returns will be accepted in original packaging within 30 days of purchase.*

**Refer a Friend - Get up to $50***
*See Manager for Details*

**Amy Gray**

| | |
|---|---|
| **From:** | Will Hester |
| **Sent:** | Tuesday, August 25, 2015 10:16 AM |
| **To:** | Amy Gray |
| **Subject:** | FW: Thank you for your payment. |

The receipt for payment of the storage unit is below.

*Will Hester*

Scheef & Stone, LLP
214.706.4200 main
214.706.4202 direct
will.hester@solidcounsel.com

**From:** Extra Space Storage [mailto:extraspace@mail.extraspacestorage.com]
**Sent:** Thursday, August 20, 2015 12:15 PM
**To:** Will Hester
**Subject:** Thank you for your payment.

View online

 | MY ACCOUNT | ONLINE FAQ | CONTACT US

# Thank you

Hi !

Your payment was successfully processed. For your records we have included your payment information.



**ACCOUNT INFORMATION**

**Transaction Amount:**
$324.50

**Transaction Date:**
08/20/2015

**Unit Number:**
547;

**Next payment due:**
09/20/2015

9/28/2015
Extra Space Storage Account Services - Payment History







RESERVE TOLL-FREE
(877) 540-9472

## My Storage Facility



Extra Space Storage (#1530)
18500 Eddy St
Northridge, CA 91324
(818) 349-7887

## Storage Units

My Account Summary

Pay Online

Payment History

## Account Info

Update contact info

Update email preferences

Change username/email

Change password

Sign out

### Payment History

Below is a 12 month payment summary. For complete details please contact your facility.

| | | |
|---|---|---|
| 9/20/2015 | Payment-Visa*****9458 ($573.00) | 1027058684 |
| 8/20/2015 | Payment-Visa*****9458 ($324.50) | 1026276796 |

*Payment relates to multiple rentals.*





Self Storage Locations:
AL, AZ | CA | CO, CT, DE,
DC, FL, GA, HI, IL, IN | KS,
KY, LA, MD, MA, MI, MO MS
| NV, NH, NJ, NM, NY, NC.
OH, OK, OR | PA, PR, RI, SC, TN,
TX, UT, VA, WA

More Information:
Business Self Storage
Personal Self Storage
Self Storage Tips
Storage Blog

Company Info:
ManagementPlus
Acquisitions
Investor Relations
Employment
Contact Us

Social Info:

 Like us on Facebook
82034 have liked us

 Follow us on Twitter
4102 followers

 +1 or follow us on Google+
1466 people follow

© 2006-2015 Extra Space Storage Inc.

Help:   FAQ   En Español   Site Map   Privacy Policy   Mobile Site

pg 2

0777.102

Monthly subscription to QuickBooks



Receipt DNQLY6CX8FFP - Dropbox                                                    Page 1 of 1

**Dropbox Inc.**
185 Berry Street
San Francisco, CA 94107
United States
billing-support@dropbox.com

## Receipt for will.hester@solidcounsel.com

| Payment | Date | Amount | Receipt ID |
|---|---|---|---|
| Visa ending in 9458 approved | 10/22/2015 | $10.65 | DNQLY6CX8FFP |

| Description | Amount |
|---|---|
| Dropbox Pro - 1TB (10/22/2015 to 11/22/2015) | $9.99 |
| Subtotal | $9.99 |
| + Sales tax | $0.66 |
| Total | $10.65 |

13477.102



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | | |
|---|---|---|
| Tracking ID no. | < Prev 774669324440 Next > | |
| Invoice no. | 5-191-14600 | |
| Account no. | REDACTED | |
| Ship date | 10/05/2015 | |
| Invoice date | 10/14/2015 | |
| Due date | 10/29/2015 | |
| Tracking ID Balance due | $0.00 | |
| Status | Closed | |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details

Help Hide

**Sender Information**

Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

**Recipient Information**

Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 10/05/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.17 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| **Total charges** | **$17.45** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.102 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 10/06/2015 09:49 |
| Service area code | A1 |
| Signed by | J.JOHN |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Back



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

| Billing Information | | Messages |
|---|---|---|
| Tracking ID no. | < Prev 774570963732 Next > | Distance Based Pricing, Zone 6 |
| Invoice no. | 5-191-14600 | The Earned Discount for this ship date has been ca Read More.. |
| Account no. | REDACTED | Fuel Surcharge - FedEx has applied a fuel surcharg Read More.. |
| Ship date | 09/22/2015 | |
| Invoice date | 10/14/2015 | |
| Due date | 10/29/2015 | |
| Tracking ID Balance due | $0.00 | |
| Status | Closed | |

View Invoice History
View signature proof of delivery

### Transaction Details

Help Hide

| Sender Information | | Recipient Information |
|---|---|---|
| Kristine Bates | | Honorable George Wu |
| SCHEEF & STONE, LLP | | US District Court- Central Dis |
| 500 N. Akard Street | | 312 N. Spring Street |
| DALLAS TX 75201 | | LOS ANGELES CA 90012 |
| US | | US |

| Shipment Details | | Charges | |
|---|---|---|---|
| Ship date | 09/22/2015 | Transportation Charge | 32.60 |
| Payment type | Shipper | Fuel Surcharge | 0.35 |
| Service type | FedEx Priority Overnight | Weekday Delivery | 0.00 |
| Zone | 06 | Earned Discount | -10.43 |
| Package type | FedEx Envelope | Automation Bonus Discount | -4.89 |
| Weight | 0.00 lbs | Total charges | $17.63 |
| Pieces | 1 | | |
| Meter No. | 103599655 | | |
| Declared value | $0.00 | | |

| Original Reference | | Updated Reference Edit |
|---|---|---|
| Customer reference no. | 8477.102 | Customer reference no. |
| Department no. | | Department no. |
| Reference #2 | | Reference #2 |
| Reference #3 | | Reference #3 |

| Proof of Delivery | | Cost Allocation Reference Edit |
|---|---|---|
| Delivery date | 09/23/2015 10:08 | Cost allocation |
| Service area code | A1 | Shipment Notes |
| Signed by | .TRACY | |

View signature proof of delivery

Back



FedEx Billing Online

---

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

#### Billing Information

| | | |
|---|---|---|
| Tracking ID no. | < Prev  774771221967 ∨  Next > | |
| Invoice no. | 5-206-16225 | |
| Account no. | REDACTED | |
| Ship date | 10/19/2015 | |
| Invoice date | 10/28/2015 | |
| Due date | 11/12/2015 | |
| Tracking ID Balance due | $0.00 | |
| Status | Closed | |

View Invoice History
View signature proof of delivery

#### Messages

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details

Help Hide

#### Sender Information

Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

#### Recipient Information

Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

#### Shipment Details

| | |
|---|---|
| Ship date | 10/19/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.17 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| Total charges | $17.45 |

#### Original Reference

| | |
|---|---|
| Customer reference no. | 8477.102 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

#### Updated Reference Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 10/20/2015 09:36 |
| Service area code | A1 |
| Signed by | JEFF |

View signature proof of delivery

#### Cost Allocation Reference Edit

Cost allocation
Shipment Notes

Back



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev 774847278530 Next > |
| Invoice no. | 5-220-84738 |
| Account no. | REDACTED |
| Ship date | 10/28/2015 |
| Invoice date | 11/11/2015 |
| Due date | 11/26/2015 |
| Tracking ID Balance due | $0.00 |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

**Recipient Information**

Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 10/28/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.17 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| Total charges | $17.45 |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.103 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

Customer reference no.
Department no.
Reference #2
Reference #3

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 10/29/2015 09:53 |
| Service area code | A1 |
| Signed by | J.JOHN |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Back



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev  774902406902  > Next > |
| Invoice no. | 5-220-84738 |
| Account no. | REDACTED 11/04/2015 |
| Ship date | |
| Invoice date | 11/11/2015 |
| Due date | 11/26/2015 |
| Tracking ID Balance due | $0.00 |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

**Recipient Information**

Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 11/04/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.48 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| Total charges | $17.76 |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.103 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 11/05/2015 10:00 |
| Service area code | A1 |
| Signed by | A.LILY |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Back



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev  7749869906644 ▼  Next > |
| Invoice no. | 5-236-11850 |
| Account no. | REDACTED |
| Ship date | 11/16/2015 |
| Invoice date | 11/25/2015 |
| Due date | 12/10/2015 |
| **Tracking ID Balance due** | $0.00 |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

### Transaction Details

Help Hide

**Sender Information**

Kristine Bates
SCHEEF & STONE, LLP
500 N. Akard Street
DALLAS TX 75201
US

**Recipient Information**

Honorable George Wu
US District Court- Central Dis
312 N. Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 11/16/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.48 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.89 |
| Total charges | $17.76 |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.103 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 11/17/2015 09:39 |
| Service area code | A1 |
| Signed by | M.MARIA |

View signature proof of delivery

**Cost Allocation Reference** Edit

| | |
|---|---|
| Cost allocation | |
| Shipment Notes | |

Back

**Bean Counter**

| | |
|---|---|
| **From:** | Will Hester |
| **Sent:** | Monday, September 28, 2015 3:56 PM |
| **To:** | Accounting |
| **Subject:** | Check request |
| | |
| **Categories:** | Aleysha |

Dear Accounting,

I am requesting a check in the amount of $13.00 made payable to the County Clerk Registrar-Recorder.  Client No. 8477.102

Thank you.

## WILL HESTER

Litigation Paralegal

SCHEEF & STONE, LLP
Ross Tower - Suite 2700
500 N. Akard Street
Dallas, Texas 75201
214.706.4202 (Direct)
214.706.4200 (Main)
214.706.4242 (Fax)
will.hester@solidcounsel.com
www.SolidCounsel.com

## SCHEEF & STONE, L.L.P.
*Legal counsel based on solid principles.*

**IMPORTANT NOTICE:**  This message is intended only for the use of the individual or entity to which it is addressed.  This message contains information from the law firm of Scheef & Stone, L.L.P., which may be privileged, confidential and exempt from disclosure under applicable law.  If the reader is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately at 214.706.4200.

_U-Haul Moving & Storage of Northridge
18160 Parthenia St
Northridge, CA 91325

WILL HESTER
500 N AKARD ST 2700
DALLAS, TX  75201

## INVOICE

Date of Invoice: 9/24/2015
**Invoice Number:711085-00009870**

Dear WILL HESTER,

Did you know, you can now pay your rent on-line, obtain copies of your invoices, update your account information, and add or change those who you allow to access your room, absolutely FREE at uhaulstorage.com.

The rent for your storage room(s) is as follows:

| Room # | Payment Due Date | Current Balance | Next Due | Total Due |
|---|---|---|---|---|
| 1405 | 9/26/2015 | $0.00 | $280.90 | $280.90 |

Balance Due: $280.90

Please mail your check or go to uhaulstorage.com to avoid fees late charges.

Payments received 10 days after the due date are considered late and subject to a late fee of $40.49.

Thank you for your business.
Luis Villa
U-Haul Moving & Storage of Northridge
luis_villa@uhaul.com
(818)993-7470
711085

## Account Summary

| | | | Item | Amount |
|---|---|---|---|---|
| Room(s) # | : | 1405 | Rent | $269.95 |

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                        12/22/2015

Account No:      8477-103
Invoice No:       865437

Matter .103 - Receivership Expenses

| | | |
|---|---|---:|
| 11/19/2015 | Storage - U-Haul Northridge (KMC Firm CC) | 280.90 |
| 11/24/2015 | Overnight Delivery - The UPS Store - ship computer to Dallas | 166.00 |
| 11/24/2015 | Overnight Delivery - Forward Mail/ The UPS Store | 14.20 |
| 11/30/2015 | Reaserch (1013) Thomson Reuters - West | 278.44 |
| 12/03/2015 | Postage | 2.19 |
| 12/04/2015 | Postage | 1.45 |
| 12/07/2015 | Postage | 2.08 |
| 12/08/2015 | Storage - Dropbox  - Electronic File Storage | 10.65 |
| 12/15/2015 | Overnight Delivery (1) Federal Express | 17.76 |
| 12/16/2015 | Overnight Delivery - return computers to LA/The UPS Store | 76.78 |
| 12/16/2015 | Overnight Delivery - return computers to LA/The UPS Store | 367.12 |
| 12/18/2015 | 2 Overnight Deliveries (1) Federal Express | 34.36 |
| 12/20/2015 | Storage of Suite contents- Extra Space Storage | 573.00 |
| 12/21/2015 | Overnight Delivery (1) Federal Express | 17.18 |
| 12/21/2015 | Postage | 30.36 |
| 12/22/2015 | Pro Courier - Courier and copies | 30.07 |
| 12/22/2015 | Storage - Dropbox | 10.65 |
| | Total Expenses | 1,913.19 |
| | | |
| 11/24/2015 | Airfare Expense / CREDIT-Southwest Airlines | -977.96 |
| 12/22/2015 | Courtesy Discount for Computerized legal research | -278.44 |
| | Total Credits for Expenses | -1,256.40 |
| | | |
| | Total Current Services and Expenses | 656.79 |
| | | |
| | Previous Balance | $8,017.44 |
| | | |
| | Balance Due | $8,674.23 |

| | Past Due Amounts | | | | |
|---|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
| 4,861.78 | 0.00 | 1,899.26 | 0.00 | 0.00 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT



SCHEEF AND STONE LLP
**REDACTED**
November 25, 2015 - December 24, 2015

**REDACTED**

| CRAWFORD, KELLY M | | | | |
|---|---|---|---|---|
| Account Number: 7182 | | | | |
| | | **Payments and Other Credits** | | |
| 11/27 | 11/24 | SOUTHWES   5262155292700800-435-9792 TX | 74692165329000619030177 | - 977.96 |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | -$977.96 |
| **REDACTED** | | **Purchases and Other Charges** | | |
| 12/09 | 12/08 | Dropbox*5RZ7KWDDSMQ5    db.tt/cchelp CA | 24906415342021220948416 | 10.65 |
| **REDACTED** | | | | |
| 12/15 | 12/14 | INTUIT *QB ONLINE    800-286-6800 CA | 24692165348000205171841 | 22.38 |
| **REDACTED** | | | | |
| 12/23 | 12/22 | PRO COURIER    213-4818100 CA | 24071055356158165952874 | 30.07 |
| **REDACTED** | | | | |

| HESTER, WILL | | | | |
|---|---|---|---|---|
| Account Number: 9458 | | | | |
| | | **Purchases and Other Charges** | | |
| 11/25 | 11/24 | THE UPS STORE #4165    SHERMAN OAKS CA | 24692165329000260150212 | 166.00 |
| 11/25 | 11/24 | THE UPS STORE #4165    SHERMAN OAKS CA | 24692165329000260150220 | 14.20 |
| **REDACTED** | | | | |
| 12/17 | 12/16 | THE UPS STORE 5022    DALLAS    TX | 24692165351000695557073 | 367.12 |
| 12/17 | 12/16 | THE UPS STORE 5022    DALLAS    TX | 24692165351000695557081 | 76.78 |
| **REDACTED** | | | | |
| 12/22 | 12/20 | 1530 EXTRA SPACE STORA  818-349-7882 CA | 24323005355253354010063 | 573.00 |
| 12/23 | 12/22 | Dropbox*M7RFFMM41HPL    db.tt/cchelp CA | 24906415356021638580002 | 10.65 |
| **REDACTED** | | | | |

_U-Haul Moving & Storage of Northridge
18160 Parthenia St
Northridge, CA 91325

WILL HESTER
500 N AKARD ST 2700
DALLAS, TX  75201

## INVOICE

Date of Invoice: 10/25/2015
**Invoice Number:711085-00009870**

Dear WILL HESTER,

Did you know, you can now pay your rent on-line, obtain copies of your invoices, update your account information, and add or change those who you allow to access your room, absolutely FREE at uhaulstorage.com.

The rent for your storage room(s) is as follows:

| Room # | Payment Due Date | Current Balance | Next Due | Total Due |
|--------|------------------|-----------------|----------|-----------|
| 1405 | 10/26/2015 | $0.00 | $280.90 | $280.90 |

Balance Due: $280.90

Please mail your check or go to uhaulstorage.com to avoid fees late charges.

Payments received 10 days after the due date are considered late and subject to a late fee of $40.49.

Thank you for your business.
Luis Villa
U-Haul Moving & Storage of Northridge
luis_villa@uhaul.com
(818)993-7470
711085

**Account Summary**

| | | | Item | Amount |
|---|---|---|------|--------|
| Room(s) # | : | 1405 | Rent | $269.95 |



FedEx Billing Online

| **Tracking ID Details** | | Back |
|---|---|---|

| **Tracking ID Summary** | | Help Hide |
|---|---|---|

**Billing Information**

| | |
|---|---|
| Tracking ID no. | ≤ Prev  775211841550 ☑  Next ≥ |
| Invoice no. | 5-266-07298 |
| Account no. | REDAC |
| Ship date | 12/15/2015 |
| Invoice date | 12/23/2015 |
| Due date | 01/07/2016 |
| Tracking ID Balance due | $0.00 |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

---

| **Transaction Details** | | Help Hide |
|---|---|---|

**Sender Information**

Dena Lambert
SCHEEF AND STONE LLP
500 N. AKARD STREET, SUITE 270
DALLAS TX 75201
US

**Recipient Information**

Honorable George Wu
USDC Central District of CA
312 North Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 12/15/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599855 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 32.60 |
| Fuel Surcharge | 0.48 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.43 |
| Automation Bonus Discount | -4.69 |
| **Total charges** | **$17.76** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.103 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 12/16/2015 09:40 |
| Service area code | A1 |
| Signed by | A.TALARO |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Back



FedEx Billing Online

View Cart 0.00 | Printer-friendly | Logout | ? | Help

Account Summary | Search/Download | My Options | Message Center

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev 775253233688 Next > |
| Invoice no. | 5-266-07298 |
| Account no. | REDA |
| Ship date | 12/18/2015 |
| Invoice date | 12/23/2015 |
| Due date | 01/07/2016 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Closed |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Beverly Cezar
SCHEEF
500 N Akard, Suite 2700
DALLAS TX 75201
US

**Recipient Information**

Hon. George H. Wu
USDC - Central California
312 North Spring Street
LOS ANGELES CA 90012
US

**Shipment Details**

| | |
|---|---|
| Ship date | 12/18/2015 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 31.55 |
| Fuel Surcharge | 0.46 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.10 |
| Automation Bonus Discount | -4.73 |
| **Total charges** | **$17.18** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 8477.100 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

Customer reference no.
Department no.
Reference #2
Reference #3

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 12/21/2015 09:25 |
| Service area code | A1 |
| Signed by | A.TALARO |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Approve/notify user | Dispute | Pay

Back

FedEx Billing Online



Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

© FedEx 1995-2016

FedEx Billing Online





Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

H of 1
JR RECORDS

REDACTED

The UPS Store ~ #5022
2633 McKinney Ave
STE 130
Dallas, TX 75204-
(214) 965-9226

12/16/15  05:01 PM

We are the one stop for all your
shipping, postal and business needs.

Do you Facebook? Look us up for
special savings under UPS Store Uptown !!

001 0010 0 (001)            TO $  57.66
  Ground Commercial
  Tracking# 1ZA6058A4.32796733
002 500355 (016)            TO $  15.47
  24 x 24 x 12
003 500178 (016) ****S****  TO $   3.65
  24 x 24 x 12 Fragile

                  Subtotal  $  76.78
                     Total  $  76.78

                      VISA  $  76.78
ACCOUNT NUMBER *      ***********9458
Appr Code:   (S)  Sale

Receipt ID 8378227978896688447 003 Items
CSH: Johnny          Tran: 0388 Reg: 001

  Thank you for visiting our store.
    Please come back again soon.

  Whatever your business and personal
    needs, we are here to serve you.

        We're here to help.
  Join our FREE email program to receive
      great offers and resources.

        www.theupsstore.com/signup

---

The UPS Store - #4165
13636 Ventura Blvd
Sherman Oaks, CA 91423
(818) 906-3544

11/24/15  03:47 PM

We are the one stop for all your
shipping, postal and business needs.

NOW OPEN 7 DAYS A WEEK

001 0F4003 (004)            TO $   5.00
  Mail Forwarding    NR
002 100000 (025)            T1 $   0.55
  Office Supplies
003 001040 (001)            TO $  10.17
  Ground Commercial
  Tracking# 1Z208WX60360081999

              SubTotal  $  15.72
  Store Promotion 10 % OFF  $   1.57-
      9.00% Sales Tax  $   0.05
                 Total  $  14.20

                  VISA  $  14.20
ACCOUNT NUMBER *      ***********9458
Appr Code:   (K)  Sale
Mailbox Services Transaction:
  Mailbox # 160
  Customer PAUL MEDINA

REDACTED

A

THANK YOU

The UPS Store - #5022
2633 McKinney Ave
STE 130
Dallas, TX 75204-
(214) 965 9226

12/16/15  04:56 PM

We are the one stop for all your
shipping, postal and business needs.

Do you Facebook? Look us up for
special savings under UPS Store Uptown !!

003 001040 (001)              TO $ 139.57
    Ground Commercial
    Tracking# 1ZA6068A4292794057
004 001040 (001)              TO $ 139.57
    Ground Commercial
    Tracking# 1ZA6068A4259462067
005 500446 (016)              TO $  72.22
    30 x 20 x 25 DW     QTY 2
    Reg Unit Price    $   36.11
006 500188 (016) ****S****    TO $  15.76
    30 x 20 x 25 Fragile QTY 2
    Reg Unit Price    $    7.88

                    SubTotal  $ 367.12
                       Total  $ 367.12

                        VISA  $ 367.12
ACCOUNT NUMBER *       ***********9458
Appr Code:  (S)  Sale

Receipt ID 83782279788964889161 006 Items
CSH: Johnny           Tran: 0387 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

**Kristine Bates**

| | |
|---|---|
| **Subject:** | Extra Space Storage Payment Due 10/20/15 |
| **Start:** | Tue 10/13/2015 9:00 AM |
| **End:** | Tue 10/13/2015 9:00 AM |
| **Recurrence:** | Monthly |
| **Recurrence Pattern:** | day 13 of every 1 month at 9:00 AM |

REDACTED

Courtney Murphy
Assistant Site Manager
Extra Space Storage
18500 Eddy St.
Northridge, CA  91324
818.349.7887

This is a month to month rental.  When moving from unit, Extra Space Storage requires a 10 notice so that the automatic charge to the credit card can be stopped.

First month rent was $270.5 with subsequent rental fee of $541.00 per month plus $32.00 for renter's insurance
There is a $5,000 renter's insurance policy through Beecher Carlson Insurance Services LLC (CA license No. OG43451); contact number 1-800-423-6071

Lease - CA Base -
150701.pdf

11/24/2015                                                    Southwest Airlines - Cancel Reservation Confirmation

Español 

**Southwest**

FLIGHT | HOTEL | CAR     SPECIAL OFFERS     RAPID REWARDS®     🔍

**Southwest**

## Your reservation has been cancelled.

Your request for a refund of **$977.96** has been submitted.

You may View Travel Funds or Book a Flight while applying Travel Funds prior to its expiration date.

Please print this page for your records.

**TRAVEL FUNDS INFORMATION**

| Confirmation Number | Passenger(s) | Depart | Return | Expiration Date |
|---|---|---|---|---|
| HX2NWT | CHARLENE KOONCE | Dec 3 | Dec 3 | 10/28/2016 |

## Need help?

## Contact Us

Customer Service | FAQ

## Subscribe

## Click 'N Save®

Save big on travel each week. Sign up

## Connect with us

   

Nuts About Southwest Blog          Mobile Apps

| About Southwest | Flying Southwest | Southwest Products | Customer Service |
|---|---|---|---|
| What's New | Why Fly Southwest? | EarlyBird Check-in® | FAQ |
| Press Room ⬈ | International Travel | Business Select® | Customer Commitments |
| Investor Relations ⬈ | Airport Information | Southwest® gift card | Baggage Policies |
| Southwest Citizenship | Popular Routes | Southwest Vacations ⬈ | Special Assistance |
| Southwest® The Magazine ⬈ | Tarmac Delay Plan | WiFi & Inflight Entertainment | Customers of Size |
| Advertise with Southwest | Contract of Carriage | Corporate Travel & Groups | Traveling with Infants |
| Supplier Information | Flight Schedules | Charter Services | Traveling with Pets |
| Careers | | Southwest® The Store ⬈ | Purchasing & Refunds |
| | | | Lost and Found ⬈ |

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy

**Southwest**
Corporate Travel

**Southwest**
Cargo

9/28/2015    Extra Space Storage Account Services - Payment History





RESERVE TOLL-FREE
(877) 540-9472



## My Storage Facility

Extra Space Storage (#1530)
18500 Eddy St
Northridge, CA 91324
(818) 349-7887

## Storage Units

My Account Summary

Pay Online

Payment History

## Account Info

Update contact info

Update email preferences

Change username/email

Change password

Sign out

## Payment History

Below is a 12 month payment summary. For complete details please contact your facility.

| Date | Payment | ID |
|---|---|---|
| 9/20/2015 | Payment-Visa*****9458 ($573.00) | 1027058684 |
| 8/20/2015 | Payment-Visa*****9458 ($324.50) | 1026276796 |

* Payment relates to multiple rentals.









REDACTED

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| E-396-52687 | Jan 13, 2016 | REDACTED | 10 of 16 |

Payor: Shipper                                          Ref 3

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.75% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2755.71
Distance Based Pricing, Zone 6

Recipient
Hon. George H. Wu
USDC - Central California
312 North Spring Street
LOS ANGELES CA  90012  US

| | | |
|---|---|---|
| Automation | INET | |
| Tracking ID | 775259912768 | |
| Service Type | FedEx Standard Overnight | |
| Package Type | FedEx Envelope | |
| Zone | 06 | |
| Packages | 1 | |
| Rated Weight | N/A | |
| Delivered | Dec 22, 2015 11:04 | |
| Svc Area | A1 | |
| Signed by | O.AVILA | |
| FedEx Use | 000000000/0000244/_ | |

Sender
Beverly Cezar
SCHEEF
500 N Akard, Suite 2700
DALLAS TX  75201  US

| | |
|---|---|
| | 31.55 |
| Transportation Charge | -4.73 |
| Automation Bonus Discount | 0.46 |
| Fuel Surcharge | -10.10 |
| Earned Discount | $17.18 |
| Total Charge | USD |

8477.100 Reference Subtotal          USD          $17.18

REDACTED

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE

---------------------------------------------------------


Charlene C. Koonce, Receiver FTC v. Bunzai                                    01/25/2016
                                                              Account No:      8477-103
                                                              Invoice No:       865490



Matter .103 - Receivership Expenses



| | | |
|---|---|---:|
| 12/28/2015 | Storage Unit- U-Haul Northridge | 280.90 |
| 01/06/2016 | Overnight Delivery (1) Federal Express | 23.18 |
| 01/07/2016 | Storage Unit- ALL BOXED INN INC | 90.00 |
| 01/07/2016 | Storage Unit- ALL BOXED INN INC | 9.00 |
| 01/13/2016 | Postage | 2.96 |
| 01/13/2016 | Overnight Delivery (1) Federal Express | 17.93 |
| 01/14/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 01/18/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 01/22/2016 | Storage - DROPBOX- Maintain receivership files | 10.65 |
| | Total Expenses | 479.38 |
| | | |
| | Total Current Services and Expenses | 479.38 |
| | | |
| | Previous Balance | $8,674.23 |
| | | |
| | Balance Due | $9,153.61 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 1,913.19 | 4,861.78 | 0.00 | 1,899.26 | 0.00 |


TERMS: DUE AND PAYABLE UPON RECEIPT



SCHEEF AND STONE LLP
REDACTED
December 25, 2015 - January 24, 2016
Page 4 of 8

## Transactions

| Posting Date | Transaction Date | Description | | Reference Number | Amount |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| 01/15 | 01/14 | INTUIT *QB ONLINE | 800-286-6800 CA | 24692166014000953570625 | 22.38 ) |
| REDACTED | | | | | |
| | | TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD | | | $995.29 |

HESTER, WILL
Account Number: 9458

Purchases and Other Charges

| 12/30 | 12/28 | U-HAUL NORTHRIDGE | NORTHRIDGE  CA | 24445005363200113856610 | 280.90 |
| 01/08 | 01/07 | ALL BOXED INN INC | ENCINO      CA | 24755426007270072037142 | 90.00 |
| 01/08 | 01/07 | ALL BOXED INN INC | ENCINO      CA | 24755426007270072037159 | 9.00 |

REDACTED
REDACTED



**Bank of America**

RCHEEF AND STONE LLP
REDACTED
January 25, 2016 - February 24, 2016

Page 5 of 8

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | Departure Date: 02/22/16  Airport Code: HOU | | |
| | | WN  Y  DAL | | |
| | | TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD | | $3,054.29 |

**HESTER, WILL**
**Account Number: 9458**

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | **Purchases and Other Charges** | | |
| 01/25 | 01/22 | Dropbox*QBBGYYD2DHVR    db.tt/cchelp CA | 24906416022022512045692 | 10.65 |

REDACTED

_U-Haul Moving & Storage of Northridge
18160 Parthenia St
Northridge, CA 91325

WILL HESTER
500 N AKARD ST 2700
DALLAS, TX 75201

## INVOICE

Date of Invoice: 12/25/2015
**Invoice Number:711085-00009870**

Dear WILL HESTER,

Did you know, you can now pay your rent on-line, obtain copies of your invoices, update your account information, and add or change those who you allow to access your room, absolutely FREE at uhaulstorage.com.

The rent for your storage room(s) is as follows:

| Room # | Payment Due Date | Current Balance | Next Due | Total Due |
|--------|------------------|-----------------|----------|-----------|
| 1405   | 12/26/2015       | $0.00           | $280.90  | $280.90   |

Balance Due: $280.90

Please mail your check or go to uhaulstorage.com to avoid fees late charges.

Payments received 10 days after the due date are considered late and subject to a late fee of $40.49.

Thank you for your business.
Luis Villa
U-Haul Moving & Storage of Northridge
luis_villa@uhaul.com
(818)993-7470
711085

## Account Summary

|            |   |      | Item | Amount |
|------------|---|------|------|--------|
| Room(s) #  | : | 1405 | Rent | $269.95 |

**dEx** ®

REDACTED

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-286-52687 | Jan 13, 2016 | REDACTED | 10 of 16 |

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2783.03
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.25% to this shipment.
Distance Based Pricing, Zone 6

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Will Hester | ROBERT ESENSTEN | |
| Tracking ID | 775358308478 | SCHEEF & STONE LLP | ESENSTEN LAW | |
| Service Type | FedEx Standard Overnight | 500 N Akard | 12100 WILSHIRE BLVD | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90025 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 33.09 |
| Delivered | Jan 07, 2016 14:29 | Earned Discount | | -10.59 |
| Svc Area | A1 | Adult Signature | | 5.25 |
| Signed by | J.JENNIFER | Fuel Surcharge | | 0.39 |
| FedEx Use | 000000000/0000244/_ | Automation Bonus Discount | | -4.96 |
| | | **Total Charge** | **USD** | **$23.18** |

**8477.102 Reference Subtotal        USD        $23.18**

| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-300-60396 | Jan 27, 2016 | REDACTED | 8 of 12 |

REDACTED

Ship Date: Jan 13, 2016          Cust. Ref: 8477-103          Ref #2
Payor: Shipper          Ref #3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2783.03
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.25% to this shipment.
Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 775410259268 | Beverly Cezar | Hon. George H. Wu |
| Service Type | FedEx Standard Overnight | SCHEEF | USDC - Central California |
| Package Type | FedEx Envelope | 500 N Akard, Suite 2700 | 312 North Spring Street |
| Zone | 06 | DALLAS TX  75201  US | LOS ANGELES CA  90012  US |
| Packages | 1 | | |

Continued on next page

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-300-60396 | Jan 27, 2016 | REDACTED | 9 of 12 |

Tracking ID: 775410259268 continued

| | | | | |
|---|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | | 33.09 |
| Delivered | Jan 14, 2016 09:46 | Automation Bonus Discount | | -4.96 |
| Svc Area | A1 | Earned Discount | | -10.59 |
| Signed by | A.ALLEN | Fuel Surcharge | | 0.39 |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | USD | $17.93 |

REDACTED

8477 103 Reference Subtotal    USD    $17.93

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                          02/25/2016
                                                                Account No:      8477-103
                                                                Invoice No:        865491

Matter .103 - Receivership Expenses

| | | |
|---|---|---:|
| 02/14/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 02/16/2016 | Overnight Delivery (1) Federal Express | 18.24 |
| 02/22/2016 | Storage - DROPBOX- Maintain receivership files | 10.65 |
| 02/25/2016 | Computerized legal research | n/c |
| 02/25/2016 | Computerized legal research | n/c |
| | Total Expenses | 51.27 |
| | Total Current Services and Expenses | 51.27 |
| | Previous Balance | $9,153.61 |
| | Balance Due | $9,204.88 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 479.38 | 1,913.19 | 4,861.78 | 1,899.26 | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT



SCHEEF AND STONE LLP
REDACTED
January 25, 2016 - February 24, 2016
Page 4 of 8

## Transactions

REDACTED

**CRAWFORD, KELLY M**
**Account Number: 7182**

Payments and Other Credits

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 02/15 | 02/14 | INTUIT *QB ONLINE | 800-286-6800 CA | 2469216604500087975214 | 22.38 |

REDACTED



SCHEEF AND STONE LLP
REDACTED
January 25, 2016 - February 24, 2016
Page 5 of 8

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
REDACTED

**HESTER, WILL**
**Account Number: 9458**
REDACTED
Purchases and Other Charges

| 02/23 | 02/22 | Dropbox*ZW447BK41YV6   db.tt/cchelp CA | 24906416053023404063878 | 10.65 |
REDACTED

**FedEx**

REDACTED

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-330-52624 | Feb 24, 2016 | REDACTED | 11 of 16 |

Ship Date: Feb 16, 2016                Cust. Ref: 8477.103                Ref.#2
Payor: Shipper                          Ref.#3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2825.94
Fuel Surcharge - FedEx has applied a fuel surcharge of 0.75% to this shipment.
Distance Based Pricing, Zone 6

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Beverly Cezar | Hon. George H. Wu | |
| Tracking ID | 775662252369 | SCHEEF | USDC - Central California | |
| Service Type | FedEx Priority Overnight | 500 N Akard, Suite 2700 | 312 North Spring Street | |
| Package Type | FedEx Envelope | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Zone | 06 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 34.15 |
| Delivered | Feb 17, 2016 09:21 | Earned Discount | | -10.93 |
| Svc Area | A1 | Automation Bonus Discount | | -5.12 |
| Signed by | M.MICHELL | Fuel Surcharge | | 0.14 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $18.24 |

| | | | |
|---|---|---|---|
| | **8477.103 Reference Subtotal** | **USD** | **$18.24** |

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE
--------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                        03/25/2016
                                                              Account No:      8477-103
                                                              Invoice No:       865492


Matter .103 - Receivership Expenses


| Date | Description | Amount |
|---|---|---|
| 03/14/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 03/15/2016 | Overnight Delivery (1) Federal Express | 17.54 |
| 03/22/2016 | Storage - Dropbox  - Electronic File Storage | 10.65 |
| 03/23/2016 | Storage - Mailbox Rental /forward mail- ALL BOXED INN | 98.80 |
| | Total Expenses | 149.37 |
| | | |
| | Total Current Services and Expenses | 149.37 |
| | | |
| | Previous Balance | $9,204.88 |
| | | |
| | Balance Due | $9,354.25 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 51.27 | 479.38 | 0.00 | 1,913.19 | 4,861.78 | 1,899.26 |

TERMS: DUE AND PAYABLE UPON RECEIPT

**Bank of America** 

SCHEEF AND STONE LLP
REDACTED
February 25, 2016 - March 24, 2016
Page 4 of 8

**Transactions**

*Posting    Transaction*
REDACTED

CRAWFORD, KELLY M
Account Number: 7182
                        **Purchases and Other Charges**

REDACTED

03/15    03/14    INTUIT *QB ONLINE    800-286-6800 CA          24692166074000591428837          22.38
REDACTED

HESTER, WILL
Account Number: 5305



SCHEEF AND STONE LLP
4339 9300 0858 8362
February 25, 2016 - March 24, 2016
Page 5 of 8

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | **Purchases and Other Charges** | | |
| <span style="color:red">REDACTED</span> | | | | |
| 03/23 | 03/22 | Dropbox*GQRTT3SHBWDJ     db.tt/cchelp CA | 24906416082024356291157 | 10.65 |
| 03/24 | 03/23 | ALL BOXED INN INC          ENCINO      CA | 24755426083280833278809 | 98.80 |
| | | **TOTAL PURCHASES AND OTHER CHARGES FOR THIS PERIOD** | | **$271.62** |
| <span style="color:red">REDACTED</span> | | | | |



FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

#### Billing Information

| | | |
|---|---|---|
| Tracking ID no. | < Prev   775880505049   [v]   Next > | |
| Invoice no. | 5-360-57588 | |
| Account no. | REDA | |
| Ship date | 03/15/2016 | |
| Invoice date | 03/23/2016 | |
| Due date | 04/07/2016 | |
| **Tracking ID Balance due** | $17.54 | |
| Status | Past Due | |

View Invoice History
View signature proof of delivery

#### Messages

Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..

### Transaction Details

Help Hide

#### Sender Information

Loretta Forbey
Scheef & Stone, LLP
500 N. Akard, Suite 2700
DALLAS TX 75201
US

#### Recipient Information

Honorable George Wu
US District Court, CD of Calif
312 North Spring Street, 10th
LOS ANGELES CA 90012
US

#### Shipment Details

| | |
|---|---|
| Ship date | 03/15/2016 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

#### Charges

| | |
|---|---|
| Transportation Charge | 33.09 |
| Fuel Surcharge | 0.00 |
| Weekday Delivery | 0.00 |
| Earned Discount | -10.59 |
| Automation Bonus Discount | -4.96 |
| **Total charges** | **$17.54** |

Enter promo code

#### Original Reference

| | |
|---|---|
| Customer reference no. | 8477.103 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

#### Updated Reference Edit

| | |
|---|---|
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

#### Proof of Delivery

| | |
|---|---|
| Delivery date | 03/16/2016 09:22 |
| Service area code | A1 |
| Signed by | G.LOPEZ |

View signature proof of delivery

#### Cost Allocation Reference Edit

Cost allocation
Shipment Notes

Back

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE

-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

|  |  |
|---|---|
| | 04/25/2016 |
| Account No: | 8477-103 |
| Invoice No: | 865493 |

Matter .103 - Receivership Expenses

| Date | Description | Amount |
|---|---|---|
| 03/31/2016 | Document Services (623) Pacer Service Center | 13.70 |
| 03/31/2016 | Document Services (623) Pacer Service Center | 2.80 |
| 04/14/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 04/15/2016 | Overnight Delivery (1) Federal Express | 17.54 |
| 04/22/2016 | Storage - Dropbox  (WHH Firm CC) | 10.65 |
| | Total Expenses | 67.07 |
| | Total Current Services and Expenses | 67.07 |
| | Previous Balance | $9,354.25 |
| | Balance Due | $9,421.32 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 200.64 | 0.00 | 479.38 | 6,774.97 | 1,899.26 |

TERMS: DUE AND PAYABLE UPON RECEIPT

PACER

Inv Date:  04/07/2016
Usage from:  01/01/2016 to 3/31/2016

Report for ss0438

| Client Code | Login | Pages | Cost | TABS |
|---|---|---|---|---|
| 8477.102 | 2639662 | 28 | $2.80 | |
| 8477.103 | 2639662 | 137 | $13.70 | |
| TOTAL | | | $16.50 | |





SCHEEF AND STONE LLP
REDACTED
March 25, 2016 - April 24, 2016
Page 4 of 8

## Transactions

*Posting    Transaction*

REDACTED

CRAWFORD, KELLY M
Account Number: 7182

**Payments and Other Credits**

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 04/15 | 04/14 | INTUIT *QB ONLINE | 800-286-6800 CA | 24692166105000352688598 | 22.38 |

REDACTED

REDACTED

**FedEx**

REDACTED

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-397-96919 | Apr 27, 2016 | REDACTED | 8 of 11 |

Ship Date: Apr 15, 2016          Cust. Ref: 8477.103          Ref.#2:
Payor: Shipper                    Ref.#3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2874.67
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 776117243537 | Beverly Cezar | Hon. George H. Wu |
| Service Type | FedEx Standard Overnight | SCHEEF | USDC - Central California |
| Package Type | FedEx Envelope | 500 N Akard, Suite 2700 | 312 North Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 33.09 |
| Declared Value | USD 1.00 | Automation Bonus Discount | -4.96 |
| Delivered | Apr 18, 2016 09:27 | Earned Discount | -10.59 |
| Svc Area | A1 | Fuel Surcharge | 0.00 |
| Signed by | M.MICHELLE | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/0000244/_ | Total Charge                    USD | $17.54 |

**8477.103 Reference Subtotal          USD          $17.54**

REDACTED

**Bank of America** 

SCHEEF AND STONE LLP
REDACTED
April 25, 2016 - May 24, 2016

REDACTED



**HESTER, WILL**
**Account Number: 5305**

**Purchases and Other Charges**

| | | | | | |
|---|---|---|---|---|---|
| 04/25 | 04/22 | Dropbox*R96RXQ58FP1F   db.tt/cchelp CA | | 24906416113025386716165 | 10.65 |

REDACTED

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE

-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

|                | 05/25/2016 |
|----------------|-----------|
| Account No:    | 8477-103  |
| Invoice No:    | 865494    |

Matter .103 - Receivership Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 05/08/2016 | Storage - Dropbox -Electronic File Storage | 10.65 |
| 05/12/2016 | Overnight Delivery (1) Federal Express | 17.63 |
| 05/14/2016 | Intuit QB Online- Subscription/Accounting program | 22.38 |
| 05/16/2016 | Document Services (2401) ALPHA SURETY & INSURANCE BROKERAGE TRUST | 350.00 |
| 05/22/2016 | Storage - Dropbox | 10.65 |
| | Total Expenses | 411.31 |
| | | |
| | Total Current Services and Expenses | 411.31 |
| | | |
| | Previous Balance | $9,421.32 |
| | | |
| | Balance Due | $9,832.63 |

### Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|------|-------|-------|--------|---------|------|
| 67.07 | 0.00 | 200.64 | 0.00 | 2,392.57 | 6,761.04 |

TERMS: DUE AND PAYABLE UPON RECEIPT

FedEx

REDACTED

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-428-15205 | May 25, 2016 | REDACTED | 7 of 18 |

Ship Date: May 12, 2016          Cust. Ref: 8477.103          Ref #2:
Payor: Shipper                    Ref #3:

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2946.42
Fuel Surcharge - FedEx has applied a fuel surcharge of 0.50% to this shipment.
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 776329900039 | Beverly Cezar | Hon. George H. Wu | |
| Service Type | FedEx Standard Overnight | SCHEEF | USDC - Central California | |
| Package Type | FedEx Envelope | 500 N Akard, Suite 2700 | 312 North Spring Street | |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 33.09 |
| Delivered | May 13, 2016 09:33 | Earned Discount | | -10.59 |
| Svc Area | A1 | Automation Bonus Discount | | -4.96 |
| Signed by | T.TRACY | Fuel Surcharge | | 0.09 |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | **USD** | **$17.63** |

**8477.103 Reference Subtotal**          **USD**          **$17.63**

2401

 **ALPHA SURETY & INSURANCE BROKERAGE**

# Invoice

**Bill to:** Charlene Koonce of Scheef & Stone, LLP
Charlene Koonce
500 N. Akard
Suite 2700
Dallas TX 75201

**Invoice #:**    00024170
**Invoice Date:** 5/13/2016

**Please Remit Payment To:**

Alpha Surety & Insurance Brokerage Trust
One Financial Centre
650 S. Shackleford Rd, Suite 325
Little Rock, AR 72211

Phone: 501.537.4568
Fax: 501.537.7778

**Payment Due Upon Receipt**

Charlene Koonce of Scheef & Stone, LLP / Bond #41326728

| | |
|---|---|
| Bond Premium: Bond #41326728 for $20,000.00 with terms 6/16/2016 to 6/16/2017 - for CA | $150.00 |
| Broker Fee | $200.00 |

PAID

MAY 3 1 2016

Check No. 22808

**Total:**    $350.00

We appreciate your business



SCHEEF AND STONE LLP
REDACTED
April 25, 2016 - May 24, 2016
Page 5 of 10

## Transactions

| Posting Date | Transaction Date | Description | | Reference Number | Amount |
|---|---|---|---|---|---|
REDACTED

| 05/09 | 05/08 | Dropbox*TPLRZ78NZF2Z | db.tt/cchelp CA | 2490641612902591705304 9 | 10.65 |

REDACTED



SCHEEF AND STONE LLP
REDACTED
April 25, 2016 - May 24, 2016
Page 6 of 10

## Transactions

| Posting Date | Transaction Date | Description | | Reference Number | Amount |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| 05/16 | 05/14 | INTUIT *QB ONLINE | 800-286-6800 CA | 24692166135000873828057 | 22.38 |
| REDACTED | | | | | |

**HESTER, WILL**
**Account Number: 5305**

**Purchases and Other Charges**

REDACTED

| 05/23 | 05/22 | Dropbox*DP7NLJL8725N | db.tt/cchelp CA | 24906416143026380792347 | 10.65 |
| REDACTED | | | | | |

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE

------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                          06/25/2016

Account No:      8477-103
Invoice No:       865604


Matter .103 - Receivership Expenses


| | | |
|---|---|---:|
| 06/10/2016 | Airfare Expense (248) Charlene C. Koonce | 1,003.96 |
| 06/14/2016 | Intuit QB Online- Subscription/Accounting program (KMC Firm CC) | 22.38 |
| | Total Expenses | 1,026.34 |
| 06/20/2016 | Refund of Airfare Expense (248) Charlene C. Koonce | -1,003.96 |
| | Total Credits for Expenses | -1,003.96 |
| | Total Current Services and Expenses | 22.38 |
| | Previous Balance | $9,832.63 |
| | Balance Due | $9,855.01 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 42.96 | 530.65 | 8,255.06 |


TERMS: DUE AND PAYABLE UPON RECEIPT

**Bank of America**

SCHEEF AND STONE LLP
REDACTED
May 25, 2016 - June 24, 2016
Page 4 of 8



**Transactions**

*Posting    Transaction*

REDACTED

| 06/15 | 06/14 | INTUIT *QB ONLINE | 800-286-6800 CA | 24692166166000615390533 | 22.38 |

REDACTED

REDACTED