**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**

5900 WILSHIRE BOULEVARD
SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**3171**

BILL TO

Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

DATE 09/25/2015   TERMS Net 10

DUE DATE 10/05/2015

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **KS** REVIEW CORRESPONDENCE RE MOVE FROM WINNETKA OFFICE; COORDINATE MOVERS AND RECEIVER FOR QUOTE. | 08/20/2015 | 0:30 | 250.00 | 125.00 |
| **KS** COORDINATE WITH RECEIVER AND MOVERS RE MOVE FROM WINNETKA OFFICES. | 08/21/2015 | 0:12 | 250.00 | 50.00 |
| **KS** TRAVEL TO RESEDA TO ASSIST IN GETTING MOVING QUOTE FROM MOVERS. | 08/24/2015 | 3:42 | 250.00 | 925.00 |

TOTAL DUE   $1,100.00



**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**
5900 WILSHIRE BOULEVARD  SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**BILL TO**
Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

**10051**

**DATE** 01/28/2016   **TERMS** Net 10

**DUE DATE** 02/07/2016

**JOB DESCRIPTION**
Koonce FTC Enforcement Action

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **TV**<br>REVIEW AND REVISE NOTICE OF LIS PENDENS. (n/c) | 12/01/2015 | 0:24 | 0.00 | 0.00 |
| **TV**<br>REVIEW NOTICE OF LIS PENDENS AND COVER LETTER; FINALIZE AND DICTATE INSTRUCTIONS RE FILING SAME. | 12/11/2015 | 0:12 | 375.00 | 75.00 |
| **KS**<br>APPEAR AT BANK OF AMERICA TO WITNESS REMOVAL OF L. BEKHOR FUNDS FROM DORON NOTTEA SAFE DEPOSIT BOX AND PREPARATION OF CASHIER'S CHECK RE PURCHASE OF CONTENTS OF SUITES 103 AND 105. | 01/04/2016 | 2:12 | 250.00 | 550.00 |

**TOTAL DUE**     **$625.00**



**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**
5900 WILSHIRE BOULEVARD SUITE 2250
LOS ANGELES, CA 90036 US
mgan@agmblaw.com

**BILL TO**
Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas 75201

**0067**

DATE 11/16/2015  TERMS Net 10

DUE DATE 11/26/2015

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>EVALUATE STATUS AND STRATEGY RE APPEARANCE AT OSC RE DISMISSAL RE LIFE SCRIPT VS. SBM MANAGEMENT; CALL COURT RE SAME; PREPARE EMAIL TO CLIENT RE STATUS. | 10/05/2015 | 0:30 | 375.00 | 187.50 |
| KS<br>TELEPHONE CALL WITH CHARLENE KOONCE RE LIFESCRIPT VS. SBM MANAGEMENT LITIGATION IN PREPARATION FOR OSC RE DISMISSAL IN THAT CASE. | 10/07/2015 | 0:18 | 250.00 | 75.00 |
| COURTCALL - LIFESCRIPT VS. SBM MANAGEMENT 10/14/2015 | 10/08/2015 | | 86.00 | 86.00 |

**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**

5900 WILSHIRE BOULEVARD
SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**3171**

BILL TO

Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

DATE 09/25/2015    TERMS Net 10

DUE DATE 10/05/2015

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **KS** <br> REVIEW CORRESPONDENCE RE MOVE FROM WINNETKA OFFICE; COORDINATE MOVERS AND RECEIVER FOR QUOTE. | 08/20/2015 | 0:30 | 250.00 | 125.00 |
| **KS** <br> COORDINATE WITH RECEIVER AND MOVERS RE MOVE FROM WINNETKA OFFICES. | 08/21/2015 | 0:12 | 250.00 | 50.00 |
| **KS** <br> TRAVEL TO RESEDA TO ASSIST IN GETTING MOVING QUOTE FROM MOVERS. | 08/24/2015 | 3:42 | 250.00 | 925.00 |

TOTAL DUE         $1,100.00



**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**
5900 WILSHIRE BOULEVARD  SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**BILL TO**
Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

**10051**

**DATE** 01/28/2016    **TERMS** Net 10

**DUE DATE** 02/07/2016

**JOB DESCRIPTION**
Koonce FTC Enforcement Action

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>REVIEW AND REVISE NOTICE OF LIS PENDENS. (n/c) | 12/01/2015 | 0:24 | 0.00 | 0.00 |
| TV<br>REVIEW NOTICE OF LIS PENDENS AND COVER LETTER; FINALIZE AND DICTATE INSTRUCTIONS RE FILING SAME. | 12/11/2015 | 0:12 | 375.00 | 75.00 |
| KS<br>APPEAR AT BANK OF AMERICA TO WITNESS REMOVAL OF L. BEKHOR FUNDS FROM DORON NOTTEA SAFE DEPOSIT BOX AND PREPARATION OF CASHIER'S CHECK RE PURCHASE OF CONTENTS OF SUITES 103 AND 105. | 01/04/2016 | 2:12 | 250.00 | 550.00 |

**TOTAL DUE**         **$625.00**



**ABRAMS GARFINKEL MARGOLIS BERGSON LLP**
5900 WILSHIRE BOULEVARD  SUITE 2250
LOS ANGELES, CA  90036 US
mgan@agmblaw.com

**BILL TO**
Charlene Koonce
500 N. Akard, Suite 2700
Dallas, Texas  75201

**0067**

DATE 11/16/2015    TERMS Net 10

DUE DATE 11/26/2015

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| TV<br>EVALUATE STATUS AND STRATEGY RE APPEARANCE AT OSC RE DISMISSAL RE LIFE SCRIPT VS. SBM MANAGEMENT; CALL COURT RE SAME; PREPARE EMAIL TO CLIENT RE STATUS. | 10/05/2015 | 0:30 | 375.00 | 187.50 |
| KS<br>TELEPHONE CALL WITH CHARLENE KOONCE RE LIFESCRIPT VS. SBM MANAGEMENT LITIGATION IN PREPARATION FOR OSC RE DISMISSAL IN THAT CASE. | 10/07/2015 | 0:18 | 250.00 | 75.00 |
| COURTCALL - LIFESCRIPT VS. SBM MANAGEMENT 10/14/2015 | 10/08/2015 | | 86.00 | 86.00 |

| ACTIVITY | DATE | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| KS<br>PREPARE FOR LIFESCRIPT V. SBM MANAGEMENT OSC RE DISMISSAL: (1) REVIEW AND ANALYZE EMAIL CORRESPONDENCE FROM RECEIVER RE STATUS OF FTC V. BUNZAI ET AL., (2) REVIEW AND ANALYZE LIFESCRIPT V. SBM MANAGEMENT COMPLAINT, (3) REVIEW AND ANALYZE FTC V. BUNZAI ET AL. COMPLAINT, (4) REVIEW AND ANALYZE FTC V. BUNZAI ET AL. TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF TRO, AND OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, (5) REVIEW AND ANALYZE LIFESCRIPT V. SBM MANAGEMENT NOTICE OF STAY, (6) REVIEW AND ANALYZE ORDER ON STIPULATION TO ENTER PRELIMINARY INJUNCTION WITH ASSET FREEZE, APPOINTMENT OF PERMANENT RECEIVER AND OTHER EQUITABLE RELIEF AS TO ALON NOTTEA AND ROI REUVENI, (7) CONDUCT RESEARCH RE PRIORITY OF CLAIMS IN BANKRUPTCY CODE, (8) REVIEW AND ANALYZE FTC V. CRITTENDEN OPINION, (9) PREPARE NOTES FOR OSC HEARING RE DISMISSAL. | 10/13/2015 | 1:00 | 250.00 | 250.00 |
| KS<br>REVIEW AND ANALYZE NOTES PREPARED FOR LIFESCRIPT V. SBM MANAGEMENT OSC RE DISMISSAL; ATTEND OSC RE DISMISSAL VIA COURT CALL; PREPARE NOTICE OF DISMISSAL WITHOUT PREJUDICE AND TRANSMIT TO RECEIVER FOR REVIEW; REVIEW AND ANALYZE EMAIL CORRESPONDENCE FROM RECEIVER RE MR. PETTIT'S UNAUTHORIZED APPEARANCE ON BEHALF OF SBM MANAGEMENT, INC. AT THE OSC RE DISMISSAL HEARING; MAKE REVISION TO NOTICE OF DISMISSAL WITHOUT PREJUDICE RE SAME; PREPARE CORRESPONDENCE TO RECEIVER AND TRANSMIT REVISED NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR RECEIVER'S REVIEW. | 10/14/2015 | 2:00 | 250.00 | 500.00 |
| TV<br>TELEPHONE DISCUSSION WITH GAREEB LAW FIRM RE STATUS; REVIEW DOCUMENT; PREPARE EMAIL TO RECEIVER AND GAREEB LAW FIRM RE SAME. | 10/29/2015 | 0:30 | 375.00 | 187.50 |
| | | | TOTAL DUE | $1,286.00 |