**EXHIBIT F**

# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

October 01, 2015

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13631

---

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2015 | RL | Reviewed and provided additional updates to flowchart. | 0.75 275.00/hr | 206.25 |
| | RL | Inspected nature of liabilities for SBM Management, CalEnergy, and Agoa Holdings. | 0.75 275.00/hr | 206.25 |
| 8/5/2015-8/27/2015 | JEB | Follow up on various emails regarding billing and coordination of access to Canby. Review Jin Na's cash summary and Funds on Deposit information. Review the Sunset Holding Wells Fargo Bank activity. | 3.25 450.00/hr | 1,462.50 |
| 8/12/2015 | JN | Per client's request, created cash based accounting summary report for 6/17/15 to 8/13/15 and updated worksheets within the Fund Status report accordingly. | 3.00 215.00/hr | 645.00 |
| 8/13/2015 | JN | Conference call with the client to discuss and resolve discrepancies between funds received reports. | 0.50 215.00/hr | 107.50 |
| | JN | Updated the cash based accounting summary report based on the conference call and reports forwarded by the client. | 1.00 215.00/hr | 215.00 |
| | | For professional services rendered | 9.25 | $2,842.50 |

Charlene Koonce, Partner                                                                                            Page    2

       Additional Charges :

| | | | Amount |
|---|---|---|---:|
| 7/22/2015 | AA | Postage: Messenger (United Express) key to Canby's Management Office per client's request. | 36.75 |
| 7/28/2015 | AA | Postage: FedEx charge to ship the title for Ford truck and other documents to receiver per her request. | 13.44 |
| 8/17/2015 | JEB | QuickBooks Online Subscription Fee for Calenergy Inc. for the month of July 2015. | 20.99 |
| 8/31/2015 | AA | Administration charge for faxes, technology, cellular phone and copying charge. | 198.98 |

| | |
|---|---:|
| Total costs | $270.16 |
| Total amount of this bill | $3,112.66 |
| Previous balance | $272,719.90 |
| Balance due | $275,832.56 |

Payment is due and payable upon receipt

# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

November 10, 2015

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13641

---

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2015 | JN | Updated cash based accounting summary report as of 10/22 based on available information since the last update: reviewed email correspondence from the client, inputted deposit detail, and updated disbursements made. | 3.75 215.00/hr | 806.25 |
| 10/23/2015 | JN | Updated missing information in the cash based account summary report using the client's response to follow up questions. Added notes for Richard Lieu to take over completing the report. | 0.75 215.00/hr | 161.25 |
| 10/27/2015 | JN | Conference call with Richard Lieu to transition the client's cash receipt and disbursement report. | 0.50 215.00/hr | 107.50 |
| | RL | Call with Jinyong Na to discuss transition of Receiver account tracking. | 0.50 275.00/hr | 137.50 |
| | | For professional services rendered | 5.50 | $1,212.50 |

Additional Charges :

| | | | | |
|---|---|---|---|---|
| 10/27/2015 | AA | Administration charge for faxes, technology, cellular phone and copying charge. | | 84.88 |
| | | Total costs | | $84.88 |
| | | Total amount of this bill | | $1,297.38 |

# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

December 31, 2015

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13659

---

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2015 | RL | Prepared schedule of cash receipts and disbursements from August 1 to November 25, 2015. | 2.50 275.00/hr | 687.50 |
| | | For professional services rendered | 2.50 | $687.50 |
| | | Additional Charges : | | |
| 12/31/2015 | AA | Administration charge for faxes, technology, cellular phone and copying charge. | | 48.13 |
| | | Total costs | | $48.13 |
| | | Total amount of this bill | | $735.63 |
| | | Previous balance | | $4,410.04 |
| | | Balance due | | $5,145.67 |

Payment is due and payable upon receipt

# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

June 29, 2016

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13710

---

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2016 JEB | Review the declaration of Charlene Koonce and review of defendants Roi Reuveni and Alon Nottea's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Summary Judgment. | | 4.30 450.00/hr | 1,935.00 |
| 6/22/2016 RL | Prepared the frozen funds activity. | | 0.75 275.00/hr | 206.25 |
| | For professional services rendered | | 5.05 | $2,141.25 |

Additional Charges :

| | | | | Amount |
|---|---|---|---|---|
| 6/22/2016 AA | Administration charge for faxes, technology, cellular phone and copying charge. | | | 149.89 |
| | Total costs | | | $149.89 |
| | Total amount of this bill | | | $2,291.14 |
| | Previous balance | | | $5,145.67 |
| | Balance due | | | $7,436.81 |

Payment is due and payable upon receipt