**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

---

SBM MANAGEMENT, INC.
655 N. CENTRAL AVE SUITE 1700
GLENDALE, CA 91203

## STATEMENT OF ACCOUNT

Invoice # 16-0163225
July 8, 2016

For Professional Services Rendered including:

| | |
|---|---:|
| Filing extension for income tax return for USM PRODUCTS | $ 50.00 |
| Filing extension for income tax return for SHALITA HOLDINGS | $ 50.00 |
| Filing extension for income tax return for AMD FINANCIAL NETWORK | $ 50.00 |
| Filing extension for income tax return for SECURED COMMERCE | $ 50.00 |
| Filing extension for income tax return for SBM MANAGEMENT | $ 50.00 |
| Filing extension for income tax return for KAI MEDIA | $ 50.00 |
| Filing extension for income tax return for INSIGHT MEDIA | $ 50.00 |
| Filing extension for income tax return for FOCUS MEDIA SOLUTIONS | $ 50.00 |
| Filing extension for income tax return for DARIA MEDIA | $ 50.00 |
| Filing extension for income tax return for CALENERGY | $ 50.00 |
| Filing payroll tax returns and preparing W-2's and W-3 for SECURED MERCHANTS | $ 50.00 |
| Filing payroll tax returns and preparing W-2's and W-3 for FOCUS MEDIA | $ 50.00 |
| Filing payroll tax returns and preparing W-2's and W-3 for FOCUS MEDIA | $ 50.00 |
| Emails to FTC and receiver (Mrs. Koonce and her office), scanning and preparing documents requested from our office | $ 625.00 |

| | |
|---|---:|
| **Total Current Charges** | **$ 1,275.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 1,275.00 |

All invoices due on presentation.
Balances over 30 days will be assessed interest at 1.5% per annum.

**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

CALENERGY, INC.
23679 CALABASAS ROAD # 531
CALABASAS, CA 91302

## STATEMENT OF ACCOUNT

Invoice # 15-016173
October 1, 2015

For Professional Services Rendered including:

| | |
|---|---:|
| Preparation of 2014 corporate tax returns | $ 750.00 |
| Payroll reporting for July, August, and September, close EDD acct | $ 150.00 |
| Bookkeeping for preparation of 2014 tax returns | $ 450.00 |
| **Total Current Charges** | **$ 1,350.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 1,350.00 |

All invoices due on presentation.