

**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523



EXHIBIT H

| Invoice submitted to: |
|---|
| Auravie<br>Attn: Charlene Koonce, Partner<br>Scheef & Stone, LLP<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201 |

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| June 30, 2016 | 12713 | FTC v. Auravie |

### Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/17/2016 ER  Reviewed notes and files in preparation for trial. | 2.00<br>$300.00/hr | $600.00 |
| For professional services rendered | 2.00 | $600.00 |

### Flat Rate Charges :

| | |
|---|---|
| 6/30/2016  1 month MediaTemple web page hosting.  July 2016. | $20.00 |
| Total additional charges | $20.00 |

### Summary

| | |
|---|---|
| **Total charges this invoice** | $620.00 |

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**390 N. Sepulveda Blvd. Suite 2080**
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

| Invoice submitted to: |
| --- |
| Auravie<br>Attn: Charlene Koonce, Partner<br>Scheef & Stone, LLP<br>500 N. Akard, Suite 2700<br>Dallas, TX 75201 |

| Invoice Date | Invoice Number | In Reference To |
| --- | --- | --- |
| June 9, 2016 | 12709 | FTC v. Auravie |

**Flat Rate Charges :**

| | Amount |
| --- | --- |
| 5/31/2016  1 month MediaTemple web page hosting.  June 2016. | $20.00 |
| | $20.00 |
| Total additional charges | |

**Summary**

Total charges this invoice                                                                                         $20.00

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma** DISCOVERY

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

Invoice submitted to:

Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| May 03, 2016 | 12669 | FTC v. Auravie |

| | Amount |
|---|---|
| **Flat Rate Charges :** | $20.00 |
| 4/30/2016  1 month MediaTemple web page hosting.  May 2016. | $20.00 |
| Total additional charges | |
| **Summary** | $20.00 |
| Total charges this invoice | |

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

Invoice submitted to:

Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| April 07, 2016 | 12642 | FTC v. Auravie |

### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2016 | ER | Researched email from david@mediaurge.com. Emails to Charlene Koonce and FTC. | 1.30 $300.00/hr | $390.00 |
| 3/29/2016 | BL | Use FTC file transfer system to electronically deliver mailbox. | 0.20 $300.00/hr | $60.00 |

For professional services rendered        1.50    $450.00

### Flat Rate Charges :                                                          $20.00

3/31/2016  1 month MediaTemple web page hosting.  April 2016.                    $20.00

Total additional charges

### Summary                                                                      $470.00

Total charges this invoice

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

**390 N. Sepulveda Blvd. Suite 2080**
**El Segundo, CA 90245**
**310-616-0200  Fax 310-388-1523**

| Invoice submitted to: |
| --- |
| Auravie |
| Attn: Charlene Koonce, Partner |
| Scheef & Stone, LLP |
| 500 N. Akard, Suite 2700 |
| Dallas, TX 75201 |

| Invoice Date | Invoice Number | In Reference To |
| --- | --- | --- |
| March 10, 2016 | 12633 | FTC v. Auravie |

**Flat Rate Charges :**

|  | Amount |
| --- | --- |
| 2/29/2016  1 month MediaTemple web page hosting.  March 2016. | $20.00 |
| Total additional charges | $20.00 |

**Summary**

| | |
| --- | --- |
| Total charges this invoice | $20.00 |

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

Invoice submitted to:

Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| February 16, 2016 | 12607 | FTC v. Auravie |

| Flat Rate Charges : | Amount |
|---|---|
| | $20.00 |
| 1/31/2016  1 month MediaTemple web page hosting.  February 2016. | $20.00 |
| Total additional charges | |

**Summary**  $20.00

Total charges this invoice

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200  Fax 310-388-1523

Invoice submitted to:
Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| January 06, 2016 | 12548 | FTC v. Auravie |

| | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|
| 12/18/2015 ER | Visit to storage locker to catalog inventory. Produced inventory list and tagged items. | 2.00 $300.00/hr | $600.00 |
| | | 2.00 | $600.00 |

For professional services rendered

| | Flat Rate Charges : | | $20.00 |
|---|---|---|---|
| 12/31/2015 | 1 month MediaTemple web page hosting. January 2016. | | $20.00 |

Total additional charges

**Summary**                                                              $620.00

Total charges this invoice

Major credit cards accepted (3% convenience fee will be added).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200  Fax 310-388-1523

Invoice submitted to:
Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| December 02, 2015 | 12537 | FTC v. Auravie |

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/4/2015 ER | Consolidation of evidence. | 0.60 $300.00/hr | $180.00 |
| 11/5/2015 BL | Consolidate, document, and backup evidence. | 2.10 $300.00/hr | $630.00 |
| | | 2.70 | $810.00 |

For professional services rendered

### Flat Rate Charges:

| | | | |
|---|---|---|---|
| 11/30/2015 | Media Temple website hosting. November and December. | | $40.00 |

Total additional charges $40.00

### Summary

Total charges this invoice  $850.00

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

Invoice submitted to:

Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| November 03, 2015 | 12513 | FTC v. Auravie |

### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | | 0.50<br>$300.00/hr | $150.00 |
| 10/21/2015 | SK | Preparation for inventory of computers and for meeting with FTC at storage locker on Friday. | 1.00<br>$300.00/hr | $300.00 |
| 10/23/2015 | SK | Meet with FTC forensic expert to restore Argaman's computer to make it functional. Maintained custody of computer during this procedure. | 2.10<br>$300.00/hr | $630.00 |
| 10/27/2015 | SK | Go to locker and organize computers to be inventoried. Go to rental office and pick up remaining equipment. Discuss issues relating to inventory with Charlene Koontz. | 3.00<br>$85.00/hr | $255.00 |
| | ST | Move computers to one side of locker. Move monitors to other side of locker. Assist laborer in moving racks and copy machines. Identify computers and equipment hidden under other equipment. Organize computers for inventory. | | |
| | | | 6.60 | $1,335.00 |

For professional services rendered

### Flat Rate Charges :

$40.00

9/1/2015 Media Temple - website hosting for September and October.

$40.00

Total additional charges

Invoice continues on next page...

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Page 2

Auravie

**Summary**

Total charges this invoice $1,375.00

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).



**elluma DISCOVERY**

390 N. Sepulveda Blvd. Suite 2080
El Segundo, CA 90245
310-616-0200   Fax 310-388-1523

Invoice submitted to:

Auravie
Attn: Charlene Koonce, Partner
Scheef & Stone, LLP
500 N. Akard, Suite 2700
Dallas, TX 75201

| Invoice Date | Invoice Number | In Reference To |
|---|---|---|
| September 17, 2015 | 12433 | FTC v Auravie |

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/3/2015 ER | Emails with Robert Ungar, Charlene Koonce. | 0.50 $300.00/hr | $150.00 |
| 8/4/2015 ER | Call and emails with James Stafford. Email to Robert Ungar. | 1.00 $300.00/hr | $300.00 |
| 8/11/2015 SK | Assist FTC and contractor with follow up collections at facility. | 3.50 $300.00/hr | $1,050.00 |
| 8/12/2015 SK | Assist FTC and contractors with follow up collection at facility. | 3.00 $300.00/hr | $900.00 |
| 8/17/2015 ER | Calls with James Stafford. | 0.40 $300.00/hr | $120.00 |
| 8/19/2015 ER | Emails and calls with Charlene Koonce, James Stafford, Robert Ungar. Credentials research for Charlene Koonce. | 0.70 $300.00/hr | $210.00 |
| | | 9.10 | $2,730.00 |

For professional services rendered

### Flat Rate Charges :

$20.00

7/30/2015 Media Temple - website hosting for August.

Total additional charges                                                                          $20.00

Invoice continues on next page...

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).

Auravie            Page 2

---

**Summary**

**Total charges this invoice**      $2,750.00

Major credit cards accepted (3% convenience fee will be added).
Late payments will incur interest charges (1.5% per month).