**EXHIBIT I**

## Schedule of Creditors

|    | Creditor | Receivership Defendant | Claim Amount | Note |
|----|----------|------------------------|--------------|------|
| 1. | Lifescript, Inc.<br>c/o Ben Pettit<br>20 E. Pueblo Street<br>Santa Barbara, CA 93105<br><br>c/o Michael J. Reichmann, Esq.<br>Gardner & Reichmann, Inc.<br>1806 Broadway, Suite A<br>Santa Ana, CA 92706 | SBM Management, Inc. | $372,755 | Unliquidated contingent claim subject of lawsuit *Lifescript, Inc. v. SBM Management, Inc.; and Does 1-10, Inclusive,* Case No. EC062856, in the Superior Court of California, County of Los Angeles, Judge John P. Doyle, Department NC6D. |
| 2. | David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | All Receivership Defendants | $1,000 | Accounting Services |
| 3. | Unknown | Sunset Holdings | $7,968,000 | Unsecured loans |
| 4. | Internal Revenue Service<br>Attn: Neal Kakuske<br>300 N. Los Angeles St.<br>Stop 5022<br>Los Angeles, CA 90012 | All Receivership Defendants | Unknown | 2014 and 2015 income tax liability, if any |
| 5. | Regus Glendale<br>26901 Agoura Road, Suite 180<br>Calabasas, CA 91301 | SBM Management, Inc. | Unknown | Rent for 655 N. Central Avenue, Glendale, CA 91203 |
| 6. | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306<br><br>Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069<br><br>Jean-Pierre Green<br>23055 Sheerman Way<br>West Hills, CA 91307<br><br>Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326<br><br>Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA 91335 | Focus Media Solutions | $2,000 | Wages owed to former employees |

Document Number: 203491

## Schedule of Creditors

| | Creditor | Receivership Defendant | Claim Amount | Note |
|---|---|---|---|---|
| 7. | Dawn Goddard<br>Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>21333 Oxnard Street<br>Woodland Hills, CA 91367 | SBM Management, Inc.<br>Pinnacle Logistics<br>Defendant Alon Nottea<br>Defendant Khristopher Bond | $10,000 | Settlement payment due to prior employees |
| 8. | Mr. Mark Ellerbe<br>Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Road<br>Suite 500<br>Houston, TX 77057 | SBM Management, Inc. | $4,522.50 | Collection for Web App LLC |

Document Number: 203491