1  Michael J. Weiss (SBN 206473)
   **ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
2  5900 Wilshire Blvd. Suite 2250
   Los Angeles, CA 90036
3  310-300-2900
   310-300-2901- Fax
4  Mweiss@agmblaw.com

5  Charlene Koonce (TX SBN 11672850)
   *Admitted Pro Hac Vice*
   **SCHEEF & STONE, L.L.P.**
6  500 N. Akard, Suite 2700
   Dallas, Texas  75201
7  214-706-4200
   214-706-4242 - Fax
8  Charlene.koonce@solidcounsel.com
   Receiver

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVERSHIP FEES AND EXPENSES INCURRED AUGUST 1, 2015 THROUGH JUNE 30, 2016 |

**PLEASE TAKE NOTICE** that the Receiver hereby lodges the attached [Proposed] Order on Motion for Order Approving and Authorizing Payment of Receivership Fees and Expenses Incurred August 1, 2015 Through June 30, 2016.

Respectfully submitted,

*/s/Charlene Koonce*
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten
Randi R. Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
Costa Mesa, CA 92626
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Reid Tepfer/ Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Sagar Parikh
Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc. and Secured Merchants, LLC*

Shai Oved
The Law Offices of Shai Oved
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Secured Merchants, LLC*

/s/ *Charlene C. Koonce*
CHARLENE C. KOONCE