# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JUNE 30, 2016<br><br>DATE:   SEPTEMBER 1, 2016<br>TIME:   8:30 A.M.<br>CRTM:  10<br>JUDGE:  HON. GEORGE WU |

- 1 -
[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

On this date the Court considered the Receiver's Motion for Order Approving and Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses Through June 30, 2016.

The Court, having considered the pleadings on file, including supporting declarations, and after hearing, finds good cause and orders as follows:

**IT IS ORDERED** that the Receiver's Motion for Order Approving and Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses Through June 30, 2016 is approved.

**IT IS FURTHER ORDERED** the Receiver is authorized to pay out of assets of the Receivership Estate the following:

    a.    The total amount of $63,510.00 to Scheef & Stone for the Receiver's fees incurred during the period ending June 25, 2016;

    b.    The total amount of $$55,356.76 to Scheef & Stone for attorneys' fees ($45,501.75) and expenses ($9,855.01) incurred or paid during the period ending June 25, 2016;

    c.    The total amount of $3,011.00 to Abrams Garfinkel Margolis Bergson LLP for attorneys' fees ($3,011.00) and expenses ($0.00) incurred or paid during the period ending June 30, 2016;

[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

  d. The total amount of $7,436.81 to Brandlin & Associates for accounting services rendered ($6,883.75) and expenses incurred ($553.06) during the period ending June 30, 2016;

  e. The total amount of $2,605.00 to Davidian & Associates for services rendered during the period ending June 25, 2016.

  f. The total amount of $6,745.00 to Elluma Discovery for services rendered ($6,525.00) and expenses incurred ($220.00) during the period ending June 30, 2016.

SO ORDERED.

DATED this _____ day of _____ 2016 at _____ a.m./p.m. PST.

            _____
            GEORGE WU
            UNITED STATES DISTRICT JUDGE