DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | **STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

**STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT**

Plaintiff submits this status report pursuant to the Court's Minute Order. (Dkt. 507.)

### I. FTC's Motion for Default Judgment

First, concerning the Plaintiff's Second Motion for Default Judgment (Dkt. 454), the Court directed that Defendants were to submit any objections to the default order (Dkt. 454-1) by July 28, 2016. Defendants submitted no objection. However, Plaintiff agreed to include defaulting Defendant Zen Mobile Media, Inc. into a proposed stipulated final order that has been forwarded to the Federal Trade Commission for approval.[1] Accordingly, Plaintiff has lodged a revised default order that does not contain Zen Mobile Media, Inc. Moreover, as stated previously, Plaintiff is attempting to serve defaulting Defendant Khristopher Bond and are not seeking a default judgment against him at this time.

### II. Status of Settlement with Defendants Secured Merchants LLC and Alan Argaman

Plaintiff has proposed a settlement with Defendants Secured Merchants LLC and Alan Argaman. The proposal includes the same terms as the previously

---

[1] The proposed stipulated final order resolves all claims against Alon Nottea, Doron Nottea, Igor Latsanovski, Adageo, LLC, CalEnergy, Inc., and Zen Mobile Media, Inc.

STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT

agreed settlement with the addition of an assignment of interest to Plaintiff of the right to repayment of a loan provided to Chargeback Armor, Inc.

### III. Status of Settlement with Chargeback Armor, Inc.

Plaintiff and Defendant Chargeback Armor, Inc., have made no progress in settlement discussions or resolution.

Respectfully submitted,

Dated: 8/5/2016

*/s/ Reid Tepfer*_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

### CERTIFICATE OF SERVICE

**STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT**

1. The undersigned certifies that on August 5, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford

**STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT**

Counsel to Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER
REID TEPFER

**STATUS REPORT CONCERNING FTC'S MOTION FOR DEFAULT AND SETTLEMENT**