1  DAVID C. SHONKA
   Acting General Counsel

2  DAMA J. BROWN
   Dbrown1@ftc.gov
3  Regional Director

4  REID TEPFER
   rtepfer@ftc.gov; Tex. Bar No. 24079444
5  LUIS GALLEGOS
   lgallegos@ftc.gov; Okla. Bar No. 19098
6  ZACHARY A. KELLER
   zkeller@ftc.gov; Texas Bar No. 24087838
7  DAMA J. BROWN
   Dbrown1@ftc.gov; Michigan Bar No. P54775
   Federal Trade Commission
8  1999 Bryan Street, Ste 2150
   Dallas, Texas 75206
9  (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
   (214) 979-9382 (Keller); (214) 979-9374 (Brown)
   (214) 953-3079 (fax)
10 RAYMOND MCKOWN
   rmckown@ftc.gov; Cal. Bar No. 150975
11 10877 Wilshire Boulevard, Ste 700
   Los Angeles, California 90024
12 (310) 824-4343(voice); (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  **FEDERAL TRADE COMMISSION,** | **Case No. CV 15-4527-GW(PLAx)** |
| 16                 **Plaintiff,** | **NOTICE OF LODGING AND LODGING OF PLAINTIFF'S [PROPOSED] DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF** |
| 17                 v. | |
| 18  **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| 19                 **Defendants.** | **DATE:** August 8, 2016<br>**TIME:** 8:30 a.m.<br>**COURTROOM:** 10<br>**JUDGE:** HON. GEORGE WU |

PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] DEFAULT JUDGMENT AND
ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF
Page | 1

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached [Proposed] Default Judgment and Order for Permanent Injunction and Other Equitable Relief. This proposed Order removes a Settling Defendant, Zen Mobile Media, Inc.

Respectfully submitted,

Dated: 08/05/16

_____/s/ Reid Tepfer_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
zkeller@ftc.gov; dbrown1@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 5, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201
charlene.koonce@solidcounsel.com
Receiver

PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Page | 3

1  Sagar Parikh
   Beverly Hills Law Corp. PC
2  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
3  SP@BeverlyHillsLawCorp.com
   Attorney for Secured Merchants LLC
4  and Chargeback Armor, Inc.

5  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
6  A Professional Law Corporation
   3080 Bristol Street
7  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
8  jsb@jeffreybenice.com
   Telephone: (714) 641-3600 Ext. 214

9
   /S/ REID TEPFER
10 REID TEPFER

11

12

13

14

15

16

17

18

19

20

PLAINTIFF'S NOTICE OF LODGING OF [PROPOSED] DEFAULT JUDGMENT AND
ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF
Page | 4