DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AMD FINANCIAL NETWORK, INC.** |

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant AMD Financial Network, Inc., pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, AMD Financial Network, Inc., was served with the Summons and the First Amended Complaint for Permanent Injunction and Other Equitable Relief on January 11, 2016. On July 14, 2016, Alon Nottea, AMD Financial Network, Inc.'s officer, manager or general agent, or other agent authorized by appointment or by law, stipulated that the First Amended Complaint and notice that the FTC sought equitable monetary relief of up to $73 million dollars were effectuated upon him (Dkt. 486). AMD Financial Network, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served. Therefore, the FTC requests that the Clerk enter default against Defendant AMD Financial Network, Inc.

Respectfully submitted,

Dated: August 9, 2016

/s/ REID TEPFER_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206

|   |   |
|---|---|
| 1 | (214) 979-9395 (Tepfer) |
|   | (214) 979-9383 (Gallegos) |
| 2 | (214) 979-9384 (Keller) |
|   | (214) 979-9374 (Brown) |
| 3 | (214) 953-3079 (fax) |
|   | rtepfer@ftc.gov; lgallegos@ftc.gov; |
| 4 | zkeller@ftc.gov; dbrown1@ftc.gov |

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 9, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214

/S/ REID TEPFER
REID TEPFER