DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No.  CV 15-4527-GW(PLAx) |
| **Plaintiff,** | **PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| **Defendants.** | |

PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC.
Page | 1

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Focus Media Solutions, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  As shown in the accompanying affidavit of the undersigned counsel, Focus Media Solutions, Inc., was served with the Summons and the First Amended Complaint for Permanent Injunction and Other Equitable Relief on November 12, 2015.  On July 14, 2016, Alon Nottea, Focus Media Solutions, Inc.'s officer, manager or general agent, or other agent authorized by appointment or by law, stipulated that the First Amended Complaint and notice that the FTC sought equitable monetary relief of up to $73 million dollars were effectuated upon him (Dkt. 486).  Focus Media Solutions, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since it has been served.  Therefore, the FTC requests that the Clerk enter default against Defendant Focus Media Solutions, Inc.

Respectfully submitted,

Dated: August 9, 2016

/s/ REID TEPFER_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206

```
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
zkeller@ftc.gov; dbrown1@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov
```

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 9, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

1  Robert M. Ungar
   Crosswind Law
2  14724 Ventura Blvd Penthouse
   Sherman Oaks, CA 91403
3  Counsel for Alon Nottea and
   Roi Reuveni
4

5  Robert Esensten
   Esensten Law
6  12100 Wilshire Blvd., Suite 1660
   Los Angeles, CA 90025
7  Counsel for Doron Nottea and
   Motti Nottea
8
   Charlene Cantrell Koonce
9  Receiver
   Kelly M. Crawford
10 Counsel to Receiver
   Scheef & Stone
11 500 N. Akard, Suite 2700
   Dallas, Texas 75201
12
   Sagar Parikh
13 Beverly Hills Law Corp. PC
   433 N. Camden Drive, 6th Floor
14 Beverly Hills, CA 90210
   Attorney for Chargeback Armor, Inc.
15
   Jeffrey Benice
16 Law Offices of Jeffrey S. Benice
   A Professional Law Corporation
17 3080 Bristol Street
   Sixth Floor, Suite 630
18 Costa Mesa, CA 92626
   Telephone: (714) 641-3600 Ext. 214
19
20                                         /S/ REID TEPFER
                                           REID TEPFER

PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC.
Page | 4