```
 1  DAVID C. SHONKA
    Acting General Counsel
 2
    REID TEPFER
 3  rtepfer@ftc.gov; Tex. Bar No. 24079444
    LUIS GALLEGOS
 4  lgallegos@ftc.gov; Okla. Bar No. 19098
    ZACHARY A. KELLER
 5  zkeller@ftc.gov; Tex. Bar No. 24087838
    DAMA J. BROWN
 6  Dbrown1@ftc.gov; Mi. Bar No. P54775
 7  Federal Trade Commission
    1999 Bryan Street, Suite 2150
 8  Dallas, Texas 75201
    (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
 9  (214) 979-9382 (Keller); (214) 979-9374 (Brown)
    (214) 953-3079 (fax)
10
    RAYMOND MCKOWN
11  rmckown@ftc.gov; Cal. Bar No. 150975
    10877 Wilshire Boulevard, Ste 700
12  Los Angeles, California 90024
    (310) 824-4343(voice); (310) 824-4380 (fax)
13
    Attorneys for Plaintiff Federal Trade Commission
14
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
|---|---|
| Plaintiff, | **DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT FOCUS MEDIA SOLUTIONS, INC.** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.* | |
| Defendants. | |

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT FOCUS MEDIA SOLUTIONS, INC.

Page | 1

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2. On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (First Amended Complaint) in the United States District Court for the Central District of California against, among others, Defendant Focus Media Solutions, Inc. The First Amended Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3. The Clerk of Court issued a Summons for Focus Media Solutions, Inc., on November 5, 2015. On November 12, 2015, the Summons and First Amended Complaint were served on Focus Media Solutions, Inc. (*See* Dkt. 373).

4. On July 14, 2016, Alon Nottea, Focus Media Solutions, Inc.'s officer, managing or general agent, or other agent authorized by appointment or by law, stipulated that the First Amended Complaint and notice that the FTC sought equitable monetary relief of up to $73 million dollars was effectuated on Focus Media Solutions, Inc., by service upon Alon Nottea (Dkt. 486), who filed an

Answer to the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251).

5. Focus Media Solutions, Inc., has not filed an answer or otherwise responded to the First Amended Complaint.

6. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Focus Media Solutions, Inc., to answer or otherwise respond to the First Amended Complaint has expired, and the Court has not extended it.

7. Since the filing of the First Amended Complaint, the FTC has not received any communication or documents from any attorney representing Focus Media Solutions, Inc., in defense of the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 9, 2016                              /s/ REID TEPFER_____
                                                   REID A. TEPFER