1  DAVID C. SHONKA
   Acting General Counsel
2
   REID TEPFER
3  rtepfer@ftc.gov; Tex. Bar No. 24079444
   LUIS GALLEGOS
4  lgallegos@ftc.gov; Okla. Bar No. 19098
   ZACHARY A. KELLER
5  zkeller@ftc.gov; Tex. Bar No. 24087838
   DAMA J. BROWN
6  Dbrown1@ftc.gov; Mi. Bar No. P54775

7  Federal Trade Commission
   1999 Bryan Street, Suite 2150
8  Dallas, Texas 75201
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
9  (214) 979-9382 (Keller); (214) 979-9374 (Brown)
   (214) 953-3079 (fax)
10
   RAYMOND MCKOWN
11 rmckown@ftc.gov; Cal. Bar No. 150975
   10877 Wilshire Boulevard, Ste 700
12 Los Angeles, California 90024
   (310) 824-4343(voice); (310) 824-4380 (fax)
13
   Attorneys for Plaintiff Federal Trade Commission
14
                 UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
15                   WESTERN DIVISION

16
   | FEDERAL TRADE COMMISSION, | Case No.  CV 15-4527-GW(PLAx) |
17 | | |
   | **Plaintiff,** | **DECLARATION OF** |
18 | | **PLAINTIFF'S COUNSEL IN** |
   | v. | **SUPPORT OF SECOND** |
19 | | **APPLICATION FOR CLERK'S** |
   | **BUNZAI MEDIA GROUP, INC.,** | **ENTRY OF DEFAULT AGAINST** |
   | *et al.* | **DEFENDANT MERHCANT** |
20 | **Defendants.** | **LEVERAGE GROUP, INC.** |

   DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND
   APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
   DEFENDANT MERCHANT LEVERAGE GROUP, INC.
   Page | 1

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2.     On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (First Amended Complaint) in the United States District Court for the Central District of California against, among others, Defendant Merchant Leverage Group, Inc.  The First Amended Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3.     The Clerk of Court issued a Summons for Merchant Leverage Group, Inc., on November 5, 2015.  On November 12, 2015, the Summons and  First Amended Complaint were served on Merchant Leverage Group, Inc. (*See* Dkt. 374).

4.     On July 14, 2016, Alon Nottea, Merchant Leverage Group, Inc.'s officer, managing or general agent, or other agent authorized by appointment or by law, stipulated that the First Amended Complaint and notice that the FTC sought equitable monetary relief of up to $73 million dollars was effectuated on Merchant Leverage Group, Inc., by service upon Alon Nottea (Dkt. 486), who

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT MERCHANT LEVERAGE GROUP, INC.
Page | 2

filed an Answer to the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251).

5.      Merchant Leverage Group, Inc., has not filed an answer or otherwise responded to the First Amended Complaint.

6.      The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Merchant Leverage Group, Inc., to answer or otherwise respond to the First Amended Complaint has expired, and the Court has not extended it.

7.      Since the filing of the First Amended Complaint, the FTC has not received any communication or documents from any attorney representing Merchant Leverage Group, Inc., in defense of the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 9, 2016          /s/ REID TEPFER_____
                               REID A. TEPFER

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST
DEFENDANT MERCHANT LEVERAGE GROUP, INC.