DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br> **Plaintiff,** <br> v. <br> **BUNZAI MEDIA GROUP, INC.,** *et al.* <br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SHALITA HOLDINGS, INC.** |

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2. On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (First Amended Complaint) in the United States District Court for the Central District of California against, among others, Defendant Shalita Holdings, Inc. The First Amended Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3. The Clerk of Court issued a Summons for Shalita Holdings, Inc., on November 5, 2015. On November 11, 2015, the Summons and First Amended Complaint were served on Shalita Holdings, Inc. (*See* Dkt. 378).

4. On July 14, 2016, Alon Nottea, Shalita Holdings, Inc.'s officer, managing or general agent, or other agent authorized by appointment or by law, stipulated that the First Amended Complaint and notice that the FTC sought equitable monetary relief of up to $73 million dollars was effectuated on Shalita Holdings, Inc., by service upon Alon Nottea (Dkt. 486), who filed an Answer to

the First Amended Complaint individually, but not for this defaulting corporation, on October 23, 2015. (*See* Dkt. 251).

5. Shalita Holdings, Inc., has not filed an answer or otherwise responded to the First Amended Complaint.

6. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Shalita Holdings, Inc., to answer or otherwise respond to the First Amended Complaint has expired, and the Court has not extended it.

7. Since the filing of the First Amended Complaint, the FTC has not received any communication or documents from any attorney representing Shalita Holdings, Inc., in defense of the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 9, 2016          /s/ REID TEPFER_____
                               REID A. TEPFER