DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**STATUS REPORT CONCERNING SETTLEMENT WITH ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND CHARGEBACK ARMOR, INC.** |

## STATUS OF SETTLEMENT WITH ALAN ARGAMAN AND SECURED MERCHANTS, LLC

The FTC has had multiple settlement discussions with Defendants and their counsel. These discussions have not resulted in settlement, however. The FTC has offered to honor the original terms of settlement with the addition of an assignment clause that permits the FTC to collect on the disputed loan at issue.

## STATUS OF SETTLEMENT WITH CHARGEBACK ARMOR, INC.

The FTC has attempted to continue settlement discussions with counsel for Chargeback Armor, Inc. Regrettably, these discussions have not been successful. The FTC has offered to honor the proposal Chargeback Armor's counsel initially represented to the Court his client agreed to. The FTC has further invited counterproposals. Chargeback Armor has only offered to agree to a settlement that includes an outright dismissal and $0 judgment, however.

Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

Dated: August 17, 2016

_Reid Tepfer_____
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov


| | |
|---|---|
| 1 | Oklahoma Bar No. 19098 |
| 2 | Federal Trade Commission |
| 3 | 1999 Bryan Street, Suite 2150 |
|   | Dallas, Texas 75206 |
| 4 | (214) 979-9395 (Tepfer) |
| 5 | (214) 979-9383 (Gallegos) |
|   | (214) 953-3079 (fax) |
| 6 | |
| 7 | RAYMOND MCKOWN |
|   | rmcknown@ftc.gov |
| 8 | California Bar No. 150975 |
| 9 | 10877 Wilshire Boulevard, Suite 700 |
|   | Los Angeles, California 90024 |
| 10 | (310) 824-4343(voice) |
| 11 | (310) 824-4380 (fax) |

# **CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 17, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served pursuant to the ECF notice generated by the Court.

Erik S. Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd. Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver

Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

/S/ REID TEPFER
REID TEPFER