# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | August 25, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Sagar Parikh |
| Luis Gallegos | Shai Oved |

**PROCEEDINGS:**    **SCHEDULING CONFERENCE**

Court and counsel confer.  The Court offers to preside over a settlement conference with the parties. Counsel will advise the clerk by August 29, 2016 whether all accept.  The settlement conference will be held on September 2, 2016 at 10:00 a.m., if necessary, or a scheduling conference in its place if parties decline.  Appearances by telephone are allowed provided notice is given to the clerk.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | JG | |