DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste. 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**JOINT SCHEDULING REPORT CONCERNING TRIAL AS TO DEFENDANTS ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND RELIEF DEFENDANT CHARGEBACK ARMOR, INC.** |

Pursuant to the Court's Order (Dkt. 536), the Plaintiff Federal Trade Commission, Defendants Alan Argaman and Secured Merchants, LLC, and Relief Defendant Chargeback Armor, Inc. submit the following Joint Scheduling Report:

## I. Federal Trade Commission's Proposed Trial Schedule:

Plaintiff proposes the following dates for pre-trial and trial proceedings:

- Filing of Findings of Fact and Conclusions of Law (by all parties): **September 12, 2016**

- Deadline for pretrial meeting of counsel[1] to discuss amended joint witness list, exhibit list, fact stipulations, and other issues discussed in this Court's standing order (Doc. No. 25): **October 3, 2016**

- Filing of amended joint witness list, exhibit list,[2] fact stipulations, and testimony by deposition transcript: **October 17, 2016**

- Motions in Limine filing deadline: **October 24, 2016**

- Response Deadline for Motions in Limine: **October 31, 2016**

- Amended Joint Proposed Final Pretrial Conference Order Deadline: **November 4, 2016**

- Reply Deadline for Motions in Limine: **November 7, 2016**

- Final Pretrial Conference: **November 21, 2016 at 8:30 a.m.**

- Parties to Exchange Witness Narratives: **November 28, 2016**

- Hearing Concerning Motions in Limine: **December 5, 2016 at 8:30 a.m.**

---

[1] The FTC respectfully requests permission to attend this pretrial meeting telephonically.

[2] The FTC respectfully requests that the Court limit the parties to witnesses and exhibits previously provided and identified in the joint witness list before the original June 21 trial date.

JOINT SCHEDULING REPORT CONCERNING TRIAL

- Trial: **December 12, 2016 at 9:00 a.m.**

The FTC anticipates that it will take a minimum of five to seven days to present its case-in-chief. Plaintiff's counsel has already sought stipulations from defense counsel in an effort to streamline the proceedings and minimize the burden on the court. However, to date, defense counsel have rejected all such requests. The FTC objects to a bifurcation of the trials against Defendants and Relief Defendant, which would be duplicative and unnecessarily burdensome on the Court's resources.

**II.    Chargeback Armor, Inc.'s Proposed Schedule:**

CBA requests an evidentiary hearing on the FTC's claims against CBA, a Relief Defendant.  Alternatively, CBA requests that the matter be decided through briefs, all evidence related to this claim has previously been submitted to the Court (see, for example, docket numbers 205 and 354). CBA does not believe a trial would be necessary to adjudicate its claims and thus wishes to remain outside of the purview of the trial in this matter.

**III.    Secured Merchants and Alan Argaman's Proposed Schedule:**

Argaman believes it may be appropriate for the Court to determine its issues on the pleadings, motions, and evidence already presented which would considerably reduce trial preparation and time.

If the case proceeds based on the 1000 exhibits currently on the Exhibit List, counsel believes trial in early 2017 would be more appropriate.

                                        Respectfully submitted,

                                        DAVID C. SHONKA
                                        Acting General Counsel

                                        DAMA J. BROWN
                                        Regional Director

Dated: August 31, 2016               ***/s/ Reid Tepfer***
                                        REID TEPFER
                                        rtepfer@ftc.gov
                                        Texas Bar No. 24079444
                                        LUIS GALLEGOS
                                        lgallegos@ftc.gov
                                        Oklahoma Bar No. 19098
                                        Federal Trade Commission
                                        1999 Bryan Street, Suite 2150
                                        Dallas, Texas 75206
                                        (214) 979-9395 (Tepfer)
                                        (214) 979-9383 (Gallegos)
                                        (214) 953-3079 (fax)

Dated: August 31, 2016               ***/s/ Shai Oved***
                                        Shai Oved
                                        Attorney for Alan Argaman and
                                        Secured Merchants, LLC

Dated: August 31, 2016               ***/s/ Sagar Parikh***
                                        Sagar Parikh
                                        Attorney for Chargeback Armor, Inc.

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served pursuant to the ECF notice generated by the Court.

Erik S. Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd. Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver

JOINT SCHEDULING REPORT CONCERNING TRIAL

Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, CA 92626
Telephone: (714) 641-3600 Ext. 214
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

/S/ REID TEPFER
REID TEPFER