UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | September 1, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeuax | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Reid Tepfer  Shai Oved
Luis Gallegos
Charlene C. Koonce, Receiver

**PROCEEDINGS:** TELEPHONIC HEARING re:

RECEIVER'S SECOND MOTION FOR ORDER FOR APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS AND RECEIVERSHIPS FEES [513];

SCHEDULING CONFERENCE

Court and counsel confer re Receiver's motion. For reasons stated on the record, the Receiver's motion is GRANTED. Order to issue. The Court also orders that monthly reports by the Receiver will no longer be necessary.

Court and counsel confer re scheduling. Any dispositive motion by Defendants will be heard on October 17, 2016 at 8:30 a.m. Parties may stipulate to the briefing schedule, except the reply, which will be filed by October 3, 2016.

|  | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |