# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES THROUGH JUNE 30, 2016 |
| v. | |
| BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al., | |
| | DATE: SEPTEMBER 1, 2016<br>TIME: 8:30 A.M.<br>CRTM: 10<br>JUDGE: HON. GEORGE WU |
| Defendants. | |

- 1 -
[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT FROM
RECEIVERSHIP ASSETS OF RECEIVERSHIP FEES AND EXPENSES

1  On this date the Court considered the Receiver's Motion for Order Approving
2  and Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses
3  Through June 30, 2016.

4  The Court, having considered the pleadings on file, including supporting
5  declarations, and after hearing, finds good cause and orders as follows:

6  **IT IS ORDERED** that the Receiver's Motion for Order Approving and
7  Authorizing Payment From Receivership Assets of Receiver's Fees and Expenses
8  Through June 30, 2016 is approved.

9  **IT IS FURTHER ORDERED** the Receiver is authorized to pay out of assets of
10  the Receivership Estate the following:

11  a. The total amount of $63,510.00 to Scheef & Stone for the Receiver's fees
12  incurred during the period ending June 25, 2016;

13  b. The total amount of $$55,356.76 to Scheef & Stone for attorneys' fees
14  ($45,501.75) and expenses ($9,855.01) incurred or paid during the period ending June
15  25, 2016;

16  c. The total amount of $3,011.00 to Abrams Garfinkel Margolis Bergson
17  LLP for attorneys' fees ($3,011.00) and expenses ($0.00) incurred or paid during the
18  period ending June 30, 2016;

    d.    The total amount of $7,436.81 to Brandlin & Associates for accounting services rendered ($6,883.75) and expenses incurred ($553.06) during the period ending June 30, 2016;

    e.    The total amount of $2,605.00 to Davidian & Associates for services rendered during the period ending June 25, 2016.

    f.    The total amount of $6,745.00 to Elluma Discovery for services rendered ($6,525.00) and expenses incurred ($220.00) during the period ending June 30, 2016.

    g.    The Court vacates the provisions in its September 18, 2015 Order (Dkt. No. 211) requiring the Receiver to file monthly reports regarding the receivership fees and expenses incurred.

SO ORDERED.

DATED this 6th day of September, 2016.

_____
GEORGE H. WU, U.S. District Judge