DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                    **Plaintiff,**<br><br>                    v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>                    **Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**NOTICE OF LODGING AND LODGING OF PROPOSED STIPULATED ORDER** |

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER**

Page | 1

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached [Proposed] Stipulated Order for Permanent Injunction and Monetary Judgment and related Attachment as to Stipulating Defendants Alon Nottea; Igor Latsanovski; Doron Nottea; Adageo, LLC; Zen Mobile Media, Inc.; and CalEnergy, Inc., only.

Respectfully submitted,

Dated: 09/15/16

\_\_\_\_\_*/s/ Reid Tepfer*_____
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER
Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
zkeller@ftc.gov; dbrown1@ftc.gov

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Erik S Syverson
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
esyverson@raineslaw.com
Counsel for Oz Mizrahi

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Attorney for Alan Argaman and Secured Merchants, LLC

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
Counsel for Alon Nottea and
Roi Reuveni

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
Counsel for Doron Nottea and
Motti Nottea

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER**

1  Scheef & Stone
   500 N. Akard, Suite 2700
2  Dallas, Texas 75201
3
4  Sagar Parikh
   Beverly Hills Law Corp. PC
5  433 N. Camden Drive, 6th Floor
   Beverly Hills, CA 90210
6  Attorney for Chargeback Armor, Inc.

7  Jeffrey Benice
   Law Offices of Jeffrey S. Benice
8  A Professional Law Corporation
   3080 Bristol Street
9  Sixth Floor, Suite 630
   Costa Mesa, CA 92626
10 Telephone: (714) 641-3600 Ext. 214

11
                                          /S/ REID TEPFER
12                                        REID TEPFER

13

14

15

16

17

18

19

20
                **PLAINTIFF'S NOTICE OF LODGING OF PROPOSED**
                              **STIPULATED ORDER**