ATTACHMENT A

| Bank: | Account Holder: | Account No.: | Amount: |
|---|---|---|---|
| Wells Fargo | Calenergy, Inc. | #1838 | $535.66 |
| Wells Fargo | Kai Media, Inc. | #9190 | $201,627.79 |
| Wells Fargo | Media Solutions, Inc. | #6565 | $166,825.21 |
| Wells Fargo | Calenegv, Inc. | #8997 | $61,187.37 |
| Wells Fargo | SBM Management, Inc. | #9091 | $5,666.26 |
| Wells Fargo | Pinnacle Logistics, Inc. | #8424 | $3,567.62 |
| Wells Fargo | Agoa Holdings, Inc. | #2288 | $3,583.69 |
| Wells Fargo | Zen Mobile Media, Inc. | #5422 | $2,648.95 |
| Wells Fargo | Lifestvle Media Brands, Inc. | #2320 | $1,586.63 |
| Wells Fargo | Lifestvle Media Brands, Inc. | #5711 | $931.28 |
| Wells Fargo | Insight Media, Inc. | #9026 | $597.22 |
| Wells Fargo | Heritage Alliance Group, Inc. | #6637 | $515.58 |
| Wells Fargo | Focus Media Solutions, Inc. | #6565 | $2,689.00 |
| Bank of America | Media Urge, Inc. | #4130 | $574.61 |
| Bank of America | Pinnacle Logistics, Inc. | #7388 | $567.70 |
| Bank of America | Adageo, LLC. | #3733 | $7,045.78 |
| Bank of America | Calenergy, Inc. | #2294 | $493.63 |
| Bank of America | Calenergy, Inc. | #4908 | $2,254.15 |
| Bank of America | Calenergy, Inc. | #4044 | $1,937.05 |
| Bank of America | Kai Media, Inc. | #8700 | $228.00 |
| Bank of America | Insight Media, Inc. | #0919 | $17,252.00 |
| Bank of America | SBM Management, Inc. | #5157 | $3,393.58 |
| Bank of America | Focus Media Solutions, Inc. | #3800 | $22,571.50 |
| Bank of America | Shalita Holdings, Inc. ` | #6189 | $500.00 |
| Bank of America | Shalita Holdings, Inc. | #5618 | $500.00 |
| Global Payments | Bunzai Media Group, Inc. | #1125 | $16,540.59 |
| Global Payments | Bunzai Media Group, Inc. | #1128 | $20,753.52 |
| Global Payments | Bunzai Media Group, Inc. | #1676 | $44,608.67 |
| Global Payments | DMA Media Holdings, Inc. | #1773 | $3,646.36 |
| Global Payments | Lifestyle Media Brands, Inc. | #1774 | $1,448.58 |
| Global Payments | Lifestvle Media Brands, Inc. | #1776 | $1,591.02 |
| Bank of America | Secured Commerce, LLC. | #1564 | $10,497.71 |
| Bank of America | Secured Commerce, LLC. | #1577 | $111.72 |
| Bank of America | Secured Commerce, LLC. | #1593 | $515.54 |
| Bank of America | USM Products, Inc. | #8878 | $1,206.92 |
| Bank of America | Merchant Leverage Group, Inc. | #5300 | $900.00 |

| | | | |
|---|---|---|---|
| Bank of America | Merchant Leverage Group, Inc. | #5355 | $100.00 |
| Wells Fargo | Shalita Holdings, Inc. | #9036 | $7,711.65 |
| Wells Fargo | Merchant Leverage Group, Inc. | #9047 | $6,844.25 |
| Wells Fargo | Secured Commerce, LLC. | #2888 | $3,786.60 |
| Wells Fargo | USM Products, Inc. | #7777 | $1,871.32 |
| Wells Fargo | All Star Beauty Products, Inc. | #4425 | $808.92 |
| Wells Fargo | All Star Beauty Products, Inc. | #5031 | $0.02 |
| Wells Fargo | DMA Media Holdings, Inc. | #2296 | $8,106.27 |
| Wells Fargo | AMD Financial Network, Inc. | #6553 | $7,809.36 |
| Wells Fargo | DMA Media Holdings, Inc. | #5166 | $475.17 |
| Cash | From #105 Canby Office | | $3,851.00 |
| Bank of America | Safe Deposit Boxes (D.Nottea) | #Y4151 | $446,000.00 |
| EVO | All-Star Beauty | | $189,490.39 |
| EVO | All-Star Beauty | | $11,915.90 |
| SignaPay: | Agoa, DMA, Insight, Lifestyle, Safehaven, Zen | | $106,772.64 |