**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603
Email:      SP@BeverlyHillsLawCorp.com

Attorneys for Chargeback Armor, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No. 2:15-cv-04527-GW (PLAx)** |
| Plaintiff, | **CHARGEBACK ARMOR, INC.'S STATEMENT OF** |
| vs. | **UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN** |
| BUNZAI MEDIA GROUP, INC., et al., | **SUPPORT OF MOTION AND MOTION FOR SUMMARY** |
| Defendants. | **JUDGMENT** |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | **Hearing Date:  October 17, 2016 Time: 8:30 am** |
| Cross-Claimants | **Location:  Courtroom 10 – Spring St. Judge: Hon. George H. Wu** |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

Pursuant to Local Rule 56-1, RELIEF Defendant CHARGEBACK ARMOR, INC. ("CBA") hereby submits this Statement of Uncontroverted Facts and Conclusions of Law in support of CBA'S Motion for Summary Judgment.

## UNCONTROVERTED FACTS

- 1 -

1. CBA never approved or denied chargebacks for the AuraVie Defendants. (Costache Decl. at ¶ 4).

2. CBA was not formed until February 2015, by Mike Costache.  (Costache Decl. at ¶ 4, Exh. 811).

3. Costache has at all times been the sole incorporator, shareholder, director, and board member of CBA.  (Costache Decl. at ¶ 1).

4. Argaman was never employed by or had any ownership interest in CBA. (Costache Decl. at ¶ 7).

5. The $250,000 that SM invested in CBA was an arms-length business transaction and these funds came from entities other than the AuraVie Defendants. (Costache Decl. at ¶ 5, Exh. 834-838).

6. CBA never received any ill-gotten gain from the AuraVie Defendants. (Costache Decl. at ¶ 4, Exh. 838).

DATED:  September 19, 2016                **BEVERLY HILLS LAW CORP., PC**


By:  __/s/ Sagar Parikh___
       Sagar Parikh, Esq.
       *Attorneys for* Chargeback Armor, Inc.

- 2 -