**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:   (310) 887-1338
Facsimile:    (310) 982-2603
Email:         SP@BeverlyHillsLawCorp.com

Attorneys for Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No.: 2:15-cv-04527-GW (PLAx)** |
| Plaintiff, | **[PROPOSED] JUDGMENT IN FAVOR OF CHARGEBACK ARMOR, INC AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | Hearing Date:  October 17, 2016 |
| _____ | Time: 8:30 am |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | Location:  Courtroom 10 – Spring St. Judge: Hon. George H. Wu |
| Cross-Claimants | |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

1

[PROPOSED] JUDGMENT IN FAVOR OF CHARGEBACK ARMOR, INC.'S  AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT

The Motion of Relief Defendant Chargeback Armor, Inc. for summary judgment came for hearing on October 17, 2016 at 8:30 a.m., in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu, U.S. District Judge, presiding.

Having reviewed the moving, opposing, and reply papers, and hearing oral argument, the Court grants summary judgment in favor of Chargeback Armor, Inc.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Defendant Chargeback Armor, Inc. and against Plaintiff Federal Trade Commission.
2. Relief Defendant Chargeback Armor, Inc. is entitled to their costs of suit.
3. Any monies frozen by the FTC and the Receiver that belong to CBA shall be unfrozen and released. The monies shall be unfrozen and released within _____ ___of this Order.

It is so ORDERED.

Dated: _____
The Honorable George H. Wu, United States District Court Judge