**The Law Offices of Shai Oved**
Shai Oved, Esq. (SBN 185526)
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303
Telephone:   (818) 992-6588
Facsimile:   (818) 992-6511
Email:         ssoesq@aol.com

Attorneys for Alan Argaman and Secured Merchants, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br><br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br><br>v.<br><br>ALON NOTTEA, an individual,<br><br>Cross-Defendant | Case No.: 2:15-cv-04527-GW (PLAx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF ALAN ARGAMAN AND SECURED MERCHANTS, LLC, AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: October 17, 2016<br>Time: 8:30 am<br>Location: Courtroom 10 – Spring St.<br>Judge: Hon. George H. Wu |

1

[PROPOSED] JUDGMENT IN FAVOR OF ALAN ARGAMAN AND SECURED MERCHANT SERVICES, LLC,  AND AGAINST FEDERAL TRADE COMMISSION AFTER HEARING ON MOTION FOR SUMMARY JUDGMENT

The Motion of Defendant Alan Argaman and Secured Merchant, LLC, for summary judgment came for hearing on October 17, 2016 at 8:30 a.m., in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu, U.S. District Judge, presiding.

Having reviewed the moving, opposing, and reply papers, and hearing oral argument, the Court grants summary judgment in favor of Alan Argaman and Secured Merchant, LLC.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Defendants Alan Argaman and Secured Merchant, LLC, and against Plaintiff Federal Trade Commission.
2. Defendants Alan Argaman and Secured Merchant, LLC, are entitled to their costs of suit.
3. Any monies frozen by the FTC and the Receiver that belong to Alan Argaman and Secured Merchant, LLC, shall be unfrozen and released. The monies shall be unfrozen and released within _____ ___ of this Order.

It is so ORDERED.

Dated: _____

The Honorable George H. Wu, United States District Court Judge