```
          UNITED STATES DISTRICT COURT

    CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

              HONORABLE GEORGE WU

        UNITED STATES DISTRICT JUDGE PRESIDING

                     - - -


Federal Trade Commission,        )
                 PLAINTIFF,      )
                                 )
VS.                              )   NO. CV 15-4527 GW
                                 )
Bunzai Media Group, Inc., et al.,)
                  DEFENDANT,     )
_____)




          REPORTER'S TRANSCRIPT OF PROCEEDINGS

                LOS ANGELES, CALIFORNIA

               MONDAY, SEPTEMBER 1, 2016




          _____

              KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
              312 North Spring Street, #436
              Los Angeles, California 90012
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 1  APPEARANCES OF COUNSEL:

 2


 3  FOR PLAINTIFF:

 4      FEDERAL TRADE COMMISSION
        BY:  REID TEPFER
 5      -and- LUIS gALLEGOS
        1999 Bryan Street
 6      Suite 2150
        Dallas, TX  75201
 7


 8


 9  FOR SECURED MERCHANTS AND ARGAMAN:

10      SHAI OVED LAW OFFICES
        BY:  SHAI OVED
11      7445 Topanga Canyon Boulevard
        Suite 220
12      Canoga Park, CA  91303

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 1, 2016

 2                          9:17 A.M.

 3                          - - - - -

 4

 5


 6        THE COURT:  All right.  Let me call the matter of

 7   Federal Trade Commission versus Bunzai Media.

 8            On the phone, we have.

 9        MR. TEPFER:  Good morning, your Honor.  This is

10   Reid Tepfer and Luis Gallegos for the FTC.

11        THE COURT:  All right.  Good morning.

12        MS. COONCE:  Good morning, your Honor.  This is

13   Charlene Coonce, the receiver.

14        THE COURT:  Okay.

15        MR. OVED:  Shai Oved, O-V-E-D, for Argaman and

16   Secured Merchants LLC.

17        THE COURT:  All right.

18            Okay.  We are here for the receiver's second

19   motion for an order approving authorizing payment insofar

20   as the receivership assets and receivership fees.

21        Let me ask, I did not see any opposition to

22   this motion.  Was there any opposition filed?

23        MS. COONCE:  No, your Honor.

24        THE COURT:  Okay.  Also, I didn't see a proposed

25   order in this regard.  Did the receiver submit an order,
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Attachment A

```
 1  and I just missed it?
 2       MS. COONCE:  Yes, your Honor, we did.  We lodged
 3  one.  And I should have it in front of me here.
 4       THE COURT:  Okay.  If you can get the docket
 5  number because it wasn't attached to the motion itself,
 6  was it?
 7       MS. COONCE:  No, your Honor.  It was lodged as
 8  Document No. 514.
 9       THE COURT:  Okay.  Let me see if my clerk can
10  bring it up to me.  I will take a look at it.  If there
11  isn't a problem, I will sign off on it today.  I presume
12  there isn't a problem because there was no opposition,
13  but let me just -- my problem is I didn't see the
14  proposed order when I looked at the materials.  So if I
15  haven't signed off on it by Tuesday, let me have the
16  receiver just call my clerk and see if there is a
17  problem.  But it should be on the calendar, sorry, on the
18  docket either later today or on Tuesday.  Okay.
19       MS. COONCE:  Thank you, your Honor. May I be
20  excused or do I need --
21       THE COURT:  I don't think there is anything else
22  on this matter today other than this motion, is there?
23       (Clerk and court confer.)
24       THE COURT:  Okay. All right. Let me ask did the
25  parties give me any scheduling materials then, proposals?
```

1    MR. TEPFER: Yes, your Honor. We did file that
2  yesterday afternoon. I believe the docket number was
3  537, your Honor.
4    THE COURT: All right. Let me have --
5    (Court and clerk confer.)
6    THE COURT: Why don't you guys hold on the phone
7  for a moment. My clerk is going to print that out for
8  me, and I will take a look at it right now.
9    MR. TEPFER: Yes, your Honor.
10   (Pause in proceedings.)
11   THE COURT: Let me ask the parties, I see the FTC
12 has a somewhat elaborate schedule and that Chargeback
13 Armor is thinking that at least the issue as to them
14 might be able to be resolved by weigh of a motion. And I
15 guess Secured Merchants and Mr. Argaman also think that
16 the matter could be resolved by way of motion.
17       Let me ask counsel for the defendants, each
18 defendant, is that correct? Both defendants feel that
19 the matter could be resolved by way of motion rather than
20 a formal trial?
21   MR. OVED: Your Honor, this is Shai Oved. You may
22 recall Mr. Parikh was not available today. He had an OSC
23 so he is not on the phone on behalf of the other
24 defendants. As to their clients, we tried to coordinate
25 the settlement conference with you. He volunteered on

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

1  behalf of his client to have you serve as the judge for
2  the mandatory settlement conference and suggested in,
3  now, a couple of the joint status reports that as to his
4  client, the relief defendant, that it could be determined
5  by you on the evidence on the written papers.
6          THE COURT:  well, let me just ask -- let me ask
7  defense counsel, what -- it might just be easiest for the
8  court to aadopt the FTC's proposed schedule but with a
9  provision -- well, what I might do is compress the FTC's
10 trial schedule, proposed trial schedule in the sense of
11 we will leave the trial date where it is but to allow the
12 defendants to make whatever motion they want right away,
13 and hear that first, and then after that, kick in the
14 other requirements that the FTC is proposing which are
15 consistent with what the court talked about with the
16 parties last time in terms of if this case is going to go
17 to trial, that is the procedure that I wanted.
18          Let me ask defense counsel, when do you think
19 the defendants can file the motion and have it heard by
20 the court?
21          MR. OVED:  Again, this is Shai Oved, your Honor.
22          I am the newest party or newest attorney to
23 the case.  So my understanding was that there were
24 already summary judgment, summary adjudication motions,
25 and if it is a matter of just refreshing the court's

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

1  memory in refiling those or trying to narrow those
2  issues, that might be the most appropriate.  I mean, in
3  our comments to the joint status report suggested dates
4  in early January or early 2017 depending on what your
5  Honor determines on some of these other issues.
6         Under their calendaring or their proposed
7  elaborate dates, they want some documents being filed as
8  early as next week following the holiday weekend.  And I
9  will be out of town.  So, again, I don't mind if we try
10 to work off of their dates, but I think they are a little
11 bit premature at this point especially if the court is
12 going to narrow some of these issues.
13     THE COURT:  Why don't we do this.  Let me put this
14 matter -- I am going to set a hearing date.  Whatever
15 motions defense wants to have heard, you know, prior to
16 the scheduling of this, of the remaining portions of this
17 case, I will hear whatever motions that the parties want
18 me to hear by the 17th of October.  So you can put
19 together all the papers and everything you want, and the
20 reply has to be filed by the 3rd of October.
21         The filing of the motions themselves and the
22 opposition, I don't care.  You guys talk about those
23 dates among yourselves.  You guys can reach whatever
24 agreement you want.  The replies will be due on the 3rd,
25 and the hearing will be on the 17th.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

1      MS. COONCE:  And that is 8:30, your Honor?
2      THE COURT:  That would be 8:30.  And that goes to
3  both Chargeback Armor's issues as well as Secured
4  Merchants and Mr. Argaman.  Okay.
5          And, also, I will also state on the 17th we
6  will also talk about a further scheduling because at this
7  point in time I am not adopting the FTC's dates, but we
8  will talk about the future dates.  I would like this
9  matter, if there is something that is remaining to go to
10 trial, I would like the matter to be tried before the end
11 of the year.  Okay?
12     MR. TEPFER:  Your Honor, would the FTC be able to
13 file a similar motion for -- to be ruled on on the papers
14 as well?
15     THE COURT:  Let me just ask, what motions do you
16 do you want to file at this point?
17     MR. TEPFER:  It sounded as if defendants were
18 anticipating a sort of summary judgment type motion, and
19 we would be interested in a similar motion as well if we
20 had that opportunity.
21     THE COURT:  Well, let me put it this way, my
22 understanding is from the defendant's and Mr. Oved can
23 correct me if I am wrong, but it seemed to me that what
24 the defendants were saying was that there was a limited
25 number of key issues that they want resolved, and once

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

1  those issues are resolved, either it will be apparent
2  that either the FTC does not have a claim against them or
3  they will have to concede that the FTC has a claim
4  against them in which case they are a lot more likely to
5  resolve the case at that point in time.
6          Let me ask Mr. Oved, is that a correct
7  characterization?
8      MR. OVED:  Yes, your Honor.  And that was my
9  comment if we were going to continue the scheduling date
10 as well for that same October 17th at 8:30 which makes
11 sense.
12     THE COURT:  Okay.  So let me just ask, if the FTC
13 has something that is a very discrete issue, then, maybe
14 I will allow them to do so but the reason I am allowing
15 the defendants to do this is they have already
16 represented that there is one or two issues that they
17 want resolved and the resolution of that will assist in
18 hopefully having this case resolved between the parties.
19         Okay?
20     MR. TEPFER:  Your Honor, in addition to -- we
21 would be interested in discrete motions for some issues
22 that I think would greatly reduce the length of the
23 trial.  For example, the common enterprise issue would
24 eliminate a presentation of a lot of evidence.
25     THE COURT:  Well, let me put it this way, I don't

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

1  mind doing that, but I don't want to have that at this
2  point.  I mean, that almost is like a motions in limine
3  type situation.  And I am not saying I am going to refuse
4  to let you do that, but I don't want to do it now.  I
5  would rather have just these defense motions heard first,
6  and then we will talk about the other things that will go
7  on in this case thereafter.
8         MR. TEPFER:  As a second motion, I also wanted to
9  inquire now that the FTC is sort of beginning to reserve
10 and accumulating various costs associated with gearing up
11 for trial again, we wanted to request that the court
12 permit the FTC the opportunity to file a motion for
13 sanctions for related costs associated with that.
14        THE COURT:  No.  Not at this point in time.
15        But you will, depending upon how I rule on the
16 17th, we will talk about those motions at that point.
17 Okay?
18        MR. TEPFER:  Thank you, your Honor.
19        THE COURT:  All right.  Anything else from
20 counsel?
21        MR. OVED:  The hearing is off calendar and
22 advanced to today so we don't have anything for tomorrow?
23        THE COURT:  Oh.  Yeah.  We have advanced the
24 scheduling conference to today anyway.  So nothing is
25 going to happen tomorrow.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 1          MR. OVED:  That is what I wanted to confirm.
 2   Thank you, and happy holiday.
 3          THE COURT:  Thank you.  Have a nice day.
 4          MS. COONCE:  Judge, this is the receiver.  I'm
 5   sorry.  I have one more very quick question.
 6             You had ordered me at one point to file these
 7   monthly reports regarding our fees, and I think that was
 8   just to make sure that the run rate on the case has
 9   slowed down.
10             Do you want me to continue filing those every
11   month, or are they no longer necessary?
12          THE COURT:  My understanding was the signing of
13   this order would basically end your obligations.
14          MS. COONCE:  Pretty much, your Honor.  I am
15   waiting for the final order to be entered.  I have to
16   prepare a tax return for the estate.
17          THE COURT:  Let's put it this way, in that case,
18   don't do anymore reports because if that is just the
19   limited nature of your remaining duties, then you can
20   probably just submit a final request that would cover all
21   that.  But I don't think I need anything.  If all you are
22   saying that you are going to be doing is basically
23   bookkeeping issues of that sort, in other words, about to
24   close the matter insofar as the receiver's operations are
25   concerned, it would seem to me that I don't need monthly
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 1  reports and things of that sort.
 2          MS. COONCE:  Thank you, your Honor.  That was my
 3  expectation as well.
 4          THE COURT:  Okay.  Great.
 5              Let me just ask, is that in the proposed
 6  order?
 7          MS. COONCE:  It is not.
 8          THE COURT:  Okay.  I tell you what.  Just do me
 9  one favor, just e-mail my clerk a couple of lines to that
10  effect, and I will just handwrite it into the proposed
11  order so that when I sign it, that will be already made
12  part of the order as well.
13          MS. COONCE:  All right.  Thank you, your Honor.
14          THE COURT:  Thank you.  Have a nice day.
15  (Proceedings concluded.)
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 1                         CERTIFICATE
 2
 3
 4   I hereby certify that pursuant to Section 753, Title 28,
 5   United States Code, the foregoing is a true and correct
 6   transcript of the stenographically reported proceedings held
 7   in the above-entitled matter and that the transcript page
 8   format is in conformance with the regulations of the
 9   Judicial Conference of the United States.
10   Date:  September 21, 2016
11
12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Attachment A**

```
 MR. OVED: [6]    3/14 5/20
  6/20 9/7 10/20 10/25
 MR. TEPFER: [8]
 MS. COONCE: [11]
 THE COURT: [28]
```

—

-and [1]   2/5

/

/s [1]   13/12

1

15-4527 [1]   1/8
17th [5]   7/18 7/25 8/5 9/10
 10/16
1999 [1]   2/5

2

2016 [3]   1/15 3/1 13/10
2017 [1]   7/4
21 [1]   13/10
2150 [1]   2/6
220 [1]   2/11
28 [1]   13/4

3

312 [1]   1/20
3rd [2]   7/20 7/24

4

436 [1]   1/20
4527 [1]   1/8

5

514 [1]   4/8
537 [1]   5/3

7

7445 [1]   2/11
75201 [1]   2/6
753 [1]   13/4

8

8:30 [3]   8/1 8/2 9/10

9

90012 [1]   1/20
91303 [1]   2/12
9858 [2]   1/19 13/12
9:17 [1]   3/2

A

A.M [1]   3/2
aadopt [1]   6/8
able [2]   5/14 8/12
about [7]
above [1]   13/7
above-entitled [1]   13/7
accumulating [1]   10/10
addition [1]   9/20
adjudication [1]   6/24
adopting [1]   8/7
advanced [2]   10/22 10/23
after [1]   6/13
afternoon [1]   5/2
again [3]   6/21 7/9 10/11
against [2]   9/2 9/4
agreement [1]   7/24
al [1]   1/9
all [10]
allow [2]   6/11 9/14
allowing [1]   9/14
almost [1]   10/2
already [3]   6/24 9/15 12/11
also [6]   3/24 5/15 8/5 8/5
 8/6 10/8

am [8]
among [1]   3/13
ANGELES [3]   1/14 1/20 3/1
anticipating [1]   8/18
any [3]   3/21 3/22 4/25
anymore [1]   11/18
anything [4]   4/21 10/19
 10/22 11/21
anyway [1]   10/24
apparent [1]   9/1
APPEARANCES [1]   2/1
appropriate [1]   7/2
approving [1]   3/19
are [9]
ARGAMAN [4]   2/9 3/15 5/15
 8/4
Armor [1]   5/13
Armor's [1]   8/3
as [18]
ask [11]
assets [1]   3/20
assist [1]   9/17
associated [2]   10/10 10/13
attached [1]   4/5
attorney [1]   6/22
authorizing [1]   3/19
available [1]   5/22
away [1]   6/12

B

basically [2]   11/13 11/22
be [23]
because [4]   4/5 4/12 8/6
 11/18
before [1]   8/10
beginning [1]   10/9
behalf [2]   5/23 6/1
being [1]   7/7
believe [1]   5/2
between [1]   9/18
bit [1]   7/11
bookkeeping [1]   11/23
both [2]   5/18 8/3
Boulevard [1]   2/11
bring [1]   4/10
Bryan [1]   2/5
Bunzai [2]   1/9 3/7

C

CA [1]   2/12
calendar [2]   4/17 10/21
calendaring [1]   7/6
CALIFORNIA [4]   1/2 1/14 1/20
 3/1
call [2]   3/6 4/16
can [7]
Canoga [1]   2/12
Canyon [1]   2/11
care [1]   7/22
case [9]
CENTRAL [1]   1/2
CERTIFICATE [1]   13/1
certify [1]   13/4
characterization [1]   9/7
Chargeback [2]   5/12 8/3
Charlene [1]   3/13
claim [2]   9/2 9/3
clerk [6]   4/9 4/16 4/23 5/5
 5/7 12/9
client [2]   6/1 6/4
clients [1]   5/24
close [1]   11/24
Code [1]   13/5
comment [1]   9/9
comments [1]   7/3
Commission [3]   1/6 2/4 3/7
common [1]   9/23
compress [1]   6/9

concede [1]   9/3
concerned [1]   11/2
concluded [1]   12/15
confer [2]   4/23 5/5
conference [4]   5/25 6/2
 10/24 13/9
confirm [1]   11/1
conformance [1]   13/8
consistent [1]   6/15
continue [2]   9/9 11/10
Coonce [1]   3/13
coordinate [1]   5/24
correct [4]   5/18 8/23 9/6
 13/5
costs [2]   10/10 10/13
could [3]   5/16 5/19 6/4
counsel [5]   2/1 5/17 6/7
 6/18 10/20
couple [2]   6/3 12/9
court [9]
court's [1]   6/25
cover [1]   11/20
CRR [1]   13/12
CSR [2]   1/19 13/12
CV [1]   1/8

D

Dallas [1]   2/6
date [4]   6/11 7/14 9/9 13/10
dates [6]   7/3 7/7 7/10 7/23
 8/7 8/8
day [2]   11/3 12/14
defendant [3]   1/9 5/18 6/4
defendant's [1]   8/22
defendants [8]
defense [4]   6/7 6/18 7/15
 10/5
depending [2]   7/4 10/15
determined [1]   6/4
determines [1]   7/5
did [5]   3/21 3/25 4/2 4/24
 5/1
didn't [2]   3/24 4/13
discrete [2]   9/13 9/21
DISTRICT [3]   1/1 1/2 1/4
DIVISION [1]   1/2
do [13]
docket [3]   4/4 4/18 5/2
Document [1]   4/8
documents [1]   7/7
does [1]   9/2
doing [2]   10/1 11/22
don't [12]
down [1]   11/9
due [1]   7/24
duties [1]   11/19

E

e-mail [1]   12/9
each [1]   5/17
early [3]   7/4 7/4 7/8
easiest [1]   6/7
effect [1]   12/10
either [3]   4/18 9/1 9/2
elaborate [2]   5/12 7/7
eliminate [1]   9/24
else [2]   4/21 10/19
end [2]   8/10 11/13
entered [1]   11/15
enterprise [1]   9/23
entitled [1]   13/7
especially [1]   7/11
estate [1]   11/16
et [1]   1/9
every [1]   11/10
everything [1]   7/19
evidence [2]   6/5 9/24
example [1]   9/23

                    **Attachment A**

**E**

excused [1]   4/20
expectation [1]   12/3

**F**

favor [1]   12/9
Federal [3]   1/6 2/4 3/7
feel [1]   5/18
fees [2]   3/20 11/7
file [6]   5/1 6/19 8/13 8/16
 10/12 11/6
filed [3]   3/22 7/7 7/20
filing [2]   7/21 11/10
final [2]   11/15 11/20
first [2]   6/13 10/5
following [1]   7/8
foregoing [1]   13/5
formal [1]   5/20
format [1]   13/8
front [1]   4/3
FTC [9]
FTC's [3]   6/8 6/9 8/7
further [1]   8/6
future [1]   8/8

**G**

gALLEGOS [2]   2/5 3/10
gearing [1]   10/10
GEORGE [1]   1/3
get [1]   4/4
give [1]   4/25
go [3]   6/16 8/9 10/6
goes [1]   8/2
going [8]
Good [3]   3/9 3/11 3/12
Great [1]   12/4
greatly [1]   9/22
Group [1]   1/9
guess [1]   5/15
guys [3]   5/6 7/22 7/23
GW [1]   1/8

**H**

had [3]   5/22 8/20 11/6
handwrite [1]   12/10
happen [1]   10/25
happy [1]   11/2
has [5]   5/12 7/20 9/3 9/13
 11/8
have [18]
haven't [1]   4/15
having [1]   9/18
he [3]   5/22 5/23 5/25
hear [3]   6/13 7/17 7/18
heard [3]   6/19 7/15 10/5
hearing [3]   7/14 7/25 10/21
held [1]   13/6
here [2]   3/18 4/3
hereby [1]   13/4
his [2]   6/1 6/3
hold [1]   5/6
holiday [2]   7/8 11/2
Honor [20]
HONORABLE [1]   1/3
hopefully [1]   9/18
how [1]   10/15

**I**

I'm [1]   11/4
Inc [1]   1/9
inquire [1]   10/9
insofar [2]   3/19 11/24
interested [2]   8/19 9/21
is [39]
isn't [2]   4/11 4/12
issue [3]   5/13 9/13 9/23
issues [9]
it [27]

itself [1]   4/5

**J**

January [1]   7/4
joint [2]   6/3 7/3
judge [3]   1/4 6/1 11/4
judgment [2]   6/24 8/18
Judicial [1]   13/9
just [16]

**K**

KATIE [2]   1/19 13/12
key [1]   8/25
kick [1]   6/13
know [1]   7/15

**L**

last [1]   6/16
later [1]   4/18
LAW [1]   2/10
least [1]   5/13
leave [1]   6/11
length [1]   9/22
let [20]
Let's [1]   11/17
like [3]   8/8 8/10 10/2
likely [1]   9/4
limine [1]   10/2
limited [2]   8/24 11/19
lines [1]   12/9
little [1]   7/10
LLC [1]   3/16
lodged [2]   4/2 4/7
longer [1]   11/11
look [2]   4/10 5/8
looked [1]   4/14
LOS [3]   1/14 1/20 3/1
lot [2]   9/4 9/24
LUIS [2]   2/5 3/10

**M**

made [1]   12/11
mail [1]   12/9
make [2]   6/12 11/8
makes [1]   9/10
mandatory [1]   6/2
materials [2]   4/14 4/25
matter [10]
may [2]   4/19 5/21
maybe [1]   9/13
me [30]
mean [2]   7/2 10/2
Media [2]   1/9 3/7
memory [1]   7/1
MERCHANTS [4]   2/9 3/16 5/15
 8/4
might [4]   5/14 6/7 6/9 7/2
mind [2]   7/9 10/1
missed [1]   4/1
moment [1]   5/7
MONDAY [2]   1/15 3/1
month [1]   11/11
monthly [2]   11/7 11/25
more [2]   9/4 11/5
morning [3]   3/9 3/11 3/12
most [1]   7/2
motion [14]
motions [9]
Mr. [5]   5/15 5/22 8/4 8/22
 9/6
Mr. Argaman [2]   5/15 8/4
Mr. Oved [2]   8/22 9/6
Mr. Parikh [1]   5/22
much [1]   11/14
my [10]

**N**

narrow [2]   7/1 7/12

nature [1]   11/19
necessary [1]   11/24
need [3]   4/20 11/21 11/25
newest [2]   6/22 6/22
next [1]   7/8
nice [2]   11/3 12/14
no [8]
North [1]   1/20
not [8]
nothing [1]   10/24
now [4]   5/8 6/3 10/4 10/9
number [3]   4/5 5/2 8/25

**O**

O-V-E-D [1]   3/15
obligations [1]   11/13
October [3]   7/18 7/20 9/10
October 17th [1]   9/10
off [4]   4/11 4/15 7/10 10/21
OFFICES [1]   2/10
Official [1]   1/19
Oh [1]   10/23
Okay [14]
once [1]   8/25
one [5]   4/3 9/16 11/5 11/6
 12/9
one favor [1]   12/9
one more [1]   11/5
one or [1]   9/16
operations [1]   11/24
opportunity [2]   8/20 10/12
opposition [4]   3/21 3/22
 4/12 7/22
order [9]
ordered [1]   11/6
OSC [1]   5/22
other [6]   4/22 5/23 6/14 7/5
 10/6 11/23
our [2]   7/3 11/7
out [2]   5/7 7/9
OVED [7]

**P**

page [1]   13/7
papers [3]   6/5 7/19 8/13
Parikh [1]   5/22
Park [1]   2/12
part [1]   12/12
parties [5]   4/25 5/11 6/16
 7/17 9/18
party [1]   6/22
Pause [1]   5/10
payment [1]   3/19
permit [1]   10/12
phone [3]   3/8 5/6 5/23
PLAINTIFF [2]   1/7 2/3
point [8]
portions [1]   7/16
premature [1]   7/11
prepare [1]   11/16
presentation [1]   9/24
PRESIDING [1]   1/4
presume [1]   4/11
Pretty [1]   11/14
print [1]   5/7
prior [1]   7/15
probably [1]   11/20
problem [4]   4/11 4/12 4/13
 4/17
procedure [1]   6/17
proceedings [4]   1/13 5/10
 12/15 13/6
proposals [1]   4/25
proposed [7]
proposing [1]   6/14
provision [1]   6/9
pursuant [1]   13/4
put [5]   7/13 7/18 8/21 9/25

**Attachment A**

**P**

**put... [1]**  11/17

**Q**

**question [1]**  11/5
**quick [1]**  11/5

**R**

**rate [1]**  11/8
**rather [2]**  5/19 10/5
**reach [1]**  7/23
**reason [1]**  9/14
**recall [1]**  5/22
**receiver [4]**  3/13 3/25 4/16 11/4
**receiver's [2]**  3/18 11/24
**receivership [2]**  3/20 3/20
**reduce [1]**  9/22
**refiling [1]**  7/1
**refreshing [1]**  6/25
**refuse [1]**  10/3
**regard [1]**  3/25
**regarding [1]**  11/7
**regulations [1]**  13/8
**REID [2]**  2/4 3/10
**related [1]**  10/13
**relief [1]**  6/4
**remaining [3]**  7/16 8/9 11/19
**replies [1]**  7/24
**reply [1]**  7/20
**report [1]**  7/3
**reported [1]**  13/6
**Reporter [1]**  1/19
**REPORTER'S [1]**  1/13
**reports [4]**  6/3 11/7 11/18 12/1
**represented [1]**  9/16
**request [2]**  10/11 11/20
**requirements [1]**  6/14
**reserve [1]**  10/9
**resolution [1]**  9/17
**resolve [1]**  9/5
**resolved [7]**
**return [1]**  11/16
**right [9]**
**RPR [1]**  13/12
**rule [1]**  10/15
**ruled [1]**  8/13
**run [1]**  11/8

**S**

**same [1]**  9/10
**sanctions [1]**  10/13
**saying [3]**  8/24 10/3 11/22
**schedule [4]**  5/12 6/8 6/10 6/10
**scheduling [5]**  4/25 7/16 8/6 9/9 10/24
**second [2]**  3/18 10/8
**Section [1]**  13/4
**SECURED [4]**  2/9 3/16 5/15 8/3
**see [6]**  3/21 3/24 4/9 4/13 4/16 5/11
**seem [1]**  11/25
**seemed [1]**  8/23
**sense [2]**  6/10 9/11
**SEPTEMBER [3]**  1/15 3/1 13/10
**serve [1]**  6/1
**set [1]**  7/14
**settlement [2]**  5/25 6/2
**SHAI [5]**  2/10 2/10 3/15 5/21 6/21
**should [2]**  4/3 4/17
**sign [2]**  4/11 12/11
**signed [1]**  4/15
**signing [1]**  11/12
**similar [2]**  8/13 8/19

**situation [1]**  10/3
**slowed [1]**  11/9
**so [10]**
**some [4]**  7/5 7/7 7/12 9/21
**something [2]**  8/9 9/13
**somewhat [1]**  5/12
**sorry [2]**  4/17 11/5
**sort [4]**  8/18 10/9 11/23 12/1
**sounded [1]**  8/17
**Spring [1]**  1/20
**state [1]**  8/5
**STATES [4]**  1/1 1/4 13/5 13/9
**status [2]**  6/3 7/3
**stenographically [1]**  13/6
**Street [2]**  1/20 2/5
**submit [2]**  3/25 11/20
**suggested [2]**  6/2 7/3
**Suite [2]**  2/6 2/11
**summary [3]**  6/24 6/24 8/18
**sure [1]**  11/8

**T**

**take [2]**  4/10 5/8
**talk [5]**  7/22 8/6 8/8 10/6 10/16
**talked [1]**  6/15
**tax [1]**  11/16
**tell [1]**  12/8
**TEPFER [2]**  2/4 3/10
**terms [1]**  6/16
**than [2]**  4/22 5/19
**Thank [7]**
**that [63]**
**their [4]**  5/24 7/6 7/6 7/10
**them [4]**  5/13 9/2 9/4 9/14
**themselves [1]**  7/21
**then [5]**  4/25 6/13 9/13 10/6 11/19
**there [11]**
**thereafter [1]**  10/7
**these [4]**  7/5 7/12 10/5 11/6
**they [9]**
**THIBODEAUX [2]**  1/19 13/12
**things [2]**  10/6 12/1
**think [7]**
**thinking [1]**  5/13
**this [27]**
**those [6]**  7/1 7/1 7/22 9/1 10/16 11/10
**time [4]**  6/16 8/7 9/5 10/14
**Title [1]**  13/4
**today [6]**  4/11 4/18 4/22 5/22 10/22 10/24
**together [1]**  7/19
**tomorrow [2]**  10/22 10/25
**Topanga [1]**  2/11
**town [1]**  7/9
**Trade [3]**  1/6 2/4 3/7
**transcript [3]**  1/13 13/6 13/7
**trial [8]**
**tried [2]**  5/24 8/10
**true [1]**  13/5
**try [1]**  7/9
**trying [1]**  7/1
**Tuesday [2]**  4/15 4/18
**two [1]**  9/16
**two issues [1]**  9/16
**TX [1]**  2/6
**type [2]**  8/18 10/3

**U**

**U.S [1]**  1/19
**Under [1]**  7/6
**understanding [3]**  6/23 8/22 11/12
**UNITED [4]**  1/1 1/4 13/5 13/9

**up [2]**  4/10 10/10
**upon [1]**  10/19

**V**

**various [1]**  10/10
**versus [1]**  3/7
**very [2]**  9/13 11/5
**volunteered [1]**  5/25

**W**

**waiting [1]**  11/15
**want [11]**
**wanted [4]**  6/17 10/8 10/11 11/1
**wants [1]**  7/15
**was [13]**
**wasn't [1]**  4/5
**way [5]**  5/16 5/19 8/21 9/25 11/17
**we [20]**
**week [1]**  7/8
**weekend [1]**  7/8
**weigh [1]**  5/14
**well [10]**
**were [4]**  6/23 8/17 8/24 9/9
**WESTERN [1]**  1/2
**what [8]**
**whatever [4]**  6/12 7/14 7/17 7/23
**when [3]**  4/14 6/18 12/11
**where [1]**  6/11
**which [3]**  6/14 9/4 9/10
**Why [2]**  5/6 7/13
**will [21]**
**words [1]**  11/23
**work [1]**  7/10
**would [12]**
**written [1]**  6/5
**wrong [1]**  8/23
**WU [1]**  1/3

**Y**

**Yeah [1]**  10/23
**year [1]**  8/11
**Yes [4]**  4/2 5/1 5/9 9/8
**yesterday [1]**  5/2
**you [30]**
**your [22]**
**yourselves [1]**  7/23