# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO QUASH DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

Before the Court is Plaintiff Federal Trade Commission's Notice of Motion and Motion to Quash Defendants Alan Argaman and Secured Merchants, LLC's Renewed Motion for Summary Judgment and Relief Defendant Chargeback Armor, Inc.'s Motion for Summary Judgment. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Alan Argaman and Secured Merchants, LLC's Renewed Motion for Summary Judgment [Doc. No.

542] and Relief Defendant Chargeback Armor, Inc.'s Motion for Summary Judgment [Doc. No. 541] are hereby **QUASHED**.

    **IT IS SO ORDERED.**

Dated: _____

                                                  The Honorable George H. Wu
                                                  United States District Judge