DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Dbrown1@ftc.gov
Regional Director

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Texas Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Ste 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)
RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **Case No.  CV 15-4527-GW(PLAx)** |
| **Plaintiff,** | **NOTICE OF LODGING AND LODGING OF ELEVENTH DECLARATION OF BRENT MCPEEK** |
| v. | |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | **DATE: October 17, 2016** **TIME: 8:30 a.m.** **COURTROOM: 10** |
| **Defendants.** | **JUDGE: HON. GEORGE WU** |

## PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING
## OF ELEVENTH DECLARATION OF BRENT MCPEEK

1  **PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached

2  Eleventh Declaration of Brent McPeek and accompanying volume of exhibits.

3

4                                                  Respectfully submitted,

5
   Dated: 9/30/16                           _____/s/ Reid Tepfer_____
6                                           REID TEPFER,
                                            Texas Bar No. 24079444
7                                           LUIS GALLEGOS
                                            Oklahoma Bar No. 19098
8                                           ZACHARY A. KELLER
                                            Texas Bar No. 24087838
9                                           DAMA J. BROWN
                                            Michigan Bar No. P54775
10                                          Federal Trade Commission
                                            1999 Bryan Street, Suite 2150
11                                          Dallas, Texas 75206
                                            (214) 979-9395 (Tepfer)
12                                          (214) 979-9383 (Gallegos)
                                            (214) 979-9384 (Keller)
13                                          (214) 979-9374 (Brown)
                                             (214) 953-3079 (fax)
14                                          rtepfer@ftc.gov; lgallegos@ftc.gov;
                                            zkeller@ftc.gov; dbrown1@ftc.gov
15
                                            RAYMOND MCKOWN,
16                                          California Bar No. 150975
                                            10877 Wilshire Boulevard, Suite 700
17                                          Los Angeles, California 90024
                                            (310) 824-4343(voice)
18                                          (310) 824-4380 (fax)
                                            rmcknown@ftc.gov
19

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING**
**OF ELEVENTH DECLARATION OF BRENT MCPEEK**

1

### CERTIFICATE OF SERVICE

2  The undersigned certifies that on September 30, 2016, a true and correct copy of
the foregoing document was electronically filed with the clerk of the U.S. District

3  Court, Central District of California, using the electronic case filing system of the
court. The attorneys listed below were served by pursuant to the ECF notice

4  generated by the Court, or by email.

5  Erik S Syverson
Raines Feldman LLP

6  9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212

7  esyverson@raineslaw.com
Counsel for Oz Mizrahi

8
Robert M. Ungar

9  Crosswind Law
14724 Ventura Blvd Penthouse

10  Sherman Oaks, CA 91403
rmu@crosswindlaw.com

11  Counsel for Alon Nottea and Roi Reuveni

12  Robert Esensten
Esensten Law

13  12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025

14  resensten@esenstenlaw.com
Counsel for Doron Nottea and

15  Motti Nottea

16  Charlene Cantrell Koonce
Receiver

17  Scheef & Stone
500 N. Akard, Suite 2700

18  Dallas, Texas 75201
charlene.koonce@solidcounsel.com

19  Receiver

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING
OF ELEVENTH DECLARATION OF BRENT MCPEEK**

1

2
Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor

3
Beverly Hills, CA 90210
SP@BeverlyHillsLawCorp.com

4
Attorney for Secured Merchants LLC
and Chargeback Armor, Inc.

5

6
Jeffrey Benice
Law Offices of Jeffrey S. Benice
A Professional Law Corporation

7
3080 Bristol Street
Sixth Floor, Suite 630

8
Costa Mesa, CA 92626
jsb@jeffreybenice.com

9
Telephone: (714) 641-3600 Ext. 214

10
/S/ REID TEPFER
REID TEPFER

11

12

13

14

15

16

17

18

19

20

**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING
OF ELEVENTH DECLARATION OF BRENT MCPEEK**