



# 3 DIMENSION BODY TREATMENT

**EXHIBIT 368**



"INFINI BEAUTY" Collagen infused products of non-surgical cosmetic and body contouring are today's life-changing body sculpting treatments.

The story begins with the new image of change in the industry, starting with clinically–proven, medically accepted ingredients and technologies overseen by scientist for proven result.

"INFINI BEAUTY" Age Intensive Face and Body Skincare products infused with "Collagen concentrate" designed to help keep skin at an optimal level of fitness. Innovative formulas are easily absorbed, repairing and rejuvenating skin, encouraging skin's own reparative abilities and optimizing vital defense from the inside out. INFINI BEAUTY' advance technology begin to work dramatically, replenishing moisture, smoothing skin and revealing a healthier, more radiant appearance. Each product is formulated with concentrated Collagen to address specific skin concerns due to natural aging and environmental factors, offering benefits to nourish, firm and elastic skin.

"INFINI BEAUTY" speaks to the heart of the brand with science –based skincare to deliver clinically- proven results.

**EXHIBIT 368**



## OUR CREATOR

Dr. Burstein is one of the leading scientists in natural personal care industry for over 30 years. Mostly for famous cosmetic brands in the world;  specialized in molecular chemistry and bio-technology, creating top high-end cosmetics; professional cosmetics and innovation of several patents in this field.

In the past 5 years, Dr. Burstein combined resources to create a new line of Non-surgical cosmetic and body contouring treatments, which will highly benefit customers alike all over the world. This is the first experiment of its kind, tested and approved by all international health authorities, and the results are presented to you, in our Infini Beauty a skincare product line, based on the secrets of ocean treasures - based exclusively on the rich rejuvenating minerals resources magical place.

The will to use non-surgical body treatments effectively in skincare products, taking advantage of the vast treasures of the ocean natural healing powers, we have found that the combination of selected plant collagen and the ocean benefits are the perfect solution to achieve the goal.

This combination led to the new approach in skincare "Infini Beauty ". A new concept that Dr. Burstein created is not only nourishing and moisturizing, but actually renewing, firming, tightening, protecting from environmental aggression, true anti aging, enrich the tissues with all the necessary fatty acids, essential fatty acids, minerals, vitamins and all the secrets that come from the ocean and combined natural ingredients.

Dr. Burstein's team is always ready to help and answer your questions about the products, and welcome your contact information.

# WHAT IS "INFINI BEAUTY"

Infini Beauty, is the secret to a life changing body sculpting treatments. Clinically tested for optimal benefits using proven active ingredients to deliver visible results without cosmetic surgery. Each product is science base - FDA approved, designed to treat specific skin condition. Dramatically Increase blood circulation and cellular metabolism while eliminating inflammation and toxic cellular wastes.

Infini Beauty Intensive Body Therapy, is known to be the best non-invasive treatment to a healthy and ageless skin.

## 3 "Infini Beauty" Intensive Body Therapy:

### ExStretch
**INTENSIVE STRETCH MARK REDUCTION THERAPY**
- Remove Stretch Marks
- Boost Collagen Production
- Restore Skin Elasticity
- Fade Purple & Red Discoloration
- Even Skin Tone
- Smoothe Deep Furrows & Stations

### 3D Body Contour
- Smooth Bumpy Ueven Skin
- Improve Firmness & Texture
- Relieve Minor Muscle Aches & Pains
- Reshape Buttocks, Thighs & Abdomen
- Reshape Body after Pregnancy & Dieting
- Reduce Circumference of Problem Body Areas

### CelluLight
**CELLULITE REDUCTION THERAPY**
- Hydrate & Moisturizes
- Even Skin Tone
- Enhance Softness
- Improve Skin Firmness
- Improve Skin Texture
- Smooth Appearance of Fat & Cellulite



# ExStretch
INTENSIVE STRETCH MARK REDUCTION THERAPY



## Delivers Visible-to-the-Naked- Eye Results!

INFINI BEAUTY **ExStretch** Intensive Stretch Mark Therapy is formulated with a series of clinically proven active ingredients that boost natural production of collagen and elastin where applied, thus improving skin's firmness, elasticity, texture and appearance and bringing balance to the dermal matrix, which in turn allows akin to begin healing, until stretch marks begin to visibly fade! The natural ingredients unique combination, protects the skin structure and activates the repairing process resulting in the reduction of the skin's inflammation. Leaving skin moisturized, nourished, soft and vivid.

**Uses:** Beginning & After Pregnancy. During & After Dieting.

**Directions:** Apply thin layer to desired area and massage in circular upward motion until fully absorbed. For best results use once or twice daily.





*"I used Infini Beauty ExStretch during and after my pregnancy and it truly helped keep me from many stretch marks and to smooth away the ones I did get!!! Plus it works awesome on my dry feet. I know crazy thought but it does!"*

**Sherry M., CA**

EXHIBIT 368

# GETTING RID OF STRETCH MARKS… ISN'T SUCH A STRETCH!

The appearance of stretch marks depends on the color of your skin, they can start out pink, reddish brown, brown, or dark brown, and fade over time to a more silvery color. When they show up, it's best to treat them as early as possible. It is crucial to moisture. Skin becomes more pliant, more plasticized, and better able to Stretch when it's well hydrated.

Following is list of ingredients we've found that work to fight stretch marks:

**Wheat Germ Oil:** One recent study did find it helped improve stretch marks in their early phase.

**Glycolic Acid:** Glycolic Acid is an alpha hydroxy acid. It most likely works on stretch marks by boosting collagen production.

**Vitamin C:** Certain formulators of Vitamin C may also increase collagen production and help early -stage stretch marks. For maximum effect, combine with Glycolic Acid.

**Retinoids:** Retinoids have been shown to be fairly effective in increasing collagen and elastic production during the early stages. But you must avoid them if you're pregnant or nursing.

**Laser Treatment:** This very expensive treatment option is used by dermatologists.

*Most people are resigned to the fact that stretch marks are permanent and can't be fixed, but there are ways to treat them. Using INFINI BEAUTY ExStretch Intensive Stretch Mark Therapy daily will help to dramatically reduce these skin care concerns.*



**EXHIBIT 368**

# 3D BODY CONTOUR

**BODY FIRMING & TIGHTENING THERAPY**



## It Does a Body Beautiful!

**INFINI BEAUTY Body Contour's** clinically proven formula is perfect at slimming and contouring problem areas. It is made with natural ingredients which help to stimulate collagen production, an important component for rebuilding and firming skin. Made with bio-technologically derived Micro Algae (Nannochloropsis-Oculata) this breakthrough therapy strengthens the Endo-Dermal system for immediate and long term improvement of skin firmness, texture and overall skin radiance. Legs, thighs, and buttocks are smooth and tight after just one use!

**Directions:** Apply thin layer on clean skin and massage in upward circular motion until full absorbance. For best results use once or twice daily.





*"I was a skeptic as I have tried too many creams that don't work. But, I was truly amazed how Infini Beauty Body Contour really made a noticeable improvement. It keeps my skin hydrated all day long and my legs have never look better or gotten more compliments. I recommend it. Thanks Infini Beauty "*

**Diana F. ,NJ**

**EXHIBIT 368**

# The Art of BODY SHAPING

**Body Contouring & Sculpting products that fight stretch marks, cellulite and offer slimming effects have significantly improved the appearance of problem skin and body contour issues. Many times , cellulite or body contour creams did not perform well for some women, only because the preparation and after care recommendations were not met. In order for you to receive the maximum results from using our Infini Beauty Body ConfidenceTreatments. It is important to understand how to use them and when to use them.**

### STEP ONE - PREPARATION

Before using our products, you must exfoliate. This way, we are closer to the skin's surface where the ingredients from the products can penetrate the skin. Dry body brushing is one of the cheapest and most effective methods of stimulating circulation, which Is essential for normal body function. If your circulation is impaired, insufficient oxygen and nutrients are delivered to the cell, toxins are not removed efficiently and lymph fluid is not drained correctly. All this encourages fat and toxin build-up. When body brushing, brush firmly towards the heart, but be careful if you have any problem open wounds or other skin abrasions.

### STEP TWO - AFTERCARE

Slimming and body contour products need time to soak in and allow the ingredients to penetrate the skin. Apply them when you can block out a time period of 5-10 minutes, where you don't put on clothes afterwards, so the clothing will not soak up the cream or lotion applied. Now that you have what you need to know about preparation and aftercare, you can jump in and indulge with our recommended body contour and slimming products.



**EXHIBIT 368**

# CELLULIGHT
### CELLULITE REDUCTION THERAPY



- Significantly improves the skin texture and appearance
- Improves all visible aesthetic signs of cellulite
- Reduces the "Orange Peel" texture
- Promotes reduction of the fat mass while helping thin mass development.
- Improves sport performance.
- Cellulite reduction increases gradually during the treatment periods.

For best results read the attached Anti Aging & Life Style brochure.

**Instructions for use:** Apply a thin layer with firmed circle motions until fully absorbed.

**Formulated without:** Formalin, Formaldehyde, Paraben, Phthalates, Petro-chemicals, GMO, Triclosan





*"I have used countless anti-cellulite products, many of which were very costly and none produced results significant enough to talk about. Infini Beauty CelluLight is the only product that I have used that really works.*
*I used it for a week and it showed significant result. Now, I use it daily to maintain my skin in elastic condition."*

**Anna D., NY**

# CelluLight



**INFINI**
B E A U T Y

We can take control of cellulite with a few lifestyle changes. If you are devoted to making changes, you should see a dramatic transformation in your skin condition, especially cellulite prone areas after using our therapies for just a few weeks. Following are our expert tips to help you on your way!

*VITAMINS:* Recent studies have proven that our skin needs daily vitamins, whether you take it orally or use it topically. Dr. Karen Burke, a New York dermatologist, recommends taking 1 to 6g of Vitamin C daily and 400 IU of natural Vitamin E.

*FOODS:* Eat plenty of fresh foods such as fruits, vegetables, nuts, seeds, whole grains, fish, olive oil, yogurt, eggs and fresh herbs and spices. Avoid sugar and processed foods. Eliminate margarines, TV dinners and canned foods from your diet.

*LEMON DETOX RECIPE:* I recommend drinking this healthy mixture in the morning one hour before breakfast (2-3 weekly). Just combine 2 tablespoons of freshly squeezed lemon, 2 tablespoons of natural maple syrup, and one-tenth of a teaspoon of cayenne pepper. Mix in 8 ounce of fresh spring water and drink up. By drinking this recipe you will be getting vitamins and spices known to target cellulite and other skin conditions.





**EXHIBIT 368**

# 3D BREAST CONTOUR

FULL CURVE BREAST FIRMING & FORMING

This unique active sculpting, reconstructing and firming cream; scientifically works on the skin's layers; creating firmness and volume. Powerful Anti Wrinkle activity while enhancing swelling and volume of the Epidermis layer to diminish wrinkles.

**Totally safe and user friendly.**

**Contains the best nourishing oils:** Apricot, Shea butter, Jojoba, Evening Primrose, Borage, Oblipicha, Fennel, orange. Rich with Vitamin E, Aloe Vera and plant extracts: Green Tea, Beet, Orange and Rice.

**Target customers:** Genetic predisposition (small bust), Yo – Yo dieting, Post – pregnancy, Post – breastfeeding, Aging.

Strong firming activity – Keep-fit for fibroblasts and creates matrix meshing and healthy extra-cellular matrix, by restoring the contractile bio-mechanical of fibroplasts it guarantees collagen construction.

**Creates elasticity**: Works on every level of the skin and creates faster cells renewal.

**Increases volume:** Restoration of pre-adlpocyte differentiation; limiting their degeneration and therefore increases significantly the 3Dimension of the dermal tissues and increases plumping.

**Instructions:** Apply a thin layer on the breast with circle motions and wait for full absorbance. To be applied twice daily. It is recommended to use the product for minimum 60 days.

**Formulated without:**
Formalin, Formaldehyde, Parabens, Phthalates, Petro-chemicals, GMO, Hormones, Triclosan, Colors



**EXHIBIT 368**



# 3D BREAST CONTOUR

**FULL CURVE BREAST FIRMING & FORMING**

Clinical results – The trial (Double blind with placebo controlled) was conducted on 40 women (average age of 26). The product was applied for 48 days – twice daily.

On 79% of the participants; 3D Infini Beauty Breast Contour cream significantly increased breast size/volume versus placebo as much as 1 cup size – i.e 15% (from A to B).

On 93% of the participants 3D Infini Beauty Breast Contour cream significantly increased firming and elasticity plus the Epidermal + Dermal layer was thickened more than 5%.





**EXHIBIT 368**

# SILKY MUD MASK HAIR REMOVAL





### Facial Hair Removal

Silky Mud Mask has been especially developed for the removal of unwanted facial hair. The facial skin requires a product with mild effects and needs to be treated with extremely soft and deeply nourishing ingredients. Silky Mud Mask 'Facial Hair Removal has been specifically tailored to this need and can depilate effectively and quickly, is nourishing and will give the skin a healthy glow, full of vitality.

**Directions:** To achieve the best results when using Silky Mud Mask Facial Hair Removal, only use the product on the face. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.



### Bikini Line Hair Removal

A beneficial silky mud with well balanced ingredients, especially intended for underarms and bikini lines. An easy and relaxing way of completely looking after those intimate areas. The rich in mineral mud will remove all the unwanted hair in a matter of minutes and will give you carefree freedom in return!

**Direction:** To achieve the best results when using Silky Mud Mask, only use the product on the underarms and bikini line. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.



### Body & Legs Hair Removal

The Silky Mud Mask is suitable for hair removal from stubborn focus zones like the arms, back, chest and legs. It is gentle and suitable for men and women. Silky mud mask doesn't just depilate, but the moisturizing mud also pampers the mind, nourishes your skin and will also make your skin feel silky soft.

To achieve the best results when using Silky Mud Mask, only use the product on the arms, back, chest and legs. Apply a thickness layer and leave this on for 5 minutes in case of dark hair and up to 6 minutes in case of light hair. Subsequently remove the product with a moist cloth – without rubbing – and rinse well for an optimal effect.

**EXHIBIT 368**

# TULIP

LIP PLUMPER



## For a Better Kiss

- Redesigns & Reshapes your lips within 15 days of use.
- Increases hydration up to 30%
- Reduces lip wrinkles & furrows by 30%
- Enhances and plumps
- Restores your total lip volume
- Long lasting activity
- Clinically Approved

**Instructions:** Apply a thin layer to your lips; do not use the product more than 3 times daily.

**Formulated without:**
- Formalin
- Formaldehyde
- Paraben
- Phthalates
- Petro-chemicals
- GMO
- Triclosan
- Colors





**EXHIBIT 368**

# EYE LASHES MAXIMIZER



Clinically tested, non-irritating lash enlarger completely transforms your lashes. If you desire a lash line that looks thick, long and full. Infini Beauty is the formula for you. Free from side effects for contact lenses and sensitive eyes. Optimal results seen in 30 days when used as directed, with some reporting results in as little as 7 days.

Apply once per day in the evening to the upper lash line. Keep in mind that only a small amount of product is necessary for each application, so please use sparingly.

Apply with applicator brush, in a thin line, along upper lash line only at the root area (as though you are applying eyeliner).

**Formulated without:**
• Formalin
• Formaldehyde
• Parabens
• Phthalates
• Petro-chemicals
• GMO
• Triclosan
• Colors





**EXHIBIT 368**

# EYEBROW ENHANCER
**THICKER AND FULLER BROWS**



Clinically tested, non-irritating eyebrow enhancer completely transforms your brows. If you desire a brow that looks thick, and full Infini Beauty eyebrow enhancer is the formula for you. Optimal results seen in 30 days when used as directed, with some reporting results in as little as 7 days.

Apply once per day in the evening to the brow line. Keep in mind that only a small amount of product is necessary for each application, so please use sparingly. Apply with applicator brush, in a thin line, along upper brow line only at the root area.

**Formulated without:**
- Formalin
- Formaldehyde
- Parabens
- Phthalates
- Petro-chemicals
- GMO
- Triclosan
- Colors





**EXHIBIT 368**

# HANDS RENEWAL

**IT'S WITHIN YOUR REACH!**



With Hands Renewal you will finally look at your hands and feel young again. Hands Renewal is dedicated to renew your back hand's skin. Completely new skin Powerful tightening and firming Diminishes Age and Sun Spots (Photo-Aging). All it takes is to follow the instructions; and your hands will have beautiful, smooth, young skin again.

**The Kit Contains**
1. Hands Renewal Peeling
2. Age and Sun Spot Peeling
3. Ultima White; a Powerful Whitening Cream
4. Restorative Hand Cream
5. Sun Screen Cream SPF 35

**Formulated without:**
• Formalin
• Formaldehyde
• Paraben
• Phthalates
• Petro-chemicals
• GMO
• Triclosan
• Colors



**EXHIBIT 368**



# INTENSIVE ANTI-AGING TREATMENT









**EXHIBIT 368**





Ecological cosmetics laboratory; conducts research & development; founded by Dr. Burstein.

    

   

ISO 9001:2000 GUIDE • REACH SAFETY OF CHEMICALS • EUROPEAN DIRECTIVES FOR COSMETICS • DR. DUKE'S PHYTOCHEMICAL

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 369

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Monday, February 23, 2015 1:55 PM |
| **To:** | Doron Nottea |
| **Cc:** | Alon Nottea; Avi Argaman |
| **Subject:** | Chargeback Armor Inc docs to open bank account |
| **Attachments:** | Articles of Incorporation_Chargeback Armor Inc.pdf; Untitled attachment 00091.htm; EIN_Chargeback Armor Inc_CP575.pdf; Untitled attachment 00094.htm; Statement of Information_Client.pdf; Untitled attachment 00097.htm |

Hi Doron,

Alon told me that you can set up a bank account for ChargeBack Armor, Inc and have it ready for me to walk in and sign for it at Wells Fargo.

Please see attached the corporate incorporation documents. I will sent you a separate email with a copy of my driver's license but don't use the Malibu address on it. We can use your office address for this bank account until we get our own office.

Thanks,

Mike


Begin forwarded message:


From: Avico Global <avicoglobal@gmail.com <mailto:avicoglobal@gmail.com> >
Date: February 19, 2015 at 17:22:02 PST
To: mike@chargebackarmor.com <mailto:mike@chargebackarmor.com>
Subject: Chargeback Armor Inc docs


Fyi

1

**369 - 1**                                              **EXHIBIT 369**

3756956

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

FEB 1 8 2015

1CC        This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name.  Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  CHARGEBACK ARMOR,  INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued.  You may list any adult who lives in California.  You may not list your own corporation as the agent.  Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  MICHAEL COSTACHE
    *Agent's Name*

  b.  200 N MARYLAND AVENUE, SUITE 300        GLENDALE        CA  91206
    *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*  *Zip*

**Corporate Addresses**

④ a.  200 N MARYLAND AVENUE, SUITE 300        GLENDALE        CA  91206
    *Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*  *Zip*

  b.
    *Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*  *Zip*

**Shares**  (List the number of shares the corporation is authorized to issue.  Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight.  For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 1000 .

This form must be signed by each incorporator.  If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11").  All attachments are made part of these articles of incorporation.

▶ *Michael Costache*        MICHAEL COSTACHE
  *Incorporator - Sign here*        *Print your name here*

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**EXHIBIT 369**

 **DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
CINCINNATI  OH    45999-0023

Date of this notice:  02-19-2015

Employer Identification Number:
47-3181016

Form:  SS-4

Number of this notice:  CP 575 A

CHARGEBACK ARMOR INC
200 N MARYLAND AVE STE 300
GLENDALE, CA  91206

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 47-3181016.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

|              |            |
|--------------|------------|
| Form 941     | 07/31/2015 |
| Form 940     | 01/31/2016 |
| Form 1120    | 03/15/2016 |

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative.  It is not a legal determination of your tax classification, and is not binding on the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*.  See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests.  All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

**EXHIBIT 369**

(IRS USE ONLY)    575A                02-19-2015  CHAR  B  9999999999  SS-4

    If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945,
CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a
Welcome Package shortly, which includes instructions for making your deposits
electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal
Identification Number (PIN) for EFTPS will also be sent to you under separate cover.
Please activate the PIN once you receive it, even if you have requested the services of a
tax professional or representative.  For more information about EFTPS, refer to
Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to
make a deposit immediately, you will need to make arrangements with your Financial
Institution to complete a wire transfer.

    The IRS is committed to helping all taxpayers comply with their tax filing
obligations.  If you need help completing your returns or meeting your tax obligations,
Authorized e-file Providers, such as Reporting Agents (payroll service providers) are
available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies
that offer IRS e-file for business products and services.  The list provides addresses,
telephone numbers, and links to their Web sites.

    To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

    *  Keep a copy of this notice in your permanent records.  **This notice is issued only
       one time and the IRS will not be able to generate a duplicate copy for you.**  You
       may give a copy of this document to anyone asking for proof of your EIN.

    *  Use this EIN and your name exactly as they appear at the top of this notice on all
       your federal tax forms.

    *  Refer to this EIN on your tax-related correspondence and documents.

    If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

    Your name control associated with this EIN is CHAR.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

    Thank you for your cooperation.

(IRS USE ONLY)      575A                  02-19-2015  CHAR  B  9999999999  SS-4

                              Keep this part for your records.        CP 575 A (Rev. 7-2007)

-----------------------------------------------------------------------------------------

     Return this part with any correspondence
     so we may identify your account.  Please                              CP 575 A
     correct any errors in your name or address.

                                                                    9999999999


     Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  02-19-2015
     (      )     -                             EMPLOYER IDENTIFICATION NUMBER:  47-3181016
     _____   _____   FORM:  SS-4              NOBOD



     INTERNAL REVENUE SERVICE                  CHARGEBACK ARMOR INC
     CINCINNATI  OH  45999-0023                200 N MARYLAND AVE STE 300
     |.|..|.|.|..||..|.|.|.|.|.||...|.||.|.|.|  GLENDALE, CA  91206

                                    **369 - 5**                    **EXHIBIT 369**

# State of California

## Secretary of State

### Statement of Information

**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

**1.   CORPORATE NAME**

CHARGEBACK ARMOR, INC.

**2.   CALIFORNIA CORPORATE NUMBER**

3756956

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

**3.   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | CA | 91206 |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | **CA** | 91206 |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 8.   SECRETARY | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 10.   NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 11.   NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.   NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.   NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.   NAME OF AGENT FOR SERVICE OF PROCESS

MICHAEL COSTACHE

| 15.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 200 N MARYLAND AVE SUITE 300 | GLENDALE | **CA** | 91206 |

**Type of Business**

16.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

BUSINESS SERVICES

17.   BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/19/2015 | MICHAEL COSTACHE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

**EXHIBIT 369**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF' S EXHIBIT 370

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **To:** | Paul Medina[paul@mediaurge.com] |
| **Cc:** | Alon N[alon@mediaurge.com]; Roi R[roi@pinlogistics.com]; Tyler Reitenbach[treitenbach@pinlogistics.com] |
| **From:** | Avico Global |
| **Sent:** | Thur 10/24/2013 5:14:07 PM |
| **Importance:** | Normal |
| **Subject:** | Re: Shipping weight changed to 13 Ounces for Auravie only |
| **MAIL_RECEIVED:** | Thur 10/24/2013 5:39:58 PM |

OK

Thanks for info .. I will make sure it works and get back to you ...

AA

On Thu, Oct 24, 2013 at 2:12 PM, Paul Medina <paul@mediaurge.com> wrote:

> Avi,
>
> I have made the changes to all product ids to 13 ounces, please verify on your end this is done and shipping labels are at the new lower costs.
>
> Also let me know what is an avg cost for these 13 ounces so we can have an idea for cost projections on shipping.
>
> Thanks,
>
> --
> Paul B. Medina
> Executive Vice President
>
> Mobile: ▮▮▮▮ | Office: 855-717-5656
> Direct: 818-200-1035 ext 7004 | Fax: 818-647-0182
> Skype: ▮▮▮▮ Email: Paul@MediaUrge.com
> Website: http://www.MediaUrge.com/



> Further, this message is intended only for the designated recipient. It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message. Thank you.

**EXHIBIT 370**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 386

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

**To:** doron@securedcommerce.com[doron@securedcommerce.com]
**From:** Avico Global
**Sent:** Tue 3/25/2014 5:48:26 PM
**Importance:** Normal
**Subject:** Wire Information TeleStar
**MAIL_RECEIVED:** Tue 3/25/2014 5:48:32 PM

Wire_Telestar_Current.docx

Doron please check with bank about delay ... below info might help you

>

> Please find attachment for the updated wire transfer.

>

> the difference in the wire transfer is as follows as in first half the bank address is changed

>

> Bank Account Type

>

> Current

>

> Bank Country

>

> India

>

> SWIFT Code

>

> HDFCINBB

>

> IFSC Code

>

> HDFC0001307

>

> Bank Address

>

> SCO 55 Phase 7

>

> Bank Address 2

>

>

>

> Bank City

>

> Mohali

>

> Bank Province

>

> Punjab

>

> Bank Postal Code

>

> 160055

>

>

> previously it was like this as shown below

>

> Bank Account Type

>

> Current

>

> Bank Country

**386 - 1**                                                  **EXHIBIT 386**

>
> India
>
> SWIFT Code
>
> HDFCINBB
>
> IFSC Code
>
> HDFC0000161
>
> Bank Address
>
> HDFC Bank House 1st FL
>
> Bank Address 2
>
> Senapati Bapat Marg Lower Parel
>
> Bank City
>
> Mumbai
>
> Bank Province
>
> Maharastra
>
> Bank Postal Code
>
> 400001
>
>
>
> rest everything is same ..  and in the attachment

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 391

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **From:** | Davidian and Associates <Suzie@lacpa.com> |
| **Sent:** | Thursday, February 13, 2014 7:00 PM |
| **To:** | globalmediausa@gmail.com |
| **Cc:** | David Davidian |
| **Subject:** | SBM payroll 02.14.2014 |
| **Attachments:** | _Payroll_Rpt1.pdf; pay-stub.pdf |

Sincerely,
Suzie J.
**Davidian & Associates**
**Certified Public Accountants**
(818) 242-7800
(818) 242-7810 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

1

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

# Payroll Register

**Feb 14 - Feb 14, 2014**

| Employee | | Check Info | | | | Payroll Details | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | SDI | Direct Deposit | Net Pay |
| **ROBERT W STAYNER** | ***-**-4400 | 02/01/14 | 02/14/14 | 02/14/14 | | - | 1,583.00 | -155.00 | -98.15 | -22.95 | - | -38.06 | -15.83 | -1,253.01 | - |
| **Company Totals** | | | | | | **-** | **1,583.00** | **-155.00** | **-98.15** | **-22.95** | **-** | **-38.06** | **-15.83** | **-1,253.01** | **-** |

**Payroll Register**

**391 - 2**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## Paycheck Detail Report

| Earnings | | | | Taxes | | | Other Additions/Deductions | | | Company Taxes & Contributions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Paychecks Dated Feb 14, 2014** | | | | | | | | | | | | |
| **ROBERT W STAYNER** | | ***-**-4400 | | **Pay Period: Feb 1 - Feb 14, 2014** | | | | | **Chk # (none)** | | | |
| Earnings Item | Hours | Current | YTD | Tax | Current | YTD | Item | Current | YTD | Item | Current | YTD |
| Salary | - | 1,583.00 | 4,749.00 | Federal Withholding | -155.00 | -465.00 | Direct Deposit | -1,253.01 | -3,759.03 | Social Security Company | 98.15 | 294.44 |
| | | | | Social Security Employee | -98.15 | -294.44 | | | | Medicare Company | 22.95 | 68.86 |
| | | | | Medicare Employee | -22.95 | -68.86 | | | | Federal Unemployment | 9.49 | 28.49 |
| | | | | Medicare Employee Addl Tax | - | - | | | | CA - Unemployment | 53.83 | 161.47 |
| | | | | CA - Withholding | -38.06 | -114.18 | | | | CA - Employment Training Tax | 1.58 | 4.75 |
| | | | | CA - Disability | -15.83 | -47.49 | | | | | | |
| **Total Earnings** | **-** | **1,583.00** | **4,749.00** | **Total Taxes** | **-329.99** | **-989.97** | **Total Other** | **-1,253.01** | **-3,759.03** | **Total Company** | **186.00** | **558.01** |
| | | | | | | | **Net Pay** | **-** | **-** | | | |

### Company Totals Feb 14, 2014

| Employee Count: 1 | | | | Check Count: 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earnings Item | Hours | Current | YTD | Tax | Current | YTD | Item | Current | YTD | Item | Current | YTD |
| Salary | - | 1,583.00 | 9,749.00 | Federal Withholding | -155.00 | -465.00 | Direct Deposit | -1,253.01 | -3,759.03 | Social Security Company | 98.15 | 604.44 |
| | | | | Social Security Employee | -98.15 | -604.44 | | | | Medicare Company | 22.95 | 141.36 |
| | | | | Medicare Employee | -22.95 | -141.36 | | | | Federal Unemployment | 9.49 | 58.49 |
| | | | | Medicare Employee Addl Tax | - | - | | | | CA - Unemployment | 53.83 | 331.47 |
| | | | | CA - Withholding | -38.06 | -114.18 | | | | CA - Employment Training Tax | 1.58 | 9.75 |
| | | | | CA - Disability | -15.83 | -97.49 | | | | | | |
| **Total Earnings** | **-** | **1,583.00** | **9,749.00** | **Total Taxes** | **-329.99** | **-1,422.47** | **Total Other** | **-1,253.01** | **-3,759.03** | **Total Company** | **186.00** | **1,145.51** |
| | | | | | | | **Net Pay** | **-** | **4,567.50** | | | |

**Paycheck Detail Report**
**391 - 3**

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

# Payroll Expense Summary

**Feb 14 - Feb 14, 2014**

| Summary | | % Earn |
|---|---|---|
| Earnings Expense | 1,583 | 100% |
| Company Tax Expense | 186 | 12% |
| Benefit Expense | - | 0% |
| **Total Expenses** | **1,769** | **112%** |

| Earnings Details | | | Company Tax Details | | | Benefit Details | |
|---|---|---|---|---|---|---|---|
| Salary | 1,583 | 100% | Social Security Company | 98 | 53% | | |
| | | | CA - Unemployment | 54 | 29% | | |
| | | | Medicare Company | 23 | 12% | | |
| | | | Federal Unemployment | 9 | 5% | | |
| | | | CA - Employment Training Tax | 2 | 1% | | |
| **Total Earnings** | **1,583** | | **Total Company Taxes** | **186** | | **Total Benefits** | **-** |

| Employee Details | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name | Earnings | % | | Co Taxes | % | Benefits | % | Ttl Exp | % |
| ROBERT W STAYNER | 1,583 | 100% | | 186 | 100% | - | 0% | 1,769 | 100% |
| **Totals** | **1,583** | | | **186** | | **-** | | **1,769** | |

**Payroll Expense Summary**

**391 - 4**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

# Employee YTD Summary

**Feb 14 - Feb 14, 2014 (last pay on Feb 14)**

| Employee | Period | Hours | Gross | Fed W/H | Soc Sec | Med Care | Med Care Addl | State W/H | SDI | Other | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROBERT W STAYNER** | **MTD** | - | 1,583.00 | -155.00 | -98.15 | -22.95 | - | -38.06 | -15.83 | -1,253.01 | - |
| ***-**-4400 | **QTD** | - | 4,749.00 | -465.00 | -294.44 | -68.86 | - | -114.18 | -47.49 | -3,759.03 | - |
| | **YTD** | - | 4,749.00 | -465.00 | -294.44 | -68.86 | - | -114.18 | -47.49 | -3,759.03 | - |
| **STEPHAN BAUER** | **MTD** | - | 2,500.00 | - | -155.00 | -36.25 | - | - | -25.00 | - | 2,283.75 |
| ***-**-1320 | **QTD** | - | 5,000.00 | - | -310.00 | -72.50 | - | - | -50.00 | - | 4,567.50 |
| | **YTD** | - | 5,000.00 | - | -310.00 | -72.50 | - | - | -50.00 | - | 4,567.50 |
| **Company Totals** | **MTD** | - | **4,083.00** | **-155.00** | **-253.15** | **-59.20** | **-** | **-38.06** | **-40.83** | **-1,253.01** | **2,283.75** |
| | **QTD** | - | **9,749.00** | **-465.00** | **-604.44** | **-141.36** | **-** | **-114.18** | **-97.49** | **-3,759.03** | **4,567.50** |
| | **YTD** | - | **9,749.00** | **-465.00** | **-604.44** | **-141.36** | **-** | **-114.18** | **-97.49** | **-3,759.03** | **4,567.50** |

**Employee YTD Summary**

**391 - 5**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## Employee Cost Comparison

| | Prior Period | | | This Period | | | Period/Period Change | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb 14 - Feb 14, 2013 | | | Feb 14 - Feb 14, 2014 | | | | | | | | |
| ROBERT W STAYNER ***-**-4400 | | | | | | | | | | | | |
| Earnings | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| Salary | - | - | | - | 1,583.00 | | - | | 1,583.00 | | - | |
| *Employer Tax Expenses* | | | | | | | | | | | | |
| Social Security Company | | - | | | 98.15 | | | | 98.15 | | | |
| Medicare Company | | - | | | 22.95 | | | | 22.95 | | | |
| Federal Unemployment | | - | | | 9.49 | | | | 9.49 | | | |
| CA - Unemployment | | - | | | 53.83 | | | | 53.83 | | | |
| CA - Employment Training Tax | | - | | | 1.58 | | | | 1.58 | | | |
| | | - | | | 186.00 | | | | 186.00 | | | |
| Total Employer Expense | | - | | | 1,769.00 | | | | 1,769.00 | | | |

**Employee Cost Comparison**

**391 - 6**

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## Employee Cost Comparison

| | Prior Period | | | This Period | | | Period/Period Change | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb 14 - Feb 14, 2013 | | | Feb 14 - Feb 14, 2014 | | | | | | | | |
| **Company Totals** | | | | | | | | | | | | |
| Earnings | Hours | Amount | Average/Hour | Hours | Amount | Average/Hour | Hours | % | Amount | % | Average/Hour | % |
| Salary | - | - | | - | 1,583.00 | | - | | 1,583.00 | | - | |
| *Employer Tax Expenses* | | | | | | | | | | | | |
| Social Security Company | | - | | | 98.15 | | | | 98.15 | | | |
| Medicare Company | | - | | | 22.95 | | | | 22.95 | | | |
| Federal Unemployment | | - | | | 9.49 | | | | 9.49 | | | |
| CA - Unemployment | | - | | | 53.83 | | | | 53.83 | | | |
| CA - Employment Training Tax | | - | | | 1.58 | | | | 1.58 | | | |
| | | - | | | **186.00** | | | | **186.00** | | | |
| **Total Employer Expense** | | **-** | | | **1,769.00** | | | | **1,769.00** | | | |

**Employee Cost Comparison**

**391 - 7**

For Feb 14 - Feb 14, 2013 and Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

**941 Payroll Liabilities and Payments**                                    **Feb 14 - Feb 14, 2014**

| Wages & Accrued Taxes | | Federal W/H | | AEIC | | Social Security | | Medicare | | Medicare Addl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payroll Date | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Total Tax |
| | 02/14/2014 | 1,583.00 | 155.00 | | | 1,583.00 | 196.30 | 1,583.00 | 45.90 | - | - | 397.20 |
| **Total Wages & Accrued Taxes** | | **1,583.00** | **155.00** | **-** | **-** | **1,583.00** | **196.30** | **1,583.00** | **45.90** | **-** | **-** | **397.20** |

| Tax Payments | | | Federal W/H | AEIC | Social Security | Medicare | Medicare Addl | |
|---|---|---|---|---|---|---|---|---|
| Paid to | Check Date | Payroll Date | Amount | Amount | Amount | Amount | Amount | Total Tax |
| **Total Tax Payments** | | | | | | | | |
| **Unpaid Tax Liability** | | | **155.00** | **-** | **196.30** | **45.90** | **-** | **397.20** |

| Federal 941 Tax Summary | 45-5471765 |
|---|---|
| Payment Amount Due | 397.20 |
| 001 Social Security | 196.30 |
| 002 Medicare & Medicare Addl | 45.90 |
| 003 Tax Withholding | 155.00 |

**Payroll Liabilities and Payments**

**391 - 8**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

**940 Payroll Liabilities and Payments**                                  **Feb 14 - Feb 14, 2014**

| Wages & Accrued Taxes | | FUTA | |
|---|---|---|---|
| | **Payroll Date** | **Wagebase** | **Amount** |
| | 02/14/2014 | 1,583.00 | 9.49 |
| **Total Wages & Accrued Taxes** | | **1,583.00** | **9.49** |

| Tax Payments | | | FUTA |
|---|---|---|---|
| **Paid to** | **Check Date** | **Payroll Date** | **Amount** |
| **Total Tax Payments** | | | |
| **Unpaid Tax Liability** | | | **9.49** |

**Payroll Liabilities and Payments**

**391 - 9**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700 | GLENDALE, CA 91203
EIN: 45-5471765

## State Payroll Liabilities and Payments

Feb 14 - Feb 14, 2014

| Wages & Accrued Taxes | | | State W/H | | State UI | | State Disability | | Other Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Payroll Date | State | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Wagebase | Amount | Total Tax |
| | 02/14/2014 | CA | 1,583.00 | 38.06 | 1,583.00 | 53.83 | 1,583.00 | 15.83 | 1,583.00 | 1.58 | 109.30 |
| **Total Wages & Accrued Taxes** | | | **1,583.00** | **38.06** | **1,583.00** | **53.83** | **1,583.00** | **15.83** | **1,583.00** | **1.58** | **109.30** |

| Tax Payments | | | State W/H | State UI | State Disability | Other Taxes | |
|---|---|---|---|---|---|---|---|
| Paid to | Check Date | Payroll Date | Amount | Amount | Amount | Amount | Total Tax |
| **Total Tax Payments** | | | | | | | |
| **Unpaid Tax Liability** | | | **38.06** | **53.83** | **15.83** | **1.58** | **109.30** |

**Payroll Liabilities and Payments**

**391 - 10**

Feb 14 - Feb 14, 2014

**EXHIBIT 391**

SBM MANAGEMENT, INC
655 N CENTRAL AVE SUITE 1700
GLENDALE, CA 91203

ROBERT W STAYNER



Direct Deposit

---

**Employee Pay Stub**      Check number:      Pay Period: 02/01/2014 - 02/14/2014      Pay Date: 02/14/2014

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| ROBERT W STAYNER, | | | | ***-**-4400 | Single/Single | | Fed-2/0/CA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| Salary | 0:00 | | 1,583.00 | 4,749.00 | Checking - ********9718 | | 1,253.01 |

| Taxes | | | Current | YTD Amount | Memo | | |
|---|---|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | |
| Federal Withholding | | | -155.00 | -465.00 | | | |
| Social Security Employee | | | -98.15 | -294.44 | | | |
| Medicare Employee | | | -22.95 | -68.86 | | | |
| CA - Withholding | | | -38.06 | -114.18 | | | |
| CA - Disability | | | -15.83 | -47.49 | | | |
| | | | -329.99 | -989.97 | | | |
| **Net Pay** | | | **1,253.01** | **3,759.03** | | | |

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 404

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **From:** | David Davidian, CPA <cpa@lacpa.com> |
| **Sent:** | Thursday, February 19, 2015 5:54 PM |
| **To:** | Avico Global |
| **Cc:** | Global Media |
| **Subject:** | Chargeback Armor Inc |
| **Attachments:** | Articles of Incorporation_Chargeback Armor Inc.pdf; EIN_Chargeback Armor Inc_CP575.pdf; Statement of Information_Client.pdf |

Hi Avi,

Attached please find the documents for the corporation.

Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.

To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

---

From: Avico Global <avicoglobal@gmail.com>
To: "David Davidian, CPA" <cpa@lacpa.com>
Sent: Tuesday, February 17, 2015 10:02 AM
Subject: Re: Form New Company

Hi David,

I will get the CC form back to you with in a couple of days .. I am waiting for Doron to return ..

1

Please proceed with the expedited formation of the company.


Let me know if you need my help ..

Avi



On Fri, Feb 13, 2015 at 12:53 PM, David Davidian, CPA <cpa@lacpa.com <mailto:cpa@lacpa.com> > wrote:


Hi Avi,

Since Monday is a holiday, we will have it on Tuesday.
Please fill out the attached credit card payment slip and return it to me, $790.


Sincerely,
Z. David Davidian, CPA
Davidian & Associates
Certified Public Accountants
(888) 452-5577
(818) 242-7800
(888) 202-7757 Fax
www.LACPA.com <http://www.lacpa.com/>

This e-mail and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please destroy the original transmission and its attachments without reading or saving in any manner.


To ensure compliance with requirements imposed by the IRS, we are required to inform you that any U.S. tax advice contained in this communication, and its attachments, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party for any matters addressed herein.
P Please consider the environment before printing this e-mail

_____

**404 - 2**                                                              **EXHIBIT 404**

From: Avico Global <avicoglobal@gmail.com <mailto:avicoglobal@gmail.com> >
To: "David Davidian, CPA" <cpa@lacpa.com <mailto:cpa@lacpa.com> >
Cc: Mike Costache <mike@leoleo.biz <mailto:mike@leoleo.biz> >; Alon N <vigorect@gmail.com <mailto:vigorect@gmail.com> >
Sent: Friday, February 13, 2015 12:44 PM
Subject: Form New Company


Hi David,


Please open (EXPEDITED 1 DAY FORMATION) a new CA C-Corp named:


ChargeBack Armor, Inc.


The CEO and only representative for now will be Michael Costache (███-9798). We intend to issue shares to Alon and I and possibly one or more investors.


We are looking for office space for his new company so until we have our own address, please use your address since you are the incorporator.


If you require additional information form Michael, please email him and cc me or feel free to call him at 310.753.9292.


Thanks,


Avi

**404 - 3**                                                                 **EXHIBIT 404**

3756956

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100 filing fee.**
- A separate, non-refundable **$15 service fee** also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**FEB 18 2015**

*1CC*   This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is CHARGEBACK ARMOR, INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. MICHAEL COSTACHE
   *Agent's Name*

   b. 200 N MARYLAND AVENUE, SUITE 300     GLENDALE     CA  91206
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Corporate Addresses**

④ a. 200 N MARYLAND AVENUE, SUITE 300     GLENDALE     CA  91206
   *Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

   b.
   *Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*   *Zip*

**Shares**  (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 1000 _____.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *Michael Costache*     MICHAEL COSTACHE
   *Incorporator - Sign here*     *Print your name here*

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | *Drop-Off* Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  02-19-2015

Employer Identification Number:
47-3181016

Form:  SS-4

Number of this notice:  CP 575 A

CHARGEBACK ARMOR INC
200 N MARYLAND AVE STE 300
GLENDALE, CA  91206

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

              WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 47-3181016.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 941                    07/31/2015
                    Form 940                    01/31/2016
                    Form 1120                   03/15/2016

     If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

     We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

     **IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

     If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY)     575A                02-19-2015  CHAR  B  9999999999  SS-4

    If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

    The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

    To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

    *  Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

    *  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

    *  Refer to this EIN on your tax-related correspondence and documents.

    If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.

    Your name control associated with this EIN is CHAR.  You will need to provide this information, along with your EIN, if you file your returns electronically.

    Thank you for your cooperation.

**EXHIBIT 404**

```
(IRS USE ONLY)    575A              02-19-2015  CHAR  B  9999999999  SS-4
```

                    Keep this part for your records.        CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

   Return this part with any correspondence
   so we may identify your account.  Please                   CP 575 A
   correct any errors in your name or address.

                                                          9999999999


   Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  02-19-2015
   (     )    -                              EMPLOYER IDENTIFICATION NUMBER:  47-3181016
   _____  _____     FORM:  SS-4              NOBOD



   INTERNAL REVENUE SERVICE                  CHARGEBACK ARMOR INC
   CINCINNATI  OH   45999-0023               200 N MARYLAND AVE STE 300
   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖                    GLENDALE, CA   91206

                              **404 - 7**                    **EXHIBIT 404**

# State of California

## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

| 1.  CORPORATE NAME | |
|---|---|
| CHARGEBACK ARMOR, INC. | |

| 2.  CALIFORNIA CORPORATE NUMBER | |
|---|---|
| 3756956 | This Space for Filing Use Only |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | CA | 91206 |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 200 N MARYLAND AVE SUITE 300 | | GLENDALE | CA | 91206 |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 8.  SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 9.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| MICHAEL COSTACHE | 200 N MARYLAND AVE SUITE 300 | GLENDALE | CA | 91206 |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14.  NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| MICHAEL COSTACHE | | | | |
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE | ZIP CODE |
| 200 N MARYLAND AVE SUITE 300 | GLENDALE | | CA | 91206 |

**Type of Business**

| 16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| BUSINESS SERVICES |

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/19/2015 | MICHAEL COSTACHE | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|

**EXHIBIT 404**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 412

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

# Standard Service Agreement

This Standard Service Agreement ("Agreement") is entered into by and between:

Secured Merchant LLC, a California Limited Liability Company ("SM"), and
**Creative Ventures Media** ("Client") a Limited Liability Company
as of this 25th day of September, 2014.

Based upon the mutual covenants set forth in this Agreement, SM and Client agree to the following terms and conditions for use of the Software and the provision of a subscription service to be used by Client for the Services. The Software is made available to you and the Service is owned, operated, and provided to you by SM through the CHARGEBACKARMOR.COM Site.

By signing this Agreement, each party agrees to be bound by these Terms and Conditions, and Policies in effect from time to time. Each party's representatives, employees, or any person or entity acting on its behalf with respect to the provision of or use of the Service, shall be bound by, and shall abide by, these Terms and Conditions, and the Policies. Client further agrees that you are bound by these Terms and Conditions and the Policies whether you are acting on your own behalf or on behalf of a third party. If Client is using the Service on behalf of a business, that business accepts the Terms and Conditions and the Policies.

Client represents warrants and agrees that all information Client has provided or will provide to SM in connection with its use of the Service is and will be true, accurate, current and complete in all material respects, and will be maintained and updated to keep it true, accurate, current and complete in all material respects. If any information provided by Client is untrue, inaccurate, not current or incomplete in any material respect, SM has the right to terminate Client's account and refuse any and all current or future use of the Service.

DEFINITIONS:  The following terms are defined for the purposes of this Agreement as follows:

"Account Charges" shall mean all fees, costs, and amounts ever kind and description that are charged or may be charged to Client's account pursuant to the Terms and Conditions and the Policies.
"Bandwidth" shall mean the amount of data transferred out from the SM CRM servers where Client's usage of SM CRM is hosted.
"CAN-SPAM Act" shall mean the federal CAN-SPAM Act of 2003, as amended from time to time.
"Client Data" shall mean (i) information input into the Software interface by Client, and (ii) user behavior on Client's web site captured by the Software on the Client's behalf, all of which shall be stored on SM CRM's servers.
"CRM" shall mean chargebackarmor.com Chargeback relationship management.
"Policies" shall mean all payment terms, policies, practices, rules, standards and guidelines provided to Client in writing.
"Service(s)" or "SM CRM Service(s)" shall mean the SM CRM, campaign management and reporting, including associated materials, and written documentation.
"Site" shall mean the web site located at www.chargebackarmor.com.
"SM Data" shall mean all data that is not Client Data.
"Software" shall mean the SM CRM software.
"Terms and Conditions" shall mean all of the terms and conditions set forth in this Agreement.
"You", "your", and "Client" refers to the entity subscribing to the Services hereunder.

1. USE LICENSE. Subject to the Terms and Conditions and the Policies, SM hereby grants Client a non-exclusive license to use the Software and the Service in accordance with the Terms and Conditions and Policies. Client agrees that it shall not at any time: (1) modify, translate, or create derivative works based on the Service or the Software, or permit other individuals to do so on its behalf; (2) rent, lease, transfer or otherwise transfer rights to the Service or the Software; (3) use a single account for multiple business entities; (4) provide third parties with access to Client account; and/or (5) reverse engineer or disassemble the Service or the Software. SM reserves the right to terminate this Agreement immediately, without liability, if Client violates any prohibition set forth in this Section 1.

2. FEES AND CHARGES. Fees shall be due and payable by Client to SM pursuant to Exhibit A attached hereto and incorporated by reference into this Agreement. Client agrees to pay SM all applicable charges to its account, in United States dollars, in accordance with the payment Policies in effect at the time those charges become due. Client's account will be debited with corresponding fees in accordance with the then-current rates. Client agrees to not charge back any of the related fees associated with this account, and any charge backs will result in Client paying associated charge back fees. Client authorizes SM to charge Client's credit card, charge card, or debit card for any and all Account Charges associated with Client's account hereunder. If payment cannot be charged to Client's credit/charge/debit card, for whatever reason, or if there is a charge-back for any reason, SM reserves the right to either suspend or terminate Client's account with SM and the associated Services until the payment is received. If Client provides SM with a credit card, charge card, or debit card that expires during the term of this Agreement, SM reserves the right to charge any renewal card issued to Client as a replacement without any additional Client consent. In the event of any failure by Client to make payment, or upon any Client charge-back, Client will be responsible for all reasonable expenses (including reasonable attorneys' fees)



EXHIBIT 412

incurred by SM in collecting such amounts plus interest at the rate of the lesser of one and one-half percent (1.5%) per month or the highest rate permissible under applicable law for the actual number of days elapsed. All paid fees, costs, charges and other amounts are NON-REFUNDABLE.

3. INTELLECTUAL PROPERTY. Client represents and warrants to SM that it owns or otherwise has the right to use Client Data as contemplated by this Agreement. Except as otherwise provided in this Agreement, SM shall acquire no right, title or interest in Client Data as a consequence of this Agreement. All final data produced as a result of the input by SM of Client Data into the Software in connection with the provision of the Services (the "IP Rights") shall be the sole and exclusive property of Client. Client shall be the sole owner of all the rights to such IP Rights in any form and in all fields of use known or hereafter existing. Client may transfer such IP Rights or use the IP Rights for any purpose without further payment to SM. Notwithstanding anything set forth herein, Client shall not, as a result of this Agreement, acquire any property or other right, claim or interest, including any patent right or copyright interest in any data, information or technology which is proprietary to or has been licensed to SM which is used to deliver the Services, the Software or other technology used to deliver the Services, any interim data created there from or any of the information, systems, processors, equipment, computer software, derivative works, service marks or trademarks of SM, whether created before, during or after the performance of this Agreement. Using the Services does not give Client ownership of any intellectual property rights in the Service. Client shall not reverse engineer, decompile, disassemble or otherwise attempt to determine the source code for computer programs or other trade secrets from the Software and/or Services.

4. LEGAL AND POLICY COMPLIANCE. To use the Service, Client must at all times comply with the following:

a.   No activity in violation of applicable federal, State or local law, statute, rule or regulation.
b.   No Software pirating or hacking.
c.   No use of SM CRM URLs in emails.
d.   No violations of the CAN-SPAM Act.
e.   No pornographic, adult only, sexually oriented or related web sites / creative as reasonably determined by SM.
f.   No racial, ethnic, political, hate-mongering or otherwise objectionable content.
g.   You must follow any policies made available to you within the Service.
h.   You can not misuse the Service. For example, don't interfere with the Service or try to access the Service using a method other than the interface and the instructions as provided.
i.   You may use the Service only as permitted by law, including applicable export and re-export control laws and regulations.
j.   You may not use any branding or logos used in the Service. You may not remove, obscure, or alter any legal notices displayed in or along with the Service.
k.   SM may review content to determine whether it is illegal or violates the Terms and Conditions or the Policies, and SM has the right to remove or refuse to display content that SM reasonably believes to violate the Terms and Conditions, the Policies, or the law.
l.   To the extent the Service is available on mobile devices, you may not use the Service in a way that distracts you and prevents you from obeying traffic or safety laws.

Client is solely responsible for compliance with all laws and Policies. SM may suspend or stop providing the Service to you if you do not comply with the Terms and Conditions or the Policies or if we are investigating suspected misconduct. SM reserves the right to terminate this Agreement immediately, without liability, if Client does not comply with the requirements of this Section 4.

5. REPRESENTATIONS AND WARRANTIES. SM represents and warrants that it has full power and authority to enter into this Agreement. Client represents and warrants (i) that it has sufficient authority to enter into the Agreement; (ii) that it will perform its rights, duties and obligations under the Agreement and at all times be in compliance with all applicable federal, state and local laws, rules and regulations; (iii) that it shall not be in violation of any obligation, contract or agreement by entering into this Agreement, by performing its obligations under the Agreement, or by authorizing and permitting SM to perform the Services hereunder; (iv) that it shall comply with all Terms and Conditions and the Policies; and (v) that all information provided by Client to SM is truthful, accurate, and complete, and is not misleading in any material respect.

6. INDEMNIFICATION. Client will hold harmless and indemnify SM and its affiliates, officers, agents, and employees from any claim, suit or action arising from or related to the use of the Service or violation of the Terms and Conditions and Policies, including any liability or expense arising from claims, losses, damages, suits, judgments, litigation costs and attorneys' fees. The provisions of this Section shall survive the termination of the Agreement.

7. TERM. The initial term of this Agreement shall be one month, and shall automatically renew on a month-to-month basis thereafter.

8. TERMINATION. Except as otherwise expressly provided in this Agreement, this Agreement may be terminated by either party at any time and for any reason (or no reason at all) by providing the other party with at least ten (10) days prior written notice; provided that, regardless which party terminated this Agreement, Client shall pay in full all Account Charges and any other amounts due through the date of termination, including the unexpired term. Notwithstanding anything to the contrary, SM



may immediately terminate your account at any time during the term of the Agreement, and discontinue your participation in the Service, if SM reasonably believes that your conduct may be harmful to its business. Reasons for such termination may include, but are not limited to, failure to make payment when due; violation of Terms and Conditions and the Policies; or conduct harmful to others who participate in the Service. Upon any termination of the Agreement, Client shall have thirty (30) days from the date of termination in which to request the return of any and all Client Data in a form reasonably requested by Client. In the event that Client does not request the Client Data within such period of time, SM may delete the Client Data from Client's account. Upon termination of this Agreement, Client will no longer be able to access its account. However, at the request of Client, 30 day access to recoup Client Data will be granted. Upon any termination of this Agreement, SM reserves the right to delete any and all information in Client's account, at SM's discretion at any time after the date that is thirty (30) days after the termination of the Agreement; provided that, if requested by Client, SM will return to Client any such information during such thirty (30) day period in a form reasonably requested by Client and at Client's expense.

9. MODIFICATIONS. This Agreement may be modified by the parties only through a written agreement signed by both parties; excepting that, SM may modify the Terms and Conditions and/or the Policies, and add additional terms or Policies that apply to the Service, for example, to reflect changes to the law or changes to the Service. You should look at the terms regularly. SM will post notice of modifications and additions to the Terms and Conditions and/or the Policies on the Site. Changes will not apply retroactively and will become effective no sooner than thirty (30) days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If there is a conflict between the Terms and Conditions and any subsequently modified or additional terms, the subsequently modified or additional terms will control for that conflict. SM may add or remove functionalities or features, and may suspend or stop the Service, or a portion thereof, altogether. If you do not agree to the modified or additional terms or Policies, you should discontinue your use of the Service.

10. MARKETING. Client hereby grants to SM a non-exclusive license to use, reproduce, publicly and digitally display and perform, transmit and broadcast Client's name, logos, trademarks, trade names, service marks, URLs and slogans to advertise, market, promote and publicize the Service and the Software, including the inclusion of Client in SM's marketing materials and on SM's website.

11. SERVICE LEVEL AGREEMENT. SM will supply advanced technical support, at Client's expense, via phone and email as it pertains to the Service. In the event of unscheduled monthly downtime exceeding one hour twice during the term of this Agreement, SM will promptly credit Client five percent (5%) of the next monthly fee. If there is unscheduled monthly downtime exceeding one hour three times during the term of this Agreement, SM will promptly credit Client an additional five percent (5%) of the next monthly fee.

12. DATA.

a. Data Storage. The Software and Client Data will be hosted on SM servers. SM does not warrant that Client's use of the Service will be error-free. Client acknowledges and agrees that Client is solely responsible to determine whether the Service sufficiently meets Client's requirements. Except as may otherwise be expressly provided for in this Agreement, SM is not responsible for Client Data residing on SM servers.

b. Client Data. "Client Data" consists of the following: (i) information input into the SM CRM interface by Client, and (ii) user behavior on Client's web site captured by the SM CRM Service system on the Client's behalf. SM agrees that you will own all Client Data. SM shall not use the Client Data except directly in furtherance of the purposes of this Agreement. SM shall not disclose the Client Data to any third party unless directed by you, unless (a) such disclosure is made by SM in response to a court order, and provided that SM has given you reasonable notice of such court order, or (b) is in the aggregate in non-personally identifiable form. Upon Client's request, Client is entitled to, and SM will provide Client, at Client's expense, all Client Data, in a format reasonably determined by SM.

c. SM Data. Client Data does not include any information and/or campaign methodologies generated by SM, regardless of whether or not the information or campaign methodology was generated as a result of Client's use of the SM CRM system. Client agrees that SM owns all SM Data. Client shall have a nonexclusive license to use SM Data during the term of this Agreement only as necessary to use the Services.

d. Use of Client Data. Notwithstanding anything to the contrary, Client grants SM the limited right and worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with the Service), communicate, publish, publicly perform, publicly display and distribute such Client Data. The rights you grant in this license are for the limited purpose of operating, promoting, and improving the Service, and to develop new functionality and Software for the Service. This license continues even if you stop using the Service and following the termination of this Agreement.



**EXHIBIT 412**

13. DISCLAIMER OF WARRANTIES. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND/OR SERVICE IS AT YOUR OWN RISK. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS AND CONDITIONS, THE SITE AND/OR SERVICES ARE AVAILABLE ON AN "AS IS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF PERFORMANCE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR ACCURACY, OR IMPLIED WARRANTIES ARISING FROM COURSE OF PERFORMANCE OR COURSE OF CONDUCT AND WE DISCLAIM ANY WARRANTY REGARDING THE AVAILABILITY, ACCURACY OR CONTENT OF THE SITE, SERVICES, AND/ OR INFORMATION, PRODUCTS OR SERVICES AVAILABLE THROUGH THE SITE AND/OR SERVICES, OR ANY ECONOMIC BENEFIT YOU MAY GAIN FROM USE OF THE SITE AND/OR SERVICES. SOME STATES DO NOT ALLOW EXCLUSION OF AN IMPLIED WARRANTY, SO THIS DISCLAIMER MAY NOT APPLY TO YOU. SM MAKES NO GUARANTEES, REPRESENTATIONS OR WARRANTIES AS TO THE MARKETING PERFORMANCE, OR LEVEL OF LEADS OR SIGN-UPS GENERATED THAT CLIENT CAN EXPECT BY ENTERING INTO THIS AGREEMENT AND SUBSCRIBING TO THE SERVICE.

14. APPLICABLE LAW. The validity, interpretation, construction, and performance of this Agreement shall be governed by and construed in accordance with the laws of the state of California, without giving effect to its principles of choice of law or conflicts of law thereunder. Any action or proceeding arising from, or seeking to enforce any provision of, or based on any right arising out of, this Agreement may be brought against either of the parties only in the state courts of the state of California in and for the county of Los Angeles at Los Angeles, California, and each of the parties consents to the jurisdiction of such courts (and of the appropriate appellate courts) in any such action or proceeding and waives any objection to venue laid therein. Process in any action or proceeding referred to in the preceding sentence may be served on either party anywhere in the world. In the event it shall become necessary for either party to take action of any type whatsoever to enforce the terms of this Agreement, the prevailing party shall be entitled to recover all attorneys' fees, costs, and expenses, including all out of pocket expenses that are not taxable as costs, incurred in connection with any such action, including any negotiations, mediation, arbitration, litigation, and appeals.

15. LIMITATION ON LIABILITY. CLIENT ACKNOWLEDGES AND AGREES THAT SM SHALL NOT BE LIABLE HEREUNDER FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY LOSS OF USE, LOSS OF BUSINESS, OR LOSS OF PROFIT OR REVENUE, ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE), EVEN IF SM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, AND NOTWITHSTANDING THE FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. SM'S TOTAL CUMULATIVE LIABILITY HEREUNDER, REGARDLESS OF THE FORM OF ACTION, WILL NOT EXCEED AN AMOUNT EQUAL TO ALL AMOUNTS ACTUALLY RECEIVED BY SM FROM CLIENT DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE INCURRENCE OF ANY SUCH LIABILITY. THE ESSENTIAL PURPOSE OF THIS PROVISION IS TO LIMIT THE POTENTIAL LIABILITY OF SM ARISING OUT OF THIS AGREEMENT. THE PARTIES ACKNOWLEDGE THAT THE LIMITATIONS SET FORTH IN THIS SECTION 15 ARE REASONABLE AND ARE INTEGRAL TO THE AMOUNT OF CONSIDERATION LEVIED IN CONNECTION WITH CLIENT'S USE OF THE SOFTWARE AND SERVICES PROVIDED BY SM HEREUNDER, AND THAT, WERE SM TO ASSUME ANY FURTHER LIABILITY OTHER THAN AS SET FORTH HEREIN, SUCH CONSIDERATION WOULD OF NECESSITY BE SET SUBSTANTIALLY HIGHER.

16. NO ASSIGNMENT OR RESALE. Neither party hereto may resell, assign, or transfer any of its rights under this Agreement. If either party attempts to resell, assign, or transfer its rights, the other party may immediately terminate the Agreement without liability to such other party. Notwithstanding the foregoing, either party may assign this Agreement in connection with a sale of all or substantially all of its assets or a stock sale, merger or other corporate reorganization resulting in a change of control of such party, in each case without the consent of the other party.

17. CONFIDENTIALITY. Each party hereto may have access to confidential, proprietary or trade secret information disclosed by the other party, including, without limitation, its ideas, trade secrets, procedures, methods, systems, and concepts, whether disclosed orally or in writing through any media ("Confidential Information"). SM's Confidential Information includes the SM CRM Services, the Software and information related thereto, and the underlying software, hardware, and other technology used by SM to provide the SM CRM Service and Software. Each party acknowledges that the Confidential Information of the other party contains valuable trade secrets and other proprietary information of such other party and remains the sole and exclusive property of such other party. Each party will restrict disclosure of Confidential Information of the other party to its officers, directors, employees, affiliates and agents with a need to know, will not disclose Confidential Information of the other party to any other party, in the case of Client, will not pass out login's to anyone for purposes of evaluating or examining the Software or the Services, and will otherwise protect Confidential Information of the other party as it protects its own proprietary information (but will in no case take less than reasonable measures). No information will be deemed "Confidential Information" of a party to the extent that the other party can show that it: (a) was in the public domain when communicated to such other party; (b) is communicated to such other party by another party free of any confidentiality obligation; or (c) was in such other party's possession free of any obligation of confidence when first communicated to such other party. Neither party will be in violation of this Section by making a disclosure in response to a valid order



**EXHIBIT 412**

by a court or other governmental body, provided that, if permitted by law, such party provides the other party prompt notice of such impending disclosure to permit such other party to seek confidential treatment thereof. Any provision herein to the contrary notwithstanding, SM's total cumulative liability under this Section 17, regardless of the form of action, will not exceed an amount equal to all amounts actually received by SM from Client during the twelve (12) month period immediately preceding any allegation by Client of disclosure of Confidential Information.

18. NON-COMPETE. Client agrees that during the term of the Agreement and for one year thereafter, Client will not develop, offer, sell or distribute a competing service to the SM Service. A competing service is defined as a service that seeks to acquire clients for the purpose of offering a CRM or campaign management software system. Notwithstanding anything to the contrary in this Section 18, Client shall be permitted to develop and utilize a service similar to the SM CRM Service solely for use by Client in connection with its own marketing activities. Client understands that violation of this clause is grounds for immediate termination of this Agreement by SM with no liability on the part of SM. Client understands and agrees that SM may seek equitable relief to stop the violation and competing activity as well as any other relief available under the law.

19. DUTY TO DISCLOSE CHANGE OF OWNERSHIP. If Client's ownership changes whereby any entity acquires a majority ownership or other controlling interest in Client during the term of this Agreement, then Client shall immediately disclose to SM the name of such entity.

20. HEADINGS AND REFERENCES. Headings of sections are for the convenience of reference only. Words indicated in quotes and/or capitalized signify an abbreviation or defined term for indicated words or terms, including those definitions contained in this Agreement.

21. ENTIRE AGREEMENT. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements or understandings between the parties with respect to such subject matter.

22. SURVIVAL. The terms set forth in Sections 2, 3, 5, 6, 8, 12, 13, 14, 15, 17, and 18 of this Agreement shall survive the termination or expiration of this Agreement.

23. NOTICES. All notices or other communications required or permitted to be given hereunder must be (as elected by the party giving such notice) (a) personally delivered at the address set forth on the signature page hereof, or (b) transmitted by postage prepaid mail to the address set forth on the signature page hereof. Except as otherwise specified herein, all notices and other communications will be deemed to have been given on (x) the date of receipt if delivered personally, or (y) the date that is five (5) days after posting if transmitted by mail. A party may change its address for purposes of this Section by written notice to the other party in accordance with this Section.

24. RELATIONSHIP OF THE PARTIES. Nothing contained herein will be construed to create a partnership relationship between the parties or the relationship of employer and employee between the parties or between a party or any of such party's employees or agents and any of the other party's employees or agents. It is the express intent of the parties that no party is an employee of the other party for any purpose, but is an independent contractor for all purposes and in all situations. Each party and its directors, officers, employees and agents may not represent that they are employees of the other party, nor may they in any manner hold themselves out to be employees of the other party.

25. SEVERABILITY. If any provision of the Agreement is determined by a court of competent jurisdiction to be invalid or unenforceable, such provision will, to such extent as it is determined to be invalid or unenforceable, be reformed without further action by the parties to the extent necessary to make the provision valid and enforceable and no other provision will be affected or impaired thereby.

26. COUNTERPARTS. This Agreement may be executed in separate counterparts (each of which is an original and all of which will be deemed one and the same instrument) and will be fully effective as of the date executed copies are exchanged between the parties. Counterparts may be executed either in original or facsimiled form and the parties adopt any signatures received by a receiving device as original signatures of the parties.

Secured Merchant LLC
A California Limited Liability Company
Operating (chargebackarmor.com)

By: *Roi Reuveni (Sep 26, 2014)*
Name: Roi Reuveni
Its: Managing Member

Address: 23679 Calabasas Rd. #531, Calabasas, CA, 91302

Creative Ventures Media, LLC

By: *JJ Alan Huapaya (Sep 26, 2014)*
Name: JJ Alan Huapaya
Its: Managing Member

Address: 2901 Hunters Glen Dr. Plainsboro, NJ 08536

**EXHIBIT 412**

EXHIBIT A
Standard License Fees

1. SM CRM Standard License Fees. In consideration for payment of the fees due and compliance with the Agreement, SM shall provide you with access to the SM CRM Services, which include the features listed on the Site. Upon the parties' acceptance of this Agreement, the initial license and setup fees are due and are nonrefundable. Capitalized terms used in this Exhibit A, but not defined in this Exhibit A, are used herein as defined in the Agreement to which this Exhibit A is attached. The license and set-up fees are as follows:

| Setup Fee: | $ Waived |
|---|---|
| Service Fee (Due Monthly): | $10.00 Per Re-presentment |
| Custom Programming: | $95.00 Per Hour |

2. Custom Development (as required and agreed). Custom development is billed by SM to Client at $95.00/hour, plus travel and related expenses, if necessary, with a 4 hour minimum. If such custom development is identified by SM to be beneficial to all Clients of the SM CRM Service, then SM will not charge for completion of the custom development request.

3. Term/Billing Cycle:

| | |
|---|---|
| License: | Standard License |
| Initial Term: | 30 Day Free Trial, Paid Service Renews Monthly if Not Cancelled. |
| Term Start Date: | October 1st, 2014 |
| Next Renewal Term Date: | November 1st, 2014 |
| Due Date: | Payments are due by the 5th of the month for the previous term of service |

At the end of the initial term of this Agreement, the Agreement shall automatically renew on a month-to-month term.

4. Support. SM will provide incident-based help desk phone and email support for all technical issues/questions in connection with the Agreement that arise during the term of the Agreement. Administrative tasks to the software or general configuration of the SM CRM Services system in each case by SM on behalf of Client that are not tied directly to technical issues in connection with the Services will be billed to Client at $95.00/hour (1 hour minimum).

Client Signature: _J. Alan Huapaya_
Alan Huapaya (Sep 26, 2014)
Name: JJ Alan Huapaya
Date: September 25th, 2014

     EXHIBIT 412

## Appendix B

### Recurring Payment Authorization Form

Schedule your payments to be automatically deducted from your bank account, or charged to your Visa, MasterCard, American Express or Discover Card. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**

- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges
- 

**Here's How Recurring Payments Work:**

You authorize regularly scheduled charges to your checking/savings account or credit card. You will be charged each billing period for the total amount due for that period. A receipt will be emailed to you and the charge will appear on your bank or credit card statement. You agree that no prior-notification will be provided unless the payments date changes, you will receive notice from us at least 10 days prior to the payment being collected.

**Please complete the information below:**

I __JJ Alan Huapaya__ authorize Secured Merchants to charge/debit my account indicated below on the 1st of each Month for payment of my Chargeback Services. I understand that I will only receive advance notice of the charge if the payments date changes.

Billing Address __2901 Hunters Glen Dr__          Phone# __6098583901__

City, State, Zip __Plainsboro, NJ 08536__          Email __alan@creativeventuresmedia.com__

| Checking/ Savings Account | Credit Card |
|---|---|
| ☐ Checking   ☐ Savings | ☑ Visa        ☐ MasterCard |
| Name on Acct | ☐ Amex        ☐ Discover |
| Bank Name | Cardholder Name __JJ Alan__ |
| Account Number ████3943 | Account Number ████3943 |
| Bank Routing # | Exp. Date ████ |
| Bank City/State | CVV (3 digit number on back of card) ██ |

SIGNATURE __JJ Alan Huapaya__ (JJ Alan Huapaya (Sep 26, 2014))          DATE __9/26/2014__

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Secured Merchants in writing of any changes in my account information or termination of this authorization at least 10 days prior to the next billing date. If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates. In the case of an ACH Transaction being rejected for Non-Sufficient Funds (NSF) I understand that Secured Merchants may at its discretion attempt to process the charge again within 30 days, and an additional $25.00 charge for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law. I certify that I am an authorized user of this credit card/bank account and will not dispute the scheduled transactions with my bank or credit card Company; provided the transactions correspond to the terms indicated in this authorization form.

**EXHIBIT 412**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 414

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

Invoice: Avi Argaman

https://nova8media.freshbooks.com/showInvoice?invoiceid=531857&_...

NOVA 8 MEDIA LLC
18653 VENTURA BLVD
STE 268
TARZANA CA  91356



Secured Merchants
Avi Argaman
23679 Calabasas Rd #531
Calabasas CA  91302

| | |
|---|---|
| Invoice # | 0000344 |
| Invoice Date | March 6, 2015 |
| **Amount Due** | **$680.00 USD** |

| Item | Description | Unit Cost | Quantity | Line Total |
|------|-------------|-----------|----------|-----------|
| Design Services | ChargeBack Armor (March 5) | 40.00 | 9.5 | 380.00 |
| Design Services | ChargeBack Armor (March 6) | 40.00 | 7.5 | 300.00 |

| | |
|---|---|
| **Total** | **680.00** |
| Amount Paid | -0.00 |
| **Amount Due** | **$680.00 USD** |

**Terms**
Due on receipt



**414 - 1**

**EXHIBIT 414**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 432

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **To:** | Nastassia Yalley[nastassianwm@gmail.com] |
| **Cc:** | Alon Nottea[alon@bunzaimedia.com]; Paul Medina[paul@bunzaimedia.com] |
| **From:** | avico global |
| **Sent:** | Mon 1/24/2011 1:44:07 PM |
| **Importance:** | Normal |
| **Subject:** | Re: Phone Numbers |
| **MAIL_RECEIVED:** | Mon 1/24/2011 1:44:16 PM |

ok so we will need to port 8187856800 number and i need the following info:
name of company that owns the number  ?
account number on the bill ?
address of company on the bill ?

Also call the carrier (Time Warner) and ask them how much it will cost to forward 8187856800 to another local 818 number ?

let me know if you need help ....

Avi

On Mon, Jan 24, 2011 at 9:15 AM, Nastassia Yalley <nastassianwm@gmail.com> wrote:

The only number we currently use is 818.785.6800

On Sun, Jan 23, 2011 at 10:08 PM, avico global <avicoglobal@gmail.com> wrote:

Hi Nastassia,

I need to know what 818 numbers you need to port if any ?

As far as the toll free 800 numbers we will forward them to the new lines for now ...

Thanks

Avi

On Mon, Jan 10, 2011 at 10:47 AM, Nastassia Yalley <nastassia@bunzaimedia.com> wrote:

I spoke with Doron about this, and we're going to keep 10 numbers open. 5 of them are currently in use, but the two most important ones to move are 866.216.9336 and 888.291.7385

10 numbers:
866.982.6218
866.982.8712
888.276.7261
888.320.0198
888.291.7385
888.324.9771
888.241.2619
866.216.9336
866.701.7706

**432 - 1**                                                                                        **EXHIBIT 432**

-- -- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Operations
O: 818.785.6800
F: 818.647.0182

--
-- -- -- -- -- -- -- -- -- -- -- -- --
**Nastassia Yalley**
Director of Operations
O:818.785.6800
F: 818.647.0182

**EXHIBIT 432**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 440

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

## McPeek, Brent

| | |
|---|---|
| **From:** | Avico Global <avicoglobal@gmail.com> |
| **Sent:** | Sunday, May 31, 2015 10:40 PM |
| **To:** | Alon N; Tal Karasso; Doron |
| **Subject:** | Re: See attached and let me know what to remove |
| **Attachments:** | US-UK hosting.xlsx; Number list - For deletion.xls; UK Numbers.xls |

Hi Team

See attached and let me know what to remove

See attached 3 sheets

US Numbers

UK Numbers

UK Hosting / US Hosing

Need to Discuss

Call Center Reps .. How many or maybe none

CompeteCRM / Developement and maintenance  .. There are tasks to be performed such as new gateways integration etc...

storefront / programming is it be needed .. such as current buydellure.com <http://buydellure.com>  etc... There are ongoing and pending tasks

Suggestion:
check all your gmaill accounts I think you are over paying check all ssl cert and make a plan for moving forward check all domains and remove unneeded ones

Need this info ASAP otherwise we will incur a cost for June

AA

**EXHIBIT 440**

| UK Hosting | US Hosting |
|---|---|
| getleor.com | auravieantiaging.com |
| getmyleor.com | auraviebeauty.com |
| leorkit.com | auraviecares.com |
| leoroffer.com | auraviecosmetics.com |
| leorskincare.com | auravieday.com |
| leorsystem.com | auravieface.com |
| leortoday.com | auraviefreetrial.com |
| leoryouth.com | auravienow.com |
| myleorkit.com | auravieoffer.com |
| orderleor.com | auraviestore.com |
| storelocaldatabase.com | auraviesystem.com |
| thedailylivingtips.co.uk | auravietrialkit.com |
| yourdailyhealth.org | auraviewrinklereducer.com |
| yourleor.com | auravieyouth.com |
| getmyleor.com | buyauravie.com |
| leoroffer.com | buydellure.com |
| leorskincare.com | buydelluremask.com |
| leortoday.com | buydellurenow.com |
| paincreamcare.com | buyinlyte.com |
| storelocaldatabase.com | buymiraclefacekit.com |
| yourdailyhealth.org | consumerlifestyledeals.com |
| | deadseamasque.com |
| | deadseamudmasque.com |
| | dellure.es |
| | dellureantiaging.com |
| | dellurebeauty.com |
| | dellurecosmetics.com |
| | dellureface.com |
| | delluremasks.com |
| | dellurenow.com |
| | dellureskin.com |
| | dellureskincare.com |
| | dellurestore.com |
| | delluresystem.com |
| | delluretrial.com |
| | dellurewrinklereducer.com |
| | enjoyinlite.com |
| | enjoyinlyte.com |
| | enjoynicotrim.com |
| | feelauravie.com |
| | feeldellure.com |
| | getauravieantiaging.com |
| | getauravieskin.com |
| | getauravietoday.com |
| | getdellure.com |
| | getdellurenow.com |
| | getdelluretoday.com |
| | getleortoday.com |
| | getmyauravie.com |
| | getyourdellure.com |
| | healthlifestyletoday.com |

**EXHIBIT 440**

| UK Hosting | US Hosting |
|---|---|
| | inlyteecig.com |
| | inlyteforyou.com |
| | inlyteme.com |
| | inlytemovement.com |
| | inlyteplease.com |
| | inlytesystem.com |
| | inlyteworks.com |
| | joininlyte.com |
| | joinnicotrim.com |
| | keepinlyte.com |
| | leorantiaging.com |
| | leorantiwrinkle.com |
| | leorbeauty.com |
| | leorsolution.com |
| | lifestylebeautytips.com |
| | miraclefacegift.com |
| | miraclefacekit.com |
| | miraclefaceskin.com |
| | myauravie.com |
| | myauraviekit.com |
| | myauravieonline.com |
| | myauraviesecret.com |
| | myauraviesolution.com |
| | myauraviesystem.com |
| | myauravietreatment.com |
| | myauravietrial.com |
| | mydellure.com |
| | mydelluretrial.com |
| | myleoronline.com |
| | myleorskincare.com |
| | myleorsolution.com |
| | myleorsystem.com |
| | myleortreatment.com |
| | mymiracleface.com |
| | nicotrimforyou.com |
| | nicotrimisit.com |
| | nicotrimit.com |
| | nicotrimmovement.com |
| | nicotrimplus.com |
| | nicotrimproject.com |
| | nicotrimsystem.com |
| | nicotrimworks.com |
| | orderauravie.com |
| | orderdellure.com |
| | shopauravie.com |
| | shopdellure.com |
| | storelocaldatabase.com |
| | theauraviesystem.com |
| | theauravietreatment.com |
| | thedailylivingtips.com |
| | thefinalphasesolution.com |

**EXHIBIT 440**

| UK Hosting | US Hosting |
|---|---|
| | theleortreatment.com |
| | themiracleface.com |
| | themiraclefacekit.com |
| | thenicotrimsystem.com |
| | truelifestyletips.com |
| | tryauravie.com |
| | tryauravienow.com |
| | tryauravieskincare.com |
| | trydellure.com |
| | trymiraclefacekit.com |
| | useinlyte.com |
| | usenicotrim.com |
| | victor.com |
| | yourauravie.com |
| | yourauraviekit.com |
| | yourdailyhealth.today |
| | yourdellure.com |
| | zenmobilemediainc.com |

**EXHIBIT 440**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 441

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

**To:**      Alon N[alon@mediaurge.com]; Tal Karasso[talkarasso@gmail.com]; Doron[doron@doron.us]
**From:**   Avico Global
**Sent:**    Mon 6/1/2015 4:29:04 PM
**Importance:**    Normal
**Subject:**  Re: See attached and let me know what to remove
**MAIL_RECEIVED:**   Mon 6/1/2015 4:29:06 PM
number list.xlsx
numberlist uk.xlsx
US-UK hosting.xlsx

Hi Team

# Resending Attachments ..

Hi Team

See attached and let me know what to remove

**See attached 3 sheets**
US Numbers
UK Numbers
UK Hosting / US Hosing

**Need to Discuss**
Call Center Reps .. How many or maybe none
CompeteCRM / Developement and maintenance .. There are tasks to be performed such as new gateways integration etc...
storefront / programming is it be needed .. such as current  buydellure.com  etc... There are ongoing and pending tasks

**Suggestion:**
check all your gmaill accounts I think you are over paying
check all ssl cert and make a plan for moving forward
check all domains and remove unneeded ones

Need this info ASAP otherwise we will incur a cost for June

AA

On Sun, May 31, 2015 at 8:40 PM, Avico Global <avicoglobal@gmail.com> wrote:

Hi Team

See attached and let me know what to remove

**See attached 3 sheets**
US Numbers
UK Numbers
UK Hosting / US Hosing

**Need to Discuss**
Call Center Reps .. How many or maybe none
CompeteCRM / Developement and maintenance .. There are tasks to be performed such as new gateways integration etc...
storefront / programming is it be needed .. such as current  buydellure.com  etc... There are ongoing and pending tasks

**Suggestion:**
check all your gmaill accounts I think you are over paying
check all ssl cert and make a plan for moving forward
check all domains and remove unneeded ones

                  **EXHIBIT 441**

Need this info ASAP otherwise we will incur a cost for June

AA

EXHIBIT 441

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT  494

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **To:** | Kevin Kotzin[kevin@earthboundentertainment.com] |
| **Cc:** | Alon Nottia[alon@bunzaimedia.com] |
| **From:** | Avico Global |
| **Sent:** | Fri 8/31/2012 3:22:01 PM |
| **Importance:** | Normal |
| **Subject:** | Re: Status |
| **MAIL_RECEIVED:** | Fri 8/31/2012 3:22:04 PM |

Hi Kevin,

I believe Kris is still not well however I will talk to Alon and update you with the latest.

Avi

On Fri, Aug 31, 2012 at 12:09 PM, Kevin Kotzin <kevin@earthboundentertainment.com> wrote:

Hey Avi, Alon
Avi - left you a few messages you throughout week.  Please call me today.

Despite my many attempts, I have been unable to get a meeting with Khris to review my work on Angels, or get a deposit, so Angels has been on pause for an amount of time that is counterproductive.  I call multiple times every week to schedule a meeting, and its either canceled or postponed due to Khris' disposition.  I am sensitive to that, but I also know the result of my inactivity is that you see me as ineffective and possibly even incompetent.  I've been taking your advice at every turn to get a job done, but I just keep hitting roadblocks.

In the last 5 days I constructed two full Wordpress sites for other clients.

conejovalleymusic.com
therelationshipdoctor.net

If given what I need to do a project, I can be incredibly productive and produce very fast.  Ive been in touch with Khris on the phone.  He's going through a lot and unable to meet.  I'm just not sure what to do.  I am sensitive to his disposition, I just need to sit down with him and go over the work so that you will release the deposit and I can fly with this.   This is his vision, and it needs to be done under his direction.  I don't want to give you guys excuses.  I want to just do the work.  Let me know what i can do to actually provide you with some results.  The current way we are structured, my hands have been tied.

All I need is
1) to sit with someone to review what Ive done so far and to review the content
2) a deposit for the work i had been doing, but put on pause

Without those two things, I cannot do anything.  Let me know when I can swing by Bunzai.  I -**REALLY**- want to do work for you guys.

Kevin

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 516

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

| | |
|---|---|
| **From:** | Nastassia Yalley <nastassia@bunzaimedia.com> |
| **Sent:** | Tuesday, January 17, 2012 12:55 PM |
| **To:** | avico global; Roi \| Bunzai; Alon Nottea |
| **Subject:** | Phone Numbers |
| **Attachments:** | PhonePower_Phone Numbers.xlsx |

Hello,

Attached is our current phone numbers in our phonepower account. Let me know  if you need any more information.


-- -- -- -- -- -- -- -- --
Nastassia Yalley
Director of Marketing
O: 818.200.1035
F: 818.647.0182

**516 - 1**                                                        **EXHIBIT 516**

| No. | Number | Forwards to | Pointed to | NOTES |
|---|---|---|---|---|
| 1 | 866-982-6218 | DMA MEDIA HOLDINGS | 8182001045 | |
| 2 | 888-276-7261 | LIFESTYLE BRANDS | 8182001045 | |
| 3 | 888-320-0196 | AGOA Holdings | 8182001045 | |
| 4 | 888-320-0198 | NOT IN USE | | |
| 5 | 888-291-7385 | BUNZAI MEDIA (HSBC ACCOUNT) | 8182001045 | |
| 6 | 888-324-9771 | COLLECTIONS NUMBER | 8182001045 | |
| 7 | 888-241-2619 | M3DTV.COM | 8182001045 | |
| 8 | 866-216-9336 | Using for MFK, OTT, AuraVie, and Souffle | 8182001045 | |
| 9 | 866-701-7706 | Digimouse.com | 8182001045 | |
| 10 | (888)609-8647 | ZEN MOBILE MEDIA | 8187857000 | |
| 11 | (888)341-4183 | SAFEHAVEN VENTURES | 8182001045 | OPENED ON 11/11/11 |
| 12 | (888)586-2329 | NOT IN USE | 8182001035 | OPENED ON 11/11/11 |
| 13 | (888)499-8512 | NOT IN USE | 8182001035 | OPENED ON 11/11/11 |

**EXHIBIT 516**

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS. BunZai Media Group, Inc., et al.

PLAINTIFF' S EXHIBIT  531

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

**From:**            avico global <avicoglobal@gmail.com>
**Sent:**            Thursday, May 26, 2011 8:07 PM
**To:**              Alon | Bunzai Media
**Subject:**         screen shot for order page
**Attachments:**     SHIPPING ID 10.jpg; SHIPPING ID 9.jpg

alon read the chat of privious email and look at screen shots ... call me when u can ...



EXHIBIT 531



EXHIBIT 531

CASE NO. 2:15-CV-04527-GW (PLAx)

Federal Trade Commission

VS.   BunZai Media Group, Inc., et al.

PLAINTIFF'S EXHIBIT 942

DATE _____ IDEN.

DATE _____ EVID.

BY _____

Deputy Clerk

AO-386

**To:**      Doron[globalmediausa@gmail.com]
**From:**    Paul@Adlifestylenetwork.com
**Sent:**    Mon 1/20/2014 10:52:08 PM
**Importance:**         Normal
**Subject:**   ADLN 2013 Expenses
**MAIL_RECEIVED:**   Mon 1/20/2014 10:52:55 PM
ADLN Business Expenses 2013.xlsx

Doron,

Please see 2013 ADLN business expenses

Regards,

--
Paul B. Medina
CEO
AD Lifestyle Network, Inc.
(Office) 818.835.5858
(Cell) 818.983.7202
(Fax) 818.474.7373
(Skype) PMedina0331
Email: Paul@ADLifestyleNetwork.com
Website: www.ADLifestyleNetwork.com


Further, this message is intended only for the designated recipient.
It may contain confidential or proprietary information and may be
subject to the attorney-client privilege or other confidentiality
protections. If you are not a designated recipient, you may not
review, copy or distribute this message. If you have received this
message in error, please immediately notify the sender by reply e-mail
and delete this message. Thank you.

**942 - 1**                                              **EXHIBIT 942**