1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

Before the Court are (1) Defendants Alan Argaman and Secured Merchants, LLC's Renewed Notice of Motion and Motion for Summary Judgment [Doc. No. 542] and (2) Relief Defendant Chargeback Armor, Inc.'s Notice of Motion and Motion for Summary Judgment [Doc. No. 541]. Having reviewed the pleadings and applicable authority, the Court finds that genuine disputes of material fact exist.

**IT IS THEREFORE ORDERED** that Defendants Alan Argaman and Secured Merchants, LLC's Renewed Motion for Summary Judgment  and Relief

1   Defendant Chargeback Armor, Inc.'s Motion for Summary Judgment are hereby

2   **DENIED**.

3

4        **IT IS SO ORDERED.**

5

6

7   Dated: _____        _____

                                            The Honorable George H. Wu
8                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28