**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603
Email:        SP@BeverlyHillsLawCorp.com

Attorneys for Chargeback Armor, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, vs. | **CHARGEBACK ARMOR, INC.'S NOTICE OF JOINDER IN OPPOSITION TO MOTION TO QUASH** |
| BUNZAI MEDIA GROUP, INC., et al., Defendants. | **Hearing Date:  October 17, 2016**<br>**Time: 8:30 am**<br>**Location:  Courtroom 10 – Spring St.** |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | **Judge: Hon. George H. Wu** |
| Cross-Claimants v. ALON NOTTEA, an individual, Cross-Defendant | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that CHARGEBACK ARMOR, INC. ("CBA") hereby joins ALAN ARGAMAN AND SECURED MERCHANTS, LLC in their Opposition to the Motion to Quash filed by the FTC, on the grounds that the Motion to Quash is not proper, should be stricken, and the Motion for Summary Judgment previously filed should be heard on the merits.

DATED:  September 30 2016          BEVERLY HILLS LAW CORP., PC

                                                          By:   /s/ Sagar Parikh
                                                                Sagar Parikh, Esq.
                                                                Attorneys Chargeback Armor, Inc.