UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-04527-GW (PLAx) | Date | October 7, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING RENEWED SUMMARY JUDGMENT MOTIONS; SETTING SCHEDULING CONFERENCE**

For the reasons set forth in the "Motion to Quash Defendants Alan Argaman and Secured Merchants, LLC's Renewed Motion for Summary Judgment and Relief Defendant Chargeback Armor, Inc.'s Motion for Summary Judgment" filed by plaintiff Federal Trade Commission ("FTC"), *see* Docket No. 543, the Court denies the two pending summary judgment motions and vacates the upcoming October 17, 2016 hearing on those motions. The two pending summary judgment motions are, in effect, motions for reconsideration of the Court's earlier ruling on summary judgment, *see* Docket No. 456, without any attempt to satisfy the requirements for such a motion. *See also* Docket No. 354. In fact, the only change the moving defendants have identified – in response to the FTC's Motion to Quash – is the fact that various other defendants in this action have either suffered default or stipulated to a settlement. This has nothing to do with the merits of the action concerning the moving defendants, and is no basis for reconsideration of the Court's earlier ruling.

Though the Court will deny the summary judgment motions and vacate the hearing on them, the parties are ordered to appear on October 17, at 8:30 a.m., either in-person, or telephonically, to discuss further scheduling in this matter.

                                :
                Initials of Preparer   JG