UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4527-GW(PLAx) | Date | October 17, 2016 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeuax | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Shai Oved |
| Luis Gallegos | Sagar Parikh |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer re settlement.  The Court refers this action to Magistrate Judge Paul L. Abrams for settlement purposes and continues the scheduling conference to December 5, 2016 at 8:30 a.m. Parties may appear telephonically provided notice is given to the clerk two business days prior to the hearing.

|  | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |