DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No.  CV 15-4527-GW(PLAx)**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

1    WHEREAS, this Court has ordered the parties to attend mediation before

2  the Honorable Paul Abrams before a status conference on December 5, 2016 at

3  8:30 a.m.;

4    WHEREAS, defense counsel stated they were unavailable on the only date

5  Judge Abrams had available before the status conference, November 30, 2016,

6  and indicated the earliest dates they would be available for mediation were

7  January 12 and 19, 2017; and

8    WHEREAS, counsel for the FTC is available on both dates, and Judge

9  Abram's calendar is currently clear on both dates.

10    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

11  parties, through their undersigned counsel, that the December 5 status conference

12  be continued to January 23, 2017, at 8:30 a.m. to permit the parties to attend

13  mediation.

14                                                  Respectfully submitted,

15

16  Dated: 10/21/16                        /s/ REID TEPFER_____
                                           REID A. TEPFER
17                                         LUIS H. GALLEGOS
                                           Attorneys for the Plaintiff
18                                         Federal Trade Commission
                                           1999 Bryan Street, Suite 2150
19                                         Dallas, Texas 75201
                                           (214) 979-9395 (Tepfer)
20                                         (214) 979-9383 (Gallegos)
                                           (214) 953-3079 (facsimile)

**STIPULATION TO CONTINUE STATUS CONFERENCE**

1   rtepfer@ftc.gov
    lgallegos@ftc.gov

2   Dated: 10/21/16                    /s/ SAGAR PARIKH_____

3                                      Sagar Parikh
                                       Counsel for Chargeback Armor, Inc.

4   Dated: 10/21/16                    /s/ SHAI OVED_____

5                                      Shai Oved
                                       Counsel for Alan Argaman and

6                                      Secured Merchants LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**STIPULATION TO CONTINUE STATUS CONFERENCE**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2016, a true and correct copy of the foregoing document was served by ECF to the attorneys listed below.

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
rmu@crosswindlaw.com
Counsel for Alon Nottea and
Roi Reuveni

Jeffrey S. Benice
Law Offices of Jeffrey S. Benice
3080 Bristol Street
Sixth Floor, Suite 630
Costa Mesa, California 92626
E-Mail: JSB@JeffreyBenice.com
Counsel for Igor Latsanovski and
CalEnergy, Inc.

Robert Esensten
Esensten Law
12100 Wilshire Blvd., Suite 1660
Los Angeles, CA 90025
resensten@esenstenlaw.com
Counsel for Doron Nottea and
 Motti Nottea

Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Counsel for Chargeback Armor, Inc.,
Secured Merchants LLC, and Alan Argaman

/S/ REID TEPFER_____
REID TEPFER

4

**STIPULATION TO CONTINUE STATUS CONFERENCE**