# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER CONTINUING STATUS CONFERENCE** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.*, | |
| Defendants. | |

Pursuant to the stipulation of the parties and having found good cause, **IT IS ORDERED** that the status conference currently set for December 5, 2016, is **CONTINUED** to January 23, 2017, at 8:30 a.m.

Dated: _____    _____
The Honorable George H. Wu
United States District Judge

(PROPOSED) ORDER CONTINUING STATUS CONFERENCE