1  Thomas H. Vidal (SBN 204432)
   **PRYOR CASHMAN LLP**
2  1801 Century Park E, 24th Floor
   Los Angeles, CA 90067
3  310-556-9608
   310-556-9670- Fax
4  tvidal@pryorcashman.com

5  Charlene C. Koonce (TX Bar No 11672850)
   *Admitted Pro Hac Vice*
   **SCHEEF & STONE, L.L.P.**
6  500 N. Akard, Suite 2700
   Dallas, Texas  75201
7  214-706-4200
   214-706-4242 - Fax
8  Charlene.koonce@solidcounsel.com
   RECEIVER

9

# UNITED STATES DISTRICT COURT
10 # CENTRAL DISTRICT OF CALIFORNIA

11 | FEDERAL TRADE COMMISSION,          Case No. 2:15-CV-4527-GW(PLAx)

12 |           Plaintiff,

13 |     v.                             RECEIVER'S FINAL REPORT, CASH
                                        BASED ACCOUNTING, REQUEST
                                        FOR AUTHORIZATION TO
14 | BUNZAI MEDIA GROUP, INC., a        DISTRIBUTE FUNDS TO THE FTC,
     California corporation, also doing AND REQUEST FOR OTHER
15 | business as AuraVie and Miracle Face MISCELLANEOUS RELIEF INCIDENT
     Kit, et al.,                      TO CLOSING RECEIVERSHIP, AND
16 |                                    NOTICE OF MOTION
             Defendants.
17                                      Hearing Date:  December 19, 2016
                                        TIME:          8:30 A.M.
18                                      CRTM:          9D
                                        JUDGE:         HON. GEORGE WU
19

20

21

# NOTICE OF MOTION

TO THE HONORABLE JUDGE GEORGE WU, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on December 19, 2016, commencing at 8:30 a.m. or as soon thereafter as the parties may be heard in Courtroom 9D of the above-entitled Court located at 350 West First Street, Los Angeles, California, 90012, Charlene Koonce, the Receiver in the above –entitled action, will and hereby does move the Court for an order approving her Final Report, the Cash-Based Accounting, and requests approval and seeks authority to complete various tasks necessary to close the receivership, including payment of final fees and expenses and transferring all remaining assets to the FTC.

PLEASE TAKE FURTHER NOTICE that this Motion is based upon this Notice of Motion and Motion; the accompanying memorandum of points and authorities and the declaration of Charlene C. Koonce; the pleadings, records and files of this case of which the Receiver requests the Court take judicial notice; and all other further pleadings, oral and documentary evidence and arguments of counsel as may be presented by the Receiver at or before the time of the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that a copy of this Notice of Motion and Motion, the accompanying memorandum of points and authorities and declaration of

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

1  Charlene C. Koonce will be mailed by first class mail to all interested persons who do

2  not receive an ECF notice.

3      PLEASE TAKE FURTHER NOTICE that this Motion is made following the

4  conference of counsel pursuant to Local Rule 7-3.   On November 10, 2015, the

5  Receiver counsel sent emails to counsel for all Individual Defendants, each Defendant

6  entity, and the FTC providing a copy of this Report and its exhibits.   In the email, all

7  parties were notified that **if they did not provide a statement of opposition within**

8  **one week, their position would be reported as unopposed.** Counsel for the FTC

9  affirmatively stated it had no opposition.   No other party responded to the email

10 conference and thus the Application is presumed to be unopposed.

11

12                                  */s/Charlene Koonce*
                                   Charlene C. Koonce

13                                  **Receiver**

14

15

16

17

18

19

20

21 RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC,
AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

**TABLE OF CONTENTS**

I.    SUMMARY OF RECEIVER'S ACTIVITIES ...................................................... 1

    A.    Background facts and Receiver's actions prior to entry of Final Judgment .............. 1
    B.    Notice of the Permanent Injunction and asset transfers ................................. 2
    C.    Receipt and liquidation of assets ........................................................ 2
    D.    Payroll taxes ............................................................................ 3
    E.    Tax returns and related issues .......................................................... 3
    F.    Control over entities ................................................................... 3

II.   REQUEST FOR APPROVAL OF ACCOUNTING ................................................ 4

III.  NOTICE TO TRADE CREDITORS ......................................................... 4

IV.   AUTHORIZATION TO MAKE DISTRIBUTION AND HOLD-BACK FUNDS ........... 4

V.    FUTURE ACTIVITIES .................................................................... 6

VI.   REQUEST TO CLOSE RECEIVERSHIP ................................................... 6

DECLARATION ............................................................................. 9

## REPORT

Pursuant to the provisions of the Stipulated Final Judgment,[1] Charlene C. Koonce, the Receiver, provides the following Final Report and Cash-Based Accounting, and requests approval[2] of the Report, Accounting, and authority to complete various tasks necessary to close the receivership and in support respectfully shows the Court as follows:

## I.   SUMMARY OF RECEIVER'S ACTIVITIES

**A.     Background facts and Receiver's actions prior to entry of Final Judgment**

The FTC filed this case to end the Defendant's sales of skin care products through negative option continuity plans.  Fifteen entities and seven individuals were originally named as defendants. The Receiver's and her accountants' investigation revealed a tangled web of entities used by the Defendants to operate the program, and eventually 23 entities were named as defendants.[3]

The vast majority of the Receiver's work occurred in the four months following appointment, and included identification and evaluation of each of the entities involved in the enjoined activities, identifying, tracing, freezing and taking possession or control over assets, efforts to obtain information and cooperation from the Defendants and third parties, and seeking the Court's assistance in obtaining that information and cooperation.[4]  Eventually, with the Court's authorization, tangible assets were sold, including the computers and other office equipment previously located in

---

[1] Docket No. 547.

[2] As discussed in the Certificate of Conference, the relief requested is unopposed.

[3] Of those corporate defendants, only the original fifteen entities were expressly included in the scope of the receivership and thus the only entities over which the Receiver exercised control, although the assets of the other entities were also declared to be receivership assets despite the Receiver having no duty or obligation regarding those additional entities added pursuant to the Amended complaint.  See Docket No. 212.  Corporate defendant Secured Merchants has not settled, but it is one of the entities whose assets were transferred to the estate although the Receiver did not assume control or any responsibility for its operation.  See Docket No. 212.

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

the business premises used by the Defendants.    Priorities for creditor claims were established, creditors were notified of the receivership, and tax returns were either filed or extended.

For a more detailed summary of the work performed by the Receiver, her counsel, and accountants prior to entry of the Permanent Injunction, the Receiver also incorporates by reference each Report and Fee Petition filed during her appointment.[5]

**B.    Notice of the Permanent Injunction and asset transfers**

Pursuant to the Stipulated Order for Permanent Injunction, ("Permanent Injunction")[6] all remaining funds not approved for payment of final fees and expenses will be transferred to the FTC. **Further, pursuant to the Order Establishing Claim Priorities,[7] all other creditor claims are subordinated to consumer redress. The FTC will accordingly determine how any redress to consumers or creditors is made.**

**C.    Receipt and liquidation of assets**

As of the date of this Report, all receivership assets have been liquidated. The proceeds of the Safe Deposit Box in Encino, California (registered in Doron Nottea's name) but included within the assets subject to the Receiver's control pursuant to Exhibit A to the Permanent Injunction, have been transferred to the receivership bank account. The only assets within the Receiver's control are in the estate's bank account.    After payment of all approved fees and expenses, the balance of the account will be transferred to the FTC and the account will be closed.

---

[4] The Receiver and her team's exhaustive efforts, opinions and conclusions are detailed in the equally exhaustive Initial Report. Docket Nos. 120- 124.

[5] *See,* Docket Nos. 120-124; 239; 276; 305; 318; 334; 340; 348; 419; 474; 490; 513; and 528.

[6] Docket No. 547.

[7] Docket No. 295.

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

**D.      Payroll taxes**

As authorized by the Permanent Injunction, payroll tax reports were filed and payroll taxes (including penalties and interest, if any) were paid for any Receivership Defendant that was still an active entity.[8]  Calenergy's 940 payroll taxes in the total amount of $160.82 and Focus Media's 940 payroll taxes in the amount of $137.85 were paid.

**E.      Tax returns and related issues**

The final tax return[9] for the receivership estate cannot be filed until all fees and expenses are paid and the bank balance is zero.  The tax return will be filed within ten days of the Court's ruling on the request to pay all final fees and expenses below.

The IRS also requires notice of termination of the receivership.  Accordingly, following entry of the Permanent Injunction, the Receiver filed a "Form 56" as to each Receivership Defendant with the IRS providing notice regarding the termination of receivership.  Notice that the Form 56 had been filed was provided to the Defendants.

**F.      Control over entities**

The Permanent Injunction does not require the Receiver to dissolve any entities, or file tax returns or pay income taxes for any of the Receivership Entities.  With notice of the end of the Receiver's fiduciary relationship provided to the IRS, the Receiver's responsibility for and control over the Receivership Entities ended.  The individual defendants have been notified of their obligation to prepare and file tax returns for any Receivership Entity which is still active and pay any

---

[8] The Final Judgment defines "Receivership Defendants" as: Adageo, LLC; Agoa Holdings, Inc.; Allstar Beauty Products, Inc.; AMD Financial Network, Inc.; Bunzai Media Group, Inc.; Calenergy, Inc.; DMA Media Holdings, Inc.; DSA Holdings, Inc.; Focus Media Solutions, Inc.; Heritage Alliance Group, Inc.; Insight Media, Inc.; KAI Media. Inc.; Lifestyle Media Brands, Inc.; Media Urge, Inc.; Merchant Leverage Group, Inc.; Pinnacle Logistics, Inc.; Safehaven Ventures, Inc.; SBM Management, Inc.; Shalita Holdings, Inc.; USM Products, Inc.; and Zen Mobile Media. Inc.

[9] State and federal 2015 returns have been filed.

related income taxes, and the Receiver requests a finding in the Order approving this Report regarding the absence of any obligation owed by the estate or the Receiver for such income taxes or income tax returns.

## II. REQUEST FOR APPROVAL OF ACCOUNTING

A cash basis accounting from June 16, 2015 (the date of the Receiver's appointment) through November 11, 2016 is attached as **Exhibit A**.  The accounting reflects total cash receipts and recoveries during the receivership of $1,433,631.07 and expenditures of $742,118.28 for the term of the Receiver's appointment, through November 11, 2016.  As reflected in the accounting, cash on hand as of November 11, 2016 is $691,512.79.  As noted above, upon the Court's approval of this Final Report, distribution in the amount of $679,134.08 (cash on hand less expenses and fees described below) will be made to the FTC.

The Receiver requests the Court's approval of this Final Accounting.

## III.   NOTICE TO TRADE CREDITORS

A copy of this Final Report will be served on all creditors identified on the creditor's matrix attached as **Exhibit B**.

## IV.  AUTHORIZATION TO MAKE DISTRIBUTION AND HOLD-BACK FUNDS

All known Receivership Assets have been sold or abandoned. Cash on hand is $691,512.79. Final fees and expenses incurred following payment of fees and expenses authorized by the Order Granting the Second Interim Fee Petition,[10] are as follows:

---

[10] The Second Interim Fee Petition included fees and expenses incurred between August 1, 2005 and June 30, 2016.

$5,394.00 fees for the Receiver (18.6 hours);[11]

$ 308.00 fees and $333.78 expenses ($641.78 total) for Scheef & Stone (2.2 hours);[12]

$ 2,595.00 fees and $181.66 expenses ($2,776.66 total) for Brandlin & Associates (8.1 hours)[13]

$ 1,640.00 fees for Don Fife (4 hours);[14]

$ 400.00 fees for Davidian & Associates (flat fee/ 2 hours estimated);[15] and

$ 747.50 fees and $28.77 expenses ($776.27 total) for Pryor Cashman,[16] (2.5 hours).

$ 11,084.50 fees and $544.21 expenses ($11,628.71 total) (37.4 hours)

Time sheets and/or invoices for all time detailed above are attached as Exhibits C - I.  The time and expenses billed in connection with the hours reflected above and in the attached invoices were reasonable and necessary for the administration of the estate.  The lodestar for these fees is $296.37.[17] The Receiver requests permission to pay these fees and expenses.

Finally, the Receiver anticipates 1 hour of her time ($290) 1 hour of Mr. Fife's time ($405)

---

[11] The Receiver's time was generally devoted to preparing this report, preparing and filing the Form 56s with the IRS, communicating with the accountants and reviewing the tax return, requesting local counsel's assistance with liquidation of the Safe Deposit Box, and communicating with the FTC regarding compliance with the Stipulated Judgment.

[12] Time billed by Scheef & Stone was limited to the Receiver's paralegal for communications with Bank of America and local counsel regarding liquidation of the cash in the safe deposit box.

[13] Brandlin and Associates prepared the cash-based accounting attached as **Exhibit A**, and prepared a declaration in support of an FTC motion.

[14] Don Fife, CPA, prepared the tax returns for the receivership estate and will assist with filing the final return once the Court approves this Report.

[15] Davidian and Associates prepared returns and reports for the payroll taxes for Receivership Entities which owed such taxes, and obtained information regarding all such outstanding amounts regarding the same.

[16] The Receiver's local counsel changed firms from Abrams Garfinkel Margolis Bergson, LLC to Pryor Cashman, LLP, and contracted to provide services at the same rates charged by Abrams Garfinkel.  The services provided for which compensation is requested in this Report were travelling to Encino, removing the cash from the safe deposit box, having the cash converted to a cashier's check and transferring those funds to the Receiver.

[17] The Receiver incorporates by reference the lodestar analysis from prior fee petitions.  *See* Docket Nos. 161 and 513.

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

and $50.00[18] in expenses will be necessary to finalize the estate's tax return, and prepare and file the Final Declaration affirming that the tax return was filed and the final distribution made to the FTC following payment of all final fees and expenses, and close the estate's bank account.   The Receiver requests permission to withhold these addition fees from the final distribution to the FTC and pay the fees and expenses when they are incurred.   After paying the accrued fees and expenses above ($11,628.71) and the unaccrued fees and expenses ($750.00), the balance available for transfer to the FTC will be $679,134.08.

## V.  **FUTURE ACTIVITIES**

A final tax return for the estate will be finalized once all estate fees and expenses are paid, and after the final distribution to the FTC is made, and filed.  Within ten days of filing the tax return, the Receiver will file a Closing Declaration, providing confirmation that she has paid all approved fees and expenses (including future fees and expenses as provided above), filed the estate's tax return, closed the estate's bank account, and completed any other tasks necessary to terminate the receivership.

## VI. **REQUEST TO CLOSE RECEIVERSHIP**

The Receiver has seized and liquidated all known Receivership Assets. In addition, all known trade creditors will receive a copy of this Final Report by mail. Moreover, with the payment of the accrued and future expenses, and distribution of the remaining asset as requested above, all Receivership Assets will be disbursed.

Accordingly, the Receiver requests entry of an Order which:

1)      Approves this Final Report, including express approval of the Receiver's, her counsel's and agents' conduct in performing the mandate of the Preliminary Injunction and the Final

---

[18] A copy of this Report and the Final Declaration must be sent to the court by federal express, and copies of the report

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

1    Judgment;

2           2)      Approves the Receiver's Cash-Basis Accounting attached as **Exhibit A**;

3           3)      Authorizes the Receiver to pay $11,628.71 for fees and expenses accrued through

4    November 11, 2016;

5           4)      Authorizes the Receiver to withhold $750.00 for payment of future fees and expenses,

     (including time billed after the date on which this report is filed, as estimated above ) and to pay such

6    future fees and expenses;

7           5)      Authorizes immediate transfer of $679,134.08 to the FTC;

8           6)      Authorizes the Receiver to store the receivership documents until destruction of the

9    documents is appropriate;

10          7)      Authorizes the Receiver to destroy all books and records not necessary to support the

     tax returns filed by the Receiver after 120 days from the date of this order;

11          8)      Exonerates and releases the Receiver's Bond filed in this matter upon filing of the

12   Closing Declaration;

13          9)      Declares that the receivership estate has no further responsibility or liability to prepare

14   or file any reports, returns, or tax documents for any Receivership Defendant or Relief Defendant, or

15   pay any tax or fees owed by any Receivership Defendants or Relief Defendant;

16          10)     Upon filing a Closing Declaration, exonerates and releases the Receiver and her

     employees, agents, accountants, and attorneys from any and all further liability to this receivership

17   estate, defendants, creditors, claimants, or beneficiaries of the Receivership Estate;

18          11)     Upon filing a Closing Declaration, enjoins all persons from commencing or

19   prosecuting, without leave of this Court, any action against the Receiver or her agents in connection

20   will need to be mailed to all creditors.

21   RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC,
     AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

1   with or arising out of the Receiver's service to this Court in this Receivership;

2       12)   Retains jurisdiction for the purpose of enforcing the above injunctive relief;

3       13)   Closes the Receivership, effective on the date the Receiver files a Closing Declaration confirming completion of all remaining tasks; and

4       14)   Grants the Receiver such other and further relief to which she may be justly entitled.

5                                       Respectfully submitted,
                                        **SCHEEF & STONE, L.L.P.**

6

7                                       */s/Charlene Koonce*
                                        Charlene C. Koonce
8                                       (TX SBN 11672850)
                                        500 N. Akard Street, Suite 2700
9                                       Dallas, Texas 75201
                                        Telephone: 214-706-4200
10                                      Telecopier: 214-706-4242
                                        *Admitted Pro Hac Vice*
11                                      **Receiver**

12

13

14

15

16

17

18

19

20

21   RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

## **DECLARATION**

I, Charlene Koonce, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1.      I am over the age of 18 years, have never been convicted of a crime involving moral turpitude, and am competent to make this Declaration.  I have personal knowledge of the facts stated herein.

2.      I am an attorney licensed to practice law in the state of Texas and am a partner with the law firm of Scheef & Stone, LLP. I have been licensed to practice law in Texas since 1991.  I am admitted to practice before all state and federal courts in the state of Texas, and am admitted to practice before the Fifth and Eleventh Circuit Courts of Appeal. My practice emphasis is in complex business litigation, particularly in federal courts, and I have extensive experience in serving as or representing equity receivers in government enforcement cases.

3.      The invoices attached to this Motion are true and correct copies of the invoices generated by Scheef & Stone, Pryor Cashman, Brandlin & Associates, Davidian & Associates, and Don Fife, for the services rendered as required by the Receivership Order, Preliminary Injunctions, and Permanent Injunction, and accurately reflect the charges incurred in connection with my appointment as Receiver.

4.      The fees reflected in the attached invoices are lower than the fees charged by attorneys and accountants with comparable skills, reputations, and experience in the Northern District of Texas and the Central District of California.   Similarly, the fees and expenses reflected in the invoices attached to the Motion are reasonable and customary rates and reflect services which were necessary to perform the Receiver's duties as outlined in the Receivership Order and the Preliminary Injunctions.

Executed this 17th day of November 2016.

/s/Charlene Koonce
CHARLENE C. KOONCE

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC,
AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that this motion is filed following the conference of counsel pursuant to L.R. 7.3, which took place on November 10, 2016. The Receiver conferred with counsel for the Federal Trade Commission and counsel for the Individual Defendants and Receivership Defendants regarding this Report and the relief sought herein.  Each party was provided with a copy of the Report and its exhibits, and notified that because the relief requested did not affect most- since most parties have settled- **their respective positions would be reported as "unopposed" unless each stated an opposition prior to filing.** The FTC affirmatively represented it has no opposition. No other party responded and all are thus presumed to agree with the relief requested above.

*/s/Charlene Koonce*
Charlene C. Koonce

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 17, 2016 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

1
Robert M. Ungar
Crosswind Law
2
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
3
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
4
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
5
Costa Mesa, CA 92626
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

6
Benjamin A. Pettit
20 East Pueblo Street
7
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

8
Reid Tepfer/ Luis Gallegos
Federal Trade Commission
9
1999 Bryan Street, Suite 2150
Dallas, TX 75201
10
*Counsel for the FTC*

11
Sagar Parikh
Beverly Hills Law Corp., PC
12
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc.*
13

Raymond E McKown
14
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
15
*Counsel for the FTC*

16
Shai Oved
The Law Offices of Shai Oved
17
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Secured Merchants, LLC*
18

19

20

– 12 –

21
RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

1        In addition, a true and correct copy of the foregoing was served by First Class Mail upon the creditors listed on **Exhibit B**.

2
                                            _/s/  Charlene C. Koonce____
                                            CHARLENE C. KOONCE
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

RECEIVER'S FINAL REPORT, CASH BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP

21

FTC vs. Bunzai

Recap: Funds Trasferred to Receiver - by Deposit/Entity

**Charlene Koonce as Receiver for Bunzai Media Group Inc et al**

**Summary of Unencumbered Cash Receipts and Disbursements**

**July 13, 2015 through November 11, 2016 (Inception-to-Date)**

| Date | Description | Check/Wire# | Amount |
|---|---|---|---|
| | | | $ - |
| **Beginning cash balance of Receivership: Amegy Bank #0266** | | | |
| **Cash Receipts** | | | |
| 7/17/2015 | Wells Fargo | 834160 | 449,273.26 |
| 7/21/2015 | Bank of America | 9495911771 | 57,318.00 |
| 7/24/2015 | Wells Fargo | 838282 | 2,689.00 |
| 7/23/2015 | Global Payments | 20150723000004950 | 88,588.74 |
| 7/28/2015 | Preferred Bank: Cash from Receivership Defendants' office | 19839 | 3,851.00 |
| 7/28/2015 | Bank of America | 9495922053 | 13,331.89 |
| 8/6/2015 | Wells Fargo | 844561 / 844566 | 39,283.42 |
| 8/19/2015 | EVO Merchant Services | various | 189,490.39 |
| 8/31/2015 | SignaPay_Priorty | various | 98,158.81 |
| 9/4/2015 | Above All Offers | 20150904000007260 | 414.00 |
| 9/11/2015 | SignaPay_Priorty | N/A | 8,613.83 |
| 9/14/2015 | Bank of America | N/A | 1,250.00 |
| 10/9/2015 | Bank of America | 9495969952 | 703.83 |
| 10/26/2015 | Bank of America | 1140003202 | 8,500.00 |
| 11/4/2015 | Mobooka, LLC | 2425 | 4,249.00 |
| 1/11/2016 | Vertex Holdings Group | N/A | 10,000.00 |
| 1/29/2016 | EVO Merchant Services | 4663 | 11,915.90 |
| 10/21/2016 | Bank of America / Nottea | N/A | 446,000.00 |
| **Total cash receipts** | | | **1,433,631.07** |
| **Cash Disbursements** | | | |
| 7/15/2015 | Rent: reseda-t0001439-Secured Commerce, LLC. #105 | 1001 | 2,654.05 |
| 7/15/2015 | Rent: reseda-t0001710-Focus Media Solutions, Inc. # 103 | 1002 | 1,078.00 |
| 7/14/2015 | DLX for Buisness 1411877307 | Debit | 125.66 |
| 9/14/2015 | Go Goldstar | 1001 | 2,791.24 |
| 9/28/2015 | Scheef & Stone LLP | 1002 | 142,969.09 |
| 9/28/2015 | Scheef & Stone LLP | 1003 | 43,329.48 |
| 10/1/2015 | Elluma Discovery | 1006 | 22,060.79 |
| 10/6/2015 | Scheef & Stone LLP | 1011 | 5,300.00 |
| 10/13/2015 | Brandin & Associates | 1010 | 103,235.19 |
| 10/16/2015 | Secured Merchants, LLC | 1009 | 1,121.92 |
| 10/19/2015 | Abrams Garfinkel Margolis Bergsoh | 1004 | 2,997.00 |
| 10/19/2015 | Extra Space Storage | 1012 | 573.00 |

EXHIBIT "A" tabbies

FTC vs. Bunzai
Funds Transferred to Receiver Detail by Account

| Received Date | Check/Wire # | Ref # | Bank | Account Title | Account Number | Amounts |
|---|---|---|---|---|---|---|
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Calenergy, Inc. | 5994291838 | $ 535.66 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Kai Media, Inc. | 3982239190 | 201,627.79 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Focus Media Solutions, Inc. | 5359196565 | 166,825.21 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Calenergy, Inc. | 1433608997 | 61,187.37 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | SBM Management, Inc. | 7709839091 | 5,666.26 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Pinnacle Logistics, Inc. | 7709838424 | 3,567.62 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Agoa Holdings, Inc. | 9972872288 | 3,583.69 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Zen Mobile Media, Inc. | 9972875422 | 2,648.95 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Lifestyle Media Brands, Inc. | 9972872320 | 1,586.63 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Lifestyle Media Brands, Inc. | 9972875711 | 931.28 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Insight Media, Inc. | 3982239026 | 597.22 |
| 7/17/2015 | 834160 | WF Check  Ref.65132615 | WF | Heritage Alliance Group, Inc. | 8583306637 | 515.58 |
| 7/24/2015 | 838282 | WF Check  Ref. 68351515 | WF | Focus Media Solutions, Inc. | 5359196565 | 2,689.00 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Media Urge, Inc. | 4130 | 574.61 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Pinnacle Logistics, Inc. | 7388 | 567.70 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Adageo, LLC. | 3733 | 7,045.78 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Calenergy, Inc. | 2294 | 493.63 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Calenergy, Inc. | 4908 | 2,254.15 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Calenergy, Inc. | 4044 | 1,937.05 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Kai Media, Inc. | 8700 | 228.00 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Insight Media, Inc. | 0919 | 17,252.00 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | SBM Management, Inc. | 5157 | 3,393.58 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Focus Media Solutions, Inc. | 3800 | 22,571.50 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Shalita Holdings, Inc. | 6189 | 500.00 |
| 7/21/2015 | 9495911771 | BofA Check  Ref.U061815000209 | BofA | Shalita Holdings, Inc. | 5618 | 500.00 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | Bunzai Media Group, Inc. | 878814021125 | 16,540.59 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | Bunzai Media Group, Inc. | 878814021128 | 20,753.52 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | Bunzai Media Group, Inc. | 878883001676 | 44,608.67 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | DMA Media Holdings, Inc. | 878883001773 | 3,646.36 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | Lifestyle Media Brands, Inc. | 878883001774 | 1,448.58 |
| 7/23/2015 | 2015072300004950 | WF Ref. 000007 | Global Payments | Lifestyle Media Brands, Inc. | 878883001776 | 1,591.02 |
| 7/28/2015 | 19839 | Brandin & Associate | Preferred Bank | Cash from Receivership Defendants' office | Cash | 3,851.00 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | Secured Commerce, LLC. | 1564 | 10,497.71 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | Secured Commerce, LLC. | 1577 | 111.72 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | Secured Commerce, LLC. | 1593 | 515.54 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | USM Products, Inc. | 8878 | 1,206.92 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | Merchant Leverage Group, Inc. | 5300 | 900.00 |
| 7/28/2015 | 9495922053 | BofA Check  Ref.U061815000209 | BofA | Merchant Leverage Group, Inc. | 5355 | 100.00 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | Shalita Holdings, Inc. | 612-5149036 | 7,711.65 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | Merchant Leverage Group, Inc. | 709-1019047 | 6,844.25 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | Secured Commerce, LLC. | 106-1562888 | 3,786.60 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | USM Products, Inc. | 973-9877777 | 1,871.32 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | All-Star Beauty Products, Inc. | 752-8984425 | 808.92 |
| 8/6/2015 | 844561 | WF Ref. 71035715 | WF | All-Star Beauty Products, Inc. | 991-9945031 | 0.02 |
| 8/6/2015 | 844566 | WF Ref. 71765115 | WF | DMA Media Holdings, Inc. | 977-2872296 | 8,106.27 |

FTC vs. Bunzai

Recap: Funds Trasferred to Receiver - by Deposit/Entity

| Date | Payee | Check # | Amount |
|---|---|---|---|
| 10/20/2015 | Scheef & Stone LLP | 1013 | 21,664.74 |
| 10/20/2015 | Scheef & Stone LLP | 1014 | 55,943.10 |
| 10/2/2015 | U-Haul Storage of Northridge | 1008 | 280.90 |
| 10/26/2015 | Elluma Discovery | 1017 | 8,220.00 |
| 10/27/2015 | Brandin & Associates | 1015 | 50,592.45 |
| 11/9/2015 | Abrams Garfinkel Margolis Bergsoh | 1016 | 612.91 |
| 11/17/2015 | Extra Space Storage | 1018 | 573.00 |
| 12/21/2015 | Brandin & Associates | 1022 | 50,592.45 |
| 12/14/2015 | Elluma Discovery | 1023 | 8,220.00 |
| 12/7/2015 | Scheef & Stone LLP | 1020 | 55,943.10 |
| 12/7/2015 | Scheef & Stone LLP | 1019 | 21,664.74 |
| 1/11/2016 | Abrams Garfinkel Margolis Bergsoh | 1021 | 612.91 |
| 9/6/2016 | Scheef & Stone LLP | 1024 | 63,510.00 |
| 9/6/2016 | Scheef & Stone LLP | 1025 | 55,356.76 |
| 9/12/2016 | Davidian & Associates | 1028 | 2,605.00 |
| 9/12/2016 | Elluma Discovery | 1029 | 6,745.00 |
| 9/19/2016 | Abrams Garfinkel Margolis Bergsoh | 1026 | 3,011.00 |
| 9/21/2016 | Brandin & Associates | 1027 | 7,436.06 |
| 10/18/2016 | Internal Revenue Service | 1030 | 160.82 |
| 10/18/2016 | Internal Revenue Service | 1031 | 137.85 |
| **Total Cash Disbursements** | | | **742,118.28** |
| | | | |
| Net change | | | 691,512.79 |
| **Ending unencumbered cash** | | | **$ 691,512.79** |

## Schedule of Creditors

|   | Creditor | Receivership Defendant | Claim Amount | Note |
|---|---|---|---|---|
| 1. | Lifescript, Inc.<br>c/o Ben Pettit<br>20 E. Pueblo Street<br>Santa Barbara, CA 93105<br><br>c/o Michael J. Reichmann, Esq.<br>Gardner & Reichmann, Inc.<br>1806 Broadway, Suite A<br>Santa Ana, CA 92706 | SBM Management, Inc. | $372,755 | Unliquidated contingent claim subject of lawsuit *Lifescript, Inc. v. SBM Management, Inc.; and Does 1-10, Inclusive,* Case No. EC062856, in the Superior Court of California, County of Los Angeles, Judge John P. Doyle, Department NC6D. |
| 2. | David Davidian<br>Davidian & Associates, CPA's<br>200 N. Maryland Ave., Suite 300<br>Glendale, CA 91206 | All Receivership Defendants | $1,000 | Accounting Services |
| 3. | Unknown | Sunset Holdings | $7,968,000 | Unsecured loans |
| 4. | Internal Revenue Service<br>Attn: Neal Kakuske<br>300 N. Los Angeles St.<br>Stop 5022<br>Los Angeles, CA 90012 | All Receivership Defendants | Unknown | 2014 and 2015 income tax liability, if any. Note, the individual defendants are resuming control over the Receivership Defendants, and are resuming responsibility for any income taxes due by the entities. All payroll taxes owed by the entities have been paid. |
| 5. | Regus Glendale<br>26901 Agoura Road, Suite 180<br>Calabasas, CA 91301 | SBM Management, Inc. | Unknown | Rent for 655 N. Central Avenue, Glendale, CA 91203 |
| 6. | Zackyulla "Zack" Malal<br>7835 Corbin Avenue<br>Winnetka, CA 91306<br><br>Johnson Tran<br>1114 N. Flores Street, #6<br>West Hollywood, CA 90069<br><br>Jean-Pierre Green<br>23055 Sheerman Way<br>West Hills, CA 91307<br><br>Jonathan Chiang<br>18621 Hillsboro Rd.<br>Northridge, CA 91326 | Focus Media Solutions | $2,000 | Wages owed to former employees |



EXHIBIT "B"

## Schedule of Creditors

| | Creditor | Receivership Defendant | Claim Amount | Note |
|---|---|---|---|---|
| | Rotem Fhima<br>7104 Corbin Ave.<br>Reseda, CA  91335 | | | |
| 7. | Dawn Goddard<br>Nancy Yalley<br>c/o Alexander Gareeb, Esq.<br>Gareeb Law Group<br>21333 Oxnard Street<br>Woodland Hills, CA 91367 | SBM Management, Inc.<br>Pinnacle Logistics<br>Defendant Alon Nottea<br>Defendant Khristopher<br>Bond | $10,000 | Settlement payment due to prior employees |
| 8. | Mr. Mark Ellerbe<br>Greenberg, Grant & Richards, Inc.<br>5858 Westheimer Road<br>Suite 500<br>Houston, TX 77057 | SBM Management, Inc. | $4,522.50 | Collection for Web App LLC |

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                07/31/2016

                                                            Account No:    8477-100
                                                            Invoice No:     872660

Matter 100 - Receiver

|            |     |                                                                                                                                                                                                                                                                                                                                                                       | Hours |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 07/05/2016 | CCK | Telephone conference with FTC regarding calculation for accountant dec in support of motion for default, and availability for live testimony if necessary; review prior dec and emails regarding calculations and exchange further emails regarding same | 0.50  |
| 07/06/2016 | CCK | Telephone conference with FTC regarding my inclusion in executing parties for settlement agreement as requested by counsel for Alon, and other issues related to settlement | 0.20  |
| 07/08/2016 | CCK | Email Unger regarding request for additional information regarding a release he is requesting from me and reply to response re same; email Benice regarding further information regarding limiting language he is requesting regarding my authority for inclusion in an order/judgment; review tax info rec'd from accountant and email FTC regarding same and regarding whether Ds are aware they will be responsible for preparing returns and paying 2015 taxes; Telephone conference with Jeff Benice regarding inquiry regarding status of CalEnergy following settlement; | 0.60  |
| 07/11/2016 | CCK | Telephone conference with all defense counsel and FTC regarding final orders and terms of same | 0.30  |
| 07/12/2016 | CCK | Review and revise proposed release for Lori Bekhor and Rachael Nottea and communicate with D's counsel and FTC regarding same; review proposed final order rec'd from FTC and communicate with FTC and all counsel regarding same | 0.30  |
| 07/15/2016 | CCK | Revise Report regarding monthly fees; review email from FTC to all settling defendants regarding receivership not terminating until resolution of CBA claims; continue drafting fee petition and conferring with assistant regarding reconciling invoices and reports | 2.70  |
| 07/20/2016 | CCK | Continued edits to fee petition; draft email to all counsel conferring |       |

EXHIBIT
"C"

Charlene C. Koonce, Receiver FTC v. Bunzai

Matter 100 - Receiver

|  |  |  | 07/31/2016 |
|---|---|---|---|
| Account No: | | | 8477-100 |
| Invoice No: | | | 872660 |

| | | | Hours | |
|---|---|---|---|---|
| | | regarding same; revise order to conform to totals in revised motion; confer w/assistant regarding drafting Notice of Lodging for same | 0.60 | |
| 07/22/2016 | CCK | Review FTC pleading regarding request for reset on trial regarding CBA (n/c) | | |
| | | For Current Services Rendered | 5.20 | 1,508.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Charlene C. Koonce | 5.20 | $290.00 | $1,508.00 |

Total Current Services and Expenses 1,508.00

Balance Due $1,508.00

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE
----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

08/31/2016

Account No:    8477-100
Invoice No:      872663


Matter 100 - Receiver


| | | | Hours | |
|---|---|---|---|---|
| 08/01/2016 | CCK | Review communications and records regarding amount transferred to estate from Secured Merchants and provide info regarding same to FTC as requested | 0.20 | |
| 08/02/2016 | CCK | Telephone conference with FTC regarding conference on fee petition | 0.10 | |
| 08/04/2016 | CCK | Review email from FTC regarding conference on fee petition; revise cert of conference and hearing date and confer w/assistant regarding drafting Notice of Lodging and filing petition and all exhibits | 0.20 | |
| 08/12/2016 | CCK | Review and revise Fee Report; email accountants for recommendation of accountant to prepare returns for the receivership estate | 0.40 | |
| 08/16/2016 | CCK | Email accountant Davidian regarding payroll tax reports and amounts due and preparation of same; begin drafting Final Report; email exchange with Brandlin accountants regarding referral for accountant to prepare estate tax return | 1.40 | |
| 08/24/2016 | CCK | Telephone conference with accountant regarding estate tax return; review and revise engagement agreement regarding same; pull account summary information and other relevant docs to forward to accountant; review status reports filed by the parties today | 0.70 | |
| 08/25/2016 | CCK | Email court regarding request to appear by telephone for hearing on fees | 0.20 | |
| | | For Current Services Rendered | 3.20 | 928.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Charlene C. Koonce | 3.20 | $290.00 | $928.00 |

Charlene C. Koonce, Receiver FTC v. Bunzai

08/31/2016

Account No:   8477-100
Invoice No:    872663

Matter 100 - Receiver

| | |
|---|---|
| Total Current Services and Expenses | 928.00 |
| Previous Balance | $1,508.00 |
| Balance Due | $2,436.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
--------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                    09/30/2016

                                                             Account No:      8477-100
                                                             Invoice No:      872666

Matter 100 - Receiver

|  |  |  | | Hours |  |
|---|---|---|---|---|---|
| 09/01/2016 | CCK | Review fee petition and prior fee petition and prepare for hearing; appear at hearing by telephone; email court with additional language for inclusion in the order voiding requirement to file further monthly reports | | 0.80 | |
| 09/23/2016 | CCK | Continued review of filed Stipulated Judgment; email local counsel regarding availability to access safe deposit box to recover cash and convert to a cashier's check; confer w/tax accountant regarding status of tax return prep for estate; review info regarding which entities we filed Form 56 notices for and confer w/assistant regarding preparing notices regarding termination of fiduciary relationship for same; confer w/accountant (Davidian) regarding status of confirming amounts due for payroll taxes and penalties; continue drafting final report | | 1.50 | |
|  |  | For Current Services Rendered | | 2.30 | 667.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Charlene C. Koonce | 2.30 | $290.00 | $667.00 |

Total Current Services and Expenses                                              667.00

Previous Balance                                                             $2,436.00

Balance Due                                                                  $3,103.00

Charlene C. Koonce, Receiver FTC v. Bunzai

09/30/2016
Account No:    8477-100
Invoice No:      872666

Matter 100 - Receiver

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE
-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

|  |  |
|---|---|
|  | 10/31/2016 |
| Account No: | 8477-100 |
| Invoice No: | 872669 |


Matter 100 - Receiver


| Date | | Description | Hours |
|---|---|---|---|
| 10/10/2016 | CCK | Review stipulated judgment entered by court and email from Davidian regarding payroll taxes owed; email Davidian regarding authority to pay same; email local counsel regarding accessing safe deposit box and withdrawing all funds for transfer to estate bank account; execute checks for payment of payroll taxes; review draft Form 56s terminating fiduciary relationship for Receivership Defendants and email defendants regarding their responsibility to file tax returns for those entities; email tax accountant regarding status of having estate tax return prepared | 0.90 |
| 10/11/2016 | CCK | Review briefly notes and guarantees, purportedly secured by property subject to sale in final settlement; confer with Bank's attorney regarding whether collateral is owned free and clear by the defendant or subject to a further purchase mortgage | 0.30 |
|  | CCK | Finalize Form 56s terminating fiduciary relationship and email IRS regarding same | 0.30 |
| 10/12/2016 | CCK | Confer w/local counsel regarding associate/paralegal to clean out safe deposit box and manner of forwarding funds to me; telephone tax accountant; LM.  Review message from IRS agent confirming receipt of Form 56s. | 0.20 |
| 10/20/2016 | CCK | Confer w/local counsel regarding confirmation that safe deposit box is empty and mechanics of having funds transferred to me | 0.20 |
| 10/21/2016 | CCK | Receive $446k cashier's check and take same to bank for deposit; email accountant regarding same and status of estate tax return. | 0.30 |
| 10/28/2016 | CCK | Email accountant regarding status of estate tax returns | 0.10 |
| 10/31/2016 | CCK | Review 2015 returns (fed and CA) for the estate and confer w/accountant regarding same; confer w/accountants regarding preparing final cash-based accounting from inception through close and final fees; |  |

Charlene C. Koonce, Receiver FTC v. Bunzai

|  |  |
|---|---|
|  | 10/31/2016 |
| Account No: | 8477-100 |
| Invoice No: | 872669 |

Matter 100 - Receiver

|  | Hours |  |
|---|---|---|
| confer w/local counsel regarding getting final invoice for inclusion in Final Report; continue drafting final report | 1.30 |  |
| For Current Services Rendered | 3.60 | 1,044.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Charlene C. Koonce | 3.60 | $290.00 | $1,044.00 |

| | |
|---|---|
| Total Current Services and Expenses | 1,044.00 |
| Previous Balance | $3,103.00 |
| Balance Due | $4,147.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE

----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

|  |  |
|---|---|
| | 11/09/2016 |
| Account No: | 8477-100 |
| Invoice No: | 872932 |

Matter 100 - Receiver

| | | | | Hours |
|---|---|---|---|---|
| 11/01/2016 | CCK | Continue drafting Final Report and Order regarding same | | 1.40 |
| 11/03/2016 | CCK | Close review of final accounting showing all income/payments since inception of receivership and incorporate information regarding same into Final Report; review invoices rec'd from accountants and continue drafting Final Report | | 0.40 |
| 11/08/2016 | CCK | Continue drafting Final Report and begin draft of Closing Declaration; Telephone conference with Bank of America regarding their request for confirmation that Doron's accounts can be unfrozen; edit creditor's matrix; confer w/local counsel regarding lat bill; review final outstanding invoice and calculate total funds requested for payments and amount that can be transferred to FTC for inclusion in the Report; provide same information to accountant for inclusion in estate's final tax return | | 2.50 |
| | | For Current Services Rendered | | 4.30 | 1,247.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Charlene C. Koonce | 4.30 | $290.00 | $1,247.00 |

| | |
|---|---|
| Total Current Services and Expenses | 1,247.00 |
| Previous Balance | $4,147.00 |
| Balance Due | $5,394.00 |

Past Due Amounts

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 1,044.00 | 667.00 | 928.00 | 1,508.00 | 0.00 | 0.00 |

Charlene C. Koonce, Receiver FTC v. Bunzai

11/09/2016

Account No:    8477-100
Invoice No:     872932

Matter 100 - Receiver

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

## INVOICE
--------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

08/31/2016
Account No:    8477-102
Invoice No:    872664

Matter 102 - Representation of the Receiver

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  |  | | |
| 08/30/2016 | WLH | Review fax from Mary at All Boxed Inn regarding rental fees for two post office boxes associated with defendants; email C Koonce regarding the need for any of the post office boxes; draft letter and fax to Mary notice the Receiver no longer will maintain the post office boxes. | 0.25 | |
|  |  | For Current Services Rendered | 0.25 | 35.00 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Will Hester | 0.25 | $140.00 | $35.00 |

Total Current Services and Expenses                                        35.00

Balance Due                                                                          $35.00

TERMS: DUE AND PAYABLE UPON RECEIPT



Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
-------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

09/30/2016
Account No:   8477-102
Invoice No:   872667

Matter 102 - Representation of the Receiver

|            |     |                                                                                                                                                                        | Hours |       |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------|
| 09/23/2016 | WLH | Review email from C Koonce requesting information regarding the location of the key to Doron Nottea's safe deposit box and provide C Koonce with contact information for Kelsey Schulz. | 0.10  |       |
|            |     | For Current Services Rendered                                                                                                                                           | 0.10  | 14.00 |

| Recapitulation |       |             |         |
|----------------|-------|-------------|---------|
| Timekeeper     | Hours | Hourly Rate | Total   |
| Will Hester    | 0.10  | $140.00     | $14.00  |

Total Current Services and Expenses                                                                          14.00

Previous Balance                                                                                             $35.00

Balance Due                                                                                                  $49.00

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

### INVOICE
-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

10/31/2016
Account No:     8477-102
Invoice No:      872670

Matter 102 - Representation of the Receiver

| | | | Hours |
|---|---|---|---|
| 10/06/2016 | WLH | Review email from C Koonce requesting Order granting turnover of cash in safe deposit box be sent to California counsel assisting with the receivership; email Tom Vidal, Kelsey Schulz, and Mike Weiss copy of Order and request assistance with taking possession of the cash from the safe deposit box; review email from Tom Vidal advising he can assist and will check with Kelsey Schulz regarding the key. | 0.25 |
| 10/10/2016 | WLH | Review and respond to emails (x8) regarding safe deposit box key; review emails from Kelsey Schulz regarding key. | 0.30 |
| 10/11/2016 | WLH | Photograph possible safe deposit box key and email photograph to Maria Yeghiayan at Bank of America to verify whether photographed key is correct for safe deposit box. | 0.25 |
| 10/12/2016 | WLH | Review hard files for safe deposit key- located; advise C Koonce the key has been located; email Maria Yeghiayan at Bank of America to begin scheduling access to Nottea's safe deposit box with local counsel. | 0.30 |
| 10/14/2016 | WLH | Email correspondence with Maria Yeghiayan regarding schedule to access safe deposit box and who will be showing up on behalf of the Receiver. | 0.10 |
| 10/17/2016 | WLH | Email correspondence and teleconference with Maria Yeghaiyan at Bank of America regarding approval and schedule to access Nottea's safe deposit box; email C Koonce and advise that access to safe deposit box has been approved by the bank for access; email and teleconference with Elise Farotto at Tom Vidal's office to coordinate access to the safe deposit box by an associate from the Pryor Cashman; forward safe deposit box key to Farotto's attention via FedEx. | 0.40 |
| 10/19/2016 | WLH | Review email from Elise Farotto stating FedEx has not delivered safe deposit key; access tracking using FedEx website for the purpose of | |

Charlene C. Koonce, Receiver FTC v. Bunzai

10/31/2016
Account No:   8477-102
Invoice No:    872670

Matter 102 - Representation of the Receiver

|  | Hours | |
|---|---|---|
| checking status of delivery; forward Farotto status via email. | 0.25 | |
| For Current Services Rendered | 1.85 | 259.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Will Hester | 1.85 | $140.00 | $259.00 |

| Total Current Services and Expenses | 259.00 |
|---|---|
| Previous Balance | $49.00 |
| Balance Due | $308.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE

---------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

07/31/2016

Account No:   8477-103
Invoice No:   872662

Matter .103 - Receivership Expenses

| | | |
|---|---|---|
| 07/15/2016 | Monthly QuickBooks subscription- INTUIT QB online (KMC Firm CC) | 22.38 |
| 07/20/2016 | Overnight Delivery (1) Federal Express | 17.77 |
| 07/22/2016 | Storage - Dropbox - Online Storage ( WHH Firm CC) | 10.65 |
| | Total Expenses | 50.80 |
| | Total Current Services and Expenses | 50.80 |
| | Balance Due | $50.80 |

TERMS: DUE AND PAYABLE UPON RECEIPT



| Date | Action | Description | Amount |
|------|--------|-------------|--------|
| 09/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 08/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 07/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 06/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 05/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 04/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 02/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 01/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 12/14/2015 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 10/14/2015 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 09/14/2015 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 08/21/2015 | Update Payment Method | Updated billing information for: Visa ends with 7182 | -- |
| 08/14/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Change Subscription Status | Changing Subscription status from Suspended to Active | -- |
| 07/14/2015 | Update Payment Method | Updated billing information for: Visa ends with 6807 | -- |
| 03/14/2016 | Subscription Renewal | Charged for subscription renewal | $22.38 |
| 07/14/2015 | Renewed subscription | Renewed subscription by resubmitting payment information | -- |
| 07/02/2015 | Change Subscription Status | Changing Subscription status from Active to Suspended | -- |
| 07/02/2015 | Change Subscription Status | Changing Subscription status from Active to Suspended | -- |
| 07/02/2015 | Change Subscription Status | Changing Subscription status from Active to Suspended | -- |
| 06/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 05/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 04/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 03/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 02/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 01/01/2015 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 12/01/2014 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 11/01/2014 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 10/01/2014 | Subscription Renewal | Charged for subscription renewal | $20.99 |
| 09/01/2014 | Subscription Renewal | Charged for subscription renewal | $20.99 |

**FedEx** ®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-493-99638 | Jul 27, 2016 | 1494-2653-1 | 11 of 19 |

Tracking ID: 776810407892 continued

| | | | |
|---|---|---|---|
| Svc Area | AA | Automation Bonus Discount | -3.81 |
| Signed by | J.FUCHIK | Fuel Surcharge | 0.31 |
| FedEx Use | 000000000/0000211/_ | Earned Discount | -8.63 |
| | | Total Charge | USD | $15.70 |

| 8292.101 Reference Subtotal | USD | $15.70 |
|---|---|---|

**Ship Date: Jul 18, 2016** **Cust. Ref: 8386.101** **Ref #2**
**Payor: Shipper** **Ref #3**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $3196.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 776763699650 | Kelly M. Massad | Hon. Marilyn Aboussie |
| Service Type | FedEx Standard Overnight | Scheef & Stone | 112 West Beauregard |
| Package Type | FedEx Envelope | 2600 Network Blvd. | SAN ANGELO TX 76903 US |
| Zone | 03 | FRISCO TX 75034 US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 25.38 |
| Delivered | Jul 18, 2016 10:54 | Earned Discount | -8.63 |
| Svc Area | A4 | Fuel Surcharge | 0.26 |
| Signed by | C.TORRES | Automation Bonus Discount | -3.81 |
| FedEx Use | 000000000/0000211/_ | Total Charge | USD | $13.20 |

| 8386.101 Reference Subtotal | USD | $13.20 |
|---|---|---|

**Ship Date: Jul 20, 2016** **Cust. Ref: 8477.102** **Ref #2**
**Payor: Shipper** **Ref #3**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $3196.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Distance Based Pricing, Zone 6

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 776791518632 | Deb Baxter | Honorable George H. Wu |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE L.L.P> | US District Court Central Dist |
| Package Type | FedEx Envelope | 500 N Akard St | 312 North Spring Street |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 34.15 |
| Delivered | Jul 21, 2016 09:19 | Earned Discount | -11.61 |
| Svc Area | A1 | Automation Bonus Discount | -5.12 |
| Signed by | T.TRACY | Fuel Surcharge | 0.35 |
| FedEx Use | 000000000/0000230/_ | Total Charge | USD | $17.77 |

| 8477.102 Reference Subtotal | USD | $17.77 |
|---|---|---|

**Ship Date: Jul 13, 2016** **Cust. Ref: 8583.100** **Ref #2**
**Payor: Recipient** **Ref #3**

The Earned Discount for this ship date has been calculated based on a revenue threshold of $3196.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Distance Based Pricing, Zone 3
Package sent from: 77301 zip code

| | | | |
|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** |
| Tracking ID | 865198903601 | TOM OCONNELL | BRYAN HAYNES |
| Service Type | FedEx Standard Overnight | GAUNTT KOEN BINNEY WOODALL & K | SCHEEF STONE LLP |
| Package Type | FedEx Envelope | 1400 WOODLOCH FOREST DR # 575 | 500 N AKARD ST 2700 |
| Zone | 03 | THE WOODLANDS TX 77380-1179 US | DALLAS TX 75201 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jul 14, 2016 10:10 | Transportation Charge | 25.38 |
| Svc Area | A1 | Earned Discount | -8.63 |
| Signed by | J.JACKSON | Fuel Surcharge | 0.34 |
| FedEx Use | 019573202/0000211/_ | Total Charge | USD | $17.09 |

| 8583 100 Reference Subtotal | USD | $17.09 |
|---|---|---|

Receipt CX1NQ5QTBQHH - Dropbox                                                                    Page 1 of 1

**Dropbox Inc.**
333 Brannan Street
San Francisco, CA 94107
United States
billing-support@dropbox.com

## Receipt for will.hester@solidcounsel.com

| Payment | Date | Amount | Receipt ID |
|---|---|---|---|
| Visa ending in 5305 approved | 7/22/2016 | $10.65 | CX1NQ5QTBQHH |

| Description | Amount |
|---|---|
| Dropbox Pro - 1TB (7/22/2016 to 8/22/2016) | $9.99 |
| Subtotal | $9.99 |
| + Sales tax (8.25%) | $0.66 |
| **Total** | $10.65 |

All amounts shown are in USD. This is not an invoice. No additional payment is required.

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200


INVOICE

-------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                          08/31/2016
                                                                    Account No:      8477-103
                                                                    Invoice No:       872665



Matter .103 - Receivership Expenses




| | | |
|---|---|---|
| 08/04/2016 | Overnight Delivery (1) Federal Express | 34.40 |
| 08/05/2016 | Postage | 77.46 |
| 08/08/2016 | Overnight Delivery (1) Federal Express | 38.11 |
| 08/14/2016 | Monthly QuickBooks subscription- INTUIT QB online (KMC Firm CC) | 22.38 |
| 08/15/2016 | Overnight Delivery (1) Federal Express | 18.55 |
| 08/15/2016 | Photocopies | n/c |
| 08/18/2016 | Postage | 6.45 |
| 08/22/2016 | Storage - Dropbox - Online Storage ( WHH Firm CC) | 10.65 |
| | Total Expenses | 208.00 |
| | Total Current Services and Expenses | 208.00 |
| | Previous Balance | $50.80 |
| | Balance Due | $258.80 |


TERMS: DUE AND PAYABLE UPON RECEIPT



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-508-55512 | Aug 10, 2016 | 1494-2653-1 | 15 of 26 |

Ship Date: Aug 05, 2016  Cust. Ref: 8477.102  Ref #2
Payor: Shipper  Ref #3

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2694.84
Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 776923900200 | Charlene Koonce | Honorable George H. Wu | |
| Service Type | FedEx Priority Overnight | Scheef & Stone LLP | US District Court Central Dist | |
| Package Type | FedEx Pak | 500 N. Akard | 312 North Spring Street | |
| Zone | 06 | DALLAS TX 75201 US | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 63.32 |
| Delivered | Aug 05, 2016 09:51 | Automation Bonus Discount | | -9.50 |
| Svc Area | A1 | Fuel Surcharge | | 0.84 |
| Signed by | J.JOHN | Earned Discount | | -20.26 |
| FedEx Use | 000000000/0001574/_ | Total Charge | USD | $34.40 |

**8477.102 Reference Subtotal    USD        $34.40**

Ship Date: Jul 27, 2016  Cust. Ref: 8523.101  Ref #2
Payor: Shipper  Ref #3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 3196.77
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Distance Based Pricing, Zone 5
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | | |
|---|---|---|---|---|
| Automation | INET | Sender | Recipient | |
| Tracking ID | 776858363118 | Melissa Diaz | Division of Corporate and Cons | |
| Service Type | FedEx Standard Overnight | SCHEEF & STONE L.L.P. | Department of Financial Instit | |
| Package Type | FedEx Pak | 2400 Network Blvd. | 201 West Washington Avenue, Su | |
| Zone | 05 | FRISCO TX 75034 US | MADISON WI 53703 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 48.74 |
| Delivered | Jul 28, 2016 09:31 | Automation Bonus Discount | | -7.31 |
| Svc Area | A1 | Earned Discount | | -16.08 |
| Signed by | M.MAHAMEDOVA | Fuel Surcharge | | 0.51 |
| FedEx Use | 000000000/0001349/_ | Total Charge | USD | $25.86 |

**8523.101 Reference Subtotal    USD        $25.86**

Ship Date: Aug 05, 2016  Cust. Ref: 85701 101  Ref #2
Payor: Shipper  Ref #3

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2694.84
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | USAB | Sender | Recipient | |
| Tracking ID | 805007629780 | BRYAN HAYNES | KIMBERLY | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE LLP | GUEST & ASSOCIATES PC | |
| Package Type | FedEx Envelope | 500 N AKARD ST STE 2700 | 421 E AIRPORT FWY | |
| Zone | 02 | DALLAS TX 75201-3306 US | IRVING TX 75062 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Declared Value | USD 10.00 | Transportation Charge | | 21.77 |
| Delivered | Aug 08, 2016 09:34 | Declared Value Charge | | 0.00 |
| Svc Area | A1 | Earned Discount | | -6.97 |
| Signed by | M.SNYDER | Fuel Surcharge | | 0.37 |
| FedEx Use | 021888540/0000186/_ | Total Charge | USD | $15.17 |

**85701 111 Reference Subtotal    USD        $15.17**

**Payment Details**

# QuickBooks Online Essentials
# 1204888775

| Payment To | Payment Date |
|---|---|
| **Intuit** | **14 Aug 2016** |

| ITEM DETAILS | AMOUNT |
|---|---|
| Base Subscription | $26.95 |
| Discount | $ -5.96 |
| Tax | $1.39 |

Total    **$22.38**

Print          Done



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-523-18242 | Aug 24, 2016 | 1494-2653-1 | 14 of 14 |

Ship Date: Aug 09, 2016
Payor: Shipper

Cust. Ref: Bunzai 8477.102
Ref #3

Ref #2

The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2694.84
Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
Distance Based Pricing, Zone 6
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
Package Delivered to Recipient Address - Release Authorized
The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 776943857344 | Charlene Koonce | | Honorable George H. Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF & STONE L.L.P> | | USDC Central Dist of Californi | |
| Package Type | Customer Packaging | 500 N. Akard | | 312 North Spring Street | |
| Zone | 06 | DALLAS TX  75201 US | | LOS ANGELES CA  90012 US | |
| Packages | 1 | | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | | 70.15 |
| Delivered | Aug 09, 2016 09:20 | Earned Discount | | | -22.45 |
| Svc Area | A1 | Fuel Surcharge | | | 0.93 |
| Signed by | see above | Automation Bonus Discount | | | -10.52 |
| FedEx Use | 000000000/0001574/02 | Total Charge | | USD | $38.11 |

**Bunzai 8477.102 Reference Subtotal**   USD   **$38.11**

Ship Date: Aug 16, 2016
Payor: Shipper

Cust. Ref: Bunzai 8477.103
Ref #3

Ref #2

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2694.84
Distance Based Pricing, Zone 6
Package sent from: 75038 zip code

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 776992891451 | Lanette Fidone | | Honorable George H. Wu | |
| Service Type | FedEx Priority Overnight | SCHEEF | | USDC Central Dist of Californi | |
| Package Type | FedEx Envelope | 500 North Akard | | 312 North Spring Street | |
| Zone | 06 | MCKINNEY TX  75070 US | | LOS ANGELES CA  90012 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 34.15 |
| Delivered | Aug 16, 2016 09:21 | Fuel Surcharge | | | 0.45 |
| Svc Area | A1 | Automation Bonus Discount | | | -5.12 |
| Signed by | J.JOHN | Earned Discount | | | -10.93 |
| FedEx Use | 000000000/0000230/_ | Total Charge | | USD | $18.55 |

**Bunzai 8477.103 Reference Subtotal**   USD   **$18.55**

Ship Date: Aug 05, 2016
Payor: Shipper

Cust. Ref: DCB - PERSONAL PEY
Ref #3

Ref #2

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.50% to this shipment.
The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 2694.84
Distance Based Pricing, Zone 2

| Automation | USAB | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 805007629770 | DOUGLAS C BRACKEN | | ATTN HAZARD CLAIMS | |
| Service Type | FedEx 2Day | SCHEEF & STONE LLP | | COLONIAL SAVINGS | |
| Package Type | FedEx Envelope | 500 N AKARD ST STE 2700 | | 26216 WEST FWY | |
| Zone | 02 | DALLAS TX  75201-3306 US | | FORT WORTH TX  76102 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Declared Value | USD  10.00 | Transportation Charge | | | 15.69 |
| Delivered | Aug 09, 2016 08:22 | Declared Value Charge | | | 0.00 |
| Svc Area | A1 | Fuel Surcharge | | | 0.29 |
| Signed by | W.WALKER | Earned Discount | | | -4.24 |
| FedEx Use | 021888540/0001108/_ | Total Charge | | USD | $11.74 |

*3007* ✓

**DCB - PERSONAL PEY Reference Subtotal**   USD   ~ **$11.74**

**Total FedEx Express**   USD   **$975.56**

**Dropbox Inc.**
333 Brannan Street
San Francisco, CA 94107
United States
billing-support@dropbox.com

## Receipt for will.hester@solidcounsel.com

| Payment | Date | Amount | Receipt ID |
|---|---|---|---|
| Visa ending in 5305 approved | 8/22/2016 | $10.65 | VV2ZS235M353 |

| Description | Amount |
|---|---|
| Dropbox Pro - 1TB (8/22/2016 to 9/22/2016) | $9.99 |
| Subtotal | $9.99 |
| + Sales tax (8.25%) | $0.66 |
| **Total** | $10.65 |

All amounts shown are in USD. This is not an invoice. No additional payment is required.

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE

-----------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai

09/30/2016
Account No:    8477-103
Invoice No:    872668

Matter .103 - Receivership Expenses

| | | |
|---|---|---|
| 09/14/2016 | Monthly QuickBooks subscription- INTUIT QB Online (KMC Firm CC) | 22.38 |
| 09/30/2016 | Computerized legal research (623) Pacer Service Center | n/c |
| 09/30/2016 | Computerized legal research (623) Pacer Service Center | n/c |
| 09/30/2016 | Computerized legal research (623) Pacer Service Center | n/c |
| | Total Expenses | 22.38 |
| | Total Current Services and Expenses | 22.38 |
| | Previous Balance | $258.80 |
| | Balance Due | $281.18 |

TERMS: DUE AND PAYABLE UPON RECEIPT

Payment Details

# QuickBooks Online Essentials

\# 1204888775

Payment To
**Intuit**

Payment Date
**14 Sep 2016**

| ITEM DETAILS | AMOUNT |
|---|---|
| Base Subscription | $26.95 |
| Discount | $ -5.96 |
| Tax | $1.39 |

Total    **$22.38**

Print                                    Done

Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, Texas  75201
(214) 706-4200

INVOICE
--------------------------------------------------------------

Charlene C. Koonce, Receiver FTC v. Bunzai                                    10/31/2016
                                                            Account No:      8477-103
                                                            Invoice No:       872671


Matter .103 - Receivership Expenses


| | | |
|---|---|---|
| 10/14/2016 | Monthly QuickBooks subscription- INTUIT QB online (KMC Firm CC) | 22.38 |
| 10/17/2016 | Overnight Delivery (1) Federal Express | 30.22 |
| | Total Expenses | 52.60 |
| | Total Current Services and Expenses | 52.60 |
| | Previous Balance | $281.18 |
| | Balance Due | $333.78 |


TERMS: DUE AND PAYABLE UPON RECEIPT

**Payment Details**

# QuickBooks Online Essentials
# 1204888775

| Payment To | Payment Date |
|---|---|
| **Intuit** | **14 Oct 2016** |

| ITEM DETAILS | AMOUNT |
|---|---|
| Base Subscription | $26.95 |
| Discount | $ -5.96 |
| Tax | $1.39 |

Total    **$22.38**

Print                                        Done

**FedEx.**

FedEx Billing Online

| Tracking ID Details | | Back |
| --- | --- | --- |

## Tracking ID Summary

≤ Prev   Next ≥

**Billing Information**

| | |
| --- | --- |
| Tracking ID no. | 777489782336 |
| Invoice no. | 5-590-68375 |
| Account no. | 1494-2653-1 |
| Ship date | 10/17/2016 |
| Invoice date | 10/26/2016 |
| Due date | 11/10/2016 |
| Tracking ID Balance due | $30.22 |
| Status | Open |

View Invoice History
View signature proof of delivery

**Messages**

Business Closed or Adult Recipient Unavailable - D Read More..
Original address - 1807 CENTURY PARK EAST/LOS  Read
ANGE                                                                            More..
Distance Based Pricing, Zone 6
The Earned Discount for this ship date has been ca Read More..
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

## Transaction Details

| | Help Hide |
| --- | --- |

**Sender Information**

Will Hester
SCHEEF & STONE L.L.P>
500 N Akard
DALLAS TX 75201
US

**Shipment Details**

| | |
| --- | --- |
| Ship date | 10/17/2016 |
| Payment type | Shipper |
| Service type | FedEx Standard Overnight |
| Zone | 06 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 103599655 |
| Declared value | $0.00 |

**Recipient Information**

ELISE FAROTTO
PRYOR CASHMAN LLP
1801 CENTURY PARK EAST

LOS ANGELES CA  90067
US

**Charges**

| | |
| --- | --- |
| Transportation Charge | 33.09 |
| Address Correction | 13.00 |
| Fuel Surcharge | 0.34 |
| Weekday Delivery | 0.00 |
| Earned Discount | -11.25 |
| Automation Bonus Discount | -4.96 |
| Total charges | $30.22 |

Enter promo code

**Original Reference**

| | |
| --- | --- |
| Customer reference no. | 8477.102 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Updated Reference** Edit

| | |
| --- | --- |
| Customer reference no. | |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
| --- | --- |
| Delivery date | 10/19/2016 10:21 |
| Service area code | A1 |
| Signed by | C.W |

View signature proof of delivery

**Cost Allocation Reference** Edit

Cost allocation
Shipment Notes

Back

# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

July 29, 2016

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13727

|  |  | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2016 | JEB | Review the Exhibit 7 to a Receiver's Report to the court. Phone call with Charlene Koonce regarding declaration for Reid Tepfer on revenues associated with BunZai Media. Discussion with Charlene Koonce regarding preparation of Receiver's tax returns. Phone call with Reid Tepfer and Zachary Keller from the Federal Trade Commission. Review of Richard Lieu's draft of the declaration for Jeffrey Brandlin. | 2.10 450.00/hr | 945.00 |
| | RL | Prepare declaration and exhibit. | 3.50 275.00/hr | 962.50 |
| | | Subtotal of charges | | $1,907.50 |
| | | For professional services rendered | 5.60 | $1,907.50 |
| | | Additional Charges : | | |
| 7/29/2016 | AA | Administration charge for faxes, technology, cellular phone and copying charge. | | 133.53 |
| | | Total costs | | $133.53 |
| | | Total amount of this bill | | $2,041.03 |
| | | Previous balance | | $7,436.81 |
| | | Balance due | | $9,477.84 |

Payment is due and payable upon receipt



# Brandlin & Associates

Accountancy Corporation
12100 Wilshire Blvd, Suite 1120
Los Angeles, CA 90025
(310) 789-1777

October 31, 2016

Charlene Koonce, Partner
Scheef & Stone, L.L.P.
500 N. Akard, Suite 2700
Dallas, TX 75201

In Reference To:Bunzai Media et al

Invoice #13754

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/31/2016 RL | Prepare the cash based accounting from inception-to-date for the Final Report. | 2.50 275.00/hr | 687.50 |
| | Subtotal of charges | | $687.50 |
| | For professional services rendered | 2.50 | $687.50 |

Additional Charges :

| | | | |
|---|---|---|---|
| 10/31/2016 AA | Administration charge for faxes, technology, cellular phone and copying charge. | | 48.13 |
| | Total costs | | $48.13 |
| | Total amount of this bill | | $735.63 |
| | Previous balance | | $9,477.84 |
| 9/21/2016 | Payment - Thank You. Check No. 1027 | | ($7,436.06) |
| | Total payments and adjustments | | ($7,436.06) |
| | Balance due | | $2,777.41 |

Payment is due and payable upon receipt

# HAHN FIFE & COMPANY, LLP

A California Limited Liability Partnership
790 East Colorado Blvd, 9th Floor
Pasadena, CA 91101
Tel: (626) 792-0855
Fax: (626) 792-0879
E-mail: dfife@hahnfife.com

## INVOICE FOR PROFESSIONAL SERVICES

November 10, 2016

Charlene Koonce as Receiver for Bunzai Media Group Inc.
500 N. Akard, Suite 2700
Dallas, Texas

Daear Charlene:

Fees and Expenses for the Preparation of 2015 and 2016 Federal and State Tax Returns for Charlene Koonce as Receiver for Bunzai Media Group, Inc.:

$1,640.00

Thank you.



**DAVIDIAN & ASSOCIATES, APAC**
*CERTIFIED PUBLIC ACCOUNTANTS*
200 North Maryland Avenue, Suite 300
Glendale, California 91206
Phone 888-452-5577, Fax 888-202-7757

**SBM MANAGEMENT, INC.**
655 N. CENTRAL AVE SUITE 1700
GLENDALE, CA 91203

## STATEMENT OF ACCOUNT

Invoice # 16-0163338
September 27, 2016

For Professional Services Rendered including:

POWER OF ATTORNYS, CONTACTING THE IRS, PREPARE                 $ 400.00
MISSING FORMS, AND TO PAY BALANCE DUES

| | |
|---|---|
| **Total Current Charges** | **$ 400.00** |
| **Prior Balance** | $ 0.00 |
| **Payments Received – Thank You** | $ 0.00 |
| **BALANCE DUE** | $ 400.00 |

All invoices due on presentation.
Balances over 30 days will be assessed interest at 1.5% per annum.



# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036  Tel: 212-421-4100  Fax: 212-326-0806          www.pryorcashman.com

EMAIL: Accounting@PryorCashman.com
TIN: 13-1859294

November 8, 2016          INVOICE #361699

Scheef & Stone, LLP
500 North Akard Street
Suite 2700
Dallas, TX 75201

RE: 21943.00001     General

FOR PROFESSIONAL SERVICES RENDERED THROUGH  October 31, 2016

| MATTER | HOURS | FEE AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|---|
| 21943.00001 General | 2.50 | $747.50 | $28.77 |

| | |
|---|---|
| FEES | $747.50 |
| TOTAL FEES | $747.50 |
| TOTAL DISBURSEMENTS | $28.77 |
| TOTAL FEES AND DISBURSEMENTS | $776.27 |
| TOTAL BALANCE DUE | $776.27 |

*****REMITTANCE COPY*****



# PRYOR CASHMAN LLP

Scheef & Stone, LLP
MATTER #21943.00001

November 8, 2016
PAGE   2

RE: 21943.00001     General

DESCRIPTION OF SERVICES RENDERED

| | | |
|---|---|---|
| 10/10/16 THV Communications with K. Schulz and receiver re status and strategy. | .50 | 175.00 |
| 10/17/16 THV Dictate instructions re retrieval of cash from safe deposit box. | .30 | 105.00 |
| 10/20/16 BA  Re FTC v Bunzai Media Group - Emptying safe deposit box and obtaining cashier's check | 1.70 | 467.50 |

TOTAL HOURS                    2.50

SUBTOTAL FEES                                        $747.50

TOTAL FEES                                          $747.50

DESCRIPTION OF DISBURSEMENTS

| | |
|---|---|
| 10/20/16 Air Courier - Vendor:  FedEx | 20.77 |
| 10/20/16 Air Courier - Vendor:  FedEx | 8.00 |

TOTAL DISBURSEMENTS                                  $28.77

TOTAL CURRENT FEES AND DISBURSEMENTS                $776.27

TOTAL BALANCE DUE                                   $776.27

# PRYOR CASHMAN LLP

Scheef & Stone, LLP                                      November 8, 2016
MATTER #21943.00001                                     PAGE    3

| Name | Initial | Status | Hours | Rate | Fees |
|------|---------|--------|-------|------|------|
| B. Akley | BA | Associate | 1.70 | 275.00 | 467.50 |
| T. H. Vidal | THV | Partner | .80 | 350.00 | 280.00 |
|  |  |  | 2.50 |  | 747.50 |

AGED ACCOUNTS RECEIVABLE

| CURRENT | OVER 30 | OVER 60 | OVER 90 | TOTAL |
|---------|---------|---------|---------|-------|
| 776.27 | .00 | .00 | .00 | 776.27 |