1   Thomas H. Vidal (SBN 204432)
    **PRYOR CASHMAN LLP**
2   1801 Century Park E., 24th Floor
    Los Angeles, CA 90067
3   310-556-9608
    310-556-9670 - Fax
4   tvidal@pryorcashman.com

5   Charlene Koonce (TX SBN 11672850)
    *Admitted Pro Hac Vice*
6   **SCHEEF & STONE, L.L.P.**
    500 N. Akard, Suite 2700
7   Dallas, Texas  75201
    214-706-4200
8   214-706-4242 - Fax
    Charlene.koonce@solidcounsel.com
    Receiver

9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    FEDERAL TRADE COMMISSION, | Case No. 2:15-CV-4527-GW(PLAx) |
| 12         Plaintiff, | |
| 13       v. | NOTICE OF LODGING OF |
| 14 | [PROPOSED] ORDER ON RECEIVER'S FINAL REPORT, CASH |
| 15    BUNZAI MEDIA GROUP, INC., a California corporation, also doing | BASED ACCOUNTING, REQUEST FOR AUTHORIZATION TO |
| 16    business as AuraVie and Miracle Face Kit, et al., | DISTRIBUTE FUNDS TO THE FTC, AND REQUEST FOR OTHER |
| 17         Defendants. | MISCELLANEOUS RELIEF INCIDENT TO CLOSING RECEIVERSHIP |

18       **PLEASE TAKE NOTICE** that the Receiver hereby lodges the attached [Proposed] Order on

19   Receiver's Final Report, Cash Based Accounting, Request for Authorization to Distribute Funds to

20   the FTC, and Request for Other Miscellaneous Relief Incident to Closing Receivership.

21

---

NOTICE OF LODGING OF PROPOSED ORDER                                    PAGE 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Respectfully submitted,

*/s/Charlene Koonce*
Charlene C. Koonce
***Receiver***
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Telephone: 214-706-4200
Telecopier: 214-706-4242
*Admitted Pro Hac Vice* (TX SBN 11672850)

**SCHEEF & STONE, L.L.P.**

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2016, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
Costa Mesa, CA 92626
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Reid Tepfer/ Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX  75201
*Counsel for the FTC*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Sagar Parikh
Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc. and Secured Merchants, LLC*

1   Shai Oved
    The Law Offices of Shai Oved
2   433 N. Camden Drive, 6th Floor
    Beverly Hills, CA 90210
3   *Counsel for Secured Merchants, LLC*

4

                                    */s/ Charlene C. Koonce*
5                                   CHARLENE C. KOONCE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21