# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO SEND A REPRESENTATIVE WITH AUTHORITY TO RECOMMEND SETTLEMENT TO MEDIATION** |

Before the Court is Plaintiff Federal Trade Commission's Unopposed Motion for Leave to Send a Representative with Authority to Recommend Settlement to Mediation.

Having reviewed the pleadings and finding good cause, the Court finds that Plaintiff's motion should be **GRANTED**. **IT IS THEREFORE ORDERED** that Plaintiff may send a representative to mediation with authority to recommend a settlement.

(PROPOSED) ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO SEND A REPRESENTATIVE WITH AUTHORITY TO RECOMMEND SETTLEMENT TO MEDIATION

**IT IS SO ORDERED.**

Dated: _____      _____
  The Honorable Paul L. Abrams
  United States Magistrate Judge