Thomas H. Vidal (SBN 204432)
**PRYOR CASHMAN LLP**
1801 Century Park E, 24th Floor
Los Angeles, CA 90067
310-556-9608
310-556-9670- Fax
tvidal@pryorcashman.com

Charlene C. Koonce (TX Bar No 11672850)
*Admitted Pro Hac Vice*
**SCHEEF & STONE, L.L.P.**
500 N. Akard, Suite 2700
Dallas, Texas  75201
214-706-4200
214-706-4242 - Fax
Charlene.koonce@solidcounsel.com
RECEIVER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit, et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>RECEIVER'S CLOSING DECLARATION |

## **RECEIVER'S CLOSING DECLARATION**

My name is Charlene C. Koonce, I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. I am the Receiver appointed in the case styled above and I have personal knowledge of each of the facts stated below.

2. Pursuant to the Pursuant to the *Order Approving Final Report And Cash Based Accounting, Authorizing Distribution Of Funds To The FTC, And Other Miscellaneous Relief Incident To Closing Receivership Order Regarding Final Report* (the "Order Closing Receivership"),[1] I attest that I performed the duties required to close the receivership as set forth below.

3. All known governmental or tax reports which the Receivership Estate was required to prepare and file have been prepared and filed.

4. Pursuant to the Order Closing Receivership, I paid all authorized fees and expenses.

5. On or about November 29, 2016 the remaining balance of funds in the receivership estate's bank account ($679,134.08) was transferred to the FTC, and the bank account was closed.

6. Pursuant to the terms of the *Order Closing Receivership*, on or about December 15, 2016, the final tax return for the receivership estate was filed with the Internal Revenue Service.

7. Pursuant to the terms of the *Order Closing Receivership* I retained the books and records of the receivership estate.

8. All open items have been completed and the receivership is closed.

9. I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

Dated: December 20, 2016.

/s/Charlene Koonce
CHARLENE C. KOONCE

---

[1] Docket No. 565.

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 20, 2016 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Erik S Syverson / Scott M. Lesowitz
Steven T. Gebelin
Raines Feldman LLP
9720 Wilshire Boulevard Fifth Floor
Beverly Hills, CA 90212
*Counsel for Oz Mizrahi*

Robert L. Esensten
Randi R.Gefflner
Esensten Law
12100 Wilshire Boulevard, Suite 1660
Los Angeles, CA 90025
*Counsel for Doron Nottea and Motti Nottea*

Robert M. Ungar
Crosswind Law
14724 Ventura Blvd Penthouse
Sherman Oaks, CA 91403
*Counsel for Alon Nottea, Roi Rueveni and Adageo, LLC*

Jeffrey S Benice
Law Offices of Jeffrey S Benice
3080 Bristol Street Suite 630
Costa Mesa, CA 92626
*Counsel for Igor Latsanovski and CalEnergy, Inc.*

Benjamin A. Pettit
20 East Pueblo Street
Santa Barbara, CA 93105
*Counsel for Alon Nottea*

Reid Tepfer/ Luis Gallegos
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
*Counsel for the FTC*

Sagar Parikh
Beverly Hills Law Corp., PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Chargeback Armor, Inc.*

Raymond E McKown
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
*Counsel for the FTC*

Shai Oved
The Law Offices of Shai Oved
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Secured Merchants, LLC*

/s/ Charlene C. Koonce
CHARLENE C. KOONCE

4