**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO COMPEL THE PRESENCE OF A CORPORATE REPRESENTATIVE AT MEDIATION** |

Before the Court is Plaintiff Federal Trade Commission's *Ex Parte* Application to Compel the Presence of a Corporate Representative at Mediation. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that a duly authorized corporate officer or director with full settlement authority for Relief Defendant Chargeback Armor, Inc. be physically present for the settlement conference before this Court on January 19, 2017. The Court further **ORDERS** that if such representative fails to

appear, this Court will (1) find CBA's counsel of record and its CEO, Mike Costache, in contempt; (2) award the FTC related costs and expenses with attending and preparing for the mediation; and (3) strike CBA's Answer to the Amended Complaint. (Doc. No. 300).

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Paul L. Abrams
United States Magistrate Judge