# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 15-4527-GW (PLAx)                                         Date  January 12, 2017

Title:  **Federal Trade Commission v. Bunzai Media Group, et al.**

---

PRESENT:  THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                          NONE

**PROCEEDINGS:**          ( IN CHAMBERS)

The Court has reviewed the ex parte application (docket no. 570) filed by plaintiff to compel the presence of a corporate representative for defendant Chargeback Armor, Inc. at the settlement conference scheduled for January 19, 2017.  The application is **denied as moot**, as the Court's Order re Settlement Conference (docket no. 561) already sets out the requirement that "a person with full settlement authority must [in addition to counsel] be present for the conference," which requires "physical presence" of the client, and also spells out the consequences for failure to comply with the Order.

cc:      Counsel of Record

Initials of Deputy Clerk      ch