UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 15-4527-GW (PLAx)                                                                 Date  January 19, 2017

Title:   Federal Trade Commission v. Bunzai Media Group, Inc., et al.

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | courtsmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
Reid A. Tepfer
James E. Elliott

**ATTORNEYS PRESENT FOR DEFENDANTS:**
Sagar Parikh
Shai Oved

**PROCEEDINGS:**       (SETTLEMENT CONFERENCE)

Settlement conference held.  Parties to continue discussions and report back to the Court, in writing, **no later than January 27, 2017**.

**IT IS SO ORDERED.**

cc:     Counsel of Record                                                                                                          4 : 50

Initials of Deputy Clerk      ch