UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | January 23, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeuax | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Shai Oved |
| Luis Gallegos | Sagar Parikh |

**PROCEEDINGS:**     **TELEPHONIC SCHEDULING CONFERENCE**

Settlement negotiations are ongoing with remaining Defendants.  The Court continues the scheduling conference to February 2, 2016 at 8:30 a.m.  Parties will file dismissals or a joint scheduling report by January 31, 2017.

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |