DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.** |

PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY
IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF
BUNZAI MEDIA GROUP, INC.
Page | 1

Plaintiff Federal Trade Commission (FTC) requests that the Clerk of Court enter default against Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Media Group, Inc., pursuant to Federal Rule of Civil Procedure 55(a). As shown in the accompanying affidavit of the undersigned counsel, Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., was served with the Summons, the First Amended Complaint for Permanent Injunction and Other Equitable Relief, and Plaintiff's (Proposed) Default Judgment and Order for Permanent Injunction and other Equitable Relief. *See* Dkt. 569. Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., has failed to plead or otherwise defend in this action, and more than 21 days have elapsed since he has been served. Therefore, the FTC requests that the Clerk enter default against Defendant Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc.

Respectfully submitted,

Dated: January 26, 2017

    */s/ Reid Tepfer*
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
ZACHARY A. KELLER

Texas Bar No. 24087838
DAMA J. BROWN
Michigan Bar No. P54775
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 979-9384 (Keller)
(214) 979-9374 (Brown)
 (214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
zkeller@ftc.gov; dbrown1@ftc.gov

PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2017, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The persons listed below were served by pursuant to the ECF notice generated by the Court, or by email.

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Attorney for Alan Argaman and Secured Merchants, LLC

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

Kristopher Bond
Cerenade007@gmail.com

/s/ REID TEPFER
REID TEPFER

PLAINTIFF'S SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.
Page | 4