DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.** |

I, Reid Tepfer, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney for the Federal Trade Commission (FTC), an agency of the United States and the Plaintiff in this lawsuit.

2.     On October 9, 2015, the FTC filed its First Amended Complaint for Permanent Injunction and Other Equitable Relief (First Amended Complaint) in the United States District Court for the Central District of California against, among others, Defendant All Star Beauty Products, Inc.  The First Amended Complaint alleges that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 5(a), Section 5 of the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. § 8404, and Section 917(c) of the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693o(c).

3.     The Clerk of Court issued a Summons for Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of BunZai Media Group, Inc., on November 5, 2015.  On December 5, 2016, the Summons, the First Amended Complaint, and Plaintiff's (Proposed) Default Judgment and Order for Permanent Injunction and other Equitable Relief were served on Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., personally.  *See* Dkt. 569.

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.
Page | 2

4. Khristopher Bond, also known as Ray Ibbot, individually and as an officer or manager of Bunzai Medial Group, Inc., has not filed an answer or otherwise responded to the First Amended Complaint.

5. The time allowed under Federal Rule of Civil Procedure 12(a)(1)(A) for Khristopher Bond, also known as Ray Ibbot, individually and as an officer of BunZai Media Group, Inc., to answer or otherwise respond to the Amended Complaint has expired, and the Court has not extended it.

6. Since the filing of the Amended Complaint, the FTC has not received any communication or documents from any attorney representing Khristopher Bond, also known as Ray Ibbot, individually and as an officer of BunZai Media Group, Inc., in defense of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 26, 2017                 /s/ REID TEPFER_____
                                        REID A. TEPFER

DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF SECOND APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT KHRISTOPHER BOND, AKA RAY IBBOT, INDIVIDUALLY AND AS AN OFFICER OR MANAGER OF BUNZAI MEDIA GROUP, INC.