# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV **15-4527-GW (PLAx)**                                                                 Date **January 30, 2017**

Title:   **Federal Trade Commission v. Bunzai Media Group, Inc., et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS:**         **(IN CHAMBERS)**

Having reviewed the status reports submitted by the FTC, Secured Merchants, LLC and Alan Argaman, and Chargeback Armor, Inc., the Court hereby orders that a second settlement conference take place on **Tuesday, February 7, 2017, beginning at 8:00 a.m.**, in Courtroom G of the United States Courthouse, 312 N. Spring Street, Los Angeles.  In addition to counsel who will try the case, Secured Merchants, LLC and Alan Argaman, on the one hand, and Chargeback Armor, Inc., on the other hand, must have *physically present* for the conference a person with full settlement authority, without the need for that person or counsel to confer with anyone -- telephonically or otherwise -- who is not physically present at the conference.

**No later than February 3, 2017**, counsel for Secured Merchants, LLC and Alan Argaman, on the one hand, and Chargeback Armor, Inc., on the other hand, shall provide the Court with the legal authority upon which it will rely to seek that party's attorney's fees should this matter proceed to trial and that party prevail.

**IT IS SO ORDERED.**


cc:     Counsel of Record


Initials of Deputy Clerk      ch

CV-90 (10/98)                                         CIVIL  MINUTES  -  GENERAL