DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Ste. 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | Case No. CV 15-4527-GW(PLAx)<br><br>**JOINT SCHEDULING REPORT CONCERNING TRIAL AS TO DEFENDANTS ALAN ARGAMAN, SECURED MERCHANTS, LLC, AND RELIEF DEFENDANT CHARGEBACK ARMOR, INC.** |

Pursuant to the Court's Order (Dkt. # 573), the Plaintiff Federal Trade Commission, Defendants Alan Argaman and Secured Merchants, LLC, and Relief Defendant Chargeback Armor, Inc. submit the following Joint Scheduling Report:

## I. Federal Trade Commission's Proposed Trial Schedule:

Plaintiff proposes the following dates for pre-trial and trial proceedings:

- Filing of Findings of Fact and Conclusions of Law (by all parties): **February 27, 2017**

- Deadline for pretrial meeting of counsel[1] to discuss amended joint witness list, exhibit list, fact stipulations, and other issues discussed in this Court's standing order (Doc. No. 25): **February 27, 2017**

- Filing of amended joint witness list, exhibit list, fact stipulations, and testimony by deposition transcript: **March 13, 2017**

- Motions in Limine filing deadline: **March 20, 2017**

- Response Deadline for Motions in Limine: **March 27, 2017**

- Amended Joint Proposed Final Pretrial Conference Order Deadline: **March 31, 2017**

- Reply Deadline for Motions in Limine: **April 3, 2017**

- Final Pretrial Conference: **8:30 a.m., April 17, 2017**

- Parties to Exchange Witness Narratives: **April 24, 2017**

- Deadline for Trial Depositions: **April 24, 2017**

- Hearing Concerning Motions in Limine: **8:30 a.m., May 1, 2017**

---

[1] The FTC, Secured Merchants and Argaman respectfully request permission to attend this pretrial meeting telephonically.

JOINT SCHEDULING REPORT

- Trial: **9:00 a.m., May 8, 2017**

The FTC anticipates that it will take a minimum of five to seven days to present its case-in-chief. Plaintiff's counsel has already sought stipulations from defense counsel in an effort to streamline the proceedings and minimize the burden on the court. However, to date, defense counsel have rejected all such requests. The FTC objects to a bifurcation of the trials against Defendants and Relief Defendant, which would be duplicative and unnecessarily burdensome on the Court's resources.

**II.     Secured Merchant, LLC, and Alan Argaman's Proposed Trial Schedule:**

SM/Argaman propose the following dates for pre-trial and trial proceedings:

- Filing of Findings of Fact and Conclusions of Law (by all parties): **May 27, 2017**

- Deadline for pretrial meeting of counsel[2] to discuss amended joint witness list, exhibit list, fact stipulations, and other issues discussed in this Court's standing order (Doc. No. 25): **May 27, 2017**

- Filing of amended joint witness list, exhibit list, fact stipulations, and testimony by deposition transcript: **June 13, 2017**

- Motions in Limine filing deadline: **June 20, 2017**

- Response Deadline for Motions in Limine: **July 27, 2016**

- Amended Joint Proposed Final Pretrial Conference Order Deadline: **July 31, 2017**

- Reply Deadline for Motions in Limine: **August 3, 2017**

- Final Pretrial Conference: **8:30 a.m., August 24 17, 2017**

- Parties to Exchange Witness Narratives: **August 23, 2017**

- Deadline for Trial Depositions: **August 20, 2017**

- Hearing Concerning Motions in Limine: **8:30 a.m., September 1, 2017**

- Trial: **9:00 a.m., September 8, 2016**

Counsel currently has trials scheduled for March and June with schedules conferences/business meetings out of state and out of the country for February, March and April.

**III.   Chargeback Armor's Proposed Trial Schedule:**

Chargeback Armor concurs with the dates proposed by SM/Argaman as CBA's counsel is a sole practitioner and over the next few months has multiple jury trials, arbitrations, travel plans, business meetings, mediations, and depositions.

- Filing of Findings of Fact and Conclusions of Law (by all parties): **May 27, 2017**

- Deadline for pretrial meeting of counsel[3] to discuss amended joint witness list, exhibit list, fact stipulations, and other issues discussed in this Court's standing order (Doc. No. 25): **May 27, 2017**

- Filing of amended joint witness list, exhibit list, fact stipulations, and testimony by deposition transcript: **June 13, 2017**

- Motions in Limine filing deadline: **June 20, 2017**

- Response Deadline for Motions in Limine: **July 27, 2016**

- Amended Joint Proposed Final Pretrial Conference Order Deadline: **July 31, 2017**

- Reply Deadline for Motions in Limine: **August 3, 2017**

- Final Pretrial Conference: **8:30 a.m., August 24 17, 2017**

- Parties to Exchange Witness Narratives: **August 23, 2017**

- Deadline for Trial Depositions: **August 20, 2017**

- Hearing Concerning Motions in Limine: **8:30 a.m., September 1, 2017**

- Trial: **9:00 a.m., September 8, 2016**

Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel

DAMA J. BROWN
Regional Director

Dated: January 31, 2017       */s/ Reid Tepfer*
REID TEPFER
rtepfer@ftc.gov
Texas Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov
Oklahoma Bar No. 19098

JOINT SCHEDULING REPORT

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)

Dated: January 31, 2017        ___*/s/ Shai Oved*_____
Shai Oved
Attorney for Alan Argaman and
Secured Merchants, LLC


Dated: January 31, 2017        ___*/s/ Sagar Parikh*_____
Sagar Parikh
Attorney for Chargeback Armor, Inc.

JOINT SCHEDULING REPORT

# CERTIFICATE OF SERVICE

The undersigned certifies that on January 31, 2017, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorneys listed below were served pursuant to the ECF notice generated by the Court.

Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Attorney for Alan Argaman and Secured Merchants, LLC

Charlene Cantrell Koonce
Receiver
Kelly M. Crawford
Counsel to Receiver
Scheef & Stone
500 N. Akard, Suite 2700
Dallas, Texas 75201

Sagar Parikh
Beverly Hills Law Corp. PC
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attorney for Chargeback Armor, Inc.

/S/ REID TEPFER
REID TEPFER