# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | February 2, 2017 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer<br>Luis Gallegos | Shai Oved |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. The Court sets the following:

| | |
|---|---|
| Filing of Findings of Fact and Conclusions of Law (by all parties) | May 27, 2017 |
| Deadline for pretrial meeting of counsel to discuss amended joint witness list, exhibit list, fact stipulations, and other issues discussed in this Court's standing order (Doc. No. 25) | May 27, 2017 |
| Filing of amended joint witness list, exhibit list, fact stipulations, and<br>testimony by deposition transcript | June 13, 2017 |
| Motions in Limine filing deadline | June 20, 2017 |
| Response Deadline for Motions in Limine | July 27, 2016 |
| Amended Joint Proposed Final Pretrial Conference Order Deadline | July 31, 2017 |
| Reply Deadline for Motions in Limine | August 3, 2017 |
| Deadline for Trial Depositions | August 20, 2017 |
| Parties to Exchange Witness Narratives | August 23, 2017 |
| Final Pretrial Conference (Including Motions In Limine) | August 24, 2017 at 8:30 a.m. |

: 01

Initials of Preparer  JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | February 2, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Court Trial | September 8, 2017 at 9:00 a.m. |
|---|---|

The Court orders no bifurcation in this action.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | JG | |