# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV **15-4527-GW (PLAx)**                                         Date **February 7, 2017**

Title:   **Federal Trade Commission v. Bunzai Media Group, Inc., et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS:**       **(IN CHAMBERS)**

Having reviewed the status reports submitted by the FTC, Secured Merchants, LLC and Alan Argaman, and Chargeback Armor, Inc., following the January 19, 2017, settlement conference, the statements provided by counsel for Secured Merchants, LLC and Alan Argaman, on the one hand, and Chargeback Armor, Inc., on the other hand, concerning the legal authority upon which each of those parties will rely to seek attorney's fees should this matter proceed to trial and that party prevail, and the February 7, 2017, email of Mike Costache, CEO of Chargeback Armor, Inc., sent to the Court, the Court believes that a further settlement conference at this point would not be productive and that at least one of the parties would not be attending in a good faith effort to settle the action if one were held.  Instead, **no later than February 24, 2017**, each party shall serve on the other parties a brief, not to exceed seven (7) pages in length, detailing the legal authority upon which it will rely: 1. (as for defendants) to seek that party's attorney's fees should this matter proceed to trial and that party prevail, and the legal availability of a malicious prosecution or other action against plaintiff, or 2. (as for plaintiff) to argue that a prevailing defendant is not entitled to attorney's fees, and whether a malicious prosecution or other action is legally available if a defendant were to prevail at trial.  **No later than March 3, 2017**, each party shall serve on the other parties a brief, not to exceed five (5) pages in length, responding to the other parties' briefs.  None of the aforementioned briefs shall be filed with the Court.  **No later than March 10, 2017**, counsel for all parties shall meet telephonically in a good faith effort to resolve the issue of the availability or lack of availability of attorney's fees in this or any subsequent action.  The telephonic meeting shall be reported by a court reporter; the cost of the court reporter shall be equally shared by the three parties.  **No later than March 17, 2017**, the parties shall file a joint statement with the Court setting forth the parties' position(s) concerning attorney's fees. A copy of the transcript from the meeting shall be attached to the joint statement.

**IT IS SO ORDERED.**

cc:      Counsel of Record

Initials of Deputy Clerk____ch____

CV-90 (10/98)                                                    CIVIL  MINUTES  -  GENERAL