# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.,* <br><br> **Defendants.** | Case No. CV 15-4527-GW(PLAx) <br><br> **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC.** |

Before the Court is Plaintiff Federal Trade Commission's Notice of Motion and Motion to Dismiss Relief Defendant Chargeback Armor, Inc. Having reviewed the pleadings and applicable authority, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Relief Defendant Chargeback Armor, Inc. is hereby **DISMISSED WITH PREJUDICE** with no costs awarded.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  The Honorable George H. Wu
                                  United States District Judge