## DECLARATION OF REID TEPFER
### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Reid Tepfer, declare that:

1.      I am an attorney with the Federal Trade Commission and lead counsel on the case *FTC v. BunZai Media Group, Inc., et al.*, 2:15-cv-04527 PLAx.

2.      To the best of my knowledge, I never received from attorney Sagar Parikh check number #1467 from Wealth Vision, Inc., deposited in Secured Merchants LLC's Bank of America bank account, or checks #1076 from Big Ventures, Inc. and #1041 from Wealth Group, Inc., deposited in Secured Merchants LLC's Wells Fargo bank account ("Deposited Checks"). The FTC received copies of these Deposited Checks from their respective banks by January 2017.

3.      I have no recollection of being shown the Deposited Checks at mediation or any other time by CBA's CEO, Mike Costache, or Mr. Parikh. I have no recollection of being informed of the existence of these particular checks before the FTC received them from Wells Fargo and Bank of America.

4.      I have two email archive folders specifically for this case, *FTC v. BunZai Media Group, Inc.* I archive all production emails I receive from opposing counsel and their clients in these folders.

**DECLARATION OF REID TEPFER**                    Page | 1

5.      After Mr. Costache and Sagar Parikh claimed that Mr. Parikh had produced these checks to the FTC, I reviewed all production emails from Mr. Parikh. I did not find an email containing the checks. I then asked FTC investigator Brent McPeek to send Mr. Parikh a folder containing all production emails from Mr. Parikh so that he could review these production emails himself.

6.      I also asked co-counsel Luis Gallegos to check his own email archive to see if he ever received these Deposited Checks. Mr. Gallegos informed me that he reviewed his email archive and did not find an email from Mr. Parikh containing the checks.

7.      To the best of my knowledge, I have never received passwords or login information for the bank accounts of Secured Merchants LLC or Chargeback Armor, Inc. I also searched my email archive for an email where Mr. Parikh sent this passwords or login information. I did not find such an email.

8.      I have no recollection of ever receiving Initial Disclosures from Mr. Parikh for his clients Alan Argaman, Secured Merchants LLC, or Chargeback Armor, Inc., and after review of my email archive and the case folders, there is no indication that the FTC received these Initial Disclosures.

9.      Attachments A through I are true and correct copies of emails I received from mike@chargebackarmor.com.

**DECLARATION OF REID TEPFER**                    Page | 2

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on April 12, 2017, in Dallas, Texas.

*/s/ Reid Tepfer*
Reid Tepfer

**DECLARATION OF REID TEPFER**

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Friday, March 24, 2017 7:01 PM |
| **To:** | Tepfer, Reid A. |
| **Cc:** | Sagar Parikh; Gallegos, Luis; Keller, Zachary A.; Charlene Koonce |
| **Subject:** | Re: FTC's Motion to Dismiss Chargeback Armor |

Reid,

You are such a rookie with your explanations.

You really believe that Judge Wu will place more value on what Sagar was saying to the Magistrate Judge who has been acting as a mediator than our opposition to your dismissal which will include exactly the date and time of each and every time Sagar submitted to you "the evidence" which includes:

1. Login to CBA's Bank of America
2. Login to CBA's QuickBooks
3. Copies of all bank statements since the founding of CBA (it was only 3 months old when you guys illegally killed it)
4. Copies of the 3 signed contracts between Secured Merchants and its 3 new clients on March 1, 2015.
5. Since we all know that you can't read bank statements let alone how to use QuickBooks, Sagar wrote to you over a dozen times that on Feb 28, 2015 Secured Merchants had a back balance of just $200 and then on March 1 2015, three checks cleared in the amounts of $120,000, $120,00 and $10,000. And that it was from this $250,000 in new revenue that Alan Argaman, CEO of Secured Merchants decided to provide working capital to CBA on March 16, 2015 in the amount of $250,000 (see two wires of $100,000 and $150,000 from Secured Merchants to CBA).

So stop beating around the bush that I never presented you the copies of the checks during the mediation (can't wait to hear you lie to Judge Wu on April 27 when he will ask you) and stop tying to use Sagar's words when he was telling you on that recorded conversation that at the time of that conversation all he could say was: "I don't know if I've emailed them. I believe I have. But I don't know. I mean, that's correct.

I can't believe a part of my taxes are paying for your schooling to learn how the real world works.

Karmic Regards,


Mike Costache
Founder & CEO
ChargeBack Armor, Inc.


US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:   www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache

Att. A

On Mar 22, 2017, at 07:24, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:

Sagar,

I want to reiterate our request that your client cease communicating directly with the FTC and communicate only through counsel.

Further, to clear up your client's misunderstanding, I ask that you direct him to your own statement on the record that you have no record of ever providing the checks at issue to the FTC. *See* Doc. No. 583-1 at 13:23-14:3 ("I don't know. I can acknowledge that I haven't found such an email. I don't know if I've emailed them. I believe I have. But I don't know. I mean, that's correct. I haven't presented you with an email yet that shows that I've sent them to you. That's correct."). And you've found no record of sending these checks, despite searching for such a record. *See id.* at 14:7. The pertinent transcript is attached.

Reid Tepfer
Attorney
Federal Trade Commission

---

**From:** Mike Costache [mailto:mike@chargebackarmor.com]
**Sent:** Tuesday, March 21, 2017 4:16 PM
**To:** Charlene Koonce; Elliott, James E.; Kelly Crawford; Gallegos, Luis; Tepfer, Reid A.; Keller, Zachary A.
**Cc:** Sagar Parikh; Leonard L. Gordon; Shai Oved
**Subject:** FTC's Motion to Dismiss Chargeback Armor

Dear unethical FTC lawyers and extremely unethical Receiver,

Thank you for finally putting your lie in writing to the Court. Naturally, here I am referring to the timing of when you received the "new evidence" which allowed you to believe that CBA has received no ill-gotten funds.

So get ready on April 27 to justify to Judge Wu how is it that you never acknowledged the same exact evidence we submitted so many times. My lawyer was too busy last week to go through thousands of emails and point to you each and very time we submitted the bank statements and the 3 new client contracts for Secured Merchants who paid $120,000 + $120,000 + $10,000, totaling $250,000. But I am now going though every email he ever sent you over the past 23 months and we will provide the Court a detailed list of each time we submitted this same evidence over and over to the most unethical Receiver ever and to the FTC as well.

And by the way, your rookie argument that you never received the checks just further proves how little you know about the way the real business world works. Showing proof of a check doesn't mean that the check was cashed or that those funds ever cleared. Providing the Receiver and the FTC the login for CBA's bank account and the login to CBA's QuickBooks and providing you actual bank statements showing that Secured Merchants had $200 in its back account on Feb 28, 2015 and then booked revenue of $120,000 + $120,000 + $10,000 on March 1, 2015 according to the 3 contracts we provided over and over again, is the only proof anyone needs to understand that Secured Merchants couldn't not have possibly had $250,000 from any AuraVie-related revenues or profits.

So get ready to face some embarrassment on being caught on a big lie to the Court. You don't need to wait for Sagar to submit the list of each time we provided you this evidence; you can

Att. A

very easily look at your own email Inbox to see exactly how many times this "evidence" was submitted to you and how it was way before the "postponement of the trial date." I still can't believe you made up such a lie, but I am assuming by now you regret arguing it in such a fashion. You could have come up with a better reason for dismissing CBA all-of-a-sudden, but thank you for lying in writing to the Court as you just made the PR story on this case that much juicer.

If you want to avoid this, you better figure out your own internal procedures to provide legal compensation ($140,000 and growing each day) + $230,000 for my loss of income + $92,000 ($4,000/month for Tyler Reitenbach) + $57,500 ($2,500/month for Robert Stayner).

I am sure there there is a nervous smirk on your face now, but  I can't wait till we all laugh together when you are facing with a malicious prosecution lawsuit. I wonder how you will explain that when you'll attend to get a real job in the private sector. Maybe Charlene's law firm will hire you given all the money you helped her make while destroying families together ;(

Karmic Regards,


Mike Costache
Founder & CEO
ChargeBack Armor, Inc.


US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:   www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache


<583-1 Conference Call Transcript.pdf>

Att. A

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Tuesday, March 21, 2017 4:16 PM |
| **To:** | Charlene Koonce; Elliott, James E.; Kelly Crawford; Gallegos, Luis; Tepfer, Reid A.; Keller, Zachary A. |
| **Cc:** | Sagar Parikh; Leonard L. Gordon; Shai Oved |
| **Subject:** | FTC's Motion to Dismiss Chargeback Armor |

Dear unethical FTC lawyers and extremely unethical Receiver,

Thank you for finally putting your lie in writing to the Court. Naturally, here I am referring to the timing of when you received the "new evidence" which allowed you to believe that CBA has received no ill-gotten funds.

So get ready on April 27 to justify to Judge Wu how is it that you never acknowledged the same exact evidence we submitted so many times. My lawyer was too busy last week to go through thousands of emails and point to you each and very time we submitted the bank statements and the 3 new client contracts for Secured Merchants who paid $120,000 + $120,000 + $10,000, totaling $250,000. But I am now going though every email he ever sent you over the past 23 months and we will provide the Court a detailed list of each time we submitted this same evidence over and over to the most unethical Receiver ever and to the FTC as well.

And by the way, your rookie argument that you never received the checks just further proves how little you know about the way the real business world works. Showing proof of a check doesn't mean that the check was cashed or that those funds ever cleared. Providing the Receiver and the FTC the login for CBA's bank account and the login to CBA's QuickBooks and providing you actual bank statements showing that Secured Merchants had $200 in its back account on Feb 28, 2015 and then booked revenue of $120,000 + $120,000 + $10,000 on March 1, 2015 according to the 3 contracts we provided over and over again, is the only proof anyone needs to understand that Secured Merchants couldn't not have possibly had $250,000 from any AuraVie-related revenues or profits.

So get ready to face some embarrassment on being caught on a big lie to the Court. You don't need to wait for Sagar to submit the list of each time we provided you this evidence; you can very easily look at your own email Inbox to see exactly how many times this "evidence" was submitted to you and how it was way before the "postponement of the trial date." I still can't believe you made up such a lie, but I am assuming by now you regret arguing it in such a fashion. You could have come up with a better reason for dismissing CBA all-of-a-sudden, but thank you for lying in writing to the Court as you just made the PR story on this case that much juicer.

If you want to avoid this, you better figure out your own internal procedures to provide legal compensation ($140,000 and growing each day) + $230,000 for my loss of income + $92,000 ($4,000/month for Tyler Reitenbach) + $57,500 ($2,500/month for Robert Stayner).

I am sure there there is a nervous smirk on your face now, but  I can't wait till we all laugh together when you are facing with a malicious prosecution lawsuit. I wonder how you will explain that when you'll attend to get a real job in the private sector. Maybe Charlene's law firm will hire you given all the money you helped her make while destroying families together ;(

Karmic Regards,

Att. B

Mike Costache
Founder & CEO
ChargeBack Armor, Inc.


US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:   www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache

2

Att. B



From:     Mike Costacho
To:       Topfer, Reid A.; Charlene Koonce; Brown, Dama J.; Emily Robertson; Elliott, James E.; Gallegos, Luis; Keller, Zachary A.
Subject:  Mama always said "Life is like a box of chocolates"...Tic...Tac...Tic...Tac...Tic
Date:     Saturday, March 11, 2017 6:24:52 PM





Att. C

 **Mike Costache** at 📍 **The Mayflower Hotel, Autograph Collection**.

October 9, 2012 · Washington · 🌐

Lunch with Maureen Ohlhausen, Commissioner of the Federal Trade Commission (FTC)



Karmic Regards,

Att. C

Mike Costache
Founder & CEO
ChargeBack Armor, Inc.

US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:    www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache

Att. C

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Thursday, March 09, 2017 9:00 PM |
| **To:** | Sagar Parikh |
| **Cc:** | Shai Oved; Keller, Zachary A.; Gallegos, Luis; Charlene Koonce; Tepfer, Reid A. |
| **Subject:** | Re: FTC v. BunZai Media Group, Inc. - Meet and Confer on Motion to Dismiss |

Sagar,

I want to go to trial as I can't wait to see how Judge Wu will slap the FTC and their wonderful Receiver with sanctions for hiding evidence and for coming up with those four old baseless arguments that I am not the owner/manager of CBA and the rest of the sci-fi stuff the FTC invented back when they thought that no one would dare fight the almighty FTC for $130,000 when it was going to cost far more than that.

Well, my dear unethical FTC lawyer friends, you chose to mess up with the wrong person who had survived communism and 163 bombs during the first Gulf War while living in Israel and who then waited for 9 years to have US citizenship (something that you guys take for granted anyway).

So I want my day in Court as I want justice on American territory. Period. I know I did nothing wrong and by now so does everyone involved in this case.

Karmic Regards,


Mike Costache
Founder & CEO
ChargeBack Armor, Inc.


US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:  www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache



On Mar 9, 2017, at 17:25, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:

> Reid,
>
> As you now have confirmation that we will not be opposing the FTC's Motion to Dismiss CBA, can you please advise when this will be filed?
>
> We do not want to unnecessarily litigate this matter and prepare for trial, if we are being dismissed.
>
> Please let me know.

Att. D

Sagar Parikh, Esq.

# BEVERLY HILLS LAW CORP., PC

**433 N. CAMDEN DRIVE, 6TH FLOOR**
**BEVERLY HILLS, CA 90210**
Tel |    (310) 887-1338
Fax|    (310) 982-2603
Email |  SP@BeverlyHillsLawCorp.com
Web |    www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.

On Thu, Mar 9, 2017 at 4:18 PM, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:
No opposition to this Motion.

Sagar Parikh, Esq.
Beverly Hills Law Corp, PC
433 N Camden Drive, 6th Floor
Beverly Hills, CA 90210
Tel: 310-887-1338
Fax: 310-982-2603
Email: SP@BeverlyHillsLawCorp.com

On Mar 8, 2017 11:26 AM, "Tepfer, Reid A." <rtepfer@ftc.gov> wrote:

Counsel:


The FTC is contemplating filing a motion to dismiss Relief Defendant Chargeback Armor, Inc. with prejudice, pursuant to FED. R. CIV. P. 41(a)(2). Please advise whether you intend to oppose.


Reid Tepfer

Attorney

Federal Trade Commission

1999 Bryan St., Ste. 2150

Dallas, TX 75201

Att. D

(214) 979-9395

Att. D

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Thursday, March 09, 2017 5:33 PM |
| **To:** | Tepfer, Reid A.; Gallegos, Luis; Keller, Zachary A. |
| **Cc:** | Shai Oved; Sagar Parikh; Charlene Koonce |
| **Subject:** | Re: FTC v. BunZai Media Group, Inc. |

Dear FTC unethical lawyers,

It appears that you really do have a short memory. My deal to accept the release of CBA's illegally frozen $133,075.19 + $140,000 in legal fees was only valid until you really upset me with your final admittance that we never presented to you the 3 contracts and 3 checks to prove where SM had $120,000+$120,000+$10,000 on March 1, which was from 3 new clients.  As I had mentioned in that direct email (re-read my last email) the settlement <u>HAD</u> to include 22 months x $10,000/month you made me lose in personal income. This sum is easily justifiable as that was what I was paying myself per month before you illegally invaded my life and Judge Wu will know how to treat this component of my request.

So stop playing dumb and stop wasting my lawyer's time (for which you'll be paying shortly anyway). These sums (my frozen money + legal + my lost income) don't come from tax payers' money and they don't come from your own personal pockets; these monies will be paid from the $2 million you made the real defendants in this case pay as penalties. They money is sitting with you for months so the faster you decide to do as I am suggesting to you, the less ideas you will give me about how to further penalize you for your illegal actions.

And stop asking my lawyer to show you our cards as to how and why we will sue the FTC for malicious prosecution. Let this case go to court on Sept 8 and you will see how you will lose and then you will see how we will win the malicious prosecution. And then watch as you get fired from the FTC and deal with other domino effects out of your own inability to know when you got into things over your heads and certainly over your pay grade.

And Charlene, my dear Peppedine University School of Law alumna colleague, don't you think for a minute that you are off the hook. I was the only person in this case to provide you everything when you asked me (over LinkedIn as if were an official way of communion with me but we'll let that slide for now). I provided everything you asked for within 24 hours as per your bullying methodology. And then you wasted 2 months "analyzing" things before you recommended to the FTC to add CBA as Relief Defendant based on your own greed to freeze and keep as much money as possible. Well, your time will come to pay up as Karma is an invisible force that no one can escape forever. I still can't believe that there are people like you out there who care about nothing but your own home take. I feel bad for you and I was glad that you couldn't fool Judge Wu who is a very sophisticated man. I admired the way he decided to slash your fee and made you work for $260/hour like a rookie out of college.

I know that you don't have it in you to send me an apology letter, but if you have any decency in you, you will at least call me so we can patch this up like normal human beings who were taught the law by the same ethical processors at the same university. I forgive you for your greed and your bullying and for making me feel like a criminal for 22 months, but Karma won't forgive you if you don't find the decency to call and apologize.

Karmic Regards,

Att. E

Mike Costache
Founder & CEO
ChargeBack Armor, Inc.


US Mobile: +1.310.753.9292
EU Mobile: +40.724.125.622
Email: mike@chargebackarmor.com
Web:   www.ChargeBackArmor.com
LinkedIn: linkedin.com/in/mikecostache


On Mar 9, 2017, at 14:33, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:

> Our position is that we believe attorney's fees and costs would be recoverable from the FTC via a malicious prosecution action after this case is dismissed.


Sagar Parikh, Esq.

## BEVERLY HILLS LAW CORP., PC

433 N. CAMDEN DRIVE, 6TH FLOOR
BEVERLY HILLS, CA 90210
Tel |     (310) 887-1338
Fax|     (310) 982-2603
Email |   SP@BeverlyHillsLawCorp.com
Web |    www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.


On Thu, Mar 9, 2017 at 12:48 PM, Tepfer, Reid A. <rtepfer@ftc.gov> wrote:

Counsel:


Pursuant to the Magistrate's Order (Doc. No. 579), we have a joint statement due next Friday, March 17, 2017. Accordingly, please provide me your contribution to the joint statement by March 17 at noon pacific.


Reid Tepfer

Attorney

Att. E

Federal Trade Commission

1999 Bryan St., Ste. 2150

Dallas, TX 75201

(214) 979-9395

Att. E

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Monday, February 27, 2017 3:42 PM |
| **To:** | Sagar Parikh; Tepfer, Reid A.; Brown, Dama J.; Elliott, James E.; Gallegos, Luis; Keller, Zachary A. |
| **Cc:** | Charlene Koonce; dianefaber@sbcglobal.net |
| **Subject:** | Re: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees |

What???

Sagar, please forward to Reid every email (and cc me) where you provided the 3 contracts and the 3 checks. The first time we were asked to show proof of the 3 checks was at the first meditation last year. We provided the back statements of SM and CBA as of June 20, 2015 and it is very clear there that SM booked revenue of $120,000 + $120,000 + $10,000, totaling $250,000 from there new clients around March 1, 2015 and that CBA was wired $100,000 and then $150,000 around March 16, 2015 as working capital.  So Reid is either playing dump or he is pretending that he doesn't know how to read bank statements, now after wasting 22 months of my life.

Now Reid is finally waking up and lying that you never sent the FTC proof that the $250,000 was from 3 new clients of SM. This is just great. I told you that there was a strategic reason whey none of these FTC ledgers would confirm in writing or verbally the receipt of this evidence with clearly shows that the $250,000 could have never been from revenues or priest SM made from providing technical services to AuraVie related entities.

This is the most ridiculous thing ever ....to hear today, 22 months later, that they never received this proof is just great evidence for the malicious prosecution.

Reid, stop hiding behind the law as Sagar gave it to all of you FTC lawyers in writing that I am allowed to communicate with you directly as long as he is always cc'ed. Let's shorten the time of our communication as I know this case by heard.

I am curious to see what you will say after Sagar's next email where he will point to you just how many times we told you about this evidence and kept providing it to you over and over again after Charlene wasted two months "analyzing" it and like a ferocious "professional" who then chose to ignore all that evidence and just passed us to you so that you can waste 20 more months pointing to you the same evidence.

I can't believe that you have the audacity to now claim that you don't recall seeing this evidence. As if it were hard for you to check this in your own email box.

I am CC'ing Diane Faber, our first mediator who will confirm that she was present when I personally showed you the 3 contracts and the 3 checks of SM's new clients which paid $120,000 $120,000 and $10,000, totaling $250,000.

You keep wasting my and watch how I am now not even thinking of just accepting the $133,075.19 to be unfrozen and just received $140,000 for legal fees that you maliciously incurred me. Now you will have to pay me $10,000 x 22 months of you want me to accept settlement. Not a penny less....you hear me???

Mike Costache
Chief Executive Officer

Att. F

ChargeBack Armor, Inc.
Mobile: 310.753.9292
Skype: mikecostache
Email: mike@chargebackarmor.com
LinkedIn: linkedin.com/in/mikecostache

On Feb 27, 2017, at 12:22, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:

FYI.

Sagar Parikh, Esq.

## BEVERLY HILLS LAW CORP., PC

**433 N. CAMDEN DRIVE, 6TH FLOOR**
**BEVERLY HILLS, CA 90210**
**Tel |**    (310) 887-1338
**Fax|**    (310) 982-2603
**Email | SP@BeverlyHillsLawCorp.com**
**Web |    www.BeverlyHillsLawCorp.com**

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message in error, please call the sender of this message and destroy the related message immediately.

---------- Forwarded message ----------
From: **Tepfer, Reid A.** <rtepfer@ftc.gov>
Date: Mon, Feb 27, 2017 at 12:19 PM
Subject: RE: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees
To: Sagar Parikh <sp@beverlyhillslawcorp.com>
Cc: "Gallegos, Luis" <LGALLEGOS@ftc.gov>, "Keller, Zachary A." <zkeller@ftc.gov>

Sagar,

I want to reiterate my request that you please notify your client that I cannot communicate with him directly and have him communicate with the FTC through his attorney.

In Mr. Costache's email, he references your having provided us numerous times the deposit-stamped checks that we received by January 2017. We never received these checks from you via email, and we do not recall being provided them at mediation. These checks were not referenced in your mediation brief either. Nor were they included with your motion to modify the TRO or your two MSJs. If you have an email to the contrary establishing that these checks were provided, please forward. I will have all

2

Att. F

emails I have where you produced banking documents and checks sent to you via secure file transfer from our investigator, Brent McPeek.

To clarify: we received various documents from you, including contracts and various checks issued by SM/CBA. But we did not receive checks that were deposited into Secured Merchants's account establishing that the $250,000 were from third-party sources. We requested evidence establishing the source of the funds multiple times; these checks should have been provided in discovery.

Reid

---

**From:** Mike Costache [mailto:mike@chargebackarmor.com]
**Sent:** Friday, February 24, 2017 6:01 PM
**To:** Keller, Zachary A.; Gallegos, Luis; Tepfer, Reid A.
**Cc:** Sagar Parikh; Charlene Koonce

**Subject:** Fwd: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees

Hi Zack, Luis Reid,

Thank you for the attached document which is further evidence for your malicious activity against CBA.

You either have a short memory or you simply like to lie on paper and help us win the malicious law suit agains he FTC. By you putting in writing that we never provided you proof of the origin of the $250,000 is absolutely childish and a pure lie and Sagar can forward you the dozens of times we provided the three contracts through which SM received a total of $250,000 from its 3 new clients in March of 2015.

During he court-mandated mediation in late 2015, we even provided copies of the actual 3 checks at the time Reid invented that the 3 contracts and bank statements SM and CBA provided were not enough to prove the origins of the $250,000 into SM from its 3 new clients in March 2015. I am sorry to say, but when you throw around "bad faith" in so many of your communication to us and the Court, I can only say that your "bad faith" dealings in this case are ABSOLUTELY horrible.

Att. F

Wishing you much in ever trying to get a real job outside of the protection of the "sovereign" power of the federal government.


Mike Costache
Chief Executive Officer
ChargeBack Armor, Inc.
Mobile: 310.753.9292
Skype: mikecostache
Email: mike@chargebackarmor.com
LinkedIn: linkedin.com/in/mikecostache



Begin forwarded message:

> **From:** Sagar Parikh <sp@beverlyhillslawcorp.com>
> **Date:** February 24, 2017 at 15:14:43 PST
> **To:** Mike Costache <mike@chargebackarmor.com>
> **Subject: Fwd: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees**
>
> FYI
>
>
>
> Sagar Parikh, Esq.
>
>
> # BEVERLY HILLS LAW CORP., PC
>
> ### 433 N. CAMDEN DRIVE, 6TH FLOOR
>
> ### BEVERLY HILLS, CA 90210
>
> Tel |   (310) 887-1338
>
> Fax|   (310) 982-2603
> Email |  SP@BeverlyHillsLawCorp.com
>
> Web |   www.BeverlyHillsLawCorp.com
> _____

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the message to the addressee, such recipient is

4

Att. F

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Friday, February 24, 2017 6:01 PM |
| **To:** | Keller, Zachary A.; Gallegos, Luis; Tepfer, Reid A. |
| **Cc:** | Sagar Parikh; Charlene Koonce |
| **Subject:** | Fwd: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees |
| **Attachments:** | AuraVie. Brief re Atty Fees.pdf; ATT00001.htm |

Hi Zack, Luis Reid,

Thank you for the attached document which is further evidence for your malicious activity against CBA.

You either have a short memory or you simply like to lie on paper and help us win the malicious law suit agains he FTC. By you putting in writing that we never provided you proof of the origin of the $250,000 is absolutely childish and a pure lie and Sagar can forward you the dozens of times we provided the three contracts through which SM received a total of $250,000 from its 3 new clients in March of 2015.

During he court-mandated mediation in late 2015, we even provided copies of the actual 3 checks at the time Reid invented that the 3 contracts and bank statements SM and CBA provided were not enough to prove the origins of the $250,000 into SM from its 3 new clients in March 2015. I am sorry to say, but when you throw around "bad faith" in so many of your communication to us and the Court, I can only say that your "bad faith" dealings in this case are ABSOLUTELY horrible.

Wishing you much in ever trying to get a real job outside of the protection of the "sovereign" power of the federal government.

Mike Costache
Chief Executive Officer
ChargeBack Armor, Inc.
Mobile: 310.753.9292
Skype: mikecostache
Email: mike@chargebackarmor.com
LinkedIn: linkedin.com/in/mikecostache

Begin forwarded message:

> **From:** Sagar Parikh <sp@beverlyhillslawcorp.com>
> **Date:** February 24, 2017 at 15:14:43 PST
> **To:** Mike Costache <mike@chargebackarmor.com>
> **Subject: Fwd: FTC v. Bunzai - Brief Re Malicious Prosecution/Attorney's Fees**
>
> FYI
>
>
> Sagar Parikh, Esq.

Att. G

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Thursday, February 23, 2017 11:25 AM |
| **To:** | Sagar Parikh; Gallegos, Luis; Keller, Zachary A.; Tepfer, Reid A. |
| **Cc:** | Sagar Parikh |
| **Subject:** | Re: Proposed Stipulation and Order |

Hi Luis, Zack and Reid,

Mark my words: you will end up releasing the $133,075.19 that you illegally froze on June 16, 2016 + paying all my legal bills (so far $134,000, but by Sept it will probably be $180,000) + damages (and wait till you see the details on this).

Just wait till the two new Commissioners hear how you never presented the Commission any of the evidence I've provided you since June 20, 1016 on more than 20 separate occasions. You really think I don't know why you never confirmed back to Sagar and I that you received all the evidence which disproves your sci-fi theories? Do you really think I don't know why you refuse till today to acknowledge my exact and only relationship to CBA or why you don't tell me exactly what evidence you want me to provide you to proof my that CBA is my company?

Mark my words: this case will never be heard by Judge Wu on June 8 and you will end up begging to settle and pay me damages. But since you are masters at wasting resources, feel free to continue your legal due process. Maybe one day you will find a meaningful job which actually produces economic activity (revenues, profits, taxes and creation of jobs).

In closure, I thank you for making me a more intelligent man than I was before you invaded my life. I forgive you for your innocence in not reading up about my background (or craziness you as you if around your officer) and for not realizing that I will take you to the cleaners and not the other way around.

Mike Costache
Chief Executive Officer
ChargeBack Armor, Inc.
Mobile: 310.753.9292
Skype: mikecostache
Email: mike@chargebackarmor.com
LinkedIn: linkedin.com/in/mikecostache


On Feb 23, 2017, at 08:12, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:

> FYI. Let me know if you are signing this.


> Sagar Parikh, Esq.
> Beverly Hills Law Corp, PC
> 433 N Camden Drive, 6th Floor
> Beverly Hills, CA 90210

Att. H

**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Mike Costache <mike@chargebackarmor.com> |
| **Sent:** | Monday, February 06, 2017 2:37 PM |
| **To:** | Sagar Parikh |
| **Cc:** | Tepfer, Reid A.; Christianna_Howard@cacd.uscourts.gov; Gallegos, Luis; Shai Oved; Keller, Zachary A. |
| **Subject:** | Re: FTC v. Bunzai - Legal Authority For Attorneys Fees |

Let's schedule separate mediation sessions as CBA and SM/Avi have different issues to settle.

The longer this drags out, the worst the FTC will look as to how much time they wasted for a startup to provide jobs, create revenue and profits, pay taxes so that the US government can pay its employees at wonderful agencies like the FTC who like to cover the egg they are about to have on their face as soon as this case gets dismisses and the world will find out exactly what happened in this case.

Yes, this is a run-on sentence...just like the FTC has giving me the run-around for the past 20 months and now is enjoying dragging it on till Sept 8 when the judge will dismiss CBA, make the FTC pay close to $200,000 in legal bills by then and all sorts of other damages I'll be asking. And all that will be on the merit of the case itself which is baseless and without any need for intervention to President Donald Trump ;)

Mike Costache
Chief Executive Officer
ChargeBack Armor, Inc.
Mobile: 310.753.9292
Skype: mikecostache
Email: mike@chargebackarmor.com
LinkedIn: linkedin.com/in/mikecostache


On Feb 6, 2017, at 12:21, Sagar Parikh <sp@beverlyhillslawcorp.com> wrote:

> March 16 does not work.  Rest should be OK.


> Sagar Parikh, Esq.

> BEVERLY HILLS LAW CORP., PC

> 433 N. CAMDEN DRIVE, 6TH FLOOR
> BEVERLY HILLS, CA 90210
> Tel |    (310) 887-1338
> Fax|    (310) 982-2603
> Email |  SP@BeverlyHillsLawCorp.com
> Web |    www.BeverlyHillsLawCorp.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended solely for the person or entity to which it is addressed and may contain confidential or privileged information, the disclosure of which is governed by applicable law. If the recipient of this message is not the addressee or employee or agent responsible for delivering the

1

Att. I