# DECLARATION OF LUIS H. GALLEGOS
# PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Luis H. Gallegos, declare that:

1. I am an attorney with the Federal Trade Commission and am an attorney on the case *FTC v. BunZai Media Group, Inc., et al.*, 2:15-cv-04527 PLAx.

2. To the best of my knowledge, I never received from attorney Sagar Parikh check number #1467 from Wealth Vision, Inc., deposited in Secured Merchants LLC's Bank of America bank account, or checks #1076 from Big Ventures, Inc. and #1041 from Wealth Group, Inc., deposited in Secured Merchants LLC's Wells Fargo bank account ("Deposited Checks"). The FTC received copies of these Deposited Checks from their respective banks by January 2017.

3. I have an email archive folder specifically for this case, *FTC v. BunZai Media Group, Inc.* I archive all production emails I receive from opposing counsel and their clients in this folder. After Mr. Costache and Sagar Parikh claimed that Mr. Parikh had produced these checks to the FTC, I reviewed all production emails from Mr. Parikh. I did not find an email containing the Deposited Checks.

4. To the best of my knowledge, I have never received passwords or login information for the bank accounts of Secured Merchants LLC or

**DECLARATION OF LUIS H. GALLEGOS**                                    Page | 1

Chargeback Armor, Inc. I also searched my email archive for an email where Mr. Parikh sent this passwords or login information. I did not find such an email.

5.  I have no recollection of ever receiving Initial Disclosures from Mr. Parikh for his clients Alan Argaman, Secured Merchants LLC, or Chargeback Armor, Inc., and after review of emails and the case folders, there is no indication that the FTC received these Initial Disclosures.

I declare, under penalty of perjury, that the foregoing statement is true and correct.

Executed on April 11, 2017, in Dallas, Texas.


*/s/ Luis H. Gallegos*
Luis H. Gallegos