UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-4527-GW(PLAx) | Date | April 27, 2017 |
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Shai Oved |
| Luis Gallegos | Sagar Parikh |

**PROCEEDINGS:** **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC. [581]**

Court hears oral argument. For reasons stated on the record, Plaintiff FTC's motion is GRANTED. The Court's Final Ruling to issue. Counsel will file a proposed order forthwith.

|  | : | 10 |
|---|---|---|
| | Initials of Preparer | JG |