DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF LODGING OF PROPOSED ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that the parties hereby lodge the attached Proposed Order Granting Plaintiff Federal Trade Commission's Motion to Dismiss Relief Defendant Chargeback Armor, Inc. pursuant to the Court's Order. Doc. No. 586.

   Counsel for Relief Defendant Chargeback Armor, Inc. advised FTC counsel that he may have objections to the attached proposed order as drafted. Specifically, counsel requested that the order state the exact amount of funds frozen and the date they were frozen.

   FTC counsel did not include this language in the proposed order because it was superfluous, as the Court indicated that the asset freeze should be lifted regardless of the amount frozen. Further, the amount frozen may have changed due to the accrual of interest or deduction of bank fees.

1

2

3
Dated: 4/28/17

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Respectfully submitted,

*/s/ REID TEPFER*_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 28, 2017, a true and correct copy of the foregoing document was served by ECF to the attorneys listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
 Canoga Park, CA 91303
Counsel for Secured Merchants, LLC and Alan Argaman

Sagar Parikh
Beverly Hills Law Corp.
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Counsel for Chargeback Armor, Inc.

*/S/ REID TEPFER*
REID TEPFER

NOTICE OF LODGING OF PROPOSED ORDER