**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:  (310) 982-2603
Email:  SP@BeverlyHillsLawCorp.com

Attorneys for Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, vs. | **CHARGEBACK ARMOR, INC.'S NOTICE OF OBJECTION** |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | |
| Cross-Claimants v. ALON NOTTEA, an individual, | |
| Cross-Defendant | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that CHARGEBACK ARMOR, INC. ("CBA") hereby files the attached Objection to the Proposed Order Dismissing Chargeback Armor.

DATED:  April 29, 2017        BEVERLY HILLS LAW CORP., PC

                                        By:   /s/ Sagar Parikh
                                             Sagar Parikh, Esq.

**BEVERLY HILLS LAW CORP., PC**
Sagar Parikh, Esq. (SBN 282655)
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Telephone:  (310) 887-1338
Facsimile:   (310) 982-2603
Email:        SP@BeverlyHillsLawCorp.com

Attorneys for Chargeback Armor, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, | **OBJECTION BY CHARGEBACK ARMOR, INC. TO PROPOSED ORDER DISMISSING CHARGEBACK ARMOR, INC. [DOCKET NO. 587]** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | |

## **OBJECTION**

Chargeback Armor, Inc. ("CBA") objects to the Proposed Order dismissing CBA for the following reasons: for clarification and recital purposes, the Order should contain the date the monies belonging to CBA were originally frozen, June 18, 2015,

and it should also specify that the monies that were in the account when it was frozen were $133,075.19.

Plaintiff's position that interest or costs may have accrued is not relevant, as only a recital stating the monies that were frozen in June 2015 is sought.

The Order should be amended and finalized accordingly.

DATED:  April 28, 2017                    BEVERLY HILLS LAW CORP., PC


                                          By:   /s/ Sagar Parikh
                                                Sagar Parikh, Esq.
                                                Attorneys for Chargeback Armor, Inc.

OBJECTION BY CHARGEBACK ARMOR, INC. TO PROPOSED ORDER DISMISSING CHARGEBACK ARMOR, INC. [DOCKET NO. 587]