# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC.** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

Before the Court is Plaintiff Federal Trade Commission's Notice of Motion and Motion to Dismiss Relief Defendant Chargeback Armor, Inc. (Doc. No. 581). Having reviewed the pleadings and applicable authority and heard arguments of counsel for the parties, the Court finds that Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff Federal Trade Commission's claims against Relief Defendant Chargeback Armor, Inc. are hereby **DISMISSED WITH PREJUDICE** with no costs awarded.

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC.

**IT IS FURTHER ORDERED** that the provision of the Order of August 6, 2015 (Doc. No. 147), which froze Chargeback Armor, Inc.'s Bank of America bank account with the account number ending in 0818, is terminated and the bank account is hereby unfrozen.

**IT IS SO ORDERED.**

Dated: May 3, 2017

*[signature: George H. Wu]*

The Honorable George H. Wu
United States District Judge