**THE LAW OFFICES OF SHAI OVED**
Shai Oved, Esq. (SBN 185526)
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303
Email – ssoesq@aol.com
818-992-6588; Fax (818 992-6511

Attorneys for Alan Argaman
and Secured Merchants, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
|---|---|
| Plaintiff, | **REPLY TO FTC'S OPPOSITION TO REQUEST FOR SUBSTITUTION OF COUNSEL BY ALAN ARGAMAN** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | |

    To begin with, the FTC misconstrues and misrepresents what the actual filing by counsel for Mr. Argaman is; it is a Substitution of Attorney, it is not a Withdrawal. It is well-established law in California and federally that an individual can represent himself or herself in Court. This is all that is being done here. Mr. Oved continues to

represent Secured Merchants, LLC, but Mr. Argaman is substituting himself in as a self-represented party, which is his legal right.

This is not a "withdrawal" whereby an attorney is requesting to be removed from the representation of a business entity and such business entity would then need to find subsequent counsel; Mr. Argaman is immediately stepping in as a self-represented party and thus, there is no delay here or time required by Mr. Argaman to find new counsel.

Next, the Local Rules related to meeting and conferring and filing Motions do not apply here as again, this is not a Request for Withdrawal, but simply a Substitution of Attorney.

The FTC continues its mistruths by claiming that it does not have any contact information for Mr. Argaman. This is patently false, as the Substitution of Attorney filing itself on page 2 contains Mr. Argaman's mailing address and phone number.

Finally, with regards to prejudicing the client, the case law supporting this assertion is meant to protect the client, not the opposing party; thus, while Mr. Argaman would have standing to claim that a withdrawal (assuming this was a withdrawal) would prejudice him, the FTC has no standing whatsoever to claim on Mr. Argaman's behalf that it would prejudice him.

For the above reasons, this Substitution of Attorney should be granted and Mr. Argaman should be allowed to exercise his well-established right to be self-represented in this matter.

DATED: May 9, 2017        By: __/s/ Shai Oved__

                                             Shai Oved, Esq.
                                             Attorneys for Secured Merchants, LLC and Alan Argaman

REPLY TO FTC'S OPPOSITION TO REQUEST FOR SUBSTITUTION OF COUNSEL BY ALAN ARGAMAN