DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.*,<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF'S STATUS REPORT** |

Plaintiff FTC submits the following status report pursuant to the Court's Order. (Doc. No. 590).

## I. The Remaining Defendants

Only two Defendants continue to defend in this action: Defendant Alan Argaman and his company, Defendant Secured Merchants LLC. One additional defendant, Khristopher Bond, has defaulted. (Doc. No. 575). The FTC intends to file a motion for default judgment against Defendant Bond at the conclusion of litigation.

## II. Possibility of Settlement

At this time, Plaintiff is proceeding with litigation against Defendants Argaman and Secured Merchants. But Plaintiff remains open to settlement negotiations.

Previous settlement negotiations, conducted at Court-ordered mediation, were productive as to Defendants Argaman and Secured Merchants. However, a second mediation session was cancelled because the actions of Chargeback Armor's CEO, among other things, suggested that "at least one of the parties would not be attending in a good faith effort to settle." (*See* Doc. No. 579).

It is uncertain, however, how settlement negotiations may be affected by the possible withdrawal of counsel as to Defendant Argaman. (*See* Doc. No. 591).

### III. Outstanding Issues

#### A. Defense counsel's request to withdraw

Currently before the Court is counsel's request to withdraw from representing Defendant Alan Argaman only. (Doc. No. 591). It is unclear what good cause could exist for withdrawing from the representation of Defendant Argaman but not his company, Defendant Secured Merchants LLC. None was provided in counsel's request. (*Id.*).

Regardless, such a withdrawal would likely significantly delay this action. Currently, the FTC has several trial depositions scheduled beginning May 16. Counsel had previously agreed to a pretrial meeting of counsel to be held next week, and Defendants' Findings of Fact and Conclusion of Law is due May 27. (Doc. No. 578). The FTC has accordingly filed an opposition to this request to withdraw. (Doc. No. 592).

#### B. Trial Procedures

This case is currently set for a bench trial to begin September 8, 2017. (Doc. No. 578). The Court indicated at the August 25, 2016 status conference direct testimony at trial should be presented by narrative statement with witnesses to be made available for cross-examination. To address the issue of potentially hostile witnesses, the FTC included in its proposed scheduling order trial depositions (Doc. No. 577 at 4); the Court adopted Defendants' proposed cutoff dates for

these trial depositions of August 20, 2017. (Doc. No. 578). However, the Court's scheduling order also includes a deadline to file testimony by deposition transcript of June 13, 2017. Accordingly, Plaintiff respectfully seeks clarification from the Court at the May 15 status conference concerning these deadlines and the use of trial deposition testimony.

Respectfully submitted,

Dated: 5/10/17

*/s/ REID TEPFER*_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 10, 2017, a true and correct copy of the foregoing document was served by ECF to the attorneys listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC and Alan Argaman

*/S/ REID TEPFER*
REID TEPFER