**The Law Offices of Shai Oved**
Shai Oved, Esq. (SBN 185526)
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303
Telephone:  (818) 992-6588
Facsimile:  (818) 992-6511
Email:        ssoesq@aol.com

Attorneys for Alan Argaman, and Secured Merchants, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:15-cv-04527-GW (PLAx) |
| Plaintiff, | NOTICE OF ALAN ARGAMAN'S PHONE, EMAIL AND CONFIRMATION THAT ALL DOCUMENTS IN PLAINTIFF'S POSSESSION ARE ALSO WITH ARGAMAN IN SUPPORT OF SUBSTITUTION OF ATTORNEY |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | |
| _____ | |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | Hearing Date:  N/A<br>Time:<br>Location:  Courtroom 10 – Spring St.<br>Judge: Hon. George H. Wu |
| Cross-Claimants | |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** ALAN ARGAMAN ("Argaman"), who is

**NOTICE OF ALAN ARGAMAN'S PHONE, EMAIL AND CONFIRMATION THAT ALL DOCUMENTS IN PLAINTIFF'S POSSESSION ARE ALSO WITH ARGAMAN IN SUPPORT OF SUBSTITUTION OF ATTORNEY**

1

to be substituted in pro se, can be reached at telephone number 818-588-2405, and email address AlanLeAAA@gmail.com.

      Counsel represents that Alan Argaman has copies of all records which are in counsel's possession.

      A new Order with email address is attached hereto to be entered.

DATED: May 15, 2017                  The Law Offices of Shai Oved

                                    By:   /s/ Shai Oved
                                            Shai Oved, Esq.
                                            *Attorneys for* Alan Argaman and Secured Merchants, LLC

**NOTICE OF ALAN ARGAMAN'S PHONE, EMAIL AND CONFIRMATION THAT ALL DOCUMENTS IN PLAINTIFF'S POSSESSION ARE ALSO WITH ARGAMAN IN SUPPORT OF SUBSTITUTION OF ATTORNEY**

2