THE LAW OFFICES OF SHAI OVED
Shai Oved, Esq. CBN 185526
7445 Topanga Cyn Blvd, Suite 220
Canoga Park, California 91303
Email - ssoesq@aol.com
(818) 992-6588; Fax (818) 992-6511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: CV 15-4527-GW(PLAx)

Federal Trade Commission,

Plaintiff(s)

v.

Bunzai Media Group, Inc., et.al.,

Defendant(s).

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

Alan Argaman,

☐ Plaintiff   ■ Defendant(s)   ☐ Other

*Name of Party*

to substitute  Alan Argaman  who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ■ Pro Se

Alan Argaman
*Street Address*

Sherman Oaks, CA 91403                                   AlanLeAAA@gmail.com
*City, State, Zip*                                        *E-Mail Address*

818-588-2405
*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of   Shai Oved, Esq.
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ■ **GRANTED**   ☐ **DENIED**

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge