UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | May 15, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | Katie Thibodeuax | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer<br>Luis Gallegos | Shai Oved |

**PROCEEDINGS:** STATUS CONFERENCE

Plaintiff FTC will file its motion for default judgment as to Defendant Khristopher Bond within 30 days from the date of this order.

Counsel for Defendant Argaman will provide the FTC his personal information before the Court orders the withdrawal of counsel. Order to issue upon confirmation by the FTC.

The Court refers parties to further mediation and sets a Post-Mediation Status Conference for June 19, 2017 at 8:30 a.m. Parties can mediate up to and including June 15, 2017.

All depositions will be completed by July 31, 2017.

|  | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |