THE LAW OFFICES OF SHAI OVED

Shai Oved, Esq. CBN 185526

7445 Topanga Cyn Blvd, Suite 220

Canoga Park, California 91303

Email – ssoesq@aol.com

(818) 992-6588; Fax (818) 992-6511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission,<br><br>Plaintiff(s)<br><br>v.<br><br>Bunzai Media Group, Inc., et.al.,<br><br>Defendant(s). | CASE NUMBER:<br>CV 15-4527-GW(PLAx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Alan Argaman,
*Name of Party*       ☐ Plaintiff   ■ Defendant(s)   ☐ Other

to substitute  Alan Argaman  who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ■ Pro Se

Alan Argaman
*Street Address*

Sherman Oaks, CA 91403
*City, State, Zip*                                                                *E-Mail Address*

818-588-2405
*Telephone Number*            *Fax Number*            *State Bar Number*

as attorney of record instead of   Shai Oved, Esq.
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ■ **GRANTED**     ☐ **DENIED**

Dated: May 16, 2017

*/s/ George H. Wu/*

GEORGE H. WU, U. S. District Judge

G-01 ORDER (12/14)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**