DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)
Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| **Plaintiff,** | |
| v. | **NOTICE OF PRETRIAL MEETING OF COUNSEL PURSUANT TO L.R. 16-2** |
| **BUNZAI MEDIA GROUP, INC.**, *et al.* | |
| **Defendants.** | |

**PLAINTIFF'S NOTICE OF PRETRIAL MEETING OF COUNSEL**
Page | 1

1     **PLEASE TAKE NOTICE** that a pretrial meeting of counsel will be
2     conducted in the above-captioned matter at 11:00 a.m. Pacific on May 26, 2017,
3     in accordance with L.R. 16-2, the Court's Standing Order [Doc. No. 25], and the
4     Court's Scheduling Order [Doc. No. 578].

5     This meeting will be conducted telephonically.  The conference line number
6     and access code were circulated to all parties on May 19, 2017.

7     Respectfully submitted,

8     Dated: May 24, 2017     /s/ REID TEPFER
                    REID A. TEPFER
9                     LUIS H. GALLEGOS
                    Attorneys for the Plaintiff
10                    Federal Trade Commission
                    1999 Bryan Street, Suite 2150
11                    Dallas, Texas 75201
                    (214) 979-9395 (Tepfer)
12                    (214) 979-9383 (Gallegos)
                    (214) 953-3079 (facsimile)
13                    rtepfer@ftc.gov
                    lgallegos@ftc.gov

14

15

16

17

18

19

20

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 24, 2017, a true and correct copy of the foregoing document was provided to the individuals listed below by ECF. The notice was also previously provided by email on May 19, 2017.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Defendant Alan Argaman, *pro se*
AlanLeAAA@gmail.com

                              */S/ REID TEPFER*
                              REID TEPFER