DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**NOTICE OF LODGING AND LODGING OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 52-1 and the Court's scheduling order (Doc. No. 578), the Plaintiff hereby lodges the attached Proposed Findings of Fact and Conclusions of Law.

Respectfully submitted,

Dated: 5/26/17

/s/ REID TEPFER_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on May 26, 2017, a true and correct copy of the foregoing document was served by ECF to the attorneys listed below.

 Shai Oved
 Law Offices of Shai Oved
 7445 Topanga Canyon Blvd, Ste. 220
 Canoga Park, CA 91303
 Counsel for Secured Merchants, LLC

 Alan Argaman, *pro se*
 AlanLeAAA@gmail.com

        */S/ REID TEPFER*
        REID TEPFER