# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS LLC'S UNDISCLOSED EXHIBITS, WITNESSES, AND EXPERT WITNESSES** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

Before the Court is Plaintiff Federal Trade Commission's Notice of Motion and Motion to Preclude Alan Argaman and Secured Merchants LLC's Undisclosed Exhibits, Witnesses, and Expert Witnesses. Having reviewed the pleadings and applicable authority and heard arguments of counsel for the parties, the Court finds good cause for granting the motion and therefore Plaintiff's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that any and all of Defendants exhibits,

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS RELIEF DEFENDANT CHARGEBACK ARMOR, INC.

witnesses, or expert witnesses that were not disclosed by May 26, 2017, the date of the parties' second pretrial meeting of counsel, as required by this Court's Scheduling Order (Doc. No. 578) are **HEREBY PRECLUDED** from use at trial or for any other purpose in this proceeding.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable George H. Wu
United States District Judge