**Tepfer, Reid A.**

| | |
|---|---|
| **From:** | Tepfer, Reid A. |
| **Sent:** | Wednesday, May 17, 2017 10:35 AM |
| **To:** | 'SSOESQ@aol.com'; 'AlanLeAAA@gmail.com' |
| **Cc:** | Gallegos, Luis; Keller, Zachary A. |
| **Subject:** | RE: FTC v. BunZai Media Group, Inc. - Cancellation of Certain Trial Deposition |

Messrs. Argaman and Oved,

I am following up again concerning our pretrial meeting of counsel. Please advise whether you object to conducting this meeting telephonically. Please also advise as soon as possible of your availability next week for this meeting so that it can be conducted before the deadline.

Reid Tepfer
Attorney
Federal Trade Commission

---

**From:** Tepfer, Reid A.
**Sent:** Tuesday, May 16, 2017 11:19 AM
**To:** 'SSOESQ@aol.com'; 'AlanLeAAA@gmail.com'
**Cc:** Gallegos, Luis; Keller, Zachary A.
**Subject:** RE: FTC v. BunZai Media Group, Inc. - Cancellation of Certain Trial Deposition

Messrs. Argaman and Oved,

I wanted to follow up on my email below, as the Court directed us to act quickly if we intended to mediate before the Magistrate. Could either of you please provide an update?

Thanks,
Reid

Reid Tepfer
Attorney
Federal Trade Commission

---

**From:** Tepfer, Reid A.
**Sent:** Monday, May 15, 2017 1:31 PM
**To:** 'SSOESQ@aol.com'; 'AlanLeAAA@gmail.com'
**Cc:** Gallegos, Luis; Keller, Zachary A.
**Subject:** RE: FTC v. BunZai Media Group, Inc. - Cancellation of Certain Trial Deposition

Good afternoon Messrs. Argaman and Oved,

I don't believe it is likely that Mr. Azal's deposition will continue through the afternoon. I expect it will be brief. But I cannot make assurances that it will end before you would need to leave for your event. That said, we have discussed with him the possibility of a witness narrative instead of a deposition. I will advise as soon as possible if and when any other depositions are taken off calendar.

We're open to additional mediation. But I wanted to give the caveat that, based on the evidence we have, we will not consider dismissing Mr. Argaman or issuing any kind of "warning letter" in lieu of a stipulated order. Please let me know

Att. D

if, in light of that information, you think additional mediation would be productive. If you believe mediation would be productive, and you would prefer to mediate before Judge Abrams, we ask that you contact his chambers today and advise us of your availability for mediation within the time period the Court allowed.

Concerning the pretrial meeting of counsel, I wanted to see if you both would stipulate to conducting this meeting telephonically. If so, please advise of your availability this week and next.

I also wanted to ask your availability in the months of June and July in the event that any depositions need to be rescheduled.

Thanks,
Reid

Reid Tepfer
Attorney
Federal Trade Commission

---

**From:** SSOESQ@aol.com [mailto:SSOESQ@aol.com]
**Sent:** Monday, May 15, 2017 12:09 PM
**To:** Tepfer, Reid A.; AlanLeAAA@gmail.com
**Cc:** sp@beverlyhillslawcorp.com; Gallegos, Luis; Keller, Zachary A.
**Subject:** Re: FTC v. BunZai Media Group, Inc. - Cancellation of Certain Trial Deposition

Dear Mr. Tepfer,

Please copy Mr. Argaman at related to trial coordinate and depositions.

AlanLeAAA@gmail.com

818-588-2405

If you believe the Magistrate should be utilized to further explore settlement, please let me know.


I show -

Witness: Victor Azal
Date: May 18, 2017
Time: 9:00 a.m. Pacific
Location: 10877 Wilshire Blvd., Suite 700,
Los Angeles, California 90024
Witness: Robert Stayner
Date: May 19, 2017
Time: 9:00 a.m. Pacific
Location: 10877 Wilshire Blvd., Suite 700,
Los Angeles, California 90024

I have an event on Thursday afternoon from 2 to7.  Can you confirm that Azal's deposition will NOT continue to the after noon?


Very truly yours,
Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California  91303
Tel: (818) 992-6588

Att. D

Fax: (818) 992-6511
Email: ssoesq@aol.com www.shaioved.com

The information contained in this email is intended only for the individual or entity named above and may contain attorney privileged and confidential information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited.  If you received this communication in error, please immediately notify us by the telephone number above and return any hard copies to us via the postal service.. The Law Offices of Shai Oved is a debt relief agency which helps people file for bankruptcy under the Bankruptcy Code. Shai Oved is a Certified Bankruptcy Law Specialist by The State Bar of California Board of Legal Specialization.

In a message dated 5/15/2017 7:16:34 A.M. Pacific Daylight Time, rtepfer@ftc.gov writes:

> Counsel:
>
> Please be advised that we are cancelling the depositions of Nastassia Yalley (5/16), Nancy Yalley (5/22), and David Davidian (5/17). Formal notice will follow by a revised notice of deposition. All other trial depositions will proceed as previously noticed.
>
> Reid Tepfer
>
> Attorney
>
> Federal Trade Commission
>
> (214) 979-9395
>
> =

3

Att. D