DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,**<br>*et al.,*<br><br>**Defendants.** | Case No.  CV 15-4527-GW(PLAx)<br><br>**AMENDED JOINT WITNESS LIST** |

Pursuant to the Court's Standing Order (Doc. No. 25) and the amending scheduling order (Doc. No. 578) the parties submit the following joint witness list concerning the case.

AMENDED JOINT WITNESS LIST
Page | 1

**WITNESS LIST**

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
|---|---|---|---|
| | FTC | Secured Merchants LLC | Argaman |
| 1. Alon Nottea | 60 | 60 | 120 |
| 2. Doron Nottea | 60 | 60 | 60 |
| 3. Roi Reuveni | 30 | 30 | 30 |
| 4. Oz Mizrahi | 30 | | |
| 5. Alan Argaman | 30 | 120 | 120 |
| 6. Paul Medina | 30 | 30 | 30 |
| 7. Igor Latsanovski | 30 | 30 | 30 |
| 8. David Davidian | 30 | 30 | 30 |
| 9. Andrew Stanley | 30 | 30 | 30 |
| 10. Tyler Reitenbach | 60 | 30 | 60 |
| 11. Nastassia Yalley | 60 | 30 | 30 |
| 12. Charlene Koonce | 60 | 30 | 60 |
| 13. Brent McPeek | 60 | 60 | 60 |
| 14. Jeff Brandlin | 60 | 60 | 60 |
| 15. Eric Robi | 30 | 30 | 30 |

---

[1] Witnesses designated only as a "May Call" witness are denoted with an asterisk "*" at the end of their names. Witnesses that will only be called in the event that documents related to the witness are not admitted as self-authenticating under FED. R. EVID. 902 are denoted with two asterisks.

[2] Because all direct testimony will be given by narrative statement or by trial deposition, the FTC's time estimates pertain to redirect only.

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
|---|---|---|---|
| | FTC | Secured Merchants LLC | Argaman |
| 16. Adrian Leon Mare | 15 | 15 | 15 |
| 17. Daniel Rappaport | 15 | 15 | 15 |
| 18. Taun Yurek | 15 | 15 | 15 |
| 19. Bitar, David or a representative of Visa | 15 | 15 | 15 |
| 20. Steven McFarland or a Representative of BBB Santa Clara Valley, Ltd. | 30 | 30 | 30 |
| 21. Victor Azal | 60 | 30 | 30 |
| 22. David Migdal | 60 | | |
| 23. Motti Nottea* | 15 | | |
| 24. Khristopher Bond* | 30 | 30 | 30 |
| 25. Mike Costache* | 30 | 60 | 60 |
| 26. Stephen Bauer* | 30 | 30 | 30 |
| 27. Gaby Galeano* | 30 | | |
| 28. Gary Bhasin* | 30 | | |
| 29. Robert Stayner | 60 | 30 | 30 |
| 30. Philip Camerino* | 30 | 30 | 30 |
| 31. Rachel Nottea* | 30 | 30 | 30 |
| 32. Lori Bekhor* | 30 | 30 | 30 |
| 33. Tomer Amsalem* | 30 | 30 | 30 |

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
|---|---|---|---|
| | FTC | Secured Merchants LLC | Argaman |
| 34. Tal Topel* | 30 | 30 | 30 |
| 35. Annasofie Algarp* | 30 | 30 | 30 |
| 36. Sean Brennecke* | 30 | 30 | 30 |
| 37. Dylan Gaines* | 30 | 30 | 30 |
| 38. Joyce Gaines* | 30 | 30 | 30 |
| 39. Bill Rothbard, esq.* | 30 | 30 | 30 |
| 40. Donna Lind, consumer* | 30 | 30 | 30 |
| 41. Carohl Biehl, consumer* | 30 | 30 | 30 |
| 42. Melissa Bearns, consumer* | 30 | 30 | 30 |
| 43. Carol Slayton, consumer* | 30 | 30 | 30 |
| 44. Ann Maletic, consumer* | 30 | 30 | 30 |
| 45. Jeanette Burrage, consumer* | 30 | 30 | 30 |
| 46. Julie Finerty, consumer* | 30 | 30 | 30 |
| 47. Lorraine Nik, consumer* | 30 | 30 | 30 |
| 48. Virgin Marry Betancourt, consumer* | 30 | 30 | 30 |
| 49. Scott Brownwell, consumer* | 30 | 30 | 30 |

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
| --- | --- | --- | --- |
| | FTC | Secured Merchants LLC | Argaman |
| 50. Ray Cutshaw, consumer* | 30 | 30 | 30 |
| 51. Elysia Mathias, consumer* | 30 | 30 | 30 |
| 52. Kris Sheetz, consumer* | 30 | 30 | 30 |
| 53. Rebecca Woolever* | 30 | 30 | 30 |
| 54. Samuel Ireton, consumer* | 30 | 30 | 30 |
| 55. Kathleen O'Connor, consumer* | 30 | 30 | 30 |
| 56. Antoinette Johnson, consumer* | 30 | 30 | 30 |
| 57. Terry Wold, consumer* | 30 | 30 | 30 |
| 58. Maria Otto, consumer* | 30 | 30 | 30 |
| 59. David Wuescher, consumer* | 30 | 30 | 30 |
| 60. Jaki Mitchell-Bailey, consumer* | 30 | 30 | 30 |
| 61. Lori DiBenedetto, consumer* | 30 | 30 | 30 |
| 62. Christina Case, consumer* | 30 | 30 | 30 |
| 63. Allison De Fren, consumer* | 30 | 30 | 30 |
| 64. Ana M. Freijo, consumer* | 30 | 30 | 30 |
| 65. Zhenke Lai, consumer* | 30 | 30 | 30 |
| 66. Danielle Siso, consumer* | 30 | 30 | 30 |
| 67. Cynthia Cadorette, consumer* | 30 | 30 | 30 |

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
| --- | --- | --- | --- |
| | FTC | Secured Merchants LLC | Argaman |
| 68. Mimi Yank, consumer* | 30 | 30 | 30 |
| 69. Katie Vuong, consumer* | 30 | 30 | 30 |
| 70. Ivan Goldman, consumer* | 30 | 30 | 30 |
| 71. Donna Gott, consumer* | 30 | 30 | 30 |
| 72. Beverly Wren, consumer* | 30 | 30 | 30 |
| 73. Natalie Johnson, consumer* | 30 | 30 | 30 |
| 74. Jane Wilder-O'Connor, consumer* | 30 | 30 | 30 |
| 75. Catherine Mundy, consumer* | 30 | 30 | 30 |
| 76. Lin Lu, consumer* | 30 | 30 | 30 |
| 77. Timaree Purcella, consumer* | 30 | 30 | 30 |
| 78. Tina Morrison, consumer* | 30 | 30 | 30 |
| 79. Patrick Raffin* | 30 | 30 | 30 |
| 80. Matthew Livingston* | 30 | 30 | 30 |
| 81. Representative of UMS Banking* | 15 | 15 | 15 |
| 82. Maddux, Ashley or a representative of Domains by Proxy** | 15 | 15 | 15 |

AMENDED JOINT WITNESS LIST
Page | 6

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
|---|---|---|---|
| | FTC | Secured Merchants LLC | Argaman |
| 83. Willis, Keena or a representative of GoDaddy.com, LLC** | 15 | 15 | 15 |
| 84. Guerrero, David or representative of J2 Global Communications, Inc.** | 15 | 15 | 15 |
| 85. Bazal, Cathy or a representative of American Express/Datamark** | 15 | 15 | 15 |
| 86. Lillie, Leanora or representative of MasterCard International Inc.** | 15 | 15 | 15 |
| 87. Shamika Spence or a representative of Priority Payment Systems, LLC and Cynergy Data, LLC** | 15 | 15 | 15 |
| 88. Representative of Bank of America** | 15 | 15 | 15 |
| 89. Representative of HSBC** | 15 | 15 | 15 |
| 90. Medina, Joe or a representative of Wells Fargo** | 15 | 15 | 15 |
| 91. Perez, Cindy or a representative of State of California Employment Development Department** | 15 | 15 | 15 |

| Witness Name[1] | Time Estimate (in minutes)[2] | | |
|---|---|---|---|
| | FTC | Secured Merchants LLC | Argaman |
| 92. Representative of Signapay, LTD** | 15 | 15 | 15 |
| 93. Representative of Global Payments Direct** | 15 | 15 | 15 |
| 94. Representative of California Secretary of State** | 15 | 15 | 15 |
| 95. Boaz Aragi #[3] | | 30 | 30 |
| 96. Andras Kence # | | 30 | 30 |
| 97. Kevin Kotzin # | | 30 | 30 |
| 98. Rick Del Rio | | 60 | 60 |
| 99. Oren Ohayon | | 30 | 30 |
| | | | |

Respectfully submitted,

---

[3] Plaintiff objects to Secured Merchants LLC's witnesses Boaz Aragi, Andras Kence, and Kevin Kotzin (identified with "#"on Amended Joint Witness List) on the basis that these witnesses were not disclosed pursuant to the Local Rules and the Federal Rules of Civil Procedure. Defendants did not identify these witnesses in initial disclosures, discovery, or the pretrial meeting of counsel. Plaintiff has a current pending Motion to Preclude Defendants Alan Argaman and Secured Merchants LLC's Undisclosed Exhibits, Witnesses, and Expert Witnesses (Dkt. 602) that is scheduled for hearing on July 20, 2017.

Dated: 6/13/17

/s/ Reid Tepfer
REID TEPFER,
Texas Bar No. 24079444
LUIS GALLEGOS
Oklahoma Bar No. 19098
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75206
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (fax)
rtepfer@ftc.gov; lgallegos@ftc.gov;
erobinson@ftc.gov; zkeller@ftc.gov

RAYMOND MCKOWN,
California Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice)
(310) 824-4380 (fax)
rmcknown@ftc.gov

Date: 6/13/17

The Law Offices of Shai Oved
/s/ Shai Oved
Attorneys for Secured Merchants

Date: 6/13/17

Alan Argaman, in pro per
/s/ Alan Argaman

(Counsel submitting this form attests and confirms that the electronic signature of Reid Tepfer and Alan Argaman is authorized and consent to this filing.

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. A true and correct copy of the foregoing document AMENDED JOINT WITNESS LIST will be served or was served (a) on the judge in chambers and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I previously checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer          rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos        lgallegos@ftc.gov;
Dama J Brown           dbrown1@ftc.gov
Zachary A Keller       zkeller@ftc.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/13/17, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
312 North Spring Street
Los Angeles, CA 90012-4701

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/13/17 | Shai Oved | /s/ Shai Oved |
|---|---|---|
| Date | Type Name | Signature |