# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.**, *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO PERMIT PAUL MEDINA'S TESTIMONY BY TELEPHONE** |

Plaintiff Federal Trade Commission filed Plaintiff's Notice of Motion and Motion In Limine to Permit Paul Medina's Testimony by Telephone (Motion), seeking to allow Mr. Medina to testify by telephone from his home in Melbourne, Australia. Having reviewed the pleadings and applicable authority, the Court finds that good cause and compelling circumstances exist and that Plaintiff's Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 43(a), Mr. Medina be allowed to testify at trial by telephone. Mr. Medina will submit a sworn narrative statement to the Court, be subject to cross-

examination, and have his credibility assessed.

**IT IS SO ORDERED.**

Dated: _____    _____
                                 The Honorable George H. Wu
                                 United States District Judge