UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | June 19, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Reid Tepfer
Luis Gallegos
Zachary A. Keller

Attorneys Present for Defendants:

Shai Oved
Alan Argaman, PRO SE

**PROCEEDINGS:**   **STATUS CONFERENCE**

Court and counsel confer re settlement.  The Court refers this matter to Magistrate Judge Abrams for settlement purposes only.   The Court allows Plaintiff FTC to attend the mediation by telephone as long as Judge Abrams deems the agency is being cooperative.  A Post-Mediation Status Conference is set for August 3, 2017 at 8:30 a.m., with a joint report to be filed by noon on July 31, 2017.

: 06

Initials of Preparer   JG