Shai Oved, Esq. (SBN 185526)
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, California 91303
Telephone: (818) 992-6588
Facsimile: (818) 992-6511
Email:    ssoesq@aol.com

Attorneys for Secured Merchants, LLC

Alan Argaman, in pro se
15021 Ventura Blvd., #421
Sherman Oaks, CA 91403
Telephone: (818) 588-2405
Email - alanleaaa@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No.: 2:15-cv-04527-GW (PLAx)** |
| Plaintiff, | **SECURED MERCHANTS, LLC AND ALAN ARGAMAN'S JOINT EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | **[AND PROPOSED ORDER]** |
| Defendants. | |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | Trial: September 8, 2017<br>Time: 8:30 am<br>Location: Courtroom 10 – Spring St.<br>Judge: Hon. George H. Wu |
| Cross-Claimants | |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

1

**EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE**

1   **COME NOW** Secured Merchants, LLC, (hereinafter "SM") and Alan Argaman
2   (hereinafter "Argaman") with their Ex Parte Application and Joint Statement re:
3   Discovery Dispute with proposed Order. This matter involves three trial depositions
4   noticed by the FTC for July 17, 18, and 19, unilaterally. Defendants understand that this
5   Court would consider and rule on such disputes via an ex parte application and either
6   issue a ruling or set the matter for hearing. This application is done for that purpose.

7   **DEFENDANTS' STATEMENT**

8   SM and Argaman are not available for three consecutive days to entertain the
9   FTC's unilateral decision to notice depositions on July 17, 18, and 19 because of work
10  schedules. Argaman offered and attempted to resolve this matter by agreeing to extend
11  the deposition deadline or setting mutually agreeable alternative dates so as not to
12  prejudice the FTC. The FTC refused.
13  Please see attached as EXHIBIT A 3 emails from Argaman to the FTC requesting
14  to move these depositions to a mutually convenient date. The FTC never worked with
15  Argaman or SM to do this.
16  Defendants seek an order quashing the depositions, and/or a protective order
17  staying the depositions so that mutually agreeable dates can be set and proposes to extend
18  the deposition cutoff of July 31, 2017.

19  **FTC'S STATEMENT**

20  Please see EXHIBIT B for the FTC's position on this.

21

2

**EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE**

Respectfully submitted,

The Law Offices of Shai Oved

Date: July 14, 2017                    /s/ Shai Oved_____
                                       Attorneys for Secured Merchants, LLC


                                       Alan Argaman, in pro per

Date: July 14, 2017                    /s/ Alan Argaman_____

(Counsel submitting this form attests and confirms that the electronic signature of Alan Argaman is authorized and consents to this filing.

**EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE**

**PROPOSED ORDER**

The Court having considered the ex parte application re: discovery dispute and the statement of the Parties, and good cause appearing, Orders

1) The depositions scheduled for July 18, July 19, and July 20 shall be stayed and

2) The deposition cutoff of July 31, 2017, shall be extended to _____, 2017.

OR

3) This matter shall be set for hearing on _____

_____

THE HONORABLE JUDGE WU

CENTRAL DISTRICT OF CALIFORNIA

**EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE**

EXHIBIT A

Gmail — Motion for protective Order FTC v. BunZai Media Inc., a

Alan Argaman alanleaaa@gmail.com

# Ex Parte Motion for Protective Order FTC v. BunZai Media Group, Inc., et al.

Alan Argaman <alanleaaa@gmail.com>  Thu, Jul 13, 2017 at 4:58 PM
To: "Tepfer, Reid A." <rtepfer@ftc.gov> Cc: Shai Oved <ssoesq@aol.com>, "Gallegos, Luis" <LGALLEGOS@ftc.gov>, "Keler, Zachary A." <zkeller@ftc.gov>, Sagar Parkh <sp@beverlyhillslawcorp.com>

Reid,

On May 25th at 4:02pm I sent you an email stating per below
(bold) I am not avalable on July 17 or July 19.
I am available on July 13, July 18, or July 25 for the 3 depositions.
On June 2nd I wrote you again per below (bold)
Counsel, following up here. I would appreciate the professional courtesy Of a response, rather than ignoring me.
It's unfortunate that you choose to unilaterally schedule these depositions without involving either myself or Shai.

Today for the 3rd time I am asking that you stop operating unilaterally and discuss scheduling With me and Shai. As Shai already agreed, I also agree to continue these depositions for mutually agreeable dates before or after the discovery cut off so there is no prejudice to the FTC.

This is not how you do things as a professional. You have knows about this scheduling conflict since my first May 25th email.

Let me know what is a convenient time for you to discuss scheduling with Shai and I.
Thanks,
Alan Argaman

Gmail FTC v. BMG Third  Notice Of Trial Depositions

M Gmail  Alan Argaman <alanleaaa@gmail.com>

## FTC v. BMG • Third Amended Notice of Trial Depositions

Alan Argaman <alanleaaa@gmail.com>  sun, Jul 2, 2017 at 9:50 PM
To: "Tepfer, Reid A." <rtepfer@ftc.gov>
Cc: Shai Oved <ssoesq@aol com>, Sagar Parikh <sp@beverlyhillslawcorp com>, "Keller, Zachary A." <zkeller@ftc gov>, "Gallegos, Luis" <LGALLEGOS@ftc gov>

Counsel, following up here. I would appreciate the professional courtesy of a response, rather than Ignoring me.

From: Tepfer, Reid A.
sent: Thursday, May 18, 2017 8:45 AM To:
'Shai oved'
Cc: 'Sagar Parikh'; Keller, Zachary A; Gallegos, Luis; •AlanLeAAA@gmail.com' subject:
RE: FTC v. aunzai - Deposition of Tyler Reitenbach

## FTC v. BMG • Third Amended Notice of Trial Depositions

alan le <alanleaaa@gmail.com> Thu, May 25, 2017 at 4:02 PM To: "Tepfer, Reid A." <rtepfer@ftc gov>
Cc: Shai Oved <ssoesq@aol com>, Sagar Parikh <sp@beverlyhillslawcorp com>, "Keller, Zachary A." <zkeller@ftc gov>, "Gallegos, Luis" <LGALLEGOS@ftc.gov>

Counsel ,

It's unfortunate that you choose to unilaterally schedule these depositions Without involving either myself or Shai.

This is not how you do things as a professional.

I am not avalable on July 17 or July 19.
I am available on July 13, July 18, or July 25 for the 3 depositions.
Thank you

Alan Argaman

IOuoted text hidden)

EXHIBIT B

7/14/2017     Gmail - Re: Ex Parte Motion for Protective Order - FTC v. BunZai Media Group, Inc., et al.

Case 2:15-cv-04527-GW-PLA Document 617 Filed 07/14/17 Page 10 of 12 Page ID #:18893



Sagar Parikh <sp1085@gmail.com>

## Re: Ex Parte Motion for Protective Order - FTC v. BunZai Media Group, Inc., et al.

**Tepfer, Reid A.** <rtepfer@ftc.gov>            Fri, Jul 14, 2017 at 6:33 AM
To: Alan Argaman <alanleaaa@gmail.com>, Sagar Parikh <sp@beverlyhillslawcorp.com>
Cc: Shai Oved <ssoesq@aol.com>, "Gallegos, Luis" <LGALLEGOS@ftc.gov>, "Keller, Zachary A." <zkeller@ftc.gov>

Mr. Argaman:

I responded to your May 25 email about your purported unavailability on May 26 with the following:

"Concerning the trial depositions, those are the dates that the witnesses and their counsel stated they were available. Your prior counsel was CC'ed on all emails scheduling those depositions, and I received no notification concerning any conflict that you or Mr. Oved had. Accordingly, the depositions will proceed on those dates. As the Court stated at the previous status conference, you may subpoena these witnesses to have them available at trial for cross-examination if you so desire. Please be aware that at this time the FTC has no intention of subpoenaing these individuals to be available at trial."

Moreover, on May 26, I advised that **"because we have already subpoenaed and agreed to a time with the witnesses and their counsel, we do not agree to postpone these depositions. You will have to file a motion for protective order if you do not wish for these depositions to proceed."**

When you sent this request again on June 2, I reiterated that I would not agree to postpone the depositions and that you would need to seek a protective order if you did not wish for the depositions to proceed on those dates.

The FTC's position has not changed. To be clear, I want to reiterate that we do not agree to postpone these depositions, as they've already been postponed once, particularly at this late date. I have stated unequivocally since May that these depositions will proceed on the dates that the FTC previously agreed to with the deponents' counsel and that you will need to seek relief from the Court if you do not wish for these depositions to proceed. You have failed to timely request this relief from the Court.

Reid Tepfer

7/14/2017 Gmail - Re: Ex Parte Motion for Protective Order - FTC v. Bunzai Media Group, Inc., et al.

Case 2:15-cv-04527-GW-PLA Document 617 Filed 07/14/17 Page 11 of 12 Page ID #:18894

Attorney

Federal Trade Commission

**From:** Alan Argaman [mailto:alanleaaa@gmail.com]
**Sent:** Thursday, July 13, 2017 7:47 PM
**To:** Sagar Parikh
**Cc:** Shai Oved; Gallegos, Luis; Keller, Zachary A.; Tepfer, Reid A.

[Quoted text hidden]

[Quoted text hidden]

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. A true and correct copy of the foregoing document **EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE [AND PROPOSED ORDER]** will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer          rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos        lgallegos@ftc.gov;
Zachary A Keller       zkeller@ftc.gov

II. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on /7/17, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
312 North Spring Street
Los Angeles, CA 90012-4701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/17 | Shai Oved | /s/ Shai Oved |
|---|---|---|
| Date | Type Name | Signature |

7

**EX PARTE APPLICATION AND STATEMENT RE: DISCOVERY DISPUTE**