# DECLARATION OF JAMES ELLIOTT
# PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, James E. Elliott, declare that:

1. I have been employed by the Federal Trade Commission (FTC) since March of 1988. I have been the Assistant Director of the FTC's Southwest Region since December 2013. I am the immediate supervisor of the office's attorneys, investigators, and support staff. My responsibilities in this position include, among other things, approving the office staff's time and attendance. This involves approval of staff member's requests for leave of absences from work.

2. Brent McPeek is an investigator with the FTC's Southwest Region. I am his immediate supervisor.

3. Since June 29, 2017, Mr. McPeek has been, and continues to be, on approved medical leave. I have known of Mr. McPeek's intention to take medical leave since at least May 25, 2017. I gave his request for medical leave final approval on June 27, 2017. Mr. McPeek is scheduled to return to work no soon than August 1, 2017.

4. If the Court requests, I am willing to provide under seal additional information regarding Mr. McPeek's need for extended medical leave until at least August 1, 2017.

1. I declare, under penalty of perjury, that the foregoing statement is true and
2. correct.
3. Executed on July 14, 2017, in Dallas, Texas.

_____
James E. Elliott

**DECLARATION OF JAMES E. ELLIOTT** Page | 2