**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S** *EX PARTE* **APPLICATION FOR PROTECTIVE ORDER** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

Before the Court is Plaintiff Federal Trade Commission's *Ex Parte* Application for Protective Order. Having reviewed the pleadings and applicable authority and heard arguments of counsel for the parties, the Court finds good cause that Plaintiff's Application should be, and hereby is, **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    The Honorable George H. Wu
                                    United States District Judge