**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR AN ORDER ALLOWING PLAINTIFF TO SUBMIT FOR IN CAMERA REVIEW ADDITIONAL DOCUMENTATION IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER TO QUASH DEPOSITION NOTICE** |

Before the Court is Plaintiff Federal Trade Commission's Unopposed *Ex Parte* Application for an Order Allowing Plaintiff to Submit for In Camera Review Additional Documentation in Support of Its Motion for Protective Order to Quash Deposition Notice. Having reviewed the pleadings and applicable authority and heard arguments of counsel for the parties, the Court finds good cause that Plaintiff's Application should be, and hereby is, **GRANTED**.

1  **IT IS SO ORDERED.**

2

3  Dated: _____

4                                              _____
                                                 The Honorable George H. Wu
                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ALLOWING *IN CAMERA* REVIEW OF ADDITIONAL DOCUMENATION.                                                              Page | 2