# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 15-4527-GW (PLAx)**                                   Date: **July 20, 2017**

Title:   Federal Trade Commission v. Bunzai Media Group, Inc. et al., and Related Cross Actions

---

**PRESENT:** THE HONORABLE   **PAUL L. ABRAMS**
                            **UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**            **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE                                            NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

In conjunction with plaintiff's ex parte application seeking to quash the deposition notice ("Application," ECF No. 619) served by defendant Alan Argaman ("defendant") as to FTC Investigator Brent McPeek, the Court ordered plaintiff to submit, under seal, any additional information it wished the Court to consider in determining if the deposition subpoena would be quashed, i.e., any further information addressing plaintiff's allegation that McPeek is unavailable to be deposed prior to August 1, 2017. Plaintiff has now submitted that information through a second declaration from James Elliott, Mr. McPeek's immediate supervisor who is responsible for approving requests for leaves of absence. (ECF No. 622). Having reviewed the Application, defendant's Opposition thereto, and the supplemental declaration, the Court finds that McPeek is unavailable to prepare and appear for his deposition on July 28, 2017, as noticed, or at any time prior to or on July 31, 2017, the last day set by the District Judge to complete depositions. Accordingly, plaintiff's Application is **granted**, and the deposition notice for Brent McPeek is hereby **quashed**.


cc:   Counsel of Record
      Alan Argaman, pro se




                                                                Initials of Deputy Clerk        ch