## DECLARATION OF RECEIVER CHARLENE C. KOONCE PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I, Charlene C. Koonce, declare that:

1. I was the court-appointed Receiver in the case *FTC v. BunZai Media Group, Inc., et al.*, 2:15-cv-04527. Pursuant to an Order entered on November 21, 2016 [Docket No. 565], I was discharged.

2. I hereby certify that I have made good faith effort to confer with Defendant Argaman about rescheduling the Subpoena to Testify at a Deposition in a Civil Action scheduled for July 31, 2017.

3. On July 17, 2017, in response to Defendant Argaman's Subpoena to Testify at a Deposition in a Civil Action, I informed Defendant Argaman that I would be on vacation out of the state during that time. Attachment A is a true and correct copy of an email string that contains communications I had with Defendant Argaman on the subject of the Subpoena to Testify at a Deposition in a Civil Action. *See* Attachment A.

4. On July 19, 2017, I emailed Defendant Argaman requesting that he advise me not later than early afternoon on July 20th if he would reschedule the deposition so that a motion to quash would not be necessary. Receiver informed Defendant Argaman that she would seek an *ex parte* application for a protective order if the Subpoena was not canceled.

5. I declare, under penalty of perjury, that the foregoing statement is true and correct. Executed on July 20, 2017, in Dallas, Texas.

/s/Charlene Koonce
CHARLENE C. KOONCE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2017 a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the CM/ECF system which will send notification of such filing to the following:

Shai Oved
The Law Offices of Shai Oved
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
*Counsel for Secured Merchants, LLC*

Reid Tepfer
Luis H. Gallegos
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
*Attorneys for the Plaintiff Federal Trade Commission*

Alan Argaman
*Pro Se* Defendant

/s/ Charlene C. Koonce
CHARLENE C. KOONCE

**From:** Charlene Koonce
**Sent:** Friday, July 14, 2017 11:16 AM
**To:** 'Tepfer, Reid A.'; 'alanleaaa@gmail.com'; 'Shai Oved'
**Cc:** Gallegos, Luis; Keller, Zachary A.
**Subject:** RE: Activity in Case 2:15-cv-04527-GW-PLA Federal Trade Commission v. Bunzai Media Group, Inc. et al ; deposition notice

Hi Alan - I just received your subpoena for July 31 at noon. I'll be on vacation from July 28-August 6, so the deposition will need to be reset for some other day. Please let me know if you'll agree to reset, or if I'll need to file a motion to quash/motion for protective order.



## CHARLENE KOONCE
## PARTNER

500 N. Akard, Suite 2700
Dallas, Texas 75201
**214.706.4215 (Direct)**
214.706.4200 (Main)
214.706.4242 (Facsimile)
charlene.koonce@solidcounsel.com
www.solidcounsel.com

# SCHEEF & STONE, L.L.P.
LEGAL COUNSEL BASED ON SOLID PRINCIPLES



**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.



1

**From:** Charlene Koonce
**Sent:** Wednesday, July 19, 2017 10:45 AM
**To:** 'Alan Argaman'
**Cc:** Shai Oved; Keller, Zachary A.; Sagar Parikh; Gallegos, Luis; Tepfer, Reid A.
**Subject:** RE: Request to reset deposition

Thank you. I need to know by tomorrow early afternoon my time, so that I'll have time to draft and file the motion to quash if you are not agreeable to moving the depo date.

**From:** Alan Argaman [mailto:alanleaaa@gmail.com]
**Sent:** Wednesday, July 19, 2017 12:11 AM
**To:** Charlene Koonce
**Cc:** Shai Oved; Keller, Zachary A.; Sagar Parikh; Gallegos, Luis; Tepfer, Reid A.
**Subject:** Re: Request to reset deposition

Hi Charlene,

I need one more day to figure out the scheduling. I will get back to you tomorrow with an update.

Thanks
Alan Argaman

On Jul 17, 2017 1:37 PM, "Alan Argaman" <alanleaaa@gmail.com> wrote:
Hi Charlene,

I will do my best to accomidate your schedule. I need some time to check on scheduling. I will get back to you by the end of day tomorrow.

Thanks,
Alan

On Jul 17, 2017 10:48 AM, "Charlene Koonce" <charlene.koonce@solidcounsel.com> wrote:

Alan- As I said in an earlier email, I will be on vacation and out of the state on the 31st. I'm leaving on the 28th, but am available instead on the 27th. Will you agree to reset the deposition to the 27th, or, if that's not convenient, some other day between the 24th and the 27th?

1

**From:** Charlene Koonce
**Sent:** Thursday, July 20, 2017 5:14 PM
**To:** 'SSOESQ@aol.com'; alanleaaa@gmail.com
**Cc:** sp@beverlyhillslawcorp.com; rtepfer@ftc.gov; LGALLEGOS@ftc.gov; zkeller@ftc.gov
**Subject:** RE: Request to reset deposition

I sent notice 1 hour after being served that I wasn't available. I've asked repeatedly for alternate dates and proposed several. You've not responded to my offer of tomorrow afternoon, or Monday after your hearing.

I am not a party. I have no control over your deadlines and have no interest in seeking a "continuance." Please do not use my vacation as leverage to negotiate a deadline that doesn't have anything to do with me. I cooperated in being interviewed and am not trying to duck this depo. But I'm not appearing while I'm on vacation.

I will proceed to file the motion. If you and the FTC work out an extension, please let me know. If not, please let me know if one of the alternate dates/times I've offered will work.

**From:** SSOESQ@aol.com [mailto:SSOESQ@aol.com]
**Sent:** Thursday, July 20, 2017 5:11 PM
**To:** Charlene Koonce; alanleaaa@gmail.com
**Cc:** sp@beverlyhillslawcorp.com; rtepfer@ftc.gov; LGALLEGOS@ftc.gov; zkeller@ftc.gov
**Subject:** Re: Request to reset deposition

I don't know how we can all possibly agree with less than 1/2 hour notice. I am not sure of any basis to quash the subpoena as you were served with the subpoena for the 31st but as we previously advised, we will join in your seeking a protective order and a continuance so that a mutually agreeable date for all parties and counsel. We have tried to accommodate your schedule and will continue to try to work out a date which works for everyone.

The issue may be moot after the MSC set for July 27.


Very truly yours,
Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Tel: (818) 992-6588
Fax: (818) 992-6511
Email: ssoesq@aol.com
www.shaioved.com

The information contained in this email is intended only for the individual or entity named above and may contain attorney

1

privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by the telephone number above and return any hard copies to us via the postal service.. The Law Offices of Shai Oved is a debt relief agency which helps people file for bankruptcy under the Bankruptcy Code. Shai Oved is a Certified Bankruptcy Law Specialist by The State Bar of California Board of Legal Specialization.

In a message dated 7/20/2017 2:44:20 P.M. Pacific Daylight Time, charlene.koonce@solidcounsel.com writes:

To be sure there is no concern about a lack of clarity, if no agreement is reached to reschedule the deposition by 5:15 CST today, I will be filing an ex parte motion to quash.

**From:** Charlene Koonce
**Sent:** Thursday, July 20, 2017 4:23 PM
**To:** 'SSOESQ@aol.com'; alanleaaa@gmail.com
**Cc:** sp@beverlyhillslawcorp.com; rtepfer@ftc.gov; LGALLEGOS@ftc.gov; zkeller@ftc.gov
**Subject:** RE: Request to reset deposition

What time is the hearing on Monday? How about setting the deposition either before or after that hearing? I have a hearing tomorrow at 1:30 my time, but could also be available tomorrow by 3:30 my time. Do either of those date work?

I can't agree to extend deadlines – those aren't my deadlines.

**From:** SSOESQ@aol.com [mailto:SSOESQ@aol.com]
**Sent:** Thursday, July 20, 2017 4:11 PM
**To:** Charlene Koonce; alanleaaa@gmail.com; ssoesq@aol.com
**Cc:** sp@beverlyhillslawcorp.com; rtepfer@ftc.gov; LGALLEGOS@ftc.gov; zkeller@ftc.gov
**Subject:** Re: Request to reset deposition

Dear Ms. Koonce,

I have morning and afternoon hearings on Tuesday and conferences on Wednesday. We do not oppose a date in August if acceptable to the FTC.

2

Similarly, with respect to Mr. McPeak, we have advised that we do not oppose a mutually agreeable date in August.

We will join in any stipulation rescheduling these trial depositions to mutually agreeable dates convenient to all parties so a protective order motion can be avoided.

Very truly yours,
Shai Oved
The Law Offices of Shai Oved
7445 Topanga Cyn. Blvd., Suite 220
Canoga Park, California 91303
Tel: (818) 992-6588
Fax: (818) 992-6511
Email: ssoesq@aol.com
www.shaioved.com

The information contained in this email is intended only for the individual or entity named above and may contain attorney privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you received this communication in error, please immediately notify us by the telephone number above and return any hard copies to us via the postal service.. The Law Offices of Shai Oved is a debt relief agency which helps people file for bankruptcy under the Bankruptcy Code. Shai Oved is a Certified Bankruptcy Law Specialist by The State Bar of California Board of Legal Specialization.

In a message dated 7/20/2017 1:31:42 P.M. Pacific Daylight Time, charlene.koonce@solidcounsel.com writes:

I will be out of state on the 31st and cannot appear on that date. What time is the hearing on the 24th? Surely that won't last all day – how about working around that hearing? Or, what about the 25th or 26th (I offered a date between the 24th and 27th).

**From:** Alan Argaman [mailto:alanleaaa@gmail.com]
**Sent:** Thursday, July 20, 2017 3:29 PM
**To:** Charlene Koonce
**Cc:** Shai Oved; Sagar Parikh; Tepfer, Reid A.; Gallegos, Luis; Keller, Zachary A.
**Subject:** RE: Request to reset deposition

Hi Charlene,

There is a hearing on the 24th in this case, and on the 27th there is a mediation for this case, so those dates don't work.

Thus, we need to keep it July 31, or you will have to agree to appear for a deposition after the July 31, 2017 trial deposition cut-off in this case.

Let us know what dates in August work for you and the FTC.

Thank you,

Alan Argaman

On Jul 20, 2017 12:43 PM, "Charlene Koonce" <charlene.koonce@solidcounsel.com> wrote:

Alan - Any update on this?

**From:** Alan Argaman [mailto:alanleaaa@gmail.com]
**Sent:** Wednesday, July 19, 2017 12:11 AM
**To:** Charlene Koonce
**Cc:** Shai Oved; Keller, Zachary A.; Sagar Parikh; Gallegos, Luis; Tepfer, Reid A.
**Subject:** Re: Request to reset deposition

Hi Charlene,

I need one more day to figure out the scheduling. I will get back to you tomorrow with an update.

Thanks

Alan Argaman

On Jul 17, 2017 1:37 PM, "Alan Argaman" <alanleaaa@gmail.com> wrote:

Hi Charlene,

I will do my best to accomidate your schedule. I need some time to check on scheduling. I will get back to you by the end of day tomorrow.

4

Thanks,

Alan


On Jul 17, 2017 10:48 AM, "Charlene Koonce" <charlene.koonce@solidcounsel.com> wrote:

Alan- As I said in an earlier email, I will be on vacation and out of the state on the 31st. I'm leaving on the 28th, but am available instead on the 27th. Will you agree to reset the deposition to the 27th, or, if that's not convenient, some other day between the 24th and the 27th?



## CHARLENE KOONCE

## PARTNER

500 N. Akard, Suite 2700

Dallas, Texas 75201

**214.706.4215** (Direct)

214.706.4200 (Main)

214.706.4242 (Facsimile)

charlene.koonce@solidcounsel.com

www.solidcounsel.com


# SCHEEF & STONE, L.L.P.
LEGAL COUNSEL BASED ON SOLID PRINCIPLES



5

**Important:** This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

**Note:** Please be advised that Scheef & Stone, L.L.P. reserves the right to record telephone conversations involving its employees or attorneys. If you do not wish to be recorded, please limit your communications with Scheef & Stone, L.L.P. to regular mail, faxes, and/or electronic mail.