# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., a California corporation, also doing business as AuraVie and Miracle Face Kit; et al.,<br><br>Defendants. | Case No. 2:15-CV-4527-GW(PLAx)<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER** |

[PROPOSED] ORDER GRANTING RECEIVER'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER

Before the Court is Receiver's *Ex Parte* Application for Protective Order. Having reviewed the pleadings and applicable authority, the Court finds good cause for granting the Receiver's Application. The Application for Protective Order is accordingly **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2017.

_____
The Honorable Paul L. Abrams
United States Magistrate Judge