DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF'S NOTICE OF LODGING AND LODGING OF NONOPPOSITION TO RECEIVER'S *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:  TBD<br>Time: TBD<br>Judge: Hon. George Wu |

1   On July 20, 2017, the Receiver filed an *Ex Parte* Application for a
2   Protective Order and Motion to Quash Subpoena and Motion to Quash Subpoena
3   and Memorandum of Points and Authorities in Support. (Dkt. 625). After
4   reviewing the Receiver's *ex parte* application, Plaintiff has no opposition to the
5   Receiver's *ex parte* application.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: 7/21/17 | */s/ LUIS H. GALLEGOS* <br> REID A. TEPFER <br> LUIS H. GALLEGOS <br> Attorneys for the Plaintiff <br> Federal Trade Commission <br> 1999 Bryan Street, Suite 2150 <br> Dallas, Texas 75201 <br> (214) 979-9395 (Tepfer) <br> (214) 979-9383 (Gallegos) <br> (214) 953-3079 (facsimile) <br> rtepfer@ftc.gov <br> lgallegos@ftc.gov |

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 21, 2017, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant


          */S/ LUIS H. GALLEGOS*
          LUIS H. GALLEGOS