# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 15-4527-GW (PLAx)**　　　　　　　　　　　　　　　　Date: **July 25, 2017**

Title:　**Federal Trade Commission v. Bunzai Media Group, Inc. et al., and Related Cross Actions**

---

**PRESENT: THE HONORABLE　PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　**(IN CHAMBERS)**

On July 20, 2017, Charlene C. Koonce, a third-party former Receiver in this action ("Receiver"), filed an ex parte application ("Application") for a "protective order quashing" the deposition subpoena served on her on July 17, 2017, by defendant Alan Argaman ("Argaman" or "defendant"). Defendant's Opposition, if any, was due within 24 hours of the electronic filing of the Application, i.e., by 3:31 p.m. PDT *on July 21, 2017*. See www.cacd.uscourts.gov, "Judges' Procedures and Schedules." On July 24, 2017, the Court granted the Receiver's Application. (ECF No. 627). Shortly thereafter, defendant Argaman filed a "limited Opposition" to the Application. Even if the Opposition had been timely filed, the Court, having reviewed the Opposition, would not have modified the relief provided to the Receiver. Indeed, the gist of the Opposition is that defendant should be given time beyond the July 31, 2017, deposition deadline to depose both the Receiver and Brent McPeek (whose deposition subpoena was quashed on July 20, 2017). As the parties have been previously advised, however, this Court will not extend or modify a deadline set by the District Judge in this action. (See ECF No. 618 n.1).

cc:　Counsel of Record
　　　Alan Argaman, pro se

Initials of Deputy Clerk　　ch