DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF'S NOTICE OF LODGING AND LODGING OF REVISED [PROPOSED] DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AS TO DEFENDANT KRISTOPHER BOND, AKA RAY IBBOTT, INDIVIDUALLY OR MANAGER OF BUNZAI MEDIA GROUP, INC.**<br><br>**Date:  TBD** |

|   |   |
|---|---|
| 1 | Time: TBD<br>Judge: Hon. George Wu |

On July 24, 2017, the Court held a hearing in connection with Plaintiff's Motion for Entry of Default Judgment and Order for Permanent Injunction and Other Equitable Relief Against Defendant Kristopher Bond (Motion).  During the hearing, the Court provided Plaintiff with a tentative order relating to Plaintiff's Motion and the proposed default judgment order.  Dkt. 630.  In its tentative order, the Court identified areas of the proposed default judgment order that needed to be corrected.  *Id.* The Court further ordered Plaintiff to submit a revised proposed default judgment order.  *Id.*  In addition to the areas identified by the Court in its tentative, Plaintiff has made additional modifications and corrections on the belief that the Court would approve of them.  These corrections include:

1. 2:12 removal of phrase "and the Supplement to these filings;"
2. 2:12 "TBD" changed to "607;"
3. 5:9 "TBD" changed to "569;"
4. 5:11 updated to show "January 27, 2017. (Dkt. 575);"
5. 13:3 "TBD" changed to "569;"
6. 13:5 $72,692,812 to $45,095,123; and
7. 13:6 Dkt. 482-1 changed to Dkt. 454 at 18 n. 12.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: 7/25/17 | */s/ LUIS H. GALLEGOS*<br>REID A. TEPFER<br>LUIS H. GALLEGOS<br>Attorneys for the Plaintiff<br>Federal Trade Commission<br>1999 Bryan Street, Suite 2150<br>Dallas, Texas 75201<br>(214) 979-9395 (Tepfer)<br>(214) 979-9383 (Gallegos)<br>(214) 953-3079 (facsimile)<br>rtepfer@ftc.gov<br>lgallegos@ftc.gov |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 25, 2017, a true and correct copy of the foregoing document was served by ECF or email to the individuals listed below.

Kristopher Bond
Via email

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

*/S/ LUIS H. GALLEGOS*
LUIS H. GALLEGOS

2
PLAINTIFF'S NOTICE OF LODGING AND LODGING OF
REVISED PROPOSED DEFAULT JUDGMENT AND ORDER
FOR PERMAENT INJUNCTION AND OTHER EQUITABLE RELIEF