# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV **15-4527-GW (PLAx)**                                    Date **July 27, 2017**

Title:   **Federal Trade Commission v. Bunzai Media Group, Inc., et al.**

-------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    **PAUL L. ABRAMS**                              ☐ **U.S. DISTRICT JUDGE**

                                                                 ☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | **courtsmart** | **N/A** |
|:---:|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   Reid A. Tepfer                                Shai Oved
   James E. Elliott                             Alan Argaman, pro se

**PROCEEDINGS:**        **(FURTHER SETTLEMENT CONFERENCE)**

Further settlement conference held.  No settlement was reached.

cc:    Counsel of Record                                         3 : 00

Initials of Deputy Clerk____ch____