1  Shai Oved, Esq. (SBN 185526)
   The Law Offices of Shai Oved
   7445 Topanga Cyn Blvd., Suite 220
2  Canoga Park, California 91303
   Telephone:  (818) 992-6588
   Facsimile:   (818) 992-6511
3  Email:        ssoesq@aol.com

4  Attorneys for Secured Merchants, LLC

5

                    UNITED STATES DISTRICT COURT
6
                    CENTRAL DISTRICT OF CALIFORNIA
7

8  FEDERAL TRADE COMMISSION,             ) Case No. 2:15-cv-04527-GW (PLAx)
                                          )
9          Plaintiff,                     )
           vs.                            ) ALAN ARGAMAN AND SECURED
                                          ) MERCHANTS, LLC'S NOTICE OF
10                                        ) NON-OPPOSITION TO FTC'S
   BUNZAI MEDIA GROUP, INC., et           ) MOTION IN LIMINE NO. 1 TO
11 al.,                                   ) PERMIT TELEPHONIC TESTIMONY
                                          ) BY WITNESS PAUL MEDINA
           Defendants.                    )
12 _____)
                                          )
13 SECURED MERCHANTS, LLC,                ) Hearing Date:  August 24, 2017
   CHARGEBACK ARMOR, INC.                 ) Time: 8:30 am
14 AND ALAN ARGAMAN,                      ) Location:  Courtroom 10
                                          ) Judge: Hon. George H. Wu
15         Cross-Claimants                )
           v.                             )
16 ALON NOTTEA, an individual,            )
                                          )
17         Cross-Defendant                )

18
        **TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**
19
   **PLEASE TAKE NOTICE THAT** Secured Merchants, LLC and Alan Argaman do not

20
                                        1
21 ALAN ARGAMAN AND SECURED MERCHANTS, LLC'S NOTICE OF NON-
   OPPOSITION TO FTC'S MOTION IN LIMINE NO. 1 TO PERMIT TELEPHONIC
   TESTIMONY BY WITNESS PAUL MEDINA

oppose FTC's Motion in Limine No. 1 seeking an Order to allow Paul Medina to testify at trial by telephone (Docket No. 611).

                                      Respectfully submitted,

                                      The Law Offices of Shai Oved

DATED: July 27, 2017           By: /s/ Shai Oved

                                      Shai Oved, Esq.
                                           *Attorneys for* Secured Merchants, LLC

                                    By: /s/ Alan Argaman
                                          Alan Argaman, Defendant in Pro Per

(Counsel submitting this form attests and confirms that the electronic signature of Alan Argaman is authorized and consents to this filing.

ALAN ARGAMAN AND SECURED MERCHANTS, LLC'S NOTICE OF NON-OPPOSITION TO FTC'S MOTION IN LIMINE NO. 1 TO PERMIT TELEPHONIC TESTIMONY BY WITNESS PAUL MEDINA

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. A true and correct copy of the foregoing document **ALAN ARGAMAN AND SECURED MERCHANTS, LLC'S NOTICE OF NON-OPPOSITION TO FTC'S MOTION IN LIMINE NO. 1 TO PERMIT TELEPHONIC TESTIMONY BY WITNESS PAUL MEDINA** will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer         rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos       lgallegos@ftc.gov;
Dama J Brown          dbrown1@ftc.gov
Zachary A Keller      zkeller@ftc.gov

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
312 North Spring Street
Los Angeles, CA 90012-4701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/27/17 | Shai Oved | /s/ Shai Oved |
|---|---|---|
| Date | Type Name | Signature |

ALAN ARGAMAN AND SECURED MERCHANTS, LLC'S NOTICE OF NON-OPPOSITION TO FTC'S MOTION IN LIMINE NO. 1 TO PERMIT TELEPHONIC TESTIMONY BY WITNESS PAUL MEDINA