1  DAVID C. SHONKA
   Acting General Counsel

2  REID TEPFER
   rtepfer@ftc.gov; Tex. Bar No. 24079444
3  LUIS GALLEGOS
   lgallegos@ftc.gov; Okla. Bar No. 19098
4  ZACHARY A. KELLER
   zkeller@ftc.gov; Tex. Bar No. 24087838
5  DAMA J. BROWN
   Dbrown1@ftc.gov; Mi. Bar No. P54775

6  Federal Trade Commission
   1999 Bryan Street, Suite 2150
7  Dallas, Texas 75201
   (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
8  (214) 979-9382 (Keller); (214) 979-9374 (Brown)
   (214) 953-3079 (fax)

9  RAYMOND MCKOWN
   rmckown@ftc.gov; Cal. Bar No. 150975
10 10877 Wilshire Boulevard, Suite 700
   Los Angeles, California 90024
11 (310) 824-4343(voice); (310) 824-4380 (fax)

12 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**JOINT MEDIATION REPORT**<br><br>Date: August 3, 2017<br>Time: 8:30 a.m.<br>Judge: Hon. George Wu |

Mediation was held before Magistrate Judge Abrams. However, no settlement was reached. The parties continued in-person settlement discussions after the formal mediation before the Court, and the FTC provided Defendants a copy of the proposed order for their review.

Monday morning, FTC counsel received a call from Defendant Alan Argaman in which Argaman stated that he and Defendant Secured Merchants LLC tentatively agree to the FTC's proposed order pending further explanation and clarification of the proposed order's various provisions. Any settlement would be contingent upon the FTC receiving updated financial disclosure documents from Defendants.

The parties have accordingly scheduled a call on this matter for tomorrow, August 1, at 12 p.m. Pacific.

Respectfully submitted,

Dated: 7/31/17

*/s/ REID TEPFER*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

1
JOINT STATUS REPORT CONCERNING MEDIATION

Dated: 7/31/17         /s/ SHAI OVED         
Shai Oved
Counsel for Secured Merchants, LLC

  /s/ ALAN ARGAMAN  
Alan Argaman, *pro se*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 31, 2017, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

*/S/ REID TEPFER*
REID TEPFER