DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**STATUS REPORT CONCERNING THE FTC'S MOTION TO PRECLUDE DEFENDANTS' UNDISCLOSED EXHIBITS, WITNESSES, AND EXPERT WITNESSES**<br><br>Date:  August 3, 2017<br>Time: 8:30 a.m.<br>Judge: Hon. George Wu |

## I. FTC'S POSITION

Following a hearing on the FTC's Motion to Preclude (Doc. No. 602), the Court ordered the parties to meet and confer and submit a joint report concerning Defendants Secured Merchants ("SM") and Alan Argaman's exhibits, witnesses, and expert witnesses. Doc. No. 631. Defendants still have not disclosed their new exhibits, witnesses, or expert witnesses.

Shortly after the hearing on July 24, FTC counsel emailed SM's counsel and Defendant Argaman requesting to set up a conference on Defendants' exhibits, witnesses, and expert witnesses. FTC counsel sent a follow-up email the next day, July 25, concerning the conference and also requesting that any new exhibits be provided by Thursday, July 27, at the latest. Defendant Argaman responded advising that "Argaman and SM will submit our exhibits to you by the 27th or latest the 28th."

Contrary to this email, Defendants never provided the FTC these exhibits or the names of these witnesses. Instead, SM's counsel sent an email on Friday, July 28, stating only that "Mr. Argaman's supplement exhibits include recently discovery items from the receiver, experts on technology and accountings. He will comment separately if I omitted anything." No further information was provided by either SM's counsel or Defendant Argaman, and no exhibits or names were ever provided. The FTC contends that this limited information does not

1
STATUS REPORT CONCERNING THE FTC'S MOTION TO PRECLUDE

1  satisfy the Court's order to disclose to the FTC these exhibits, witnesses, and
2  expert witnesses to permit the FTC to determine whether they had been previously
3  disclosed.
4     Accordingly, the FTC objects to these undisclosed exhibits, witnesses, and
5  expert witnesses, whatever they may be, and respectfully requests that the Court
6  preclude them from use at trial or for any other purpose in this litigation.
7     The FTC, despite requests, did not receive a contribution from Defendants
8  for this joint report as of filing.

Respectfully submitted,

Dated: 8/1/17

*/s/ REID TEPFER*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 1, 2017, a true and correct copy of the foregoing document was served by ECF and/or email to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

      */S/ REID TEPFER*
      REID TEPFER