Shai Oved, Esq. (SBN 185526)
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, California 91303
Telephone: (818) 992-6588
Facsimile: (818) 992-6511
Email:     ssoesq@aol.com

Attorneys for Secured Merchants, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br><br>v.<br><br>ALON NOTTEA, an individual,<br><br>Cross-Defendant | Case No.: 2:15-cv-04527-GW (PLAx)<br><br>**ARGAMAN AND SECURED MERCHANT, LLC'S, SEPARATE JOINT REPORT RE: FTC'S MOTION TO PRECLUDE UNDISCLOSED WITNESSES, EXHIBITS, EXPERTS**<br><br>Hearing: August 3, 2017; 8:30 a.m.<br>Location: 350 W. 1st St., Courtroom 9D<br>         Los Angeles, CA 90012<br>Judge: The Honorable George H. Wu |

1

ARGAMAN AND SECURED MERCHANT, LLC'S, SEPARATE JOINT REPORT RE: FTC'S
MOTION TO PRECLUDE UNDISCLOSED WITNESSES, EXHIBITS, EXPERTS

**COME NOW** Secured Merchants, LLC, (hereinafter "SM"), through its counsel, The Law Offices of Shai Oved, and Alan Argaman (hereinafter "Argaman"), in pro per, who joins in this separate Joint Report in response to the FTC's Motion to preclude undisclosed witnesses, exhibits, and experts (hereinafter the "Motion") as follows:

## Status Report

1. The Motion was initially heard on July 24, 2017. Thereafter, the Defendants concentrated on settlement at the Court ordered Mandatory Settlement Conference which took place on July 27, 2017. The Parties filed a Joint Report related to the MSC on July 31, 2017, and identified that a further joint call to discuss clarifications to the document for noon on August 1, 2017, would take place. The parties also filed a proposed Final Pretrial Conference Order on July 31, 2017.

2. Counsel had to take care of matters out of the office for the early morning of August 1, 2017, and intended to meet Argaman who was running late for the noon conference call related to the settlement. Unbeknownst to counsel, a draft report was submitted by the FTC which counsel did not receive until after the noon deadline with a warning that it would be filed within 5 minutes (as they are located in a different time zone. Argaman and counsel participated in the conference call to discuss the proposed Settlement Order.

ARGAMAN AND SECURED MERCHANT, LLC'S, SEPARATE JOINT REPORT RE: FTC'S
MOTION TO PRECLUDE UNDISCLOSED WITNESSES, EXHIBITS, EXPERTS

3. Counsel and Argaman apologize to the Court for this late filing and provide their own comments to update the Court on the motion to preclude undisclosed exhibits, witnesses, and experts.

4. New documents were apparently returned by the Receiver as noted in the report of the FTC which may be updated. The Court may note, Judge Abrams quashed the deposition/subpoena of the Receiver. The Court may also recall that Judge Abrams also quashed the trial deposition/subpoena of the FTC's lead investigator, Brent McPeek, but this Court admonished the parties to meet and confer to reschedule the same.

5. On July 26, 2017, Argaman requested new dates.

6. On July 28, 2017, counsel also requested proposed dates.

7. The same date, FTC's counsel provided that, "Concerning Mr. McPeek's deposition, as I state below, I expect to have a better idea of Mr. McPeek's status and availability on August 1, so I will send a follow-up email Tuesday with proposed dates."

8. The earlier provision referenced as follows: Lastly, I wanted to respond to Mr. Argaman's request concerning scheduling Mr. McPeek's deposition. I should have a better idea of Mr. McPeek's status and availability on August 1, so I will send a follow-up email next Tuesday with some proposed dates to see if they work for you.

9. As of the time of this filing, no new dates have been proposed by the FTC concerning the deposition of Mr. McPeek.

3

ARGAMAN AND SECURED MERCHANT, LLC'S, SEPARATE JOINT REPORT RE: FTC'S MOTION TO PRECLUDE UNDISCLOSED WITNESSES, EXHIBITS, EXPERTS

10. As such, the identification of any further exhibits, witnesses, or experts is premature.

11. It should be noted that within the Joint Witness List and Joint Exhibit List filed on June 13, 2017, FTC's counsel acknowledged the identification of the proposed supplemental exhibits which were identified in Defendants' Exhibits included in the 600 series and 800 series. Counsel for FTC agreed to Fed Ex exhibits to SM counsel which also has not been received.

## Conclusion

Wherefore, SM and Argaman respectfully request and pray that this Court deny the FTC's Motion in its entirety as discovery and depositions may still be conducted in this matter in preparation for Trial. SM and Argaman respectfully request and pray that this Court order an in-person meeting to discuss and exchange final exhibits prior to trial.

Respectfully submitted,

The Law Offices of Shai Oved

Date: August 1, 2017            /s/ Shai Oved_____
                                Attorneys for Secured Merchants, LLC

                                Alan Argaman, in pro per

Date: August 1, 2017            /s/ Alan Argaman_____
                                Alan Argaman

(Counsel submitting this form attests and confirms that the electronic signature of Alan Argaman is authorized and consents to this filing.

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303. A true and correct copy of the foregoing document **ARGAMAN AND SECURED MERCHANT, LLC'S, SEPARATE JOINT REPORT RE: FTC'S MOTION TO PRECLUDE UNDISCLOSED WITNESSES, EXHIBITS, EXPERTS,** will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer         rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos    lgallegos@ftc.gov;
Dama J Brown       dbrown1@ftc.gov
Zachary A Keller   zkeller@ftc.gov

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/27/17, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
312 North Spring Street
Los Angeles, CA 90012-4701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| 8/1/17 | Shai Oved | /s/ Shai Oved |