DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

RAYMOND MCKOWN
rmckown@ftc.gov; Cal. Bar No. 150975
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>**SUPPLEMENT TO THE FTC'S STATUS REPORT CONCERNING THE FTC'S MOTION TO PRECLUDE DEFENDANTS' UNDISCLOSED EXHIBITS, WITNESSES, AND EXPERT WITNESSES**<br><br>**Date:  August 3, 2017**<br>**Time: 8:30 a.m.**<br>**Judge: Hon. George Wu** |

1    The FTC files this supplement to its Status Report (Doc. No. 642) to

2    provide additional information concerning issues raised by Defendants in their

3    Separate Joint Report. Doc. No. 643. In this filing, Defendants raised a host of

4    unrelated ancillary issues. However, the record is clear that regardless of any of

5    these issues, Defendants were obligated to provide the FTC previously

6    undisclosed exhibits and identify previously undisclosed witnesses and expert

7    witnesses. Defendants failed to do so, and the deadline for providing them has

8    long passed. Accordingly, these undisclosed exhibits, witnesses, and expert

9    witnesses should be precluded from use at trial or for any other purpose in this

10   litigation.

11   Plaintiff objects to Defendants' assertion that their failure to comply with

12   the Court's Order is attributable to Plaintiff. First, Defendants contend that they

13   are in settlement discussions with the FTC, which is irrelevant to complying with

14   the Court's Order.[1] Moreover, Defendants' claim that they did not receive a draft

15   of the status report until after the noon deadline and received only a five-minute

16   warning concerning the filing is false. In fact, FTC counsel emailed Defendants

17   _____

[1] Argaman stated that he and Defendant Secured Merchants LLC tentatively agree
18   to the FTC's proposed order pending further explanation and clarification of the
     proposed order's various provisions. However, given Defendants' past dilatory
19   tactics, the FTC is not confident in the sincerity of this claim. Accordingly, FTC
     counsel made clear to Defendants that the parties must continue to meet the
20   Court's deadlines and be prepared for the September 8 trial.

three times to coordinate this Court-ordered filing. The FTC first requested

Defendants' contribution at 6:49 a.m. Pacific. After not receiving any response, at

11:09 a.m. Pacific, FTC counsel again requested Defendants' portion and

provided a draft of the joint filing including the FTC's portion. Five minutes

before the filing deadline, FTC counsel notified Defendants that "To make sure

we meet the Court's noon deadline, I'll need to file separately at around noon as a

status report rather than a joint report. If you would like to supplement

information in addition to what I provide in the FTC's status report you may file a

separate report later." This deadline should not have come as a surprise to

Defendants, as it was set by the Court. *See* Doc. No. 631.

Respectfully submitted,

Dated: 8/2/17

*/s/ REID TEPFER*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 2, 2017, a true and correct copy of the foregoing document was served by ECF and/or email to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

*/S/ REID TEPFER*
REID TEPFER