Shai Oved, Esq. (SBN 185526)
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, California 91303
Telephone:   (818) 992-6588
Facsimile:    (818) 992-6511
Email:         ssoesq@aol.com

Attorneys for Secured Merchants, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | **Case No.: 2:15-cv-04527-GW (PLAx)** |
| Plaintiff, | **NOTICE OF AUTOMATIC STAY IN BANKRUPTCY** |
| vs. | |
| BUNZAI MEDIA GROUP, INC., et al., | |
| Defendants. | **Hearing: August 3, 2017; 8:30 a.m.**<br>**Location: 350 W. 1st St., Courtroom 9D**<br>           **Los Angeles, CA 90012**<br>**Judge: The Honorable George H. Wu** |
| SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN, | |
| Cross-Claimants | |
| v. | |
| ALON NOTTEA, an individual, | |
| Cross-Defendant | |

1

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on August 2, 2017, Defendant Secured Merchants, LLC, (hereinafter "SM" or "Debtor) filed a petition in Bankruptcy in the Central District of California (Case No. 1:17-bk-12058-MT).  As a result of this Bankruptcy, certain acts and proceedings against the Defendant/Debtor and his property are stayed as provided under Section 362(a) of the United States Bankruptcy Code.   The effect of this stay is equivalent to an automatic restraining order against creditors from commencing or continuing any lawsuit, or enforcement of any judgement, or enforcement of any lien against property of the estate, without **FIRST** applying to the Bankruptcy Court for relief from stay. See Section 362 for exceptions and for procedure to follow in seeking relief from stay.

Respectfully submitted,

The Law Offices of Shai Oved

Date: August 3, 2017

/s/ Shai Oved_____
Attorneys for Secured Merchants, LLC

2

NOTICE OF AUTOMATIC STAY IN BANKRUPTCY

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303.  A true and correct copy of the foregoing document **NOTICE OF AUTOMATIC STAY IN BANKRUPTCY**  will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer          rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos      lgallegos@ftc.gov;
Dama J Brown       dbrown1@ftc.gov
Zachary A Keller    zkeller@ftc.gov

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/27/17, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
312 North Spring Street
Los Angeles, CA 90012-4701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/3/17 | Shai Oved | /s/ Shai Oved |
|--------|-----------|---------------|
| Date | Type Name | Signature |

3

NOTICE OF AUTOMATIC STAY IN BANKRUPTCY