# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

**1a. Contact Person for this Order:** Shai Oved
**2a. Contact Phone Number:** 818-992-6588
**3a. Contact E-mail Address:** ssoesq@aol.com

**1b. Attorney Name (if different):**
**2b. Attorney Phone Number:**
**3b. Attorney E-mail Address:**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, CA 91303

**5. Name & Role of Party Represented:** Secured Merchants, LLC
**6. Case Name:** Federal Trade Commission v. Bunzai Media Group Inc.
**7a. District Court Case Number:** 2:15-cv-04527-GW
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☒ DIGITALLY RECORDED   ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☒ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/3/17 | Wu | Status Conference, Motion to Preclude | ● | ○ | ○ | ○ | ○ | ○ | ● | 14-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 3, 2017   Signature: /s/ Shai Oved

G-120 (3/16)