UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-04527-GW (PLAx) | Date | August 3, 2017 |
|---|---|---|---|
| Title | Federal Trade Commission v. Bunzai Media Group, Inc. et al | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer (By Telephone) | Shai Oved (By Telephone) |
| Luis Gallegos (By Telephone) | Alan Argaman PRO SE (By Telephone) |

**Proceedings:** **PLAINTIFF'S MOTION TO PRECLUDE DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS LLC'S UNDISCLOSED EXHIBITS, WITNESSES, AND EXPERT WITNESSES [602]**

The case is called. Counsel make their appearances. The Court and counsel confer.

For reasons stated on the record the Court sets a Status Conference for September 28, 2017 at 8:30 a.m. The Court further vacates all remaining dates including dates pertaining to Mr. Argaman.

The parties are ordered to file by noon on September 25, 2017 a Joint Report regarding status of the automatic stay and relief requested.

The parties may appear telephonically provided they give the clerk two business days advanced notice.

: .06

Initials of Preparer    CR