Shai Oved, Esq. (SBN 185526)
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, California 91303
Telephone:  (818) 992-6588
Facsimile:   (818) 992-6511
Email:      ssoesq@aol.com

Attorneys for Secured Merchants, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br><br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br>v.<br>ALON NOTTEA, an individual,<br><br>Cross-Defendant | Case No. 2:15-cv-04527-GW (PLAx)<br><br>SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE THAT AUTOMATIC STAY HAS NO EFFECT; REQUEST FOR JUDICIAL NOTICE; DECLARATION OF SHAI OVED<br><br>Hearing Date:  September 28, 2017<br>Time: 8:30 am<br>Location:  Courtroom 9D<br>Judge: Hon. George H. Wu |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Secured Merchants, LLC oppose the FTC's Motion to determine that the Automatic Stay does not apply.  To the Contrary, the Court is

1

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE STAY DOES NOT APPLY, ETC.

requested to take Judicial Notice of the Secured Merchants, LLC's Motion for Sanctions for Violating the Automatic Stay which is attached to the Declaration of Shai Oved.

On August 2, 2017, Secured Merchants, LLC, or Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

Since that time, Debtor has complied with all Bankruptcy Court Orders and Rules and filed all required schedules and statements, and has cooperated with the Chapter 7 Trustee.  On September 2, 2017, Debtor filed a Motion for Sanctions for Violating the Automatic Stay which is set to be heard on September 27, 2017.  A true and correct copy of the Motion is attached to the Declaration of Shai Oved as **Exhibit 1** and incorporated herein as through set forth at length.  The Court is requested to take Judicial Notice of the filed copy of same.  Judicial Notice may be taken at any time.  Pursuant to Federal Rules of Evidence, Rule 201, Judicial Notice is mandatory when  "requested by a party and supplied with the necessary information" Rule 201 (d) and "Judicial Notice may be taken at any stage of the proceeding." Rule 201 (f).  The Court is requested to excuse this late flinging in light of the automatic stay and accept the same and the Judicial Notice which may be accepted at any time.

The Motion with prior email communications pro-offered to stipulate to limited relief from stay so that the chapter 7 trustee could be apprised of the status of the litigation as she is now the owner of all legal and equitable interests of the Debtor. Debtor is no longer operating its business and has not been operating since the receiver marshalled all of its assets.  Rather than heed Debtor's motion and try to mitigate damages, the FTC has required Debtor to incur attorney fees in violation of the automatic stay by opposing this Motion.

## POINTS AND AUTHORITIES

Pursuant to 11 U.S.C. §362(a), Creditors are automatically stayed from continuing and/or taking any action to collect and/or enforce any claim against the Debtor.  This is to allow the Debtor some relief and to allow the trustee to investigate certain claims.  This

2

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO
DETERMINE STAY DOES NOT APPLY, ETC.

avoids certain creditors getting preferential treatment and giving all creditors the same playing field. Any such actions violate the automatic stay and may be sanctionable pursuant to §362(k)(1).

"§ 362. Automatic stay provides

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;..."

An exception applies, for a limited purpose (and then also subject to limitations). "(4) under paragraph (1), (2), (3), or (6) of subsection (a) of this section, of the commencement or continuation of an action or proceeding by a governmental unit or any organization exercising authority under the Convention on the Prohibition of the Development, Production, Stockpiling and Use of Chemical Weapons and on Their Destruction, opened for signature on January 13, 1993, to enforce such governmental unit's or organization's *police and regulatory power,* including the enforcement of a judgment *other than a money judgment*, obtained in an action or proceeding by the governmental unit to enforce such governmental unit's or organization's police or regulatory power;

Here, there is no required police or regulatory power as the business has long ceased operating. The assets are now vested in the Trustee. A stipulation was proposed, yet the FTC seeks to proceed at the expense of other creditors, such as priority claims.

Pursuant to 11 U.S.C. §541, the commencement of this bankruptcy case created an estate ("Estate.") The Estate is comprised of all property in which Debtor ("Petitioner") had legal or equitable interests as of the commencement of the case.

Any action in violation of the automatic stay is void. <u>Parker v. Bain (In re Parker)</u>, 68 F.3d 1131, (9th Cir. Cal. 1995). Moreover, §362(k)(1) provides that "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages." Courts have held that even corporate debtors can recover for willful violations of the stay.

While this Court can determine if the stay applies, only the Bankruptcy Court can grant relief from the automatic. The automatic stay is just that – automatic. It is up to the party seeking relief from stay to secure an order re: same. Have known of the automatic stay (and notice of stay filed herein – docket no. , all actions of the FTC are willful and with full knowledge of the stay and subject to sanctions. The FTC's conduct should be sanctioned to deter such further despicable conduct and knowing stay violations. Despite, having been given notice of the pending of this matter, proposing to stipulate to the appropriate limited relief (and allowing the trustee to comment), and intentionally and deliberately, continued with District Court action.

At cautioned by the District Court, and as offered by counsel, at no time did the FTC seek relief from stay, instead they continued with their efforts. Counsel has been now incurred additional attorney fees and costs with respect to the instant matter rather being able to focus on Debtor's filings and financial affairs.

Under the decision of <u>Sternberger v. Johnston</u>., 595 F.3d 937, (9th Cir. 2009), the Court found that not only that it is not Debtor's job to undue the stay violations but rather up to the offending creditor to remedy the violations (and if appropriate, award attorney fees to Debtor's counsel under 362(k)(1).

4

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE STAY DOES NOT APPLY, ETC.

"More specifically, the court held, under *Eskanos*, that Sternberg and Parker "had an obligation to remedy the violation" of the stay created by the state court order and found no grounds by which to distinguish *Eskanos*. *Id.* at 284-86. It remanded the case to the bankruptcy court for further proceedings. *Id.* at 287."

Because Debtor had to retain bankruptcy counsel to prepare this Motion, attorney fees against the FTC for their intentional conduct is appropriate.  The continuation of the action despite notice of the automatic stay (by objecting thereto), and thereafter seeking a blanket continuation of the Federal Court action, is not only a violation of the automatic stay but a wilful violation of the automatic stay.  The FTC should be held accountable for their conduct, their motion, and recognize that the automatic stay is just that - automatic.

## CONCLUSION

WHEREFORE,  Debtor respectfully requests that this Court deny the FTC's motion in its entirety and award Debtor attorney fees of $2,500 for having to file this Opposition and appearing for same.

                                      Respectfully submitted,

                                      The Law Offices of Shai Oved

Dated: September 9, 2017

                                      <u>/s/ Shai Oved</u>

                                      By:  Shai Oved, Attorneys for Secured Merchants, LLC

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE STAY DOES NOT APPLY, ETC.

# DECLARATION OF SHAI OVED

I, Shai Oved, declare as follows:

1. The forgoing facts are within my personal knowledge or knowledge obtained in the course of my employment by the Debtor, and if called as a witness, I am competent to testify thereto. I am the attorney for the Debtor in his Bankruptcy case referred to as case number 1:17-bk-12058-MT, which was filed on August 2, 2017, and am also the attorney for Secured Merchants, LLC, herein. I am duly admitted to practice before all courts of the state of California, the United States District Court for the Central District of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court. I am a member of the Central District Consumer Bankruptcy Attorneys Association, and the Bankruptcy Inns of Court, and certified as a Bankruptcy Specialist by the California State Bar, Board of Legal Specialization.

2. This Declaration is offered in support of Debtor's Opposition to the FTC's Motion to determine that the stay does not apply and to reset trial dates.

3. A true and correct copy of Debtor's motion for sanctions filed in the bankruptcy court is attached hereto as **Exhibit 1**. I recognize it for what it purports to be.

I declare under penalty of perjury that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true. Executed on September 9, 2017, at Woodland Hills, California.

/s/ Shai Oved
Shai Oved

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE STAY DOES NOT APPLY, ETC.

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303.  A true and correct copy of the foregoing document **SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE THAT AUTOMATIC STAY HAS NO EFFECT; REQUEST FOR JUDICIAL NOTICE; DECLARATION OF SHAI OVED** will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Reid A Tepfer         rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov
Luis H Gallegos       lgallegos@ftc.gov;
Dama J Brown          dbrown1@ftc.gov
Zachary A Keller      zkeller@ftc.gov

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 business hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu
US District Court
350 West 1st Street,
Los Angeles, CA 90012,
Courtroom 9D, 9th Floor

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/9/17 | Shai Oved | /s/ Shai Oved |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE STAY DOES NOT APPLY, ETC.