Shai Oved, Esq. (SBN 185526)
The Law Offices of Shai Oved
7445 Topanga Cyn Blvd., Suite 220
Canoga Park, California 91303
Telephone:  (818) 992-6588
Facsimile:   (818) 992-6511
Email:        ssoesq@aol.com

Attorneys for Secured Merchants, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>BUNZAI MEDIA GROUP, INC., et al.,<br><br>Defendants.<br>_____<br><br>SECURED MERCHANTS, LLC, CHARGEBACK ARMOR, INC. AND ALAN ARGAMAN,<br><br>Cross-Claimants<br>v.<br>ALON NOTTEA, an individual,<br><br>Cross-Defendant | Case No. 2:15-cv-04527-GW (PLAx)<br><br>SECURED MERCHANTS, LLC'S FURTHER REQUEST FOR JUDICIAL NOTICE RE: OPPOSITION TO FTC'S MOTION TO DETERMINE THAT AUTOMATIC STAY HAS NO EFFECT; DECLARATION OF SHAI OVED<br><br>**Hearing Date:  September 28, 2017**<br>**Time: 8:30 am**<br>**Location:  Courtroom 9D**<br>**Judge: Hon. George H. Wu** |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Secured Merchants, LLC oppose the FTC's Motion to determine that the Automatic Stay does not apply and further requests that this Court

1

SECURED MERCHANTS, LLC'S FURTHER REQUEST FOR JUDICIAL NOTICE

take Judicial Notice of its Reply Brief filed in the US Bankruptcy Court (In re Secured Merchants, LLC, 1:17-bk-12058-MT)

On September 19, 2017, Debtor filed its Reply to the FTC's Opposition to Motion for Sanctions for Violating the Automatic Stay which is set to be heard on September 27, 2017. A true and correct copy of the Reply is attached to the Declaration of Shai Oved as **Exhibit 2** and incorporated herein as through set forth at length. The Court is requested to take Judicial Notice of the filed copy of same. Judicial Notice may be taken at any time. Pursuant to Federal Rules of Evidence, Rule 201, Judicial Notice is mandatory when "requested by a party and supplied with the necessary information" Rule 201 (d) and "Judicial Notice may be taken at any stage of the proceeding." Rule 201 (f).

## CONCLUSION

WHEREFORE, Debtor respectfully requests that this Court deny the FTC's motion in its entirety and award Debtor attorney fees of $2,500 for having to file this Opposition and appearing for same.

Respectfully submitted,

The Law Offices of Shai Oved

Dated: September 19, 2017

/s/ Shai Oved

By: Shai Oved, Attorneys for Secured Merchants, LLC

## DECLARATION OF SHAI OVED

I, Shai Oved, declare as follows:

1. The forgoing facts are within my personal knowledge or knowledge obtained in the course of my employment by the Debtor, and if called as a witness, I am competent to testify thereto. I am the attorney for the Debtor in his Bankruptcy case referred to as case number 1:17-bk-12058-MT, which was filed on August 2, 2017, and am also the attorney for Secured Merchants, LLC, herein. I am duly admitted to practice before all courts of the state of California, the United States District Court for the Central District of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court. I am a member of the Central District Consumer Bankruptcy Attorneys Association, and the Bankruptcy Inns of Court, and certified as a Bankruptcy Specialist by the California State Bar, Board of Legal Specialization.

2. This Declaration is offered in support of Debtor's Opposition to the FTC's Motion to determine that the stay does not apply and to reset trial dates.

3. A true and correct copy of the Reply re: Motion for Sanctions filed in the Bankruptcy Court is attached hereto as **Exhibit 2**. I recognize it for what it purports to be.

I declare under penalty of perjury that the foregoing is true and correct except as to those matters which are stated to be upon information and belief, and as to those matters I believe them to be true. Executed on September 20, 2017, at Woodland Hills, California.

/s/ Shai Oved

Shai Oved

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 7445 Topanga Cyn Blvd., Suite 220, Canoga Park, CA 91303.  A true and correct copy of the foregoing document **SECURED MERCHANTS, LLC'S OPPOSITION TO FTC'S MOTION TO DETERMINE THAT AUTOMATIC STAY HAS NO EFFECT; REQUEST FOR JUDICIAL NOTICE; DECLARATION OF SHAI OVED** will be served or was served **(a)** on the judge in chambers and **(b)** in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| John David Jacobs | jjacobs@ftc.gov, BCPBriefBank@FTC.gov |
| Raymond E McKown | rmckown@ftc.gov |
| Reid A Tepfer | rtepfer@ftc.gov, dbrown1@ftc.gov, egarcia@ftc.gov, jelliott@ftc.gov |
| Luis H Gallegos | lgallegos@ftc.gov; |
| Dama J Brown | dbrown1@ftc.gov |
| Zachary A Keller | zkeller@ftc.gov |

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 business hours after the document is filed.

Defendant Alan Argaman, pro se  via Email to AlanLeAAA@gmail.com

The Honorable George Wu

US District Court

350 West 1st Street,

Los Angeles, CA 90012,

Courtroom 9D, 9th Floor

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/20/17 | Shai Oved | /s/ Shai Oved |
|---|---|---|
| Date | Type Name | Signature |

4

SECURED MERCHANTS, LLC'S FURTHER REQUEST FOR JUDICIAL NOTICE