DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10877 Wilshire Boulevard, Suite 700
Los Angeles, California 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.,** *et al.,* <br><br> **Defendants.** | **Case No. CV 15-4527-GW(PLAx)** <br><br> **NOTICE OF BANKRUPTCY COURT TENTATIVE ORDER** |

1  **PLEASE TAKE NOTICE** that the Bankruptcy Court today at 11:00 a.m.
2  Pacific held a hearing on Defendant Secured Merchants LLC's Motion for
3  Sanctions in the Minimum Amount of $5,037.50 against the Federal Trade
4  Commission for Violating the Automatic Stay. *In Re Secured Merchants LLC*,
5  1:17-bk012058-MT, Doc. No. 10 ; *see also* Doc. No. 651-1.

6  Before the hearing, the bankruptcy court issued the attached tentative order.
7  The tentative order denied Secured Merchants LLC's motion for sanctions on the
8  basis that this FTC enforcement action is excepted from the automatic stay under
9  11 U.S.C. § 362(b)(4). After hearing argument from Secured Merchants LLC, the
10 bankruptcy court orally ruled that the tentative order would be adopted as the final
11 order.

12                                               Respectfully submitted,

13 Dated: 9/27/17                                */s/ Reid Tepfer*
14                                               REID A. TEPFER
                                                 LUIS H. GALLEGOS
15                                               Attorneys for the Plaintiff
                                                 Federal Trade Commission
16                                               1999 Bryan Street, Suite 2150
                                                 Dallas, Texas 75201
17                                               (214) 979-9395 (Tepfer)
                                                 (214) 979-9383 (Gallegos)
18                                               (214) 953-3079 (facsimile)
                                                 rtepfer@ftc.gov
19                                               lgallegos@ftc.gov

20

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 27, 2017, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant


*/S/ Reid Tepfer*
Reid Tepfer