UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | November 2, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Reid Tepfer by telephone           Shai Oved
Luis Gallegos by telephone         Alan Argaman, PRO SE

**PROCEEDINGS:**   **STATUS CONFERENCE**


Court and counsel confer re bankruptcy of Defendant Secured Merchants, LLC. The FTC will contact the bankruptcy trustee and advise as to Secured Merchants status. The Court continues the status conference to December 7, 2017 at 8:30 a.m., with the FTC's status report to be filed by noon on December 5, 2017.

Defendants will email their response to the court clerk regarding the FTC's motion to preclude [602]. Court to issue ruling.


:   10

Initials of Preparer   JG