DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10990 Wilshire Blvd., Suite 400
Los Angeles CA 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP, INC., *et al.*,<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**FTC STATUS REPORT CONCERNING DEFENDANT SECURED MERCHANTS, LLC'S BANKRUPTCY ACTION AND SETTLEMENT NEGOTIATIONS**<br><br>Date: December 7, 2017<br>Time: 8:30 a.m.<br>Judge: Hon. George Wu |

Plaintiff files this status report pursuant to the Court's Order (Doc. No. 660) to update the Court concerning the Trustee's position on intervening in this action and settlement negotiations with Defendants.

### I. FTC Discussions with Trustee for Secured Merchants, LLC

FTC counsel spoke with the Trustee for Secured Merchants, LLC's bankruptcy on November 21, 2017, concerning her intentions on intervening in this enforcement on action on behalf of Defendant SM. The Trustee stated that, at that time, she did not believe that she would be likely to intervene in the FTC's enforcement action. But she further stated she could not make a final determination on whether intervention would be appropriate until reviewing financial documents she requested from SM, which SM had not yet provided. She stated that these documents were to be provided at the December 1 meeting of creditors. She further advised that she would move as expeditiously as possible to make a determination once receiving these documents.

In follow-up correspondence on December 5, 2017, the Trustee advised that she did not anticipate SM would have any assets for the FTC to recover. However, the Trustee advised that she may still need to evaluate further whether to abandon the defense in the FTC enforcement to the debtor or become involved in the litigation.

**II. Settlement Negotiations with Defendants SM and Argaman**

At the November 2 status conference, the Court addressed the outstanding dispute concerning Defendants' refusal to complete the FTC's financial statements, which the FTC had advised was a prerequisite to productive settlement discussions. The Court requested that Defendants reach out to the FTC following the conference to attempt to resolve the issue.

After not hearing from Defendants, FTC counsel reached out to Defendants, on November 3, inquiring whether Defendants would be amenable to completing financial statements. At counsel for SM's request, the FTC then sent Defendants a secure link to download Defendants' prior financial statements. FTC counsel has received no further information from Defendants concerning whether they intend to complete the FTC's financial statements.

Respectfully submitted,

Dated: 12/5/17

*/s/ REID TEPFER*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 5, 2017, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

*/S/ REID TEPFER*
REID TEPFER