# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | December 7, 2017 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Reid Tepfer              Shai Oved
Luis Gallegos            Sagar Parikh
                         Alan Argaman, PRO SE

**PROCEEDINGS:**    **TELEPHONIC STATUS CONFERENCE**

Court and counsel confer. Based on the status report [661], and for reasons stated on the record, the status conference is continued to February 1, 2018 at 8:30 a.m. Parties will file a further report by noon on January 30, 2018.

:    03

Initials of Preparer   JG