DAVID C. SHONKA
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10990 Wilshire Blvd., Suite 400
Los Angeles CA 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**EX PARTE APPLICATION FOR A STAY OF PROCEEDING IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom<br>Judge: Hon. George Wu |

## *EX PARTE* APPLICATION

Pursuant to Local Rules 7-19 and 79-6, Plaintiff Federal Trade Commission ("FTC") applies *ex parte* for an order staying these proceedings in light of the United States government cessation.

To be entitled to *ex parte* relief, the moving party must show that its cause will be irreparably prejudiced if the underlying motion is heard according to regular notices motion procedures and that the moving party is without fault in creating the crisis that requires ex parte relief. *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. Mar. 14, 1995). In this case, Plaintiff may be irreparably prejudiced if it has to wait for its motion to be heard according to the regular notices motion procedures. Under Local Rule 6-1, a moving party must wait 28 days before its motion will be heard by the Court. Here, the FTC has a status conference before the Court scheduled for February 1, 2018. Additionally, Plaintiff is without fault in creating the need for *ex parte* relief.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPOSE OF PLAINTIFF'S *EX PARTE* APPLICATION FOR STAY OF PROCEEDING IN LIGHT OF UNITED STATES GOVERNMENT CESSATION

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of this proceeding. In support of this motion, counsel for the FTC states as follows:

1. The FTC has a joint status report due on Tuesday, January 30, 2018, and a status conference before the Court on February 1, 2018 at 8:30 a.m.

2. At the end of the day on January 19, 2018, appropriations for the FTC expired. The Commission does not know when funding will be restored by Congress.

3. Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the FTC therefore requests a stay until Congress has restored appropriations to the FTC.

5. If this *ex parte* application for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Defense counsel and *pro se* Defendant have been advised that the FTC intended to file this *ex parte* Application. As of this filing, the FTC has not received a response from defense counsel or *pro se* Defendant concerning this application.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of proceeding until FTC attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: 1/22/17

*/s/ REID TEPFER*
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 22, 2018, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220

1  Canoga Park, CA 91303
   Counsel for Secured Merchants, LLC
2
   Alan Argaman
3  *Pro Se* Defendant

4

5                    */S/ REID TEPFER*
                     REID TEPFER
6