# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. CV 15-4527-GW(PLAx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR STAY OF PROCEEDING IN LIGHT OF UNITED STATES GOVERNMENT CESSATION** |
| **BUNZAI MEDIA GROUP, INC.,** *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Federal Trade Commission's *Ex Parte* Application for A Stay of Proceeding in Light of United States Government Cessation. Having reviewed the pleadings and applicable authority, the Court finds good cause that Plaintiff's Application should be, and hereby is, **GRANTED**.

(PROPOSED) ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ALLOWING *IN CAMERA* REVIEW OF ADDITIONAL DOCUMENATION.

This case is **HEREBY STAYED** until the FTC has notified the Court that its attorneys are permitted to resume their usual duties.

**IT IS SO ORDERED.**

Dated: _____

                                          The Honorable George H. Wu
                                          United States District Judge