UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | February 1, 2018 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Shai Oved |
| | Sagar Parikh |
| | Alan Argaman, PRO SE |

**PROCEEDINGS:    TELEPHONIC CONFERENCE**


Court and counsel confer. Defendants Alan Argaman and Secured Merchants will provide the FTC with their updated financials by February 28, 2018.  The Court continues the status conference to March 29, 2018 at 8:30 a.m., with a joint report to be filed by March 22, 2018. Parties will include the results of settlement discussions and any pending rulings by the Court in the report.


|  | : | 17 |
|---|---|---|
| | Initials of Preparer | JG |