# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | March 29, 2018 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

   Reid Tepfer                                         Sagar Parikh
   Luis Gallegos

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel confer re remaining Defendants Alan Argaman and Secured Merchants. Settlement discussions were held, and matter was not resolved. Counsel are to file proposed trial dates by April 3, 2018. The Court continues the hearing to April 5, 2018 at 8:30 a.m.

                                                                                      :    05

                                                        Initials of Preparer    JG