# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4527-GW(PLAx) | Date | April 5, 2018 |
|---|---|---|---|
| Title | *Federal Trade Commission v. Bunzai Media Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeuax | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Reid Tepfer | Shai Oved |
| Luis Gallegos | Sagar Parikh |
| | Alan Argaman, PRO SE |

**PROCEEDINGS:** **TELEPHONIC CONFERENCE**

Court confers with parties re scheduling. The Court sets the following:

| | |
|---|---|
| Witness narrative exchange | July 3, 2018 |
| Pretrial Conference | July 12, 2018 at 8:30 a.m. |
| Court Trial | July 24, 2018 at 9:00 a.m. |

The FTC's motion to permit the telephonic testimony of witness Paul Medina is granted.

Parties will supplement the joint exhibit and witness lists by April 12, 2018. Objections will be filed by noon on April 17, 2018. The Court sets the FTC's motion to preclude [602] April 19, 2018 at 8:30 a.m.

| | : | 13 |
|---|---|---|
| Initials of Preparer | JG | |