ALDEN F. ABBOTT
Acting General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10990 Wilshire Blvd., Suite 400
Los Angeles CA 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> Plaintiff, <br><br> v. <br><br> **BUNZAI MEDIA GROUP, INC.**, *et al.* <br><br> Defendants. | Case No. CV 15-4527-GW(PLAx) <br><br> **NOTICE OF MOTION AND JOINT MOTION TO STAY PROCEEDINGS** <br><br> Hearing Date: May 10, 2018 at 8:30am PDT <br> Judge: Hon. George Wu |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Federal Trade Commission ("FTC"), on behalf of the FTC and Defendants Alan Argaman and Secured Merchants, LLC ("Defendants") file this Joint Motion to Stay Proceedings Pending Final Order. The parties request that the Court stay all pending deadlines contained in the Court's Minute Order (Doc. No. 671) until July 11, 2018, to provide the Commission with sufficient time to review and vote on the Proposed Stipulated Order. In support of this Agreed Motion, and to show good cause, the parties state:

1.  Defendants signed a Proposed Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Alan Argaman and Secured Merchants, LLC ("Proposed Stipulated Order"), which the undersigned counsel for the Plaintiff will recommend to the Commission.

2.  Under 15 U.S.C. § 56(a)(2)(A), exclusive authority to agree to a settlement rests with the five-member, presidentially appointed Commission. The Commission must approve or reject all settlement recommendations by a majority vote. Therefore, before the Proposed Stipulated Order can be submitted to the Court for approval and issuance, the Commissioners must vote to accept it.

To provide time for Commission approval, Plaintiff and Defendants move to stay all discovery, dispositive motion, pretrial, and trial deadlines as to Defendants until July 11, 2018.

**JOINT MOTION TO STAY PROCEEDINGS**

Page | 2

3. Although a hearing is set for May 10, 2018 at 8:30am PDT, the parties respectfully request to waive oral argument pursuant to L.R. 7-15.

4. An appropriate Proposed Order is attached.

Respectfully submitted,

**For Plaintiff FTC:**

Dated: 4/11/18                                  */s/ Reid Tepfer*_____
                                                REID A. TEPFER
                                                LUIS H. GALLEGOS
                                                Attorneys for the Plaintiff
                                                Federal Trade Commission
                                                1999 Bryan Street, Suite 2150
                                                Dallas, Texas 75201
                                                (214) 979-9395 (Tepfer)
                                                (214) 979-9383 (Gallegos)
                                                (214) 953-3079 (facsimile)
                                                rtepfer@ftc.gov
                                                lgallegos@ftc.gov

**For Defendant Secured Merchants, LLC:**

Dated: 4/11/18                                  _*/s/ Shai Oved*____

                                                Shai Oved
                                                Law Offices of Shai Oved
                                                7445 Topanga Canyon Blvd, Ste. 220
                                                Canoga Park, CA 91303
                                                Counsel for Secured Merchants, LLC

**JOINT MOTION TO STAY PROCEEDINGS**

**For Defendant Alan Argaman:**

                                            */s/ Alan Argaman*

                                            Alan Argaman
                                            Pro Se Defendant

**JOINT MOTION TO STAY PROCEEDINGS**

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2018, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorney(s) and Defendant(s) listed below were served by pursuant to the ECF notice generated by the Court.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

/S/ REID TEPFER
REID TEPFER