# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BUNZAI MEDIA GROUP INC., *et al.*,<br><br>Defendants. | CASE NO. CV 15-04527 GW (PLAx)<br><br>**(PROPOSED) ORDER STAYING PROCEEDINGS AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC** |

Considering the Joint Motion to Stay Proceedings as to Defendants Alan Argaman and Secured Merchants, LLC Pending Final Order filed by Plaintiff Federal Trade Commission ("the Motion");

The Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case are hereby stayed until July 11, 2018.

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable George Wu
Judge, United States District Court