1  ALDEN F. ABBOTT
   General Counsel
2
   REID TEPFER
3  rtepfer@ftc.gov; Tex. Bar No. 24079444
   LUIS GALLEGOS
4  lgallegos@ftc.gov; Okla. Bar No. 19098
   ZACHARY A. KELLER
5  zkeller@ftc.gov; Tex. Bar No. 24087838
   DAMA J. BROWN
6  Dbrown1@ftc.gov; Mi. Bar No. P54775

7  Federal Trade Commission
   1999 Bryan Street, Suite 2150
   Dallas, Texas 75201
8  (214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
   (214) 979-9382 (Keller); (214) 979-9374 (Brown)
9  (214) 953-3079 (fax)

10 JOHN JACOBS
   jjacobs@ftc.gov; Cal. Bar No. 134154
11 10990 Wilshire Blvd., Suite 400
   Los Angeles CA 90024
12 (310) 824-4343(voice); (310) 824-4380 (fax)

13 Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>Defendants. | **Case No. CV 15-4527-GW(PLAx)**<br><br>**PLAINTIFF'S NOTICE OF LODGING AND LODGING OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO STIPULATING DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC, ONLY** |

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC**

Page | 1

**PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached Stipulated Order for Permanent Injunction and Monetary Judgment as to Stipulating Defendants Alan Argaman and Secured Merchants, LLC, only.

Respectfully submitted,

Dated: 6/26/18

_____/s/ Reid Tepfer_____
REID A. TEPFER
LUIS H. GALLEGOS
Attorneys for the Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer)
(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 26, 2018, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorney(s) and Defendant(s) listed below were served by pursuant to the ECF notice generated by the Court.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

/S/ REID TEPFER
REID TEPFER

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STIPULATED ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC**