1

2

ALDEN F. ABBOTT
General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444

3

LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098

4

ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838

5

DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

6

7

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201

8

(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

9

10

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10990 Wilshire Blvd., Suite 400

11

Los Angeles CA 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

12

Attorneys for Plaintiff Federal Trade Commission

13

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

14

15

**FEDERAL TRADE COMMISSION,**

16

**Plaintiff,**

17

v.

18

**BUNZAI MEDIA GROUP, INC.,**
*et al.,*

19

**Defendants.**

Case No.  CV 15-4527-GW(PLAx)

**PLAINTIFF'S RENOTICE OF LODGING AND LODGING OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO STIPULATING DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC, ONLY**

20

**PLAINTIFF'S RENOTICE OF LODGING OF PROPOSED STIPULATED ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC**

1

2     **PLEASE TAKE NOTICE** that Plaintiff hereby lodges the attached

3     Stipulated Order for Permanent Injunction and Monetary Judgment as to

4     Stipulating Defendants Alan Argaman and Secured Merchants, LLC, only

5     ("Stipulated Order"), and Attachment A to the Stipulated Order.

6          The previous lodging of the Stipulated Order omitted Attachment A to the

7     Stipulated Order.

8                                              Respectfully submitted,

9     Dated: 6/26/18                           _____/s/ Reid Tepfer_____
                                               REID A. TEPFER
10                                             LUIS H. GALLEGOS
                                               Attorneys for the Plaintiff
11                                             Federal Trade Commission
                                               1999 Bryan Street, Suite 2150
12                                             Dallas, Texas 75201
                                               (214) 979-9395 (Tepfer)
13                                             (214) 979-9383 (Gallegos)
                                               (214) 953-3079 (facsimile)
14                                             rtepfer@ftc.gov
                                               lgallegos@ftc.gov

15

16

17

18

19

20
          **PLAINTIFF'S RENOTICE OF LODGING OF PROPOSED**
     **STIPULATED ORDER AS TO DEFENDANTS ALAN ARGAMAN AND**
                    **SECURED MERCHANTS, LLC**

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        The undersigned certifies that on June 26, 2018, a true and correct copy of the foregoing document was electronically filed with the clerk of the U.S. District Court, Central District of California, using the electronic case filing system of the court. The attorney(s) and Defendant(s) listed below were served by pursuant to the ECF notice generated by the Court.

4

5

6                                    Shai Oved
                                     Law Offices of Shai Oved
                                     7445 Topanga Canyon Blvd, Ste. 220
7                                    Canoga Park, CA 91303
                                     Counsel for Secured Merchants, LLC

8
                                     Alan Argaman
9                                    *Pro Se* Defendant

10

11
                                        /S/ REID TEPFER
                                         REID TEPFER
12

13

14

15

16

17

18

19

20
      **PLAINTIFF'S RENOTICE OF LODGING OF PROPOSED
      STIPULATED ORDER AS TO DEFENDANTS ALAN ARGAMAN AND
      SECURED MERCHANTS, LLC**