ALDEN F. ABBOTT
General Counsel

REID TEPFER
rtepfer@ftc.gov; Tex. Bar No. 24079444
LUIS GALLEGOS
lgallegos@ftc.gov; Okla. Bar No. 19098
ZACHARY A. KELLER
zkeller@ftc.gov; Tex. Bar No. 24087838
DAMA J. BROWN
Dbrown1@ftc.gov; Mi. Bar No. P54775

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9395 (Tepfer); (214) 979-9383 (Gallegos);
(214) 979-9382 (Keller); (214) 979-9374 (Brown)
(214) 953-3079 (fax)

JOHN JACOBS
jjacobs@ftc.gov; Cal. Bar No. 134154
10990 Wilshire Blvd., Suite 400
Los Angeles CA 90024
(310) 824-4343(voice); (310) 824-4380 (fax)

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | **Case No. CV 15-4527-GW(PLAx)**<br><br>*EX PARTE* **APPLICATION FOR ENTRY OF A CORRECTED FINAL ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom**<br>**Judge: Hon. George Wu** |

## *EX PARTE* APPLICATION

Pursuant to Local Rules 7-19 and 79-6, Plaintiff Federal Trade Commission ("FTC") applies *ex parte* for a corrected final order as to Defendants Alan Argaman and Secured Merchants, LLC. The Order for Permanent Injunction and Monetary Judgment as to Stipulating Defendants Alan Argaman and Defendant Secured Merchants, LLC ("final order"), entered on June 27, 2018, is incorrectly dated July 27. Accordingly, the FTC respectfully requests that the Court enter a corrected order *nunc pro tunc*.

To be entitled to *ex parte* relief, the moving party must show that its cause will be irreparably prejudiced if the underlying motion is heard according to regular notices motion procedures and that the moving party is without fault in creating the crisis that requires ex parte relief. *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. Mar. 14, 1995). In this case, Plaintiff may be irreparably prejudiced if it has to wait for its motion to be heard according to the regular notices motion procedures. Under Local Rule 6-1, a moving party must wait 28 days before its motion will be heard by the Court. Here, it is important that an effective final order be entered.

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF A CORRECTED FINAL ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC

The Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of this proceeding. In support of this motion, counsel for the FTC states as follows:

1. The Court entered the parties' stipulated final order on June 27, 2018. The final order, however, lists the date of entry as July 27, 2018.

2. Defense counsel and *pro se* Defendant have been advised that the FTC intended to file this *ex parte* Application. As of this filing, the FTC has not received a response from defense counsel or *pro se* Defendant concerning this application.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a corrected final order as to Defendants Alan Argaman and Secured Merchants, LLC.

                                                 Respectfully submitted,

Dated: 7/3/17                      */s/ Reid Tepfer*
                                         REID A. TEPFER
                                         LUIS H. GALLEGOS
                                         Attorneys for the Plaintiff
                                         Federal Trade Commission
                                         1999 Bryan Street, Suite 2150
                                         Dallas, Texas 75201
                                         (214) 979-9395 (Tepfer)

(214) 979-9383 (Gallegos)
(214) 953-3079 (facsimile)
rtepfer@ftc.gov
lgallegos@ftc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 3, 2018, a true and correct copy of the foregoing document was served by ECF to the individuals listed below.

Shai Oved
Law Offices of Shai Oved
7445 Topanga Canyon Blvd, Ste. 220
Canoga Park, CA 91303
Counsel for Secured Merchants, LLC

Alan Argaman
*Pro Se* Defendant

*/S/ REID TEPFER*
REID TEPFER