# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BUNZAI MEDIA GROUP, INC.,** *et al.,*<br><br>**Defendants.** | Case No. CV 15-4527-GW(PLAx)<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF A CORRECTED FINAL ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC** |

Before the Court is Plaintiff Federal Trade Commission's *Ex Parte* Application for Entry of a Corrected Final Order as to Defendants Alan Argaman and Secured Merchants, LLC. Having reviewed the pleadings and applicable authority, the Court finds good cause that Plaintiff's Application should be, and hereby is, **GRANTED**. The Court will enter a revised final order correcting the date of entry *nunc pro tunc*.

(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF A CORRECTED FINAL ORDER AS TO DEFENDANTS ALAN ARGAMAN AND SECURED MERCHANTS, LLC

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable George H. Wu
United States District Judge

(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR STAY